# EXHIBIT 2

# Declaration of Melissa Marie Friesenborg

I, Melissa Friesenborg declare the following:

I was Dustin Honken's girlfriend for about nine months from the middle of 1992 through March 1993 at which time he was arrested for manufacturing methamphetamine, although I had no idea at the time why he was arrested. I was 23 then. I first dated Dustin when I was 18 or 19 and living in Iowa, where I grew up. He was just moving to Arizona and the long-distance dating did not work out so we broke up. There is something magical about relationships when you're that age. Anyway, that was true for me, but we hardly saw each other and I really didn't know him. Of course, as things turned out, I never really knew him, no one did. Dustin only gave out the information he wanted me to know or hear whether or not it was true.

I was introduced to Dustin by my friend Tim Cutkomp, whom I met at Des Moines Community College, in Urbandale. At that time, Dustin was still going to NIACC, Northern Iowa Area Community College. Tim and I were good friends and we hung out together in a group that included his cousin Todd Olson. Tim and I were never romantically involved, not even close, although Dustin suspected that Tim and I had been closer than we were. Tim was just someone I trusted and hung out with. I'm not sure Dustin had a friend he didn't use or hook up with in a romantic way, which was why he couldn't understand how Tim and I could just be friends.

I met Shelly Geppert, the woman Tim would marry, just once in passing, but we never talked. Tim told me that Dustin didn't like Shelly and that the feeling

1

was mutual.

I moved from Iowa to Arizona in September 1992 after I received my B.A. in social work to be near Dustin and because I couldn't stand the weather in Iowa. Arizona had been my dream-destination for quite some time.

Dustin made it possible, made it easy. He had the ability to make you feel like you were taken care of. He picked out my apartment and assisted with the rent. He and Tim were the only people I knew in Arizona. When I told Dustin I was depressed because I didn't know anyone in Tucson, he got me a membership in a gym and got me a personal trainer, which oddly enough ultimately resulted in my starting my own business last year, a Pilates studio. I do believe that everything that happens in life has a purpose.

I was a social worker in a nursing home until I was promoted to Alzheimer's unit director. Then for five years I was a hospice social worker. After that I was the Southern Arizona AIDS Foundation volunteer coordinator, before becoming its support services manager. Last September, I opened my Pilates studio where I also put my social work experience to use. I see Pilates as a way for people to self-improve and that often requires us to spend a little time talking, debriefing, allowing them to decompress from the stresses they experience in their daily lives.

Dustin would tell you we lived together but that was never true. I saw him at most twice a week. He was always traveling on what I thought was computer business, a business he shared with his brother Jeff. Very often, he stayed at a house way out of town that he shared with Tim. Dustin furnished my apartment

2

with expensive bedroom and living rooms sets, as well as electronics. He paid cash for all his purchases and gave me cash too. I assumed that his brother paid him in cash and that theirs was a cash business. I know how naïve this sounds, but I never asked any questions, not because I was afraid of the answers, but because I was sure I knew what was going on, computer work with panels. I often dropped Dustin off at Pima Community College in the morning when he stayed over. I was 23, just out of college and from a small town in Iowa. If I need an excuse for being so naïve, I guess that would be it.

I don't nag. I don't fight; I choose not to participate, which doesn't always win favors. So I didn't ask him much and when he told me out and out lies I didn't question it because I didn't care. He never wanted me to deposit cash in the bank. I asked him why and he said "just because." I didn't question it. Once, the only time I went to the house that he and Tim lived in outside of town, they took me out to a shed and I saw some garbage cans filled with white powder. I don't know why they took me out there, but there was a noxious smell and they took me back to the house really quickly. I asked what it was all about and they said they were making gold. It wasn't the only time they told me that. I just thought they were being stupid or they thought I was an idiot and maybe they were right. But the truth is I didn't care. It wasn't even that I didn't want to know—I really just didn't care.

Still, part of me as a woman feels pretty stupid, beyond naïve. After he was arrested and this all came out and my family heard about it, it was embarrassing to say the least—humiliating. I'm not crying because of my

stupidity—it was part of my life, a bump in the road—I'm crying for all the people who were hurt, and all the consequences.

