# EXHIBIT 3

## Declaration of Alan James Johnson

I, Alan Johnson, declare the following:

I grew up on a farm in Britt, Iowa, the same town that Dustin Honken was raised in. Dustin and Tim Cutkomp, who was held back once, graduated a year behind me. Dustin hatched a plan to rob the bank in Britt during study halls in my senior year in Britt High School, which is now called West Hancock High. He used Tim and me as a sounding board, and the plan was for the three of us to rob the bank.

I early enlisted in the Army at the start of my senior year and left town the day after I graduated. I never did rob that bank. In August 1986, after I left the army with a general discharge under honorable conditions, I was about to run a 10K race in Britt when the FBI pulled me in and took my deposition about that bank robbery plan because that bank was robbed either just before or just after I returned to Britt.

The biology teacher who ran our study hall had overheard Dustin, Tim and me talk about robbing the bank, and when it was robbed he mentioned me to the FBI. That's why they wanted to talk to me. The teacher, Mr. Grandgette—he died of cancer—had seen Dustin's drawings of the layout of the bank. Dustin's mom worked at the bank and he was going to copy her key. He knew the alarm code because his mother had no memory for it so she kept it written down and carried it in her purse. This was Britt after all. Main Street on Friday and Saturday nights was filled with teenagers cruising back and forth and that's where the cops were. The bank was a drive-through and kids would always stop and park there. Our

plan was to use two cars and block the drive-through and rob the bank. Nobody was in the bank at night. I was a kid—just talking about how to get a Ferrari or something. To Dustin, it was real.

I forgot about that deposition until it was shown to me when I was asked to testify against Dustin Honken in his murder trial. The government offered to pay my way, but because two children were murdered I refused any compensation. They showed me my deposition to refresh my memory before I testified.

I left Britt for good in 1986 and moved to Fort Lauderdale where my dad got me a painting job with his friend. There were no jobs in Britt.

Dustin was a master at manipulating other people to get them to do what he wanted. He enjoyed causing others pain even if there was no benefit to him. He once hit me with a bullwhip and stripped the skin right off my nose.

Tim Cutkomp was a decent guy except when he was around Dustin. The only time I ever planned a crime was the time I spent with Dustin. That's the effect Dustin could have on you. He had the gift of gab, a golden tongue. He could make people do stupid and nasty things, things they would never otherwise do. He was goofy looking. It's not nice to say, but he looked like a mole. Still, the girls all liked him because he could talk his way into and out of any situation.

There was this one girl—the most beautiful girl I've ever seen, I mean ever seen. Now there's a girl that if she asked me out I wouldn't have waited to start dating until after I got out of the Army. Her name was Sherry Slauson. She was

2

from Garner, a town nearby. Dustin treated her just like he treated Tim, like a slave, there to do his bidding. Dustin was a couple of years older than her. My mindset is that I treat a woman with respect—that's how I was raised by my father. I couldn't stand the way Dustin treated her, the way he ordered her to do things.

One time Dustin's young sister Alyssa was having a sleepover, although I didn't know that at the time. I was walking by the house and I stopped by because some lights were on. Anyway, I walked in and Dustin and Tim each were messing around with 12 or 13-year old girls on the couch while Alyssa and the other girls were upstairs sleeping. I asked them what they thought they were doing. I told them it was wrong, crazy. I mean they were 18. Dustin told me to mind my own business.

I left the house and called Sherry and told her. She didn't believe me, but she must have called Dustin because he was really angry at me. I asked Tim the next day what he could have been thinking, and he said, "Alan, I wouldn't have done nothing," and I said, "Yeah, but what would Dustin have done?" People don't change. That was Dustin, taking any advantage he could get. Anyway, I probably saved those two girls years of therapy and Sherry never went out with him again.

I don't think he ever beat Sherry up, but there are things worse than being hit. There's mental abuse that can be much worse. Dustin messed with people's minds.

He and Tim told me that they would often go to Minneapolis to roll

3

homosexuals. They chose homosexuals because they figured they would have more money than straight guys who spend all their money on girls. They took karate lessons together and after the lessons they punched the windows out of cars. Tim would never even think about doing those things on his own. Tim is just a big dumb guy who would step in front of a bus if Dustin told him to. And it wasn't just Tim. Dustin had that effect on everyone, even his teachers when Dustin didn't do his homework would be under his spell.

I couldn't afford karate lessons, but I had a Thai friend who was a tournament kick- boxer who taught me some stuff. This was my only connection to Dustin outside of school, the only time we hung out together. We went to this deserted house and Dustin and Tim would teach me what they learned in karate class. Dustin only taught me because he got to hurt me and Tim did it because he got a break from being beat up by Dustin because Dustin was busy beating up on me. I taught them what I knew about kick-boxing. Once after Dustin kicked me really hard in the head, I got lucky and got him in the ribs. He thought I'd cracked them. When I turned away, he kicked me so hard in my back that I quit working out with them. That was Dustin. He would always get back at you and he always waited until your back was turned.

Because I had pre-enlisted in the army, the recruiter, a former Green Beret, would show me and the three others who pre-enlisted how to march and drill and stuff, so we would be prepared when we reported for duty. Because I pre-enlisted I got to choose airborne. I tried to talk Dustin and Tim into enlisting and Dustin asked to meet the Green Beret who was a martial arts expert. Dustin

4

asked the recruiter to teach him some martial arts stuff and the recruiter said, "I'll teach you all I know, just sign right here." That was the last he heard from Dustin who always wanted something for nothing.

I am a law-abiding citizen. I work six to seven-day weeks in my own painting business in Fort Lauderdale, Florida. Back in high school, I spent my time in the basement reading books. That's what I did with my time.

To be honest, I always wanted to be FBI or Secret Service. I got 90s whenever I took a law enforcement test, but I was too old by the time I raised my wife's kids and I couldn't afford the pay cut before that. In 2003, I was a U.S. Customs officer at Miami-Dade Airport and went through federal law enforcement training at the center in Brunswick, Georgia. I was voted almost unanimously as the one in my class everyone wanted to work with. It would have been unanimous except I voted for someone else. They let me keep my painting business when I went through the training and when I had my job. I would do my painting on weekends. Then I went to work for ICE and they sent me back for seven months intensive language school, and they still let me keep my business. But my marriage was falling apart because I worked all the time, so I resigned from ICE for my wife, but it didn't save the marriage. I still regret that I resigned. I'm two courses short of an A.A. degree in criminal justice and an A.S. degree in crime scene technology.

I'm telling you all this because it's important for you all to know how I feel about crime and criminals. I don't know Angela Johnson so I have no reason to help or hurt her. I can't possibly know for sure, but if she took part in a murder

5

with Dustin I feel strongly that Dustin's domination and evilness must have played a part. I know how he treated Sherry and Tim, so I feel bad for her because he must have treated her the same or worse. Dustin had no regard for anyone but himself.

I think Dustin liked hurting people even back then when I knew him. He enjoyed dominating other people, always being in control. He always got more than even if he thought you slighted him.

Had I been contacted by Angela Johnson's lawyers, I would have provided the information in this declaration and would have testified at her trial if asked to do so.

An investigator currently working on her case asked me to tell him about my experiences with Dustin and what I observed about him and I told him what I knew to the best of my recollection. I did not write the declaration myself but I have read it carefully and it says what I told the investigator when we spoke yesterday.

I declare, under penalty of perjury, that the foregoing 6-page declaration is true and correct.

Executed by me this 2nd of August 2009, in Broward County, Florida.

Alan Johnson

6