# EXHIBIT 4

# DECLARATION OF SCOTT TRACY GAHN

I, Scott Tracy Gahn declare the following:

My name is Scott Tracy Gahn and I reside at 694 1st SE, Mason City, Iowa. I was previously interviewed by the DCI, testified before a grand jury in 1993 and subsequently gave testimony in the trial of Dustin Honken. I do not know Angela Johnson. I am giving this declaration to reaffirm and elaborate on my prior interviews and testimony and to provide information that was not recorded or asked of me previously.

In reference to my Grand Jury Testimony of October 27, 1993, Pg. 10, lines 10-22, these threats were verbatim and for real. I feared Dustin Honken. From my original meetings with Dustin Honken, I knew he was evil. His sole desire was to be completely in control of people's lives. In my opinion, he derived no pleasure from the money, drugs or, obtaining material things. He wanted to be the controlling king, untouchable and dominant in his own little crime ring. I knew from personal contact he was capable of anything to get what he wanted. When he told me in front of my house, that people had better start taking "me seriously or I'm going to start whacking people," I took him for his word. He meant it. He was nobody to mess with and I bailed out of the scene.

When he was attending NIACC, I was taking classes there also. That's when the marijuana was passed and I brought the money to Dustin Honken back from Greg Nicholson. He always had Tim Cutkomp on his side, like he was his little muscle man.

On numerous occasions he offered me money and drugs to be a collector and distributor of his drugs. I always said no. I did drugs. I did not sell them.

Case 3:09-cv-03064-MWB-LTS     Document 1-5     Filed 10/05/09     Page 2 of 5

At the club Exsess, that I was trying to establish, he said that if I could give him Nicholson, he would give me the biggest and badest Harley I had ever seen. He knew that was a soft spot for me because I had just had to sell my own bike to divide proceeds in a divorce proceeding. This is a perfect example of his manipulation and an attempt to suck me into his drug circle. Thank God I did not know where Nicholson was living. A fellow band member called Nicholson to come down to my club and he did. And that's how I knew he was in town. Dustin Honken was desperate to find him. The day Dustin Honken came in the club after Greg had been there, I played it cool, but I had chills down my spine. I knew what was coming, that's why I had disassociated myself from Dustin Honken. Greg Nicholson may have deserved time for his illegal activities but he did not deserve to die on a drug deal gone bad.

Dustin Honken was evil and was capable of doing anything. He had threatened to kill children before and I took that to mean he would kill my children if I messed him over – and look what happened. It eventually happened. I was right about my instincts, history with Dustin Honken and my family. History proved it. My instincts were right.

In my opinion Dustin Honken should fry in hell and I would light the fire. As far as Angela Johnson is concerned, I do not know if she was seduced by money and the life style that was offered to me by Dustin Honken or, she may have acted out of fear. I have no opinion or knowledge of her acts. But in my opinion, Dustin Honken would roll his own mother to save himself. He is evil, cold, smart, non emotional and calculating.

I met Dustin Honken at Wellborn Industries in about 1987-1988. During my acquaintance with Dustin Honken, he told me that the cops had been trying to pin a bank robbery on him since high school, but they couldn't do it. He never said he did not do it. And, he said it with pleasure like

Case 3:09-cv-03064-MWB-LTS    Document 1-5    Filed 10/05/09    Page 3 of 5

a badge of honor- you can't touch me. His attitude was that he was too smart, he had others to do his dirty work and he was untouchable. Almost like I did it or I'm going to do it— prove it. Arrogant. Dustin Honken once mentioned that the police were still looking for the counterfeit plates that his father had, who I understood was in prison in Minnesota, and Dustin said they'll never get them. Which to my knowledge they never have done so. I related this information to Bill Basler, and it was brushed off as BS. Again, another example of Dustin wanting to be the king pin in his own little world of drugs, controlling people and power. I believe it is possible that any woman in Dustin Honken's life would just be a disposable pawn. He only cared about himself. This was all about Dustin Honken.

Dustin Honken was all about power. He always wanted someone bigger to enforce his wishes. He had to be in control. Again, back to the power. If he was angered enough himself, he would do it himself, just like he told me.

In 2004, in the basement of the Iowa State Patrol Office, I was interviewed by Special Agent Basler and a prosecutor regarding the incident where Dustin Honken threatened to start whacking people. My response to Dustin Honken was I gave him $700 dollars and told him not to show up in front of this house again or I would take a baseball bat to him. I also told him to bring a gun because I was not stopping. No warning, no stopping. He threatened me and my family and I told him flat out don't ever come over here again or I'll take a baseball bat to you. The prosecutor looked at Special Agent Basler and said, "Has this guy had a mental health evaluation?" I thought to myself, "fuck you dude go back to the suburbs." I felt I was there putting my neck and life out on the line to do the right thing and how dare the prosecutor say something like that.

Case 3:09-cv-03064-MWB-LTS    Document 1-5    Filed 10/05/09    Page 4 of 5

I demanded and did not testify before the grand jury without written and notorized full immunity that is referenced at Pg 4, Ln 13 of Grand Jury testimony.

I am still in fear of Dustin Honken if he were ever to be released. I believe he would go on a rampage and kill until he was killed.

Had I been contacted by Angela Johnson's lawyers, I would have provided the information in this declaration and would have testified at her trial if asked to do so.

An investigator currently working on her case asked me to tell her about my experiences with Dustin and what I observed about him and I told her what I knew to the best of my recollection. I did not write the declaration myself but dictated to her and I have read it carefully and it says what I told the investigator when we spoke.

I declare, under penalty of perjury, that the foregoing four page declaration is true and correct. Executed by me this 12th of August 2009, in Cerro Gordo County, Iowa.

SCOTT TRACY GAHN

Page 4 of 4 Pages

Case 3:09-cv-03064-MWB-LTS    Document 1-5    Filed 10/05/09    Page 5 of 5