# EXHIBIT 6



U.S. Department of Justice

United States Attorney
Northern District of Iowa

Mailing Address:
P. O. Box 74950
Cedar Rapids, Iowa 52407-4950
(319) 363-6333

Shipping Address:
401 First Street S.E.
Suite 400
FAX (319) 363-1990
TTY (319) 286-9258

October 10, 2001

Alfred Willett
Terpstra & Epping
Higley Building
118 Third Avenue SE, Suite 500
Cedar Rapids, IA 52401-1424

Re:    United States v. Angela Johnson

Dear Mr. Willett:

During our October 1, 2001, meeting with you and Patrick Berrigan, you and Mr. Berrigan proposed a potential resolution to this case. In our discussion, you and Mr. Berrigan indicated your client may be willing to plead guilty if she can be assured of reaching a 20-year sentence at the end of the case.

As you know, this is a case in which the United States is prepared to seek the death penalty for your client's involvement in the murders of five individuals. A concession to even a life term is a significant benefit for your client. In your oral plea proposal, you and Mr. Berrigan discussed the fact that your client would be willing to cooperate in order to receive a 20-year sentence. In the right circumstance, our office may not be opposed to negotiating a settlement to this case, which could include a sentence other than the death penalty or life imprisonment. However, in my opinion, a 20-year term, which equates to only four years per murder, is unconscionable.

In the event your client desires to attempt to resolve this matter short of trial and cooperation is part of her proposal, we need to interview your client pursuant to a proffer agreement, assess her credibility and value to the government, and then negotiate terms of any plea agreement.

Sincerely,

CHARLES W. LARSON, SR.
United States Attorney

By: *(signature)*

PATRICK J. REINERT
Assistant United States Attorney

PJR/hpv
cc: Patrick Berrigan