# EXHIBIT 7

Dear Dear,                                    5.10.05

I am going to be as clear as I can. I want to plead guilty. I do not want to wait for any more rulings, not even the 8th crt. I am asking you to get me the best deal you can and I will cooperate. At this point I will confess to killing the Pope. I have not touched my kids in THREE YEARS now and I've had it. Please get me out of here and into a prison as close to my kids as possible. That is all I ask.

Thank you,

Angela Johnson

TOTAL P.02