# EXHIBIT 10

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
### Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen• •Michael D. Wallis• •Jesse B. Garcia• •Jason Billam••
Of Counsel: Ramón Murguia

•Licensed in MO & KS

••Licensed in Kansas only

November 22, 2000

Dr. William S. Logan, M.D.
228  W. 4th St.
Kansas City, Missouri 64105

> Re:    *United States v. Angela Johnson*
>        *Northern District of Iowa No. CR00-3034-MWV*

Dear Dr. Logan:

Please find attached a series of newspaper articles which will give you some background on the case in which Al Willett and I have undertaken to represent Ms. Angela Johnson, a thirty-six year old woman now charged with five counts of capital murder in the United States District Court for the Northern District of Iowa. Although the case will be tried in Sioux City beginning on January 14th, *2002*, the preliminary proceedings are taking place in Cedar Rapids, and Ms. Johnson is being held in Cedar Rapids at the Linn County Jail downtown.

Having met with Ms. Johnson for two hours on Monday, November 20th, and having spoken to Al Willett about Ms. Johnson on several occasions, I can tell you that she is not presently psychotic and appears to have no immediate mental health concerns. She did attempt suicide by hanging shortly after receiving the news that the jail inmate she had confided in about her case had turned all of that incriminating information over to the government. This was almost two months ago now, and Angela seems to have recovered fully.

Also included are preliminary interviews with two of Angela's four siblings, and one interview of Angela. Of course, we will have much more information for you about Angela's background as our investigation proceeds, but these reports will at least give you a hint that she has had a somewhat troubled upbringing.

Al and I are preparing to submit our request to the court to retain your services in this case. We will need a competency determination, although, frankly, that does not seem to be an issue presently. More importantly, we need to evaluate Angela's mental state both at the time of the commission of the alleged murders (July and November 1993), and at the time she purportedly made incriminating statements to the government's snitch, Robert McNeese. We will be engaged in a suppression motion regarding Angela's alleged statements to McNeese at a hearing to take place some time in February, 2001. Therefore, it will be important to have at least a preliminary indication by that time as to whether Angela's mental state made her unusually susceptible to coercion and/or enticement by McNeese in obtaining these alleged statements.

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816)474-3350

Dr. William S. Logan, M.D.
November 22, 2000
Page 2

In order to get you started, and to obtain the court order that will be necessary to get you paid, Al and I need a preliminary estimate of your fees and expenses in this case, which should include the probability of testifying at trial, and at least one pretrial hearing. If you could provide your hourly fees, estimated expenses and an educated guess on the amount of time needed to assist us based on your work in past capital cases, perhaps we can come up with some numbers to submit to the magistrate judge. It would be prudent to estimate liberally, Dr. Logan, and then everyone will be pleased if we submit bills below the estimate.

I am very much looking forward to working with you once again. Even if Angela does not have significant mental issues that impact upon her first phase defense (which is "I didn't kill anyone"), I suspect that you will uncover issues in her family history and growing up that will perhaps show her susceptibility to being dominated by a man as intelligent, forceful and domineering as Angela's boyfriend and co-defendant, Dustin Honken.

Obviously, all of our usual rules of legal engagement apply in this case, including the need for strict confidentiality to preserve both the doctor/patient and attorney/client privileges. After you have had a chance to review these materials, I will set up a conference call with you and Al, and we can discuss further how to best proceed. Meanwhile, I have enclosed the applicable federal statutes regarding first degree murder, the defense of mental disease or defect, and how mitigation evidence is defined.

Once again, thank you Dr. Logan for your generosity in assisting us in Angela's case. We well realize the extraordinary sacrifice of your time and energy given the geographic distances involved here and the very serious nature of the case. Hopefully, your talent and energy will help bring us to a satisfactory result.

Very truly yours,

Patrick J. Berrigan
Trial Lawyer

PJB:vem

cc:     Al Willett