# EXHIBIT 25

Bates   A205

# IOWA DIVISION OF CRIMINAL INVESTIGATION
## DEPARTMENT OF PUBLIC SAFETY

| | | |
|---|---|---|
| INTERVIEW: | | CASE# 9605382 |
| | | TYPED BY: SHARON |
| NAME: | PHYLLIS PROSCOVEC | |
| ADDRESS: | 623 NORTH VAN BUREN | |
| | MASON CITY, IOWA | |
| SEX: | FEMALE | |
| RACE: | CAUCASIAN | |
| BIRTH DATE: | 09-21-34 | |
| SOC SEC#: | UNAVAILABLE | |
| EMPLOYMENT: | NONE | |
| OCCUPATION: | RETIRED | |
| PHONE: (RES) | 515-424-6216 | |
| (BUS): | | |
| DATE: | FEBRUARY 23, 1997 | |
| TIME: | 10:28 A.M. | |
| PLACE: | PROSCOVEC RESIDENCE, MASON CITY | |
| CASE AGENT / GEO: | SPECIAL AGENT WILLIAM BASLER | |
| BY: | SPECIAL AGENT WILLIAM BASLER | |
| DATE DICTATED: | MARCH 25, 1997 | |

PURPOSE: THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN INFORMATION FROM PHYLLIS PROSCOVEC IN REGARD TO LORI DUNCAN.

## SYNOPSIS

2

DURING THE INTERVIEW, PROSCOVEC STATED THAT SHE LIVED IN THE HOUSE DIRECTLY NORTH OF THE HOUSE BEING RENTED BY LORI DUNCAN.

PROSCOVEC STATED THAT SHE REMEMBERS THE TIME WHEN LORI DISAPPEARED QUITE CLEARLY, REMEMBERING THAT ON MONDAY MORNING AT APPROXIMATELY 7:50 A.M., PROSCOVEC HAD GONE OVER TO LORI'S HOUSE TO GET THE KIDS UP FOR SCHOOL WHICH SHE NORMALLY DID. PROSCOVEC WENT ON TO STATE THAT LORI WOULD LEAVE EARLY TO GO TO WORK AND PHYLLIS WOULD GO OVER TO GET THE KIDS UP AND GET THEM OFF TO SCHOOL.

Case 3:09-cv-03064-MWB-LTS    Document 1-11    Filed 10/05/09    Page 3 of 7

3

BATES A206

CASE # 9605382

INTERVIEW – PHYLLIS PROSCOVEC – (CON'T)

ON THAT PARTICULAR MONDAY MORNING, PHYLLIS STATED THAT SHE KNOCKED AND KNOCKED ON BOTH THE FRONT AND THE BACK DOOR OF LORI'S HOUSE AND GOT NO RESPONSE. PROSCOVEC RECALLED THAT LORI'S RED CAR WAS PARKED OUT FRONT IN THE STREET AND PROSCOVEC STARTED TO GET CONCERNED DUE TO THE FACT THAT THE KIDS HAD TO BE TO SCHOOL IN AN HOUR.

PROSCOVEC STATED THAT SHE FINALLY PUSHED ON THE FRONT DOOR OF LORI'S HOUSE AND IT OPENED, AT WHICH TIME SHE WENT IN AND FOUND NOBODY HOME, EXCEPT THE DOG.

PROSCOVEC STATED THAT THE DOG HAD CAUSED QUITE A LOT OF DAMAGE IN THE HOUSE TO THE SOFA AND THE CURTAINS, AND THAT IT HAD TAKEN PHYLLIS AND LORI'S MOTHER TWO DAYS TO CLEAN UP THE MESS.

PHYLLIS STATED THAT LORI DUNCAN IS USUALLY VERY CLEAN, BUT THAT PARTICULAR MORNING THE HOUSE WAS REAL DIRTY, WITH DISHES BEING IN THE SINK AND FOOD BEING LOCATED ON T.V. TRAYS.

