# EXHIBIT 26

# MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT
## U.S. Department of Justice

TB Clearance ☐ Yes ☐ No

1) PPD Completed: ___ ___
Date

Results: ___

2) CXR Completed: ___
Date

Results: ___

3) Health Authority

Clearance: ___

Sign _____ Date

Note:
Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

| | | |
|---|---|---|
| Name: *[handwritten]* | Prisoner/Alien Reg. # | D.O.B: *[handwritten]* |
| Departed From: *[handwritten]* | | Date Departed: *[handwritten]* |
| Destination: | | Reason for Transfer: |
| Dist. Name: | Dist. # | Date in Custody: |

## II. Current Medical Problems

1. *[handwritten]*    4. ___
2. *[handwritten]*    5. ___
3. ___    6. ___

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| *[illegible]* | *[illegible]* | po | *[illegible]* | |
| Zoloft | 100 mg | po | *[illegible]* | |
| *[illegible]* | 800 mg | po | *[illegible]* | |
| *[illegible]* | 200 mg | po | *[illegible]* | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments: *[handwritten illegible]*

*[handwritten illegible]*

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☑ Yes ☐ No If no, Why not?

Is prisoner medically able to travel by airplane? ☐ Yes ☐ No If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination? ☐ Yes ☐ No If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐ Yes ☑ No If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐ Yes ☐ No If yes, What equipment?

Sign & Print Name- Certifying Health Authority.    Phone Number:    Date Signed:

*[handwritten]*

White - Prisoner File

Form USM-553
(Rev 11/98)

Case 3:05-cv-03063-MWB-LTS Document 1-12 Filed 10/05/05 Page 3 of 18

# Hardin County ...ctional Center

## Medication Administration Record

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | BM | mt | BM | BB | mt | BB | mt | BB | BB | BB | mt | mt | mt | BB | BB | BM | CB | RB | O | | | | | | | | | | | | |
| multivitamin daily | 2200 | BM | mt | BM | BB | mt | BB | mt | BB | BB | BB | mt | mt | mt | BB | BB | BM | CB | RB | O | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | BM | mt | BM | BB | mt | BB | mt | BB | BB | BB | mt | mt | mt | BB | BB | BM | CB | RB | O | | | | | | | | | | | | |
| ortho tri-cyclen 1 tab daily | 2200 | BM | mt | BM | BB | mt | BB | mt | BB | BB | BB | mt | mt | mt | BB | BB | BM | CB | RB | O | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | P | P | R | R | D | D | P | BM | O | O | X | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | mt | mt | mt | BB | BB | BB | mt | mt | mt | mt | BB | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| Height: 5'07" | Weight: 175 | DOB: 1-17-64 |
| Initials = Medication Given | 0 = Not Given | DC = Discontinued |

| SEX: Female | Special Diet: None | |
|---|---|---|
| R = Refused | V = Vomited | Allergies: Augmentin |

Name: **Johnson, Angela**

DOB 1-17-64

allergic to augmentin

Dr. Brown (not the Dr. Brown in Sioux City DEA# is BB465 6104)

Month: **November** Cell: **B 3**

December 64

JAIL DIVISION



## Woodbury County Sheriff's Office
### P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

# FAX COVER SHEET

DATE: 4/7/05

TO: Drilling

FROM: Dan

TIME:

PHONE:

FAX: 274 - 1293

PHONE: (712)279-6040
FAX:      (712)279-6045

RE: _Johnson, Angela_  DOB 1/17/64
See med orders   Allergy to Augmentin   D.Gate PAC
We will take care of the IBU et vitamins

Number of pages including cover sheet:  2

NOTES: Betty will also pick these up later tonight



Hardin County Correctional Center — Medication Administration Record — Prescription

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | CH | O | O | O | O | O | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

**Name: Johnson, Angela**          **Month: April**          **Cell: C3**

APR-06-2005 WED 01:26 PM HARDIN COUNTY JAIL    FAX NO. 641 939 8212    P. 01

*JAIL DIVISION*



### Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

## FAX COVER SHEET

DATE: 5/5/05

TO: Tammy J
O. Nolon PA-C

TIME:

