# EXHIBIT 28

## DECLARATION OF WENDY JACOBSON

I, Wendy Jacobson, declare as follows:

I am Anglea Johnson's oldest sister and spent my childhood trying to protect her and my other siblings. By the time I was 10 years old, I spent my time thinking and planning to run away and take my siblings with me. I fantasized I could take my little family and go live in a box car, they way I had read about in a children's novel. My sisters and brother have grown up and become independent, except for Angela, who will always need me, very much like she needed me when she was growing up.

Angela was always my special little sister; she was the next in line to me, and I tried to teach her everything I knew. She followed me around like a little lamb and couldn't be two feet away from me. She needed me to protect her from our mother who had no patience with little children and became enraged all the time. Our mother beat us even when we were very small children and still living with our father. She lost her temper over anything, did not allow us to play and make a mess in the house, and did not want us to make any noise. She hit us hard and left us with bruises and red marks. Sometimes she used a belt; sometimes she used her hands or other objects. She beat us until she got exhausted. It did not seem like punishment; it seemed more like her anger.

Our life got much worse after our father and mother divorced, and we began to move from place to place living with all kinds of different people, some of whom were very bizarre and mentally ill. We moved from Iowa to Colorado and back to Iowa and then to Kansas and back to Iowa and then from city to city. Sometimes, my mother's mother lived with us, and sometimes my mother convinced other people to live with us, like Maxine Abbott who was her

Παγε –1–

best friend for years.  Mother and my grandmother made up their own weird religion that they brainwashed us children with, but we did not know any better.  We lived one life inside the house and kept it secret from the outside world.  People in the community shunned us, made fun of us, and ridiculed us, so we learned to stick together to protect each other.  Other kids bullied and fought us because we were different and unprotected.  We never asked teachers to help us because we were taught at home to keep secrets and not tell people what we did at home.  We believed it would be terrible if we told others what happened at home.  Needless to say, we did not bring friends home to see what went on.  We did not know we could go to our father for help because we believed he abandoned us and did not want us.  When we were small, Mother moved us from place to place without telling him our whereabouts.  He remarried and it was clear to us kids his new wife did not want us around.  We never understood why we had to live in such poverty and why he didn't help us financially.

Our mother has always been different from any one else I've ever known.  She hears and sees things that others do not hear or see.  She sees special meanings in ordinary events.  She believes she has special powers to heal.  Although she believes these things are God speaking to and through her, her beliefs are not from any particular church or religion.  She and sometimes her friends made it up as they went along.  For instance, my mother believed in laying out in the spirit, laying on hands, fasting, speaking in tongues, and accepting God's gifts.  She interpreted everything that happened as a sign from God with special meaning for her, or worse, a sign from the devil.  She believed that demons and devils and evil spirits lived in us children and tried to take us over.  She fought these demons and devils by having these special rituals that she made up.  One time, she decided that her girl friend Maxine, was possessed by a rhinoceros demon so

Case 3:09-cv-03064-MWB-LTS    Document 1-13    Filed 10/05/09    Page 3 of 10

she made Maxine stand on one foot while they chanted and tried to make the rhinoceros demon leave Maxine's body. That may sound funny today, but most times Mother's ideas were terrifying and hurtful to us children.

Angela got the worst of it, because Angela always had trouble learning. Angela could not learn to read, write, add, and tell time until she was in the third grade. I spent hours and hours teaching her how to tell time and how a quarter past three didn't mean there was a quarter, as in a coin, on the clock. She always had trouble in school and was in special education classes. Angela had to quit school after the eighth grade to work in our mother's restaurant as a waitress. She was a good waitress but she could not make change or operate the cash register. We had to make special arrangements to be sure that someone else took care of the customer's checks.

Mother and her friend or our grandmother were always on the lookout for signs of the devil or demons and they watched every little thing we did to see if we had the devil in us. As children, we came to believe that the devil or demons were in us and were terrified of our own selves. It was very confusing to think that another being or thing could take over our bodies and minds and destroy us. Mother's decision that we were showing sings of being possessed did not make any sense to us and came out of the blue from hour to hour or day to day. If she thought she observed something demon like in us or our behavior, she immediately began to exorcise or get rid of the spirit. Everyone of us kids but Angela figured out how to avoid her thinking we were possessed or how to show the demon had left us if we were possessed. Angela could never figure out how to change her behavior so Mother would not want to exorcise her.

