# EXHIBIT 29

# DECLARATION OF HOLLY DIRKSEN

I, Holly Dirksen, declare:

I am Angela Johnson's youngest sister. We grew up together but I am several years younger than she is so our experiences at home were very different. I benefitted from stability that my mother was not able to provide my older sisters and brother, and I was not exposed the way Angela was to bizarre and cruel treatment.

I am the guardian of Angela's second child, Marvea Johnson, who lives with me and attends school locally. I work as a home health care worker, which is similar to a traveling nurse's aide, a position I have held for 15 years. I provide home care for people who have returned from the hospital and are likely to get well; it is very rewarding to see people do well after serious illnesses, and I try hard to do my best for them to assist in their recovery. Many of my patients have been with me for years, and I value the opportunity to serve them.

I visited Angela often in 1992 and 1993, and moved in with her in 1994, when my daughter was a little more than a year old. It was the worst year of Angela's life. Angela was shattered and stepped out of herself in 1993; she was literally insane that year. Angela always had little ability to control her emotions which were up and down, up and down, happy for five seconds and then totally different. Her temper went off for no reason at all and no one could predict or guess what set it off. Once she got mad, she just got madder and madder, and no one could calm her down. She got so mad she tore up clothes, threw things on the floor and against the wall, screamed, and yelled. She got mad over silly things like when I put pink and blue clothes together in the laundry or the children made a mess. When she was sad, it was the same

Παγε –1–

Case 3:09-cv-03064-MWB-LTS    Document 1-14    Filed 10/05/09    Page 2 of 9

thing – as sad as sad could be. She cried and sobbed with deep grief and pain. At the moment of her sadness, she was completely wrapped in it. When she was up and not sad or upset, she was on top of the world. When she got in these moods, she said she felt like she was queen of the world, even when she had absolutely nothing. That's the way her moods went, from one extreme to the other.

It got in worse in 1993. Living with Angie was like living in a rant all the time. She could not control her emotions. She stayed in bed for days and then worked nonstop. She was always moving, shaking, talking, working, and doing something just for the sake of moving. Angie was unpredictable. I moved out in the spring of 1995 because it was too insane trying to live with her. Anything could set her off, and she stayed irritated and upset, angry with everyone and everything for little or no reason.

Angela grew crazier by the minute for every minute she spent with Dustin Honken. She and I were very close and spent a lot of time together. Her mood swings got worse. She was always paranoid and had to sleep with lights on, but she also believed that others were out to get her. Her pregnancy made everything worse. Angela lived in absolute terror that Terry DeGeus was going to kill her when he found out she was pregnant, but she was convinced she could not do anything about it. She was just as worried, if not more, about Dustin. She was pregnant with Dustin's child and worried that he was not going to end his relationship with his other pregnant girlfriend, who called and taunted her frequently. Angela was never any good with finances, but her debt grew way beyond her ability to pay it because Dustin convinced her to give her money to him. She was pregnant and her hormones seemed to push her over the edge. She had to stop doing drugs because she was pregnant, and she became terribly depressed and barely able to

Παγε –2–

Case 3:09-cv-03064-MWB-LTS    Document 1-14    Filed 10/05/09    Page 3 of 9

move off the couch at times.   The slightest thing irritated and overwhelmed her.

Angela was a clean freak and could not stand it if anything was out of place.   She used to get me up so we could scrub the dirt out of the cracks in the floors with Murphy Oil and a brush at 2:00 a.m.   She could not let anything lay around on a table or counter.   She came to my home once, walked in, got the vacuum cleaner and started vacuuming because she saw wood chips on the floor near the fireplace.

I was with Angela the day she found out she was pregnant.   Angela came to my house that day and was desperate. She was so stressed out that she couldn't enjoy anything and was beside herself. She was worried she was pregnant but could not figure out what to do.   I calmed her down by explaining to her we could get a home pregnancy test and take it from there. Angela had always been very careful with birth control, so her getting pregnant was a sign of how out of sorts she was. She was usually so careful, but she really fell apart in 1993 and everything fell apart in her life. She was crazy.   She worked double shifts, was always flying and moving, and never tired – even after she quit drugs when she found out for sure she was pregnant.   She was worried about losing her house and her credit but Dustin didn't care.   He used up her credit card.   Dustin lived high on the hog when he was away from Angie and had everybody fooled.   He ruined Angie.   His excuse for not helping Angie pay bills was that he had to pay back his college loans.

Angela was never realistic and always gullible; she had no judgment about people at all. She called me after she met Dustin and told me how he was really a big time drug guy, even a drug lord.   I had learned never to trust Angela's opinion about other people, especially men who could take advantage of her, so I did not necessarily believe what she told me.   Even though

Παγε –3–

Case 3:09-cv-03064-MWB-LTS    Document 1-14    Filed 10/05/09    Page 4 of 9

Angela said Dustin was a drug lord, I was relieved because it meant she was moving away from Terry. Angela never was able to live independently and on her own; she always depended on friends, her family, or men to help her. She always needed someone to make things work for her and she did not want to be alone. Even though she needed other people to be around her, she was the one who always worked. Angela worked twice as hard as everyone else and never expected to do otherwise.

I hoped that Dustin being present would make Terry leave Angela alone. I really worried that Terry would kill her. Terry threatened to cut out Angela's baby and kill her and the baby if she ever got pregnant. He was uncontrollable and totally obsessed with Angela. When he attacked, stalked, and threatened Angela, she went to police but they were as powerless as she was to do anything to keep Terry away. He turned up in the middle of the night, at her job, and followed her in her car. Angela's daughter was as terrified of him as I was.

