# EXHIBIT 30

## DECLARATION OF ALYSSA JOHNSON

I, Alyssa Johnson, declare as follows:

I am Angela Johnson's oldest daughter. I have worked hard to improve myself. I went to community college and finished my AA degree in Business. I have learned how to manage retail stores and enjoy the challenge. I am raising my daughter, Angelea, and have a positive relationship with her father; she is doing well in school.

My mother and I are very close. She has always confided in me, so we were more like close friends once I became a teenager. I was more mature than most teens because I had to grow up fast, rear my little sister, Marvea, and take care of my mother when she needed me.

My mother is a wonderful, giving and loving woman who was never able to look out for herself, regardless of how hard she tried. She believed every story she heard, always saw the best in people, and could not understand how things always went sideways on her. When I was a teenager, I had to look out for her because she just didn't have any common or practical sense.

She worked as hard as she could, sometimes working two shifts in the same day. It was all she could do to support us, but from time to time we had to live with one of her sisters or friends when my mother wasn't able to keep up with day to day demands of working, paying all the bills, balancing a budget, and being a single mom.

All of my mother's emotions were intense. There were times my mother lost all control of herself and could not think clearly. Sometimes it was over little things, like when we lost car keys, she lost her purse, the dishes weren't done, or something in the house was misplaced. She flew into rages that made no sense over insignificant things, screaming, crying, and stomping

Παγε –1–

Case 3:09-cv-03064-MWB-LTS    Document 1-15    Filed 10/05/09    Page 2 of 6

around until she exhausted herself. She stayed mad and upset for a long time. When she was sad, she cried and sobbed because she could not fix things and make it better for us. Sometimes, when she was happy, she was on cloud nine, as if she were the luckiest person in the world. She was obsessed with keeping everything in order and could not handle it if anything was out of order. She was more than neat and scrubbed everything like there was no tomorrow, staying up all night to clean the house.

My mother had terrible episodes of depression in between her times of activity. When she was depressed, she could barely move or do anything. She stayed in bed, in her room, or on the couch, as if she were so sick she had no energy. I worried about these moods when they came over her, but just did my best to be there for her. After my little sister was born, I had to take care of her when mother was so depressed she couldn't do anything. I spent a lot of time at my dad's but always worried when I was there about how my mother was doing alone, without me. She really couldn't take care of herself when depression came on. It was the exact opposite when her mood changed and she started projects or new jobs. She went from one extreme to the other. At the other end of depression was her thinking everything was perfect, wonderful, and marvelous, even when I knew we were headed for disaster. Nothing could change her mind, though. She had absolutely no judgment; it was like she was in another world.

She had a tremendous amount of energy and went at projects full blast until she collapsed. She never learned to take things slowly, to save some energy for later on, or to spread work out. When she had a project at home, like building furniture or repairing something that was broken, she started the project and didn't stop until she was finished, even if it meant she stayed up for days.

Παγε –2–

Case 3:09-cv-03064-MWB-LTS    Document 1-15    Filed 10/05/09    Page 3 of 6

She fell apart when she had problems. She panicked, froze, or came up with plans that made no sense. For instance, Terry DeGeus made her crazy with fear. He beat her, threatened her, followed us in his car, slept in the shed in our back yard, broke into our house, and threatened to kill her. She called the police, but they were not able to keep him away. She decided that we had to move to be safe, but we only moved a few miles up the road where anyone, including Terry, could find us. Before Dustin moved in, we moved from house to house, and motel to motel. But my mom had no sense about it and only moved from one local town to the next; she should have moved far away but my mother was afraid to be away from her family.

I lived at home with my mother when Dustin Honken came into our lives. My mother made one bad decision after the next, including letting him live with us. I never cared for him because I could tell he took advantage of my mother. She never believed she was very smart, and she thought Dustin was really intelligent and well educated. She acted like he was going to solve all her problems when I knew he was just looking out for himself. She never had any money because she loaned or gave it to him. He didn't help with my little sister, who was his daughter, and always had an excuse for being busy or having to go someplace else. I saw Dustin control my mother. He gave her drugs; that's how he controlled her.

The pregnancy with my little sister changed my mother. She was irritated, stayed on the couch for days, and was really depressed. She complained and argued about everything. She was miserable. She was tired all the time. She never seemed happy or laughed. She worked two shifts to make enough for us to live on. The only job my mother ever had was as a waitress; that's all she knew how to do.

Παγε −3−

Case 3:09-cv-03064-MWB-LTS    Document 1-15    Filed 10/05/09    Page 4 of 6

I attended a lot of the trial, whenever I could. I took a seat so I could see part of my mom's face. My mother seemed deaf and blind to the trial. She sat there at the trial next to her attorneys drawing with colored pencils they got her. She looked different; she didn't act like she had been acting in jail. It was as if the trial wasn't going on. Usually my mother is real up and has lots of energy – if she is not in depression. At her trial it was like she wasn't even all there. She asked about the family but didn't talk about the trial at all. One day I brought my guitar because I thought I could play it and cheer up my mom. She just did not seem like herself, but the marshal wouldn't let me play it in that little holding area.

I did not understand a lot about the trial. It seemed to me that the trial should not have been in the same town where Dustin's trial was held because everyone knew about it. I was also upset because my mother's attorneys never investigated the actual offense. At the beginning my mother told us she begged her attorneys to investigate everything but she lost hope when they ignored her. Everyone in the family just about fell out of our seats when her attorney stood up at the beginning of the trial and announced that she was guilty. We didn't understand what would make him say that and why he would not have talked with us and warned us or our mother beforehand.

In July 2009, a mitigation specialist working on my mother's case asked me to tell her about my experiences with Dustin Honken and my mom's mental state. I told her what I knew to the best of my recollection. If I had been asked this information by my mother's attorney either in an interview or at trial, I would have provided this information.. I did not write this declaration myself but I have read it carefully and it says what I told the mitigation specialist when we spoke.

Παγε –4–

Case 3:09-cv-03064-MWB-LTS    Document 1-15    Filed 10/05/09    Page 5 of 6

I declare, under penalty of perjury, that the foregoing five page declaration is true and correct. Executed by me this ___26th___ day of September, 2009, in Mason City, Iowa.

Alyssa Johnson

Alyssa Johnson

Παγε –5–