# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,    )
    )
    Respondent,    )
    )
v.    )    **Case No. 01-cr-3046**
    )    **CAPITAL CASE**
    )
ANGELA JOHNSON,    )
    )
    Movant    )

## MOTION FOR LEAVE TO FILE SEALED DOCUMENTS

**COMES NOW**, the Movant, Angela Johnson, by and through undersigned counsel, and hereby moves this Honorable Court to grant leave to file sealed documents, and in support thereof states as follows:

1. Movant has filed a Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Motion to Vacate).

2. As part of Movant's pleading, Movant has included thirty (30) exhibits as attachments to the Motion to Vacate. Many of these exhibits, as detailed below, are not appropriate for inclusion in the public case file for Movant's matter.

3. The exhibits that Movant seeks leave to file under seal are:

    a. Exhibit 9 - Angela Johnson Proffer. This exhibit should not be made part of the public record out of an abundance of caution should the document contain information not already in the public record. Proffers are typically sealed from public view.

    b. Exhibits 11-15. These exhibits are post-trial interviews with jurors 797, 504,

1

55, 600, and 513. The jury in Movant's case was an anonymous jury and undersigned counsel wishes to maintain the anonymity of these jurors.

    c.    Exhibits 16-20. These exhibits are the grand jury transcripts of several individuals who appeared before a grand jury in Movant's case and in her co-defendant's case. Grand jury proceedings are typically sealed and there is no basis to make an exception to that rule in this case and at this time.

    d.    Exhibits 21-23. Similar to Exhibits 11-15, these exhibits are the pre-trial questionnaires of several jurors. Undersigned counsel wishes to maintain the anonymity of these jurors.

    e.    Exhibit 24. This exhibit is the docket from a case that relates to a claim of juror misconduct as to Juror 55. Filing this document under seal will preserve the anonymity of Juror 55.

4.    Movant has emailed PDF copies of all the exhibits listed in this motion to the Clerk of the Court at: ecfmail@iand.uscourts.gov.

5.    Movant has emailed PDF copies of all the exhibits listed in this motion to Assistant United States Attorney, C. J. Williams at: cj.williams@usdoj.gov.

6.    Pursuant to Local Rule 5.2.g.8 and 10.c.3, a paper copy of Movant's pleading and exhibits has been forwarded to the Court. The proposed sealed exhibits appear in a clearly marked, bound volume separate from the pleading and the other exhibits.

**WHEREFORE**, the Movant, Angela Johnson, respectfully requests that this Court grant leave to file Exhibits 9 and 11-24 under seal.

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor and Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, MD
301.474.3404
301.474.3406 (fax)
mlawlor@verizon.net


/s_____
Marta K. Kahn
The Law Office of Marta K. Kahn, LLC
PO Box 65071
Baltimore, MD 21209
410.299.6966
410.927.7216 (fax)
mkkahn@yahoo.com


/s_____
Ilann Maazel
Kennisha Austin
Emery, Celli Brinkerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
212.763.5000
212.763.5001 (fax)
imaazel@ecbalaw.com
kaustin@ecbalaw.com

3

Copy to:      C.J. Williams, Asst. U.S. Attorney
401 First Street, SE
Suite 400
Cedar Rapids, IA52401
Phone: (319) 363-0091
Fax: (319) 363-1990

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on October 5, 2009.

By: CM/ECF, email and regular mail to C.J. Williams, Esquire


/s_____
Michael Lawlor

4