## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 01-cr-3046** |
| | ) | **CAPITAL CASE** |
| | ) | |
| **ANGELA JOHNSON,** | ) | |
| | ) | |
| **Movant** | ) | |

## ORDER

UPON consideration of Movant's Motion For Leave to File Sealed Documents, it is on this

_____ day of _____, 2009 hereby:

ORDERED, that the motion is **GRANTED**; and it is further

ORDERED, that Exhibits 9 and 11-24 are to be placed under seal.


_____
Judge Mark W. Bennett
United States District Judge