# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This matter comes before the court pursuant to petitioner Angela Johnson's October 5, 2009, Motion For Leave To File Sealed Documents (docket no. 2). In her motion, Johnson asserts that various exhibits in support of her § 2255 Motion should be sealed, because it is inappropriate to include them in the public case file. The court has reviewed the exhibits that Johnson asks the court to seal and agrees that such exhibits should be sealed to protect the privacy or anonymity of the persons mentioned or the confidentiality of the matters addressed in those exhibits.

THEREFORE, petitioner Angela Johnson's October 5, 2009, Motion For Leave To File Sealed Documents (docket no. 2) is **granted**. Exhibits 9 and 11 through 24 shall be filed under seal.

**IT IS SO ORDERED.**

**DATED** this 7th day of October, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA