**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

ANGELA JOHNSON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY REQUESTS**

In the Scheduling Order issued by the Court on August 14, 2009, the Court scheduled the deadline for the defense filing of initial discovery requests pursuant to Rule 6 for October 5, 2009, in conjunction with the filing of our §2255 Motion. Upon consent of the government, the Court granted an extension until October 12, 2009 for petitioner to file the discovery requests. We now request one short, two-day extension, until October 14, 2009, to file the requests. We require this short extension in order to get full input from all members of the habeas team in this somewhat complicated case. We will not be seeking any further extension to file these discovery requests. I have contacted C.J. Williams, counsel for the government, and he consents to this request.

Dated: October 12, 2009

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor and Englert, LLC
6305 Ivy Lane

1

Suite 608
Greenbelt, MD
301.474.3404
301.474.3406 (fax)
mlawlor@verizon.net

Copy to:        C.J. Williams, Asst. U.S. Attorney
                401 First Street, SE
                Suite 400
                Cedar Rapids, IA52401
                Phone: (319) 363-0091
                Fax: (319) 363-1990

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on October 12, 2009.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor

2