# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

   Petitioner,

vs.

UNITED STATES OF AMERICA,

   Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER FURTHER MODIFYING
SCHEDULING ORDER**

_____

This matter comes before the court pursuant to petitioner's October 12, 2009, Unopposed Motion For Extension Of Time To File Discovery Requests (docket no. 5) requesting a further, two-day extension, from October 12, 2009, to October 14, 2009, of her deadline to file initial discovery requests pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings For the United States District Courts. The deadline in question was originally set in the August 14, 2009, Scheduling Order (docket no. 807) in the petitioner's criminal case, No. CR 01-3046-MWB, prior to the filing of her § 2255 Motion, and the previous extension of the deadline was also granted by an order (docket no. 821) in the underlying criminal case. The petitioner now asserts that a further extension is necessary to get full input from all members of the habeas team in this complicated case. Petitioner represents that she will not be seeking any further extensions and that counsel for the respondent has been consulted and consents to the requested extension. It is not clear to the court why full input on required discovery could not be obtained from members of the habeas team prior to the *original* deadline, when that

deadline was known for almost two months, but nevertheless believes that the interests of justice and efficiency will be served by granting the requested extension, because the likelihood of piecemeal amendments and additions to the discovery requests will be minimized.

THEREFORE, petitioner's October 12, 2009, Unopposed Motion For Extension Of Time To File Discovery Requests (docket no. 5) is **granted**. Petitioner shall have **to and including October 14, 2009,** to file initial discovery requests pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

**IT IS SO ORDERED.**

**DATED** this 13th day of October, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2