# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**INITIAL REVIEW ORDER**

_____

This case is before the court on initial review pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings For the United States District Courts. The court has now reviewed petitioner Johnson's voluminous October 5, 2009, Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Civ. docket no. 1) (Johnson's § 2255 Motion) and her equally voluminous supporting documents. As Johnson recognizes, some of her claims may not be currently cognizable under Eighth Circuit law. Nevertheless, the court cannot say that "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief. . . ." R. 2255 P. 4(b).

THEREFORE,

1. The respondent shall have **to and including November 30, 2009,** to file an Answer pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings to all claims asserted in Johnson's § 2255 Motion. However, because the court is aware that the attorney for respondent is involved in a lengthy, complicated criminal trial out of state, on

a change of venue, any request for a reasonable extension of time to file an Answer will be granted, even over petitioner's objections;

2. Pursuant to the August 14, 2009, Scheduling Order (Crim. docket no. 807), filed in anticipation of Johnson's § 2255 Motion, Johnson shall have **30 days** after the filing of the respondent's Answer to file a Reply pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings.

**IT IS SO ORDERED.**

**DATED** this 29th day of October, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2