# DIVISION OF NARCOTICS ENFORCEMENT
# DEPARTMENT OF PUBLIC SAFETY

EXHIBIT #                                    CASE
INTERVIEW                                    TYPED BY:


NAME:            Christi Marie Gaubatz
ADDRESS:

SEX:             Female
RACE:            Caucasian
BIRTH DATE:      ι      1963
SSN:                    ·9787
EMPLOYMENT:      Good Shepherd Nursing Home
OCCUPATION:       Laundry Room Worker
PHONE (RES):
       (BUS):

DATE:            October 30, 2009
TIME:            12:55 PM
PLACE:           Mason City DNE Office


BY:              SAC John Graham (DNE)
                 SA Jim Thiele, DCI


DATE DICTATED: October 30, 2009

PURPOSE:         Obtain information regarding Angela Johnson's private
investigators contact with Gaubatz.


## SYNOPSIS

GAUBATZ advised she had been contacted by two private investigators working for ANGELA JOHNSON. The first one attempted to talk with her approximately three weeks before GAUBATZ met with the second.

GOVERNMENT EXHIBIT
A
C09-3064¥AW

GAUBATZ identified the first investigator as Lisa. While she couldn't recall Lisa's last name, GAUBATZ stated she had Lisa's business card at home. GAUBATZ learned from her ex-husband that Lisa wanted to talk to GAUBATZ, as she had visited with him regarding GAUBATZ. GAUBATZ refused to talk with Lisa and asked her to leave her property.

Approximately three weeks later, a second investigator arrived at GAUBATZ'S home. GAUBATZ couldn't remember the gentleman's name, but has his business card at home.

This investigator began talking about JOHSON'S mental condition and she had holes in her brain. He questioned GAUBATZ if she ever noticed JOHNSON twitch or her lack of concentration. He also talked about DUSTIN HONKEN controlling JOHNSON. GAUBATZ stated she didn't respond to the investigator's questions/statements and told him she was done listening to questions.

The investigator then questioned GAUBATZ persistently about her receiving a deal from the government. He told GAUBATZ she had to have had a deal because she came clean in her third grand jury. GAUBATZ told him she came clean because she had lived with the information for seven years and she didn't get a deal.

He then questioned GAUBATZ regarding how many agents were in the room when she told her story. She told the investigator all she could remember was Bill Basler and there could have been five agents in the room.

The investigator talked about what JOHNSON was doing in prison and he was doing everything possible to get JOHNSON off death row. He told GAUBATZ JOHNSON'S first attorneys were incompetent and JOHNSON was doped up during the trial. GAUBATZ responded JOHNSON wasn't doped, as she saw JOHNSON'S reactions to her testimony and JOHNSON was fine.

SAC Graham asked GAUBATZ what her understanding was regarding any deal she may have had with the government. GAUBATZ responded that she never had any deal or promise from the government. Likewise, GAUBATZ said she was not threatened with charges from the government. GAUBATZ said she told the truth during her third time before the grand jury and she was there to correct her testimony from the previous two times.

GAUBATZ stated the investigator took notes during her meeting with him. However, she has never reviewed the notes or any report written concerning her meeting with the investigator. With nothing further to add, the interview concluded at or about 1:18 PM.

Case 3:09-cv-03064-MWB-LTS    Document 15-2    Filed 11/30/09    Page 2 of 2