# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER REGARDING
PETITIONER'S MOTION TO
AMEND**

_____

This case is before the court on petitioner Johnson's November 27, 2009, Corrected Motion Pursuant To Fed. R. Civ. P. 15(a)(2) For Leave To File Post-Answer Amendment (Corrected Motion To Amend) (Civ. docket no. 14), which superseded an original motion filed earlier the same day (Civ. docket no. 13). In her Corrected Motion To Amend, Johnson asserted that then-Rule 15(a)(1) of the Federal Rules of Civil Procedure permitted a claimant to amend as of right prior to filing of an answer, but that she was nevertheless seeking leave to amend her § 2255 Motion, as required for post-answer amendments by then-Rule 15(a)(2), because she acknowledged that the respondent's deadline to answer, pursuant to a scheduling order, was November 30, 2009, and that the respondent had indicated that it did, indeed, plan to file a response by that deadline. She then offered various reasons why leave to amend should be granted "to improve upon the presentation of the [§ 2255 Motion], making claims clearer, ensuring that all the elements of claims are fairly pled, correcting any errors, and streamlining the [§ 2255 Motion] to the maximum extent possible." Corrected Motion To Amend at 1. She also stated that she would file

her Amended § 2255 Motion no later than December 15, 2009, if leave was granted. The respondent did, indeed, file its Resistance To Plaintiff's Motion Under 28 U.S.C. § 2255 (Civ. docket no. 15) on November 30, 2009. The respondent has not yet filed a response to Johnson's Corrected Motion To Amend, but its deadline to do so has not yet passed.

On December 1, 2009, various amendments to the Federal Rules of Civil Procedure became effective, including amendments to subsection (a) of Rule 15. Subsection (a) now provides as follows:

> **(a) Amendments Before Trial.**
>
>> **(1) Amending as a Matter of Course.** *A party may amend its pleading once as a matter of course within:*
>>
>>> **(A)** 21 days after serving it, or
>>>
>>> **(B)** if the pleading is one to which a responsive pleading is required, *21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.*
>>
>> **(2) Other Amendments.** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
>>
>> **(3) Time to Respond.** Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.

FED. R. CIV. P. 15(a) (as amended, effective Dec. 1, 2009) (emphasis added). Thus, under the amended rule, "the right to amend once as a matter of course is no longer

Case 3:09-cv-03064-MWB-LTS     Document 16     Filed 12/17/09     Page 2 of 3

terminated by service of a responsive pleading." *Id.*, Advisory Committee Notes, 2009 Amendments. Johnson may now amend her § 2255 Motion as a matter of course up to and including December 21, 2009, twenty-one days after the filing of the respondent's Resistance on November 30, 2009, without leave of court. In short, the amendment to Rule 15 renders moot Johnson's Corrected Motion To Amend.

The amended rule provides 14 days for a response to the amended pleading, unless the court orders otherwise. FED. R. CIV. P. 15(a)(3) (as amended, effective Dec. 1, 2009). The court will not set a different deadline for the respondent's response to any Amended § 2255 Motion at this time, but is likely to grant any request for a reasonable extension of that deadline, in light of the intervening holidays.

THEREFORE, petitioner Johnson's November 27, 2009, Corrected Motion Pursuant To Fed. R. Civ. P. 15(a)(2) For Leave To File Post-Answer Amendment (Corrected Motion To Amend) (Civ. docket no. 14) is **denied as moot**. Pursuant to amended Rule 15(a) of the Federal Rules of Civil Procedure, Johnson may amend her § 2255 Motion as a matter of course **up to and including December 21, 2009.**

**IT IS SO ORDERED.**

**DATED** this 17th day of December, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

3