# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB

_____

### MOTION FOR ADDITIONAL TIME TO FILE POST-ANSWER AMENDMENT

By Order dated December 17, 2009, the Court noted that Petitioner has until December 21, 2009, to file a post-Answer Amendment in this case. Leave of Court, in light of recent amendments to the Federal Rules of Civil Procedure, was not required. In a Motion dated November 27, 2009, Petitioner explained the rationale behind her desire to amend her original §2255 Motion.

As the Court is likely aware, this past weekend, the Washington, DC metro area was the recipient of a tremendous amount of snow.[1] Travel by undersigned and Ms. Kahn was not possible. To be frank, few finishing touches remain on the amendment before it is completed. However, with recent weather concerns, and due to the upcoming holiday, Petitioner requests a brief extension of time to file her post-answer Amendment. Counsel requests one of two things:

---

[1] Tremendous, at least, for Washington, DC.

1

1.  The Court grant her a short continuance, until January 4, 2010, to file the post-Answer Amendment;

2.  The Court hold a briefing status call to address revisions to the Court's scheduling Order. This is necessary, now or in the near future, as Petitioner will ask the Court to hold the evidentiary hearing in this case at a time later than the initial scheduled hearing date in May, 2010. This is so as (a) undersigned has a trial scheduled during that time frame, previously discussed with the Court, that has not yet been resolved; and, more importantly; (b) co-counsel Ilann Maazel and his wife are expecting their second child at the end of March. Thus, an early May hearing date may put an undue burden on Mr. Maazel and his wife.[2]

As previously noted, "[t]he court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2). "[A] district court's denial of leave to amend pleadings is appropriate only in those limited circumstances in which undue delay, bad faith on the part of the moving party, futility of the amendment, or unfair prejudice to the non-moving party can be demonstrated." *Roberson v. Hayti Police Dept.,* 241 F.3d 992, 995 (8th Cir.2001). Here, none of those elements is present. Petitioner respectfully requests that a short continuance to amend post-answer be granted. If granted, Petitioner will file her post-Answer Amendment by the date established by the Court.

---

[2] Undersigned's second child was born on November 19, 2009. Counsel for Petitioner assure the Court that the Lawlor and Maazel offspring are not an effort to thwart the Court's carefully crafted schedule.

Dated: December 21, 2009                    Respectfully submitted,

                                            /s_____
                                            Michael E. Lawlor
                                            Lawlor and Englert, LLC
                                            6305 Ivy Lane
                                            Suite 608
                                            Greenbelt, MD
                                            301.474.3404
                                            301.474.3406 (fax)
                                            mlawlor@verizon.net




Copy to:        C.J. Williams, Asst. U.S. Attorney
                401 First Street, SE
                Suite 400
                Cedar Rapids, IA52401
                Phone: (319) 363-0091
                Fax: (319) 363-1990

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 21, 2009.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor

4

Case 3:09-cv-03064-MWB-LTS    Document 17    Filed 12/21/09    Page 4 of 4