# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER REGARDING PETITIONER'S MOTION FOR ADDITIONAL TIME TO FILE POST-ANSWER AMENDMENT**

————————————

This matter is before the court on petitioner Johnson's December 21, 2009, Motion For Additional Time To File Post-Answer Amendment (Civ. docket no. 17). In an Order (Civ. docket no. 16), filed December 17, 2009, the court denied as moot petitioner Johnson's November 27, 2009, Corrected Motion Pursuant To Fed. R. Civ. P. 15(a)(2) For Leave To File Post-Answer Amendment (Civ. docket no. 14), but noted that, pursuant to amended Rule 15(a) of the Federal Rules of Civil Procedure, Johnson may amend her § 2255 Motion as a matter of course up to and including December 21, 2009. Johnson now seeks an extension of time, to January 4, 2010, to file her post-Answer Amendment, owing to "a tremendous amount of snow" in the Washington, D.C., metro area, and upcoming holidays. Johnson's motion does not indicate that she consulted with counsel for respondent concerning the requested extension. Nevertheless, the court finds good cause for the requested extension.

THEREFORE, petitioner Johnson's December 21, 2009, Motion For Additional Time To File Post-Answer Amendment (Civ. docket no. 17) is **granted**. Defendant

Johnson's time to file her post-Answer Amendment pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, as recently amended, is **extended** from December 21, 2009, **to and including January 4, 2010.**

**IT IS SO ORDERED.**

**DATED** this 22nd day of December, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2