# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

_____

As requested in Petitioner's Motion for Additional Time to File Post-Answer Amendment (#17), a telephonic status conference is scheduled for **Wednesday, January 20, 2010, at 4:00 p.m.**, in which the court will address the viability of the evidentiary hearing proceeding on Petitioner's § 2255 Motion in May, 2010. The court will initiate the conference call.

The parties are to provide the court with a number they can be reached at, unless this has already been provided, on or before Tuesday, January 19, 2010.

**IT IS SO ORDERED.**

**DATED** this 29th day of December, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA