# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB

_____

#### UNOPPOSED MOTION FOR leave to file out of time

By prior Order of Court, the Court granted Petitioner until January 4, 2010, to file a post-Answer Amendment in this case. That day, undersigned could not file the Amended Petition via ECF due to a glitch that would not permit the pleading to be converted to a PDF file.

Undersigned sent a Wordperfect format of the document to Assistant United States Attorney C.J. Williams and inquired if he would accept that pleading as timely filed while counsel converted the document for purposes of filing it electronically. That conversion having now occurred, Petitioner request that the Court grant her leave to file the Amended Petition out of time.

1

Dated: January 8, 2010                         Respectfully submitted,

                                               /s_____
                                               Michael E. Lawlor
                                               Lawlor and Englert, LLC
                                               6305 Ivy Lane
                                               Suite 608
                                               Greenbelt, MD
                                               301.474.3404
                                               301.474.3406 (fax)
                                               mlawlor@verizon.net


Copy to:      C.J. Williams, Asst. U.S. Attorney
              401 First Street, SE
              Suite 400
              Cedar Rapids, IA52401
              Phone: (319) 363-0091
              Fax: (319) 363-1990


                              2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 10, 2010.

By: CM/ECF to C.J. Williams, Esquire


/s_____
Michael Lawlor

3