# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER REGARDING
PETITIONER'S UNOPPOSED
MOTION FOR LEAVE TO FILE
AMENDMENT OUT OF TIME**

_____

This matter is before the court on petitioner Johnson's January 8, 2010, Unopposed Motion For Leave To File Amendment Out Of Time (Civ. docket no. 20). The petitioner represents that the proffered amendment is submitted after the January 4, 2010, deadline, because of a "glitch" in converting the document to pdf format for electronic filing. The petitioner represents that she timely sent a WordPerfect format document to counsel for the respondent. Under the circumstances, the court finds good cause to grant leave to file the proffered amendment out of time.

THEREFORE, petitioner Johnson's January 8, 2010, Unopposed Motion For Leave To File Amendment Out Of Time (Civ. docket no. 20) is **granted**. The Clerk of Court shall file the proffered Amended § 2255 Motion.

**IT IS SO ORDERED.**

**DATED** this 12th day of January, 2010.

_Mark W. Bennett_
_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA