IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

       This matter is before the court upon its review of petitioner Johnson's January 23, 2010, Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (docket no. 23). In its review to ascertain what had changed in the Amended § 2255 Motion, the court noted that nowhere does the Amended § 2255 Motion actually indicated that it is an "amended" motion, at least one heading in the body of the Amended § 2255 Motion (heading III.A.) is missing from the table of contents, almost none of the page numbers for headings in the table of contents match the actual location of those headings in the body of the Amended § 2255 Motion, and some of the headings in the table of contents do not match the content of the corresponding headings in the body of the Amended § 2255 Motion. The court recognizes that, in support of her January 8, 2010, Unopposed Motion For Leave To File Amendment Out Of Time (Civ. docket no. 20), the petitioner represented that she had encountered a "glitch" in converting the document to pdf format for electronic filing, and some of the problems with the Amended § 2255 Motion that the court has noted may be the result of that "glitch." Nevertheless, these problems make it difficult to navigate through the

petitioner's voluminous filing. Under the circumstances, the court finds good cause to direct the petitioner to file a *corrected* version of her Amended § 2255 Motion.

THEREFORE, the petitioner shall have **to and including January 21, 2010,** within which to file a *corrected* version of her Amended § 2255 Motion addressing the problems noted above and such other non-substantive, formatting, or clerical errors as she may wish to correct. The respondent's time to respond to the Amended § 2255 Motion shall run from the date of filing of the *corrected* version.

**IT IS SO ORDERED.**

**DATED** this 14th day of January, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2