# In The United States District Court
## Northern District Of Iowa

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>　　　　Plaintiff(s)<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant(s) | **HEARING MINUTES**　Sealed:　NO<br><br>Case No.:　C 09-3064-MWB<br><br>Presiding Judge:　MARK W. BENNETT<br><br>Deputy Clerk:　Roger W. Mastalir<br><br>Court Reporter:　N/a　　　　Contract?<br><br>(If yes, send copy to financial)<br><br>Recording:　No　　Method: |

| Date: | 01/20/10 | Start: | 4:00 p.m. | Adjourn: | 4:15 p.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | None | | Telephonic? | Y |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Ilann Maazel, Michael Lawlor | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | C.J. Williams | | | | | |
| | U.S. Probation: | n/a | | | | | |
| | Interpreter: | n/a | Language: | | Certified: | | Phone | |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|

| **STATUS CONFERENCE:** | | |
|---|---|---|
| Motion(s): | Petitioner's motion to continue evidentiary hearing (in docket no. 17) | Ruling: | Denied |
| Matters discussed: | | |
| Possible conflicts for primary evidentiary hearing date. | | |
| **Witness/Exhibit List is** | N/a | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | |
| **Miscellaneous:** | Parties are to consult with Judge's judicial assistant about a possible backup hearing date sooner than 07/12 backup date currently set, should petitioner's counsel's trial the first week in May go. | |