**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

            Petitioner,

vs.

UNITED STATES OF AMERICA,

            Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER REITERATING PRIMARY
AND BACK-UP HEARING DATES
AND CLARIFYING HEARING
SCHEDULE**

_____

This matter is before the court upon the parties' responses to the court's request during the January 20, 2010, status conference that the parties confer with each other and the undersigned's judicial assistant to determine whether a back-up hearing date earlier than July 12, 2010, could be set in this case, should petitioner's counsel's possible conflict with the primary hearing date of May 3, 2010, materialize. The primary and back-up hearing dates were set in the August 14, 2009, Scheduling Order in the underlying criminal case (Crim. docket no. 807), before petitioner's § 2255 Motion was actually filed. Counsel have conferred with the undersigned's judicial assistant and, regrettably, owing at least in part to the court's own crowded schedule, no earlier back-up date for the hearing is available. Nevertheless, the court will take this opportunity to reiterate, in an order in the civil case, the primary and back-up hearing dates and to clarify the hearing schedule.

THEREFORE, **an evidentiary hearing** on petitioner's § 2255 Motion is set for a **primary date** of May 3, 2010, for five days, with a **back-up date** of July 12, 2010, for five days. The hearing will run from 9:00 a.m. to 5:00 p.m., with a lunch break and

recesses, on the first day, and from 8:30 a.m. to 2:30 p.m., with two recesses approximately twenty minutes long, and such other shorter recesses, if any, as may be necessary, on subsequent days.

**IT IS SO ORDERED.**

**DATED** this 11th day of February, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2