IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON,                          )
                                         )
            Petitioner/Defendant,        )        No. C 09-3064-MWB
                                         )
      vs.                                )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
            Respondent/Plaintiff.        )

## <u>GOVERNMENT'S MOTION FOR PSYCHIATRIC EXAMINATION OF PETITIONER</u>

The United States of America moves the Court for an order to require the Petitioner/Defendant Angela Johnson to submit to a mental examination, pursuant to Rule 35(a) of the Federal Rules of Civil Procedure.

Defendant has placed her mental condition into controversy by the nature of the claims she made in her Motion, based upon a recent examination performed by her expert. Good cause therefore exists for the government to be permitted to examine defendant for purposes of responding to her allegations. The government has retained an expert for this purpose and anticipates the examination would occur at defendant's place of incarceration.

1

WHEREFORE, for the reasons more fully set forth in the government's

Memorandum in Support of this motion, the United States respectfully requests the

Court issue an Order compelling defendant to submit to a mental examination by an

expert retained by the United States.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-0091)
Cj.Williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on February 25, 2010.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

2