**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER DIRECTING UNITED STATES MARSHAL TO TRANSPORT PETITIONER FOR HEARING**

_____

     In a prior order, the court set **an evidentiary hearing** on petitioner's § 2255 Motion for a **primary date** of May 3, 2010, for five days, with a **back-up date** of July 12, 2010, for five days. The United States Marshal is now directed to transport the petitioner to appear personally at the evidentiary hearing for five days starting May 3, 2010.

     **IT IS SO ORDERED.**

     **DATED** this 1st day of March, 2010.

_Mark W. Bennett_
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA