# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

ANGELA JOHNSON,       *
                       *
     Petitioner,    *
                       *      **No. C 09-3064-MWB**
v.                    *      **CAPITAL CASE**
                       *
UNITED STATES OF AMERICA,  *
                       *
     Respondent    *

## UNOPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING UNTIL JULY 12, 2010

Angela Johnson, by undersigned counsel, submits the following request to reschedule the evidentiary hearing in this case from May 3, 2010 until July 12, 2010. In support of the request, counsel for Ms. Johnson states the following:

1. On August 14, 2009, following a conference call between the Court, Mr. Williams, counsel for the Government, and undersigned counsel, the Court scheduled an evidentiary hearing in this matter with a primary commencement date of May 3, 2010 and a backup commencement date of July 12, 2010.

2. During that conference call, undersigned counsel alerted the Court that he is CJA counsel for Johnny Lee Holmes in the matter captioned *United States v. John Cox, et al.*, Case No. 08-328-DKC in the United States District Court for the District of Maryland and that the matter was scheduled for trial beginning April 6, 2010 and running for 8 weeks. At the time, counsel also advised the Court that he was confident the matter would be resolved short of a trial.

3. It now appears that Mr. Holmes' case will proceed to trial on April 6, 2010. Counsel has received a plea offer from the Government and discussed the matter with Mr. Holmes on multiple occasions. No agreement has been reached and while always a possibility that a resolution will be reached between now and April 6, 2010, it appears unlikely.[1]

4. At this stage, it matters little whether Mr. Holmes pleads guilty on the verge of trial. The case involves 16 defendants and a large volume of discovery, including a multitude of recorded phone conversations. The time spent preparing for trial will deprive counsel of the time needed to prepare for the hearing in the instant case.

5. In addition to undersigned's conflict, Ms. Kahn is currently in the midst of a federal capital trial in the United States District Court for the District of Maryland. *United States v. Argueta*, Case No. 05-393-DKC. As was the case with Mr. Holmes, Ms. Kahn expected the Argueta case to be resolved via a plea. It was not and Ms. Kahn is now involved in trial that will soon likely be entering the penalty phase. On top of preparation for a trial and Ms. Johnson's hearing, the logistics of the matter pose problems as well. Counsel must secure hotel rooms, clear the schedules of trial counsel, experts and witnesses for a hearing date that currently appears unlikely.

---

[1] Since an earlier email exchange with the Court earlier this week, counsel has met with and spoken on the phone with the defendant. It now appears to be a certainty that the matter will proceed to trial. Also, as mentioned prior, the Government's offer was for Mr. Holmes to plead to 180 months of mandatory incarceration. Mr. Holmes is 63 years old and has no criminal history.

6.  This Motion is not made for the purpose of delay.  A period of nine months from the filing of Ms. Johnson's §2255 Motion to the evidentiary hearing is a faster track than most similar cases.  Further, the extra time will ensure that the hearing in this case is as efficient as possible.  Counsel for Ms. Johnson and for the Government have been in discussions about a timeline for the exchange of witness lists and exhibits and will continue to work cooperatively to that end.

7.  This Motion is unopposed.  Undersigned counsel discussed the matter with C.J. Williams, Esquire, who authorized counsel to state that he has no objection to the hearing being scheduled for the backup date in July.

WHEREFORE, Petitioner requests that the Court grant the request that the matter be scheduled for the backup hearing date of July 12, 2010.

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland  20770
(301) 474.3404

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 3, 2010.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor

4