# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This is before the court on Petitioner's Unopposed Motion to Reschedule Evidentiary Hearing Until July 12, 2010 (#31) filed March 3, 2010. The motion is **denied without prejudice** to reassertion at a later date. More specifically, the court denies the motion at this time and the evidentiary hearing in this matter remains scheduled for **Monday, May 3, 2010.** However, should the trial in *United States v. John Cox, et al.*, Case No. 08-328-DKC start, as scheduled, on Monday, April 6, 2010, and if defendant Holmes is still one of the defendants scheduled to go to trial on that date and still represented by Mr. Lawlor, counsel for Petitioner Johnson may file a Renewed Motion to Reschedule Evidentiary Hearing.

      **IT IS SO ORDERED.**

      **DATED** this 3rd day of March, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA