# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**AMENDED
SCHEDULING ORDER**

_____

This matter is before the court upon the parties' notice to the court of agreement to amendments and additions to the August 14, 2009, Scheduling Order for the petitioner's § 2255 Motion filed in the underlying criminal case (Crim. docket no. 807). For good cause, the following deadlines are added or amended:

| | |
|---|---|
| Petitioner's response to Respondent's Motion For Psychiatric Examination (docket no. 29) | March 11, 2010 |
| Petitioner Johnson's Reply in support of her § 2255 Motion pursuant to Rule 5 | March 15, 2010 |
| Petitioner Johnson's Pre-Hearing Brief | April 5, 2010 |
| Respondent's Pre-Hearing Brief | April 12, 2010 |
| Exchange of witness lists and exhibits by the parties | April 19, 2010 |

The evidentiary hearing remains set for the **primary date** of May 3, 2010, for five days.

      **IT IS SO ORDERED.**

      **DATED** this 5th day of March, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA