**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING ORAL
ARGUMENTS ON RESPONDENT'S
MOTION FOR PSYCHIATRIC
EXAMINATION OF PETITIONER**

_____

This matter is before the court upon the respondent's February 25, 2010, Motion For Psychiatric Examination Of Petitioner (Civ. docket no. 29). The respondent requests an order to compel the petitioner to submit to a mental examination pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, but acknowledges that its expert, Dr. Dan Martell, Ph.D., who also examined petitioner prior to her criminal trial, has not yet advised the respondent of the nature of the examination that he believes is necessary. In a Resistance (Civ. docket no. 34), filed March 11, 2010, petitioner asserts that she cannot properly respond to the respondent's motion until she is advised of the nature and scope of the examination and/or testing the respondent seeks to perform, and that the respondent's motion does not fully address Fifth and Sixth Amendment issues. The petitioner, therefore, requests a hearing, which she presumes would be telephonic, on the respondent's motion. The court agrees with the petitioner that telephonic oral arguments on the respondent's motion are appropriate, to clarify the nature and scope of the examination and/or testing that the respondent wishes to perform and other issues

pertaining to such examination or testing. The court also finds it appropriate to direct the respondent to file a reply to address issues raised in the petitioner's Resistance, including, but not limited to, the nature and scope of the testing that the respondent wishes to perform.

THEREFORE,

1. **Not later than March 19, 2010,** the respondent shall file a reply in further support of its February 25, 2010, Motion For Psychiatric Examination Of Petitioner (Civ. docket no. 29), not longer than ten pages, to address issues raised in the petitioner's Resistance, including, but not limited to, the nature and scope of the testing that the respondent wishes to perform.

2. **Telephonic oral arguments** on the respondent's February 25, 2010, Motion For Psychiatric Examination Of Petitioner (Civ. docket no. 29) **are scheduled for Wednesday, March 24, 2010, at 1:30 p.m.** As the movant, the respondent shall initiate the conference call for these oral arguments. The court can be reached for purposes of this conference call at 712/233-3909. Counsel wishing to participate shall provide respondent's counsel with contact information not less than 48 hours prior to the hearing.

**IT IS SO ORDERED.**

**DATED** this 12th day of March, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2