**From:** DAMartell@aol.com
**Sent:** Wednesday, March 10, 2010 12:45 PM
**To:** \
**Subject:** Re: Angela Johnson

**The tests to be administered will be selected from the list below based on the history obtained and clinical indications at the time of the examination:**

Structured Neuropsychological Interview
Wechsler Adult Intelligence Scale
Wechsler Memory Scale
National Adult Reading Test (NART)
Wide Range Achievement Test (WRAT)
Raven's Progressive Matrices
**Halstead-Reitan Neuropsychological Test Battery**
 -Booklet Category Test
 -Seashore Rhythm Test
 -Speech Sounds Perception Test
 -Portable Tactual Performance Test
 -Finger Oscillation Test
 -Strength of Grip (Smedley Hand Dynamometer)
 -Reitan-Klove Sensory-Perceptual Examination
 -Tactile Form Recognition
 -Aphasia Screening Test
 -Trails A&B
 -Lateral Dominance Examination
Grooved Pegboard Test
California Verbal Learning Test (CVLT)
Rey's Complex Figure
Benton Visual Retention Test (BVRT)
Hooper Visual Organization Test (HVOT)
Benton Facial Recognition Test
Wisconsin Card Sort
Stroop Color-Word Test
U. Penn. Smell Identification Test (UPSIT)
Delis-Kaplan Executive Function System (D-KEFS)
Symbol-Digit Modalities Test
Copy Cube and Cross
Line Bi-Section
Judgement of Line Orientation
Luria's Tests of Grapho-Motor Sequencing and Inhibition
Tests of Motor Sequencing and Control
Tests of Memory Malingering
Controlled Oral Word Association Test (F-A-S)
Animal Naming Test
Boston Naming Test (BNT)



GOVERNMENT EXHIBIT
2
C09-3064

Rey's 15 Item Memory Test
Grouped and Ungrouped Dot Counting
Wiggins and Brandt Personal History Interview
Interview Schedule for the Psychopathy Checklist –Revised (PCL-R)
Time Estimation
d2 Test of Attention
Zuckerman Sensation Seeking Scale – Form V (SSS-V)
Barratt Impulsivity Scale –11  (BIS-11)
Structured Interview of Reported Symptoms (SIRS)
Validity Indicator Profile (VIP)
Minnesota Multiphasic Personality Inventory – II (MMPI-2)
Million Clinical Multiaxial Inventory – II (MCMI-2)
Millon Behavioral Medicine Diagnostic (MBMD)
Personality Assessment Inventory (PAI)
Quality of Life Inventory (QOLI)
Symptom Checklist – 90 -Revised (SCL-R)
Structured Clinical Interview for DSM-IV (SCID)

In addition, I will be bringing the following **equipment:**

Laptop computer
Sony digital camera, videotapes, and tripod
Audio cassette player
Rolling briefcase
Pens and pencils
Blank paper
Clipboard
Lined tablet paper
Newspaper and magazine
Reading glasses
Kleenex tissues
Blindfold

2