**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

   Petitioner,

vs.

UNITED STATES OF AMERICA,

   Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER RESETTING ORAL
ARGUMENTS ON RESPONDENT'S
MOTION FOR PSYCHIATRIC
EXAMINATION OF PETITIONER**

_____

By Order (Civ. docket no. 35), filed March 12, 2010, the court set a deadline of March 19, 2010, for the respondent to file a reply in further support of its February 25, 2010, Motion For Psychiatric Examination Of Petitioner (Civ. docket no. 29) and set telephonic oral arguments on the respondent's motion for Wednesday, March 24, 2010, at 1:30 p.m. The respondent has notified the court that the psychiatric examinations in question are scheduled for March 24, 2010. Consequently, the respondent proposes filing a reply promptly and requests that oral arguments be rescheduled on March 18th or 19th to allow the examinations on March 24, 2010, to go forward as scheduled, if the respondent's motion is granted. The respondent did, indeed, file its Reply (Civ. docket no. 36) on March 15, 2010. The court finds that, under the circumstances, the oral arguments should be rescheduled to an earlier date.

THEREFORE, **telephonic oral arguments** on the respondent's February 25, 2010, Motion For Psychiatric Examination Of Petitioner (Civ. docket no. 29), previously set for 1:30 p.m. on Wednesday, March 24, 2010, **are rescheduled for 9:00 a.m. (CDT) on**

**Thursday, March 18, 2010.** As the movant, the respondent remains responsible for initiating the conference call for these oral arguments. The court can be reached for purposes of this conference call at 712/233-3958. Counsel wishing to participate shall provide respondent's counsel with contact information not later than 12:00 noon (CDT) on March 17, 2010.

**IT IS SO ORDERED.**

**DATED** this 16th day of March, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2