# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB

_____

### UNOPPOSED MOTION FOR LEAVE EXTENSION OF TIME TO FILE REPLY

By prior Order of Court, the Court granted Petitioner until March 15, 2010, to file a Reply to the Government's Resistance in this case, specifically until Monday, March 22, 2010. Currently, Ms. Kahn, counsel for Petitioner is in the midst of concluding a federal capital trial in the United States District Court for the District of Maryland. The penalty phase is expected to conclude this week permitting Ms. Johnson's counsel to put the finishing touches on the Reply.

C.J. Williams, counsel for the Government, does not oppose this request.

1

Dated: March 18, 2010                    Respectfully submitted,

                                         /s_____
                                         Michael E. Lawlor
                                         Lawlor and Englert, LLC
                                         6305 Ivy Lane
                                         Suite 608
                                         Greenbelt, MD
                                         301.474.3404
                                         301.474.3406 (fax)
                                         mlawlor@verizon.net


Copy to:        C.J. Williams, Asst. U.S. Attorney
                401 First Street, SE
                Suite 400
                Cedar Rapids, IA52401
                Phone: (319) 363-0091
                Fax: (319) 363-1990

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 18, 2010.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor

3