# In The United States District Court
## Northern District Of Iowa

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>　　　　Plaintiff(s)<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant(s) | **HEARING MINUTES**　　Sealed:　NO<br><br>　Case No.:　C 09-3064-MWB<br><br>Presiding Judge:　MARK W. BENNETT<br><br>　Deputy Clerk:　Roger W. Mastalir<br><br>Court Reporter:　Shelly Semmler　　Contract?　No<br><br>　　　　(If yes, send copy to financial)<br><br>　Recording:　Yes　　Method:　FTR Gold |

| Date: | 03/18/10 | Start: | 9:00 a.m. | Adjourn: | 9:55 a.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | None | Telephonic? | Yes |
|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Michael Lawlor, Ilann Maazel, Marta Kahn |
|---|---|---|
| | Defendant(s): | C.J. Williams, AUSA |
| | U.S. Probation: | n/a |
| | Interpreter: | n/a |

| | | Language: | | Certified: | | Phone | |
|---|---|---|---|---|---|---|---|

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|

| **MOTION:** | **A.** | Respondent's for Psychiatric Examination | | # | 29 |
|---|---|---|---|---|---|
| | Ruling: | Reserved | Order to follow? | Yes | |
| | **B.** | Petitioner's to Extend Time to File Reply in Support of § 2255 Motion | | # | 38 |
| | Ruling: | Granted to 03/22/10 | Order to follow? | No | |

| **Witness/Exhibit List is** | not applicable. |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Petitioner must produce the reports of Dr. Gelhorn not later than Monday.<br>Petitioner must make Dr. Young's evaluation available to the respondent, either by report or personal contact.  If the parties are unable to accomplish that, the court may order a deposition or strike Dr. Young's testimony.<br>Petitioner has concerns about where she is incarcerated during the hearing.  She will notify the court of the particular facilities that she prefers or has particular concerns about.  The court will attempt to facilitate an appropriate placement.<br>Petitioner wants to wear civilian clothes to the hearing.  The court will see if the Marshal has any security concerns.<br>The court advises the parties to move toward full, voluntary, reciprocal discovery of experts' files, guided by Rule 35(b), but will intervene if the parties are unable to work out disclosures. |
|---|---|