**UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND**

**DEBORAH K. CHASANOW**                                          6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                          Greenbelt, MD  20770
                                                                                    (301) 344-0634


April 22, 2009


TO:  Counsel

RE:  United States of America v. John Willis Cox, et al.
     Criminal Case No. DKC 2008-0328

Dear Counsel:

     This will confirm the matters discussed and the schedule set during the conference in the above-referenced case on April 21, 2009.  The government anticipates discovery to be provided to those attorneys who have signed discovery agreements by the end of May. Mr. Waldman graciously offered to be liaison discovery counsel.

     The pretrial motions due date was extended to July 17, 2009. The Government's response is due August 14, 2009.  A motions hearing for any overlapping issues including challenges to wiretaps or search warrants will be held Monday, October 19, 2009, at 10:00 a.m. in Courtroom 4-C.  Further motions hearings will be scheduled as needed.

     Given the number of defendants and the complexity of the case, the 6-8 week trial is scheduled to begin **April 6, 2010** (the court will not sit April 22nd and April 23rd, 2010, because of a Chief Judges' Conference).

     Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                                        Very truly yours,


                                             /s/

                                        DEBORAH K. CHASANOW
                                        United States District Judge

cc:  Court File