## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**                                    6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                               Greenbelt, MD  20770
                                                           (301) 344-0634

March 11, 2010

TO:  Counsel

RE:  United States of America v. John Cox, et al.
     Criminal Case No. DKC 08-0328

Dear Counsel:

     The 5 week trial will begin Tuesday, May 4, 2010.  Because of
the schedule for Mr. Young's medical treatment, we will sit Monday
through Friday, beginning at 9:00 a.m. each day.  We will recess at
1:00 p.m. Mondays, Wednesdays and Fridays.

     The government will submit proposed voir dire and jury
instructions by April 16, and any objections or proposed additions
or changes will be submitted by Defendants no later than April 26.

     By the end of next week, the government will provide names of
experts, their cvs, and, with respect to drug analysis and
fingerprints, the reports.  The phone calls and opinions on
contents will be provided 3 weeks before trial.

     Also by the end of next week, the government will notify each
defendant as to whom it may seek to introduce 404(b) evidence,
identifying what prior conduct it believes is relevant and what
evidence it has in support.  The court will not rule categorically
on the 404(b) evidence until trial.

     Despite the informal nature of this letter, it constitutes an
Order of the Court and the clerk is instructed to docket it as
such.

                              Very truly yours,

                              /s/

                              DEBORAH K. CHASANOW
                              United States District Judge

cc:  Court File