IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ANGELA JOHNSON, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | No. C 09-3064-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## GOVERNMENT'S MOTION TO COMPEL DISCOVERY

Respondent United States of America moves the Court for an order compelling Petitioner to produce discovery. The government has previously requested production of a report by Dr. Myla Young, copies of results of any tests or examinations conducted by Dr. Young or Dr. George Woods, copies of those experts' work papers, copies of any notes, report, or recording of an interview of Christy Gaubatz, and correspondence and notes of defendant's trial attorneys. Defendant has not produced the documents requested by the government.

For the reasons more fully set forth in its Memorandum in Support of this Motion, the United States respectfully requests the Court order defendant to provide the government with:

1)     A report by Dr. Myla Young regarding her examinations of and findings regarding defendant Angela Johnson;

2)     A copy of any and all results of tests or examinations conducted by both Dr. George Woods and Dr. Myla Young of defendant Angela Johnson;

3)     A copy of any and all work papers, including notes of interviews, created

1

by Dr. George Woods and Dr. Myla Young in connection with their examination and testing of defendant Angela Johnson;

4) A copy of any report, notes, or recording of or reflecting an interview of Christy Gaubatz;

5) A copy of all correspondence between defendant's trial counsel regarding their representation of defendant;

6) A copy of all correspondence of all correspondence between defendant and her trial counsel, and;

7) A copy of all notes of defendant's trial counsel pertaining to their representation of defendant.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-0091)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on April 14, 2010.

UNITED STATES ATTORNEY

BY:  s/ S. Van Weelden

COPIES TO: Counsel of Record

2