IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON, )
)
    Petitioner/Defendant, )      No. C 09-3064-MWB
)
vs. )
)
UNITED STATES OF AMERICA, )
)
    Respondent/Plaintiff. )

## AFFIDAVIT OF AUSA C.J. WILLIAMS

AFFIANT, C.J. WILLIAMS STATES:

The government, in good faith, has conferred with counsel for petitioner/defendant in an attempt to resolve or narrow by agreement the issues raised by the government's motion to compel.

The government has previously requested production of a report by Dr. Myla Young, copies of results of any tests or examinations conducted by Dr. Young or Dr. George Woods, copies of those experts' work papers, copies of any notes, report, or recording of an interview of Christy Gaubatz, and correspondence and notes of defendant's trial attorneys.

Defendant has not produced the documents requested by the government.

For the reasons more fully set forth in its Memorandum in Support of the government's Motion to Compel Discovery, the United States respectfully requests the Court order defendant to provide the government the discovery it is requesting.

1

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-0091)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on April 14, 2010.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

2