# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

ANGELA JOHNSON,      *  
               *  
      Petitioner,     *  
               *         **No. C 09-3064-MWB**  
v.                       *         **CAPITAL CASE**  
               *  
UNITED STATES OF AMERICA,    *  
               *  
      Respondent     *

## PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO COMPEL DISCOVERY

Angela Johnson, by undersigned counsel, submits the following response to the Government's Motion to Compel Discovery:

The Government has listed seven items it seeks for Petitioner to produce. Taking each in turn:

1.      Petitioner has provided Dr. Young's report and accompanying data.

2 and 3.      Petitioner is obtaining and copying these materials for delivery and expects to send them to the Government this week.

4.      Our investigator's declaration of his interview with Ms. Gaubatz has been provided to the Government.

5 -7.      Mr. Williams only requested these materials on Saturday, April 10, 2010. The Government's Motion to Compel these items is premature. Petitioner maintains that the scope of the Government's request is too broad but, in any event, it will take Petitioner some time to locate, copy and deliver these materials.

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
(301) 474.3404

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April 10, 2010.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor