ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER RESCHEDULING
EVIDENTIARY HEARING**

_____

This case is before the court on the petitioner's April 12, 2010, Unopposed Motion To Reschedule Hearing Until July 12, 2010 (docket no. 43).  The petitioner requests that the evidentiary hearing on her § 2255 Motion, currently set for May 3, 2010, be continued to the back-up hearing date of July 12, 2010, owing to petitioner's counsel's now-likely scheduling conflict with the primary hearing date.  The court finds that reasonably conscientious counsel cannot prepare adequately for both of the matters petitioner's counsel is likely to have pending the first week in May, so, for good cause, the evidentiary hearing in this case will be continued.

THEREFORE, the petitioner's April 12, 2010, Unopposed Motion To Reschedule Hearing Until July 12, 2010 (docket no. 43) is **granted**, and the **evidentiary hearing** on petitioner's § 2255 Motion set for May 3, 2010, for five days, is now **continued to the back-up date of July 12, 2010**, for five days.  The hearing will run from 9:00 a.m. to 5:00 p.m., with a lunch break and recesses, on the first day, and from 8:30 a.m. to 2:30 p.m., with two recesses approximately twenty minutes long, and such other shorter recesses, if any, as may be necessary, on subsequent days.

The United States Marshal is now directed to transport the petitioner to appear personally at the evidentiary hearing for five days starting July 12, 2010.

**IT IS SO ORDERED.**

**DATED** this 14th day of April, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2