# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This case is before the court on the respondent's April 14, 2010, Motion To Compel Discovery (docket no. 44). In response to an e-mail query from a member of the court's staff about the status of this motion, the respondent has advised the court, also by e-mail, that the parties believe that they will be able to work out the details for the exchange of the information in question without court intervention.

THEREFORE, because the parties believe that they have since worked out the discovery issues, the respondent's April 14, 2010, Motion To Compel Discovery (docket no. 44) is **denied as moot,** but without prejudice.

    **IT IS SO ORDERED.**

    **DATED** this 3rd day of May, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA