# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**SECOND AMENDED
SCHEDULING ORDER**

_____

This matter is before the court upon the parties' notice to the court of agreement to further amendments to the March 5, 2010, Amended Scheduling Order for the petitioner's § 2255 Motion filed in the underlying criminal case (Civ. docket no. 33), in light of continuance of the evidentiary hearing to July 12, 2010. For good cause, the following deadlines are amended:

| | |
|---|---|
| The parties will file Pre-Hearing Briefs | June 21, 2010 |
| The parties will exchange witness and exhibit lists and provide the court with copies | June 28, 2010 |
| The parties will exchange copies of exhibits and provide the court with copies | July 6, 2010 |

The evidentiary hearing remains set for **July 12, 2010,** for five days.

      **IT IS SO ORDERED.**

      **DATED** this 12th day of May, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA