# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

ANGELA JOHNSON,      *

     *

     Petitioner,      *

     *      **No. C 09-3064-MWB**

v.      *      **CAPITAL CASE**

     *

UNITED STATES OF AMERICA,      *

     *

     Respondent      *

## MOTION TO RESCHEDULE EVIDENTIARY HEARING FOR 90 DAYS

Angela Johnson, by undersigned counsel, submits the following request to reschedule the evidentiary hearing in this case from the currently scheduled date of July 12, 2010, for approximately 90 days. In support of the request, counsel for Ms. Johnson states the following:

1. On August 14, 2009, following a conference call between the Court, Mr. Williams, counsel for the Government, and undersigned counsel, the Court scheduled an evidentiary hearing in this matter with a primary commencement date of May 3, 2010 and a backup commencement date of July 12, 2010. The backup date eventually became the scheduled date due to a conflict in undersigned's calendar.

2. Counsel requests a continuance of the hearing for 90 days. This request is not made lightly nor with a lack of awareness of the Court's feelings and prior comments that a speedy resolution of his matter is required. Counsel agrees. Nor is counsel for Ms. Johnson unaware of the Court's efforts to ensure that Ms. Johnson has received all of the resources she could reasonably expect to prepare the Motion at issue and prepare for the

evidentiary hearing.

3. The basis for the Motion is that counsel for Ms. Johnson simply need more time to effectively represent her at the evidentiary hearing. The Court is aware of the complexity of the case. The trial was complicated and spanned years of investigation. The penalty phase issues, pre-and post-trial, are equally complex. The number of witnesses is staggering and is reflected by the size of trial counsel's files – 155 boxes – that were delivered to undersigned. Further, and this is not a complaint about the Court's funding, but undersigned, when first appointed to the case, anticipated more assistance from co-counsel. Undersigned is a partner in a four attorney firm. The majority of our cases are court appointed. When the undersigned accepted appointment to Ms. Johnson's case, resource counsel also appointed a New York firm to assist us with the preparation of the case. Through the filing of the Petition, they provided assistance. Since that time, though, their ability to offer assistance has diminished considerably . Ms. Austin has left the firm and Mr. Maazel has been otherwise occupied with a large, multi-national civil case. This has left undersigned, and Ms. Kahn, a solo practitioner, to do all of the work needed to prepare for the hearing.

4. Preparation is also hindered by geographic constraints. Undersigned's office is located in Maryland, witnesses are scattered throughout the Midwest, and the habeas experts are also in various other geographic locales.

5. I have discussed this matter with David Bruck and Sean O'Brien, both federal death penalty resource counsel, and they agree that this request for more time is necessary.

2

Mr. Bruck has written the attached declaration outlining his views on the issues that have arisen in the case and the need for a brief continuance of the matter.

6. This Motion is not made for the purpose of delay. It is also made reluctantly given counsel's awareness of the Court's view of the schedule in this case. The Motion is filed so that counsel can be adequately prepared for the hearing. This proceeding is Ms. Johnson's one remaining opportunity, short of being granted clemency by the President, to avoid execution. Meritorious issues have been raised and will be in dispute at the hearing. In all candor, undersigned underestimated the consumption of time involved in preparing a case of this magnitude while maintaining a small practice .[1] The stakes are high and the correct result critical. Counsel only wants to do his very best for Ms. Johnson.

7. This Motion is opposed. Undersigned counsel discussed the matter with C.J. Williams, Esquire, who authorized counsel to state that he opposes any continuance of the hearing date.

WHEREFORE, Petitioner requests that the Court grant the request that the matter be scheduled for a hearing approximately 90 days from the current hearing date.

---

[1] Counsel has worked on State capital trials and state capital post-conviction hearing but this is counsel's first capital 2255 case, as lead counsel or otherwise.

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland  20770
(301) 474.3404

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 16, 2010.

By: CM/ECF to C.J. Williams, Esquire

/s_____
Michael Lawlor

4