# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)


**ORDER**

_____

**Telephonic oral arguments** on the petitioner's June 18, 2010, Motion To Reschedule Evidentiary Hearing For 90 Days (docket no. 49) **are scheduled for Monday, June 21, 2010, at 2:00 p.m.** The court will initiate the conference call for this hearing. Additionally, the petitioner's *ex parte* motion (docket no. 50) is **granted**, and the document in question shall be filed under seal.

      **IT IS SO ORDERED.**

      **DATED** this 18th day of June, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA