# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| ANGELA JOHNSON, | **HEARING MINUTES** Sealed: No |
|---|---|
| Petitioner | Case No.: C 09-3064-MWB (CR 01-3046-MWB) |
| vs. | Presiding Judge: HON. MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk: Roger W. Mastalir |
| Respondent. | Court Reporter: Shelly Semmler   Contract?   No |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 06/21/10 | Start: | 2:00 p.m. | Adjourn: | 2:33 p.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | None | Time in Chambers: | None | Telephonic? | Yes |
|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Mike Lawlor, Ilaan Maazel; Sean O'Brien, death penalty resource counsel |
|---|---|---|
| | Defendant(s): | C.J. Williams |
| | U.S. Probation: | N/a |
| | Interpreter: | N/a | Language: | n/a | Certified: | n/a | Phone | |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | **Yes** | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **MOTION:** | **A.** | Petitioner's to continue evidentiary hearing | | # | 49 |
|---|---|---|---|---|---|
| | Ruling: | Evidentiary hearing will be continued to October 4, 2010. | Order to follow? | Yes | |
| | **Witness/Exhibit List is** | n/a | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | | |
| | **Miscellaneous:** | It is very unlikely that the court will continue the hearing again, absent extraordinary circumstances. | | | |