**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER RESCHEDULING
EVIDENTIARY HEARING**

_____

This case is before the court on the petitioner's June 18, 2010, Motion To Reschedule Evidentiary Hearing For 90 Days (docket no. 49). The petitioner requests that the evidentiary hearing on her § 2255 Motion, currently set for July 12, 2010, be continued at least 90 days, owing to conflicts in the schedules of petitioners' attorneys causing concerns that they will be unable to prepare adequately for the hearing as scheduled. Although it is with some reluctance, the court finds that the ends of justice will be best served by rescheduling the evidentiary hearing in this case yet again.

THEREFORE, petitioner's June 18, 2010, Motion To Reschedule Evidentiary Hearing For 90 Days (docket no. 49) is **granted** to the extent that the **evidentiary hearing** on petitioner's § 2255 Motion previously set for July 12, 2010, is now **continued to October 4, 2010**, for five days. The hearing will run from 9:00 a.m. to 5:00 p.m., with a lunch break and recesses, on the first day, and from 8:30 a.m. to 2:30 p.m., with two recesses approximately twenty minutes long, and such other shorter recesses, if any, as may be necessary, on subsequent days.

The United States Marshal is now directed to transport the petitioner to appear personally at the evidentiary hearing for five days starting October 4, 2010.

The parties are advised that the court is very unlikely to continue the hearing again, absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED** this 21st day of June, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2