**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER FOR TELEPHONIC ORAL
ARGUMENTS ON PETITIONER'S
MOTION TO CONTINUE**

_____

      **Telephonic oral arguments** on petitioner's oral motion to continue, made during an *ex parte* conference call on August 20, 2010, **are scheduled for 3:00 p.m. (CDT) TODAY, Tuesday, August 24, 2010.** The court will initiate the conference call. The undersigned's secretary has been provided with the interested parties' contact information. However, should such contact information change, interested parties are asked to notify the undersigned's secretary, Jennifer Gill, at 712/233-3909, as soon as possible.

      **IT IS SO ORDERED.**

      **DATED** this 24th day of August, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA