# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
|---|---|
| Plaintiff(s) | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Defendant(s) | Court Reporter:   Shelly Semmler      Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes      Method:   FTR Gold |

| Date: | 08/24/10 | Start: | 3:00 p.m. | Adjourn: | 3:24 p.m. | | Courtroom: | SC 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | None | | | | Time in Chambers: | None | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | Mike Lawlor, Ilann Maazel | | | | | | |
| | Defendant(s): | C.J. Williams, AUSA | | | | | | |
| | U.S. Probation: | n/a | | | | | | |
| | Interpreter: | n/a | | Language: | | Certified: | | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **MOTION:** | **A.** | Petitioner's for additional counsel and continuance | | **#** | **58** |
|---|---|---|---|---|---|
| | Ruling: | Reserved | Order to follow? | | Yes |
| | **Witness/Exhibit List is** | n/a | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Oral arguments were scheduled on an oral motion to continue.  A written motion (docket no. 58) was subsequently filed shortly before the hearing.  Respondent received the motion shortly before the hearing and was given time at the beginning of the hearing to review it. Petitioner is given another opportunity to consult with Mr. Burt to see if he will reconsider the time he needs to prepare on limited issues.<br>Another hearing will be scheduled tomorrow, if requested.  Otherwise, the continuance and the request for appointment of new counsel will be denied. |
|---|---|

Case 3:09-cv-03064-MWB-LTS   Document 59   Filed 08/24/10   Page 1 of 1