**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

          Petitioner,

vs.

UNITED STATES OF AMERICA,

          Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER FOR FURTHER
TELEPHONIC ORAL ARGUMENTS
ON PETITIONER'S MOTION FOR
ADDITION OF COUNSEL AND
CONTINUANCE**

_____

At the conclusion of the hearing yesterday, the court left it to the parties to request further oral arguments on the petitioner's oral motion to continue, which has now been filed in written form as docket no. 58. The court has now determined that further oral arguments are necessary.

THEREFORE, **telephonic oral arguments** on petitioner's August 24, 2010, Motion For Addition Of Counsel And Continuance (docket no. 58) **are scheduled for 3:00 p.m. (CDT) TODAY, Wednesday, August 25, 2010.** The participants **shall include** Mr. Lawlor, Mr. Maazel, Mr. Burt, and Mr. Williams. Mr. O'Brien may also participate. The court will initiate the conference call. Those wishing to participate must provide the undersigned's secretary, Jen Gill, with their contact information, by e-mail or at 712/233-

3909, **not later than 1:30 p.m.**, so that she can determine whether a conference "bridge" will be required to accommodate all participants.

**IT IS SO ORDERED.**

**DATED** this 25th day of August, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2