# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) | **HEARING MINUTES**  Sealed:  NO<br><br>Case No.:  C 09-3064-MWB<br><br>Presiding Judge:  MARK W. BENNETT<br><br>Deputy Clerk:  Roger W. Mastalir<br><br>Court Reporter:  Shelly Semmler  Contract?  No<br><br>(If yes, send copy to financial)<br><br>Recording:  None  Method: |

| Date: | 08/25/10 | Start: | 3:06 p.m. | Adjourn: | 3:55 p.m. | Courtroom: | Judge Bennett's Chambers |
|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | All | Telephonic? | Yes |
|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Mike Lawlor, Ilann Maazel, Michael Burt |
|---|---|---|
| | Defendant(s): | C.J. Williams, AUSA |
| | U.S. Probation: | n/a |
| | Interpreter: | n/a | Language: | | Certified: | | Phone | |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | **Yes** | Continued from a previous date? | Yes |
|---|---|---|---|---|---|

| **MOTION:** | **A.** | Petitioner's for additional counsel and continuance | | **#** | **58** |
|---|---|---|---|---|---|
| | Ruling: | Reserved | Order to follow? | Yes |
| | **Witness/Exhibit List is** | n/a | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Petitioner's counsel has 48 hours to provide the court with assurances that, if the hearing is continued until December 13, 2010, all expert testimony and other evidence will be presented, either live, by video conference, or by video deposition, and that no further continuances will be requested except in the most extraordinary circumstances. Mr. Burt is given the same time to consider his availability to participate in the case. |
|---|---|

Page 1 of 1