**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

At the conclusion of the telephonic oral arguments on August 25, 2010, on petitioner's August 24, 2010, Motion For Addition Of Counsel And Continuance (docket no. 58), the court gave the petitioner's counsel 48 hours to provide the court with assurances that, if the hearing is continued until December 13, 2010, all expert testimony and other evidence will be presented, either live, by video conference, or by video deposition, and that no further continuances will be requested except in the most extraordinary circumstances, and also gave Mr. Burt the same time to consider his availability to participate in the case.

At 5:01 p.m. on August 27, 2010, the court received an e-mail from petitioner's lead counsel, Mr. Lawlor, copied to respondent's counsel, indicating that petitioner's main expert, Dr. Woods, had informed petitioner's lead counsel that he could not ethically and competently continue his work in this case if Mr. Lawlor remained lead counsel. The e-mail stated that, because petitioner's counsel believed that the petitioner would be prejudiced by proceeding without Dr. Woods, Mr. Lawlor intended to move to withdraw. The e-mail concluded,

> I understand that Mr. Burt is available to accept appointment
> as lead counsel. Regarding the Court's offer to continue the

> hearing until December, whatever happens with me and Dr. Woods, it is clearly in Ms. Johnson's interests to have as much time as possible to prepare for the hearing. We would therefore like to accept the Court's offer of this continuance knowing that the situation set forth above may require further discussion with the Court and the government.

The court finds that this e-mail was not only technically untimely, but largely unresponsive to the court's offer of 48 hours after the August 25, 2010, hearing to provide the court with assurances that, if the hearing is continued until December 13, 2010, all expert testimony and other evidence will be presented, either live, by video conference, or by video deposition, and that no further continuances will be requested except in the most extraordinary circumstances and also unresponsive as to whether Mr. Burt is available to participate in the case on the conditions set out by the court. It is, instead, a counteroffer attempting to continue the case, but on conditions different from those set out by the court, with further "hedging" about whether further "discussions" are required, presumably concerning timing of the hearing and submission of evidence.

THEREFORE, because the court has not received a timely and fully responsive answer from petitioner regarding the conditions on which the court would continue the hearing until December, petitioner's August 24, 2010, Motion For Addition Of Counsel And Continuance (docket no. 58) is **denied** as to both a continuance and appointment of Mr. Burt. This matter will proceed to hearing as scheduled on October 4, 2010, with the present petitioner's counsel.

**IT IS SO ORDERED.**

**DATED** this 30th day of August, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2