## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

ANGELA JOHNSON,                     *
                                    *
        Petitioner,                 *
                                    *       No.  C 09-3064-MWB
v.                                  *       CAPITAL CASE
                                    *
UNITED STATES OF AMERICA,           *
                                    *
        Respondent                  *

### MOTION TO WITHDRAW AS COUNSEL FOR ANGELA JOHNSON OR IN THE ALTERNATIVE TO SUBSTITUTE ATTORNEY MICHAEL BURT AS LEAD COUNSEL

ANGELA JOHNSON, by and through undersigned counsel, Michael E. Lawlor, hereby respectfully moves the Court to allow Mr. Lawlor to withdraw from representing her in her capital 28 U.S.C. § 2255 proceedings.

As described in detail in the accompanying Motion to Reconsider and attached declarations and as reported to the Court during telephonic hearings, attorney Lawlor is no longer in a tenable position to represent Ms. Johnson in these proceedings for the following reasons:

1. For the better part of the past year, there has been a complete breakdown in communication between undersigned counsel, who has been the lead attorney in this case and the only one of appointed counsel with capital habeas experience, and those responsible for investigating the facts that will support Ms. Johnson's claims for relief.  As a result, the process of gathering and preparing evidence crucial to Ms. Johnson's claims, which was started and was continuing well, was terminated prematurely and has been severely hampered from beginning again. Undersigned has been unable to overcome this breakdown, and it is largely for

1

this reason that this case is not currently in the posture it should be. The undersigned believes strongly that it is in the best interests of Ms. Johnson if an attorney who is able to work with the entire team takes over as lead counsel and finishes the work so that a complete and accurate social history can be developed and provided to the relevant witnesses and presented to the court in support of Ms. Johnson's claims for relief.

2. Dr. George Woods, whose expert testimony goes to the heart of many of Ms. Johnson's most important claims, including those implicating her competence and the ineffective assistance of her trial lawyers in failing to present evidence of her severe mental and neurological impairments, is likewise unable to work with undersigned counsel and has said that he will not offer testimony or expert opinions on Ms. Johnson's behalf if undersigned counsel continues on this case. Again, given Dr. Woods' importance to Ms. Johnson's § 2255 claims as well as the failure described above to gather an accurate social history upon which Dr. Woods will be able to base sound opinions, undersigned counsel feels ethically obligated to withdraw in order remove this impediment to the development of evidence proving Ms. Johnson's incompetence at the time of trial and the ineffectiveness of her trial lawyers for failing to develop other powerful mental health evidence that is central to both stages of her capital trial.

3. Undersigned counsel has spoken with Ms. Johnson and she is understandably quite concerned that her rights be protected and that her § 2255 team be led by a lawyer who is able to gather, prepare, and present her evidence thoroughly and

Case 3:09-cv-03064-MWB-LTS    Document 65    Filed 09/03/10    Page 2 of 4

available to devote the time necessary to accomplish those tasks competently. She therefore consents to this motion to withdraw.

4. Finally, as the Court is aware, undersigned counsel's mother is seriously ill and will be hospitalized in Boston for the better part of the month of September and will require additional care and treatment beyond that time. Undersigned counsel needs to be available for his mother and will be traveling back and forth between Maryland and Boston frequently certainly during September and likely thereafter as well. The undersigned does not believe he could competently represent Ms. Johnson at the only hearing she will receive in this case while at the same time caring for his mother in Boston given her serious diagnosis.

Undersigned counsel deeply regrets his inability to lead this case and his falling short of his duty to his client, Angela Johnson, to recognize early enough the impact of that inability on the development of evidence necessary to prove Ms. Johnson's claims for relief from her capital conviction and death sentence. He recognizes the gravity of these proceedings and wishes to step aside so that the case may be salvaged for Ms. Johnson's sake.

FOR THE FOREGOING REASONS, undersigned counsel, Michael E. Lawlor, respectfully moves this Court to allow him to withdraw as Angela Johnson's attorney. In the alternative, undersigned counsel respectfully moves the Court to consider adding attorney Michael Burt, whose qualifications were described in detail in the Motion for Addition of

3

Counsel and Continuance of Hearing, Doc. 59, filed on August 24, 2010, and allowing him to substitute as lead counsel on this case so that he may take over preparation for the hearing.

Respectfully Submitted,

/s/_____

Michael E. Lawlor

Lawlor and Englert, LLC

6305 Ivy Lane

Suite 608

Greenbelt, MD 20770

4