# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

## CENTRAL DIVISION

ANGELA JOHNSON,

      Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

      Defendant(s)

**HEARING MINUTES**   Sealed:  NO

Case No.:  C 09-3064-MWB

Presiding Judge:  MARK W. BENNETT

Deputy Clerk:  Roger W. Mastalir

Court Reporter:  Shelly Semmler   Contract?  No

(If yes, send copy to financial)

Recording:  Yes   Method:  FTR Gold

| Date: | 09/07/10 | Start: | 11:00 a.m. | Adjourn: | 12:17 p.m. | Courtroom: | Sioux City 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | All | | Telephonic? | Yes |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Mike Lawlor, Ilann Maazel, Michael Burt, Sean O'Brien | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | C.J. Williams, AUSA | | | | | |
| | U.S. Probation: | n/a | | | | | |
| | Interpreter: | n/a | | Language: | | Certified: | Phone |

| TYPE OF PROCEEDING: | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | Yes |
|---|---|---|---|---|---|---|---|

| MOTION: | A. | Petitioner's to reconsider denial of continuance | | # | 64 |
|---|---|---|---|---|---|
| | Ruling: | Reserved | Order to follow? | | Yes |
| MOTION: | B. | Petitioner's for Mr. Lawlor to withdraw | | # | 65 |
| | Ruling: | Reserved | Order to follow? | | Yes |
| | **Witness/Exhibit List is** | n/a | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Order will be entered today continuing matter to week of March 7, 2011. |
|---|---|

Case 3:09-cv-03064-MWB-LTS   Document 66   Filed 09/07/10   Page 1 of 1