# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. C 09-3064-MWB<br>(No. CR 01-3046-MWB)<br><br>**ORDER REGARDING RESCHEDULING OF EVIDENTIARY HEARING AND WITHDRAWAL OF LEAD COUNSEL** |

_____

This case is before the court on petitioner Johnson's September 3, 2010, Motion To Reconsider Order Denying Continuance Of Hearing Date And Appointment Of Counsel (docket no. 64), and Mr. Lawlor's September 3, 2010, Motion To Withdraw As Counsel (docket no. 65). The court held telephonic oral arguments on the motions earlier today. The court finds that fairness and the interests of justice require relieving Mr. Lawlor of his duties as lead counsel in this case, appointing new lead counsel, and continuing the evidentiary hearing to a later date to allow new lead counsel reasonable time to prepare.

THEREFORE,

1. Petitioner Johnson's September 3, 2010, Motion To Reconsider Order Denying Continuance Of Hearing Date And Appointment Of Counsel (docket no. 64) is **granted**, as follows:

    a. **The evidentiary hearing** in this matter is **continued** from October 4, 2010, **to March 7, 2011,** at 8:30 a.m.;

    b. **Mr. Michael Burt** is appointed as **lead counsel** to represent petitioner Johnson;

  c. **Mr. Maazel** shall continue to represent the petitioner;

  d. **Within 30 days of the date of this order**, Mr. Burt and Mr. Maazel shall suggest, *ex parte*, a third attorney to be appointed to represent the petitioner.

2. Mr. Lawlor's September 3, 2010, Motion To Withdraw As Counsel (docket no. 65) is **granted** to the extent that Mr. Lawlor is relieved of his duties as lead counsel for petitioner Johnson and from active participation in the case, but he shall continue to consult with Mr. Burt and Mr. Maazel, when asked to do so, to assist with the transition of counsel.

**IT IS SO ORDERED.**

**DATED** this 7th day of September, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA