# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

ANGELA JOHNSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**MOTION FOR ADMISSION
PRO HAC VICE**

---

Marcia A. Morrissey, who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Angela Johnson. Ms. Morrissey is a member in good standing of the State Bar of California (Exhibit A). Ms. Morrissey agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Morrissey further states her pro hac vice admission on behalf of Angela Johnson in this case is authorized by LR 83.1.d.3, and that she is registered to participate in the CM/ECF system for the Northern District of Iowa.

Ms. Morrissey states that she can be contacted at the following locations: Law Office of Marcia A. Morrissey, 2115 Main Street, Santa Monica, California 90405; 310-399-3259 (tel.); 310-399-1173 (fax); MorrisseyMA@aol.com.

/s/ Marcia A. Morrissey
Marcia A. Morrissey
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com