**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **ANGELA JANE JOHNSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **PRO HAC VICE** |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA.** | ) | **C09-3064 MWB** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

Upon application and pursuant to Administrative Order 1213,[1] **it is ORDERED**

the motion for  Marcia Morrissey (at docket no. 78) to appear pro hac vice is granted.

Attorney Marcia Morrissey,  Attorney at Law, 2115 Main Street, Santa Monica,

CA 90405, ph 310-399-3259, is admitted to practice in the Northern District of Iowa for

the purpose of trying the above-captioned matter, on behalf of Petitioner,  Angela Jane

Johnson.

**DATED** this 28th day of October, 2010


Robert L Phelps
Clerk U. S. District Court Northern District of Iowa        By Deputy Clerk: s/src

---

[1]Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court
authority to grant certain unresisted motions.

PROHAC.wpd