

# G

## WW GEORGE W. WOODS, JR., M.D.

A PROFESSIONAL CORPORATION
DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

1-866-646-0509
E-mail:gwoods@georgewoodsmd.com
Oakland Atlanta

January 14th, 2011

Michael Burt, Esq.
600 Townsend Street, Suite 329e
San Francisco, California

Re: Angela Johnson

Mr. Burt,

My neuropsychiatric examination revealed symptoms of brain dysfunction in Ms. Johnson, consistent with her family history. These neuropsychiatric findings were corroborated by Myla Young, PhD's neuropsychological testing.

Daniel Martell, PhD conducted neuropsychological testing with Ms. Johnson at the time of trial, and has returned in the last several months for two additional days of testing. It is my belief that Dr. Martell will attempt to corroborate his trial testing, finding, in his opinion, "a pattern of strengths and weaknesses, but no significant brain impairment."

Neuroimaging, specifically Magnetic Resonance Imaging(MRI), Positron Emission Tomography(PET) and CT scanning, as well as Electroencephalography (EEG) testing would provide conclusive evidence for the anatomic basis of electrical, functional, and structural dysfunction, thereby adding weight to the neuropsychological findings. This testing is particularly relevant for the electrical activity, since neuropsychological testing is limited in revealing epileptiform disorders which, in my professional opinion, are found in Ms. Johnson's family. Specialized nasopharyngeal leads should be utilized, to maximize the clinical yield from the testing.

George Woods, MD