February 5, 2001

Patrick J. Berrigan
Trial Attorney
Watson & Dameron
2500 Holmes
Kansas City, Missouri 64108

Re:   Fee Schedule in <u>United States v. Angela Johnson</u>
      **Northern District of Iowa**
      **No CR00-3034-MWV**

Dear Mr. Berrigan:

I am writing to give a brief description of what a forensic psychiatric
examination and services could entail in a capital case.  Over the last
20 years I have been involved in numerous capital cases at both the
trial, penalty phase, as well as post conviction relief, in both
federal and state courts.  States in which I have performed evaluations
in capital cases include Kansas, Missouri, Nebraska, (Iowa, federal
court); Mississippi (federal court); Texas (federal court); Oklahoma;
California; Idaho (State and Federal Court); Utah; and Wyoming.  Other
states in which I have performed forensic evaluations in those accused
of homicide include North Carolina, New York; Illinois; and South
Dakota.  Concerning the various aspects of a forensic evaluation,
described as follows, I have been asked to provide assistance in one or
more forensic evaluations I have performed.

A psychiatric evaluation of Ms. Johnson would involve the following
procedures:

1)    <u>Examination of Ms. Johnson</u>
   a.    Review of birth history
   b.    Assessment of early developmental problems
   c.    History of childhood medical and emotional problems

    d.    A review of her family history to include the following:

        (1)    Family history of mental illness and substance abuse.

        (2)    Relationship with parents, siblings, grandparents, and extended family.

        (3)    History of family difficulties including divorces, separations, conflict, spousal abuse, neglect.

        (4)    Loss of significant relationship through illness, divorce, death.

    e.    Childhood history of sexual, physical or emotional abuse.

    f.    Childhood mental health treatment.

    g.    School performance and adjustment.

    h.    Religious affiliation

    i.    Childhood activities

    j.    Peer relationships

    k.    Adolescent Adjustment

    l.    Any juvenile court of social service contact.

    m.    Junior High and High School academic performance, social adjustment, extracurricular activities.

    n.    Heterosexual development, including early pregnancy, sexual abuse.

    o.    Adolescent work history

    p.    Adolescent emotional problems

    q.    Adolescent medical problems

    r.    Any history of childhood or adult history of head injury or neurological impairment.

    s.    Childhood or adolescent substance abuse.

    t.    Assessment of difficulties during separtion form home and entry into young adulthood.

    u.    Psychiatric difficulties as an adult including the following:

        1.    Traumatic experience

        2.    Brain damage

        3.    Psychotic episodes

        4.    Mood disorders

        5.    Suicide attempts

        6.    Outbursts of aggression

        7.    Substance abuse

        8.    Personality dysfunction

    v.    Spousal relationships including any history of spousal abuse.

w.   Relationship difficulties with parents, children, in-laws or others.

x.   Employment history

y.   Post high school educational history

z.   History of Psychiatric treatment:

aa.   History of significant medical illness or injury.

bb.   Prior legal history

cc.   If requested history of current legal involvement.

dd.   Mental status examination including an assessment in the following areas:

1.   Appearance

2.   General behavior

3.   Attitude

4.   Thought process

5.   Thought contact

6.   Mood

7.   Orientation

8.   Attention span

9.   Long and short term memory

10.   Fund of general information

11.   Ability to use abstract thinking

12.   Insight

13.   Judgment

14.   Phobias

15.   Nightmares

16.   Panic attacks


II:   <u>Review of Relevant Documentation</u> –

1.   Family mental health records.

2.   Family medical records

3.   Individual medical records

4.   Records of past and current mental health treatment

5.   Social service records

6.   Civil court/divorce/custody records.

7.   Prior criminal and law enforcement records.

8.   Legal records concerning current charges.

III. <u>Coordination with Mitigation Specialist</u> –

    1.    To obtain records in Part II.

    2.    To facilitate and obtain collateral information from family, friends, spouses, and children.

    3.    Interview of collateral informants with pertinent information about Ms. Johnson relationships, psychiatric history, and ability to function.

IV. Coordination with psychologist to obtain appropriate tests included neuropsychological tests if indicated.

V. Coordination with other medical specialties to obtain indicated physical, laboratory and x-ray examinations such as EEG, MRI, CT scan, PET scan.

VI. Re-interview Ms. Johnson concerning discrepancies between records and personal history.

VII. Consultations with current treatment personnel and attorneys concerning current mental health and physical treatment needs.

VIII. Correlate the above sources of information in preparing a report of findings.

IX. Consultation with attorney and examination of Ms. Johnson to answer relevant forensic questions to potentially include competence, ability to wave rights, sanity, intent, mitigation.

X. Testimony a deposition or trial including consultation with attorney about testimony preparation, exhibits, cross-examination, jury selection, including potential testimony in mock trial.

XI. Review reports of opposing experts and provide consultation concerning cross examination, and additional records needed (raw psychological test data.)

XII.  Much of the above will involve either travel to Cedar Rapids or Sioux City, Iowa.

XIII. Assistance and/or evaluation of special problems which may arise in the course of the defense.  Examples have included the assessment of defendants who have attempted or threatened suicide or hunger strikes, fired their attorneys so that they could proceed pro se; offered to plead guilty and established ongoing relationship with prosecutors while failing to communicate with defense attorneys, or even situations where attorneys have engaged in boundary relations with their clients including sexual relationships.

Given the extensive nature of these evaluations and the occasional difficulties that require additional services, the total cost can range in the $25,000-$35,000 range on occasion.  My hourly rate is $200/hour and $100/hour for travel plus routine expenses (mileage and lodging as necessary at prevailing government rates.)

Please contact me if further information is needed.  My Curriculum Vitae is enclosed.

Sincerely,



William S. Logan, M.D.
Diplomate, American Board of Psychiatry and Neurology 1982
Diplomate, American Board of Forensic Psychiatry 1987
Subspecialty in Forensic Psychiatry by the
American Board of Psychiatry and Neurology 1994

WSL/sg