**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING TELEPHONIC
CONFERENCE ON THE JOINT
MOTION TO MODIFY
SCHEDULING ORDER AND
JOHNSON'S MOTION FOR
ADDITIONAL TESTING**

———————————

**A telephonic conference** on the January 14, 2011, Joint Motion For A Modified Scheduling Order And Johnson's Motion For MRI, PET/CT, And EEG Testing (docket no. 103) **is set for 11:00 a.m. (CST) on Monday, January 17, 2011**. The court will initiate the conference call.

**IT IS SO ORDERED.**

**DATED** this 15th day of January, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA