# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger W. Mastalir<br><br>Court Reporter:   Shelly Semmler   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes   Method:   FTR Gold |

| Date: | 01/17/11 | Start: | 11:00 a.m. | Adjourn: | 12:05 p.m. | | Courtroom: | Sioux City 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | | None | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | Michael Burt, Ilann Maazel, Marcia Morrissey | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | C.J. Williams | | | | |
| | U.S. Probation: | n/a | | | | |
| | Interpreter: | n/a | Language: | | Certified: | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **STATUS CONFERENCE:** | | |
|---|---|---|
| Motion(s): | Joint Motion For A Modified Scheduling Order And Johnson's Motion For MRI, PET/CT, And EEG Testing (docket no. 103) | Ruling: | Reserved. Order to follow. |

| Matters discussed: |
|---|

Length of hearing and means of efficiently presenting expert evidence
Need to depose trial counsel
Use of existing hearing date (week of 03/07/11, plus the weekend, 03/12 and 03/13) for petitioner's non-expert witnesses and setting 06/13 through 06/21, including the weekend, for the remainder of hearing. Hearing days will be scheduled for 12 hours with a second-shift court reporter. Parties will submit a revised schedule to be prepared for these hearing dates.

| **Witness/Exhibit List is** | |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Court reporter was also by telephone. |
|---|---|

Case 3:09-cv-03064-MWB-LTS   Document 105   Filed 01/17/11   Page 1 of 1