# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**AMENDED ORDER REGARDING TRANSPORTATION OF PETITIONER FOR EVIDENTIARY HEARING**

_____

Modification of the schedule for completion of EEG testing requires modification of the January 19, 2011, Order Regarding Transportation Of Petitioner For Evidentiary Hearing (docket no. 107). The United States Marshal Service is directed to transport the petitioner to appear personally at the evidentiary hearing for seven days starting March 7, 2011. However, the United States Marshal Service shall not begin transportation of petitioner Johnson for the March 7, 2011, evidentiary hearing prior to February 21, 2011, so that EEG testing can be completed on or before February 20, 2011. Petitioner's counsel shall notify the court **promptly** if the testing is not completed on or before February 20, 2011.

    **IT IS SO ORDERED.**

    **DATED** this 9th day of February, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA