# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER REGARDING TRANSPORTATION OF PETITIONER FOR EVIDENTIARY HEARING**

_____

By Order (docket no. 106), filed January 17, 2011, the court scheduled the first part of an evidentiary hearing on petitioner Johnson's § 2255 Motion for March 7, 2011, through March 13, 2011, in Sioux City, Iowa. The United States Marshal is directed to transport the petitioner to appear personally at the evidentiary hearing for seven days starting March 7, 2011. However, in the same Order, the court ordered and authorized neuroimaging testing of petitioner to occur in Forth Worth, Texas, on or before February 15, 2011. Therefore, the United States Marshal shall not begin transportation of petitioner Johnson for the March 7, 2011, evidentiary hearing prior to February 16, 2011. Petitioner's counsel shall notify the court **promptly** if the testing is not completed prior to February 16, 2011.

    **IT IS SO ORDERED.**

    **DATED** this 19th day of January, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

Returned unexecuted, 02/09/2011, new court order issued with new transportation dates and requirements.

Kenneth Runde, US Marshal, N/Iowa

Duane J. Walhof, SDUSM