**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **ANGELA JOHNSON,** | **No. C 09-3064-MWB** |
| **Petitioner,** | |
| **vs.** | **APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PETITIONER'S WITNESS LISA LOVE SMITH** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

_____

COMES NOW, Petitioner, Angela Johnson, in support of her Application for Writ of Habeas Corpus Ad Testificandum, states to the Court as follows:

1. Petitioner is scheduled to participate in an evidentiary hearing in this matter beginning Monday, March 7, 2011, at 8:00 a.m., at the United States Courthouse in Sioux City, Iowa.

2. Petitioner wishes to call Lisa Love Smith as a witness at this hearing. Ms. Smith is a material witness on behalf of Petitioner in the hearing scheduled before the United States District Court for the Northern District of Iowa on March 7, 2011.

3. Lisa Love Smith is currently incarcerated at Federal Correctional Institution Phoenix, 37910 N. 45th Avenue, Phoenix, Arizona 85086, and is in the custody of Warden of that institution at the place under the authority of the United States of America and in accordance with the laws thereof, having been charged or convicted of an offense against the laws of the United States of America by virtue of which the Warden now holds the prisoner.

4. Petitioner requests that Ms. Smith be brought to the United States Courthouse in Sioux City, Iowa the week prior to March 7, 2011, so that Ms. Smith may participate as a defense witness in this matter.

WHEREFORE, the Petitioner requests the issuance of a Writ of Habeas Corpus Ad Testificandum, directed to any United States Marshal, or any of his deputies, to bring the prisoner before the United States District Court for the Northern District of Iowa to testify for Petitioner, and to safely keep and hold the prisoner for that time, and that as soon as the testimony is concluded, that the prisoner be returned to the custody of the Warden of the Federal Correctional Institution Phoenix, Arizona.

DATED this 16th day of February 2011.

Michael Burt
Law office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California 94103
415-522-1508 (tel.)
415-522-1506 (fax)
Michael.Burt@prodigy.net

Marcia A. Morrissey
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com

By:   /s/ Marcia A. Morrissey
      _____
      Marcia A. Morrissey

2