# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It appearing that BRANDY BYRD, State I.D. number 6876053, is confined in the Iowa Correctional Institution for Women in the custody of Patti Wachtendorf, Warden, and it further appearing that BRANDY BYRD is a necessary and material witness for the defense at the trial of *Angela Johnson v. United States*, scheduled for Monday, March 7, 2011, at 8:00 a.m., at Sioux City, Iowa,

It is therefore

ORDERED

That the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum, directed to the United States Marshal for the Northern District of Iowa, or his duly authorized deputy, or any other United States Marshal or his duly authorized deputy, and Patti Wachtendorf, Warden, Iowa Correctional Institution for Women, or her duly authorized Agent, commanding them to produce BRANDY BYRD in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony on Monday, March 7, 2011, and to safely keep BRANDY BYRD, and upon completion of all testimony to

//

//

//

immediately return Brandy Bryd under safe and secure conduct to the Iowa Correctional Institution for Women, or elsewhere as this Court may direct.

Dated: _2-18-11_

PAUL A. ZOSS
U.S. Chief Magistrate Judge
UNITED STATES DISTRICT COURT

2