# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. C 09-3064-MWB<br><br>ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It appearing that SHELLE BROOKS, is confined at Dakota County Jail, in the custody of Terry Kern, Director, and it further appearing that SHELLE BROOKS is a necessary and material witness for the defense at the trial of *Angela Johnson v. United States*, scheduled for Monday, March 7, 2011, at 8:00 a.m., at Sioux City, Iowa,

It is therefore

ORDERED

That the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum, directed to the United States Marshal for the Northern District of Iowa, or his duly authorized deputy, or any other United States Marshal or his duly authorized deputy, and Terry Kern, Director, Dakota County Jail, or his duly authorized Agent, commanding them to produce SHELLE BROOKS in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony on Monday, March 7, 2011, and to safely keep SHELLE BROOKS, and upon completion of all testimony to immediately return

//

//

//

//

SHELLE BROOKS under safe and secure conduct to the Dakota County Jail, or elsewhere as this Court may direct.

Dated:   2-18-11

PAUL A. ZOSS
U.S. Chief Magistrate Judge
UNITED STATES DISTRICT COURT

2