## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>       Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | No. C 09-3064-MWB<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR SHELLE BROOKS** |

TO:    UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF IOWA, OR HIS DULY AUTHORIZED DEPUTY; OR ANY OTHER UNITED STATES MARSHAL, OR HIS DULY AUTHORIZED DEPUTY; and TERRY KERN, DIRECTOR, DAKOTA COUNTY JAIL, OR HIS DULY AUTHORIZED DEPUTY:

WE COMMAND that you have and produce forthwith the body of SHELLE BROOKS, now in the custody of Terry Kern, Director, Dakota County Jail, under safe and secure conduct, before the United States District Court for the Northern District of Iowa, in the United States Courthouse in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony at the trial of *Angela Johnson v. United States*, as a witness on behalf of the defense on Monday, March 7, 2011. Immediately after SHELLE BROOKS shall have given her testimony at the trial of *Angela Johnson v.*

//

//

//

//

//

Case 3:09-cv-03064-MWB-LTS    Document 134-1    Filed 02/18/11    Page 1 of 2

*United States*, you shall return her to the Dakota County Jail or elsewhere as the Court may direct, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Paul A. Zoss, U.S. Chief Magistrate Judge, United States District Court, Northern District of Iowa, this 8th day of February, 2011.

ROBERT L. PHELPS, Clerk
United States District Court
Northern District of Iowa

By: _S/ SM_

2