# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

ANGELA JOHNSON,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

No. C 09-3064-MWB

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It appearing that LISA LOVE SMITH, Register Number 03915-029, is confined at Federal Correctional Institution Phoenix, in the custody of Dennis R. Smith, Warden, and it further appearing that LISA LOVE SMITH is a necessary and material witness for the defense at the trial of *Angela Johnson v. United States*, scheduled for Monday, March 7, 2011, at 8:00 a.m., at Sioux City, Iowa,

It is therefore

ORDERED

That the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum, directed to the United States Marshal for the Northern District of Iowa, or his duly authorized deputy, or any other United States Marshal or his duly authorized deputy, and Dennis R. Smith, Warden, Federal Correctional Institution Phoenix, or his duly authorized Agent, commanding them to produce LISA LOVE SMITH in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony on Monday, March 7, 2011, and to safely keep LISA LOVE SMITH, and upon completion of all

//

//

//

testimony to immediately return LISA LOVE SMITH under safe and secure conduct to the Federal Correctional Institution Phoenix, or elsewhere as this Court may direct.

Dated: 2 - 18 - 11

PAUL A. ZOSS
U.S. Chief Magistrate Judge
UNITED STATES DISTRICT COURT

Case 3:09-cv-03064-MWB-LTS    Document 135    Filed 02/18/11    Page 2 of 2