**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **ANGELA JOHNSON,** | **No. C 09-3064-MWB** |
| **Petitioner,** | |
| **vs.** | **APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PETITIONER'S WITNESS DENNIS LEROY PUTZIER** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

_____

COMES NOW, Petitioner, Angela Johnson, in support of her Application for Writ of Habeas Corpus Ad Testificandum, states to the Court as follows:

1. Petitioner is scheduled to participate in an evidentiary hearing in this matter beginning Monday, March 7, 2011, at 8:00 a.m., at the United States Courthouse in Sioux City, Iowa.

2. Petitioner wishes to call Dennis Leroy Putzier as a witness at this hearing. Mr. Putzier is a material witness on behalf of Petitioner in the hearing scheduled before the United States District Court for the Northern District of Iowa on March 7, 2011.

3. Dennis Leroy Putzier, DOB 1/12/1965, Inmate #0025734, is currently incarcerated at the Woodbury County Law Enforcement Center in Sioux City, Iowa, 407 7th Street, Sioux City, Iowa 51101, and is in the custody of the Warden of that institution under the authority of the United States of America and in accordance with the laws thereof, having been charged or convicted of an offense against the laws of the State of Iowa and the laws of the United States of America by virtue of which the Warden now holds the prisoner.

4. Petitioner requests that Mr. Putzier be brought to the United States Courthouse in Sioux City, Iowa the week prior to March 7, 2011, so that Mr. Putzier may participate as a defense witness in this matter.

5. Mr. Putzier will testify that he was held at Woodbury County Jail with Dustin Honken, and that Mr Honken later tried to kill Mr. Putzier. Mr Putzier will testify as to this and other criminal conduct by Honken.

WHEREFORE, the Petitioner requests the issuance of a Writ of Habeas Corpus Ad Testificandum, directed to any United States Marshal, or any of his deputies, to bring the prisoner before the United States District Court for the Northern District of Iowa to testify for Petitioner, and to safely keep and hold the prisoner for that time, and that as soon as the testimony is concluded, that the prisoner be returned to the custody of the Warden of the Woodbury County Law Enforcement Center in Sioux City, Iowa.

DATED this 24th day of February 2011.

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California   94103
415-522-1508 (tel.)
415-522-1506 (fax)
Michael.Burt@prodigy.net

Marcia A. Morrissey
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com

By:  /s/ Marcia A. Morrissey____
     _____
     Marcia A. Morrissey

2