# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | No. C 09-3064-MWB |
| Petitioner, | |
| vs. | APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PETITIONER'S WITNESS CONNIE JO GATES |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

_____

COMES NOW, Petitioner, Angela Johnson, in support of her Application for Writ of Habeas Corpus Ad Testificandum, states to the Court as follows:

1.      Petitioner is scheduled to participate in an evidentiary hearing in this matter beginning Monday, March 7, 2011, at 8:00 a.m., at the United States Courthouse in Sioux City, Iowa.

2.      Petitioner wishes to call Connie Jo Gates  as a witness at this hearing.  Ms. Gates is a material witness on behalf of Petitioner in the hearing scheduled before the United States District Court for the Northern District of Iowa on March 7, 2011.

3.      Connie Jo Gates, DOB 2/24/1973, DOC # 1027186,  is currently incarcerated at the Iowa Correctional Institution for Women, 300 Elm Avenue, SW, Mitchellville, Iowa 50169, and is in the custody of  Warden Patti Wachtendorf of that institution under the authority of the State of Iowa and in accordance with the laws thereof, having been charged or convicted of an offense against the laws of the State of Iowa by virtue of which the Warden now holds the prisoner.

4.      Petitioner requests that Ms. Gates be brought to the United States Courthouse in Sioux City, Iowa the week prior to March 7, 2011, so that Ms. Gates may participate as a defense witness in this matter.

5. Peggy Sue Hoover is a jailhouse informant who testified against Ms. Johnson at trial. Specifically, she stated Ms. Johnson made admissions of guilt during a conversation with Hoover and another prisoner, Connie Jo Gates. Ms. Gates will testify that the conversation reported by Hoover did not occur.

WHEREFORE, the Petitioner requests the issuance of a Writ of Habeas Corpus Ad Testificandum, directed to any United States Marshal, or any of his deputies, to bring the prisoner before the United States District Court for the Northern District of Iowa to testify for Petitioner, and to safely keep and hold the prisoner for that time, and that as soon as the testimony is concluded, that the prisoner be returned to the custody of the custody of the Warden of the Iowa Correctional Institution for Women, Mitchellville, Iowa.

DATED this 24th day of February 2011.

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California   94103
415-522-1508 (tel.)
415-522-1506 (fax)
Michael.Burt@prodigy.net

Marcia A. Morrissey
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com

By:   /s/ Marcia A. Morrissey
      _____
      Marcia A. Morrissey

2