# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| ANGELA JOHNSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | No. C 09-3064-MWB |
| v. | * | CAPITAL CASE |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent | * | |

## MOTION TO CONTINUE EVIDENTIARY HEARING UNTIL RESOLUTION OF FEDERAL BUDGET CRISIS

Petitioner, by court-appointed counsel, Michael Burt, Ilann M. Maazel , and Marcia Morrissey, moves the Court for an order continuing the evidentiary hearing in this case until the resolution of the developing federal budget crisis described in the attached Memorandum in Support of this Motion.

DATED this 25th day of February, 2011.

Respectfully submitted,

By: s/Michael Burt

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: 415- 522-1508
Facsimile: 415- 522-1506
michael.burt@prodigy.net

1

Ilann M. Maazel
Emery, Celli Brinkerhoff & Abady, LLC
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: 212-763-5000
Facsimile: 212-763-5001
imaazel@ecbalaw.com

Marcia Morrissey
Law Office of Marcia Morrissey
2115 Main Street
Santa Monica, California 90405-2215
Telephone: 310-399-3259
Facsimile: 310-399-1173
MorrisseyMA@aol.com

2

Case 3:09-cv-03064-MWB-LTS    Document 154    Filed 02/25/11    Page 2 of 3

## <u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )

)　　ss.

COUNTY OF SAN FRANCISCO )

I am over the age of 18 and not a party to the within action; my business address is 600 Townsend Street, Suite 329-E San Francisco, California 94103.

I hereby certify that on February 25, 2011, I electronically filed the foregoing motion with the Clerk of the Court for the United States District Court for the Northern District of Iowat by using the court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California, Iowa, and the United States that the above is true and correct.

Executed on February 25, 2011 at San Francisco, California.

s/Michael Burt

MICHAEL BURT
*Attorney for Petitioner*

3