# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

           Petitioner,

vs.

UNITED STATES OF AMERICA,

           Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This case is before the court on the petitioner's February 25, 2011, Motion To Continue Evidentiary Hearing Until Resolution Of Federal Budget Crisis (docket no. 154). Lead counsel for the petitioner has yet to submit a bill, and second counsel has been paid between $10,000 and $26,000 for services monthly since appointment. The court does not believe that there is a realistic possibility that counsel will not ultimately be paid for services in this case or that a delay in payment, if it actually materializes, will present an undue hardship. The petitioner's motion to continue is **denied**.

    **IT IS SO ORDERED.**

    **DATED** this 25th day of February, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA