# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

ANGELA JANE JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C09-3064-MWB

**ORDER**

_____

       This matter is before the court on three applications for writs of habeas corpus ad testificandum. (Doc. Nos. 151, 152 and 153). The witnesses are scheduled to testify at the hearing scheduled for March 7, 2011. The three applications are **denied**.

       **IT IS SO ORDERED.**

       **DATED** this 25th day of February, 2011.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT