# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

No. C 09-3064-MWB

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR LISA LOVE SMITH**

TO:    UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF IOWA, OR HIS DULY AUTHORIZED DEPUTY; OR ANY OTHER UNITED STATES MARSHAL, OR HIS DULY AUTHORIZED DEPUTY; and DENNIS R. SMITH, WARDEN, FEDERAL CORRECTIONAL INSTITUTION PHOENIX, OR HIS DULY AUTHORIZED DEPUTY:

WE COMMAND that you have and produce forthwith the body of LISA LOVE SMITH, Register Number 03915-029, now in the custody of Dennis R. Smith, Warden, Federal Correctional Institution Phoenix, under safe and secure conduct, before the United States District Court for the Northern District of Iowa, in the United States Courthouse in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony at the trial of *Angela Johnson v. United States*, as a witness on behalf of the defense on Monday, March 7, 2011. Immediately after LISA LOVE SMITH shall have given her testimony at the trial of *Angela Johnson v. United States*, you shall return

//

//

//

//

her to the Federal Correctional Institution Phoenix or elsewhere as the Court may direct, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Paul A. Zoss, U.S. Chief Magistrate Judge, United States District Court, Northern District of Iowa, this 18th day of February, 2011.

ROBERT L. PHELPS, Clerk
United States District Court
Northern District of Iowa

By: _S/ ync_

Writ returned unexecuted. US Marshals are unable to produce the requested inmate due to the late filing of this writ. Attorney for the Petitioner notified.         02/28/2011

Kenneth A. Runde, US Marshal, N/Iowa

By: Duane J. Walhof, SDUSM

2