# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

ANGELA JOHNSON,        *
                          *

        Petitioner,      *
                          *        **No. C 09-3064-MWB**

v.                         *        **CAPITAL CASE**
                          *

UNITED STATES OF AMERICA,   *
                          *

        Respondent     *

## MOTION TO COMPEL DISCOVERY OR *IN CAMERA* INSPECTION OF GOVERNMENTAL COMMUNICATIONS RELEVANT TO CLAIM III A. 1 OF THE CORRECTED, AMENDED MOTION UNDER 28 U.S.C. § 2255

Petitioner, by court-appointed counsel, Michael Burt, Ilann M. Maazel , and Marcia Morrissey, moves the Court for an order compelling Respondent to produce discovery or, in the alternative, to submit  discovery for *in camera* inspection by the Court.

Petitioner has requested production of : (1) any correspondence or memoranda by members of United States Attorney's Office for the Northern District of Iowa  directed to defense counsel for Johnson or Honken relevant to plea negotiations in this case; (2) any correspondence or memoranda by members of the same Office  directed to Main Justice relevant to plea negotiations in this case; (3)  any correspondence or memoranda by Main Justice directed to members of the United States Attorney's Office for the Northern District of Iowa  relevant to plea negotiations in this case; (4) any correspondence or

1

memoranda between members of the United States Attorney's Office for the Northern District of Iowa relevant to plea negotiations in this case; and (5) any correspondence or memoranda by Main Justice directed to members of the United States Attorney's Office for the Northern District of Iowa relevant to the date of when there was any change in policy regarding acceptance of pleas in death eligible cases. The word "correspondence" includes emails.

Respondent has indicated that it will voluntarily provide item (1), but that it would not provide the items requested in (2) through (5) "because it constitutes ordinary attorney work product, opinion attorney work product, and is further protected by the deliberative process privilege." As of the date of this motion, the government has not produced any of the items requested in (1) through (5).

For the reasons more fully set forth in its Memorandum in Support of this Motion, the Petitioner respectfully requests that the Court order Respondent to provide items (1) through (5) directly to Petitioner's counsel, or, in the alternative, to the Court for *in camera* inspection and creation of an appellate record.

DATED this 1st day of March, 2011.

Respectfully submitted,

By: s/Michael Burt

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California 94103

2

Telephone: 415- 522-1508
Facsimile: 415- 522-1506
michael.burt@prodigy.net


Ilann M. Maazel
Emery, Celli Brinkerhoff & Abady, LLC
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Telephone: 212-763-5000
Facsimile: 212-763-5001
imaazel@ecbalaw.com

Marcia Morrissey
Law Office of Marcia Morrissey
2115 Main Street
Santa Monica, California 90405-2215
Telephone: 310-399-3259
Facsimile: 310-399-1173
MorrisseyMA@aol.com

3

# PROOF OF SERVICE

STATE OF CALIFORNIA　　　　)

　　　　　　　　　　　　　　)　　ss.

COUNTY OF SAN FRANCISCO)

I am over the age of 18 and not a party to the within action; my business address is 600 Townsend Street, Suite 329-E San Francisco, California 94103.

I hereby certify that on March 1, 2011, I electronically filed the foregoing motion with the Clerk of the Court for the United States District Court for the Northern District of Iowat by using the court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on March 1, 2011 at San Francisco, California.

s/Michael Burt

MICHAEL BURT
*Attorney for Petitioner*

4