# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**MOTION FOR ADMISSION
PRO HAC VICE**

_____

Michael Burt, who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Angela Johnson. Mr. Burt is a member in good standing of the State Bar of California (Exhibit A). Mr. Burt agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Burt further states his pro hac vice admission on behalf of Angela Johnson in this case is authorized by LR 83.1.d.3, and that he is registered to participate in the CM/ECF system for the Northern District of Iowa.

Mr. Burt states that he can be contacted at the following locations: Law Office of Michael Burt, 600 Townsend Street, Ste. 329e, San Francisco, California 94103; 415-522-1508 (tel.); 415-522-1506 (fax); michael.burt@prodigy.net.

/s/ Michael Burt _____ _____
Michael Burt
Attorney at Law
600 Townsend St., Ste. 329e
San Francisco, CA 94103
415-522-1508 (tel.)
415-522-1506 (fax)
michael.burt@prodigy.net