# Exhibit A

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 2, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL NORMAN BURT #83377 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records