ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

_____

Mohammad Ali Hamoudi, who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Angela Johnson. Mr. Hamoudi is a member in good standing of the State Bar of California (Exhibit A). Mr. Hamoudi agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Hamoudi further states his pro hac vice admission on behalf of Angela Johnson in this case is authorized by LR 83.1.d.3, and that he has access to participate in the CM/ECF system for the Northern District of Iowa.

Mr. Hamoudi states that he can be contacted at the following locations: Law Office of Mohammad Hamoudi, 600 Townsend Street, Ste. 329e, San Francisco, California 94103; 415-522-1508 (tel.); 415-522-1506 (fax); mrhamoudi@gmail.com.

/s/ Mohammad Ali Hamoudi
Mohammad Hamoudi
Attorney at Law
600 Townsend St., Ste. 329e
San Francisco, CA 94103
415-522-1509 (tel.)
415-522-1506 (fax)
Mrhamoudi@gmail.com