**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **ANGELA JOHNSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | **C09-3064 MWB** |
| | ) | |
| **vs.** | ) | **PRO HAC VICE** |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

Upon application and pursuant to Administrative Order 1213,[1] **it is ORDERED** the motions for

Michael N Burt (at docket no. 164) and Mohammad Hamoudi (at docket no. 165) to appear pro hac vice

on behalf of Petitioner, Angela Johnson are granted.

Attorneys Michael  Burt and Mohammad Hamoudi, 600 Townsend St. Ste 329e, San Francisco,

CA 94103 are admitted to practice in the Northern District of Iowa for the purpose of trying the above-

captioned matter, on behalf of Petitioner.

**DATED** this 3rd Day of March, 2011

Robert L Phelps
Clerk U. S. District Court Northern District of Iowa          By Deputy Clerk: s/src

---

[1]Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court
authority to grant certain unresisted motions.

PROHAC.wpd