**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ANGELA JOHNSON,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. C 09-3064-MWB<br>(No. CR 01-3046-MWB)<br><br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

_____

Nancy Pemberton, who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Angela Johnson. Ms. Pemberton is a member in good standing of the State Bar of California (Exhibit A). Ms. Pemberton agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Pemberton further states her pro hac vice admission on behalf of Angela Johnson in this case is authorized by LR 83.1.d.3, and that she has applied to participate in the CM/ECF system for the Northern District of Iowa, via email to Suzanne_Carlson@iand.uscourts.gov, and attached to this motion (Exhibit B).

Ms. Pemberton states that she can be contacted at the following locations: Law Office of Nancy Pemberton, 600 Townsend Street, Ste, 329e, San Francisco, CA 94103, (415) 522-0840 (phone), (415) 522-1506 (fax), email: nspemberton@earthlink.net.

/s/ Nancy Pemberton
_____
Nancy Pemberton
Attorney at Law
600 Townsend Street, Ste. 329e
San Francisco, CA 94103
(415) 522-0840 (phone)
(415) 522-1506 (fax)
nspemberton@earthlink.net

# EXHIBIT A