# CERTIFICATE OF STANDING

March 2, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NANCY STEWART PEMBERTON #120960 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; that from the date of admission to January 28, 1991, she was an ACTIVE member of the State Bar of California; that on January 28, 1991, she transferred at her request to the INACTIVE status as of January 1, 1991; that from that date to September 30, 1993 , she was an INACTIVE member of the State Bar of California; that on September 30, 1993 , she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records