IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JANE JOHNSON,                )
                                    )
                Plaintiff,          )      No. C09-3064-MWB
                                    )
            vs.                     )
                                    )      ORDER
UNITED STATES OF AMERICA,           )
                                    )
                Defendants.         )

     Upon unresisted application and pursuant to Administrative

Order 1213,[1]  it is

     **ORDERED**

     motion to appear <u>pro</u> <u>hac</u> <u>vice</u> (docket number 170) is

granted.  Attorney Nancy S. Pemberton is admitted to practice in

the Northern District of Iowa for the purpose of trying the

above-captioned matter.

     DATED this 3rd day of March 2011.


                         ROBERT L. PHELPS, CLERK
                         U. S. District Court
                         Northern District of Iowa


                         By: ____/s/ des_____
                                        Deputy Clerk


--------

[1]Administrative Order 1213, filed January 31, 1994, gives the
Clerk of Court authority to grant certain unresisted motions.