**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**CAPITAL CASE**

## MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACT

Petitioner, Angela Jane Johnson, by her undersigned attorney, moves and requests that this court take judicial notice of the complete transcripts of *United States v. Johnson,* No. CR01-3046 (United States District Court, Northern District of Iowa, 2001) and *United States v. Honken*, CR01-3047 (United States District Court, Northern District of Iowa, 2001). The Court has authority to take judicial notice of both transcripts pursuant to *Federal Rules of Evidence §201(d)* ("A court shall take judicial notice if requested by a party and supplied with the necessary information.").

        Respectfully submitted,

DATED:  March 4, 2011

/s/Mohammad Hamoudi\_\_\_\_\_

Mohammad Ali Hamoudi
Attorney at Law
600 Townsend Street
Suite 329e
San Francisco, California 94103
415-522-1509 (tel.)
415-522-1506 (fax)
Mrhamoudi@gmail.com

1

Michael Burt
Law Office of Michael Burt
600 Townsend St., Suite 329E
San Francisco, California 94103
415-522-1508 (tel.)
415-522-1506 (fax)
Michael.burt@prodigy.net


Hann M. Maazel
Emergy Celli Brinkerhoff & Abady, LLC
75 Rockefeller Plaza, 20th Floor
New York, New York  10019
212-763-5000 (tel.)
212-763-5001 (fax)
imaazel@ecbalaw.com

Marcia Morrissey
Law Office of Marcia Morrissey
2115 Main Street
Santa Monica, California  90405-2215
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com

2

Case 3:09-cv-03064-MWB-LTS    Document 173    Filed 03/04/11    Page 2 of 2