## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. C 09-3064-MWB<br>(No. CR 01-3046-MWB)<br><br><br>**CAPITAL CASE** |

_____

### NOTICE OF SUPPLEMENTAL EXHIBIT LISTS

Petitioner, Angela Jane Johnson, by her undersigned attorney, hereby files Petitioner's supplemental exhibit lists in anticipation of the hearing beginning March 7, 2011 at 8:00 a.m.

**(Disk) Exhibits: (Bates-range noted)**

*Discovery Received from USA (Plea Supplement)*

    PLSP-000001 – PLSP-000138

**(Disk) Exhibits:**

*ABA Guidelines*

    ABA 1989 Death Penalty Guidelines

    ABA 2003 Death Penalty Guidelines

*Goody (Mitigation Specialist/Bates range noted)*

    AJ Education Records (MG000001 to 73)

    AJ Employment Records (MG000074 to 153)

    AJ Jail Records (MG000154 to 936)

    AJ Medical Records  (MG000937 to 1245)

1

AJ Personal Finances (MG001246 to 1466)

AJ Psychiatric Records (MG001467 to 1507)

Alyssa Johnson Records (MG001508 to 1674)

Articles (MG001675 to 2006)

Billing Budget (MG2007 to 2057)

Chronology (MG002058 to 2142)

Correspondence  (MG002143 to 2846 )

Court Records (MG002847 to 3824)

Discovery Given to her By Attorneys (MG003825 to 4078)

Expert Files (MG004079 to 4722)

Family Medical Records (MG004723 to 5272)

Family Vital Records (MG005273 to 5396)

Interviews (MG005397 to 5979)

Law Enforcement (MG005980 to 6039)

Notes (MG006040 to 6178)

Records Request (MG006179 to 6213)

Snitches (MG006214 to 6730)

Social Security (MG006731 to 6786)

Subpoena Info. (MG006787 to 6837)

Telephone (MG006838 to 6862)

Torture (MG006863 to 6865

Transcripts (MG006866 to 7083)

Unfiled (MG007084 to 7105)

Witness Statements (MG007106 to 7340)

**(Disk) Exhibits: (organized alphabetically per witness)**

*Discovery Given to Government*

Barlass, George
Berrigan, Pat
Bockoven, Erin Heffron
Bregar, Terry
Brooks, Shelly
Burke, Kelly Ann
Burr, Dick
Byerly, Wayne
Byrd, Brandy
Cobeen, Dan
Cole, Martin
Cornell, Ray
Cutkomp, Timothy
Dacus, Becky
Dahl, Lisa
Dakken, Dave
Denvir, Quin
Dillow, Tim
Dirks, Elsa
Dirksen, Holly
Eliason, Shannon
Eliason, Terry
Euans, Angela
Ewing, Sarah
Ferguson, Steve
Fox, Ron
Frerichs, Tom
Friesenborg, Melissa
Gahn, Scott
Garland, Phillip
Gates, Connie
Goody, Mary
Gratias, Gordon
Hanawalt, Eva Dawn
Hansen, Kenny
Hare, Lou Ann
Hovda, Ted
Jacobson, Brian
Jacobson, Brooke
Jacobson, Wendy
Jergensen, Winnifred
Johnson Sr., James

3

Johnson, Alan
Johnson, Alyssa
Johnson, Arlyn
Johnson, Cookie
Johnson, Mark
Johnson, Pearl Jean
Lanoue, Nancy
Launspach, Melissa
LeBaron, William
Legg, Tim
Lewis, Darlene Dillow
Llorente, Mike
Lundt, Marshall
Mann, Carol
Means, Brenda
Meter, Carol
Miller, Thomas
Moore, April
Murphy, Richard
Murren, Lawrence
Nevins, Rose Marie
Pannkuk, Glen
Pinnegar, Shelly G.
Post, Leonard
Putzier, Dennis
Reibsemen, Cami
Reinhart, Pat
Saks, Michael
Scanlon, Lori
Smith, Lisa
Stetler, Russel
Stowers, Dean
Swalve, Kim
Swanson, John
Todd, Carl
Tokars, Frederic
Vanderpool, Verlene
Watson, Lesa
Willett, Al
Williams, Val
Williamson, Neal

4

/s/Mohammad Hamoudi_____

Mohammad Ali Hamoudi
Attorney at Law
600 Townsend Street
Suite 329e
San Francisco, California 94103
415-522-1509 (tel.)
415-522-1506 (fax)
Mrhamoudi@gmail.com

5