# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | **HEARING MINUTES**　　Sealed:　　NO<br><br>　Case No.:　　C 09-3064-MWB<br><br>　Presiding Judge:　　MARK W. BENNETT<br><br>　Deputy Clerk:　　Roger W. Mastalir<br><br>　Court Reporter:　　Shelly Semmler　　Contract?　　No<br><br>　　　　　(If yes, send copy to financial)<br><br>　　Recording:　　Yes　　Method:　　FTR Gold |

| Date: | 03/07/11 | Start: | 8:02 a.m. | Adjourn: | 5:52 p.m. | | Courtroom: | Sioux City, 3rd Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 9:55-10:15; 12:05-1:00; 2:25-2:47 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi | | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | | |

| **TYPE OF PROCEEDING:** | | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | | Non-jury: | X | Day: | **ONE** | | | |
| | Motion(s): | n/a | | | Ruling: | n/a | | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | | | | |
| | 8:02 a.m. | Opening discussion:  scheduling, witnesses and exhibits | | | | | | |
| | | Witnesses sequestered; sequestration does not extend to Lisa Watson, petitioner's investigator | | | | | | |
| | | DVD (ABA Guidelines and Mary Goody files) marked as Exhibit 1, but not yet admitted | | | | | | |
| | 8:14 a.m. | Petitioner's Witness:  Mary Goody, mitigation specialist (by Mr. Burt) | | | | | | |
| | 9:55 a.m. | RECESS | | | | | | |
| | 10:15 a.m. | Continuing with Petitioner's Witness:  Mary Goody | | | | | | |
| | 12:00 p.m. | Discussion of petitioner's exhibits; discussion of lunch break. | | | | | | |
| | 12:05 p.m. | LUNCH RECESS UNTIL 1:00 | | | | | | |
| | 1:00 p.m. | Respondent's request to consider housekeeping matters concerning documents at issue in the reserved portion of the petitioner's discovery request.<br>Petitioner will also provide hardcopies of documents referred to in Ms. Goody's testimony to the respondent at the end of Ms. Goody's testimony. | | | | | | |
| | 1:03 p.m. | Continuing with Petitioner's witness:  Mary Goody | | | | | | |
| | 2:25 p.m. | RECESS until 2:47 | | | | | | |

| | | |
|---|---|---|
| | 2:47 p.m. | Petitioner's Witness:  Timothy Lee Dillow (out of order) (by Ms. Morrissey) |
| | 3:16 p.m. | Cross-examination of Mr. Dillow (by C.J. Williams) |
| | | Excused without rebuttal at 3:20. |
| | 3:21 p.m. | Continuing with Petitioner's Witness:  Mary Goody |
| | 3:57 p.m. | Exhibit "marked by content" as Mary Goody's scripts for direct examination of Wendy Jacobson |
| | 3:58 p.m. | Cross-examination of Mary Goody (by C.J. Williams) |
| | 5:08 p.m. | Redirect examination of Mary Goody (by Mr. Burt) |
| | 5:37 p.m. | No re-cross. |
| | 5:37 p.m. | Court's comments on the role of a mitigation specialist |
| | 5:39 p.m. | Court's questions to Mary Goody |
| | 5:49 p.m. | Witness excused. |
| | 5:50 p.m. | Court addresses reserved portion of Petitioner's motion to compel; issues are reserved until after further evidence. |
| | 5:52 p.m. | RECESS FOR THE DAY. |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
| | **Miscellaneous:** | Court orders Ms. Goody to submit a voucher for her time preparing to testify in these proceedings |