# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **HEARING MINUTES**  Sealed:  NO<br><br>Case No.:  C 09-3064-MWB<br><br>Presiding Judge:  MARK W. BENNETT<br><br>Deputy Clerk:  Roger W. Mastalir<br><br>Court Reporter:  Shelly Semmler  Contract?  No<br><br>(If yes, send copy to financial)<br><br>Recording:  Yes  Method:  FTR Gold |

| Date: | 03/08/11 | Start: | 7:00 a.m. | Adjourn: | 5:54 p.m. | | Courtroom: | Sioux City, 3rd Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:00-8:10; 9:38-10:00;12:04-1:10;<br>2:14-2:30; 3:46-4:30 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | Petitioner: | | Michael Burt, Marcia Morrissey, Mo Hamoudi | | | | | | |
| | Respondent: | | C.J. Williams, AUSA | | | | | | |

| **TYPE OF PROCEEDING:** | | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **TWO** | | | | |

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | 7:00 a.m. | Petitioner's Witness:  Lisa Dahl (by Ms. Morrissey) | | | |
| | 7:07 a.m. | Cross (by Mr. Williams) | | | |
| | 7:27 a.m. | Redirect (by Ms. Morrissey) | | | |
| | 7:42 a.m. | Recross (by Mr. Williams) | | | |
| | 7:47 a.m. | Re-redirect (by Ms. Morrissey) | | | |
| | 7:51 a.m. | Court's questions | | | |
| | 7:59 a.m. | Witness excused | | | |
| | 8:00 a.m. | Short recess | | | |
| | 8:10 a.m. | Petitioner's Witness:  Nancy Lanoue (by Ms. Morrissey) | | | |
| | 9:38 a.m. | RECESS UNTIL 10:00 | | | |
| | 10:00 a.m. | Petitioner moved to admit Exhibit 4, but court reserved ruling until the Respondent has a full and complete version | | | |
| | 10:02 a.m. | Cross of Ms. Lanoue (by Mr. Williams) | | | |

Case 3:09-cv-03064-MWB-LTS    Document 180    Filed 03/09/11    Page 1 of 3

| | |
|---|---|
| 10:30 a.m. | Redirect (by Ms. Morrissey) |
| 10:44 a.m. | Court's questions |
| 10:52 a.m. | Follow-up (by Ms. Morrissey) |
| 10:56 a.m. | Witness excused |
| 10:58 a.m. | Petitioner's Witness: Eva Dawn Hanawalt (by Mr. Burt) |
| 11:27 a.m. | Cross (by Mr. Williams) |
| 11:35 a.m. | Redirect (by Mr. Burt) |
| 11:37 a.m. | Witness excused |
| 11:37 a.m. | Petitioner's Witness: Melissa Launspach (by Ms. Morrissey) |
| 11:52 a.m. | Cross (by Mr. Williams) |
| 11:58 a.m. | Redirect (by Ms. Morrissey) |
| 12:00 p.m. | Court's questions |
| 12:04 p.m. | Follow-up (by Ms. Morrissey) |
| 12:04 p.m. | Witness excused |
| 12:04 p.m. | RECESS UNTIL 1:10 p.m. |
| 1:10 p.m. | Petitioner marks Exhibit 6 (photos from GazetteGlobe.com) |
| 1:11 p.m. | Petitioner's Witness: Rebecca Dacus (by Ms. Morrissey) |
| 1:25 p.m | Cross (by Mr. Williams) |
| | No redirect |
| 1:31 p.m. | Witness excused |
| 1:31 p.m. | Petitioner's Witness: Shannon Michelle Eliason (by Ms. Morrissey) |
| 1:39 p.m. | Cross (by Mr. Williams) |
| 1:41 p.m. | Witness excused |
| 1:42 p.m. | Petitioner's Witness: Al Willett (by Ms. Morrissey) |
| | Witness shown document marked 5-EE for identification |
| 2:16 p.m. | RECESS until 2:30 |
| 2:30 p.m. | Discussion of Exhibits and marking |
| 2:40 p.m. | Continuing with direct examination of Mr. Willett (by Ms. Morrissey) |
| | Witness shown 5-HH (letter 06/22/01); 5-KK (letter 07/10/01 from Ms. Johnson); 5-LL (proposed plea agreement 10/08/01) |
| 3:22 p.m. | Respondent's counsel allowed to voir dire the witness concerning 5-LL |
| 3:26 p.m. | Continuing with direct examination of Mr. Willett (by Ms. Morrissey) |

Case 3:09-cv-03064-MWB-LTS     Document 180     Filed 03/09/11     Page 2 of 3

|  |  |  |
|---|---|---|
|  |  | Witness shown 5-VV (document about a jail visit 07/16/02); 5-ZZ (notes of telephonic conference 08/03/02); 5-AAA (Mr. Berrigan's notes from meeting 08/21/02) |
|  | 3:46 p.m. | RECESS until conclusion of sentencing |
|  | 4:30 p.m. | Continuing with direct examination of Mr. Willett |
|  |  | Witness shown 5-BBB (notes by Stowers concerning 08/21/02 meeting); 5-OOO (letter from Ms. Johnson to Mr. Berrigan 10/24/02); 5-III (Letter from Mr. Willett to Ms. Johnson); 5-JJJ (letter 05/10/03 from Ms. Johnson to Mr. Berrigan and Mr. Stowers); 5-LLL (Mr. Berrigan's notes about jail visit 05/22/03); 5-MMM (Letter from Mr. Reinert to Mr. Stowers and Mr. Berrigan 06/10/03); 5-PPP (letter from Ms. Johnson to Mr. Willett 10/21/03); 5-SSS (letter from Mr. Williams to Mr. Willett 06/09/04); 5-TTT (letter from Mr. Willett to Mr. Williams 06/10/04) |
|  | 5:25 p.m. | RECESS for 5 minutes |
|  | 5:30 p.m. | Conference about scheduling of the remainder of Mr. Willett's testimony |
|  |  | Court will start at 7:00 a.m. with Mr. Burr, then return to Mr. Willett |
|  | 5:36 p.m. | Mr. Willett excused for the day |
|  | 5:36 p.m. | Discussion of exhibits |
|  | 5:47 p.m. | Discussion of schedule for remaining witnesses |
|  | 5:54 p.m. | ADJOURN FOR THE DAY; resume 7:00 on 03/09/11 |
|  | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
|  | **Miscellaneous:** |  |

Case 3:09-cv-03064-MWB-LTS    Document 180    Filed 03/09/11    Page 3 of 3