# In The United States District Court
## Northern District Of Iowa

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler      Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes      Method:   FTR Gold |

| Date: | 03/09/11 | Start: | 7:00 a.m. | Adjourn: | 5:59 p.m. | | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:45-9:01; 10:37-10:57; 11:52-1:00; 2:30-2:47 | | | Time in Chambers: | None | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | |

| TYPE OF PROCEEDING: | | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **THREE** | | | | |
| | Motion(s): | | | | Ruling: | | | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | | | | |
| | 7:00 a.m. | Discussion of Petitioner's revised witness list; Petitioner now believes can finish presentation Saturday, but if necessary, could continue Monday and Tuesday; Judge disclosed his prior contacts with Richard Burr | | | | | | |
| | 7:03 a.m. | Petitioner's Witness:  Richard Burr (by Mr. Burt) | | | | | | |
| | 8:45 a.m. | RECESS until 9:01 | | | | | | |
| | 9:01 a.m. | Cross (by Mr. Williams) | | | | | | |
| | 9:48 a.m. | Redirect (by Mr. Burt) | | | | | | |
| | 9:59 a.m. | Recross (by Mr. Williams) | | | | | | |
| | 10:02 a.m. | Re-redirect (by Mr. Burt) | | | | | | |
| | 10:03 a.m. | Questions by the court | | | | | | |
| | 10:16 a.m. | Follow-up by Mr. Burt | | | | | | |
| | 10:24 a.m. | Questions by the court | | | | | | |
| | 10:27 a.m. | Follow-up by Mr. Williams | | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 181    Filed 03/10/11    Page 1 of 2

|  |  |  |
|---|---|---|
|  | 10:37 a.m. | Witness excused |
|  | 10:37 a.m. | RECESS until 10:57 |
|  | 10:57 a.m. | Continuing with Petitioner's Witness: Al Willett (by Ms. Morrissey) |
|  | 11:52 a.m. | RECESS until 1:00 p.m. |
|  | 1:01 p.m. | Continuing with direct examination of Mr. Willett (by Ms. Morrissey) |
|  | 2:30 p.m. | RECESS until 2:47 p.m. |
|  | 2:47 p.m. | Continuing with direct examination of Mr. Willett (by Ms. Morrissey) |
|  | 3:52 p.m. | Stretch break |
|  | 3:54 p.m. | Cross (by Mr. Williams) |
|  | 4:53 p.m. | Redirect (by Ms. Morrissey) |
|  | 5:24 p.m. | Recross (by Mr. Williams) |
|  | 5:25 p.m. | Redirect (by Ms. Morrissey) |
|  | 5:25 p.m. | Questions by the court |
|  | 5:30 p.m. | Follow-up (by Ms. Morrissey) |
|  |  | No follow-up by the respondent |
|  | 5:32 p.m. | Discussion of schedule for remaining witnesses:  Will not go Sunday, but will spill over into Monday and Tuesday |
|  | 5:34 p.m. | Petitioner's Witness:  Thomas H. Miller (by Mr. Burt)  Mr. Miller was accompanied by counsel Sean Berry from the United States Attorney's Office for the Northern District of Iowa concerning issues of privilege |
|  | 5:48 p.m. | Mr. Berry raised an objection based on failure to comply with regulations concerning questioning of a federal employee.  The parties will attempt to resolve the issue over night. |
|  | 5:59 p.m. | Adjourned for the day. |
|  | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
|  | **Miscellaneous:** | Mr. Willett is directed to submit a CJA voucher for his participation in this hearing. |