# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger W. Mastalir<br><br>Court Reporter:   Shelly Semmler   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes   Method:   FTR Gold |

| Date: | 03/10/11 | Start: | 7:00 a.m. | Adjourn: | 6:16 p.m. | | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:42-9:00;10:55-11:13; 11:50-1:00; 2:43-3:05; 4:26-4:45 | | | Time in Chambers: | None | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | |

| **TYPE OF PROCEEDING:** | | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **FOUR** | | | | |

| Motion(s): | | Ruling: | |
|---|---|---|---|

| Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) |
|---|---|---|
| 7:00 a.m. | Brief discussion of *Touhy* regulation issue | |
| 7:03 a.m. | Continuing with direct examination of Mr. Miller (by Mr. Burt) | |
| 7:26 a.m. | No cross; witness excused | |
| 7:23 a.m. | Petitioner's Witness:  Valli Jo Williams (by Mr. Burt) | |
| 7:40 a.m. | Cross (by Mr. Williams) | |
| 7:43 a.m. | No redirect; witness excused | |
| 7:43 a.m. | Petitioner's Witness:  Sara Ewing (by Ms. Morrissey) | |
| 7:48 a.m. | Discussion of purpose of this evidence | |
| 7:52 a.m. | Continuing with direct examination of Ms. Ewing | |
| 8:06 a.m. | No cross; witness excused | |
| 8:08 a.m. | Petitioner's Witness:  Dean Stowers (by Mr. Burt) | |
| 8:42 a.m. | RECESS until 9:00 | |

Case 3:09-cv-03064-MWB-LTS     Document 182     Filed 03/11/11     Page 1 of 3

| | |
|---|---|
| 9:00 a.m. | Continuing with direct examination of Mr. Stowers |
| 10:55 a.m. | RECESS until 11:13 a.m. |
| 11:13 a.m. | Continuing with direct examination of Mr. Stowers |
| 11:15 a.m. | Discussion of failure to prepare a presentation to the DOJ on aggravators and mitigators in relation to pleaded claims |
| 11:17 a.m. | Continuing with direct examination of Mr. Stowers |
| 11:50 a.m. | RECESS until 1:00 p.m. |
| 1:00 p.m. | Continuing with direct examination of Mr. Stowers |
| 2:43 p.m | RECESS until 3:05 p.m. |
| 3:05 p.m. | Continuing with direct examination of Mr. Stowers |
| 3:24 p.m. | Questions by the court |
| 3:35 p.m. | Continuing with direct examination of Mr. Stowers |
| 4:26 p.m. | RECESS until 4:45 p.m. |
| 4:45 p.m. | Parties agree to take some witnesses out of order |
| 4:46 p.m. | Petitioner's Witness:  Winnifred Jergenson (by Ms. Morrissey) |
| 4:56 p.m. | No cross; witness excused |
| 4:57 p.m. | Petitioner's Witness:  James Johnson (by Ms. Morrissey) |
| 4:59 p.m. | No cross; witness excused |
| 5:01 p.m. | Petitioner's Witness:  Verleen Vanderpool (by Ms. Morrissey) |
| 5:15 p.m. | Cross (by Mr. Williams) |
| 5:23 p.m. | Redirect (by Ms. Morrissey) |
| 5:25 p.m. | Witness excused |
| 5:26 p.m. | Petitioner's Witness:  Carol Meter (by Ms. Morrissey) |
| 5:34 p.m. | Cross (by Mr. Williams) |
| 5:36 p.m. | Witness excused |
| 5:37 p.m. | Petitioner's Witness:  Martin Cole (by Ms. Morrissey) |
| 5:43 p.m. | Cross (by Mr. Williams) |
| 5:44 p.m. | Witness excused |
| 5:45 p.m. | Petitioner's Witness: James Ethan Johnson (by Ms. Morrissey) |
| 5:58 p.m. | Cross (by Mr. Williams) |
| 6:07 p.m. | Question by the court |
| 6:10 p.m. | Witness excused |

| | | |
|---|---|---|
| | 6:11 p.m. | Petitioner's Witness: Kelly Ann Burke (by Ms. Morrissey) |
| | 6:13 p.m. | No cross; witness excused |
| | 6:14 p.m. | Discussion of schedule: Will start at 7:00 on Friday; Saturday 3 witness (including a *Strickland* expert, est. 3 hrs). Court explains can go Monday all day and Tuesday until 2:30 p..m. *Ex parte* CJA meeting probably tomorrow |
| | 6:16 p.m. | Adjourned for the day |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS    Document 182    Filed 03/11/11    Page 3 of 3