# In The United States District Court
## Northern District Of Iowa

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **HEARING MINUTES**  Sealed:  NO<br><br>Case No.:  C 09-3064-MWB<br><br>Presiding Judge:  MARK W. BENNETT<br><br>Deputy Clerk:  Roger W. Mastalir<br><br>Court Reporter:  Shelly Semmler  Contract?  No<br><br>(If yes, send copy to financial)<br><br>Recording:  Yes  Method:  FTR Gold |

| Date: | 03/11/11 | Start: | 7:00 a.m. | Adjourn: | 5:37 p.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | 8:57-9:22; 10:28-10:48; 12:02-1:15; 2:10-2:33 | Time in Chambers: | None | Telephonic? | No |
|---|---|---|---|---|---|

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **FIVE** | |
|---|---|---|---|---|---|
| | Motion(s): | | | Ruling: | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | 7:00 a.m. | Scheduling issues:  Plan to take an expert on Saturday; Mr. Berrigan's testimony on Monday; Mr. Gratias's testimony on Tuesday | | | |
| | 7:07 a.m. | Continuing with direct examination of Mr. Stowers | | | |
| | 8:57 a.m. | RECESS until 9:20 a.m. | | | |
| | 9:22 a.m. | Discussion of need for storage space for materials until June | | | |
| | 9:24 a.m. | Continuing with direct examination of Mr. Stowers | | | |
| | 10:28 a.m. | RECESS until 10:48 a.m. | | | |
| | 10:48 a.m. | Continuing with direct examination of Mr. Stowers | | | |
| | 12:02 p.m. | RECESS until 1:15 p.m. | | | |
| | 1:15 p.m. | Continuing with direct examination of Mr. Stowers | | | |
| | 2:10 p.m. | RECESS until 2:33 | | | |
| | 2:33 p.m. | Continuing with direct examination of Mr. Stowers | | | |
| | 3:01 p.m. | Cross (by Mr. Williams) | | | |

Case 3:09-cv-03064-MWB-LTS   Document 189   Filed 03/11/11   Page 1 of 2

| | | |
|---|---|---|
| 4:47 p.m. | Redirect (by Mr. Burt) | |
| 4:53 p.m. | Questions by the court | |
| 5:00 p.m. | Follow-up (by Mr. Burt) | |
| 5:08 p.m. | Questions by the court | |
| 5:16 p.m | No follow up; witness excused | |
| 5:16 p.m. | Petitioner's Witness:  Theodore James Hovda (by Ms. Morrissey) | |
| 5:26 p.m | Cross (by Mr. Williams) | |
| 5:27 p.m. | Redirect (by Ms. Morrissey) | |
| 5:28 p.m. | Recross (by Mr. Williams) | |
| 5:28 p.m. | Redirect (by Ms. Morrissey) | |
| 5:28 p.m. | Court asked Mr. Burt to explain purpose of certain evidence; discussion of what issues will be fully developed by end of the first part of the hearing; schedule for Saturday (start at 7:00 a.m.) | |
| 5:37 P.M. | Adjourned for the day | |
| **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing | |
| **Miscellaneous:** | | |