# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger W. Mastalir<br><br>Court Reporter:   Shelly Semmler   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes   Method:   FTR Gold |

| Date: | 03/12/11 | Start: | 7:00 a.m. | Adjourn: | 4:41 p.m. | | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 7:55-8:05; 8:45-9:09; 10:53-11:11;<br>11:58-1:15; 3:37-3:50 | | | Time in Chambers: | | None | | Telephonic?   No |

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested?   **Yes** | Continued from a previous date?   No |
|---|---|---|---|

| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **SIX** | |
|---|---|---|---|---|---|

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | 7:00 a.m. | Petitioner's Witness:  Brooke Jacobson (by Ms. Morrissey) (slight delay while witness was located) | | | |
| | 7:16 a.m. | Cross (by Mr. Williams) | | | |
| | 7:28 a.m. | Redirect (by Ms. Morrissey) | | | |
| | 7:30 a.m. | Questions by court | | | |
| | 7:32 a.m. | No follow-up; witness excused | | | |
| | 7:33 a.m. | Petitioner's Witness:  Alyssa Johnson (by Ms. Morrissey) | | | |
| | 7:49 am. | Cross (by Mr. Williams) | | | |
| | 7:51 a.m. | Redirect (by Ms. Morrissey) | | | |
| | 7:54 a.m. | Questions by the court | | | |
| | 7:55 a.m. | No follow up; witness excused | | | |
| | 7:55 a.m. | RECESS to allow Alyssa a contact visit with Ms. Johnson | | | |
| | 8:05 a.m. | Petitioner's Witness:  Russell Stetler (by Mr. Burt) | | | |

Case 3:09-cv-03064-MWB-LTS    Document 190    Filed 03/12/11    Page 1 of 3

| | |
|---|---|
| 8:45 a.m. | RECESS until 9:09 a.m. |
| 9:09 a.m. | Continuing with direct examination of Mr. Stetler |
| 10:15 a.m. | Discussion concerning scheduling of cross-examination of this witness based on respondent's objection to scope of opinions.  Respondent is given the choice to decide at the conclusion of direct when to pursue cross-examination. |
| 10:24 a.m. | Continuing with direct examination of Mr. Stetler |
| 10:40 a.m. | Questions by the court |
| 10:53 a.m. | RECESS until 11:11 a.m. |
| 11:11 a.m. | Continuing with direct examination of Mr. Stetler |
| 11:58 a.m. | RECESS until 1:15 p.m. |
| 1:15 p.m. | Continuing with direct examination of Mr. Stetler |
| 1:58 p.m. | Respondent defers cross until June |
| 1:59 p.m. | Questions by court |
| 2:21 p.m. | Follow up (by Mr. Burt) |
| 2:34 p.m. | Further questions by court |
| 2:39 p.m. | No further follow-up; witness excused |
| 2:41 p.m. | Petitioner's Witness:  Ray Cornell (by Mr. Burt) |
| 3:37 p.m. | RECESS until 3:50 p.m. |
| 3:50 p.m. | Continuing with direct examination of Mr. Cornell |
| 4:07 p.m. | Cross (by Mr. Williams) |
| 4:12 p.m. | Redirect (by Mr. Burt) |
| 4:17 p.m. | Recross (by Mr. Williams) |
| 4:20 p.m. | Questions by the court |
| 4:21 p.m. | No follow-up; witness excused |
| 4:21 p.m. | Petitioner reurged motion for subpoena for Rose Nevins (to appear Monday or Tuesday). Court will authorize the subpoena. |
| 4:23 p.m. | Discussion of housekeeping matters:<br>Petitioner has a timeline to provide to the court when it is updated after the conclusion of the court, with copy to Mr. Williams.<br>Petitioner grants permission to use Mr. Stetler's charts as examples for presentations.<br>Petitioner will file amended and substituted petition in a uniform format within 60 days addressing claims clarified by this hearing.  Respondent will have 30 days to respond.<br>Discussion of post-hearing briefing and argument.<br>Will continue Monday at 7:00 a.m. |
| 4:41 p.m. | Adjourned for the day |
| **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |

Case 3:09-cv-03064-MWB-LTS     Document 190     Filed 03/12/11     Page 2 of 3

| | Miscellaneous: | |
|---|---|---|