# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler   Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes   Method:   FTR Gold |

| Date: | 03/14/11 | Start: | 7:00 a.m. | Adjourn: | 6:02 p.m. | | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:26-8:46; 10:30-10:53; 11:58-1:16; 2:48-3:08; 4:47-5:05 | | | Time in Chambers: | None | | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey, Mo Hamoudi | | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| § 2255 EVIDENTIARY HEARING | Non-jury: | X | Day: | **SEVEN** | |
|---|---|---|---|---|---|
| | Motion(s): | | | Ruling: | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | 7:00 a.m. | Schedule for the day | | | |
| | 7:01 a.m. | Petitioner's Witness:  Karl Todd (by Ms. Morrissey) | | | |
| | 7:24 a.m. | Cross (by Mr. Williams) | | | |
| | 7:25 a.m. | Redirect (by Ms. Morrissey) | | | |
| | 7:28 a.m. | Questions by the court | | | |
| | 7:29 a.m. | Witness excused | | | |
| | 7:29 a.m. | Petitioner's Witness:  Rose Nevins (by Ms. Morrissey) | | | |
| | 7:37 a.m. | Cross (by Mr. Williams) | | | |
| | 7:41 a.m. | Redirect (by Mr. Morrissey) | | | |
| | 7:42 a.m. | Witness excused | | | |
| | 7:43 a.m. | Petitioner's Witness:  Wendy Jacobson-Kinsman (by Ms. Morrissey) | | | |
| | 8:02 a.m. | Cross (by Mr. Williams) | | | |

Case 3:09-cv-03064-MWB-LTS   Document 191   Filed 03/14/11   Page 1 of 2

|  | 8:02: a.m. | Questions by court |
|---|---|---|
|  | 8:12 a.m. | Follow up (by Ms. Morrissey) |
|  | 8:20 a.m. | Questions by the court |
|  | 8:21 a.m. | Follow up (by Ms. Morrissey) |
|  | 8:26 a.m. | Witness excused |
|  | 8:26 a.m. | RECESS until 8:46 a.m. |
|  | 8:46 a.m. | Petitioner's Witness:  Patrick Berrigan (by Mr. Burt) |
|  | 10:30 a.m. | RECESS until 10:53 a.m. |
|  | 10:53 a.m. | Continuing with direct examination of Mr. Berrigan |
|  | 11:58 a.m. | RECESS until 1:16 p.m. |
|  | 1:16 p.m. | Continuing with direct examination of Mr. Berrigan |
|  | 2:46 p.m. | Discussion of schedule for remaining witnesses |
|  | 2:48 p.m. | RECESS until 3:08 p.m. |
|  | 3:08 p.m. | Continuing with direct examination of Mr. Berrigan |
|  | 4:47 p.m. | RECESS until 5:05 p.m. |
|  | 5:05 p.m. | Continuing with direct examination of Mr. Berrigan |
|  | 5:58 p.m. | Mr. Berrigan will finish in June; he is unavailable tomorrow.  Will start tomorrow at 7:00 a.m. |
|  | 6:02 p.m. | Adjourned for the day |
|  | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
|  | **Miscellaneous:** |  |

Case 3:09-cv-03064-MWB-LTS     Document 191     Filed 03/14/11     Page 2 of 2