# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

    vs.

UNITED STATES OF AMERICA,

      Respondent.

| HEARING MINUTES | | Sealed: | NO |
|---|---|---|---|
| Case No.: | C 09-3064-MWB | | |
| Presiding Judge: | MARK W. BENNETT | | |
| Deputy Clerk: | Roger W. Mastalir | | |
| Court Reporter: | Shelly Semmler | Contract? | No |
| | | (If yes, send copy to financial) | |
| Recording: | Yes | Method: | FTR Gold |

| Date: | 03/15/11 | Start: | 7:00 a.m. | Adjourn: | 12:49 p.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | 8:40-9:00; 10:35-10:57; 12:31-12:44 | Time in Chambers: | None | Telephonic? | No |
|---|---|---|---|---|---|

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| § 2255 EVIDENTIARY HEARING | Non-jury: | X | Day: | EIGHT | |
|---|---|---|---|---|---|

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | |
| | 7:00 a.m. | Petitioner's Witness: Thomas Frerichs (by Ms. Morrissey) | | | |
| | 7:39 a.m. | Cross (by Mr. Williams) | | | |
| | 7:52 a.m. | Redirect (by Ms. Morrissey) | | | |
| | 8:03 a.m. | Questions by the court | | | |
| | 8:04 a.m. | No follow up; witness excused | | | |
| | 8:04 a.m. | Petitioner's Witness: Gordon Gratias (by Mr. Burt) | | | |
| | 8:40 a.m. | RECESS until 9:00 a.m. | | | |
| | 9:00 a.m. | Continuing with direct examination of Mr. Gratias | | | |
| | 10:35 a.m. | RECESS until 10:57 a.m. | | | |
| | 10:57 a.m. | Cross (by Mr. Williams) | | | |
| | 11:21 a.m. | Redirect (by Mr. Burt) | | | |
| | 11:26 a.m. | Questions by the court | | | |
| | 11:31 a.m. | No follow up; witness excused | | | |

Case 3:09-cv-03064-MWB-LTS    Document 194    Filed 03/15/11    Page 1 of 2

|  | 11:31 a.m. | Discussion of schedule for remaining witnesses and other scheduling issues. Possibility of continuing hearing in newly-available slot in April. |
|---|---|---|
|  | 11:35 a.m. | Petitioner's Witness: Brandy Byrd (by Ms. Morrissey) |
|  | 11:52 a.m. | Cross (by Mr. Williams) |
|  | 11:58 a.m. | Redirect (by Ms. Morrissey) |
|  | 12:01 p.m. | Witness excused |
|  | 12:01 p.m. | Respondent objected to relevance of next witness, Ms. Brooks |
|  | 12:07 p.m. | Petitioner's Witness: Shelle Marie Brooks (by Ms. Morrissey) |
|  | 12:15 p.m. | Cross (by Mr. Williams) |
|  | 12:19 p.m. | Witness excused |
|  | 12:20 p.m. | Court asked for clarification of purpose of testimony of Ms. Byrd. Discussed possible scheduling the week of April 18th and where Ms. Johnson should be incarcerated in the interim. |
|  | 12:31 p.m. | RECESS until 12:45 p.m. to compare exhibit lists |
|  | 12:44 p.m. | Petitioner's exhibits admitted; exhibits will be provided to court and respondent in electronic form matching current exhibit numbers within 2 weeks. Same exhibit numbering system will be used for April and June hearings. The parties will attempt to resolve obtaining the testimony of a disabled witness. |
|  | 12:49 p.m. | Adjourned until further proceedings in April or June. |
|  | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
|  | **Miscellaneous:** |  |

Case 3:09-cv-03064-MWB-LTS     Document 194     Filed 03/15/11     Page 2 of 2