# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

**WITNESS & EXHIBIT LIST**

ANGELA JOHNSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Hearing Dates    03/07/11-03/15/11

| | |
|---|---|
| Case No. | C 09-3064-MWB |
| Presiding Judge | MARK W. BENNETT |
| Deputy Clerk | /S/ Roger W. Mastalir |
| Court Reporter | Shelly Semmler |
| Petitioner's Att'y | Michael Burt, Marcia Morrissey, Mo Hamoudi |
| Respondent's Att'y | C.J. Williams, AUSA |

| # | **PETITIONER'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Mary Goody (Mitigation Specialist) | 03/07 | 8:14 am | 03/07 | 5:49 p.m. |
| 2 | Timothy Lee Dillow (taken out of order) | 03/07 | 2:47 p.m. | 03/07 | 3:20 p.m. |
| 3 | Lisa Dahl (Jury Consultant) | 03/08 | 7:00 a.m. | 03/08 | 8:00 a.m. |
| 4 | Nancy Lanoue (Paralegal for Mr. Willett) | 03/08 | 8:10 a.m. | 03/08 | 10:56 a.m. |
| 5 | Eva Dawn Hanawalt (cellmate at Linn County Jail) | 03/08 | 10:58 a.m. | 03/08 | 11:37 a.m. |
| 6 | Melissa Launspach (Stowers's legal assistant) | 03/08 | 11:37 a.m. | 03/08 | 12:04 p.m. |
| 7 | Rebecca Dacus (Berrigan's paralegal) | 03/08 | 1:11 p.m. | 03/08 | 1:31 p.m. |
| 8 | Shannon Michelle Eliason (family friend of Ms. Johnson) | 03/08 | 1:31 p.m. | 03/08 | 1:41 p.m. |
| 9 | Al Willett (Ms. Johnson's trial counsel) | 03/08 | 1:42 p.m. | 03/09 | 5:32 p.m. |
| 10 | Richard Burr (Death-penalty resource counsel) (taken out of order) | 03/09 | 7:03 a.m. | 03/09 | 10:37 a.m. |
| 11 | Thomas H. Miller (trial prosecutor, IAAG, Special AUSA) | 03/09 | 5:34 p.m. | 03/10 | 7:23 a.m. |
| 12 | Valli Jo Williams (in custody with Ms. Johnson in Linn Cty Jail in 2001-2002) | 03/10 | 7:27 a.m. | 03/10 | 7:43 a.m. |
| 13 | Sara Ewing (outpatient mental health therapist; friend of Ms. Johnson) | 03/10 | 7:44 a.m. | 03/10 | 8:06 a.m. |
| 14 | Dean Stowers (Ms. Johnson's trial counsel) | 03/10 | 8:08 a.m. | 03/11 | 5:16 p.m. |
| 15 | Winnifred Jergenson (Ms. Johnson's aunt) | 03/10 | 4:47 p.m. | 03/10 | 4:56 p.m. |
| 16 | James Johnson (Ms. Johnson's father) | 03/10 | 4:57 p.m.. | 03/10 | 4:59 p.m. |
| 17 | Verleen Vanderpool (Ms. Johnson's employer in Mason City and Urbandale) | 03/10 | 5:01 p.m. | 03/10 | 5:25 p.m. |
| 18 | Carol Meter (worked at Linn County Jail doing parenting education) | 03/10 | 5:26 p.m. | 03/10 | 5:36 p.m. |
| 19 | Martin Cole (Christi Gaubatz's ex-husband) | 03/10 | 5:37 p.m. | 03/10 | 5:44 p.m. |
| 20 | James Ethan Johnson (parent of Peggy Sue Hoover's child) | 03/10 | 5:45 p.m. | 03/10 | 6:10 p.m. |
| 21 | Kelly Ann Burke (incarcerated with Mr. Johnson in Linn Cty Jail) | 03/10 | 6:11 p.m. | 03/10 | 6.13 p.m. |
| 22 | Theodore (Ted) James Hovda (Cty Atty for Hancock Cty 1979-1998) | 03/11 | 5:16 p.m. | 03/11 | 5:28 p.m. |
| 23 | Brooke Jacobson (Ms. Johnson's niece) | 03/12 | 7:00 a.m. | 03/12 | 7:32 a.m |

