

PLAINTIFFS EXHIBIT
86

# JOHNSON V. UNITED STATES, NO. 9-CV-3064
## PETITIONER'S EXHIBITS – page 1

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| EXHIBIT 1, DVD (ABA Guidelines & Goody File) | | | 3/8/11 | 3/8/11 |
| EXHIBIT 2, Binder of Selected Goody documents | | | 3/8/11 | 3/8/11 |
| EXHIBIT 3, Direct exam script composed by Mary Goody | | | 3/8/11 | 3/8/11 |
| EXHIBIT 4, Redwell of Nancy Lanoue documents with index | | | 3/8/11 | |
| EXHIBIT 5, Redwell of Al Willett documents with index | | | | |
| EXHIBIT 6, News article | | | 3/8/11 | 3/8/11 |
| EXHIBIT 7, 3/10/03 1 pg handwritten letter from Angela Johnson to Dean Stowers re I want to plead guilty | | | 3/8/11 | 3/8/11 |
| EXHIBIT 8A-D, 4-volume billing records | | | 3/8/11 | 3/8/11 |
| EXHIBIT 9, Richard Burr binder | | | 3/9/11 | 3/9/11 |
| Exh. 9A: 168 pg addendum to Burr exhibit 9 | | | 3/12/11 | |
| Exhibit 10 (MCN0000007-8): 2 pg. 8/13/00 letter from Honken to Willett re: Angela Johnson's innocence | | | | |
| Exhibit 11 (MCN00-000020-23): 3 pg. 8/22/00 memo from Frerichs re Dustin Honken letter | | | | |
| Exhibit 12 (MCN00-000034-35): 2 pg 8/29/00 letter from Honken to Willett re Angela Johnson's criminal case | | | | |
| Exhibit 13 (MCN00-000048-49): 2 pg 9/5/00 letter from Willett to Honken re two letters that you have sent me to date | | | | |
| Exhibit 14 (MCN00-00135-36): 2 pg 9/12/00 letter from Honken to Willett re legal visit | | | | |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| Exhibit 15 (MCN00-000233): 11/8/00 memo from AEW to Johnson file re Al Parrish | | | | |
| | | | | |
| Exhibit 17 (MCN00-000238): 11/8/00 memo from Ray Cornell to Al and Team re interviews with three of Angie's sibling | | | | |
| Exhibit 18: 11/9/00 2 pg letter from Ray Cornell to Al Willett re firearm expert. Bates # MCN00-000243 | | | | |
| Exhibit 19: 11/29/00 2 pg memo from NDL to file re Angela . Johnson telephone status hearing. Bates # MCN00-000273-074 | | | | |
| | | | | |
| Exhibit 21: 2 pg 7/1/02 memo from NDL to Willett re Angela Johnson theory with Angela Johnson | | | | |
| Exhibit 22: 5 pg 1/7/03 memo from NDL to Willett re Angela Johnson expanded theory | | | | |
| Exhibit 23: 3 pg 10/9/03 memo from NDL to Willett re Angela Johnson, info on cellmates. Bates # MCN00-003198-200 | | | | |
| Exhibit 24: 10/9/03 letter from Willett to Berrigan attaching 10/9/03 memo from NDL. Bates # MCN03-0031970 | | | | |
| Exhibit 25: 4/23/04 letter from Gratias to Willett, Stowers, and Berrigan re further investigation. Bates # MCN00-003428 | | | | |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| | | | | |
| Exhibit 27: 2 pg 7/12/04 letter from Gordon Gratias to Willett, Stowers and Berrigan re list of witnesses Angie wants contacted.  Bates #MCN00-003540-41 | | | | |
| Exhibit 28: 9/23/04 letter from Gordon Gratias to Pat Berrigan re packet from Rebecca Walker/NDL's notes.  Bates # MCN00-003879 | | | | |
| Exhibit 29: 2 pg 10/14/04 email from Nancy Lanoue to Gordon Gratias re notes from last week's visit with Angie | | | | |
| Exhibit 30: 11/4/04 4 pg typed notes of meeting with Angela, Al and Pat.  Bates # RS-7-000383-86. | | | | |
| | | | | |
| | | | | |
| | | | | |
| Exhibit 34: 4 pg 1/28/05 handwritten notes re Angela Johnson team meeting.  Bates # MCN05-005183-86. | | | | |
| | | | | |
| | | | | |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| Exhibit 38: 6/7/01 handwritten notarized statement of Sara Bramow | | | | |
| | | | | |
| Exhibit 40: 5 pg 5/21/01 draft memo re interview of Sara Bramow | | | | |
| Exhibit 41: Visit info form for USP Florence signed by Al Willett | | | | |
| Exhibit 42: 11/7/00 letter from Al Parrish to Willett re Honken asked me to contact you | | | | |
