**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SCHEDULING
ADDITIONAL DATES FOR
EVIDENTIARY HEARING**

_____

In order to provide additional hearing days for the evidentiary hearing in this matter, **part two of the evidentiary hearing is now set to begin at 8:00 a.m. on Monday, April 18, 2011, in the Third Floor Courtroom of the United States Courthouse in Sioux City, Iowa, and to run through the remainder of the week.** If the parties are confident that the evidence anticipated for this portion of the hearing can be submitted in less than five days, the court will consider starting the hearing on Tuesday, April 19, 2011, instead. What is now part three of the evidentiary hearing, for the presentation of most of the petitioner's expert witnesses and the respondent's witnesses, remains scheduled for June 13, 2011, through June 21, 2011, including the weekend, if necessary.

Petitioner's counsel, Marcia Morrissey, shall not be scheduled for a trial in any matter that would conflict with her ability to prepare and appear for the April 2011 or June 2011 portions of the evidentiary hearing in this matter.

The United States Marshal is directed to provide for the petitioner's personal appearance at the evidentiary hearing for five days starting April 18, 2011, as well as for the proceedings beginning June 13, 2011.

**IT IS SO ORDERED.**

**DATED** this 15th day of March, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2