**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING SCHEDULING
CONFERENCE**

_____

In light of a scheduling conflict that has recently arisen with the portion of the evidentiary hearing scheduled to begin on April 18, 2011, **a telephonic scheduling conference is set for 1:30 p.m. CDT on Friday, March 18, 2011.** The court will initiate the conference call.

**IT IS SO ORDERED.**

**DATED** this 17th day of March, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA