# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **HEARING MINUTES**   Sealed:   No<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger Mastalir<br><br>Court Reporter:   Shelly Semmler   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   No     Method: |

| Date: | 03/18/11 | Start: | 1:34 p.m. | Adjourn: | 1:45 p.m. | | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | | None | Telephonic? | Yes |

| Appearances: | Plaintiff(s): | Michael Burt, Marcia Morrissey (Nancy Pemberton, investigator, also participated) |
|---|---|---|
| | Defendant(s): | C.J. Williams, AUSA |
| | U.S. Probation: | n/a |
| | Interpreter: | n/a |

| Interpreter: | n/a | Language: | | Certified: | | Phone | |
|---|---|---|---|---|---|---|---|

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | | Continued from a previous date? | |
|---|---|---|---|---|---|

| **STATUS CONFERENCE:** | |
|---|---|

| | Motion(s): | | Ruling: | |
|---|---|---|---|---|
| | Matters discussed: | | | |

Scheduling of second part of § 2255 evidentiary hearing.
Mutually agreeable date is week of May 2, 2011

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:** Separate order will follow

Case 3:09-cv-03064-MWB-LTS   Document 197   Filed 03/18/11   Page 1 of 1