**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ANGELA JOHNSON, | No. C 09-3064-MWB |
| Petitioner, | (No. CR 01-3046-MWB) |
| vs. | |
| UNITED STATES OF AMERICA, | **ORDER RESCHEDULING ADDITIONAL DATES FOR EVIDENTIARY HEARING** |
| Respondent. | |

_____

After the court entered the Order (docket no. 195), setting part two of the evidentiary hearing in this matter for the week of April 18, 2011, it was advised of a conflict with that schedule. After a telephonic conference with counsel today, **part two of the evidentiary hearing is now reset to begin at 8:00 a.m. on Monday, May 2, 2011, in the Third Floor Courtroom of the United States Courthouse in Sioux City, Iowa, to run through the remainder of the week (including Saturday) from 8:00 a.m. to 5:30 p.m.** Part three of the evidentiary hearing, for the presentation of most of the petitioner's expert witnesses and the respondent's witnesses, remains scheduled for June 13, 2011, through June 21, 2011, including the weekend, if necessary.

Petitioner's counsel, Marcia Morrissey, shall not be scheduled for a trial in any matter that would conflict with her ability to prepare and appear for the May 2011 or June 2011 portions of the evidentiary hearing in this matter.

The United States Marshal is directed to provide for the petitioner's personal appearance at the evidentiary hearing for six days starting May 2, 2011, as well as for the proceedings beginning June 13, 2011.

**IT IS SO ORDERED.**

**DATED** this 18th day of March, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2