UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON,                          )
                                         )
          Petitioner/Defendant,          )
                                         )     No C 09-3064-MWB
     vs.                                 )     (No. CR 01-3046-MWB)
                                         )
UNITED STATES OF AMERICA,                )
                                         )
          Respondent/Plaintiff.          )


**MOTION TO SEAL GOVERNMENT'S REQUEST FOR *IN CAMERA* INSPECTION OF POTENTIAL *GIGLIO* MATERIAL AND MOTION IN LIMINE**

The United States of America requests that their Request for *In Camera*

Inspection of Potential *Giglio* Material and Motion in Limine be filed under seal.  The

government requests this be filed under seal because some of the information

contained therein is subject to the Privacy Act.

                                 Respectfully Submitted,

                                 STEPHANIE M. ROSE
                                 United States Attorney

          CERTIFICATE OF SERVICE

I certify that I electronically served a copy of     By: s/ C.J. WILLIAMS
the foregoing document to which this
certificate is attached to the parties or            C.J. WILLIAMS
attorneys of record, shown below, on March           Assistant United States Attorney
25, 2011.                                            401 1st Street SE, Suite 400
                                                     Cedar Rapids, IA 52401
          UNITED STATES ATTORNEY                     319-363-6333
                                                     319-363-1990 (Fax)
BY:   s/ S. Van Weelden                              cj.williams@usdoj.gov

COPIES TO: Counsel of Record