**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

For good cause shown, the respondent's March 25, 2011, Motion To Seal Government's Request For *In Camera* Inspection Of Potential *Giglio* Material And Motion In Limine (docket no. 199) is **granted**. The respondent may file under seal its anticipated Request For *In Camera* Inspection Of Potential *Giglio* Material And Motion In Limine.

    **IT IS SO ORDERED.**

    **DATED** this 25th day of March, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA