# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR BRANDY BYRD**

TO: UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF IOWA, OR HIS DULY AUTHORIZED DEPUTY; OR ANY OTHER UNITED STATES MARSHAL, OR HIS DULY AUTHORIZED DEPUTY; and PATTI WACHTENDORF, WARDEN, IOWA CORRECTIONAL INSTITUTION FOR WOMEN, OR HER DULY AUTHORIZED DEPUTY:

WE COMMAND that you have and produce forthwith the body of BRANDY BYRD, State I.D. number 6876053, now in the custody of Patti Wachtendorf, Warden, Iowa Correctional Institution for Women, under safe and secure conduct, before the United States District Court for the Northern District of Iowa, in the United States Courthouse in Sioux City, Iowa, by 8:00 a.m., on Monday, March 7, 2011, for her scheduled testimony at the trial of *Angela Johnson v. United States*, as a witness on behalf of the defense on Monday, March 7, 2011. Immediately after BRANDY BYRD shall have given her testimony at the trial of *Angela Johnson v. United States*, you shall return

//

//

//

//

her to the Iowa Correctional Institution for Women or elsewhere as the Court may direct, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Paul A. Zoss, U.S. Chief Magistrate Judge, United States District Court, Northern District of Iowa, this 18th day of February, 2011.

ROBERT L. PHELPS, Clerk
United States District Court
Northern District of Iowa

By: _____

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ___ day of _____, 20___
Robert L. Phelps, Clerk
By_____
Deputy

2

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from USMS S/IA (Mitchellville)
on 3/1/11

to USMS N/IA
on 3/1/11

Kenneth Runde
United States Marshal
District of IA

by _____ Desky
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from USMS N/IA Sioux City, IA
on 3/25/11

to Mitchellville Women's Prison IA
on 3/25/11

Kenneth Runde
United States Marshal
District of IA

by _____
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from
on

to
on

United States Marshal
District of

by
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from
on

to
on

United States Marshal
District of

by
Title