**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ANGELA JOHNSON, | |
| Petitioner, | No. C 09-3064-MWB |
| | (No. CR 01-3046-MWB) |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

_____

**Telephonic oral arguments** on petitioner Johnson's April 12, 2011, Second Motion To Reconsider Subpoena For Juror No. 55 (docket no. 216) **are scheduled for 10:00 a.m. (CDT) on Monday, April 18, 2011.** The court will initiate the conference call for these oral arguments.

**IT IS SO ORDERED.**

**DATED** this 16th day of April, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA