**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| ANGELA JOHNSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | No. C 09-3064-MWB |
| v. | * | CAPITAL CASE |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent . | * | |

**PETITIONER'S SUPPLEMENTAL EXHIBIT LIST**

| *PETITIONER'S EXHIBIT* | *OBJECTIONS (Cited Fed.R.Evid)* | *Offered* | *A-NA* |
|---|---|---|---|
| Exhibit 86 – Bill Basler – (Bates BB000001 to 000968) | | | |
| Exhibit 87 – Dan Cobeen - (Bates DC000001 to 000705) | | | |
| Exhibit 88 – Tim Cutkomp – (TC000001 to TC001519) | | | |
| Exhibit 89 – Kenneth Hansen - (KH000001 – KH000010) | | | |
| Exhibit 90 – Alan Johnson | | | |
| Exhibit 91 – Mark Johnson | | | |

1

| | | | |
|---|---|---|---|
| Exhibit 92 – Duane White - (DW000001 to DW000036) | | | |
| Exhibit 93 – Russ Stetler Visual Aids, Raw Data, and Explanation | | | |
| Exhibit 94 – Russ Stetler Data for Exhibits 68 and 69 | | | |
| Exhibit 95 – All Discovery in Possession of Trial Counsel on Disks | | | |
| Exhibit 96 – Grand Jury Testimony | | | |

DATED: April 29, 2011

Respectfully submitted,

By: s/Mohammad Ali Hamoudi

Mohammad Ali Hamoudi
Law Offices of Mohammad Hamoudi
600 Townsend Street, Suite 329e
San Francisco, California 94103
Telephone: 415-522-1509
Facsimile: 415-522-1506
Mrhamoudi@gmail.com

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: 415- 522-1508
Facsimile: 415- 522-1506
michael.burt@prodigy.net

2

Marcia Morrissey
Law Office of Marcia Morrissey
2115 Main Street
Santa Monica, California 90405-2215
Telephone: 310-399-3259
Facsimile: 310-399-1173
MorrisseyMA@aol.com

3

Case 3:09-cv-03064-MWB-LTS    Document 229    Filed 04/29/11    Page 3 of 3