# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **HEARING MINUTES**    Sealed:   NO |
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler    Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes     Method:   FTR Gold |

| Date: | 05/02/11 | Start: | 8:00 a.m. | Adjourn: | 5:35 p.m. | | Courtroom: | Sioux City, 3rd Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 9:45-10:06; 11:45-1:01; 2:45-3:05 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | | |

| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **NINE** | | | |

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | |
| | 8:00 a.m. | Discussion of respondent's allegedly inadvertent disclosure of privileged e-mail. Court will defer ruling until hear pertinent testimony. | | | |
| | 8:19 a.m. | Petitioner's Witness (by Mr. Burt): Patrick Reinert, AUSA. | | | |
| | 9:45 a.m. | Recess | | | |
| | 10:06 a.m. | Continuing with direct examination of Mr. Reinert | | | |
| | 11:06 a.m. | No cross-examination; witness excused | | | |
| | 11:07 a.m. | Petitioner's Witness (by Mr. Burt): Richard Murphy, AUSA | | | |
| | 11:45 a.m. | Discussion of whether AJ was on Facebook (looking at her daughter's page) | | | |
| | 11:45 a.m. | Recess until 1:00 p.m. | | | |
| | 1:01 p.m. | Continuing with direct examination of Mr. Murphy | | | |
| | 2:40 p.m. | No cross-examination; witness excused | | | |
| | 2:40 p.m. | Discussion of inadvertent disclosure/waiver of e-mail. Court rules challenged e-mail is and remains in evidence as part of Exhibit 48, as it was inadvertently disclosed, but there were not reasonable steps to prevent disclosure pursuant to Rule 502 of Federal Rules of Evidence. | | | |

Case 3:09-cv-03064-MWB-LTS    Document 238    Filed 05/03/11    Page 1 of 2

| | | |
|---|---|---|
| | 2:45 p.m. | Recess |
| | 3:05 p.m. | Petitioner's Witness (by Mr. Burt): Leon Spies |
| | 3:55 p.m. | Cross-examination of Mr. Spies (by Mr. Williams) |
| | 4:19 p.m. | Redirect examination of Mr. Spies (by Mr. Burt) |
| | 4:22 p.m. | Questions by the court |
| | 4:37 p.m. | Follow up by Mr. Burt |
| | 4:44 p.m | Further questions by the court |
| | 4:55 p.m. | No follow up by Mr. Williams; further followup by Mr. Burt. |
| | 5:03 p.m. | Mr. Spies is excluded. |
| | 5:04 p.m. | Petitioner's Witness (by Mr. Burt): Williams Basler |
| | 5:16 p.m. | Cross-examination of Mr. Basler (by Mr. Williams) |
| | 5:21 p.m. | No re-direct; witness is excused. |
| | 5:21 p.m. | Petitioner's Witness (by Ms. Morrissey): Kenneth Hansen |
| | 5:33 p.m. | Cross-examination by Mr. Williams |
| | 5:35 p.m. | Redirect by Ms. Morrissey |
| | 5:35 p.m. | Witness excused |
| | 5:35 p.m. | ADJOURNED FOR THE DAY |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
| | **Miscellaneous:** | Mr. Spies was authorized to submit a CJA voucher for time for preparation, travel, and testimony.<br>Hearing will continue at 8:00 a.m. on 05/03/11<br>Witness and Exhibit List will be filed at the conclusion of this part of the hearing. |