# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
|---|---|
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler   Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes   Method:   FTR Gold |

| Date: | 05/03/11 | Start: | 8:00 a.m. | Adjourn: | 1:23 p.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | 9:47-10:12; 10:30-1:00 | Time in Chambers: | None | Telephonic? | No |
|---|---|---|---|---|---|

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| § 2255 EVIDENTIARY HEARING | Non-jury: | X | Day: | TEN | |
|---|---|---|---|---|---|
| | Motion(s): | | | Ruling: | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |

| Time: | Event: |
|---|---|
| 8:00 a.m. | Petitioner's Witness (by Ms. Morrissey):  Alan Johnson |
| 8:15 a.m. | Cross-examination (by Mr. Williams) |
| 8:22 a.m. | Redirect (by Ms. Morrissey) |
| 8:29 a.m. | Witness excused |
| 8:29 a.m. | Petitioner's Witness (by Ms. Morrissey):  Mark Johnson |
| 8:42 a.m. | Cross-examination (by Mr. Williams) |
| 8:44 a.m. | Redirect examination (by Ms. Morrissey) |
| 8:44 a.m. | Court requested and received clarification from the parties about scope of permitted testimony from Johnson brothers at Dustin Honken's trial. |
| 8:51 a.m. | Petitioner's Witness (by Ms. Morrissey):  Daniel Cobeen |
| 9:16 a.m. | No cross-examination; witness excused |
| 9:16 a.m. | Discussion of relevance of Mr. Cobeen's testimony |
| 9:27 a.m. | Petitioner's Witness (by Ms. Morrissey):  Timothy Cutkomp |

Case 3:09-cv-03064-MWB-LTS   Document 241   Filed 05/03/11   Page 1 of 2

| | |
|---|---|
| 9:47 a.m. | RECESS |
| 10:12 a.m. | No cross-examination; witness excused |
| 10:12 a.m. | Discussion of schedule for the rest of the day and tomorrow.  Parties anticipate being done on Thursday.  Preview of June hearing schedule.  Parties agree that trial transcripts and grand jury transcripts (admitted as exhibits) should be considered part of the record.  Discussion of post-hearing briefing schedule.  Request for 10-day extension of deadline to file amended petition is granted. |
| 10:20 a.m. | Respondent's Witness (by Mr. Williams):  Agent John Graham |
| 10:28 a.m. | Cross-examination (by Ms. Morrissey) |
| 10:30 a.m. | Witness excused |
| 10:30 a.m. | Recess.  *Ex parte* hearing of case budget at 11:00 in courtroom. |
| 1:00 p.m. | Petitioner's Witness (by Ms. Morrissey):  Lisa Love Smith |
| 1:10 p.m. | Cross-examination (by Mr. Williams) |
| 1:12 p.m. | Redirect examination (by Ms. Morrissey) |
| 1:14 p.m. | Witness excused; discussion of the relevance of Ms. Smith's testimony |
| 1:15 p.m. | Petitioner's objection to respondent calling Peggy Sue Hoover, because denied subpoenas to impeach her testimony further. |
| 1:17 p.m. | Respondent withdraws request to call Peggy Hoover and relies on her trial testimony.  Petitioner declines to call her. |
| 1:23 p.m. | ADJOURNED FOR THE DAY |
| **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
| **Miscellaneous:** | Hearing will continue at 8:00 a.m. on 05/04/11<br>Witness and Exhibit List will be filed at the conclusion of this part of the hearing. |