# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler   Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes   Method:   FTR Gold |

| Date: | 05/04/11 | Start: | 8:00 a.m. | Adjourn: | 5:05 p.m. | | Courtroom: | Sioux City, 3rd Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 9:32-9:50; 11:45-1:00; 3:20-3:42 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **ELEVEN** | | | |
| | Motion(s): | | | | Ruling: | | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | | | |
| | 8:00 a.m. | Continuing direct examination of Petitioner's Witness:  Patrick Berrigan (by Mr. Burt) (Mr. Berrigan's testimony is continued from Part I of hearing in March) | | | | | |
| | 9:32 a.m. | Recess until 9:50 | | | | | |
| | 9:50 a.m. | Continuing with direct examination of Mr. Berrigan (by Mr. Burt) | | | | | |
| | 11:20 a.m. | Cross-examination (by Mr. Williams) | | | | | |
| | 11:45 a.m. | RECESS until 1:00 | | | | | |
| | 1:00 p.m. | Continuing with cross-examination of Mr. Berrigan (by Mr. Williams) | | | | | |
| | | Exhibits A-DDD and GGG through III admitted. | | | | | |
| | 3:20 p.m. | Recess until 3:42 | | | | | |
| | 3:42 p.m. | Continuing with cross-examination of Mr. Berrigan (by Mr. Williams) | | | | | |
| | 4:05 p.m. | Redirect (by Mr. Burt) | | | | | |
| | 4:48 p.m. | Questions by the court. | | | | | |
| | 4:58 p.m. | Follow up by Mr. Burt | | | | | |

Case 3:09-cv-03064-MWB-LTS   Document 243   Filed 05/05/11   Page 1 of 2

| | | |
|---|---|---|
| | 5:01 p.m. | Petitioner moves to admit Exhibits 95, 96, and 98.  95 and 96 admitted under seal, 98 admitted. |
| | 5:03 p.m. | Court revisits question of disclosure of internal communications between and within local United States Attorney's Office and Department of Justice.  Court offers *in carmera* review.  Respondent will seek DOJ guidance. |
| | 5:05 p.m. | ADJOURNED FOR THE DAY |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of the hearing |
| | **Miscellaneous:** | Mr. Berrigan is to submit a voucher for preparation, hearing, and travel. Hearing will continue at 8:00 a.m. on 05/05/11 Witness and Exhibit List will be filed at the conclusion of this part of the hearing. |

Case 3:09-cv-03064-MWB-LTS     Document 243     Filed 05/05/11     Page 2 of 2