# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | **HEARING MINUTES**   Sealed:   NO <br><br> Case No.:   C 09-3064-MWB <br><br> Presiding Judge:   MARK W. BENNETT <br><br> Deputy Clerk:   Roger W. Mastalir <br><br> Court Reporter:   Shelly Semmler   Contract?   No <br><br> (If yes, send copy to financial) <br><br> Recording:   Yes   Method:   FTR Gold |

| Date: | 05/05/11 | Start: | 8:00 a.m. | Adjourn: | 11:52 a.m. | Courtroom: | Sioux City, 3rd Floor |
|---|---|---|---|---|---|---|---|

| Recesses: | 10:12-10:30 | | Time in Chambers: | None | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|

| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **TWELVE** | |
|---|---|---|---|---|---|

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | 8:00 a.m. | Petitioner's Witness (by Mr. Burt):  Russell Stetler | | | |
| | 8:42 a.m. | Cross-examination (by Mr. Williams) | | | |
| | 9:47 a.m. | Redirect (by Mr. Burt) | | | |
| | 10:12 a.m. | Recess until 10:30 | | | |
| | 10:30 a.m. | Continuing with redirect examination of Mr. Stetler | | | |
| | 10:48 a.m. | Court's questions for Mr. Stetler | | | |
| | 11:12 a.m. | No follow up; witness excused | | | |
| | 11:12 a.m. | Clarification that there was no ruling on Odinist evidence in Johnson transcript, and Mr. Burt read from Johnson transcript. | | | |

Case 3:09-cv-03064-MWB-LTS     Document 244     Filed 05/05/11     Page 1 of 2

| | | |
|---|---|---|
| | 11:14 a.m. | Discussion of remaining process. Amended motion and resistance will clarify claims. Court will then identify what it considers to be the most serious claims requiring briefing (especially marshaling of facts relevant to those claims), but will not preclude briefing of other issues. Time frame: Part III will be week of June 13, 2011. Amended motion and response before that Court may not wait until June to identify its priority issues. Petitioner will have 90 days from July 1 to file post-hearing brief, with further extension exceedingly unlikely. Respondent will have 60 days thereafter to respond, with the same caveat. Petitioner will have 30 days thereafter to file a reply. Oral arguments for at least 1 full day will be scheduled promptly thereafter, and a ruling will follow shortly after that. Petitioner will request subpoenas for trial experts for the June hearing. Court questioned Chief Deputy Marshal concerning Angela Johnson's whereabouts during pendency. Petitioner's request that Johnson be returned to Texas as soon as possible after conclusion of this part of the hearing to facilitate follow up interviews by mental health experts is reserved pending investigation of options by the Marshal and the court. Petitioner will file motion to reconsider ruling on internal documents as to waiver. |
| | 11:52 a.m. | Part II Adjourned. |
| | **Witness/Exhibit List is** | Filed separately. |
| | **Miscellaneous:** | Hearing will continue with Part III in June. |