

**All Attorneys**
hours by category
years 2000 - 2005

HOURS

ATTORNEY

4288.20

2325.75

1637.35

**Total Hours Per Attorney**

- Other
- Travel
- Legal Research and Writing
- Consulting with Expert Counsel
- Obtaining and Reviewing Docs and Evidence
- Obtaining and Reviewing the Court Record
- Consultation with Inv. and Experts
- Witness Interviews
- Interviews and Conferences with Client
- In-Court Hearings

Al Willett          Dean Stowers          Patrick Berrigan

# All Attorneys
## hours by category (detailed)
## years 2000 - 2005



| | Al Willett | Dean Stowers | Patrick Berrigan |
|---|---|---|---|
| Total Hours Per Attorney | 1637.35 | 4288.20 | 2325.75 |
| Other | 149.50 | 236.00 | 74.00 |
| Travel | 261.90 | 226.70 | 518.60 |
| Legal Research and Writing | 11.30 | 2147.80 | 416.90 |
| Consulting with Expert Counsel | 0.00 | 389.70 | 0.00 |
| Obtaining and Reviewing Docs and Evidence | 118.00 | 874.80 | 456.80 |
| Obtaining and Reviewing the Court Record | 384.40 | 41.00 | 27.70 |
| Consultation with Inv. and Experts | 289.05 | 51.70 | 419.90 |
| Witness Interviews | 4.80 | 36.10 | 115.60 |
| Interviews and Conferences with Client | 106.90 | 36.90 | 74.45 |
| In-Court Hearings | 311.50 | 247.50 | 221.80 |



**All Attorneys**
hours by year
2000 - 2005

**Total Hours Per Attorney**

- Other
- Travel
- Legal Research and Writing
- Consulting with Expert Counsel
- Obtaining and Reviewing Docs and Evidence
- Obtaining and Reviewing the Court Record
- Consultation with Inv. and Experts
- Witness Interviews
- Interviews and Conferences with Client
- In-Court Hearings

**ATTORNEY LEGEND:**
AW = Al Willett
DS = Dean Stowers
PB = Patrick Berrigan



# All Attorneys
### hours by year (detailed)

**ATTORNEY LEGEND:**
AW = Al Willett
DS = Dean Stowers
PB = Patrick Berrigan

| | 2000 AW | 2000 DS | 2000 PB | 2001 AW | 2001 DS | 2001 PB | 2002 AW | 2002 DS | 2002 PB | 2003 AW | 2003 DS | 2003 PB | 2004 AW | 2004 DS | 2004 PB | 2005 AW | 2005 DS | 2005 PB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Hours Per Attorney | 178.55 | 0.00 | 26.10 | 260.90 | 787.70 | 313.90 | 216.60 | 918.90 | 266.95 | 109.30 | 326.70 | 186.80 | 439.60 | 536.80 | 298.60 | 432.40 | 1718.10 | 1233.40 |
| Other | 52.70 | 0.00 | 3.40 | 53.40 | 1.50 | 25.00 | 6.40 | 9.80 | 2.20 | 4.70 | 6.00 | 4.40 | 10.90 | 20.50 | 12.40 | 21.40 | 198.20 | 26.60 |
| Travel | 16.00 | 0.00 | 12.00 | 24.60 | 24.60 | 96.00 | 14.40 | 22.30 | 61.60 | 20.10 | 26.80 | 33.70 | 95.40 | 36.80 | 80.00 | 91.40 | 116.20 | 235.30 |
| Legal Research and Writing | 8.40 | 0.00 | 2.70 | 1.10 | 663.60 | 39.40 | 1.60 | 616.30 | 19.90 | 0.00 | 169.50 | 23.40 | 0.00 | 239.40 | 33.80 | 0.20 | 459.00 | 297.70 |
| Consulting with Expert Counsel | 0.00 | 0.00 | 0.00 | 0.00 | 25.40 | 0.00 | 0.00 | 51.20 | 0.00 | 0.00 | 14.30 | 0.00 | 0.00 | 65.00 | 0.00 | 0.00 | 233.80 | 0.00 |
| Obtaining and Reviewing Docs and Evidence | 1.70 | 0.00 | 0.20 | 3.50 | 21.10 | 31.20 | 32.70 | 175.10 | 114.20 | 19.60 | 82.50 | 80.70 | 26.10 | 164.60 | 94.40 | 34.40 | 431.50 | 136.10 |
| Obtaining and Reviewing the Court Record | 13.40 | 0.00 | 0.00 | 28.20 | 21.50 | 7.10 | 94.80 | 19.10 | 5.10 | 30.60 | 0.00 | 2.40 | 120.00 | 0.40 | 3.90 | 97.40 | 0.00 | 9.20 |
| Consultation with Inv. and Experts | 54.15 | 0.00 | 5.80 | 88.20 | 1.40 | 64.70 | 43.20 | 1.70 | 55.40 | 22.60 | 27.10 | 36.50 | 54.50 | 0.60 | 55.90 | 26.40 | 20.90 | 201.60 |
| Witness Interviews | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | 0.00 | 0.00 | 0.00 | 5.60 | 0.00 | 36.10 | 100.50 |
| Interviews and Conferences with Client | 26.90 | 0.00 | 2.00 | 32.60 | 10.20 | 15.80 | 19.60 | 20.30 | 7.55 | 4.70 | 0.00 | 5.70 | 15.80 | 1.70 | 12.60 | 7.30 | 4.70 | 30.80 |
| In-Court Hearings | 5.30 | 0.00 | 0.00 | 27.80 | 18.40 | 25.20 | 3.90 | 3.10 | 1.00 | 3.70 | 0.50 | 0.00 | 116.90 | 7.80 | 0.00 | 153.90 | 217.70 | 195.60 |

# AL WILLETT
## hours by category



| | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts and Attys | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel (see Cons. with Inv. and Experts) | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 311.50 | 106.90 | 4.80 | 289.05 | 384.40 | 118.00 | 0.00 | 11.30 | 261.90 | 149.50 | |
| 2005 | 153.90 | 7.30 | 0.00 | 26.40 | 97.40 | 34.40 | 0.00 | 0.20 | 91.40 | 21.40 | 432.40 |
| 2004 | 116.90 | 15.80 | 0.00 | 54.50 | 120.00 | 26.10 | 0.00 | 0.00 | 95.40 | 10.90 | 439.60 |
| 2003 | 3.70 | 4.70 | 3.30 | 22.60 | 30.60 | 19.60 | 0.00 | 0.00 | 20.10 | 4.70 | 109.30 |
| 2002 | 3.90 | 19.60 | 0.00 | 43.20 | 94.80 | 32.70 | 0.00 | 1.60 | 14.40 | 6.40 | 216.60 |
| 2001 | 27.80 | 32.60 | 1.50 | 88.20 | 28.20 | 3.50 | 0.00 | 1.10 | 24.60 | 53.40 | 260.90 |
| 2000 | 5.30 | 26.90 | 0.00 | 54.15 | 13.40 | 1.70 | 0.00 | 8.40 | 16.00 | 52.70 | 178.55 |



