| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 7/29/2000 | AJ arrested-to Benton | Benton | | | | | | | |
| 8/1/2000 | Visit | Benton | 1.6 | | | | | | |
| 8/2/2000 | Bills for conf | | 0.5 | | | | | | |
| 8/3/2000 | Visit | Benton | 0.5 | | | | | | |
| 8/8/2000 | Call | | 0.2 | | | | | | |
| 8/11/2000 | Visit | Benton | 0.5 | | | | | | |
| 8/15/2000 | Bill for conf | | | | | | | 0.9 | |
| 8/16/2000 | Visit | Benton | 1 | | | | | | |
| 8/24/2000 | Visit | Benton | 0.6 | | | | | | 1.5 |
| 8/30/2000 | Call | | 0.3 | | | | | | |
| 9/2/2000 | Bill for conf | Benton | 3 | | | | | | |
| 9/2/2000 | Call | | 0.2 | | | | | | |
| 9/4/2000 | Visit | Benton | 1.5 | | | | | | 0 |
| 9/6/2000 | Bills for conf | | 0.2 | | | | | | |
| 9/7/2000 | Visit | Benton | | | | | | 1.1 | |
| 9/9/2000 | Visit | Benton | 1.2 | | | | | 0.5 | 1 |
| 9/9/2000 | Bills for conf | | 1.2 | | | | | 1 | |
| 9/10/2000 | Visit | Benton | 1 | | | | | | |
| 9/11/2000 | AJ starts Serzone | | | | | | | | |
| 9/11/2000 | Call | | 0.4 | | | | | | |
| 9/14/2000 | Call | | 0.2 | | | | | | |
| 9/18/2000 | Visit | Benton | | | | | | 0.2 | |
| 9/25/2000 | Visit | Benton | | | | | | 1 | |
| 10/3/2000 | AJ to Blackhawk Jail | Black Hawk | | | | | | | |
| 10/3/2000 | Bills for conf | | 0.8 | | | | | 0.2 | |
| 10/4/2000 | Call | | | | | | | 0.1 | |
| 10/5/2000 | Bill for conf | | | | | | | 0.2 | |
| 10/6/2000 | Bills for conf | | 0.8 | | | | | 0.5 | |
| 10/12/2000 | Bodies found | | | | | | | | |
| 10/13/2000 | AJ refuses Frerichs visit | Black Hawk | | | | | | | |
| 10/13/2000 | AJ suicide attempt | Black Hawk | | | | | | | |
| 10/13/2000 | AJ refuses professional visit | Black Hawk | | | | | | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|------|-------|-------|---------|----------|---------|-------|--------|----------|---------|
| 10/16/2000 | AJ moved; visit | Linn | 1.1 | | | | | | 1.1 |
| 10/16/2000 | Visit | Linn | 1.1 | | | | | | 1.1 |
| 10/17/2000 | Visit | Linn | | | | | | | 0 |
| 10/19/2000 | Psychiatrist visit | Linn | | | | | | | |
| 10/21/2000 | Bills for conf | | 1 | | | | | | |
| 10/22/2000 | Visit | Linn | 0 | | | | | | |
| 10/24/2000 | Bills for conf | | 1 | | | | | | |
| 10/25/2000 | Visit | Linn | 1 | | | | | 1.5 | 1 |
| 10/27/2000 | Call | | 0.2 | | | | | | |
| 11/2/2000 | Bills for conf | | 0.3 | | | | | | |
| 11/4/2000 | Bills for conf | | 0.9 | | | | | | |
| 11/7/2000 | Call | | 0.2 | | | | | | |
| 11/8/2000 | TD body found | | | | | | | | |
| 11/9/2000 | Bills for conf | | 1 | | | | | | |
| 11/15/2000 | Bills for conf | | 0.4 | | | | | | |
| 11/17/2000 | Attorney Conference | | | | | | | | |
| 11/17/2000 | Call | | 0.2 | | | | | | |
| 11/20/2000 | Visit | Linn | | 2 | | | | | |
| 11/27/2000 | Call | | 0.2 | | | | | | |
| 11/29/2000 | Call | | 0.2 | | | | | | |
| 12/1/2000 | Call | | 0.2 | | | | | | |
| 12/4/2000 | Visit | Linn | 0 | | | | | | 0 |
| 12/6/2000 | Bills for conf | | 1.2 | | | | | | |
| 12/12/2000 | Call | | 0.2 | | | | | | |
| 12/21/2000 | Call | | 0.2 | | | | | | |
| 12/26/2000 | Bills for conf | | 0.6 | | | | | | |
| 12/28/2000 | Psychiatrist visit | Linn | | | | | | | |
