Pet. Admitted

A. Johnson
HRG II 5/5/11
EXH # 95 SEALED

PET. Admitted

Case 3:09-cv-03064-MWB-LTS    Document 245-3    Filed 05/05/11    Page 1 of 1