A Johnson
5-5-11
EXH #96 SEALED

HRG II

PET. Admitted

PET. Admitted

Case 3:09-cv-03064-MWB-LTS    Document 245-4    Filed 05/05/11    Page 1 of 1