July 29 — Couple of days in... Some struct 32.80 Date 24/10 57 43

Never like to see a woman in jail 26

He started passing here + Sarah notes stuff about him

got moved cell across the hall

Talked about Al — Al selling her out — slimy does — prosecution

Told her he worked for the Lucesse he could help her get out of the entire thing —

Tell everything she knew and this guy would confess — some guy from Mason already doing life

Srly the jailer was passing the notes

Name Of Lawyer in Philly —

Sex falling in love — send family money did not tell him anything till 2 days

He got in trouble — they were going to move him — tell him everything she knew, send back + let him work his magic — "you'll be home with your girls by Halloween escape — after her got out — fly to N.Y. — tell his crime family about the jail + they

GOVERNMENT EXHIBIT
A
09-CV-3064 MWB

Sarah Bramall
117 3rd St SW
Cedar Rapids
52404

was going to come and ~~got~~ beat him at
out twice a day in the exercise
area — talking to her through the
windows — rule violation.
"Nothing to gain by rolling on her
the prosecution wouldn't help me
if I saved the Pope"
No face to face contacts —
Notes passed by guard Andy every
day — apt. 20

Thought he was about to be moved
2 days
She was not to worry about
Cristi Cole — he would take care of
it — "I do this kind of thing
all the time." "I'm a pro."

31 Sept —

locked down — Team of guys going
in to beat Mc Neese — put in Isolation
Yelling Bleues Street — he is —
Andy again — both — tells her
he is going to get moved —
A tell me new note — destroy
everything she got in writing
from him

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 2 of 10

A-P02

30/31/1 ~~Get~~ she is now desparate —
~~She~~ tells her no way she is
going to get out
He convinced her to trust him
more than her lawyer —
He offered to have Dustin
killed — snap his fingers
"on his word" —
"she thought she was
manipulating him —" hence
the sex thing —

She thinks there are six bodies

1. Child killer —
2. may have made threats — Li's so —

II — All of it in writing —
Drew a map where she
thought the bodies — Dustin —
told her — never been there —
wanted her to keep on
the place — between Mason
+ clear lake —
denies the sales woman
denies ever being in
here Duncans House —

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 3 of 10

was not with him 25th July, 1992

1. was her idea to buy the TEC-9
2. bought the ammo —
3. denies ever loading it — gun and ammo both went missing at the same time —
4. never saw any other guns or ammo — either at Dustin's or Dads
5. "She thought De Geus took it." & he would come in all the time"
   ____ he built the waterbed"
6. second hand knowledge — ayself not sure if feet & hands were bound or just their hands — Duncan possible — he said they were shot in the head. the children were lower down then the others but not in what
   ____
   dog in kennel →
   ____
   De Geus — supposed to be multiple times
   may have had his head clubbed in ____
   ____ buried under a tree face down —

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 4 of 10

A-P04

i. She is assuming

A-P05

John Harmon
Scotter
Jerckes

Roby Riel
1504 2nd Ave Vinton
523.49
1-319-472-4002

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 6 of 10

A-P06



## INTEREVIEW OF ANGELA JOHNSON
## BY RAY CORNELL

Sarah Bramow
117 3rd St. S.W.
Cedar Rapids, IA  52404

Greg Long

MVLUS – Living in Cedar Rapids

July 29

He started passing her and Sarah notes stuff about him.

Never liked to see a woman in jail.

Got moved to cell across the hall.

Talk about Al – Al selling her out – always does – prosecutor.

Told her he worked for the Lucesse and he could help her get out of the

entire thing.

Tell everything she knew and this guy would confess

Some guy from Mason City already doing life.

Andy the jailer was passing notes.

Name of lawyer in Philly –

Falling in love – send family money.

Did not tell him anything until 2 days.

A-P07

He got in trouble – they were going to move him – tell him everything she

knew.  Sit back and let him work his magic "You'll be home with your girls

by Halloween".

Escape – after her got out – fly to New York – tell his crime family about

the jail and they were going to come and bust him out.

"I want to be with you"

I would rather get fucked in the ass than help the prosecution.

Out twice a day in the exercise area – talking to her through the window –

Rule violation.

"Nothing to gain by rolling on her, the prosecution wouldn't help me if I

saved the Pope"

No face-to-face contact.

Notes passed by guard Andy everyday – approximately 20

Thought he was about to be moved 2 days.

She was not to worry about Cristi cole – he would take care of it – "I do this

kind of thing all the time."  "I'm a pro."

September 31, 2000

Locked down – team of guys going in to beat McNeese – put in isolation.

Yelling Bleros stuck (?) – he is –

Andy again – both – tells her he is going to get moved.

A tell-me-now note – destroyed everything she got in writing from him..

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 8 of 10

She is not desperate. – He tells her no way she is going to get out.

He convinced her to trust him.  More than her lawyer.

He offered to have Dustin killed – snap his fingers "on his word".

"She thought she was manipulating him" hence the sex thing.

She thinks there are six bodies.

1. Child killer

2. May have made threats – Lists

   II. See of (sp?) writings

Drew a map where she though the bodies – Dustin told her – never been there.  Wanted her to keep an eye on the place – between Mason City and Clear Lake.

Denies the sales woman.

Denies ever being in Lori Duncan's house.

Was not with him on July 25, 1993.

1. Was her idea to buy the TEC-9.

2. Bought the ammo.

3. Denies every loading it – gun. And ammo both were not missing at the same time.

4. Never saw any other guns or ammo – Either at Dustin's (sp?).

5. "She thought DeGuess took it.  He would come in all the time."

Case 3:09-cv-03064-MWB-LTS    Document 245-5    Filed 05/05/11    Page 9 of 10

A-P09

6.  Second hand knowledge – gagged – not sure if feet and hands were bound – just their hands.  Duncan ran – possible – he said they were shot in the head.  The children were (?) down.  (?) the others but not in what (sp?).  Dog in kennel.  DeGuess supposed to be multiple times.  May have had his head clubbed in.  Buried under a tree face down.

7.  She is assuming


John Hammond
Scotter
Jencks


Andy Rick
1504 2nd Ave.
Vinton, IA  52349
(319) 47204002

A-P10