7/2/01
Mon.
10 AM

---

## Jail Visit w/ Angela Johnson

Came up to see Angie myself > driving up last night + meeting w/ Al + Ray this (morning.)

[Angie quiet to begin with, but warmed us as the meeting progressed.]

Said her girls are "OK."

Wendy ———> No contact.

Holly ——— will talk

No contact visits w/ kids ~ Linn Cty. Jail problem.

Mitchellville ——> have contact visits w/others, but not federal prisoners.

Sarah → not here, doesn't know where at.

Dustin

Met him thru Terry DeGeus

She was 25 ~ she was w/ Terry 6 mos. or so.

Terry pretty abusive ——— met him thru Dustin.

She + Terry lived together — he came + stayed w/ her few a year.

Went to school together ~ Terry + Dustin

Terry was beating her ——

GOVERNMENT
EXHIBIT
B
09-CV-3064 MWB

## beatings by Terry

① Beat Her while she was driving her car.
Then pulled here out of ditch — + beat her.

Police called by pass

Doug Book — Chief of Police + another
in Forrest City.

Pulled up behind them while at the motel.

She was bleeding in face — "he beat the shit out
of me. I was a bloody mess."
She begged Book not to leave her with Terry,
but Book did anyway.

He stalked her after they broke up —
"he was a nightmare, a fucking nightmare."

Terry was arrested IX, this after stalking law
went into effect.
Once fined, + once in jail for 24 hrs.

Terry's criminal record:
— thinks a lot of City ct.

— Terry from Britt, Iowa

B-P02

mom + dad — Ed DeGeus + Sandy

younger brother — Brian (couple of - 4 yrs. younger)

Angie doesn't know of these people saying anything to paper/media about the case. Not at Mersial hearing.

Terry's D — Ashley (19 — 2 wks younger than Alyssa).

Ashley's mom — Wendy (Terry's girlfriend b/4 Angela)

Doesn't know where they lived.

Forrest City or Clearlake — these 2 towns she'd make a report in.

Terry's Reputation in Community

— Nice guy        — Worked for his dad.
                    Dad had a business
                    digging up septic tanks.

The Stalking went on for 4 yrs. — together for 1 yr.

Angie spent a lot of time hiding from Terry DeGeus. She worked at Country Kitchen then.

He broke in + stole a lot of stuff from her.

She didn't want to make him mad at her.
He Never threatened her daughters.

Stalking didn't end until he disappeared.
She was w/ Dustin by then.

She saw a couple of guys b/4 Dustin, but
she wd. break it off When Terry found out —
Terry

Dustin knew about the stalking b/4 Angie
+ Dustin hooked up.

## Dustin + Terry

~ Terry got drugs from Dustin
cocaine, then crank. Just for himself.
She got her own.

Once started w/ meth, didn't need cocaine.
Crank too ~ Angie's drug.
Angie's Used drugs — 10 yrs. Now.
          Angie-37
                              Angie started w/ drugs at
                                      age 24.
                    -4-

Case 3:09-cv-03064-MWB-LTS    Document 245-6    Filed 05/05/11    Page 4 of 13

B-P04

Angie smoked pot in high school
drank more frequently — beer, wine

White Zinfendel, Bailey's in coffee
If going to get drunk

Whenever she could — got drunk

Age 12-14. Home life not good. Mom a
religious fanatic — Angie's mom also a
religious "

PENTACOSTAL —— Laying of Hands, speaking
in tongues.

Wendy cd. get alcohol — Angie never liked Wendy.
" 2 yrs. older —— cd. get men — boys 18 or so —
to buy alcohol.

She + Wendy fought a lot — b/c Angie "thinner
+ better looking." Wendy is fat

Mom knew she was drinking — she + Wendy —
beat the shit out of them.

Angie cd. get alcohol when 16 — cd. get
anything she wanted.

B-P05

Angie married at age 16
to Steven Hugo. (18 or 19)

Quit school in 9th grade — didn't like school.

Wendy quit also around 9th or 10th grade — later got GED.

Mom had a truck stop
Lavern & Shirley's in Leland, Iowa
Max — mom's girlfriend helped.

Angie helped out a restaurant. Wendy didn't help out much, ran away a lot, argued w/mom a lot.

Wendy wd. pursue older guys when very little, even a child!

Mom wd. never have a boyfriend, but had friends, complete strangers, men, women.

"Sick, she flirted w/ everybody." — Angie on Wendy.
Angie in 1st grade, Wendy in 3rd grade when "I caught Wendy making out on a couch w/ guy, a man, Father of child Angie playing with.

Angie told mom on Wendy. Mom went & got her.

Wendy had sex w/ 80 yr. old man when she was in 5th/6th grade.

Case 3:09-cv-03064-MWB-LTS    Document 245-6    Filed 05/05/11    Page 6 of 13

B-P06

Sexual Abuse — Wendy sexually abused?
Angie doesn't think so.

Dad divorced when Angie was 4.
Not sure where they seperated.
Remembers her mom calling cops on dad once.

