Case 3:09-cv-03064-MWB-LTS   Document 245-7   Filed 05/05/11   Page 1 of 1

8/14/01

MG002808

Dear Al,

    Up here in the law library, anything to get out of the cell. Thanks for the letter, you were right, I was thinking that you had just put me on the back burner since you all are convinced that I am guilty.

    I am glad that Pat is doing well after his surgery. I will send him a card. I hope he will continue to improve. My heart goes out to him and his family.

    I understand that this Sanders case is keeping you busy but this letter you have recieved from Dustin has me intrigued. I can't wait to read it, I'm sure it is very interesting being its five pages long. Guess I will find out on Monday.

                    Take care and good luck in your Sanders case.

                         Sincerely,

                            Angela Johnson



GOVERNMENT EXHIBIT
C
09-CV-3064 MWB