2/13/02

TC Angela Johnson

    — Says she's not taking a deal
    — she wasn't there at the time.
       Won't admit to being there when she wasn't



GOVERNMENT
EXHIBIT
D
09-CV-3064 MWB

D-01