Mitzju/ae

trial - May 6 2002
Sioux City

OT Motions - 1st bus day in
Jan.

discovery - w/i week
will get copies of Gr. Jury
Transcripts
gets a pape
Rule 16 - exhibits
types - transcripts
of her voice

no 302 - DEA6
or DNE (Dir. Narcotics)

transcriptionist type them

Can copy & team on Rule 16
& transcripts

No decision on Messiah

Dean Stowers - Motions guy

Bennett - tremendous judge
Clinton app.
federal magistrate

GOVERNMENT
EXHIBIT
E
09-CV-3064 MWB

MG006167

E-P1

Case 3:09-cv-03064-MWB-LTS   Document 245-9   Filed 05/05/11   Page 2 of 2

Mercurial Nord swings
over books docket

<mark>She has never given he a
factual basis for a guilty plea.</mark>

DVG – Nov. 19⁴⁹

Al wants full blown presentation

NSA wants a full plea now.
w/ cooperation. Al offered
a 30 yr. sentence.

Marked discovery.

MG006168

E-P2