9:30 - 11:10 am L /

JAIL VISIT w/ ANGELA JOHNSON

A1, Dean + PJB

or day 6/4
earlier in day A called TD, because D
wanted to ~~talk to him~~ (see him).
"I called TD several times for Dustin."
TD not there — A talked to TD's mom.
    b/c there was a "no contact" order between
TD + DH
7 mos Pregnant at time.

TD's mom didn't like A — "because Terry
was so obsessed w/me."

She got off Country Club around midnite — TD in
parking lot, waiting. TD interested in her pregnancy
"I think I told him I was pregnant."
    TD upset, cried.
"He knew it wasn't his."

As soon as Dustin got there, "I bolted, got
    in my car and go."

She's upset she called TD — lured him there

GOVERNMENT
EXHIBIT
F
09-CV-3064 MWB

for Dustin.

TD kept threatening to terminate her
pregnancy — this even though, supposedly,
he didn't know she was pregnant.

When TD's mom called her (> TD missing)
AJ lied to her & told her TD never
came to the country club.

(Discussed Dustin's "confession" to her —
"Oh, I know what happened"... Shifty eyes,
but sounds fairly credible.)

Has not-at-all believable story about Dustin giving
her a map to the Greg Nicholson bodies. Allegedly
gave it to her while he were in fed. prison in
Florence, Colorado. Why? So she could go check on
the bodies for him (i.e., make sure they were
still buried). No longer has the map.
(Purportedly, McNeese map would be from her
recollection of Dustin's map?

Meth. We discussed. Used "every day for years"
but not a problem. Not done in front of her
kids & not done when she was pregnant.

Knew Dustin was going to see Nicholson.
"He wanted me to get him in the house." She refuses
Dustin had talked about killing Nicholson.

Sure Dustin told her the night he went to
Nicholson's that he was going there.

For some reason I think it was a Sunday.
There was always a brunch on Sundays.

"I was either at home or at work." at dinner
hour (time of Nicholson). Think she was at
shooting.                                        work.

    10 miles    Clear Lake to Mason City.

If home, she was home w/ Alyssa (10),
  and Cristy. Cristy was always at my
house.
        Aware Cristy said she came home w/
Dustin late that night — Says Cristy is lying.

    Dustin also confessed Nicholson M.s to her,
weeks / months later.   Seen an article d' papers
— confronted Dustin.
    " He told me he shot them all, burned them

where they couldn't be found.

Dustin didn't own a video camera.

AJ admit knew about Dustin's ct. date coming up." Threatened to kill Nicholas.

"Mere presence" defense discussed (by AJ).
Denies being present, even with
McNeese information presented to her.

Denies getting drugs from Dustin.
"I ~~had~~ had ~~my~~ own people."

Drug surveillance ~~tapes~~ — Angela says she's
hooked up w/ young guy in ~~Des Moines~~ —
Sioux City.
doesn't want ~~to~~ name him, supplier.
"Met this guy thru Dustin."

All her customers in Clear Lake / Mason City are
~~source~~ was in Sioux City.

Jimmy Rodriguez - source.            Jim Curman

Lee Hoffman                          Sue Marcellak

Figured Dustin cooked meth — "he's a chemist"
but not at her home, not in her basement.

Never saw any meth lab — doesn't know
anything about a lab.

Cash advances — on her credit card were for
Dustin + sometimes her.

Denies knowing Dustin involved in drugs.

Housekeeping issues discussed:

① Denial of Change of Residence motion —
we'll ~~appeal~~ appeal.

② 5/21 hearing — she doesn't want to participate

③ ⇨ Mary Good's subpoena for records "death p. ca

④ Possibility of Interlocutory Appeal — delay in trial setting
Christy Gobitz Cole — Nicholson alibi
⤷ (says no alibi wit.)

Holly, her sister, ST alibi on TD murder

Not afraid of Dustin until TD, Nicholson
disappeared.

[Angela started off friendly, but got very testy and argumentative when confronted with contrary g.j. + other testimony.]

Plea possibility discussed: This goes nowhere. AT wants M charges dismissed. Outright rejects 20 yrs.

["I'm not worried about Tim Cutkompt." He's lying! Goes on about the lying W's against her — not too realistic today. Wants to deal w/ evid by denying its credibility, +/or existence b/c can't really explain it.]

Teary eyed at end. Complains of being in jail — "it's horrible."

Taking Meds: paxil , trazodone at night.

Arrested morning of 7/29/00 ........, describes events thereafter , assertion of request for a lawyer , witnesses:
Loki Lewis + Broader.

No Miranda rights.

Case 3:09-cv-03064-MWB-LTS    Document 245-10    Filed 05/05/11    Page 6 of 7

AJ says Bobby McNeese's bad mouthing Al caused Her not to trust Al — as a result didn't listen to Al's advice re: not talking to McNeese.

Has one test left for GED — Science — on 5/15/02.

Alyssa's due date — unknown.

11:10 am | END.

R. Berry 5/8/02

F-P7