10·24·02

Dear Pat,

GOVERNMENT
EXHIBIT
G
09-CV-3064 MWB




I recieved your letter today concerning this Holly Christensen. I've never met her. I don't know who she is.

#1 I was never concerned about them bringing anyone back to testify at the Grand Jury because I have never told anyone anything about my case other then "I AM INNOCENT!"

#2 I never cry in Bible Study. I go to listen, I don't sit and talk to people, its disrespectful.

#3 I don't ask people to pray for me, I have a mother to do that for me and between her and Erica, thats more than enough prayer going up on my behalf.

#4 Valli and I are friends, we do not have a client-lawyer relationship. We have never talked about my case

#5 I always have money on my books. I've never put money on anyone elses books, why would I. We were not even in the same cell

MCN02-002749

G-P1

block. Asking to put money on her books would make no sense at all.

#6 This Holly never ever gave me notes from Valli and I never gave her any notes to give to Valli.

#7 The guard Linda has never passed a note to me or for me to anyone at any time.

#8 My grandmothers are dead. Nobody in my life has ever met Linda or has ever known Linda

#9 Valli is not intimidated by me. She believes I am innocent, which is more than I can say for my own lawyers.

#10 Yes, people have made remarks or comments about there being a movie made about my case and who they want to play them.

#11 Yes, I have made comments about someday writing a book about what has happened to me, but not to this Holly.

MCN02-002750

G-P2

#12 Nickie Yager told me all about her Grand Jury Testimony in a Saturday morning meeting. But lied to me.

#13 Valli Williams would never lie or commit perjury for me or anyone else.

#14 Yes, there was some communication between L' block (my block) and M block while Valli was here. Just the Basics, I miss you, How are you and How are the kids - stuff like that

#5 Valli and I never talked on the phone by 3 way calling - you Can't even do that on the phones here, you will be disconnect

#16 I was told by a lot of people that Venessa Woolin was a Snitch. That had nothing to do with me, we got along fine and I liked her.

#17 I did learn my lesson by what did happen with McNeese. I have never ever made these statements to anyone

SFFC

MCN02-002751

I am so sick of people lying about me. WHY isn't anyone doing any investigation on my behalf. The Feds have had two years and three months to collect jail house informants to testify against me. Why isn't anyone doing the same thing on my behalf?

You want to know what kind of inmate I am? Want to see if I talk about my case for real? Ask the people I've done this time with long term.

Shelley Jersey
Valli Williams
Brandy Byrd

What is worse than being lied about? My own attorneys believing them over me. Yes, Al can say he believes me but its clear to me that he doesn't. How about you, do you believe me? probably not.

I almost don't even care anymore.

Can you just get me a deal and get me out of here please? I have not touched

5ggg
MCN02-002752

G-P4

My girls is almost 2½ years. I feel like I've already been convicted and am being treated but kept in a worse place than if I were. I want to touch my little girl and hold my granddaughter when she is born.

I can't take it in here anymore. WAITING has done me NO GOOD as far as I can see.

I'll say what ever they want to hear just to leave here.

It would be easy to poke holes in these liars stories but its just easier to believe what they say, isn't it. I have no future anyway, right?

All I ask is that you push to get a deal made and get me on my way.

Thank you,

Angela Johnson

Shhh

MCN02-002753

G-P5