Friday
1/8/05

Aggie Johnson Investigation

8:45am – 9:10am Visit w/ Gordon Gratian + Dean Stowers
in Dean's office re: today's investigation.
9:10am – 9:35am Drive to Mitchellville Women's Prison.
9:35am Interview BRANDI BYRD.

Had a Trial. 1 yr. ago Life plus 25 years Murder + 1st degree
V a pizza man. Murder in Marion,
Age 23, From South Carolina Iowa

Linn Cty, w/ Angela
1-7-03 there 8/03 in Linn Cty.
02

9/30 Sept. 30th (2003) arrived here. Was at woman's
Oct 3. week
prison Oakdale, Iowa 1 month after sentencing

We were really close.
She looked out for me when I first got there.
Was like a mother – daughter relationship
"I was like one of her Daughters."

Only thing she said is that she was innocent
stressing about her case
– was innocent, at least of what she
was charged with.

GOVERNMENT
EXHIBIT
H
09-CV-3064 MWB

→ Brandi read. papers about AJ. mining map to bodies. AJ told her this also. ~~Explanation~~ for map? "Can't remember" — (covering from AJ).

<u>Angie talking about McNeese.</u>
— Brandi never met McNeese.
= Brandi knew AJ in cell block next to BM in Benton Cty.
= ~~He~~ said she ~~told~~ him about the M's — also in newspapers.
— David Keagan — Brandi's co-D.
Went ~~to~~ trial
+ got life plus 10 yrs.

~~Had~~ a psyche exam — Jan, 2003

Borderline Paranoid Schizophrenic
Major Depressive Disorder
— saw a lot

Lived M block, N block, L block
lived in 4 different blocks together

We were always together.
During Brandi's trial, jail put Brandi in the ~~whole~~ Hole. It's a suicide watch thing.

<u>Angie's Suicide Attempt</u>    in Blackhawk Cty.
— Tried to hang herself.
※ Surprised Brandi b/c ~~Angie~~ seems so

Case 3:09-cv-03064-MWB-LTS    Document 245-12    Filed 05/05/11    Page 2 of 10

Strong a person. Wouldn't be likely to break down.

→ Not really a friend of Brandi's.

(PJB reads grand jury Tr. of Yager. → Brandi outside the cell, but only 2-3 steps away. Cd have heard this —

Micki Yager but didn't. It's possible MY in AJ's cell or in N block w/ AJ + Brandi. other occasions

*Had a drug case then.* *Micki from Dubuque, Iowa.*

Brandi doesn't remember AJ saying anything to Micki Yager. Brandi says she'd Know b/c "that's my mother", " was interested in anything/everything AJ said/did w/ others. Brandi says AJ never talked about her case w/ other women.

AJ said once she was guilty of drug stuff but wouldn't take a deal on the murders — Not guilty of M's.

Drug Case

Dustin — AJ said he was crazy.

└ AJ said Dustin had told her about the M's, but " never said what AJ said about the M's.

— AJ said they wanted her to testify against DH. Said she wouldn't testify, at first, but when DH tried to get custody of Marvea, that changed.

"Marvea is her heart — she loves her kids."

Case 3:09-cv-03064-MWB-LTS    Document 245-12    Filed 05/05/11    Page 3 of 10

H-P03

Angie loves kids — would never be involved in something like this.

Angie came in her cell when Brandi first came in w/ (lady named Indian (Nancy Johnson) M block + Shannon Dunnick.

A.J. brought her socks — T-shirt candy, soap, etc. No $$ — couldn't afford to buy stuff for herself.

We was so good a friends that she called me her son + I called her my mom.

Brandi was admitted lesbian. Had her hair shaved short when came to Linn City. Jail — looked just like a boy.

⚪ Vicki tried to get A.J. to beat up Brandi — Brandi doesn't know why

A.J. was the top dog in the jail — didn't let people talk down to her. Demanded respect. She couldn't stand the people in the jail — so she stayed away from most folks. She read a lot, laying in her bed.

