# Nancy Lanoue

| | |
|---|---|
| **From:** | Nancy Lanoue [nlanoue@tewlaw.net] |
| **Sent:** | Friday, February 07, 2003 10:05 AM |
| **To:** | PIRAYMOND@AOL.COM |
| **Subject:** | Angie Johnson |
| **Contacts:** | Cornell, Ray |

Hi Ray.

I was just re-organizing some of my notes and thought I would pass along some information Angie had shared with me on my last visit with her.

We reviewed the Government discovery file - bates number 3100 - 3499

In reviewing the Government discovery file - Bates # 3465 - We came across the interview of James Nicholson (Greg Nicholson's father) - whom the Government was attempting to get his testimony in now as he is apparently in ill health. However, that Government motion was denied. But the significance of that interview is that James Nicholson stated that he recalled a man in a "light blue car" coming up and asking James Nicholson about a bicycle shop (I believe this was the day of or before Greg Nicholson's disappearance). He later discovered that that man, was Dustin Honken through a photo in the newspaper. BUT, Angie' said her car was DARK blue, and that Christie Gaubatz had a "light blue car" and she is pretty sure tht Kathy Rick did also (she questioned herself on this one - as the thought maybe Kathy's was white..but she thought it was blue.

Angie claims that Dustin had threatened the night before Nicholson's disappearance of going and killing Nicholson...and that Dustin had asked Angie if he could take her car. Angie claims that Angie said that Dustin didn't want to draw attention to himself with his vehicle and meeting up with Nicholson as Honken and Nicholson had a "no contact order" between them. Angie refused Dustin her car...but Christie (who was had Angie's house that day) allowed Dustin to take hers (Christie Gaubatz had the light blue car)...Angie thinks that perhaps Dustin went over to James Nicholson's house looking for Greg that afternoon to try to make a deal (pay him off) while he was driving Christie's car.

Angie claims that the day after the Nicholsons disappearance, Angie called Dustin who was at Kathy Rick's house (interesting that Dustin was at Kathy Rick's house). The purpose of her call was to have Dustin bring Christie Gaubatz' car back to her as Christie Gaubatz had taken Angie's car home from the night before after Dustin had taken Christie's.

Angie feels that Dustin must have met up with Nicholson at some point that afternoon/evening to "make the deal" of Dustin paying Nicholson off and for Nicholson to get out of town. This is further verified with Nicholson's ex-wife's testimony (I will have to find the bates number) where Nicholson's ex-wife claimed that Greg Nicholson made an "unexpected visit" to her house to visit his kids. Angie thinks he came there to say goodbye to them since he felt he was leaving town for a while, or perhaps a long time.

Also - Regarding 3465 - 3477 - Re: Drug Items found - Receipt for Search Warrant dated 6/11/96 - Angie wanted to let you know that she was NOT living at this address at that time. She was residing in Des Moines. She did own the house, but was not living there. SHe had not sold it either because she was wanting to see how things turned out in Des Moines first. She said that Dustin brought his stuff there to store them. She had no idea he was keeping his "drug manufacturing stuff" there. BUT Cutkomp states in this document that Dustin hid things in Gaubatz' place (like possibly the gun???). Angie claims that Dustin stored his stuff all over the place.

Re: DeGuess

Angie was curious as to what day of the week that DeGuess turned up missing? Angie claims that as a defense for her, she was working at the country club on Saturday. There had been a wedding and she working a double shift that day. Keep in mind she is about 7 months pregnant too. She said that she worked over the lunch...then came back in the later afternoon to set up for the wedding. THEN after the wedding, she had to help tear down tables, etc. She was extremely exhausted. Dustin had called her at the country club on Saturday and asked her to call DeGuess to have him meet him at the country club later that night. Angie claimed that there was a "no contact order" between Dustin and DeGeuss...so Dustin always had Angie be the go-between him and DeGeuss.

So, Angie called up DeGeuss. Tim DeGuess' mother had answered the phone. (I am not sure if she actually spoke with

1

**GOVERNMENT EXHIBIT**

*I*

09-CV-3064 MWB

ZZ0025

Tim DeGuess or just left the message with his mother to have Tim DeGuess come to her work after she got off around midnight???) Anyway, when Angie got off work, DeGeuss and Dustin met in the country club parking lot...and Angie said she got in her car...and drove home...and DeGuess and Dustin left also and went their way. She said that Holly was at her house watching her daughter Alyssa while she worked.

Then the next day, Mrs. DeGeuss called Angie asking about Tim DeGuess' whereabouts. I believe she said she told Mrs. DeGuess that she didn't know where he was. Within about a month or so....Angie claims that Dustin admitted to her that he killed DeGuess, and that he did it for her...and that DeGuess would never bother her again (since Angie was pregnant with Dustin's kid...and DeGuess had threatened to "cut the baby out of her stomach"). She told me that she was very upset at this news as she really had loved him..and never wanted him dead...only wanted DeGuess to leave her alone since he was known for stalking her.

I hope this information helps you...and I wanted to pass it on to you for your thoughts.

Nancy D. Lanoue
118 3rd Ave, SE Ste 500
Cedar Rapids, IA 52401-1424
Phone: 319-364-2467 x110
Email: nlanoue@tewlaw.net

This electronic message transmission contains information from the office of Alfred E. Willett which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (319) 364-2467 or by electronic mail (nlanoue@tewlaw.net) immediately.

ZZ0026

I-P2

## Nancy Lanoue

**From:** Nancy Lanoue [nlanoue@tewlaw.net]
**Sent:** Friday, February 07, 2003 10:13 AM
**To:** PIRAYMOND@AOL.COM
**Subject:** Angie Johnson - 2

**Contacts:** Cornell, Ray

I forgot to mention to you in my last e-mail why Angie is curious as to what day of the week DeGuess was discovered missing? The reason for this curiousity is because she wants you to be aware of her working at the country club (she worked a double shift on Saturday at the wedding). She didn't finish work that night until around midnight.

Now, if she worked on Saturday night (double-shift) - was about 7 months pregnant, and had been on her feet all day long...one would suppose she would have been pretty darned tired.

So, assuming that was on a Saturday, Angie claims she always worked the Sunday brunch. Her defense is that there was NO WAY she could have worked a double shift, on her feet, 7 months pregnant....meet Dustin after work around midnight with DeGuess and then go kill DeGuess and then dig a hole and burying DeGuess...then be back at work to work the Sunday Brunch. Wouldn't you think that assuming she DID commit this crime, that someone would have noticed a strange demeanor of her on Sunday while she was working the brunch????

Just more food for thought.

Nancy D. Lanoue
118 3rd Ave, SE Ste 500
Cedar Rapids, IA 52401-1424
Phone: 319-364-2467 x110
Email: nlanoue@tewlaw.net

This electronic message transmission contains information from the office of Alfred E. Willett which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (319) 364-2467 or by electronic mail (nlanoue@tewlaw.net) immediately.

1

ZZ 0027

I-P3