Sunday
3/14/04
9:30am

| Meeting w/ Skip Gant, Dean, Al + PJB |

Confront Angela w/ her prior statements —
we need to get her off of the
"I didn't do anything" posture. It
keeps her from testifying in either phase
and will make plea negotiations impossible.

Read CRAWFORD V. WASHINGTON — could this
change 8th Circuit's decision on McNeese

On Plea → Can we get high-low agreement
with 15 yrs. on bottom and 40 yrs. on top.
Sentence needs to be left strictly w/ Judge, not
US Atty's office.
Nuygen — Arizona case. Gov't didn't authorize
death.

✳ Ask DOJ for reconsideration — by letter, then
follow-up w/ request for personal
appearance b/4 the Board.

GOVERNMENT
EXHIBIT
J
09-CV-3064 MWB

✳ Get Mary Roode back into the case!
— need to revisit the witnesses
— develope history of abuse

D.O.J. package should focus on:
    ① New, powerful mitigation case.
        and
    ② Crawford problems w/ McNeese's stmt.
        and
    ③ Initial appearance w/ DOJ

Skip Gant's email → skip_gant@fd.org
        isgant@aol.com
        skipgant@hotmail

BILLING! 9:30am
10:55h

3/14/04

11:55am — 12:25pm Went over witness list w/ Al + Dean.

J-P2