GOVERNMENT
EXHIBIT
K
09-CV-3064 MWB

PREPARED BY

DATE



[Jail Meeting w/ Angie at Hardin Cty. Jail]

Thurs.
11/4/04

9:00am   Arrived in Jail, waited to see Angie

9:15a   Al Willett + I visit w/ A.J.

AJ buys gun

Wanted abortion w/ Marvea b/c freaked out
about how Terry wd. react.

— this even though TD seeing someone
else at the time

— AJ said she had a gun permit in
1990 - 91.   Got it in Mason City at
Sheriff's. Dept.
                    — east side of Mason City
bought @ Bromley's   a rifle/shotgun  I can't
say what type

friend M-Terry Einhouse
         lived in Missouri last I know
at time he was living in Gardner

Thinks it was a shotgun — sawed it
off b/c "I didn't like it so long."

MCN04-004270

She gave the gun to Terry DeReus —
he sold it.

She never shot it — gave it to Terry
b/c he wanted it.

She was living in Ventura at the time.

" I knew I'd never shoot Terry."


Dustin later suggested AS buy gun for
protection.

He said she'd need one for when he wasn't
around.

She got a gun permit at cthouse —

DH upset about this, wanted her to
get gun illegally.

She had $250. — from bank.

DH got $250. — from his dad.

Stopped at pawn shop in Waterloo —

DH picked out the gun.    AS

MCN04-0042M

She wanted small gun to fit in her purse. Whole idea is for protection against Terry. DH paid for 1/2 of it.

Gun came in a case — big black case, big black gun.

Thinks it was Dewey's — a pawn shop in black neighborhood of Waterloo (DH says likely east Waterloo).

DH says she didn't like this gun — way to big.

DH stopped in mall in Cedar Rapids — bought box of bullets.

She was upset — spent 350.— , felt "muscled into buying it."

"This gun wasn't going to do me any good at all."

DH stored the Tech 9 in her waterbed

MCN04-004272

K-P03

— gun in between floor + bed frame.
(hiding place).

Says she showed Christy Cocombs & Cole
the gun the day ⟍ she bought it — Christy
knew b/4-hand that AJ was going
to get a gun. Protection from Terry DeBeau

She says she loved Terry, + he loved her.
But "if it hadn't of been for the
drug situation, we would have been
fine." TD + AJ both using drugs
"crank", + it's a problem for both
of them.

AJ says she stopped using with when she
discovered she was pregnant
3 months pregnant in July '93
7 " " " Nov. '93.
Found out in June '93 she was pregnant.

MGN04-004273

PREPARED BY

DATE

4 mos. colony saw doctors at the Regency Mall in Mason City

Dr. ——— Livingston
Dr. ——— Mott } both women.

Angie claims she never saw DH put any bullets in the gun (but she hid gun under the bed).

AJ complains to DH about the Tech 9 shortly > they bought it. He offers to trade it + get her a smaller gun.

DH took it — said he'd pay her the $250.– but he never did.

She says she never saw the gun again until Christy calls her in November, > TC's murder, + wants to know why AJ's gun is in Christy's closet.

MCN04-004274

Christy upset — AJ denies she went over to get the gun (cf. - Christy). AJ says she called DH, angry about gun. DH said he'd go get the gun

DH + TC went to get the gun.

Q — Why wd DH keep a gun in Christy's closet?

A — I don't know. DH kept a lot of stuff at Christy's.

Later, AJ claims that she quizzed DH about the gun. She was upset about gun being at Christy's — Christy has kids. This is when DH tells her about shooting TD. DH said he had no choice, he had to kill Terry. DH claimed he did it for her — worried about Terry being upset

MCN04-004275

K-P06

PREPARED BY
DATE

AJ admits she called TD > DH asked her to call TD

Q— Why wd. DH ask AJ to call TD instead of calling him (TD) himself (DH).

5 J.19ᵗʰ → AJ's home in Chow Lake.

Admits she lied to TD's mother about seeing TD the night of TD's disappearance Told TD's mom she hadn't seen TD—

Why lie? Concerned about the "no contact" order.

DH told her that he killed TD b/c Concerned

MCN04-004276

K-P07

PREPARED BY

DATE

Christy says AJ + DH wanted to borrow her car. AJ. says that this also a lie — it was DH + TC. that wanted to borrow her car.

AJ claims that DH + TC had wanted to borrow her car also — but she wouldn't let them.

AJ claims she never met GN in her life — never saw him b/4.

GN's death

AJ saw TC. + DH leave AJ's house w/ a camcorder — No discussion about where they are going, what they are doing. They don't come back.

Christy takes AJ's car + goes home.

Next day AJ causes DH's mom — he's not there. She then calls DH

MCN04-004277

(Rich)

at Cathy's house.

