Dear Pat ——————————————— 6-25-05

Greetings from the slammer.

I just wanted to Thank you again for doing my shopping and driving all the way to Elk Point S.D. so I wouldn't go without. What you did was far beyond the call of duty and it meant a lot to me.

I also want to Thank you for being so good with my family, while dealing with these delicate conversations. I hate putting them thru this.

I did call on Friday afternoon but you must not have been in the office. I will try you again on Monday.

I really think that this [plea...] [the way to go]. I hope and pray it will be accepted.

I'm still unsure if I'm making the right prison choice. I wish I knew more about both places.

I hope this short letter finds you well and not too over worked.

Take care and "I always behave" ☺

Sincerely,
Angie

GOVERNMENT EXHIBIT L 09-CV-3064 MWB

GOVERNMENT EXHIBIT 139 CR09-3064 MWB