GOVERNMENT
EXHIBIT
M
09-CV-3064 MWB



p. 1.

Wed.
3/9/05

## Jail Visit w/ Angie Johnson

10:30 am — Came up to see Angie today to discuss current status of case, including plea negotiations, + potential responses to up coming issues.

Brought w/ me Dustin plea proffer materials and 1st 490 pages of Dustin's trial transcript.

__Plea Negotiations__

Advised Angie we had not heard anything back on our proposal, but that Matt Whitworth had told me D.O.J. hates Alford pleas. Need to be prepared to counter-offer w/ factual basis plea, + that Dustin's proffer was largely the factual basis that we'd have to go with.

No real response on this from Angie other than she "hoped to God" that Alford plea wd. go down. Surprisingly, she didn't tell me to go fly a kite, or anything similar, but more colorful. So I went over verbally what DH said in his proffer, then had her read it herself.

Angie admits she & Nicholson didn't know each other. She had only seen picture(s) of him. So it makes sense that Dustin wd. send her in first — if Nicholson saw Angie at door, he still wd. have no idea about what was up.

M-P1

[I did leave the trial transcript w/ Angie, and the envelope Becky prestamped for (") to mail us the stuff back. Took all of the materials out of our notebook to do this.]

Angie quibbles about DH's claim that he didn't bring anything into the house — see p. 8. Angie pts. out there's no way she cd. have carried in Rope, tape, gun & video camera. "That camera wasn't small — it was huge." Camera belonged to Kathy Rick (how did Angie know how lg. it was ⊘?!).

❀ Getting eyes checked — Marshall's Service hasn't done anything yet! Follow-up!

❀ Send the blow-ups (photos of Alyssa + baby) to Angie, w/ return stamped envelope, just in case jail won't let her keep them.

12:50pm END

Dunigan
2/4/05

M-P2