Case 3:09-cv-03064-MWB-LTS   Document 245-18   Filed 05/05/11   Page 1 of 2

Hi Pat —
Just when it was getting good I ran out of material. I can already see they were going for the crazy, dangerous, killer girlfriend defense. My questions are about the soil samples, I never went and checked the sights, he asked me too, but I didn't. Why have I always had the feeling Kathy knew where the bodies were too?! Makes me go hmmmm. Of course Dustin goes with the 'Angie did it' excuse. Once he put me on the old chopping block, he had no intention of removing me. I hate him so much Pat. I wish they would just accept my Alford plea so I can get out of here and have some sort of life. I also think we need more people on our witness list. I'll talk to A about that I guess. I hope all is well. I'll see you on the 21st. Take Care, Angie



GOVERNMENT
EXHIBIT
N
09-CV-3064 MWB

N-P1



**DAMERON, LLP**
eys at Law
Holmes
ty, MO 64108

errigan
eron, LLP

MO  64108

IL

# ATTENTION:
# ATTORNEY - CLIENT MAIL

we need more people on our witness asso. I'll talk to u about that I guess. I hope all is well.

Case 3:09-cv-03064-MWB-LTS    Document 245-18    Filed 05/05/11    Page 2 of 2

N-P2