

GOVERNMENT
EXHIBIT
O
09-CV-3064 MWB


Tuesday
3/22/05

[ Jail Visit w/ Angela Johnson ]

PJB + M. Goody

5:10pm — 6:50pm Drive to Eldora from Des Moines.

6:50pm —          Jail Visit w/ Angie. Begins w/ Angie trying on clothes + shoes, supervised by Mary Goody.

Then discussed recent plea negotiations, and our written proffer of Sat., 3/19/05, which I gave to Angie to read.

✱ Angie would like Elkr Point over Woodbury County Jail — by a long shot. Ask the Marshall about it.

✱ Get Marilyn up to ~~Kansas City~~ Eldora to see Angie again.

Ask Dave about how to get ahold of Terry Olsen

Maxine Abbott → ask Jamie about her. Maxine a friend of Sarah's.

O-P1

❋ Talk to Valli Williams.!!

❋ Call Mikel Olson
#

❋ Elsa in Republic, MO. — PJB needs to
talk to her!!

122577.2
122217.7
$9.5
3 5

Hotel  Days' INN
$53.37
(Receipt attached).

BND.
9:20pm.

122577.2 mi.
122404.8
@ 152.4
4

3/22/05

O-P2