# ROSENBERG, STOWERS & MORSE
### 1010 INSURANCE EXCHANGE BUILDING
### 505 FIFTH AVENUE
### DES MOINES, IOWA 50309
### TELEPHONE: (515) 243-7600    FACSIMILE: (515) 243-0583

**DEAN STOWERS**
**BRENT D. ROSENBERG**
**DAVID A. MORSE**

*OF COUNSEL
**RAYMOND ROSENBERG**
*ASSOCIATE
**HEATHER L. WOOD**

June 22, 2005

Angela Johnson Defense Team
*Al Willett*
*Pat Berrigan*
*Nancy Lanoue*
*Bobbi*
*Becky Walker*
*Mary Goody*
*Gordy Gratias*
*Lisa Dahl*
*Dr. Cunningham*
*Dr. Logan*
*Dr. Hutchinson*

Re:  Thank you note from Angela

Dear Defense Team:

I am enclosing a thank you letter that Angela asked Dean to give to you all.

Along with Angela's thank you, I would like to tell you all how amazing it has been working with you and seeing you all practice your professions and teach with your knowledge and skill.  I will never forget all that I have seen, heard and learned about the commitment and passion you each have for humanity and for your work.  I hope our paths will continue to cross in the future.  Thank you from the bottom of my heart.

Sincerely,

Melissa Launspach

GOVERNMENT
EXHIBIT
P
09-CV-3064 MWB

Case 3:09-cv-03064-MWB-LTS    Document 245-20    Filed 05/05/11    Page 1 of 6

P-P1

# Thank you

6·12·05

...just doesn't seem to say enough for all the hard work and dedication and sacrafice it took to defend me these long five years. Lord knows I didn't make it easy.

All of your determination, support and endless generosity to myself and my children has been nothing less than remarkable. I just don't know the words to exspress my endless appreciation. You have all gone above and beyond the call of duty.

Nancy; you have got to be the one who knows me best. I truely could have <u>not</u> gotten through all this without you. My time in Linn County alone would have done me in. Thank you for sharing your family with me and for your Kindness and giving <u>heart</u>. You are a friend I will cherish forever. Thanks to you I could still pull off some of the special 'mom things' that are so important to mom's and their Kids. You never ever stopped believing in me. You argued my innocence to some hard heads and I know that my conviction hasn't wavered your belief in my innocence one little bit. Just that alone gives me 'peace' of mind. I love you Nancy.

Case 3:09-cv-03064-MWB-LTS    Document 245-20    Filed 05/05/11    Page 2 of 6

P-P2

Al, Al, Al, come on you can admit it, I know I've given you more aggravation than any other client ever. At least you'll never forget me. ☺ Thank you for all your dedication and good humor. I secretly love that you no longer talk to Pat R. because of how he played me. Woohoo, now that loyalty! I know you will be a Judge one day soon. I wish the very best for you. Thank you!

Pat 'aka Doom' From one unstable 8 to another only stabler 8. You have never sugar coated the facts. I know I can always count on you for the truth or for at least speaking your mind. As grouchy as you can be at times you're one of the most dedicated people I have ever met. You made sacrafices that I'll never forget, just for my defense. You have made me so mad and so glad that now I am really coo coo! You are amazing to watch in the court room. I'm sure Judge Bennett will be haunted in his dreams by your dilligent defending for a long time to come. He may be a little Coo Coo himself. Oh well! Everytime I read a Daina Gabaldon book I'll think of you. Thanks to you I can add being well read' to my long list of acheivments. Your kindness and generosity to my family and children have actually convinced them that you're

Case 3:09-cv-03064-MWB-LTS Document 245-20 Filed 05/05/11 Page 3 of 6

a nice guy. ☺ Alyssa has said more than once that she wishes you were her dad. By the way, her and Marvea 'are' up for adoption. We'll never forget you Pat. You are one hell of an attorney and one hell of a great guy. I know I can depend on you for an exciting appeal. You do know that, when I don't hate you, I love ya.

Uncle Dean, You really are a smart porcupine! You Dean (aka Gloom) complete the Three wise men in my sorry life. You have great hair covering all that book smart knowledge. Maybe when I get to a prison you'll send me a picture of you with that kickass car you drive. I can't wait to say, "I knew him when." You are destin for the big time. Thank you for all your expertise and hard work, cutie.

Mary, Without you I never would have recieved my G.E.D. or the encouragement it took to get Alyssa to recieve hers. It because of you that my girl is in College and has a bright future. An education is the best thing she can do for herself and Angeleah. Mary you just don't know how happy I am that you came into our lives. I hope we will be able to stay in touch. You are an amazing role modle for Alyssa and because of you I am a better person myself. Thank you for your digging and dumping of

Case 3:09-cv-03064-MWB-LTS   Document 245-20   Filed 05/05/11   Page 4 of 6

P-P4

my closets and caring for me even after the skelital cleaning! I'm so embarrassed of who I've been and what I've done, Thank God I'm not her anymore. I know I have plenty of room for improvement yet but I'll just keep working at it. Thank you for you Constant kindness and understanding to me and my girls.

Thank you to everyone who worked on my case. I know I didn't get to know all of you, and some, I'd like to have known you more.

Mel, Bobbie and Becky I know you worked late nights and long hours. Thank you for dressing me and providing all the things that made me feel like a woman; and then some. :) Thank you so much for your endless support and getting my attorney's to the courthouse on the right days and on time.

Lisa, Our jury sucked but at no fault of your own. We had some pretty slim pickin's! Obviously you are an expert in your field and I'm fortunate to have had the pleasure.

Nancy I'm gonna miss you most of all. I'd love to stay in touch but I know you have a busy but good life that takes all your time.

Case 3:09-cv-03064-MWB-LTS    Document 245-20    Filed 05/05/11    Page 5 of 6

P-P5

I could not have done better in the way of a defense team. If I wasn't so stupid maybe things could have turned out differently for me. Believe me, the blame belongs to me. I wear it well.

Thank you all on behalf of my family and my daughters. I know there is more I should say, but with my I.Q. what do you expect :-)

I wish you all the very best and continued success!

As for the rest of you who can, run while the gettin' is good! Pat, you're in it for an even longer haul. I know you've got another good 5 or 6 years to burn up on that ticker of yours and you wont be able to escape me so easily. So, rest up while you can.

My love to all,

Angela Johnson

P.S.
Gordy, I needed you in the beginning but at least I got you in the end. You sure do got it goin' on. :-) :-)