Al,

I can not believe how you have just abandoned me. And you don't think I should yell at you. Tell me what exactly does get you motivated? Certantly not begging and pleading, because I've done that too. I'm frustrated! I can't do this fucking jail anymore. Yeah yeah yeah Pats working on it. Thats funny, I thought you were my lead attorney but really Pat is. You don't do shit for me. You couldn't have disappeared me more during my trial. While Pat + Dean worked late nights and whole weekends you went home. Worried about your other clients. All of this jail time was in vein. Since I ended up saying I was there when I wasn't! You didn't defend me! You never defend me. Anytime I get

GOVERNMENT
EXHIBIT
Q
09-CV-3064 MWB

GOVERNMENT
EXHIBIT
145
CR09-3064MWB

moved you think is my fault.
You never take my side on
anything. I really believed you
were gonna help me A). I
can't believe how this has all
turned out and you couldn't care
less. I would think the least
you could do is try to get me closer
to my family before I'm <u>Killed!</u> If
not for me for them.

You expect me to be all nice and
happy while I'm in this hell hole?

Come On. Get real. You wouldn't
last a day here. But I can 5 years?!
THANX FOR NOTHIN SO FAR.

Johnson

Q-P2