**Jail Visit w/ Angie Johnson**

Monday
12-19-05
9:20pm   Came up to see Angie right b/4
sentencing.
Brought the talking picture frames. (but
Lindsey had the wrong batteries).

Also, listened to Angie's statement in allocution.
She's _exculpating herself_! Tried to talk to
her about _not_ doing that — Tookie Wilson
example (Calif. Crip who _never_ accepted
responsibility executed last week).

10:50pm END.

GOVERNMENT
EXHIBIT
R
09-CV-3064 MWB

12/19/05