PRESENTED BY
DATE

Tuesday
12/20/05

11 am

SENTENCING HRG.

9:05ᵃᵐ – 10:10ᵃᵐ  Working on Stmt.

10:15~ – 10:48ᵃⁿ  Drive to Sioux City
(approx. 35 mi.)

I forgot Ct. Rptr's name. =
Shelly Semler.

Presentence Report — No objections by govt.

Ct's Witnesses:
Brenda Stone
Londa Francis
Robt. Milbraith

Ct. asks Al about P.S.I. —— Al notes we
filed objections to P.S.I.
Ct. says he has them, but has not
ruled on them. Says he doesn't need to
rule given the sentence to be imposed.

11:08 am  BRENDA STONE

T.
Angela Johnson, you're disgusting ....
PJB objects to the personalizing, speaking
,

GOVERNMENT
EXHIBIT
S
09-CV-3064 MWB

GOVERNMENT
EXHIBIT
146
CR09-3064MWB

directly to AJ in a disparaging manner.

Ct. OIR objection.

(This woman made bitter than upset, sad — comes across as angry.)

I am a Christian & I want to be forgiving — but I don't care if she goes to heaven or hell... but she deserves just punishment.

World will be safer when she's gone.

Apologize for Alyssa's loss of her mother (good ending).

Wild 2 in

RHONDA FRANCIS

Terry DeCruze's older sister.
(I didn't take notes on this one — she testified at trial).
(Goes on about what she imagines Amber & Kendi felt).
PJB again objects to this idea that stresses can address the D at sentencing. Again...

S-P2

p. 3.

overruled. Continuing objection noted + overruled.

"What if someone took you + your daughters + shot them one by one."

"You're a disgrace to women everywhere."

11:18ᵃᵐ [Robt. Milbraith]

We all have choices speech.

Angela, your choice when to ———

(Same bullshit ....... addresses speech to AJ, not to the Court.)

(all read from prepared statements — Milbraith

#

11:22ᵃᵐ [Alyssa Johnson] makes her remarks.

(I have a copy in the file.)

—3—

x

11:30 am

Argie reads her stmt. — has made some changes since our visit last night, but did not drop the "I'm innocent" argument.

— talks about Terry DeGeus not being a snitch, but also claims Dustin "lured" her, or Dustin had her unknowingly lure Terry to his death.

— also kept the trial a joke part.

11:41 am — P.J.B. ends.

Sentencing &ts. I + VII → Life Imprisonment guidelines. He follows them.

&ts. II thru V, and VII thru X.
└→ Death Penalty, as per jury's verdicts.

Reminds defense of Notice of Appeal
Restitution — "JLK +

—4—

PREPARED BY p. 5.

No more than 50% of funds will be

Bryan, Texas / Indiana

PJBanks for Missouri as the death penalty state.

CJ.Williams asks for Indiana first, then Missouri or any other state.

CJ. → Designate Missouri as death-penalty state, then Indiana + Texas

11:50 am Ct. advises Angela of Rt to Appeal.

11:58 am End.

PBerry
12/20/05

-6-