GOVERNMENT
EXHIBIT
T
09-CV-3064 MWB

(Tel. Conv. w/ Atty. Al Willet)

4pm
Mon.
10/16/00

Angela Johnson 8/1/00 → tel. # 319-364-2467
X-109

7 felonies 5 §
1 consp.
1 solicitation

Detention —
Benton Cty. Jail 30 min NW of
Cedar Rapids

Known snitch in Jail — Al told
her about it.

Made admissions — 4 of 5 bodies found
this weekend

4 — July 1993 } found this
1 — Nov. 93 } weekend

Tried to hang herself — Friday

Tom Ferris — co-counsel

Lynn Cty. Jail in Cedar Rapids

Ray Correll — investigator

4-5 bodies found — may be D.P. cases

Steven Rapp — US Atty.

Pat Reinhart — lead pros.

Client wants to fight.

5th body →

Nick Grease — local federal Defender

Judge Bennett — Mark Bennett

min - life sentence.

Offer → nothing likely.
significant other!

324 mo. - States

LWOP maybe offer.

CI Williams

Pretrial motion by end
of week.

April 9th, 2001

Case 3:09-cv-03064-MWB-LTS    Document 245-24    Filed 05/05/11    Page 2 of 4

T-P2

JI-39

Sioux City
1 1/2 hrs. of
Omaha, Nebraska

le acquittal)
in 14 cases

Including U.S. v. Benjamin Franklin Moore

Knows Reinhart well
Respect him + trust him at
arms length.

Dustin Hawkins, atty for
Alfredo Purcell

Forensic
pathologist

Dr Lindsey Thomas
from Twin Cities

(5pm)

Mike Sveo
Crime scene expert

End: 6:30 pm    10/14/00

T-P3

Messiah hrg. —
evening jailer involved!

Al Willet

(Meeting w/ PDL
Alfredo Parrish
(atty for Dustin Honoken)
Thurs. at 11ⁿ

Richard Weys

Need bio or Resume

Call Kevin's Rachelle
#502-227-2142

fax# 502-227-4669

270-866-
4215

fax 270-866-4275

T-P4