4/3/01

Wed. April 11 at 1p.m. in Cedar Rapids

Pat Berrigan, Kansas City

4/3/01
- met Angela Johnson at Jail
- emotional, attempted suicide
- no plea bargaining desired
- asked various Qs, showed photos of girl's + boyfriend

GOVERNMENT
EXHIBIT
V
09-CV-3064 MWB