# WATSON & DAMERON LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                                                **Licensed in Kansas only

April 10, 2001

Patrick J. Reinert
Assistant U.S. Attorney
P.O. Box 4950
Cedar Rapids, Iowa 52407-4950

> Re:  **United States v. Angela Johnson,**
>       **CR00-3034**

Dear Mr. Reinert:

While it is true that the government may pursue this trial as a capital case even if the defendant's *Messiah* motion is successful, the court's decision on that matter will greatly affect the defense perspective in this case. Therefore, no plea agreement will be undertaken until the court has decided this issue. If you insist on the April 30th deadline, and the court's decision does not arrive by then, then we will both lose the opportunity to resolve this case expeditiously, a goal that the defense shares with the prosecution.

Although we agree in principle that other parties need not be involved in these plea negotiations or discussions; we will not lie to the court if directly asked, as sometimes occurs, whether the parties are attempting to reach a resolution. Otherwise, we can agree that, other than the defendant's family and members of the defense team, nobody will be privy to our plea discussions.

I am looking forward to our meeting on Wednesday, April 11th. Thanks Pat.

Sincerely,

Patrick J. Berrigan
Trial Lawyer

cc:   Al Willett
       Angela Johnson

GOVERNMENT
EXHIBIT
W
09-CV-3064 MWB

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816)474-3350

W-P1