8/3/01

- willing to do visits in attorney room.
- tapes of 17 yr old and escape.
→ Passed key with kiss in Chicago

- more extended visits in attorney room during court days
- hug in court room for 8 yr old.
- no female deputies on duty frequently.

8/3/01

- met with client at jail approx. 1 hr.
- Sought decision re: plea.  she will call Markey.

- life
- subst.                 25 yrs.
→ fe       8/2/01

8/3/01

2.2 hrs to CR
1.0 hrs c/w M + Pat
7:45 - 800 to USMS / c/w M + Pat
800 - 45   c/w USMS + US Atty
900 - 10   client at jail
10 -           c/w Pat

GOVERNMENT
EXHIBIT
X
09-CV-3064 MWB

Case 3:09-cv-03064-MWB-LTS    Document 245-28    Filed 05/05/11    Page 1 of 1

X-P1