# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                                                     **Licensed in Kansas only

August 21, 2001

*Sent via facsimile; Original Mailed*

Mr. Dean Stowers
Rosemberg & Stowers
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa 50309
Fax: (515) 243-0583

Mr. Alfred Willett
Terpstra, Epping & Willett
118 Third Ave. SouthEast, Suite 500
Cedar Rapids, Iowa 52401
Fax: (319) 364-2460

**Re:    *U.S. v. Angela Johnson***

Dear Al and Dean:

Reports of my death are greatly exaggerated. Having had triple bypass surgery on Wednesday, August 8th, I was home relaxing in my new Lazy-Boy on Sunday, four days later, and am "back to work" a couple of hours per day. You can reach me by telephone at (816) 444-7298, but I am napping occasionally and you may need to leave a message.

I presume that Angela was not interested in beginning plea discussions. In any case, we might as well file a motion to preclude imposition of the death penalty as a possible punishment on the charges we already face, as we know from Pat Reinert that this is a new, but not superseding, indictment. As Dean has this issue firmly under control, my vote is that we let him handle it, with any assistance you may need, Dean.

Take care of yourselves, guys. I will be up and running here shortly, but please do not hesitate to call me at home in the meantime with any questions, problems, or other issues. Talk to you both soon.

Sincerely,

*Patrick J. Berrigan/cg*

Patrick J. Berrigan
Trial Lawyer

PJB:cg

GOVERNMENT EXHIBIT

09-CV-3064 MWB

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816)474-3350