GOVERNMENT
EXHIBIT
Z
09-CV-3064 MWB

**JAIL VISIT w/ ANGELA**

Mon.
10-1-01
8:45 am

Alt. I came up to see Angela.

Discussed: ① Discovery Problems — meeting w/ Pete Reinert + C.J. Williams this morning.

② Contact Visits — appeal to J. Bennett

③ Future Regular Meetings w/ attys — once per month.

④ Monica O'Toole — helping M. Goode. Hopefully will visit soon.

⑤ Wendy — the grand jury misconduct Motion to Dismiss → call to Wendy." — E-mailing J. Bennett

⑥ Plea Negotiations — AJ okay w/ beginning discussions re: trial v. plea. ? to offer 20.

[A] a real impediment to this discussion.
Tells Angela he thinks we'll be in trial

Z-P1

and launched into a discussion about
choices/changes of venue.]
This get AT thinking trial, not plea —
counterproductive.

Trazedone → at bedtime for
depression

P. Berry
10/6/01