GOVERNMENT
EXHIBIT
AA
09-CV-3064 MWB

re: Angela Johnson

PREPARED BY | p.l.

DATE

11:10 am
FRIDAY
12/7/01

Conf. Conv. w/ MARY GOODY

w/ Al Willett +          sec — Sue Ellen
Dean Flowers here.

evidence of head injuries — loss of
consciousness

Some depression — being treated in jail.

Learning disability / brain damage: probable

Intellect deficiencies.   Never got her GED.

Mom → Pearl — has her GED.  Also another
8th grade dropout.

Physical + sexual abuse: medical records
indicate weird sexually related rashes,
infections as early as age 10.

Hypnosis?      Need a neuropsyche — who should
we use?

Wendy used to hit Angie on head every day.
Meth, cocaine w/ available, lots of alcohol

Angie 2 mos. pregnant when bought gun?

AA-P1

MARY can come to Cedar Rapids week of
JAN. 21, 2001. Probably Tues. 1/22 —
FRIDAY  1-25-01.

Rebuking the demons — holding kids down
(under blankets ?) until

Call Neuropsyche:  ① Michael Kelbert
guy in Chicago
No personality testing.
Was on Garza's case.

email @
gummow @
earthlink.net

② Linda Gummow in Salt Lake City
# 801 – 485 – 8802

③ Craig Beaver in Boise    BIG D.P.
# 208 – 336 – 2972    guy —
25-30 cases

④ Tim Derning in Calif.

Angie now on PAXIL → dosage unknown.
" has for years presented w/ a lot of anger
P.T.S.D.    Borderline Personality Disorder

AA-P2

Discussed D.O.J. meeting w/ Mary —
short is good.

Dean brings up plea ——→ problems w/ Angie getting
on board.

Mary agrees May 2002 is unrealistic — "absolutely
No way."

12:10pm    END.                                                       *Buriga* 12/7/01

Case 3:09-cv-03064-MWB-LTS    Document 245-31    Filed 05/05/11    Page 3 of 3

AA-P3