9:30 - 11:10 am



GOVERNMENT
EXHIBIT
CC
09-CV-3064 MWB

9:30am
Wednesday
5/8/02

JAIL VISIT w/ ANGELA JOHNSON

Al, Dean + PJB

or day 6/4
earlier in day A called TD, because D
wanted to talk to him (see him).
"I called TD several times for Dustin."
TD not there — A talked to TD's mom.
     b/c there was a "no contact" order between
TD + DH
7 mos Pregnant at time.

TD's mom didn't like A — "because Terry
was so obsessed w/ me."

She got off Country Club around midnite — TD in
parking lot, waiting. TD interested in her pregnancy
"I think I told him I was pregnant."
TD upset, cried.
"He knew it wasn't his."

As soon as Dustin got there, "I bolted, got
     in my car and go."

She's upset she called TD — lured him there

CC-P1

for Dustin.

① kept threatening to terminate her pregnancy — this even though, supposedly, he didn't know she was pregnant.

When TD's mom called her (→ TD missing) AJ lied to her & told her TD never came to the country club.

(Discussed Dustin's "confession" to her — "Oh, I know what happened"... Shifty eyes, but sounds fairly credible.)

Has not-at-all believable story about Dustin giving her a map to the Greg Nicholson bodies. Allegedly gave it to her while he was in fed. prison in Florence, Colorado. Why? So she could go check on the bodies for him (i.e., make sure they were still buried). No longer has the map (Purportedly, McNeal map would be from her recollection of Dustin's map?

Meth Use discussed. Used every day for "years" but not a problem. Not done in front of her kids & not done when she was pregnant.

Case 3:09-cv-03064-MWB-LTS    Document 245-33    Filed 05/05/11    Page 2 of 7

Knew Dustin was going to see Nicholson.
"He wanted me to get him in the house." She refuses
Dustin had talked about killing Nicholson.

Sure Dustin told her the night he went to
Nicholson's that he was going there.

For some reason I think it was a Sunday.
There was always a brunch on Sundays.

"I was either at home or at work." at dinner
hour (time of Nicholson). Think she was at
shooting. work.

10 miles Clear Lake to Mason City.

If home, she was home w/ Alyssa (10),
and Cristy. Cristy was always at my
house.
Aware Cristy said she came home w/
Dustin late that night — Says Cristy is lying.

Dustin also confessed Nicholson M. to her,
weeks/months later. Seen an article of papers
— confronted Dustin.
" He told me he shot them all, burned them

Case 3:09-cv-03064-MWB-LTS    Document 245-33    Filed 05/05/11    Page 3 of 7

CC-P3

where they couldn't be found,

Dustin didn't own a video camera.

— AJ admit knew about Dustin's ct. date coming up. * Threatened to kill Nicholas.

"Mere presence" defense discussed (by Al). Denies being present, even with McNeese information presented to her.

Denies getting drugs from Dustin. "I ~~had~~ had ~~my~~ own people."

Drug surveillance ~~tapes~~ — Angela says she's hooked up w/ young guy in ~~Des Moines~~ — Sioux City. doesn't want to name him, supplier. "Met this guy thru Dustin."

All her customers in Clear Lake / Mason City an Source was in Sioux City.

Jimmy Rodriguez - source.            Jim Cuman
Lee Hoffman                          Sue Marcellak
~~Dave Nieman~~                      ~~Peter Wiram~~

Figured Dustin cooked meth — "he's a chemist" but not at her home, not in her basement.

Never saw any meth lab — doesn't know anything about a lab.

Cash advances — on her credit card were for Dustin + sometimes her.

Denies knowing Dustin involved in drugs.

Housekeeping issues discussed:

① Denial of Change of Residence motion — we'll ~~appeal~~ appeal.

② 5/21 hearing — she doesn't want to participate

③ → Mary Goody's letters for records "death p. ca

④ Possibility of Interlocutory Appeal — delay in trial setting
Christy Gobitz Cole — "Nicholson alibi
└ (says no alibi wit)

Holly, her sister, is alibi on TD murder

Not afraid of Dustin until TD, Nicholson ~~disappeared~~

CC-P5

[Angela started off friendly, but got very testy and argumentative when confronted with contrary g.j. ✓ + other testimony.]

Plea possibility discussed: This goes nowhere. — AJ wants M charges dismissed. Outright rejects 20 yrs. ✓

["I'm not worried about Tim Cuthompt." "He's lying." Goes on about the lying W's against her — not too realistic today. Wants to deal w/ evid by denying its credibility, +/or existence b/c cant really explain it.]

Teary eyed at end. Complains of being in jail — "it's horrible."

<u>Talking Meds</u>: paxil, trazedone at night.

Arrested morning of 7/29/00 ......., describes events thereafter, assertion of request for a lawyer, witnesses: Loki Lewis + Bradley.

No <u>Miranda</u> rights.

Case 3:09-cv-03064-MWB-LTS   Document 245-33   Filed 05/05/11   Page 6 of 7

CC-P6

AJ says Bobby McNeese's bad mouthing
Al caused Her not to trust Al — as a
result didn't listen to Al's advice re: not talking
to McNeese.

Has one test left for GED — Science — on 5/15/02.

Alyssa's due date = unknown.

11:10 am   END.

R. Berry  5/8/02

CC-P7