GOVERNMENT
EXHIBIT
DD
09-CV-3064 MWB

Tuesday
2:20 pm
7/16/02

Jail Visit w/ Angela Johnson

Al, Dean, + PJB

① Discussed today's conv. w/ Al Parrish.

② Back problems — pain in back.

Bad car accident — 1984-85

Ruptured disc → lower back.

Extensive chiropratic care > accident.

Ron Masters in Mason City ⎫ many
Masters Chiropractic ⎭ years
Saw Him every day for "a long time"

3-4 years total

No tx at Benton Cty, Jail.

1st brought to Jail's attn
Sgt. Lowe — new mattress

No medical tx. whatsoever

Tylenol in morning + at night.

Think she's faking.

Mercy Hospital — Mason City

Accident in Forrest City.

Other driver went to hospital in ambulance

Claim on insurance? = Yes. Name unknown.

FNU Peterson — Angela's lawyer.

Jim McGuire + ___ O'Brien

&rarr; Handled the case. (Mason City)

Settled case 10 yrs. later &rarr; $10K

Had insurance — can't remember name of company.

③ Angie + Reading of Discovery.

Phyllis Prosovist (sic?) — potential defense witness.

④ Transcriptionists + Financial issues, including budget.

⑤ Legal issues: re-indictment based on <u>Ring</u>, our

DD-P2

<u>Aides</u> — Angie got her GED!!
— Marvea due soon.

③ (cont.) <u>Legal Issues</u> (cont.)

Arrested July 29th — <u>cf.</u> reports — say 7/30

Went to Benton Cty. > arrest.

P.D. — Phil McTaggert
represented her at initial arr.

urine test — pos. for
marijuana,
neg. for every thing else.

⑥ College Correspondence Class
— she's good w/ this!
Get Mary to look into it.

⑦ Who goes to trial 1st ——— Angie or Dustin ?
— change of venue goes to 2nd trial
— present interlocutory appeal in 8th Circuit
+ its likely timing.

⑧ <u>Plea Negotiations</u>   Told her 20 minimum is best we
could hope for.    Not interested .
(May want to run 20 by Reinhert anyway.)
Dean will do numbers on drug case — tell

Case 3:09-cv-03064-MWB-LTS    Document 245-34    Filed 05/05/11    Page 3 of 4

DD-P3

p. 4.

Angie how much time she'd do on Drug Table.

(9) Benton Cty. Jail Records discussed — we're still writing for them.

3:58pm
END

P. Burg 9/16/02

DD-P4