Dear Pat,                                           5·10·03

I am going to be as clear as I can. I want to plead guilty. I do not want to wait for any more rulings, not even the 8TH crt. I am asking you to get me the best deal you can and I will cooperate. At this point I will confess to killing the Pope. I have no touched my kids in THREE YEARS now and I've had it. Please get me out of here and into a prison as close to my kids as possible. That is all I ask.

Thank you,

Angela John



GOVERNMENT
EXHIBIT
EE
09-CV-3064 MWB