

Thursday
5/22/03



2:25pm

Al & I came up to see Angela to talk about her recent letter — "I want to plead guilty NOW — let's go!"

Richard Arnold, J. Hansen, Richard Bye, N.D.

Al the good guy —— P.JB. the bad guy.

Talked a lot about the 8th Circuit still sitting on Angie's case — possible effects on plea negotiations.

This all for naught as Angela's first & primary concern is having to stay in the Linn Cty. Jail.

→ Willing to testify against Dustin Honken! including cooperation!

END.
3:30p

GOVERNMENT
EXHIBIT
FF
09-CV-3064 MWB

5/22/03

Case 3:09-cv-03064-MWB-LTS    Document 245-36    Filed 05/05/11    Page 1 of 1

FF-P1