WED.
NOON
6/30/04

re: Angela Johnson

Conv. w/ Charlie Rogers

Tom Miller wd. be happy to see a double plea
with    life imprisonment for Dustin Honken
and 30 yrs. for Angela.

Told Charlie Angela needed 20 — would NEVER do
30.   He expressed uncertainty as to we could
get to 20 under the guidelines

GOVERNMENT
EXHIBIT
GG
09-CV-3064 MWB

12:28pm

Called Al + brought him up to date. Called
Dean — in trial — L/M, long message, on his
voice mail.

END 12:40pm                                    6/30/04

GG-P1

Thursday  Conf. Call w/ Leon Spies, Charley Rogers, Al
Parrish, Al Willett, Dean Stowers,
11:05 am  # Rich Murphy  (Cedar Rapids, AUSA)'

_Main Justice_ → hasn't responded to plea
proposal

_Spies_ → Local USAtty's Office

Rich → Mr. Lawson in Bagdad.
Judy Whetstine, 1st Asst, is out — China
Wall
C.J. + Tom Miller involved in trial prep.

Leon asked Rich what it would take to settle this
case. Rich → DOJ wants offer from us —
then they'll review.
DOJ wants Life v Life

' This guy, when I last met him, was an
asswhole. He still is.

GG-P2

Charley says

Tom Miller → will get life anyway in State court.

→ So, therefore Angela shd. be interested in plea to life.

Charley → puts Q to Rich , that Honken should be willing to plead to life and it is unfair not to let him plead, Otherwise, requiring Angela to also plead in order for Honken!

Al Parrish → goes on + on about why Angela should plead.

"Time is of the essence."

Rodney King — "Let's all work together."

Rich → Tom Miller Has no authority to speak for the U.S.

① McNeese appellate issue

② DOJ not decided on proposal already submitted.

③ Iowa only has a legitimate interest in life # Life. If there, shd. relieve feds. considerably.

Life sentence for AT + DH what all Iowans wd. be entitled to.

Case 3:09-cv-03064-MWB-LTS    Document 245-37    Filed 05/05/11    Page 3 of 4

GG-P3

for DH.

D.J. considering life plus 20 for A.J. —
No response to this yet.

[This conference a complete waste of time. Murphy has no authority to bind DOJ, doesn't know what DOJ will want — this whole thing a fishing expedition for the Hawkeye defense team.

Murphy → Doesn't think any deal for 20 years for A.J. is acceptable to gov't.

Dean Stowers → tells everyone this is pointless. If Murphy has no authority, then what's the point.

END the conf. call.
11:45 am

Follow-up conf. call w/ AJ + Dean till 12:20pm

_Bellig_
8/12/04

Case 3:09-cv-03064-MWB-LTS    Document 245-37    Filed 05/05/11    Page 4 of 4

GG-P4