GOVERNMENT
EXHIBIT
HH
09-CV-3064 MWB

Thursday
8/21/03

9:30 am

## Jail Meeting w/ Angie Johnson

A.I. & P.J.B.

Came up to see A.J. to discuss several issues, including

① 8th Circuit decision + motion for rehearing.
I's, judges, reasoning etc.

② Trial schedule — Dustin's March 2004 date
now looking like our new date.

③ Pat Reinert gone — C.J. Williams takes over.
Tom Miller, State Prosecutor, will probably
be C.J.'s 2nd chair.

④ Plea Negotiations — defense has rejected the
gov't's "proffer first" position.

GOVERNMENT
EXHIBIT
l 23
CR09-3064 MWB

⑤ The Witness List — division of labor.

⑥ Miscellaneous Stuff — trial clothes to Al Parrish "Let's
Talk" letter. Article in today's paper

(Angie shaking back + forth when I arrive + keeps this up
for 10 min. or so until Al arrives, whereupon she is
markedly more relaxed. I pretty much tried to shut up
as a result.).

B. to all →  ⑦ WENDY JOHNSON and the grand jury Issue.
→ "tell her NO DNA evidence to be evaluated".
— Angie

Holly + Mike on a cruise. They have Maurea.

JD
2'35pm

8/21/03

HH-P1