

Local *Solution*
Telephone
Long Distance
Internet Se

WEB MAIL


Inbox     Compose     Logout     Help

**Message 20 of 24**
**From:** "Michael Burt" <michael.burt@prodigy.net>
**To:** "Mary Goody" <mitigate@silverstar.com>
**Date:** Mon, 18 Apr 2005 15:24:43 -0700
**Subject:** Re: Daniel Martell

Mary
Martell material is too voluminous to email, but I'll be glad to fedEx you a
disc. Need your address.
On the plea, the government in our case definately thought they had some
problems after we made some progress in a pretrial daubert hearing. They
also liked the idea that they would be getting some dynamite and that they
could then fall back on "public safety" as the reason to make the deal. Kind
of unique facts unless your client has buried some dynamite somewhere.
Michael Burt
Law Office of Michael Burt
600 Townsend Street Suite 329-E
San Francisco, California 94103
415-522-1508 phone
415-522-1506 fax

----- Original Message -----
From: "Mary Goody" <mitigate@silverstar.com>
To: <michael.burt@prodigy.net>
Sent: Wednesday, April 13, 2005 9:35 AM
Subject: Daniel Martell


> Michael - can you email me the Martell materials?  I would be so grateful.
>
> On another note - we were denied an opportunity to plead our client
(United
> States of America v. Angela Johnson) yesterday by main justice after quite
a
> vigorous request on the part of the AUSA's. So, we're in trial. Any
thoughts
> on why they allowed the Rudolph plea? Did they have a problem with the
> government's case? I am involved in another federal trial in Arizona where
> the AUSA's believe they can get deals for everyone based upon a problem
they
> see with their snitch reliability. Any help you can give us? Thanks, Mary
> Goody
>
>

*1 pm Wed —*



GOVERNMENT
EXHIBIT
*II*
09-CV-3064 MWB

**Silver Star Communications**

http://home.silverstar.com/cgi-bin/mailman.cgi

MG002181 4/19/2005