

Sophia prison
RR1 BOX 42
Iowa City, Iowa 50102

Dustin Honkar,
C10951-029
USPHS, Florence
P.O. Box 7000
Florence, Colorado 81226

81226/7000



GOVERNMENT
EXHIBIT
OO
09-CV-3064 MWB

MCN01-000604

OO-P1

Justin,
I've been wanting to write you for so long. I would give every treasure in the world to hold me. I'm so sorry for what happened.

I'm so worried about the girls. I'm also worried about you. They are trying to give me the death penalty. You know. My lawyer said that he doesn't that they are going to charge you until after my trial.

I hate all of this. I wish none of this would of ever happened. Your mom sent me your letter. I was glad to hear from you. I want you to know that I was scared in Easton, I was not in my right mind when that fucker William started talking to me. He made me believe that he was our only chance and that if I let him, he would help us. He said I was going to go to prison for the rest of my life. He fooled me into believing him. I am so sorry. I thought I was helping her. I know now that it is all

MCN01-000605

OO-P2

planed from the start. I can't believe I will do such shit. I feel so bad and so _____ hated that I _____ myself in _____ I almost died.. I _____ _____ _____ _____ at all. I remember waking up in _____ at _____ hospital like 24 hours later, I guess. I was bruised from head to toe and bit out my tongue _____ from what I understand. They had to block the _____ to _____ that caused me to have the _____ when the _____ hit my brain. I had not been breathing for like 2½ minutes. I don't know

I'm ok now. Still real sad and scared. I miss Alyssa and Marissa so much that I feel like my heart has just been ripped from my chest. I can't survive without my kids Dustin. The girls, especially Alyssa _____ been through so much & I can't even believe this is happening to us.

_____ _____ _____ until January 14th 2005. I have _____ good lawyers. I want you to know that I never _____ admissions of anything that is a lie

MCN01-000006

OO-P3

2

I would never admitt to doing something so horrible. You and I both know I would never of what they are saying I did. I would never hurt a child, mine or any one else's. In the papers it said I made admissions thats a lie!

Then I want you to know that I [?] about you and Christie. I know you were having an affair when I was pregnant with Marissa. I'm not angry about it. I know that she is the 3rd party in this mess. I believe she is the confidential informant. I think she did what she is saying I did. Is this true?

Why didn't you ever tell me about you guys? I remember you telling me once that she was coming on to you, is that when it all started?

[?] who took my gun from under my mattress [?] told Pat R. that she had it at her place, that she [?] it to you. I never knew anything about that

MON01-000007

OO-P4



It all makes sense to me now that I have put two and two together. The only thing I can't understand is why you told me where they were so I could steal them. Didn't you think Christy was already? Or was it because you two had lost touch with each other? Now it doesn't matter anyway. My lawyer believes she is the guilty one, not me. I believe she is also. I think the pressure became too great for her and she put me in her place and told her they that way. I will tell her please but my lawyers Jennifer Dickson I wouldn't have known about anything if only you wouldn't have told me where they were the last time I came to visit you.

Don't get me wrong I'm glad I thought I was to see you and that we all get to spend that special time together I never would have thought it would be our last.

I know the damage is already done but please know it was not intentional I'll never any anything t hurt you. I will not make any deals. I have already made that perfectly clear from the start. I'm so sorry for what has happened I

MCN01-000508

OO-P5

all I can't take it all back. I'm so sorry that you are in the position you are in now. I know it is my fault. For that I will never forgive myself. I have to live with this for the rest of my life. I hope I will be acquitted on these awful charges and I will go be with my daughters, where I should be. I will stay by your side, I know you are going to stay by mine too. Please forgive me for being so stupid and dumb. I'll never be able to forgive myself. no ever.

I have told my lawyers that they need to talk to you ask you what they need to know because I don't have answers for them. They believe me that I am innocent but are afraid that you will let me take the fall for what you may be responsible for. I told them I don't agree and that they will see. I believe that you are going to help me and I never doubted that. I was wrong when I believed that liar was going to help us. She made [?] to us. She is just a piece of shit. My Mistrial hearing is in March. I will try to keep in touch with you. Pow wow.

That you won't bring Marietta see me. This has been so hard on both of our families. I know it just a turn for the worse because of me.

MCM01-000606
I mi[?]

I dont know what to do. I used to be where I can take care of my children. Now always on the go, nowhere to go. I'm so worried about you. I'm staying with friends right now.

What do you think is going to happen to me Justin. Am I ever going to get to go home? Please don't keep the relationship up and shouldn't had secret anymore.

I miss you and worry about you so much! I hope you are ok. Please forgive me. I don't hate you. I know you have every reason to hate me, but I know you don't hate you for that.

I'm ok in here. I've had a couple scuffles but nothing I haven't been able to handle on my own. I don't take shit from anyone.

Take care Justin.

Love you always,

Cindy

P.S. A friend I trust is mailing this for me, which is how I mailed. Because I know ...

MCN01-000610

OO-P7