Thursday
5/22/03

| Jail Visit w/ Angela Johnson |

2:25pm

Al + I came up to see Angela to talk about her recent letter — "I want to plead guilty NOW — let's go!"

Richard Arnold, J. Hansen, Richard Bye, N.D.

Al the good guy —— P.J.B. the bad guy.

Talked a lot about the 8th Circuit still sitting on Angie's case — possible effects on plea negotiations.

This all for naught as Angela's first + primary concern is having to stay in the Linn Cty. Jail.

⊛ Willing to testify against Dustin Honken! including cooperation!

GOVERNMENT
EXHIBIT
PP
09-CV-3064 MWB

END.
3:30p

5/22/03

MCN03-003006

Case 3:09-cv-03064-MWB-LTS    Document 245-44    Filed 05/05/11    Page 1 of 1

PP-P1