GOVERNMENT
EXHIBIT
RR
09-CV-3064 MWB

7-22-03
Wed. 20 something

Greetings from the hole.
Now, that certainly didn't take long did it? I said not to let them bring me back to this fucking jail!

As before, I am the talk of the jail. All these stupid ignorant bitches know about my case. Being called a child killer just isn't sitting well with me.

Yes, I punched that ugly, black, will suck a dick for a hit whore so hard my hand is bruised. Oh I got mine to be sure. The deputy pulled me out of the room so fast and hard it was similar to being sucked out of an airplane. (Then he slammed me so hard onto the floor (face first) that I have a perfectly round bruise on my cheek. Fucker I hope it made his day to throw a chic around, Big man, I hope he got a hard on over it.

I never should have been brought back to this jail! I knew it was going to be like this! I am not able to sit and listen to some fucking crack whore call me a 'child killer!' It's not going to happen. This is the only jail I've had to put up with this crap.

Oh yes, I know I've got to get used

RR-P1

to being branded a defensless baby butcher, but it's gonna take me a while.

FUCK AL. I no longer want to be even associated with his pathetic self. He sold me out a long time ago. He is not my lead attorney. You are. He can't even bring his damn ass up here to see me. He has been and is No good to me. He never ever believes anything I say. Well, either do you but at least you care about me, right. All he has done is talk shit to me for 5 fucking years. I'm done with him. Done.

I know it can't be redone now but I hate that I went along with the 'never present defense.' I NEVER, EVER would stand by and let two innocent little girls be murdered. I wasn't fucking there! Do you hear me Pat?! I wasn't there. Dustin is a paracite and a sociopathic liar who set me up from day one I stupidly let him. I get the dumb bitch of all time award but I'm not a person who can stand by and let someone hurt a child.

I wish I would have stuck with the 'I wasn't there' defense. At least I'd still have that. I got the Death Penalty anyway so whats it matter? I should have taken the stand, then at least I'd understand

Case 3:09-cv-03064-MWB-LTS    Document 245-45    Filed 05/05/11    Page 2 of 4

RR-P2

and accept the fact I fucked myself. But I sat there stupid without standing up for the truth just to die in the end?! Thats wrong!

Fuck that, I'm tired Pat, I can't do this jail, I can't and I wont. I don't know how much more I can express myself! This jail is a train wreck for me. I want out of here and out of here now! Its only gonna get worse for me here.

If you can not help me Pat I'll do it myself. Thats right, I'm not fooling around, I have nothing to look forward to. My kids wont be in my life. I'll probably never touch them, hug them or kiss them ever again anyway. What kind of mom can that make? None, thats what. Being able to have contact with my children is the only thing that has kept me going all this time. I have nothing more to lose. I've lost it all so don't think for a minute my life means jack shit to me. It doesn't.

Oh yes, the latest, It seems nobody in my family wants to take responsability of the 1600.00 counceling bill from M. Hutchinson. Isn't that nice? I understood my brother had that covered, Am I missing something? I don't get it. FUCK!

Case 3:09-cv-03064-MWB-LTS    Document 245-45    Filed 05/05/11    Page 3 of 4

RR-P3

Obviously I can't do shit about it because I'm a helpless lump of flesh, so I don't know what to tell you.

I'll sit here in the hole until I see or hear back from you. Don't even think about calling here and getting me put on suicide watch either or it will be over before you can don your cape and fly here.

Please hear me Pat, I can't be more open and honest with you than this. I'm not threatening you, I'm serious.

Please help me get out of this fucking concrete hell hole. I won't ask again.

Sincerely,

A. Johnson

P.S
I know you're
probably pissed
right now and I'm
sorry but I can't
help that.

Case 3:09-cv-03064-MWB-LTS    Document 245-45    Filed 05/05/11    Page 4 of 4

RR-P4