Jail Visit w/ Angie Johnson

Monday
12-19-05
9:20pm   Came up to see Angie night b/4 sentencing.

Brought the talking picture frames. (but Lindsey had the wrong batteries).

Also, listened to Angie's statement in allocution. She's _exculpating herself!_ Tried to talk to her about _not_ doing that — Tookie Wilson example (Calif. Crip who _never_ accepted responsibility executed last week).

10:50pm  END.

GOVERNMENT
EXHIBIT
55
09-CV-3064 MWB

12/19/05