Tuesday
12/20/05

11 am

SENTENCING HRG.

9:05 am – 10:10 am  Working on Stmt.

10:15 – 10:45 am  Drive to Sioux City
(approx. 35 mi.)

I forgot Ct. Rptr's name. =
Shelly Semler.

Presentence Report — No objections by gov't.

Tt's Witnesses:
Brenda Stone
Londa Francis
Robt. Milbraith

Ct. asks At about P.S.I. — At notes we
filed objections to P.S.I.
Ct. says he has them, but has not
ruled on them. Says he doesn't need to
rule given the sentence to be imposed.

11:08 am  BRENDA STONE

T.
Angela Johnson, you're disgusting . . . .
R.J.B. objects to the personalizing, speaking

GOVERNMENT
EXHIBIT
TT
09-CV-3064 MWB

TT-P1

directly to AJ in a disparaging manner.

✱ Ct. O/R objection.

(This woman more bitter than upset, sad —
comes across as ANGRY.)
I am a Christian & I want to be forgiving
but I don't care if she goes to heaven
or hell..... but she deserves just punishment..

World will be safer when she's gone..
Apologize for Alyssa's loss of her mother
(Good ending).

Wil2 m

RHONDA FRANCIS

Terry DeGeus's older sister.
(I didn't take notes on this one — she testified
at trial).

(Goes on about what she imagines Amber +
Kandi felt).
PJB again objects to this idea that
witnesses can address the D di
continuing. Aga...

Case 3:09-cv-03064-MWB-LTS    Document 245-47    Filed 05/05/11    Page 2 of 5

TT-P2

overruled. Continuing objection noted & overruled.

"What if someone took you & your daughters & shot them one by one."
"You're a disgrace to women everywhere."

11:18ᵃᵐ  [ Robt. Milbraith ]

We all make choices speech.

Angela, your choice when to . ———
(Same bull shit ......... addresses speech to AT, not to the Court)

(all read from prepared statements — Milbraith

———————————※———————————

11:22ᵃᵐ  [ Alyssa Johnson ] makes her remarks.
( I have a copy in the file.)

-3-

Case 3:09-cv-03064-MWB-LTS    Document 245-47    Filed 05/05/11    Page 3 of 5

TT-P3

11:30 am

p. 4.

Angie Reads her stmt. — has made some changes since our visit last night, but did not drop the "I'm innocent" argument.

— talks about Terry DeGreers not being a snitch, but also claims Dustin "lured" her, or Dustin had her unknowingly lured Terry to his death.

— also kept the trial a joke part..

11:41 am — P.J.B. ends.

Sentencing    Cts. I + VII → Life Imprisonment. guidelines.

Cts. II thru V, and VII thru X.
↳ Death Penalty, as per jury's verdicts.

He follows them.

Reminds defense of Notice of Appeal
Restitution — $76K+

—4—

Case 3:09-cv-03064-MWB-LTS    Document 245-47    Filed 05/05/11    Page 4 of 5

TT-P4

p. 5.

No more than 50% of funds will be

Bryan, Texas / Indiana

PJB asks for Missouri as the death penalty state.

C.J. Williams asks for Indiana first, then Missouri or any other state.

CT → Designate Missouri as death-penalty state, then Indiana + Texas

11:50 am Ct. advises Angela of Rt. to Appeal.

11:58 am End.

12/20/05

—5—

Case 3:09-cv-03064-MWB-LTS    Document 245-47    Filed 05/05/11    Page 5 of 5

TT-P5