10/1/01 (Mon.)

11:00am

GOVERNMENT
EXHIBIT
UU
09-CV-3064 MWB

Meeting w/ Pat Reinert, C.J. Williams + ~~Bruce~~ RICH MURPHY

and Al Willett in Al's office

①. DISCOVERY ISSUE

— Starts w/ discovery

Reinert says he + CJ Have consolidated their file

— This a complete waste of time — this Bruce guy is an asswhole. Discuss some options at Al's urging — which is good, b/c I'm done w/ these guys discussing office security, who's going to come to witness room, — much discussion about B.J., No discussion about ~~obvious~~ I.J.

— These ~~guys~~ have No specific proposal.

Al proposes copies to us of everything

Case 3:09-cv-03064-MWB-LTS    Document 245-48    Filed 05/05/11    Page 1 of 3

• except grand jury testimony.

Bruce suggests the opposite — g.j. testimony but NO REPORTS.

END of month deadline on agreement — and response sooner if NO agreement.

Al also ~~proposes~~ proposes allowing 1 copy to be kept locked in FED. P.D's office. Here in Cedar Rapids (a v. poor result for Dean + I). Tries to retract on later discussion — need 3 sets, 1 in each P.D. office in town where attys. reside. (not much better).

Al also points out AT not getting copies of documents —— He isn't copying here.

Al already talking about how loyal, reliable cleaning people are — this actually discussed!

Case 3:09-cv-03064-MWB-LTS    Document 245-48    Filed 05/05/11    Page 2 of 3

UU-P2

② PLEA DISCUSSED

20 yrs. at end of day. Reinert seemed interested, Murphy & C.J. not so much.

③ DEAN'S CONFLICT

MR. Walstrom ⟶ guy Dean Stowers represented. Cooperating Witness —

Woodbury Cty. Jail — aware of escape attempts of DH + mentioned Angela's name.

. Doesn't know what Walstrom said about Angie.

11:48am END MEETING.

UU-P3