# WATSON & DAMERON, LLP
### TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen• • Jesse B. Garcia• • Jason B. Billam••
Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                                         **Licensed in Kansas only

October 9, 2001

Angela Johnson
c/o Linn County Jail
53 3rd Ave. Bridge
Cedar Rapids, IA 52401-1705

>      ***Re:    United States v. Angela Johnson***

Dear Angela:

Mary Goody, our mitigation specialist, is planning to see you on October 18th and 19th. She will have some records releases for you to sign, but otherwise, Mary will be interested in talking to you about your family, your daughters, and how you are doing presently. I think you will find Mary to be a caring and compassionate person who is easy to talk to and get along with. Unfortunately, I will preparing for trial in a federal death penalty case here in Kansas City that starts on October 29th. That case will keep me busy until just before Thanksgiving. Of course, if you need anything, Al is just down the street, and I know that Dean will be happy to hear from you also.

I wanted to mention briefly that we told the government that we might be interested in a deal for 20 years. Much to my surprise, they did not reject our number as being completely out of the question. I expect we'll have some future discussions. Dean is going to put a sample plea package together for your consideration. If it's suitable, we can present the written proposal to the government. We'll see how it goes.

Take care of yourself, Angie. Please give Mary my fond regards when you see her and help her out in any way that you can. I will be up to see you towards the end of November.

Sincerely,

Patrick J. Berrigan
Trial Lawyer

PJB:cg

cc:     Al Willett
        Dean Stowers
        Mary Goody



GOVERNMENT
EXHIBIT
VV
09-CV-3064 MWB

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816)474-3350