# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam*
Of Counsel: Ramón Murguía

*Licensed in MO & KS

All others licensed in MO only

February 7, 2002

Ms. Angela Johnson
c/o Linn County Jail
53 3rd Ave. Bridge
Cedar Rapids, IA 52401-1705

    *Re:*    *Plea Discussion*

Dear Angela:

It is an absolute shame that, in two and a half days spent in Cedar Rapids, I was not able to get to see you in the jail. Please accept my sincere apologies for that. We did make significant progress in the discovery battle, and Dean will soon forward you a copy of the Amendment to Stipulated Discovery Order, which outlines our new agreement. This agreement should greatly speed up our ability to absorb all of the Government's evidence and more intelligently talk to you about your options. We will see.

While we were in Cedar Rapids two weeks ago, Pat Reinert approached me very briefly about the plea discussions we had had sometime last year. He indicated that the Government was not wed to their requirement that you plead guilty to a life sentence, but would instead consider a sentence of 40 years as sufficient, with pre-agreed downward departures if certain conditions were met. I informed Reinert that 40 years was indeed a life sentence and that this would also be unacceptable. We would need to be closer to 20 years with a guaranteed scenario which would not subject you to additional time. That was the extent of our discussion.

I mentioned this brief discussion only to keep you apprised of developments in this area. We are not really making any headway, although that may change in the next six months or so.

I'm hoping to get up to see you when Mary comes later this month. We are working on a second motion to get you contact visits with the girls. Keep your fingers crossed.

Take care, Angela.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw    bcc: Dean Stowers

GOVERNMENT
EXHIBIT
X X
09-CV-3064 MWB

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

XX-P1