8/3/02

TC  Pat Reinert

he will be filing new indictment
~~the~~ correcting dismissed counts and indicting
death penalty factors under _Ring_

he asked for time to do bill of parts. in
light of new indictment, I agreed.

he wants to resolve case by plea. spoke of
need to clear any deal with families. he seemed
to agree with concept of Rule 11(e)(1)(CC) plea
to term of years arrived at by reduction for
substantial assistance being factored-in.
agreed to travel to DM for meeting since this
was central location for us.



GOVERNMENT
EXHIBIT
44
09-CV-3064 MWB

Case 3:09-cv-03064-MWB-LTS    Document 245-52    Filed 05/05/11    Page 1 of 1

YY-P1