Memo: 8/21/02 Plea Discussion

PREPARED BY

DATE

2 pm

@ Dean Stowers office, Des Moines, Iowa

Tom Miller          Pat Reinert
Thomas H. Miller

GOVERNMENT
EXHIBIT
ZZ
09-CV-3064 MWB

proffer — interview him

polygraph — maybe

Plea → to multiple counts involving
each victim.
Title 18 or Title 21 —
doesn't matter.

Reinert never specific on Nos. but we're
far apart.   He claims to want death for
Honken + AJ cooperating but he can also do
double/joint plea w/ Dustin getting LWOP —

Miller reflected that he + Pat R. had talked early on
about offering AJ 10 – 15 yrs for info. leading to
recovery of the bodies.   This pre-McVeese of
course.  (Suggests to me our high teens, low-20's
offer is not out of Whack

P. Beny

ZZ-P1