# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams*

Of Counsel: Ramón Murguía

*Licensed in Missouri & Kansas

All others licensed in Missouri only

June 7, 2003

Ms. Angela Johnson
c/o Linn County Jail
53 3rd Ave. Bridge
Cedar Rapids, IA 52401-1705

 

**RE:    Plea Discussions with Pat Reinert on 6/7/03**

Dear Angela:

I spoke briefly to Pat Reinert about your offer to cooperate against Dustin Honken, including the idea that you were willing to testify against Dustin in a capital murder prosecution seeking death. I also advised Reinert that we would want in return a sentence of less than 20 years in the Bureau of Prisons.

Consistent with his previous pronouncements, Reinert was very noncommittal, wanting to get a proffer (statement from you on the record about what happened) before making a decision as to what position the U.S. Attorney's Office would take regarding sentencing. He also voiced an opinion that the Department of Justice would not authorize a sentence below life imprisonment for you, even if you were cooperating against Dustin.

I told Reinert I would discuss these matters with you, but that I was pessimistic about an agreement unless the proposed sentence was substantially below life imprisonment. Hopefully, if we win in the Eighth Circuit, the government's position will change in our favor.

Meanwhile, as per innumerable previous admonitions, Please do not talk to anyone in the jail about the contents of this letter, your case in general, or your present dispute with Mr. Honken. I hope to be up to see you by the end of the month.

Take care, Angela.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc:  Dean Stowers
     Al Willett

GOVERNMENT
EXHIBIT
AAA
09-CV-3064 MWB

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax: (816) 221-1636 • (816) 474-3350

AAA-P1