WED.
Noon
6/30/04

re: Angela Johnson

Conv. w/ Charlie Rogers

Tom Miller wd. be happy to see a double plea with life imprisonment for Dustin Honken and 30 yrs. for Angela.

Told Charlie Angela needed 20 — would NEVER do 30. He expressed uncertainty as to we could get to 20 under the guidelines

12:28pm

Called Al + brought him up to date. Called Dean — in trial — L/M, long message, on his voice mail.

END 12:40pm

GOVERNMENT
EXHIBIT
BBB
09-CV-3064 MWB

R. Burg

6/30/04

Case 3:09-cv-03064-MWB-LTS   Document 245-55   Filed 05/05/11   Page 1 of 1

BBB-P1