re: Angela Johnson

<u>Tel. Conv. w/ Charley Rogers</u>

3:35 pm
Mon. 7/12/04

Charley called me on his way back from Cedar Rapids meeting w/ US Attys' Office re: <u>Dustin Honken plea</u> ~~proposal~~. Larson nice guy, listened to us.

Tom Miller wants to resolve case, but CJ was a jerk

Dustin will do the deal, wants 20 for Angie, but contingent on Dustin getting to see Marvea. Optimistic, but not great deal of confidence this can happen.

U.S. Atty. Larson wants letter from <u>Honken</u> defense team outlining proposal + reasons for it.

Charley feels better about a plea than he has in quite awhile.

Thursday — hearing on Bottoming Dustin to the floor. It's a closed hearing — no point in going.

Final PTC the week b/4 trial.

Voir Dire will go 2 wks. — individual voir dire on death penalty by attys. — General voir dire to follow.

END
4:12 pm

GOVERNMENT EXHIBIT
C C C
09-CV-3064 MWB

R. Bulligan 7/12/04

CCC-P1