

GOVERNMENT
EXHIBIT

09-CV-3064 MWB

DDD-P1