Johnson.e
Hardin county jail
Yo do't know the routine.  They buy me cokes.
Never seen parents togtehr
Neger remember my dad toufchingme likethat.
You won't believe how beautiful my mom is
My mom was so pretty
Mom not have much strength.  Srugglign to hold the bhbiers.

Oh,I think that is m grandpa.  Oh my god.  Grandpa Gomez.  –probably skip

Thisi scolorado pic—tammy and jodi.

Momisopretty
Uncle Ronnie—aunt darlene's husband.
My mom and dad—ublievable.  Doesn't he look like elvis.
Wendy was so cute
Mom looking tired
I remmbmer this coat, I was always in red.
Me dancing with jimmy
Jamie and wendy don't get along, they don't talk.

I get my smile from dad
This is grandma sun and grandpa son.  My mom 's mom and step dad.  Coolest people
eer in the word.  Funny.

Me—cute dress

This I smy dad. –prideful
Loved the weeping wi—me and my dad.  Look I'm wearing red.

Dad putting bikes togther.  I remember rhim doing that.

My suierplum—marea. Her favorite color is red too.

Compares pictures of her and marvea

Grandma sun, loved her.
Oh, my god.   This is my dad in school

(54-55)
I look so much like him

Right before my arrest , me and marvea

GOVERNMENT
EXHIBIT
HHH
09-CV-3064 MWB

MG004509

HHH-P01

This is when it was going bad.   Pic of all kids.   With tony and Shannon. The stepsnothing ever good after cookie

Dad is os handsome

Tell the truth.
Taking notes

Confidentiality

## HISTORY

Mom and dad and their marriage. Well, their divorce was when I was four. Not a lot of mmemory of them being together. I think I have mmore memories of being at grandma sun's house, dad pick us up.   Sund, coolest oeple that ever lived.   Dad picking up from there. He would take us, I remember, I don't' remember a lot of things, remember him taking us in his car and me siting right net to him and going down this gravel road nd he took hands off steering wehll, and I saw was driving with knee, like our big secret. Closer ot dad than other kids? I don't hink so. I know ater cookie got in picture, not much time, bi just felt like my dad didn't love me. Felt like that a lot. Flet like that until arrested. Cookeid made it really hard. Told me he didn't. say mean things. And as I got older, she tell lme cause lok too much like mom. I told granma sund. She would say, cookie doesn't like you cause look like mom.

Yea I look a lot like dad. I never knew that.   I have this dimle, right here, under irgiht ye, and I thought was adopted. I knew I must be adopoted, coudlnm't be realated to mom and then saw picture and he had that same dimple, there goes adoption idea.

Coud'nt be related to mom? I don't know. I didn't think I fit in any where.   Other kids did?   Idk that.   Idk that.   What age?   Relativtely young. Probably around school age.   School ws really hard for me. I defineltey had add. Because I I ws like beyond lerning anyting. Almost like not hear what was being said, not really there. I thik that is add.   Daughter have it? No. but you know, the only person, who could teach me anything was wendy. I would be so upset about something and she could teach it to me. Taught me how to tell time. I remember being in school and not tell time, and taecvher making fun of me, and I was crying, wendy said, it is easy and she sat with me and explained to me, right the quarter after, and not being th same, and I could understand it. Ener forget that. All through schooo, I knew I could ask wendy and she could tell. She

MG004510

HHH-P02

owould do it for me.   She could speak both languages/ teach me anything.  N one else could.

Mom and dad?  Well, I remember a lot of turmoil when  they must be getgin divorced.  Dad din't want divorce. Know mom wanted it.  Remember being sick one time and I was sickly kid.  I was sick a lot.  I was sick and whenever one of us was sick, sleep in mom's bed, and I remember being I mom's bed and mom must have ben going on date, not that often, there with babysitter, and remember something under mom's bed and I freaked out, and it was dad.  He was saying, it is just dad, just dad.  I was screaming and hollering.  Dad was trying to comfort me.  She called the cops and the cops coming and wait, it is my dad.  That was took late and taking him away in handcuffs.  They wre uttin ghim , then took thme off and walked out with him.   Doing there?  Idk.  Probably nothing bery good.

I remember my dad, coming to see us when we lived in kenosah by the lake.  Came I big truck, maybe semi and I thought I could hide in there and cgo with im, and think I was caught.  I got tired of caught.  Can't remember.  Laughs.  Trying to get in truck and that was work.

3rdgrade in thornton.  Learned it was ADD.  It was awful.  Coun'd learn anything.

During 3rd grade year, mo took us toks.  My mom ws pregnant wieth holly.  Leave her at the orophanage.

Time in Colorado?  Let's see.  My memories of colora are of carl.    ?/ I'll tell you.  One day, mo would take us to store.  Alays walked everywereh.  Wnet and got groersei.  We were all carrying bag and I remember  wakling and one of us dropped a sack, cauased another one to droop and food going everywhere canana nd oragnes rolling.  Mom was don't cry ry to calm us down.  Al still crying.   Then  laughs, carl was atelephone man and he was up on tlepone pole and said, can I help you.  Hlelped gaher up groceries and gave us ride home intelephone truck and we are like yes yes.  He gave s  ride home and asked mom out for date, but she dind't date.  >??? She just didn't.   we lived in apt complex and empty apt. across the hall from s and he rented it.  Oh.  He was just like a life saver.  I really liked him.    I don't know if trying to get to mom. I took a shining to him.  He was so coo.  Me and wendy out to the house of pies.  We bought every slice of ie there was.  Sometimes just took one bite and not eat and try and idffrent piece.  Sitting at the counter.  Never forget, peant butter pie.   One time,  they have cockleburr's and look like this, drawas.   They are shar.  And small.  Behind our house was like  opwen field or open lot and I remember going barfoot, across that ,and getting cockle burrs in feet, I sat down and cscreaming, all I could see, was bleeding and crying and carl was there and picked me and picked them out of my feet.  He was my hero.   And I remember him taking us up the  mountain. Mom alpong? , yes, to the zo.o.  mom was with.  To the north pole,  a place where santa was and reindeer. And mom had us all dressed in red and white striped shorts and shirts.  I remmbe rgoing to school and  trying to, always wrote

MG004511

HHH-P03

angle on everything. I wrote, angela and A looked like o and teavher calling me angelo and I ws crying. And one day carl was asking. I told him why and the next day after school, at the end of the day, he came walking in and angie, wiat and she won't clal you angelo any more. He gae me my name back. Oh. Loved him. We would say, please marry carl. I guess he was like staling her. I guess moving in to apt in her complex is a little creepy. She was always with us, we had free reign in his house. Go into his apt and him letting us pain on his windows a crhtistmas, a dn me painitng jesus in mangare. Wendy said, always paint same thing. And carl sai,d paint what want. Then I remember one time, this is so stupid, laughing, lokk back and he had to be away,e he slep on living room floor on mattress. And I rmember a big picturer of water on the floor and I went over l, lapping it like a dog. Like a dog would and then crawled back out the door, I bet he had a hard time not lauging isin't that stupid. Laugh. Oh funny. I remember one time, he let me and wendy wash his harir in the sink. And I remember, ginger, she was most beutfiul black lady. She must have been hooker or go go dancer, and wore cool clothes and give us candy. And say, mom know you are here. It wasn't. one time, you go ask mom, I will take you out fo rice cream and awe went around the corner and pretended we asked, we never got caught. And I rmember around the back of the block, ahosue of nuns, a swinging, bench on porch and we went there and nuns would give us one of those peanut candies, shaper like marshalmmal and then we moved.

Oh, I remember a bad thing. I remember wendy, over at gf's house, and all these a bunchg of apt, severybody lived really close, I remember ice ceram truck coming by, dibnda a ling, remember that. Snow cones. Ony dime. I remember that. And I remember being with gf and wendy coming over and wendy stayed in the ouse with th4e dad and he had hairy arms and bald headed and looked creepy to me. I ws out paying, and I was like where is wendy. I went to the front porch and seen wendy, sitting on couch and they were kissing and I said, stop kissing that man. She said angie, get out. I said, going to tell mom. And wendy said get out and going to beat me up. I ran past gf and I ran to mom. Wnedy is kissing a man. Mom came running down and grabbed wendy, don't come ner my children again. Neer splke of it again. Not like a child molesting thing, she was into it. Ahd to be like eight or nine. She din't want to stop kissing. To me it looked like, I didn't like it.

Most of ememories in colorad were pleasant/ yes.

Contact with gomez's, saw them quite a bit? Fun. We liked uncle skip and aunt Maggie and girls. Always fun. Ver religious? Not religious at all. Only religious people were mom and Jensen. Mom's mom. Have no memory of alber. Floreence and andy.

Albert died when I was in my 20's. he alwys lived in Colorado. Went to see alber tand his wife.

Florence married to andy. Pretty young, mason city.

MG004512

HHH-P04

Floren'ce and andys' relgions? Big influence on mom. I dn't think mom would have bene enarly, as far as did if not for gramd and jenson, influence and Imoved in with us and then it really got bad. I say thata is when the religious diroder started. Laughs. ?/ if dint' laugh I would rooably cyr. Laughs . I just, look back on it, I shake my head. Craziness. No safety net. It wasn't like that in Colorado. It seemed like I hate to use word normal, I dint' know normal. Colorado life as good and we come back and there is jensons, doing releibgous thing and dad nd cookie and cookie being so mean to me and she was secretly mean to me. Not out in the open. She would say mean things to me when we were by ourselves. I hated here. She would tellmy dad lie, lie right in front of me, and say things things, and he always believed her, just whshowing me her power is what she was doing. I just , wanted so bad to go se my dad, and I get there and be miserable, so fucking mean. I hated her. I don't' hate her anymore. ?/ I don't hate anybody, Still alive ? still married ot my dad. I guess I have learedn to accept her. 41 years and I accept there marriage. Laughs. That is my little joke. Wans't funy then, terribly mean to me. Saying stuff about mom, like I had to defend my mom. And I dok why were wre always alone togeth and on me, always, she hatd me, I hated her.

