FAX # 307 - 883 - 9156

To: MARY GOODY                                SUNDAY, 5/1/05

FROM: PAT BERRIGAN

re: DR. HUTCHINSON'S NOTES

*fax to KC office*

Mary,

Here are the troublesome passages.
I spoke with Marilyn briefly this am,
but will you please follow-up with
her after she returns from vacation?

Thanks Mary.

Pat

PS— We'd be lost in the wilderness without you!

I'm not going
to answer
on the spot.
got confused —
d/h/k

GOVERNMENT
EXHIBIT
III
09-CV-3064 MWB

MG004498

13

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inocne tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husincs. I'll deicve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't.. I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin sitting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin. I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me witbout me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that? Mad at me becuae I fell for this stupid fuckin , federal informatnt in jail and gave him maps and tah gabvre him the death penalty and going to make me pay for that.

No? think about it.

I never know , ifnot fucking tody me.

Childdhod -NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosuc, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

05/01/05 SUN 11:21 FAX 402 494 2550    MARINA INN    ☒002

MG004499

11

manipulator. I was doing my own drugs. Not with him. He doing drugs? He dint' have any. And I was seihg him for a couple of months. And I got pregnant. Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working. I was rpegnatn and not belive. I told him, having abortion. Not having this kid. Terry will freak out. dusitn was I'll take care of i.t not having abortion. I was, going to. He put foot donw. I was like fuck. I din't thin he was like, I'll drive you, not how, I was freaking out. I knew nothing would come out fgood if terry. Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it. Din't think , he had another girl pregbant. He says don't and you lay down? He was so adamant. We argued. He ws adamant thati not have an abortin. So? I felt like guess, his kid too, fuck, he reassured me would be ok. How could it be oik? I couldn't see how woud be oki. I knew terry would, oh my god. How did you tell yourself it could b oki> I never told myself. I was a nervous wreck. And dusitn had this whole legal situation and I dind't now who greg Nicholson was. I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

7. And then dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool. Then you can make dope and I can finally get some. I figured I would stay with him. I would continue our relatinship. How pregantn by then? Just acoupe of months. In 3 months, Rodney, martyt and dustin.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing. I knew not have kid without him. Terry met with met a couple of itme. If you are pregnant, cut that baby out of you. I was scared fucking to death. Nad November of 93, terry wan't a problem anymore. Cause dustin killed him. I still can't believe he is gone. How find out he was gone. I found out he was gone, cuase terry, dusint had me call so him and tery could talk,. He would tell terry to o go

Gone

Need to not talk about crime
Whatlesson from life
i have lived a very self centered life. puts others first, not my own. I alwys think bout how things effected me, before , not how effected others. Now I want to do the opposite. A good influcena nd effect onothers around me. I kinow longer want to be feared, but loved. How I try to live now. Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them the thinns I have learned. Give them as much advice. And encouragement. As I can. I think if help one person while in here, that would be a good thing. And I care about them ndswnat to help them and not let others go without anything. Try to run life, try to encourage and get them to pray and idk, want to be good influcne. Leave jail, glad I met angela Johnson.

05/01/05 SUN 14:21 FAX 402 494 2550   MARINA INN   ☑ 003

MG004500

16

Dustin love you? No.    being with a man who doesn't' love you? Only one that din't love me that I thought.    Dustin din't know how to love.    How come just gone? I kind think I was. After  I knew not want to be with him, marvea was bor. In hospital giving birth to her, not want to be with him.  The more I pulled awy, themore he tried ot be with me.  He controlled me.    Hwo could he control you?  He used fear to control me.  Fear of what? Fear for my safety and my children.  Fear of going to jail.   After told you.

With him for year? Not living with me the whole time. He just stayed, not really living, not get mail, his residence was mom. He was either at my house or kathys. It hought at moms dind' care enough to check up on him, no mind when he wasn't around.   Why let him be around?    I don't' know.    I let him be aaround beause I thought there would be a pay off in end.  ? I think I thought that  eventually  he would  get bck into crank thing and I would finally get my dope form him, I guess.

Soemboy reported you were so goo go about him? Never was.  I thought he would be successful.  I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book. On>  on how to make meth.   Aeeru liiek acnj acompisment?  If get a book published. He wanted to be a science teacher. He talked so much shit.  I really bleived he could succeed in thiese things.    Until I realized all fuckin talk.    Realizd that?  When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustving an d being lied to and shit.  And right around hat time, when told me about the murders and  whew.  Then I was scared to not be with him and ot wanitng ot be with him and when verlene offered job. That was ouof. It was great.

Terry like your dad?  Both strong. All I would know.  Terry feel like rescuer? I always felt safe with him. Nothing could touch me when he was around. He was  my everything.   He wsa danger,   that incongruence seem clear?  The good out weighted the bad until the bad was too bad. If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older. Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good? Loved him.  Loving him give you?  So powerful? Made me happy. If se ehim from acroso the rom, not help. Heart flutter. And

Look like? Oh, so good looking. Loked like Patrick swazy. Very muscular. Very, short and one long braid,  a ksinhy little braid. Dk why, but it was cute.  Like abiker guy> but idn't have cycle. But h e was kinda like a thug.  Not a slacks and jacket. He was blue jeans and boots.  Nothing he couldn't do.  Look I slike your dad? Jyea, james dean.

