# In The United States District Court
## Northern District Of Iowa
CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **AMENDED WITNESS & EXHIBIT LIST** |
| Petitioner, | Case No.   C 09-3064-MWB |
| vs. | Presiding Judge   MARK W. BENNETT |
| | Deputy Clerk   /S/ Roger W. Mastalir |
| UNITED STATES OF AMERICA, | Court Reporter   Shelly Semmler |
| Respondent. | Petitioner's Att'y   Michael Burt, Marcia Morrissey |
| Hearing Dates    05/02/11-05/05/11 | Respondent's Att'y   C.J. Williams, AUSA |

| # | **PETITIONER'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Patrick Reinert, AUSA | 05/02/11 | 8:19 a.m. | 05/02/11 | 11:06 a.m. |
| 2 | Richard Murphy, AUSA | 05/02/11 | 11:07 a.m. | 05/02/11 | 2:40 p.m. |
| 3 | Leon Fred Spies (one of co-defendant Honken's trial attorneys) | 05/02/11 | 3:05 p.m. | 05/02/11 | 5:03 p.m. |
| 4 | William Basler (Iowa investigating officer) | 05/02/11 | 5:04 p.m. | 05/02/11 | 5:21 p.m. |
| 5 | Kenny Hansen (high school acquaintance of Dustin Honken) | 05/02/11 | 5:21 p.m. | 05/02/11 | 5:35 p.m. |
| 6 | Alan Johnson (friend of Dustin Honken) | 05/03/11 | 8:00 a.m. | 05/0311 | 8:29 a.m. |
| 7 | Mark Johnson (friend of Dustin Honken) | 05/03/11 | 8:29 a.m. | 05/03/11 | 8:44 a.m. |
| 8 | Daniel Cobeen (co-conspirator/informant against Dustin Honken) | 05/03/11 | 8:51 a.m. | 05/03/11 | 9:16 a.m. |
| 9 | Timothy Cutkomp (co-conspirator/informant against Dustin Honken) | 05/03/11 | 9:27 a.m. | 05/03/11 | 10:12 a.m. |
| 10 | Lisa Love Smith (inmate at Dakota County Jail with Peggy Sue Hoover) | 05/03/11 | 1:00 a.m. | 05/03/11 | 1:14 p.m. |
| 11 | Patrick Berrigan (continuing testimony from Part I) | 05/04/11 | 8:00 a.m. | 05/04/11 | 5:01 p.m. |
| 12 | Russell Stetler (Federal Death Penalty Projects national mitigation coordinator) | 05/05/11 | 8:00 a.m. | 05/05/11 | 11:12 a.m. |

| # | **RESPONDENT'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | John Graham (case agent) | 05/03/11 | 10:20 a.m | 05/03/11 | 10:30 a.m. |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PETITIONER'S** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 93 | Russ Stetler Visual Aids, Raw Data, and Explanation | 05/05/11 | Yes |
| 94 | Russ Stetler Data for Exhibits 68 and 69 | 05/05/11 | Yes |
| 95 | All Discovery in Possession of Trial Counsel on Disks **(Sealed)** | 05/02/11 | Yes |

| 96 | Grand Jury Testimony **(Sealed)** | 05/02/11 | Yes |
|---|---|---|---|
| 98 | Note on back of Berrigan's Trial Book 1 | 05/04/11 | Yes |
| 99 | Index of material provided to Russ Stetler | 05/05/11 | Yes |

| Marked | **RESPONDENT'S** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Ray Cornell notes sometime between 10/13/00 and 10/18/00 | 05/04/11 | Yes |
| B | Berrigan's notes of meeting with Angela Johnson 07/02/01 | 05/04/11 | Yes |
| C | 08/14/01 Letter from Angela Johnson to Mr. Willett | 05/04/11 | Yes |
| D | Notes by Mr. Stowers of 02/13/02 phone call with Angela Johnson | 05/04/11 | Yes |
| E | 05/06/02 Notes by Mary Goody (also MG 006167) | 05/04/11 | Yes |
| F | 05/08/02 notes by Berrigan of meeting with Angela Johnson | 05/04/11 | Yes |
| G | 10/24/02 letter from Angela Johnson to Mr. Berrigan | 05/04/11 | Yes |
| H | Notes by Mr. Berrigan of interview on 01/08/05 of Brandi Byrd | 05/04/11 | Yes |
| I | E-mails from Nancy Lanoue to [Piraymond@aol.com](mailto:Piraymond@aol.com) 02/07/03 | 05/04/11 | Yes |
| J | Notes by Mr. Berrigan of 03/14/04 meeting with Skip Gant, Mr. Stowers, and Mr. Willett | 05/04/11 | Yes |
| K | Notes by Mr. Berrigan of 11/04/04 meeting with Angela Johnson | 05/04/11 | Yes |
| L | 02/25/05 Letter from Angela Johnson to Mr. Berrigan | 05/04/11 | Yes |
| M | Notes by Mr. Berrigan from 03/09/05 meeting with Angela Johnson | 05/04/11 | Yes |
| N | March 2005 letter to Mr. Berrigan from Angela Johnson | 05/04/11 | Yes |
| O | Mr. Berrigan's notes of 03/22/05 meeting with Angela Johnson | 05/04/11 | Yes |
| P | 06/22/05 letter from Angela Johnson | 05/04/11 | Yes |
| Q | letter from Angela Johnson to Mr. Willett | 05/04/11 | Yes |
| R | Notes by Mr. Berrigan of 12/19/05 visit with Angela Johnson | 05/04/11 | Yes |
| S | Notes by Mr. Berrigan of sentencing hearing 12/20/05 | 05/04/11 | Yes |
| T | Notes by Mr. Berrigan of 10/16/00 conversation with Mr. Willett | 05/04/11 | Yes |
| U | 03/19/01 letter from Mr. Berrigan to Angela Johnson | 05/04/11 | Yes |
| V | Notes by Mr. Stowers of 04/03/01 meeting with Angela Johnson | 05/04/11 | Yes |
| W | 04/10/01 letter from Mr. Berrigan to Mr. Reinert | 05/04/11 | Yes |
| X | Notes by Mr. Stowers from 08/03/01 | 05/04/11 | Yes |
| Y | 08/21/01 letter by Mr. Berrigan to Mr. Willett and Mr. Stowers | 05/04/11 | Yes |
| Z | Notes by Mr. Berrigan of 10/01/01 meeting with Angela Johnson | 05/04/11 | Yes |
| AA | Notes by Mr. Berrigan of 12/07/01 conference with Mary Goody, including Mr. Willett and Mr. Stowers | 05/04/11 | Yes |

