# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

MOTION TO ALLOW
VISITATION BY GEORGE W.
WOODS, JR., M.D., AND MYLA
H. YOUNG, PH.D.

_____

Angela Johnson, by her counsel, moves the Court for an order allowing visitation by George W. Woods, Jr., M.D., and Myla H. Young, Ph.D., while petitioner is housed at the Leavenworth Detention Center, 100 Highway Terrace, Leavenworth, Kansas 66048. Visitation by Drs. Wood and Young is necessary for petitioner to be prepared to proceed with the final part of the evidentiary hearing in this case, which is scheduled to begin on June 13, 2011.  Petitioner requests that the Court order that Drs. Woods and Young be

allowed contact visitation with petitioner, subject to the customary rules and regulations of the Leavenworth Detention Center.

A proposed order regarding visitation is attached.

DATED this 9th day of May 2011.

Michael Burt
Law Office of Michael Burt
600 Townsend Street, Suite 329E
San Francisco, California   94103
415-522-1508 (tel.)
415-522-1506 (fax)
Michael.Burt@prodigy.net

Marcia A. Morrissey
Attorney at Law
2115 Main Street
Santa Monica, CA 90405
310-399-3259 (tel.)
310-399-1173 (fax)
MorrisseyMA@aol.com

By:    /s/ Marcia A. Morrissey____
            _____
            Marcia A. Morrissey

Attorneys for Petitioner
Angela Johnson

2