**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ANGELA JOHNSON, | No. C 09-3064-MWB |
| Petitioner, | (No. CR 01-3046-MWB) |
| vs. | [PROPOSED] ORDER RE VISITATION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

_____

TO THE WARDEN OF LEAVENWORTH DETENTION CENTER:

IT IS HEREBY ORDERED that George W. Woods, Jr., M.D., and Myla H. Young, Ph.D., are allowed to visit Angela Johnson, Register No. 08337-029, for the purpose of conducting neuropsychiatric and neuropsychological evaluations. Drs. Wood and Young are to be allowed contact visits with Angela Johnson, subject to the customary rules and regulations of the facility.

Dated: _____, 2011 _____
MARK W. BENNETT
United States District Judge