# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This case is before me on petitioner Johnson's May 9, 2011, Motion To Allow Visitation By George W. Woods, Jr., M.D., And Myla H. Young, Ph.D. (docket no. 249). The petitioner moves the court for an order to the Warden of the Leavenworth Detention Center allowing visitation by George W. Woods, Jr., M.D., and Myla H. Young, Ph.D., while the petitioner is housed at the Leavenworth Detention Center. The petitioner asserts that visitation by Drs. Wood and Young is necessary for her to be prepared to proceed with the final part of the evidentiary hearing in this case, which is scheduled to begin on June 13, 2011. The petitioner requests that the court order that Drs. Woods and Young be allowed contact visitation with her, subject to the customary rules and regulations of the Leavenworth Detention Center. I find that the contact visitation requested is reasonably necessary to a full, fair, and just determination of the petitioner's § 2255 Motion.

THEREFORE, petitioner Johnson's May 9, 2011, Motion To Allow Visitation By George W. Woods, Jr., M.D., And Myla H. Young, Ph.D. (docket no. 249) is **granted**, and the Warden of the Leavenworth Detention Center, 100 Highway Terrace,

Leavenworth, Kansas 66048, is **directed** to allow George W. Woods, Jr., M.D., and Myla H. Young, Ph.D., to have contact visits with Angela Johnson, Register No. 08337-029, for the purpose of conducting neuropsychiatric and neuropsychological evaluations, subject to the customary rules and regulations of the facility.

**IT IS SO ORDERED.**

**DATED** this 10th day of May, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2