# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

         Petitioner,

vs.

UNITED STATES OF AMERICA,

         Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING DEADLINES FOR POST-HEARING BRIEFING**

_____

At the conclusion of Part II of the evidentiary hearing in this matter, I discussed with the parties the deadlines for post-hearing briefing in this matter. Pursuant to that discussion, I now set the following deadlines:

- The petitioner will have **to and including September 30, 2011,** within which to file a post-hearing brief

- The respondent will have **to and including November 30, 2011,** within which to file a response

- The petitioner will have **to and including December 30, 2011,** to file a reply

Extensions of these deadlines will be exceedingly unlikely.

A date for oral arguments will be set by separate order.

**IT IS SO ORDERED.**

**DATED** this 25th day of May, 2011.

_____

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA