ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE AUGUST 1, 2008

A.    Federal death sentences are implemented by an intravenous injection of a
lethal substance or substances in a quantity sufficient to cause death, such
substance or substances to be determined by the Director, Federal Bureau of
Prisons (BOP) and to be administered by qualified personnel selected by the
Warden and acting at the direction of the United States Marshal.  28 CFR 26.3.
The procedures utilized by the BOP to implement federal death sentences shall
be as follows unless modified at the discretion of the Director or his/her
designee, as necessary to (1) comply with specific judicial orders; (2) based on
the recommendation of on-site medical personnel utilizing their clinical judgment;
or (3) as may be required by other circumstances.

B     The identities of personnel considered for and/or selected to perform death
sentence related functions, any documentation establishing their qualifications
and the identities of personnel participating in federal judicial executions or
training for such judicial executions shall be protected from disclosure to the
fullest extent permitted by law.

C.    The lethal substances to be utilized in federal lethal injections shall be Sodium
Pentothal, (thiopental); Pancuronium Bromide and Potassium Chloride.

D.    Not less than fourteen (14) days prior to a scheduled execution, the Director or
designee, in conjunction with the United States Marshal Service, shall make a
final selection of qualified personnel to serve as the executioner(s) and their
alternates.  See BOP Execution Protocol, Chap. 1, §§ III (F) and IV (B) & (E).
Qualified personnel includes currently licensed physicians, nurses, EMTs,
Paramedics, Phlebotomists, other medically trained personnel, including those
trained in the United States Military having at least one year professional
experience and other personnel with necessary training and experience in a
specific execution related function.  Non medically licensed or certified qualified
personnel shall participate in a minimum of ten (10) execution rehearsals a year
and shall have participated in at least two (2) execution rehearsals prior to