**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SCHEDULING
ADDITIONAL DATES FOR
EVIDENTIARY HEARING**

_____

It has now become clear that a fourth part of the evidentiary hearing in this matter will be required to complete submission of evidence, specifically, to receive evidence from the respondent's mental health expert. **Therefore, part four of the evidentiary hearing is now set to begin at 8:00 a.m. on Thursday, August 11, 2011, in the Third Floor Courtroom of the United States Courthouse in Sioux City, Iowa, to run through Friday, August 12, 2011.**

The United States Marshal is directed to provide for the petitioner's personal appearance at the evidentiary hearing for two days starting August 11, 2011, as well as for the proceedings beginning June 13, 2011.

**IT IS SO ORDERED.**

**DATED** this 7th day of June, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA