IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON, )
)  No. C 09-3064 MWB
Petitioner/Defendant, )  No. CR 01-3046 MWB
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent/Plaintiff. )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The United States of America respectfully requests an extension of time within which to file its response to petitioner's Second Amended Motion Under 28 U.S.C. § 2255 (Docket # 263), and to petitioner's Renewed Motion to Compel Discovery or *In Camera* Inspection of Governmental Communications Relevant to Claim III A.1 of the Corrected, Amended Motion under 28 U.S.C. § 2255, (Docket # 262), for the following reasons:

The undersigned will be in Sioux City, Iowa for the continuation of petitioner's 2255 hearing from June 13th through June 21st. In the last 2 weeks, petitioner has increased the number of witnesses she plans to call at this hearing from 5 to 10, which has required the government to spend more time preparing for this hearing. Additionally, in late May the undersigned received a new, 91-page report from petitioner's key witness for this hearing, Dr. Woods, that has required the undersigned to additionally prepare for the cross examination of this witness.

1

Petitioner's second, amended 2255 motion is 176 pages long and appears to have added many new claims that the undersigned will need time to review.

Finally, the undersigned's work load on other commitments with the Department is heavy, required out of state travel last week, and will require travel the week of June 27, 2011.

The government's response is currently due June 15th.  The government is seeking an extension of time until July 8, 2011, to file its response.

The government has contacted counsel for petitioner and they have no objection to this motion.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension of time within which to file its response to petitioner's Second, Amended 2255 Motion and to petitioner's Renewed Motion to Compel Discovery or *In Camera* Inspection of Governmental Communications.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on June 8, 2011.

UNITED STATES ATTORNEY

BY:  s/ S. Van Weelden

COPIES TO: Counsel of Record

2