## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

ANGELA JOHNSON,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

     This case is before me on the respondent's unresisted June 8, 2011, Motion For Extension Of Time (docket no. 270). The respondent seeks an extension from June 15, 2011, to July 8, 2011, of its deadline to respond to the petitioner's June 1, 2011, Second Amended § 2255 Motion (docket no. 263) and Renewed Motion to Compel Discovery or *In Camera* Inspection of Governmental Communications (docket no. 262). The respondent cites as the grounds for extending the deadline the petitioner's addition of five more witnesses to the existing five on her witness list for the hearing beginning June 13, 2011, adding to respondent's counsel's necessary preparations, the new claims in the Second Amended § 2255 Motion, and the press of respondent's counsel's other duties with the Department of Justice, which involve out-of-state travel both before and after the June 13, 2011, hearing.

     For good cause, the respondent's unresisted June 8, 2011, Motion For Extension Of Time (docket no. 270) is **granted**. The respondent shall have **to and including July 8, 2011,** to file its responses to the petitioner's June 1, 2011, Second Amended § 2255

Motion (docket no. 263) and Renewed Motion to Compel Discovery or In Camera Inspection of Governmental Communications (docket no. 262).

**IT IS SO ORDERED.**

**DATED** this 8th day of June, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2