# In The United States District Court
## Northern District Of Iowa

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **HEARING MINUTES**  Sealed:  NO<br><br>Case No.:  C 09-3064-MWB<br><br>Presiding Judge:  MARK W. BENNETT<br><br>Deputy Clerk:  Roger W. Mastalir<br><br>Court Reporter:  Shelly Semmler  Contract?  No<br><br>(If yes, send copy to financial)<br><br>Recording:  Yes  Method:  FTR Gold |

| Date: | 06/13/11 | Start: | 8:00 a.m. | Adjourn: | 6:20 p.m. | | Courtroom: | Sioux City, 1st Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 9:50-10:12; 12:00-1:00; 2:27-2:45 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **THIRTEEN** | | | |

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | |
| | | PART III | | | |
| | 8:00 a.m. | Preliminary matter:  Petitioner's request for Dr. Woods and Ms. Greenman to be present in court while other witnesses testify is granted as to Dr. Woods, but denied as to Ms. Greenman. Ms. Greenman's testimony will be limited to the original purpose of explaining the content of her lecture attended by Mr. Berrigan. | | | |
| | 8:03 a.m. | Petitioner's Witness:  Michael Gelbort (by Mr. Burt) | | | |
| | 9:50 a.m. | Recess until 10:10 | | | |
| | 10:12 a.m. | Continuing with petitioner's witness, Michael Gelbort | | | |
| | 12:00 p.m. | Recess for lunch until 1:00 p.m. | | | |
| | 1:00 p.m. | Continuing with petitioner's witness, Michael Gelbort | | | |
| | 1:09 p.m | Michael Gelbort excused | | | |
| | 1:09 p.m. | Discussion of the hours for which Dr. Woods may bill | | | |
| | 1:11 p.m. | Petitioner's Witness:  William Logan (by Mr. Burt) | | | |
| | 2:27 p.m. | Recess until 2:45 | | | |

Case 3:09-cv-03064-MWB-LTS    Document 273    Filed 06/14/11    Page 1 of 2

| | | |
|---|---|---|
| | 2:45 p.m. | Continuing with petitioner's witness, William Logan |
| | 4:00 p.m. | William Logan excused |
| | 4:00 p.m. | Discussion of scope and intent of Dr. Woods's report concerning petitioner's ability to understand the wrongfulness of her conduct. |
| | 4:04 p.m. | Petitioner's Witness: Marilyn Hutchinson (by Ms. Morrissey) |
| | 5:34 p.m. | Discussion of whether court wishes to hear further evidence on claims of competency and mental state at the time of the offense. |
| | 6:00 p.m. | Discussion of privileges issues relating to internal USAO and DOJ communications. |
| | 6:12 p.m. | Discussion of issues relating to plea negotiations. |
| | 6:20 p.m. | Adjourned for the day. Hearing continues at 8:00 a.m. tomorrow. |
| | **Witness/Exhibit List is** | Filed separately. |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS    Document 273    Filed 06/14/11    Page 2 of 2