# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger W. Mastalir<br><br>Court Reporter:   Shelly Semmler       Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes       Method:   FTR Gold |

| Date: | 06/14/11 | Start: | 8:00 a.m. | Adjourn: | 5:39 p.m. | | Courtroom: | Sioux City, 1st Floor |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:18-10:38; 12:08-1:15; 3:03-3:23 | | | Time in Chambers: | None | | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **FOURTEEN** | | | |
| | Motion(s): | | | | Ruling: | | |

| Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) |
|---|---|---|
| | PART III | |
| 8:00 a.m. | Request to take witnesses out of order | |
| 8:00 a.m. | Petitioner's Witness:  Michael Saks (by Mr. Burt) | |
| 9:54 a.m. | Witness excused.  Discussion of claim to which prior testimony was relevant. | |
| 9:58 a.m. | Petitioner's Witness:  Lisa Greenman (by Mr. Burt) | |
| 10:18 a.m. | Recess until 10:38 | |
| 10:38 a.m. | Continuing with petitioner's witness, Ms. Greenman | |
| 12:08 p.m. | Recess until 1:15 | |
| 1:15 p.m. | Petitioner's Witness:  Mark Cunningham | |
| 3:03 p.m. | Recess until 3:23 | |
| 3:23 p.m. | Continuing with petitioner's witness, Dr. Cunningham | |
| 5:37 p.m. | Witness excused. | |
| 5:38 p.m. | Brief discussion of schedule for 06/15/11. | |

Case 3:09-cv-03064-MWB-LTS     Document 275     Filed 06/15/11     Page 1 of 2

| | | |
|---|---|---|
| | 5:39 p.m. | Adjourned for the day. |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of Part III of the hearing. |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS    Document 275    Filed 06/15/11    Page 2 of 2