# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL    DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>     Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent. | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:   C 09-3064-MWB<br><br>Presiding Judge:   MARK W. BENNETT<br><br>Deputy Clerk:   Roger W. Mastalir<br><br>Court Reporter:   Shelly Semmler   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes   Method:   FTR Gold |

| Date: | 06/15/11 | Start: | 8:00 a.m. | Adjourn: | 5:32 p.m. | | Courtroom: | Sioux City, 1st Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:09-10:35; 12:03-1:15; 3:16-3:38 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **FIFTEEN** | | | |

| | Motion(s): | | | Ruling: | |
|---|---|---|---|---|---|
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | |
| | | PART III | | | |
| | 8:00 a.m. | Petitioner's Witness:  James Merikangas (by Mr. Burt) | | | |
| | 9:20 a.m. | Witness excused. | | | |
| | 9:20 a.m. | Continuing with petitioner's witness, Dr. Hutchinson (from 06/13/11) | | | |
| | 10:09 a.m. | Recess | | | |
| | 10:35 a.m. | Continuing with petitioner's witness, Dr. Hutchinson | | | |
| | 12:02 p.m. | Witness excused. | | | |
| | 12:02 p.m. | Brief discussion of remaining schedule | | | |
| | 12:03 p.m. | Recess (until 1:15) | | | |
| | 1:15 p.m. | Discussion of prior testimony of Mr. Berrigan and Dr. Logan | | | |
| | 1:17 p.m. | Petitioner's Witness:  Sean O'Brien | | | |
| | 3:16 p.m. | Recess (until 3:38) | | | |
| | 3:38 p.m. | Continuing with petitioner's witness, Mr. O'Brien | | | |

Case 3:09-cv-03064-MWB-LTS    Document 276    Filed 06/16/11    Page 1 of 2

| | | |
|---|---|---|
| | 5:32 p.m. | Witness excused; adjourned for the day. |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of Part III of the hearing. |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS    Document 276    Filed 06/16/11    Page 2 of 2