# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL  DIVISION

ANGELA JOHNSON,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

| **HEARING MINUTES** | Sealed: | NO |
|---|---|---|
| Case No.: | C 09-3064-MWB | |
| Presiding Judge: | MARK W. BENNETT | |
| Deputy Clerk: | Roger W. Mastalir | |
| Court Reporter: | Shelly Semmler | Contract? No |
| | (If yes, send copy to financial) | |
| Recording: Yes | Method: FTR Gold | |

| Date: | 06/16/11 | Start: | 8:00 a.m. | Adjourn: | 4:39 p.m. | | Courtroom: | Sioux City, 1st Floor | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:10-10:30; 11:04-12:30; 2:40-3:00 | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey | | | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | | | |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **SIXTEEN** | |
|---|---|---|---|---|---|
| | Motion(s): | | | Ruling: | |
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | |
| | | PART III | | | |
| | 8:00 a.m. | Brief discussion of scheduling. Lunch break will be approximately 11:00 to 12:30. Discussion of extent to which ABA standards have been recognized by the courts as stating applicable standards for an ineffective assistance of counsel claim. Court may require post-hearing briefing on that issue. | | | |
| | 8:09 a.m. | Petitioner's Witness: George W. Woods, Jr. (by Mr. Burt) | | | |
| | 10:10 a.m. | Recess until 10:30 | | | |
| | 10:30 a.m. | Continuing with petitioner's witness, Dr. Woods | | | |
| | 11:04 a.m. | Recess until 12:30 | | | |
| | 12:30 p.m. | Continuing with petitioner's witness, Dr. Woods | | | |
| | 2:40 p.m. | Recess until 3:00 | | | |
| | 3:00 p.m. | Continuing with petitioner's witness, Dr. Woods | | | |
| | 3:06 p.m. | Witness excused. | | | |
| | 3:06 p.m. | Explanation of effect of Dr. Young's recent illness. | | | |

Case 3:09-cv-03064-MWB-LTS    Document 278    Filed 06/17/11    Page 1 of 2

| | | |
|---|---|---|
| | 3:07 p.m. | Petitioner's Witness: Myla Young |
| | 4:06 p.m. | Witness excused |
| | 4:06 p.m. | Discussion of remaining schedule, arrangements for Dr. Martell's further interview, and scope of Dr. Kempke's expected testimony. Mr. Burt will have ten days to submit brief to strike testimony of Dr. Kempke.<br>Discussion of court's proposed revised briefing schedule and areas on which court does and does not want briefing.<br>Meet at 10:30 a.m. on 06/17 concerning Ms. Johnson's waiver of personal presence at further proceedings, then move to evidence. |
| | 4:39 p.m. | Adjourned for the day |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of Part III of the hearing. |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS    Document 278    Filed 06/17/11    Page 2 of 2