# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

     Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER AMENDING DEADLINES FOR POST-HEARING BRIEFING AND SETTING ORAL ARGUMENTS ON THE MERITS**

_____

I have determined that the post-hearing briefing schedule in this matter should be telescoped and that page limitations should be imposed. Therefore:

- The petitioner will have **to and including September 1, 2011,** to file a post-hearing brief, **not exceeding 100 pages**

- The respondent will have **to and including October 1, 2011,** to file a responsive brief, **not exceeding 100 pages**

- The petitioner will have **to and including October 21, 2011,** to file a reply brief, **not exceeding 50 pages.**

Extensions of these deadlines will be exceedingly unlikely.

**Oral arguments** on the merits of the petitioner's § 2255 Motion **are scheduled for Monday, October 24, 2011, from 8:00 a.m. to 12:00 p.m.**

**IT IS SO ORDERED.**

**DATED** this 17th day of June, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA