# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

On the record on June 17, 2011, in the course of the evidentiary hearing on her § 2255 Motion, petitioner Angela Johnson made what I find was a knowing and voluntary waiver of her physical presence at part four of the evidentiary hearing, set to begin at 8:00 a.m. on Thursday, August 11, 2011, and at the subsequent oral arguments on the merits of her § 2255 Motion, currently set for October 24, 2011.  Therefore, the United States Marshal is no longer required to provide for the petitioner's personal appearance at the evidentiary hearing starting August 11, 2011, nor at the oral arguments on the merits of the petitioner's § 2255 Motion, currently set for October 24, 2011.  Instead, the United States Marshal is directed to provide for the petitioner's return to the Bureau of Prisons, Federal Medical Center, Carswell, in Fort Worth, Texas, or such other facility as the Bureau of Prisons determines is appropriate.

**IT IS SO ORDERED.**

**DATED** this 17th day of June, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA