# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| ANGELA JOHNSON, | **HEARING MINUTES**   Sealed:   NO |
|---|---|
| Petitioner, | Case No.:   C 09-3064-MWB |
| vs. | Presiding Judge:   MARK W. BENNETT |
| UNITED STATES OF AMERICA, | Deputy Clerk:   Roger W. Mastalir |
| Respondent. | Court Reporter:   Shelly Semmler       Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes       Method:   FTR Gold |

| Date: | 06/17/11 | Start: | 10:30 a.m. | Adjourn: | 12:11 p.m. | Courtroom: | Sioux City, 1st Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | 11:05-11:23 | | | Time in Chambers: | None | Telephonic? | No |
| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey | | | | | |
| | Respondent: | C.J. Williams, AUSA | | | | | |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **SEVEN-TEENTH** | |
|---|---|---|---|---|---|
| Motion(s): | | | Ruling: | | |

| Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) |
|---|---|---|
| | PART III | |
| 10:30 a.m. | Discussion of briefing schedule and time for oral arguments | |
| 10:35 a.m. | Discussion of petitioner's waiver of physical presence at part IV, beginning August 11, 2011, and oral arguments on the merits, currently set for October 24, 2011.  Petitioner personally made such a waiver on the record. | |
| 10:40 a.m. | Respondent's Witness:  Marcia Morrissey (by Mr. Williams) | |
| 11:00 a.m. | Witness excused | |
| 11:00 a.m. | Discussion of purpose of Ms. Morrissey's testimony | |
| 11:05 a.m. | Recess | |
| 11:23 a.m. | Discussion of prosecution's response to Mr. Berrigan's attorney proffer | |
| 11:26 a.m. | Respondent's Witness:  Camille Kempke (by Mr. Williams) | |
| 12:08 p.m. | Witness excused | |
| 12:08 p.m. | Discussion of resolution of DOJ/USAO communications issue.  Petitioner moves in Exhibits 100-134.  Objections only to Exhibit 128 (hearsay) and Exhibit 131 (hearsay).  All admitted, with Exhibits 128 and 131 admitted subject to objections. | |

| | | |
|---|---|---|
| | 12:11 p.m. | Adjourned until August 11, 2011. |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of Part III of the hearing. |
| | **Miscellaneous:** | |

Case 3:09-cv-03064-MWB-LTS     Document 281     Filed 06/20/11     Page 2 of 2