# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | **AMENDED WITNESS & EXHIBIT LIST** |
| Petitioner, | Case No.  C 09-3064-MWB |
| vs. | Presiding Judge  MARK W. BENNETT |
| | Deputy Clerk  /S/ Roger W. Mastalir |
| UNITED STATES OF AMERICA, | Court Reporter  Shelly Semmler |
| Respondent. | Petitioner's Att'y  Michael Burt, Marcia Morrissey |
| Hearing Dates    06/13/11-60/17/11  (Part III) | Respondent's Att'y  C.J. Williams, AUSA |

| # | **PETITIONER'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Michael Gelbort, clinical neuropsychiatrist | 06/13/11 | 8:03 a.m. | 06/13/11 | 1:09 p.m. |
| 2 | William Logan, psychiatrist | 06/13/11 | 1:12 p.m. | 06/13/11 | 4:00 p.m. |
| 3 | Marilyn Hutchinson, psychologist (completed out of order on 06/15/11) | 06/13/11 | 4:04 p.m. | 06/15/11 | 12:02 p.m. |
| 4 | Michael Saks, expert on the legal literature regarding handwriting analysis | 6/14/11 | 8:00 a.m. | 06/14/11 | 9:54 a.m. |
| 5 | Lisa Greenman, Maryland Federal Defender's Office | 06/14/11 | 9:58 a.m. | 06/14/11 | 12:08 p.m. |
| 6 | Mark Cunningham, psychologist | 06/14/11 | 1:15 p.m. | 06/14/11 | 5:37 p.m. |
| 7 | James Merikangas, neurologist | 06/15/11 | 8:00 a.m. | 06/14/11 | 9:20 a.m. |
| 8 | Sean O'Brien, law professor (*Strickland* expert) | 06/15/11 | 1:17 p.m. | 06/15/11 | 5:32 p.m. |
| 9 | George W. Woods, Jr., neuropsychiatrist | 06/16/11 | 8:09 a.m. | 06/16/11 | 3:06 p.m. |
| 10 | Myla Young, neuropsychologist | 06/16/11 | 3:07 p.m. | 06/16/11 | 4:06 p.m. |

| # | **RESPONDENT'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Marcia Morrissey, petitioner's counsel | 06/17/11 | 10:40 a.m. | 06/17/11 | 11:00 a.m. |
| 2 | Camille Kempke, formerly BOP staff psychiatrist, FMC Carswell | 06/17/11 | 11:26 a.m. | 06/17/11 | 12:08 a.m. |

\* Exhibit Receipted to Task Force Officer

\*\* **A** = Admitted; **APT** = Admitted at Pre-Trial; **RSO** = Received Subject to Objection; **OS** = Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PETITIONER'S** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 100 | Michael Gelbort documents (Bates: GEL000001 - GEL000072) | 06/17/11 | A |
| 101 | William Logan documents (Bates: LOG000001 – LOG000483) | " | A |
| 102 | Marilyn Hutchison documents (Bates: HUT000001 – HUT000464) | " | A |
| 103 | Lisa Greenman documents (Bates: GRN000001 – GRN000366) | " | A |

| 104 | Mark Cunningham documents (Bates: CUN000001 – CUN000920) | " | A |
|---|---|---|---|
| 105 | Michael Saks documents (Bates SAK000001 – SAK000263) | " | A |
| 106 | Sean O'Brien documents (Bates: OBR000001 – OBR000226) | " | A |
| 107 | George Woods documents (Bates: WOD000001 – WOD00000287) | 06/16/11 | A |
| 108 | Woods Report Addendum: Footnote References to Jail Records | 06/17/11 | A |
| 109 | Angela Johnson EEG – Raw Data (separate CD) | " | A |
| 110 | Angela Johnson MRI – Raw Data (separate CD) | " | A |
| 111 | Angela Johnson PET – Raw Data (separate CD) | " | A |
| 112 | Myla Young documents (Bates: YNG000001 – YNG000099) | 06/16/11 | A |
| 113 | James Merikangas documents (Bates: MER000001 – MER0000029) | 06/17/11 | A |
| 114 | Dan Martell documents (Bates: MAR000001 – MAR000384) | " | A |
| 115 | Angela Johnson's authenticated records from Mental Health Center Of North Iowa (Bates: MHC000001 - MHC000007) | " | A |
| 116 | Johnson's Aftercare Visit Report - Northern Iowa Mercy Health Center 4/12/1996 | " | A |
| 117 | Johnson's Police Report from Cerro Gordo County Dated 2/22/1991 | " | A |
| 118 | Johnson's Clear Lake Police Reports (Bates: MG0060001 – MG006014) | " | A |
| 119 | Johnson Medical Jail Records (Bates: JMR000001 - 000507) | " | A |
| 120 | Johnson General Jail Records (Bates: JGR000001 – JGR000732) | " | A |
| 121 | Johnson Non-Trial Transcripts | " | A |
| 122 | Johnson Voir Dire Transcript | " | A |
| 123 | Johnson Trial Transcript | " | A |
| 124 | Honken Trial Transcript | " | A |
| 125 | Dr. Cunningham's PowerPoint slides provided to counsel | " | A |
| 126 | Johnson's school records | " | A |
| 127 | Records of Johnson's siblings | " | A |
| 128 | Declaration by Leonard Post | " | ASO |
| 129 | Letter regarding Johnson's lack of student records | " | A |
| 130 | Declaration of Mohammed Hamoudi re review of material from Mr. Lawlor | " | A |
| 131 | Declaration of Nancy S. Pemberton re interview with M.E. Lassise, MD | " | ASO |
| 132 | Declaration of Pearl Jean Johnson | " | A |
| 133 | Petition Exhibits except for Juror Interviews | " | A |
| 134 | Declaration of Michael Lawlor | " | A |

2

| Marked | **RESPONDENT'S** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| NNN | Angela Johnson's medical records from USP Carswell **(Sealed)** | 06/17/11 | ASO **under seal** |

3