# *Michael M. Gelbort, Ph.D.*

## *Clinical Psychologist*

2714 Caton Farm Road
Joliet, Illinois
60435
Phone:  815.230.2262
Fax:     815.230.2444

## Education

Post-Doctoral Fellowship, Neuropsychology and Medical Psychology.
Rehabilitation Institute of Chicago, 1984-1985.

Ph.D., Clinical Psychology (APA approved program), August, 1984.
Department of Psychology, Texas Tech University, Lubbock, Texas.
Minor:   Applied Human Neuropsychology.

B.A., Double Major:   Psychology and General Sciences, with Honors.
May, 1977.  Grinnell College, Grinnell, Iowa.

## Clinical Experience

| | |
|---|---|
| CLINICAL AND NEUROPSYCHOLOGIST, PRIVATE PRACTICE | Chicago Area, Illinois.  1989-present.<br><br>Neuropsychological and psychological evaluations of inpatients and outpatients.  Clinical consultations, evaluation, and intervention.  Services provided in physical rehabilitation and psychiatric inpatient units, as well as in the office. |
| CONSULTANT | Cornerstone Services, 1994-present.<br><br>Provide psychological evaluations for residents from this facility which services 250 mentally retarded individuals. |
| CHIEF PSYCHOLOGIST DIRECTOR, PSYCHOLOGICAL SERVICES | The Institute for Rehabilitation and Research. 1985-1989.<br>Responsible for provision of psychological services as required by patients in the Head Injury and stroke programs in particular, and serving persons with |

GEL000001

spinal cord injuries, multiple sclerosis, amputation, pain, and other disabled patients in general in a major regional dedication rehabilitation hospital. Duties included both neuropsychological and personality assessment, treatment planning, treatment, and consultation to the Interdisciplinary Treatment Team. Patients served included both inpatients and outpatients in each phase of rehabilitation. The position included hospital administrative duties including directing the Psychology Department, program development, and research involvement. The department had three Ph.D. level psychologists, two psychometrics, and support personnel.

| | |
|---|---|
| CLINICAL ASSISTANT PROFESSOR | Baylor College of Medicine, Department of Rehabilitation, 1985-1989. |

PRIVATE PRACTICE — Houston, Texas. 1986-1989.

Evaluation and treatment of outpatients and inpatients in a private practice setting. Patients most typically suffered from neurotic or characterological difficulties or had a physical disability. The practice also involved consultation to rehabilitation units in acute care hospitals, as well as disability evaluations for a variety of referral sources.

POST-DOCTORAL FELLOW IN MEDICAL PSYCHOLOGY — Rehabilitation Institute of Chicago, 1984-1985.

Provision of psychotherapy and counseling to spinal cord injured, head injured, and amputee patients and their families in both inpatient and outpatient settings. Member of an Interdisciplinary Team charged with coordination and provision of rehabilitative treatment. Responsible for ordering and interpreting Neuropsychological assessment batteries.

FACULTY APPOINTMENT: LECTURER STATUS — Northwestern University Medical School; Department of Psychiatry and Behavioral Sciences, 1984-1985.

Lectured and performed supervision of doctoral students in Northwestern University's Medical School program in Clinical Psychology. Lectured Northwestern University medical students. Member

GEL000002

| | |
|---|---|
| | of Admissions Committee group responsible for rating application materials of those applying for admission to the Doctoral Program in Clinical Psychology. |
| NEUROPSYCHOLOGICAL CONSULTANT | From the Department of Psychology to the Department of Medical-Surgical Neurology, Texas Tech University School or Medicine, 1982-1984.

Administration and interpretation of neuropsychological screening and complete batteries as referred by two neurosurgeons and two neurologists in a major regional teaching hospital. Techniques included both Halstead-Reitan and Lurian batteries, as well as an extensive number of other assessment measures.   Patients were both inpatients and outpatients and ranged from one to ninety years of age.  The test batteries were idiographically designed to answer questions regarding range and extent of dysfunction and rehabilitation placement. |
| NEUROPSYCHOLOGICAL CONSULTANT | Texas Rehabilitation Commission, Lubbock, Texas, 1983-1984.

Administration and interpretation of approximately forty-five Luria-Nebraska Neuropsychological Batteries and additional academic achievement tests to college age students being evaluated for the diagnosis of learning disability. |
| PSYCHOLOGICAL INTERN | Milwaukee County Mental Health Complex (APA approved program), Milwaukee, Wisconsin, 1981-1982.

Administration and interpretation of psychological test batteries on a wide spectrum patient population; provision of inpatient and outpatient psychotherapy to adults and children; performance of intake interviews and assessments; attendance at and presentation of seminars. |
| PSYCHOLOGIST | Developmental Disabilities Center, Texas Tech University, Lubbock, Texas, 1980-1981. |

GEL000003

|  |  |
|---|---|
| | Assessment of developmental delays and psychological/neuropsychological functioning of newborns to three-year-olds; input to Multidisciplinary Team; Clinic Administrator and administrator/interpretator of psychological assessments for Screening Clinic for school-age children; coordinator of feedback and recommendations to parents; language learning disability evaluator. |
| STUDENT THERAPIST | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1977-1981. |
| | Provision of outpatient psychotherapy, as well as performance of intellectual and personality assessments to adults and children. |
| RESIDENTIAL LIVING SUPERVISOR | Lubbock Regional MH/MR Center, Transitions II Halfway House, Lubbock, Texas, 1979-1981. |
| | Employed interpersonal interventions and behavioral modification programs to aid newly released prisoners and parolees to reintegrate into community living. Participated in administrative decision making and program development. |
| STUDENT THERAPIST SUPERVISOR | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1980-1981. |
| | Provision of individual supervision to second year practicum students on their outpatient cases. This experience was supervised by a faculty psychologist. |
| PSYCHOLOGY EXTERNSHIP | V.A. Mental Hygiene Clinic, Lubbock, Texas, 1980-1981. |
| | Provision of psychotherapy and psychological assessment to outpatient veterans. |

### <u>Research</u>

A Neuropsychological Investigation of Two Subtypes of Dyslexia in College Students. Doctoral dissertation completed June, 1984.

A Brief Lurian Evaluation for Hospital Use with Head Trauma Victims.

GEL000004

Unpublished, performed in cooperation with J. Thomas Hutton, M.D.

The Rey Complex Figure Test: Does it Really Measure Visual Memory? Unpublished research.

Functional Electrical Stimulation in Multiple Sclerosis Patients with Chronic Foot Drop. Paper co-authored with E. Simon Sears, M.D., presented at the 111th Annual Meeting of the American Neuropsychological Association, October 6, 1986.

Toward an Understanding of Violence: Neurobehavorial Aspect of Unwarranted Physical Aggression: Aspen Neurobehavioral Conference Consensus Statement. Neuropsychiatry, Neuropsychology, and Behavioral Neurology Vol. 14, No. 1, 2001 Lippincott, Williams, and Wilkins, Inc., Philadelphia.

## Presentations

Psychological Issues and Rehabilitative Treatment of Patients with Amputations. Continuing Education Course, Rehabilitation Institute of Chicago, Illinois, 1984.

Incidence of Closed Head Injury in Spinal Cord Injured Patients. Spinal Cord Injury Conference, Chicago, Illinois, 1985.

Contracting with Patients and perspectives of the Rehabilitation Process; Continuing Education Courses, The Institute of Rehabilitation and Research, Houston, Texas, 1985, 1986, 1987, 1988.

Rehabilitation Options in Texas. Presented at the 1987 Texas Head Injury Foundation state meeting, Houston, Texas, 1987.

Professional Support Group; Current Issues. Presented at the 1988 Texas Head Injury Foundation state meeting, Austin, Texas, 1988.

Psychological Issues in Rehabilitation of Traumatically Injured Persons. Presented at the First Annual Seminar on Rehabilitation for the Clergy, Houston, Texas, 1988.

Neuropsychological Characteristics of Death Row Inmates.

MMPI-2 Characteristics of Criminal Offenders.

## Professional Affiliations

American Psychological Association,
    Student Affiliate, 1977-1980,

GEL000005

Associate Member, 1980-1984,
Member, 1985-present.

International Neuropsychological Society,
Member, 1986-present.

American Congress of Rehabilitation Medicine,
Member, 1986-present.

American Association of Spinal Cord Injury Psychologists and Social Workers,
1987-present.

Member, State of Illinois Head and Spinal Cord Injury Advisory Council, 1990-
present. Secretary of Council, 1996-1997.

National Surveyor, Commission on Accreditation of Rehabilitation Facilities, 1993-
present.

Member of the Board of Directors, Illinois Head Injury Association, 1993.

Member of Professional Advisory Board, Brain Injury Association of Illinois, 1994-
present.

Vice-Chair, Brain Injury Association of Illinois, 1994-present.

## Certificate and Licensure

Licensed Clinical Psychologist, State of Illinois, #071-004000

Licensed Psychologist and Health Service Provider in Psychology, State of
Indiana, #20040461

Certified and Licensed Psychologist, State of Texas, #3237

Certified, National Register of Health Service Providers in Psychology, #35237

Diplomate in Forensic Neuropsychology, American Board of Psychological
Specialties, Identification Number 7666

GEL000006

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| IAN | Johnson Angela Jane | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST DKT/DEF. NUMBER 3:01-003046-001 | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| US v. Angela Johnson | ☐ Adult Defendant ☐ Appellant ☐ Other: <br> ☐ Habeas Petitioner ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) <br> ☐ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

1) 21 848, E.F -- Intentionally Kills or counsels, commands in violation of 18:841(B)(i)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR

☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _Patrick J. Berrigan_ Date 4-17-05

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Patrick J. Berrigan    2500 Holmes.
Watson + Dameron, LLP    Kansas City, MO 64108  Telephone Number: 816-474-3350

| 12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 13. TYPE OF SERVICE PROVIDER |
|---|---|
| Neuro psychological Evaluation on Angela Johnson by Michael M. Gelbort, PhD. | 01 ☐ Investigator — 15 ☐ Other Medical <br> 02 ☐ Interpreter/Translator — 16 ☐ Voice/Audio Analyst <br> 03 ☒ Psychologist — 17 ☐ Hair/Fiber Expert <br> 04 ☐ Psychiatrist — 18 ☐ Computer (Hardware/Software/Systems) <br> 05 ☐ Polygraph |

14. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____    Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.

☐ YES ☐ NO

06 ☐ Documents Examiner — 19 ☐ Paralegal Services
07 ☐ Fingerprint Analyst — 20 ☐ Legal Analyst/Consultant
08 ☐ Accountant — 21 ☐ Jury Consultant
09 ☐ CALR (Westlaw/Lexis, etc.) — 22 ☐ Mitigation Specialist
10 ☐ Chemist/Toxicologist — 23 ☐ Duplication Services (See Instructions)
11 ☐ Ballistics — 24 ☐ Other (Specify)
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner

15. STAGE OF PROCEEDING  Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 7,400.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | 7,400.00 | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Michael M. Gelbort, Ph.D.
P.O. Box 437
Highland Park, IL 60035

TIN: FEIN#: 36-4056952
Telephone Number: 815-741-2221

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 1/24/2005 TO 1/24/2005

CLAIM STATUS  ☐ Final Payment  ☒ Interim Payment Number 1  ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _Patrick Berrigan for Michael Gelbort_  Date 4-17-05

18. CERTIFICATION OF ATTORNEY  I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J. Berrigan_  Date 4-17-05

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR

☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____  Date _____  Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,

A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____

B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Case 3:09-cv-03064-MWB-LTS    Document 307-1    Filed 06/23/11    Page 7 of 72    GEL000307-1

Signature of Chief Judge, Court of Appeals (or Delegate) _____  Date _____  Judge Code _____



# Michael M. Gelbort, Ph.D.

Clinical Psychologist

Suite 1621
30 North Michigan Avenue
Chicago, Illinois 60602
Tel: 312.321.9406
Fax: 847.433.9431

Suite 270
1051 Essington Road
Joliet, Illinois 60431
Tel: 815.741.2221
Fax: 815.741.5171

## PROFESSIONAL SERVICES INVOICE

REMIT TO: Michael M. Gelbort, Ph.D.
P.O. Box 437
Highland Park, Illinois
60035

TO: Patrick Berrigan
2500 Holmes
Kansas City, MO
64108

FEIN#: 36-4056952

INVOICE DATE: April 6, 2005

CLIENT: Angela Johnson

SERVICES RENDERED

TOTAL

01/24/2005  Neuropsychological Evaluation

$7400.00

TOTAL: $7400.00

_____
Michael M. Gelbort, Ph.D.   TZ

GEL000008

# Michael M. Gelbort, Ph.D.

### Clinical Psychologist

Suite 270
1051 Essington Road
Joliet, Illinois 60431
Tel: 815.741.2221
Fax: 815.741.5171

1621
Michigan Avenue
Illinois 60602
312.321.9406
847.433.9431

## PROFESSIONAL SERVICES INVOICE

REMIT TO: Michael M. Gelbort, Ph.D.
P.O. Box 437
Highland Park, Illinois
60035

TO: Patrick Berrigan
2500 Holmes
Kansas City, MO
64108

FEIN#:  36-4056952

INVOICE DATE: April 6, 2005

CLIENT: Angela Johnson

Itemized Invoice Date: May 18, 2005

| SERVICES RENDERED | | HRS. | RATE | TOTAL |
|---|---|---|---|---|
| 01/06/2005 | Record review | 4.0 | $250.00/hr. | $1000.00 |
| 01/08/2005 | Record review | 2.0 | $250.00/hr. | $ 500.00 |
| 01/10/2005 | Record review | 3.0 | $250.00/hr. | $ 750.00 |
| 01/14/2005 | Record review | 2.0 | $250.00/hr. | $ 500.00 |
| 01/21/2005 | Record review | 4.0 | $250.00/hr. | $1000.00 |
| 01/24/2005 | Neuropsychological eval | 5.0 | $250.00/hr. | $1250.00 |
| 01/25/2005 | Scoring | 2.0 | $250.00/hr. | $ 500.00 |
| 02/07/2005 | Record review | 5.5 | $250.00/hr. | $1375.00 |
| 02/10/2005 | Record review | 2.5 | $250.00/hr. | $ 625.00 |

TOTAL: $7500.00
AGREED FEE: $7400.00
DUE: $7400.00

_Michael M. Gelbort, Ph.D._
Michael M. Gelbort, Ph.D.
TZ

GEL000009

# WATSON & DAMERON, LLP
### TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam*
#### Of Counsel: Ramón Murguía

*Licensed in MO & KS                                   All others licensed in MO only

June 7, 2002

Dr. Michael Gelbort
1051 Essington Road
Suite 270
Joliet, IL  60435

> RE:  **United States v. Angela Johnson**
> **Northern District of Iowa**
> **Case Nos.: 00-3034 and 01-3046**

Dear Dr. Gelbort:

It was very nice talking to you three weeks ago. Please excuse my delay in getting back to you.

Thank you for agreeing to conduct a nuero-psyche evaluation of Angela Johnson in this case. I have enclosed a copy of the original Indictment and we'll soon forward a series of newspaper articles. You can also obtain on the web a recent order from the District Court suppressing certain evidence which the government intended to introduce into Angela's case. Look under J. Bennett's decisions at www.iand.uscourts.gov. I believe these documents will give you some background on the alleged offenses. We have some very restrictive discovery obligations which prevent me from photocopying investigative reports and mailing them to you. At a later time I am sure we can make arrangements for you to read grand jury transcripts, witness interview reports, and other documents which may provide a fuller picture of the allegations against Angela.

Our mitigation investigator, Mary Goody, is sending you a chronology of Angela's life history under separate cover. Mary is an excellent source of information about Angela. Please feel free to call her at 307-733-4446, or e-mail her at mitigate@onewest.net.

There are two other attorneys providing excellent defense in Angela's case: Al Willett, Attorney at Law, 500 Higley Building, 118 Third Ave. S.E., Cedar Rapids, Iowa 52401-1424 (319-364-2467) and Dean Stowers, Rosenberg & Stowers, 1010 Insurance Exchange Building, 505 Fifth Avenue, Des Moines, Iowa 50309 (515-243-7600). Although these guys have no prior capital experience (Iowa does not have the death penalty), they are experienced criminal defense attorneys with great ideas and a willingness to fight hard for Angela. Please feel free to contact any one of us if you need anything at all to assist you in your evaluation in this case.

