# LOGAN & PETERSON, PC

### FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

## WILLIAM S, LOGAN, MD
## STEPHEN E. PETERSON, MD

☐ 228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:      (816) 842-9980

☐ 7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:      (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

INTERVIEW NOTES:

ANGELA JOHNSON

Dob: 1/17/64
Age: 37
SSN: 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

Dates of Interviews:

    1/19/01    2.25 hours
    6/21/01    3.00 hours

## SOCIAL HISTORY:

A.    Early Childhood History

Ms. Johnson was born in Burlington, Wisconsin. She was a breech birth. She did not require oxygen. Her mother also was a breech birth, as was her daughter, Allysa.

Ms. Johnson's early childhood development was normal. She had the usual childhood illnesses. She denied any head injuries or unusual childhood habits. Her mother has told her she was an outgoing child.

Ms. Johnson's parents divorced when she was four years old. She attributed this to her mother's "religious disorder." She described that her mother was a Pentecostal who was in love with God. Her mother would rebuke Satan. Her mother would beat her back with a belt. She received more beatings than her siblings as she would take the blame for anything. Her mother would have the children line up for beatings. Her mother would beat her more because she wouldn't cry. She described they were beaten for lying, tussling, breaking things or complaining.

LOG000101

Her father divorced her mother. Sometimes he also was religious, but not as much so as her mother. After the divorce she would spend two weeks during the summer with her father in Wisconsin.

Ms. Johnson's father worked for Uniroyal. Her mother did not work but read the Bible a lot and did Bible studies. Her mother would not allow them to watch TV or listen to the radio. Ms. Johnson believed her peers thought they were the "freaks of the town." Her dresses came from Goodwill. Later she saved money from babysitting jobs to buy her own clothes. Her mother continued to beat her until she was in the fifth grade.

As a child Ms. Johnson lived in Mason City, Iowa. Her mother then moved the family to Colorado near Pueblo for about a year. Ms. Johnson's maternal grandfather lived in Pueblo. She did not know him well. She described her maternal grandmother Jensen as a "a real fruit cake." Her grandmother was odd and very Pentecostal. She believed she was a prophetess. Her mother and grandmother would conduct healing services. Her mother could not make a living. Her mother would tell them they were poor, but were "right with the Lord." Her mother would move around because of religious messages from God.

Ms. Johnson has few memories from the time she lived in Mason City as she had tried to "block out" her childhood.

She described that school was hard for her because of the difficulties at home. She often didn't want to go home because of the "off the wall" things her mother did. Her mother would tell them they were going to hell and to pray for forgiveness.

After they moved back to Iowa her grandparents moved in with them. She recalled on one occasion they put a dove in a cage. They did an exorcism on her for three days to drive all her demons into the dove. They then let the dove go and threw away all of the children's toys.

Although her siblings also thought their mother was weird, they did not talk about it as they had an understanding. They were dependent on

their mother for whatever they had. Her mother took Ms. Johnson several places to have preachers pray for her. Ms. Johnson never talked at school, and never talked about her home situation to anybody.

Ms. Johnson's siblings by her father are Wendy, Jamie, and Jim. She was the second oldest. She has a younger sister by a different father named Holly.

After staying in Mason City, Iowa with her grandparents for a year, they moved to Thornton, Iowa. It was at this point her mother stopped letting them watch TV. Her mother began seeing Bob Claus, her sister Holly's father. He was married to someone else and died in a motor vehicle accident before Holly was born.

Her mother next took all the children to an orphanage in Kansas, run by the Dillows. Ms. Johnson described the orphanage was a terrible place where there was a lot of abuse. Her older sister Wendy was sexually abused and has always been promiscuous as an adult. The owner Mr. Ted Dillow had a number of older men around. Mr. Dillow once tried to touch her sexually. She told him if he tried it again she would come back to the orphanage later and kill him. She tried to protect her little sister and brother. She did not know what happened to her mother.

*child saw Wendy french kiss man in Colorado, b/f the Dillows*

She recalled Bobbie Dillow took them to a barn to let them play with little rabbits. He then took the rabbits by the ears, laid them on a block of wood and smashed the rabbit's heads with a sledge hammer. He would then cut their middles and the rabbit's intestines would pour out. She recalled they would cry, and she later had nightmares about this. Bobbie and Ted would also take them to watch them cut the heads off chickens, and have the headless chickens chase them around. The Dillow's also were physically abusive and used a lot of restraints on the children or would confine them to a small area.

They were surprised when their mother returned with her friend Carol Mann and took them back home to Thorton, Iowa. Ms. Johnson believes

the orphanage was church affiliated. Carol Mann also was very religious.

Ms. Johnson believes her mother had a nervous breakdown after Bob Claus' death. While she was at the Dillow's she attended a school in town.

The family next moved to Klemme, Iowa where her mother's friend Elsa Dirks lived. Ms. Dirks was not quite as "fanatical" about religion and her mother mellowed some. Ms. Johnson recalled they were very poor and lived on welfare. They stayed in Klemme for almost two years. She attended the third and fourth grades there and continued to do poorly in school.

The family then moved to Forrest City, Iowa the summer before her fifth grade year. She did not know the reason for the move. Ms. Johnson did not adjust well to the new school. She decided to quit being a victim. She would not let anyone pick on her. Instead she beat them up and would not back down. She made straight Fs. She did not recall being referred for any educational or mental health evaluation, or being placed in any special classes. She didn't care about school and would just sit in class. She was very athletic and loved gym. She felt like an outcast. She was never in Girl Scouts. Her mother would not let them celebrate the usual holidays like Halloween or Thanksgiving. They had Christmas, but there was no Santa Claus.

Ms. Johnson quit school in Forrest City in the ninth grade. Her mother didn't want her to quit but she had no interest in school. She began working in a restaurant run by her mother and a friend when she was 14 years old. Her mother was Laverne while Shirley was her girlfriend Maxine. Her situation improved. She recalled they had a TV by then.

Ms. Johnson described her mother is no longer as preoccupied with religion and is much mellower.

LOG000104

Ms. Johnson's parents were living in Wabash, Wisconsin when they divorced. After the divorce her mother moved to Mason City. Her father was not in her life much after the divorce.

Her paternal grandfather Johnson died before she was born. Her paternal grandmother Winnie Sund lives in LaCrosse, Wisconsin. She has a paternal Uncle Wayne Hopp who is married to Jane and lives in EauClair, Wisconsin. He has a daughter Heidi, who was recently married, and a son Christopher, who was killed in a motor vehicle accident when he was age 16 or 17 years old. Both Heidi and Christopher are younger than Ms. Johnson. Her paternal Aunt Winnie Baker has been married to six different men. Ms. Johnson was not close to her. Ms. Johnson is aware her father drinks alcohol, but is not aware if he has any mental health problems.

ADOLESCENT AND ADULT HISTORY:

Mrs. Johnson was involved in the Pentecostal Church throughout her youth, but did not continue this in her adolescence. She continued to be disturbed about her previous exorcism and the focus on being possessed. The church also did nothing for fun.

During her adolescence she smoked a lot of pot with her boyfriend Steve Hugo. She married Mr. Hugo at age 16 to get away from home. In contrast to her own family, his family was nice to her. They were both too young, however. They were only married nine months, before they decided to divorce. They had no children.

Ms. Johnson next moved back home. She then obtained her own apartment in Forrest City.

Throughout her childhood and adolescence, Ms. Johnson was generally healthy. She denied any history of mental health treatment. During her early adolescence, she began drinking in bars. In addition to marijuana she experimented with acid and took speed in the form of White Crosses. She described that she was happy on acid. Her only hallucinations were blurred lights, which she called "trailers." In

contrast white crosses made her feel shaky and she didn't like them. She also began smoking cigarettes, which was actually her favorite.

Ms. Johnson was very attached to her youngest sister Holly. She always took care of Holly, which she stated was her main priority. She noted that her mother never dated. She thought by her actions her mother did not like men by this point.

Ms. Johnson moved to Albert Lee, Minnesota at age 17. She worked at a refrigerator factory, making approximately $8.00 an hour. She continued this job for approximately 8 to 9 months until she was laid off. She would use some of her salary to give gifts to her younger sister, Holly.

Ms. Johnson next moved to Clear Lake, Iowa. There she obtained her own apartment and worked at a Pizza Hut for about a year. She did not engage in any significant dating.

Ms. Johnson next moved back in with her mother who was then living in Forrest City. She worked as a flag girl for a road construction company, a job she loved.

Then Mrs. Johnson's mother wanted to move to Colorado. She took her mother to live with her grandfather in Commerce City, Colorado, a suburb of Denver.

It was at this time she discovered she was pregnant with her first daughter, Alyssa. Alyssa's father is Arlin Johnson or AJ. She and AJ married on February 4, 1983. Alyssa was a breech birth, but was otherwise healthy. Ms. Johnson denied any post-partum depression.

AJ worked at Winnebago. Ms. Johnson described that they had a good relationship. She stated that AJ was a nice guy. He smoked marijuana heavily, however. She reduced her marijuana usage during her pregnancy with her daughter. She stated that she and AJ had a good relationship. She became somewhat tearful when she thought back on this. They were married for three years. They divorced because she had an affair. She

felt that AJ, a workaholic, was boring and selfish. While he was a good provider, she felt he mainly did his own thing. Since she was pregnant when they married, she wondered if he truly loved her.

Ms. Johnson had an affair with Kerby Thompson. Kerby worked in road construction. They never married but just partied together. Kerby introduced her to cocaine. During this time Ms. Johnson worked at a Perkins Restaurant in Clear Lake, Iowa. Kerby continued to work in road construction and lived in Forrest City. She continued to live in Clear Lake but eventually moved to Forrest City was Alyssa was three years old. There she began dancing as a stripper about one weekend a month. She would earn as much as $300 to $500. She engaged in this activity as several of her girlfriends were doing this and she made a lot of money. She would go to dances in Des Moines and Austin, Minnesota. She described that she was a good, clean, dancer who never got off stage. She did not drink while she did this. Still she began using crank (methamphetamine) to stay awake. Her dancing only involved working several days a month. She loved doing it.

After she moved to Forrest City, she and Kerby leased a bar called "The Bullet". It was open Wednesday through Saturday, from 3:00 pm until 2:00 am. Her mother had returned from Colorado by this time and cared for Alyssa. Alyssa was doing well at school. Ms. Johnson attributed this to the fact that she showed Alyssa a lot of love.

After a couple of brief relationships with boyfriends, Ms. Johnson met Terry DeGeus around 1989. She described that Terry was the love of her life for a long time. He was married to Wendy, with whom he had a daughter Ashley who was the same age as Alyssa. Terry wanted to leave his wife and get a place with her.

Ms. Johnson moved to Leland, just outside of Forrest City. She quit working at the Bullet and lived off of her savings, plus government assistance. Terry worked construction. Ms. Johnson described that Terry was physically abusive and "beat me nearly to death." He constantly suspected her of flirting with other men which she denied. She stated instead she was very devoted to him. She stated that she

still doesn't know why. Although he never offered to marry her, he wanted to know where she was all the time. He was even jealous of her relationship with other women. After they had been together for nine months Terry punched her in the face, she fell to the ground. She told him to leave and never come back, but he never left. She described that the beatings became a regular thing. She wouldn't let him live with her. She believed Terry thought he had a right to hit her in the face. They broke up several times, but Terry was persuasive and she loved him. She described that he was good looking and made her feel good when he was not making her feel bad. After the first beating she was bruised badly. She did not recall if she received any treatment for her jaw. She went to her girlfriend's house and then to her sister's condo. AJ had Alyssa. A friend Terry "Teo" Olgen, asked to borrow her Monte Carlo. As they were riding in the Monte Carlo, they passed Terry who flew into a rage. She tried to tell him they were just friends, but he punched her in the face. She believed he may have knocked her out. The next thing she knew she was in a ditch. She recalled fading in and out of consciousness. The next morning when they were in the car together, he ripped the shirt off of her.

She believed that she may have had a concussion. She wanted to get help but was afraid he would kill her. Next the Chief of Police, Doug Wood, and another policeman pulled up by the side of their car. They couldn't see her, but the chief asked if there was a problem. Terry said it was just a lover's quarrel. The police chief walked back to his car and left her there, as he drove away. When the police left she began crying. Ms. Johnson began to become tearful as she described that after the police left that Terry beat her more. She was scared. She feared that he would kill her. She did not seek medical help. Terry next took her to a store, as she had to get something. When she went into the convenience store she had a bloody nose. She told the girl at the convenience store to call "911". She believed that Terry knew what she was doing. At that point her friend Dave Nieman arrived at the store. Dave saw her. She said, "don't let Terry take me Dave." She then saw AJ coming down the road. They flagged AJ down. He took her to his house where she hid from Terry. Although she was no longer going with AJ they were still friends.

Case 3:09-cv-03064-MWB-LTS    Document 28-3    Filed 06/23/11    Page 8 of 100
LOCG000408

Afterwards she had nightmares of Terry beating her. He abused her in many different ways. She stated he also stalked her.

Ms. Johnson borrowed money from AJ and ran to Madison, Wisconsin. She did not ever seek treatment in the hospital. She worked at a Country Kitchen in Madison, Wisconsin and saved her money. Terry found out where she had gone and followed her. He begged her to forgive him. Ms. Johnson decided to reconcile with him, as she stated, "there was only one or two times that he had beaten her that bad." She came home to Leland, Iowa. She then moved to Forrest City. She stated during this time there were quite a few moves. She obtained a job at the Country Kitchen in Clear Lake, Iowa. She moved to Ventura, near Clear Lake. Terry DeGeus went to Florida with his parents.

Ms. Johnson and Terry went together until he as missing near the end of 1993. She stated that Terry DeGeus' body was recently found in a field. She stated that she did not know how she felt about him. She stated, "I loved him, plus he made it difficult." He would follow her and be there on nights when she would go out. She never filed an Order of Protective Custody, because she was afraid of the police and what Terry would do to her if she did so. He was arrested one time when she called the police so she could get out of town.

Ms. Johnson next met a boyfriend named Rodney while Terry was still in the "socking mode". [stalking] She described that he was neat and cute. Rodney came in while she was working at the Country Kitchen one day and gave her his phone number. By this time Terry was seeing another girl. Rodney then called her. They were together for 2 ½ months. Rodney was married. When he left she hated to see him go. She was brokenhearted that he was married. She and Rodney were in a bar when Terry came in. She described it was not a good scene. The bouncers had to intervene and asked them to leave. She went to her home but Terry showed up. She had to call the police because Rodney wanted to fight him. After Rodney was out of the picture, Terry was even worse. He told her he found someone else, but he was still possessive of her. Gradually he came around less.

Ms. Johnson next went with Marty Cole. She also met him while working at the Country Kitchen. He was separated from his wife. She saw him secretly but still had thoughts about Rodney. She then found out that Marty was not separated from his wife. She got together with his wife Christi Cole. Marty then left and went to California. After this she didn't see anyone for a while.

Ms. Johnson met Dustin Honken through Brian and Terry DeGeus. She believed that Alyssa was nine years old. This would have been in 1992. Dustin knew that she was seeing Terry DeGeus, as she couldn't keep Terry a secret. Dustin traveled between Arizona, Mason City, and Clear Lake. He told her had a van company in Tucson, Arizona. He would come back to Iowa one or two times a month. Dustin was involved with Crank. Terry became involved with Dustin. She began to use crank because she was tired. She stated it made work a breeze and she didn't need as much sleep.

Dustin talked about moving her to Arizona *1994* to get away from Terry. A short time later in the spring of 1993, she became pregnant. She was not happy about this and considered having an abortion. Dustin did not believe there was any way the child could be his because she was still seeing Terry. Dustin still wanted her to have the baby. Then she found out from Dustin that he was seeing another woman named Kathy in Mason City.

