Memo

To  Mary C. Goody
     Fax:
From: William S. Logan, M.D
Date: 4/14/05
Subject: Angela Johnson

I am sending you the following items

2001
> Interview Notes with Angela Johnson in Jan & June 2001
> Cover memo to Mr Berrigan
> List of potential sources of information
> Summary of investigators interviews with
   Wendy Jackson and James Johnson
> Summary of information from Newspaper accounts
> Letter to Linn County Jail.

2004
> Interview notes with A. Johnson on 4/26/05
> Summary of billing to date
> List of documents sent by me
> List of document/information sent to me.
> List of information/document that I have
   not seen or received.

Please contact me if there are questions
Sincerely, WSL.

Case 3:09-cv-03064-MWB-LTS   Document 284   Filed 06/23/11   Page 1 of 100
LOG000201

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

❏ **428 WEST 42ND STREET**
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:　　　(816) 842-9980

❏ **231 S. BEMISTON**
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:　　　(314) 236-4990

**3600 BURLINGAME, SUITE 1A**
TOPEKA, KANSAS 66611

## MEMORANDUM

**TO:**　　Mary C. Goody

**FROM:**　William S. Logan, MD

**DATE:**　4/14/05

**SUBJECT: ANGELA JOHNSON**

I am sending you the following items –

<u>2001</u>

> ➤ Interview notes with Angela Johnson in January and June 2001.
> ➤ Cover memo to Mr. Berrigan
> ➤ List of Potential sources of information
> ➤ Summary of Investigators interviews with Wendy Jacobson and James Johnson.
> ➤ Summary of Information from newspaper accounts.
> ➤ Letter to Linn County Jail.

<u>2004</u>

> ➤ Interview Notes with Angela Johnson on 1/26/05.
> ➤ Summary of billings to date.
> ➤ List of documents sent by me.
> ➤ List of documents/information sent to me.
> ➤ List of information/documents that I have not seen or received.

Please contact me if there are questions.

Sincerely,

*William S. Logan, M.D.*

William S. Logan, MD

Case 3:09-cv-03064-MWB-LTS　　Document 28-24　　Filed 06/23/11　　Page 2 of 100

LOG000202

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD



☐ **228 WEST 4TH STREET**
**KANSAS CITY, MISSOURI 64105**
**TELEPHONE: (816) 842-2500**
**FAX:        (816) 842-9980**

*To: Mary Goody*

*From: William S Logan, MD*

### MEMORANDUM

**TO:**        Pat Berrigan & Al Willett

**FROM:**      William S. Logan, MD

**DATE:**      7/20/01

**RE:**        ANGELA JOHNSON

I am forwarding my notes from the interviews I did with Ms. Johnson in January and June 2001, as well as the current bill.

At this point I have a collection of newspaper articles and three interviews with Angela, her sister Wendy, and her younger brother Jim. I have included a list of individuals and other records which could be the source of useful collateral information.

Please let me know if I should try to coordinate with Ray Cornell and/or Mary Goody to obtain information for a report to be considered at sentencing.

To this point I have not discussed any details of the offense with Ms. Johnson. With a proposed January 2002 trial I do not want to try to obtain collateral interviews and records a the last minute.

Please advise.

Thanks,

WSL

William S. Logan, MD

LOG000205

# LOGAN & PETERSON, PC
### FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S, LOGAN, MD
## STEPHEN E. PETERSON, MD

◻ 228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:　　　(816) 842-9980

◻ 7733 FORSYTH BLVD, SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:　　　(314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## INTERVIEW NOTES:

### ANGELA JOHNSON

Dob:　1/17/64
Age:　37
SSN:　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

Dates of Interviews:

　　1/19/01　　2.25 hours
　　6/21/01　　3.00 hours

## SOCIAL HISTORY:

A.　Early Childhood History

Ms. Johnson was born in Burlington, Wisconsin. She was a breech birth. → *prolonged labor (Luau that?)*
She did not require oxygen. Her mother also was a breech birth, as was
her daughter, Allyaa.

Ms. Johnson's early childhood development was normal. She had the
usual childhood illnesses. She denied any head injuries or unusual
childhood habits. Her mother has told her she was an outgoing child.

Ms. Johnson's parents divorced when she was four years old. She
attributed this to her mother's "religious disorder." She described
that her mother was a Pentecostal who was in love with God. Her mother　*psychosis*
would rebuke Satan. Her mother would beat her back with a belt. She
received more beatings than her siblings as she would take the blame
for anything. Her mother would have the children line up for beatings.
Her mother would beat her more because she wouldn't cry. She described
they were beaten for lying, tussling, breaking things or complaining.

LOG000204

Re:  Angela Johnson
Interview Notes
Page 2

Her father divorced her mother.  Sometimes he also was religious, but
not as much so as her mother.  After the divorce she would spend two
weeks during the summer with her father in Wisconsin.

Ms. Johnson's father worked for Uniroyal.  Her mother did not work but
read the Bible a lot and did Bible studies.  Her mother would not allow
them to watch TV or listen to the radio.  Ms. Johnson believed her
peers thought they were the "freaks of the town."  Her dresses came
from Goodwill.  Later she saved money from babysitting jobs to buy her
own clothes.  Her mother continued to beat her until she was in the
fifth grade.

As a child Ms. Johnson lived in Mason City, Iowa.  Her mother then
moved the family to Colorado near Pueblo for about a year.  Ms.
Johnson's maternal grandfather lived in Pueblo.  She did not know him
well.  She described her maternal grandmother Jensen as a "a real fruit
cake."  Her grandmother was odd and very Pentecostal.  She believed she
was a prophetess.  Her mother and grandmother would conduct healing
services.  Her mother could not make a living.  Her mother would tell
them they were poor, but were "right with the Lord."  Her mother would
move around because of religious messages from God.

*psychosis*

Ms. Johnson has few memories from the time she lived in Mason City as
she had tried to "block out" her childhood.

She described that school was hard for her because of the difficulties
at home.  She often didn't want to go home because of the "off the
wall" things her mother did.  Her mother would tell them they were
going to hell and to pray for forgiveness.

1/d - red flag
(any info provided?)

After they moved back to Iowa her grandparents moved in with them.  She
recalled on one occasion they put a dove in a cage.  They did an
exorcism on her for three days to drive all her demons into the dove.
They then let the dove go and threw away all of the children's toys.

Although her siblings also thought their mother was weird, they did not
talk about it as they had an understanding.  They were dependent on

Case 3:09-cv-03064-MWB-LTS    Document 284    Filed 06/23/11    Page 5 of 100
LOG000205

Re:  Angela Johnson
Interview Notes
Page 3

their mother for whatever they had.  Her mother took Ms. Johnson
several places to have preachers pray for her.  Ms. Johnson never
talked at school, and never talked about her home situation to anybody.

Ms. Johnson's siblings by her father are Wendy, Jamie, and Jim.  She
was the second oldest.  She has a younger sister by a different father
named Holly.

After staying in Mason City, Iowa with her grandparents for a year,
they moved to Thornton, Iowa.  It was at this point her mother stopped
letting them watch TV.  Her mother began seeing Bob Claus, her sister
Holly's father.  He was married to someone else and died in a motor
vehicle accident before Holly was born.

Her mother next took all the children to an orphanage in Kansas, run by
the Dillows.  Ms. Johnson described the orphanage was a terrible place
where there was a lot of abuse.  Her older sister Wendy was sexually
abused and has always been promiscuous as an adult.  The owner Mr. Ted
Dillow had a number of older men around.  Mr. Dillow once tried to
touch her sexually.  She told him if he tried it again she would come
back to the orphanage later and kill him.  She tried to protect her
little sister and brother.  She did not know what happened to her
mother.

She recalled Bobbie Dillow took them to a barn to let them play with
little rabbits.  He then took the rabbits by the ears, laid them on a
block of wood and smashed the rabbit's heads with a sledge hammer.  He
would then cut their middles and the rabbit's intestines would pour
out.  She recalled they would cry, and she later had nightmares about
this.  Bobbie and Ted would also take them to watch them cut the heads
off chickens, and have the headless chickens chase them around.  The
Dillow's also were physically abusive and used a lot of restraints on
the children or would confine them to a small area.

They were surprised when their mother returned with her friend Carol
Mann and took them back home to Thorton, Iowa.  Ms. Johnson believes

Case 3:09-cv-03064-MWB-LTS    Document 28-4    Filed 06/23/11    Page 6 of 100

LOGO000206

Re: Angela Johnson
Interview Notes
Page 4

the orphanage was church affiliated. Carol Mann also was very religious.

Ms. Johnson believes her mother had a nervous breakdown after Bob Claus' death. While she was at the Dillow's she attended a school in town.

The family next moved to Klemme, Iowa where her mother's friend Elsa Dirks lived. Ms. Dirks was not quite as "fanatical" about religion and her mother mellowed some. Ms. Johnson recalled they were very poor and lived on welfare. They stayed in Klemme for almost two years. She attended the third and fourth grades there and continued to do poorly in school.

The family then moved to Forrest City, Iowa the summer before her fifth grade year. She did not know the reason for the move. Ms. Johnson did not adjust well to the new school. She decided to quit being a victim. She would not let anyone pick on her. Instead she beat them up and would not back down. She made straight Fs. She did not recall being referred for any educational or mental health evaluation, or being placed in any special classes. She didn't care about school and would just sit in class. She was very athletic and loved gym. She felt like an outcast. She was never in Girl Scouts. Her mother would not let them celebrate the usual holidays like Halloween or Thanksgiving. They had Christmas, but there was no Santa Claus.

Ms. Johnson quit school in Forrest City in the ninth grade. Her mother didn't want her to quit but she had no interest in school. She began working in a restaurant run by her mother and a friend when she was 14 years old. Her mother was Laverne while Shirley was her girlfriend Maxine. Her situation improved. She recalled they had a TV by then.

Ms. Johnson described her mother is no longer as preoccupied with religion and is much mellower.

LOGO000207

Re: Angela Johnson
Interview Notes
Page 5

Ms. Johnson's parents were living in Wabash, Wisconsin when they divorced. After the divorce her mother moved to Mason City. Her father was not in her life much after the divorce.

Her paternal grandfather Johnson died before she was born. Her paternal grandmother Winnie Sund lives in LaCrosse, Wisconsin. She has a paternal Uncle Wayne Hopp who is married to Jane and lives in EauClair, Wisconsin. He has a daughter Heidi, who was recently married, and a son Christopher, who was killed in a motor vehicle accident when he was age 16 or 17 years old. Both Heidi and Christopher are younger than Ms. Johnson. Her paternal Aunt Winnie Baker has been married to six different men. Ms. Johnson was not close to her. Ms. Johnson is aware her father drinks alcohol, but is not aware if he has any mental health problems.

*genetic mental health problems* (handwritten margin note)

## ADOLESCENT AND ADULT HISTORY:

Mrs. Johnson was involved in the Pentecostal Church throughout her youth, but did not continue this in her adolescence. She continued to be disturbed about her previous exorcism and the focus on being possessed. The church also did nothing for fun.

During her adolescence she smoked a lot of pot with her boyfriend Steve Hugo. She married Mr. Hugo at age 16 to get away from home. In contrast to her own family, his family was nice to her. They were both too young, however. They were only married nine months, before they decided to divorce. They had no children.

Ms. Johnson next moved back home. She then obtained her own apartment in Forrest City.

Throughout her childhood and adolescence, Ms. Johnson was generally healthy. She denied any history of mental health treatment. During her early adolescence, she began drinking in bars. In addition to marijuana she experimented with acid and took speed in the form of white crosses. She described that she was happy on acid. Her only hallucinations were blurred lights, which she called "trailers." In

Case 3:09-cv-03064-MWB-LTS    Document 28-4    Filed 06/23/11    Page 8 of 100
LOG000208

Re: Angela Johnson
Interview Notes
Page 6

contrast white crosses made her feel shaky and she didn't like them. She also began smoking cigarettes, which was actually her favorite.

Ms. Johnson was very attached to her youngest sister Holly. She always took care of Holly, which she stated was her main priority. She noted that her mother never dated. She thought by her actions her mother did not like men by this point.

Ms. Johnson moved to Albert Lee, Minnesota at age 17. She worked at a refrigerator factory, making approximately $8.00 an hour. She continued this job for approximately 8 to 9 months until she was laid off. She would use some of her salary to give gifts to her younger sister, Holly.

Ms. Johnson next moved to Clear Lake, Iowa. There she obtained her own apartment and worked at a Pizza Hut for about a year. She did not engage in any significant dating.

Ms. Johnson next moved back in with her mother who was then living in Forrest City. She worked as a flag girl for a road construction company, a job she loved.

Then Mrs. Johnson's mother wanted to move to Colorado. She took her mother to live with her grandfather in Commerce City, Colorado, a suburb of Denver.

It was at this time she discovered she was pregnant with her first daughter, Alyssa. Alyssa's father is Arlin Johnson or AJ. She and AJ married on February 4, 1983. Alyssa was a breech birth, but was otherwise healthy. Ms. Johnson denied any post-partum depression.

*— ast AJ more re: preg w/Alyssa?*

AJ worked at Winnebago. Ms. Johnson described that they had a good relationship. She stated that AJ was a nice guy. He smoked marijuana heavily, however. She reduced her marijuana usage during her pregnancy with her daughter. She stated that she and AJ had a good relationship. She became somewhat tearful when she thought back on this. They were married for three years. They divorced because she had an affair. She

LOG000209

Re:  Angela Johnson
Interview Notes
Page 7

felt that AJ, a workaholic, was boring and selfish.  While he was a good provider, she felt he mainly did his own thing.  Since she was pregnant when they married, she wondered if he truly loved her.

Ms. Johnson had an affair with Kerby Thompson.  Kerby worked in road construction.  They never married but just partied together.  Kerby introduced her to cocaine.  During this time Ms. Johnson worked at a Perkins Restaurant in Clear Lake, Iowa.  Kerby continued to work in road construction and lived in Forrest City.  She continued to live in Clear Lake but eventually moved to Forrest City was Alyssa was three years old.  There she began dancing as a stripper about one weekend a month.  She would earn as much as $300 to $500.  She engaged in this activity as several of her girlfriends were doing this and she made a lot of money.  She would go to dances in Des Moines and Austin, Minnesota.  She described that she was a good, clean, dancer who never got off stage.  She did not drink while she did this.  Still she began using crank (methamphetamine) to stay awake.  Her dancing only involved working several days a month.  She loved doing it.

After she moved to Forrest City, she and Kerby leased a bar called "The Bullet".  It was open Wednesday through Saturday, from 3:00 pm until 2:00 am.  Her mother had returned from Colorado by this time and cared for Alyssa.  Alyssa was doing well at school.  Ms. Johnson attributed this to the fact that she showed Alyssa a lot of love.

After a couple of brief relationships with boyfriends, Ms. Johnson met Terry DeGeus around 1989.  She described that Terry was the love of her life for a long time.  He was married to Wendy, with whom he had a daughter Ashley who was the same age as Alyssa.  Terry wanted to leave his wife and get a place with her.

Ms. Johnson moved to Leland, just outside of Forrest City.  She quit working at the Bullet and lived off of her savings, plus government assistance.  Terry worked construction.  Ms. Johnson described that Terry was physically abusive and "beat me nearly to death."  He constantly suspected her of flirting with other men which she denied.  She stated instead she was very devoted to him.  She stated that she

LOG000210

Re:  Angela Johnson
Interview Notes
Page 8

still doesn't know why.  Although he never offered to marry her, he wanted to know where she was all the time.  He was even jealous of her relationship with other women.  After they had been together for nine months Terry punched her in the face, she fell to the ground.  She told him to leave and never come back, but he never left.  She described that the beatings became a regular thing.  She wouldn't let him live with her.  She believed Terry thought he had a right to hit her in the face.  They broke up several times, but Terry was persuasive and she loved him.  She described that he was good looking and made her feel good when he was not making her feel bad.  After the first beating she was bruised badly.  She did not recall if she received any treatment for her jaw.  She went to her girlfriend's house and then to her sister's condo.  AJ had Alyssa.  A friend Terry "Teo" Olgen, asked to borrow her Monte Carlo.  As they were riding in the Monte Carlo, they passed Terry who flew into a rage.  She tried to tell him they were just friends, but he punched her in the face.  She believed he may have knocked her out. The next thing she knew she was in a ditch.  She recalled fading in and out of consciousness.  The next morning when they were in the car together, he ripped the shirt off of her.

She believed that she may have had a concussion.  She wanted to get help but was afraid he would kill her.  Next the Chief of Police, Doug Wood, and another policeman pulled up by the side of their car.  They couldn't see her, but the chief asked if there was a problem.  Terry said it was just a lover's quarrel.  The police chief walked back to his car and left her there, as he drove away.  When the police left she began crying.  Ms. Johnson began to become tearful as she described that after the police left that Terry beat her more.  She was scared. She feared that he would kill her.  She did not seek medical help. Terry next took her to a store, as she had to get something.  When she went into the convenience store she had a bloody nose.  She told the girl at the convenience store to call "911".  She believed that Terry knew what she was doing.  At that point her friend Dave Nieman arrived at the store.  Dave saw her.  She said, "don't let Terry take me Dave." She then saw AJ coming down the road.  They flagged AJ down.  He took her to his house where she hid from Terry.  Although she was no longer going with AJ they were still friends.

LOG000211

Re: Angela Johnson
Interview Notes
Page 9

Afterwards she had nightmares of Terry beating her. He abused her in many different ways. She stated he also stalked her.

Ms. Johnson borrowed money from AJ and ran to Madison, Wisconsin. She did not ever seek treatment in the hospital. She worked at a Country Kitchen in Madison, Wisconsin and saved her money. Terry found out where she had gone and followed her. He begged her to forgive him. Ms. Johnson decided to reconcile with him, as she stated, "there was only one or two times that he had beaten her that bad." She came home to Leland, Iowa. She then moved to Forrest City. She stated during this time there were quite a few moves. She obtained a job at the Country Kitchen in Clear Lake, Iowa. She moved to Ventura, near Clear Lake. Terry DeGeus went to Florida with his parents.

