* (1st) time left [illegible]
[illegible] 1st grade [illegible]

10:55 Rest room break

Know I'm terrible and I
about the [illegible] my life I'm [illegible]
helped with [illegible]
I've made so many mistakes.

It's 12:15 turn off the tape
12:20 (started abt. 10) 2 hrs 15 min
Dr. [illegible] close to friends
Dr Mantel < 1 hr.

Moved back to [illegible] 1st grade
[illegible] in [illegible] Co [illegible]
[illegible]

Moved to Ventura next
Closer to A-J. [illegible] for Jerry
How often violent - Infrequent
Last? "worst one". 2x/mo.
How [illegible] - [illegible]
[illegible]

When J. [illegible]
[illegible]

Move back volume [illegible] again
So you tried to get sleep

Tried to sleep off of it. No [illegible]
movie.

11:00 —

OK except Jerry Move on — life
[illegible]
Jerry [illegible].
Jerome [illegible] $20,000.00
Take this money

Friday
5/13/05
2:30pm

Meeting w/ Dr. Bill Logan in his office

Discuss the Dan Martel – Joel Dvosky interview
Lots of leading Q's — sleazy stuff.

Interested in defense experts
Bill Logan, Marilyn Hutchinson, + Michael Gelbort.
+ What feedback

Logan's F — looking for hero, trouble w/ men
Marilyn H. → focused on relationship between Angie + her dad.

Come
→ Watch out for the summary stmts.

Angie's Biography

— miss players b/c they go chronologically
Ask for spontaneous memory retrieval
Penalizes people who are not bright, not good historians, or are anxious + will not remember b/c of their anxiety.

Leading Q's such as
Did you Live in a happy home or were their fights? (No in-between)

Don't discuss any of AJ's family's mental health history.

Anything else that you think is important about your preschool years?
(not designed to

All S's = All A's that's incorrect; another atty. trick. They want to dispense with AJ's claim of A.D.D.

Were you more likely to be bullied or be the bully?
Another binary Q — no in between.
(Angie answered this by saying she was bullied a lot when she was younger.).

AJ disiplined a Lot in ~~g~~ grade school.

Angie little inappropriate w/ the giggling.

Overall flavor of interview is that this is heavily

LOG000304

religious family that did exorcisms.
(minimizing

Bill offended by the overall tenor of Q's - which rather than unbiased, fair attempt to glean information.

ridiculed her memory

Dillo Stuff — characterized by Martel as city kids having bad experience on the farm.

Got rid of dove b/c evil spirit went into it.
— for Martel just another ~~sli~~ slightly over-religious family.

Tape stopped at one point — Bill thinks they may have missed couple of sentences.

Dvoskin — very slow, plodding interviewer. No rapport developed w/ AJ + Dvoskin. He's not hostile, but he's nowhere close to friendly.

Angie describes the rabbit killing + skinning.
Angie says she [illegible], but

neither Martel nor Dvoskin follow up w/ any Q's about nightmares, anxiety, etc. They're not interested in exploring PTSD.

Include both chickens + kittens thrown to pigs

Wendy told her later that Ted Dillo molested her also. "Naps" w/ Ted.

but Angie denied her abuse —

Well I have no memory of it.
Ted did make her feel uncomfortable but She did tell Ted never to come her again.

✱ Is there a DFS report concerning Pearl Jean's hurting

Logan — pepper Dvoskin + Martel w/ cross-exam X, Y, Z, was that you're attempt to be honest + fair?

Logan notes
~~Ab~~ that Angie's relationships in school all ended ABRUPTLY.

Angie talk about the fasting
— no follow up Q's whatsoever on this fasting info.!!
They aren't interested in the fasting.

Bill → There are periods in interview where Martel + Dvorkins attitudes clearly come o

3:40pm Mary Goody and Mark ~~Evan~~ Cunningham

Dvorkin transcripts?
NASA Liaison

WENDY → 1st
Phase Penalt Team

(Different Areas of Dysfunction — M. Cunningham) 1st

Family Members 1st

(1st up)
BL → Will discuss history!

Focus on Diagnosis + Tx!

P.T.S.D.

Depression

Major Dep. Disorder Rec.

Borderline Per. Disorder

Religious Issues.

└ History of Major Events →

Genetic predisposition to alcohol-drug abuse, mental illness.

MH Developmental Childhood Issues

– Talk about Abused Kids – educationally and discuss specific instances also

Consequences of childhood abuse

Collateral to the family,

Angie's problems symptoms

MC Rebuttal + Tieing this to Choosing BAD GUYS.

Mitigation + Risk Module

Wide Brush on the Diagnosis —— avoid fighting about LABELS

Antisocial Personality Disorder – be Ready to rebut.

Stressors – Many Family Stressors

Parents Damaged. Genetic Predisposition for alcohol, drug abuse + mental illness.

Ending w/ Angie

Case 3:09-cv-03064-MWB-LTS Document 284-5 Filed 06/23/11 Page 8 of 50

LDG000308

Tammie Jo → Value is still that she's damaged.

"Picture the kids as a group of survivors."

— Bill Logan.

None of these kids are un/catched

Cunningham does his chart thing — has the info. to do it.

— early teenage onset of drug + alcohol abuse.

This + all the developmental problems

Don't forget the good stuff:

amidst the pathology

good stuff —

Adjustment in jail → not that bad.