I saw Dustin twice after his arrest in Iowa, asked how he was doing. He told me that he wasn't worried about the charges and that he was going to take care of it. I certainly didn't know he meant to kill a witness—I didn't even know the witness's name or what he was a witness to. Dustin always made you believe everything was going to be O.K. That was one of his greatest abilities.

At the end of May 1993, I had already moved out of that fancy apartment in Rio Cancion because I could no longer afford it. I never wanted it. It was affluent. He set me up pretty high. I don't like fancy things. I don't need them. I've never coveted them. The apartment, the furnishings, the stereo equipment was all his doing. We never even listened to the stereo. It was just stuff to me, but he wanted it.

Both times I visited him in Iowa after his arrest, it was at his mother's house where he was confined. We stayed in separate rooms. We had already stopped having sex long ago. The truth is I have only one or two memories of ever having sex with him, so I guess you could say it wasn't memorable. But the reason I stopped seeing him for good after that was because I found a portfolio in his room, like an artist's portfolio. It was filled with professionally done, large-scale photos of a woman posing. In some she wore leather, but they weren't risqué. In a few others, she was with a child. I asked Dustin who she was and why did he have them. He said it was Angela Johnson. This happened during the weekend of July 4th, 1993.

4

I need to say a few things here. I once hung out with Angela Johnson's brother Jimmy when my family lived in Forest City, Iowa, which was until I finished eighth grade. He and I hung out in the same circle from about the sixth through the eighth grades. I was around 12 years old when I had a crush on him. The Johnson family was known in town as "crazy." Jimmy used to get teased all the time. Angela was much older. She seemed very old, the way people do when you're so young. I imagine she had gotten teased too, like Jimmy was, but I really don't know. I just know how mean kids can be to each other. I was angry when I saw those photos and I asked him what he was doing with pictures of someone as crazy as Angela, because as I say that was the Johnson's reputation. I was angry at Dustin. He told me Angela was a convenience. He needed her he said, but he wouldn't tell me why when I asked. That was it for me. That was the end. The portfolio cinched it. That and Kathy Ricks was calling the house all the time I was there and Dustin was speaking to her privately. I never saw him again until I testified at his trial.

The other thing I wanted to say here is that even then, on July 4, 1993, I had no idea why Dustin had been arrested. When I asked him he said it was for something that sounded blasé as innocuous as a traffic ticket, but that didn't jive with his being confined to the state of Iowa, which was why I had to come there as opposed to his coming to Arizona to see me. By then, I didn't know what to believe.

The day he was arrested in Iowa, I was supposed to pick him up at the

Case 3:09-cv-03064-MWB-LTS     Document 1-3     Filed 10/05/09     Page 6 of 11

airport, but he wasn't on the plane. He had told me he was going to Texas on computer business. In the middle of the night I got a call from Tim, who told me to go to my freezer and destroy what I found. There were brown vials in there. I was freaked out. I never saw them before and didn't know when they were put there. There were several bottles. I opened them and poured out the contents. It was liquid. I think it was colorless. My only thought was that they weren't mine and they weren't supposed to be there or Tim wouldn't have called in the middle of the night. I didn't think I was breaking the law. I just didn't think about it at all, but I definitely felt that getting rid of them was an act of self-preservation.

Jeff came by the house sometime after this happened and left with cartons of stuff that was in my den. Tim was planning to move back to Iowa to be near his children and they had shut the house and moved some boxes and some of Dustin's clothes into my apartment. Dustin has planned to move in with me, but I hadn't given it much thought about whether it was a good thing or not, but part of me had still hoped to find that essence of what we had when I was 18 or 19. It sounds foolish, maybe, but then I still thought we could have gotten there. That's how convincing he was.

Months after his arrest, I began to wonder what jeopardy, if any, I had put myself in when I emptied those vials. I don't know what made me start worrying or when I started to worry. I called my friend Tom Kinsey, who happened to be Webster City Iowa police officer. I had once dated his friend and we had hung out in the same circle. I didn't call him as a cop; I called him as a friend who would have legal information, not to hurt Dustin. I asked him if I had done

6

anything wrong. Eventually, a DEA agent and a U.S. attorney spoke to me. They gave me some kind of use immunity agreement.