PHYLLIS STATED THAT SHE LAST SAW LORI DUNCAN ON THE SUNDAY EVENING PRIOR TO LORI'S DISAPPEARANCE. PHYLLIS STATED THAT SHE HAD BEEN INVITED OVER TO LORI'S RESIDENCE THAT EVENING FOR COFFEE AND CAKE. DURING THAT VISIT, LORI COMMENTED THAT GREG NICHOLSON WASN'T HOME DUE TO THE FACT THAT GREG HAD " TO GO DO SOME BUSINESS" WITH SOME FRIENDS OF HIS. PHYLLIS STATED THAT SHE HAD GONE OVER TO LORI'S THAT EVENING BETWEEN 7:30 P.M. AND 8:00 P.M. AND HAD STAYED FOR APPROXIMATELY AN HOUR.

PHYLLIS WENT ON TO STATE THAT AFTER RETURNING HOME THAT EVENING, PHYLLIS WENT TO BED AFTER WATCHING THE NEWS AND NOTICED THAT GREG'S CAR HAD NOT YET RETURNED TO LORI'S HOUSE. SHORTLY THEREAFTER, PHYLLIS STATED THAT LORI CALLED HER ON THE TELEPHONE AND ASKED IF LORI COULD COME OVER TO PHYLLIS'S HOUSE WHICH SHE DID. WHEN LORI ARRIVED, PHYLLIS STATED THAT SHE WAS CRYING AND COMMENTING THAT GREG DID NOT WANT HER ANYMORE. PHYLLIS WENT ON TO STATE THAT LORI STAYED FOR A WHILE LONGER AND THEN WENT HOME, AT WHICH TIME PHYLLIS LOOKED OUT THE WINDOW AND NOTICED THAT GREG'S CAR WAS PARKED BEHIND THE HOUSE.

ON THE MONDAY THAT LORI DISAPPEARED, WHEN PHYLLIS RETURNED HOME, SHE FOUND A NOTE BETWEEN HER FRONT DOOR AND HER STORM DOOR WHICH READ, "PHYLLIS, HAD TO LEAVE ON SHORT NOTICE, WILL BE IN TOUCH SHORTLY. LOVE, LORI". A COPY OF THIS NOTE WILL ACCOMPANY THIS INTERVIEW AS AN EXHIBIT.

ON THE MONDAY LORI DISAPPEARED, PHYLLIS STATED THAT GREG'S CAR WAS ALSO GONE.

PHYLLIS STATED THAT LORI HAD A LOT OF FRIENDS WHO WOULD OFTEN STOP BY HER HOUSE TO VISIT HER.

**CASE # 9605382**

**INTERVIEW -  PHYLLIS PROSCOVEC – ( CON'T)**

PHYLLIS STATED THAT GREG HAD ONLY BEEN STAYING AT LORI'S HOUSE FOR ABOUT A WEEK BEFORE THEY DISAPPEARED, WITH GREG MOVING IN AFTER LORI'S PREVIOUS BOYFRIEND.  DAMIEN (PHONETIC).  HAD MOVED OUT.   PHYLLIS STATED THAT SHE THINKS DAMIEN MOVED OUT BECAUSE OF LORI'S TWO LITTLE GIRLS.

PHYLLIS STATED SHE WAS NOT AWARE OF ANYTHING BEING MISSING FROM LORI'S HOUSE, NOR DID IT APPEAR THAT ANY PACKING HAD BEEN DONE.

PHYLLIS STATED SHE WAS VERY CLOSE TO LORI AND HAS NEVER HEARD FROM LORI SINCE THAT DAY OF HER DISAPPEARANCE.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT APPROXIMATELY 11:07 A.M.

END OF INTERVIEW.

6

(THIS DOCUMENT IS A COPY OF THE NOTE LEFT BEHIND FROM LORI DUNCAN TO

PHYLLIS PROSCOVEC HER NEXT DOOR NEIGHBOR THE DAY SHE DISAPPEARED

WITH GREG NICHOLSON.)   THE NOTE SAYS THE FOLLOWING:

PHYLLIS   HAD TO LEAVE ON A SHORT NOTICE WILL BE IN TOUCH SHORTLY

LOVE, LORI