PHONE:

FAX: 252-3157

PHONE: (712)279-6040
FAX:      (712)279-6045

FROM: Dan RN

RE: jail Visit 5/6/05

Sorry, fax machine out of commission earlier today

Number of pages including cover sheet:

Gillespie, David P.H.
1hr    DOB 10/23/85
       SS# 507152787

NOTES:

Johnson, Angela
1hr    DOB 11/17/41
       SS# 481862690

Case 5:06-cv-04064-MWB Document 13 Filed 10/24/08 Page 7 of 18

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

MO. 12   YR. 04

Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN |
|---|
| R = REFUSED |
| V = VOMITED |
| O = HELD |
| Ø = HOME |

Ø = HOME  BSA  R Singh  Anand LN

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets ① tab po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | Zoloft (sertraline) 100mg tablets ② tabs po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | Ortho tri-cyclen tablets ① tab po daily @ HS | 2000 | | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:
Augmentin

DIAGNOSIS AND SPECIAL NOTES:
dysmenorrhea
psychiatric difficulties

federal - booked 12-19-04
orders obtained 12-21-04

(ABBREVIATIONS)
R.L.T. – RIGHT LATERAL THIGH
R.D. – RIGHT DELTOID     L.L.T. – LEFT LATERAL THIGH
L.D. – LEFT DELTOID     R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT
I.V. – I.V. TUBING     L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT
MED. REVIEW BY – SEE REVERSE FOR COMMENT.

LAST NAME: Johnson   FIRST: Angie   INIT.

SEX: F   BIRTHDAY: 1-17-64   DIET

CASE # – ADMISSION #
15357

Brown DEA # BB4656104

Case 3:09-cv-03064-MWB-LTS    Document 1-12    Filed 10/05/09    Page 8 of 28

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**MO.** 2  **YR.** 05  Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| | | | INIT. | SIGNATURE |
|---|---|---|---|---|
| INIT. = GIVEN | | | | |
| R = REFUSED | | | | |
| V = VOMITED | | | | |
| O = HELD | | RN Nettleton RN | | |
| Ø = HOME | | BSA B Singh-Chandler  ML A Edwards  ML | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-04 | multivitamin tablets (1) tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | ML | ML | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | seroquel 200 mg tablets (1) tab po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | ML | ML | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | zoloft 100 mg tablets (2) tabs po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | ML | ML | BSA | | | | | | | | | | | | | | | | | | |
| 11-9-04 | tri sprintec tablets (1) tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | ML | ML | BSA | | | | | | | | | | | | | | | | | | |
| | ibuprofen 200 mg tablets (4) tabs po BID during week of menstrual cycle PRN | 1200 2000 | | | | | | | | | | | | | Not Ap | | | | | | | | | | | | | | | | | | | |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression  dysmenorrhea

| (ABBREVIATIONS) | |
|---|---|
| R.L.T. – RIGHT LATERAL THIGH | |
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| MED. REVIEW BY – SEE REVERSE FOR COMMENT. | |

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|---|---|
| Johnson, | Angela | | F | 1-17-64 | | 15357 |

Hardin County Correction

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

MO. 4  YR. 05

Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| INIT. = GIVEN | | | | | | |
| R = REFUSED | RN | RN Ittotm R | | | | |
| V = VOMITED | | | | | | |
| O = HELD | AEL | A EdDercer RN | | | | |
| Ø = HOME | BSA | B Singh Anand RN | | | | |