Mother made up names for all these demons and at one time named them after twelve

Παγε –3–

Case 3:09-cv-03064-MWB-LTS    Document 1-13    Filed 10/05/09    Page 4 of 10

Indian tribes like Algonquin. She also made up a special demon for Angela and announced that Angela was possessed by the Deaf and Dumb Demons. She and my grandparents did terrible things to Angela to get rid of the Deaf and Dumb Demons. They held her down on the floor or on the dining room table, they put her in a closet, they hit, shook, and screamed at her, they threatened her, they chanted over her, and they stayed ever alert to see if she showed any signs that they needed to do it again. These exorcisms happened over and over again and terrified Angela. She screamed, begged, cried, and ran from them, but they caught her and held her down. She fought back as hard as she could to make them let her go, but they never gave up. She was totally powerless and no one protected her. I couldn't protect her, either, even though I tried to make them stop hurting her.

Angela has always went into her own world. We called it her "special place," where she would go in her mind and stay for awhile. When she came out of her special place, she'd say, "I'm back." At other times, she seemed to check out of what was going on for a few seconds and then come back as if she hadn't left. She had to ask me to repeat things all the time. It infuriated my mother who decided Angela was possessed by the Deaf and Dumb Demon and that's why Angela didn't respond when Mother called her. I have seen videos of children who have petit mal or absence seizures, and they look exactly like Angela looked when she went into a daze.

My mother also goes into a daze like Angela does. Mother calls herself scatter brained, and she's right. She jumps from one subject to the next, repeats herself as if she hasn't already told us the same thing, and forgets what she's said. She still hears voices and has visions, but now that we're all grown and gone from home, we just tolerate it as best we can because we can't

Παγε −4−

change her mind about anything. Much of what she believes doesn't make sense, but I can't convince her of it. She is still very, very emotional, cries easily, feels helpless, and gets very anxious. She was never able to learn to drive and does everything possible to avoid leaving the house, making friends, or joining any activity. Very rarely, she'll go out shopping with my sister, but then walk up to a complete stranger and start talking to the stranger about her visions and voices. Some strangers are polite and listen; others walk away.

At one time, Mother moved to Texas, lived near me, and opened a small thrift store. She could not make a penny because when people came in to shop, she immediately wanted to exorcise them, lay hands on, or tell them about her voices and visions. When she was alone with my husband, she called herself anointing him to get the male demon out of him or some such. My sisters and I have had to forbid her from doing weird things to our daughters, but we caught her sneaking around and anointing, baptizing, and healing them. Our daughters are old enough now so that we don't have to worry about it, and they understand that their Grandmother is off the charts but love her anyway.

In many ways, Angela is like our mother. Neither one of them can really function on their own. Angela tried as hard as she could, and worked hard, just as Mother worked hard. They are both so gullible, though, they believe anything and can't plan ahead to know what will work and what won't work. Just like my mother's thrift store could not make enough money to stay open, Angela's attempt to own her own business failed. She opened and had to close her bar within a year. Angela always had to move from place to place after she moved out -- just like my mother always moved from place to place, from one failed idea to the next. Angela also depended on other people, the same way Mother needed others.

Παγε −5−

Angela depended on other people to help her manage day to day life. She got her own places to live in but lost them and had to move in with me or my sister or a friend. She worked hard but never had enough money to make ends meet. I used to send her boxes of food to be sure she and the girls had something to eat. The only way we was able to move away from Mason City was when her friend and boss gave her a job and set her up in Des Moines. Even then, she spent her time coming back to Mason City.

Angie was always very emotional. Her moods switch from high to low, happy to depressed, and okay to terrible in a minute. Sometimes she cries and laughs at the same time, but both are intense. She never was able to control her emotions and did not seem to understand that her emotions were so much different from everyone else's. She'd get upset over the most insignificant and silly things, like a simple request. One time my daughter left her jacket at Angela's home, and I asked Angela to return it. It infuriated Angela and frustrated her when she didn't do what was expected of her. She was a neat freak who could not tolerate anything being out of order, so it was really hard on kids to be around her. When she got depressed, she cried and cried and felt like things would never be better.