Angela was so geared up and manic, she stayed up for days and days after she met Dustin. She was very attracted to him because he was the first guy she had anything to do with who could pass for normal – he'd even been to college. He always acted like he was smarter than everyone, and Angela really admired his college education. She had not even finished high school. Angie practically worshiped him and didn't see how he controlled, manipulated, and took advantage of her.

Dustin knew how to play with Angie's mind and make her believe things were not the way they were. He had taken psych classes in college and knew tricks. Dustin could show you a picture of an orange and make you believe it was a banana. He tried to manipulate me but I would o't have anything to do with it. Dustin tried to get me to talk with him about how much

Παγε –4–

he loved Angie but I saw through it and could see he was manipulating me. Dustin played mind games on Angela. He was much smarter than she was.

I got to know Tim Cutkomp a little because he visited Dustin frequently. Tim and Dustin were very close. Tim always came to Angela's house to visit Dustin. He did what Dustin told him to do. Dustin controlled Tim the same way he controlled Angela.

One time at Angela's, I opened the door to the bathroom and found Dustin, Angela, and Cristie Gaubatz weighing white powder on scales. Cristie was in the middle of selling with Angela and Dustin.

Angela got ideas and then obsessed on them. Once she got an idea, she couldn't let go of it. She did meaningless stuff, anything to be active. She was up for days and then slept for days. She was always like that. Her bottom half was always moving and shaking. She couldn't keep her legs still.

Angela did lots of things that made no sense. She'd stay up for days – even when she wasn't on drugs like when she was pregnant – and make things, things that you could make during regular day time hours. Then she'd crash and stay in bed for days.Angela never announced or decided in advance what she was doing. She showed up without announcement; she blew in like the wind, expected everybody to be happy, and then she'd blow out. She'd get an idea and go at it. One time, she came in my house, looked at my kitchen, and announced that the wall trim had to go. She immediately started ripping it down, while I stood there telling her she'd gone crazy. Then she left. I had bible study that night and everyone saw my kitchen with holes in the wall. That was Angela – crazy.

In 1996, Angela was really unstable. She had lost her house in Clear Lake and moved to

Παγε –5–

Des Moines where a friend offered her a job. She could not get out of bed. Verleen, her boss in Des Moines, got her out of bed and became Angela's crutch. Angela depended on Verleen for survival. Angela always worked hard and thought she was in control of everything but in reality she depended on everyone else to get from one day to the next and to take care of the kids.

I worried so much about Angela that I drove to Des Moines and went to the court to try and get Angela committed. Angela was spinning out of control and manic.I met with three or four doctors, but the doctors didn't commit Angela. I worried about Angela because Angela talked about killing herself so much. Angela attempted suicide once as a kid; she took a whole bottle of Excedrin and it made her sick. She had to go to the hospital.

Angela flipped out when anything went wrong. She got so emotional she couldn't do anything. One time Alyssa broke a key in the ignition, and Angela flipped out, crying and shaking. My husband had to go to the parking lot and help them. Another time, Angela lost her purse and fell apart, crying and sobbing. She couldn't keep her emotions under control. She was so upset over the lost purse she said she was going to kill herself.

Through it all, she believed what ever men told her. One guy who came along after Dustin, promised her if she moved in with him, he'd support her and her kids in exchange for her fixing up his house. She did her part – she worked night and day fixing up his house. He quit his job and stayed home and never supported her. She had to move out of his place and live with me. I heard her in the bathroom, sobbing and crying, certain that she would never recover. She had no home and was not able to see the future. She was stuck and unable to make a plan or do anything to help herself. I found a trailer she could move into, and my husband and I moved her in and set her up.

Παγε –6–

Case 3:09-cv-03064-MWB-LTS    Document 1-14    Filed 10/05/09    Page 7 of 9

Angela's attorney, Pat Berrigan came to my house with Mary Goody to talk with me and Alyssa. Pat Berrigan sat down on my couch and fell asleep. I wondered if he was taking medication, had physical problems or if he was exhausted from working hard on Angela's case, but I also thought it was very peculiar.

Angela didn't know anything about her rights. When she was first arrested, she asked me to call Dustin's lawyer to find out what to do. She flipped out when she was arrested. She was in withdrawal and couldn't make sense out of anything. She threatened to slash her ankles and kill herself. She wigged out again in Cedar Rapids and started talking non stop, calling all the time, saving anything that came to her mind.

At trial, Angela wasn't herself. When we met with her outside the courtroom, Angela only talked about the family. This was very different than before trial when she was very worried. Before trial she told us she and her attorneys argued a lot. She wanted the attorneys to investigate her case, but the attorneys did not want to investigate her innocence. She was really irritated with her attorneys. After trial started, she wasn't her normal self and didn't show any interest in the case. She acted like she was not in a trial, as if it was all hopeless.

In July 2009, a mitigation specialist working on Angela's case asked me to tell her about my experiences with Dustin Honken and Angela's mental state. I told her what I knew to the best of my recollection. If I had been asked this information by Angela's attorney either in an interview or at trial, I would have provided this information. I did not write this declaration myself but I have read it carefully and it says what I told the mitigation specialist when we spoke.

I declare, under penalty of perjury, that the foregoing seven page declaration is true and correct. Executed by me this ___27,___ day of September, 2009, in ___Mason City___ Iowa.

Παγε –7–

Holly Dirksen

Holly Dirksen

Παγε –8–