| 24 | Alyssa Dale Johnson (Ms. Johnson's daughter) | 03/12 | 7:33 a.m. | 03/12 | 7:55 a.m. |
|---|---|---|---|---|---|
| 25 | Russell Stetler (Federal Death Penalty Projects national mitigation coordinator) | 03/12 | 8:05 a.m. | 03/12 | 2:39 p.m. |
| 26 | Ray Cornell (first defense investigator) | 03/12 | 2:41 p.m. | 03/12 | 4:21 p.m. |
| 27 | Karl Todd (family friend) | 03/14 | 7:01 a.m. | 03/14 | 7:28 a.m. |
| 28 | Rose Nevins (investigator employed by Ray Cornell) | 03/14 | 7:29 a.m. | 03/14 | 7:42 am. |
| 29 | Wendy Jacobson-Kinsman (Mr. Johnson's sister) | 03/14 | 7:43 a.m. | 03/14 | 8:26 a.m. |
| 30 | Patrick Berrigan (learned counsel for Ms. Johnson) | 03/14 | 8:46 a.m. | 03/14 | 5:58 p.m. |
| 31 | Thomas Perry Frerichs (original co-counsel for Ms. Johnson) | 03/15 | 7:00 a.m. | 03/15 | 8:04 a.m. |
| 32 | Gordon Gratias (investigator for Ms. Johnson's defense team) | 03/15 | 8:04 a.m. | 03/15 | 11:31 a.m. |
| 33 | Brandy Renee Byrd (in Linn Cty Jail with Ms. Johnson) | 03/15 | 11:35 a.m. | 03/15 | 12:01 a.m. |
| 34 | Shelle Marie Brooks (incarcerated with Peggy Sue Hoover at Dakota County Jail in 2010) | 03/15 | 12:07 p.m. | 03/15 | 12:19 p.m. |

| # | RESPONDENT'S Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | None | | | | |

* Exhibit Receipted to Task Force Officer

** **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | COURT Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | None | | |

| Marked | PETITIONER'S Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | DVD--ABA Guidelines & Mary Goody's files | 03/07/11 | 03/08/11 |
| 2 | Binder of hard copy exhibits about which Ms. Goody testified (index in front) | 03/07/11 | 03/08/11 |
| 3 | Mary Goody's direct examination script for Wendy Jacobson | 03/07/11 | 03/08/11 |
| 4 | Accordion file with index from examination of Ms. Lanoue | 03/08/11 | 03/15/11 |
| 6 | Photographs of Ms. Johnson from GlobeGazette.com | 03/08/11 | 03/08/11 |
| 7 | Letter 08/11/00 from Mr. Willett concerning appointment of Mr. Frerichs as co-counsel and Mr. Cornell as investigator | 03/08/11 | 03/08/11 |
| 8 | Billings by Counsel and Experts (4 volumes) | 03/08/11 | 03/08/11 |
| 5 | Notes and Documents relating to Mr. Willett's testimony | 03/08/11 | |
| 9 | Binder relating to Mr. Burr's testimony | 03/09/11 | 03/09/11 |
| 10 | Letter 08/13/00 from Dustin Honken to Mr. Willett | 03/09/11 | 03/15/11 |
| 11 | Memorandum 08/22/00 from Thomas Frerichs to Mr. Willett and Ray Cornell concerning Dustin Honken's letter (Ex. 10) | 03/09/11 | 03/15/11 |