| | | | | |
| Exhibit 44: 10/28 handwritten notes of meeting with Angie | | | | |
| Exhibit 45: 5/8/02 Berrigan's notes re Jail visit with Angela Johnson | | | | |
| Exhibit 46: 8/21/02 handwritten memo of Pat Berrigan re plea discussion w/Miller at Stower's office | | | | |
| Exhibit 47: 8/21/02 handwritten notes re new administration death committee | | | | |
| Exhibit 48: binder of correspondence and notes provided by AUSA CJ Williams | | | | |
| Exhibit 49: 3/17/05 letter from Pat Berrigan to Tom Miller and CJ Williams | | | | |
| Exhibit 50: 3/17/05 email from Tom Miller to Pat Berrigan re Johnson Jury | | | | |
| Exhibit 51: Binder of Stowers attorney file. Bates # DS-1-000001 to DS-2-000333 | | | | |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| Exhibit 52: Binder of billing records. CF-001003-001 to CF-001003-334 | | | | |
| Exhibit 53A-C: 3 plea binders | | | | |
| Exhibit 54: FAX from Berrigan to Stowers dated 3/28/05 re 2-faced arguments. | | | | |
| Exhibit 55: Photos of Jamie Cole from August 1993 | | | | |
| Exh 56: Docket sheets from various cases | | | | |
| Exhibit 57: 5/31/05 fax and attached letter from Rogers to Berrigan, Stowers and Willett re penalty phase testimony | | | | |
| Exhibit 58: 7/26/05 Berrigan notes re meeting with Bruck and Stowers re failures at Johnson trial MCN-05006122 -006123 | | | | |
| Exh. 59: photos of birthday party in the park (Alyssa's 6th birthday) | | | 3/12/11 | 3/12/11 |
| Exh. 60: photos of Alyssa & Brooke, bottom photo of Alyssa, Brooke & Marvea | | | 3/12/11 | 3/12/11 |
| Exh. 61: Declaration of Alyssa Johnson signed in 2009 | Hearsay; but no objection for limited purpose or proving what she was interviewed about in 2009 | | 3/12/11 | 3/12/11 (limited purpose) |
| Exh. 62: video of Brooke Jacobson's birthday in Fond du Lac & 7/4/93 parade in Clear Lake, Alyssa participated in parade | | | 3/12/11 | 3/12/11 |
| Exh 63: Alyssa's b'day 8/7/1993 in park in Clear Lake. | | | 3/12/11 | 3/12/11 |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| Exh 64:  photos of Alyssa & Brooke sleeping on the couch dated on back 4/94.  Photo taken summer 1993. | | | 3/12/11 | 3/12/11 |
| | | | | |
| Exh. 66:  Angela Johnson personal visit spreadsheets | | | | |
| Exh. 67A-J:  10 Master Correspondence & Notes binders | | | | |
| Exh. 68:  Bar chart of hours of client contact by team member | | | | |
| Exh 69:  Pie chart of hours of client contact by team member | | | | |
| | | | | |
| Exh 71:  Cornell file binder | | | | |
| Exh. 72A:  PB1-1 to 859 | | | | |
| Exh 72B:  PB2-1 to 433 | | | | |
| Exh 72C:  PB2-434 to 866 | | | | |
| Exh 72D:  PB3-1 to 433 | | | | |
| Exh 72E:  PB3-434 to 867 | | | | |
| Exh 73: News articles; 9/6/01, 9/7/01 | | | | |
| Exh. 74:  Logan report (unsigned) | | | | |
| Exh. 75:  Discovery – report re Proscovec Bates R000801 | | | | |

| EXHIBIT DESCRIPTION BATES # | OBJECTIONS | Category A,B,C | Offered | admitted |
|---|---|---|---|---|
| Exh. 76: Globe-Gazette article of 5/13/05 | | | | |
| Exh. 77: 8/11/2000 letter from Willett to Frerichs | | | | |
| Exh. 78: 9/8/2000 letter from Sheriff to Frerichs | | | | |
| Exh. 79: 8/21/2000 letter from Willett to Frerichs & Cornell w/ letter from Dustin Honken | | | | |
| Exh. 80: Authorization of 9/12/2000 to visit Dustin Honken | | | | |
| Exh. 81: FAX to Willett from Dawn with note from Johnson on 9/27/00 | | | | |
| Exh. 82: 11/10/2000 transmittal letter to Willett re 3 experts | | | | |
| Exh. 83: 11/22/2000 forwarding CV's for 3 experts to Parrish | | | | |
| Exh. 84A-F: Gordon Gratias files | | | | |
| Exh 85: 11-10-10 Ltr from Peggy Hoover to Shelle Brooks. Re: sentence reduction. | | | | |
| Exh. 86: Exhibit list | | | | |
| | | | | |
| | | | | |