# AL WILLETT
## hours per year

# AL WILLETT
**hours per year**

- Year 2000 = 178.55 hours
- Year 2001 = 260.90 hours
- Year 2002 = 216.60 hours
- Year 2003 = 109.30 hours
- Year 2004 = 439.60 hours
- Year 2005 = 432.40 hours

Pie chart percentages: 11%, 16%, 13%, 7%, 27%, 26%

Case 3:09-cv-03064-MWB-LTS     Document 245-1     Filed 05/05/11     Page 7 of 36

# DEAN STOWERS
## hours by category



| | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 247.50 | 36.90 | 36.10 | 51.70 | 41.00 | 874.80 | 389.70 | 2147.80 | 226.70 | 236.00 | |
| 2005 | 217.70 | 4.70 | 36.10 | 20.90 | 0.00 | 431.50 | 233.80 | 459.00 | 116.20 | 198.20 | 1718.10 |
| 2004 | 7.80 | 1.70 | 0.00 | 0.60 | 0.40 | 164.60 | 65.00 | 239.40 | 36.80 | 20.50 | 536.80 |
| 2003 | 0.50 | 0.00 | 0.00 | 27.10 | 0.00 | 82.50 | 14.30 | 169.50 | 26.80 | 6.00 | 326.70 |
| 2002 | 3.10 | 20.30 | 0.00 | 1.70 | 19.10 | 175.10 | 51.20 | 616.30 | 22.30 | 9.80 | 918.90 |
| 2001 | 18.40 | 10.20 | 0.00 | 1.40 | 21.50 | 21.10 | 25.40 | 663.60 | 24.60 | 1.50 | 787.70 |
| 2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



# DEAN STOWERS
## hours per year

| YEAR | HOURS |
|------|-------|
| 2000 | 0.00 |
| 2001 | 787.70 |
| 2002 | 918.90 |
| 2003 | 326.70 |
| 2004 | 536.80 |
| 2005 | 1,718.10 |



**DEAN STOWERS**
**hours per year**

0%

18%

40%

21%

13%

8%

- Year 2000 = 0.00 hours
- Year 2001 = 787.70 hours
- Year 2002 = 918.90 hours
- Year 2003 = 326.70 hours
- Year 2004 = 536.80 hours
- Year 2005 = 1718.10 hours

# PATRICK BERRIGAN
## hours by category



| | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 221.80 | 74.45 | 115.60 | 419.90 | 27.70 | 456.80 | 0.00 | 416.90 | 518.60 | 74.00 | |
| 2005 | 195.60 | 30.80 | 100.50 | 201.60 | 9.20 | 136.10 | 0.00 | 297.70 | 235.30 | 26.60 | 1233.40 |
| 2004 | 0.00 | 12.60 | 5.60 | 55.90 | 3.90 | 94.40 | 0.00 | 33.80 | 80.00 | 12.40 | 298.60 |
| 2003 | 0.00 | 5.70 | 0.00 | 36.50 | 2.40 | 80.70 | 0.00 | 23.40 | 33.70 | 4.40 | 186.80 |
| 2002 | 1.00 | 7.55 | 0.00 | 55.40 | 5.10 | 114.20 | 0.00 | 19.90 | 61.60 | 2.20 | 266.95 |
| 2001 | 25.20 | 15.80 | 9.50 | 64.70 | 7.10 | 31.20 | 0.00 | 39.40 | 96.00 | 25.00 | 313.90 |
| 2000 | 0.00 | 2.00 | 0.00 | 5.80 | 0.00 | 0.20 | 0.00 | 2.70 | 12.00 | 3.40 | 26.10 |

# PATRICK BERRIGAN
## hours per year





# PATRICK BERRIGAN
**hours per year**

- Year 2000 = 26.10 hours
- Year 2001 = 313.90 hours
- Year 2002 = 266.95 hours
- Year 2003 = 186.80 hours
- Year 2004 = 298.60 hours
- Year 2005 = 1233.40 hours