| 1/2/2001 | Bills for conf | | 0.5 | | | | | | |
| 1/4/2001 | Visit | Linn | 0.5 | | | | | | |
| 1/8/2001 | Call | | 0.6 | 0.4 | | | | | |
| 1/9/2001 | Call | | 0.2 | | | | | | |
| 1/11/2001 | Call | | 0.2 | | | | | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/2001 | Visit | Linn | | 0.7 | | | | | |
| 1/12/2001 | Call | | 0.4 | | | | | | |
| 1/13/2001 | Bills for conf | | 0.5 | | | | | | |
| 1/19/2001 | Visit | Linn | 0.4 | | | | | | |
| 1/22/2001 | Bills for conf | | 0.4 | | | | | | |
| 1/25/2001 | Call | | 0.2 | | | | | | |
| 1/29/2001 | Call | | 0.2 | | | | | | |
| 2/1/2001 | Call | | 0.4 | | | | | | |
| 2/2/2001 | Bills for conf | | 0.7 | | | | | | |
| 2/5/2001 | Visit | Linn | 0.5 | | | | | | |
| 2/12/2001 | Call | | 0.4 | | | | | | |
| 2/14/2001 | Visit | Linn | | 3 | | | | | |
| 2/14/2001 | Call | | 0.2 | | | | | | |
| 2/19/2001 | Call | | 0.4 | | | | | | |
| 2/20/2001 | Bill for conf | | 0.6 | | | | | | |
| 2/22/2001 | Psychiatrist visit | Linn | | | | | | | |
| 2/23/2001 | Call | | 0.2 | | | | | | |
| 2/28/2001 | Call | | 0.2 | | | | | | |
| 3/1/2001 | Visit | | | | | | | | |
| 3/1/2001 | Call | | 0.2 | | | | | | |
| 3/1/2001 | Bills for conf | | 0.8 | | | | | | |
| 3/6/2001 | Call | | 0.3 | | | | | | |
| 3/9/2001 | Visit | Linn | 0.7 | | | | | | |
| 3/14/2001 | Call | | 0.2 | | | | | | |
| 3/16/2001 | Call | | 0.5 | | | | | | |
| 3/19/2001 | Bill for conf | | 0.5 | | | | | | |
| 3/19/2001 | Call | | 0.2 | | | | | | |
| 3/22/2001 | Call | | 0.2 | | | | | | |
| 3/27/2001 | Visit | Linn | | | | | | | 4 |
| 4/2/2001 | Call | | 0.2 | | | | | | |
| 4/3/2001 | Visit | Linn | | | 0 | | | | 0 |
| 4/3/2001 | Call | | 0.2 | | | | | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 4/4/2001 | Bills for conf | | 0.5 | | | | | | |
| 4/10/2001 | Visit | Linn | 0 | | | | | | |
| 4/16/2001 | Call | | 0.2 | | | | | | |
| 4/17/2001 | Bills for conf | | 0.5 | | | | | | |
| 4/18/2001 | Visit | Linn | 1 | | | | | | |
| 4/18/2001 | Call | | 0.2 | | | | | | |
| 4/23/2001 | Call | | 0.2 | | | | | | |
| 4/24/2001 | Call | | 0.2 | | | | | | |
| 4/25/2001 | Bills for conf | | 0.4 | | | | | | |
| 4/28/2001 | Bills for conf | | 0.5 | | | | | | |
| 4/29/2001 | Visit (unclear which attorneys) | | | | | | | | |
| 5/1/2001 | Call | | 0.4 | | | | | | 0.4 |
| 5/7/2001 | Call | | 0.3 | | | | | | |
| 5/8/2001 | Call | | 0.2 | | | | | | |
| 5/14/2001 | Call | | 0.2 | | | | | | |
| 5/21/2001 | Call | | 0.2 | | | | | | |
| 5/29/2001 | Call | | 0.2 | | | | | | |
| 5/31/2001 | Call | | 0.4 | 0.4 | | | | | |
| 6/1/2001 | Call | | 0.2 | | | | | | |
| 6/4/2001 | Call | | 0.2 | | | | | | |
| 6/11/2001 | Visit | Linn | 0.6 | | | | | | |
| 6/11/2001 | Call | | 0.2 | | | | | | |
| 6/12/2001 | Call | | 0.2 | | | | | | |
| 6/13/2001 | Call | | 0.2 | | | | | | |
| 6/14/2001 | Call | | 0.2 | | | | | | |
| 6/19/2001 | Call | | 0.2 | | | | | | |
| 6/21/2001 | Call | | 0.2 | | | | | | |
| 6/21/2001 | Psychiatrist visit | Linn | | | | | | | |
| 6/21/2001 | Bill for conf | | 0.7 | | | | | | |
| 6/27/2001 | Call | | 0.2 | | | | | | |
| 6/29/2001 | Call | | 0.2 | | | | | | |
| 7/2/2001 | Visit | Linn | 1.7 | 3.7 | | | | | |