Grandmom — Winnie Sund (dad's mom)
"best grandmom in the world"
Au Clair, Wisconsin — Angie has her address
"I write to All the time — she very worried."
Grampa died 15 yrs. ago.
Winnie been having heart problems — she's
around 74-76.

grandmom on mom's side Florence Jensen
Mason City
lived w/ them a lot. — "She lived w/ them a lot
> Her H died."
Grampa Jensen died when Angie in 3rd a
4th grade.
Wendy just got married a yr. ago to guy
She had been w/ a long time.

Wendy had boy when she was 16 — Brian.
" gave
Wendy married Steven Jacobson — same age as Wendy.
"   "   took Brian sometime after
they were divorced. Wendy gave Steven legal
custody.
Brian 18/19 now.     Brian just got married.
Angie doesn't see him too much.
Wendy's other child   Brooke (19) → 1 yr. from Alyssa
Dirksen
Holly, few yrs. younger than Angie.
        Holly's H = Mike                         Haley — (6-7)
                                         Marvae + Haley
Jamie — 1 yr. younger than Angie         best friends
H- Tim          3 kids — Heather (14/15), Stephen (13), + Harmon
                                                              (10/1.
Jimmy — 4 yrs. older than Holly
        Shelley — W        2 kids = Morgan (6-5)
                           — Gabel (B- 2 or 3)
Jimmy stopped being supportive.
Doesn't take Angie's calls, don't write to her
anymore..
DAD → also not keeping in touch much.
        Hung up on her last time. Jim Johnson

B-P08

Dad lives in
Chippiwa Falls, Wisconsin
#715 - 723 - 0836.

---

She + Steven married 9 mos. —
had their own place in
Titonka, Iowa.

Divorced — then Angie got her own place in
Forrest City w/ Wendy.
This didn't last long — Angie left Wendy
+ moved to
Albert Lee, Minn. — got a factory job.
Moved to " " w/ a friend, <u>Greg Ambrosen</u>
(nickname Hickey)
laid off in a few months. Moved back
to Clearlake, Iowa worked in a Pizza Hut
full-time (9 mi. from Mason City).
There little over a year — "loved it, loved
having my own place (basement apt.)."
Came back to Forrest City, living w/ mom, started
dating. Alyssa's dad — Arlyn A.J. Johnson. Angie had

a good job as a flagman — made good $$.
Liked this job.

A. J. worked at Winnebago factory in
Forrest City.

Mom asked Angie to move her to Colorado —
to be close to her dad + sister.
Mom's mom had died — Cumber City, Colo,
between Denver + Colo. Springs.
Me mom
Jamie, Jimmie Holly — all
move to Cumber City, Colo.
Pregnant w/ Alyssa when moved, but didn't
Know it for 3 mos.
DOB
Alyssa (8-7-83).

Angie had a job in Colorado? No.

A J flew her back 7 she told him she was
pregnant. He wants to get married —
really loves her. She wasn't in love w/ him —
marriage was okay, but Angie didn't like
it, didn't love A J. Had an affair —
A J upset. Agreed to get divorced.

Case 3:09-cv-03064-MWB-LTS Document 245-6 Filed 05/05/11 Page 10 of 13

She had primary custody, but ~~that~~ they had joint legal custody.

Divorced in 1987 → Winnebago County

Married Gardner, Iowa Hancock City
2-4-83.

AJ Johnson gets remarried ⊃ Angie.
He was later divorced from this woman —
Denise. They had 2 kids together

Angela & A.J. have always been close, friends.

<u>AJ → and Alyssa</u>
— Not much, guess.  — doesn't see him very much.

A.J. now married to _____ (1 yr.)

Alyssa asked to live w/ AJ + His family
⊃ she came back from Texas.
A.J. said "No" — No real explanation.

AJ in Forrest City still — but has new address. Angie doesn't have it on her, but has it.

Angie hasn't talked/written to AJ since he refused to allow Alyssa to live w/ him.

[I started telling Angie about Hugh Cook's story when the blank call came at 11:30 am — had to leave.]

11:40 Finished notes + left jail.

P. Belin— Mow. 7/2/01

3:25pm Visited Angie in Jail for 2nd time today, this time w/ Al. We came over to talk w/ her about a letter sent to Dustin in Angie's handwriting sent by Sophie Jenson of Iowa City? w/ Waterloo postmark. This is letter Reinert gave us today.

Angie read thru it, pg. by pg.

Claims it's true — that she really believes Christi was involved, + she really wants to know why Dustin told her w/ the bodies were! Advised Angie as to the unwiseness of this tack. She is crying, +

-12-

Case 3:09-cv-03064-MWB-LTS   Document 245-6   Filed 05/05/11   Page 12 of 13

B-P12

seems upset, but underlying this is suspicion that Angie "believes she is" smarter than she is, can manipulate the system.

Al discussed the trial date being moved to next summer. Angie seems okay for this.

Angie pretty emotional on several issues > "the letter" was discussed. Need to check on her meds — did Dr. Logan prescribe something?

trasanon (sleeping pill) at night.

on their 3 wks. — Celexa (anti-depressant) during day

Dr. Saftar prescribed these.

9AM — didn't take it this morning.

Is this enough? Check w/ Logan; see what he says.

Discussed audio & video tapes — Al says they (he + Angie) will listen/view these together.

4:25 pm End.

7/2/01