Case 3:09-cv-03064-MWB-LTS   Document 245-12   Filed 05/05/11   Page 4 of 10

H-P04

<u>Mona Lisa Fuller</u> — goes by Mona Fuller.
She's a friend of Brandi's + AJ's.
Now in Linn Cty. Jail — went a few months ago.
Brandi thinks Mona caught a new case.

Some girls would talk about Angie being racist —
didn't like black people.
Brandi says that's nonsense — her relationship
w/ AJ proved otherwise.

Gd. ⊕
her losing
claimed
↓
Shannon
Butterball
↓
she had
talked about
her case.
Created a
conflict
for the lawyer.

Brandi gives examples of other occasions — one involving
her lawyer (name unknown) — FNU Casey — b/c an inmate
There's a lot of snitches — no, liars — in Linn Cty.
Don't know what they are talking about — read
papers or watch TV

Publicity a problem in her case. Her lawyer
did depositions — snitch had amnesia.
Another one came to testify — but had said in
deps didn't know anything + now had big story.
"They kicked her off the stand."

Brandi upset — it wasn't true + she didn't
want to lose this lawyer.

H-P05

Doesn't know : Sarah Bramow
(only heard of Peggy Baca, doesn't know her
↳ Lisa Lawrence

= Jenny Dvorak (was in Mitchellvike until
9-17-03)
= Jacqueline Davis
— Tammy Boltz — Jill Mannion
— Holly Christensen — Sue Marsolek
— Angela Evans — Brenda Means
— Susan Titlbach

Knows Bonnie Gates — was supposed to be a snitch
against Brandi, but State couldn't
find her to testify at trial.
Was lying then — Brandi never talked to
Connie about her case.


AJ's Tough Exterior (Gordy ask this)
AJ stood up to people — not afraid of other
inmates. She didn't start trouble, but wasn't
afraid. "Well c'mon then, if you're going to
do something , do it."

-6-

H-P06

→ AJ would get so excited when g: a letter from Murrea   P.7
- bragged about her kids.

<u>AJ's kids</u>
- AJ had pictures, talked about the girls all the time.
- they really miss her, ...
- rather have her back than all the possessions she bought them ....
- Alyssa having problems w/ boyfriend.
- AJ "loves" being a grandmom, would <u>love</u> to hold the baby.

<u>Dustin</u>
— manipulative, smooth, tricked people.

<u>Holly</u>
only time Angie ever cried was when Holly wouldn't let Murrea see her.

= AJ worried about Murrea, worried Dustin's family would take her, + Not bring Her back...

— Murrea got card — Valentine's Day card — from a black boy. Said "He's Really black." AJ thought that was funny.

Case 3:09-cv-03064-MWB-LTS   Document 245-12   Filed 05/05/11   Page 7 of 10

H-P07

P. 8.

Vallie Williams — another close friend of Angie's.
" " had a D — AJ talked w/ VW about their D's a lot.
AJ had a very close relationship w/ VW.

Brandi & AJ
Went to Bible Study together.
 — AJ went because she's really pretty religious person

Defense Witness → Erna — at jail, a volunteer, Came + preached the Word. Erna + AJ were v. close. AJ loved going to hear Erna speak.

Cocaine was Brandi's drug.

11:30ᵃ END w/ Brandi. Left note to think about stories.

P. Berry (Fri.)
1/9/05

H-P08

11:30am – Noon    Drive back to Des Moines w/ Gordon Gratias.

Noon – 12:25 pm   Meet w/ Dean in his office + debrief him.

12:25 pm – 1:20 pm   Working Lunch w/ Dean + Gordon + Scott Gratias (on Gordy's tab) discussing case strategy, plans with witnesses.

1:20 pm –    Meet w/ Dean in his office re: pending motions, + responses that are due today. Go over several of them, including new Motion to Trifurcate.

H-P09

2:30 pm     Conv. w/ J. Bennett, CJ Williams

7 working days from today to get this mailed out.

2:45 pm — 3:25 pm   Fixing questionnaire for J. Bennett > conf. call.

3:25 pm —      Drive back to KC, MO.

113902.7 mi. start.

Parking $5.25
(Receipt attached)

Case 3:09-cv-03064-MWB-LTS    Document 245-12    Filed 05/05/11    Page 10 of 10

H-P10