AJ pissed off at DH — figured that DH spent night at Cathy's (sleeping w/her).

DH answered phone — he was sleeping. Cathy at work — not home. AJ yells at DH to bring Christy's car back.

When DH tells AJ about TD's death, he also tells her about Greg Nicholson MJ.

DH + GN had deal. For $$ , GN wd agree to make video tape for DH exonerating him..

Deal is they wd. meet in a field (makes no sense) — supposedly to get the video tape from GN

Side-discussion about TD leaving new girlfriend from Britt, Iowa — Rhonda LN

MCN04-004278

K-P09

PREPARED BY

DATE

DH says TD + he out in grove waiting to meet GN. GN shows up — Was Lori Duncan + girls w/ him (GN).

Pondering what they are going to do — So they bound + gagged them — then shot them. AJ doesn't know why DH + TD wd. bind + gag them b.4 shooting them.

DH said they GN + Lori Duncan + 2 kids came in a truck. Doesn't know whose truck.

DH said Terry DeGeus shot GN, Lori ran — DH shot her as she was running. Terry wouldn't shoot kids, so DH took them out one by one + shot them (the girls).

DH says they dug a huge grave + threw kids in, their mom, then Greg Nicholson.

(Why?) → Claims the (DH) told her this order.

MCN04-004279

Case 3:09-cv-03064-MWB-LTS    Document 245-15    Filed 05/05/11    Page 10 of 17

K-P10

PREPARED BY

DATE

~~Nelltons~~ (Proscovich)

Phyllis — the neighbor. Her report that AN was leaving Lori, + Lori was upset he was leaving. Phyllis says Lori there till midnight — disputes the Avon lady story.

AJ ~~Doesn't~~ know what gun Terry had. When DH said he killed TD, said he beat his head in w/ a bat.

Q Why ~~w'd~~. DH beat TD's ~~head~~ in w/ a gun? (This Q → AJ says DH not angry w/ TD, + claimed he killed TD to protect AJ.)

A — I don't know.

Bobby McNuse map
      Dustin worried about bodies — b/4 his trial — drew her a map so she cd. go ~~check~~ on ~~the~~ bodies.

      She was going to throw dirt on the site if they ~~have~~ washed up.

Conflict on DH + TC leaving ~~Any~~ Christy's car + the camcorder, but ~~DH + TD~~ TD

MCN04-004280

PREPARED BY

DATE

are the murderers.

Can't explain this conflict.

AJ says she doesn't know videotape was even made.

10:45 am END.

P. Beijing —

11/4/04

MCN04-004281

K-P12



### Jail Meeting with Angela at Hardin County Jail
### Thursday, November 4, 2004

9 a.m.:       Arrived in jail, wanted to see Angela

9:15 a.m.:       Al Willett and I visit with Angela

### Angela Buys Gun

- Wanted abortion with Marvea because she freaked out about how Terry would react, even though Terry DeGeus was seeing someone else at the time.

- Angela said she had a gun permit in 1990-91. Got it in Mason City at Sheriff's Department

- Bought gun at Bromley's – east side of Mason City – a rifle/shotgun, can't say what type

- Friend Mr. Terry Einhouse
  - Lived in Missouri. Last I know at time he was living in Garner.

- Thinks it was a shotgun – sawed it off because "I didn't like it so long."

- She gave the gun to Terry DeGeus – he sold it.

- She never shot it – gave it to Terry because he wanted it.

- She was living in Ventura at the time.

- "I knew I'd never shoot Terry."

- Dustin later suggested Angela buy gun for protection.

- He said she'd need one for when he wasn't around.

- She got a gun permit at the courthouse

- Dustin was upset about this, wanted her to get gun illegally.

- She had $250 from bank. Dustin got $250 from his dad

- Stopped at pawn shop in Waterloo

- Dustin picked out the gun. Angela says she wanted small gun to fit in her purse. Whole idea is for protection against Terry.

MCN04-004283

- Dustin paid for half of it.

- Gun came in a case – big black case, big black gun.

- Thinks it was Dewey's – a pawn shop in black neighborhood of Waterloo. (Al says likely east Waterloo.)

- Angela says she didn't like this gun – way too big.

- Dustin stopped in mall in Cedar Rapids – bought box of bullets.

- She was upset – spent $250, felt "mislead into buying it."

- "This gun wasn't going to do me any good at all."

- Angela stored the Tech 9 in her waterbed – gun in between floor and bedframe. (Hiding place.)

- Says she showed Christy Gaubitz Cole the gun the day after she bought it – Christy knew beforehand that Angela was going to get a gun. Protection from Terry DeGeus.

- She says she loved Terry, and he loved her. But "if it hadn't have been for the drug situation, we would have been fine." Terry and Angela both using drugs, "crank," and it's a problem for both of them.