You and wendy in personality? Wendy has a real kind of , don't want to sayt subservient, she can blen int her environment. Didn't bother her to hear shit about mom, when cookie would say mean things, just go with the flo. And I felt like she was being traitor to mom, should defend mom and therefore my sole repsonislbity to defend mom. I was always defing, I had todefend jimmy nad wendy neer help me fucking do that. And it was her job, but my repsonsiblity and I did dit. I was keeping family togehte. Always trying to keep kids togher and cookie was trying to turn us against each other. We have to stsick togher , have to always sstick togehr. Cookie said I used to run the family. I dn't want her to , come between us. She always seemed like trying to destroy comseitig, break aapart things. Feel lik,e even when little, a nervous wreck, had to keep an eye on yer, plant evidence on ,e or do seothg, I rmember one time, dk if dad belives me or not, I remember wen to see him one time, and it was like, 12, and I rode the bus home fromchippewa to mason city. Maybe 13. dad giving me monmey secretly, keep this between you anmd me and I hid it. Don't tell cookie. A dn when cooie, tok us to bus and dad said, give her a few bucks. And I hid it, and I ws getign on the bus, and she said, you have 20, I would never tell her anyting, and I felt like I betrayed him, I still acarry that with me. Talked about it as adult? No. never told anybody about it ever. Mary goode and now you. I hid that money and I think hid it like in a polcket of jeans. That etich went through everything. I got her back. Backfired. The next time there, I storle two pocket knices and macremae owl that was cookies and put them in my suitcase, knew would find it. I don't' know how thought going to teach her lesson. She said, I know you wanted knives fo rlitle borther, ut shouldn't steal, I know dad and I felt bad, stupid and sorry and whatever trying to prove, didn't prove it, her gettgin in my stuff, but the more I tried to defend self, and I told Shannon I was sorry and I gave hsannon my new night gown from grandma sund to make up for it. Gave new night gown? Cause I felt bad, I guess. .ijst didn. Tel lyou to? No. whenever cookie tells story, there was a lock on her suitcase. Like I stole form them all tehtime. Never stole form anybody. Told

MG004513

HHH-P05

mary goode. Bitch never had a lock on any suitcase. I dnit' have no money for anything. I just thought. , even though in jail, trying to make me something.

I don't know why she did the things she did and I was very stupid, I walked into it. Walking into it. Always walking right into it and trying to be so careful and walk right into it. Laughs. And still walking right inot. Idk. I just sigh. I thing so smart and clever and wlak right into shit walking around in a daze. Don't' know what my fucking roblem is. Hope obver that now. That was a large hop. Everything is cookie's gault. No. that was large jumjp to that . grandma and ranpa when moved into hosue in masoncity. Wasna't a good thing.

Describe mom? Beautfil always beautiful , most beautiful woman alive. Always pretty. Cause so beautiful. So important to you? Just see, just so beautiful. Never thougt, even on tv, no body prettier than my om. And I was proud of her for that. Being so beautiful. I loved it when kids owould say, your mom was so pretty. Meant to you? Idk, gavbe her some normalcy.

Very artistic. Got great interior decorating skills. And she is strict. Was strict. And sheis very religious. And good mom. A really good mom. Not such a good mom when having that religious, but great now.

Some not have contact? It is there loss. She is not the same person. Never got through this without her. Never. Tearing. ?? Jamie and jimmy and wendy. Me and holly only ones that do.

Contact with everybody? Yea. Crying. Before got arrested, jimmy and wendy dind't talk and Jamie and wendy dind't talk and me and wendy didn't talk. And after arrested we all came together and , eya. Wendy is kinda the family pot stirrer. She likes to shake things up a bit. Not very accurate. But she's good sistser.

Example? Well, she and still amazed, she can still do it. She can tell a lie and belive it is true. She could say something happened, but it dind't really happen, but since she said it, she bleives it happened. She can convince herself things are ture. I hate that abou tit. Can't tell her. Exmpales? Think I could pull righ tout of the air.

She is such a liar. I guess her biggest thing is she alywas repateds and adds or deletes. Never accurate. But by god, try and tell her, I didn't say that, that's not, that is what you told me, no it isn't. not very accurate. Intentional? Uh huih. Intentional. I think she likes to spice things up. Involve herself in situations almost. Some people would think not in y business, she be jumpint right ini. Examples? I guess the lats thing, really bothered me about her. Her grand jury testimony about me, she never saw me sell drugs. Never saw me, she did drugs with me, but never saw me be a drug dealer, and her grand dealer, said knew I was a drug dealer. I asked her, did you see me. Doesn't think befoe she says. And also said, have talked to her about the case, anything confessed, and well,

MG004514

HHH-P06

so much in paper, and talked so much, I can't tell different in what read and talked, and she knows I never talked to her about the case. Shit like that.

To elevate herself? Yea, thank you for that, she never admits when she is wrong, never admit a mistake. Me, I think I always right, but by golly, will say I'm wrong, I fucked up, never admit to doing wrong. Very crafty and talented. Talnted at? She sews and always got something going on.

Differntces? Wendy kissed her ass. I din't. I never kiss anybody's ass. Made life kinda hard for me sometimes. Like jailers. I will joke around but not kiss their ass. Somepoeple are like such an ass kisser, what are you going to get. Some peole are just ass kissers, I'm not.

Wendy is an ass kisser. But she gets what she wants. She is very gracious giver. She gives freely of herself. And also good receiver. I am gravious giver but not receiver. Hard if someboy even pays me compliment, or does something nice. I can't stand that. And my firend, says, can you just let me buy this, you are not gracious receiver. I said, yo're right, buty that stuff.

Dad and cookie? Usually every summer, every other summer. Not often? Often enough. I was always wanting to go home after got ther. not wait, and then why the fuck was I coming in and she was always fucking me in the end. I had to be on my toes.

I could never relax. She is going to sneak up on me, or something. Crazy. And she did sneak up on me a few times. One time she snuck upon me, I was really really sick and had bad ronsillitus. And I remember being on pennicillian and my mom, you shouldn't go, to dad, and I wasn t to go, I want to go, went to see dad, got to see granadma and grandpa sund. Once get there, won't leave, never worked out that way. But, really sick and I convinced mom to let me go and she gave dad the medicine, make sure gets it. Bad sore thourstas. And I remember after getign to dad and she never gave it to me. I told her, need medicine. She was, later, do it later.. and I was going south man. High fever. Laying on couch, freezing cold in middle of summer. And cookie saying, we are going to bech. I cn'ati'm sick. Gong to stay honme. Not stay in house alone. I got swimming suit, I was so sick. I had a high fever. So cold. And we got to beach and I wantd to stayin car, was warm. Get out on beach, walking out on dock and sitin gin sun and I know it was her, she pushed me in the water, and I remember, drwoning, I was drowning, I was sucking in water, sea weed and someone pulled ome out of the water, I couldn't fuckin breathe, in bad shape. I stayed upon sand and sicker than hell, probably uncociosu, got home and went on couch and dad came home and first time, he saved me, he came in house and said what is wrong with angie, was swoleen and like never had chin. He flet me, get the car, going to hospital. And dad, thank you. They said, whole in throat, the size of pencil. Cookie not giving me my medicine. I would have died. Hih ihiha. No one ses it that way. They say, I just got sick. In the hospital auite a while. She snuck up on water. To me, she was intneitonally trying to make me sick. If not wanted me sick,

MG004515

HHH-P07

would have given me medicine, I thought she was intentional, I thought she was trying to kill me, that is what I thought. Try and tell that to somebody else. You? Probably not.

Everybody believed her not me, after a while, I just took my knockes and wroll with it.

I hatenot being bleived. When I tell someone. I don't make up shit. And when tell somebody and I don't bleive it. I think it started with cookie. I hated pat. Neve bleived anything I say. That's bullshit. Not fuckin talking to you anymore. If I say something it is true, not lie to you. Do't make shit up. Unless purposely doing it. Tryint o steer sometone wrong. If telling truth, don't' need to lie, pretty honest.

You were telling him the truth and he dint' elive you.

Get along with him now? I like him. I call him and dean stowers, doom and gloom. Cuase, everything coming out of mouth, is never positive. Here come doom and gloom.

He gets very frustrated with me. Very imuslive. Sometimes my own worse enemy. Iswear.

Impulsive is ADD. Yea probably.

Amazing your kidsdon't have it. Neither one of them. I thnk brooke has it. Which of parents/ my dad.

My nroyther had it. Jimmy. Ithink I had it bad where I couldn't think. I m really impulsive. I think I think it rhough and then I didn't. god I should have throught that through better.

Caffeine have on you? I love it. Idk. Hyper or calm? Neither. Drink coffee and go to sleep? Yea. I could drink a pot and go right to sleep.

Spped have on you? Loved it. I was big into crank. Its effect? Made me fel like leap tall building, go anywyere and do anyting. Made me ver confidant. Thinking? Clarity of thought? Always, thought doing right thing,, een if wrong. I would always justify it someway.

But now that I am clear minded, I can see how I was wrong. And in the lot , thought perfect mom, employee, but I was NOT. I workerd too much, gone way too much, working was way , idk wahy put working in front of everything but felt like I had to prove something. I wish spent moe time with kids. And always s been the some important. I ws saying that but working way too much.

I was sick in Sioux city. Coudnl't lift head off pillow. Had it almost two wekes. Feel like stil recovering. Being in jail, not a place to be sick. No medication. When you need it.

MG004516

HHH-P08

Mom> ? she is another one always trying to do right thing. She's alwayus and I alwaysa was. And idk. She is impulsive too, I think. She doesn'st have aDD , very smart. I don't think she does. Idk. When I was young, I would described her as only person going to heaven. Yea. Idk what to say. Laughs. She woud go to heaven? Becuace she wasn't bad. I knew I wasn't going. Laughs. I ws more afraid of god than the devil. I knew I was going to hell. God woudn't let somebody like me in. I was bad. Who said ou were bad. I just knew I was bad becaue , mo relioius thing, she , granma got her in this rebuking devils and always doing that to me. I guess I was high scpirited and they took that as a bad thing. Very strong minded. Lawys a fighter. I have to fight something. I was always fighting cookie and with mom , fighting god. Now, fighting the feds. Jimmy a fighter? Hmmm, yea. I taught him a lot. I was like his big brother. He was so cool, he is still cool. He din't really experience a lot of the bad things. He was really young when I t was ral bad. Him an dholly, wendy and I shielded them from that. Wendy and I got the brunt of it. Jamie was kinda on the border. Jimmy and hooly not a lot o fmemory of the real bad stuff. What he rmember, that he thinks is bad, is nothing, to what I can remember. How come contact> becuae of that. Worst that he remmbers? The rebuikin of the devils and always to parya about everything. He didn't' want that in his life. but mom lnot like that anymore. She is mom, did the best she could and fucking by herself,. And allmake mistakes.

Bothers me a great deal when see wendy say, I know if if weren't for mom raised us, I chose durgs. I could have gotten Zoloft, and I chose meth. Not becuae of way mom lived,I coud have lived with cookie and dad, I chose to have the men and I chose to have the drugs in my life. nothing that mom or dad did or didn't do.

Mitigation in your trial? I don't thijk. I don't want any of this coming up. I told family in the very beginingl I told them, I will spend rest of liefe in jail, before bring family thorugh the mud and I mean it still, I told pat, don't' want any of it coming out in trial. Pat says, I will do all your legal shit, tell me I have to do. I don't have my mom run through the moud and not have my brohers an distsers embarrassed. Is that why agreed to plea? Yea.