Dustin different/ he is like dukey houser, never sexually attracted to hi. Sex with him was never good. Nothing was ever good.

05/01/05 SUN 14:22 FAX 402 484 2550    MARINA INN    @004

MG004501

III-P4

17

Sometimes when I hthink about terry, I think about him up in heaven, and I bet he is so mad that I am in jail.l infuriates him that people think I had any part of his death. He knows how much I love dhim., and I would never do that. Hate that he got me involved with dustin. Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone.    Still berescuer?  Yea.

Yea, the world is not a better palce becaue he isn't it it.  Crying.  I hate it when oeple talk shit about him, hate it when  I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared.  I don't want people to remember him like that.  Crying.  That isnanotehr reason agreed to alfrod plea.  I just don't want  bad things said about him, in an effort to help me.     Sbveucaeoother than his temper, he was a good guy.  He would have dond anyting for me,  he wa s a good fimed.  To others too.

He was just a drug addict  I just want to  tell Ashley how sorry I am , what happened to her dd,a didn't have anyting to do with it and if I could have stopped it I would have and if had any idea, I owuldn naever have acalled him.  ?  terry.   Dusitn had me call to meet me.  Knew going to meet dusin.

Creid about abuse –kids in camboida.  I adopted them, making 32 a week.  I wanted to bring al camboidia kids abacak to America.  I can't stand any kind of child abuse, if see someone, too rough, I wil  address that.  Approach someone, you are being too rough with child.  Hit that kid and I will hit you.  Don't like, eve my friends,  dave, he get short tempered with brina, ndont' yell

Discipline your kids.?  I nevert hit thme or spanked them.  I would tell them.  And I think that  spaning and hyitting is just because bigger andstrong.  Obey me and respect cause scared I might hit them.  Want them to respet and love me.  And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen  I don't

I love mom .  I hate that I did this to my family.  Don't know how I can ever apoligiaze to my family for this.  Each time, mom has to talk to someone, an invasion of their privacyl.  They have to do that for me.  My dad, broehr, mother, siters.  Alyssa.  So sorry for it all, wish I could make I go away.  And by taking this alfroed plea, think I t will do it,

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago.,  I would have plead and if just drugs, I cn'at deal with that kid factor.

05/01/05  SUN 14:22 FAX 402 494 2550        MARINA INN                                    @005

MG004502

husgand happy. He would like meto shit book and walk away nieces or not. He wa never to be involed in this.

Attirbutesto move? It did eventually get better. Too k awhile. Fought a lot wheil e there too. It wa proably not sure, after the custody hearing with marvea. The honkins took meto court. They tried to make mince meat and failed miserably. And l think after that she was apretty darn appreciateive whwat we had to do to keep marvea and settled down after hat. Not push me any farther. Going to court for her now. A lot had to do and a lot of sacrifices I had to make she will ever know how it was, those thre eyars. Pretty tough. Last slap, triede to take. Never forgiven self if they took her. Hard to lete her go as it was. She not working here. Unhappy. Everybody in this house was unhappy. Mike not want any part of anyting, not help at all. Not a supportive hsuand and angie not get through, what ar you doing for me andmy kids. And thatis lotof reason we fought so much,. Not in the right mind for a long time.

We went up to cedar rapids, when first ther, my borhet, not talked to broher in 15 years. Sawa hime for first time, and that is the weekend, supposedly revealed nasty stuff to sister and brohers wife. They kept a secret. The terry de gue stuff, talkeda bout killing him. I have a hard time believing that, but my sister was pregnant at that time, she was 7 months pregnant. And don't' understand how able to do that. With the man so deathly afraid of. Why she would tell them that in the jail. Think she did tell them? If say she did, I don't' know why they wouel dlike. Went rightto al and never told me that. I don't want that kind of information, why say something like that, them ofall people. How know notin right mind.

Siblings not get along? I really don't know. Why not talk to jimmy for 15 years. When he moved, went ot college. Never saw him again. Cut ties with family, he nevder liked me, resented me growing up fele it growing up. He was mean to mein school. Borhers and ister fight. That's a givenmk it was different, he din't like me. He left for college and omae home a couple of itmes, not around when he came home, not know him, a ocuple of itmes, went to a football game an agie and I went to se him playing in college andgo to games and have pizza and never really talked ot me, him and angie were pretty close. I was ok withit. That was how it ws, not push it. But after his college, was done, never kept in touch, never bothered to, dk why, dind't wquestion, doing onwn thinmg, own life, lie do now. Not till angie. Wanted to get together to go see all. He wanted all of us. Big family reunion, net tihing, he and I keeping in touch. And he decided to not be in touch and now not for thre years and wendy not for three years. Reason she had caused in and how sided with honkins. She didn' know them peole not even involed. As far as her being witness in this grand jury. Her and angie not even talk and eif did, not for wendy to have anyting to testify, neer person with angie. When wendy came ot visit, one or twice a year. Maybe saw a few things, idk. Don't know how be miss now at all and this is concerned, she has all this information and thinks she knows what is going on. Wendy likes to stir things up and watched her. Called her on it,

6

05/01/05 SUN 14:22 FAX 402 494 2560          MARINA INN          ☒ 006

MG004503