| | | | |
|---|---|---|---|
| BB | 02/07/02 letter from Mr. Berrigan to Angela Johnson | 05/04/11 | Yes |
| CC | Notes by Mr. Berrigan of 05/08/02 visit with Angela Johnson | 05/04/11 | Yes |
| DD | Notes by Mr. Berrigan of 07/16/02 visit to Angela Johnson | 05/04/11 | Yes |
| EE | 05/10/03 letter from Angela Johnson to Mr. Berrigan | 05/04/11 | Yes |
| FF | Notes of Mr. Berrigan of 05/22/03 jail visit with Angela Johnson | 05/04/11 | Yes |
| GG | Notes of Mr. Berrigan of 06/30/04 conversation with Charlie Rogers | 05/04/11 | Yes |
| HH | Notes of Mr. Berrigan of 08/21/03 jail visit with Angela Johnson | 05/04/11 | Yes |
| II | Silverstar Communications 04/19/05 | 05/04/11 | Yes |
| JJ | Notes by Mr. Berrigan from Federal Death Penalty Conference in Salt Lake City 11/05-06/04 | 05/04/11 | Yes |
| KK | 03/02/05 letter from Judy Whetstine to Mr. Willett | 05/04/11 | Yes |
| LL | (Not used) | | |
| MM | (Not used) | | |
| NN | Grand jury testimony of Christi Gaubatz in 2000 | 05/04/11 | Yes |
| OO | 03/08/01 letter from Angela Johnson to Dustin Honken | 05/04/11 | Yes |
| PP | Notes of Mr. Berrigan of 05/22/03 jail visit to Angela Johnson | 05/04/11 | Yes |
| QQ | (Not used) | | |
| RR | 09/22/05 letter from Angela Johnson to Mr. Berrigan | 05/04/11 | Yes |
| SS | Notes by Mr. Berrigan of 12/19/05 meeting with Angela Johnson | 05/04/11 | Yes |
| TT | Notes by Mr. Berrigan of sentencing hearing on 12/20/05 (appears to be duplicate of S) | 05/04/11 | Yes |
| UU | Notes of Mr. Berrigan of 10/01/01 meeting with Pat Reinert, C.J. Williams, and Rich Murphy | 05/04/11 | Yes |
| VV | 10/09/01 letter from Angela Johnson to Mr. Berrigan | 05/04/11 | Yes |
| WW | 10/01/01 letter from Mr. Reinert to Mr. Willett | 05/04/11 | Yes |
| XX | 02/07/02 letter from Mr. Berrigan to Angela Johnson | 05/04/11 | Yes |
| YY | Notes of Mr. Stowers of 08/03/02 telephone conference with Mr. Reinert | 05/04/11 | Yes |
| ZZ | 08/21/02 memorandum by Mr. Berrigan of plea discussions | 05/04/11 | Yes |
| AAA | 06/07/03 letter from Mr. Berrigan to Angela Johnson | 05/04/11 | Yes |
| BBB | Notes by Mr. Berrigan of 06/30/04 conversation with Charlie Rogers | 05/04/11 | Yes |
| CCC | Notes by Mr. Berrigan of 07/12/04 telephone conference with Charlie Rogers | 05/04/11 | Yes |
| DDD | Notes by Mr. Berrigan (undated) | 05/04/11 | Yes |
| EEE | Wikipedia schedule of Beavis and Butthead Episodes | 05/03/11 | Withdrawn |
| FFF | Mason City Newspaper:  Copy from microfilm of TV listings for 07/25/93 | 05/03/11 | Withdrawn |

3

| GGG | 10/08/01 proposed plea agreement from Dean Stowers to Mr. Reinert | 05/04/11 | Yes |
|-----|-------------------------------------------------------------------|----------|-----|
| HHH | Notes by Dr. Hutchinson of 2 interviews with Angela Johnson | 05/04/11 | Yes |
| III | Mr. Berrigan's fax to Mary Goody concerning Dr. Hutchinson's notes 05/01/05 | 05/04/11 | Yes |

4