GEL000040

Will you please send us a fee schedule, Dr. Gelbort, along with your best estimate of the amount of time, and total bill that your services in Angela's case are likely to generate? We need to obtain advance permission/authority from the Court before we can officially engage you on Angela's behalf.

Finally, recent developments in the government's appeal of Judge Bennett's Suppression Order make our November 4th trial date look increasingly unlikely. If the case is continued, and it probably will be, then the spring of 2003 looks like an alternative trial date. Are you booked in any trials then?

Well, that's all for now, Dr. Gelbort. Thanks again for agreeing to help us. I'll look forward to your fee schedule and estimate.

Take care.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

Enclosures

cc:    Mary Goody
       Al Willett
       Dean Stowers

Case 3:09-cv-03064-MWB-LTS • Document 139-4 Filed 06/23/11 Page 11 of 72
2500 Holmes, Kansas City, MO 64108 • www.watsondameron.com • Fax (816) 221-1636 • (816) 474-3350
GEL000011

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                          All others licensed in MO only

## FAX   TRANSMITTAL

### COVER SHEET

| TO: | FAX NUMBER: | TELEPHONE NUMBER: |
|-----|-------------|-------------------|
| Mary Goody | 307-733-2774 | |
| | | |
| | | |

| FROM: Becky Walker | DATE: October 15, 2002 | RE: Ltr. to Dr. Michael Gelbort; US v. Angela Johnson |
|--------------------|------------------------|------|

TOTAL NUMBER OF PAGES FAXED: 3   PAGES INCLUDING COVER SHEET

## NOTE:

Mary: Hey girl! Hope you are doing well. Attached is a letter going out by mail tonight and Pat would like you to follow up towards the end of the week with a phone call to Dr. Gelbort. Pat is still involved in trial in the John Robinson case and probably won't be available for another 3 or 4 weeks. So he needs your help on this. Thanks, Mary. Take care. - Becky

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ X _____ ORIGINAL NOT MAILED _____

GEL000012

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                            All others licensed in MO only

October 15, 2002

Dr. Michael Gelbort
1051 Essington Road
Suite 270
Joliet, IL  60435

> RE:   **United States v. Angela Johnson**
>          **Northern District of Iowa Case No.:  CR 00 3034, 3046**

Dear Dr. Gelbort:

Many months ago, when we first spoke about John Robinson, I indicated that I had a client in Iowa charged in a federal death penalty case that needed a neuro-psyche evaluation. Her name is Angela Johnson, and she is being housed in the Linn County Jail in Cedar Rapids, Iowa.

Angela is charged with the deaths of five individuals, all occurring back in the fall of 1993. Were I not still in the middle of John Robinson's case, I would take the time to find and send you some concise background information. As it is, I'm going to leave that to our mitigation investigator, Mary Goody, whom you know well. There are also two other attorneys working on this case with me, Al Willett in Cedar Rapids, and Dean Stowers in Des Moines. Both of these guys are not only fine lawyers, but very easy to work with and will be most accommodating in arranging your visit, if you are able to assist us in this case.

Dr. Bill Logan of Kansas City, a board certified forensic psychiatrist, saw Angela well over a year ago in the Linn County Jail. We can forward Dr. Logan's reports to give you some background. Angela was very depressed for quite a long time, particularly during the first part of her two-year pretrial incarceration. She attempted suicide shortly after being arrested, and Dr. Logan had her on anti-depressants. She is no longer taking those medications.

As John Robinson's case continues into its fifth week, with no end in sight until November, I will not have much of an opportunity to visit with you about Angela until John's case is concluded. However, if you could at least let us know if you are available and interested in conducting this neuro-psyche evaluation, we can submit a request for funds through the federal court. I understand your daily rate to be $3,400.00, plus expenses. Please let me know if this is accurate. It would also be helpful to have some prediction as to the total expenditures for your services if we were to not only have you evaluate Angela, but also testify at trial, currently

Case 3:09-cv-03064-MWB-LTS    Document 294-1    Filed 06/23/11    Page 13 of 72
GEL000013

Dr. Michael Gelbort
October 15, 2002
Page 2

scheduled in March, 2003, in Sioux City, Iowa. If you could provide that information to either Al Willett, or Dean Stowers, that would be much appreciated.

Alfred E. Willett
Terpstra, Epping & Willett
500 Higley Building
118 Third Ave., S.E.
Cedar Rapids, IA 52401-1424
Phone: (319) 365-2467
Fax: (319) 364-2460
E-mail: AEWILLETT@TEWLAW.NET

Dean Stowers
Rosenberg & Stowers
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309
Phone: (515) 243-7600
Fax: (515) 243-0583
E-mail: rosenbergstowers@hotmail.com

I will ask Mary Goody to follow up this letter with a telephone call within the next week. In the meantime, thank you, Dr. Gelbort, for considering this request. We would welcome an opportunity to work with you on Angela's case.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc:  Mr. Al Willett
     Mr. Dean Stowers
     Ms. Mary Goody

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams
Of Counsel: Ramón Murguía

*Licensed in MO & KS

All others licensed in MO only

October 15, 2002

Dr. Michael Gelbort
1051 Essington Road
Suite 270
Joliet, IL 60435

> **RE:** **United States v. Angela Johnson**
> **Northern District of Iowa Case No.: CR 00 3034, 3046**

Dear Dr. Gelbort:

Many months ago, when we first spoke about John Robinson, I indicated that I had a client in Iowa charged in a federal death penalty case that needed a neuro-psyche evaluation. Her name is Angela Johnson, and she is being housed in the Linn County Jail in Cedar Rapids, Iowa.

Angela is charged with the deaths of five individuals, all occurring back in the fall of 1993. Were I not still in the middle of John Robinson's case, I would take the time to find and send you some concise background information. As it is, I'm going to leave that to our mitigation investigator, Mary Goody, whom you know well. There are also two other attorneys working on this case with me, Al Willett in Cedar Rapids, and Dean Stowers in Des Moines. Both of these guys are not only fine lawyers, but very easy to work with and will be most accommodating in arranging your visit, if you are able to assist us in this case.

Dr. Bill Logan of Kansas City, a board certified forensic psychiatrist, saw Angela well over a year ago in the Linn County Jail. We can forward Dr. Logan's reports to give you some background. Angela was very depressed for quite a long time, particularly during the first part of her two-year pretrial incarceration. She attempted suicide shortly after being arrested, and Dr. Logan had her on anti-depressants. She is no longer taking those medications.

As John Robinson's case continues into its fifth week, with no end in sight until November, I will not have much of an opportunity to visit with you about Angela until John's case is concluded. However, if you could at least let us know if you are available and interested in conducting this neuro-psyche evaluation, we can submit a request for funds through the federal court. I understand your daily rate to be $3,400.00, plus expenses. Please let me know if this is accurate. It would also be helpful to have some prediction as to the total expenditures for your services if we were to not only have you evaluate Angela, but also testify at trial, currently

scheduled in March, 2003, in Sioux City, Iowa. If you could provide that information to either Al Willett, or Dean Stowers, that would be much appreciated.

| | |
|---|---|
| Alfred E. Willett | Dean Stowers |
| Terpstra, Epping & Willett | Rosenberg & Stowers |
| 500 Higley Building | 1010 Insurance Exchange Building |
| 118 Third Ave., S.E. | 505 Fifth Avenue |
| Cedar Rapids, IA 52401-1424 | Des Moines, IA 50309 |
| Phone: (319) 365-2467 | Phone: (515) 243-7600 |
| Fax: (319) 364-2460 | Fax: (515) 243-0583 |
| E-mail: AEWILLETT@TEWLAW.NET | E-mail: rosenbergstowers@hotmail.com |

I will ask Mary Goody to follow up this letter with a telephone call within the next week. In the meantime, thank you, Dr. Gelbort, for considering this request. We would welcome an opportunity to work with you on Angela's case.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc: Mr. Al Willett
     Mr. Dean Stowers
     Ms. Mary Goody

Case 3:09-cv-03064-MWB-LTS Document 28-1 Filed 06/23/11 Page 16 of 72
2500 Holmes, Kansas City, MO 64108 • www@KCHallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

Luanne
Hare
Mason City,
Iowa

Write letter
$ 3600.—
5000.—

2/3/05
Angela
Johnson

Amusing —
Some memory-dist.
Not

OK
short letter
report

have
Logan +
Marilyn

give
Marilyn one

FS 91
P  102
V  84  } 18 pt
diff.

Statistically sig.
as if 1 hemisphere

lowest sim
mildly imp.

voc. — low average

low av. info, focus

abstract reas. lower average.

difficulty seeing

→ intuitive reasoning
mildly impaired

GEL000171

impaired intuitive reading.

behind in Math

poor on some learning
tasks
visual spatial

little Swiss Cheese - not
terrible, not normal -

absolute level of func.
(not too impaired)
relative terms - if you
use her as a baseline - not
right scores

Categories - problem solving
more impaired on intuitive but
better on rote.

Not terribly wrong in any
one place but not right.

Bad judgment & not terribly
well thought out which is
the way testing looks.

GEL000018

rote + logical thinking is basically ok in a general sense but nuances bad + cannot apply long term

insight not great.

flirting w/ him, not appro-priate behavior. I'm a doctor. Giggly girl. Strange.

diagnosis — Cognitive disorder NOS
   ld? maybe — but not want to defend

Mixed learning dis. d/n fall squarely into any ld.

meth — if under influence — negative effect — never quite know what you'll get! d/n add #'s up same way twice. All symptoms get worse.

swiss cheese before meth.

Case 3:09-cv-03064-MWB-LTS   Document 294-1   Filed 06/23/11   Page 19 of 72

GEL000019

made it worse.

She was concerned about performance — wanted to do well — rush thru things sometimes. Causes her to unravel.

malingering — no tried real hard

recommendations — pharmacolog Consultation useful to touch on — how it effects her brain.

d/n see her

She's one that shows a positive finding on pet scan. if no downside.

add - childhood — ? — 30 yrs ago w/n/h been diagnosed as anything. but still sticks w/ cog Nos.

parts of diagnosis.

Case 3:09-cv-03064-MWB-LTS    Document 234-1    Filed 06/23/11    Page 20 of 72

GEL000026

1/26/05 Angie — TCF                                        4:30pm
Dr. Velbort                    too impulsive

    Darwin + Augmentin

    Dr. Logan — ok.

    Wendy — Subpried ane d her.
          government.

        ing tomorrow in Sioux City.
        1:00 pm

    Weight — still losing —

    Books —

GEL000021

*Mary C. Goody*

MITIGATION SPECIALIST

P.O. Box 3690

Alpine, WY 83128

(307) 883-9155; fax (307) 883-9156

email: mitigate@silverstar.com

## fax cover sheet

To:         **Michael Gelbort, Ph.D**

Fax No.:    (815) 741-5171

From:       M. Goody

Re:         <u>Johnson</u>

Date:       2/6/05

The information contained in this fax is **confidential and privileged**. It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

**Dr. Gelbort, after conferring with Pat Berrigan, we would like you to please write a brief, letter style report on Angela along the following lines:**

> You asked me to see Angela.
> I review the following documents:
> I gave her the following tests:
> My findings are.

> THANKS, MARY

GEL000022

# Confirmation Report – Memory Send

Time     : Feb-06-2005  02:59pm
Tel line : 3078839156
Name     : KEITH GOODY, ATTORNEY AT LAW

| | | |
|---|---|---|
| Job number | : | 333 |
| Date | : | Feb-06 02:59pm |
| To | : | 18157415171-300 |
| Document pages | : | 001 |
| Start time | : | Feb-06 02:59pm |
| End time | : | Feb-06 02:59pm |
| Pages sent | : | 001 |
| Status | : | OK |
| Job number | : 333 | \*\*\* SEND SUCCESSFUL \*\*\* |

Mary C. Goody
MITIGATION SPECIALIST
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To:        **Michael Gelbort, Ph.D**

Fax No.:   (815) 741-5171

From:      M. Goody

Re:        Johnson

Date:      2/6/05

The information contained in this fax is **confidential and privileged.** It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

**Dr. Gelbort, after conferring with Pat Berrigan, we would like you to please write a brief, letter style report on Angela along the following lines:**

    **You asked me to see Angela.
I review the following documents:
I gave her the following tests:
My findings are.**

    **THANKS, MARY**

# Michael M. Gelbort, Ph.D.
Clinical Psychologist

Suite 1621
30 North Michigan Avenue
Chicago, Illinois 60602
Tel: 312.321.9406
Fax: 847.433.9431

Suite 270
1051 Essington Road
Joliet, Illinois 60435
Tel: 815.741.2221
Fax: 815.741.5171

March 2, 2005

Patrick Berrigan
2500 Holmes
Kansas City, MO
64108

Fax: 816 221 1636

Dear Mr. Berrigan,

On January 24, 2005 I performed a neuropsychological evaluation on Angela Johnson. She was administered the Wechsler Memory Scale-Third Edition (Logical Memory I, Faces I, Verbal Paired Associates I, Family Pictures I, Logical Memory II, Faces II, Verbal Paired Associates II, and Family Pictures II), Halstead Category Test, Wide Range Achievement Test-Revision 3, Trails, and the Wechsler Adult Intelligence Scale-Third Edition. Also administered was Mental Status Testing, some items from the Luria Nebraska, and diagnostic interview.

Sincerely,

Michael M. Gelbort, Ph.D.
Clinical Psychologist

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

March 14, 2005

Dr. Michael Gelbort
1051 Essington Road
Suite 270
Joliet, IL  60435

      RE:  **United States v. Angela Johnson**
           **Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Gelbort:

     Although we had high hopes, plea negotiations with the Department of Justice have broken down, a decision made in Washington, not locally.  Accordingly, trial will begin on April 11th, with the penalty phase likely to start during the first or second week in June.  Would you please send me any conflict dates that you have between May 31st and June 24th so that we can plan your testimony accordingly.

     I'll be back with you shortly to discuss more specifics regarding the mitigation phase and your areas of testimony.

     Thank you, Dr. Gelbort.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc:  Dean Stowers
    Al Willett

2500 Holmes • Kansas City, MO 64108-2740 • www.kctriallawyers.com • (816) 474-3350 • Fax (816) 221-1636

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

March 21, 2005

Dr. Michael Gelbort, Ph.D.
1051 Essington Road, Suite 270
Joliet, Illinois 60435

> **RE: United States v. Angela Johnson**
> **Northern District of Iowa Case No. CR01-3046**

Dear Dr. Gelbort:

On St. Patrick's Day, Judge Bennett ordered the defense to turn over to the prosecution experts the raw data from our testing. Just today, the government identified the State's expert as Dr. Dan Martel, Park Dietz & Associates, Inc., 2906 Lafayette, Newport Beach, California 92663. I have attached a copy of the applicable Order. Pages 34 through 39 are the pertinent pages for our purposes. I apologize in advance for the poor quality of the printing. For some reason unbeknownst to me, all documents we receive from the Court by fax come to us with these formatting problems.

If you have any questions about any of this, Dr. Gelbort, please do not hesitate to give me a call. I'll be in Iowa most of this week, but accessible by cell at 816-590-3003. You can reach my office at 816-474-3350 during the day and my Legal Assistant, Ms. Becky Walker, can make sure that I get back to you.

Thanks, Dr. Gelbort.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

Enclosures

cc: Matt Whitworth

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

# FAX  TRANSMITTAL

## COVER SHEET

TO : Sharon, Dr. Gelbort's Office

FROM : Becky Walker

DATE : 3/31/05

RE : <u>US v. Angela Johnson</u>

FAX NUMBER : 815-741-5171

TOTAL NUMBER OF PAGES FAXED: ___1___ PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Sharon:

Per our telephone conversation today, the office fax number of Dr. Dan Martel, Park Dietz & Associates, Inc. in Newport Beach, California is 949-723-2212. Please send Dr. Gelbort's approved raw data from his testing of Angela as soon as possible to Dr. Martel. Thank you so much for your help in this matter.