Dustin next was arrested at the home of Gregory Nicholson and charged with the manufacture of methamphetamines. Dustin Honken was then released on bond, after a short time. He told her that Kathy was stalking him and he did not want to continue a relationship with her. Dustin then moved in with her. Kathy would call him 24 hours a day. She hated Kathy, but didn't like Dustin either. She was scared that Dustin was not going to leave her, but afraid if he did. She soon discovered that Dustin was controlling and made him move out. Kathy continued to be a problem. She described that Kathy was psychotic and obsessed. Dustin was so controlling that she couldn't even call her mom to tell her about her pregnancy with Marvea.

Terry DeGeus had been missing since November 1993. Her daughter Marvea
was born on February 14, 1994 at Mason City Hospital. There were no
complications. By this point she did not consider continuing a
relationship with Dustin as she said this was "unthinkable." She drove
herself to the hospital. Dustin wanted to come to pick her up but
Alyssa called to tell him to "just drop off the car." Therefore she
had to drive herself to the hospital. She did not want to continue
seeing Dustin as she stated that she had "some pride." Ms. Johnson
stated that Dustin told her that her girlfriend Christie, was hitting
on him after she made him move out. She continued that she always felt
like she was number 2. She stated she never was in love with him. She
ended the relationship with Dustin shortly after Marvea's first
birthday. She got her own place in Mason City. He tried to convince
her to get back together.

By this time she had met another man through her work named Scott
Galhotz, from Rockwell, Iowa. She met him through a girl at work. At
this point she was working at the Country Club in Mason City, where she
was a waitress. She introduced Scott to her friend Christie Cole, but
he wanted to go with her. He was a farmer. They went out a few times.
After they went out a few times Chris decided that she would like to
date him as well. She believes that they are now married.

Ms. Johnson next moved to Des Moines. She recalled Alyssa was in the
7th grade. She moved because her boss Verline Vanderpool at the Country
Club moved to the Urbandale Country Club. Ms. Johnston had been
staying with a friend at Clear Lake when Verline called her to help
her. Then Verline offered to move her to Des Moines and offered her
$2,000 to finance the move. Ms. Johnson was to be her assistant.

Then the FBI, DCI, and DEA began to harass Ms. Johnson. Dustin was in
jail again because of the missing people. This included Terry DeGeus.
Terry had last told his parents he was going to meet her. Ms. Johnson
stated that she did not know the other four people, but they thought
she had knowledge.

Ms. Johnson believes that Dustin Honken *is* the father of her daughter Marvea. Therefore she continued to have some contact with Mr. Honken, as she would take Marvea to see her father in Sioux City frequently.

Ms. Johnson next began dating Rick Summers. She then moved to Rick's house. By this time Alyssa was 14 and in the 9th grade in high school.

Ms. Johnson moved back to Forrest City, Iowa, after Dustin was again arrested on methamphetamine charges. By this time she was snorting just a line of methamphetamine approximately two to three times a week. She was not selling drugs. She began working at North Beach, where there was an old waterfront, where she had briefly worked before she went to Urbandale. She moved upstairs from where she was working at North Beach. She remained there until she was arrested on July 29, 2000. At the time of her arrest, she was planning to move to Colorado and had just bought a motor home. She had only been out in twice. She had decided to relocate to Manitou Springs, but was arrested the next day.

Ms. Johnson recalled that she saw a psychiatrist before she moved to Urbandale. The psychiatrist was located in Mason City. He prescribed various medications for her, including the antidepressants Prozac, Zoloft and Paxil. She would often call him for refills. She believed that Prozac caused her to have an anxiety reaction. She described that she could not breathe, hyperventilated, had a rapid heart rate, became dizzy, started sweating and thought she would die. She denied any feelings of nausea or vomiting. She does not recall the doses of Zoloft and Paxil she took. She later was placed on Celexa, another antidepressant. She was additionally given the antidepressant Serzone when she was incarcerated in Benton County.

Currently her daughter Alyssa is working for Kentucky Fried Chicken. She is getting her GED. Alyssa does not have a boyfriend. Ms. Johnson misses her. Ms. Johnson also misses her daughter Marvea, who she calls approximately twice a week. She would call more but it is $15.00 a call. Marvea is staying with her sister, Holly in Klemme, Iowa, while

LOG000112

Alyssa is in Mason City.   She became depressed and tearful about the
fact that she had not touched Marvea for nearly a year.

Ms. Johnson denies any previous arrests or convictions.

Ms. Johnson never obtained her GED after leaving school.

Ms. Johnson has been hospitalized only for the delivery of her two
daughters.   Alyssa was born in Iowa City, while Marvea was born in
Mason City, Iowa.   Her only other hospitalization was to have a
tonsillectomy in childhood.   She believes that most of her medical
treatment in childhood would have been through the Forrest City
Community Hospital.

RECENT MENTAL STATE:

Ms. Johnson knows that she is charged with aiding and abetting in the
murder of Gregory Nicholson, Lori Duncan, and her two daughters, Kandi
and Amber, as well as the murder of Terry DeGeus.   In all five cases,
she is accused of aiding and abetting Dustin Honken.   She is also aware
she was later charged with conspiracy to murder two other government
witnesses with Dustin Honken in 1996.

Since her arrest she has struggled with depression and suicidal
thoughts.   At times she has thought that life in prison without the
ability to see her daughters would be unfair, and she has thought she
might want to instead receive the death penalty.

After the discovery from her sister that Mr. McNeese had told federal
investigators where to locate the bodies, Ms. Johnson became suicidal.
She had a serious suicide attempt by hanging, and was found in an
unconscious state on October 13, 2000.   She has been on suicide
precaution since that time.   Ms. Johnson had suicidal thoughts several
weeks prior to this attempt and had written "goodbye letters" to those
close to her.   The suicide attempt was prompted by her receiving news
that indicated she could be separated from her daughters indefinitely.

LCG000113

Ms. Johnson was initially examined by this examiner on January 29, 2000.  In the preceding several months her level of depression improved.  Several factors contributed to this including contact with her daughters, support from her sister Holly, the passage of time, and various antidepressant medications.  Ms. Johnson was prescribed antidepressant medication by Ali Saftar, MD.  Initially she received Amitriptyline (Elavil) which caused some concern about weight gain. Recently the psychiatric nurse changed her prescription to Trazodone. Her sleep improved and she resolved that suicide would send her daughters the wrong message about how to face problems.  She still recognized the seriousness of her legal situation, but had a good relationship with her attorney.  She was invested in remaining mentally stable for herself and for her daughters, so she could confidently face her legal situation.  She intends to be compliant with treatment.  She denied suicidal thoughts or intent.

Ms. Johnson denied any prior suicide attempts.  Since her transfer to the jail in Cedar Rapids there have been no further attempts.  She was incarcerated in Waterloo, Iowa when the suicide attempt occurred.  She learned they had to cut her down to revive her.  She does not remember trying to hang herself.  After talking to her sister on the phone she felt like she was covered with liquid and seemed numb.  She recalled a pressure in her chest.  She was talking to her sister about the bodies. Her sister told her they had been found.  She described that Mr. McNeese had told her she would go to prison for the rest of her life. He had caused her to doubt the competence of her attorneys.  He told her that they were only interested in seeing her in a maximum security prison where she would only see her kids in the future through a glass wall.  She described that Mr. McNeese made her feel desperate.  She experienced acute despondency when she talked to her sister, Holly Dirksen, which precipitated her suicide attempt.

At the time her daughter Alyssa (Dob: 8/7/83) was staying with her sister Wendy Kinsman in Balch Springs, Texas.  She described that she and Wendy never got along very well.  Wendy had put blocks on the phone so she could not call.  This caused her to feel angry and helpless. One source of support has been Rodney Nicholson who owns Tower Company,

*wrong name* ?

a firm which builds radio towers. Mr. Nicholson now is in Texas, near where he daughter lived and was able to talk to her. Mr. Nicholson is married but has had a relationship periodically with Ms. Johnson. Ms. Johnson's other daughter, Marvea Jane Honken was born on February 14, 1994. Marvea is living with her sister Holly. She was able to maintain telephone contact with her. Ms. Johnson believes that Marvea's father was Dustin Honken.

Ms. Johnson admitted that she had suicidal thoughts prior to her attempt. She kept a sheet when she did the laundry. She wrote goodbye letters to Alyssa, Holly, and Rodney in case she did act on her suicidal impulses.

At the time she recalled that she was kept in a maximum-security unit in a single cell where she had no TV or property except a tablet with a pen and a book to read. At the end of September she was moved out of the Benton County Jail and placed in a jail in Waterloo, Iowa where the suicide attempt occurred on October 13, 2000.

In the Benton County Jail she began to notice difficulty sleeping. There was a bright light above her bed for 24-hours a day. She was hungry and weepy. She kept asking to see a doctor. She tried to talk to her attorney on the phone to get someone to help her. She was seen by a doctor who prescribed Serzone 150 mg a day. She only took this medication for a couple of weeks while she was in Benton County. More recently she has been taking Celexa 5 mg twice a day as well as Trazodone. She believes that Trazodone causes her stomach to be upset and she has difficulty eating.

In the Waterloo jail she was kept in a glass room. She still did not see a doctor. She slept much of the time. In the hanging attempt she bit off part of her tongue.

Ms. Johnson was transferred to the jail in Cedar Rapids on October 16, 2000. Initially she was not given medication. She was then prescribed Amytriptiline. The Elavil made her gain 20 pounds, so she began to spit the medicine out. She spit the medicine out in the toilet and

denied storing it.  She then saw a psychiatric nurse who switched her medication to Trazodone.  While was still weepy she was not as much so as before.  She is still struggling to come to grips with the fact that the prosecution has filed for the Death Penalty.  She knows that if she receives the death penalty she would be transferred to a death penalty unit located at a prison in Terre Haute, Indiana.  Her current psychiatrist is Dr. Ali Saftar and has talked about taking her off medication.  She has not received any psychotherapy.  She saw the psychiatric nurse once when she asked to get off suicide precautions.

Ms. Johnson was aware that her current attorneys are Al Willett and Pat Berrigan.  She has also seen Tom Ferricks.  She stated she believes Mr. Ferricks saved her life because he came to see her in Waterloo to check on her because she had been refusing his visits.  She is also aware that there is an investigator on the case named Ray Cornell, as well as a second investigator she has not seen named Mary Goody.

Currently she exercises twice a day and receives recreation four times a week.  She believes at the time of her suicide attempt she was not thinking straight because of her attachment to her children.  She now indicates that she does not want to kill herself because of her attachment to her children.  If she again felt suicidal she believes that she would write to Dr. Saftar or talk to her attorney Mr. Willette.

One of her sources of support is a friend who lives near Forrest City named Dave Nieman.

Ms. Johnson has been struggling with some family conflict.  She began crying when she talked about the fact her sister Wendy had convinced her brother Jim that she only cared about herself.  She believed that Wendy was trying to undermine her relationship with her daughter Alyssa.  Alyssa went to Texas to stay with Wendy shortly before Thanksgiving.  Alyssa only needed several credits to graduate from high school, but wanted to save money to buy a car.  Her relationship traditionally has been strained with Wendy, who she has not talked to in several years.  She believed that Wendy has always been jealous of

them and that there has been a rift between them. She feels that her sister Wendy and her brother Jimmy have formed an alliance against her.

When last examined in June 2001, Ms. Johnson stated she had a good relationship with her attorney. She was tearful on several occasions because of her incarceration. However, she continued to deny suicidal thoughts. She has remained on suicide precautions. She stated that Dr. Saftar has seen her three times since October. She continues on Celexa 20 mg a day as well as Trazodone at bedtime but takes no other medications. Alyssa had returned to Mason City, where she has her own apartment, is working at Kentucky Fired Chicken and is studying for her GED.

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jason B. Billam* • Angela L. Williams
Of Counsel: Ramón Murguía

*Licensed in Missouri & Kansas

All others licensed in Missouri only

December 27, 2002

Logan & Peterson, PC
Attn: Sue
428 West 42nd Street
Kansas City, MO 64111

   **RE: Angela Johnson**

Dear Sue:

  Enclosed please find the CJA 31 form that the government requests to be originally signed by Dr. Logan for proper reimbursement for services regarding the above-named client. Please have Dr. Logan sign where indicated and then return it in the enclosed, self-addressed envelope and I will expedite this process.

  Thank you, Sue, for your patience in this long-awaited venture we have been trying to correct.

Very truly yours,

Rebecca L. Walker
Legal Secretary to Patrick J. Berrigan

RLW:gw

Enclosures

Case 3:09-cv-03064-MWB-LTS Document 2848 Filed 06/23/11 Page 18 of 100

LOG000118

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12-98)

| ST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| AN | Johnson, Angela | |

| AG. DKT./DEF. NUMBER | 4. DIST DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT NUMBER |
|---|---|---|---|
| | | | |

IN CASE/MATTER OF (Case Name)

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant   ☐ Appellant   ☐ Other:
☐ Habeas Petitioner   ☐ Appellee

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital)   ☐ D3 28 U.S.C. § 2255 (Capital)
☐ D2 Federal Capital Prosecution   ☐ D4 Other (Specify) _____

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _____   Date _____

☐ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Telephone Number: _____

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

Psychiatric evaluation of Angela Johnson

**13. TYPE OF SERVICE PROVIDER**
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☒ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify)

**14. COURT ORDER**   Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____   Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

**15. STAGE OF PROCEEDING**   Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING |
|---|---|---|---|---|
| a. ☒ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution   o. ☐ Other |
| b. ☐ Trial | f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | h. ☐ Evidentiary Hearing | | m. ☐ Appeal of Denial of Stay |
| c. ☐ Sentencing | | i. ☐ Dispositive Motions | | n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay |
| d. ☐ Other Post Trial | | j. ☐ Appeal | | |

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $3,450.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 2,459.50 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | 5,909.50 | | |

**17. PAYEE'S** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Logan & Peterson, P.C.
William S. Logan, MD
42 ___ 42nd Street
Kansas City, MO 64111

TIN: EIN 43-1646086
Telephone Number: 816-842-2500

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 12/18/00 TO 7/20/01

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**18. CERTIFICATION OF ATTORNEY**   I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

*and date*

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was ol
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not awai cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____   Date _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services in this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold in compensation for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____

Case 3:09-cv-03064-MWB-LTS   Document 264-8   Filed 06/23/11   Page 19 of 100
LOG000149

Deliver via: PDF WEB          drexie.malone@wsp.wa.gov            7/30/2004
                                                                  206-262-6027
      Dr. Barry Logan                               020873
      Forensic Laboratory Services Bureau
      2203 Airport Way S. Ste. 250
      Seattle, WA 98134-2028            Faculty
UW Affiliation:                         UW Budget
Payment Method:
      Budget Number/Account Info:                      665893

                                        August 31, 2004
Not Wanted After:                       No
Will Pay Copyright Fee:                 Yes
Use Sources Outside HSLIC:

Citation Information:

Peet M.
Induction of mania with selective serotonin re-uptake inhibitors and tricyc
lic
antidepressants.
Br J Psychiatry. 1994 Apr;164(4):549-50.
PMID: 8038948

PFOHL, B., VASQUEZ, N. & NASRALLAH, H. (1982) Unipolar vs. bipolar mania: a review of 247 patients. *British Journal of Psychiatry*, 141, 453–458.

SHULMAN, K. & POST, F. (1980) Bipolar disorder in old age. *British Journal of Psychiatry*, 136, 26–32.

SHULMAN, K. I., TOHEN, M., SATLIN, A., *et al* (1992) Mania compared with unipolar depression in old age. *American Journal of Psychiatry*, 149, 341–345.

STARKSTEIN, S. E., FEDOROFF, P., BERTHIER, M. L., *et al* (1991) Manic–depressive and pure manic states after brain lesions. *Biological Psychiatry*, 29, 149–158.