Ms. Johnson and Terry went together until he as missing near the end of 1993. She stated that Terry DeGeus' body was recently found in a field. She stated that she did not know how she felt about him. She stated, "I loved him, plus he made it difficult." He would follow her and be there on nights when she would go out. She never filed an Order of Protective Custody, because she was afraid of the police and what Terry would do to her if she did so. He was arrested one time when she called the police so she could get out of town.

Ms. Johnson next met a boyfriend named Rodney while Terry was still in the "socking mode". She described that he was neat and cute. Rodney came in while she was working at the Country Kitchen one day and gave her his phone number. By this time Terry was seeing another girl. Rodney then called her. They were together for 2 ½ months  Rodney was married. When he left she hated to see him go. She was brokenhearted that he was married. She and Rodney were in a bar when Terry came in. She described it was not a good scene. The bouncers had to intervene and asked them to leave. She went to her home but Terry showed up. She had to call the police because Rodney wanted to fight him. After Rodney was out of the picture, Terry was even worse. He told her he found someone else, but he was still possessive of her. Gradually he came around less.

Case 3:09-cv-03064-MWB-LTS     Document 28-4     Filed 06/23/11     Page 12 of 100

LOG000212

Re: Angela Johnson
Interview Notes
Page 10

Ms. Johnson next went with Marty Cole. She also met him while working at the Country Kitchen. He was separated from his wife. She saw him secretly but still had thoughts about Rodney. She then found out that Marty was not separated from his wife. She got together with his wife Christi Cole. Marty then left and went to California. After this she didn't see anyone for a while.

Ms. Johnson met Dustin Honken through Brian and Terry DeGeus. She believed that Alyssa was nine years old. This would have been in 1992. Dustin knew that she was seeing Terry DeGeus, as she couldn't keep Terry a secret. Dustin traveled between Arizona, Mason City, and Clear Lake. He told her had a van company in Tucson, Arizona. He would come back to Iowa one or two times a month. Dustin was involved with Crank. Terry became involved with Dustin. She began to use crank because she was tired. She stated it made work a breeze and she didn't need as much sleep.

Dustin talked about moving her to Arizona to get away from Terry. A short time later in the spring of 1993, she became pregnant. She was not happy about this and considered having an abortion. Dustin did not believe there was any way the child could be his because she was still seeing Terry. Dustin still wanted her to have the baby. Then she found out from Dustin that he was seeing another woman named Kathy in Mason City.

Dustin next was arrested at the home of Gregory Nicholson and charged with the manufacture of methamphetamines. Dustin Honken was then released on bond, after a short time. He told her that Kathy was stalking him and he did not want to continue a relationship with her. Dustin then moved in with her. Kathy would call him 24 hours a day. She hated Kathy, but didn't like Dustin either. She was scared that Dustin was not going to leave her, but afraid if he did. She soon discovered that Dustin was controlling and made him move out. Kathy continued to be a problem. She described that Kathy was psychotic and obsessed. Dustin was so controlling that she couldn't even call her mom to tell her about her pregnancy with Marvea.

LOG000213

Re:  Angela Johnson
Interview Notes
Page 11

Terry DeGeus had been missing since November 1993.  Her daughter Marvea
was born on February 14, 1994 at Mason City Hospital.  There were no
complications.  By this point she did not consider continuing a
relationship with Dustin as she said this was "unthinkable."  She drove
herself to the hospital.  Dustin wanted to come to pick her up but
Alyssa called to tell him to "just drop off the car."  Therefore she
had to drive herself to the hospital.  She did not want to continue
seeing Dustin as she stated that she had "some pride."  Ms. Johnson
stated that Dustin told her that her girlfriend Christie, was hitting
on him after she made him move out.  She continued that she always felt
like she was number 2.  She stated she never was in love with him.  She
ended the relationship with Dustin shortly after Marvea's first
birthday.  She got her own place in Mason City.  He tried to convince
her to get back together.

By this time she had met another man through her work named Scott
Galhotz, from Rockwell, Iowa.  She met him through a girl at work.  At
this point she was working at the Country Club in Mason City, where she
was a waitress.  She introduced Scott to her friend Christie Cole, but
he wanted to go with her.  He was a farmer.  They went out a few times.
After they went out a few times Chris decided that she would like to
date him as well.  She believes that they are now married.

Ms. Johnson next moved to Des Moines.  She recalled Alyssa was in the
7th grade.  She moved because her boss Verline Vanderpool at the Country
Club moved to the Urbandale Country Club.  Ms. Johnston had been
staying with a friend at Clear Lake when Verline called her to help
her.  Then Verline offered to move her to Des Moines and offered her
$2,000 to finance the move.  Ms. Johnson was to be her assistant.

Then the FBI, DCI, and DEA began to harass Ms. Johnson.  Dustin was in
jail again because of the missing people.  This included Terry DeGeus.
Terry had last told his parents he was going to meet her.  Ms. Johnson
stated that she did not know the other four people, but they thought
she had knowledge.

Case 3:09-cv-03064-MWB-LTS     Document 284-4     Filed 06/23/11     Page 14 of 100
LOG000214

Re: Angela Johnson
Interview Notes
Page 12

Ms. Johnson believes that Dustin Honken *is* the father of her daughter Marvea. Therefore she continued to have some contact with Mr. Honken, as she would take Marvea to see her father in Sioux City frequently.

Ms. Johnson next began dating Rick Summers. She then moved to Rick's house. By this time Alyssa was 14 and in the 9th grade in high school.

Ms. Johnson moved back to Forrest City, Iowa, after Dustin was again arrested on methamphetamine charges. By this time she was snorting just a line of methamphetamine approximately two to three times a week. She was not selling drugs. She began working at North Beach, where there was an old waterfront, where she had briefly worked before she went to Urbandale. She moved upstairs from where she was working at North Beach. She remained there until she was arrested on July 29, 2000. At the time of her arrest, she was planning to move to Colorado and had just bought a motor home. She had only been out in twice. She had decided to relocate to Manitou Springs, but was arrested the next day.

Ms. Johnson recalled that she saw a psychiatrist before she moved to Urbandale. The psychiatrist was located in Mason City. He prescribed various medications for her, including the antidepressants Prozac, Zoloft and Paxil. She would often call him for refills. She believed that Prozac caused her to have an anxiety reaction. She described that she could not breathe, hyperventilated, had a rapid heart rate, became dizzy, started sweating and thought she would die. She denied any feelings of nausea or vomiting. She does not recall the doses of Zoloft and Paxil she took. She later was placed on Celexa, another antidepressant. She was additionally given the antidepressant Serzone when she was incarcerated in Benton County.

Currently her daughter Alyssa is working for Kentucky Fried Chicken. She is getting her GED. Alyssa does not have a boyfriend. Ms. Johnson misses her. Ms. Johnson also misses her daughter Marvea, who she calls approximately twice a week. She would call more but it is $15.00 a call. Marvea is staying with her sister, Holly in Klemme, Iowa, while

Case 3:09-cv-03064-MWB-LTS          Document 284-4          Filed 06/23/11          Page 15 of 100

LOG000215

Re:  Angela Johnson
Interview Notes
Page 13


Alyssa is in Mason City.  She became depressed and tearful about the fact that she had not touched Marvea for nearly a year.

Ms. Johnson denies any previous arrests or convictions.

Ms. Johnson never obtained her GED after leaving school.

Ms. Johnson has been hospitalized only for the delivery of her two daughters.  Alyssa was born in Iowa City, while Marvea was born in Mason City, Iowa.  Her only other hospitalization was to have a tonsillectomy in childhood.  She believes that most of her medical treatment in childhood would have been through the Forrest City Community Hospital.

*not true - also when broke her ankle ?*

RECENT MENTAL STATE:

Ms. Johnson knows that she is charged with aiding and abetting in the murder of Gregory Nicholson, Lori Duncan, and her two daughters, Kandi and Amber, as well as the murder of Terry DeGeus.  In all five cases, she is accused of aiding and abetting Dustin Honken.  She is also aware she was later charged with conspiracy to murder two other government witnesses with Dustin Honken in 1996.

Since her arrest she has struggled with depression and suicidal thoughts.  At times she has thought that life in prison without the ability to see her daughters would be unfair, and she has thought she might want to instead receive the death penalty.

After the discovery from her sister that Mr. McNeese had told federal investigators where to locate the bodies, Ms. Johnson became suicidal. She had a serious suicide attempt by hanging, and was found in an unconscious state on October 13, 2000.  She has been on suicide precaution since that time.  Ms. Johnson had suicidal thoughts several weeks prior to this attempt and had written "goodbye letters" to those close to her.  The suicide attempt was prompted by her receiving news that indicated she could be separated from her daughters indefinitely.

LOG000216

Re:  Angela Johnson
Interview Notes
Page 14

Ms. Johnson was initially examined by this examiner on January 29, 2000. In the preceding several months her level of depression improved. Several factors contributed to this including contact with her daughters, support from her sister Holly, the passage of time, and various antidepressant medications. Ms. Johnson was prescribed antidepressant medication by Ali Saftar, MD. Initially she received Amitriptyline (Elavil) which caused some concern about weight gain. Recently the psychiatric nurse changed her prescription to Trazodone. Her sleep improved and she resolved that suicide would send her daughters the wrong message about how to face problems. She still recognized the seriousness of her legal situation, but had a good relationship with her attorney. She was invested in remaining mentally stable for herself and for her daughters, so she could confidently face her legal situation. She intends to be compliant with treatment. She denied suicidal thoughts or intent.

Ms. Johnson denied any prior suicide attempts. Since her transfer to the jail in Cedar Rapids there have been no further attempts. She was incarcerated in Waterloo, Iowa when the suicide attempt occurred. She learned they had to cut her down to revive her. She does not remember trying to hang herself. After talking to her sister on the phone she felt like she was covered with liquid and seemed numb. She recalled a pressure in her chest. She was talking to her sister about the bodies. Her sister told her they had been found. She described that Mr. McNeese had told her she would go to prison for the rest of her life. He had caused her to doubt the competence of her attorneys. He told her that they were only interested in seeing her in a maximum security prison where she would only see her kids in the future through a glass wall. She described that Mr. McNeese made her feel desperate. She experienced acute despondency when she talked to her sister, Holly Dirksen, which precipitated her suicide attempt.

At the time her daughter Alyssa (DOB: 8/7/83) was staying with her sister Wendy Kinsman in Balch Springs, Texas. She described that she and Wendy never got along very well. Wendy had put blocks on the phone so she could not call. This caused her to feel angry and helpless. One source of support has been Rodney Nicholson who owns Tower Company,

LOG000217

Re: Angela Johnson
Interview Notes
Page 15

a firm which builds radio towers. Mr. Nicholson now is in Texas, near where he daughter lived and was able to talk to her. Mr. Nicholson is married but has had a relationship periodically with Ms. Johnson. Ms. Johnson's other daughter, Marvea Jane Honken was born on February 14, 1994. Marvea is living with her sister Holly. She was able to maintain telephone contact with her. Ms. Johnson believes that Marvea's father was Dustin Honken.

Ms. Johnson admitted that she had suicidal thoughts prior to her attempt. She kept a sheet when she did the laundry. She wrote goodbye letters to Alyssa, Holly, and Rodney in case she did act on her suicidal impulses.

At the time she recalled that she was kept in a maximum-security unit in a single cell where she had no TV or property except a tablet with a pen and a book to read. At the end of September she was moved out of the Benton County Jail and placed in a jail in Waterloo, Iowa where the suicide attempt occurred on October 13, 2000.

In the Benton County Jail she began to notice difficulty sleeping. There was a bright light above her bed for 24-hours a day. She was hungry and weepy. She kept asking to see a doctor. She tried to talk to her attorney on the phone to get someone to help her. She was seen by a doctor who prescribed Serzone 150 mg a day. She only took this medication for a couple of weeks while she was in Benton County. More recently she has been taking Celexa 5 mg twice a day as well as Trazodone. She believes that Trazodone causes her stomach to be upset and she has difficulty eating.

In the Waterloo jail she was kept in a glass room. She still did not see a doctor. She slept much of the time. In the hanging attempt she bit off part of her tongue.

Ms. Johnson was transferred to the jail in Cedar Rapids on October 16, 2000. Initially she was not given medication. She was then prescribed Amytriptiline. The Elavil made her gain 20 pounds, so she began to spit the medicine out. She spit the medicine out in the toilet and

LOG000218

Re:  Angela Johnson
Interview Notes
Page 16

denied storing it.  She then saw a psychiatric nurse who switched her medication to Trazodone.  While was still weepy she was not as much so as before.  She is still struggling to come to grips with the fact that the prosecution has filed for the Death Penalty.  She knows that if she receives the death penalty she would be transferred to a death penalty unit located at a prison in Terre Haute, Indiana.  Her current psychiatrist is Dr. Ali Saftar and has talked about taking her off medication.  She has not received any psychotherapy.  She saw the psychiatric nurse once when she asked to get off suicide precautions.

Ms. Johnson was aware that her current attorneys are Al Willett and Pat Berrigan.  She has also seen Tom Ferricks.  She stated she believes Mr. Ferricks saved her life because he came to see her in Waterloo to check on her because she had been refusing his visits.  She is also aware that there is an investigator on the case named Ray Cornell, as well as a second investigator she has not seen named Mary Goody.

Currently she exercises twice a day and receives recreation four times a week.  She believes at the time of her suicide attempt she was not thinking straight because of her attachment to her children.  She now indicates that she does not want to kill herself because of her attachment to her children.  If she again felt suicidal she believes that she would write to Dr. Saftar or talk to her attorney Mr. Willette.

One of her sources of support is a friend who lives near Forrest City named Dave Nieman.

Ms. Johnson has been struggling with some family conflict.  She began crying when she talked about the fact her sister Wendy had convinced her brother Jim that she only cared about herself.  She believed that Wendy was trying to undermine her relationship with her daughter Alyssa.  Alyssa went to Texas to stay with Wendy shortly before Thanksgiving.  Alyssa only needed several credits to graduate from high school, but wanted to save money to buy a car.  Her relationship traditionally has been strained with Wendy, who she has not talked to in several years.  She believed that Wendy has always been jealous of

LOG000219

Re: Angela Johnson
Interview Notes
Page 17

them and that there has been a rift between them. She feels that her sister Wendy and her brother Jimmy have formed an alliance against her.

When last examined in June 2001, Ms. Johnson stated she had a good relationship with her attorney. She was tearful on several occasions because of her incarceration. However, she continued to deny suicidal thoughts. She has remained on suicide precautions. She stated that Dr. Saftar has seen her three times since October. She continues on Celexa 20 mg a day as well as Trazodone at bedtime but takes no other medications. Alyssa had returned to Mason City, where she has her own apartment, is working at Kentucky Fired Chicken and is studying for her GED.

LOG000220

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

### WILLIAM S, LOGAN, MD
### STEPHEN E. PETERSON, MD

☐ 228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

☐ 7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

**Angela Johnson**
DOB: 1/17/64
SSN:   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

## Mother:

-   Jeanie Johnson
    Mason City, IA
    No Phone
    Can be contacted through friend, Carol Mann at 319-842-2295. Her Aunt Florence and maternal grandmother Jensen liver here.

## Father/stepmother:

Jim Johnson and Pam (Cookie)
Chippewa Falls, Wisconsin
715-723-0836

## Siblings:

1.   Wendy Kinsman  (Wendy Jean Jacobson)
     4301 Hickory Tree
     Balch Springs, TX
     972-286-1335 or 972-286-7634
     (Dob: 1/4/62)

2.   Angela

3.   Jamie Hays
     Fairbault, MN

4.   Jim Johnson (James Jeffrey Johnson)
     (Dob: 3/2/67)
     1106 Cambridge Lane
     Shorewood, IL 60421 (near Chicago)
     Phone: 815-725-1614

Case 3:09-cv-03064-MWB-LTS     Document 28-4     Filed 06/23/11     Page 21 of 100
LOG000221

Re: Angela Johnson
Page 2


5.     Holly Dirksen
       Klemme, IA
       641-587-7294


Friends:

       Rodney Nicholson
       Cell phone: 812-449-9169

       Dave Nieman
       Lives near Forrest City, IA. Has known since 5th grade
       641-565-3489

Daughters:

       Alyssa (Dob: 8/7/83)
       Age 17. Was living with Aunt Wendy. Now has own apartment in Iowa
       City, but no phone.


       Marva Jane Honken (Dob: 2/14/94)
       (Living with sister Holly)

Paternal Grandmother:

       Winne Sund
       LaCrosse, WI
       715-835-0760

Documents --

    1.     Birth Records, Burlington, Wisconsin
    2.     School records-
           a.   Pueblo Colorado – kindergarten
           b.   Mason City, Iowa – 1st grade
           c.   Thornton, IA – 2nd grade
           d.   Chanute, KS – Teardrop Drive Orphanage run by Ted and Bobbi Dillow
           e.   Klemmi, IA – 3rd and 4th grades
           f.   Forrest City, IA – 5th through 9th grades

    3.     Employment Records –
           a.   Albert Lea Refrigerating Factory, age 17
           b.   Clear Lake, Iowa – Pizza Hut (18)

LOG000222

Re: Angela Johnson
Page 3

    c. Forrest City – Road construction
    d. Clear Lake – Perkins Restaurant
    e. Forrest City – "The Bullet" bar
    f. Leland, IA – social assistant records
    g. Madison, WI – Country Kitchen
    h. Clear Lake, IA – Country Kitchen
    i. Mason City, IA – Country Club
    j. Urbandale – Country Club
    k. Forrest City, IA – North Beach

4.   Medical Records –
    a. Forrest City Community Hospital – tonsillectomy in childhood.
    b. Iowa City Hospital birth records with Alyssa.
    c. Mason City Hospital birth records, Marvea dob: 2/14/94
    d. Counselor n Algona, IA who saw her with Terry DeGeus.
    e. Psychiatric records from psychiatrist in Mason City, IA.
    f. Jail psychiatric records, Vinton, Waterloo, Cedar Rapids, IA.