Inmates sentenced to LWOP —
better disciplinary infraction rate
is better than those doing short
sentences

# Name of Guy Dean spoke to B.O.P.

mdc@markdcunningham.com

End conf. at 5:10pm

Discuss Marilyn Hutchinson's notes w/
her till 5:30pm

5:30pm – 5:45pm Pick up Hare Psychopathy
Info. from Marilyn at her house.

7:05pm – 9:20pm At office reading e-mails from
Mary Goody, Nancy LaVoue (trial notes)
Dean Stowers (Resp. to Gov't's motion re: Sentencing
I's)
+ J. Bennett (5 pg. letter w/ final merits phase
I's)

LOG000310

Friday nite
5/13/05
9:20pm - Drive to Sioux City, Iowa
start 124868.6 mi



Psychological / Psychiatric I's re:
Angela Johnson

(1) Primary Diagnosis, Axis I — ? PTSD - Chronic
Axis II — Borderline Personality Disorder

(diagnosed primarily - 75% - in females).

(2) The psychological explanation for Angela's:

(a) unusual relationships w/ men

AJ Johnson, Steve Hugo, Terry DeGeus, DH, Rodney LNU

(b) impulsive behavior

(c) exaggerated responses in issues of attention, & abandonment

(d) difficulty w/ interpersonal relationships.

(e) self-destructive ~~behavior~~ behavior

May 26, 2005

Dr. Marilyn Hutchinson, Ph.D
Dr. William S. Logan, M.D.
Dr. Mark D. Cunningham, Ph.D

RE: U.S. v. Angela Johnson
Defense Mental Health Experts' Reports

Dear Doctors Bill, Marilyn, and Mark:

At 1:48 p.m. today, after a telephone hearing on the procedures to be employed in disclosing the *government's* expert's reports to the defense, Judge Bennett took issue with my position that the defense experts were under no legal obligation to produce reports in order to testify. Actually, he reluctantly *agreed* with my position- because he had to (it's *true*)- but decided it was unfair to force the government experts to produce reports and allow the defense experts to "surprise" the government prosecutors. Judge Bennett's solution was to order depositions of the defense experts in lieu of reports. Fearing the obvious logistical, time consuming, and strategic consequences which lengthy depositions would impose on all of us, I opted to get reports to the government as soon as possible.

I realize that "as soon as possible" does not mean that you guys, all very busy professionals, can drop everything to devote time to this request. However, if you could get me a rough draft of a report by this weekend, that would be wonderful. Mary and I could fact check it, get it back to you with suggestions, if any, and get the final reports to the government early next week.

The judge made a point of telling me that the report should include all sources of information on which you relied in forming your opinions. This is, in part, a response to a government complaint that I failed to provide a list of significant family members and friends, school, medical and other records, or any background material to Doctors Dan Martel and Joel Dvosky, as they requested *this week* (after interviewing Angela a month ago!). Presumably, although their reports will already have been on file, Martel and Dvosky could go out and interview relatives before they testify in an effort to bolster, or perhaps change, their opinions. I'm not worried about that happening.

Please call me with any questions that you might have (cell 816-590-3003). These reports do not need be terribly factually detailed, but must include at the very least "a written summary of the testimony that the defendant intends to elicit, including the witness's opinions, the basis and reasons for those opinions, and

LOG000313

the witnesses qualifications" (a separate CV will suffice). I envision something of at least 6-8 pages at a minimum.

We will further talk on Friday and Saturday at our scheduled telephone interviews about the report, and any issues surrounding it. In the meantime, thank you all so much for your continued dedication to this case, and all the work that involves.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP
Counsel for Angela Johnson

Cc: Mary Goody (email: mitigate@silverstar.com)

W ATSON & DAMERON, LLP
TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†
*Licensed in MO & KS
†Licensed in MO & CA
‡Licensed in IL & Federal Court only
All others licensed in Missouri only

May 26, 2005

Dr. William S. Logan, M.D.
Logan & Peterson, P.C.
428 W. 42nd St.
Kansas City, Missouri 64111-3176

**RE: U.S. v. Angela Johnson**

Dear Dr. Logan:

In response to your letter of May 4th, 2005, we have reviewed the court orders authorizing payment for experts in this case. You were approved for $30,000.00, not the $25,000.00 we previously believed. Accordingly, I am not asking for additional funds quite yet, although I will be happy to do that if it turns out we need the money.

Please let me know if you have any problems with this plan. I am looking forward to seeing you in early June. We will keep you posted.

Sincerely,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

2500 Holmes, Kansas City, MO 64108-2743 • [illegible]lawyers.com • (816) 474-3350 • Fax: (816) 221-1636
LOG000315

Basis for Opinion:

A. Personal History: childhood
(Source Ms Johnson, family members and associates, independent records).

Ms. J's mother, JEAN, was exposed to an alcoholic stepfather, VIRGIL Ashley, who would have physical fights with her mother, FLORENCE. VIRGIL would whip Jean leaving marks. VIRGIL also would beat her sister, Darlene. When Jean and FLORENCE tried to intervene, VIRGIL would hit FLORENCE. VIRGIL also fondled JEAN sexually. This fondling led to intercourse. Eventually, FLORENCE divorced VIRGIL and Jean and her siblings lived with their maternal grandmother CORA while FLORENCE worked. When JEAN WAS age 15 her mother married her second stepfather, ANDREW Johnson, who died of leukemia two years later.

Jean did poorly in school, particularly math, as she couldn't concentrate. She dropped out of school in high school.