In retrospect, I think every woman Dustin was with had a purpose. To be honest, I'm still searching for mine. I've blocked him out, but it seems that every three to five years, he is somehow brought back into my life. I almost expected you to call. Kathy Ricks, who I never met and don't remember ever speaking to, was his family woman. His complaint about her was that she was too needy. Anyway, I never knew she was still in his life when I was with him, let alone that they had a child. He had told me that he used to date her and that she was crazy.

Angela and he apparently shared a common interest, methamphetamine, although I never knew that at the time. I didn't even know that Dustin used the drug except for one time in January 1993 when he brought us a little to try. Everything was compartmentalized. Nobody knew who he was. I'm not sure he did.

Me, I like to think I was his attempt at normalcy, some stability in his life. I was educated; I had dreams, but he never put the effort in. I think it bothered him that I didn't need him, even though I think he was once attracted by that. I moved to Arizona to be with him because as I said I was hoping to recover the magic I had with him when I was 18 or 19. It never happened, never came close. Dustin bought me an engagement ring, but it was on lay-away, so I never wore it. What's funny is that I never remember him proposing. I never really imagined a life together with him, never saw us settled, because we never had a life

7

together. I guess in retrospect I wasn't invested much. With the experience of 20 years of being in relationships since Dustin, I know now that we never had one in any real sense.

Dustin took from me my ability to trust in relationships. Dustin was such a good liar, and at the same time made me feel so special and so good—I can't let that happen to me again.

I never liked Jeff and the feelings were mutual. I think he was a really smarmy. I can't believe they never arrested him, too.

In the fall of 1993, Todd Olson came to my apartment. He had been living in Arizona, but we weren't in contact. He called from out of the blue and came over and asked how I was doing. I was very surprised at the visit, but thought it nice he cared enough to check up on me.

A very short time later I started getting phone calls from Dustin, which I didn't pick up. He reached me at work to say he was in town with a U-Haul truck and had come to pick up his furniture. That's when I put together the visit from Todd and Dustin showing up. Todd had been sent to scope out my place. Angela Johnson was with Dustin when he picked up the stuff, which neighbors had helped me carry outside. Angela called me that day to ask me to cooperate with Dustin. She wasn't threatening at all but it really upset me that Dustin would have her call me to do his bidding. Dustin was threatening when he called me—I can't quite explain it. It wasn't explicit, but he scared me as if I would be harmed if I didn't give him back the furniture. Taking the furniture was a really low and shady thing to do. I didn't see him when he got the furniture and he never contacted me

8

again. Jeff had long ago already come and taken back the electronics.

Tim was faithful to Dustin, out of fear or stupidity I don't know. I think Dustin was manipulative when it came to Tim. Tim had no car and Dustin would leave him for days on end in that house outside of town with no way to get around. Tim would complain, but he seemed to have no choice. He and Tim used to go to girly bars. Dustin would tell me he was doing it for Tim. He was always helping other people. He never did things for himself. I don't mean to sound bitter, but I do say that sarcastically. Dustin was a selfish person.

Dustin lied about his girlfriends in Iowa. He never told me he had a child. He lied about his business. He lied about his whereabouts. The day he was arrested in Iowa, I thought he was in Texas on computer business. Once I learned all the lies and saw the whole picture, I realized he was such a good manipulator I didn't know it was happening. I knew a different Dustin, the Dustin he wanted me to know, not the Dustin who had other girlfriends, a child, manufactured meth and was a murderer. I think something was shut off in Dustin, in his head.

I was fortunate to have friends, really good people to help me get through all this.

I testified at Dustin's trial and in front of a grand jury. Had I been contacted by Angela Johnson's lawyers, I would have given them this information, and I would have testified at her trial if I had been subpoenaed.

In August 2009, an investigator working on her case asked me to tell him about my time with Dustin. I told him what I knew to the best of my recollection. I

9

did not write this declaration myself but I have read it carefully and it says what I told the investigator when we spoke twice on August 8th and twice again today.

I declare, under penalty of perjury, that the foregoing 10-page declaration is true and correct.

Executed by me this 10th day of August 2009, in Puma County, Arizona.


_____
Melissa Friesenborg

10.