Case 3:04-cv-03061-MWB-LTS   Document 113   Filed 11/05/09   Page 9 of 18

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | ▶ | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | R | A | BSA | BSA | BSA | BSA | R | AL | JR | BSA | BSA | BSA | BSA | R | | |
| | multivitamin tablets ① tab po @ HS | 2000 | | | | | ▶ | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | R | A | BSA | BSA | BSA | BSA | R | AL | JR | BSA | R | BSA | BSA | R | | |
| | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | ▶ | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | R | A | BSA | BSA | BSA | BSA | R | JR | R | BSA | BSA | BSA | BSA | R | | |
| | ortho tri-cyclen tablets ① tab po @ HS | 2000 | | | | | ▶ | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | R | SR | A | BSA | BSA | BSA | BSA | R | JR | JR | BSA | BSA | BSA | BSA | R | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstruation | 1200 | | | | | | | R | R | | | | | | | | | | | | | | | | | R | | | | | | | |
| | | 2000 | | | | | | | | R | | | | BSA | BSA | BSA | | R | | | | BSA | BSA | BSA | BSA | R | JR | R | | | BSA | BSA | | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | | | | | | | | | | | BSA | BSA | BSA | R | | | | | BSA | BSA | BSA | BSA | R | JR | R | BSA | BSA | BSA | BSA | R | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: augmentin

DIAGNOSIS AND SPECIAL NOTES: depression, dysmenorrhea

federal - booked 4/6/05

LAST NAME, FIRST, INIT.  Johnson, Angela   SEX F   BIRTHDAY 1-17-64   DIET   CASE # – ADMISSION #

(ABBREVIATIONS)
R.L.T. – RIGHT LATERAL THIGH
R.D. – RIGHT DELTOID    L.L.T. – LEFT LATERAL THIGH
L.D. – LEFT DELTOID    R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT
I.V. – I.V. TUBING    L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT
MED. REVIEW BY – SEE REVERSE FOR COMMENT.

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12

Document ID: 24cddfcfaf6387f0 Page 10 of 18

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**MO** 5 **YR** 05

**Woodbury County Jail**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | CH | [signature] | SA | Donald [illegible] | PO | [signature] |
| V = VOMITED | RW | [signature] | SM | JM [illegible] | | |
| O = HELD | | | CS | Scott | | |
| Ø = HOME | BSA | B Singh-Anand RN | LLL | A E Dura CS | CH | [signature] |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200mg tablets ① tab po @ HS | 2000 | BSA | Ø | BSA | BSA | BSA | BSA | NCT | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CH | AF | A | BSA | BSA | BSA | BSA | | | Sm |
| | multivitamin tablets ① tab po @ HS | 2000 | BSA | Ø | BSA | BSA | BSA | BSA | NCT | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CH | AF | A | BSA | BSA | BSA | BSA | | | Sm |
| | Zoloft 100mg tablets ② tabs po @ HS | 2000 | BSA | A | BSA | BSA | | | | | O Discontinue | | | | | | | | | | | | | | | | | | | | | |
| | ortho tri-cyclen tablets ① tab po @ HS (same as trinessa tablets) | 2000 | BSA | A | BSA | BSA | BSA | BSA | NCT | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CH | AF | | BSA | BSA | BSA | BSA | | | Sm |
| | ibuprofen 200mg tablets ④ tabs po BID during week of menstruation | 1200 2000 | BSA | Vit | BSA | BSA | BSA | BSA | NCT | | BSA | BSA | BSA | BSA | BSA | R | CS | A | BSA | BSA | BSA | BSA | CH | AF | | BSA | BSA | BSA | BSA | | | R |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 1200 1600 2000 | BSA | A | BSA | BSA | BSA | BSA | NCT | | | BSA | BSA | BSA | BSA | R | | | BSA | BSA | BSA | BSA | CH | AF | | BSA | BSA | BSA | BSA | | | Sm |
| 5/6/05 | Zoloft 100mg tablets ③ tabs po daily (300mg total) | 2000 | | | | | BSA | NCT | | O | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CH | AF | | BSA | BSA | BSA | BSA | NB | | Sm |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression, dysmenorrhea

federal - booked 4/6/05

| (ABBREVIATIONS) | |
|---|---|
| R.D. – RIGHT DELTOID | R.L.T. – RIGHT LATERAL THIGH / L.C.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