Angela always had a lot of medical problems, but our mother did not believe in doctors. Angela had terrible headaches, back aches, and colds. We moved around all the time and got sick everywhere we went, but our mother interpreted it as devils so we learned to keep quiet about it. Plus if we were sick and stayed home from school, Mother made us fast. If we went to school, we got free lunches, so we always tried to go to school. Angela was a little, scrawny kid, whose right leg shook all the time (like mine) and who went in and out of contact with reality. She grew so numb to pain that she used to stick pins straight into her arms and walk

Παγε –6–

around without showing any pain.

I was really worried about Angela when she got together with Dustin. By then, she was a nervous wreck and at the end of her rope with fighting off Terry DeGeus. Her life was falling apart, and she acted as if bringing Dustin into her life would solve problems. None of us knew Dustin at first, so we were fooled into thinking it might be good for her, but it soon became apparent that Angela was in real trouble. Holly and I knew that her addiction to methamphetamine was way beyond control, that she was acting irrationally, and that her emotions were all over the board. We could not believe she had gotten pregnant because she was definitely not able to raise one child, Alyssa, much less another new baby. Our worst nightmares came true after Dustin was arrested and Angela continued to be involved with him. We could not understand what hold he had on her.

By the time Angela was arrested in 2000, her entire life had fallen apart. She had lost her home, was unable to work, had no income or money, and could not take care of her daughter. Her emotions were beyond out of control and whip lashed between complete fear and grandiosity. We all tried to help her the best we could before the arrest, but she was incapable of coming up with or following a sensible and practical plan. After she was arrested, she made absolutely no sense. Those first months were insane. She called me crying, sobbing, and pleading for help. She talked about killing herself, cutting her ankles so she would bleed to death, or hanging herself. She attempted suicide and was placed on medication, but the medication only worked at first. It was hard for the doctors to figure out which medication worked, and they had to switch medication all the time. She continued to talk about suicide

even after she was put on medication.

Angela got along with her attorneys at first but she believed they ignored her and would not follow up her requests and leads for investigation. She was very frustrated and irritated with them and called me many times crying and upset. None of us in the family knew how to investigate or help the attorneys so we depended on them to tell us what to do. They had a mitigation specialist who talked to us and the attorneys talked to us, but it was pretty clear they did not investigate the actual offenses Angela was charged with. As a result of my experiences in Angela's trial, I decided to return to college and learn about the criminal justice system and the law so that I can help others in Angela's situation.

I tried to support and stay involved with Angela as much as possible during the trial because I really feared she would commit suicide. After the trial started, she seemed to be in a daze and child like at times. She sat at the defendant's table drawing with colored pencils as if she were in elementary school. At the end of testimony, when I got down to leave the witness stand, she looked up and waved, as if we were seeing each other for the first time. When we met her outside the courtroom, she did not talk about the offense. Before the trial, she talked about it all the time because she was so upset and worried. I could tell that she was very depressed and very different, as if she were a zombie, especially in the mornings in court. Sometimes she sat there like she was not aware of what was going on and as if she was not in any pain at all. She looked like she had no feelings. I knew differently because she was devastated by the deaths of all those people. I could not understand why she showed no emotions in trial. When I asked her about it, she got very irritated and cut me off.

In July 2009, a mitigation specialist working on Angela's case asked me to tell her about

Παγε –8–

Case 3:09-cv-03064-MWB-LTS    Document 1-13    Filed 10/05/09    Page 9 of 10

my life experiences.   I told her what I knew to the best of my recollection. If I had been asked this information by Angela's attorney either in an interview or at trial, I would have provided this information.   I did not write this declaration myself but I have read it   carefully and it says what I told the mitigation specialist when we spoke.

I declare, under penalty of perjury, that the foregoing seven page declaration is true and correct.   Executed by me this _____ day of September, 2009, in _____, Iowa.

Wendy Jacobson

Παγε –9–

Case 3:09-cv-03064-MWB-LTS    Document 1-13    Filed 10/05/09    Page 10 of 10