2

| | | | |
|---|---|---|---|
| 12 | Letter 08/29/00 from Dustin Honken to Mr. Willett | 03/09/11 | 03/15/11 |
| 13 | Letter 09/05/00 from Mr. Willett to Dustin Honken | 03/09/11 | 03/15/11 |
| 14 | Letter 09/12/00 from Dustin Honken to Mr. Willett | 03/09/11 | 03/15/11 |
| 41 | Visitor information from for USP Florence signed by Mr. Willett | 03/09/11 | 03/15/11 |
| | Memo 11/08/00 to file by Mr. Willett | 03/09/11 | 03/15/11 |
| 42 | Letter 11/07/00 from Mr. Parrish to Mr. Willett | 03/09/11 | 03/15/11 |
| 17 | Memo 11/08/00 from Ray Cornell to Mr. Willett regarding interviews of 3 of Angela Johnson's siblings | 03/09/11 | 03/15/11 |
| 18 | Letter 11/09/00 from Ray Cornell to Mr. Willett regarding firearms evidence | 03/09/11 | 03/15/11 |
| 19 | Memo 11/29/00 from Nancy Lanoue to file regarding telephone status hearing | 03/09/11 | 03/15/11 |
| 21 | Memo 07/01/02 from Ms. Lanoue to Mr. Willett | 03/09/11 | 03/15/11 |
| 22 | Memo 01/07/03 from Ms. Lanoue to Mr. Willett (expanded theory) | 03/09/11 | 03/15/11 |
| 23 | Memo 10/09/03 from Ms. Lanoue to Mr. Willett | 03/09/11 | 03/15/11 |
| 24 | Letter 10/09/03 from Mr. Willett to Mr. Berrigan | 03/09/11 | 03/15/11 |
| 25 | Letter 04/23/04 from Mr. Gratias to defense team | 03/09/11 | 03/15/11 |
| 27 | Letter 07/12/04 from Mr. Gratias to defense team | 03/09/11 | 03/15/11 |
| 28 | 09/23/04 from Mr. Gratias to Mr. Berrigan | 03/09/11 | 03/15/11 |
| 29 | Email 10/14/04 from Ms. Lanoue to Mr. Gratias | 03/09/11 | 03/15/11 |
| 43 | Email 10/15/04 from Mr. Berrigan to Mr. Willett, etc. | 03/09/11 | 03/15/11 |
| 44 | Notes 10/28/04 by Nancy Lanoue on meeting with Angela Johnson | 03/09/11 | 03/15/11 |
| 30 | Typed notes of jail visit 11/04/04 with Angela Johnson by Mr. Berrigan and Mr. Willett | 03/09/11 | 03/15/11 |
| 31 | Notes by Mr. Berrigan of jail visit on 11/04/04 | 03/09/11 | 03/15/11 |
| 34 | Notes on team meeting 11/28/05 | 03/09/11 | 03/15/11 |
| 38 | Handwritten, notarized statement 06/07/01 by Sara Bramow | 03/09/11 | 03/15/11 |
| 40 | Notes of 05/21/01 government interview with Sara Bramow | 03/09/11 | 03/15/11 |
| 45 | Mr. Berrigan's notes of a jail visit on 05/08/02 | 03/09/11 | 03/15/11 |
| 46 | Note 08/21/02 by Mr. Berrigan on plea discussion | 03/09/11 | 03/15/11 |
| 47 | Notes 08/21/02 (by Mr. Stowers) on plea discussion | 03/09/11 | 03/15/11 |
| 48 | Binder of correspondence and notes provided by Mr. Williams that reflects communications with the two defense camps | 03/09/11 | 03/15/11 |
| 49 | Letter 03/17/05 from Mr. Berrigan to Mr. Miller and Mr. Williams | 03/10/11 | 03/15/11 |
| 50 | Email 03/17/05 from Mr. Miller to Mr. Berrigan | 03/10/11 | 03/15/11 |
| 51 | Stowers Attorney Notes Binder | 03/10/11 | 03/15/11 |