| YEAR | ATTORNEY | LABEL | In-Court Hearings | Interviews and Conferences with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Attorney |
|------|----------|-------|-------------------|----------------------------------------|--------------------|-------------------------------------|-------------------------------------------|--------------------------------------------|--------------------------------|-----------------------------|--------|-------|--------------------------|
| all | Al Willett | Al Willett | 311.50 | 106.90 | 4.80 | 289.05 | 384.40 | 118.00 | 0.00 | 11.30 | 261.90 | 149.50 | 1637.35 |
| all | Dean Stowers | Dean Stowers | 247.50 | 36.90 | 36.10 | 51.70 | 41.00 | 874.80 | 389.70 | 2147.80 | 226.70 | 236.00 | 4288.20 |
| all | Patrick Berrigan | Patrick Berrigan | 221.80 | 74.45 | 115.60 | 419.90 | 27.70 | 456.80 | 0.00 | 416.90 | 518.60 | 74.00 | 2325.75 |
| YEAR | ATTORNEY | LABEL | In-Court Hearings | Interviews and Conferences with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Attorney |
| 2000 2000 | AW | AW | 5.30 | 26.90 | 0.00 | 54.15 | 13.40 | 1.70 | 0.00 | 8.40 | 16.00 | 52.70 | 178.55 |
| 2000 2000 | DS | DS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 2000 | PB | PB | 0.00 | 2.00 | 0.00 | 5.80 | 0.00 | 0.20 | 0.00 | 2.70 | 12.00 | 3.40 | 26.10 |
| 2001 2001 | AW | AW | 27.80 | 32.60 | 1.50 | 88.20 | 28.20 | 3.50 | 0.00 | 1.10 | 24.60 | 53.40 | 260.90 |
| 2001 2001 | DS | DS | 18.40 | 10.20 | 0.00 | 1.40 | 21.50 | 21.10 | 25.40 | 663.60 | 24.60 | 1.50 | 787.70 |
| 2001 2001 | PB | PB | 25.20 | 15.80 | 9.50 | 64.70 | 7.10 | 31.20 | 0.00 | 39.40 | 96.00 | 25.00 | 313.90 |
| 2002 2002 | AW | AW | 3.90 | 19.60 | 0.00 | 43.20 | 94.80 | 32.70 | 0.00 | 1.60 | 14.40 | 6.40 | 216.60 |
| 2002 2002 | DS | DS | 3.10 | 20.30 | 0.00 | 1.70 | 19.10 | 175.10 | 51.20 | 616.30 | 22.30 | 9.80 | 918.90 |
| 2002 2002 | PB | PB | 1.00 | 7.55 | 0.00 | 55.40 | 5.10 | 114.20 | 0.00 | 19.90 | 61.60 | 2.20 | 266.95 |
| 2003 2003 | AW | AW | 3.70 | 4.70 | 3.30 | 22.60 | 30.60 | 19.60 | 0.00 | 0.00 | 20.10 | 4.70 | 109.30 |
| 2003 2003 | DS | DS | 0.50 | 0.00 | 0.00 | 27.10 | 0.00 | 82.50 | 14.30 | 169.50 | 26.80 | 6.00 | 326.70 |
| 2003 2003 | PB | PB | 0.00 | 5.70 | 0.00 | 36.50 | 2.40 | 80.70 | 0.00 | 23.40 | 33.70 | 4.40 | 186.80 |
| 2004 2004 | AW | AW | 116.90 | 15.80 | 0.00 | 54.50 | 120.00 | 26.10 | 0.00 | 0.00 | 95.40 | 10.90 | 439.60 |
| 2004 2004 | DS | DS | 7.80 | 1.70 | 0.00 | 0.60 | 0.40 | 164.60 | 65.00 | 239.40 | 36.80 | 20.50 | 536.80 |
| 2004 2004 | PB | PB | 0.00 | 12.60 | 5.60 | 55.90 | 3.90 | 94.40 | 0.00 | 33.80 | 80.00 | 12.40 | 298.60 |
| 2005 2005 | AW | AW | 153.90 | 7.30 | 0.00 | 26.40 | 97.40 | 34.40 | 0.00 | 0.20 | 91.40 | 21.40 | 432.40 |
| 2005 2005 | DS | DS | 217.70 | 4.70 | 36.10 | 20.90 | 0.00 | 431.50 | 233.80 | 459.00 | 116.20 | 198.20 | 1718.10 |
| 2005 2005 | PB | PB | 195.60 | 30.80 | 100.50 | 201.60 | 9.20 | 136.10 | 0.00 | 297.70 | 235.30 | 26.60 | 1233.40 |

PATRICK BERRIGAN DATA

| | YEAR | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| subtotals | 2000 | 0.00 | 2.00 | 0.00 | 5.80 | 0.00 | 0.20 | 0.00 | 2.70 | 12.00 | 3.40 | 26.10 |
| | 2001 | 25.20 | 15.80 | 9.50 | 64.70 | 7.10 | 31.20 | 0.00 | 39.40 | 96.00 | 25.00 | 313.90 |
| | 2002 | 1.00 | 7.55 | 0.00 | 55.40 | 5.10 | 114.20 | 0.00 | 19.90 | 61.60 | 2.20 | 266.95 |
| | 2003 | 0.00 | 5.70 | 0.00 | 36.50 | 2.40 | 80.70 | 0.00 | 23.40 | 33.70 | 4.40 | 186.80 |
| | 2004 | 0.00 | 12.60 | 5.60 | 55.90 | 3.90 | 94.40 | 0.00 | 33.80 | 80.00 | 12.40 | 298.60 |
| | 2005 | 195.60 | 30.80 | 100.50 | 201.60 | 9.20 | 136.10 | 0.00 | 297.70 | 235.30 | 26.60 | 1233.40 |
| | All Years | 221.80 | 74.45 | 115.60 | 419.90 | 27.70 | 456.80 | 0.00 | 416.90 | 518.60 | 74.00 | |