Angela Johnson:
visits with legal team

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 7/2/2001 | Visit | Linn | 0 | | | | | | |
| 7/16/2001 | Call | | 0.2 | | | | | | |
| 7/19/2001 | Call | | 0.4 | | | | | | |
| 7/27/2001 | Visit | US Marshall | | 1.8 | | | | | |
| 8/2/2001 | Bills for conf | | 0.3 | | | | | | |
| 8/3/2001 | Visit | Linn | 1.8 | 1 | 1 | | | | |
| 8/8/2001 | Berrigan has triple bypass | | | | | | | | |
| 8/20/2001 | Call | | 0.2 | | | | | | |
| 8/22/2001 | Visit | Linn | 0.9 | | | | | | |
| 9/4/2001 | Call | | 0.2 | | | | | | |
| 9/13/2001 | Call | | 0.2 | | | | | | |
| 9/16/2001 | Call | | 0 | 0.5 | | | | | |
| 9/20/2001 | Call | | 0.2 | | | | | | |
| 9/26/2001 | Call | | 0.2 | | | | | | |
| 9/28/2001 | Call | | 0.2 | | | | | | |
| 10/1/2001 | Call | | 0.2 | 0.5 | | | | | |
| 10/1/2001 | Visit | Linn | 1 | 1.7 | | | | | |
| 10/4/2001 | Call | | 0 | | | | | | |
| 10/8/2001 | Call | | 0 | | | | | | |
| 10/12/2001 | Call | | 0.2 | | | | | | |
| 10/18/2001 | Visit | Linn | 0.3 | 1.7 | | | | | |
| 10/19/2001 | Visit | Linn | 0 | | | 0 | 0 | | |
| 10/23/2001 | Bill for conf | | 0.8 | | | | | | |
| 10/24/2001 | Call | | 0 | | | | | | |
| 10/26/2001 | Call | | 0 | | | | | | |
| 10/29/2001 | Call | | 0 | | | | | | |
| 10/30/2001 | Call | | 0 | | | | | | |
| 11/6/2001 | Call | | 0.2 | | | | | | |
| 11/15/2001 | Call | | 0 | | | | | | |
| 11/19/2001 | Call | | 0 | | | | | | |
| 11/20/2001 | Call | | 0.2 | | | | | | |
| 11/27/2001 | Call | | 0.2 | | | | | | |

last revised 2/17/11

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2001 | Call | | 0.2 | | | | | | |
| 12/8/2001 | Bill for conf | | 2 | | | | | | |
| 12/9/2001 | Attorney Conference | | | | | | | | |
| 12/10/2001 | Visit | Linn | 0 | 0.8 | | | | | |
| 12/11/2001 | Call | | 0.2 | | | | | | |
| 1/7/2002 | Visit | Linn | | | | | 0 | | |
| 1/12/2002 | Call | | 0.2 | | | | | | |
| 1/15/2002 | Call | | 0.2 | | | | | | |
| 1/21/2002 | Visit | Linn | 0.7 | | | 0 | | | |
| 1/25/2002 | Visit | Linn | | | | 0 | | | |
| 2/11/2002 | Visit | Linn | | | | | | | 0 |
| 2/13/2002 | Call | | | | | 0 | | | |
| 3/4/2002 | Visit | Linn | 0 | | | | | | |
| 3/5/2002 | Call | | | | | 0.4 | | | |
| 3/13/2002 | Visit | Linn | 0 | | | | | | |
| 3/18/2002 | Call | | | | | 2.5 | | | |
| 4/2/2002 | Visit | Linn | 0 | | | | | | |
| 4/2/2002 | Bills for corr w/AJ | | | | | 0.3 | | | |
| 4/3/2002 | Visit | Linn | 0 | | | | | | |
| 4/9/2002 | Call | | | | | 0.3 | | | |
| 4/15/2002 | Call | | 0.3 | | | | | | |
| 4/16/2002 | Visit | Linn | | 4.1 | | | | | |
| 4/16/2002 | Call | | | | | 0.4 | | | |
| 4/18/2002 | Visit | Linn | | | | | 2.4 | | |
| 4/19/2002 | Call | | | | | 0.2 | | | |
| 4/19/2002 | Visit | Linn | | | | | 0 | | |
| 4/22/2002 | Visit | Linn | | | | | 1.8 | | |
| 4/22/2002 | Call | | | | | 0.4 | | | |
| 4/23/2002 | Visit | Linn | | | | | 0 | | |
| 4/24/2002 | Visit | Linn | 1.5 | | | | | | |
| 4/24/2002 | Call | | 0.3 | | | | | | |
| 4/24/2002 | Bill for conf | | 0.8 | | | | | | |

last revised 2/17/11

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 4/26/2002 | Visit | Linn | 1.5 | | | | | | |
| 5/6/2002 | Call | | 0.2 | | | | | | |
| 5/7/2002 | Visit | Linn | | | | | 1.5 | | |
| 5/8/2002 | Visit | Linn | 4.7 | 1.7 | | | | | |
| 5/14/2002 | Call | | 0.2 | | | | | | |
| 5/16/2002 | Visit | Linn | | | | | 2 | | |
| 5/17/2002 | Visit | Linn | 0 | 0 | | | 2 | | |
| 5/29/2002 | Visit | Linn | 1.2 | | | | | | |
| 5/30/2002 | Call | | 0.2 | | | | | | |
| 6/3/2002 | AJ gets GED | | | | | | | | |
| 6/5/2002 | Call | | | | | | 0.2 | | |
| 6/7/2002 | Visit | Linn | | | | | 1.2 | | |
| 6/7/2002 | Call | | | | | | 0.1 | | |
| 6/8/2002 | Bills for conf | | 0.5 | | | | | | |
| 6/17/2002 | Visit | Linn | | | | | 0 | | |
| 6/20/2002 | Visit | Linn | | | | | 2.4 | | |
| 6/24/2002 | Visit | Linn | | | | | 2.5 | | |
| 6/26/2002 | Visit | Linn | | | | | 3 | | |
| 6/27/2002 | Call | | 0.2 | | | | | | |
| 6/28/2002 | Visit | Linn | | | | | 3.6 | | |
| 7/1/2002 | Call | | 0.2 | | | | | | |
| 7/3/2002 | Visit | Linn | | | | | 2.2 | | |
| 7/5/2002 | Visit | Linn | | | | | 2.3 | | |
| 7/7/2002 | Visit | Linn | 0 | | | | | | |
| 7/9/2002 | Visit | Linn | | | | | 2.6 | | |
| 7/10/2002 | Call | | | | | | 0.2 | | |
| 7/12/2002 | Visit | Linn | | | | | 2.3 | | |
| 7/16/2002 | Visit | Linn | 1.7 | 1.75 | 1.7 | | | | |
| 7/24/2002 | Visit | Linn | | | | | 2.2 | | |
| 7/25/2002 | Visit | Linn | | | | | 3.3 | | |
| 7/26/2002 | Visit | Linn | | | | | 2.6 | | |
| 7/30/2002 | Visit | Linn | | | | | 3 | | |