- Angela says she stopped using meth when she discovered she was pregnant. (Found out in June '93 she was pregnant.)
  -Three months pregnant in July '93
  -Seven months pregnant in November '93

- Four months along saw doctors at the Regency Mall in Mason City.
  Dr._____Livingston  (woman)
  Dr._____Mott  (woman)

- Angela claims she never saw Dustin put any bullets in the gun (but she hid gun under the bed.)

- Angela complains to Dustin about the Tech 9 shortly after they bought it. He offers to take it and get her a smaller gun.

- Dustin took it – said he would pay her the $250, but he never did.

- She says she never saw the gun again until Christy calls her in November after Terry's murder and wants to know why Angela's gun is in Christy's closet.

2

MCN04-004284

K-P14

- Christy is upset – Angela denies she went over to get the gun (ef. - Christy). Angela says she called Dustin angry about the gun. Dustin said he'd go get the gun. Dustin and TC went to get the gun.

Q   Why would Dustin keep a gun in Christy's closet?
A   I don't know. Dustin kept a lot of stuff at Christy's.

- Later, Angela claims that she quizzed Dustin about the gun. She was upset about gun being at Christy's – Christy has kids. This is when Dustin tells her about shooting Terry. Dustin said he had no choice, he had to kill Terry. Dustin claimed he did it for her – worried about Terry being upset.

- Angela admits she called Terry after Dustin asked her to call Terry.

Q   Why would Dustin ask Angela to call Terry instead of calling him (Terry) himself (Dustin).

- 5 S. 19th – Angela's home in Clear Lake

- Admits she lied to Terry's mother about seeing Terry the night of Terry's disappearance. Told Terry's mom she hadn't seen Terry. Why lie? Concerned about the "no contact" order.

- Dustin told her that the killed Terry because he was concerned.

- Christy says Angela and Dustin wanted to borrow her car. Angela says that this is also a lie – it was Dustin and TC that wanted to borrow her car.

- Angela claims that Dustin and TC had wanted to borrow her car also, but she wouldn't let them.

- Angela claims she never met Greg Nicholson in her life – never saw him before.

## Greg Nicholson's Death

- Angela saw TC and Dustin leave Angela's home with a camcorder – No discussion about where they are going, what they are doing. They don't come back.

- Christy takes Angela's car and goes home.

- Next day Angela calls Dustin's mom – he's not there. She then calls Dustin at Cathy's (Rick) house.

- Angela pissed off at Dustin – figured that Dustin spent night at Cathy's (sleeping with her).

3

MCN04-004285

K-P15

- Dustin answered phone – he was sleeping. Cathy was at work – not home. Angela yells at Dustin to bring Christy's car back.

- When Dustin tells Angela about Terry's death, he also tells her about Greg Nicholson.

- Dustin and Greg had deal for money, Greg would agree to make videotape for Dustin exonerating him.

- Deal if they would meet in a field (makes no sense) – supposedly to get the videotape from Greg.

(Side discussion about Terry having new girlfriend from Britt, Iowa. Rhonda LNU.)

- Dustin says Terry and ___ out in grove waiting to meet Greg. Greg shows up – has Lori Duncan and girls with him (Greg).

- Pondering what they are going to do, so they bound and gagged them, then shot them. Angela doesn't know why Dustin and Terry would bind and gag them before shooting them.

- Dustin said they (Greg and Lori and 2 kids) came in a truck. Doesn't know whose truck.

- Dustin said Terry shot Greg, Lori ran – Dustin shot her as she was running.

- Terry wouldn't shoot kids, so Dustin took them out one by one and shot them (kids)

- Dustin says they dug a huge grave and threw kids in, then mom, then Greg.

- (Why?) – Claims he (Dustin) told her the order.

- Phyllis (Proscovich) – the neighbor – has report that Greg was leaving Lori, and Lori wasupset he was leaving. Phyllis says Lori there till midnight – disputes the Avon lady story.

- Angela doesn't know what gun Terry had. When Dustin said he killed Terry, said he beat his head in with a bat.

Q       Why would Dustin beat Terry's head in with a gun? (This question was after       Angela says Dustin was not angry with Terry and claimed he killed Terry to       protect Angela.)
A       I don't know.

### Bobby McNeese Map

- Dustin worried about bodies – before his trial – drew her a map so she could go check on the bodies.

4

MCN04-004286

K-P16

- She was going to throw dirt on the site if they were washed up.

- Conflict on Dustin and TC having Christy's car and the camcorder, but Dustin and Terry are the murderers. Can't explain this conflict.

- Angela says she doesn't know videotape was even made.

10:45 end

*Notes by Pat Berrigan*
*11/4/04*

MCN04-004287

K-P17