Drugs were my life, I supported myself, and idid't want to have a day in life without drus. I always wanted to have crank. When I was pregnant, I stoped , I'm not pot smoker and not acid, or stuff like that, now a downer, the crank. Dr. logan told me caue I am like manic depressive and it kept me up. And it did.

Explaniton of role of addcvionst and oeples choices.
I just really hit home for me. Why is mom so religious. So dedicated. What has god ever done for me. And so dedicated. That is why. He fills her holes. Man my mom, she god, fills her holes. Zoloft fills my holes—laugh.

Taking Zoloft now? Yea. 200 mg. think about getgin ti raised. 200 mg of seoquel. Eer felt this good? No. this whole jail experience has ben the most horrible time in my life and the best thing that ever happened. As much as I hate to say that. If I would have

MG004517

HHH-P09

10

ben in jail, for whatever crime for two years, I probably would have bene right back into life, but know for fact, after it took this much time for me to get shit togeht , can cacutally think about he drugs and the money and money and men and life style. And know that I t wsna't a good tdhing.   And I would have to do life differently, be a different person thatn I was.  Know if walked out toay, I could succeed in that, but in jail, just 2 or 3 years,  would have gone back in. I know for fact that I would  I am much better person.

How long? Almost five year.

Differn ce now and 2 1/2 yaers ago. Forgiveness has set me free.  Laughsl  I have forgiven my mom,  tearin,g my dad, and god.  Laugh  I have forgiven everybody hta has sevre hurt me and I don't have any hate in my heart.  How did you dod htat?  It was hard. Laughs, crying.  Hm. I had to get rid of the blame and quit blaming. I hated cookie bucae she hurt me, and dad not stood upand mom so fucking religious. I was always someone to blame and I got riid fo all that anger and  it feels good.   Now I just feel  terrible guilt. Becuae children don't' have me and  they need me.     Crying.

And I feel bad bcaue  my dad never got to know me. As a person.  He doen'swt know I have a sense of hgumor.  And  if we sat down and really started bullshitting, a lot of tings that are alike, and I feel like , because of my stupid anger and  , crying, and anger and unforgiveness and blaming, kept me from having life with him and let cookie win.  You pick your battles.  And I just dind't pick them right  I felt like surrendered dad out of life. and realized at young age, not be in my life, so ijustitifed that as I hate my dad.  Really I didn't.  and  I ws alays waiting for him to come save me and rescue me and never took my side and never fucking ever (pounding fist) helped me. I feel like, whole lie I been fighting, struggling and defending and never got a break from that.     And when I did crank, I got a break from it.  I could fight forever.   Gave tyou the energy?  And it made me being alone ok.  I alientated myself form everyonbody in family.  Fomr momand from brother and sister Jamie and everybody. I knew life better off if not in their lives and I hate that. I missed so much, andi cant get it back and now in jail and with death penalty for something dind't fuckin do.  That , yea, it just  I diot know how to tell my fmail how much they mean to me, that  I don't' want me to think that love and appreciate, fro all their help just cause heling me and all been there for me.  Even cooikie.  Even. I dk, another reason why taking plea, yea, the drug chares, no problem pleading guilty to that, but can't plead guilty to smetihng I didn't do, charges are so bad,  I now if I just said, one time, that I was guilty, even though I was not, to get les time, I coud't live with myself, I woudn't be able, only said, to get less time, not be able to say, never said I am guilty. I want ot be able to die, saying not guilty.  I all I have,  all I have is my truth .  and it owud be too easy for me to say, tooeasy for me to take balme and been doing that my whole life, and I 'm not taking the easy way out, neer say, I'm guilty of chares, cuase I'm not. And by taking this alfrod plea, I can maintain my innocne, do the time, but maintain innocne,c that is what matters to me.

Important tof you to tell me about?  Idk.  I guess I want to tell everybody to know I'm innocent. I just belive, so many innocne tpoepl ein prosionl just like my mom, I alays think that before, I used to think if guilty, now eerydoy is innocent.  That whoel scott

MG004518

HHH-P10

Peterson, so sure he was guilty, and I wsa think he is innocne.t still not sure. So dead set on him. I just , idk. I just see it form diffenrt point of view. If just drugs, not care, I hve to think this alfrod plea, sold and did a lot of drus, a lot of prison for more than 40 years for the amount f drugs, I have gone between my ahnds, I knew it was illegal, against the law,. I take pride in never being bustsed. (posed) of all the search warrants and the surveillance, never busted me with nothing. And I guess really I'm proud of that. Laughs. ?/ there , idk, think I'm smratert rhan them. I won and they lost, but even though in the end they won. They never caught me. Everytime they searched I had dope and they never found it.    I felt like made me a smart business woman, for a single mmotehr, a waitress, we lived good and that was a successful. I was successful as long as provide for family and shit. I dropped out of shcoo in 09th grade. You know. I shodln't have three cars, but I did.    Idk.   I guess material things took priority cause we were so poor growing up. Went to dads and he had everything. The Atari., they had everything and we dint' have jack shit. I hated it. We din'teven have a fucking tv and ew go to dads and he got 4 tvs you know. Why do his kids, cookies kids live beetre than his kids. Cuse his kds. Not feel like we were. They would get Nintendo and then would give us the atrar, thanks of rsloppy seconds. If up to mee, I would have said, keep it. You know. Everybody was like, wow , Atari and I ws likek you play with fucking Atari, I'm not.

A lot of pirde? Yea.

Still not done? Ha , pretty good aren't i.  just keep going around that.   Not fun to go to, is it. No.

Sigh.     When grandma and granma Jensen moved in with us, mom changed.   We wre always having bible study and I hated bible study. That was when my add was really good. I could go swimming during bible stsudy. Hmmm. I was the stubborn one. I would talk back. Gibve my opinion and even at a young age, I did and therefore I made my life harder on myself. I had the first rebuking and that was for what my grandma said. I had a deaf and dumb devil and there were 7 of them . I can't remember.    There were always several there together. In this particular time there were 7. I remember being held down on the floor by mom , grandma and granap and they rebuked devils and I fought to get up, scream, crying and the fire that I am, for hours. And if I got tired, reset for little bit and thought a devil left,a nd every time I fought, , then. Then I figured it out DUH, lay here. And I figured it and finally gave them idea, that I wasn't possessed anymore and let me up.   Doing while holding you down? Pryaing. Objecting to being held down? Yea. I was scared. Freaking me out. seeking in tongues/ I'm sure.   How old? Like 1st grade.   Speak in tongues before? Probably I idk.    Siblings around? Yea.   Wendy remembers it real well.

And then we had a pet doves, snow white, and grandpa made it go away, devils went into bired. Lost pet becaue of me. Uh.   Your fault if devils were in your? Idk.  Seemed like? Probably.    Do you bleive in UFO's . I saw one one time when I was a litel girl. It was outside my window and I was loking out swindow and I seen what I described as an eagle. And but I know now it was like UFO and not describe . that is what rebuke dvils the firsttime. I saw an UFO and tried to etell them, like eagle,a nd close to the

MG004519

HHH-P11

window. Dk , it ws huge, took up whole window.    Didn't look anyting like an eagle. Dk why said, ath. I remember , red and white lights and like wow. I wsan't afraid of it. I ws amazed by it. And phhh. Never tell that story again.  Lauging, funny.

Next time? Oh,, jeez, to pi point. So many ater that. That it became , something to expect. Regular. Happened a lot.   Dialy weekly momthlY?    I think it got to be almost dialy when they lied with us. I remember grandma and granpa saying, we dind't have tv or antying like that.  But the toys we had and loved easy bake ovfne. Oh , I wanted one and I got one, I loved it.  And I dk grandpa, somehow, they got it in heads, our toys meant more to us than god, and ya, I loved my oven more than god and probably said it, anyway,  idk, all toys were in big pile in back yard and on fire, they urned all or toys, but made us , had to beour choice, if we wanted to through our toys in the fire or not. Becuae if we loved god, more than toys, we would do it.  I don'twant to thro wfucking easy beak oen in there,  but I did.  Oh, I fucking hated god after that.  Took my fuckin easy bake over.  Ony thin I really liked.  And then we dind't hagve any toys.   How old? Right before moved to thorhing.  No toys when we moved. Room only had bed and no toys, nothing.

Hmmm, tapping feet.    I remember garnpa came and mowed the lawn, it was really high and he found  two or thre baby rabbits and we got to keep them and feed them with eye dropper. And I loed them.  Idk what happened to them. Probably got big and let them go. Mom wsa so gentle to the.  Got eye dropedr and got milk ot of dye dropper, coolest thing ever.

Other things rebuked for? Everything.   Signs of the devil?  My strong will.   Anything else?  That cuased me the most problems.  I learned to  kinda detch myself from getting hit and  being rebuked, that it go to point where  I would just  colunteer for punishment, I dind't want broher and isters to be hit so I woud try and take the blame, caue she oculd' beat me til next Friday and I woudn' cry. So I took a lot of he punishment, after realized that could be done.    Under you control and easier to take? Probably. Livin in thorntong was rude awakening. Realized different.  And I knew that no one could ever find out wahat was going on in house and that was big guarded secret forever. How long?  Ever. For ever.

Until I got arrested and had to talk abou tit.  Told firend , husband? I told dusitn a bit abou tit and regreeted it.   Sigh , beuvcae? Wish neverold him that.   Why?  Becuae he uses it against mom and family. My famil is unfit and marvea not have anyting to do with my family, cuase I gave him that information.  When I rather have her be with hot headed womaen than sneaky fucking manipuliating peoel that his family is.

She is with? Jamie.  In fairbow Minnesota. That was another think  a perfect e4xample of how alienates herself. To get herself involved.  She testified for them, wem they tried to get custody.  They tried to terminate my rights and I had privileged o al the  phone calls with his family. I didnd twnat them to know.  Don't get involved in this custody, that is my daughter and important to stay with my fmialy, her broher gets her, nobody eber see her.  Her pan was they were going to adopt and noone would see her.  When

MG004520

HHH-P12

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inocne tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husines. I'll deicve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't.. I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin sitting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin. I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me without me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that? Mad at me becuae I fell for this stupid fuckin , federal informatnt in jail and gave him maps and tah gabvre him the death penalty and going to make me pay for that.

I never know, ifnot fucking tody me.

Childdhod_-NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosue, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

MG004521

HHH-P13

Hungary? Oh god ,yes. Mom and her fasting. She make us fast. So hungary. How long last? Usually just a day. How often? Often. A lot. Once a wek maybe. Eat normally the rest of the time? Yea I guess. Yea. Ate once a dady? That was during the fasting, could eat in the evening. Day to day? I don't 'know that for sure.