Sincerely,

Becky Walker
Legal Asst. to Pat Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____X_____ ORIGINAL NOT MAILED _____

GEL000027

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350



**USA&M**
United States Arbitration & Mediation
Midwest, Incorporated

Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Mary Cody

4/13/05
5:05p  5:40p

Cunningham → David *
Bethsheba
Story

Logan → PTSD diagnosis
in childhood.

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

GEL000028



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Sent them the Indictments,

Logan doesn't like Markel — wrote a report then testified differently in 2003.

Very Rehearsed, has a notebook

Angie Very weak cognitive disorder NST.

Logan has not discussed the entire

Battered Woman — She has a need to ID w/ a powerful person.
She's immature. Austin

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

GEL000029



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

everything for her.

Cont leune DeGeurs

Cant blend the good + bad
together in a man +
weigh them = and get out!

Depression — most obvious.

Angie — never have been able to
get out of a crisis. Goes from
one to the other.

Case 3:09-cv-03064-MWB-LTS   Document 284-1   Filed 06/23/11   Page 30 of 72

GEL000030

847-910-6770
Mike Gelbort
b'ture hospitals.

5/12/05

LMTRC

No testimony.
nothing huge. feels that there's some-
thing huge or useful - Nothing
useful - too much crap. good
decision.

Will check on raw data.
Martell?
Where else?

Cannon - paid on eval 10 days
ago.

GEL000031

DOB 1/17/64  41 y/o
Ⓡ SWF
(DIX)

1/24/05 ANGELA JOHNSON

Hardin City Jail since 8/04
Incarcerated 5 yrs this coming July.

Pg ? OK
Burlington Wis. Hosp birth
OK wt.
Breach birth - long labor
OK specifies.
Milestones WNL as far as she knows

D - "I am very depressed" (?) "I'm in
jail for a very long time, I miss
my kids terribly, I have a 2 y/o
gdaughter I've never been able to hold
I miss fresh air.

Past sleep dist. - awaken in middle of
night - was noisy (in Linn City
jail - was there b4 coming here)
DFA - "think + think + think + think
↳ Racing thots.
w/ Seroquel - falls asleep OK, up
a few x @ nite but
falls asleep OK or will read
+ fall asleep.

Meds
290 mg Zoloft - preferred anti D
+ "2 yrs" by Dr. SAFDAR
100 mg Seroquel - uses as sleep aid
sometime sometloc.
multi vit
BCP
broil-if that so hard to get
as hard to get
off of", "taken
+ a 1 yr. Had
? Zoloft while
in jail.
Seroquel - none
Amitriptyline
Trazodone

**ER:** 1) ~ 1 yr ago — rushed to ER 2°
allergic rxn to antibiotic
"Hrt stopped + quit breathing..."
(altered sensorium + awareness... dissociate
→ admission for "about 4 hours."
2) as little girl — @ dads, bad
tonsilitis → few day admission.

**Dev'l:** As above
Alyssa Guith — now 21 y/o 8/7/83
Marvea Guith — will be 11 2/14/05.
— as small child w/ bad HA's,
they thot I had ulcers.

**HA** — all her life — still has them sf.
Some doc said migraines.
Feels nauseated, squeezing lid helps.
Had them frequently when married to
Alyssa's dad — several x/wk.
— still has them few x/wk.
Ibuprofen or Tylenol helps sf.

**LOC** in abusive relationship — DK if LOC —
'89 → '92. Wb hit in hd → confused.
"Not a lot @ first but a lot
in the end."

**Hrt:** "broken, I miss my kids..."
→ (physically?) beaten (beating)

GEL000531

10/00.

In Waterloo Jail - I hung myself. I d't remember it, when they tried to resuscitate me I had a SZ + bit off part of my tongue, ____ to E?

SZ - yea - ____ 

Surgery Ø Fractures - maybe nose as child. Sutures - ® index finger - 3 sutures.

Sui: 1) as above in Waterloo Jail.
2) @ 15 took bottle ∅ ASA (?) whole bottle
(?) = 50. Made me sick.

Anoxia/Hypoxia - Sui attpt above.
Thyroid: D't think it is active enough - (?) bc I'm fat.
Dm/Hypo: Ø, d't think in family.
Toxins: Ø
Kidneys: OK    Liver: OK
Fevers: D't think so.
Strokes/TIA   Ø      Neuro Ø

4X: Briefly - In 1995 or 96 - In Mason City - was really D____
Seen + given Prozac, then Zoloft. Over phon____
Tobac - quit. Was 2 ppd Camel lites/day. D/c'd ca____ 2000
"think about them every day."
ETOH: rarely in past - never to get drunk.
Drugs: Just methamphetamine. Did coke + crack
Started @ a 22 or 23.
Used regularly '89. Every day. "My anti D"
used until time of arrest.
____ a day or several x/day.

crack't ____
meth, same thing.

Sleep OK Now
App - food here sucks.
  Lost a lot of wt since in Hardin —
  lost ≈ 40# Walks around
was 150-160 when  Cell Block here, in
arrested, now ≈ 190.  Linn Cty laid around, ate
  Starch + Snickers.

Ed: 9th grade - did not finish.
  Not a good Student! Ø retentions.
  Moved a lot - maybe had one
  whole yr @ 1 School. "? ADD -
  did not Sink in."
  GED = 2 yrs ago. Math was hardest.
  98% on literature
  Trouble in School - fiting, Smoking,
   cutting class / hooky.
  "Bad grades" but I got Some A's,
  I d't remember getting A's.

Jobs: waitressed most of the time —
  good $.
  I was a Stripper - did it for 1 yr.
  ≈ 1988, 1987. Danced 1x/month
  in Des Moines.

Case 3:09-cv-03064-MWB-LTS Document 234-1 Filed 06/23/11 Page 35 of 72

GEL000035

2 children + 1 grand daughter. Turned 2 9/9/04.

Mom: Pearl Jean Johnson  66 y/o
~ Mason City Iowa

Dad  James Jeffry Johnson  64 or 65 y/o.
~ Chippewa Falls Wisc.

Had lots to do w/ Dad coming up, trying to be there now.
Mom very supportive now.

1 Brother, 3 sisters.
   Wendy 43 y/o.      Quit School → GED
      PT
   Jamie 40 y/o or 39 → ) HS grads
Brother  Tim  37 y/o
   Holly  32 y/o.      Quit + getting GED
   Lo does home health care for Mercy Hosp in
Everyone is working      Mason City.

Legal $ prior legal.
   $ one in family w/ legal Hx.

GEL000036

REFERRED BY: _____

ADULT   IP   OP   HAND   (R)   L

EDUCATION: _____

OCCUPATION: _____

GLASSES _____ HEARING AIDS _____

MOBILITY ISSUES: _____

WAIS-III: VIQ: 84 PIQ: 102 FSIQ: 91

| | | | |
|---|---|---|---|
| VOCAB | 6 | PIC COMP | 12 |
| SIMIL | 5 | DG SYMBL | 9 |
| ARITH | 7 | BLK DSGN | 9 |
| DG SPN | 9 | MAT RSN | 12 |
| INFO | 8 | PIC ARR | 10 |
| COMP | 9 | SMBL SRCH | ____ |
| LET NUM | ____ | OBJ ASSB | ____ |

LATERAL DOMINANCE:   R _____ L _____

TAPPING:   R _____ L _____

TRAILS:

A: 25 SEC 0 ERRORS

B: 54 SEC 0 ERRORS

SENSORY:

TACTILE:   R _____ L _____ BR _____ BL _____

AUDITORY   R _____ L _____ BR _____ BL _____

VISUAL:   R _____ L _____ BR _____ BL _____

VISUAL FIELDS: OK _____ SEE _____

FINGER RECOGNITION:   R _____ L _____

FINGER TIP WRITING:   R _____ L _____

NAME: Angela Johnston

PT#: _____ MR#: _____

FACILITY: _____ RM# _____

DOB: 1/17/64   AGE: 41

DATE(S) SEEN: 1/24/05

TESTED BY: Gilliou

TPT:   R _____ L R _____ L RLB _____

1 _____ 2 _____ 3 _____

MEMORY: _____ LOCATION: _____

TOTAL TIME: _____

CATEGORY TOTAL: 52

1 _1_ 2 _0_ 3 _31_ 4 _2_

5 _10_ 6 _5_ 7 _3_

APHASIA ADMINISTERED: _____

WMS-III ADMINISTERED: _____

WECHSLER MEMORY SCALE-R:

LOG MEM I _____ %

LOG MEM II _____ %

VIS REP I _____ %

VIS REP II _____ %

| WRAT-III: | % | GRADE |
|---|---|---|
| READING | 34 | HS |
| SPELLING | 25 | HS |
| ARITH | 8 | 6 |

MMPI-2 LEFT WITH PATIENT: _____

Case 3:09-cv-03064-MWB-LTS   Document 234-1   Filed 06/23/11   Page 37 of 72   GEL000037

WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION

Name _Angela Johnson_

Examiner _Coulon_

Age __41__   Date of Testing __1/24/05__

# 1. Picture Completion

**TIME LIMIT**
20 seconds each item

**REVERSE RULE**
Score of 0 on Item 6 or 7, administer Items 1–5 in reverse sequence until two consecutive perfect scores are obtained.

**DISCONTINUE RULE**
5 consecutive scores of 0

**Examinee Response to Item**

Names object pictured rather than missing part

Mentions part of the picture that is off the page (e.g., the legs of the man in Item 14)

Mentions an unessential missing part

**Examiner Query**
(Say each query only once for the entire administration)

*Yes, but what is missing?*

*Something is missing in the picture. What is it that is missing?*

*Yes, but what is the most important part that is missing?*

If the examinee responds correctly after any of the above queries, score 1 point for the response.

"a door" – responds (impulsively) b4 instructions read

| Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) |
|------|----------|----------------|------|----------|----------------|------|----------|----------------|
| 1. | Comb | | 10. | Leaf the tree (?) a vein | 1 | 19. | Basket part of basket | 1 |
| 2. | Table | | 11. | Pie part of pie (?) p | 1 | 20. | Clothing a clip | 1 |
| 3. | Face | | 12. | Jogging footprints mother | 1 | 21. | Lockers a ring (P) | 1 |
| 4. | Briefcase | | 13. | Fireplace smoke | 1 | 22. | Cow her back groove | 1 |
| 5. | Train | | 14. | Mirror not holding brush | 1 | 23. | Tennis Shoes both (L) ft | 0 |
| 6. | Door door knob | 1 | 15. | Chair no cushion | 0 | 24. | Woman shadow | 1 |
| 7. | Glasses nose thing | 1 | 16. | Roses thorns on middle | 1 | 25. | Barn no way to get in | 0 |
| 8. | Pitcher it's not pour | 1 | 17. | Knife part of teeth on keys | 1 | | **Total Raw Score** (Maximum = 25) | 22 |
| 9. | Pliers screw | 1 | 18. | Boat oar holder | 1 | | | |

slightly sings answers

22 is not divided

# 2. Vocabulary

**REVERSE RULE**
Score of 0 or 1 on Item 4 or 5, administer Items 1–3 in reverse sequence until two consecutive perfect scores are obtained.

**DISCONTINUE RULE**
6 consecutive scores of 0

**SCORING RULE**
All Items: 0,1, or 2 pts.

| Item | Response | Score (0, 1, or 2) |
|------|----------|--------------------|
| 1. Bed | place to sleep, rest. | 2 |
| 2. Ship |  floats, it's a boat, away to travel | 2 |
| 3. Penny | money (?) a gumball | 1 |
| 4. Winter |  cold (?) snowy, shoveling, Xmas... | 1 |
| 5. Breakfast | morning, fulfilling(?) it's good.. best meal of the day | 1 |
| 6. Repair | to fix | 2 |
| 7. Assemble |  to put together | 2 |

## 2. Vocabulary (continued)

| Item | Response | Score (0, 1, or 2) |
|---|---|---|
| 8. Yesterday | What was (?) day gone (?) — | 1 |
| 9. Terminate | to let go (?) to kill (?) — | 0 |
| 10. Consume | to take in | 1 |
| 11. Sentence | to verbalize (?) to communicate | 0 |
| 12. Confide | to trust | 2 |
| 13. Remorse | feel bad | 1 |
| 14. Ponder | to wonder | X1 |
| 15. Compassion | express feelings, caring, love | 0 |
| 16. Tranquil | mellow, laid back | 1 |
| 17. Sanctuary | a safe place | 2 |
| 18. Designate | to guide, direct | 0 |
| 19. Reluctant | leery, not sure | 1 |
| 20. Colony | where a group lives | 0 |
| 21. Generate | to make energy | 1 |
| 22. Ballad | st to listen to | 0 |
| 23. Pout | to manipulate | 0 |
| 24. Plagiarize | to copy (?) that's it | 1 |
| 25. Diverse | to put together | 0 |
| 26. Evolve | to grow into (?) ? | 1 |
| 27. Tangible | st you can verify | 0 |
| 28. Fortitude | what you want to do, what you think you can do. | 0 |
| 29. Epic | Huge | 0 |
| 30. Audacious | DK | 0 |
| 31. Ominous | to have of your own, your own opinion | 0 |
| 32. Encumber | to have... to take | 0 |
| 33. Tirade | nothing nice, a fit, disagreeable. | |

Total Raw Score (Maximum = 66): 24

CEL000039

## 3. Digit Symbol

Coding
(previous page)

Digit Symbol
Incidental Learning (Optional)
(Response Booklet)

Digit Symbol
Copy (Optional)
(Response Booklet)

**DISCONTINUE RULE**
120 seconds
(or 4 rows)

**DISCONTINUE RULE**
Administer both rows.

**DISCONTINUE RULE**
90 seconds

| Time Limit | 120" |
|---|---|
| Completion Time | 120 |
| Total Raw Score | Maximum=133 / 72 |

| | Total Score |
|---|---|
| Pairing | Maximum=18 |
| Free Recall | Maximum=9 |

| Time Limit | 90" |
|---|---|
| Completion Time | |
| Total Raw Score | Maximum=133 |

# 4. Similarities

**REVERSE RULE**
Score of 0 or 1 on item 6 or 7, administer items 1-5 in reverse sequence until two consecutive perfect scores are obtained.

**DISCONTINUE RULE**
4 consecutive scores of 0

**SCORING RULE**
Items 1-5: 0 or 1 pt for each response. Items 6-19: 0, 1 or 2 pts for each response.

| Item | Response | Score (0 or 1) |
|---|---|---|
| 1. Fork–Spoon | | 1 |
| 2. Socks–Shoes | You wear 'em on your feet | 1 |
| 3. Yellow–Green | they're colors | 1 |
| 4. Dog–Lion | they have 4 paws, walk on all 4's. | 1 |
| 5. Coat–Suit | you wear em.. on your torso | 1 |
| **START** 6. Piano–Drum | they make Sounds (?) they make music | **(0, 1, or 2)** 2 |
| 7. Orange–Banana | they're good (?) peel 'em | 1 |
| 8. Eye–Ear | they're on your head + they're senses | 2 |
| 9. Boat–Automobile | transportation, you drive em. | 2 |
| 10. Table–Chair | they both have 4 legs | 0 |
| 11. Work–Play | it's fun | 0 |
| 12. Steam–Fog | disrupt your vision | 0 |
| 13. Egg–Seed | they both grow st. | 1 |
| 14. Democracy–Monarchy | 2 major situations I will never have anything to do w/. | 0 |
| 15. Poem–Statue | they usually represent st. | 1 |
| 16. Praise–Punishment | guidance | 1 |
| 17. Fly–Tree | they are both in the air | 0 |
| 18. Hibernation–Migration | a place to be, where you're at. | 0 |
| 19. Enemy–Friend | can't trust em | 0 |

Total Raw Score
(Maximum = 33)   15

# 5. Block Design

 REVERSE RULE If score is 0 or 1 on item 5 or 6, administer items 1–4 in reverse sequence until two consecutive perfect scores are obtained.

 DISCONTINUE RULE 3 consecutive scores of 0

SCORING RULE Items 1–6: 2 pts for ea. correct design in Trial 1, 1 pt for each correct design in Trial 2, 0 pts for each incorrect design in Trials 1 & 2. Items 7–14: Circle the appropriate score up to maximum of 7 pts.