*Kenneth I. Shulman, MD, SM, FRCP, FRCPsych, Psychiatrist-in-Chief, Sunnybrook Health Science Centre, University of Toronto, 2075 Bayview Avenue, Toronto, Ontario, M4N 3M5, Canada*; Mauricio Tohen, MD, DrPH, *Clinical Director, Psychotic Disorders Program, McLean Hospital, Harvard Medical School, 115 Mill Street, Belmont, MA 02178-9106, USA*

*Correspondence

(*First received October 1992, final revision January 1993, accepted May 1993*)

---

# Induction of Mania with Selective Serotonin Re-uptake Inhibitors and Tricyclic Antidepressants

## MALCOLM PEET

NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17, U.S. CODE)

**The rate of treatment-emergent switch into mania has been calculated from all available clinical trial data on the selective serotonin re-uptake inhibitors (SSRIs) fluoxetine, fluvoxamine, paroxetine, and sertraline, relative to comparative groups treated with tricyclic antidepressants (TCAs) or placebo. In predominantly unipolar depressives, the rate of manic switch is less than 1% and differences between drugs and placebo are statistically but not clinically significant. In bipolar depressives, manic switch occurs substantially more often with TCAs (11.2%) than with SSRIs (3.7%) or placebo (4.2%).**
*British Journal of Psychiatry* (1994), **164**, 549–550

Most psychiatrists are of the opinion that antidepressant drugs can precipitate hypomania or mania. However, this clinical impression has not always been supported when switches into mania during antidepressant treatment have been evaluated systematically. The area therefore remains somewhat controversial.

There were early reports suggesting that tricyclic antidepressants (TCAs) can induce mania, not only in bipolar patients but also in those with an apparently unipolar presentation (Ball & Kiloh, 1959). Case reports of manic reactions have continued to appear in the literature, not only with TCAs but also with the new drugs, such as selective serotonin re-uptake inhibitors (SSRIs) (Settle & Settle, 1984; Lebuegue, 1987; Hon & Preskorn, 1989; Nakra *et al*, 1989). Bunney (1978) reviewed 80 publications, including 3922 patients given TCAs or monoamine oxidase inhibitors, and reported a rate of 9.5% switch into mania or hypomania.

It is well recognised that switch into mania is not uncommon in the natural history of affective disorder. Before antidepressants can be implicated in the switch process, it is necessary to include a control group to take into account the rate of spontaneous switching in untreated patients. Lewis & Winokur (1982) looked at a retrospective casenote survey and found that switch into mania occurred during 23% of admissions when TCAs were used and in 34% of admissions when no treatment was given. They concluded that TCAs do not increase the risk of a switch into mania. However, treatment allocation was not random but was by the physician's choice, with the consequent risk of selection bias. Wehr & Goodwin (1987) collated data from 12 double-blind placebo-controlled trials of treatment with TCAs and monoamine oxidase inhibitors. They found a switch rate of 6–7% for hypomania and 1–2% for mania, the overall switch rate being significantly greater than the placebo control groups. However, although efforts were made to include predominantly unipolar depressives, most of the studies were conducted at a time when this distinction was not generally made for clinical trial purposes, so it is likely that a small proportion of these trial patients were in fact bipolar. A high switch rate has been reported for bipolar patients treated with TCAs (Wehr & Goodwin, 1979).

The development of SSRIs has provided a substantial new data base on the rate of swing into mania during antidepressant treatment.

550

### Table 1
Mania during treatment with SSRIs or TCAs

| | Rate (%) of manic switch | | |
|---|---|---|---|
| | SSRI | TCA | Placebo |
| Unipolar | 74/10 246** (0.72) | 14/2716* (0.52) | 8/3788 (0.21) |
| Bipolar | 9/242† (3.7) | 14/125 (11.2) | 2/48 (4.2) |

*$P<0.05$ v. placebo.
**$P<0.001$ v. placebo.
†$P<0.01$ v. TCA; no significant difference v. placebo.

## Method

All available clinical trial data for the SSRIs paroxetine, sertraline, fluvoxamine and fluoxetine were obtained from the respective pharmaceutical companies and from published material (Henry et al, 1992). Data from all four SSRIs, and from comparative groups treated with TCAs or placebo, were pooled. Whenever possible, unipolar and bipolar patients were separated. The rate of manic switch was compared between the treatment groups using $\chi^2$ statistics.

## Results

The pooled data are shown in Table 1. Figures for unipolar patients include those treated with all four SSRIs. However, this may not be an entirely pure unipolar group. Patients with a history of bipolar disorder were usually, but not always, excluded from trial protocols. Known bipolar patients are not included in the data on paroxetine and sertraline, but a few may be included in the data on fluoxetine and fluvoxamine. It is not known how many patients were suffering from their first depressive episode and therefore they could not be classified properly as unipolar. Rates of switch into mania in this unipolar group are very low, less than 1%. The rate for both SSRIs and TCAs is significantly higher than that for placebo because of the very large patient numbers involved, but the differences are not clinically meaningful.

The data on bipolar depressives relates to clinical trials of sertraline and paroxetine. The separation of bipolar depressives was not available for the other two SSRIs but it is likely that very few patients were involved because of exclusion criteria in the trial protocols. The rate of manic switch in bipolar patients treated with SSRIs is no greater than that in the placebo-treated patients but is substantially and significantly lower than the 11.2% rate of manic switch in patients treated with TCAs.

## Discussion

The use of pooled data has its limitations. Not all studies were conducted to the same protocol, and criteria for reporting drug-induced mania may have varied. Nevertheless, this is the best body of data available on the relative propensity of TCAs and SSRIs to provoke mania. In unipolar patients, differences between the two classes of antidepressant and placebo are not large enough to have any effect upon clinical practice. In bipolar depressives, it appears that antidepressant drugs of the SSRI group are less prone to provoke mania in bipolar depressives. This supports the notion that catecholamine rather than serotonin mechanisms are implicated in manic switching (Bunney, 1978). The difference is substantial enough to affect clinical practice. It is concluded, on the basis of currently available although imperfect evidence, that patients who are perceived as being at risk for antidepressant-induced mania should be treated with SSRIs rather than TCAs.

## References

BALL, J. R. B. & KILOH, L. G. (1959) A controlled trial of imipramine in treatment of depressive states. *British Medical Journal, ii*, 1052–1055.

BUNNEY, W. E. (1978) Psychopharmacology of the switch process in affective illness. In *Psychopharmacology: a Generation of Progress* (eds M. A. Lipton & K. F. Kellam), pp. 1249–1259. New York: Raven Press.

HENRY, E. W., CHANDLER, L. P. & RASMUSSEN, J. G. C. (1992) Assessment of manic reactions during treatment with the SSRI sertraline. Does this afford patient benefit? (Abstract). *Clinical Neuropsychopharmacology*, 15 (suppl. 1), 317B.

HON, D. & PRESKORN, S. H. (1989) Mania during fluoxetine treatment for recurrent depression. *American Journal of Psychiatry*, 146, 1638–1639.

LEBUEGUE, B. (1987) Mania precipitated by fluoxetine. *American Journal of Psychiatry*, 144, 1620.

LEWIS, J. L. & WINOKUR, G. (1982) The induction of mania: a natural history study with controls. *Archives of General Psychiatry*, 39, 303–306.

NAKRA, B. R. S., SZWABO, P. & GROSSBERG, G. T. (1989) Mania induced by fluoxetine. *American Journal of Psychiatry*, 146, 1515–1516.

SETTLE, E. C. & SETTLE, G. P. (1984) A case of mania associated with fluoxetine. *American Journal of Psychiatry*, 141, 280–281.

WEHR, T. A. & GOODWIN, F. K. (1979) Rapid cycling between mania and depression caused by maintenance tricyclics. *Psychopharmacology Bulletin*,15, 17–19.

—— & —— (1987) Can antidepressants cause mania and worsen the course of affective illness? *American Journal of Psychiatry*, 144, 1403–1411.

Malcolm Peet, MB, FRCPsych, *Senior Lecturer, Department of Psychiatry, Northern General Hospital, Herries Road, Sheffield S5 7AU*

(*Received December 1992, accepted June 1993*)

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

November 26, 2004

Ms. Lisa Dahl
1111 Highland Drive
Lawrence, Kansas 66044

and

William S. Logan, M.D.
428 W. 42nd Street
Kansas City, Missouri 64111

and

Ms. Mary Goody
P.O. Box 508
Jackson, Wyoming 83001

RE: **United States v. Angela Johnson**

Dear Mary, Lisa and Dr. Bill:

Although we have spoken of the results in the trial of Angie's co-defendant, Dustin Honken, you really should have a more in-depth account of his trial than my brief description. Accordingly, please find enclosed the newspaper accounts of Honken's trial from two representative newspapers, the Mason City Globe-Gazette and the Sioux City Journal.

Additionally, I've enclosed for Lisa and Bill a copy of the chronology of Angie's life prepared by Mary almost three years ago. This will be updated in preparation for trial, but, for now, this old version will give you a sense of her personal history. This document is highly confidential, is a work in progress, and is protected under the attorney-client, work product privileges. As with other documents you may receive from this office, it should not be disseminated, or even referenced, by you to others without my express written permission.

LOG000123
2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

Angela's trial begins on March 7th, 2005, a date frighteningly close for our purposes. I look forward to working closely with all three of you in the coming weeks. Thanks.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Co-counsel for Angela Johnson

PJB:kmh
Enclosures

cc: Dean Stovers
Al Willett
Angela Johnson

LOG000124
2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

11/27  Dr. Logan  Johnson

will fax what

last saw her in Jan. + June of
2001. H/n heard much about
her.

thinks she is getting more depressed
if she cried when I was there.

△ confessed to the same infor-
mant that another of al's clients
had confessed to the month
before.

al: d/n do any handholding.

Permission to give what
I have.

Case 3:09-cv-03064-MWB-LTS    Document 284-3    Filed 06/23/11    Page 25 of 100

LOG000125

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

☑ 428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

❏ 231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

| | |
|---|---|
| INTERVIEW NOTES: | Angela Johnson |
| Date: | January 26, 2005 |
| Time: | 1:30 – 5:00 pm (3.5 hours) |
| Place: | Eldora, Iowa |
| Attorney: | Patrick Berrigan |
| | Watson & Dameron, LLP |
| | 2500 Holmes Street |
| | Kansas City, Missouri 64108 |
| | Office:    816-474-3350 |
| | Cell:      816-590-3003 |
| | Fax:       816-221-1636 |

## Interim Psychiatric History:

Since I had not seen Ms. Johnson since June 2001, and did not have any recent treatment records, my initial focus was on her recent psychiatric history and treatment course. Ms. Johnson had difficulty giving a sequential history, but was a fair anecdotal historian.

Ms. Johnson stated she had recently received an evaluation from a neurologist whose name she could not recall. She recalled he gave her tests of math and spelling as well as general information questions, such as who was the author of the Theory of Relativity (she did not know), and the Theory of Evolution (Darwin). She did not recall that the neurologist had her do any drawings. She recalled telling him she was allergic to Augmentin. (The above likely refers to a recent evaluation by Dr. Gelbort, a neuropsychologist.)

Ms. Johnson stated over the last four years she was incarcerated at the Linn County Jail in Cedar Rapids. She was treated there by Dr. Safdar who prescribed medications. She remained on suicide precautions for a year. She did not receive counseling.

LOG000126

INTERVIEW NOTES:        Angela Johnson

Date:                 January 26, 2005
Time:                 1:30 – 5:00 pm (3.5 hours)
Place:               Eldora, Iowa
Attorney:          Patrick Berrigan
                       Watson & Dameron, LLP
                       2500 Holmes Street
                       Kansas City, Missouri 64108
                       Office:     816-474-3350
                       Cell:       816-590-3003
                       Fax:        816-221-1636

## Interim Psychiatric History:

Since I had not seen Ms. Johnson since June 2001, and did not have any recent treatment records, my initial focus was on her recent psychiatric history and treatment course. Ms. Johnson had difficulty giving a sequential history, but was a fair anecdotal historian.

Ms. Johnson stated she had recently received an evaluation from a neurologist whose name she could not recall. She recalled he gave her tests of math and spelling as well as general information questions, such as who was the author of the Theory of Relativity (she did not know), and the Theory of Evolution (Darwin). She did not recall that the neurologist had her do any drawings. She recalled telling him she was allergic to Augmentin. (The above likely refers to a recent evaluation by Dr. Gelbort, a neuropsychologist.)

Ms. Johnson stated over the last four years she was incarcerated at the Linn County Jail in Cedar Rapids. She was treated there by Dr. Safdar who prescribed medications. She remained on suicide precautions for a year. She did not receive counseling.

LOG000127

She recalled taking the following medications:

Celexa (SSRI antidepressant) -discontinued for reasons she could not recall.

Amitriptyline (Elavil - older antidepressant) - discontinued due to weight gain.

Prozac (SSRI antidepressant) - not effective.  She was still weepy and Prozac didn't "shut off my brain", referring to racing thoughts.

Trazodone (older antidepressant) - Caused her to gain weight (weight increased to 240 lbs.)  She took Trazodone at bedtime (often prescribed for side effect of sedation.)  At the time she was sleeping on a cement floor. She had no exercise.  She went from a 2X to a 4X shirt.

Seroquel 200 mg/day. (antipsychotic, recently used for mood stabilization in Bipolar Disorder.)  She loved this medication.  On Seroquel she "slept like a rock."  (Current medicine)

Paxil (SSRI antidepressant).  She took Paxil with Trazodone.  She hated it because it caused her to feel "yucky."  She was on Paxil quite a while.  It did help her concentrate.  She passed her GED while taking it, but had no energy and felt lethargic.

Zoloft 200 mg/day - Added to Seroquel.  Loves this medication - much less depressed.  When placed on Zoloft she had written to Dr. Saftar that she didn't want to go to court, see lawyers or have visits.  She just wanted to melt away and die.  Zoloft changed this.

Ms. Johnson admitted having several fights that occurred when she was in the maximum security block, an area she described as being for "inmates with attitude."  She recalled the supervisor was Sgt. DeSoto.  There were four inmates in this section.  She was the only "white girl."  Difficulty started with verbal confrontations over the TV.  They all were very irritable.  No one was ever seriously hurt.  After one physical confrontation she was given 20 days in disciplinary segregation.  She appealed and the sentence was reduced to 15 days.  The altercation involved her pushing Amy Rawhausen into

LOG000128

a bunk. Amy's nickname was "stink tank". Amy called her a "fuckin bitch." Ms. Johnson dared her to call her that again. She called her a bitch again so Ms. Johnson pushed her. Amy wrote a kite. The conflict began because Amy would not take a shower. Initially Ms. Johnson tried writing her a letter and tried to be nice. She bought Amy soap. Amy's hair was a "rat's nest." She described that Amy was black, loud, obnoxious and liked to bully others, while Ms. Johnson would take up for others, especially weak people. She has since learned to take care of her own problems.

Ms. Johnson stated that there had been no fights, *since* said she began taking Seroquel. Others agreed that she had "mellowed out." She now has her own cell. She likes to draw pictures. Few at Eldora knew who she was initially. Then Dustin Honikan was tried in Sioux City. Her attorney has tried for a change of venue and submitted questionnaires of people from Cedar Rapids and Sioux City. Judge Bennett has denied any change of venue. She has decided to leave the outcome of the trial "in God's hands." She does believe in God and prays. She believes Bobby McNeese will still testify at her trial. She states that the government is still seeking the death penalty.

Ms. Johnson still remains invested in her children Alyssa and Marvea. Alyssa gave birth to her granddaughter Angela who will be two on 12/9/05. The father is Stephen Williams. Alyssa is now attending college at Waldorf in Forest City, Iowa. She has been dating Todd Graham, an old friend of Ms. Johnson, who is only a few years younger than Ms. Johnson. Todd is in the middle of a divorce. Todd does not do drugs. She believes Todd is stable and will treat Alyssa well.

Marvea is with Jamie in Fairbault, Minnesota. She goes to a private Christian school. She is doing well in school, and will be 11 years old on Valentines Day. Ms. Johnson wants to hold her, as she had not been able to touch her in five years. She also has never held her granddaughter.