5.   Other individuals –
    a. Carol Mann- mother's friend
    b. Elsa Dirks – Klemme, IA mother's friend
    c. Wayne Hopp – paternal uncle
    d. Heidi Hopp – 1st cousin on father's side, Wayne's daughter
    e. Steve Hugo – 1st husband
    f. Arlin Johnson – 2nd husband, knows of abuse by T. DeGeus
    g. Kirby Thompson – boyfriend, co-owner of "The Bullet"
    h. Terry Olgen – witnessed temper of Terry DeGeus
    i. Doug Wood – Mason City Chief of Police – witnessed quarrel
    j. Dave Nieman – witness to abuse incident
    k. Rodney Nicholson – friend, knows of abuse by Terry DeGeus
    l. Marti and Christi Cole
    m. Scott Galholz, Rockwell, IA
    n. Verline Vanderpool
    o. Rick Summers

6.   Additional Documents –
    a. Mason City Police Department domestic disturbance and 911 calls concerning Terry DeGeus.
    b. Allysa's school records.

LOG000223

# LOGAN & PETERSON, PC
FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

**WILLIAM S, LOGAN, MD**
**STEPHEN E. PETERSON, MD**

☐ 228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

☐ 7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## Collateral Interviews:

A.     Wendy Jean Jacobson
       4301 Hickory Tree
       Balch Springs, Texas 75180
       1-972-286-7634
       (Dob: 1/4/62; SSN: 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)

Wendy Jacobson age 38, is the older sister of Angela Johnson. She describes their early life is filled with chaos and trauma. In approximately 1967 their parents obtained a divorce. She recalls some spousal abuse. After the divorce the children next resided for several years with a maternal grandmother, Florence Limesand and a man named Andy Jensen, both of whom are now deceased. Wendy recalled that they lived in several locations in Colorado and Iowa. She stated that both of them suffered from a "religious disorder". She remembered Mr. Jensen smashing the TV and gathering all the children's toys and burning them in front of them because they were instruments of idolness. She described that their early childhood was dominated by religion. They were "holy rollers." They were told a daily basis they were filled with demons and were frequently forcibly held on the floor while the adults rebuked the demons out of them. The one who was most resistant was Angie. This practice continued through their childhood. She recalled the children were held in a crucifix position. Both their grandparents and mother cast out the "deaf and dumb demons."

Wendy recalled that they were often hungry during their childhood. They were not allowed to eat during the day, but only one meal after sundown. While they were living in Iowa, they were awakened in the middle of the night by their mother and placed in a car with their grandparents. They were told the world was ending. They preceded to drive the highways of Iowa for three days without food or water. They were basically directed in a random pattern by their mother's "arrow."

LOG000224

Re:  Angela Johnson
Collateral Interviews
Page 2

This is an arrow shaped scar on one of their mother's legs, which was "showing them the way."  Wendy indicated that she and her siblings were probably hallucinating from hunger because they were "seeing things in the sky."  They eventually went to Charles City, Iowa where the children were fed by parishioners.

Wendy recalled that their mother frequently told them that they were nothing but a burden.  Wendy felt the only attention they were given was negative.  One practice was that on a daily basis Wendy, Angie and Jim would examine each other for the "mark of the beast" or the number "666."  They had been told if they were bad this mark would appear on their heads as a sign they were going to hell.  When Angie was approximately age 8 and Wendy was 10 they were taken to the "Teardrop Drive Orphanage" in Chanute, Kansas.  This was run by a fundamentalist religion.  The proprietors were Ted and Bobbie Dillow.  Wendy recalled that she and Angie were sexually abused by Ted Dillow.  Wendy said that Angie had later talked to her about this.  Wendy believed they were there for six months during which time their mother visited only once.  After both Wendy and Angie attacked Mr. Dillow because of their abuse, their mother retrieved them and returned them to Iowa.  Their attack was to protect their younger brother.  Mr. Dillow attempted to brush Jim's teeth with a hog brush.

After they returned to Iowa the physical beatings slowed.  If one did wrong, all were punished.  Wendy recalled, "frenzied beatings" usually administered by their mother with a wide belt or a plastic paddle.  Angie was the subject of the most severe beatings because she refused to cry.  She would often go to school with welts.  Angie was also afraid to go to the basement of their home because they had been taught there were demons there.  Other children and school friends were not allowed to visit their home until they listened to a Bible lesson.  On one occasion during this time their mother rebuked a Lesbian demon out of Wendy.

Their mother next started a new relationship with a man.  Wendy recalled that he was a "jerk and a control freak."  Their mother continued to tell the children that they were just in the way and a

LCG000225

Re: Angela Johnson
Collateral Interviews
Page 3

problem. Wendy left home in early high school years, leaving Angie behind. Wendy stated that she was the primary caregiver for the younger sisters and that Angie was her "helper and sounding board." She recalled that during their childhood their mother would disappear for an extended period of time that were unexplained. She stated that the children, "stuck together because they knew that there was no one else they could trust." Wendy believed that they were all in their mother's way and the only thing she cared about was God. She stated that their mother used "guilt as a control mechanism."

B.    Information from James Jeffrey Johnson
      1106 Cambridge Lane
      Shorewood, Illinois 60431
      1-815-725-1614
      SSN: 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
      (Dob: 3/2/67)

Mr. Johnson is the younger brother of Angela Johnson. He is currently married to Shelly with whom he has one child Thornton age 4. He has no criminal or mental health history. He graduated from high school in 1986, and the University of Iowa in 1991. Mr. Johnson was about three years old when his mother Pearl Jean Johnson and his father James Jeffrey Johnson were divorced in 1967. He described that Wendy was the primary care giver during his childhood due to his mother's frequent absences and erratic behavior. He described Angie was the fighter in the family, and was always one to take discipline to protect her younger sisters. He has vivid memories of Florence Limesand and Andy Jensen, as well as his mother physically restraining both Wendy and Angie in order to cast out demons from them. At age 10 he recalled that while they were living in Mason City, he and his younger sister, Holly went to the home of a woman who would invite children to her house for a small Sunday School sermon. He and Holly were so hungry that they sneaked away from their home and went to this lady's house. After they received candy, he kept Holly's candy and then ate his own because he knew if Holly ate the candy she would get in trouble. When they arrived home Jim tried to protect his sister Holly by showing a piece of candy to his mother, but all of the children were beaten. Jim

LOG000226

Re: Angela Johnson
Collateral Interviews
Page 4

recalled they were beaten at least twice a week, and it was always group punishment. The family moved frequently and never seemed to put down roots. They moved because of his mother's constant fear of being exposed as a "known nut." Mr. Johnson described that during his childhood he was frightened, deprived, optionees, and hungry. He broke down and wept for several minutes while talking about his childhood. Like his sister Wendy, he recalled the world-ending incident, being taken to the Chanute Kansas Orphanage, and the frequent beatings of Angie raising welts and bruises. While at the Kansas Orphanage Mr. Dillow forced him to grab an electrified cattle fence to see if it was on. He also recalled their mother rebuking death and dumb demons, and their terror that there were demons living in their basement. He recalled his mother "speaking in tongues." He described that he, like his sister Angie, was a follower. He believed that he was redeemed by his marriage to Shelly. He believed that he and his siblings were programmed as children through religious fear, as well as psychological and physical abuse to be thoughtlessly obedient. He stated, "our childhood was a "state of siege." While describing his childhood, he broke down and wept on several occasions.

LOG000227

# LOGAN & PETERSON, PC
### FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

**WILLIAM S. LOGAN, MD**
**STEPHEN E. PETERSON, MD**

228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

ANGELA JOHNSON

Synopsis of Offense:          (From newspaper accounts)

Angela Johnson has been indicted in aiding and abetting the murder of five people in 1993 and assisting in the solicitation to commit the murder of two government witnesses in 1996 in the U.S. District Court for the District of Iowa in Cedar Rapids.

Dustin Honken and his childhood friend from Britt, Iowa, Timothy Cutkomp became involved in the manufacture of methamphetamines in Tucson, Arizona and then Iowa. In March 1993 Mr. Honken was arrested on federal drug charges. Timothy Cutkomp told investigators Mr. Honken kidnapped witnesses on July 25, 1993. Johnson and Honken forced Gregory Nicholson to make a videotape stating Honken was not involved in the drug business. Mr. Nicholson (age 34) disappeared as did Lori Duncan (age 31), a woman Mr. Honken had been seeing about a week; and Ms. Duncan's two children, Kandi (age 8) and Amber (age 6). Their bodies were not found.

On 11/5/93 Honken and Johnson allegedly killed another potential witness, Terry DeGeus. His body also was not found. Without key witnesses the government dropped the charges against Mr. Honken in 1994.

In April 1996 Mr. Honken again was arrested at his home in Mason City, Iowa on federal drug charges. Honken and Johnson allegedly approach

LOG000228

RE: Angela Johnson
Page 2

two individuals to solicit the murder of two more witness, Timothy
Cutkomp and Daniel Cobeen.  On this occasion Mr. Cutkomp provided
information to the government.

Mr. Honken pled guilty to two federal methamphetamine charges in June
1997.  In February 1998 he received a 27-year sentence.  At Mr.
Honken's sentencing Ms. Johnson allegedly said she would get even with
people involved in Honken's arrest if it took the rest of her life.

Angela Johnson was arrested on Saturday 7/29/00.  Her lease on an
apartment in Klemme had expired, and she had been traveling in a
recreational vehicle.  She pled not guilty in federal court in Cedar
Rapids on Monday 7/31/00.

A few weeks before the disappearance of Nicholson and the Duncan's, Ms.
Johnson purchased a Tec-9 pistol at a Waterloo, Iowa pawn shop.
Cutkomp testified Honken asked him how deep below the ground a farm
plow reached and later wanted a backhoe, "to get rid of loose ends."
Honken also "wondered aloud how to build an incinerator and how hot the
incinerator must be to burn a body."

Greg Nicholson, ages 38, and Terry DeGeus age 32, were customers of Mr.
Honken and Mr. Cutkomp.  After dry agents found meth at Nicholson's
home he agreed to cooperate in the investigation against Honken.  After
reading court documents Honken discovered Nicholson had talked to
investigators Honken initially indicated he would plead guilty to the
1993 charges.  Nicholson sought refuge in the home of Lori Duncan,
believing Honken was looking for him.

Iowa Division of Criminal Investigation agent William Basler testified
an informant said Nicholson and the Duncan's were taken to the country
where they were shot one at a time.  The informant said Johnson,
Honken's girlfriend, had the duty to watch the people in the car.

The murder weapon was cut into pieces, melted down and spread around
the countryside.

Case 3:09-cv-03064-MWB-LTS    Document 284    Filed 06/23/11    Page 29 of 100

LOG000229

RE:  Angela Johnson
Page 3

Agent Basler testified Terry DeGeus died hard after being beaten and shot.

Ms. Johnson was incarcerated in the Benton County Jail in Vinton, Iowa where she met an inmate named Robert McNeese who was being prosecuted for helping operate a Cedar Rapids drug operation from federal prison. McNesse is an associate of the Lucchese organized crime family in New York where he was serving a life sentence for importing heroin from Europe to the U.S. while he was a federal inmate.  He attempted to bring East Coast mobsters to Cedar Rapids.

Johnson allegedly told McNeese the number of shots fired into the victims; where the shots entered their bodies; the clothes the victims were wearing; how tape was used to tie the victims hands, and the way socks were placed in some victims mouths before they were shot.  Much of this information is in written notes in Johnson's own handwriting according to McNeese.

Johnson's own arrest in July 2000 was based on similar confidences her boyfriend Honken shared with federal inmates who then broke the confidence.  Johnson still confided in McNeese even though she was likely aware he was a government informant in another local case, (Dr. Shultice) who also was represented by Al Willett and is Ms. Johnson's attorney as well.

Based on a map derived from information given by Johnson to McNeese, authorities excavated two sites including a grove of trees just west of the Mason City limits and in a farm field southwest of Mason City.

U.S. Attorney Stephen Rapp indicated he also intended to prosecute Honken for the murders.  The search for the bodies employed a cadaver dog, ground penetrating radar and members of a special FBI team that searched for bodies in Bosnia and Kosovo.

Four bodies were unearthed from a wooded area in Cerro Gordo County, which are believed to be the bodies of Mr. Nicholson and the Duncan's.

LOG000230

RE:  Angela Johnson
Page 4

Informant Cutkomp received a reduced sentence from Judge Mark Bennett
for telling investigators that Honken claimed to have kidnapped
Nicholson and Duncan, forces them to make a videotape exonerating him
of drug activity, and then shot them to death.

Iowa Division of Criminal Investigation Agent Basler testified <u>Johnson</u>
posed as a saleswoman to get inside the Duncan's house on 7/25/93 to
help Honken kill Nicholson.  Duncan and her children had no knowledge
of Nicholson's drug activity, but were killed so they could never
testify.

Terry DeGeus was Johnson's boyfriend before Johnson began dating
Honken.  He was last seen on November 5, 1993 in Clear Lake, after  .
receiving a message from his mother, JoAnn DeGeus, that <u>Johnson</u> wanted
to talk to him.  Terry DeGeus' parents ED and JoAnn DeGeus live in
rural Britt, Iowa.

<u>Honken</u>, from Britt, Iowa, had a scholarship to study at North Iowa Area
Community College in Mason City.  By 1991 he had established a list of
customers who paid him to supply marijuana and cocaine.  In January
1992 he moved to his brothers home in Tucson with his childhood friend
Cutkomp.  They invested $7,000 in lab equipment; requested chemical
reactions at a local library, photocopied pages from Scientific
journals and within several months were producing methamphetamines
which he sold in Iowa.  Honken kept meticulous records for use in
writing a book on how to make and market the drug, and planned to
expand the business to the Internet.

As his business grew so did Honken's dependence on meth.  Federal
agents described him s one of Iowa's first methamphetamine "kingpins."
Honken and Cutkomp had been dealing for two years before Honken's April
1993 arrest.  On 7/25/93 Honken was on pretrial release.  Investigators
found a note from Duncan to her neighbor, which read, "Phyllis had to
leave on short notice, will be in touch shortly, Love Lori."

After the death of Nicholson and DeGeus, Honken and Cutkomp obtained
jobs making cheesecakes at Kraft Foods in Mason City.  They set up
another meth lab in Honken's garage <u>using a $5,000 advance from</u>

Case 3:09-cv-03064-MWB-LTS   Document 284   Filed 06/23/11   Page 31 of 100

LCG000231

RE: Angela Johnson
Page 5

Johnson's credit card. Their new drug clientele included Kraft coworkers, Daniel Cobeen who invested in the meth lab. He became a government informant in 1995 and testified Holken said, "If I ever crossed him that he knew somebody who could knock on my door and 'boom'."

Honken and Cutkomp were again arrested when with Cobeen's help authorities raided Honken's garage. Honken was released wearing an electronic monitor on his ankle. He was only allowed to leave home to work at the Kraft factory with Cutkomp. At work Honken talked about shooting investigators and a government chemist who raided his garage. He asked others where Cobeen lived. Honken learned to trick the electronic monitor. He purchased a gun from a friend. Honken and Cutkomp staked out a warehouse in Bondurant, Iowa, where they believed authorities were storing components of their lab. Honken was planning to build a bomb before his arrest.

Cutkomp began to fear Honken would link him to the 1993 murders, went to authorities and began to wear a wire. He recorded Honken saying, "I've climbed bigger hills than that little hill. Even if I'm in prison for 15 years, whatever, when I get out he's (Cobeen) dead." Honken admitted his statement referred to murder plots, but stated he was trying to pacify Cutkomp and keep him from killing witnesses. While Honken awaited trial in the Woodbury County Jail, other inmates stated he bragged about the 1993 murders. He continued to make elaborate plans in jail to kill other witnesses, including Cutkomp, his girlfriend (Ms. Johnson) and federal investigators as well as assistant U.S. Attorney Patrick Reinhart. He offered to pay cellmates to kill Cutkomp and drew maps to Cutkomp's home in Britt. Cutkomp testified Honken compared killing to the excitement of a big football game. On tape he said, "Once you go a certain distance, there ain't no turning back."

Honken told Judge Bennett he regretted his life of crime, but denied murder was a part of it. Ms. Johnson also denied involvement in the alleged plot.

Case 3:09-cv-03064-MWB-LTS     Document 284     Filed 06/23/11     Page 32 of 100

LOG000232

RE:  Angela Johnson
Page 6

It was reported that Honken was the father of Johnson's 15-year-old daughter.  (error, actually may be father of Marvea, Dob: 2/14/94.)

LOG000233

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

**WILLIAM S, LOGAN, MD**
**STEPHEN E. PETERSON, MD**

228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX: (816) 842-9980

7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX: (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## MEMORANDUM

**TO:** Captain Brian Gardner - *mailed 1-22-01*
53 3rd Avenue Bridge
Linn County Jail
Cedar Rapids, Iowa 52401

**c/o** Alfred E. Willett
Fax: 319-364-2460

**FAXED**
JAN 29 2000
(2001)

**FROM:** William S. Logan, MD

**DATE:** January 22, 2001

**SUBJECT:** ANGELA JOHNSON-SUICIDE PRECAUTIONS

Dear Captain Gardner:

I met with Angela Johnson for 2.5 hours at the Linn County Jail on Friday, January 19, 2001 at the request of her attorney, Alfred Willett. One purpose of the examination was to evaluate Ms. Johnson's suicide risk. Mr. Willett suggested I talk to Sgt. Lynn Johnson following my meeting with Angela Johnson to provide information concerning the need for ongoing suicide precautions. Sgt. Johnson suggested I write to you concerning this issue.