At age 19 Jean married Ms. Johnson's father, James. The marriage was stormy. Jean blamed James mother, WINNIFRED. Jean described that James was drunk physically abusive while she was mostly. There

WINNIFRED told Jean that James father committed suicide.

Case 3:09-cv-03064-MWB-LTS Document 284-5 Filed 06/23/11 Page 16 of 50

LOG000316

were multiple separations. Jean's physical injuries included a bruised jaw, bloody nose and lip, and two black eyes. They had four children together including Wendy (dob: 1/4/62); Angela (dob: 1/17/64); Jamie (dob 11/23/65) and James Jr. (dob. 3/2/67). When Angela was an infant Jean suffered a miscarriage. After the divorce Jean received support from her mother, Florence who had married Andrew Jensen and was living in Clear Lake, Iowa. According to Jean, James did not support the children financially. Angie recalls her parents separated when she was age 4.

Jean admitted she was under considerable stress, was often irritable and would scream at her children. Jean admitted she physically abused Wendy and Angie, who she hit in the face a couple of times. In addition to slapping Angie's face, Jean would hit her on the back, arm, and rear hard enough to leave bruises. She found it hard to relate to her children because she was alone. Jean stated her children learned to survive and care for themselves.

Jean did send the children to visit their father James who remarried and lived in Wisconsin. Jean described that while Wendy would do what was necessary to keep out of trouble, Angie was more forceful and

Angie was [illegible] by her father who [illegible] her face

would defend her when James wife Cookie made derogatory comments about her. Consequently Angie would receive a beating. When Jean discovered this the visits stopped.

Jean next took the family to live with her parents who had moved to Colorado. Part of the reason was to end an affair with Bob, a married man. While in Colorado a telephone repairman became interested in Jean. He would take Jean and the family on outings. This was Angie's first experience of a normal family. She became attached to this man and hoped her mother would marry him. Without explanation Jean's parents and their family returned to Iowa. Jean revealed that in Colorado Bob had continued to write to her. Back in Iowa they resummed their relationship.

Jean, her mother and her stepfather at this point became religiously preoccupied and followed the teachings of a man named Bishop Whitlock. About this time Angie was eight years old. Angie told them something was talking to her at night. Jean, Florence and Andy annointed Angie with oil and performed an exorcism. Angie and

10.

her siblings described this was a terrifying experience. Wendy described what they did to Angie was "horrible". ~~They believed~~ Wendy cried as she described it. that because Angie had difficulty in school and often had trouble with attention ~~listening to others~~ she was inhabited by deaf and dumb demons. Florence and Jean held down Angie, while Andy stood by Angie's head and waived a Bible to cast out the deaf and dumb demons. Wendy recalled Angie struggled, "cried and cried" and had a "look of terror in her eyes". Angie would cry, scream and thrash about until she was completely exhausted. Wendy recalled angie saying "please help me." When Wendy told them to leave her alone Andy said "get thee behind me Satan" and called Angie "evil". Wendy described these exorcisms would occur frequently, as often as two or three times a week, ~~xxx~~ whenever God lead them, and could last thirty minutes or longer. The other children also experienced exorcisms. Eventually they learned that if they expelled gas, coughed or sneezed, it would be seen as evidence the demon had left. Wendy described this practice continued into their teenage years, and demons had been cast out of Wendy even as a married adult.

Wendy further described her mother and grandparents told them there were demons living in their house. They would check the children's heads for the mark of the beast.

On another occasion Florence identified objects in the house that were not of God. These objects which included the children's toys were either broken or put in a barrel and set on fire. Angie and Jennie recall a three day exorcism of a parakeet or a pet dove which they let go as well.

During this time Florence saw a wolf in her window and became convinced it was the end of the world. Florence awakened them in a panic in the middle of the night. Florence, Andy, Jean and the children rode around in a car for the next three days without food or sleep. They followed an arrow on Jeans leg which they believed was God's sign telling them where to go. Wendy recalled the scar, (which Jean demonstrated), was from a cut Jean incurred when they lived in Colorado earlier. Wendy recalled as time progressed they were hallucinating seeing chariots inflaming Chariots in the sky.

At night they followed a bright star.

Food was withheld from the children during the day in order to fast.

LOS000320

Another concern of the children was that Jean would talk of sacrificing their children if she received a sign from God to do so.

Jean's relationship with Bob continued for three years after their return to Iowa from Colorado. Bob had separated from his wife and had his own residence. It was at this time the youngest sibling, Holly, was conceived. Jean could not tell her mother about the pregnancy and wanted to place the baby for adoption. Jean's friend Carol Mann knew ~~B~~ Ted and Bobby Dillow who were trying to establish a children's shelter near Chanute, Kansas in conjunction with a church. At the Dillows Jean recalled she and the children lived in a converted garage. Jean worked at a daycare center in town, an outreach arm of the Dillows church. She was present so seldom several of the children now do not even recall her being there. Bob died in a motor vehicle accident shortly after they arrived there.

James Jr. was only three years old at the time. He recalles seeing the hog eat baby chickens. The Dillons would make him put a barbed wire fence to see if the electricity was on. He recalled sleeping in a shed that was infested with mice. He also was made to eat food he didn't like rice or black eyed peas. The Dillons also forced him to eat a bar of soap. He continued to have bad dreams about being at the Dillons until he was a freshman in college. He would awaken from these dreams sweating and scared. Jamie recalled the Dillons as a really bad place. She recalled the pig eating a kitten.