**LAST NAME - FIRST - INIT.** Johnson, Angela

**SEX** F **BIRTHDAY** 1-17-64 **DIET** **CASE # – ADMISSION #** 15357

Case 3:09-cv-03064-MWB-LTS   Document 1-12   Filed 10/05/09   Page 11 of 18

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

**PRESS HARD USING BALL POINT PEN**

MO. **6**  YR. **05**

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R.= REFUSED | SL | | SS | Stacy Smith | CH | |
| V = VOMITED | JJ | | | | | |
| O = HELD | sm | S. Michaud | Ael | A Edwards | | |
| ∅ = HOME | BSA | B.Singh-Anandan RN | RO | | MP | Mark Pueva |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | JJ | sm | SM | Ael | Sm | Sr | B | B | SL | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | sm | | | | | | | | |
| | multivitamin tablets ① tab po @ HS | 8000 | BSA | BSA | BSA | SM | JJ | Sm | SM | Ael | Sm | Sr | SL | B | SL | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | sm | | | | | | | | |
| | Trimessa tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | JJ | sm | SM | Ael | Sm | Sr | SL | M | SL | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | sm | | | | | | | | |
| 5/6/05 | Zoloft 100mg tablets ③ tabs po @ HS (total = 300mg) | 2000 | BSA | BSA | BSA | sm | JJ | sm | SM | Ael | Sm | Sr | SL | B | SL | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | sm | | | | | | | | |
| | ibuprofen 200mg tablets ④ tabs po BID during menstrual period | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | sm | JJ | sm | sm | Ael | sm | B | R | BSA | BSA | BSA | BSA | C | R | sm | sm | sm | | | | | | | | | | | |
| | tylenol 500mg tablets ② tabs po QID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | | | | | | | R | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | sm | JJ | sm | sm | Ael | sm | R | M | B | BSA | BSA | BSA | R | R | sm | sm | sm | sm | | | R | | sm | | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression, dysmenorrha

Crushes w/ meds @ HS

federal - booked 4/6/05

| (ABBREVIATIONS) | |
|---|---|
| R.D. – RIGHT DELTOID | R.L.T. – RIGHT LATERAL THIGH |
| L.D. – LEFT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| I.V. – I.V. TUBING | R.G. – RIGHT GLUTEUS – UPPER - OUTER QUADRANT |
| | L.G. – LEFT GLUTEUS – UPPER - OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

**LAST NAME, FIRST INIT.:** Johnson, Angela

**SEX:** F  **BIRTHDAY:** 1-17-64

**CASE # – ADMISSION #:** 15357

Nolan PA-C

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | mk | BM | mk | IA | MA | mk | TR | mk | RB | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | mk | BM | mk | mk | mk | TR | mk | RB | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | mk | BM | mk | mk | mk | TR | mk | RB | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | mk | BM | mk | mk | MA | TR | mk | RB | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | 0 | 0 | mk | CH | RB | 0 | 0 | R | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | mk | BM | | | mk | mk | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmenti |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

Name: **Johnson, Angela**    Month: **February**    Cell: **C3**

# Medical Request Form
## Woodbury County Sheriff's Office

Name: _Angie Johnson_ Date of Request: _Sat 2·12·05_

Date of Birth: _1·17·64_ Section: _I · 14_

Nature of Problem or Request: _Swollen tooth (Bad)_

How Long Have You Had This
Condition? _two days_

Name of Treating
Physician(s): _NONE_

Do You Have Any Allergies? _Augmenten_

I CONSENT TO BE TREATED BY THE MEDICAL STAFF FOR THE CONDITION
DESCRIBED. I UNDERSTAND THAT THE WOODBURY COUNTY JAIL MAY
CHARGE ME FOR SOME OF THESE SERVICES AND DEDUCT THE AMOUNT
FROM MY COMMISSARY ACCOUNT. I UNDERSTAND THAT IF I DO NOT
HAVE THE MONEY TO PAY THESE CHARGES THAT THE AMOUNT DUE MAY
BE DEDUCTED DURING ANY FUTURE STAY AT THE WOODBURY COUNTY
JAIL. **I ALSO UNDERSTAND THAT I WILL GET HEALTH CARE EVEN IF I
CANNOT PAY.**

Inmate Signature
(Required): _Angie E_

GIVE THIS REQUEST TO AN OFFICER OR A NURSE WHEN THEY VISIT YOUR
SECTION. YOUR CONDITION WILL BE EVALUATED BY THE NURSING
STAFF. YOU MAYBE REFERRED TO THE DOCTOR UPON THE NURSES
RECOMMENDATION.