| | | | |
|---|---|---|---|
| 52 | Stowers Billing Records | 03/10/11 | 03/15/11 |
| 53 | Plea binders (3 vols.) | 03/10/11 | 03/15/11 |
| 54 | Fax 03/28/05 from Mr. Berrigan to Mr. Stowers and Mr. Willett | 03/10/11 | 03/15/11 |
| 55 | Photos of Mr. Cole's daughter, probably 1993 | 03/10/11 | 03/15/11 |
| 57 | Letter from Mr. Rogers to Johnson defense team 05/31/05 | 03/11/11 | 03/15/11 |
| 58 | Notes 07/26/05 by Mr. Berrigan (Bates Stamp No. MC N 050061222 and 006123) | 03/11/11 | 03/15/11 |
| 59 | Photos of Alyssa Johnson's 6th birthday | 03/12 | 03/12 |
| 60 | Photos of Brooke Jacobson and Alyssa Johnson, and of Brooke, Alyssa, and Marvea Johnson in 1994 | 03/12 | 03/12 |
| 62 | Video of Brooke's birthday in Wisconsin, 4th of July Parade in Clear Lake in 1993 | 03/12 | 03/12 |
| 63 | Video of Alyssa Johnson's birthday in Clear Lake in 1993 | 03/12 | 03/12 |
| 64 | Photos of Brooke Jacobson and Alyssa Johnson sleeping dated April 94 | 03/12 | 03/12 |
| 61 | Declaration of Alyssa Johnson signed 2009 | 03/12 | 03/12 for purpose of what was asked |
| 66 | Spreadsheet o Angela Johnson's jail visitors | 03/12 | 03/15/11 |
| 67 | Miscellaneous correspondence and notes  (MC N) (10 vols. as (a) through (j).) | 03/12 | 03/15/11 |
| 68 | Bar Chart of billing records analysis of client contact defense team by Mr. Stetler | 03/12 | 03/15/11 |
| 69 | Pie Chart of billing records analysis of client contact defense team by Mr. Stelter | 03/12 | 03/15/11 |
| 9A | Attachment to Burr Exhibits (additional data on capital cases reviewed by AG Ashcroft) | 03/12 | 03/15/11 |
| 71 | Interview of Ms. Johnson by Mr. Cornell (referred to in cross and redirect examination of Mr. Cornell) | 03/12 | 03/15/11 |
| 72 | Binders A, B, C, D, E (handwritten notes by Patrick Berrigan related to the case) | 03/14 | 03/15/11 |
| 56 | Binder of docket sheets for Johnson cases and Honken case | 03/14 | 03/15/11 |
| 73 | Newspaper articles | 03/14 | 03/15/11 |
| 74 | Report from Dr. Logan | 03/14 | 03/15/11 |
| 75 | DCI report of information from Phyllis Proscovec | 03/14 | 03/15/11 |
| 76 | News article "Expert links Johnson to burial maps" | 03/14 | 03/15/11 |
| 77 | Letter 08/11/00 from Mr. Willett to Mr. Frerichs with attached Order 08/11/00 by United States Magistrate Judge Zoss appointing Mr. Frerichs and Mr. Cornell | 03/15 | 03/15/11 |
| 78 | Letter 09/08/00 from the Sheriff of Benton County concerning permission for Ms. Johnson's children to visit | 03/15 | 03/15/11 |
| 79 | Letter 08/21/00 from Mr. Willett to Mr. Frerichs and Mr. Cornell with attached letter from Mr. Honken | 03/15 | 03/15/11 |

4

| | | | |
|---|---|---|---|
| 80 | Authorization for Mr. Frerichs to visit Mr. Honken at USP Florence | 03/15 | 03/15/11 |
| 81 | Fax from Mr. Frerichs's legal assistant to Mr. Willett | 03/15 | 03/15/11 |
| 82 | Letter 11/10/00 from Mr. Frerichs to Mr. Willett conveying materials on experts | 03/15 | 03/15/11 |
| 83 | Letter 11/22/00 from Mr. Frerichs to Mr. Parrish forwarding copies of materials from 3 experts | 03/15 | 03/15/11 |
| 84 | Mr. Gratias's investigation file (Vols. A-F) | 03/15 | 03/15/11 |
| 85 | Letter 11/02/10 from Peggy Sue Hoover to Shelle Marie Brooks | 03/15 | 03/15/11 |
| 15 | 11/08/00 memorandum (MCN00-000233) from Mr. Willett to file regarding Mr. Parrish | 03/07 | 03/15/11 |
| 41 | Visit information form for USP Florence signed by Mr. Willett | 03/07 | 03/15/11 |
| 86 | Petitioner's Exhibit List | 03/15 | 03/15/11 |

| Marked | **RESPONDENT'S** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5

Case 3:09-cv-03064-MWB-LTS    Document 194-1    Filed 03/15/11    Page 5 of 5