| Year | DATE BEGIN | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 19-Dec-05 | | 12.70 | | | | | | | | | |
| 2005 | 16-Nov-05 | | 7.00 | | | | | | | | | |
| 2005 | 20-Jun-05 | 7.00 | 3.90 | 2.00 | 18.50 | 3.10 | 7.30 | | 23.00 | 45.10 | 0.70 | |
| 2005 | 15-Jun-05 | | 7.20 | | | | | | | | | |
| 2005 | 10-Jun-05 | | | | | | | | | | | |
| 2005 | 3-Jun-05 | | | | | | | | | | | |
| 2005 | 30-May-05 | | | | | | | | | | | |
| 2005 | 26-May-05 | | | | | | | | | | | |
| 2005 | 25-May-05 | | | | | | | | | | | |
| 2005 | 24-May-05 | | | | | | | | | | | |
| 2005 | 23-May-05 | | | | | | | | | | | |
| 2005 | 21-May-05 | 46.90 | | 23.60 | 20.70 | 1.40 | 20.00 | | 74.20 | 16.20 | 3.00 | |
| 2005 | 14-May-05 | | | | | | | | | | | |
| 2005 | 8-May-05 | | | | | | | | | | | |
| 2005 | 2-May-05 | | | | | | | | | | | |
| 2005 | 2-May-05 | | | | | | | | | | | |
| 2005 | 28-Apr-05 | | | | | | | | | | | |
| 2005 | 27-Apr-05 | | | | | | | | | | | |
| 2005 | 25-Apr-05 | | | | | | | | | | | |
| 2005 | 10-Apr-05 | | | | | | | | | | | |
| 2005 | 9-Apr-05 | 133.60 | | 20.70 | 66.80 | 1.00 | 35.80 | | 153.20 | 32.20 | 7.60 | |
| 2005 | 5-Apr-05 | | | | | | | | | | | |
| 2005 | 4-Apr-05 | | | | | | | | | | | |
| 2005 | 26-Mar-05 | | | | | | | | | | | |
| 2005 | 22-Mar-05 | | | | | | | | | | | |
| 2005 | 15-Mar-05 | | | | | | | | | | | |
| 2005 | 9-Mar-05 | | | | | | | | | | | |
| 2005 | 7-Mar-05 | | | | | | | | | | | |
| 2005 | 23-Feb-05 | | | | | | | | | | | |
| 2005 | 20-Feb-05 | | | | | | | | | | | |
| 2005 | 17-Feb-05 | | | | | | | | | | | |
| 2005 | 15-Feb-05 | | | | | | | | | | | |
| 2005 | 2-Feb-05 | | | | | | | | | | | |
| 2005 | 31-Jan-05 | | | | | | | | | | | |
| 2005 | 27-Jan-05 | | | | | | | | | | | |
| 2005 | 18-Jan-05 | | | | | | | | | | | |
| 2005 | 1-Jan-05 | 8.10 | | 54.20 | 95.60 | 3.70 | 73.00 | | 47.30 | 141.80 | 15.30 | |
| 2004 | 13-Dec-04 | | 3.70 | | | | | | | | | |
| 2004 | 9-Nov-04 | | 3.80 | | | | | | | | | |
| 2004 | 4-Nov-04 | | 1.80 | | | | | | | | | |
| 2004 | 26-Oct-04 | | 0.20 | | | | | | | | | |
| 2004 | 21-Sep-04 | | 0.10 | | | | | | | | | |
| 2004 | 3-Sep-04 | | 0.10 | | | | | | | | | |
| 2004 | 17-Aug-04 | | 0.40 | | | | | | | | | |
| 2004 | 16-Aug-04 | | 0.40 | | | | | | | | | |
| 2004 | 12-Aug-04 | | 1.30 | | | | | | | | | |
| 2004 | 10-Jun-04 | | 0.80 | | | | | | | | | |
| 2004 | 1-Apr-04 | | | | 23.00 | 1.10 | 38.60 | | 15.00 | 22.70 | 6.80 | |
| 2004 | 1-Apr-04 | | | 5.60 | 23.70 | 0.90 | 21.60 | | 15.90 | 44.90 | 5.00 | |
| 2004 | 1-Jan-04 | | | | 9.20 | 1.90 | 34.20 | | 2.90 | 12.40 | 0.60 | |
| 2003 | 21-Aug-03 | | 1.30 | | | | | | | | | |
| 2003 | 22-May-03 | | 1.50 | | | | | | | | | |
| 2003 | 11-Mar-03 | | 2.90 | | | | | | | | | |
| 2003 | 1-Jan-03 | | | | 36.50 | 2.40 | 80.70 | | 23.40 | 33.70 | 4.40 | |
| 2002 | 3-Sep-02 | | | | 6.90 | 1.10 | 12.50 | | 11.40 | 3.20 | | |
| 2002 | 16-Jul-02 | | 1.75 | | | | | | | | | |
| 2002 | 8-May-02 | | 1.70 | | | | | | | | | |
| 2002 | 16-Apr-02 | | 4.10 | | | | | | | | | |
| 2002 | 30-Mar-02 | | | | 41.50 | 4.00 | 66.30 | | 5.80 | 47.00 | 1.20 | |
| 2002 | 15-Jan-02 | 1.00 | | | 5.70 | | 32.20 | | 1.70 | 11.40 | 0.70 | |
| 2002 | 1-Jan-02 | | | | 1.30 | | 3.20 | | 1.00 | | 0.30 | |
| 2001 | 10-Dec-01 | | 0.80 | | | | | | | | | |
| 2001 | 1-Dec-01 | | | | 9.70 | 0.10 | | | 6.80 | 11.30 | | |
| 2001 | 1-Nov-01 | | | 0.50 | 1.50 | 0.60 | 1.20 | | | | 3.30 | |
| 2001 | 18-Oct-01 | | 1.70 | | | | | | | | | |
| 2001 | 1-Oct-01 | | 0.50 | | | | | | | | | |
| 2001 | 1-Oct-01 | | 1.70 | | | | | | | | | |
| 2001 | 1-Oct-01 | | | 1.50 | 7.60 | 2.00 | 3.70 | | 4.50 | 5.00 | 4.30 | |
| 2001 | 16-Sep-01 | | 0.50 | | | | | | | | | |
| 2001 | 1-Sep-01 | | | | 2.80 | | | | | 5.20 | 0.80 | |
| 2001 | 3-Aug-01 | | 1.00 | | | | | | | | | |
| 2001 | 1-Aug-01 | | | | 3.90 | 1.00 | | | | 10.50 | 2.20 | |
| 2001 | 27-Jul-01 | | 1.80 | | | | | | | | | |
| 2001 | 2-Jul-01 | | 3.70 | | | | | | | | | |
| 2001 | 1-Jul-01 | 2.20 | | | 10.90 | | | | 0.70 | 22.00 | 4.40 | |
| 2001 | 1-Jun-01 | | | | 3.20 | | | | | 1.20 | 0.40 | |
| 2001 | 1-May-01 | | | | 4.50 | 1.50 | | | | 6.30 | 0.50 | |
| 2001 | 1-Apr-01 | 23.00 | | | 6.30 | | 8.20 | | 23.00 | 11.50 | 5.00 | |
| 2001 | 1-Mar-01 | | | | 3.10 | 0.10 | 0.20 | | 3.20 | | 1.40 | |

| | YEAR | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PATRICK BERRIGAN DATA** | | | | | | |
| 2001 | 14-Feb-01 | | 3.00 | | | | | | | | | |
| 2001 | 1-Feb-01 | | | | 5.60 | 1.30 | 0.20 | | | 12.30 | 0.30 | |
| 2001 | 12-Jan-01 | | 0.70 | | | | | | | | | |
| 2001 | 8-Jan-01 | | 0.40 | | | | | | | | | |
| 2001 | 1-Jan-01 | | | 7.50 | 5.60 | 0.50 | 17.70 | | | 11.90 | 2.40 | |
| 2000 | 1-Dec-00 | | | | 0.40 | | 0.20 | | | | 0.30 | |
| 2000 | 1-Nov-00 | | 2.00 | | 4.20 | | | | | 12.00 | 2.50 | |
| 2000 | 1-Oct-00 | | | | 1.20 | | | 0.00 | 2.70 | 0.00 | 0.60 | |