last revised 2/17/11

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 7/31/2002 | Visit | Linn | | | | | 2.4 | | |
| 8/1/2002 | Visit | Linn | | | | | 2.3 | | |
| 8/2/2002 | Call | | 0.2 | | | | | | |
| 8/8/2002 | Visit | Linn | | | | | 1 | | |
| 8/9/2002 | Visit | Linn | | | | | 1.2 | | |
| 8/13/2002 | Visit | Linn | | | | | 2.2 | | |
| 8/14/2002 | Visit | Linn | | | | | 2.3 | | |
| 8/15/2002 | Visit | Linn | | | | | 2.4 | | |
| 8/16/2002 | Visit | Linn | | | | | 2.6 | | |
| 8/20/2002 | Call | | 0.2 | | | | | | |
| 8/22/2002 | Call | | 0.2 | | | | | | |
| 8/23/2002 | Visit | Linn | | | | | 1.6 | | |
| 8/24/2002 | Visit | Linn | 1 | | | | | | |
| 8/28/2002 | Call | | 0.2 | | | | | | |
| 8/28/2002 | Visit | Linn | | | | | 2.5 | | |
| 8/29/2002 | Visit | Linn | | | | | 2 | | |
| 9/6/2002 | Visit | Linn | | | | | 2.3 | | |
| 9/13/2002 | Visit | Linn | | | | | | | |
| 9/18/2002 | Visit | Linn | | | | | 3 | | |
| 9/19/2002 | Visit | Linn | | | | | 3.1 | | |
| 9/23/2002 | Visit | Linn | | | | | 2.3 | | |
| 9/25/2002 | Visit | Linn | | | | | 3.5 | | |
| 9/26/2002 | Call | | 0.2 | | | | | | |
| 9/27/2002 | Visit | Linn | | | | | 2.7 | | |
| 10/7/2002 | Visit | Linn | | | | | 2.3 | | |
| 10/8/2002 | Call | | 0.2 | | | | | | |
| 10/9/2002 | Visit | Linn | | | | | 2.3 | | |
| 10/10/2002 | Visit | Linn | | | | | 2.3 | | |
| 10/10/2002 | Call | | 0.2 | | | | | | |
| 10/15/2002 | Visit | Linn | | | | | 1.7 | | |
| 10/16/2002 | Visit | Linn | | | | | 3 | | |
| 10/17/2002 | Visit | Linn | | | | | 2.3 | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2002 | Call | | 0.2 | | | | | | |
| 10/18/2002 | Visit | Linn | | | | | 1.2 | | |
| 10/23/2002 | Call | | 0.2 | | | | | | |
| 10/29/2002 | Call | | 0.2 | | | | | | |
| 10/31/2002 | Visit | Linn | | | | | 2.7 | | |
| 11/4/2002 | Visit | Linn | | | | | 2.3 | | |
| 11/7/2002 | Bills for conf | | 0.8 | | | | | | |
| 11/15/2002 | Visit | Linn | | | | | 1.7 | | |
| 11/17/2002 | Visit | Linn | | | | | 0 | | |
| 11/26/2002 | Visit | Linn | | | | | 1.7 | | |
| 12/6/2002 | Call | | 0.2 | | | | | | |
| 12/10/2002 | Call | | | | | | 0.2 | | |
| 12/11/2002 | Bill for conf | | 1 | | | | | | |
| 12/12/2002 | Visit | Linn | | | | | 2 | | |
| 12/13/2002 | Visit | Linn | | | | | 2.2 | | |
| 12/17/2002 | Visit | Linn | | | | | 2.7 | | |
| 1/2/2003 | Call | | | | | | 0.2 | | |
| 1/3/2003 | Visit | Linn | | | | | 3.6 | | |
| 1/6/2003 | Call | | | | | | 0.2 | | |
| 1/7/2003 | Visit | Linn | | | | | 3 | | |
| 1/8/2003 | Visit | Linn | | | | | 2.3 | | |
| 1/9/2003 | Visit | Linn | | | | | 2.3 | | |
| 1/10/2003 | Visit | Linn | | | | | 2.3 | | |
| 1/13/2003 | Visit | Linn | | | | | 2.4 | | |
| 1/15/2003 | Call | | | | | | 0.2 | | |
| 1/27/2003 | Call | | | | | | 0.2 | | |
| 1/30/2003 | Attorney Conference | | | | | | | | |
| 1/30/2003 | Visit | Linn | | | | | 3.3 | | |
| 1/31/2003 | Visit | Linn | | | | | 2.8 | | |
| 2/5/2003 | Call | | | | | | 0.3 | | |
| 2/7/2003 | Call | | | | | | 0.3 | | |
| 2/17/2003 | Visit | Linn | | | | | 0.7 | | |