World comingn to an end? The world was always coming to an end. That was when right before thornton, and grandma and grandpa had us all in the car and we drove around n iowas for ever. Until mom found that house in thornton and knew that was why we moved to thornton. And I remember we were in the car, and I drew a house , a big white house and big white church with big cross on steeple and is where we got in thornton, and therefore it was a sign, that is why we moved there. You were special cuase knew that? Laughs no. wonder why? Probably lucky didn't get rebuked for hta.

How ofte hit with belt? Every day hit for? Everything. Being lound, fighting, breaking something. Everyubdy hit? Not as much as me.

I was a problem child from day one. I was only one that was breech. Made a big deal o fhat. I came out fihgitng stanvce.

I ws always very athletic, perfect body. Nowi'm in jail, and fat. Yea, I was reallyl athletic inschol and had some encouragement, I coudlhave done something. But never had any encouragement. We all tried to encourage him.

Girls basketball? I ws onteh team butthen I don't' know, my anger , idk, I coud'ntget along with the captain, Julie bowman and I intentionally threw the ball and hit her in the head. Think she was dumb? Idk, cuase thought I should be, made me mad, and I dind'tlike her.

She was hootie tootie, beter than me, you know. Everybody was better than me. You thought or they thought> mutural.

Relationship with dd now? Sigh. Hard to say I even have one. I don't now him any better than I did before. I talk to him on the phone. I tel him I miss him andlove him. I don't know him. He doesn't knowme. Done' knowanyting about me, except what read in the news, but hat aint me. How often? Hmm I write, a coupel of times a month and call once or twice a month. A lot compared to what it was. And we talk about marve and has a good time, that gives us onveration. And really worried, but cookie really likes her, but, so never told her how she treated me, never. So she marvea dint' go with any preconceived. Well, just met thiem last year.

I feel bad, cusae not alyssa's life, cause I didn't, let them be in Alyssa life so she is grown, 21 eyars old and wish that , wish dad and cooie would make the effort to get to know her, and she is a lot like me, not going to go , where not invited, wnknow what I mean. Their place to do it. I think they think it is their place. But I don't think it is.

MG004522

HHH-P14

I just feel like, all my ffinres are atty, sbeen together so long, I think of al, as so mouch more than my lawyer, I really admire him. And he handles me so well. Oh my god, handles me so well. An I you think related, he just knows I'm an 8 and knows how to deal with an 8, me and pat could sit and fight. Me and pat—both eihre. Makes me feel ilke appreciates what I say. What I say really matters, he takes it in. listens and hears me and idk, jsuts a great guy. Glad he is lawyaer, glad I met him. And nancy,. Fel like she is my best friend. I always want to keep in touch with her. I go to prison. I still want to write and keep in touch, just love her.

Andmayr good e , I liked her right off, and she got me to get my gED. She is just , I admire her a lot too. Yeh.

Headaches in elemn? I had terrible headaches. I have headaches so bad I threw up. They wre terrible. Migraines? Yeh. Still get? Sometimes. Wher have to sque3eze my head to get any relief. Oh. And pattern to when you got them? No. pattern now? I think this headache I have, tv too loud and recovering from being sick but might been caseu you were coming. I dontk think m but I'm always wrote.

Tummy aches? Thought I had ulcers. Did you? Idk. I was a very sickly kid a lot of sore throats. Bad tonsilities. Got out when 12. never had sore thoat again till went o Sioux city. Remeinded me of time cookie almost killed me.

Anybody else that sick? No , just me. Get over after tonsils? Yea.

Caginal itchingt? Said wearing pants too tiht. Probably too small, fuckin never had clothes that fit.; I ws always really really skinny. Not wear wendy's hand me donw, way too big, never had any fuckin clothes that fit. Mo ws well dressed/ cookie and dad dssid, that. Mom never let us go without. Mom looked good cuase she was so beautiful. Not the kids in the country that wore bell bottoms to knews. Not like that mom boubht them at good will but we alays clean. Mom never let us go without so she could have.

Shework? No. exist? On ADC. She notwork? I think , I think she had a bad experience with baby sitter one time, and I think she said, I ws in a closet and she had bad expeierince and thought not worth it, and stay \home and take care of us, a nd abuse us herself. I'm a comediena. I have a great personality ask me and I'll tell you, rather laugh than cry.

Don't forget to send me that book, rally llok forward to it.

Kansas ? tah is the worst part. Laughs. Ted and bobby dillo. Bobby dillo introduced me to torture. I remember when we hdn't been there ery lo, they had pigs and cows and their i9gs were killer pigs, fuckin mean, vicious. And they had rabbits and she brought us kids into the barn and this was the whole reason I do drugs, ha ha just kidding. Let us play with rabbits, little and big, I just wanted to love them forever. White and black and this woman, picked up a rabbit, by its ears and laid it down on a stump of somekind and hit in the head with sledge hammer and its eyes ppped out. most

MG004523

HHH-P15

horrible thing, like not really hanpening and she cut the fur around its neck and too skin and peeld it off like glove. Most horrible thing ever sen in my life. I know I was in shock. I know, it didn't stop , then she cut it open on and strung out its intestines. Never forget. Most horrible thing ever sen in my life and then made it for dinner. I wasn't fuckin eating it. Horrible never forget it, and always wanted ot. But no. nope.

Horrible horrible. And then remember one time, they had chicken and let us feed the chicken snad throwing feed corn and eting corn and having fun and eating it as fast and we could trhowa nd after corn was gone, and ted picked up a chicken by its neck and threw it into pig pen and pigs wnet at it and corn flew up in arm and flew back on us and it wsa ohhh, most , no 2nd most horrible thing I had seen. And they had cats and not feed theman nd so mean and I remember I was so scared of those hogs, they were huge and mean and hear them all the time. And bobbi made me slop them every night, the left overs and take it to the pigs and feed it to them. Throw it. And see me coming and knew if they could get ahod of me, be like the chidcken. I remember a little kitten following me, I had food nd I was thowig the food ove to the hogs, and kitten too close to hog, and put lilttle food next to me and was duming the rest of it, and little kitten got too close and hog grabbed it, god it was horrible. That place was a fucking torture chamger how horrible.

Sexually abused? I don't think so, wendy was. I think he tried to , if he ever touched me, I would come back and kil him when I grew up. He laughed.

Why mom took you there>? We dind't know why we were there. Just left you? That is what wnendy. I remember her being there a lot. I remmgber her not being thre a lot too. Don't know if just left us. I think she was there sometimes. How met them> carol mann her fried. Carol know them? Idk. Hey had other foster kids. So mean to them. They had these 2 or 3 little Indian boys. So cute and so scared. And I don't' know what happened to them. Al of sudden just were gone. While you were there. ? yes, they were just gone and nobody ever talked abouthem again. Where did they go.

And I saw a dead body ther. no one elives me. And I know I saw a dead body there. It was set up big kitchen when walked in and then I think a bathroom here and then a wall and then living room like this. And there was door here and never open. I opened it one day and I twas along, it was, looked like long narrow hallway, like in movies, around hoalloweeen time, I dik why I went int. I opoene d up door and there was a small lamp on a bed side tamble and dimly lit and a bed and it had to be longer than closet. Like pntry made into closet. There was somebody, skinny person and I walked in there, reallyl scared and it wsa a dead person , almost a skelton. I freaked and ran out of room and never told , et in trouble, when grew up, there was a dead person, there, mo ws no. no memoery. They don't' remember, I remember it. I think it was old lady and her si was really stretched to skelton. Been there for long time. Hyw imagine that. Stink if dead/ I think I t ddid stink in therer. That is why I say it smells like dead peope in here. Go

MG004524

HHH-P16

into nursing home and see grandma, or go caroling, and I hated it smelled like dead people.

ᴜ Mom's nervous break down –before Kansas.    I just remember, telling us hat bob died. He was good to us. We loved him.    He never lived with us. Visited often. Come to find out, he was married. We dind't know that at time. We loved him.   Him and mom talked about when they got married, going to redo old school house and mom was happy when he ws around, put on eye shadoe, just so beautriufl and so happy and then he died and she was way upset. Bam. So sad, felt so sorry for her and then got pregnant wht lable as nervous breakdown? Vrying, short temrpered and  hit us a lot. That was the belt around the neck situation.

 And hd a bad dream about mo,. Io rembre. M,y  room was upstairs, himy, wendy and then the bathroom and then down here was the stairs.  In my dream, I heard mom calling me and angie angie.  Come hre.  Angela jane come here.  I got out of bed and walking to top of stairs and seing mom,  covred with blood ,  carriee, boolod, eerywehre, come h re, a nd I ran back into my room and she kept caling for me and calling for me and I went again to top of atsitars and hse would coverd with mud, like she ahd been rolling in mudy rain, and mud falling off and everywhere and I ran, come here angie,a nd I ran back to room and calling and went again and this time, we was on fire andkept , like dindn't know it. And ran back into room. And kept calling and I went again and to top and and coverd in white flour and had a robe and each time, the same robe, but now all white and eyese werall white and telliner her and scared me, I woke up, isn't that a terrible dream, I still remember it.  ? everytime mom called, I was scared to go to stairs.   Was that when she had the nervous breakdown?  Problby.   How long did that last? Idk.   Went to Chanute after that? Right.  *Went to Chanute after nervous break-down*

Cuased you to leave chaunte?  It ws terrible.   Somehow this down't jibe, caorl said in snow storm, I remember mud, so high could barely take steps over it.  Up to hips, made us go out in field and pick up tre brances and drag to pile and maybe it was snow, remember it as mud. And hangin onto jimmy and jamime's thought jimmjy would drown. And so deep.  And remember  carol and mom driivn gup in carols' little car and driving up and begging them to take mus and we left that night.  So afraid, jimmy would drown in that mud.  He ws so little, I could hardly walk in it.

I remember one time, wendy came outside, they shot squirrels and made for supper, didn't eat that either.   I remmger wendy coming out with a bunchy of bones and cats came from everywhere, they wre all over here. And wendy was screaming, drop the bones an she was in shock, cats, everywhere, stuck on her.  And finally threw them done, and scattered for the bones, my god, a scary movie.  Fuckin cats were mean.  Sooooo, the next day, me and wendy got bones an covred them with tobassco and those cats were dragging their tonguese on the ground. That's what you get for attacking my sister. They neer fed the.. enver fed hogs either. So fucking menan.

I alys thought, going back there some day, I'm going back there to that Kansas and shut that palce donw. I could never go bck. I never wanted to set foot in Kansas again. And

MG004525

HHH-P17

18

remember when the girls and I were in motor home and drove therough ks, fuck , never ending state. Kansas , I didn't hink of Dorothy,thought of chaute.