**EXAMINEE**

| | Design | Time Limit | Incorrect Design | | Completion Time In Seconds | Correct Design | Score (Circle the appropriate score for each design.) |
|---|---|---|---|---|---|---|---|
| 1. | | 30" | Trial 1 | Trial 2 | | Y  N | 0  1  (2) Trial2 Trial1 |
| 2. | | 30" | Trial 1 | Trial 2 | | Y  N | 0  1  (2) Trial2 Trial1 |
| 3. | | 30" | Trial 1 | Trial 2 | 5 | (Y)  N | 0  1  (2) Trial2 Trial1 |
| 4. | | 30" | Trial 1 | Trial 2 | 7 | (Y)  N | 0  1  (2) Trial2 Trial1 |
| 5. | | 60" | Trial 1 | Trial 2 | 10/18 | (Y)/(N) | 0  (1) Trial2  2 Trial1 |
| 6. | | 60" 28 | Trial 1 | Trial 2 | 12 | (Y)  N | 0  1  (2) Trial2 Trial1 |
| 7. | | 60" 54 | | | 60 | Y  (N) | (0)   16"-60" 4   11"-15" 5   6"-10" 6   1"-5" 7 |
| 8. | | 60" 20 | | | 15 | (Y)  N | 0   16"-60" 4   11"-15" (5)   6"-10" 6   1"-5" 7 |
| 9. | | 60" 40 | | | 11 | (Y)  N | 0   21"-60" 4   16"-20" 5   11"-15" (6)   1"-10" 7 |
| 10. | | 120" 02 | | | 41 | (Y)  N | 0   36"-120" (4)   26"-35" 5   21"-25" 6   1"-20" 7 |
| 11. | | 120" 49 | | | 91 | (Y)  N | 0   66"-120" (4)   46"-65" 5   31"-45" 6   1"-30" 7 |
| 12. | | 120" 32 | | | 73 | (Y)  N | 0   76"-120" 4   55"-75" (5)   41"-55" 6   1"-40" 7 |
| 13. | | 120" 52 | | | 120 | Y  (N) | (0)   76"-120" 4   56"-75" 5   41"-55" 6   1"-40" 7 |
| 14. | | 120" | | | 120 | Y  (N) | (0)   66"-120" 4   46"-65" 5   36"-45" 6   1"-35" 7 |

**EXAMINER**

Total Raw Score (Maximum = 68)  | 35 |

Case 3:09-cv-03064-MWB-LTS    Document 224-1    Filed 06/23/11    Page 41 of 72
CEL000041

 

## 6. Arithmetic

**REVERSE RULE** Score of 0 on item 5 or 6, administer items 1–4 in reverse sequence until two consecutive perfect scores are obtained.

**DISCONTINUE RULE** 4 consecutive scores of 0

**SCORING RULE** Items 1–18 0 or 1 pt for each response. Items 19–20 0, 1, or 2 pts.

| Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0 or 1) | Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0, 1, or 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 15" | | 3 | | \| | 11. | 30" | 14 | $10.50 | 10⁵⁰ | 1 |
| 2. | 15" | | 7 | | | 12. | 60" | 11 | 30¢ | 22¢ | 0 |
| 3. | 15" | | 5 | | \| | 13. | 60" | 66" | $186.00 | 186 (T) | 0 |
| 4. | 15" | | 2 | | \| | 14. | 60" | 29" | 10 | 9.8? | 0 |
| 5. | 15" | 2 | $9.00 | $9 | 1 | 15. | 60" | 12" | $600.00 | 800 | 0 |
| 6. | 15" | 2 | $4.00 | $4 | 1 | 16. | 60" | | 43 | | |
| 7. | 30" | 8 | 5 | 5 | 1 | 17. | 60" | | $51.00 | | |
| 8. | 30" | 5 | $1.50 | 150 | 1 | 18. | 60" | | $49.50 | | |
| 9. | 30" | 11 | 8 | 8 | 1 | 19. | 60" | | 1 of 4 or 5 of 20 | | 0 (11"–60") 1 |
| 10. | 30" | 27" | $3.60 | 3⁸⁰ | 0 | 20. | 120" | | 96 | | 0 (11"–120") 1 |

#13   "1 for $32?"   "J DK, J DK" very axion.

**Total Raw Score (Maximum = 22)** 14

# 7. Matrix Reasoning

**REVERSE RULE** Score of 0 on item 4 or 5, administer items 1–3 in reverse sequence until two consecutive perfect scores are obtained. Note: Correct response appears in **bold italic**. Administer Sample Items A–C to all examinees.

**DISCONTINUE RULE** 4 consecutive scores of 0 or 4 scores of 0 on 5 consecutive items

**SCORING RULE** All items 0 or 1 pt for each response. Do not score Sample Items A–C.

| Item | Response Options (Circle one) | | | | | | Score (0 or 1) | Item | Response Options (Circle one) | | | | | | Score (0 or 1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | 1 | ②| 3 | 4 | 5 | DK | | 13. | 1 | 2 | ③ | 4 | 5 | DK | 0 |
| B. | 1 | 2 | 3 | 4 | ⑤ | DK | | 14. | 1 | 2 | ③ | 4 | 5 | DK | 1 |
| C. | 1 | 2 | 3 | ④ | 5 | DK | | 15. | 1 | 2 | ③ | 4 | 5 | DK | 0 |
| 1. | 1 | 2 | 3 | 4 | 5 | DK | | 16. | 1 | ② | 3 | 4 | 5 | DK | 1 |
| 2. | 1 | 2 | 3 | 4 | 5 | DK | | 17. | ① | 2 | 3 | 4 | 5 | DK | 1 |
| 3. | 1 | 2 | 3 | 4 | 5 | DK | | 18. | 1 | 2 | 3 | 4 | ⑤ | DK | 1 |
| 4. | 1 | ② | 3 | 4 | 5 | DK | \| | 19. | 1 | 2 | 3 | ④ | 5 | DK | 0 |
| 5. | 1 | 2 | ③ | 4 | 5 | DK | \| | 20. | 1 | 2 | 3 | ④ | 5 | DK | 0 |
| 6. | ① | 2 | 3 | 4 | 5 | DK | \| | 21. | 1 | 2 | ③ | 4 | 5 | DK | |
| 7. | 1 | 2 | 3 | ④ | ⑤ | DK | | 22. | 1 | 2 | 3 | 4 | ⑤ | DK | 0 |
| 8. | ① | 2 | 3 | 4 | 5 | DK | \| | 23. | 1 | 2 | 3 | ④ | 5 | DK | 0 |
| 9. | 1 | ② | 3 | 4 | 5 | DK | \| | 24. | ① | 2 | 3 | 4 | 5 | DK | 1 |
| 10. | 1 | 2 | 3 | ④ | 5 | DK | \| | 25. | 1 | 2 | ③ | 4 | 5 | DK | 0 |
| 11. | 1 | 2 | 3 | 4 | ⑤ | DK | \| | 26. | ① | 2 | 3 | 4 | 5 | DK | 0 |
| 12. | ① | 2 | 3 | 4 | 5 | DK | \| | | | | | | | | |

**Total Raw Score (Maximum = 26)** 19

# 8. Digit Span

 

**DISCONTINUE RULE**
Digits Forward & Backward:
Score of 0 on both trials of any item.
For both Digits Forward & Backward, administer both trials
of each item even if Trial 1 is passed. Administer Digits
Backward even if examinee scores 0 on Digits Forward.

**SCORING RULE**
Each Trial: 0 or 1 pt. for each response
Item score = Trial 1 + Trial 2

 **START**

| Digits Forward | | Trial Score | Item Score (0, 1, or 2) |
|---|---|---|---|
| Trial Item/Response | | | |
| 1. | 1  1-7 | 17 | P | 2 |
| | 2  6-3 | 63 | P | |
| 2. | 1  5-8-2 | 582 | P | 2 |
| | 2  6-9-4 | 694 | P | |
| 3. | 1  6-4-3-9 | 6439 | P | 2 |
| | 2  7-2-8-6 | 7286 | P | |
| 4. | 1  4-2-7-3-1 | 42731 | P | 2 |
| | 2  7-5-8-3-6 | 75836 | P | |
| 5. | 1  6-1-9-4-7-3 | 619473 | P | 1 |
| | 2  3-9-2-4-8-7 | 392487 | F | |
| 6. | 1  5-9-1-7-4-2-8 | 5971242498 | F | 0 |
| | 2  4-1-7-9-3-8-6 | 417...9 | F | |
| 7. | 1  5-8-1-9-2-6-4-7 | | | |
| | 2  3-8-2-9-5-1-7-4 | | | |
| 8. | 1  2-7-5-8-6-2-5-8-4 | | | |
| | 2  7-1-3-9-4-2-5-6-8 | | | |

**Digits Forward Total Score (Maximum = 16)** — 9

| Digits Backward | | Trial Score | Item Score (0, 1, or 2) |
|---|---|---|---|
| Trial Item/Response | | | |
| 1. | 1  2-4 | 42 | P | 2 |
| | 2  5-7 | 75 | P | |
| 2. | 1  6-2-9 | 926 | P | 2 |
| | 2  4-1-5 | 514 | P | |
| 3. | 1  3-2-7-9 | 9723 | P | 2 |
| | 2  4-9-6-8 | 8694 | P | |
| 4. | 1  1-5-2-8-6 | 68... | E | 0 |
| | 2  6-1-8-4-3 | 34186 | E | |
| 5. | 1  5-3-9-4-1-8 | | | |
| | 2  7-2-4-8-5-6 | | | |
| 6. | 1  8-1-2-9-3-6-5 | | | |
| | 2  4-7-3-9-1-2-8 | | | |
| 7. | 1  9-4-3-7-6-2-5-8 | | | |
| | 2  7-2-8-1-9-6-5-3 | | | |

*That's all I can do*

**Digits Backward Total Score (Maximum = 14)**

| Forward | | Backward | | (Maximum = 30) |
|---|---|---|---|---|
| 9 | + | 6 | = | 15 |

# 9. Information

  

**REVERSE RULE**
Score of 0 on Item 5 or 6, administer
items 1–4 in reverse sequence until two
consecutive perfect scores are obtained.

**DISCONTINUE RULE**
6 consecutive scores of 0

**SCORING RULE**
All items: 0 or 1 pt.
for each response

| Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) |
|---|---|---|---|---|---|
| **1.** Saturday | | / | 8. Hamlet | Shakespeare | 1 |
| **2.** Age | | / | 9. Brazil | DK | 0 |
| **3.** Ball | | / | 10. MLK, Jr. | man that messed up my b-day — he was liberal rights activist (?) | 1 |
| **4.** Months | | / | 11. Civil War President | fot for African civil rites G- Washington.. A Lincoln, DK()AL | 1 |
| **5.** Thermometer | it takes temp. | 1 | 12. Cleopatra | Queen of Egypt | 1 |
| 6. Sunrise | in the E | 1 | 13. Italy | DK | 0 |
| 7. Weeks | 48 | 0 | 14. Relativity | C't think of his name | 0 |

*giggles + chuckles*

# 9. Information (continued)

| Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) |
|---|---|---|---|---|---|
| 15. Olympics | Greece | 1 | 22. Vessels | artery, aorta, jugular, vein | 0 |
| 16. Sahara Desert | JDK | 0 | 23. Catherine | a martyr | 0 |
| 17. Genesis | Creation, Beginning | 1 | 24. Continents | NO, C N | 0 |
| 18. Sistine Chapel | Michael angelo | 1 | 25. Curie | no idea | 0 |
| 19. Gandhi | a peace maker (?) + he nearly starved himself to death, bald. | 0 | 26. World Population | DK | 0 |
| 20. Koran | Arab, Arabian Bible. | 0 | 27. Speed of Light | | |
| 21. Water | DK (?) 120 ... JDK | 0 | 28. Faust | | |

**Total Raw Score**
**(Maximum = 28)**
(Include credit for Items on previous page.)

# 10. Picture Arrangement ⏱



DISCONTINUE RULE
After consecutive scores of 0, starting with Item 2.

SCORING RULE
Item 1: 2 pts. for correct response on Trial 1;
1 pt. for correct response on Trial 2;
0 pts. for incorrect response on Trial 1 or Trial 2.
Items 2–11: Circle the appropriate score up to a maximum of 2 pts.

Note: Letters in Item names correspond to correct order for 2-point response (e.g., for Item 5 examinee must arrange cards in CLEAN order to score 2 points).
Items 5–9 have possible 1-point responses.

| Item (2 pts.) | | Item (1 pt.) | Time Limit | Response Order | Completion Time in Seconds | Score (Circle One) | | |
|---|---|---|---|---|---|---|---|---|
| 1. CAP | Trial 1 | | 30" | CAP | 6 | 0 | 1 | 2 |
| | | Trial 2 | 30" | | | 0 | | 2 |
| 2. BAKE | | | 45" | BAKE | 9 | 0 | | 2 |
| 3. OPENS | | | 60" | OEPNS | 11 | 0 | 1 | |
| 4. CHASE | | | 60" | CHASE | 12 | 0 | 1 | |
| 5. CLEAN | | NCLEA | 90" | NCLEA | 14 | 0 | 1 | 2 |
| 6. HUNT | | THUN | 90" | HUNT | 18 | 0 | 1 | |
| 7. SAMUEL/AMUELS | | SALMUE | 120" | SALMUE | 21 | 0 | 1 | 2 |
| 8. LUNCH | | LUCNH | 120" | LUCNH | 33 | 0 | 1 | 2 |
| 9. CHOIR | | HCOIR | 120" | CHOIR | 19 | 0 | 1 | |
| 10. DREAM | | | 120" | DREAM | 22 | 0 | | |
| 11. SHARK | | | 120" | RSHAK | 26 | 0 | 1 | 2 |

**Total Raw Score**
**(Maximum = 22)**

# 11. Comprehension





REVERSE RULE Score of 0 or 1 on item 4 or 5, administer items 1-3 in reverse sequence until two consecutive perfect scores are obtained.

DISCONTINUE RULE 4 consecutive scores of 0

SCORING RULE Items 1-3, 0 or 1 pt. for each response Items 4-18, 0, 1, or 2 pts. for each response

| Item | Response | Score (0 or 1) |
|---|---|---|
| **1.** Money | | |
| **2.** Watches | | |
| **3.** Clothes | | |
| | | **(0, 1, or 2)** |
| 4. Envelope | mail it | 2 |
| 5. Food* | for health reasons (?) Salmonella, E Coli, + taste | 2 |
| 6. Parole* | to give ppl a 2nd chance (?) bc debt to society was paid | 2 |
| 7. Child labor* | (?) Protect our childrens rites, kids SN work hours they work, days of wk (?) | 1 |
| 8. Professional service | guentees professionalism + knowledge | 2 |
| 9. Taxes | so they can put in/out ppl like me behind bars... So, they can run the country (?) DK more | 1 |
| 10. History* | for learning, for knowledge, for experience (?) to learn from (?) so it does not repeat itself | 1 |
| 11. Deaf | bc they c't hear (?) D't know what sounds make what sounds, DK | 1 |
| 12. Forest | I DK, walk towards the sun I guess (?) | 0̸ 1 |
| 13. Jury* | In ideal world, hard Q, I D't think they are tried by peers...(?) bc their ppl can relate to the person | 1 |
| 14. City land | it's more popular, taxes are higher, work there | 0 |
| 15. Marriage license | to keep a record of who is married | 2 |
| 16. Free press | freedom of speech | 0 |
| 17. Swallow | Just bc you see 1 bird doesn't mean it w/t snow again (?) I DK | 1 |
| 18. Shallow brooks | the more the merrier? | 0 |
| | **Total Raw Score** | 20 |
| | Maximum = 33 | |

* If the examinee replies with one idea, ask for a second response.
Rephrase the test item saying, "Tell me another reason."