Ms. Johnson denied any current romantic attachments or relationships.

Ms. Johnson wants to get the trial over with. At this point she doesn't care about the death penalty. She is frustrated that she can never see the sun or

LOG000129

go outside here. There are no windows. She has TV, but they only change the channel three times a day.

Ms. Johnson stated she has not spent a whole lot of time with Mary Goody. The trial is scheduled to start soon. If there is a change of venue it will start April 11th, otherwise it will start March 7th. She believes jury selection could take six weeks. The trial could move to Minneapolis, and be delayed until May. There is a federal detention facility in Minneapolis where she had heard the guards are nice and the quarters are clean. She is sensitive to noise, however, and states 24 hours a day of pounding will drive her crazy.

**HISTORICAL REVIEW:** (See Chronology by Mary C. Goody Concerning Ms. Johnson Dated 1/18/02)

(Ms. Johnson's history was reviewed with her using the above chronology as a guide.)

Ms. Johnson believes her parents divorced when she was age 4. She has few memories before first grade. She recalled she was sick. Her mom slept in her bed. She heard something under the bed and "freaked out." Her mom said it was "just daddy."

She was asked about her father's allegation that he caught her mom, Pearl, on Thom Hill naked, Angela said her mom has told her nothing happened with Thom Hill. Angela stated her stepmom, Cookie Johnson, hated her. Once she was on Seroquel she mended fences with Wendy (her older sister), and Cookie. She talked to Wendy and Shelly after she tried to hang herself (October 2000). She stated she loved Terry DeGues, and didn't know she was used in that relationship. *Cookie*

Ms. Johnson was asked about an incident where Pearl awakened the children in the middle of the night, put them in a car with their grandparents, told them the world was ending, and drove them around Iowa for three days without food or water. Ms. Johnson believed this happened before they moved to Thorton where she attended third grade. She thought this happened between her second and third grade year.

LOG000130

Ms. Johnson does believe her mother had a religious disorder (not disease.) She stated she now has a relationship with her dad, and now believes he loves her. For many years she didn't believe her father loved her. She recalled she cried while talking to Mary Goody about her father previously.

Ms. Johnson denied her father's statement that her mother used them as a "meal ticket for welfare." She stated in fact her mother didn't spend money on herself, and never bought herself a $300 coat.

Ms. Johnson has no memory of attending Lincoln School in Mason City at age 7. Angela Johnson did recall that Carol Mann helped her mom take them to the orphanage. Bobbi Dillow is now deceased, but they were able to find Ted Dillow.

Ms. Johnson believed the "world's ending" episode may have happened between first and second grade, as she entered the Merservey-Thorton School in second grade.

Her father Jimmy stated through physical abuse the children were taught to be "thoughtlessly obedient." Ms. Johnson believes the physical abuse caused her to be angry and a rebel. She did agree with Holly Dirksen (her sister) that her mom caused them to believe everything they do will cause them to go to hell. She did recall believing there were demons in their basement. She recalled the children being lined up to go to bed and beaten. She also confirmed they were held on the floor in a "crucifixion position", while demons were rebuked out of them. They did eat only one meal after sundown. Ms. Johnson described this was for "atonement", and consisted of eating fruit and peanut butter. They also would hold them down and made them speak in tongues until the demons were out.

Ms. Johnson stated both she and Wendy collected money for Muscular Dystrophy, as directed by their mother, but it was Wendy who kept the money.

Alyssa related her mother (Angela) had an out of body experience while her mother (Jean) was casting out demons. Ms. Johnson recalled feeling her spirit leave and knew she was dying. Her mom wore a white gown and held her

LOG000131

down. She felt her spirit was in the corner and could see her own limp body. Her spirit then zoomed back into her body. She does not know how old she was at the time.

Ms. Johnson confirmed she had severe headaches as a child. Because of their mother they assumed they would develop the "mark of the beast." Wendy would examine their heads for the mark. Their mother would punish all the children if she believed one of them had done something wrong. Ms. Johnson recalled that if no one confessed, she did, even if she didn't, just to frustrate their mom. Consequently she would receive the most severe beatings.

Carol Mann recalled that Angela's mother, Pearl Jean, fell in love with a man from Wisconsin, named Bob Kloss. Ms. Johnson recalled that Mr. Kloss was not nice, and had a German shepherd dog named, Fritz. When her mother became pregnant, Carol Mann connected her mother with people Ms. Mann knew in Kansas who would take her and her children in until she had the baby, and then adopt the baby out. Angela stated this was the Dillow's. Her mother Jean lived there too, and worked in the Dillow's church. Ms. Johnson stated her mother did not know about how the Dillow's killed animals. This contradicts Wendy's memory that Pearl Jean (the mother) left them there for six months and visited only once. When asked about this Ms. Johnson stated she believed her mother actually was there. Unlike Wendy, she does not recall being sexually abused by Ted Dillow. Angela did recall that Bobbi Dillow made them suck on bottles that were used for nursing pigs on the farm, after they had been used by the pigs. Angela recalled having nightmares about the pigs, which were mean. The Dillow's made her "slop the pigs". The Dillow's also killed a pet rabbit, by laying it down on a block of wood until its eyes popped out. Bobbi then pulled the rabbits intestines out. Angela believed she hardly ever slept while she was at the Dillow's because of the nightmares.

Ms. Johnson was asked about having her mother having a nervous breakdown after Bob Kloss's death. Ms. Johnson recalled that after they made it back to Iowa from Kansas, that she (Angela) had forgotten to shut the cupboards and drawers. Her mother grabbed her hair and beat her with a belt. Her mother then took the belt and wrapped it around her neck and strangled her with it until she was about unconscious. Wendy had to get her mother off of her.

Angela recalled that it was Ted Dillow who took her pet rabbit, laid it down on a block of wood, and smashed its head with a sledgehammer. She recalls the rabbit's eyes popping out. Ted then pulled the rabbits intestines out. Angela felt that she never slept while she was at the Dillows.

Ms. Johnson in her previous interview with this examiner, said that Ted Dillow tried to touch her sexually, while a number of older men were around. Connie (Cookie) Johnson (stepmom) said that Angie and Wendy had to take naps with Ted Dillow. When Angie protested, Mr. Dillow's girls pushed her in the room saying it was her turn. Cookie Johnson said that Mr. Dillow sexually abused Angie and Wendy, doing "everything but penetration." On this occasion, Ms. Johnson said she did not remember Mr. Dillow sexually abusing her. Ms. Johnson did recall an incident related by her sister, Wendy, when they attacked Bobbi Dillow, after Bobbi attempted to brush their brother Jimmy's teeth with a hog brush. She also recalled that Carol Mann drove Pearl Jean back to Kansas in a blizzard to take them back from the Dillow's. Ms. Johnson recalled this was after an incident where the Dillow's had them drag sticks through the mud. The Dillow's had held Jimmy's head down and they thought he would drown. She recalled there was mud up to their thighs.

In a previous interview with me (Dr. Logan), Ms. Johnson had said that Peal Jean's parents moved in with them. She recalled an incident which her grandparents put a dove in a cage, and did an exorcism on her for three days to drive the demons into the dove. Ms. Johnson now recalls that this incident occurred when she was living in Mason City, before they moved to Thorton and before they went to the Dillow's orphanage.

Ms. Johnson additionally recalled in addition to having an out of body experience while undergoing an exorcism by her mother, that she also had an out of body reaction to the drug, Augmentin.

In a previous interview with this examiner, Ms. Johnson had said that school was hard for her because of difficulties at home. Ms. Johnson added that she also believed she had Attention Deficit Disorder and dyslexia which made school difficult as well.

LOG000133

Ms. Johnson clarified that Andy Jensen, a man who lost 150 lbs from fasting through religious beliefs, was her maternal step-grandfather and was not blood related.

Ms. Johnson believed that she moved from the Meservey-Thornton Schools to the Klemme Schools in Klemme, Iowa when she was in the 4th grade.

Cookie Johnson (stepmom) recalled that Angela and her siblings spent three months in the summer with Cookie and their father, Jim, in the summer of 1974, when Angie would have been 10 years old. Cookie described that Angie "runs the whole family, she's the boss." Angela recalls that she took two pocketknives from her father, Jimmy, and used them to carve an owl for her mom. Cookie found the stolen knives. She recalled that Cookie gave Shannon a new nightgown that Angela had received from her grandmother. Ms. Johnson felt that her stepmother, Cookie, was mean. She particularly did not like that Cookie talked bad about her mother.

Forest City Medical Center records revealed that in the summer of 1975, Ms. Johnson began suffering from headaches. Ms. Johnson recalled that headaches were so bad that she vomited. She recalled around this time her father beat her and knocked her neck out, so she had to go to a chiropractor. Forest City Medical Center records also reveal that at age six, she had repeated earaches and a loss of hearing. Ms. Johnson recalled that this may have happened in Colorado. She seemed confused on this point.

Wendy recalls that as she and Angie approached Junior High their mother's physical abuse decreased, but her religious activity continued unabated. Their mother continued to rebuke the demons and rebuked a Lesbian demon out of Wendy. Angela recalled that their mother believed a lesbian demon molested Holly, and that she (Angela) had told her mother about this.

Around this time their mother developed a relationship with a man who was described by Wendy as "a jerk and a control freak." Angela recalled the man was named Ron Fox. Angela liked him.

Cookie Johnson recalled the children lived in a basement in a bungalow in Iowa, where there were rats crawling all over them. Meanwhile their mother

LOG000134

lived in a motel room with a guy.  Angela recalled this, and said there was a "mouse problem".

Cookie Johnson stated that she and the children's father, Jim, stopped sending Christmas presents the children because they didn't receive them.  Instead they drove to Iowa and stayed at a motel, and invited the children there to give them their presents.  Angela said this was quite over-rated.  This only happened once, and the only present she received was some Milk-duds.

Pearl Jean Johnson said that when Angela was age 12, she wanted to bring a busload of Cambodian orphans home.  Angela said she was always very sentimental and would even cry during commercials.  Ms. Johnson said that what actually happened was that she would receive $32.00 a week for babysitting which she would then send to Cambodian children so they would be adopted.  When her mother found out about this she made her quit.

Ms. Johnson recalled that the Thompson Community schools where she attended seventh grade and the Forest City Schools where she went the second semester of seventh grade, were only about 20 miles apart.  By this point her mother and Maxine Abbot had bought a café in Forest City.  She then recalled that Wendy was being mean to their mom, and was sent to live with their dad.  They lived in the bungalow after she attended Thompson Community School so Wendy was not there.  Ms. Johnson said she actually caught a mouse.  She believes that Wendy left home before 8th grade.

At some point after this, Ms. Johnson recalled she went to Forest City Hospital after she took an overdose of aspirin in a suicide attempt.  She no longer remembers the reason for the suicide attempt.  She was taken to the hospital to have her stomach pumped.  After this Wendy came home.  This appears to be the record from Forest City Medical Center dated 12/19/77, where she is admitted for abdominal pain after doing sit-ups.  Ms. Johnson would have been age 13 at the time.

In eighth grade at age 14, Ms. Johnson attended the Forest City schools.  She believes it was around this time that Wendy Jacobsen, her sister, married Steve.  Ms. Johnson earlier had stated it was around this time that she began

LOG000135

using LSD and alcohol.  On this occasion Ms. Johnson recalled that she first used LSD in the second half of 7th grade.  She believed that she used alcohol as early as the 5th grade, that she received from Wendy's friends.  She recalled the alcohol made her laugh.

Ms. Johnson recalled that her mother and her girlfriend, Maxine, owned a truck stop named Laverne and Shirley's in Thompson, Iowa.  They then owned another truck stop in Leland who called Laverne and Shirley's, while Ms. Johnson was in 7th and 8th grade.  She believed that her mother and Maxine owned Laverne and Shirley's when they lived in the bungalow in Forest City. She did work full time as a waitress in her mother's truck stop, in Leland, Iowa.

Ms. Johnson recalled smoking a lot of pot with her boyfriend, Steve Hugo, and experimented with acid, and speed in the form of white crosses.  She stated this began in 8th grade.  The mental health center of North Iowa records indicate that Ms. Johnson dropped out of school in the 10th grade to work. Ms. Johnson stated this actually was in the 9th grade when she was age 14.

It was recorded that Angela was 15 years old when her father, Jim, hit her in the back and she was unable to walk.  Her mother took her to a chiropractor for months.  This information comes from an interview from Holly Dirksen, Ms. Johnson's sister.  Ms. Johnson said that this incident happened in the summer before her fifth grade year.  She did not go to the chiropractor for months, but instead had headaches for months.

Forest City Medical Center records indicated that Ms. Johnson was prescribed birth control pills.  She recalled at the time she was active sexually with Steve Hugo, a boy she dated while she was in 8th grade, and later married.

Florence Limesand, her maternal grandmother, died in Mason City, Iowa when she was about age 15.  (This information is from Pearl Jean Johnson.)  Ms. Johnson believed this actually occurred when she was age 14, in 8th grade, in 1978.

Wendy Jacobsen, her sister, said she graduated from high school.  Ms. Johnson stated actually that Wendy quit school at age 16, and later received a GED.

Forest City Medical Center records indicated that Angie "hit a wall at the truck stop" and had her finger sutured. Ms. Johnson clarified this occurred while she was working at Laverne and Shirley's. Her hand hit the corner of a shelf and she cut her finger. She stated that the incident was an accident.

An application from Winnebago Industries, dated March 1980, indicated Ms. Johnson was working as a packer at Queen's Factory, earning $8.00 an hour. Angie stated that actually she was only age 16, and lied about her age. Later in June of 1980 Ms. Johnson is working as a waitress at Pizza Hut, earning $3.35 an hour. This also is found in the Winnebago Industries employment application. Ms. Johnson said this occurred after she and Steve Hugo divorced. Her memory of this seemed somewhat inaccurate as the Winnebago County Clerk of the Court records indicate that she and Mr. Hugo applied for a marriage license on June 23, 1980. The application states that Angela was 16, and attending 10th grade in night school. Angela remembers this occurring, and recalls that she did not like attending night school.

Angela and Steven Hugo married on July 5, 1980 and separated on February 18, 1981. The divorce was filed on April 21, 1981. Angie is 16 when she marries Mr. Hugo, and has just turned 17 when they separate. She recalls working in the shipping department of Queen's refrigerator Factory in Albert Lee, Minnesota after the separation from Mr. Hugo. She lost the job when they found out she was not age 18. She then worked as counter help at W.C. Frank's, a business that sells hotdogs. Apparently she is working at Pizza Hut when she and Mr. Hugo first separate. She states they were together only nine months total.

Forest City Medical Center records that Ms. Johnson complained of neck and back pain after being in an automobile accident. Ms. Johnson did not recall this incident.

Around this time there was a statement from Wendy who related that Pearl Jean would tell Holly that if God had wanted her to sacrifice one of her children, she would have done so. Ms. Johnson states this is a statement her mother has made repeatedly over the years.

LOGO000137

Angela turns 18 on January 17, 1982. Ms. Johnson then begins dating Arlyn Johnson "A.J.". Her mother tries to make a new start by moving to Colorado. Ms. Johnson stated that actually she took her mother to Colorado. Pearl Jean makes contacts with her own father, Alfred Gomez, and his youngest daughter and moves to Commerce City. Carol Mann gave Pearl Jean her station wagon to drive to Colorado. One of the daughter's drives the car, as Pearl Jean does not drive. This comes from Carol Mann's interview. Actually the daughter that drove her to Colorado was Ms. Johnson.

Angela and Arlyn Johnson, applied for a marriage license on January 26, 1983, several days after Angela has turned 19. Her sister, Holly Dirksen, related that their father, James Johnson, purchased a tavern in Chippewa Falls, Wisconsin. Holly believes their father, Jim Johnson, is an alcoholic. Angela disagrees with this, although she admitted that Mr. Johnson would drink a case of beer a night.