Ms. Johnson had a serious suicide attempt by hanging and was found in an unconscious state on October 13, 2000. She has been on suicide precaution since that time. Ms. Johnson had suicidal thoughts several weeks prior to her attempt and had written "goodbye letters" to those close to her. The suicide attempt was prompted by her receiving news that indicated she could be separated from her daughter's indefinitely.

LOG000234

To:  Captain Brian Gardner
Re:  Angela Johnson
Page 2

Over the last several months, Ms. Johnson's level of depression has improved.  Several factors have contributed to this improvement including contact with her daughters, support from her sister, the passage of time and antidepressant medication.  Most recently Ms. Johnson has taken Amitriptyline (Elavil) which caused her some concern about weight gain.  Recently the psychiatric nurse changed her prescription to Trazodone.

Ms. Johnson 's sleep has improved.  She has resolved that suicide would send her daughter's the wrong message about how to face problems.  She still recognizes the seriousness of her legal situation, but has a good relationship with her attorneys.  She is invested in remaining mentally stable for herself and her daughters and to competently face her legal situation.  She intends to be compliant with treatment.  She denies suicidal thoughts or intent.

It is my opinion as a psychiatrist that suicide precautions are no longer necessary for her safety.  This information should be shared with Dr. Saftar, the psychiatrist responsible for her psychiatric treatment of inmates of the Linn County Jail.  As an additional recommendation Ms. Johnson's depression also could benefit from the additional of an SSRI antidepressant, such as Paxil 20 mg/day.

If there are any questions or concerns, please do not hesitate to contact me.

Sincerely,

William S. Logan, MD

LOG000235

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4990

I.      Summary of Billing Information – Dr. Logan
        Re:    Angela Johnson

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

> Pat Berrigan indicated by telephone on 11/11/02 that $25,000 had been budgeted for my services.

Bill for $5,909.50 for services between 12/18/00 and 7/20/01 was sent on 7/20/01.

Payment of $5,909.50 was received on 2/18/03.

Additional bill for $2,847.55 for services between 11/17/04 and 1/26/05 was sent on 1/27/05.  Thus far no payment has been received as of 4/14/05.

<u>Total billed:</u>

| | |
|---|---|
| 7/20/01 | $ 5,909.50 |
| 1/27/05 | 2,847.55 |
| 4/14/05 | 2,081.25 |
| | $10,838.30 |
| Amount remaining | $25,000.00 |
| | -$10,838.30 |
| | $14,161.70 (amount of authorization remaining) |

II.   <u>Documents sent by Dr. Logan</u>

   A.   <u>Originally sent to</u> Mr. <u>Berrigan</u> and Mr. <u>Willett</u> · See Memo
        <u>dated 7/20/01</u> –
   > Interview notes with Angela Johnson on 1/19/01 and 6/21/01.
   > Synopsis of Offense (from newspaper accounts received in 2000)

LOG000236

> Summary of collateral interviews done by investigator with Wendy Jean Jacobson and James Jeffrey Johnson.

> List of Potential Sources of helpful information derived from interviews with Angela Johnson.

These documents were later sent to Mary Goody as well.    (date unknown)

B.   Memo faxed to Captain Brian Gardner on 1/29/01 and mailed on 1/22/01 concerning regarding need for continued suicide precautions (2 pages).  This memo can also be found Ms. Johnson's Linn County Jail Medical records.

C.   Documents sent to Mary Goody on 4/14/05.

> Interview notes from 1/26/05 examination of A. Johnson

> List of documents received to date (4/14/05)

> List of documents sent to others (as of 4/14/05)

> Records not seen by Dr. Logan (as of 4/14/05)

III.   Angela Johnson - Records received by Dr. Logan as of April 14, 2005

| Date Received | Item |
| --- | --- |
| 11/27/00 Mr. Berrigan | > Letter dated 11/22/00 from Mr. Berrigan. |
| ? - 2000 Mr. Willett | > Letter dated 12/6/00 from Mr. Willett |
| 2000 Mr. Berrigan | > 19 pages of newspaper articles |
| 2000 " " | > Interview report in re: Angela Jane Johnson on 8/26/00, 3 pages (author unknown) |
| 2000 " " | > Interview report James Jeffrey Johnson on 11/3/00, 2 pages, (author unknown) |
| 2000 " " | > Interview report Wendy Jean Jacobson on 11/2/00, 3 pages, author unknown. |
| 2000 " " | > Sections of U.S. Code: Title 18, Sections 1111, 17, 4241, 4242, 4247, 3591, 3592, 3593, 3594, List of mitigators and aggravators. |

LOG000237

Logan Interviews

1/19/01     2.25 hrs. Angela Johnson Linn County Jail Cedar Rapids, IA
6/21/01     3.00 hrs.    "         "      "       "         "          "

| Date Received | Source | Item |
|---|---|---|
| 7/19/02 | Mary Goody<br>Cover letter 7/15/02 | Angela Johnson's Linn County Medical Records, 11/2000-6/2002 |
| 11/29/04<br>hand delivered<br>to office | Mr. Berrigan<br>Cover letter 11/26/04 | > Chronology by M. Goody dated 1/18/02.<br>> Appendix to Motion to change venue Vol. 2 with attached newspaper articles<br>> Newspaper accounts of Mr. Honken's trial from the Mason City Globe-Gazette and the Sioux City Journal |

Logan interview of Angela Johnson on 1/26/05 3.5 hours Eldora, Iowa

| | | |
|---|---|---|
| 2/10/05 | Mary C. Goody<br>via Pat Berrigan | Angela Johnson chronology Dated 3/24/03 |
| 2/21/05 | Pat Berrigan,<br>cover letter<br>2/17/05 | > Interviews conducted by Mary C. Goody & Pat Berrigan during the week of 2/7/05<br>> Letter from Mr. Berrigan to C.J. Williams, AUSA and Mr. Thomas H. Miller, Assistant Attorney General dated 2/17/05, (2 pages) |

LOG000238

| Date Received | Source | Item |
|---|---|---|
| 2/21/05 | Mr. Berrigan | - Holly Dirksen  2/9/05<br>- Dave Neiman 2/8/05<br>- Carol Mann 2/9/05<br>- Jim and Shelly Johnson 2/8/05<br>- Mark and Wendy Johnson 2/7/05 |
| 2/24/05 | Mr. Berrigan cover ltr 2/22/05 | Letters written by Pearl Jean Johnson obtained from Wendy Johnson with Wendy's comments in the margin. |

2/28/05            Meeting with Mr. Berrigan at my office in
                   Kansas City, Missouri.

4/12-13/05         Telephone conference with Mary C. Goody on
                   4/12/05 with follow up on 4/13/03.

| 4/14/05 delivered by UPS | Dean Stowers cover letter, dated 4/13/05 | Subpoenas with accompanying records from the following"<br>> Mason City Police Dept.<br>> Linn County Jail |

IV.    Sources of Information that Dr. Logan has not seen or received as
       of 4/14/05 -

       A.    No Indictment or Discovery (only newspaper accounts)

Case 3:09-cv-03064-MWB-LTS     Document 284-4     Filed 06/23/11     Page 39 of 100
LOG000239

B.    From Chronology dated 3/24/03 (page numbers reference chronology)

1.    Vital records (p. 1,22,23)
2.    Pearl Jean Johnson interviews (p. 1,7,9,12,15,18,37)
3.    S.S.A.
      (p.1,2,3,4,5,7,11,12,14,15,16,17,18,20,21,23,28,
      29,31,32,33,36,39,40,42,45,47,49,53,56,60)
4.    Eau Claire County Clerk of Court(p.2,4,5,6,13,15,
      18,24,28,33,35,37)
5.    Memorial Hospital of Burlington (p. 2-3)
6.    Mercy Medical center (p.4,10,12,44,57)
7.    Cookie Johnson Interview (p.4,5,6,9,11,12,13,15)
8.    Mason City Schools (p.8)
9.    Carol Mann Interviews (p.8,10,11,19,21)
10.   Univ. of Iowa Hospital (p. 8,15,19,22,23)
11.   Meservey-Thorton Schools (p.8,12)
12.   Jimmy Johnson Interview (p.8,9,30,34,62)
13.   Holly Dirksen Interview p. 8,15,30,31,33,34,37,48,55)
14.   Wendy Jacobson Correspondence (p. 10,18,37)
15.   Chanute Public Schools (p.10)
16.   Forest City Schools (p.13,15,16,17)
17.   Dave Nieman Interview (p. 13,22,24,29,31,32,46,55,62)
18.   Forest City Medical Center-
      (p.13,14,15,16,18,19,20,23,26,27,29,34,35,38,57)
19.   North Iowa Community School District (p.15)
20.   Mental Health Center of North Iowa (p.17)
21.   Winnebago Industries (p.18,20,24,25,26,27,28)
22.   Winnebago County Clerk of Court (p.19)
23.   E.J. Hunt Interview (p. 19)
24.   Winnebago Co. Dist. Ct.
      (p.20,21,29,30,31,33,34,38,39,40,45,47,48,49,52,53,54,
      55,56,57,61)
25.   Alyssa Johnson Interview (p.23,39,40,41,43,46,47,48)
26.   Koenen Chiropractic Clinic (p.24,25,26,27,28)
27.   Defendant's letters to Alyssa (p.30,37,38,57)

Case 3:09-cv-03064-MWB-LTS    Document 284-4    Filed 06/23/11    Page 40 of 100

LOG000240

28. Iowa Mercy Health Center (p.33)

29. Mason City Police Department (p.34,36,48)

30. Mason City Magistrate Court (p.34,35,36,47,48,56,57)

31. North Iowa Mercy health Center (p.36,45,46,49)

32. Ventura Community schools (p. 39-40)

33. Cerro Gordo Co. Sheriff's Office (p.40)

34. Des Moines register (p.40,41)

35. Waterloo Courier (p.40,41)

36. Clear Lake Police Department (p.40,41,42,45,47,52,56)

37. Indictment (p.43,44)

38. Defendant letters to Dustin Honken (p.44,58,59)

39. Discovery (p.44,57)

40. Regency Center Family Clinic (p.45-46)

41. EduCare Center Family Clinic (p.47)

42. Community Credit Corp-Discovery (p.48-49)

43. Mercy Health Center (p.49)

44. *  Mental Health Center of North Iowa (p. 50,51,52)

45. Iowa DHS (.54)

46. George Barlas Interview (p.56)

47. Garner High School (p.57)

48. Mason City Clinic (p.57)

49. Suppression Hearing (p.57,59)

50. Defendant letter to Jim Johnson (p.58)

51. Defendant letter to Wendy Jacobson (p.58,59)

52. Defendant letter to Alyssa Johnson (p.58,59)

53. West Mesquite High School (p. 59,60)

54. Garner-Hayfield Comm. Schools (p.59,60)

55. Defendant letter to Jamie Jo Hays (p.59)

56. Linn County Correctional Center Disciplinary records (p.60,61)

57. SSDI

C.   No Correctional Mental Health or Disciplinary Records
     After 5/31/02

LOG000241

Case 3:09-cv-03064-MWB-LTS    Document 32-4    Filed 06/23/11    Page 42 of 100

LOG000242

# LOGAN & PETERSON, PC

### FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

☑ 428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:        (816) 842-8980

❏ 231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:        (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

INTERVIEW NOTES:          Angela Johnson

Date:          January 26, 2005
Time:          1:30 – 5:00 pm (3.5 hours)
Place:         Eldora, Iowa
Attorney:      Patrick Berrigan
               Watson & Dameron, LLP
               2500 Holmes Street
               Kansas City, Missouri 64108
               Office:    816-474-3350
               Cell:      816-590-3003
               Fax:       816 221-1636

## Interim Psychiatric History:

Since I had not seen Ms. Johnson since June 2001, and did not have any recent treatment records, my initial focus was on her recent psychiatric history and treatment course. Ms. Johnson had difficulty giving a sequential history, but was a fair anecdotal historian.

Ms. Johnson stated she had recently received an evaluation from a neurologist whose name she could not recall. She recalled he gave her tests of math and spelling as well as general information questions, such as who was the author of the Theory of Relativity (she did not know), and the Theory of Evolution (Darwin). She did not recall that the neurologist had her do any drawings. She recalled telling him she was allergic to Augmentin. (The above likely refers to a recent evaluation by Dr. Gelbort, a neuropsychologist.)

Ms. Johnson stated over the last four years she was incarcerated at the Linn County Jail in Cedar Rapids. She was treated there by Dr. Safdar who prescribed medications. She remained on suicide precautions for a year. She did not receive counseling.

LOG000243

INTERVIEW NOTES:　　　　　Angela Johnson

Date:　　　　　　　　January 26, 2005
Time:　　　　　　　　1:30 – 5:00 pm (3.5 hours)
Place:　　　　　　　Eldora, Iowa
Attorney:　　　　　Patrick Berrigan
　　　　　　　　　　Watson & Dameron, LLP
　　　　　　　　　　2500 Holmes Street
　　　　　　　　　　Kansas City, Missouri 64108
　　　　　　　　　　Office:　　816-474-3350
　　　　　　　　　　Cell:　　　816-590-3003
　　　　　　　　　　Fax:　　　816-221-1636

**Interim Psychiatric History:**

Since I had not seen Ms. Johnson since June 2001, and did not have any recent treatment records, my initial focus was on her recent psychiatric history and treatment course. Ms. Johnson had difficulty giving a sequential history, but was a fair anecdotal historian.

Ms. Johnson stated she had recently received an evaluation from a neurologist whose name she could not recall. She recalled he gave her tests of math and spelling as well as general information questions, such as who was the author of the Theory of Relativity (she did not know), and the Theory of Evolution (Darwin). She did not recall that the neurologist had her do any drawings. She recalled telling him she was allergic to Augmentin. (The above likely refers to a recent evaluation by Dr. Gelbort, a neuropsychologist.)

Ms. Johnson stated over the last four years she was incarcerated at the Linn County Jail in Cedar Rapids. She was treated there by Dr. Safdar who prescribed medications. She remained on suicide precautions for a year. She did not receive counseling.

Case 3:09-cv-03064-MWB-LTS　　　Document 32-4　　　Filed 06/23/11　　　Page 44 of 100

LOG000244

Angela Johnson
Interview Notes
Page 2

She recalled taking the following medications:

Celexa (SSRI antidepressant) —discontinued for reasons she could not recall.

Amitriptyline (Elavil - older antidepressant) - discontinued due to weight gain.

Prozac (SSRI antidepressant) – not effective.　She was still weepy and Prozac didn't "shut off my brain", referring to racing thoughts.

Trazodone (older antidepressant) - Caused her to gain weight (weight increased to 240 lbs.)　She took Trazodone at bedtime (often prescribed for side effect of sedation.)　At the time she was sleeping on a cement floor. She had no exercise.　She went from a 2X to a 4X shirt.

Seroquel 200 mg/day. (antipsychotic, recently used for mood stabilization in Bipolar Disorder.)　She loved this medication.　On Seroquel she "slept like a rock."　(Current medicine)

Paxil (SSRI antidepressant).　She took Paxil with Trazodone.　She hated it because it caused her to feel "yucky."　She was on Paxil quite a while.　It did help her concentrate.　She passed her GED while taking it, but had no energy and felt lethargic.

Zoloft 200 mg/day - Added to Seroquel.　Loves this medication – much less depressed.　When placed on Zoloft she had written to Dr. Saftar that she didn't want to go to court, see lawyers or have visits.　She just wanted to melt away and die.　Zoloft changed this.

Ms. Johnson admitted having several fights that occurred when she was in the maximum security block, an area she described as being for "inmates with attitude."　She recalled the supervisor was Sgt. DeSoto.　There were four inmates in this section.　She was the only "white girl."　Difficulty started with verbal confrontations over the TV.　They all were very irritable.　No one was ever seriously hurt.　After one physical confrontation she was given 20 days in disciplinary segregation.　She appealed and the sentence was reduced to 15 days.　The altercation involved her pushing Amy Rawhausen into

LOG000245

Angela Johnson
Interview Notes
Page 3

a bunk. Amy's nickname was "stink tank". Amy called her a "fuckin bitch." Ms. Johnson dared her to call her that again. She called her a bitch again so Ms. Johnson pushed her. Amy wrote a kite. The conflict began because Amy would not take a shower. Initially Ms. Johnson tried writing her a letter and tried to be nice. She bought Amy soap. Amy's hair was a "rat's nest." She described that Amy was black, loud, obnoxious and liked to bully others, while Ms. Johnson would take up for others, especially weak people. She has since learned to take care of her own problems.

Ms. Johnson stated that there had been no fights, said she began taking Seroquel. Others agreed that she had "mellowed out." She now has her own cell. She likes to draw pictures. Few at Eldora knew who she was initially. Then Dustin Honikan was tried in Sioux City. Her attorney has tried for a change of venue and submitted questionnaires of people from Cedar Rapids and Sioux City. Judge Bennett has denied any change of venue. She has decided to leave the outcome of the trial "in God's hands." She does believe in God and prays. She believes Bobby McNeese will still testify at her trial. She states that the government is still seeking the death penalty.

Ms. Johnson still remains invested in her children Alyssa and Marvea. Alyssa gave birth to her granddaughter Angela who will be two on 12/9/05. The father is Stephen Williams. Alyssa is now attending college at Waldorf in Forest City, Iowa. She has been dating Todd Graham, an old friend of Ms. Johnson, who is only a few years younger than Ms. Johnson. Todd is in the middle of a divorce. Todd does not do drugs. She believes Todd is stable and will treat Alyssa well.

Marvea is with Jamie in Fairbault, Minnesota. She goes to a private Christian school. She is doing well in school, and will be 11 years old on Valentines Day. Ms. Johnson wants to hold her, as she had not been able to touch her in five years. She also has never held her granddaughter.

Ms. Johnson denied any current romantic attachments or relationships.