Wendy believed Jean was going to leave them all at an orphanage. She recalled that shortly after they arrived the Dillons frightened them with a flashing skeleton. Jean often was gone doing church work. Ted Dillon bought them sheer underwear to wear. Teds older daughters were required to take afternoon naps with him. Soon she was required to do them as well. Ted would grab her and press ~~himself~~ his penis against her until he got off. Ted also wanted Angie to take a nap with him. Talking to Angie years later they discovered Ted

sexually molested Angie as well. Angie didn't tell Wendy specifics but Wendy recalled they were both crying.

Wendy recalled other frightening experiences. The Dillows took care of two Indian boys who were so scared and nervous they chewed holes in their shirt. Once as punishment they made Wendy and her siblings line up and drink out of a pig's nursing bottle. Wendi attacked Bobbi when Bobbi tried to brush Jeni's teeth with a pig tooth brush. She recalled the pig eating a live ~~bat~~ cat. The Dillows killed a rabbit by putting its head on a nail and hitting it with a hammer. Wendy recalls they were forced to watch and seeing the rabbits eyes pop out of its head. They were fed squirrels and raccoons for food. The place where they slept was mice infested and had no running water. Wendy told her mother about the sexual abuse. Jean called Carol Mann to come get them. Carol Mann recalls driving there in a snow storm.

~~Angie recalled having an out of body experience at the time demons were lost out of her. For many years she did not believe her father loved her.~~

When interviewed in 2001, Angie recalled Ted Dillow once tried to touch her sexually. She threatened to come back to the orphanage later and kill him if he did it again. When interviewed again in 2005 she no longer recalled Mr. Dillow's sexual advances. Angie did recall other trying to protect her younger siblings. She recalled Mr. Dillow smashing rabbits heads with a sledge hammer, cutting them in the middle and seeing their intestines pour out. ~~Mr. Dillow~~ She later had nightmares about this. She recalled the Dillows making them watch them cut the heads of chickens and the ~~dead~~ headless chickens then chasing them.

~~After~~ Either before or after their return to Iowa from the Dillows in Kansas, their grandmother Florence lived with them. Florence would go into the basement and beat on a tire for prolonged periods of time to rid herself of demonic influence. The children believed there were demons in the basement and were afraid to go there. The exorcisms continued. Wendy recalled the food restricting and fasting continued as well.

Andy Jensen has [illegible] said [illegible] individuals believe religious fasting contributed to this death

Florence and Jan once tried to cast a lesbian demon out of Wendy.

a woman who also (Kim Swaive,) lived with the family in the 1980's, recalled the exorcisms

Jean eventually opened a restaurant in a former truck stop in Zeeland, Iowa where Angie worked during her later adolescence. Her sister Wendy went to live with their father. ~~Harin~~ Jean had a relationship with Ron Fox during this time but never remarried. Ms Swaive recalled Angie worked at the restaurant, LAVERNE & SHIRLEY'S, as much as she could when she was not in school. Angie quit school at age 15 to help out more at the restaurant according to Ms SWAIVE. ~~Jean~~ She described Jean would still get scared about demons and the end times and would talk to customers about this and quote scripture. Ms ~~Sw~~ SWAIVE believed this likely had an affect on Angie as these things like that didn't go on in normal households.

Ms. Johnson ~~Heff~~ married at age 15 to get away from home. By this time her older sister Wendy was living with her father. Her younger sister Jamie felt that she was the invisible child. She recalls the exorcisms and their dog and TV being smashed, as well as a parakeet being let go after they unsuccessfully tried to cast a demon out of it. ~~to~~ Jamie believes

Case 3:09-cv-03064-MWB-LTS Document 284-5 Filed 06/23/11 Page 25 of 50
LOG000325

they were involved in a cult. She harbored considerable anger about their childhood which she began to resolve several years ago through pastoral counseling. She also remembers her mothers temper and physical abuse with a green plastic paddle. She recalls the traumatic impact of the Millers and being exposed to pornographic books there. She has recently renewed a relationship with her father.

Angie described after their families return from Kansas they were quite poor and lived on assistance. Her mother would not let them celebrate holidays like Halloween or Thanksgiving. Although they had Christmas there was no Santa Claus. She did not care about school and viewed herself as an outcast. Her situation improved once her mother opened a restaurant. She continued to be disturbed about the exorcisms and the focus on being possessed. For many years she didn't believe her father loved her and thought her stepmother hated her. Recently these relationships have improved. Angie and other siblings believed their mother had a nervous breakdown after Bob's death. After their return from Kansas Angie forgot to shut the cupboards and drawers. Jean grabbed her by the hair, beat her with a belt and then whipped

The belt around her neck and strangled her until she was nearly unconscious. Wendy had to stop her mother. Now ~~Ms.~~ Angie believes her mother had a illegeous disease. She is thankful for her mother's support.

~~Ms.~~ Angie recalls being depressed as an adolescent. She went to Forest City Hospital after she took an overdose of asperin in a suicide attempt. ~~By~~ This point Wendy was living with their father. ~~In~~ A record from Forest City Medical Center date 12/19/77 reflects Ms. Johnson was admitted with abdominal pain after doing situps. She would have been age 13 at the time.