## DO NOT WRITE BELOW THIS LINE
### Nurses Notes

Date: _2|14|05_
Allergies: _See Above_
BP ___ P ___ R ___ T ___
Plan: _(R) cuvle discomfort. Us Tream instructed. No swelling. Noted_
_today. Will Monitor ———— RN_



# SIOUXLAND
## MENTAL HEALTH CENTER

### PSYCHIATRIC MEDICAL EVALUATION   [>]

| | | |
|---|---|---|
| **NAME:** | Angela Johnson | **DATE:** May 6, 2005 |
| **DOB:** | 01-17-64 | **TIME:** one hour |

The patient was seen for a formal intake during rounds at the Woodbury County Jail.

**IDENTIFYING DATA:**
Angela is a 41 year old divorced Caucasian female currently residing in Woodbury County Jail and requesting for assistance with depression and anxiety.

**HISTORY OF PRESENT ILLNESS:**
Please note that Angela was resistant to this evaluation. She would not willingly offer any information and reluctantly offered answers to any questions. She stated frequently throughout the interview that she didn't see the point in doing this, all she wanted was to get her meds increased, not have an evaluation. I did explain to Angela the reason for doing the evaluation several times and did offer to end the session if this was making her uncomfortable. She did, however, want to continue so that we could adjust her medication, but as stated above, was reluctant to answer any questions. I cannot guarantee the validity of the information. Angela reports that she wanted help because her stress level is too high as she is currently on trial. She is specifically asking for her Zoloft to be increased because she believes it will help her stress level and help her get through her trial. When asked why the Zoloft was originally prescribed, Angela states "I've been on it for years because I have been in jail a long time." "I've been terribly depressed and have been having a hard time even helping in my own defense." Currently, Angela is taking Zoloft 200 mg daily and Seroquel 200 mg q hs. These were prescribed by Dr. Saftar at the Abby Center in Cedar Rapids, Iowa. She has been on these doses of the current medications for about a year. She reports that the medications have been working, but she noticed they weren't working as well the last couple of months. She has been in Woodbury County Jail for three weeks. She is charged with five counts of murder. Her trial started three weeks ago.

**PAST MEDICAL HISTORY:**
Angela reports being **ALLERGIC TO AUGMENTIN.** She denies any history of surgery. She denies any history of major illnesses or injuries and denies any chronic illnesses. She is currently on the above medications plus an oral contraceptive.

Making a Difference in People's Lives

**PAST PSYCHIATRIC HISTORY:**
Angela reports that she had seen a Dr. Logan and Mary Hodges, both of them are in Kansas City, Missouri. They both did evaluations for her defense team. She states that Dr. Logan evaluated her medication at the time of his evaluation and thought that they were appropriate. This was 6 months ago. Angela reports that her last visit with Dr. Saftar was about one year ago. She saw him for a total of 4 years. She denies any other prior psychiatric history.

**SOCIAL HISTORY:**
Angela reports that she was living Clear Lake, Iowa before her arrest with her two children who are now ages 21 and 11. They are both daughters. She has been married one time from 1981 to 1986. She was employed at the time of her arrest. She had been working at North Beach Restaurant in Clear Lake, Iowa. When asked what she did at the restaurant, she replies "I did everything." She worked there for two years. Angela's highest level of education is 9th grade plus GED. She has no military history. Legal history includes only the current charges. She was arrested originally in July 2000. She has been incarcerated in various county jails since that time. She has been in Warden County, Lynn County, and Benton County prior to coming to Woodbury County to stand trial. She is possibly facing the death sentence. In regards to substances, she reports starting to drink alcohol at age 16. Her last drink was some time in the year 2000. Prior to her arrest, Angela reports that she would drink a glass of wine once every couple of months. She has a history of using methamphetamine beginning at age 21. Her last use was in the year 2000. She did use daily. She denies any IV use.

**FAMILY HISTORY:**
Angela reports that her mother is healthy. She has no psychiatric history or substance abuse history. Her father has a heart arrhythmia. He has no psychiatric or substance abuse history. Angela has one brother and three sisters all of whom are healthy without psychiatric histories or substance abuse problems. She reports her children are healthy.