| | YEAR | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| subtotals | 2000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 2001 | 18.40 | 10.20 | 0.00 | 1.40 | 21.50 | 21.10 | 25.40 | 663.60 | 24.60 | 1.50 | 787.70 |
| | 2002 | 3.10 | 20.30 | 0.00 | 1.70 | 19.10 | 175.10 | 51.20 | 616.30 | 22.30 | 9.80 | 918.90 |
| | 2003 | 0.50 | 0.00 | 0.00 | 27.10 | 0.00 | 82.50 | 14.30 | 169.50 | 26.80 | 6.00 | 326.70 |
| | 2004 | 7.80 | 1.70 | 0.00 | 0.60 | 0.40 | 164.60 | 65.00 | 239.40 | 36.80 | 20.50 | 536.80 |
| | 2005 | 217.70 | 4.70 | 36.10 | 20.90 | 0.00 | 431.50 | 233.80 | 459.00 | 116.20 | 198.20 | 1718.10 |
| | All Years | 247.50 | 36.90 | 36.10 | 51.70 | 41.00 | 874.80 | 389.70 | 2147.80 | 226.70 | 236.00 | |

| Year | DATE BEGIN | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 1-Mar-01 | 14.00 | 2.80 | | 0.30 | 10.80 | 6.40 | 12.00 | 289.00 | 10.00 | | |
| 2001 | 18-Jul-01 | 3.00 | 7.00 | | | 2.30 | 1.90 | 2.70 | 5.80 | 8.80 | | |
| 2001 | 4-Aug-01 | 0.60 | | | | 3.50 | | | 131.80 | 0.60 | 1.50 | |
| 2001 | 5-Sep-01 | | | | | 1.20 | 3.00 | 5.40 | 147.30 | 1.20 | | |
| 2001 | 16-Oct-01 | 0.80 | 0.20 | | 1.10 | 3.30 | | 0.40 | 12.50 | | | |
| 2001 | 14-Nov-01 | | 0.20 | | | 0.40 | 5.10 | 4.90 | 73.10 | 4.00 | | |
| 2001 | 7-Dec-01 | | | | | | 4.70 | | 4.10 | | | |
| 2002 | 1-Jan-02 | | | | | | | | 9.70 | | | |
| 2002 | 11-Jan-02 | 0.80 | | | | 1.60 | 52.80 | 15.40 | 50.30 | 9.00 | | |
| 2002 | 13-Feb-02 | | | | | 1.10 | | 0.20 | 5.00 | | | |
| 2002 | 28-Feb-02 | 0.60 | 0.20 | | 0.60 | | 23.90 | 10.80 | 122.10 | | 0.90 | |
| 2002 | 19-Mar-02 | | | | | 3.80 | 2.70 | 2.70 | | | | |
| 2002 | 15-Apr-02 | | 16.90 | | | 12.60 | | | 59.20 | 4.40 | | |
| 2002 | 7-Jun-02 | 1.20 | | | | | 16.20 | 2.10 | 78.00 | 3.70 | | |
| 2002 | 11-Jun-02 | | 0.20 | | 0.90 | | 33.70 | 8.70 | 168.50 | 0.20 | 0.40 | |
| 2002 | 15-Jul-02 | | 3.00 | | 0.20 | | 16.00 | 2.50 | 56.00 | 4.50 | | |
| 2002 | 10-Aug-02 | 0.50 | | | | | 8.70 | 4.90 | 23.20 | | | |
| 2002 | 19-Sep-02 | | | | | | 5.70 | 1.00 | 14.30 | 0.50 | | |
| 2002 | 15-Oct-02 | | | | | | 3.40 | 0.70 | 28.00 | | | |
| 2002 | 3-Nov-02 | | | | | | 10.20 | | 0.20 | | | |
| 2002 | 4-Nov-02 | | | | | | 1.80 | 2.20 | 1.80 | | 8.50 | |
| 2003 | 1-Jan-03 | 0.50 | | | 3.20 | | 4.10 | 0.70 | | 6.00 | | |
| 2003 | 1-Jan-03 | | | | | | 16.20 | 2.10 | 77.00 | 3.70 | | |
| 2003 | 1-Feb-03 | | | | | | 2.50 | | | | 4.80 | |
| 2003 | 1-Mar-03 | | | | | | 3.80 | | 46.50 | | 1.00 | |
| 2003 | 1-Apr-03 | | | | | | 12.20 | 0.20 | 26.40 | | 0.20 | |
| 2003 | 1-May-03 | | | | | | 2.50 | 2.50 | 2.10 | | | |
| 2003 | 1-Jun-03 | | | | | | 4.00 | | | | | |
| 2003 | 1-Jul-03 | | | | | | 5.90 | 0.70 | 0.40 | | | |
| 2003 | 1-Aug-03 | | | | | | 1.50 | 0.40 | | | | |
| 2003 | 1-Sep-03 | | | | | | 7.50 | 0.40 | | | | |
| 2003 | 1-Oct-03 | | | | 7.40 | | 6.60 | 7.30 | 2.00 | 11.50 | | |
| 2003 | 6-Oct-03 | | | | 16.50 | | 14.30 | | 0.20 | 5.60 | | |
| 2003 | 1-Dec-03 | | | | | | 0.80 | | 9.80 | | | |
| 2003 | 8-Dec-03 | | | | | | 0.60 | | 5.10 | | | |
| 2004 | 1-Jan-04 | | | | | | 5.70 | 3.40 | 7.70 | | | |
| 2004 | 1-Jan-04 | | | | | | 1.70 | 2.00 | 28.10 | | | |
| 2004 | 7-Jan-04 | | | | | | 11.00 | | 1.50 | | | |
| 2004 | 13-Feb-04 | | | | | | 8.00 | 2.00 | 1.70 | | | |
| 2004 | 11-Mar-04 | | | | | | 9.50 | 2.90 | 0.60 | | | |
| 2004 | 22-Mar-04 | | | | | | 8.50 | | 19.50 | | | |
| 2004 | 13-Apr-04 | | | | | | 21.60 | 1.90 | 5.20 | | | |
| 2004 | 10-May-04 | | | | | | 14.30 | 2.40 | 18.40 | | | |
| 2004 | 3-Jun-04 | | | | | | 4.40 | 0.40 | 3.30 | | | |
| 2004 | 7-Jun-04 | | | | 0.40 | | 1.60 | 0.40 | 3.60 | | | |
| 2004 | 7-Jun-04 | | | | | | 1.60 | 0.40 | 1.30 | | | |
| 2004 | 8-Jul-04 | | | | | | 5.60 | 11.10 | 0.60 | | | |
| 2004 | 12-Aug-04 | | 1.70 | | 0.60 | | 14.40 | 9.90 | 17.20 | 20.40 | 17.00 | |
| 2004 | 9-Sep-04 | | | | | | 8.40 | 6.60 | 1.00 | | | |
| 2004 | 13-Oct-04 | | | | | | 26.30 | 6.90 | 32.30 | 4.00 | | |
| 2004 | 11-Nov-04 | 1.00 | | | | | 9.40 | 9.70 | 66.30 | 6.00 | 3.50 | |
| 2004 | 8-Dec-04 | 6.80 | | | | | 12.60 | 5.00 | 31.10 | 6.40 | | |
| 2005 | 1-Jan-05 | | | | | | 12.60 | 5.00 | 30.10 | | | |
| 2005 | 1-Jan-05 | 9.00 | 1.00 | 0.30 | 3.40 | | 50.30 | 16.70 | 25.90 | 12.00 | | |
| 2005 | 11-Feb-05 | 1.30 | | | 0.60 | | 33.50 | 13.70 | 28.90 | | | |
| 2005 | 11-Mar-05 | 0.40 | 0.80 | | 2.40 | | 58.60 | 28.20 | 179.00 | 15.20 | 159.80 | |
| 2005 | 8-Apr-05 | 141.90 | 1.60 | 24.10 | 2.10 | | 167.00 | 101.20 | 55.50 | 37.50 | 1.80 | |
| 2005 | 14-May-05 | 46.60 | 1.30 | 11.70 | 10.60 | | 54.80 | 38.10 | 23.30 | 25.50 | 36.30 | |
| 2005 | 6-Jun-05 | 12.50 | | | 1.80 | | 1.60 | 14.20 | 0.70 | 6.80 | | |
| 2005 | 19-Jul-05 | | | | | | 27.60 | 12.90 | 109.10 | 5.60 | 0.30 | |
| 2005 | 10-Oct-05 | | | | | | 3.80 | 0.40 | 5.80 | | | |
| 2005 | 14-Nov-05 | 5.00 | | | | | 7.20 | 1.70 | 0.20 | 8.00 | | |
| 2005 | 20-Dec-05 | 1.00 | | | | | 14.50 | 1.70 | 0.50 | 5.60 | | |