last revised 2/17/11

Angela Johnson:
visits with legal team

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|------|-------|-------|---------|----------|---------|-------|--------|----------|---------|
| 2/20/2003 | Visit | Linn | | | | | 1 | | |
| 3/1/2003 | Visit | Linn | | | | | 3 | | |
| 3/2/2003 | Visit | Linn | | | | | 0 | | |
| 3/4/2003 | Visit | Linn | | | | | 2.1 | | |
| 3/6/2003 | Visit | Linn | | | | | 2 | | |
| 3/10/2003 | Visit | Linn | | | | | 1 | | |
| 3/11/2003 | Visit | Linn | | 2.9 | | | | | |
| 3/17/2003 | Call | | | | | | 0.2 | | |
| 3/20/2003 | Visit | Linn | | | | | 3 | | |
| 3/21/2003 | Visit | Linn | | | | | 3 | | |
| 3/24/2003 | Visit | Linn | | | | | 3.5 | | |
| 3/25/2003 | Visit | Linn | | | | | 3 | | |
| 4/8/2003 | Visit | Linn | | | | | 2.5 | | |
| 4/9/2003 | Visit | Linn | | | | | 2.5 | | |
| 4/15/2003 | Visit | Linn | | | | | 2.5 | | |
| 4/15/2003 | Call | | 0.2 | | | | | | |
| 4/29/2003 | Call | | 0.2 | | | | | | |
| 5/1/2003 | Visit | Linn | | | | | 3.5 | | |
| 5/5/2003 | Visit | Linn | | | | | 5.5 | | |
| 5/7/2003 | Call | | | | | | 0.2 | | |
| 5/13/2003 | Attorney Conference | | | | | | | | |
| 5/13/2003 | Visit | Linn | | | | | 3.5 | | |
| 5/14/2003 | Visit | Linn | | | | | 3 | | |
| 5/21/2003 | Call | | | | | | 0.3 | | |
| 5/22/2003 | Visit | Linn | 1.2 | 1.5 | | | | | |
| 5/27/2003 | Visit | Linn | 0 | | | | | | |
| 6/12/2003 | Visit | Linn | | | | | 4 | | |
| 6/12/2003 | Bill for conf | | 0.6 | | | | | | |
| 6/13/2003 | Visit | Linn | | | | | 2.7 | | |
| 6/17/2003 | Visit | Linn | | | | | 3 | | |
| 6/17/2003 | Call | | | | | | 0.3 | | |
| 6/18/2003 | Visit | Linn | | | | | 2.7 | | |

last revised 2/17/11

Angela Johnson:
visits with legal team

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|------|-------|-------|---------|----------|---------|-------|--------|----------|---------|
| 6/20/2003 | Visit | Linn | | | | | 3 | | |
| 6/30/2003 | Visit | Linn | | | | | 2.7 | | |
| 6/30/2003 | Call | | | | | | 0.2 | | |
| 7/2/2003 | Visit | Linn | | | | | 1.5 | | |
| 7/4/2003 | Visit | Linn | | | | | 1 | | |
| 7/7/2003 | Call | | | | | | 0.2 | | |
| 7/11/2003 | Call | | | | | | 0.2 | | |
| 7/15/2003 | Call | | | | | | 0.4 | | |
| 7/21/2003 | Visit | Linn | | | | | 2.5 | | |
| 7/22/2003 | Visit | Linn | | | | | 2.7 | | |
| 7/23/2003 | Visit | Linn | | | | | 3 | | |
| 7/24/2003 | Visit | Linn | | | | | 2 | | |
| 7/25/2003 | Visit | Linn | | | | | 2 | | |
| 7/28/2003 | Visit | Linn | | | | | 1.4 | | |
| 7/29/2003 | Visit | Linn | | | | | 2.5 | | |
| 7/29/2003 | call | | 0.2 | | | | | | |
| 7/30/2003 | Visit | Linn | | | | | 2.4 | | |
| 7/31/2003 | Visit | Linn | | | | | 2.3 | | |
| 7/31/2003 | Call | | | | | | 0.3 | | |
| 8/4/2003 | Call | | | | | | 0.2 | | |
| 8/5/2003 | Visit | Linn | | | | | 3 | | |
| 8/6/2003 | Call | | | | | | 0.2 | | |
| 8/7/2003 | Visit | Linn | | | | | 2.5 | | |
| 8/8/2003 | Visit | Linn | | | | | 2.5 | | |
| 8/13/2003 | Visit | Linn | | | | | 3 | | |
| 8/15/2003 | Call | | | | | | 0.2 | | |
| 8/16/2003 | Visit | Linn | 0.5 | | | | | | |
| 8/19/2003 | Visit | Linn | | | | | 3 | | |
| 8/20/2003 | Visit | Linn | | | | | 2 | | |
| 8/21/2003 | Visit | Linn | | 1.3 | | | | | |
| 8/21/2003 | Bill for conf | | 0.8 | | | | | | |
| 8/27/2003 | Call | | | | | | 0.2 | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 8/28/2003 | Visit | Linn | | | | | 3 | | |
| 8/29/2003 | Call | | | | | | 0.3 | | |
| 9/2/2003 | Call | | | | | | 0.3 | | |
| 9/3/2003 | Call | | | | | | 0.3 | | |
| 9/4/2003 | Call | | | | | | 0.2 | | |
| 9/8/2003 | Call | | | | | | 0.2 | | |
| 9/10/2003 | Call | | | | | | 0.2 | | |
| 9/12/2003 | Visit | Linn | | | | | 3 | | |
| 9/23/2003 | Call | | | | | | 0.2 | | |
| 9/30/2003 | Call | | 0.2 | | | | | | |
| 10/7/2003 | Visit | Linn | | | | | 2 | | |
| 10/8/2003 | Visit | Linn | | | | | 1 | | |
| 10/10/2003 | Visit | Linn | | | | | 2 | | |
| 10/13/2003 | Call | | | | | | 0.2 | | |
| 10/15/2003 | Visit | Linn | | | | | 1 | | |
| 10/17/2003 | Call | | | | | | 0.2 | | |
| 10/20/2003 | Visit | | | | | | 0.2 | | |
| 10/21/2003 | Call | | | | | | 0.2 | | |
| 10/22/2003 | Visit | Linn | | | | | 1.5 | | |
| 10/23/2003 | Call | | 0.2 | | | | | | |
| 10/27/2003 | Call | | | | | | 0.2 | | |
| 10/28/2003 | Call | | 0.2 | | | | | | |
| 10/31/2003 | Visit | Linn | | | | | 2 | | |
| 11/3/2003 | Call | | | | | | 0.2 | | |
| 11/5/2003 | Call | | | | | | 0.3 | | |
| 11/10/2003 | Call | | | | | | 0.2 | | |
| 11/11/2003 | Call | | | | | | 0.3 | | |
| 11/12/2003 | Call | | | | | | 0.2 | | |
| 11/12/2003 | Visit | Linn | | | | | 1.5 | | |
| 11/18/2003 | Call | | | | | | 0.3 | | |
| 11/25/2003 | Visit | Linn | | | | | 2 | | |
| 12/3/2003 | Call | | | | | | 0.2 | | |