Junior high? Hmmm—idk. I guess in 5th grade. Decided not be a victim , anybody's victim. And I didn't take shit off boys, off of anyone. Even mom? Stsared standing up to here. When holly was born, man, I vowed, never let anything happy to her. I felt like had to protect her her whole life, andloved it. My name was her first word, yes it was. Smailing. Ten years youngher? Yea.

Haveot do with junior high? I guess, I , started smoking and wendy started, getgin friends from the wrong side and smoke and drink and I wanted to too. And I did. And wendy started being rebellious to mom. Laugh. And I didn't' lie tha. They had real fighs and toatlyl disrespected mom all the time, although I could understand , not like to see it. Even though had to protect form mom, not let anyone hurt her or say antying bad. Had to defend. Wanted to side with wendy and mom . rebel differently than you? She , I never got to ppimt when disrespected. I sucked it up. I never intentionally hurt her or disrespect her. Wendy call her a fuckin bitch and fight physically. I never raise hand to mom, rather hae her beat me. Never raise hand to mom. Wendy , she rebelled andfoughta nd disrespeful, knock down, mom says, she was too hard on her, she was not a good kid andwnated to do what she wanted to do and not care if got in trouble for it. Finally she went ot live with dad. Mom not control her. And mom , wendy went ot live with dad. Not a good influence with me when older. I love dhow felt when msmoked pot and then not have access after sheleft.

Until I made my own connections. Laugh

I hated school. Idk. Quit in 9th grade. Mom think of that? She din't want me too, workin non stop for her at the truck stop worked my fucking tail off. Not school and work. More important to work. Mom andkim in car accidnet, running restaurant fell on me, had to be there all theim ti hated school anyway. Illegal to quit efore 16? Nonone eer said anyting abou tit.

You're a three on you. I figure you are a llow number arne't you. Seems logical to me that's I'm an 8.. hate to be a nine. [actually 9 is  most passive. ]

MG004526

HHH-P18

1

Johnsondaytwo.
Hardin co detention center
February 24, 2005
9:00

dreams: pictures: I just looked and looked, couldn't believe. Anxious? Yea, idk, nee
r seen mom and dad togetrh like that. Just weird. More than weird? It was nice. Ec
uase? They were smiling and huggin. Never seen that before. It was nice. Always
mad? Yea.

I have dreams a lot that I am flying. One time I was flying. Not like flppign arms, just
floating. And I floated through a rainbow, went through each color and then the empty
and then the nex color. Coolest dream I ever had. Any interpretation? No.1

I just enjoy that. Wish I coud dram like that every night. Dream very often. Yeh.

tower of London

depression:
maybe a little bit. But not as bad as it was. Worst? When I was in linn. I wanted to lay
on cement and melt into it. Sart your medication? Alwayus been on someiting since
in jail. But seoquel and Zoloft. Been on that year and half. Since logan? No. I kinda
wrote my own prescriptions. What thought worked for me. Tired parozac and pazil.
Trazadonel. I like this combination. Doc in cedar rapids let you try stuff.? Yea. And
dr. logan , he said, seoquel was good for me? . he came when real depressed? Yes.

How know to try seoquel. I tried one from another girl and slept like a rock.

Any medication bfoer prison? I had tired prozac and Zoloft. On the street. It wsa
shortly after dustin told me about the murders and I had moved, put house up for sale and
moved to desmoines and very stressful time for me. Got them from doctor. How long
take them? Not for very long, caue doing crank too and the prozac gaveme anxiety when
mixed with crank and Zoloft was making face break out. so quit everything and stayed
withi my crank.

Anxiety: jumpy leg and hair twirling.

Anxiety? I don't know. I guess it comes and goes. When it comes? I am a leg
shaker. And and idk. I
M a comfort eater. And when in linn co I was 240 lbs. lost that since here. Fat or
sugar? I could eat plain chps, would eat them all day long. And chocolate is good.

Eneded up here? I think about how I got involved with dustin and how I just never got
involved with drugs, period. And have a lot of regret. I hate being away from my kids.
I hate it. I miss them so much and hate the hotough of never holding granddaughter

MG004527

HHH-P19

2

when she was babay. I talk to her on the phone and want to crawl through the phone and kiss and love her. I think about all thins I am missing out on. so much of marvea. Gone almost half her life now. Just ture d11 and 6 when I was arrested. I hate that. Really hard for. Me.

Compulsive? I do do some kind of astupid spelling. If I am by myself. I don't know, I go through the letters and even move my finger. I'm a terrible speller. Just the words somebody has spelled. Or stupid words. And then do it and do it, and then say, what doing that for, done that my whole life. it is word. Never told anybody before, ever.

I used to be chronic hand washer. Not use the phone and not cup, mellowed. By myself. I knew in sious city for that week. I didn't want to sit wher someboy had sat a nd it was grossing me out a bit. People take shower and leave their sopa, crepes, I always clean up after myself. Posing.

Spiders

Twirling hari

Not real?

Amnesic? I can't really remember anyting before my life in Colorado. I think I should remember some stuff. (5-6) and I know ther are things about kansaas and living in thornitn things.

Grass is greener? It means that you always think is better somewhere else and people have it better than you have it.

One swallow doesn't make a summer? Just beceuase menan one bird, doesn't mena the weather is changing.

People inb glass hosue?==hypotcites.

I can't judge distance. I can't guess how far I am from that wall. I can't Alyssa can't either. Can't judge distance, estimate how much somethint gwould weigh.

Alcholl use? No not a drinkier.

Drugs?
Meth was part of daily life. starting? Proably about 24
First drugs? Cocaine. In 20's ./
Cocaine regulary? No. not until did a lot of crank. This is what has been missing from my life. laugh.

Until incarcerated? Yea, pretty much, except when pregnant, not do it. And not doidng it when pregnanct with Alyssa.

MG004528

HHH-P20

3

Started dieting and working out in linn co. and hwen came here, just , I wasn't comfort eating. I wans't laying aron.d I was walking and having pone calling cards, so talking on the phone a lot.

Sexual life? I don't think had first orgaism until I wsa 25 years old. First have sex? Praobly when 14. situation of that? I know I was high on pot. And I really liked the guy. Just happened. Regularly sexual from that time on? No. I started when got a full time boyfriend, got on birth control and had regular . when about 15.

Usd sex in an abusive way? I don't know what that means. Hurt self or others? Yea. Probably. I don't' know. I always thought could use sex as a way to get things and make things happen. Make happen? Jumping idk. To laugh, idk. Idk. Don't like the answer? I don't know how to explain it. I guess men, thought I was attractive and if I was in arelatinoship with someone, I dk. The sex was always pretty good I guess. I really don't know. I always knew it was there if I needed it. Ustilize it. But dind't slpee with people not know like go to bar and stuff like that. But I been with a lot of married man. Almosts everybody been has been married. And that always kind of disturbed me a little bit. Thought of any possibilities for that? Idk. I guess never really put much value on marriage, iguess. Idk. It seemed like if be in volve dwith marireid aguy and if he wanted to leave his wife, I would back off, except terry degueu , he was the love of hmy life. I wanted to be with him forever. He was the love of my life. definetly.

Competition with other wives? Maybe. Didn't want to win? No. idk. I don't always bothered me about myself, being that way. I feel, I gues I didn't have storng morals. Where does one get those? Idk. Ig uses you lean them, idk. Siblings learn them,? I guess. Guesses about why you didn't? idk. I am different than aeverybody else.

A bad thing in your family? No. I guess we are all different. Jamie and I are different, she has her , she's got religious morals, that edevleopoed her life around. And jimmy , he is real deddicaetd to his family and job. And wendy she is really dedicated to her crafts and sewing and doing something like that. Morals? Idk, dk what morals are. My sister Jamie would never have an affair, don't' think wendy, or jimmy., I think I'm a whore. Anybody ever call you a whore? No. start thining you were? Since I came to jail. Idint' think, no man I couldn't have if I wnatd him. Except for dad. Yea, except for my dad.

Hmmmm, he was the one I wanted the most. Jumping leg. I alwys been looking for a man to rescue me and they never do. I always wanted a guy who would take care and take care of the problems and I could just relax and not have to worry. But men have always been a major pain for me.

Suicide? Yea. I hung myself in woodbury county jail. How come? I think I really freaked out. I talked to daughter and sister on phone and told me about the bodies being found, federal information jumping. The jail they put in the jail, got me to tell them where the bodies were and I just freaked. And I had been feeling kinda suicidal and thought just kill myself, so family not go thorugh this. I just freaked out and don't have

MG004529

HHH-P21

4

any memory. I wa on the phone and when the conversation, I could see like sparks, like fireworks and remember walking upstairs and that is all I remember. I thought somebody beat the shit out of me. Thought I been mbeat. Up. Bruises everywhere. I had seizure. And after I got oxgen, had a seizure. They, the staff, was saying, I was combative. Force to hold me down. I was having aseizure. Glad or not glad when woke up>? I was in a lot of pain, not glad. I was like fuck. I tried to kill myself. Can I at least die. Felt like another failure?> yea. Then everyone was worried about me and not want that. Disappointed aht you didn't succeed? Yea. How come dind'ttry it again? Becuae I dk. Kids were so scared and my mom was worried about me. I just promised them I woudn't do that again. Wanted to reassure. Not promise and not do it.

9th grade and after?
Working, I quit school. I hated school. I t was a relief. I went in and quit. Just let you. That was illegal/ I don't know. How long work at truck stop? A long time. Lkiving? With mom. And our fmail h ouse on L street in forest city.

Time like for you? Stressful. Wendy was married and had her baby brian. I ws sdaitng steve. Her steve's best friend. How lon date steeve? Proably from 14 , met in 7th grade. In Thompson and he pursued me and pursued me. It was seemed like right thing. Best friends with stseve jacobsne, dating wendy. And I was with wendy a lot. And steve was always there. He like? He was nice guy, quiet. Drove a cool car and I'm a car chick. Broke you up? Oh, as much, I just used him. When we got married when I was sixteen. And together for nine months and then I left him, got divorced. I had earned my freedom from mom, she couldn't control me anymore. Control I could go back and live at home and not deal with the mom , I din't have to answer to her anymore. I just did my own thing. True? Yea.

Next in life? I started dating AJ—tiown bad boy// YEH , yeh. He had a reputation. He had a full time job. Worked at Winnebago, he dealth pot. So attractive to you? Idk. Thinka bout it for second. I guess I always liked being associatd with people who were just a little bit on the outlaw side of town. Laugh. How ocme? I dk. Always bad good badgood bad goo. Wanted to be bad. I figured it is better to be feared than loved. Idk.

Relationship with AJ like? Boring. We did fun things. He turned into big ole bore. Rode his motocyel and idd fun things but got married and turned into bore. Mornalm marire dman? Proobablby. You want to do that he didn'dt I stil wanted excitement. He was happy with just wgoign to work and going to bed and coming home and going to work. I sstill wanted to go out and hahve fun and we used to go ride on motorcyel and he would take off by myself. I was bored to tears.