# 12. Symbol Search

# 13. Letter–Number Sequencing

**DISCONTINUE RULE** Discontinue after 120 seconds.

**DISCONTINUE RULE** After failure on all 3 trials of an item.

**SCORING RULE** 0 or 1 pt. for each response. Item score = Trial 1 + Trial 2 + Trial 3

| Time Limit | 120" |
|---|---|
| Completion Time in Seconds | |
| Number Correct | |
| Number Incorrect | |
| Total Raw Score | Maximum = 60 |

**START**

| | Trial | Item/Response | Trial Score (0 or 1) | Item Score (0, 1, 2, or 3) |
|---|---|---|---|---|
| 1. | 1 | L – 2 (2 – L) | | |
| | 2 | 6 – P (6 – P) | | |
| | 3 | B – 5 (5 – B) | | |
| 2. | 1 | F – 7 – L (7 – F – L) | | |
| | 2 | R – 4 – D (4 – D – R) | | |
| | 3 | H – 1 – 8 (1 – 8 – H) | | |
| 3. | 1 | T – 9 – A – 3 (3 – 9 – A – T) | | |
| | 2 | V – 1 – J – 5 (1 – 5 – J – V) | | |
| | 3 | 7 – N – 4 – L (4 – 7 – L – N) | | |
| 4. | 1 | 8 – D – 6 – G – 1 (1 – 6 – 8 – D – G) | | |
| | 2 | K – 2 – C – 7 – S (2 – 7 – C – K – S) | | |
| | 3 | 5 – P – 3 – Y – 9 (3 – 5 – 9 – P – Y) | | |
| 5. | 1 | M – 4 – E – 7 – Q – 2 (2 – 4 – 7 – E – M – Q) | | |
| | 2 | W – 8 – H – 5 – F – 3 (3 – 5 – 8 – F – H – W) | | |
| | 3 | 6 – G – 9 – A – 2 – S (2 – 6 – 9 – A – G – S) | | |
| 6. | 1 | R – 3 – B – 4 – Z – 1 – C (1 – 3 – 4 – B – C – R – Z) | | |
| | 2 | 5 – T – 9 – J – 2 – X – 7 (2 – 5 – 7 – 9 – J – T – X) | | |
| | 3 | E – 1 – H – 8 – R – 4 – D (1 – 4 – 8 – D – E – H – R) | | |
| 7. | 1 | 5 – H – 9 – S – 2 – N – 6 – A (2 – 5 – 6 – 9 – A – H – N – S) | | |
| | 2 | D – 1 – R – 9 – B – 4 – K – 3 (1 – 3 – 4 – 9 – B – D – K – R) | | |
| | 3 | 7 – M – 2 – T – 6 – F – 1 – Z (1 – 2 – 6 – 7 – F – M – T – Z) | | |

**Total Raw Score (Maximum = 21)**

# 14. Object Assembly
### (Optional)

**DISCONTINUE RULE** Do not discontinue. Administer all items.

**SCORING RULE** Enter time in seconds and enter number of correct junctures. Apply time bonus and weighting, and circle the appropriate score.

**START**

| Item | Time Limit | Completion Time in Seconds | Number of Correct Junctures | Multiply by | Score (Circle the appropriate score for each object. Completion time in seconds.) |
|---|---|---|---|---|---|
| 1. Man | 120" | | (0–5) | 1 | 21–120 16–20 11–15 1–10 → 0 1 2 3 4 5 6 7 8 |
| 2. Profile | 120" | | (0–9) | 1 | 36–120 31–35 21–30 1–20 → 0 1 2 3 4 5 6 7 8 9 10 11 12 |
| 3. Elephant | 180" | | (0–8) | 1 | 51–180 31–50 21–30 1–20 → 0 1 2 3 4 5 6 7 8 9 10 11 |
| 4. House | 180" | | (0–14) | ½ | 111–180 71–110 51–70 1–50 → 0 1 2 3 4 5 6 7 8 9 10 |
| 5. Butterfly | 180" | | (0–8) | 1 | 111–180 76–110 51–75 1–50 → 0 1 2 3 4 5 6 7 8 9 10 11 |

**Total Raw Score (Maximum = 52)**

* Round half scores up.

Copyright © 1997 by The Psychological Corporation
All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any information storage and retrieval system, without permission in writing from the publisher.
The Psychological Corporation and the PSI logo are registered trademarks of The Psychological Corporation.
Wechsler ... trademarks of The Psychological Corporation.
Printed in the United States of America.

Case 3:09-cv-03064-MWB-LTS    Document 24-1    Filed 06/23/11    Page 46 of 72
GEL000046



| SUBTESTS | Raw Score | VERBAL | PERF. | VC | PO | WM | PS | Reference Group Scaled Scores |
|---|---|---|---|---|---|---|---|---|
| Picture Completion | 22 | | 12 | | 12 | | | |
| Vocabulary | 24 | 6 | | 6 | | | | |
| Digit Symbol–Coding | 72 | | 9 | | | | 9 | |
| Similarities | 15 | 5 | | 5 | | | | |
| Block Design | 35 | | 9 | | 9 | | | |
| Arithmetic | 10 | 7 | | | | 7 | | |
| Matrix Reasoning | 19 | | 12 | | 12 | | | |
| Digit Span | 15 | 9 | | | | 9 | | |
| Information | 13 | 8 | | 8 | | | | |
| Picture Arrangement | 18 | | 10 | | | | | |
| Comprehension | 20 | 9 | | | | | | |
| Symbol Search | | | ( ) | | | | | |
| Letter–Number Sequencing | | ( ) | | | | | | |
| Object Assembly | | | ( ) | | | | | |
| Sums of Scaled Scores | | 44 | 52 | | | | | |
| | | VERBAL | PERF. | VC | PO | WM | PS | |

**Full Scale Score (Verbal + Performance)** : 96

For converting raw scores to scaled scores, see Tables A.1 and A.2.

| Optional Procedures | | |
|---|---|---|
| Optional Procedure | Raw Score | Cumulative % |
| Digit Symbol— Incidental Learning — Pairing | | |
| Digit Symbol— Incidental Learning — Free Recall | | |
| Digit Symbol — Copy | | |

For cumulative %, see Table A.11.

| | | | |
|---|---|---|---|
| Total | | | = |
| ÷ No. of Subtests | | | ÷ |
| Mean Score | | | Overall Mean |

| SUBTESTS | Scaled Score | Mean Score | Difference from Mean | Statistical Significance Level | Strength (+) | Weakness (−) | Frequency of Difference in Standardization Sample |
|---|---|---|---|---|---|---|---|
| Vocabulary | | | | | | | |
| Similarities | | | | | | | |
| Arithmetic | | | | | | | |
| Digit Span | | | | | | | |
| Information | | | | | | | |
| Comprehension | | | | | | | |
| Letter–Number Sequencing | | | | | | | |
| Picture Completion | | | | | | | |
| Digit Symbol—Coding | | | | | | | |
| Block Design | | | | | | | |
| Matrix Reasoning | | | | | | | |
| Picture Arrangement | | | | | | | |
| Symbol Search | | | | | | | |
| Object Assembly | | | | | | | |

For determining strengths and weaknesses, see Table B.3.

**Determining Strengths & Weaknesses**

Check one:

☐ Difference from Overall Mean

☐ Difference from Verbal Mean and Performance Mean

Statistical significance and frequency of difference are provided in Table B.3 of the Administration and Scoring Manual.

Case 3:09-cv-03064-MWB-LTS   Document 224-1   Filed 06/23/11   Page 47 of 72   GEL000047



# WAIS-III

WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION



| IQ/INDEX SCORES | VIQ | PIQ | FSIQ | VCI | POI | WMI | PSI |
|---|---|---|---|---|---|---|---|
| Sums of Scaled Scores | 44 | 52 | 96 | | | | |
| IQ/Index Scores | 84 | 102 | 91 | | | | |
| Percentiles | 14 | 55 | 27 | | | | |
| Confidence Intervals 95 % | 80–89 | 95–109 | 87–95 | | | | |



For subtest score profile, use subtest scaled scores.

For IQ/Index score profile, see Tables A.3–A.8.

GEL000048

# Digit Symbol—Coding



| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| — | ⊥ | ⅃ | L | ⊔ | ○ | ∧ | ✕ | = |

Angela Johnston
1/24/05

(72)

**Sample Items**

| 2 | 1 | 3 | 7 | 2 | 4 | 8 | 2 | 1 | 3 | 2 | 1 | 4 | 2 | 3 | 5 | 2 | 3 | 1 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊥ | — | ⅃ | ∧ | ⊥ | L | ✕ | ⊥ | — | ⅃ | ⊥ | — | L | ⊥ | ⅃ | ⊔ | ⊥ | ⅃ | — | L |

| 5 | 6 | 3 | 1 | 4 | 1 | 5 | 4 | 2 | 7 | 6 | 3 | 5 | 7 | 2 | 8 | 5 | 4 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊔ | ○ | ⅃ | — | L | — | ⊔ | L | ⊥ | ∧ | ○ | ⅃ | ⊔ | ∧ | ⊥ | ✕ | ⊔ | L | ○ | ⅃ |

| 7 | 2 | 8 | 1 | 9 | 5 | 8 | 4 | 7 | 3 | 6 | 2 | 5 | 1 | 9 | 2 | 8 | 3 | 7 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ∧ | ⊥ | ✕ | — | = | ⊔ | ✕ | L | ∧ | ⅃ | ○ | ⊥ | ⊔ | — | = | ⊥ | ✕ | ⅃ | ∧ | L |

| 6 | 5 | 9 | 4 | 8 | 3 | 7 | 2 | 6 | 1 | 5 | 4 | 6 | 3 | 7 | 9 | 2 | 8 | 1 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | ⊔ | = | L | ✕ | ⅃ | ∧ | ⊥ | ○ | — | ⊔ | L | ○ | ⅃ | ∧ | = | ⊥ | ✕ | — | |

| 9 | 4 | 6 | 8 | 5 | 9 | 7 | 1 | 8 | 5 | 2 | 9 | 4 | 8 | 6 | 3 | 7 | 9 | 8 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

| 2 | 7 | 3 | 6 | 5 | 1 | 9 | 8 | 4 | 5 | 7 | 3 | 1 | 4 | 8 | 7 | 9 | 1 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

| 7 | 1 | 8 | 2 | 9 | 3 | 6 | 7 | 2 | 8 | 5 | 2 | 3 | 1 | 4 | 8 | 4 | 2 | 7 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

GEL000049

# TRAIL MAKING

## Part A

SAMPLE



GEL000050



25" ⌀ E

Angela Johnson
1/24/05

SEL000051

# TRAIL MAKING

## Part B

SAMPLE





Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 53 of 72

# HALSTEAD CATEGORY TEST
## Adult Form

Name: _Angela Johnson_  Date: _1/24/05_  Examiner: _Glen_  Total Number of Errors: _52_

| Item | Subtest I | Subtest II | Subtest III | Subtest IV | Subtest V | Subtest VI | Subtest VII |
|------|-----------|------------|-------------|------------|-----------|------------|-------------|
| 1 | 1 3 | 1 ✓ | 1 4 ⅓" | 1 ✓ | 1 4 | 1 ✓ | 1 ✓ |
| 2 | 3 ✓ | 3 ✓ | 3 ✓ | 3 ✓ | 3 2 | 3 ✓ | 3 ✓ |
| 3 | 1 ✓ | 1 ✓ | 1 3 | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ |
| 4 | 4 ✓ | 4 ✓ | 4 3 | 4 ✓ | 4 1 | 4 ✓ | 4 ✓ |
| 5 | 2 ✓ | 2 ✓ | 2 1 | 2 ✓ | 2 1 | 2 ✓ | 2 ✓ |
| 6 | 4 ✓ | 4 ✓ | 4 1 | 4 ✓ | 4 ✓ | 4 ✓ | 4 ✓ |
| 7 | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 2 | 1 ✓ | 1 ✓ |
| 8 | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ |
| 9 | E= 1 | 3 ✓ | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | 3 ✓ |
| 10 | | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ |
| 11 | | 3 ✓ | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | 3 ✓ |
| 12 | | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ |
| 13 | | 4 ✓ | 4 3 | 4 ✓ | 4 ✓ | 4 ✓ | 4 ✓ |
| 14 | | 3 ✓ | 3 2 | 3 ✓ | 3 2 | 3 ✓ | 3 2 |
| 15 | | 4 ✓ | 4 1 | 4 ✓ | 4 ✓ | 4 ✓ | 4 3 |
| 16 | | 2 ✓ | 2 1 | 2 ✓ | 2 ✓ | 2 ✓ | 2 ✓ |
| 17 | | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ |
| 18 | | 4 ✓ | 4 1 | 4 ✓ | 4 2 | 4 ✓ | 4 3 |
| 19 | | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ |
| 20 | | 3 ✓ | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | 3 ✓ |
| 21 | | E= 0 | 2 3 | 2 ✓ | 2 ✓ | 2 ✓ | E= 3 |
| 22 | | | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | |
| 23 | | | 2 1 | 2 ✓ | 2 ✓ | 2 ✓ | |
| 24 | | | 4 3 | 4 ✓ | 4 ✓ | 4 ✓ | |
| 25 | | | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | |
| 26 | | | 2 4 | 2 ✓ | 2 ✓ | 2 ✓ | |
| 27 | | | 4 3 | 4 ✓ | 4 ✓ | 4 ✓ | |
| 28 | | | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | |
| 29 | | | 1 ✓ | 1 ✓ | 1 ✓ | 1 ✓ | |
| 30 | | | 4 2 | 4 ✓ | 4 ✓ | 4 ✓ | |
| 31 | | | 2 1 | 2 ✓ | 2 ✓ | 2 ✓ | |
| 32 | | | 1 4 | 1 ✓ | 1 ✓ | 1 2 | |
| 33 | | | 3 1 | 3 | 3 ✓ | 3 ✓ | |
| 34 | | | 1 2 | 1 3 | 1 ✓ | 1 ✓ | |
| 35 | | | 3 4 | 3 ✓ | 3 2 | 3 2 | |
| 36 | | | 2 1 | 2 ✓ | 2 4 | 2 ✓ | |
| 37 | | | 4 3 | 4 ✓ | 4 1 | 4 2 | |
| 38 | | | 3 2 | 3 ✓ | 3 ✓ | 3 ✓ | |
| 39 | | | 4 1 | 4 ✓ | 4 ✓ | 4 2 | |
| 40 | | | 2 3 | 2 ✓ | 2 ✓ | 2 4 | |
| E= | | | 31 | 2 | 10 | 5 | |

(The right-hand column for each subtest is used to check correct responses and the left-hand column to record each incorrect response by number. The middle column merely separates the columns in which the results are recorded.)

Case 3:09-cv-03064-MWB-LTS   Document 28-1   Filed 06/23/11   Page 54 of 72

GEL000054



WECHSLER MEMORY SCALE – THIRD EDITION

# Record Form

| | Year | Month | Day |
|---|---|---|---|
| Date Tested | 05 | 1 | 24 |
| Date of Birth | 64 | 1 | 17 |
| Age | 41 | 00 | 07 |

Name _Angela Johnson_          ID _____ Sex ○ Male ○ Female

Address _____
            Street                              City            State      Zip

Highest level of education _____ Examiner _Gilbont_____

# Behavioral Observations

Referral source/Reason for referral/Presenting complaint(s):

Language (Is English native language? If not, indicate examinee's level of fluency; indicate expressive/receptive problems, unusual verbalizations):

Attitude toward testing (e.g., interest, motivation, work habits, rapport, reaction to success/failure):

Physical appearance (e.g., formality and appearance of dress, grooming, hygiene, physical characteristics):

Attention and Concentration:

Visual/Auditory/Motor Problems (Were problems corrected, e.g., with glasses, corrective lenses, hearing aids?):

Other Notes:

0154981753

**THE PSYCHOLOGICAL CORPORATION®**
*Harcourt Brace & Company*

Copyright © 1997 by The Psychological Corporation. All rights reserved.