Angela and Arlyn Johnson moved to Forest City, Iowa. Angela mentioned that her belief was that A.J. was bipolar. On this occasion Ms. Johnson also recalled that A.J. had been divorced three times.

Their daughter, Alyssa, was born on August 7, 1983 in Iowa City. Actual medical records recall this was at Forest City Medical Center where Alyssa weighed 6 pounds 4 ounces.

The Koenen Chiropractic Clinic records indicate that Ms. Johnson presented there on March 23, 1984 (now age 20), with complaints of frequent headaches and pain in her lower back. She described constant pressure behind her eyes. The headaches had been bothering her for about a year. Ms. Johnson stated that these headaches began after her second motor vehicle accident. It is recorded that there is a family history that is positive for stroke. Ms. Johnson stated that her mother has experienced blackouts.

On May 18, 1984, Ms. Johnson applied for full time work at Winnebago Industries. She stated that at the time she had a GED. Ms. Johnson admits that this was a lie. (She later received a GED while in the Linn County Jail.)

LOG000138

On June 26, 1984, Winnebago Industries record indicate that Ms. Johnson had a back injury that occurred at home. Ms. Johnson stated that this occurred while she was lifting Alyssa.

Further records from the Koenen Chiropractic Clinic indicate that Ms. Johnson is in an automobile accident. Ms. Johnson indicated that this was actually her second automobile accident. However, if her earlier memory is right, her headaches began after her second motor vehicle accident, that would have been in March 1984, so this may be her third automobile accident. Winnebago Industry records indicate another automobile accident on September 10, 1984. Ms. Johnson recalls however, that she was only in two automobile accidents.

There is an undated note from a prior interview with Ms. Johnson that Wendy had abused her daughter, Brooke. Ms. Johnson described that by this time she had divorced A.J. and was living in Clear Lake. Alyssa was age 5, while Brooke was age 4. She and Wendy were living together. She stated that she would sometimes correct Brooke, but rarely hit Brooke. Wendy would hit Brooke, but she was not sure it was abuse.

At age 22, in 1986, Angela had an affair with Kirby Thompson. Ms. Johnson described that Kirby later died. Kirby worked in road construction and introduced Angie to cocaine. Ms. Johnson confirmed that Kirby Thompson was a "big coke head." Ms. Johnson moved out of her apartment in Forest City and returned to Clear Lake. She was then working the 11:00 pm to 7:00 am shift at Perkin's Restaurant. Ms. Johnson explained that she was with Kirby before she moved to Clear Lake. This would mark the time they separated.

Additionally in 1986, Ms. Johnson worked as an exotic dancer. Ms. Johnson said that she only did this one-week per month for a year. At this time she began using crack to stay awake. She was also working at Perkin's Restaurant.

Ms. Johnson believed that she worked as an exotic dancer at age 25, which would have occurred in 1989, not 1986.

At age 23 in 1987, Ms. Johnson falls in love with Terry DeGeus. Terry had a daughter the same age as Alyssa. Ms. Johnson stated that Terry's daughter,

LCG000139

named Ashley, was only two weeks apart in age from her daughter Alyssa.  Ms. Johnson does not dispute that Mr. DeGues was physically abusive.

At age 24, Ms. Johnson and Mr. DeGeus moved to Leland, Iowa, outside of Forest City.  Angela recalled that she "loved him so much; he rocked my world."  She does admit that he would become possessive and jealous, as well as physically abusive.  Ms. Johnson added that she tended to excuse Mr. DeGeus's abusiveness, despite calling the police several times, because Terry DeGeus had a "bad, mean, mom."  In this respect she identified with him.

In an earlier interview with Dr. Logan, Angela had said that Terry believed that he had a right to hit her in the face.  Angela on this occasion stated that Terry would feel badly after he hit her.

In the spring of 1988, Mr. DeGeus beat Angela so badly that she fled to her sister, Wendy Kinsman, in Madison, Wisconsin.  Ms. Johnson described that her sister Wendy, was then married to Mark Kinsman.  By this time Wendy had long been divorced from Mr. Jacobsen.

Following Terry's beatings, Ms. Johnson had nightmares regarding them.  On this occasion she added that she never slept in the dark.  She stated that she still has nightmares of the beating, although it has been a while since she had one since she began taking Seroquel.

Holly Dirksen confirmed that she had seen Terry beat up Angie, "quite a few times."  Ms. Johnson added that in fact Holly had called the police after one such beating.

Ms. Johnson turned 25 years old on January 17, 1989.  Ms. Johnson had earlier said in an interview that she had begun an affair with a coworker at Perkin's named Marty Cole, who told her he was separated from his wife.  Ms. Johnson then discovered this was not true, and contacted the wife.  She and the wife then became friends.  Ms. Johnson on this occasion stated that she and Marty Cole actually did not have an affair.  He was a coworker, not at Perkin's, but the Country Kitchen.  At this point she and Terry had broken up.  She didn't dare date anyone because Terry was "stalking her."  She believes that although this occurred it was much later, toward the end of 1989.

Records from the Mason City Police Department and Mason City Magistrate Court indicate that on September 9, 1989, the police arrested Mr. DeGeus. Mr. DeGeus was violent and resisted arrest. Ms. Johnson allegedly struck Officer Tyler in the chest with her hand while he was arresting Mr. DeGeus. Ms. Johnson stated that she only touched him. Ms. Johnson stated that this episode of violence by Mr. DeGeus occurred before Mr. DeGeus began hitting her in their relationship.

Ms. Johnson turned age 26 on January 17, 1990. There is an undated note that she moved back to Clear Lake and resumed a relationship with Terry DeGeus. She stated that in Clear Lake she was actually working at the Country Kitchen. They had split up and reconciled several times. Ms. Johnson explained that she would vacillate between thinking Terry was wonderful and thinking he was bad. (See Borderline Personality) Terry would tell her sister Wendy that he wished Angela would kill him because he hated what he did to her, according to correspondence from Wendy Jacobsen. Ms. Johnson added that Terry would tell her he felt badly for hitting her, and then he "loved me too much."

Alyssa Johnson stated that at one point she woke up in Angie's bed to find Terry's face looking in the window from the shed. Alyssa was frightened. Angie responded by setting out a lawn chair and a beer can along with a note that said, "stalk, stalk, you mother fucker." Ms. Johnson clarified that this happened when they were living in Clear Lake and she was working at the Country Kitchen. Ms. Johnson said that the Federal authorities have this note. They were living at #5 South 19th Street in Clear Lake.

Alyssa Johnson said that she and Angie were getting ready to leave the house for a matinee when Terry pulled up behind Angie's car and prevented them from leaving. They had locked the doors to the house. Terry used knives from the trunk of his car to pick the locks. He only left after Angie called the cops. Actually Angie said she called the police several times.

Ms. Johnson confirmed that Terry continued to stalk her on a regular basis, coming to her home at all hours and battering her. He had run her off the highway in Forest City, ripped off her shirt and hit her in the face hard

LOG000141

enough that she believed her jaw might be broken.  Chief Book, the Chief of Police of Forest City, witnessed this, but did not arrest Terry.  Ms. Johnson added that Terry continued to beat her more after Chief Book left.  Terry was arrested for stalking Angie outside her house in Clear Lake.

Ms. Johnson also requested the Ventura, Iowa police escort her home when she was with Alyssa.  The one policeman in town stopped escorting her after a week, so several times Ms. Johnson asked her boss to pick her up.

Ms. Johnson clarified in this interview that they first lived in Lealand. They then moved to Ventura, where Terry DeGeus head-butted her in the bathroom.  They then moved to Clear Lake.  When she lived in Lealand, she again left and went to stay with her sister, Wendy.  Terry had a lock put inside of the shed.  She left after a confrontation.  Dave and A.J. were also present.  She left in A.J.'s car.  Dave gave Terry a ride home.  Ms. Johnson went to Kim's house in order to get money to go to Wendy's.  Her mother witnessed a beating she had received from Terry, and cried because she was beat up so badly.

An undated note records that later, at age 26, Ms. Johnson quit dating all together.  Ms. Johnson added that she was then living in Clear Lake.  Terry DeGeus had been arrested on a drug charge, but was still in the community and had access to her.  He was, however, dating a woman named Rhonda.

A note dated 1991, when Ms. Johnson was age 27, and her daughter Alyssa was in the second grade, records that Terry raped Angie in the living room while Alyssa was sleeping in an adjacent room.  Alyssa Johnson reported this.  Ms. Johnson believed this actually occurred some time between the time when they were living in Ventura and Clear Lake.  Alyssa was in school in Ventura in the second grade.  They moved from Ventura to Clear Lake during that school year.  Around this time Alyssa related that she was seeing a counselor regularly due to the conflict between Angie and Terry.  She was scared of Terry, who was intimidating, yelled at her, and made up things she didn't do to get her in trouble with her mother.  Ms. Johnson said she cried when she found this out from reading her daughter's interview.

An undated note records that Terry broke into Angie's house and removes the stove and kitchen table, as well as other items. Alyssa Johnson reported this. Mrs. Johnson reported this occurred when they lived in Lealand. Alyssa also reported that Angie and Alyssa got a German Shepherd puppy, which they hoped would protect them from Terry, but the dog was hit by a car a year later. Ms. Johnson recalled this occurred while they were living in Lealand. They were living in Ventura when the dog died, because he was chasing a rabbit and was hit by a car.

Ms. Johnson turned age 28 on January 17, 1992. At some point she began secretly dating Rodney Nicholson. Ms. Johnson described that Rodney Nicholson was building a radio tower at the Budget Inn in Mason City. Terry was in Britt, Iowa seeing someone else. Ms. Johnson was living in Clear Lake and was working at the Country Kitchen there.

There is a note that Angie was broken hearted when she learned that Rodney was married. This apparently came from an earlier interview with Dr. Logan. Ms. Johnson clarified that she was broken hearted when she learned that Marty Cole was married. Marty told her he turned down a job in Florida, but decided to cook at the Country Kitchen until he obtained enough money to go to California. He told her he was separated from his wife. Then she received a call from his wife and Cheryl Conroy, that they were still married.

Angie and her friend, Christy, began making a fool of Marty. She told Terry DeGeus about the relationship. She stated that she was getting crank and Terry owed money to Dustin Honken. Terry gave her $5,000 at a meeting at the Burger King at 10:00 pm one evening. Angela had put in some money too. Terry told Dustin not to give her more crank, because she was using more than she was selling. Angela offered to sell to recover the debt that Terry owed Dustin, which was $20,000. She later gave Terry some dope again. Dustin was a friend of Terry's brother, Brian. Dustin did move to Arizona. Dustin called Angie when he returned from Arizona. Angie met Dustin at a hotel, where he gave her dope, approximately 1000 ounces later that day. Dustin told her he would come back in two weeks for the money. Dustin then got arrested and did not show up. She left when she found out that he was arrested. He called her from the Cedar Rapids jail. She picked Dustin up.

After this they began seeing each other. She didn't know that Dustin was in a relationship with Kathy Reich and that Kathy was pregnant with Ryan. Ms. Johnson then became pregnant by Dustin as well, but did not let him know about her subsequent abortion because of her fear of Terry DeGeus.

To teach Marty Cole a lesson, both Angela and Christy told Marty they were pregnant. They both got $350 from him to get an abortion. Both of them had dinner with him at the Country Kitchen.

Alyssa had noted changes in Ms. Johnson when she began dating Dustin, describing she was "more bitchier". Although they never used drugs in front of her, Alyssa had noted signs of drug use, which she had learned about at school. Ms. Johnson actually said she was receiving crank from someone named Scott Goldblatt, and that she in fact never used crank from Dustin.

In summary, at age 28, in 1992, Ms. Johnson again began secretly dating Rodney Nicholson while Terry was seeing someone else. She then briefly had the start of a relationship with Marty Cole before discovering that he was married. She then became involved with Dustin Honken, primarily to help Terry DeGeus pay off a drug debt. The relationship evolved to the point where and Dustin Honken began a relationship, but initially at least she never received crank from Dustin, but instead from someone named Scott Goldblatt with whom she also later had a relationship.

A note from the Clear Lake Police Department dated 3/30/92 relates to Ms. Johnson calling the police to report she had been harassed by her old boyfriend, Terry DeGeus, that he had threatened her several times, and was harassing her at her workplace, the Country Kitchen. Mr. DeGeus at the time was living in Britt, Iowa with his parents. There are further reports from the Clear Lake police department that Terry DeGeus was harassing her on April 10, 1992. There are indications that as of March 1993, Ms. Johnson was still being stalked by Terry DeGeus. Ms. Johnson was then age 29. An indictment indicates that on March 17, 1993, only three days after Ms. Johnson has again made a report about Terry DeGeus to the Clear Lake police department, a search warrant was executed at Gregory Nicholson's residence resulting in the seizure of methamphetamine. Mr. Nicholson identified his source as Dustin

LOG000144

Honken, and agreed to cooperate in an investigation of Mr. Honken. Ms. Johnson said she was unaware of this event.

Ms. Johnson became pregnant with Marvea in the spring of 1993, and stated that she had considered having an abortion. Dustin did not believe that Marvea was his because she was still seeing Terry, but still wanted her to have the baby. She quit using drugs during her pregnancy. Dustin began seeing another woman named Kathy in Mason City who was stalking him.

A discovery note indicates that Angela filed an application in Cerro Gordo County to obtain a permit to acquire a handgun. Ms. Johnson said that she was "freaking out" because she was afraid of Terry. She was afraid of what Terry would do if he found out that she was pregnant. She was constantly worried. Dustin suggested she obtain a gun for her own protection. Ms. Johnson had purchased a gun earlier when she was living in Ventura, but Terry DeGeus had taken it away from her.

When she in fact got a gun license, Dustin was angry. She and Dustin went to a pawn shop in Waterloo where Dustin contracted to get a huge gun. Ms. Johnson said she was always afraid at night that Terry would break in. She would awaken suddenly with a startle response. She kept the gun in her bed frame. Dustin had said that later she should get rid of the gun, or it would cost them $5,000. Christy called at the end of 1993, at which point Angie said that her gun was in Christy's closet.

On July 25, 1993, Gregory Nicholson, Lori Dunkan, Kandy Dunkan, and Amber Dunkan disappear.

On August 25, 1993, records from the Regency Center Family Clinic indicate that Ms. Johnson had visited Dr. Lindstrom. She was 23 weeks pregnant, with her last menstrual period being on March 14, 1993. She was working as a waitress at the Country Club.

On November 5, 1993, Terry DeGeus disappears.

Ms. Johnson turned 30 years old on January 17, 1994. A daughter, Marvea Jane Honken, was born at North Iowa Mercy Health Center on February 14, 1994. Ms.

LOG000145

Johnson said that after this she took a job in Des Moines, and put her home up for sale. She otherwise loved her house and didn't want to disrupt her daughter's school. Her daughter noticed a significant change in Ms. Johnson after Marvea was born. Alyssa described that Ms. Johnson was touchy, with a quick temper and did not seem happy. Dustin had caused Angie to get into debt and ruined her credit. Angie was frustrated that Dustin was lying about his relationship with his ex-girlfriend. Ms. Johnson stated that she had stopped using crank and was depressed.

According to a Mason City Police Department record, Ms. Johnson was still living at 5 South 19th Street in Clear Lake, as of December 1994.

A note written February 1995 records that Angie had ended her relationship with Dustin shortly after Marvea's first birthday (this would have been February 14, 1995.) There is another note that says that Holly moved in with Angie and Dustin, after breaking up an abusive relationship with her daughter Haley's father who she never married. At this time Holly said that Dustin and Angie spent a lot of time fighting. Holly's daughter Haley was about 1½ years old. Dustin was working at Graham Manufacturing while Angie was working double shifts. Dustin was buying expensive things he couldn't afford and never had any money. He would run up Angie's credit card and put her into debt, while making Angie feel like she was dumb. Ms. Johnson confirmed all of the above, but stated this was occurring before Marvea was born. Therefore this was occurring in 1993 and early 1994, not in 1995.