Ms. Johnson wants to get the trial over with. At this point she doesn't care about the death penalty. She is frustrated that she can never see the sun or

LCG000246

Angela Johnson
Interview Notes
Page 4

go outside here.  There are no windows.  She has TV, but they only change the channel three times a day.

Ms. Johnson stated she has not spent a whole lot of time with Mary Goody. The trial is scheduled to start soon.  If there is a change of venue it will start April 11th, otherwise it will start March 7th.  She believes jury selection could take six weeks.  The trial could move to Minneapolis, and be delayed until May.  There is a federal detention facility in Minneapolis where she had heard the guards are nice and the quarters are clean.  She is sensitive to noise, however, and states 24 hours a day of pounding will drive her crazy.

**HISTORICAL REVIEW:**  (See Chronology by Mary C. Goody Concerning Ms. Johnson Dated 1/18/02)

(Ms. Johnson's history was reviewed with her using the above chronology as a guide.)

Ms. Johnson believes her parents divorced when she was age 4.  She has few memories before first grade.  She recalled she was sick.  Her mom slept in her bed.  She heard something under the bed and "freaked out."  Her mom said it was "just daddy."

She was asked about her father's allegation that he caught her mom, Pearl, on Thom Hill naked, Angela said her mom has told her nothing happened with Thom Hill.  Angela stated her stepmom, Cookie Johnson, hated her.  Once she was on Seroquel she mended fences with Wendy (her older sister), and Cookie.  She talked to Wendy and Shelly after she tried to hang herself (October 2000). She stated she loved Terry DeGues, and didn't know she was used in that relationship.

Ms. Johnson was asked about an incident where Pearl awakened the children in the middle of the night, put them in a car with their grandparents, told them the world was ending, and drove them around Iowa for three days without food or water.  Ms. Johnson believed this happened before they moved to Thorton where she attended third grade.  She thought this happened between her second and third grade year.

LOG000247

Angela Johnson
Interview Notes
Page 5

Ms. Johnson does believe her mother had a religious disorder (not disease.)
She stated she now has a relationship with her dad, and now believes he loves
her. For many years she didn't believe her father loved her. She recalled
she cried while talking to Mary Goody about her father previously.

Ms. Johnson denied her father's statement that her mother used them as a
"meal ticket for welfare." She stated in fact her mother didn't spend money
on herself, and never bought herself a $300 coat.

Ms. Johnson has no memory of attending Lincoln School in Mason City at age 7.
Angela Johnson did recall that Carol Mann helped her mom take them to the
orphanage. Bobbi Dillow is now deceased, but they were able to find Ted
Dillow.

Ms. Johnson believed the "world's ending" episode may have happened between
first and second grade, as she entered the Merservey-Thorton School in second
grade.

Her father Jimmy stated through physical abuse the children were taught to be
"thoughtlessly obedient." Ms. Johnson believes the physical abuse caused her
to be angry and a rebel. She did agree with Holly Dirksen (her sister) that
her mom caused them to believe everything they do will cause them to go to
hell. She did recall believing there were demons in their basement. She
recalled the children being lined up to go to bed and beaten. She also
confirmed they were held on the floor in a "crucifixion position", while
demons were rebuked out of them. They did eat only one meal after sundown.
Ms. Johnson described this was for "atonement", and consisted of eating fruit
and peanut butter. They also would hold them down and made them speak in
tongues until the demons were out.

Ms. Johnson stated both she and Wendy collected money for Muscular Dystrophy,
as directed by their mother, but it was Wendy who kept the money.

Alyssa related her mother (Angela) had an out of body experience while her
mother (Jean) was casting out demons. Ms. Johnson recalled feeling her
spirit leave and knew she was dying. Her mom wore a white gown and held her

LOG000248

Angela Johnson
Interview Notes
Page 6

down.  She felt her spirit was in the corner and could see her own limp body.
Her spirit then zoomed back into her body.  She does not know how old she was
at the time.

Ms. Johnson confirmed she had severe headaches as a child.  Because of their
mother they assumed they would develop the "mark of the beast."  Wendy would
examine their heads for the mark.  Their mother would punish all the children
if she believed one of them had done something wrong.  Ms. Johnson recalled
that if no one confessed, she did, even if she didn't, just to frustrate
their mom.  Consequently she would receive the most severe beatings.

Carol Mann recalled that Angela's mother, Pearl Jean, fell in love with a man
from Wisconsin, named Bob Kloss.  Ms. Johnson recalled that Mr. Kloss was not
nice, and had a German shepherd dog named, Fritz.  When her mother became
pregnant, Carol Mann connected her mother with people Ms. Mann knew in Kansas
who would take her and her children in until she had the baby, and then adopt
the baby out.  Angela stated this was the Dillow's.  Her mother Jean lived
there too, and worked in the Dillow's church.  Ms. Johnson stated her mother
did not know about how the Dillow's killed animals.  This contradicts Wendy's
memory that Pearl Jean (the mother) left them there for six months and
visited only once.  When asked about this Ms. Johnson stated she believed her
mother actually was there.  Unlike Wendy, she does not recall being sexually
abused by Ted Dillow.  Angela did recall that Bobbi Dillow made them suck on
bottles that were used for nursing pigs on the farm, after they had been used
by the pigs.  Angela recalled having nightmares about the pigs, which were
mean.  The Dillow's made her "slop the pigs".  The Dillow's also killed a pet
rabbit, by laying it down on a block of wood until its eyes popped out.
Bobbi then pulled the rabbits intestines out.  Angela believed she hardly
ever slept while she was at the Dillow's because of the nightmares.

Ms. Johnson was asked about having her mother having a nervous breakdown
after Bob Kloss's death.  Ms. Johnson recalled that after they made it back
to Iowa from Kansas, that she (Angela) had forgotten to shut the cupboards
and drawers.  Her mother grabbed her hair and beat her with a belt.  Her
mother then took the belt and wrapped it around her neck and strangled her
with it until she was about unconscious.  Wendy had to get her mother off of
her.

LOG000249

Angela Johnson
Interview Notes
Page 7

Angela recalled that it was Ted Dillow who took her pet rabbit, laid it down on a block of wood, and smashed its head with a sledgehammer. She recalls the rabbit's eyes popping out. Ted then pulled the rabbits intestines out. Angela felt that she never slept while she was at the Dillows.

Ms. Johnson in her previous interview with this examiner, said that Ted Dillow tried to touch her sexually, while a number of older men were around. Connie (Cookie) Johnson (stepmom) said that Angie and Wendy had to take naps with Ted Dillow. When Angie protested, Mr. Dillow's girls pushed her in the room saying it was her turn. Cookie Johnson said that Mr. Dillow sexually abused Angie and Wendy, doing "everything but penetration." On this occasion, Ms. Johnson said she did not remember Mr. Dillow sexually abusing her. Ms. Johnson did recall an incident related by her sister, Wendy, when they attacked Bobbi Dillow, after Bobbi attempted to brush their brother Jimmy's teeth with a hog brush. She also recalled that Carol Mann drove Pearl Jean back to Kansas in a blizzard to take them back from the Dillow's. Ms. Johnson recalled this was after an incident where the Dillow's had them drag sticks through the mud. The Dillow's had held Jimmy's head down and they thought he would drown. She recalled there was mud up to their thighs.

In a previous interview with me (Dr. Logan), Ms. Johnson had said that Peal Jean's parents moved in with them. She recalled an incident which her grandparents put a dove in a cage, and did an exorcism on her for three days to drive the demons into the dove. Ms. Johnson now recalls that this incident occurred when she was living in Mason City, before they moved to Thorton and before they went to the Dillow's orphanage.

Ms. Johnson additionally recalled in addition to having an out of body experience while undergoing an exorcism by her mother, that she also had an out of body reaction to the drug, Augmentin.

In a previous interview with this examiner, Ms. Johnson had said that school was hard for her because of difficulties at home. Ms. Johnson added that she also believed she had Attention Deficit Disorder and dyslexia which made school difficult as well.

LOG000250

Angela Johnson
Interview Notes
Page 8

Ms. Johnson clarified that Andy Jensen, a man who lost 150 lbs from fasting through religious beliefs, was her maternal step grandfather and was not blood related.

Ms. Johnson believed that she moved from the Meservey-Thornton Schools to the Klemme Schools in Klemme, Iowa when she was in the 4th grade.

Cookie Johnson (stepmom) recalled that Angela and her siblings spent three months in the summer with Cookie and their father, Jim, in the summer of 1974, when Angie would have been 10 years old. Cookie described that Angie "runs the whole family, she's the boss." Angela recalls that she took two pocketknives from her father, Jimmy, and used them to carve an owl for her mom. Cookie found the stolen knives. She recalled that Cookie gave Shannon a new nightgown that Angela had received from her grandmother. Ms. Johnson felt that her stepmother, Cookie, was mean. She particularly did not like that Cookie talked bad about her mother.

Forest City Medical Center records revealed that in the summer of 1975, Ms. Johnson began suffering from headaches. Ms. Johnson recalled that headaches were so bad that she vomited. She recalled around this time her father beat her and knocked her neck out, so she had to go to a chiropractor. Forest City Medical Center records also reveal that at age six, she had repeated earaches and a loss of hearing. Ms. Johnson recalled that this may have happened in Colorado. She seemed confused on this point.

Wendy recalls that as she and Angie approached Junior High their mother's physical abuse decreased, but her religious activity continued unabated. Their mother continued to rebuke the demons and rebuked a Lesbian demon out of Wendy. Angela recalled that their mother believed a lesbian demon molested Holly, and that she (Angela) had told her mother about this.

Around this time their mother developed a relationship with a man who was described by Wendy as "a jerk and a control freak." Angela recalled the man was named Ron Fox. Angela liked him.

Cookie Johnson recalled the children lived in a basement in a bungalow in Iowa, where there were rats crawling all over them. Meanwhile their mother

LOG0002251

Angela Johnson
Interview Notes
Page 9

lived in a motel room with a guy.  Angela recalled this, and said there was a "mouse problem".

Cookie Johnson stated that she and the children's father, Jim, stopped sending Christmas presents the children because they didn't receive them.  Instead they drove to Iowa and stayed at a motel, and invited the children there to give them their presents.  Angela said this was quite over-rated.  This only happened once, and the only present she received was some Milk-duds.

Pearl Jean Johnson said that when Angela was age 12, she wanted to bring a busload of Cambodian orphans home.  Angela said she was always very sentimental and would even cry during commercials.  Ms. Johnson said that what actually happened was that she would receive $32.00 a week for babysitting which she would then send to Cambodian children so they would be adopted.  When her mother found out about this she made her quit.

Ms. Johnson recalled that the Thompson Community schools where she attended seventh grade and the Forest City Schools where she went the second semester of seventh grade, were only about 20 miles apart.  By this point her mother and Maxine Abbot had bought a café in Forest City.  She then recalled that Wendy was being mean to their mom, and was sent to live with their dad.  They lived in the bungalow after she attended Thompson Community School so Wendy was not there.  Ms. Johnson said she actually caught a mouse.  She believes that Wendy left home before 8th grade.

At some point after this, Ms. Johnson recalled she went to Forest City Hospital after she took an overdose of aspirin in a suicide attempt.  She no longer remembers the reason for the suicide attempt.  She was taken to the hospital to have her stomach pumped.  After this Wendy came home.  This appears to be the record from Forest City Medical Center dated 12/19/77, where she is admitted for abdominal pain after doing sit-ups.  Ms. Johnson would have been age 13 at the time.

In eighth grade at age 14, Ms. Johnson attended the Forest City schools.  She believes it was around this time that Wendy Jacobsen, her sister, married Steve.  Ms. Johnson earlier had stated it was around this time that she began

LOG0000252

Angela Johnson
Interview Notes
Page 10

using LSD and alcohol.  On this occasion Ms. Johnson recalled that she first used LSD in the second half of 7th grade.  She believed that she used alcohol as early as the 5th grade, that she received from Wendy's friends.  She recalled the alcohol made her laugh.

Ms. Johnson recalled that her mother and her girlfriend, Maxine, owned a truck stop named Laverne and Shirley's in Thompson, Iowa.  They then owned another truck stop in Leland who called Laverne and Shirley's, while Ms. Johnson was in 7th and 8th grade.  She believed that her mother and Maxine owned Laverne and Shirley's when they lived in the bungalow in Forest City.  She did work full time as a waitress in her mother's truck stop, in Leland, Iowa.

Ms. Johnson recalled smoking a lot of pot with her boyfriend, Steve Hugo, and experimented with acid, and speed in the form of white crosses.  She stated this began in 8th grade.  The mental health center of North Iowa records indicate that Ms. Johnson dropped out of school in the 10th grade to work.  Ms. Johnson stated this actually was in the 9th grade when she was age 14.

It was recorded that Angela was 15 years old when her father, Jim, hit her in the back and she was unable to walk.  Her mother took her to a chiropractor for months.  This information comes from an interview from Holly Dirksen, Ms. Johnson's sister.  Ms. Johnson said that this incident happened in the summer before her fifth grade year.  She did not go to the chiropractor for months, but instead had headaches for months.

Forest City Medical Center records indicated that Ms. Johnson was prescribed birth control pills.  She recalled at the time she was active sexually with Steve Hugo, a boy she dated while she was in 8th grade, and later married.

Florence Limesand, her maternal grandmother, died in Mason City, Iowa when she was about age 15.  (This information is from Pearl Jean Johnson.)  Ms. Johnson believed this actually occurred when she was age 14, in 8th grade, in 1978.

Wendy Jacobsen, her sister, said she graduated from high school.  Ms. Johnson stated actually that Wendy quit school at age 16, and later received a GED.

LOGO000253

Angela Johnson
Interview Notes
Page 11

Forest City Medical Center records indicated that Angie "hit a wall at the truck stop" and had her finger sutured. Ms. Johnson clarified this occurred while she was working at Laverne and Shirley's. Her hand hit the corner of a shelf and she cut her finger. She stated that the incident was an accident.

An application from Winnebago Industries, dated March 1980, indicated Ms. Johnson was working as a packer at Queen's Factory, earning $8.00 an hour. Angie stated that actually she was only age 16, and lied about her age. Later in June of 1980 Ms. Johnson is working as a waitress at Pizza Hut, earning $3.35 an hour. This also is found in the Winnebago Industries employment application. Ms. Johnson said this occurred after she and Steve Hugo divorced. Her memory of this seemed somewhat inaccurate as the Winnebago County Clerk of the Court records indicate that she and Mr. Hugo applied for a marriage license on June 23, 1980. The application states that Angela was 16, and attending 10th grade in night school. Angela remembers this occurring, and recalls that she did not like attending night school.

Angela and Steven Hugo married on July 5, 1980 and separated on February 18, 1981. The divorce was filed on April 21, 1981. Angie is 16 when she marries Mr. Hugo, and has just turned 17 when they separate. She recalls working in the shipping department of Queen's refrigerator Factory in Albert Lee, Minnesota after the separation from Mr. Hugo. She lost the job when they found out she was not age 18. She then worked as counter help at W.C. Frank's, a business that sells hotdogs. Apparently she is working at Pizza Hut when she and Mr. Hugo first separate. She states they were together only nine months total.

Forest City Medical Center records that Ms. Johnson complained of neck and back pain after being in an automobile accident. Ms. Johnson did not recall this incident.

Around this time there was a statement from Wendy who related that Pearl Jean would tell Holly that if God had wanted her to sacrifice one of her children, she would have done so. Ms. Johnson states this is a statement her mother has made repeatedly over the years.

LOG000254

Angela Johnson
Interview Notes
Page 12

Angela turns 18 on January 17, 1982.  Ms. Johnson then begins dating Arlyn Johnson "A.J.".   Her mother tries to make a new start by moving to Colorado. Ms. Johnson stated that actually she took her mother to Colorado.  Pearl Jean makes contacts with her own father, Alfred Gomez, and his youngest daughter and moves to Commerce City.  Carol Mann gave Pearl Jean her station wagon to drive to Colorado.  One of the daughter's drives the car, as Pearl Jean does not drive.  This comes from Carol Mann's interview.  Actually the daughter that drove her to Colorado was Ms. Johnson.

Angela and Arlyn Johnson, applied for a marriage license on January 26, 1983, several days after Angela has turned 19.  Her sister, Holly Dirksen, related that their father, James Johnson, purchased a tavern in Chippewa Falls, Wisconsin.  Holly believes their father, Jim Johnson, is an alcoholic. Angela disagrees with this, although she admitted that Mr. Johnson would drink a case of beer a night.

Angela and Arlyn Johnson moved to Forest City, Iowa.  Angela mentioned that her belief was that A.J. was bipolar.  On this occasion Ms. Johnson also recalled that A.J. had been divorced three times.

Their daughter, Alyssa, was born on August 7, 1983 in Iowa City.  Actual medical records recall this was at Forest City Medical Center where Alyssa weighed 6 pounds 4 ounces.

The Koenen Chiropractic Clinic records indicate that Ms. Johnson presented there on March 23, 1984 (now age 20), with complaints of frequent headaches and pain in her lower back.  She described constant pressure behind her eyes. The headaches had been bothering her for about a year.  Ms. Johnson stated that these headaches began after her second motor vehicle accident.  It is recorded that there is a family history that is positive for stroke.  Ms. Johnson stated that her mother has experienced blackouts.

On May 18, 1984, Ms. Johnson applied for full time work at Winnebago Industries.  She stated that at the time she had a GED.  Ms. Johnson admits that this was a lie.  (She later received a GED while in the Linn County Jail.)

LOGO000255

Angela Johnson
Interview Notes
Page 13

On June 26, 1984, Winnebago Industries record indicate that Ms. Johnson had a back injury that occurred at home. Ms. Johnson stated that this occurred while she was lifting Alyssa.

Further records from the Koenen Chiropractic Clinic indicate that Ms. Johnson is in an automobile accident. Ms. Johnson indicated that this was actually her second automobile accident. However, if her earlier memory is right, her headaches began after her second motor vehicle accident, that would have been in March 1984, so this may be her third automobile accident. Winnebago Industry records indicate another automobile accident on September 10, 1984. Ms. Johnson recalls however, that she was only in two automobile accidents.