Despite the turmoil in her home, Angie had concern for others. She gave her babysitting money to see that Cambodian orphans would be adopted. She wanted to bring a busload of Cambodian orphans home. Her mother made her stop sending them her money.

By as early as ~~[illegible]~~ 5th grade Angie began using alcohol. By ~~eighth~~ SEVENTH grade she was using marijuana and had experimented with LSD and white crosses (speed).

Summary:

Ms. Johnson numerous traumatic experiences during her childhood including emotional and physical abuse. She likely was sexually abused at the Dillons as well. There was no reliable source of support from her father, mother or grandparents. She additionally felt isolated from her peers and had poor self esteem, and was chronically anxious and depressed. She did show concern for her younger siblings and others such as Cambodian orphans. She likely identified with their vulnerability. The families unusual religious practices isolated her and resulted in difficulties with trusting others and in her own self worth. She sought escape through various channels including premature heterosexual relationships and drugs. Although there was one suicide attempt her emotional problems went undetected and unrecognized.

If anything, Ms Johnson minimized some aspects of her abuse as unfair to her parents and siblings. Her younger brother Jim was alternately [illegible] and [illegible] coming from [illegible]

family. In early interviews with Ms Gregg Wendy recalled their mother administered "frenzied beatings" with a wide belt or plastic paddle. Angie was the subject of the most severe beatings because she refused to cry. James Jr. recalled Angie was the fighter in the family, and was always one to take their mother's discipline to protect her younger siblings. He and his younger sister Holly were so hungry they had to steal food and were beaten at least twice a week. They moved frequently due to their mother's constant fear. James Jr. believed he and his siblings were programmed children through religious fear as well as physical and psychological abuse to be thoughtlessly obedient. He described their childhood as a "state of siege" and broke down and wept while describing it on several occasions. This also was noted in the interviews with Wendy and Jamie. Holly (dob 2/5/73) described that while her mother kept to herself and had strange religious beliefs that Angie was her best friend and her mom when her mother wasn't around. Holly also has suffered from depression. She has experimented with drugs and noted both sisters Wendy and Angie have had problems with alcohol and drugs.

## Adult Adjustment:

As an adult, Angie has struggled with substance abuse, depression and a series of broken relationships yet her formed attachments to others who were remained supportive of her. Her emotional difficulties are common in abused children who have increased vulnerability to stress and poor adjustments as adults.

Ms. Angie became sexually active at the age in 8th grade with Steve Hugo. The next year in 9th grade she withdrew from school. She and Mr. Hugo applied for a marriage license on 6/23/80 and married on 7/5/80. Angie was attending 10th grade in night school. The marriage was brief and produced no children. She was 17 when they separated. The divorce was filed on 4/21/81. They were only together for nine months. She married to get away from home.

Angie began dating Arlyn Johnson at age 18. She drove her mother to Colorado as her mother decided to move there. They applied for a marriage license ~~at~~ on 1/26/83 and MARRIED on 2/4/83 when Angie had turned 19. Their daughter Alyssa was born on 8/7/83. KOENEN Chiropractic Clinic records

Case 3:09-cv-03064-MWB-LTS Document 284-5 Filed 06/23/11 Page 30 of 50

LOG000330

~~indicate~~ Angie had been from 3/23/84 indicate Angie has been experiencing frequent headaches for a year as well as low back pain. In May 1984 she obtained a job at WINNEBAGO Industries.

Angie became tearful when she talked about her marriage to A.J. They divorced after three years when she had an affair. She wondered if A.J. truly loved her as they were pregnant when she married. A.J. was a good provider, but was a workaholic who mainly did his own thing. Angie felt abandoned and depressed.

~~Her~~ Angie's affair was with Kerby Thompson a man who introduced her to cocaine. She worked at Perkins restaurant and also occasionally as an exotic dancer. She began using "crank" (methamphetamine) to stay awake. She believed she was functional. Her daughter Alyssa was doing well in school and ~~she~~ Angie tried to show Alyssa a lot of love. She realized her drinking and methamphetamine use was getting out of control.

In the late 1980s Angie began a relationship with Terry DeGeus. Terry had a daughter Ashley who was only two weeks apart from her own daughter Alyssa. Another bond was

that they both had difficult relationships with their mothers. Consequently Angie tended to excuse his behavior. Terry soon became possessive, jealous and physically abusive. ~~Ms.~~ Angie began to have nightmares of these beatings which continue to the present. She stated she never slept in the dark out of fear. When she tried to end the relationship with Terry he would stalk her. They separated and reconciled several times. Angie would vacillate between thinking Terry was wonderful and that he was bad. Terry continued to stalk her on a regular basis. He once ran her off the road, and hit her in the face so hard she believed her jaw was broken. ~~He would~~ Terry would break into her house and once had battered her. ~~Ms.~~ Angie tried various ways to protect herself including contacting the police, having her bosses escort her home from work at her job at the country [illegible] and even buying a dog, to no avail. At one point following a severe beating she fled to Wisconsin where she remained for three months.

Independent sources confirm the abusive relationship. There is a record of a restraining

order Angie obtained, as well as several reports from the Clear Lake Police Department. ALYSSA was so frightened of Mr. DeBeau that she began to receive counseling at school. Her sister Holly reports she had seen Terry beat up Angie quite a few times and once called the police herself. Holly moved to Wisconsin with Angie and confirmed Angie was black and blue following Terry's beating. They stayed with Wendy in Wisconsin to get away from Terry. Then inexplicably to Holly Angie called Terry and they were in love again. Terry had called one night and threatened suicide. Angie was on the phone with him for two hours. Holly believed Angie really loved Terry but didn't know what she wanted. Holly did not believe the attraction was solely due to the meth Terry provided. Still Holly observed Angie would become depressed when she tried to come down from meth and would sob for hours. According to Holly, Angie was good looking and liked attention from men but also saw herself as a victim of men.