**MENTAL STATUS EXAMINATION:**
Angela is alert and oriented times three. She is minimally cooperative. She is in no acute distress. She is moderately groomed, well nourished. She appears her stated age. Mood is described as depressed and anxious. Affect is mood congruent and appropriate. She is also noted to be irritable. Thought processes are logical and goal oriented. Concentration is intact. Psychomotor activity within normal limits. Speech is of a normal rate and volume. Thought content is negative for any obsessions, compulsions, phobias, hallucinations, or delusions. She denies any suicidal or homicidal ideation. Abstractions are noted to be within normal limits. IQ appears to be average. Immediate, recent, and remote memories are intact. Judgement and insight appear to be average as she does recognize her mental illness and need for further treatment.

**INITIAL FORMULATION:**
Angela is a 41 year old divorced Caucasian female currently on trial for five counts of murder. She is facing the death penalty. Since her trial began, she has noticed an increase in depression and anxiety and is asking for assistance for medication.

**DIAGNOSTIC IMPRESSION:** [{]

Axis I:    Major Depressive Disorder
           Generalized Anxiety Disorder both of these recently
                exacerbated by beginning her trial

Axis II:   No diagnosis

Axis III:  Without acute illness

Axis IV:   Problems with the legal system

Axis V:    Current GAF 50

**PLAN:**
I reviewed my impressions with Angela including diagnosis and need for treatment. We discussed the risks and benefits of medication including side effects and at this time, mutually agreed to an increase in her Zoloft to 300 mg daily. We will continue the Seroquel 200 mg q hs.  I will follow up with Angela as needed.

Dawn Nolan, PA-C

DN/tj

Date Transcribed: May 6, 2005
Date Filed:    _____

PHYSICIAN'S TELEPHONE ORDERS

| Facility Name WC Jail | | Address | | | |
|---|---|---|---|---|---|
| Last Name Johnson | First Name Angela | Attending Physician Ben Pole P.C | Room No. | Admission No. | |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5-6-05 | | ↑ Zoloft to 300mg PO daily. |
| | | |
| | | |
| | | |
| | | |

| Signature of Nurse Receiving Order DN RN | Time 1000 | Signature of Physician | Date 5-6-05 |
|---|---|---|---|

Form 990 © BRIGGS Des Moines, IA 50306 (800) 247-2343



Date 4/23/05 at 1530
Incident: J05-3793
Reference: Argument between Inmate Johnson, Angela MID#15357 and Hoffer, Chasity MID#7269. Information only

On the above date and time, I Co Stamm was helping the trustees prepare the supper meals when somebody was pounding real loud at H block. Officer Scott and Officer Wingert went to see what the matter was. He advised master to lock down H block. Officer Scott came back into the kitchen and advised me that inmate Johnson and inmate Hoffer were involved in a verbal altercation. He said they didn't physically fight but it looked like they were about ready to. Officer Scott advised Co Nelson of the incident. They were doing headcount and pushing food carts so he advised me to go in and talk with them. After I returned the trustees to G block, Officer Scott let me into H block. I went to room to room and talked to the inmates. Officer Larson came into H block when she was done passing meds. It was the consensus of the block that inmate Hofer, Chasity was bullying and telling the inmates that inmate Johnson, Angela was a baby killer. Inmate Johnson was out all day so inmate Hoffer was trying to cause problems and get the other inmates on her side. When inmate Johnson came back the other inmates told her what inmate Hoffer had been saying all day. Inmate Johnson went up to inmate Hoffer to confront her and of course an argument started. Inmate Johnson said she didn't care what she said about her but she didn't want Hoffer talking about inmate Barker. Inmate Barker also told me that inmate Hofer threatened to beat her up because she was friends with inmate Johnson. I advised Inmate Hoffer to pack up so we could move her. She told me we were always picking on her and she was getting real tired of it. I advised her she needed to quit causing problems. She needed to keep quiet and change her attitude. She was moved to I block and advised if there were any other problems she would be moved to temp holding.

Co Stamm reporting.