| | YEAR | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Investigators and Experts | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel | Legal Research and Writing | Travel | Other | Total Hours Per Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| subtotals | 2000 | 5.30 | 26.90 | 0.00 | 54.15 | 13.40 | 1.70 | 0.00 | 8.40 | 16.00 | 52.70 | 178.55 |
| | 2001 | 27.80 | 32.60 | 1.50 | 88.20 | 28.20 | 3.50 | 0.00 | 1.10 | 24.60 | 53.40 | 260.90 |
| | 2002 | 3.90 | 19.60 | 0.00 | 43.20 | 94.80 | 32.70 | 0.00 | 1.60 | 14.40 | 6.40 | 216.60 |
| | 2003 | 3.70 | 4.70 | 3.30 | 22.60 | 30.60 | 19.60 | 0.00 | 0.00 | 20.10 | 4.70 | 109.30 |
| | 2004 | 116.90 | 15.80 | 0.00 | 54.50 | 120.00 | 26.10 | 0.00 | 0.00 | 95.40 | 10.90 | 439.60 |
| | 2005 | 153.90 | 7.30 | 0.00 | 26.40 | 97.40 | 34.40 | 0.00 | 0.20 | 91.40 | 21.40 | 432.40 |
| | All Years | 311.50 | 106.90 | 4.80 | 289.05 | 384.40 | 118.00 | 0.00 | 11.30 | 261.90 | 149.50 | |