last revised 2/17/11

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2003 | Visit | Linn | 0.4 | | | | | | |
| 12/16/2003 | Call | | | | | | 0.3 | | |
| 12/19/2003 | Visit | Linn | | | | | 3 | | |
| 1/8/2004 | Call | | | | | | 0.3 | | |
| 1/9/2004 | Visit | Linn | | | | | 1 | | |
| 1/12/2004 | Visit | Linn | | | | | 3 | | |
| 1/13/2004 | Visit | Linn | | | | | 3 | | |
| 1/19/2004 | Call | | | | | | 0.2 | | |
| 1/28/2004 | Visit | Linn | | | | | 3 | | |
| 1/29/2004 | Visit | Linn | | | | | 3 | | |
| 1/30/2004 | Call | | | | | | 0.2 | | |
| 2/9/2004 | Visit | Linn | | | | | 1.5 | | |
| 2/12/2004 | Call | | | | | | 0.2 | | |
| 2/24/2004 | Call | | | | | | 0.2 | | |
| 2/26/2004 | Call | | | | | | 0.2 | | |
| 3/4/2004 | Call | | | | | | 0.2 | | |
| 3/5/2004 | Visit | Linn | | | | | 2.7 | | |
| 3/9/2004 | Call | | | | | | 0.2 | | |
| 3/11/2004 | Visit | Linn | | | | | 3 | | |
| 3/15/2004 | Visit | Linn | | | | | 3.4 | | |
| 3/16/2004 | Visit | Linn | | | | | 2.5 | | |
| 3/24/2004 | Visit | Linn | | | | | 3 | | |
| 3/31/2004 | Visit | Linn | | | | | 2.3 | | |
| 4/5/2004 | Call | | | | | | 0.2 | | |
| 4/6/2004 | Visit | Linn | | | | | 3.2 | | |
| 4/14/2004 | Visit | Linn | | | | | 2.3 | | |
| 4/16/2004 | Call | | | | | | 0.2 | | |
| 4/20/2004 | Call | | | | | | 0.3 | | |
| 4/21/2004 | Call | | | | | | 0.2 | | |
| 4/28/2004 | Visit | Linn | | | | | 2.7 | | |
| 4/29/2004 | Call | | | | | | 0.2 | | |
| 5/4/2004 | Visit | Linn | 0.9 | | | | 0 | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2004 | Call | | 0.2 | | | | | | |
| 5/13/2004 | Call | | | | | | 0.2 | | |
| 5/19/2004 | Call | | 0.2 | | | | | | |
| 5/25/2004 | Call | | 0.2 | | | | | | |
| 5/25/2004 | Call | | | | | | 0.3 | | |
| 5/26/2004 | Call | | | | | | 0.3 | | |
| 6/3/2004 | Call | | 0.2 | | | | 0.3 | | |
| 6/7/2004 | Call | | | | | | 0.3 | | |
| 6/9/2004 | Visit | Linn | | | | | 2.4 | | |
| 6/10/2004 | Visit | Linn | | 0.8 | | | | | |
| 6/10/2004 | Call | | | | | | 0.2 | | |
| 6/11/2004 | Visit | Linn | | 0 | | | 1.3 | | |
| 6/15/2004 | Visit | Linn | | | | | 2.8 | | |
| 6/16/2004 | Visit | Linn | | | | | 1.8 | | |
| 6/18/2004 | Visit | Linn | 0.5 | | | | | | |
| 6/22/2004 | Visit | Linn | | | | | 5.8 | | |
| 6/23/2004 | Visit | Linn | | | | | 3.6 | | |
| 6/28/2004 | Call | | 0.5 | | | | | | |
| 6/29/2004 | Bill for conf | | | | | | 0.2 | | |
| 6/29/2004 | Call | | | | | | 0.2 | | |
| 6/30/2004 | Visit | Linn | 1 | | | | 2.5 | | |
| 6/30/2004 | Call | | | | | | | | |
| 7/7/2004 | Call | | | | | | 0.2 | | |
| 7/8/2004 | Visit | Linn | | | | | 3 | | |
| 7/13/2004 | Call | | | | | | 0.2 | | |
| 7/14/2004 | Visit | Linn | | | | | 3 | | |
| 7/24/2004 | Bill for conf | | 0.7 | | | | | | |
| 7/26/2004 | Call | | 0.2 | | | | | | |
| 7/26/2004 | Visit | Linn | | | | | 2 | | |
| 7/27/2004 | Bill for conf | | | | | | 0.8 | | |
| 7/27/2004 | Call | | 0.2 | | | | | | |
| 7/28/2004 | Call | | | | | | 0.4 | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 7/29/2004 | Visit | Linn | | | | | 2.3 | | |
| 7/30/2004 | Call | | 0.2 | | | | | | |
| 8/5/2004 | Visit | Linn | 0.8 | | | | 0.8 | | |
| 8/5/2004 | Call | | 0.8 | | | | 0.2 | | |
| 8/6/2004 | AJ to Hardin | | | | | | | | |
| 8/8/2004 | Bill for conf | | 0.4 | | | | | | |
| 8/12/2004 | Bill for conf | | | 1.3 | | | | | |
| 8/13/2004 | Visit | Hardin | 1.5 | | 1.1 | | | | |
| 8/16/2004 | Call | | | 0.4 | | | | | |
| 8/17/2004 | Call | | | 0.4 | | | | | |
| 8/18/2004 | Visit | Hardin | 0.5 | | | | | | |
| 8/23/2004 | Call | | 0.2 | | | | | | |
| 9/3/2004 | Call | | | 0.1 | | | | | |
| 9/9/2004 | Call | | 0.2 | | | | | | |
| 9/14/2004 | Call | | 0.2 | | | | | | |
| 9/17/2004 | Visit | Hardin | | | | | 8.1 | | |
| 9/21/2004 | Call | | | 0.1 | | | | | |
| 9/22/2004 | Call | | 0.4 | | | | | | |
| 10/4/2004 | Call | | 0.2 | | | | | | |
| 10/5/2004 | Call | | | | | | 0.3 | | |
| 10/8/2004 | Visit | Hardin | | | | | 7 | | |
| 10/8/2004 | Bill for conf | | 0.8 | | | | | | |
| 10/14/2004 | Honken convicted | | | | | | | | |
| 10/15/2004 | Call | | 0.2 | | | | | | |
| 10/19/2004 | Call | | | | | | 0.3 | | |
| 10/21/2004 | Call | | 0.2 | | | | | | |
| 10/26/2004 | Call | | | 0.2 | | | | | |
| 10/27/2004 | Call | | | | | | 0.2 | | |
| 10/28/2004 | Visit | Hardin | | | | | 6 | | |
| 11/1/2004 | Call | | 0.2 | | | | | | |
| 11/3/2004 | Call | | | | | | 0.2 | | |
| 11/4/2004 | Visit | Hardin | 1.7 | 1.8 | | | | | |