To colo? I inteneded to stay. Found out pregnant. Told AJ and he sent me plane ticket to come back. Moved in with him and got married. I didntd' want to do. But we had

MG004530

HHH-P22

5

agreement that we would get marriaed and we would get divorce and be friends, which we did. Alyssa was best thing that hpapned. To me.

Taking care of Alyssa all day long. Doing drugs? No.
Depressed? Yea. Robably.

Next? Hmm, I started going out with reind sherry conkle. And , ha, and I guess , istrated getgin into cocaine. That was what peole were doing. And then stated had aaffiar with Kirby Thompson. He ws rocking my world. I was married. Just part of the pattern. Aj think of you going out? idk. Din't wsay much about it. He stayed home. He went out too. Together ? sometimes. He go riding with his harley friends. Alyssa? I had a rally good babysitter named marvea Jensen and named marvea after her. Lived next fdoor and I had my family. Sitses. Kirby? About ayear. Parst marriage ewith AJ,. Off and on.

Serious? Yes. Not make it? Beeacue he was kind of play boy. You know. Dind't trust him. And there were so many fish in these, ha ha.

Left AJ and then started doing meth.

Well, I started being a striper. Alugh. I dance donce a month for year. And made big money. Bought car and anything for alyissa.

First meth? Terry einghouse. He told me ineeced to be gracious receiver. Good frined.

When that was? When I was seeing Kirby. Kirby do meth? He did carnka or meth, coke was his favorite. Crank was my favorite.

Crank—coke is like mellow high. Not last very long. Messes up nose. Crank., it goes for hours and keeps sinus, lea tall buildings in single boud. It is just wonderful. Smiling.

Full time at perkins.

I leased a bar in forest city called the bullet. —basememtn of mom's restaurant, she had had a teen club in there and called it the seilver bullet. I dropped seilver and had my bar. Whoa.

Partied every night. Into the dope. Last? A year. I had to get out ofit. Into the dope big. Htat is wher I met terry deguer. He rocked my world. I willnedfr forget the day he walked into the bar. I said, he is the sexiest man alive. He rocked my world.

Tell me about him? I thought he was perfect in every way. Sigh. He was sexy and strong and , idk. He was just yummy. Always stay that way? Yea.

MG004531

HHH-P23

6

Morea bout relatinoship? Well, I knew he was married, but knew not good, knew wendy slept around a lot. In fact, she had, whenwith kriby, she slept with Kirby. And she tery ws on the road a lot, she got around. He do? I guess he was driving truck when sstaretd see ing him, working for hallins construction. He was just, so, no one had ever rocked my world like he did. Wantd dto be with him all the itme. I tried to keep my distrance, and he pursued the realtinoship he , he talked to e about leaving wendy and wanted to move in with me. And I said, hmm, I want to, don't feel right, you are marired to her and I think that if you sepearted and getign divorced, but, think should, get own place, mom and dad or something I had some morals, I guess. Laugh.

And then I remembvewr a couple of my friends, teal and terry inghouse, told me that terry ahd a history of hitting wendy and I thought don't bleiee that for minute. Laulgh. Njever htough he would raise a hand to me. And after we moved in togetrh after awehil. He got divorce. He moved in, got trialed in Leland. I quit the bar. Doing crank regularly. He liked it as much as I did.

Stsarted getting paranoid. He was jealous and possessive. Not lie that at all. Where I was nad what I was doing. Real jealous of Terry Olson, one of best friends. He was making it into something that it swan'stl bothered me. Trie ddespaearte to pleas him. I love him. I dind't want us to fight or have turmoil. The more I tired the worse he got.

Hit me the first time, gave me black eye and coe'nt believe it. He came home with this scurvy guy, like somebody not have anyting to do with. I told him, don't want poel el ike him in my hosue. I want him to leave and don't bring osmeonne like that again. He seemed, idk, bad vibes. And terry left with him and he was mad at me for disrespecting his firend. I don't want osm4etone like that around child and me and got into fight and he hit me. I coudont' believe it. But never bourhgt firend around. Aluahg. Soon after that, he started hitting me more often. And I borrowed one of cars to TO and he wafurious. That I borrowed car to T O met T O in my car nd flew into rage and pulled over and bet the shit out of me. Someone pulled over and knew they would go to cops after he threatened them.. he drove us to behind this motel. That was worst beating I took form him. The cops cmae. Doug books, chief of police and took me out of car. Don't let me get back in that car. I knew he wsna't close to being fdone with me. He was just getting started. So mad. And the cop said ok. Terryl, said it is fine and he left me with him. I was , couldn't believe it. He left me with him. I talked him into taking me to gas station to get cigs and I figured once I got into gas staion would call 911. well, we get to gas station and I am going to watch you and don't talk to anybody. I ws a bloody mess. And I walked in there and told kid at coudnte.r don't say anyting. When I walk out of here, call cops and get them here. The kid got all upset and terry knew right away and he came running in and said come one. I want to get away from him and wlaking out the door and in comes dave neiman, a really good firend. And dave took one look at me. And dave, don't let me leave with him. He is beating me up. Terry, said, don't get involved, mind own business. And dave was oh no. you are not taking her anywhere. Dave distracted terry enough that he told me , AJ is behind me and when siade, I saw AJ at stop light and dave distracted ttery that I could get running start and ran to AJ and he stopped and drove off, just like in movie, so scary. Took me to his house and where we

MG004532

HHH-P24

7

used to live. He ws with his gf there, denise. I got self cleaned up. Alyssa was with AJ, she was so upset. After thatl I knewhad to get away. Or he would kill me. Took off with Alyssa and we went to madiosn wisocn and stayed with wendy , took holly and stayed a couple olf months.

Next? I stayed at wendys' and got a job at job at country kitchen. Holly staying with you. She went with me. Wnatd to. And where in Madison? Fon du lac. In apt. complex. And terry was frantically trying to find me. Can you just talk to tery, wanting to know where you are. So called him. He was so sorry and laalalalala. I felt so bad and loved him so much. I told him would be home soon and talk abou tit. It otld him I was in Madison and got job and working and I would come home toward the end of month. Well, I dintdn' , he was in car and drove to Madison. Laugh. He come running , in the mrongn and I was working and saw him running in the doorway and oh my god and got down on his nkneees and begged him to forgive me an I was embarssed. Likeing it to? Yea. He idn't care, so many people around. Everyobody say, that's so sweet. Take him back. You guys don't know how bad he beat me.

And then so, I was about getting down with shift. I would meet and talk to him, he got motel, close to where wendy lived and met tnad stayed with mhim and everything wonderful. Wnedy was so mad. Everbybody was mad. Cause took him bad. Cuase he was abusive to me. Din't want. I loved him , so easy to forgive.

Love abouthim? Everything. I loved that he was so strong, that he loved me so much. I knew khe would do anything for me. He din't want to hit me, he hated that he did that. I know, if not for th drugs, would stil be togerher. He did love me and I did love him. The drugs mde him paranoid and jealous and in rage and not realize it. Hw could we not realize it was drugs. I don't knjow.

Meth in madions? No. feel up there? Ok. I suppose I had some with me and then ran out and like no big deal. Don't trememer thinking abou that? No.

Possible to be so obligous to your life. IDK. Thnk about it. I guess I see what I want to see and I guess I can overlook and ignore what I don't like. I have always easily been able to justify my actions always justify to myself, even if know they are wrong. Lalugh. Why laugh. Idk, cuase, hope not like that anymore. I think now, I take responsibility for things I have done and I know I have hurt people around me. I just want to be , want t besomeone kids acan look up to. I just want to be a good person.

Prison record ? I been in hole a few times for fighting. Usually it is with someone that , kept me in max unit in cedar rapids, so that poele with attitudes were in there. I had to deal with people with attitude, loud and disrespectful and had propbelms with peope with that and get into physical confrontation. Juping whole body. Four. Hole four times for fighting. Hard to get along with everybody. I can put up with a lot. Hard to get along with everyong someone coming inand think they are going to control stuff. And , I'm an eight stick up pfor the underdog. Didn'dt like people coming in and bully the other inmates. I just don't like people bullying others. But uslaly get along with everybody.

MG004533

HHH-P25

8

More with poele than don't get along with all th guards. Evenhere. I just, not ass kiss but not disrespectful. And treat peole the way they treat me.

Get mad if people talk down to me. I was in jail and frustrated, this guard, don't' like being talked down to. People don't talk to me on street, not in here. If we were in Hy VEe she woudn't use scarcastic , smart ass tone, so why does it here. She said, locked down for 6 days, cause thought I said she was bitch, in own cell. Marshall came to get me and th asst adm, and carlos was rushing and not listen to what sai, I saying, need meds, oh no, rushing so much, left without money, meds, anot no coat and it ws in middle in January. Al lthe way to Sioux city. I din't have medicine and got periods and messed up menstrual and she was doing med pass dn I said, not with attitude, and I need some tampons, she din't respond to me. I did say to her, maybe not register. She gave me pills and did you hear me about te4h tampons, I heard, you, I have ears, so I heard you. And I walked into my cell. I diffused cause walked away and dind't argue. If going tocall her a bitch, would call it to her face. She was being a bithcv I diffused it , I hate to be fucking, hate to be in jail. And she said, Johnson did you call me a bitch and did you call me and I said, no Bridgett, I din't not. She came back and said, 6 day.s I told her, you don't talk to me on street and you had satitutde. I cgot locked down for 24 hours. I'm appealilng that 6 days. If I did it, I would do my time. Not doing for sometihgn I didn't do. You can appeal it and he gabe me 6 days and appealed it again and we were taling. Ididn't call her, if I did attitude, I had my period and she wsa being at bithc and idiffused. What more could I do, walked away. And he said, and he waived my six days and now she is pissed at me.

Nanannanna nan na

I was surprised. I was right and she was wrong. Where does she think. Not been called worse. I"m sure she has. Or can't handle a bit of attitude. Working in a jail, not camp cupcake. She should buck up a little. I din't talk to her the way she talke d to me and I could have.

Terry---ahhhh okk

Think he wouldkill you? Yea. He thought he would too, he was scared of that. He say? Everytime he woudlget in jealous rages, afterwards he was so asorry and he was so afraid, I will accidentlyy kill you,.. I am, if you do, I'll be dead and won't be back and say it is ok. Alyssa won't have mom and tl dhim moving to ventura. And got job in country kithce. Move to venture.

Fall of 1989, moved to ventura. Told him not see himanymore.

And we couldn't be broke up, he keep coming around and I was too weak to send him away. Too I nlove , to in love tomak him leave and alwaysw wanted to be with hi. So loving and caring and good when he was good when he wasn't mad. Meth? Oh yea.