# 2. Logical Memory 1 (continued)

| Story A | Score 0 or 1 Story Unit | Thematic Unit | Scoring Criteria |
|---|---|---|---|
| Anna | | | *Anna* or variant of the name |
| Thompson | | | *Thompson* is required |
| of South | | | *South* (in any context) |
| Boston, | | | *Boston* (in any context) |
| | | | Indication of a main character who is female |
| employed *worked* | | | indication that she held a job |
| as a cook | | | *cook* or some form of the word is required |
| in a school | | | *school* is required . |
| cafeteria, | | | *cafeteria* is required |
| | | | indication that main character is employed or is working |
| reported | | | indication that a formal statement was made to someone in authority (in any context) |
| at the police | | | *police* (in any context) |
| station | | | *station* (in any context) or a word or phrase denoting a police station |
| that she had been held up | | | indication that she had been held up (i.e., gunpoint or knife) |
| on State Street | | | *State Street* (in any context) |
| the night before | | | indication that the hold-up occurred the previous night |
| and robbed | | | indication that a robbery took place |
| of fifty-six dollars. | | | indication that an amount of money greater than $49 but less than $60 was taken from her |
| | | | Indication that main character reported that she was robbed |
| She had four | | | *four* is required together with an indication that the children were hers |
| small children, | | | *children* or a synonym is required |
| | | | Indication that main character had children |
| the rent was due, | | | a phrase indicating that the rent was due |
| and they had not eaten | | | indication that her children or the family were without food |
| for two days. | | | *two days* is required, or a phrase meaning about two days |
| | | | indication that characters were in need or required assistance |
| The police, | | | a word or phrase signifying one or more members of the police department (in any context) |
| touched by the woman's story, | | | indication that her story evoked sympathy |
| | | | Indication that the police felt sympathy for the woman |
| took up a collection *for her* | | | a phrase indicating that money was collected |
| for her. | | | indication that the money collected was for her or her children |
| | | | Indication that the police directly responded to her need |

Story A
Recall Unit Score
Range = 0 to 25 — | 5 | — Story A
Thematic Unit Score
Range = 0 to 7

GEL000056

At 6:00 on Monday evening, Joe Garcia of San Francisco was watching television as he dressed to go out. A weather bulletin interrupted the program to warn that thunderstorms would move into the area within the next two to three hours and remain until morning. The announcer said the storm could bring hail and up to four inches of rain and cause the temperature to drop by fifteen degrees. Joe decided to stay home. He took off his coat and sat down to watch old movies.

| Story B — 1st Recall | Score 0 or 1 | | Scoring Criteria |
| | Story Unit | Thematic Unit | |
| --- | --- | --- | --- |
| At 6:00 | 1 | | 6:00 is required |
| on Monday | 1 | | Monday is required |
| evening. | | | evening (in any context) |
| Joe | 1 | | Joe or variant of the name |
| Garcia | 1 | | Garcia is required |
| of San Francisco | | | San Francisco is required |
| | | | indication of a main character who is male |
| was watching television | | | indication that he was watching/listening to the television |
| as he dressed | | | indication that he was getting dressed |
| to go out. | 1 | | indication that he was going out |
| | | | indication that the character was preparing to leave |
| A weather bulletin | | | indication that there was an announcement about weather |
| interrupted the program | | | indication of a break in the regularly scheduled program |
| | | | indication of a weather announcement |
| to warn that thunderstorms | | | indication that there was a warning about a storm |
| would move into the area | | | indication that the storm was coming |
| | | | indication of a storm moving into the area |
| within the next 2 to 3 hours | | | a phrase meaning about 2 or 3 hours |
| and remain until morning. | | | indication that the storm would stay until morning |
| | | | indication of storm duration |
| The announcer said | 1 | | indication that someone was reporting about a storm |
| the storm could bring hail | 1 | | indication that hail was possible |
| and up to 4 inches "3" | | | 4 inches is required |
| of rain | 1 | | rain is required |
| and cause the temperature to drop | | | indication that the temperature would drop or decrease |
| by 15 degrees. | | | a relative decrease of 15 degrees is required |
| | | | indication of storm's activity |
| Joe decided to stay home. | 1 | | indication that he decided to stay home |
| | | | indication that the character decided to stay in |
| He took off his coat | 1 | | indication that he took off outer clothing |
| and sat down | 1 | | indication that he was sitting down |
| to watch old movies. | 1 | | indication of viewing movies is required |
| | | | indication that the character decided to watch a movie or TV |

Story B — 1st Recall Unit Score Range = 0 to 25    **13**

Story B — 1st Recall Thematic Unit Score Range = 0 to 8

1st Recall Total Score Calculation

☐ + ☐ = ☐

Story A Recall Unit Score Range = 0 to 25    Story B — 1st Recall Unit Score Range = 0 to 25

1st Recall Total Score Range = 0 to 50

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 57 of 72

GEL000057

**Story B–2nd Recall**

At 6:00 on Monday evening, Joe Garcia of San Francisco was watching television as he dressed to go out. A weather bulletin interrupted the program to warn that thunderstorms would move into the area within the next two to three hours and remain until morning. The announcer said the storm could bring hail and up to four inches of rain and cause the temperature to drop by fifteen degrees. Joe decided to stay home. He took off his coat and sat down to watch old movies.

| Story B — 2nd Recall | Score 0 or 1 | | Scoring Criteria |
|---|---|---|---|
| | Story Unit | Thematic Unit | |
| At 6:00  *pm* | 1 | | 6:00 is required |
| on Monday | 1 | | Monday is required |
| evening,  *pm* | 1 | | evening (in any context) |
| Joe | 1 | | Joe or variant of the name |
| Garcia | 1 | | Garcia is required |
| of San Francisco | 1 | | San Francisco is required |
| | | | indication of a main character who is male |
| was watching television | 1 | | indication that he was watching/listening to the television |
| as he dressed | 1 | | indication that he was getting dressed |
| to go out. | 1 | | indication that he was going out |
| | | | indication that the character was preparing to leave |
| *news* A weather bulletin | | | indication that there was an announcement about weather |
| interrupted the program | | | indication of a break in the regularly scheduled program |
| | | | indication of a weather announcement |
| to warn that thunderstorms | | | indication that there was a warning about a storm |
| would move into the area | | | indication that the storm was coming |
| | | | indication of a storm moving into the area |
| *for next 4 to 6* within the next 2 to 3 hours | | | a phrase meaning about 2 or 3 hours |
| and remain until morning. | 1 | | indication that the storm would stay until morning |
| | | | indication of storm duration |
| The announcer said | | | indication that someone was reporting about a storm |
| the storm could bring hail | 1 | | indication that hail was possible |
| and up to 4 inches | 1 | | 4 inches is required |
| of rain  *water* | | | rain is required |
| and cause the temperature to drop | 1 | | indication that the temperature would drop or decrease |
| by 15 degrees. | 1 | | a relative decrease of 15 degrees is required |
| | | | indication of storm's activity |
| Joe decided to stay home. | | | indication that he decided to stay home |
| | | | indication that the character decided to stay in |
| He took off his coat. | 1 | | indication that he took off outer clothing |
| and sat down | 1 | | indication that he was sitting down |
| to watch old movies. | 1 | | indication of viewing movies is required |
| | | | indication that the character decided to watch a movie or TV |

| Story B—2nd Recall Unit Score Range = 0 to 25 | 9 | Story B— 2nd Recall Thematic Unit Score Range = 0 to 8 | |
|---|---|---|---|

Learning Slope Calculation

☐ − ☐ = ☐

Story B—2nd Recall Unit Score Range = 0 to 25   Story B—1st Recall Unit Score Range = 0 to 25

Recall Total Score

Thematic Total Score Range = 0 to 23

(Sum Recall Unit Scores for Story A, Story B-1st, Story B-2nd)   (Sum Thematic Unit Scores for Story A, Story B-1st, Story B-2nd)

Case 3:09-cv-03064-MWB-LTS   Document 98-1   Filed 06/23/11   Page 58 of 72
GEL000098

# 3. Faces I

**TIME LIMIT:** Expose the 24 target faces for 2 seconds each.

**RECORDING:** Circle Y or N.

**SCORING RULE:** 1 pt. for each item

| Item/Response | | | Score 0 or 1 |
|---|---|---|---|
| 1. | Y | Ⓝ | |
| 2. | Ⓨ | N | |
| 3. | Y | Ⓝ | |
| 4. | Y | Ⓝ | |
| 5. | Ⓨ | N | |
| 6. | Ⓨ | N | 0 |
| 7. | Ⓨ | N | |
| 8. | Y | Ⓝ | |
| 9. | Y | Ⓝ | |
| 10. | Y | Ⓝ | |
| 11. | Ⓨ | N | |
| 12. | Ⓨ | N | |
| 13. | Ⓨ | N | 0 |
| 14. | Ⓨ | N | |
| 15. | Ⓨ | N | 0 |
| 16. | Ⓨ | N | |
| 17. | Y | Ⓝ | |
| 18. | Y | Ⓝ | |
| 19. | Ⓨ | N | |
| 20. | Y | Ⓝ | |
| 21. | Ⓨ | N | |
| 22. | Ⓨ | N | |
| 23. | Y | Ⓝ | |
| 24. | Ⓨ | N | |
| 25. | Ⓨ | N | |
| 26. | Y | Ⓝ | |
| 27. | Y | Ⓝ | |
| 28. | Ⓨ | N | |
| 29. | Ⓨ | N | |
| 30. | Ⓨ | N | 0 |
| 31. | Y | Ⓝ | |
| 32. | Ⓨ | N | |
| 33. | Ⓨ | N | |
| 34. | Y | Ⓝ | |
| 35. | Ⓨ | N | |
| 36. | Y | Ⓝ | |
| 37. | Ⓨ | N | |
| 38. | Ⓨ | N | |
| 39. | Y | Ⓝ | |
| 40. | Ⓨ | N | |
| 41. | Y | Ⓝ | |
| 42. | Ⓨ | N | |
| 43. | Y | Ⓝ | |
| 44. | Ⓨ | N | |
| 45. | Y | Ⓝ | |
| 46. | Ⓨ | N | |
| 47. | Ⓨ | N | |
| 48. | Ⓨ | N | 0 |

**Recognition Total Score**
Range = 0 to 48 — 2

# 4. Verbal Paired Associates I

**TIME LIMIT:** Read one pair of words every 3 seconds. Pause 5 seconds after reading each list and before presenting recall. During recall, provide correct response if examinee does not respond within 5 seconds.

**RECORDING:** Place a check mark (✔) for each correct association. Write incorrect responses verbatim.

**SCORING RULE:** 0–1 pt. for each item



| List A | Recall A/Response | | Score 0 or 1 |
|---|---|---|---|
| Truck–Arrow | 1. Bank (Cartoon) | | 0 |
| Insect–Acorn | 2. Reptile (Clown) | | 0 |
| Reptile–Clown | 3. Star (Ladder) | | 0 |
| Bank–Cartoon | 4. Rose (Bag) | | 1 |
| Star–Ladder | 5. Elephant (Glass) | | 0 |
| Raccoon–Paper | 6. Truck (Arrow) | | 1 |
| Rose–Bag | 7. Insect (Acorn) | | 0 |
| Elephant–Glass | 8. Raccoon (Paper) | | 1 |

**List A Recall** Range = 0 to 8 — 3

**1st Recall Total Score** Range = 0 to 8

| List B | Recall B/Response | | Score 0 or 1 |
|---|---|---|---|
| Star–Ladder | 1. Elephant (Glass) | | 1 |
| Elephant–Glass | 2. Insect (Acorn) | | 1 |
| Insect–Acorn | 3. Reptile (Clown) | | 1 |
| Truck–Arrow | 4. Rose (Bag) | | 1 |
| Reptile–Clown | 5. Star (Ladder) | | 1 |
| Bank–Cartoon | 6. Raccoon (Paper) _acorn/sk_ | | 0 |
| Raccoon–Paper | 7. Bank (Cartoon) _arrow_ | | 0 |
| Rose–Bag | 8. Truck (Arrow) | | 1 |

**List B Recall** Range = 0 to 8 — 6

| List C | Recall C/Response | | Score 0 or 1 |
|---|---|---|---|
| Rose–Bag | 1. Insect (Acorn) | | 1 |
| Raccoon–Paper | 2. Star (Ladder) | | 1 |
| Star–Ladder | 3. Truck (Arrow) | | |
| Reptile–Clown | 4. Rose (Bag) | | |
| Elephant–Glass | 5. Elephant (Glass) | | |
| Insect–Acorn | 6. Reptile (Clown) | | |
| Bank–Cartoon | 7. Bank (Cartoon) | | |
| Truck–Arrow | 8. Raccoon (Paper) | | |

**List C Recall** Range = 0 to 8 — 8

| List D | Recall D/Response | | Score 0 or 1 |
|---|---|---|---|
| Raccoon–Paper | 1. Star (Ladder) | | 1 |
| Truck–Arrow | 2. Rose (Bag) | | 1 |
| Star–Ladder | 3. Insect (Acorn) | | 1 |
| Insect–Acorn | 4. Raccoon (Paper) | | 1 |
| Rose–Bag | 5. Elephant (Glass) | | 1 |
| Reptile–Clown | 6. Bank (Cartoon) | | 1 |
| Bank–Cartoon | 7. Reptile (Clown) | | 1 |
| Elephant–Glass | 8. Truck (Arrow) | | 1 |

**List D Recall** Range = 0 to 8 — 8

**Recall Total Score** Range = 0 to 32 — 25
(Sum Lists A–D Recall Scores)

**Learning Slope Calculation**

☐ − ☐ = ☐ **Learning Slope** Range = 8 to 8

List D Recall Range = 0 to 8    List A Recall Range = 0 to 8



# 5. Family Pictures I

 

**TIME LIMIT:** Each scene is exposed for 10 seconds.

**RECORDING:** Circle Characters and Locations recalled. Write Activity responses verbatim.

**SCORING RULE:** 0–4 pts. for each Character-Based Score. See Administration and Scoring Manual (Chapter 4 and Appendix B) for scoring criteria.

| | Character | Score 0 or 1 | Location (Examiner's View) | Score 0 or 1 | Activity | Score 0, 1, or 2 | Full Credit Activity Examples | Character-Based Score (0–4) |
|---|---|---|---|---|---|---|---|---|
| **Scene 1 (Picnic)** | Grandmother | | 4 3 / 2 1 | | | | watching dog catch frisbee | 4 |
| | Grandfather | 1 | 4 ③ / 2 1 | 1 | Sitting @ picnic table | 2 | | |
| | Mother | | 4 3 / 2 1 | | | | barbecuing hamburgers | 3 |
| | Father | 1 | 4 3 / 2 ① | 1 | grilling | 1 | throwing frisbee | 4 |
| | Daughter | 1 | 4 3 / ② 1 | 1 | throwing frisbee | 2 | | |
| | Son | | 4 3 / 2 1 | | | | catching frisbee | 4 |
| | Dog | 1 | 4 ③ / 2 1 | 1 | going for frisbee | 2 | | |
| **Scene 2 (Department Store)** | Grandmother | | 4 3 / 2 1 | | | | pulling out sweater | 4 |
| | Grandfather | 1 | ④ 3 / 2 1 | 1 | on knee still on shelf | 2 | looking in purse | 4 |
| | Mother | 1 | 4 3 / ② 1 | 1 | l'ing in purse | 2 | looking at shirt | 2 |
| | Father | 1 | ④ 3 / 2 1 | 0 | looking on hanger | 1 | looking in mirror | 4 |
| | Daughter | 1 | 4 3 / 2 ① | 1 | holding up shirt in mirror | 2 | | |
| | Son | | 4 3 / 2 1 | | | | | |
| | Dog | | 4 3 / 2 1 | | | | | |
| **Scene 3 (Yard)** | Grandmother | 1 | 4 3 / 2 ① | 1 | flower garden | 2 | working in flower bed | 4 |
| | Grandfather | 1 | 4 ③ / 2 1 | 1 | bathing dog | 2 | giving the dog a bath | 4 |
| | Mother | | 4 3 / 2 1 | | | | | |
| | Father | | 4 3 / 2 1 | | | | | |
| | Daughter | | 4 3 / 2 1 | | | | mowing the lawn | 4 |
| | Son | 1 | 4 3 / ② 1 | 1 | mowing lawn | 2 | shaking off water | 4 |
| | Dog | 1 | ④ 3 / 2 1 | 1 | shaking water | 2 | eating salad | 4 |
| **Scene 4 (Meal)** | Grandmother | 1 | 4 3 / 2 ① | 1 | eating salad | 2 | | |
| | Grandfather | | 4 3 / 2 1 | | | | passing the salad bowl | 3 |
| | Mother | 1 | ④ 3 / 2 1 | 1 | eating salad | 1 | pouring salad dressing | 4 |
| | Father | 1 | 4 3 / ② 1 | 1 | pouring dressing | 2 | | |
| | Daughter | | 4 3 / 2 1 | | | | drinking tea | 2 |
| | Son | 1 | 4 ③ / 2 1 | 1 | eating salad | 0 | | |
| | Dog | | 4 3 / 2 1 | | | | | |

Recall Total Score Range = 0 to 64    58

GEL000060

# 9. Spatial Span

  

**DISCONTINUE RULE:** After scores of 0 on both trials of any item for both Spatial Span Forward & Spatial Span Backward administer both trials of each item even if Trial 1 is passed.