After Angie ended her relationship with Dustin, shortly after February 14, 1995, a note records that she was dating a farmer named Scott Goldblatz (this came from a former interview with this examiner). Ms. Johnson explained on this occasion that Mr. Goldblatz was a farmer who had supplied her with crank. He apparently was supplying her with crank, even before she became pregnant with Marvea.

By 1995 Angela is now 31 years old and had moved to Des Moines to work at the Urbandale Golf and Country Club. Alyssa did not want to move. Alyssa's father took her to Mercy Hospital in Clear Lake where she was admitted to the Juvenile Psychiatric Ward. Alyssa had an overdose, which was dismissed as a drinking experience that went bad. Alyssa began staying with her father for

LOGO000146

the summer, and decided she wanted to remain with him.  Angie brought her back to Des Moines.  Ms. Johnson said that she was in Des Moines working when Alyssa overdosed.

Later that year, A.J. (Arlyn), according to Alyssa, became sick with Bipolar Disorder.  Ms. Johnson described he was manicky.  This is one of the reasons she brought Alyssa back to Des Moines.

Ms. Johnson turns age 32 on January 17, 1996.  On March 12, 1996, North Iowa Mercy Health Center records show that Ms. Johnson had an aftercare visit at Mercy Medical Center in Mason City.  Ms. Johnson is being investigated for child abuse by the Department of Human Services.  Two days earlier she had made detailed plans to kill herself by cutting her wrists, and was making plans for her home and children.  She felt agitated inside and complained of upset stomach, decreased energy level, and decreased concentration.  Dr. Lassisse diagnosed depression, and prescribed Prozac 20 mg each morning.  Ms. Johnson described that her depression was caused by Dustin Honken.  She stated that she was scared.  She stated that she had bad anxiety attacks on Prozac (this is reflected in the March 25, 1996 note by Dr. Lassisse at the mental health center, but the note seems to indicate that there had been an improvement on Prozac in her mood lability, panic attacks and energy.)

Ms. Johnson recalls instead that the doctor prescribed a different antidepressant, Zoloft, which she subsequently quit, due to the expense.  Dr. Lassisse's note reflected that Ms. Johnson's realty testing was unimpaired, but her flow of thought was circumstantial, she was dependent, her mood was low and her insight was poor.

Mr. Honken was arrested in April 1996.  Ms. Johnson did not show up for her mental health center appointment on April 8, 1996.  The previous interview with this examiner, Ms. Johnson said that she believed Prozac caused her to have an anxiety reaction during which she would hyperventilate, could not breathe, had a rapid heart rate, became dizzy and sweaty and thought she would die.  Ms. Johnson clarified that this was not an anxiety reaction, but almost hourly anxiety attacks.  Mental Health Center of North Iowa records are consistent with Ms. Johnson's memory that on April 17, 1996 she stated that the Prozac was not working, and there was a switch to Zoloft 50 mg.

LCG0000147

Dr. Gordon saw both Ms. Johnson and her daughter, Alyssa, on April 29, 1996. Dr. Lassisse by this point had increased Ms. Johnson's Zoloft to 100 mg a day. Ms. Johnson was puzzled as to why her daughter wanted to live with her father, as she believed they had a good relationship. Ms. Johnson added that she had told Alyssa to go spend the summer with her father, if that is what she wanted to do. After this Angie didn't want to return. She stated her relationship with Angie at this point was a daily struggle.

Mental Health Center of North Iowa records reflect that in May 1996 Ms. Johnson called to say that she had run out of Zoloft, and wanted to try something different, as Zoloft made her face break out. She was prescribed Paxil 20 mg.

A July 8, 1996 record from the Clear Lake Police Department reflects that Ms. Johnson had called them to report that some time between June 3, 1996 and July 3, 1996, unknown subjects had entered her residence and had taken several items. Ms. Johnson said the police did investigate this, but left the door open after which further items were missing.

Ms. Johnson was 33 years old on January 17, 1997. Iowa Department of Human Services records reflect that on 9/10/97 the Principal of Urbandale High School called to report possible child abuse. Alyssa Johnson was missing from school, and her mother had moved to Ft. Dodge, leaving her to care for herself. Alyssa was age 14. Ms. Johnson clarified that she never moved or left Alyssa on her own. Instead she was at work. She denied that she ever moved to Ft. Dodge.

There was a news media report that Mr. Honken was convicted of manufacturing and distributing methamphetamine on June 1997.

Ms. Johnson is 34 years old on January 17, 1998. At this point she is living with Rick Summers, and had left Dustin Honken. In an earlier interview she reported that she was snorting methamphetamine several times a week, but was not selling drugs. She had been working at North Beach. Ms. Johnson added that the Federal Investigators were following her, had inquired at her job, and had searched her home. Mr. Summers lived in Lake Mills, in the country,

LOG0000148

where she went to mellow out with Alyssa.  Ms. Johnson's sister, Holly

Dirksen, recalled that her sister and Rick Summers had an arrangement in

which he promised to care for her, if she would fix up his house.  Mr.

Summers had two small boys "who treated Angie like dirt."  Ms. Dirksen

believes this was a low point in her sister's life, as she had nothing and

was reduced to this way of life.  Ms. Johnson explained that she was fixing

up Mr. Summers home.  She then lived in a trailer in Forest City.  Rick was

busted for having crank.  She then moved to Clear Lake.  She lived alone at

North Beach and worked there.  She is a caretaker for the apartment above the

North Beach Restaurant in Clear Lake that was owned by George Barlas.  She

became much more involved at her daughter, Marvea's school, which was only

two blocks away.  Ms. Johnson had turned 35 on January 17, 1999 about this

time.

Ms. Johnson was 36 years old on 1/17/2000.  In July 2000, Ms. Johnson

purchased a motor home, and planned to move to Monateau Springs, Colorado.

Ms. Johnson clarified that the plan was for her to move there with her girls.

A short time later, however, she was arrested and placed in the Benton County

Jail. In a letter to her daughter after her arrest, Ms. Johnson indicated

that she wanted medical health for her difficulty sleeping.  She was crying

often, and wanted to fire her lawyer, Al Willett.  In a letter to her father,

Jim Johnson, Ms. Johnson stated that she was not capable of hurting a child,

hers or anyone else's.  She described her mother as being the best thing that

ever happened to her.  She had decided not to tell presentence investigator

anything about her childhood, as she did not want to make things harder, or

to drag her mother through the mud.

In August 2000, Ms. Johnson wrote to her daughter, Alyssa, that "God hates

me."  Ms. Johnson clarified that she does not feel this way anymore.  By

September 2000, Ms. Johnson in a letter to her sister, Holly Dirksen,

indicated she was taking the antidepressant Serzone.

In October 2000, Ms. Johnson was moved to the Black Hawk County Jail, where

she attempted suicide by hanging.  She nearly died in the attempt.  In a

letter to Dustin Honken on October 13, 2000, she related she had to be

"shocked back to life" and had a seizure.  Three days later on October 16,

2000, Ms. Johnson was transferred to the Linn County Jail in Cedar Rapids, where Dr. Ali Saftar prescribed Elavil and Trazodone.

Ms. Johnson turned 37 years old on January 17, 2001. When last seen by this examiner in June 2001, she was taking the antidepressant Celexa 20 mg a day as well as Trazodone. An interview with her father, Jim Johnson, indicated that Angie's maternal grandmother, Winnifred Sund, died in EauClaire, Wisconsin.

Ms. Johnson was also questioned about her relationship with Mr. McNeese. She stated that she would get out of her cell daily and talk to him through a window. Mr. McNeese said that her lawyer, (Mr. Willett) had made a deal with the prosecution. Mr. McNeese said he had connections with the New York mob, the Lucacie crime family. Ms. Johnson was scared. Mr. McNeese told her that she would spend her life in prison, and that Dustin ought to come clean. Mr. McNeese promised that he could get her out by Halloween, all he needed were details about what she knew. He had her write out a false confession. Ms. Johnson let her cellmate read it. Mr. McNeese also said that he was falling in love with her. He would tell her that her lawyer was not helping her. Ms. Johnson said that Mr. McNeese had her believing that he was her way to get out of jail. She said that her confession made it sound like she was there, but she was not. At the time she had become suspicious of her attorney and thought he was helping Dustin, but not her.

LCG000150

LOG000151

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS

†Licensed in MO & CA

‡Licensed in IL & Federal Court only

All others licensed in Missouri only

February 17, 2005

Dr. William Logan, M.D.
428 W. 42nd St.
Kansas City, Missouri 64111-3176

RE: **U. S. v. Angela Johnson**

Dear Dr. Logan:

Please find attached copies of interviews conducted by Mary Goody and I during the week of February 7, 2005. I hope these prove helpful.

If you have a few minutes on Monday or Tuesday, February 21-22, perhaps we could discuss Angie's case over lunch, or for a few minutes in your office. I have a couple of areas of concern and interest that I would very much like to discuss with you.

Thanks for your time, Bill.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

Enclosures

P.S. We have recently proposed a settlement in Angela's case. The prognosis is "iffy". In the meantime, we will continue to prepare for trial. Thanks Bill.

2500 Holmes, Kansas City, MO 64108-2743 • www.ketandlawyers.com • (816) 474-3350 • Fax: (816) 221-1636

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

February 22, 2005

Dr. William S. Logan, M.D.
428 W. 42nd St.
Kansas City, MO 64111-3176

    RE: **United States v. Angela Johnson**

Dear Dr. Logan:

    I'm looking forward to seeing you in your office at 2:00 p.m. on Monday, 2-28-05. The enclosed letters were written by Angie's mom, Pearl Jean Johnson, but the comments in the margin are Angie's older sister Wendy's, from whom we obtained these letters. I apologize for the poor quality of the copies.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

Enclosures

PJB:rlw

cc: Al Willett
    Dean Stowers

LOG000153

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

# Mary C. Goody
MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To: **Becky Walker/Pat Berrigan** and Al Willett

Fax No.: (816) 221-1636 (319) 364-2460

From: M. Goody

Re: <u>ANGELA JOHNSON</u>

Date: 2/16/05

The information contained in this fax is **confidential and privileged**. It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message: Attached find the writings of Jean Johnson. Please give to Pat.
Thanks, Mary

LOG000154

_late afternoon of Feb._

Terry
DeGeus

The Lord kept saying these words to me, almost every day.

"Take the young child & leave." I kept this to myself & just waited, & watched — I had no idea who this could be.

Then came Angie to talk to me about the move. My heart aches for her & my little Alysaa.

Later that evening Wendy called & was having trouble with in herself concerning Angie & Terry. Before hanging up she reminded me about some threats he had made to Angie concerning Alysaa.

Now I understand what the Lord was saying & who. My heart is sad for them! They will be gone for a while, until it is safe once again to come home.

The Lord has said he would bring them back & she will be a different Angie, one who will be walking in the spirit of the Lord & his blessings.

The Lord spoke these words to me, I have heard them before. 1 Corinthians 5,5 when praying about Vance, & now again.

⑤ To deliver such a one unto Satan, for the destruction of the flesh, that the spirit may be saved in the day of the Lord Jesus.

March 11th

Terry DeGeus

I talk to Wendy last night on the phone. She is upset about Terry being in Angie's life again. I tried to explain the relationship to Wendy. "Angie is smart to stay on his good side." "Even the Lord says to make friends with your enemies."

I am in prayer about Wendy, who is into channeling at college. The Lord says to have nothing to do with anything like that. She refuses to listen to the truth, so the Lord has forbidden me to pray further about this. She will have to fight her way out herself now.

R. John 14-16-17

Q. And I will pray the Father, & he will give you another comforter; that he may abide with you for ever;

Q. Even the Spirit of Truth; whom the world cannot receive, because it seeth him not, neither knoweth him; but you know him; for he dwelleth with you, & shall be in you,

Soon all my children will be some where else from me, I will be sad, but not alone.

The lessons are hard if we refuse to listen & accept the truth.

Leviticus 20-1-8, also 19-31
I Samuel 15-23, & II Kings 23-23&24 Verses   (over)

*Duh philosophy & channeling are two separate things!*

God Exposes Terry DeGeus' demons

March 9th

Today The Lord gave me three names, i believe there are in Terry. He's most likely has every demon from hell in him!! Well i know three of them now. The Lord calls them Tubal & Jezebel. third one starts with a A. that's not to be put in here for now, Lord won't let me write the name of. i have prayed the Lord would put me on a Yacht & then bring him soon. i will be ready for him. Thank you Lord Jesus. He will never threaten or hurt anyone again.

Don't you know the devil was a liar from the very beginning & a deceiver. He is known as the father of lies in God's word. He comes to persecute & intimidate, & kill & destroy. But my Lord has his number. & so do i!

The three names the Lord gave me like to make war.

Terry DeGeus

March 7th
Sunday P.m.

[illegible handwritten text]

10. Be in pain, & labour to bring forth, [illegible] Zion; like a woman in travail. Be now [illegible] thou [illegible] forth out of the city, & thou shalt dwell in the field, & thou shalt go even to Babylon; there shalt thou be delivered. There the Lord shall redeem thee from the hand of thine enemies.

[illegible handwritten paragraphs continue]

This afternoon Angie came, she needed to talk to me. When she came in the store later [illegible] the look on her face was enough to tell me things were not good with her. (Something I'd been able to tell for the last few months. We were both [illegible] to struggle to talk between the tears. Things were very bad with [illegible] Terry again. [illegible] maybe go back there. He's been threatening Angie, he's been talking about burning down her house. The last 2 nights she stayed at the [illegible] Inn. She has a friend who has a resort out of state.

He has offered her a job & will help her move. He is sending her a plane ticket to [illegible] look it all over. She feels like it's a door from the Lord (I agree). If she likes

LOG000158

July 13th

Theology class taken at a religious school

[illegible] with Wendy a few days, i am very troubled for her. She is taking a Theology class, that goes against the Lord's word. i have been in prayer over this, Living an [illegible] for her. The Lord spoke these words to my heart.

My people that are called by my name seek me with their mouth, but deny me with their heart.

How lame is that?

Colossians 1- 15 + 16, + 17

(15) Christ is the exact likeness of the unseen God. He existed before God made anything at all.

(16) Christ himself is the Creator who made everything in heaven & earth, the things we can see & can not see, the spirit world with the kings & kingdoms & its rulers, all were made by Christ, for his own use & glory.

(17) He was before all else began & it is his power that holds all together.

~~John~~ John 1 first Chapt.

June 1st
Psalms 52

*Dirty Deeds
Done Dirt
Cheap!*

You call yourself a hero, do you? You boast about this evil deed of yours a-gainst Hodes people. ② You are sharp as a tack in plotting your evil tricks. ③ How you love wickedness, far more than good! And lying more than truth! ④ You love to slander, you love to say anything that will do harm! O daughter with a lying tongue.

⑤ But God will strike you down & pull you from your home & drag you away from the land of the living. ⑥ The followers of God will see & be happen. They will watch in awe. Then they will laugh & say, ⑦

⑦ See what happens to those who despise God & trust in their wealth, & become more bold in their wickedness.

I am afraid for her, I have written to her about the Lords word on this.

If you not be able to help her if she brings trouble on herself. She will have to get out of it herself.

The God will not let you interfere.

↑*no surprise there*!! ↖

Woman battering

June 30th

Again the Lord gave me these words.
II Corinthians 6-9

The world ignores us, but we are known to God; we live close to death, but here we are, still very much alive.

We have been injured but kept from death.

Thank you Lord for not letting these [...] be taken before their time.

[Several lines of illegible handwriting]

I hate Tony (Lord forgive me) [...] a stop to this [...] every [...] dinner night [...] there [...] spot on her [...] but a bruise [...] there on the [...] The Lord gave me a year ago. [...] [...] & [...] down & [...]