There is an undated note from a prior interview with Ms. Johnson that Wendy had abused her daughter, Brooke. Ms. Johnson described that by this time she had divorced A.J. and was living in Clear Lake. Alyssa was age 5, while Brooke was age 4. She and Wendy were living together. She stated that she would sometimes correct Brooke, but rarely hit Brooke. Wendy would hit Brooke, but she was not sure it was abuse.

At age 22, in 1986, Angela had an affair with Kirby Thompson. Ms. Johnson described that Kirby later died. Kirby worked in road construction and introduced Angie to cocaine. Ms. Johnson confirmed that Kirby Thompson was a "big coke head." Ms. Johnson moved out of her apartment in Forest City and returned to Clear Lake. She was then working the 11:00 pm to 7:00 am shift at Perkin's Restaurant. Ms. Johnson explained that she was with Kirby before she moved to Clear Lake. This would mark the time they separated.

Additionally in 1986, Ms. Johnson worked as an exotic dancer. Ms. Johnson said that she only did this one-week per month for a year. At this time she began using crack to stay awake. She was also working at Perkin's Restaurant.

Ms. Johnson believed that she worked as an exotic dancer at age 25, which would have occurred in 1989, not 1986.

At age 23 in 1987, Ms. Johnson falls in love with Terry DeGeus. Terry had a daughter the same age as Alyssa. Ms. Johnson stated that Terry's daughter,

LOG000256

Angela Johnson
Interview Notes
Page 14

named Ashley, was only two weeks apart in age from her daughter Alyssa.  Ms. Johnson does not dispute that Mr. DeGues was physically abusive.

At age 24, Ms. Johnson and Mr. DeGeus moved to Leland, Iowa, outside of Forest City.  Angela recalled that she "loved him so much; he rocked my world."  She does admit that he would become possessive and jealous, as well as physically abusive.  Ms. Johnson added that she tended to excuse Mr. DeGeus's abusiveness, despite calling the police several times, because Terry DeGeus had a "bad, mean, mom."  In this respect she identified with him.

In an earlier interview with Dr. Logan, Angela had said that Terry believed that he had a right to hit her in the face.  Angela on this occasion stated that Terry would feel badly after he hit her.

In the spring of 1988, Mr. DeGeus beat Angela so badly that she fled to her sister, Wendy Kinsman, in Madison, Wisconsin.  Ms. Johnson described that her sister Wendy, was then married to Mark Kinsman.  By this time Wendy had long been divorced from Mr. Jacobsen.

Following Terry's beatings, Ms. Johnson had nightmares regarding them.  On this occasion she added that she never slept in the dark.  She stated that she still has nightmares of the beating, although it has been a while since she had one since she began taking Seroquel.

Holly Dirksen confirmed that she had seen Terry beat up Angie, "quite a few times."  Ms. Johnson added that in fact Holly had called the police after one such beating.

Ms. Johnson turned 25 years old on January 17, 1989.  Ms. Johnson had earlier said in an interview that she had begun an affair with a coworker at Perkin's named Marty Cole, who told her he was separated from his wife.  Ms. Johnson then discovered this was not true, and contacted the wife.  She and the wife then became friends.  Ms. Johnson on this occasion stated that she and Marty Cole actually did not have an affair.  He was a coworker, not at Perkin's, but the Country Kitchen.  At this point she and Terry had broken up.  She didn't dare date anyone because Terry was "stalking her."  She believes that although this occurred it was much later, toward the end of 1989.

LOG000257

Angela Johnson
Interview Notes
Page 15

Records from the Mason City Police Department and Mason City Magistrate Court indicate that on September 9, 1989, the police arrested Mr. DeGeus. Mr. DeGeus was violent and resisted arrest. Ms. Johnson allegedly struck Officer Tyler in the chest with her hand while he was arresting Mr. DeGeus. Ms. Johnson stated that she only touched him. Ms. Johnson stated that this episode of violence by Mr. DeGeus occurred before Mr. DeGeus began hitting her in their relationship.

Ms. Johnson turned age 26 on January 17, 1990. There is an undated note that she moved back to Clear Lake and resumed a relationship with Terry DeGeus. She stated that in Clear Lake she was actually working at the Country Kitchen. They had split up and reconciled several times. Ms. Johnson explained that she would vacillate between thinking Terry was wonderful and thinking he was bad. (See Borderline Personality) Terry would tell her sister Wendy that he wished Angela would kill him because he hated what he did to her, according to correspondence from Wendy Jacobsen. Ms. Johnson added that Terry would tell her he felt badly for hitting her, and then he "loved me too much."

Alyssa Johnson stated that at one point she woke up in Angie's bed to find Terry's face looking in the window from the shed. Alyssa was frightened. Angie responded by setting out a lawn chair and a beer can along with a note that said, "stalk, stalk, you mother fucker." Ms. Johnson clarified that this happened when they were living in Clear Lake and she was working at the Country Kitchen. Ms. Johnson said that the Federal authorities have this note. They were living at #5 South 19th Street in Clear Lake.

Alyssa Johnson said that she and Angie were getting ready to leave the house for a matinee when Terry pulled up behind Angie's car and prevented them from leaving. They had locked the doors to the house. Terry used knives from the trunk of his car to pick the locks. He only left after Angie called the cops. Actually Angie said she called the police several times.

Ms. Johnson confirmed that Terry continued to stalk her on a regular basis, coming to her home at all hours and battering her. He had run her off the highway in Forest City, ripped off her shirt and hit her in the face hard

LCG000258

Angela Johnson
Interview Notes
Page 16

enough that she believed her jaw might be broken. Chief Book, the Chief of Police of Forest City, witnessed this, but did not arrest Terry. Ms. Johnson added that Terry continued to beat her more after Chief Book left. Terry was arrested for stalking Angie outside her house in Clear Lake.

Ms. Johnson also requested the Ventura, Iowa police escort her home when she was with Alyssa. The one policeman in town stopped escorting her after a week, so several times Ms. Johnson asked her boss to pick her up.

Ms. Johnson clarified in this interview that they first lived in Lealand. They then moved to Ventura, where Terry DeGeus head-butted her in the bathroom. They then moved to Clear Lake. When she lived in Lealand, she again left and went to stay with her sister, Wendy. Terry had a lock put inside of the shed. She left after a confrontation. Dave and A.J. were also present. She left in A.J.'s car. Dave gave Terry a ride home. Ms. Johnson went to Kim's house in order to get money to go to Wendy's. Her mother witnessed a beating she had received from Terry, and cried because she was beat up so badly.

An undated note records that later, at age 26, Ms. Johnson quit dating all together. Ms. Johnson added that she was then living in Clear Lake. Terry DeGeus had been arrested on a drug charge, but was still in the community and had access to her. He was, however, dating a woman named Rhonda.

A note dated 1991, when Ms. Johnson was age 27, and her daughter Alyssa was in the second grade, records that Terry raped Angie in the living room while Alyssa was sleeping in an adjacent room. Alyssa Johnson reported this. Ms. Johnson believed this actually occurred some time between the time when they were living in Ventura and Clear Lake. Alyssa was in school in Ventura in the second grade. They moved from Ventura to Clear Lake during that school year. Around this time Alyssa related that she was seeing a counselor regularly due to the conflict between Angie and Terry. She was scared of Terry, who was intimidating, yelled at her, and made up things she didn't do to get her in trouble with her mother. Ms. Johnson said she cried when she found this out from reading her daughter's interview.

LOG000259

Angela Johnson
Interview Notes
Page 17

An undated note records that Terry broke into Angie's house and removes the stove and kitchen table, as well as other items. Alyssa Johnson reported this. Mrs. Johnson reported this occurred when they lived in Lealand. Alyssa also reported that Angie and Alyssa got a German Shepherd puppy, which they hoped would protect them from Terry, but the dog was hit by a car a year later. Ms. Johnson recalled this occurred while they were living in Lealand. They were living in Ventura when the dog died, because he was chasing a rabbit and was hit by a car.

Ms. Johnson turned age 28 on January 17, 1992. At some point she began secretly dating Rodney Nicholson. Ms. Johnson described that Rodney Nicholson was building a radio tower at the Budget Inn in Mason City. Terry was in Britt, Iowa seeing someone else. Ms. Johnson was living in Clear Lake and was working at the Country Kitchen there.

There is a note that Angie was broken hearted when she learned that Rodney was married. This apparently came from an earlier interview with Dr. Logan. Ms. Johnson clarified that she was broken hearted when she learned that Marty Cole was married. Marty told her he turned down a job in Florida, but decided to cook at the Country Kitchen until he obtained enough money to go to California. He told her he was separated from his wife. Then she received a call from his wife and Cheryl Conroy, that they were still married.

Angie and her friend, Christy, began making a fool of Marty. She told Terry DeGeus about the relationship. She stated that she was getting crank and Terry owed money to Dustin Honken. Terry gave her $5,000 at a meeting at the Burger King at 10:00 pm one evening. Angela had put in some money too. Terry told Dustin not to give her more crank, because she was using more than she was selling. Angela offered to sell to recover the debt that Terry owed Dustin, which was $20,000. She later gave Terry some dope again. Dustin was a friend of Terry's brother, Brian. Dustin did move to Arizona. Dustin called Angie when he returned from Arizona. Angie met Dustin at a hotel, where he gave her dope, approximately 1000 ounces later that day. Dustin told her he would come back in two weeks for the money. Dustin then got arrested and did not show up. She left when she found out that he was arrested. He called her from the Cedar Rapids jail. She picked Dustin up.

LOG000260

Angela Johnson
Interview Notes
Page 18

After this they began seeing each other. She didn't know that Dustin was in a relationship with Kathy Reich and that Kathy was pregnant with Ryan. Ms. Johnson then became pregnant by Dustin as well, but did not let him know about her subsequent abortion because of her fear of Terry DeGeus.

To teach Marty Cole a lesson, both Angela and Christy told Marty they were pregnant. They both got $350 from him to get an abortion. Both of them had dinner with him at the Country Kitchen.

Alyssa had noted changes in Ms. Johnson when she began dating Dustin, describing she was "more bitchier". Although they never used drugs in front of her, Alyssa had noted signs of drug use, which she had learned about at school. Ms. Johnson actually said she was receiving crank from someone named Scott Goldblatt, and that she in fact never used crank from Dustin.

In summary, at age 28, in 1992, Ms. Johnson again began secretly dating Rodney Nicholson while Terry was seeing someone else. She then briefly had the start of a relationship with Marty Cole before discovering that he was married. She then became involved with Dustin Honken, primarily to help Terry DeGeus pay off a drug debt. The relationship evolved to the point where and Dustin Honken began a relationship, but initially at least she never received crank from Dustin, but instead from someone named Scott Goldblatt with whom she also later had a relationship.

A note from the Clear Lake Police Department dated 3/30/92 relates to Ms. Johnson calling the police to report she had been harassed by her old boyfriend, Terry DeGeus, that he had threatened her several times, and was harassing her at her workplace, the Country Kitchen. Mr. DeGeus at the time was living in Britt, Iowa with his parents. There are further reports from the Clear Lake police department that Terry DeGeus was harassing her on April 10, 1992. There are indications that as of March 1993, Ms. Johnson was still being stalked by Terry DeGeus. Ms. Johnson was then age 29. An indictment indicates that on March 17, 1993, only three days after Ms. Johnson has again made a report about Terry DeGeus to the Clear Lake police department, a search warrant was executed at Gregory Nicholson's residence resulting in the seizure of methamphetamine. Mr. Nicholson identified his source as Dustin

LOG000261

Angela Johnson
Interview Notes
Page 19

Honken, and agreed to cooperate in an investigation of Mr. Honken.  Ms.
Johnson said she was unaware of this event.

Ms. Johnson became pregnant with Marvea in the spring of 1993, and stated
that she had considered having an abortion.  Dustin did not believe that
Marvea was his because she was still seeing Terry, but still wanted her to
have the baby.  She quit using drugs during her pregnancy.  Dustin began
seeing another woman named Kathy in Mason City who was stalking him.

A discovery note indicates that Angela filed an application in Cerro Gordo
County to obtain a permit to acquire a handgun.  Ms. Johnson said that she
was "freaking out" because she was afraid of Terry.  She was afraid of what
Terry would do if he found out that she was pregnant.  She was constantly
worried.  Dustin suggested she obtain a gun for her own protection.  Ms.
Johnson had purchased a gun earlier when she was living in Ventura, but Terry
DeGeus had taken it away from her.

When she in fact got a gun license, Dustin was angry.  She and Dustin went to
a pawn shop in Waterloo where Dustin contracted to get a huge gun.  Ms.
Johnson said she was always afraid at night that Terry would break in.  She
would awaken suddenly with a startle response.  She kept the gun in her bed
frame.  Dustin had said that later she should get rid of the gun, or it would
cost them $5,000.  Christy called at the end of 1993, at which point Angie
said that her gun was in Christy's closet.

On July 25, 1993, Gregory Nicholson, Lori Dunkan, Kandy Dunkan, and Amber
Dunkan disappear.

On August 25, 1993, records from the Regency Center Family Clinic indicate
that Ms. Johnson had visited Dr. Lindstrom.  She was 23 weeks pregnant, with
her last menstrual period being on March 14, 1993.  She was working as a
waitress at the Country Club.

On November 5, 1993, Terry DeGeus disappears.

Ms. Johnson turned 30 years old on January 17, 1994.  A daughter, Marvea Jane
Honken, was born at North Iowa Mercy Health Center on February 14, 1994.  Ms.

LOG000262

Angela Johnson
Interview Notes
Page 20

Johnson said that after this she took a job in Des Moines, and put her home up for sale. She otherwise loved her house and didn't want to disrupt her daughter's school. Her daughter noticed a significant change in Ms. Johnson after Marvea was born. Alyssa described that Ms. Johnson was touchy, with a quick temper and did not seem happy. Dustin had caused Angie to get into debt and ruined her credit. Angie was frustrated that Dustin was lying about his relationship with his ex-girlfriend. Ms. Johnson stated that she had stopped using crank and was depressed.

According to a Mason City Police Department record, Ms. Johnson was still living at 5 South 19th Street in Clear Lake, as of December 1994.

A note written February 1995 records that Angie had ended her relationship with Dustin shortly after Marvea's first birthday (this would have been February 14, 1995.) There is another note that says that Holly moved in with Angie and Dustin, after breaking up an abusive relationship with her daughter Haley's father who she never married. At this time Holly said that Dustin and Angie spent a lot of time fighting. Holly's daughter Haley was about 1½ years old. Dustin was working at Graham Manufacturing while Angie was working double shifts. Dustin was buying expensive things he couldn't afford and never had any money. He would run up Angie's credit card and put her into debt, while making Angie feel like she was dumb. Ms. Johnson confirmed all of the above, but stated this was occurring before Marvea was born. Therefore this was occurring in 1993 and early 1994, not in 1995.

After Angie ended her relationship with Dustin, shortly after February 14, 1995, a note records that she was dating a farmer named Scott Goldblatz (this came from a former interview with this examiner). Ms. Johnson explained on this occasion that Mr. Goldblatz was a farmer who had supplied her with crank. He apparently was supplying her with crank, even before she became pregnant with Marvea.

By 1995 Angela is now 31 years old and had moved to Des Moines to work at the Urbandale Golf and Country Club. Alyssa did not want to move. Alyssa's father took her to Mercy Hospital in Clear Lake where she was admitted to the Juvenile Psychiatric Ward. Alyssa had an overdose, which was dismissed as a drinking experience that went bad. Alyssa began staying with her father for

LOG000263

the summer, and decided she wanted to remain with him. Angie brought her back to Des Moines. Ms. Johnson said that she was in Des Moines working when Alyssa overdosed.

Later that year, A.J. (Arlyn), according to Alyssa, became sick with Bipolar Disorder. Ms. Johnson described he was manicky. This is one of the reasons she brought Alyssa back to Des Moines.

Ms. Johnson turns age 32 on January 17, 1996. On March 12, 1996, North Iowa Mercy Health Center records show that Ms. Johnson had an aftercare visit at Mercy Medical Center in Mason City. Ms. Johnson is being investigated for child abuse by the Department of Human Services. Two days earlier she had made detailed plans to kill herself by cutting her wrists, and was making plans for her home and children. She felt agitated inside and complained of upset stomach, decreased energy level, and decreased concentration. Dr. Lassisse diagnosed depression, and prescribed Prozac 20 mg each morning. Ms. Johnson described that her depression was caused by Dustin Honken. She stated that she was scared. She stated that she had bad anxiety attacks on Prozac (this is reflected in the March 25, 1996 note by Dr. Lassisse at the mental health center, but the note seems to indicate that there had been an improvement on Prozac in her mood lability, panic attacks and energy.)

Ms. Johnson recalls instead that the doctor prescribed a different antidepressant, Zoloft, which she subsequently quit, due to the expense. Dr. Lassisse's note reflected that Ms. Johnson's realty testing was unimpaired, but her flow of thought was circumstantial, she was dependent, her mood was low and her insight was poor.

Mr. Honken was arrested in April 1996. Ms. Johnson did not show up for her mental health center appointment on April 9, 1996. The previous interview with this examiner, Ms. Johnson said that she believed Prozac caused her to have an anxiety reaction during which she would hyperventilate, could not breathe, had a rapid heart rate, became dizzy and sweaty and thought she would die. Ms. Johnson clarified that this was not an anxiety reaction, but almost hourly anxiety attacks. Mental Health Center of North Iowa records are consistent with Ms. Johnson's memory that on April 17, 1996 she stated that the Prozac was not working, and there was a switch to Zoloft 50 mg.