DAVE NIEMAN who has known Angie since age 10, described AJ was bipolar. Angie's mom, Jean, believed AJ WAS possessed. He also knew Terry who he described as a woman beater. He recalled an incident when Terry pushed Angie out of a car. At times Angie was afraid to be alone with him

Dave NIEMAN observed that Jerry would beat Angie when he was drunk or angry. When they were not fighting Jerry would treat Angie like a queen which Angie liked. DAVE NIEMAN also recalled that Angie had mood swings, even when her drug usage was not bad. Despite this he noted Angie would work a lot of hours and was good with her kids. ALYSSA confirms Angie was a good mom who spent a lot of time with her, took her to activities and went to parent teacher conferences. Alyssa believed her mother wanted to end the relationship with Jerry who stalked Angie and threatened her for two years. Alyssa recalled at least two severe beatings where Angie had black eyes, a fat lip, and ~~[illegible]~~ BRUISES. Jerry tended not to hit Angie in front of Alyssa. She also recalled that Jerry once pushed Angie out of a car. When she would come home from school she would find her mother hiding. ARlyn Johnson did not believe that Angie used cocaine or meth until she met Kirby Thompson. AJ knew of Jerry from school and described Jerry had always been a bully. He once noted Angie had a black eye she said she received from Jerry. Jerry once [illegible] [illegible] that he [illegible]

what he did to Angie. Alyssa reported that Jerry once raped her mother while she was in an adjacent room sleeping. Alyssa feared Jerry who she described as intimidating. Alyssa continued that Jerry would yell at her and make up things to get her in trouble with her mother.

Angie began secretly dating ~~Rodney Nicholson~~ Dustin Honkin while Jerry was seeing someone else. ~~Jerry~~ Angel was using crank, ~~which~~ but denied receiving it from ~~Mr Nicholson supplied~~ ~~Mr Nicholson~~. Jerry owed money to Mr. Nicholson. ~~She~~ Angie stated she didn't know Dustin was in a relationship with a woman named Kathy who was pregnant by Dustin. Soon in the spring of 1993 ~~and quit using~~ Angie ~~methamphetamine during her pregnancy~~ herself became pregnant and quit using methamphetamines. During her pregnancy she worked as a waitress at the country club. Her daughter, MARVEA, was born in February 1994. Angie believes Dustin is the father.

Alyssa noticed a change in her mother after MARVEA was born. She described that her mother was touchy with a quick temper and did not seem happy. Ms. Johnson stated she had stopped using methamphetamines and was depressed.

Holly ~~[illegible]~~ moved in with Angie and Alyssa, and observed that there was a lot of fighting between Justin and Angie. By early 1995 Angie ended the relationship with Justin and moved to Des Moines to work at the Urbandale Country Club. Alyssa for a time lived with her father, but returned to live with Angie when A.J. had a relapse of his Bipolar Disorder.

In 1996 Ms. Johnson received treatment at the Mercy Medical Center in Mason City. She was having suicidal thoughts of cutting her wrists. She additionally complained of an upset stomach, agitation, fatigue and decreased concentration. Dr. LASSISSE diagnosed depression. ~~Ms~~ Angie also complained of anxiety attacks. Dr. LASSISSE initially prescribed Prozac and then Zoloft which ~~[illegible]~~ Angie tolerated better. There was improvement in her mood lability, panic attacks and energy according to Dr. LASSISSE. Dr. LASSISSE notes reflect Angie's reality testing was not impaired but her thoughts were circumstantial, she was dependent, her mood was low and her insight was poor. ~~Ms~~ Angie ended treatment a short time later

due to the expense of the medication. Angie described panic attacks during which she would hyperventilate and couldn't breathe. Her heart rate was rapid. She became dizzy and sweaty and for a time thought she would die. The attacks occurred almost hourly but resolved with the change of antidepressant from Prozac to Zoloft.

In 1998, Ms. Johnson was working at North Beach and was living with Rich SUMMERS. Her sister Kelly described this was a low point in Angie's life as Rich's sons treated her poorly. Angie was fixing up Rich's house. Rich was arrested and she moved to an apartment above the North Beach Restaurant where her boss was GEORGE BARLAS. She became more involved with her daughter's school which was two blocks away.

In 2000 Angie was arrested for her current offense. She was placed in the BENTON County Jail. She became depressed and had crying episodes and difficulty sleeping. She was placed on an antidepressant SERZONE. She remained despondent and desperate. In October 2000 Angie transferred

to the Black Hawk County Jail. A short time later she had a serious suicide attempt by hanging and was unconscious before being discovered and revived. She was transferred to the Linn County Jail in Cedar Rapids where a psychiatrist Dr. Ali Saftar treated her for depression. The precipitating event for her suicide was being told of she could be permanently separated from her daughters. Ms. Angie remained on suicide precautions for months. She remained in the Linn County Jail for nearly four years before being transferred to Hardin County Correctional Center in El Dora, Iowa.