| Year | DATE BEGIN | In-Court Hearings | Interviews and Conf. with Client | Witness Interviews | Consultation with Inv. and Experts and Attys | Obtaining and Reviewing the Court Record | Obtaining and Reviewing Docs and Evidence | Consulting with Expert Counsel (*see* Cons. with Inv. and Experts) | Legal Research and Writing | Travel | Other | TOTAL (per year) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 1-Aug-00 | 2.40 | 26.90 | | 54.15 | 2.60 | | | 2.00 | 8.00 | 19.10 | |
| 2000 | 11-Sep-00 | 0.70 | | | | 8.00 | | | 5.80 | 2.00 | 16.70 | |
| 2000 | 6-Nov-00 | 1.70 | | | | 2.80 | | | 0.30 | 2.00 | 13.70 | |
| 2000 | 12-Dec-00 | 0.50 | | | | | 1.70 | | 0.30 | 4.00 | 3.20 | |
| 2001 | 1-Jan-01 | | | | | | 3.50 | | 0.60 | 2.00 | 8.80 | |
| 2001 | 5-Jan-01 | 3.00 | | | | | | | | 4.00 | 16.00 | |
| 2001 | 21-Mar-01 | 21.80 | | | | | | | | | | |
| 2001 | 16-Apr-01 | | | 1.50 | | | | | | | 1.80 | |
| 2001 | 15-May-01 | | | | | | | | | 6.00 | 5.10 | |
| 2001 | 18-Jun-01 | | | | | 5.00 | | | | | 2.10 | |
| 2001 | 27-Jun-01 | | 32.60 | | 88.20 | | | | | | 5.60 | |
| 2001 | 3-Aug-01 | 1.00 | | | | 1.60 | | | | 7.10 | | |
| 2001 | 17-Sep-01 | | | | | | | | | | 4.10 | |
| 2001 | 3-Oct-01 | | | | | 9.60 | | | | | 3.00 | |
| 2001 | 8-Oct-01 | 0.50 | | | | | | | | | 6.90 | |
| 2001 | 4-Dec-01 | 1.50 | | | | 12.00 | | | 0.50 | 5.50 | | |
| 2002 | 1-Jan-02 | 1.60 | 19.60 | | 43.20 | 11.70 | | | 0.50 | 5.50 | | |
| 2002 | 21-Jan-02 | | | | | 6.90 | | | | | 0.60 | |
| 2002 | 4-Mar-02 | | | | | 16.10 | | | | 4.00 | 1.60 | |
| 2002 | 19-Mar-02 | | | | | 23.70 | | | | | 0.70 | |
| 2002 | 17-May-02 | 2.30 | | | | 36.40 | | | 0.20 | 0.70 | 0.40 | |
| 2002 | 12-Jul-02 | | | | | | 28.00 | | 0.90 | 4.20 | 2.60 | |
| 2002 | 5-Dec-02 | | | | | | 4.70 | | | | 0.50 | |
| 2003 | 2-Jan-03 | 0.70 | | | | | 4.10 | | | 10.10 | 0.40 | |
| 2003 | 6-Jan-03 | | | | | | 3.50 | | | | | |
| 2003 | 30-Jan-03 | | | | | 1.30 | | | | | 0.20 | |
| 2003 | 1-Apr-03 | | | | | | 5.30 | | | | 0.30 | |
| 2003 | 1-May-03 | | 4.70 | | 22.60 | | 4.10 | | | | 0.60 | |
| 2003 | 3-Jun-03 | | | | | 4.20 | | | | | 0.30 | |
| 2003 | 4-Jun-03 | 2.20 | | | | 20.40 | | | | | 1.00 | |
| 2003 | 1-Jul-03 | | | 3.30 | | | | | | | 0.60 | |
| 2003 | 25-Jul-03 | | | | | 1.30 | | | | | 0.50 | |
| 2003 | 30-Jul-03 | | | | | | 2.60 | | | | 0.80 | |
| 2003 | 2-Oct-03 | | | | | 0.70 | | | | 10.00 | | |
| 2003 | 3-Nov-03 | | | | | 0.80 | | | | | | |
| 2003 | 12-Nov-03 | 0.80 | | | | 1.90 | | | | | | |
| 2004 | 2-Jan-04 | | | | | | 2.30 | | | | 0.80 | |
| 2004 | 10-Jan-04 | | | | | 3.50 | | | | | | |
| 2004 | 1-Feb-04 | | | | | 3.50 | | | | 4.00 | | |
| 2004 | 1-Mar-04 | | | | | 8.80 | | | | | | |
| 2004 | 1-Apr-04 | | | | | | 4.80 | | | 4.00 | 0.40 | |
| 2004 | 1-Apr-04 | 99.00 | | | 7.40 | 48.30 | | | | 30.50 | 2.80 | |
| 2004 | 1-May-04 | | | | | 4.90 | | | | | | |
| 2004 | 1-Jun-04 | | | | | | 5.70 | | | | | |
| 2004 | 1-Jul-04 | | | | | 3.60 | | | | 1.60 | | |
| 2004 | 1-Aug-04 | | | | | 3.90 | | | | 4.60 | 0.20 | |
| 2004 | 31-Aug-04 | 8.80 | 15.80 | | 47.10 | 4.40 | | | | 16.00 | | |
| 2004 | 30-Sep-04 | | | | | 5.50 | | | | 9.10 | | |
| 2004 | 1-Nov-04 | 1.00 | | | | | 13.30 | | | 11.70 | 6.10 | |
| 2004 | 1-Dec-04 | 1.80 | | | | 19.50 | | | | 5.00 | 0.20 | |
| 2004 | 15-Dec-04 | 6.30 | | | | 14.10 | | | | 8.90 | 0.40 | |
| 2005 | 1-Jan-05 | 5.50 | | | | 17.80 | | | | 21.60 | 0.10 | |
| 2005 | 1-Feb-05 | 4.00 | 7.30 | | 26.40 | 15.30 | | | | 11.30 | 0.70 | |
| 2005 | 1-Mar-05 | 1.00 | | | | | 34.40 | | | 4.00 | 2.60 | |
| 2005 | 26-Apr-05 | 98.90 | | | | 50.70 | | | 0.20 | 33.10 | 18.00 | |
| 2005 | 11-May-05 | 44.50 | | | | 8.50 | | | | 21.40 | | |
| 2005 | 1-Jul-05 | | | | | 0.80 | | | | | | |
| 2005 | 1-Aug-05 | | | | | 3.50 | | | | | | |
| 2005 | 1-Oct-05 | | | | | 0.80 | | | | | | |

## Johnson: Explanations for Changes made in the Attorney Hours Charts

**Note:**
1) All changes were made to give the attorneys the benefit of any doubt.  This means that where any discrepancy existed, we gave the attorneys credit for *the greater amount of hours.*

»»» For example, if the billing records listed a visit with Angela Johnson as 3.5 hours, and the jail records only listed the visit as lasting 2.5 hours, we gave the attorneys credit for 3.5 hours (the greater of the times).

2) All data entered was entered using the same assumptions.  In other words, all data was entered giving the attorneys the benefit of any doubt.  This means that where any discrepancy existed, we gave the attorneys credit for *the greater amount of hours.*

**Specific Changes Made Between the Charts Used by Russell Stetler and the Charts Now Presented to the Court:**

1) The hours for Dean Stowers in the category "Interviews and Conferences with Client" are different in Stetler's chart and the current charts.

- The current charts list Dean Stowers as having 36.9 hours in the category "Interviews and Conferences with Client."  Stetler's chart listed Stowers as having 6.5 hours of "Interviews and Conferences with Client."
- *Explanation for this difference:* Stetler's chart was based upon the Billing Records and Jail Visitor Logs available to him at the time the charts were made on 3-7-11.  Since that time, 2255 counsel has received/found additional billing records for Stowers. These charts were updated to reflect the hours from these additional billing records.

2) The hours for Pat Berrigan in the category "Interviews and Conferences with Client" are different in Stetler's chart and the current charts.

- The current charts list Berrigan as having spent 74.45 hours in the category "Interviews and Conferences with Client." Stetler's chart listed Berrigan as having spent 72.3 hours in the category "Interviews and Conferences with Client."
- *Explanation for this Difference:* Stetler based his chart on the billing records available to him on 3-7-11.  Since that time, one 2005 billing record ending on 12-31-05 was found.  The data from the 12-31-05 billing record was added to this chart, so that Berrigan's "Interviews and Conferences with Client" is increased by 2.15 hours on the current charts.