last revised 2/17/11

Angela Johnson:
visits with legal team

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 11/5/2004 | Visit | Hardin | | | | | 6 | | |
| 11/9/2004 | Visit | Hardin | 1.3 | 3.8 | | | | | |
| 11/19/2004 | Visit | Hardin | | | | | 3 | | |
| 12/2/2004 | Call | | 0.3 | | | | | | |
| 12/7/2004 | Call | | 0.3 | | | | | | |
| 12/13/2004 | Visit | Hardin | | 3.7 | | 3.7 | | | |
| 12/14/2004 | Call | | 0.4 | | | | | | |
| 12/15/2004 | Call | | 0.2 | | | | | | |
| 12/16/2004 | Call | | | | | | 0.2 | | |
| 12/17/2004 | Visit | Hardin | | | | 4 | 4.6 | | |
| 1/7/2005 | Bill for conf | | 0.5 | | | | | | |
| 1/13/2005 | PB scheduled visit | | | | | | | | |
| 1/14/2005 | Call | | 0.3 | | | | | | |
| 1/18/2005 | Visit | Hardin | | 1.3 | | | | | |
| 1/19/2005 | Call | | | | | | 0.3 | | |
| 1/24/2005 | Neuropsychological Exam | Unclear | | | | | | | |
| 1/26/2005 | Psychological exam | Unclear | | | | | | | |
| 1/26/2005 | Call | | | | | 0.8 | | | |
| 1/27/2005 | Meet AJ | US Marshall | 0.5 | 0.5 | 0.5 | | | | |
| 1/27/2005 | Psychological exam | Unclear | | | | | | | |
| 1/31/2005 | Call | | | 0.2 | | | | | |
| 2/1/2005 | PB scheduled visit | | | | | | | | |
| 2/2/2005 | Visit | Hardin | | 2 | | | | | |
| 2/15/2005 | AJ to Union Co. Jail | Union Co. | | | | | | | |
| 2/15/2005 | Visit | Union Co. | | 0.75 | | | | | |
| 2/17/2005 | Call | | | 0.4 | | | | | |
| 2/20/2005 | Call | | | 0.2 | | | | | |
| 2/22/2005 | AJ to Hardin | Hardin | | | | | | | |
| 2/23/2005 | Visit | Hardin | | | | | | | |
| 2/23/2005 | Call | | | 0.2 | | | | | |
| 2/24/2005 | Visit | Hardin | | | | | | | |
| 2/25/2005 | Visit | Hardin | | | | | 6.3 | | |