MG004534

HHH-P26

9

Happened next? Got back in the same. He was all possessive. Hitting me again. And I kept telling him, can't be together. He would leave for awheil and always conmign back and alwaystoo weak to send him away. Went on like that forever and bought house in clear lake.

Change things? Me and Alyssa had our first home home. We looked at lot of houses and I told her, we'll know. And we walked in a dshe said, this is sthe house. We bought it. Terry was pretty much out of the picture. He was seeing someone else I hated that, I knew I had to deal with that. Try to get him back? No. I knew have back at snap of finger.s I wanted new life. no fighting and turmoil . and then he slowly but surely, worming ihis way back in. laugh.

Things were good for a wheile. And then went bad again.

Alyssa say don't have him around? Yea. Deal with that. Tell hi, I love him so much, but not strong enough to send him awayl. She knew I loved him.

That go on? Proabbaly two years. Hew orking? Oh yea.
Seelingn drugs? Yes. And she did. That is how I supported my habit.

It ws a small scale. Not nothing big. Enough to pay for my dope. How much using? Proably an 8 ball a week. 3 .5 grams. Cost then? An 8 ball for 250.

Alyssa talk to you about drugs? She didn't know. She did later.

Changed? I met rodneyr Nicholson. And he rocked my world too. He was from indand he was tower guy. Coming in rest morning, noon and night and I gave him my hone number. Terry ha dwantd me to marry and have baby but knew never get away from him.

Greg? He built radio towers. And sherry kunkle movede in with me. She had left her husband. And terry kunkle and tery de geus were best friend.s knew nothing could come of that. Tried to talk her into stayin in marriage. But I didn'td turn her away.

On valentines day, of 1993, I invited Rodney and another one of his friends over to have dinner with me and sherry at my hosue and she started dating the other guy. I started dated Rodney.

At clear lake, tery walked in. made deal that not see anybody till he had gf. He ws with his gf at the bar and he freaked out when there with another guy. It was terrible. We left. He cmae to my hoyuse. Ounding on door, screaminga, had to call lcops on him. Cos came . they left. And terry ws freaking out, had guy in life. and I hd explained, this is like a short term thing and he is going back to ind, next monrth. I thinhk I was falling in love. I liked hi a lot. But knew nothing could come of it. He went bck to Indiana. And he went back to Indiana and this new guy was woking at country

MG004535

HHH-P27

10

Marty cole. His story was, he ha sjut come up from fla, with wife and kid, him and wife getting divorced and he was going to make some money to take off to California. But that was a lie. And told him, don't lie, ill date you anyway. He said, separted. Blah blah blah. And istaretd seeing hima little bit. On the rebound of Rodney, missed him. And then his wife and I got togehr and they had no inteneiton of breaking up and that pissed me off, not honest. Laugh. So we decided to pay him back. We both continued to see him and pretended didn't know about each other but getign togerh anad discussing. Both told marty we were pregnant. He was freaking out. I told him, both said, wanted abortion. Givin gup his paychecks to pay for bortion and we went to mall America. Laughs. Sucker you been had. Went to mall and he went to California and we were best friends.

Terry cam e to me all freaked out. owed a dealer ad bunch of moneyl dong more than he was selling and he asked me to help him get themoneyu together and be a go between between him and this guy. I told him would him. Guy was dusitn. He borught me like $5000 and went with him and kep thte moey so he wouen'd spend it. He was not being responsiblite at all. I kept the money and when it was time to met with dusintn I went instead. Here is all the money terry has and I am telling, stop selilgn him dope, he is doing more tehan he is selling, he was into it bad. He ws way using a lot. It htiough he owuldod. He was bad.

I told him, not get oney out of him. If you keep selign, he wil only get ore in debt. Not give him anymore dope. I will get some dope for you and I will sell it and try to make up his debt. Dustin said, he would think abou tit and get back to me. I met with terry. I told him, I would sel for him and told him not to geive you some more. Ill just get it form you. I said that was fine. A ocupe of weeks later, dusint called and wanted to meete with me. At this hwy. at the hwy inn or seomthign like that. So I met with him. And he said, he thought abou tit, he would deal with me. And he would give me oz for a 1000 a piece and then what money I gave to him would curb tery's terry owe dhim 20,000. he woudn't turn away form that. I din't agree to pay it all off. Said I would do the bet I could. Thyat was a lot of money. I told terry, he agreed ot it. And you have to quit using like you are. I went back to meet with dusint again and we partied a little that night and we were talking about terry and shit, and knew was ex and shit. And getign to know each other. I left and then came back that morning and he was going to go to where his dope was and going to bring me 5 oz. he got busted. And called me, iwas freaked out, he thins I sethim up. I wanted to let him know, not me. I thought I loolked bad. So, I went and visited. Hi. He said, knew it wasn't. he knew that. I never di get any dope form hin. When he, got out on bond, he called me, I picked him up. Took him to his moms and we bullshitted a little, I thought deal would continue. He would still give me the dope. Dint' know his drug dealing was over. He kinda let me belive that he would make good on his end of deal. He had to wait for heat to die donw. Actually he was all fuckin talk,.

Then his firend, tim,, his co meth maker, started seeing Christy, my best firned. Started double dating a little, me and her and tim. Our whole realtionship, dustin and I, was short and full of lies. All hie did was lie to me. And he is such a fucking ass

MG004536

HHH-P28

11

manipulator.   I was doing my own drugs.  Not with him.   He doing drugs?  He dint' have any.   And I was seihg him for a couple of months. And I got pregnant.  Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working.  I was rpegnatn and not belive.  I told him, having abortion. Not having this kid. Terry will freak out.  dusitn was I'll take care of i.t  not having abortion. I was, going to. He put foot donw.  I was like fuck.  I din't thin he was  like, I'll drive you, not how, I was freaking out.  I knew nothing would come out fgood if terry.  Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it.  Din't think , he had another girl pregbant.    He says don't and you lay down?  He was so adamant.  We argued.  He ws adamant thati not have an abortin.  So?  I felt like guess, his kid too, fuck, he reassured me would be ok.   How could it be oik?  I couldn't see how woud be oki.  I knew terry would, oh my god.   How did you tell yourself it could b oki>  I never told myself. I was a nervous wreck.  And dusitn had this whole legal situation and I dind't now who greg Nicholson was.  I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

And then  dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool. Then you can make dope and I can finally get some.   I figured I would stay with him.   I would continue our relatinship.  How pregantn by then?  Just acoupe of months.  In 3 months, Rodney, martyt and dustin.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing.  I knew not have kid without him.  Terry met with met a couple of itme.  If you are pregnant, cut that baby out of you.  I was scared fucking to death.  Nad November of 93, terry wan't a problem anymore.  Cause dustin killed him.   I still can't believe he is gone.     How find out he was gone. I found out he was gone, cuase terry, dusint had me call so him and tery could talk,.   He would tell terry to o go

Need to not talk about crime
Whatlesson from life
i have lived a very self centered life.  puts others first, not  my own.  I alwys think bout how things effected me, before , not how effected others.  Now I want to do the opposite. A good influcena nd effect onothers around me.   I kinow longer want to be feared, but loved.  How I try to live  now.  Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them  the thinns I have learned.  Give them as much advice. And encouragement. As I can.  I think if help one person while in here, that would be a good thing.  And  I care about them ndswnat to help them and not let others go without anything.  Try to run life, try to encourage and get them to pray and  idk, want to be good influcne. Leave jail, glad I met angela Johnson.

MG004537

HHH-P29

12

NORM --iws always real thing. Crank keeps you skinny. I buffed my car and his truck and buffed the shit out of it. I enjoy doing stuff like that. I had it for 24 hours

He let me do it at his house. So, I did mike and then his wifes and his.

Jan—nd hand clothes, whne I had my bar. I had my bar and shit she still had it when marvea was born.

Carol mann—she was firend of mom's. kinda out there. Her and mom not friends anymore. Her son is in prison. For life. for this little girl asaid she molested her and wanted to drown her. I don't' know how true. I believe kids. But certain things aht didn't seem right about that case. He isin prison for life. like carol? Yea. Didn't not like her. Funny. She could be comedian.

Carol's report that mom ws in ks all the time. --yea I bleive she was. She called carol to get ou guys? Proably atrue.

Kim worked for my mom at the restuarnat and became lke one of the family. She eventually moved in ad lived with us. Like a sister. Her age? She was like 24. hwen liiek 16 or 17. she was older than wendy.

Pricked? Well, not though to f that in long tie. Yea. Eery now and again. Do you get like a sharp feeling like poked in foot, out of clear blue. Happens to me too. Mom would say that was pricked by god and bringind her attention to something.

Grandma Florence? Hger death. Idk. My mom got a phohe call. She told us grandma died. She at the time. Az? Religious thing? And a few months earlier, she had called mom and asked if come back and us kids said no wayl nd hse told her not come and shortly there after she died. Mo felt bad about htat. How old? Amyabe 15.

Mom not come to wedding with AJ? There wawn't one. We went to justice of peace. Kim and lono were there. Wedding dance and mom not come—she ws in Colorado. Only personfrom family was wendy. Not come to holy's wedding? She ws in texas. Tht was a whole wendy thing. Wendy wnatdc to be make shit for holly wedding, she just wanted them to come and idk, big fuckin mess. Wendy not going to come if she cod'nt do things. I told mom, drive to texas, but no. wendy not come and mom not come. It was mom dind't think holly should marry mnike, not thought that miek treated haley very good. Did he? He was come a long way. He is short with her, but not abuse her. And stuff like that and he was good with marvea and I thought really defensive for him towards mymom. Hard to be step parent, but he was trying. Halye called him dad and no man isperfect.

MG004538

HHH-P30

13

Mom liked mem? No. I don't think she did or does and I don't either. She used to tell me, angie, you are going ot be like me. Old nad alone. Yea nd probably. And I sure am. She idnt' mean it in a mean way. Why tink you would be like her? Idk. Cause of the mne in my life. I coudon't stayin one relatinship. I guess, idk. When say that? Late 20s.

When ruing bar, home at all? I , ,my bar was only opoen wed to sat, 3-2. home in day with Alyssa, not work for three days.. so ,

Mom said you will bre a nobody and worthless—proably got exaggarted into that, old and alone. Laughs. Oh dave. Mo never say something like that

Holly moved in with you? I loved it. Shelived in basement. Fixed up as little apt. she watched Alyssa and marvea whil I worked. Work out well>? Yea. How long there? Quite a while. Icna't remember why she moved out. I know moved back to forest city with mom.