**RECORDING:** All responses verbatim.

**SCORING RULE:** 0-1 pt. for each trial

**Spatial Span Forward**

| Item/Trial | | Response | Score 0 or 1 |
|---|---|---|---|
| 1. | Trial 1 | 3 – 10 | |
| | Trial 2 | 7 – 4 | |
| 2. | Trial 1 | 1 – 9 – 3 | |
| | Trial 2 | 8 – 2 – 7 | |
| 3. | Trial 1 | 4 – 9 – 1 – 6 | |
| | Trial 2 | 10 – 6 – 2 – 7 | |
| 4. | Trial 1 | 6 – 5 – 1 – 4 – 8 | |
| | Trial 2 | 5 – 7 – 9 – 8 – 2 | |
| 5. | Trial 1 | 4 – 1 – 9 – 3 – 8 – 10 | |
| | Trial 2 | 9 – 2 – 6 – 7 – 3 – 5 | |
| 6. | Trial 1 | 10 – 1 – 6 – 4 – 8 – 5 – 7 | |
| | Trial 2 | 2 – 6 – 3 – 8 – 2 – 10 – 1 | |
| 7. | Trial 1 | 7 – 3 – 10 – 5 – 7 – 8 – 4 – 9 | |
| | Trial 2 | 6 – 9 – 3 – 2 – 1 – 7 – 10 – 5 | |
| 8. | Trial 1 | 5 – 8 – 4 – 10 – 7 – 3 – 1 – 9 – 6 | |
| | Trial 2 | 8 – 2 – 6 – 1 – 10 – 3 – 7 – 4 – 9 | |

**Forward Total Score** Range = 0 to 16 ⟩ [ ]

**Spatial Span Backward**

| Item/Trial | | (Correct Response)/Response | Score 0 or 1 |
|---|---|---|---|
| 1. | Trial 1 | 7 – 4 (4 – 7) | |
| | Trial 2 | 3 – 10 (10 – 3) | |
| 2. | Trial 1 | 8 – 2 – 7 (7 – 2 – 8) | |
| | Trial 2 | 1 – 9 – 3 (3 – 9 – 1) | |
| 3. | Trial 1 | 10 – 6 – 2 – 7 (7 – 2 – 6 – 10) | |
| | Trial 2 | 4 – 9 – 1 – 6 (6 – 1 – 9 – 4) | |
| 4. | Trial 1 | 5 – 7 – 9 – 8 – 2 (2 – 8 – 9 – 7 – 5) | |
| | Trial 2 | 6 – 5 – 1 – 4 – 8 (8 – 4 – 1 – 5 – 6) | |
| 5. | Trial 1 | 9 – 2 – 6 – 7 – 3 – 5 (5 – 3 – 7 – 6 – 2 – 9) | |
| | Trial 2 | 4 – 1 – 9 – 3 – 8 – 10 (10 – 8 – 3 – 9 – 1 – 4) | |
| 6. | Trial 1 | 2 – 6 – 3 – 8 – 2 – 10 – 1 (1 – 10 – 2 – 8 – 3 – 6 – 2) | |
| | Trial 2 | 10 – 1 – 6 – 4 – 8 – 5 – 7 (7 – 5 – 8 – 4 – 6 – 1 – 10) | |
| 7. | Trial 1 | 6 – 9 – 3 – 2 – 1 – 7 – 10 – 5 (5 – 10 – 7 – 1 – 2 – 3 – 9 – 6) | |
| | Trial 2 | 7 – 3 – 10 – 5 – 7 – 8 – 4 – 9 (9 – 4 – 8 – 7 – 5 – 10 – 3 – 7) | |
| 8. | Trial 1 | 8 – 2 – 6 – 1 – 10 – 3 – 7 – 4 – 9 (9 – 4 – 7 – 3 – 10 – 1 – 6 – 2 – 8) | |
| | Trial 2 | 5 – 8 – 4 – 10 – 7 – 3 – 1 – 9 – 6 (6 – 9 – 1 – 3 – 7 – 10 – 4 – 8 – 5) | |

**Backward Total Score** Range = 0 to 16 ⟩ [ ]

**Total Score** Range = 0 to 32 ⟩ [ ]

(Sum Forward Total Score & Backward Total Score)

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 61 of 72

GEL000061

# 12. Logical Memory II  ADMINISTER 25–35 MINUTES AFTER LOGICAL MEMORY I.
## Recall


**RECORDING:** Place a check mark (✓) next to each story unit recalled verbatim. Write non-verbatim responses next to the story unit.


**SCORING RULE:** 0–1 pt. for each story or thematic unit.

**Reminder Given?** ☐ Yes ☒ No

| Story A | Story Unit | Thematic Unit | Scoring Criteria |
|---|---|---|---|
| Anna *Ann* | ✓ | | *Anna* or variant of the name |
| Thompson | | | *Thompson* is required |
| of South | | | *South* (in any context) |
| Boston, | ✓ | | *Boston* (in any context) |
| | | | Indication of a main character who is female |
| employed | | | indication that she held a job |
| as a cook | | | *cook* or some form of the word is required |
| in a school | | | *school* is required |
| cafeteria, | ✓ | | *cafeteria* is required |
| | | | Indication that main character is employed or is working |
| reported | ✓ | | indication that a formal statement was made to someone in authority (in any context) |
| at the police | ✓ | | *police* (in any context) |
| station | | | *station* (in any context) or a word or phrase denoting a police station |
| that she had been held up | ✓ | | indication that she had been held up (i.e., gunpoint or knife) |
| on State Street | ✓ | | *State Street* (in any context) |
| the night before | | | indication that the hold-up occurred the previous night |
| and robbed | ✓ | | indication that a robbery took place |
| of fifty-six dollars. | ✓ | | indication that an amount of money greater than $49 but less than $60 was taken from her |
| | | | Indication that main character reported that she was robbed |
| She had four | | | *four* is required together with an indication that the children were hers |
| small children. | | | *children* or a synonym is required |
| | | | Indication that main character had children |
| the rent was due, | ✓ | | a phrase indicating that the rent was due |
| and they had not eaten | ✓ | | indication that her children or the family were without food |
| for two days. | ✓ | | *two days* is required, or a phrase meaning about two days |
| | | | Indication that characters were in need or required assistance |
| The police, | ✓ | | a word or phrase signifying one or more members of the police department (in any context) |
| touched by the woman's story, | ✓ | | indication that her story evoked sympathy |
| | | | Indication that the police felt sympathy for the woman |
| took up a collection | ✓ | | a phrase indicating that money was collected |
| for her. | | | indication that the money collected was for her or her children |
| | | | indication that the police directly responded to her need |

GEL000062

| Story A Recall Unit Score Range = 0 to 25 | 15 | Thematic Unit Score Range = 0 to 7 | |
|---|---|---|---|

# 12. Logical Memory II (continued)

Reminder Given?  ☐ Yes  ☒ No

| Story B | Score 0 or 1 | | Scoring Criteria |
|---|---|---|---|
| | Story Unit | Thematic Unit | |
| At 6:00 | 1 | | 6:00 is required |
| on Monday *Am* | 1 | | Monday is required |
| evening, | 1 | | evening (in any context) |
| Joe | 1 | | Joe or variant of the name |
| Garcia | 1 | | Garcia is required |
| of San Francisco | 1 | | San Francisco is required |
| | | | Indication of a main character who is male |
| was watching television | | | indication that he was watching/listening to the television |
| as he dressed | | | indication that he was getting dressed |
| to go out. | 1 | | indication that he was going out |
| | | | indication that the character was preparing to leave |
| A weather bulletin | | | indication that there was an announcement about weather |
| interrupted the program | | | indication of a break in the regularly scheduled program |
| | | | indication of a weather announcement |
| to warn that thunderstorms | 1 | | indication that there was a warning about a storm |
| would move into the area | | | indication that the storm was coming |
| | | | Indication of a storm moving into the area |
| within the next 2 to 3 hours | | | a phrase meaning about 2 or 3 hours |
| and remain until morning. | | | indication that the storm would stay until morning |
| | | | indication of storm duration |
| The announcer said | | | indication that someone was reporting about a storm |
| the storm could bring hail | 1 | | indication that hail was possible |
| and up to 4 inches | 1 | | 4 inches is required |
| of rain | 1 | | rain is required |
| and cause the temperature to drop | | | indication that the temperature would drop or decrease |
| by 15 degrees. | | | a relative decrease of 15 degrees is required |
| | | | indication of storm's activity |
| Joe decided to stay home. | 1 | | indication that he decided to stay home |
| | | | Indication that the character decided to stay in |
| He took off his coat | 1 | | indication that he took off outer clothing |
| and sat down *Couch* | 1 | | indication that he was sitting down |
| to watch movies. | 1 | | indication of viewing movies is required |
| | | | indication that the character decided to watch a movie or t.v. |

Story B Recall Unit Score Range = 0 to 25 — **18**

Story B Thematic Unit Score Range = 0 to 8

Recall Total Score Range = 0 to 50 — **33**

Thematic Total Score Range = 0 to 15

(Sum Recall Unit Scores for Story A & Story B)

(Sum Thematic Unit Scores for Story A & Story B)

Case 3:09-cv-03064-MWB-LTS    Document 28-1    Filed 06/23/11    Page 63 of 72

GEL000065

# Logical Memory
## Recognition

 

| Item | Circle Y or N | Score 0 or 1 |
|---|---|---|
| **Story A** | | |
| 1. Was the woman's name Diana Thompson? | Y **(N)** | 1 |
| 2. Was the story setting in South Boston? | **(Y)** N | 1 |
| 3. Was the woman a cook? | **(Y)** N | 1 |
| 4. Did she work in a restaurant? | Y **(N)** | 1 |
| 5. Did she have four children? | **(Y)** N | 1 |
| 6. Were the children teenagers? | Y **(N)** | 1 |
| 7. Did the robbery take place on Sixth Street? | Y **(N)** | 1 |
| 8. Did the woman report being robbed two nights before? | Y **(N)** | 1 |
| 9. Did she report the robbery at the Police Station? | **(Y)** N | 1 |
| 10. Was the woman robbed of 75 dollars? | Y **(N)** | 1 |
| 11. Did the family go without food for four days? | Y **(N)** | 1 |
| 12. Was the rent due? | **(Y)** N | 1 |
| 13. Did the police catch the thief? | Y **(N)** | 1 |
| 14. Did the police feel sorry for the woman? | **(Y)** N | 1 |
| 15. Did the police take up a collection? | **(Y)** N | 1 |
| **Story B** | | |
| 16. Was the man's name Joe Garcia? | **(Y)** N | 1 |
| 17. Was it Sunday evening? | Y **(N)** | 1 |
| 18. Was it 6:00? | **(Y)** N | 1 |
| 19. Was the story setting in Seattle? | Y **(N)** | 1 |
| 20. Was Joe dressing to go out? | **(Y)** N | 1 |
| 21. Was Joe watching television? | **(Y)** N | 1 |
| 22. Was the program interrupted? | **(Y)** N | 1 |
| 23. Was the storm expected to move into the area on Tuesday? | Y **(N)** | 1 |
| 24. Was the storm expected to stay in the area through the night? | **(Y)** N | 1 |
| 25. Was the temperature predicted to drop 30 degrees? | **(Y)** N | 0 |
| 26. Did the announcer predict 10 inches of rain? | Y **(N)** | 1 |
| 27. Did the announcer warn of possible flooding? | Y **(N)** | 1 |
| 28. Did the announcer warn that it could hail? | **(Y)** N | 1 |
| 29. Did Joe decide to stay home? | **(Y)** N | 1 |
| 30. Did Joe sit down to watch a sports program? | Y **(N)** | 1 |

Recognition Total Score
Range = 0 to 30

## Percent Retention Calculation

| | ÷ | | × 100 = | | Percent Retention Range = 0 to 100% |

Logical Memory II Recall Total Score Range = 0 to 50

Logical Memory I Story A Recall Unit Score + Story B-2nd Recall Unit Score Range = 0 to 50

GEL000064





RECORDING: Circle Y or N

SCORING RULE: 0-1 pt for each item

| Item/Response | | Score 0 or 1 |
|---|---|---|
| 1. | Y (N) | |
| 2. (Y) | N | |
| 3. Y | (N) | |
| 4. Y | (N) | |
| 5. (Y) | N | |
| 6. Y | (N) | |
| 7. (Y) | N | |
| 8. Y | (N) | |
| 9. Y | (N) | |
| 10. Y | (N) | |
| 11. (Y) | N | |
| 12. Y | (N) | |
| 13. (Y) | N | |
| 14. Y | (N) | |
| 15. (Y) | N | |
| 16. Y | (N) | |
| 17. Y | (N) | |
| 18. (Y) | N | |
| 19. Y | (N) | |
| 20. (Y) | N | |
| 21. (Y) | N | |
| 22. | (Y) N | |
| 23. (Y) | N | |
| 24. Y | (N) | |
| 25. (Y) | N | |
| 26. Y | (N) | |
| 27. (Y) | N | |
| 28. (Y) | N | |
| 29. (Y) | N | |
| 30. | (Y N) | |
| 31. (Y) | N | |
| 32. | (N) | |
| 33. (Y) | N | |
| 34. Y | (N) | |
| 35. (Y) | N | |
| 36. (Y) | N | |
| 37. Y | (N) | |
| 38. Y | (Y) | |
| 39. (Y) | N | |
| 40. (Y) | N | |
| 41. Y | (N) | |
| 42. (Y) | N | |
| 43. (Y) | N | |
| 44. Y | (N) | |
| 45. Y | (N) | |
| 46. (Y) | N | |
| 47. Y | (N) | |
| 48. (Y) | N | |

## Recall



RECORDING: Place a check mark (✓) for each correct association. Write incorrect responses verbatim.

SCORING RULE: 0-1 pt for each item

| Recall | Response | Score 0 or 1 |
|---|---|---|
| 1. Truck (Arrow) | | ✓ |
| 2. Insect (Acorn) | | ✓ |
| 3. Reptile (Clown) | | |
| 4. Bank (Cartoon) | | |
| 5. Star (Ladder) | | |
| 6. Raccoon (Paper) | | |
| 7. Rose (Bag) | | ✓ |
| 8. Elephant (Glass) | | ✓ |

Recall Total Score
Range = 0 to 8 → 8

**Percent Retention Calculation**

| | ÷ | | x 100 = | | Percent Retention Range = 0 to 100% |
|---|---|---|---|---|---|
| VPA II Recall Total Score Range = 0 to 8 | | VPA I List D Recall Range = 0 to 8 | | | |

## Recognition

 

RECORDING: Circle Y or N.

SCORING RULE: 0-1 pt for each item

| Item | Circle Y or N | Score 0 or 1 |
|---|---|---|
| 1. Rose-Bag | (Y) N | |
| 2. Queen-Thumb | Y (N) | |
| 3. Elephant-Glass | (Y) N | |
| 4. Baseball-Forest | Y (N) | |
| 5. Star-Ladder | (Y) N | |
| 6. Raccoon-Paper | (Y) N | |
| 7. Dish-Corner | Y (N) | |
| 8. Perfume-Monkey | Y (N) | |
| 9. Truck-Arrow | (Y) N | |
| 10. Dance-Rocket | Y (N) | |
| 11. Peanut-Pencil | Y (N) | |
| 12. Bank-Cartoon | (Y) N | |
| 13. Insect-Acorn | (Y) N | |
| 14. Pocket-Ribbon | Y (N) | |
| 15. Candy-Typewriter | Y (N) | |
| 16. Reptile-Clown | (Y) N | |
| 17. Wrinkle-Termite | Y (N) | |
| 18. Rose-Bag | (Y) N | |
| 19. Chicken-Submarine | Y (N) | |
| 20. Star-Ladder | (Y) N | |
| 21. Rain-Circus | Y (N) | |
| 22. Bread-Island | Y (N) | |
| 23. Elephant-Glass | (Y) N | |
| 24. Insect-Acorn | (Y) N | |

Recognition Total Score
Range = 0 to 24 → 24

**Percent Retention Calculation (Faces II)**

| | ÷ | | x 100 = | | Percent Retention Range = 0 to 100% |
|---|---|---|---|---|---|
| Faces II | | Faces I | | | |

Recognition Total Score
Range = 0 to 48 → 48

GEL000065

# 15. Family Pictures II





ADMINISTER 25-35 MINUTES AFTER FAMILY PICTURES I

RECORDING: Circle Characters and Locations recalled. Write Activity responses verbatim.