Please Lord don't let him do that to [...] Wake her up Lord before it's too late.

[Several lines illegible] Thank you Lord for [...] her & Alyssa.

LOG000161

The End "signs"
Time

(would's been)
(ending for)
20yrs
now!

Matthew 24
The Signs of Jesus return :"

(1) There was a great slaughter of babies at the time of Moses birth. Pharaoh ordered all the male babies killed or thrown in the river. (The Hebrew children were being held in bondage in Egypt & praying for a deliverance.

(2) King Herod, ordered all the male babies to be killed at the time of Jesus birth.

(3) And again in our time we are witness to the killing of ~~thousands~~ of babies here in America.

Matthew 24 32 & 33

(32) Now learn a parable of the fig tree; When his branch is yet tender, & putteth forth leaves, ye know that summer is nigh:

(33) So likewise ye, when ye shall see all these things, know that it is near, even at the doors.

When you see bread $1.00 a loaf.
Current 1/8 some
(Bread is over /8 $3.00 a loaf per type.)

LOG000162

*Instructions for casting out demons!* July 13th 1992

This morning i watched the Sally Jesse Raphael Show. Her guests were women with multiple personalities. One of the women had 160 personalities. After 30 years of therapy she was now down to 90. What an ordeal! She was in the process of suing the Christ she had gone to for help. He had tried to shout the devils out of her & ended up scaring her. I laughed, because i remembered when i tried to do the same thing. After a while the Holy Spirit (the teacher) taught me a better way through love & patience.

The Lord pushed me into this years ago. Because i did not want any part of anyone or anything that had to do with spirits or devils. So the Holy Spirit had to take a different route with me. He spoke to me through Isaiah 58:6 —

Is not this the fast that i have chosen? to loose the bands of wickedness, to undo the heavy burdens, & to let the oppressed go free, and that you break every yoke (Burden)? At the time i didn't know these words would be the start for delivering the Lords people. At first i tried casting them out & it was too tough. But remember i was going to do more or less. Then while praying one morning the Holy Spirit led me to this scripture in my Bible. Please read carefully. Isaiah 42 - 1 - 3 ...

# Astrology

Earlier this month Holly & I went with Alyssa & Angie shopping & then dinner at a little steak house. We had a nice time, but the day went to foot.

Angie had some books on Astrology in the car. She knows the Lord wants her to have nothing to do with anything associated with that.

Today I was praying to the Lord about Angie. When the Lord spoke this to me.

"My daughter" ... To the women who worship idols in their hearts, should I let them ask me anything? Tell them I the Lord will personally deal with anyone who worships idols & then comes to me & asks myself. For I will punish the minds & hearts of those who turn from me to such things.

The Lord is a gentle, loving & very patient dad, slow to anger & of great love & mercy. But there comes a day when we will answer for what we do, good or bad.

The Lord just gave me this verse. John 16:13. When the Holy Spirit, who is truth, comes, he shall guide you into all truth, for he will not be presenting his own ideas, but will be passing on to you what he has heard. He will tell you about the future. Thank you my Lord Jesus.

LOG000164

Angie "experience near death" [illegible] "

i heard crying coming from Wendy & Angie's room. Angie was sitting up on her bed crying softly. i asked Angie what was the wrong that she should be crying. She looked at me with a sad little face and said "i don't want to [illegible] [illegible] i don't want to leave you mama."

"Angie you're not going anywhere!" "yes i am mama"! i started to get a sick feeling inside. i picked her up in my arms & carried her to the living room. She looked at me again and said to me, Mama i'm going now.

She had such a strange look on her face & her eyes were starting to look different. i told her, Angie you're not going anywhere & she collapsed in my arms. The only words that would come out of my mouth was "Jesus" i couldn't say anything else.

Her little body felt a little cold to the touch, but i remember starting to cry & pray at the same time. The next thing i remember was Angie jerking in my arms & looking at me.

Then she asked me "what's the matter mama"? "Nothing now Angie"!

Years later we talked about this again (Angie & i). She said the time i was praying & holding her, she was in a corner watching! I can't write this

LOG000165

Feb 6th 1993

I am so unhappy with my life just let me die already ok ?

I have been asking the Lord to take me home, for some days i am so weary & tired. But then i realize i can't go yet, there are so many people who need help [illegible] - [illegible] my beautiful children are there. [illegible] i cannot leave them Lord. Please put them in the place where you want them Lord, so i can go be with you.

Today i opened to this. Job 5: 25 & 26

(25) Thou shalt know also that thy seed shall be great, & thine offspring as the grass of the earth.

(26) Thou shalt come to thy grave in a full age, like as a shock of corn cometh in in his season.

" Thank you my Lord " Your word is hidden in my heart.

April 27th, 1992

**Suicidal thoughts**

} living to die!

Sometimes i want to live and at other times i don't, for i long to go and be with Jesus. How much happier for me than being here! But the fact is that i can be of more help to you by staying. But whatever happens to me, remember always to live as christians should.

II Corinthians 9-6-11

Michigan Bell company sent my ____. Really, they were in 2 days mail.

Bran found a flower box someone had discarded yesterday & brought it home. Tonight i will buy some potting soil & plant them in it.

The Lord is speaking to me again. "Remember this, if you give little, you will get little". A farmer who plants just a few seeds will get only a small crop, but if he plants much, he will reap much. Everyone must make up his own mind as to how much he should give. Don't force anyone to give more than he really wants to, for cheerful givers are the ones God prizes. The Lord is able to make it up to you by giving you everything you need & more, so that there will not only be enough for your own needs, but plenty left over to give joyfully to others.

Give children, with no strings attached.

LOG000167

Thi May 4th

# Abortion

you cannot turn the radio or
TV on without hearing the a discussion
on abortion. This A.M. i have been
in prayer & the Lord spoke this to me.

Psalm 71 - 5 -

5. For thou art my hope O Lord God
Thou art my trust from my youth.

6. By thee have i been holden up
from the womb. Thou art he that
took me out of my mothers bowels:
My praise shall be continually of
thee.

7. i am a wonder to many, but thou
art my strong refuge.

i pray for an answer on this
which seems to be on the
minds of America.

Suffer the little children to come
unto me, for of such is the kingdom
of heaven.

Just think of all the little babies
heaven is made up of.

Exodus 20 - 13
Thou shalt not kill

LOG000168

Matthew 10:37, 38, 39

If you love your father and mother more than you love me; you are not worthy of being mine. Or if you love your son or daughter more than me; you are not worthy of being mine.

38. If you refuse to take up your cross & follow me, you are not worthy of being mine.

39. If you cling to your life, you will lose it; but if you give it up for me, you will save it.

i cried many tears over these words. But once i turned it around & put the Lord first in my life, then the children everything started to fall in place. Some day soon they will understand i had to let go & turn them over to the Lord. They need him more than they need me. If we put him first everything else falls in place & we can have it all, without the fight & the tears.

The Lord is so patient, gentle & loving, all the qualities he wants us to have.

Is it in place yet?
Another "Christian" sacrificing their Children for God's sake.

Hope you are happy now.

LOG000169

Feb 6th. 1993

There been a real distance be-
tween Angie & myself. Even Holly
to some degree. These verses say it well)
II Corinthians 6-12

(12) Any coldness still between us is not
because of any lack of love on my part,
but because your love is too small and
does not reach out to me and draw
me in.

(15) And how can a Christian be a friend
with one who doesn't believe?

That's right Gods #1, Who gives a shit about the kids!

(16) And what union can there be between
God's temple & idols? For you are God's
temple, the home of the living God, and
God has said of you, "I will live in them
and walk among them, & I will be their
God & they shall be my people."

(17) (8) That is why the Lord has said, "Leave
them; separate yourselves from them; don't
touch their filthy things, & I will welcome
you & be a father to you, & you will
be my sons and daughters."

Differences in personal belief is as
unacceptable as..... yeah your children
are filthy things because they have
a mind of their own & use it!

*Dad's replacement*

The Lord gave me these words, about most of the night praying.

"Consider your wage"...

...as I was praying for one of the girls,

All week they... of their lolly, very troubled in love.

This is so hard for me, I can not stand it when my children hurt.

Lord, I know they don't want me to mention you & the Bible to them. What do I do. If they would read there bibles it wouldn't need to say anything to them. Sometimes I am so weary of it all. But I hang on until the day comes when they need you, not me. I am tired today.

You are the Father they have always needed, I hope they realize it soon & what the Lord's prayer really means, Our Father which art in Heaven.

LOG000171

*[handwritten note, upper left]* what is new day? the 5th

# Prejudicial Suspicions

A man came into my store today, he's been in here for a while now. There is something about him that is not right. i have been fine all day, but now i am starting to be sick, wavering heat & a churning tummy. i keep praying it is getting better. This man has brought his things up to the counter, again i am hit with this sick feeling, i feel like i am close to fainting, my knees are so weak. i am trying to take his money & pray under my breath. The Lord just gave me a word revelation. i do wonder, some of the articles he bought were from... he was checking out the diseases earlier. i rang up his purchases & he is gone now. i am so weak, & sitting down. My God must be feeling the same way i am to give me that word. The Lord says in Romans..., they are defiled, or know that they are an abomination, those who work evil one with the other & are under a curse.

LOG000172

They was sitting at the table eating breakfast, when she stopped & said to me. "Mama, do you remember when Jesus took me down the basement steps?"

"O honey, tell me all about what happened to you." "Oh okay sissy, Jesus took me down the basement steps & my feet were moving all the time, but never touched the steps." Under my breath, i thanked the Lord for holding her up!

Psalms 91, 11 & 12

(11) For he shall give his angels charge over thee, to keep thee in all thy ways.

(12) They shall bear thee up in their hands, lest thou dash thy foot against a stone. "Thank you my Lord Jesus," i love your Word.

They was in kindergarten when this happened. She came home from school to tell me "Jesus did it again." What did he do, baby? i was on the top monkey bar "mama" & i fell & Jesus caught me & set me right on the bar. "i looked around mama but there was no one there." Later she said she felt a hand setting her down on the bar.

Matthew 18-3

(3) Unless you turn to God from your sins and become as little children, you will never get into the kingdom of Heaven!

LOG000173

The children call Jamie the dreamer, ... She was always dream-... would tell the children her dreams. ... When Jamie was very ... she would sing herself to sleep at night. She ... the Lord ... to tell people about Jesus. Sometimes when we'd finished praying together, Jamie would still be on her knees praying. I asked her one time, "Jamie are you sleeping?" ... was on her little face, ... she looked up at me ... had me pray a long time ...

LOG000174

Feb-16-2005 03:35pm From-KEITH GOODY, ATTORNEY AT LAW 3078839156 T-308 P.022/023 F-400

Jamie

[illegible] about Jamie, i saw [illegible] staircase & Jamie was [illegible] down the staircase, [illegible]! She was dressed in a [illegible] blouse & [illegible] skirt, & right behind her was her little girl Heather, dressed [illegible] like her, & walking the same way!

"The children are so much like us" their personality's are formed so young. By the age of two, [illegible]? they act [illegible] ways! We can learn a lot from a child.

Jamie was always a serious but a easy going little girl. i remember when her teacher talked to the class on keeping America beautiful, by not littering. For a long time after hearing this Jamie would [illegible] home all [illegible] of litter it bothered her to see litter anywhere!!

Jamie has a huge [illegible] & so does Heather. When you look at Heather you see Jamie when she was Heather's age!

One of ~~Jamie~~ the boys in Jamie's class at school, would tease her, until she would come home from school in tears. So we prayed & asked Jesus to take care of this boy! The bus driver kicked him off the bus...

LOG000175

April 23rd 1992

I dreamed again about Jamie Sh[illegible] telling me in the dream she had more surgery). Then the scene changed & i saw a circumcision being performed. The nose looked like a Jew. It may be a joke.

plastic

"What does this mean Lord? if the dream is of the Lord i will remember."

"The Lord just reminded me of this word." Romans 2 - 28 + 29.

(28) For he is not a Jew, which is one outwardly; neither is that circumcision, which is outward in the flesh:

(29) But he is a Jew, which is one inwardly; and circumcision is that of the heart, in the spirit, and not in the letter; whose praise is not of men, but of God.

1 Corinthians 13 - 1 - 13

| Date: MONDAY 2-28-05 | Time: SEE BELOW | Client: ANGELA JOHNSON |
| --- | --- | --- |

**Out of Court services:**   .1   .2   .3   .4   .5   .6   .7   .8   .9   1.0

☐ Telephone conference:   ☐ client   ☐ family member   ☐ co-defendant counsel
☐ Court   ☐ case agent   ☐ pre-trial officer   ☐ probation officer   ☐ other

Notes: _____

_____

☐ Conference with _____
At   ☐ office   ☐ CCA   ☐ Marshal's office   ☐ AUSA atty office

☐ Obtain and review records of _____

☐ Research and draft: _____

☐ Travel time (total over 1 hr) _____   ☐ Other _____

**In Court time:**   ☐ Arraignment / Plea   ☐ Bail / Detention   ☐ Motion hearing
☐ Trial   ☐ Sentencing   ☐ Revocation

**Expenses:**   ☐ Long distance to _____
☐ collect call from _____   ☐ photocopies _____
☐ fax to _____   ☐ Parking _____
☐ postage _____   ☒ Mileage _____ 8 _____

CCA (86 mi)   Fed Crt (15 mi)

1:50pm – 3:27pm Drove to Bill Logan's office, visited w/ Dr. Logan (1¼ hrs) + returned to office (8 mi)

4:10pm – 4:23pm Called Al Willett, Gordon Gratias, + L/M for CJ Williams

4:38pm – 4:46pm Tel. conv. w/ CJ Williams re: mental health supp, + plea proposal.

5:45pm – 6:05pm Tel. conv. w/ Dean Stowers

LOG000177   MON05005455

| | |
|---|---|
| *Licensed in MO & KS | ‡Licensed in IL & Federal Court only |
| †Licensed in MO & CA | All others licensed in Missouri only |

March 14, 2005

Dr. William Logan
428 W. 42nd St.
Kansas City, MO  64111-3176

> RE: **United States v. Angela Johnson**
> **Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Logan:

Although we had high hopes, plea negotiations with the Department of Justice have broken down, a decision made in Washington, not locally. Accordingly, trial will begin on April 11th, with the penalty phase likely to start during the first or second week in June. Would you please send me any conflict dates that you have between May 31st and June 24th so that we can plan your testimony accordingly.

I'll be back with you shortly to discuss more specifics regarding the mitigation phase and your areas of testimony.

Thank you, Dr. Logan.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc: Dean Stowers
    Al Willett

2500 Holmes, Kansas City, MO 64108-2743 • www@mctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

4/12/05 Bill Logan -

No report — ok.

Findings —
Trial
Martell

Logan has had experience w/ Martell. Martell wrote report — he came up w/ 6 diff theories of why the guy had no basis for his mental illness — not like his report. Not trust as far you can throw. Damaging. yr. before last — 2003. Slick appearance. Notebook — he opens & is very rehearsed. Very smooth.

Gelbort — Neuropsych — Dx NOS. Logan is no where near Cannon. Much harder to back up — Not part of what Logan did. O/N/F I can find symptoms. Risks outweigh benefit? Neutral on questions.

Martell will want to see test.

Eng would love to have prse.
Listen to that for couple days — not good a

Case 3:09-cv-03064-MWB-LTS    Document 2843    Filed 06/23/11    Page 79 of 100

LOG000179

Angie –

Notes
letter

Contact w/ her is bimodal.
Saw her in 2001 couple times –
wrote up notes on this. Get to know
her. She was being held on suicide
watch.

Notes

3 yrs later 2004 – saw her again.
* Needs to write up notes. History
of childhood abuse – chaotic
circumstances. Impact of that
in terms of adult functioning –
w/ stress person will develope
depressive episodes → Not sure
of relevance to crime.