LCG000264

Angela Johnson
Interview Notes
Page 22


Dr. Gordon saw both Ms. Johnson and her daughter, Alyssa, on April 29, 1996.
Dr. Lassisse by this point had increased Ms. Johnson's Zoloft to 100 mg a
day. Ms. Johnson was puzzled as to why her daughter wanted to live with her
father, as she believed they had a good relationship. Ms. Johnson added that
she had told Alyssa to go spend the summer with her father, if that is what
she wanted to do. After this Angie didn't want to return. She stated her
relationship with Angie at this point was a daily struggle.


Mental Health Center of North Iowa records reflect that in May 1996 Ms.
Johnson called to say that she had run out of Zoloft, and wanted to try
something different, as Zoloft made her face break out. She was prescribed
Paxil 20 mg.


A July 8, 1996 record from the Clear Lake Police Department reflects that Ms.
Johnson had called them to report that some time between June 3, 1996 and
July 3, 1996, unknown subjects had entered her residence and had taken
several items. Ms. Johnson said the police did investigate this, but left
the door open after which further items were missing.


Ms. Johnson was 33 years old on January 17, 1997. Iowa Department of Human
Services records reflect that on 9/10/97 the Principal of Urbandale High
School called to report possible child abuse. Alyssa Johnson was missing
from school, and her mother had moved to Ft. Dodge, leaving her to care for
herself. Alyssa was age 14. Ms. Johnson clarified that she never moved or
left Alyssa on her own. Instead she was at work. She denied that she ever
moved to Ft. Dodge.


There was a news media report that Mr. Honken was convicted of manufacturing
and distributing methamphetamine on June 1997.


Ms. Johnson is 34 years old on January 17, 1998. At this point she is living
with Rick Summers, and had left Dustin Honken. In an earlier interview she
reported that she was snorting methamphetamine several times a week, but was
not selling drugs. She had been working at North Beach. Ms. Johnson added
that the Federal Investigators were following her, had inquired at her job,
and had searched her home. Mr. Summers lived in Lake Mills, in the country,

LOG000265

Angela Johnson
Interview Notes
Page 23

where she went to mellow out with Alyssa. Ms. Johnson's sister, Holly
Dirksen, recalled that her sister and Rick Summers had an arrangement in
which he promised to care for her, if she would fix up his house. Mr.
Summers had two small boys "who treated Angie like dirt." Ms. Dirksen
believes this was a low point in her sister's life, as she had nothing and
was reduced to this way of life. Ms. Johnson explained that she was fixing
up Mr. Summers home. She then lived in a trailer in Forest City. Rick was
busted for having crank. She then moved to Clear Lake. She lived alone at
North Beach and worked there. She is a caretaker for the apartment above the
North Beach Restaurant in Clear Lake that was owned by George Barlas. She
became much more involved at her daughter, Marvea's school, which was only
two blocks away. Ms. Johnson had turned 35 on January 17, 1999 about this
time.

Ms. Johnson was 36 years old on 1/17/2000. In July 2000, Ms. Johnson
purchased a motor home, and planned to move to Monateau Springs, Colorado.
Ms. Johnson clarified that the plan was for her to move there with her girls.
A short time later, however, she was arrested and placed in the Benton County
Jail. In a letter to her daughter after her arrest, Ms. Johnson indicated
that she wanted medical health for her difficulty sleeping. She was crying
often, and wanted to fire her lawyer, Al Willett. In a letter to her father,
Jim Johnson, Ms. Johnson stated that she was not capable of hurting a child,
hers or anyone else's. She described her mother as being the best thing that
ever happened to her. She had decided not to tell presentence investigator
anything about her childhood, as she did not want to make things harder, or
to drag her mother through the mud.

In August 2000, Ms. Johnson wrote to her daughter, Alyssa, that "God hates
me." Ms. Johnson clarified that she does not feel this way anymore. By
September 2000, Ms. Johnson in a letter to her sister, Holly Dirksen,
indicated she was taking the antidepressant Serzone.

In October 2000, Ms. Johnson was moved to the Black Hawk County Jail, where
she attempted suicide by hanging. She nearly died in the attempt. In a
letter to Dustin Honken on October 13, 2000, she related she had to be
"shocked back to life" and had a seizure. Three days later on October 16,

LOG000266

Angela Johnson
Interview Notes
Page 24

2000, Ms. Johnson was transferred to the Linn County Jail in Cedar Rapids, where Dr. Ali Saftar prescribed Elavil and Trazodone.

Ms. Johnson turned 37 years old on January 17, 2001. When last seen by this examiner in June 2001, she was taking the antidepressant Celexa 20 mg a day as well as Trazodone. An interview with her father, Jim Johnson, indicated that Angie's maternal grandmother, Winnifred Sund, died in EauClaire, Wisconsin.

Ms. Johnson was also questioned about her relationship with Mr. McNeese. She stated that she would get out of her cell daily and talk to him through a window. Mr. McNeese said that her lawyer, (Mr. Willett) had made a deal with the prosecution. Mr. McNeese said he had connections with the New York mob, the Lucacie crime family. Ms. Johnson was scared. Mr. McNeese told her that she would spend her life in prison, and that Dustin ought to come clean. Mr. McNeese promised that he could get her out by Halloween, all he needed were details about what she knew. He had her write out a false confession. Ms. Johnson let her cellmate read it. Mr. McNeese also said that he was falling in love with her. He would tell her that her lawyer was not helping her. Ms. Johnson said that Mr. McNeese had her believing that he was her way to get out of jail. She said that her confession made it sound like she was there, but she was not. At the time she had become suspicious of her attorney and thought he was helping Dustin, but not her.

# LOGAN & PETERSON, PC

FORENSIC, ADOLESENT AND ADULT PSYCHIATRY

### WILLIAM S, LOGAN, MD
### STEPHEN E. PETERSON, MD

228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:        (816) 842-9980

7733 FORSYTH BLVD., SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:        (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

Collateral Interviews:

A.    Wendy Jean Jacobson
      4301 Hickory Tree
      Balch Springs, Texas 75180
      1-972-286-7634
      (Dob: 1/4/62; SSN: 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)

Wendy Jacobson age 38, is the older sister of Angela Johnson. She describes their early life is filled with chaos and trauma. In approximately 1967 their parents obtained a divorce. She recalls some spousal abuse. After the divorce the children next resided for several years with a maternal grandmother, Florence Limesand and a man named Andy Jensen, both of whom are now deceased. Wendy recalled that they lived in several locations in Colorado and Iowa. She stated that both of them suffered from a "religious disorder". She remembered Mr. Jensen smashing the TV and gathering all the children's toys and burning them in front of them because they were instruments of idolness. She described that their early childhood was dominated by religion. They were "holy rollers." They were told a daily basis they were filled with demons and were frequently forcibly held on the floor while the adults rebuked the demons out of them. The one who was most resistant was Angie. This practice continued through their childhood. She recalled the children were held in a crucifix position. Both their grandparents and mother cast out the "deaf and dumb demons."

Wendy recalled that they were often hungry during their childhood. They were not allowed to eat during the day, but only one meal after sundown. While they were living in Iowa, they were awakened in the middle of the night by their mother and placed in a car with their grandparents. They were told the world was ending. They preceded to drive the highways of Iowa for three days without food or water. They were basically directed in a random pattern by their mother's "arrow."

LOG000268

Re:  Angela Johnson
Collateral Interviews
Page 2

This is an arrow shaped scar on one of their mother's legs, which was "showing them the way."  Wendy indicated that she and her siblings were probably hallucinating from hunger because they were "seeing things in the sky."  They eventually went to Charles City, Iowa where the children were fed by parishioners.

Wendy recalled that their mother frequently told them that they were nothing but a burden.  Wendy felt the only attention they were given was negative.  One practice was that on a daily basis Wendy, Angie and Jim would examine each other for the "mark of the beast" or the number "666."  They had been told if they were bad this mark would appear on their heads as a sign they were going to hell.  When Angie was approximately age 8 and Wendy was 10 they were taken to the "Teardrop Drive Orphanage" in Chanute, Kansas.  This was run by a fundamentalist religion.  The proprietors were Ted and Bobbie Dillow.  Wendy recalled that she and Angie were sexually abused by Ted Dillow.  Wendy said that Angie had later talked to her about this.  Wendy believed they were there for six months during which time their mother visited only once.  After both Wendy and Angie attacked Mr. Dillow because of their abuse, their mother retrieved them and returned them to Iowa.  Their attack was to protect their younger brother.  Mr. Dillow attempted to brush Jim's teeth with a hog brush.

After they returned to Iowa the physical beatings slowed.  If one did wrong, all were punished.  Wendy recalled, "frenzied beatings" usually administered by their mother with a wide belt or a plastic paddle.  Angie was the subject of the most severe beatings because she refused to cry.  She would often go to school with welts.  Angie was also afraid to go to the basement of their home because they had been taught there were demons there.  Other children and school friends were not allowed to visit their home until they listened to a Bible lesson.  On one occasion during this time their mother rebuked a Lesbian demon out of Wendy.

Their mother next started a new relationship with a man.  Wendy recalled that he was a "jerk and a control freak."  Their mother continued to tell the children that they were just in the way and a

LOG000269

Re: Angela Johnson
Collateral Interviews
Page 3

problem. Wendy left home in early high school years, leaving Angie behind. Wendy stated that she was the primary caregiver for the younger sisters and that Angie was her "helper and sounding board." She recalled that during their childhood their mother would disappear for an extended period of time that were unexplained. She stated that the children, "stuck together because they knew that there was no one else they could trust." Wendy believed that they were all in their mother's way and the only thing she cared about was God. She stated that their mother used "guilt as a control mechanism."

B.    Information from James Jeffrey Johnson
      1106 Cambridge Lane
      Shorewood, Illinois 60431
      1-815-725-1614
      SSN: 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
      (Dob: 3/2/67)

Mr. Johnson is the younger brother of Angela Johnson. He is currently married to Shelly with whom he has one child Thornton age 4. He has no criminal or mental health history. He graduated from high school in 1986, and the University of Iowa in 1991. Mr. Johnson was about three years old when his mother Pearl Jean Johnson and his father James Jeffrey Johnson were divorced in 1967. He described that Wendy was the primary care giver during his childhood due to his mother's frequent absences and erratic behavior. He described Angie was the fighter in the family, and was always one to take discipline to protect her younger sisters. He has vivid memories of Florence Limesand and Andy Jensen, as well as his mother physically restraining both Wendy and Angie in order to cast out demons from them. At age 10 he recalled that while they were living in Mason City, he and his younger sister, Holly went to the home of a woman who would invite children to her house for a small Sunday School sermon. He and Holly were so hungry that they sneaked away from their home and went to this lady's house. After they received candy, he kept Holly's candy and then ate his own because he knew if Holly ate the candy she would get in trouble. When they arrived home Jim tried to protect his sister Holly by showing a piece of candy to his mother, but all of the children were beaten. Jim

LOG000270

Re: Angela Johnson
Collateral Interviews
Page 4

recalled they were beaten at least twice a week, and it was always group punishment. The family moved frequently and never seemed to put down roots. They moved because of his mother's constant fear of being exposed as a "known nut." Mr. Johnson described that during his childhood he was frightened, deprived, optionees, and hungry. He broke down and wept for several minutes while talking about his childhood. Like his sister Wendy, he recalled the world-ending incident, being taken to the Chanute Kansas Orphanage, and the frequent beatings of Angie raising welts and bruises. While at the Kansas Orphanage Mr. Dillow forced him to grab an electrified cattle fence to see if it was on. He also recalled their mother rebuking death and dumb demons, and their terror that there were demons living in their basement. He recalled his mother "speaking in tongues." He described that he, like his sister Angie, was a follower. He believed that he was redeemed by his marriage to Shelly. He believed that he and his siblings were programmed as children through religious fear, as well as psychological and physical abuse to be thoughtlessly obedient. He stated, "our childhood was a "state of siege." While describing his childhood, he broke down and wept on several occasions.

LOG000271

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

May 2, 2005

Dr. William Logan
428 W. 42nd St.
Kansas City, MO 64111-3176

**HAND DELIVERED**

RE: **United States v. Angela Johnson**
**Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Logan:

Enclosed for your review, please find a CD that is a 5-½ hour interview of Angela Johnson by Dr. Dan Martell and Dr. Joel Dvoskin, the government's mental health experts.

If you should have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Rebecca L. Walker
Legal Asst. to Patrick J. Berrigan

RLW:gt

Enclosure

LOG000272

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

# LOGAN & PETERSON, PC

FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD

❑ **428 WEST 42ND STREET**
**KANSAS CITY, MISSOURI 64111**
**TELEPHONE: (816) 842-2500**
**FAX:          (816) 842-9980**

❑ **231 S. BEMISTON**
**CLAYTON, MISSOURI 63105**
**TELEPHONE: (314) 236-4914**
**FAX:          (314) 236-4990**

**3600 BURLINGAME, SUITE 1A**
**TOPEKA, KANSAS 66611**

May 4, 2005

Patrick J. Berrigan, Esq.
Attn: Rebecca L. Walker, Executive Legal Secretary
To Mr. Berrigan
Watson & Dameron, LLP
2500 Holmes
Kansas City, Missouri 64108-2743
Telephone:    816-474-3350
Fax:            816-221-1636
Email: wdlaw@kctriallawyers.com

Re:    Angela Johnson

Dear Mr. Berrigan:

My understanding per a telephone conversation with you on 11/11/02 was that $25,000 had been approved for my services. Thus far my billings are as follows:

1.    July 20, 2001          $5,909.50                    Paid 2/18/03
      (Covered services from 12/18/00 to 7/20/01)

2.    January 27, 2005      $2,847.55                    Form CJA 31 submitted
      (Covered services from 11/17/04 to 1/26/05)

3.    April 24, 2005          $4,928.80
      (New charges from 2/28-4/14/05 equaled $2,081.25)

Total amount billed thus far    $10,838.30
Amount left on allocation        $14,161.70

Recently I have received a great deal more material and requests for services in this matter, which raises concerns about the need for an additional allocation as the time devoted to the case will escalate rapidly prior to and through the trial.

Below are a list of the additional services and the estimated time/expense.

LOG000273

Re: Angela Johnson
Page 2

| Review | | Received | Time @ $225/hr | Expense |
|---|---|---|---|---|
| A. | Mason City Police Dept. and Lynn County Jail records | 4/15/05 | 3 hours | $675.00 |
| B. | | | | |
| | ➢ Indictment | 4/15/05 | 1.5 hours | $337.50 |
| | ➢ Second Suspending Indictment | | | |
| | ➢ Second notice to seek Death Penalty | | | |
| | ➢ Mental Health Ctr of N. Iowa | | | |
| | ➢ Religious writings by Pearl Johnson | | | |
| C. | Medical records from Benton and Black Hawk County Jail | 4/15/05 | 6.00 | $1350.00 |
| D. | Religious writing by Pearl Johnson | 4/17/05 | .50 | $ 112.50 |
| E. | Discovery | 4/18/05 | 8.00 | $1800.00 |
| F. | Production documents by M. Goody (to support chronology) | 4/20/05 | 12.00 | $2700.00 |
| G. | Witness Interviews (15) | 4/29/05 | 4.00 | $ 900.00 |
| H. | Summation windows document Summaries | 4/29/05 | 4.00 | $ 900.00 |
| I. | Tape of 5.5 hour interview with A. Johnson | 5/03/05 | 6.00 | $1350.00 |

In addition to the above materials to review, Ms. Goody has asked me to participate in two days of interviews with family and associates of Ms. Johnson in Mason City, Iowa on Friday and Saturday, May 6-7, 2005. Additional cost $3,600.00
2 days at $1800.00 and travel expense at $125/hour $1,125.00

There is a telephone conference scheduled for
Friday May 13, 2005 at 3:30 pm
Estimated time 1.5 hours @ $225/hr          $   337.50

Ms. Goody has inquired about my writing out the questions
for my direct examination.
Time estimate three hours          $   675.00
@$225/hour

Finally, I may need to prepare an evaluation report.
Time estimate 16 hours @ $225/hr          $  3,600.00
Total estimated additional cost          $19,462.50
Minus amount of allocation remaining          $14,161.70

Total additional allocation needed          $  5,300.80

As there will be additional expense of preparing for trial, travel to Sioux City, consulting with attorneys and testifying (estimated cost $4,000.00), an additional $10,000 allocation would likely be sufficient.

Re: Angela Johnson
Page 3

Please contact me if there are questions, or a need for more information.

Sincerely,

William S. Logan, MD
Diplomate, American Board of Psychiatry and Neurology 1982
Diplomate, American Board of Forensic Psychiatry 1987
Subspecialty in Forensic Psychiatry by the
American Board of Psychiatry and Neurology 1994 and 2003

WSL/sg

LOG000275

5-13-05
8 45/A -
11 00/A

Psychologist hired by prosecution.
Not confidential.
Not job hurt or help
"Honest + Fair"
ORDERED by the court.
Any?
Not talk a lot crime. It would remind us.
<u>Other experts hired defense</u>
> DR. LOGAN from K.C.
> MARY Hodger/ Hutchinson
> DR. Gelbort

DR. LOGAN: 1st time saw almost 5 yrs ago.
        Seen 3X. Nice guy. Good sense of humor.
        Childhood. Probe mem.
DR. Hutchinson: Cpl mo. ago. Same thing. Rel:
        my dad a lot. Gave me tests
        Board 3 pegs. Towers. Think it.
DR. Gelbort — One time. Gave tests. How long
        cpl hours or closer to all day. Find no
        meaning to me.

DR. LOGAN — Feedback findings. Looks for hero
guy pick wrong guy. Easily manipulated by
men. Fague.
Other feedback — Antidepressant. Depression
problem. Believe I will

Case 3:09-cv-03064-MWB-LTS   Document 2342   Filed 06/23/11   Page 76 of 100
LOG000276

Dr. Hutchinson – Frugal person. not that Frugal. I had probs w/ men sters rel. ō dad. Hate to admit – true.