Ms Johnson received a number of different antidepressants including Elavil (amitriptyline), Prozac (fluoxetine), Trazodone (Desyrel), Celexa (Citalopram), and Paxil (Paroxetine). Currently her medications are Seroquel (Quetiapine) 200 mg/day and Zoloft (Sertraline) 200 mg/day. She reports benefit from her current medication regimen which helps her not become overcome by depression and reduces her irritability in terms of making making her less reactive

~~to the stresses of incarceration. Since her arrest Angie has become closer to her family including her father and stepmother. She remains actively involved in the lives of both her daughters Alyssa and Marvea, both of whom continue to value their mother's emotional support. This is particularly true of her younger daughter Marvea who now lives out of state with Angie's sister but maintains ongoing contact with her mother.~~

Zoloft is an antidepressant while Seroquel is an antipsychotic with mood stabilizing properties.

Summary:

Ms Johnson has had a difficult and sometimes chaotic adult adjustment marked by multiple transitions in her romantic attachments. For a several year period she was physically battered and stalked by one partner. She has experienced posttraumatic anxiety, panic attacks, and depression with suicidal thoughts and one serious suicide attempt. She has consistently worked, despite these stressors. She has abused methamphetamine, which does have a

strong antidepressant effect and decreased her feelings of vulnerability. Methamphetamine produced a strong rebound depression when discontinued, however. On her current medication regimen Ms. Johnson has experienced less depression and mood ~~[illegible]~~ volatility which has allowed her to reestablish family ties and be a more consistent source of ~~support for her~~ emotional support for her daughters.

The End.

# #2. Long Report

Angela Jane Johnson
DOB: 11/17/64
SSN: 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

## Introduction:

Ms. J is a 40 year old woman who recently was convicted in federal court of the 1994 murders of five individuals with her then boyfriend Dustin Honken, who was tried and convicted separately earlier this year. Initially in 2001 I was contacted by Ms. Johnson's attorney Mr. Willett who was concerned about Ms J's mental state following a hanging attempt in the [illegible] Co. Jail. ~~[illegible]~~. A second purpose of the evaluation was to examine Ms. Johnson to determine if she suffered from emotional problems that could be relevant to the issue of mitigation at the sentencing phase of a capital trial.

## Sources of Information

1) Examinations of Ms. Johnson

a. 1/19/01 2.75 hours at the Linn County ~~Jail~~ Correctional Center Cedar Rapids

b. [illegible] 3. [illegible] hours at the [illegible] County [illegible] "

c. 1/26/05 3.8 hours at Hardin County Correctional Center ~~[illegible]~~ Eldora, Iowa ~~[illegible]~~

Case 3:09-cv-03064-MWB-LTS Document 284-5 Filed 06/23/11 Page 41 of 50

LOG000341

Total time - 9.23 hours.

2) Interviews with family members, and friends/associates of Ms Johnson conducted on May 6 and 7, 2005 in Mason City, Iowa. These interviews included the following individuals

| | Hours |
|---|---|
| ~~a~~. Pearl Jean Johnson (mother) ~~of Ms Johnson~~) | 2.6 ~~hours~~ |
| ~~b~~. Holly Dirksen (youngest sister) ~~of Ms Johnson~~) | 1.0 ~~hour~~ |
| ~~c~~. James Johnson, Sr. (Father ~~of Ms Johnson~~) | 1.25 ~~hours~~ |
| ~~d~~. Pamela "Cookie" Johnson (stepmother) | .75 ~~hour~~ |
| ~~e~~. James Johnson, Jr. (younger brother) by telephone | 1.2 ~~hours~~ |
| ~~f~~. Carol Mann (friend's mother) | 1.0 ~~hour~~ |
| ~~g~~. Mikell Olsen (friend) | .25 ~~hours~~ |
| ~~h~~. Dave Hielwan (friend) | 1.0 ~~hour~~ |
| ~~i~~. Kim Swalve (friend of mother who lived with family) | |
| > Wendy and Mark Jacobson (older sister and brother in law) | 1.67 ~~hours~~ |
| > Marvea Johnson (younger daughter) | .67 |
| > Jamie Hays (younger sister) | 1.25 |
| > Alyssa Johnson (older daughter) | .87 |
| > Arlyn Johnson (former husband) | .75 |
| > Todd Graham (friend). | 1.0 |
| total: | 15.25 hours |

~~B. Correctional Mental Health Records~~:

3. Chronology of Ms. Johnson's life prepared by Mary Goody with supporting interviews and documents listed in the chronology including medical, mental health, educational, vocational and legal records; as well as reports of collateral interviews with family and various friends and associates.

4. Correctional Records:

The ~~primary~~ focus in reviewing these records was on Ms. Johnson's history of emotional difficulty including a suicide attempt and on her mental health treatment in jail. Her adjustment records in terms of future adjustment to incarceration ~~was~~ is to be addressed by Dr. Cunningham. Records from the following facilities were considered.

- Benton County Jail
- Blackhawk County Jail
- Linn County ~~Jail~~ Correctional Center
- Hardin County Correctional Center

5. Discovery / Investigative Materials from Law Enforcement

> Superseding Indictments, CR00-3034 and CR01-3046

> Investigative Reports from Mason City & Clear Lake Police Departments, the DEA, and the Iowa DCI. including 1996 interview with Angela Johnson.

> Newspaper accounts of the homicide and trial.

Per instructions from her defense attorney I did not question Ms Johnson about nor did she reveal information concerning the homicides. The above major documents were reviewed but not relied upon in the legal sense as no claim was being made by the defense that any mental illness affected her actions at the time of the homicides.