# Johnson Timeline





# Johnson Timeline



**Mar 16, 2001**

Berrigan writes Reinert that he can't discuss settlement until after Messiah litigation opinion around Mid-May and after defense finishes reading discovery
*Source(s): RS-9-000464 to 465*

**Mar 8, 2001**

Reinert writes Berrigan seeking plea before DOJ authorization. Gives deadline of 4/15/01
*Source(s): RS-13-000830-831*

**Mar 30, 2001**

Reinert writes Berrigan "discussion early can resolve cases expeditiously" and extended deadline to 4/30/01
*Source(s): RS-13-000832-833*

2000 | March 2001 | April 2001 | Ma

**Year 2001**
attorney contact with AJ

STOWERS — 10.20
BERRIGAN — 15.80
WILLETT — 32.60

hours per year

2000
2001
2002
2003
2004
2005

# Johnson Timeline



# Johnson Timeline



**Aug 30, 2001**
AJ indicted on 10 capital offenses

**Oct 1, 2001**
Meeting between Berrigan, Willett, Reinert, Williams, & Murphy. Berrigan notes they discussed 20-yr plea, Reinert seemed interested
*Source(s): RS-13-000844-846*

**Oct 10, 2001**
Reinerts writes Willett that 20 yrs is unconscionable for five murders, proffer needed
*Source(s): RS-6-000348*

**Dec 7, 2001**
Goody writes
**"plead LWOP case"**
*Source(s): MG006158*

September 2001 — October 2001 — December 2001

**Year 2001**
attorney contact with AJ

STOWERS 10.20
BERRIGAN 15.80
WILLETT 32.60

hours per year

2000
2001
2002
2003
2004
2005

# Johnson Timeline





# Johnson Timeline

**Mar 20, 2002**

**Ashcroft authorizes DP for Johnson**

**Apr 25, 2002**

**NOI as to AJ filed**

**Apr 23, 2002**

**Bennett denies Government's motion of intent to use McNeese's jailhouse informant evidence**
*Source(s): 196 F.Supp. 2d 795*

**Jul 16, 2002**

**Berrigan, Willett, Stowers visit AJ:** **"Dean will do numbers on drug case"**
*Source(s): RS-10-000620*

**2002** — **April 2002** — **July 2002**

**Year 2002**
**attorney contact with AJ**

STOWERS — 20.30
BERRIGAN — 7.55
WILLETT — 19.60

hours per year

2000, 2001, 2002, 2003, 2004, 2005



# Johnson Timeline

**Aug 3, 2002**

Stowers & Reinert meet. Reinert wants to resolve case by plea, term of yrs for substantial assistance
*Source(s): RS-12-000816*

**Aug 23, 2002**

Superseding indictment

**Oct 24, 2002**

AJ writes Berrigan,
"Can you just get me a deal and get me out of here?"
*Source(s): RS-4-000188, RS-4-000191*

August 2002 ⚡ October 2002 November 2002

**Year 2002**
attorney contact with AJ

STOWERS 20.30

BERRIGAN 7.55

WILLETT 19.60

0 10 20 30 40
hours per year

2000
2001
2002
2003
2004
2005

# Johnson Timeline

**May 10, 2003**

AJ writes **Stowers** that she wants to plead guilty and will cooperate
*Source(s): RS-4-000193*

**May 10, 2003**

AJ writes **Berrigan** that she wants to plead guilty and will cooperate
*Source(s): MCN03-002970*

**Mar 18, 2003**

**Execution of Louis Jones**

**March 2003** | **April 2003** | **May 2003**

**Year 2003**
**attorney contact with AJ**

| | |
|---|---|
| STOWERS | 0.00 |
| BERRIGAN | 5.70 |
| WILLETT | 4.70 |

hours per year

0   10   20   30   40

2000
2001
2002
2003
2004
2005

# Johnson Timeline

**Jun 9, 2003**

Reinert writes Berrigan that he must interview AJ before considering offering "consideration" for her assistance
*Source(s): RS-13-000895*

**Jul 31, 2003**

Eight circuit reverses Bennett's denial of Government motion to use McNeese's informant evidence
*Source(s): 338 F. 3d 918*

**June 2003** — **July 2003** — **Aug**

**Year 2003**
attorney contact with AJ

| | hours per year |
|---|---|
| STOWERS | 0.00 |
| BERRIGAN | 5.70 |
| WILLETT | 4.70 |

2000
2001
2002
2003
2004
2005

# Johnson Timeline



**Dec 8, 2003**

8th Circuit opinion re McNeese ruling-judgment vacated and appeal reopened
*Source(s): 2003 U.S. App. LEXIS 26114*

**Aug 11, 2003**

Williams writes Stowers that even if AJ debriefs no guarantee, no pleas on table now

 just 2003 | December 2003 | January 2004

**Year 2003**
attorney contact with AJ

STOWERS 0.00

BERRIGAN 5.70

WILLETT 4.70

0 10 20 30 40
hours per year

2000
2001
2002
2003
2004
2005

# Johnson Timeline



**Mar 23, 2004**

Petition for rehearing en banc and petition for rehearing by the panel are denied (re McNeese maps)

**Jun 22, 2004**

Reinert writes Willett it is "not workable" that AJ wants binding plea before she debriefs govt
*Source(s): 000017*

**March 2004**   **April 2004**   **June 2004**

**Year 2004**
attorney contact with AJ

STOWERS 1.70

BERRIGAN 12.60

WILLETT 15.80

0   10   20   30   40
hours per year

2000
2001
2002
2003
2004
2005

# Johnson Timeline



# Johnson Timeline



**Oct 27, 2004**
Honken DP for children, LWOP for adults

**Nov 9, 2004**
Ashcroft resigns as AG

**Dec 8, 2004**
Second superseding indictment

...ber 2004 — November 2004 — December 2004

**Year 2004**
attorney contact with AJ

- STOWERS: 1.70
- BERRIGAN: 12.60
- WILLETT: 15.80

hours per year

2000, 2001, 2002, 2003, 2004, 2005

Case 3:09-cv-03064-MWB-LTS    Document 245-1    Filed 05/05/11    Page 33 of 36

# Johnson Timeline

# Johnson Timeline



**Jun 21, 2005**

**Jury sentences AJ to death on all counts except 1 & 6**
*Source(s): Trial Transcript 4098*

**May 2005** | **June 2005** | **July 2005**

**Year 2005**
**attorney contact with AJ**

STOWERS — 4.70

BERRIGAN — 30.80

WILLETT — 7.30

hours per year

0 — 10 — 20 — 30 — 40

2000
2001
2002
2003
2004
2005

# Johnson Timeline



**Dec 20, 2005**

**Bennett imposes death**

**Jul 31, 2005**

Berrigan writes AJ that he is attending Death Penalty College, wishes he'd attended it before AJ's trial. Thinks,
"Why couldn't my client (Angela Johnson) have had THAT great lawyer instead of my poor pitiful self?!!"
*Source(s): 2005-7-31 PB to AJ*

**December 2005**

**Year 2005**
**attorney contact with AJ**

| | hours per year |
|---|---|
| STOWERS | 4.70 |
| BERRIGAN | 30.80 |
| WILLETT | 7.30 |

2000
2001
2002
2003
2004
2005