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 3/7/2005 | Call | | | 0.2 | | | | | |
| 3/9/2005 | Visit | Hardin | | 2.4 | | | | | |
| 3/11/2005 | Call | | 0.2 | | | | | | |
| 3/15/2005 | Visit | Hardin | | 1.1 | 1.1 | | | | |
| 3/17/2005 | Visit | | | | | | | | |
| 3/22/2005 | Visit | Hardin | | 2.5 | | 2.5 | | | |
| 3/26/2005 | Call | | | 0.1 | | | | | |
| 4/4/2005 | Call | | | 0.3 | | | | | |
| 4/5/2005 | Call | | | 0.2 | | | | | |
| 4/10/2005 | Visit | Hardin | 1.3 | 1.25 | | | | | |
| 4/12/2005 | Jury Selection begins | | | | | | | | |
| 4/12/2005 | AJ enters Woodbury Jail | Woodbury | | | | | | | |
| 4/15/2005 | Gratias scheduled visit | | | | | | | | |
| 4/25/2005 | Visit | Woodbury | | 0.8 | | | | | |
| 4/27/2005 | Discussion | Unclear | | 0.1 | | | | | |
| 4/28/2005 | Visit | Woodbury | | 1.25 | | | | | |
| 5/2/2005 | Visit | Unclear | | 0.1 | | | | | |
| 5/2/2005 | Meet AJ | Unclear | | 0.5 | | | | | |
| 5/4/2005 | AJ Guilt Phase Openings | | | | | | | | |
| 5/7/2005 | Visit | | | 0 | | | | | |
| 5/8/2005 | Visit | Woodbury | | 1.4 | | | | | |
| 5/10/2005 | PB not in court | | | | | | | | |
| 5/14/2005 | Visit | Woodbury | | 0.7 | 0.7 | | | | |
| 5/23/2005 | Closings-AJ Guilt Phase | | | | | | | | |
| 5/23/2005 | Meet AJ | Unclear | | 0.4 | | | | | |
| 5/24/2005 | Guilt Verdicts | | | | | | | | |
| 5/24/2005 | Visit | Woodbury | | 0.7 | | | | | |
| 5/25/2005 | Visit | Woodbury | | 1.1 | | | | | |
| 5/26/2005 | Visit | Woodbury | | 3 | | | | | |
| 5/26/2005 | Call | | | | | | | | |
| 5/30/2005 | Visit | Woodbury | | 1.1 | | 4 | | | |
| 5/31/2005 | Openings-Penalty Phase | | | | | | | | |

last revised 2/17/11

| Date | Event | Where | Willett | Berrigan | Stowers | Goody | Lanoue | Frerichs | Cornell |
|---|---|---|---|---|---|---|---|---|---|
| 5/31/2005 | Bill for conf | | 0.4 | | | | | | |
| 6/3/2005 | Call | | | 0.2 | | | | | |
| 6/10/2005 | Visit | Woodbury | | 0.8 | | | | | |
| 6/15/2005 | Visit | Woodbury | | 0.7 | | | | | |
| 6/17/2005 | Visit | Woodbury | | 0 | | | | | |
| 6/20/2005 | Closings-AJ Penalty Phase | | | | | | | | |
| 6/21/2005 | Penalty verdicts | | | | | | | | |
| 6/22/2005 | Bill for conf | | | | | | 0.7 | | |
| 8/26/2005 | Bill for conf | Unclear | 2.2 | | | | 1.4 | | |
| 8/29/2005 | Call | | | | | | 0.2 | | |
| 9/1/2005 | Bill for conf | | 0.5 | | | | | | |
| 9/13/2005 | Visit | | 0 | | | | 0 | | |
| 9/22/2005 | Bill for conf | | 0.5 | | | | | | |
| 10/6/2005 | Call | | | | | | 0.2 | | |
| 10/11/2005 | Call | | 0.4 | | | | | | |
| 10/17/2005 | Call | | 0.3 | | | | | | |
| 10/18/2005 | Call | | 0.2 | | | | | | |
| 10/18/2005 | AJ to Linn Jail | Linn | | | | | | | |
| 11/16/2005 | Visit | Linn | | 0.7 | | | | | |
| 12/2/2005 | Visit | Linn | | 0 | | | | | |
| 12/5/2005 | Visit | Linn | 0 | | | | | | |
| 12/6/2005 | AJ to Plymouth Co. Jail | Plymouth | | | | | | | |
| 12/19/2005 | Visit | Plymouth | | 1.5 | | | | | |
| 12/20/2005 | | | | | | | | | |
| 1/11/2006 | AJ sentenced to death | | | | | | | | |
| 1/11/2006 | AJ to FMC Carswell | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | **106.9** | **72.3** | **6.5** | **19.5** | **391.8** | **7.2** | **10.1** |