Dad hit you in back? He , another time, cookie, we went camping and me and my cousin ,were out on lake in canoe and when I came back, cookie said, you been drinking, I said, no. and Barbie said, no. let me smell your breath. And she said, sucrets, you been sucking on sucrets to hide beer. And barb ws no. just out on the lake and forever to get back. Thought not get back. And I wsa supset abouthta. I wsant beling belived and accuswed of something I dind't do. She went and otld dad I had been drinking and Shannon her daughter. You mom thinks I have been drinking and I haven't. sure as shit. I walked inot camper and cookie told him been drinking and I got smart, dk what I said, and dad hit me and hit me na dhit me and hit me , in the neck andreally hurt my neck and had bad headaches. Said my neck had trauma nad why having headaches and throwing up. Went to him 2-3 times a day at first and then it wsa good. I never went ot dads again after that. Fucking hated him for that. How old? Idk. 12 or 13. Barbie. Aunt winniie, dad's sister.

Dustin getign you in debt> afer stopped matking meth. He never did make meth to my benefit . meth or crank. Same thing. He didin az. Never got any of those drugs. He take my credit cards nd rn them up and promise and ever paid off. Had to pay off. Got me in debt. Before pregantn? Durig and afger. Just ridiciulousl. I dn't have any credit. Ihad perfect credit till he came along. Dustin ever appoligetic? No. kept you with him? I had his kid. Tha mean? I thought try for marvea's sake. Not be with him, he is a liar, never the truth. And not want ot be with him, not loveve and not even like. How long with him? Not a really long itme, actuallyl,. Just been in life a long time. His gf Kathy, call and haras me. I wantd tokick her ass.

I would say, go be wither, it is not a problemfo rme. He hated that. I don't want to be with her, be with you, dhtne fuck get herin check. She called al the time.

MG004539

HHH-P31

14

Terry rape you?  Of course, when we broke up. And if I was like no, he would force
himself in my house and on me.  How often?  Not a lot.  More towards the end.  Resist?
Yes.  Forcible rape?  Yea.  Report him for that?  Noooo


I did die-- I remember it.  Not sure how old I was.  Young.  And rmember I had a long
white night gown on and  idk know if I wsa sick, don't know that.  I remember diying
and going up to corner andlooking at myself, and hair almost touching floor and I was
laying there dead and she was crying and I zoomed back in body and I wsa fine.  Freaky.
Dk what prompted you to die>?  Ever asked.  Mom said, nothiñg wrong, just came to her
and said, I'm going to leave you.


Mom wrote letter too jimmy?  Don't know that.

Who were you from 1989—93  what was ogin on with you.  Jumping.     I guess I was
just going with the flow of things.     I had it in my heaed, that dusitn was goin to be a
eneift. But I didn't.

Who were you in clear lake,ventura:  I was alyssa's mom, wnatd us to have a normal
person, hosue, job and kid.  Just have a hapy life.     but I didn't do that.    My adidiction
to drugs  was my main prirotiy.  It was  it ran my life.  ithought doing drugs made me
beter mom, person and employee.    Think that it did?  Because I had the cleanest house
on the blocki an dmad ethe most tips and I always had time for Alyssa.     Those things
don't matter.    Dind't sleep?  Yea. And I just had plenty of energy.  All my
responsibilities, dealt with.    I just guess I was living in a fog.    Lssping then>  I slept
every night, usually a, a few hours.  Rarely stayed up nights.  Terry go days and days
without sleping that makes you crazy.   I proably did about 5 hours a night was good for
me.  I got to be d late and get up early.     Sleep now?  Oh, I lseep as much as possibly
can, try to sleep it away.  I go to bed at 10 and breakfast at 5:30.  I keep my cereal for
night. Till evening.  I usually eat toast and kep juice till night.  I go tback to sleep and
clean at 8 and then go baack to bed and sleep to ll, watch young and restless.   Ten
during day, I try and wlak a couple times adya, and call lawyers and read mail and  idk.
I do't usuallyl nap during the day.  Unless tired, or depressed.

I get lonely and go in room and lay on bed.

Who you were? I don't know who I was.  I was stupid.    Idk who I was.  I don't think I
ever knew who I was until I came to jail.  I look back at myself and hate what I see, self
centered, selfish, drug addict.    I look back and  disgusted with myself.  I thought was
such a good mom.  Wantd to gbe a good mom and tink not a good mom.  Worked too
much and idk, just should have , I should have been around more for Alyssa.

When wasit when not there?  When started working at country club and country kitchen
I worked from 6 in morning till 2 .and home every night. And at contyry kitchen  worked

MG004540

HHH-P32

15

10-2 and 5-closing. After cpontry club I was always working. We were closed January to marhc, and I got unemployment. I worked three seasons. I loved verlene, best boss ever. Both Capricorns.

Capricorns like? Dedicated, loyal and hard workers.

Theme of life, looking for love in all the wrong places---seems right. Youthink when I say that. Think yoyu are very accurate. I never wanted to be alone. I always had one guyt afer another, afernothta , I was always seeing somebody. I don't understand that.

Feel when alone?> idon't know, never was alone. One realsionhip ended and another stared, don't' underatnd. Why. Moved to desmoines, first time, no guy. Think about another who had that? I'd think, geez, I'd think they couldn't think for themselves. I think they were weak. You? Oh heavens no. I can't explain mny way o fhtinkgin gand life style. I still don't understand it. I think I would have seen and done things, if not doing drugs.

Why doing drugs? _Self medication instead of anti depressant. I have a chemical limbalance and I have a depression that is too severe to take care of and ignore._ I should always be on medication.

Treid medication for short time, but still did crank. If not done crank, maybe I would have made the connecitn. Never not doing drugs.

What did you do with information like this is your brain on drugs?> I dint think of crank as a drug. I didn'tl when seen commercials, I thought of pot and doing acid and shit like that. Din't think of crank as a drug. Know what was in it? Know what the ingredients? I know but before, an hydrous thing not popular. I guess not knew made of. After anhydrous coming and shit like that.

I loved it. I'll never have drugs in life again. Never want to be that fuckin naïve and blind. I want to live in the now. You don't live in now when on drugs. Now so awful, I hate drugs for what have done to my life, let them. Drugs took me away from kids and hate them again. Never let drugs have the satisfaction of ahving control o fme.

I finally feel, stupid to, and so not in controk, I feel like control of my thinking now fmore than I ever have been. It feels good too. I just get disgusted when I thnk back, how controlled I was by the drugs and the men in my life. it just makes me sick. For so strong minded, so easily manipulated. Makes me sick.

I am a hot head. People always know I'm mad, if sad or disappoint, everyboy knows, wear heart on sleeve. Where stand with me and sneaking, manipulatorls I just despise them. I am so much rather be hot head. I hate it when people aren't themvels, but I'm a fine one to talk, I am myself now.

MG004541

HHH-P33

16

Dustin love you? No.    being with a man who doesn't' love you? Only one that din't love me that I thought.    Dustin din't know how to love.    How come just gone?  I kind think I was.  After  I knew not want to be with him, marvea was bor. In hospital giving birth to her, not want to be with him.  The more I pulled awy, themore he tried ot be with me.   He controlled me.    Hwo could he control you?  He used fear to control me. Fear of what?  Fear for my safety and my children.   Fear of going to jail.   After told you.



With him for year? Not living with me the whole time.  He just stayed, not really living, not get mail, his residence was mom.  He was either at my house or kathys.  It hought at moms dind' care enough to check up on him,  no mind when he wasn't around.   Why let him be around?    I don't' know.   I let him  be aaround beause I thought there would be a pay off in end.  ?  I think I thought that  eventually  he would  get bck into crank thing and I would finally get my dope form him, I guess.

Soemboy reported you were so goo go about him?  Never was.  I thought he would be successful.  I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book.  On> on how to make meth.   Aeem liiek acnj acompisment?  If get a book published.  He wanted to be a science teacher.  He talked so much shit.  I really bleived he could succeed in thiese things.    Until I realized all fuckin talk.   Realizd that?  When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustying an d being lied to and shit.  And right around hat time, when told me about the murders and  whew.  Then I was scared to not be with him and ot wanitng ot be with him and when verlene offered job. That was ouot. It was great.

Terry like your dad?  Both strong. All I would know.  Terry feel like rescuer?  I always felt safe with him.  Nothing could touch me when he was around.  He was  my everything.   He wsa danger,   that incongruence seem clear?  The good out weighted the bad until the bad was too bad.  If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older.  Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good?  Loved him.   Loving him give you?   So powerful?  Made me happy.  If se ehim from across the rom, not help.  Heart flutter. And

Look like?  Oh, so good looking.  Loked like Patrick swazy.  Very muscular.  Very, short and one long braid,   a ksinhy little braid.  Dk why, but it was cute.   Like abiker guy> but idn't have cycle.  But h e was kinda like a thug.   Not a slacks and jacket.  He was blue jeans and boots.   Nothing he couldn't do.   Look I slike your dad?  Jyea, james dean.

Dustin different/ he is like dukey houser,  never sexually attracted to hi.  Sex with him was never good. Nothing was ever good.

MG004542

HHH-P34

17

Sometimes when I hthink about terry, I think about him up in heaven, and I bet he is so mad that I am in jail.l infuriates him that people think I had any part of his death. He knows how much I love dhim., and I would never do that. Hate that he got me involved with dustin. Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone.   Still berescuer? Yea.

Yea, the world is not a better palce becaue he isn't it it. Crying. I hate it when oeple talk shit about him, hate it when  I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared. I don't want people to remember him like that. Crying. That isnanotehr reason agreed to alfrod plea. I just don't want  bad things said about him, in an effort to help me.    Sbveucaeoother than his temper, he was a good guy. He would have dond anyting for me, he wa s a good firned. To others too.

He was just a drug addict.    I just want to tell Ashley how sorry I am , what happened to her dd,a didn't have anyting to do with it and if I could have stopped it I would have and if had any idea, I owuldn naever have acalled him. ? terry.   Dusitn had me call to meet me. Knew going to meet dusin.

Creid about abuse –kids in camboida. I adopted them, making 32 a week. I wanted to bring al camboidia kids abacak to America. I can't stand any kind of child abuse, if see someone, too rough, I wil  address that. Approach someone, you are being too rough with child. Hit that kid and I will hit you. Don't like, eve my friends, dave, he get short tempered with brina, ndont' yell

Discipline your kids.? I nevert hit thme or spanked them. I would tell them. And I think that  spaning and hyitting is just because bigger andstrong. Obey me and respect cause scared I might hit them. Want them to respet and love me. And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen  I don't

I love mom . I hate that I did this to my family. Don't know how I can ever apoligiaze to my family for this. Each time, mom has to talk to someone, an invasion of their privacyl. They have to do that for me. My dad, broehr, mother, siters. Alyssa. So sorry for it all, wish I could make I go away. And by taking this alfroed plea, think I t will do it.

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago., I would have plead and if just drugs, I cn'at deal with that kid factor.

MG004543

HHH-P35