SCORING RULE: 0-4 pts for each character. Based on 3 Scores. See Administration and Scoring Manual, Chapter 4 and Appendix B for scoring criteria.

| | Character | Score 0 or 1 | Location (Examiner's View) | Score 0 or 1 | Activity | Score 0, 1, or 2 | Full Credit Activity Examples | Character-Based Score (0–4) |
|---|---|---|---|---|---|---|---|---|
| **Scene 1 (Picnic)** | Grandmother | | 4 3 / 2 1 | | | | | |
| | Grandfather | | 4 ③ / 2 1 | | @ picnic table | | watching dog catch frisbee | 3 |
| | Mother | | 4 3 / 2 1 | | | | | |
| | Father | | 4 3 / 2 ① | | grilling | | barbecuing hamburgers | 3 |
| | Daughter | | 4 3 / ② 1 | | throwing frisbee | 2 | throwing frisbee | 4 |
| | Son | | 4 3 / 2 1 | | | | | |
| | Dog | | ④ 3 / 2 1 | | going for frisbee on knee | 2 | catching frisbee | 4 |
| **Scene 2 (Department Store)** | Grandmother | | ④ 3 / 2 1 | | | | | |
| | Grandfather | | ④ 3 / 2 1 | | | | pulling out sweater | 3 |
| | Mother | | ② 3 / 2 1 | | in purse | | looking in purse | 3 |
| | Father | | 4 ③ / 2 1 | | l'ir @ hanger | | looking at shirt | 3 |
| | Daughter | | 4 3 / 2 ① | | holding shirt mirror | 2 | looking in mirror | 4 |
| | Son | | 4 3 / 2 1 | | | | | |
| | Dog | | 4 3 / 2 1 | | | | | |
| **Scene 3 (Yard)** | Grandmother | | 4 3 / ② 1 | | planting flower | 2 | working in flower bed | 4 |
| | Grandfather | | 4 ③ / 2 1 | | giving bath | 2 | giving the dog a bath | 4 |
| | Mother | | 4 3 / 2 1 | | | | | |
| | Father | | 4 3 / 2 1 | | | | | |
| | Daughter | | 4 3 / 2 1 | | | | | |
| | Son | | ② 3 / 2 1 | | mowing | | mowing the lawn | 3 |
| | Dog | | ② 3 / 2 1 | | bathing | | shaking off water | 3 |
| **Scene 4 (Meal)** | Grandmother | | 4 ③ / 2 ① | | eating salad | 2 | eating salad | 4 |
| | Grandfather | | 4 3 / 2 1 | | | | | |
| | Mother | | 4 3 / 2 1 | | eating salad | | passing the salad bowl | 3 |
| | Father | | 4 3 / ② 1 | | pouring dressing | 2 | pouring salad dressing | 4 |
| | Daughter | | 4 3 / 2 1 | | | | | |
| | Son | | 4 ③ / 2 1 | | eating salad | Ø | drinking tea | 2 |
| | Dog | | 4 3 / 2 1 | | | | | |

Recall Total Score
Range = 0 to 64    54

## Percent Retention Calculation

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ÷ | ☐ | × 100 = | ☐ | Percent Retention Range = 0 to 100% |
| Family Pictures II Recall Total Score Range = 0 to 64 | | Family Pictures I Recall Total Score | | | |

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 66 of 72
GEL000066

| PRIMARY SUBTEST TOTAL SCORES | RAW SCORES | Age-Adjusted Scaled Scores | | | | | | | | REFERENCE GROUP SCALED SCORES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AUDITORY IMMEDIATE | VISUAL IMMEDIATE | IMMEDIATE MEMORY | AUDITORY DELAYED | VISUAL DELAYED | AUDITORY RECOGNITION DELAYED | GENERAL MEMORY | WORKING MEMORY | |
| Logical Memory I Recall Total Score | 47 | 11 | | 11 | | | | | | |
| Faces I Recognition Total Score | 43 | | 15 | 15 | | | | | | |
| Verbal Paired Associates I Recall Total Score | 25 | 12 | | 12 | | | | | | |
| Family Pictures I Recall Total Score | 58 | | 14 | 14 | | | | | | |
| Letter-Number Sequencing Total Score | | | | | | | | | | |
| Spatial Span Total Score | | | | | | | | | | |
| Logical Memory II Recall Total Score | 33 | | | | 13 | | | 13 | | |
| Faces II Recognition Total Score | 48 | | | | | 18 | | 18 | | |
| Verbal Paired Associates II Recall Total Score | 8 | | | | 13 | | | 13 | | |
| Family Pictures II Recall Total Score | 54 | | | | | 12 | | 12 | | |
| Auditory Recognition Delayed Total Score | 53 | | | | | | 14 | 14 | | |
| Sums of Scaled Scores | | 23 | 29 | 52 | 26 | 30 | 14 | 70 | | |
| | | AUDITORY IMMEDIATE | VISUAL IMMEDIATE | IMMEDIATE MEMORY | AUDITORY DELAYED | VISUAL DELAYED | AUDITORY RECOGNITION DELAYED | GENERAL MEMORY | WORKING MEMORY | |

For converting Raw Scores to Scaled Scores and Sums of Scaled Scores to Index Scores, see the WMS-III Administration and Scoring Manual, Appendix D & E.

### Auditory Recognition Delayed Total Score Calculation

| LM II Recognition Total Score | | VPA II Recognition Total Score | | Auditory Recognition Delayed Total Score |
|---|---|---|---|---|
| 29 | + | 24 | = | 53 |
| (Range=0-30) | | (Range=0-24) | | (Range=0-54) |

Percent of cases under portions of the normal curve

| Percent of Cases | 2.2 | 6.7 | 16.1 | 50 | 16.1 | 6.7 | 2.2 |
|---|---|---|---|---|---|---|---|
| Standard Scores | 70 | 80 | 90 | 100 | 110 | 120 | 130 |
| Qualitative Descriptions | Extremely Low | Borderline | Low Average | Average | High Average | Superior | Very Superior |
| Index Score Ranges | ≤ 69 | 70 – 79 | 80 – 89 | 90 – 109 | 110 – 119 | 120 – 129 | ≥ 130 |

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 67 of 72
GEL000067



**WECHSLER MEMORY SCALE – THIRD EDITION**

# PRIMARY INDEXES

## PRIMARY SUBTEST SCALED SCORES

| INDEX SCORES | AUDITORY IMMEDIATE | VISUAL IMMEDIATE | IMMEDIATE MEMORY | AUDITORY DELAYED | VISUAL DELAYED | AUDITORY RECOGNITION DELAYED | GENERAL MEMORY |
|---|---|---|---|---|---|---|---|
| SUMS OF SCALED SCORES | 23 | 29 | 52 | 26 | 30 | 14 | 70 |
| INDEX SCORES | 108 | 127 | 122 | 117 | 132 | 120 | 130 |
| PERCENTILES | 70 | 96 | 93 | 87 | 98 | 91 | 98 |
| CONFIDENCE INTERVALS 95% | 100-115 | 112-132 | 112-128 | 106-124 | 117-137 | 104-126 | 119-135 |



GEL000068

# WRAT 3

## WIDE RANGE ACHIEVEMENT TEST □ REVISION 3

BLUE TEST RESULTS

NAME _Angela Johnson_  GENDER: □ M ☒ F

DATE _1/24/05_  BIRTH DATE ___  AGE _41_

SCHOOL ___  GRADE ___

REFERRED BY ___  EXAMINER _Gilbert_

| | Raw Score | Standard Score | Percent | Grade Equiv. |
|---|---|---|---|---|
| Reading | 46 | 94 | 34 | HS |
| Spelling | 34 | 90 | 25 | HS |
| Arithmetic | 34 | 79 | 8 | 6 |

Use only standard scores for comparisons

by Gary S. Wilkinson

## SPELLING/A MEASURE OF WRITTEN ENCODING

NAME ___ (1&2)

| | | | | | |
|---|---|---|---|---|---|

1. and
2. in
3. him
4. make
5. cook
6. must
7. enter
8. light
9. reach
10. circle
11. explain
12. correct
13. ruin
14. material
15. advice

16. ✗ suprize
17. believe
18. ✗ breif
19. reasonable
20. quantity
21. ✗ character
22. success
23. executive
24. decision
25. recognize
26. anxiety
27. ✗ opprotunity
28. ✗ lucitity
29. ✗ inthusiasm
30. conscience

16. ✗ possesion
17. ✗ boligerant
18. ✗ mideval
19. ✗ charlotton
20. ✗ cicoffany
21. ✗ camloflook
22. ✗ actuiess
23. ✗ pusulartam
24. ✗ malphesiant
25. ✗ vasisutude

### 5/10 RULES

Name/Letter Writing

Word Spelling

Total Spelling

COPYRIGHT © 1993 by Jastak Associates
A DIVISION OF WIDE RANGE, INC.
All rights reserved. Printed in U.S.A
1937, 1946, 1965, 1976, 1978, 1984, 1993
15 Ashley Place, Suite 1A, Wilmington, DE 19804-131

WIDE RANGE

# WRAT 3 ARITHMETIC/A MEASURE OF NUMBER COMPUTATIONS

REDUCE ALL ANSWERS TO LOWEST TERMS

$1 + 1 = 2$

$$\begin{array}{r} 5 \\ -1 \\ \hline 4 \end{array}$$
(2)

$2 + 7 = 9$
(3)

$8 - 4 = 4$
(4)

$$\begin{array}{r} 32 \\ 24 \\ +40 \\ \hline 96 \end{array}$$
(5)

(1)

$$\begin{array}{r} 9 \\ +3 \\ \hline 12 \end{array}$$
(6)

$$\begin{array}{r} 36 \\ -15 \\ \hline 21 \end{array}$$
(7)

$3 \times 4 = 12$
(8)

$$\begin{array}{r} 68 \\ +23 \\ \hline 92 \end{array}$$
✗

$$\begin{array}{r} 7 \\ \times 6 \\ \hline 42 \end{array}$$
(10)

$$\begin{array}{r} 23 \\ \times 3 \\ \hline 69 \end{array}$$
(11)

$$\begin{array}{r} 33 \\ -17 \\ \hline 16 \end{array}$$
(12)

$6 \div 2 = 3$
(13)

$4\overline{)16} = 4$
(14)

$$\begin{array}{r} 17 \\ \times 4 \\ \hline 68 \end{array}$$
(15)

$$\begin{array}{r} 724 \\ -597 \\ \hline 127 \end{array}$$
(16)

$$\begin{array}{r} 229 \\ 5048 \\ 63 \\ +1381 \\ \hline 6721 \end{array}$$
(17)

$\dfrac{15}{5} = 3$
(18)

$9\overline{)4527} = 53 R1$
✗

$\dfrac{1}{3} + \dfrac{1}{3} = 3$
✗

$2\dfrac{1}{2} + 1\dfrac{1}{2} = 4$
(16)

$$\begin{array}{r} 823 \\ \times 96 \\ \hline 538 \\ 6899 \end{array}$$

$.42 = 40\ \%$

$\dfrac{1}{4} \times \dfrac{1}{2} = 3/4$

$$\begin{array}{r} 38 \\ \times 2.4 \\ \hline 152 \\ 76 \\ \hline \end{array}$$

Photocopying of this test is a violation of copyright law.

Case 3:09-cv-03064-MWB-LTS    Document 384-1    Filed 06/23/11    Page 70 of 72

$\dfrac{3}{10} \div \dfrac{3}{4} =$

Ans: _____

$6\dfrac{1}{4}$
$1\dfrac{5}{8}$
$+ \ 4\dfrac{1}{2}$
_____

$\dfrac{2}{5}$ of 35 = _____

$27\overline{)384}$

$\begin{array}{r} 6.23 \\ \times \ \ 12.7 \\ \hline \end{array}$

---

$2 - \underline{\hspace{1cm}} = \dfrac{1}{4}$

$10\dfrac{1}{4}$
$-7\dfrac{2}{3}$
_____

Add:

$-X - Y - 23$
$\underline{X - Y + 22}$

15% of 175 =

Ans: _____

Write as common fraction in lowest terms:

$.075 = \underline{\hspace{1cm}}$

---

$\dfrac{r^2 - 5r - 6}{r + 1}$

Ans: _____

$3p - q = 10$
$2p - q = 7$

$p = \underline{\hspace{1cm}} \quad q = \underline{\hspace{1cm}}$

Reduce:

$\dfrac{K^2 + K}{K^2} \cdot \dfrac{3K - 3}{K^2 - 1}$

Ans: _____

$f(x) = 3x^2 + x - 7$

Find $f(-2)$

Ans: _____

Case 3:09-cv-03064-MWB-LTS    Document    Filed 06/23/11    Page 71 of 72

GEL000041

Photocopying of this test is a violation of copyright law.

# WRAT 3 READING/ A MEASURE OF WRITTEN DECODING

## CAUTION: EXAMINER USE ONLY!

A  B  O  S  E    R  T  H  U  P    I  V  Z  J  Q  (15)

| | | | |
|---|---|---|---|
| 1 in<br>in | 2 cat<br>kat | 3 book<br>buuk | 4 tree<br>tree |
| 5 how<br>how | 6 animal<br>an-ĭ-mǎl | 7 even<br>ee-věn | 8 spell<br>spel |
| 9 finger<br>fing-gĕr | 10 size<br>sīz | 11 felt<br>felt | 12 split<br>split |
| 13 lame<br>laym | 14 stretch<br>strech | 15 bulk<br>bulk | 16 abuse<br>ă-byoos, -byooz |
| 17 contemporary<br>kŏn-tem-pŏ-rer-ee | 18 collapse<br>kŏ-laps | 19 contagious<br>kŏn-tay-jŭs | 20 triumph<br>trī-ŭmf |
| 21 alcove<br>al-kohv | 22 bibliography<br>bib-li-og-ră-fee | 23 horizon<br>hŏ-rī-zŏn | 24 municipal<br>myoo-nis-ĭ-pǎl |
| 25 unanimous<br>yoo-nan-ĭ-mŭs | 26 benign<br>bi-nīn | 27 discretionary<br>di-skresh-ŏ-ner-ee | 28 stratagem<br>strat-ă-jěm |
| 29 seismograph<br>sīz-mŏ-graf | 30 heresy<br>hĕr-ĕ-see | 31 itinerary<br>ī-tin-ĕ-rer-ee | 32 usurp<br>yoo-surp, -zurp |
| 33 irascible<br>i-ras-ĭ-bĕl | 34 pseudonym<br>soo-dŏ-nim | 35 oligarchy<br>ol-i-gahr-kee | 36 covetousness<br>kuv-ĕ-tŭs-nes |
| 37 heinous<br>hay-nŭs | 38 egregious<br>i-gree-jŭs | 39 omniscient<br>om-nish-ent | |
| 40 assuage<br>a-swayj | 41 disingenuous<br>dis-in-jen-yoo-ŭs | 42 terpsichorean<br>turp-sĭ-kŏ-ree-ăn | |

| | |
|---|---|
| Letter Reading | 15 |
| Word Reading | 31 |
| Total Reading | 46 |

5/10 RULES

OBSERVATIONS/REMARKS:

Photocopying of this test is a violation of copyright In...

COPYRIGHT © 1993 by Jastak Associates
A DIVISON OF WIDE RANGE, INC.
All rights reserved
1937, 1946, 1965, 1976, 1978, 1984, 1993.

WIDE RANGE

15 Ashley Place, Suite 1A, Wilmington, DE 19804-13...