Major thrust – recitation of life
events & talk about abandonment –
bizarre religious events, KS, etc

Paving way for helping jury
understand why she might not
be the most functional adult.
Developing relationship with own
daughters.

Martell? – report (when)

LOG000180

Report - deceptive - like a decoy
report on his actual opinions.
Sneaky. Learned @ his master's
feet - Dietz.

He was indicted - but they let him
walk. He said he "misremembered."

they knock the underpinnings out
of diagnosis.

Diagnosis — Axis I Major Depression
partial remission on meds
on meds?

Axis II - Substance abuse
Axis I - PTSD - not all required
criteria (she has nightmares)

how can you twist.
event itself can cause - but
many events in her life could
cause this - greater events can
cause brain problems. (emotional
regulation)

(Gilbert - uneven development
from start -

LOG000181

underlying borderline pers. disorder.
Have very impulsive behavior
extreme emotional volitility.
Part of spectrum – affective
disorder – some bipolar II.

Clusters of these symptoms.

ASPD → no conduct disorder.

Conservative diagnosis – depression
most obvious – social inappropriateness
immaturity –

※ How would Angie end up being
involved w/ Dustin and not be
able to extricate herself from this
series of terrible events. Death Lorie, Greg

Status of Dustin proffer

tricky – how do you answer

LOG000182

Prosecution theory –

he has never talked to her
about crime, Conviction –

need to identify w/ aggressor
immaturity
learned helplessness, thrill seeking
→ need to schedule group
expert Mtgs

"I didn't know what to do"

No background to get out of a crisis.
Gone from one to another her whole
life.

* Borderline – abuse by DeGeus +
love of life. No way to integrate good
+ bad characteristics. C/n leave because
of bad. Gets trapped in relationship.
Sees that people can be good + bad
but c/n blend + make decision.
Each day born anew. Not a belbort
thing – his testing c/n show
this.

LOG000183

Characterologically - She C/n do this.
Deals w/ person she wants to see.

ACDC - Make a

---> Send Baubitz info. ≠ Smith.

---> Talk to her - again, close to
sentencing as possible. More of
this stuff will come out.

(thrill seeker) - Sturgis
thug want a be
got to playing around with
a real thug -

Hard to speculate on how she
got herself into this position.
Dustin's Story? Read + talk to her.
"I dreamed it would involve kids -
naive - never thought it would go
that far. Stupid. Afraid."

McKeese - review -

Her behavior - typical of girls
who get sexually abused - drugs -
stimulation - whatever you can

Case 3:09-cv-03064-MWB-LTS   Document 283-3   Filed 06/23/11   Page 84 of 100
LOG000184

Can't see bad consequences –

What was it that made her trust
McNeese & Bobby? Antisocial – Con
Men –

LOG000185

4/13/05 Logan

told trial on.
told re: proffer in PP.

thinks if Martell ~~notes~~ has
Gelbort notes then we need
Gelbort for rebuttal.

doing notes now on 2nd visit.
not sure how strong it will be.

Martell likely to say anything.

Needs Tower of London test.
Reliability.

he (Martell) can't refute historical
data.

diagnosis now clearer — PTSD as a child
who w/n/h. History of nightmares
after Dillow killed her rabbit.
d/n/r sexual abuse — she blocks
stuff out.

As result of PTSD she has a
damaged nervous system — because
of this she d/n learn adequate

Case 3:09-cv-03064-MWB-LTS   Document 283-3   Filed 06/23/11   Page 86 of 100
LOG000186

coping skills & predisposed to Bipolar II disorder – w/ hypomanic & depressive episodes.

flirtatious behavior is really manic behavior.

Re: Cookie & Jim giving X-mas presents @ hotel instead – Angie thinks she dropped out.

Mother religious fanatic – psychotic at times + abusive.

Forest City records – 1977 – stomach problems – 1st suicide.

I must have his other documents.

✳ He needs County jail records.

he can come on May 6th & 7th

Knows Martell will come in there & categorize this all as "just religion".

Need Gelbort or (Hutchinson (no)) to rebut.

Case 3:09-cv-03064-MWB-LTS   Document 284-3   Filed 06/23/11   Page 87 of 100

LOG000187

Pat has never given him anything other than newspaper articles — no discovery.

\* Send discovery to Logan
jail records ←
Logan interviewed folks in 2001 —

— Wendy
— James Jeffrey Johnson (dad)

\$ — ?

@ end of January — Sent bill for \$ 2847.55. Paid bill of 6,000 — Approved for 35,000. ⁻

has \$ 15,000. ⁻ 16,000. o left.

things will get out of hand quickly.

will do bill @ end of April + see what's left. Or after Mason City.

Blow up small things in penalty phase to that she was a killer for

Case 3:09-cv-03064-MWB-LTS    Document 284-3    Filed 06/23/11    Page 88 of 100
LOG000188

No fights in jail. Seroquel really helps — better living thru Chemistry.

LOG000189



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

**USA&M**
United States Arbitration & Mediation
Midwest, Incorporated

Mary Cody

4/13/05
5:05p — 5:40p

Cunningham → David *
Bathsheba
Story

Logan → PTSD diagnosis
in childhood.

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Sent them the Indictments.

Logans doesn't like Mantel —
wrote a report then testified
differently in 2003.

Very rehearsed, has a notebook

Angie very weak cogn the disorder stuff.

Logans has not discussed the entire

Battered Woman — she has
need to ID w/ a powerful
person.
She's immature, Austin

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

LOG000191



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

exciting for her.

Can't leave DeGeus

Can't blend the good & bad
together in a man +
weigh them — and get out!

Depression — most obvious.

Angie — never has been able to
get out of a crisis. Goes from
one to the other.

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

LOG000192

# LOGAN & PETERSON, PC

FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

▢ 428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:　　　(816) 842-9980

▢ 231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 238-4914
FAX:　　　(314) 236-4990

I.　　Summary of Billing Information - Dr. Logan
　　　Re:　Angela Johnson

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

> Pat Berrigan indicated by telephone on 11/11/02 that $25,000 had been budgeted for my services.

Bill for $5,909.50 for services between 12/18/00 and 7/20/01 was sent on 7/20/01.

Payment of $5,909.50 was received on 2/18/03.

Additional bill for $2,847.55 for services between 11/17/04 and 1/26/05 was sent on 1/27/05. Thus far no payment has been received as of 4/14/05.

Total billed:

| | |
|---|---|
| 7/20/01 | $ 5,909.50 |
| 1/27/05 | 2,847.55 |
| 4/14/05 | 2,081.25 |
| | $10,838.30 |
| Amount remaining | $25,000.00 |
| | -$10,838.30 |
| | $14,161.70 (amount of authorization remaining) |

II.　　Documents sent by Dr. Logan

A.　　Originally sent to Mr. Berrigan and Mr. Willett - See Memo dated 7/20/01 -

> Interview notes with Angela Johnson on 1/19/01 and 6/21/01.

> Synopsis of Offense (from newspaper accounts received in 2000)

Case 3:09-cv-03064-MWB-LTS　　Document 284-3　　Filed 06/23/11　　Page 93 of 100

LOG000193

> Summary of collateral interviews done by investigator with Wendy Jean Jacobson and James Jeffrey Johnson.

> List of Potential Sources of helpful information derived from interviews with Angela Johnson.

These documents were later sent to Mary Goody as well.   (date unknown)

B.  Memo faxed to Captain Brian Gardner on 1/29/01 and mailed on 1/22/01 concerning regarding need for continued suicide precautions (2 pages).  This memo can also be found Ms. Johnson's Linn County Jail Medical records.

C.  Documents sent to Mary Goody on 4/14/05.

> Interview notes from 1/26/05 examination of A. Johnson

> List of documents received to date (4/14/05)

> List of documents sent to others (as of 4/14/05)

> Records not seen by Dr. Logan (as of 4/14/05)


III.  Angela Johnson – Records received by Dr. Logan
      as of April 14, 2005

| Date Received | Item |
| --- | --- |
| 11/27/00-Mr. Berrigan | > Letter dated 11/22/00 from Mr. Berrigan. |
| ? – 2000-Mr. Willett | > Letter dated 12/6/00 from Mr. Willett |
| 2000 Mr. Berrigan | > 19 pages of newspaper articles |
| 2000 " " | > Interview report in re: Angela Jane Johnson on 8/26/00, 3 pages (author unknown) |
| 2000 " " | > Interview report James Jeffrey Johnson on 11/3/00, 2 pages, (author unknown) |
| 2000 " " | > Interview report Wendy Jean Jacobson on 11/2/00, 3 pages, author unknown. |
| 2000 " " | > Sections of U.S. Code: Title 18, Sections 1111, 17, 4241, 4242, 4247, 3591, 3592, 3593, 3594, List of mitigators and aggravators. |

Logan Interviews

| 1/19/01 | 2.25 hrs. | Angela Johnson Linn County Jail Cedar Rapids, IA |
| 6/21/01 | 3.00 hrs. | "    "    "    "    "    " |

| Date Received | Source | Item |
|---|---|---|
| 7/19/02 | Mary Goody<br>Cover letter 7/15/02 | Angela Johnson's Linn County Medical Records, 11/2000–6/2002 |
| 11/29/04<br>hand delivered<br>to office | Mr. Berrigan<br>Cover letter 11/26/04 | > Chronology by M. Goody dated 1/18/02.<br>> Appendix to Motion to change venue Vol. 2 with attached newspaper articles<br>> Newspaper accounts of Mr. Honken's trial from the Mason City Globe-Gazette and the Sioux City Journal |

Logan interview of Angela Johnson on 1/26/05 3.5 hours Eldora, Iowa

| 2/10/05 | Mary C. Goody<br>via Pat Berrigan | Angela Johnson chronology Dated 3/24/03 |
| 2/21/05 | Pat Berrigan,<br>cover letter<br>2/17/05 | > Interviews conducted by Mary C. Goody & Pat Berrigan during the week of 2/7/05<br>> Letter from Mr. Berrigan to C.J. Williams, AUSA and Mr. Thomas H. Miller, Assistant Attorney General dated 2/17/05, (2 pages) |

LOG000195

| Date Received | Source | Item |
|---|---|---|
| 2/21/05 | Mr. Berrigan | - Holly Dirksen  2/9/05<br>- Dave Neiman 2/8/05<br>- Carol Mann 2/9/05<br>- Jim and Shelly Johnson<br>    2/8/05<br>- Mark and Wendy Johnson<br>    2/7/05 |
| 2/24/05 | Mr. Berrigan<br>cover ltr 2/22/05 | Letters written by Pearl Jean Johnson obtained from Wendy Johnson with Wendy's comments in the margin. |
| 2/28/05 | Meeting with Mr. Berrigan at my office in Kansas City, Missouri. | |
| 4/12-13/05 | Telephone conference with Mary C. Goody on 4/12/05 with follow up on 4/13/03. | |
| 4/14/05 delivered by UPS | Dean Stowers cover letter, dated 4/13/05 | Subpoenas with accompanying records from the following-<br>> Mason City Police Dept.<br>> Linn County Jail |

IV.  Sources of Information that Dr. Logan has not seen or received as of 4/14/05 -

A.  No Indictment or Discovery (only newspaper accounts)

LOGO000196

B.    From Chronology dated 3/24/03 (page numbers reference chronology)

1.   Vital records (p. 1,22,23)

2.   Pearl Jean Johnson interviews (p. 1,7,9,12,15,18,37)

3.   S.S.A.
     (p.1,2,3,4,5,7,11,12,14,15,16,17,18,20,21,23,28,
     29,31,32,33,36,39,40,42,45,47,49,53,56,60)

4.   Eau Claire County Clerk of Court(p.2,4,5,6,13,15,
     18,24,28,33,35,37)

5.   Memorial Hospital of Burlington (p. 2-3)

6.   Mercy Medical center (p.4,10,12,44,57)

7.   Cookie Johnson Interview (p.4,5,6,9,11,12,13,15)

8.   Mason City Schools (p.8)

9.   Carol Mann Interviews (p.8,10,11,19,21)

10.  Univ. of Iowa Hospital (p. 8,15,19,22,23)

11.  Meservey-Thorton Schools (p.8,12)

12.  Jimmy Johnson Interview (p.8,9,30,34,62)

13.  Holly Dirksen Interview p. 8,15,30,31,33,34,37,48,55)

14.  Wendy Jacobson Correspondence (p. 10,18,37)

15.  Chanute Public Schools (p.10)

16.  Forest City Schools (p.13,15,16,17)

17.  Dave Nieman Interview (p. 13,22,24,29,31,32,46,55,62)

18.  Forest City Medical Center-
     (p.13,14,15,16,18,19,20,23,26,27,29,34,35,38,57)

19.  North Iowa Community School District (p.15)

20.  Mental Health Center of North Iowa (p.17)

21.  Winnebago Industries (p.18,20,24,25,26,27,28)

22.  Winnebago County Clerk of Court (p.19)

23.  E.J. Hunt Interview (p. 19)

24.  Winnebago Co. Dist. Ct.
     (p.20,21,29,30,31,33,34,38,39,40,45,47,48,49,52,53,54,
     55,56,57,61)

25.  Alyssa Johnson Interview (p.23,39,40,41,43,46,47,48)

26.  Koenen Chiropractic Clinic (p.24,25,26,27,28)

27.  Defendant's letters to Alyssa (p.30,37,38,57)

LOG000197

28. Iowa Mercy Health Center (p.33)

29. Mason City Police Department (p.34,36,48)

30. Mason City Magistrate Court (p.34,35,36,47,48,56,57)

31. North Iowa Mercy health Center (p.36,45,46,49)

32. Ventura Community schools (p. 39-40)

33. Cerro Gordo Co. Sheriff's Office (p.40)

34. Des Moines register (p.40,41)

35. Waterloo Courier (p.40,41)

36. Clear Lake Police Department (p.40,41,42,45,47,52,56)

37. Indictment (p.43,44)

38. Defendant letters to Dustin Honken (p.44,58,59)

39. Discovery (p.44,57)

40. Regency Center Family Clinic (p.45-46)

41. EduCare Center Family Clinic (p.47)

42. Community Credit Corp-Discovery (p.48-49)

43. Mercy Health Center (p.49)

44. * Mental Health Center of North Iowa (p. 50,51,52)

45. Iowa DHS (.54)

46. George Barlas Interview (p.56)

47. Garner High School (p.57)

48. Mason City Clinic (p.57)

49. Suppression Hearing (p.57,59)

50. Defendant letter to Jim Johnson (p.58)

51. Defendant letter to Wendy Jacobson (p.58,59)

52. Defendant letter to Alyssa Johnson (p.58,59)

53. West Mesquite High School (p. 59,60)

54. Garner-Hayfield Comm. Schools (p.59,60)

55. Defendant letter to Jamie Jo Hays (p.59)

56. Linn County Correctional Center Disciplinary records (p.60,61)

57. SSDI


C.  **No Correctional Mental Health or Disciplinary Records After 5/31/02**

Case 3:09-cv-03064-MWB-LTS     Document 284-3     Filed 06/23/11     Page 99 of 100
LOG000199

# LOGAN & PETERSON, PC

FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

❑ 428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:    (816) 842-9980

❑ 231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:    (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## MEMORANDUM

**TO:**    Mary C. Goody

**FROM:**    William S. Logan, MD

**DATE:**    4/14/05

**SUBJECT: ANGELA JOHNSON**

I am sending you the following items –

### 2001

- Interview notes with Angela Johnson in January and June 2001.
- Cover memo to Mr. Berrigan
- List of Potential sources of information
- Summary of Investigators interviews with Wendy Jacobson and James Johnson.
- Summary of Information from newspaper accounts.
- Letter to Linn County Jail.

### 2004

- Interview Notes with Angela Johnson on 1/26/05.
- Summary of billings to date.
- List of documents sent by me.
- List of documents/information sent to me.
- List of information/documents that I have not seen or received.

Please contact me if there are questions.

Sincerely,

*William S. Logan, M.D.*

William S. Logan, MD

LOG000200