Dr. Good rapport ē all of them.
Dr. Gelbort – No conclusion or them. Others de dint

---

ask something yourself
Biography

<u>Birth</u>: Mom pregnancy: Breech birth. Depression
Consequences? – Healthy? – yes.
<u>Told parts of life & remember</u> – ask tell acto
Unusual? NO
What age? NO.

<u>1st memory</u> – Don't remember
<u>Kind of house</u>: family moved a lot. 1st have mom
& dad together. remember dad closed in
house. Cigars. Kissed goodnight.
? Natl parents married & stayed together til 4
Mom? Read her cool
Dad? James Jeffrey
<u>Happy home/fight</u>: No memory.
At time separated? Living somewhere else. Sister ē
dad. F uassale. Sleepin mums bed.
Mom went somewhere babysitter. Hear something
underneath bed. dad tell etc prod ad. Babysitter
Broken into the window cops. Police handcuff
us. Mom came home.

LOGC000277

#5 - <u>3 s & sis T two.</u>
youngest boy not by my dad. 10 yrs younger.

oldest sister - (2 yrs) Wendy
next - me
" - Jamie >1 yr.
" - Jim Jeffrey Johnson Jr. 4 yrs.
" - Holly 10 yrs younger.
So Jenny got born

Lived in here Kenosha, Wisc.
where bad thing happened.

? <u>Anything else:</u> Preschool yrs.
ADD. after 6. had time understand directions
1/17/64.
? Grades: All S. I thought terrible but rep. but
school all OK.
? Socially: Athletic? Pretty good.
? More likely to be bully or if bullied - I of
bullied lot in grade school. Whether that me -
Don't know.

? Mom alone, Remarry, Boyfriend - No date till 9
Holly's dad. Killed in car accident. Real
bad thing.

LOG000278

<u>During time period</u>: Mom important in life?
Holly dad - nice guy. But he could
much. Christmas dad's mothers husband -
Dad father died before born.
He pretty much Daca Dad. called Grandpa.
He's disease.
   Lived Eau Claire. Mother from Kansas?
   all places close together
Don't remember one + last often going. but sure
we did.

2. During time thru Grade School. how mom discipline?
   Often. Big thick wide belt. Seems like
   everyday.
   ? When she hit = belt. He did something wrong,
      no reason or drunk. Mom no drug or drink.
      Very pretty. She would love her temper =
      me.
   ? But at time I did something every. If I spilled
      spilled milk. Then rub. If one did something
      then all get hit. Junior of one of
      Junior family. So you would take responsibility.
      Tried to see who got hit. All would just sit?
      Probably feel very all hide. I was always
      including at school and stick up for
      anybody.

LOG000279

Early years! And they still are out.
Resist temptation
And don't like it.

3rd or before that. I was younger. Think 1st
grade. No memory of school. Mom mom
Florence Jensen "obvious" "really religious"
Mom & dad dead.
And — I don't know how tell the only self crazy
saw something out window like UFO. Red
lights on it. Told mom. Evil red eye.
Huge Bird. Probably just dreamed it.
(laughs). Can't even tell explain. Dad
exorcism on me.
I'll remember exorcism — lay floor, very frightly
try get away from them. Call cops, them prayer
rebuking devil. Told forever. Held down
more intense than praying
My own private stuff. And blue cast
Love him so much — not like just now.
"religious fanatic" Still religious dad
the extreme.
Went on days. Maybe days or seemed like —
more than one day.
How feel about self? Incredibly stupid.
I never forget demons or spirits
throughout life. Age 15 or 2nd grade.
No memory school till 3rd grade.

Red Bird - Dove - Snow White. My GP courage
after plucked body i squirt let dove go

* I'm confused.
  <u>Grandpa JENSEN.</u>

— I could tell good. From Colorado — Pueblo
  before Mason City. Can't remember.
  moms dad + mother ship Gomez, lived there
  mom never drove. went to store all day
  groceries. One dropped bag. Doesn't all
  anyway. Mom/Patricia "Pat" now felt alone
  refurniture doubts damn pill. Called Joe(?)
  Freestar gave mom (cuddle) fun to cry -
  be there mom very beautiful. Called date
  he was persistent. mom would date but I
  really liked him.

  anything else: knows everything - I haven't slept
  for weeks good
  can't get girl accept couples. family outings
  Zoo + Park. I'm time upset Only me
  school. people said people Anglo. Remembered.
  upset. told can't. Can't come to school. He
  from mad outside we sorry. So teacher wouldn't call
  single again took all ice cream. He gave
  me my name then. Then we moved.
  why: Don't know.

4

Not in Mason city [long] BK moved
to Horton (small town)

A. what [do you] [owe?] to? [in] Horton. GM lived [there] [his]
[money] [out] of control. [living] [not] [in]
[not in] [bed]. Not [rebelling] [devil] [got]
<u>Dott</u> — My Dad [moves] [in] [took] [a] [beer].

9²⁵  [Tape] Stopped.
    GM Sund. [Aunt] [& GM] [always] so happy. [after] [Kevin]
    Sund. Dad [dad] died [BK] [he] was born.
    His name [Marlyn] [Johnson].

? [Smelling] else. [the] [place] [cold] [all] [furnish]
    [mom] [fell] [out] [pregnant] -
    [Aunt] [time] [here] in Horton
    moved to [Chenute] (KS [lived] [in] [country] [&]
    [they] [Dog] or [please] [run] [by] [Joe] & [Bobbi]
    [& You]. [Mom] [with] [you]? NO.
    [terrible] terrible place. a [other] [room]
    [who] [going] to [give] Holly up [adoption] [also]
    [thought] [leave] all [of us]. [there] [at] [beginning] -
    [there] all the time [don't] [remember] [seeing] [her]
    Lot of [blank] spots
    [why] [say] terrible place? [never] [organ] [before]
    [Kids], [Audene], [Bobbits], [low].

LOG000282

not there day long.

Rabbit in wall. Rabbit in one corner of barn dirt floor. Pretty wobbly soft & wiggly. Brother holding one. All sudden brother put it down sharp smashed head a sledge hammer. Eyes popped out. Traumatized & shocked. Gun pulled skin off one pull. Did not out rabbit open pulled intestines out — could? One ate rabbit squirrel, deer etc. skin & etc. Horrifying. Never went near rabbit hutch again.

other animals

Fed cut up bread feed chickens. We live feed up corn. After ate. watched them live. They did chicken into pig pen. Pig torn it apart. Owns another chicken. Them.

mean to me? They knew wholly afraid of them up. They had ate all our property. They would feed always hungry. Wendy came out rabbit a squirrel barn. Cats striding like velcro. One to run me then all four surge hole out to the dog. Kitties had milk dog close up fresh knew pull me in & they cold. Cute little kitten saw winter sleep. Anyway some in. Cold too close. They gathered by bed

LOG000283

5

meanest thing: lot of mind games there

Ted [illegible] molested [illegible]. always she molested me too but I don't remember that. How know? B/c she told me.

remember: other [illegible] so mean

[illegible] tell what did. Don't remember.
Really molested? I said no. I don't think so

Did she use word molested. Yes: no later - doesn't tell specifically what he did to me. or what he did to you. She [illegible] girls [illegible]. She remembers me say no too [illegible]. But I don't remember that.

As sit here today think did accident happen no memory. I'm there made me feel uncomfortable when I see them & memories come over me again. Did he: no I don't think so. No memory. How could I blocked it out.

3rd grade.

School so hard for me. Couldn't

LOG000284

current [illegible]. [illegible] [illegible]. [illegible]

bag. Two black eye. Fed leg feelers

Made me go to small school, like retard
school because brain + bladder
Not there leg. My kidneys had
heavy disability

[underlined] Fatt zilly Stupid A? et her twin?
her leg - my eye deep.
Him bra to Frankin.
[underlined] Any other my Things:

Chriled by boy really scared me.

Remember 1st boyfriend
Frie access & in Forest City
Summer b/w 5th. 6th
Boy Snyder. He was builders in Ramplin
So nice. I should die my like skate
project Ramplin. 1st kiss
after school Statue dident me

[boxed] my my else   — No
As far as you recall. only had kiss
sex. exp. No Just new friendships.
6th moved in w ho.

my my breds told down - No He fell? Stupid
but so much of myself de whole wid

Case 3:09-cv-02064-MWB-LTS   Document 284-1   Filed 06/23/11   Page 85 of 100
LOG000285

Fast — hungry all the time

Holly born — my name 1st thing we said
never had to go thru rebuilding thing.

Bathroom after leg — Holly follows me
everywhere — did get out — mother door
shut + foot. Cut toy my finger off
feel terrible to this day.
Snacking — knew mom not like — Funds
12 or 13.
I thought anything I ate would get me
in trouble.
Ambulances — they now fill live the
room. God doing my lunch tray
only putty $32/wk. All under Fred
adopt a line Morgue TV. Now said that
was fine — I have Tyler boy. wrote that.
Soon. Fixed schedule.
Mom said no more made me stop
I started again 14. then bought Fred story
Fundraisers. God + more goght get 5th.
mom got ABC fine
Always high clean nice home kids
clean

mom bought rest when Funds 13. They got
bigger rest. They got $ I don't know

Laurene & Shirley

Once she got that call I died was crush there

Dreams - Yoga. Little rest

Middle School - Girls Men - Not good
thron mel get Merezo #'s. Cigarette
Marijuana = Luency turned in to beer
and MJ. Best thing could except.
If gone everyday getting ligh could
never larce it -

Cod never get caught? always get caught.
what happen? Grounded. Hit me.

Hate saying bad poms. Not live there anymore.
Been there for me arrested. Bigger support.

Junior High: Door gulle. Tunder more more
> smoked - no
> same those by they & Smeding
> Good fighter. freecee 5th not native
suppose. Stood ground. Not pulled on.
Cod further - No let anybody get pushed on
Tues and further. Pull on other? no

You guy multivery that you - we'd not so far

Good Athletically:
Sports. Mon ardent effull be ebre. Shep
And follow after short

Real good, Never. Never saw Julie - Julie a
deer. Real thin, but thin.
Oumed socks in jail.
41 now was 36.
Grade: Finish in 8.
Number one, Were going attractive? Yeah.

High School
Any Jays things happen -
Nou hid my friend. Leave all
Murdered the basement sledge
Myself of evil Spirits.

Visit Dad in Summers. Not good
exp. Not get along with. This Dad
dad didn't like me. Had only wanted
Billie she's cult mom. Very go clery.
She blame things all me cause de dad
always believe me. Dad give $20 00
dont tell Cathie. Dad said her $20 00 - Sure
I didn't tell him. Hotia Red He Airport -
Fad. So next there. I'll soon be
making new a not easy. So I just owl.
patrol timeber. So here because of Ruff.
ah ha. Not how worked out. She might
stealing stuff. Due stuff mean & lie - I
won't try to define myself.

Case 3:09-cv-03064-MWB-LTS    Document 3344    Filed 06/23/11    Page 88 of 100
LOG000288

Q So up to this time believe I'm getting pretty much had but got in trouble anyway. Never went to but got in trouble

Friend step in Feb way F.A. Kind of give up

I dropped out 9th grade
I had no interest in school.
What do. Can't work for Michael Neal & I lived with boyfriend. Mike. Got out moved in never saw place after Kurt.

? During middle school - boyfriend? always by like me.
?, reputation - not a slut. Not involved. lost of school stuff
? Boyfriend - always had boyfriend
? age 1st sex - she 14-15 yo
? older boy - she guy never 16.
? How old was she — 18 or 19
? did he ever go to - you billed that boy stop
father mom interview & off I went
Had no place after Two moved out
home - couldn't stand her

When 1st child conceived? 19 yo. no time-
lost 9 mo - killed him 14

LCG000469

[handwritten notes, largely illegible cursive]

LCG000290

SMART lady knew [illegible]

F[illegible] figured out calendar
until got it renewed.

[illegible] figured pregnant
Argue [illegible] happy [illegible] baby? No.
[illegible] A-J. he [illegible]
[illegible] Forrest [illegible]. [illegible]
? Good guy - real good guy.
[illegible] - [illegible].
[illegible] - [illegible] - [illegible]
[illegible].
[illegible] not - physically attractive - he didn't [illegible]
[illegible].
[illegible] of [illegible] - [illegible]
A-J [illegible]. Not physically [illegible]
guy. He was real [illegible]
[illegible] A-J got [illegible] full-time - [illegible]
[illegible] always [illegible]

Prefer guy little closer to the edge?
[illegible]
[illegible]. [illegible] to [illegible]
[illegible]. [illegible] not there
F[illegible] loved [illegible] not & cig.
She said: [illegible]. [illegible]

LOG000291

LOG000292

Since on antidepressants he feel better

+ Zoloft - gave some

← ...

_____

Alyssa born 1980 August.

MANSA - Medical Needs Harlem ...
bay 1994. This ...
...
pid.

(F) ...

→ ...
→ ...

L0G000293

Mc *[illegible]* — *[illegible]*
*[illegible]*
*[illegible]*

Call Mr *[illegible]* or *Ange.*
*[illegible]*
( my time 10:25 )  [ 11:45 ]  *[illegible]*
Open door.
God Soda
*[illegible] private Stuff.*

How many years *[illegible] to meet*
*[illegible].*

10:58   Lunch.

aust
*[illegible] Alyssa before.*
*[illegible] before*
*[illegible] T. DeCosts. [illegible]*
*[illegible]*
*[illegible]*
*[illegible]*

*[illegible] numerous traffic violations*
*Habitual violation twice [illegible] yr*
*[illegible] twice*
( *[illegible]* )
*[illegible]*
*[illegible]*

LOG000294

Hibitual Speeder.

Lets go back to you & Alyssa & AJ.
  Ince together & 3yrs
Style have adult work.
Left home - age 21 - as 23.

[ emotional lady ? ]

How long have affairs? Jeff Mostly
  after affair
MJ swelling to color → feel a love a concern
Kirby Simpson? Dated for you ?
Lee-Sister - no Foye age. Funded
  wallcar Bro Stuff Aileen
Cypra & you? Yes
who court? Scott-
  him 7 with/no dance $1000.
Dating & little - Car & furniture.
you made Toodled - Sometime more.
  Hard for you.
Where you say dancing? Strippin
  Pam has: Save on Man.
Her feel - Mom was low enough made H
  If not Alyssa push would for the town
  Good girl all
Kirby & you? no not doing anyone Ann

other ways? Next Hostetter or get off the
stage.

and I never cash. Only every was
circuit.

it go all the time? Probably. But frustrating
I didn't do color story?
for days & days. [illegible] every wrote

Hurtock - too thin.

Ladis effectively circuit? [illegible]

Overall health? Fine.

[illegible]        placed there so got by

vchurya? alyssa was 4.

so 1987? Yeah.

─────────

what next chapter.

I opened on Forest City call the
Bullet 1988. A was

where got #1. I had to fire [illegible]
no hire. Had thrult cap
Idea truly.

I'mma the end.

Bunn Derby fell in. I were just
trps in both phu.

I didn't buy I got hired to
I had to do still it

Case 3:09-cv-03064-MWB-LTS    Document 284-4    Filed 06/23/11    Page 96 of 100

LOG000296

? Sell circuits — [illegible] no post [illegible] not confidence.

[illegible handwritten lines]
S, NT off  open W—S
[illegible]

[illegible handwritten lines]
sleep nightly

How are you feeling? Have lost except
many [illegible]. C—Z.

[several illegible handwritten lines]
drug addict.
[illegible]

How was your [illegible] A. welfare
remember my [illegible] — [illegible]
to [illegible]
[illegible]

Case 3:09-cv-03064-MWB-LTS   Document 284-4   Filed 06/23/11   Page 97 of 100
LOG000297

[illegible handwritten notes]

LOG000298

Kids 2 yr old Twss 24-25

I moved into [illegible] in [illegible] +
he moved in w me

? Have us bc i Algebra — good . [illegible] Ashley [illegible]
    ? good father to Ashley.

? You were out of control [illegible] — He got
            little paranoid + obsessive
? [illegible] you — got. [illegible] big [illegible]
        I [illegible] cleaned [illegible] be [illegible]
    [illegible] him. [illegible] my [illegible]
    [illegible]. Possessive & abusive
        physically
? Abuse — Hit me
? How — 1st [illegible] [illegible] free
[illegible] — [illegible], [illegible] me fed [illegible]
? [illegible] — [illegible] [illegible]. [illegible]
        Blue 393 Wildcat
        Red Monte Carlo
        [illegible] T.O. Jerry Olsen. [illegible] me
    my car. [illegible] Jerry got
        mad [illegible] him (eventually got to [illegible])
    [illegible] driving on wildcat [illegible] T.O. [illegible]
    he lost it. I [illegible] to [illegible] him [illegible]
    to get it [illegible] [illegible] [illegible] [illegible]
    [illegible] he so irrational. [illegible]
    [illegible]

Case 3:09-cv-03064-MWB-LTS   Document 28-4   Filed 06/23/11   Page 99 of 100
    LOG000299
    me. [illegible]

He told me Kenmore

Feel harassed. Please make me stop

So I phys call cops came

It crushed real good thing if got

out

I called cops to tell me or jail.

Alice knew Jerry. OK if I leave.

He left me in line. I was like my God

My shirt half ripped off

I know Jerry on the other cigarette

I realize gun stolen. Walk out call 911.

Jerry could tell. Came into gun store

come out leaving. confused. Dave

~~NISMO~~ carry me ( my friend I saw N.J.

was hysteria. I ran down street

got in A.J.'s car. He took me home —

under Kenmore. Jerry left behind

us Kenmore. Jerry here not Glen.

A.J. and Dave I'm told me again

Kenmore took me & pushed home

I went to use. And my thigh a 3 mo

till mood started — ain't here to feel

me together — I gave everything & I loved

him so much. He really was sorry. I

cried easily

Case 3:09-cv-03064-MWB-LTS   Document 284-4   Filed 06/23/11   Page 100 of 100

LOG000300