6. Additional Information

This includes the following items

> Religious writings of Pearl Jean Johnson.

> Taped interview, and transcript and report of examination by Drs. Dvoskin and Martell

> Internet information concerning Bishop Whitlock

LOG000344

Opinion:

A turbulent childhood characterized by multiple traumatic experiences created emotional scars ~~and vulnerabilities~~ in Ms. Johnson. These emotional scars ~~an~~ created a vulnerability to anxiety, depression, ~~stimulant and oth and~~ poor decision making and chronic relationship difficulties as an adult. Ms. Johnson tried to provide protection for her siblings and children, and herself sought protection from men she initially perceived as strong and reassuring. ~~Se~~ Some ~~number~~ of these relationships ~~pro~~ produced further traumatic experiences. Ms. Johnson sought escape from both internal depression and external stress through stimulant and other drug usage, ~~to alleviate the~~ Ms Johnson did experience depression which, until her incarceration ~~[illegible]~~ and a serious suicide attempt, did not receive medical treatment. Addressing her anxiety and depression, ~~has~~ has allowed her to establish a better adjustment and provide a more consistent ~~stable~~ ~~[illegible]~~ to support her children ~~[illegible]~~ Ms Johnson [illegible] [illegible] 80

continue and she is important to both of her daughters.

Basis for Opinion:

A. Personal History: [insertion above: childhood]

(Source Ms Johnson, family members and associates, independent records).

Ms. J's mother, Jean, was exposed to an alcoholic stepfather, Virgil Ashley, who would have physical fights with her mother, Florence. Virgil would whip Jean leaving marks. Virgil also would beat her sister, Darlene. When Jean and Florence tried to intervene, Virgil ~~[illegible]~~ would hit Florence. Virgil also fondled Jean sexually. This fondling led to intercourse. Eventually Florence divorced Virgil and Jean and her siblings lived with their maternal grandmother [insertion above: Cora] while Florence worked. When Jean was age 15 her mother married her second stepfather, Andrew Johnson, who died of leukemia two years later.

Jean did poorly in school, particularly math, as she couldn't concentrate. She dropped out of school in high school.

At age 19 Jean married Ms. Johnson's father, James. The marriage was stormy. Jean blamed James mother, Winnifred.

[Left margin note, with arrow: Winnifred told Jean that James' father committed suicide.]

Jean described that James would [insertion above: drank] "[illegible] abusive while she was mouthy". There

were multiple separations. Jean's Physical injuries included a bruised jaw, bloody nose and lip, and two black eyes. They had four children together including Wendy (dob: 1/4/62); Angela (dob: 1/17/64); Jamie (dob 11/23/65) and James Jr. (dob. 3/2/67). When Angela was an infant Jean suffered a miscarriage. After the divorce Jean received support from her mother, Florence who had married Andrew Jensen and was living in Clear Lake, Iowa. According to Jean, James did not support the children financially. Angie recalls her parents separated when she was age 4.

always frightened of her father who would come [illegible] was hiding her in bed.

Jean admitted she was under considerable stress, was often irritable and would scream at her children. Jean admitted she physically abused Wendy and Angie, who she hit in the face a couple of times. In addition to slapping Angie's face, Jean would hit her on the back, arm, and rear hard enough to leave bruises. She found it hard to relate to her children because she was alone. Jean stated her children learned to survive and care for themselves.

Jean did send the children to visit their father James who remarried and lived in Wisconsin. Jean described that while Wendy would do what was necessary to stay out of trouble, Angie was more forceful and

would defend her when James wife Cookie made derogatory comments about her. Consequently Angie would receive a beating. When Jean discovered this the visits stopped.

Jean next took the family to live with her parents who had moved to Colorado. Part of the reason was to end an affair with Bob, a married man. While in Colorado a telephone repairman became interested in Jean. He would take Jean and the family on outings. This was Angie's first experience of a normal family. She became attached to this man and hoped her mother would marry him. Without explanation Jeans parents and their family returned to Iowa. Jean revealed that in Colorado Bob had continued to write to her. Back in Iowa they resummed their relationship.

Jean, her mother and her stepfather at this point became religiously preoccupied and followed the teachings of a man named Bishop Whitlock. About this time Angie was eight years old. Angie told them something was talking to her at night. Jean, Florence and Andy anointed Angie with oil and performed an exorcism. Angie and

her siblings described this was a terrifying experience. Wendy described what they did to Angie was "horrible"! Wendy cried as she described it. They believed that because Angie had difficulty in school and often had trouble with attention she was inhabited by deaf and dumb demons. Florence and Jean held down Angie, while Andy stood by Angie's head and waived a Bible to cast out the deaf and dumb demons. Wendy recalled Angie struggled, "cried and cried" and had a "look of terror in her eyes". Angie would cry, scream and thrash about until she was completely exhausted. Wendy recalled Angie saying "please help me." When Wendy told them to leave her alone Andy said "get thee behind me Satan" and called Angie "evil". Wendy described these exorcisms would occur frequently, as often as two or three times a week, whenever God led them, and could last thirty minutes or longer. The other children also experienced exorcisms. Eventually they learned that if they expelled gas, coughed or sneezed, it would be seen as evidence the demon had left. Wendy described this practice continued into their teenage years, and demons had been cast out of Wendy even as a married adult.