Wendy further described her mother and grandparents told them ~~there~~ there were demons living in their house. They would check the childrens beds for the mark of the beast.

On another occasion Florence identified objects in the house that were not of God. These objects which included the childrens toys were either broken or put in a barrel and set on fire. [Angie and Annie recall a three day exorcism of a ~~parakeet or a ~~~ pet dove which they let go as well.]

During this time Florence saw a wolf in her window and became convinced it was the end of the world. Florence awakened them in a panic in the middle of the night. Florence, Andy, Jean and the children rode around in a car for the next three days without food or ~~sleep~~. They followed an arrow on Jeans leg which they believed was Gods sign telling them where to go. Wendy recalled the scar, (which Jean demonstrated), was from a cut Jean incurred when they lived in Colorado earlier. Wendy recalled as time progressed they were hallucinating seeing ~~characters in~~ flaming Chariots in

Food was withheld from the children during the

At night they followed a bright star.

LOG000351

Another concern of the children was that Jean would talk of sacrificing their children if she received a sign from God to do so.

Jeans relationship with Bob continued for three years. After their return to Iowa from Colorado Bob had separated from his wife and had his own residence. It was at this time the youngest sibling, Holly, was conceived. Jean could not tell her mother about the pregnancy and wanted to place the baby for adoption. Jeans friend Carol Mann knew Ted and Bobby Dillow who were trying to establish a childrens shelter near Chanute, Kansas in conjunction with a church. At the Dillows Jean recalled she and the children lived in a converted garage. Jean worked at a daycare center in town, an outreach arm of the Dillows church. She was present so seldom several of the children now do not even recall her being there. Bob died in a motor vehicle accident shortly after they arrived there.

Case 3:09-cv-03064-MWB-LTS   Document 284-6   Filed 06/23/11   Page 2 of 50

LOG000352

James Jr. was only three years old at the time. He recalled seeing the hogs eat baby chickens. The Dellons would make them grab a barbed wire fence to see if the electricity was on. He recalled sleeping in a shed that was infested with mice. He also was made to eat food he didn't like such as black eyed peas. The Dellons also forced them to eat a bar of soap. He continued to have bad dreams about being at the Dellons until he was a freshman in college. He would awaken from these dreams sweating and scared. Jamie recalled the Dellons as a really bad place. She recalled the pigs eating a kitten.

Wendy believed Jean was going to leave them all at an orphanage. She recalled that shortly after they arrived the Dellons frightened them with a flashing skeleton. Jean often was gone during church work. Ted Dellon bought them sheer underwear to wear. Teds older daughters were required to take afternoon naps with him. Soon she was required to as well. Ted would grab her and press his penis against her until he got off. Ted also wanted Angie to take a nap with him. Telling to Angie years later Wendy uncovered Ted

LOG000353

sexually molested Angie as well. Angie didn't tell Wendy specifics but Wendy recalled they were both crying.

Wendy recalled other frightening experiences. The Dillons took care of two Indian boys who were so scared and nervous they chewed holes in their shirt. Once as punishment they made Wendy and her siblings line up and drink out of a pigs nursing bottle. Wendi attacked Bobbi when Bobbi tried to brush Jenis' teeth with a pig tooth brush. She recalled them hog tieing a live ~~cat~~ cat. The Dillons killed a rabbit by putting its head in a nail and hitting it with a hammer. Wendy recalls they were forced to watch and seeing the rabbits eyes pop out of its head. They were fed squirrels and raccoons for food. The place where they slept was mice infested and had no running water.

Wendy told her mother about the sexual abuse. Jean called Carol Mann to come get them. Carol Mann recalls driving there in a snow storm.

~~Angie recalled having an out of body experience at the time demons were cast out of her. For many years she did not believe her father loved her.~~

LOG000334

When interviewed in 2001, Angie recalled Jed Dillow once tried to touch her sexually. She threatened to come back to the orphanage later and tell them if he did it again. When interviewed again in 2005 she no longer recalled Mr. Dillows sexual advances. Angie did recall others trying to protect her younger siblings. She recalled Mr. Dillow smashing rabbits heads with a sledge hammer, cutting them in the middle and seeing their intestines pour out. She later had nightmares about this. She recalled the Dillows making them watch them cut the heads of chickens and butcher chickens then chasing them. Either before or after their return to Iowa from the Dillows in Kansas, their grandmother Florence lived with them, Florence would go into the basement and beat on a tire for prolonged periods of time to rid herself of demonic influence. The children believed there were demons in the basement and were afraid to go there. The exorcisms continued. Wendy recalled the food rationing and fasting continued as well.

Florence and Jean once tried to cast a lesbian demon out of Wendy.

LOG000332

Andy Jensen had recently used several

(Kim SWAIVE)
a woman who also lived with the
family in the 1980's, recalled the exorcisms

Jean eventually opened a restercount in a
former lunch stop in Feeland, Iowa where
Angie worked during her later adolescence.
Her sister Wendy went to live with their
father. Although Jean had a relationship with
Ron Fox during this time but never
remarried. Ms Swaive recalled Angie worked
at the resterount, Laverne & Shirleys, as much
as she could when she was not in school. Angie
quit school at age 15 to help out more at the
resterount according to Ms Swaive. ~~Jean would~~ She
described Jean would still get scared about demons
and the end times and would talk to customers
about this and quote scripture. Ms ~~Sm~~ Swaive
believed this likely had an affect on Angie as
knew things like that didnt go on in normal
households.

Ms. Johnson ~~left~~ married at age 15 to get
away from home. By this time her older
sister Wendy was living with her father.
Her younger sister Jamie felt that she was
the invisible child. She recalls the exorcisms
and their toys and TV being smashed, as well as
a parakeet being let go after they unsuccessfully
tried to cast a demon out of it. Jamie believes

Case 3:09-cv-03064-MWB-LTS    Document 264-6    Filed 06/23/11    Page 6 of 50
LOG000356

they were involved in a cult. She developed considerable anger about their childhood which she began to resolve several years ago through pastoral counseling. She also remembers her mother's temper and physical abuse with a green plastic paddle. She recalls the traumatic impact of the killings and being exposed to pornographic books there. She has recently resumed a relationship with her father.

Angie described after their families return from Kansas they were quite poor and lived in subsistence. Her mother would not let them celebrate holidays like Halloween or Thanksgiving. Although they had Christmas there was no Santa Claus. She did not care about school and viewed herself as an outcast. Her situation improved once her mother opened a restaurant. She continued to be disturbed about the exorcisms and the focus on being possessed. For many years she didn't believe her father loved her and thought her stepmother hated her. Recently these relationships have improved. Angie and other siblings believed her mother had a nervous breakdown after Bob's death. After their return from Kansas Angie forgot to shut the cupboards and

Case 3:09-cv-03064-MWB-LTS   Document 354-6   Filed 06/23/11   Page 7 of 50
LOS000357-6

her mother Jean grabbed her by the hair, beat her with a belt and then wrapped

She felt around her neck and strangled her until she was nearly unconcious. Wendy had to stop her mother. Now ~~Ms~~ Angie believes her mother had a illegeous dease. She is thankful for her mothers support.

~~Ms~~ Angie recalls being depressed as an adolescent. She went to Forest City Hospital after she took an overdose of asperin in a suicide attempt. ~~By the~~ At this point Wendy was living with their father. ~~The~~ A record from Forest City Medical Center date 12/19/77 reflects Ms. Johnson was admitted with abdominal pain ~~after doing situps~~. She would have been age 13 at the time.

Despite the turmoil in her home, Angie had concern for others. She gave her babysetting money to see that Cambodian orphans would be ~~adopted~~. She wanted to bring a busload of Cambodian orphans home. Her mother made her stop sending them her money.

~~By as long~~ By ~~an~~ SEVENTH ~~fifth~~ eighth grade Angie began using alcohol ~~and~~ drugs using marijana and ~~had~~ experimented with LSD and white crosses (speed).

LOG000358

Summary:

Ms. suffered numerous traumatic experiences during her childhood including emotional and physical abuse. She likely was sexually abused at the Dillons as well. There was no reliable source of support from her father, mother or grandparents. She consistently felt isolated from her peers and had poor self esteem and was chronically anxious and depressed. She did show concern for her younger siblings and others such as Cambodian orphans. She likely identified with their vulnerability. The families unusual religious practices isolated her and resulted in difficulties with trusting others and in her own self worth. She sought escape through various channels including premature heterosexual relationships and drugs. Although there was one suicide attempt, treatment for her emotional problems went undetected and untreated.

If anything, Ms Johnson minimized some aspects of her abuse as compared to her parents and siblings. Her

Case 3:09-cv-03064-MWB-LTS    Document 384-6    Filed 06/23/11    Page 9 of 50
LOG000359-6

family. In early interviews with Ms. Goody, Wendy recalled their mother administered "frenzied beatings" with a wide belt or plastic paddle. Angie was the subject of the most severe beatings because she refused to cry. James Jr. recalled Angie was the fighter in the family, and was always one to take their mother's discipline to protect her younger siblings. He and his younger sister Holly were so hungry they had to steal food and were beaten at least twice a week. They moved frequently due to their mother's constant fear. James Jr. believed he and his siblings were programmed as children through religious fear or withheld physical and psychological abuse to be thoughtlessly obedient. He described their childhood as a "state of siege" and broke down and wept while describing it on several occasions. This also was noted in the interviews with Wendy and Jamie. Holly (dob 2/5/73) described that while her mother kept to herself and had strange religious beliefs that Angie was her best friend and her mom when her mother wasn't around. Holly also has suffered from depression, she has experimented with drugs and noted both sisters Wendy and Angie have had problems with alcohol and drugs.

Case 3:09-cv-03064-MWB-LTS    Document 28-6    Filed 06/23/11    Page 10 of 50

LOG000360

## Adult Adjustment.

As an adult, Angie has struggled with substance abuse, depression and a series of broken relationships yet her formed attachments to others who have remained supportive of her. Her emotional difficulties are common in abused children who have incurred vulnerability to stress and poor adjustments as adults.

Ms. Angie became sexually active at age in 8th grade with Steve Hugo. The next year in 9th grade she withdrew from school. She and Ms. Hugo applied for a marriage license on 6/23/80 and married on 7/5/80. Angie was attending 10th grade in night school. The marriage was brief and produced no children. She was 17 when they separated. The divorce was filed on 4/21/81. They were only together for nine months. She married to get away from home.

Angie began dating Arlyn Johnson at age 18. *and MARRIED on 2/4/83* She drove her mother to Colorado as her mother decided to move there. They applied for a marriage license on 1/26/83 when Angie [...] 19. [...]

Case 3:09-cv-03064-MWB-LTS · Document 28-16 · Filed 06/23/11 · Page 11 of 50

LOG0000361

on 8/7/83. Roehen chiropractic clinic records

indicate to Angie had been from 3/23/84 indicate Angie has been experiencing frequent headaches for a year as well as low back pain. In May 1984 she obtained a job at WINNEBAGO INDUSTRIES. Angie became tearful when she talked about her marriage to A.J. They divorced after three years when she had an affair. She wondered if A.J. truely loved her as they were pregnant when she married. A.J. was a good provider, but was a workaholic who mainly did his own thing. Angie felt abandoned and depressed.

Angie's affair was with Kerby Thompson a man who introduced her to cocaine. She worked at Perkins restaurant and also occasionally as an exotic dancer. She began using "crank" (methamphetamine) to stay awake. She believed she was functional. Her daughter Alyssa was doing well in school and Angie tried to show Alyssa a lot of love. She realized her drinking and methamphetamine use was getting out of control.

In the late 1980s Angie began a relationship with Terry DeGeus. Terry had a daughter Ashley who was only two weeks apart from her own daughter Alyssa. Another bond was

Case 3:09-cv-03064-MWB-LTS    Document 28-6    Filed 06/23/11    Page 12 of 50

LOG000362

That they both had difficult relationships with their mothers. Consequently Angie tended to excuse his behavior. Terry soon became possessive, jealous and physically abusive. Angie began to have nightmares of these beatings which continue to the present. She stated she never slept in the dark out of fear. When she tried to end the relationship with Terry he would stalk her. They separated and reconciled several times. Angie would vacillate between thinking Terry was wonderful and that he was bad. Terry continued to stalk her on a regular basis. He once ran her off the road, and hit her in the face so hard she believed her jaw was broken. Terry would break into her house and once head butted her. Angie tried various ways to protect herself including contacting the police, having her bosses escort her home from work at her job at the country kitchen and even buying a dog, to no avail. At one point following a severe beating she fled to Wisconsin where she remained for three months.

LOG000365

relationship. There is a record of a restraining

order Angie obtained. as well as several reports from the Clear Lake Police Department Alyssa was so frightened of Mr. DeBeau that she began to receive counseling at school. Her sister Holly reports she had seen Terry beat up Angie quite a few times and once called the police herself. Holly moved to Wisconsin with Angie and confirmed Angie was black and blue following Terry's beating. They stayed with Wendy in Wisconsin to get away from Terry. Then inexplicably to Holly Angie called Terry and they were in love again. Terry had called one night and threatened suicide. Angie was on the phone with him for two hours. Holly believed Angie really loved Terry but didn't know what she wanted. Holly did not believe the attraction was solely due to the meth Terry provided. Still Holly observed Angie would become depressed when she tried to come down from meth and would sob for hours. According to Holly, Angie was good looking and liked attention from men but also saw herself as a victim of men.

DAVE NIEMAN who has known Angie since age 10, described AJ was bipolar. Angie's mom, Jean, believed AJ was possessed. He also knew Terry who he described as a woman beater. He recalled an incident when Terry pushed Angie out of a car. At times Angie was afraid to be alone with him

LOG000364

Dave NIEMAN observed that Ferry would beat Angie when he was difficult or angry. When they were not fighting Ferry would treat Angie like a queen which Angie liked. DAVE NIEMAN also recalled that Angie had mood swings, even when her drug usage was not bad. Despite this he noted Angie would work a lot of hours and was good with her beds. Alyssa confirms Angie was a good mom who spent a lot of time with her, took her to activities once went to parent teacher conferences. Alyssa believed her mother wanted to end the relationship with Ferry who stalked Angie once threatened her for two years. Alyssa recalled at least two severe beatings where Angie had black eyes, a fat lip, and bruises. Ferry tended not to hit Angie in front of Alyssa. She also recalled that Ferry once pulled Angie out of a car. When she would come home from school she would find her mother hiding. Arlyn Johnson did not believe that Angie used cocaine or meth until she met Kirby Thompson. AJ knew of Ferry from school and described Ferry had always been a bully. He once noted Angie had a black eye and she recovered from Ferry. Ferry once wrote to Wendy that he hated

Case 3:09-cv-03064-MWB-LTS   Document 84-6   Filed 06/23/11   Page 15 of 50

LOG000365

what he did to Angie. Alyssa reported
that Terry once raped her mother while she
was in an adjacent room sleeping. Alyssa feared
Terry who she described as intimidating. Alyssa
continued that Terry would yell at her and make up
things to get her in trouble with her mother.


Angie began secretly dating ~~Rodney Nicholson~~ Dustin HONKIN.
~~while Terry was seeing someone else.~~
~~Dawn Angel was using meth~~, ~~but~~ denied receiving
~~meth from Mr. Nicholson Honkin~~
~~Mr. Nicholson supplied~~. Terry owed money to
Mr. ~~Nicholson~~ HONKIN. ~~Angie stated she~~
~~didn't know~~ Dustin was
in a relationship with a woman named
Kathy who was pregnant by Dustin. Soon
in the spring of 1993 ~~and quit using~~ Angie
~~methamphetamine during her pregnancy~~
herself became pregnant and quit using
methamphetamines. During her pregnancy she
worked as a waitress at the country club.
Her daughter, MARVEA, was born in
February 1994. Angie believes Dustin is the
father.


Alyssa noticed a change in her mother after
MARVEA was born. She described that
her mother was touchy with a quick
temper and did not seem happy. Ms. Johnson
stated she had stopped using methamphetamine
and was depressed.

Holly moved in with Angie and Alyssa and observed that there was a lot of fighting between Austin and Angie. By early 1995 Angie ended the relationship with Austin and moved to Des Moines to work at the Urbandale Country Club. Alyssa for a time lived with her father, but returned to live with Angie when A.J. had a relapse of his Bipolar Disorder.

In 1996 Ms. Johnson received treatment at the Mercy Medical Center in Mason City. She was having suicidal thoughts of cutting her wrists. She additionally complained of an upset stomach, agitation, fatigue and decreased concentration. Dr. LASSISSE diagnosed depression. Angie also complained of anxiety attacks. Dr. LASSISSE initially prescribed PROZAC and then Zoloft which Angie tolerated better. There was improvement in her mood lability, panic attacks and energy according to Dr. LASSISSE. Dr. LASSISSE notes reflects Angie's reality testing was not impaired but her thoughts were circumstantial. She was depressed, her mood was low

ended treatment a short time later

due to the expense of the medication. Angie described panic attacks during which she would hyperventilate and couldn't breathe. Her heart rate was rapid. She became dizzy and sweaty and for a time thought she would die. The attacks occurred almost hourly but resolved with the change of antidepressant from Prozac to Zoloft.

In 1998, Ms. Johason was working at North Beach and was living with Rod Summers. Her sister Kelly described this as a low point in Angies life as Rods sons treated her poorly. Angie was fixing up their home. Rod was arrested and she moved to an apartment above the North Beach Restaurant where the boss was George Barlas. She became more involved with her daughters school which was two blocks away.

In 2000 Angie was arrested for her current offense. She was placed in the Benton County Jail. She became depressed and had crying episodes and difficulty sleeping. She was placed on an antidepressant Serzone. She remained dependent and desperate. In October 2000 Angie transferred

LOG000366

to the Black Hawk County Jail. A short time later she had a serious suicide attempt by hanging, nearly unconscious before being discovered and revived. She was transferred to the Linn County Jail in Cedar Rapids where a psychiatrist Dr. Ali Saftar treated her for depression. The precipitating event for her suicide was being told if she could be permanently separated from her daughters. Ms. Hoyle remained on suicide precautions for months. She remained in the Linn County Jail for nearly four years before being transferred to Hardin County Correctional Center in El Dora, Iowa.

Ms. Johnson received a number of different antidepressants including Elavil (amitriptyline), Prozac (fluoxetine), Trazodone (Desyrel), Celexa (citalopram), and Paxil (paroxetine). Currently her medications are Seroquel (Quetiapine) 200 mg/day and Zoloft (Sertraline) 200 mg/day. She reports benefit from her current medication regimine, which helps her not become overcome, by depression and reduces her irritability in terms of making her less reactive

Case 3:09-cv-03064-MWB-LTS   Document 28-6   Filed 06/23/11   Page 19 of 50
LOG000369

to the stresses of incarceration. Since her arrest Angie has become closer to her family including her father and stepmother. She remains actively involved in the lives of both her daughters Alyssa and Marey, both of whom continue to value their mothers emotional support. This is particularly true of her younger daughter Marey who now lives out of state with Angie's sister but maintains ongoing contact with her mother.

## Summary:

Ms Johnson has had a difficult and sometimes chaotic adult adjustment marked by multiple transitions in her romantic attachments. For a several year period she was physically battered and stalked by one partner. She has experienced POSTTRAUMATIC anxiety, panic attacks, and depression with suicidal thoughts and at least one serious suicide attempt. She has consistantly worked, despite these stressors. She has abused methamphetamine, which does have a

*[margin note:]* Woloff is an author while awaiting sentencing. Sequel is an author publishing with incarceration prohibited.

Case 3:09-cv-03064-MWB-LTS    Document 284-6    Filed 06/23/11    Page 20 of 50
LOG000370

16.

strong antidepressant effect and decreased
her feelings of vulnerability. Methamphetamine
produces a strong rebound depression
when discontinued, however. On
her current medication regimen Ms.
Jordan has experienced less depression
and mood lability volatility which
has allowed her to reestablish family
ties and be a more consistent
source of ~~support for her~~ emotional
support for her daughters.

The End.

Case 3:09-cv-03064-MWB-LTS    Document 28-16    Filed 06/23/11    Page 21 of 50

LOG000371



LOG000372

(#1 SHORT REPORT) — (Front side of page only.)

Angela Jane Johnson
DOB: 11/17/64
SSN: 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

<u>Introduction</u>

Ms. J is a 40 year old woman who recently was convicted in federal court of the 1994 MURDERS of five individuals with her then boyfriend Dustin Honken, who was tried and convicted separately earlier this year. Initially in 2001 I was contacted by Ms. Johnson's attorney Mr. Willett who was concerned about Ms. J's mental state following a hanging attempt in the Lanni Co. Jail. ~~Father~~ A second purpose of the evaluation was to examine Ms. Johnson to determine if she suffered from emotional problems that could be relevant to the issue of mitigation at the sentencing phase of a capital trial.

<u>Sources of Information</u>

1) <u>Examinations of Ms. Johnson</u>
   a. 1/19/01   2.75 hours at the Linn County Correctional Center at Cedar Rapids
   b. 6/12/04   3. ~~hours~~ at ~~~~ HARDIN County Correctional Center
   c. 1/26/05   3.5 hours at ELDORA, Iowa ~~~~

Case 3:09-cv-03064-MWB-LTS  Document 284-6  Filed 06/23/11  Page 23 of 50

LOG000375

Total time - 9.25 hours.

2) ~~Interviews~~ with family members, and ~~persons~~ associates of Ms Johnson conducted on MAY 6 and 7, 2005 in Mason City, Iowa. These interviews included the following individuals

Hours

a. PEARL JEAN Johnson (mother) ~~of Ms Johnson~~) 2.0 ~~hours~~
b. Holly DIRKSEN (youngest sister) ~~of Ms Johnson~~) 1.0 ~~hour~~
c. James Johnson, Sr. (Father ~~of Ms Johnson~~) 1.25 ~~hours~~
d. Pamela "Cookie" Johnson (stepmother) .75 ~~hour~~
e. James Johnson, Jr. (younger brother) by telephone 1.2 ~~hours~~
f. CAROL MANN (friend of mother) 1.0 ~~hour~~
g. Mikell OLSEN (friend) .25 ~~hour~~
h. DAVE NIELSON (friend) 1.0 ~~hours~~
i. Kim SWALVE (friend of mother who lived with family)

> Wendy and MARK (older sister and JACOBSON mother in law) 1.67 ~~hours~~
> MARVEA Johnson (younger daughter) .67
> Jamie HAYS (younger sister) 1.25
> Alyssa Johnson (older daughter) .87
> Arlyn Johnson (former husband) .75
> Todd GRAHAM (FRIEND). 1.0

Total: 15.25 hours
16.25

Case 3:09-cv-03064-MWB-LTS    Document 28-6    Filed 06/23/11    Page 24 of 50

LOG000374

A. Correctional Mental Health Records:

3. Chronology of Ms. Johnson's life prepared by MARY Brody with supporting interviews and documents listed in the chronology including medical, mental health, educational, vocational and legal records; as well as reports of collateral interviews with family and various friends and associates.

4. Correctional Records:
The primary focus in reviewing these records was on Ms. Johnson's history of emotional difficulty including a suicide attempt and on her mental health treatment in jail. Her disciplinary record in terms of future adjustment to incarceration is to be addressed by Dr. Cunningham. Records from the following facilities were considered.
> Benton County Jail
> Blackhawk County Jail
> Linn County Correctional Center
> Hardin County Correctional Center

LOG000375

5. <u>Discovery/Investigative Materials from Law Enforcement</u>

> Superseding Indictments, CR00-3034 and CR01-3046
> Investigative Reports from Mason City & clear Lake Police Departments, the DEA, and the Iowa DCI. including 1996 interview with Angela Johnson.
> Newspaper accounts of the homicide and trial.

Per instructions from her defense attorneys I did not question Ms Johnson about nor did she reveal information concerning the homicides. The above documents were reviewed but not relied upon in the conclusions as no claim was being made by the defense that any mental illness affected her actions at the time of the homicides.

6. <u>Additional Information</u>

This includes the following items
> Religious writings of Dearl Jean Johnson.
> Taped interview, transcript and report of examination by Drs. Dvoskin and Martell
> Internet information concerning Bishop Whitlock

LOG000376

Opinion:

A turbulent childhood characterized by multiple traumatic experiences created emotional scars ~~and vulnerabilities~~ in Ms. Johnson. These emotional scars are created a vulnerability to ^anxiety^ depression, ~~stimulant and other and~~ poor decision making and chronic relationship difficulties as an adult. Ms. Johnson tried to provide protection for her siblings and children, and herself sought protection from men she initially perceived as strong and reassuring. ~~A number~~ ^Some^ of these relationships produced further traumatic experiences. Ms. Johnson sought escape from both internal depression and external stress through stimulant and other drug ~~usage, to alleviate~~ ~~this~~ Ms. Johnson did experience depression which, until her incarceration ~~period~~ and a serious suicide attempt, did not receive medical treatment. Addressing her anxiety and depression, ~~has~~ has allowed her to establish a better ~~adjustment~~ and provide a more consistent ~~stable~~ ~~responsibility to support her children.~~

~~Johnson~~ Ms. Johnson needs to

continue and she is important to both of
her daughters.

6.

Case 3:09-cv-03064-MWB-LTS    Document 28-6    Filed 06/23/11    Page 28 of 50
LOG000376

7.

<u>BASIS for opinion</u>

■ <u>Personal Childhood History</u>

Sources: Angela Johnson, family members and associates, documents.

Ms. Johnson childhood is significant for the following events which impacted her emotional stability.

> Ms Johnson's mother, Jean, experienced emotional difficulties as a result of her own childhood abuse. This included witnessing parental violence, the early loss of her father, sexual abuse by a stepfather and the death of a second stepfather.

> Ms Johnson's mother suffered a miscarriage when Angie was three months old.

> Angie's father, James, had an alcohol problem and could be physically violent

> As a very young child witnessed parental violence.

> Her parents divorced when she was about four years old.

> Angie had conflict with her stepmother and was estranged from her father

Case 3:09-cv-03064-MWB-LTS   Document 3246   Filed 06/23/11   Page 29 of 50
LOG000379

> Her mother abused Angie and her siblings

with Angie experiencing the most severe abuse.

> Angie suffered a learning disability in school.

>. Angie was exposed to her mother and grandparents unusual religious beliefs which included fasting, destroying the children's toys, an end of the world ~~chains~~ phrases, demon possession and repetitive terrifying exorcisms.

> Angie around age 8 was taken with her siblings to an orphanage in Texas where she witnessed inhumane animal slaughter, lived in a mice infested shelter, and was likely sexually abused.

> Angie experienced isolation from her peers and began working at an early age.

> She was exposed to early substance abuse including alcohol by 5th grade and marijuana, LSD, and speed by junior high school.

> By junior high school she was sexually active prematurely and married at age 16, to escape the

Case 3:09-cv-03064-MWB-LTS   Document 284-6   Filed 06/23/11   Page 30 of 50
LOG000380

> In route she experienced the loss of several

> finally she tried to kill herself by overdose at age 13.

Those familiar with these events in addition to Ms. Johnson included her mother; siblings Wendy, Jamie, James and Holly; her mother and step father and stepmother; and personal and family associates including CAROL MANN, KIM SWAIVE and DAVE NEIMAN.

## Summary:

Ms. Johnson suffered numerous traumatic experiences during her childhood including emotional and physical abuse. She likely was sexually abused at the Dillons as well. There was no reliable source of support from her father, mother or grandparents. She additionally felt isolated from peers, had poor self esteem and was chronically fearful, anxious and depressed. She did show concern for her siblings and other disadvantaged youths with whom she identified, such as CAMBODIAN ORPHANS. Her family's unusual religious practices isolated her and resulted in her having difficulties trusting others and in an

She sought escape through various channels

Case 3:09-cv-03064-MWB-LTS   Document 284-6   Filed 06/23/11   Page 31 of 50
LOG000381

10.

including premature sexual relationships and drugs. Although there was one suicide attempt, her emotional problems went undetected and ~~treated~~ unrecognized. Not ~~all~~ only Angel but all of her siblings were scarred by their childhood environment, which her brother described as ~~their~~ being in a "state of siege."

<u>Adult Adjustment</u>
Sources: Ms Johnson, Arlyn Johnson, Allysa Johnson, MARVEA Johnson, Police Records, Mental Health records, & Correctional records.

As an adult, Ms Johnson struggled with substance abuse, depression and a series of broken relationships, yet did ~~form~~ form attachments to others who have remained supportive of her. Her emotional difficulties are common in abused children who have increased vulnerability to stress and poor adjustment as adults. Noteable events following her childhood include the following:

> Multiple broken relationships with men including Steve Hugo, Arlyn Johnson, Kirby Thompson, Jerry DeGeus,

Case 3:09-cv-03064-MWB-LTS    Document 2646    Filed 06/23/11    Page 32 of 50
LOG000582

11

> Ms. Johnson suffered multiple episodes of physical abuse from Mr. DeGeus who battered and stalked her.

> Their relationship was turbulent with multiple separations and reconciliations over a several year period from approximately 1988 to 1993.

> Use of stimulants such as methamphetamine to alleviate depression with rebound depression with attempts to discontinue use.

> ~~Three~~ Treatment for depression, suicidal thoughts, anxiety and panic in 1996 (Mercy Cerritos Medical Center in Mason City).

> ~~a serious has~~ a serious suicide attempt by hanging in October 2000.

> Treatment with six different antidepressants over the last five years including SERZONE, ELAViL, PROZAC, TRAZODONE, Celexa and PAXIL prior to her current medication regimene of Zoloft (an antidepressant) and Seroquel (an antipsychotic mood stabilizer).

Case 3:09-cv-03064-MWB-LTS    Document 2846    Filed 06/23/11    Page 33 of 50

LOG000385

> Throughout this period Ms. Johnson worked steadily

> On her current medication regeminie Ms Johnson is less emotionally volatile.

> Ms Johnson has reestablished or strengthened relationships with her parents, siblings and friends in recent years

> Ms Johnson continues to be an important source of emotional support for her daughters Alyssa and MARVEA.

## Summary:

Ms. Johnson has had a difficult and sometimes chaotic adult adjustment marked by multiple transitions in her romantic attachments. For a prolonged period she was physically battered and slapped by one partner. She has experienced posttraumatic anxiety, panic attacks, and depression with suicidal thoughts and one serious suicide attempt. She has abused methamphetamine

Case 3:00-cv-03064-MWB-LTS   Document 2846   Filed 06/23/11   Page 34 of 50

LOG0003846

which does have a strong antidepressant effect and which decreased her feelings of vulnerability. Methamphetamine, however, is addictive and produces a strong rebound depression when discontinued. On her current medication regimene Ms Johnson has experienced less depression and mood volatility. This has allowed her to reestablish family ties, to be less reactive to her surroundings and to be a more consistent source of emotional support for her daughters.

LOG000385

# LOGAN & PETERSON, P.C.
## Forensic, Adolescent and Adult Psychiatry

**William S. Logan, MD**
**Stephen E. Peterson, MD**

428 West 42nd Street
**Kansas City, Missouri 64111**
Telephone:     (816) 842-2500
Fax:          (816) 842-9980

231 S. Bemiston
**Clayton, Missouri 63105**
Telephone: (314) 236-4914
Fax:       (314)236-4990

## PSYCHIATRIC EVALUATION

### Angela Jane Johnson
Dob: 1/17/64; SSN: 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

## INTRODUCTION:

Ms. Johnson is a 41-year-old woman who recently was convicted in Federal Court of the 1994 murders of five individuals with her then boyfriend, Dustin Honken, who was tried and convicted separately earlier this year. Initially in 2001 I was contacted by Ms. Johnson's attorney Mr. Willett, who was concerned about Ms. Johnson's mental state following a hanging attempt in the Linn County Jail. A second purpose of the evaluation was to examine Ms. Johnson to determine if she suffered from emotional problems that could be relevant to the issue of mitigation at the sentencing phase of a capital trial. This was the focus of Mr. Berrigan who re-contacted me in late 2004.

### Sources of Information:

1)    <u>Examination of Ms. Johnson</u>

    a)    1/19/01 2.75 hours at the Linn County Correctional Center, Cedar Rapids, Iowa.

    b)    6/21/01  3.0 hours at the Linn County Correctional Center/Cedar Rapids, Iowa.

    c)    1/26/05  3.5 hours at Hardin County Correctional Center at Eldora, Iowa.

    Total time 9.25 hours

LOGG000386

2)      Interviews with family members, and associates of Ms. Johnson conducted on May 6 and 7, 2005 in Mason City, Iowa. These interviews included the following individuals -

|  |  | Hours |
|---|---|---|
| > | Pearl Jean Johnson, (mother) | 2.60 |
| > | Holly Dirksen (youngest sister) | 1.00 |
| > | James Johnson, Sr. (father) | 1.25 |
| > | Pamela "Cookie" Johnson, (stepmother) | .75 |
| > | James Johnson, Jr. (Younger brother) by telephone | 1.20 |
| > | Carol Mann (Friend of mother) | 1.00 |
| > | Mikel Olsen (friend) | .25 |
| > | Dave Nieman (friend) | 1.00 |
| > | Kim Swalve (friend of mother who lived with family) | 1.10 |
| > | Wendy and Mark Jacobson(older sister and brother-in-law) | 1.67 |
| > | Marvea Johnson (younger daughter) | .67 |
| > | Jamie Hays (younger sister) | 1.25 |
| > | Alyssa Johnson (older daughter) | .87 |
| > | Arlyn Johnson (former husband) | .75 |
| > | Todd Graham (friend) | 1.00 |
|  | Total | 16.25 |

3)      Chronology of Ms. Johnson's life prepared by Mary Goody with supporting interviews with documents listed in the chronology including medical, mental health, educational, vocational and legal records. As well as reports of collateral interviews with family and various friends and associates.

4)      Correctional Records:

The focus in reviewing these records was on Ms. Johnson's history of emotional difficulty including a suicide attempt, and in her mental health treatment in jail. Her disciplinary records in terms of future adjustment to incarceration is to be addressed by Dr. Cunningham. Records from the following facilities were considered:
        ➢      Benton County Jail

> ➤ Blackhawk County Jail
> ➤ Linn County Correctional Center
> ➤ Hardin County Correctional Center

5. Discovery/Investigative Material from Law Enforcement -

> ➤ Superseding Indictments, CR00-3034 and CR01-3046.
> ➤ Investigative Reports form Mason City and Clear Lake Police Departments, the DEA, and the Iowa DCI including 1996 interview with Angela Johnson.
> ➤ Newspaper accounts of the homicide and trial.

Per instructions from defense counsel, I did not question Ms. Johnson about, nor did she reveal, information concerning the homicides. The above documents were reviewed but not relied upon in the legal sense, as no claim is being made by the defense that any mental illness affected her actions at the time of the homicides.

6. Additional Information -

This included the following items.

> ➤ Religious writings of Pearl Jean Johnson.
> ➤ Taped interview, transcript and report of examination by Drs. Dvoskin and Martell.
> ➤ Internet information concerning Bishop Whitlock.

OPINION:

A turbulent childhood characterized by multiple traumatic experiences created emotional scars in Ms. Johnson. These emotional scars created a vulnerability to anxiety, depression, poor decision making, and chronic relationship difficulties as an adult. Ms. Johnson tried to provide protection for her siblings and children, and herself sought protection from men she initially perceived as strong and reassuring. Some of these relationships produced further traumatic experiences. Ms. Johnson sought escape from both internal depression and external stress through stimulant

and other drug usage. Ms. Johnson did experience depression which, until her incarceration and a serious suicide attempt, did not receive consistent medical treatment. Addressing her anxiety and depression while incarcerated has allowed her to establish a better adjustment and provide a more consistent ability to support her children. Ms. Johnson would like this to continue, and she is important to both her daughters.

**BASIS FOR OPINION:**

**Personal Childhood History -**

Sources: Angela Johnson, family members and associates, documents.

Ms. Johnson's childhood is significant for the following events, which impacted her emotional stability.

- ➢ Ms. Johnson's mother, Jean, experienced emotional difficulties as a result of own childhood abuse. This included witnessing parental violence, the early loss of her father, sexual abuse by a stepfather, and the death of a second stepfather.
- ➢ Ms. Johnson's mother suffered a miscarriage when Angie was three months old.
- ➢ Angie's father, James, had an alcohol problem and could be physically violent.
- ➢ As a very young child Angela witnessed parental violence.
- ➢ Her parents divorced when she was about four years old.
- ➢ Angie had conflict with her stepmother and was estranged from her father.
- ➢ She was raised in poverty.
- ➢ Her mother physically abused Angie and her siblings, with Angie experiencing the most severe abuse.
- ➢ Angie was exposed to her mother and grandparent's unusual religious beliefs, which included fasting, destroying the children's toys, an end of the world crisis, demon possession, and repetitive terrifying exorcisms.
- ➢ Angie, around age 8, was taken with her siblings to an orphanage in Kansas where she witnessed inhumane animal

> slaughter, lived in a mice-infested shelter, and was likely sexually abused.

> ➢ Angie experienced isolation from her peers, and began working at an early age.

> ➢ She was exposed to early substance abuse, including alcohol by 5th grade, and marijuana, LSD and speed by junior high school.

> ➢ By junior high school she was sexually active prematurely, and married at age 16, to escape the trauma at home.

> ➢ In route she experienced the loss of several father figures suddenly.

> ➢ Finally she tried to kill herself by overdose at age 13.

Those familiar with these events, in addition to Ms. Johnson, included her mother, siblings, Wendy, Jamie, James and Holly; her father and stepmother; and personal and family associates including Carol Mann, Kim Swalve, and Dave Nieman.

**SUMMARY:**

Ms. Johnson suffered numerous traumatic experiences during her childhood, including emotional and physical abuse. She likely was sexually abused at the Dillow's as well. There was no reliable source of support from her father, mother or grandparents. She additionally felt isolated from peers, had poor self-esteem, and was chronically fearful, anxious and depressed. She did show concern for her siblings and other disadvantaged youths with whom she identified, such as Cambodian orphans. Her family's unusual religious practices isolated her and resulted in her having difficulties trusting others and in her developing an appreciation of her own self worth. She sought escape through various channels, including premature sexual relationships and drugs. Although there was one suicide attempt, her emotional problems went undetected and unrecognized. Not only Angie, but all of her siblings, were scared by their childhood environment, which her brother described as like being in a "state of siege."

LOG000390

**ADULT ADJUSTMENT:**

<u>Sources</u>: Ms. Johnson, Arlyn Johnson, Allysa Johnson, Marvea Johnson, police records, mental health records, and correctional records.

As an adult, Ms. Johnson struggled with substance abuse, depression and a series of broken relationships, yet did form attachments to others who have remained supportive of her. Her emotional difficulties are common in abused children, who have increased vulnerability to stress and poor adjustment as adults. Notable events following her childhood include the following:

> Multiple broken relationships with men including Steve Hugo, Arlyn Johnson, Kirby Thompson, Terry DeGeus, Dustin Honkin, and Rick Summers.

> Ms. Johnson suffered multiple episodes of physical abuse from Mr. DeGeus, who battered and stalked her. Their relationship was turbulent with multiple separations and reconciliations over a several year period from approximately 1988 to 1993.

> Use of stimulants, such as methamphetamine, to alleviate depression, with rebound depression when she made attempts to discontinue use.

> Treatment for depression, suicidal thoughts, anxiety and panic in 1996 (Mercy Medical Center in Mason City.)

> A serious suicide attempt by hanging in October 2000.

> Treatment with six different antidepressants over the last five years including Serzone, Elavil, Prozac, Trazodone, Celexa and Paxil, prior to her current medication regimen of Zoloft (an antidepressant) and Seroquel (an antipsychotic/mood stabilizer.)

> Throughout her adult life Ms. Johnson worked steadily to support herself and her daughters.

> On her current medication regimen Ms. Johnson is less emotionally volatile.

> Ms. Johnson has re-established or strengthened relationships with her parents, siblings, and friends in recent years.

> Ms. Johnson continues to be an important source of emotional support for her daughters, Alyssa and Marvea.

LOG000391

## SUMMARY:

Ms. Johnson has had a difficult, and sometimes chaotic adult adjustment, marked by multiple transitions in her romantic attachments. For a prolonged period she was physically battered and stalked by one partner. She has experienced post-traumatic anxiety, panic attacks, and depression with suicidal thoughts, and one serious suicide attempt. She has abused methamphetamine, which has a strong antidepressant effect and which did decrease her feelings of vulnerability. Methamphetamine, however, is addictive and produces a strong rebound depression when discontinued. On her current medication regimen, Ms. Johnson has experienced less depression and mood volatility. This has allowed her to re-establish family ties, to be less reactive to her surroundings, and to be a more consistent source of emotional support for her daughters.

William S. Logan, MD
Diplomate, American Board of Psychiatry and Neurology 1982
Diplomate, American Board of Forensic Psychiatry 1987
Subspecialty in Forensic Psychiatry by the
American Board of Psychiatry and Neurology 1994 and 2003

Date Signed: _____

WSL/sg

LOG000392

# LOGAN & PETERSON, PC

FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

## WILLIAM S. LOGAN, MD
## STEPHEN E. PETERSON, MD



☑ 428 WEST 42ND STREET
KANSAS CITY, MISSOURI 64111
TELEPHONE: (816) 842-2500
FAX:       (816) 842-9980

❑ 231 S. BEMISTON
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:       (314) 236-4990

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## PSYCHIATRIC EVALUATION

Angela Jane Johnson
DOB: 11/7/64
SSN: 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

## INTRODUCTION AND PURPOSE:

Ms. Johnson is a 40-year-old woman who recently was convicted in federal court of the 1994 murders of five individuals with her then boyfriend, Dustin Honken, who was tried and convicted separately earlier this year. Initially in 2001, I was contacted by Ms. Johnson's attorney, Mr. Willett, who was concerned about Ms. Johnson's mental state following a hanging attempt in the Linn County Jail. A second purpose of the evaluation was to examine Ms. Johnson to determine if she suffered from emotional problems that could be relevant to the issue of mitigation at the sentencing phase of a capital trial.

## SOURCES OF INFORMATION:

1.   Examination of Ms. Johnson

   a.   1/19/01 2.75 hours at the Linn County Correctional Center, Cedar Rapids, Iowa.

   b.   6/21/01 3.0 hours at the Linn County Jail in Cedar Rapid, Iowa.

   c.   1/26/05 3.50 hours Hardin County Correctional Center, Eldora, Iowa.
        Total time: 9.25 hours

2.   Interviews with family members, and associates of Ms. Johnson conducted on May 6 an d7, 2005 in Mason City, Iowa. These interviews included the following individuals:

LOG000395

| | |
|---|---|
| Pearl Jean Johnson ( mother) | 2.6 hours |
| Holly Dirksen (youngest sister) | 1.0 hour |
| James Johnson, Sr. (father) | 1.25 hours |
| Pamela "Cookie" Johnson (stepmother) | .75 hour |
| James Johnson, Jr. (by telephone, younger brother) | 1.20 hours |
| Carol Mann (friend of mother) | 1.00 hour |
| Mikell Olsen (friend) | .25 hour |
| Dave Hielman (friend) | 1.00 hour |
| Kim Swalve (friend of mother who lived with family) | 1.10 hour |
| Wendy and Mark Jacobson (older sister & mother-in-law) | 1.67 hours |
| Marvea Johnson (younger daughter) | .67 hour |
| Jamie Hays (younger sister) | 1.25 hours |
| Alyssa Johnson (older daughter) | .87 hour |
| Arlyn Johnson (former husband) | .75 hour |
| Todd Graham (friend) | 1.00 hour |

Total time: 16.35 hours

3.   Chronology of Ms. Johnson's life prepared by Mary Goody with supporting interviews and documents listed in the chronology including medical, mental health, educational, vocational, and legal records, as well as reports of collateral interviews with family and various friends and associates.

4.   Correctional records:
   The focus in reviewing these records was on Ms. Johnson's history of emotional difficulty, including a suicide attempt, and on her mental health treatment in jail. Her disciplinary records in terms of her future adjustment to incarceration is to be addressed by Dr. Canninghiss. Records from the following facilities were considered:
   Benton County Jail
   Blackhawk County Jail
   Linn County Correctional Center
   Hardin County Correctional Center

5.      Discovery/investigative material from law enforcement:

Superseding Indictments, CR00-e0er and CR01-3046

Investigate reports from Mason City and Clear Lake Police Departments, the DEA, and the Iowa DCI, including 1996 interview with Angela Johnson.

Newspaper accounts of the homicide and trial

Per instructions from her defense attorneys, I did not question Ms. Johnson about, nor did she reveal, information concerning the homicides. The above documents were reviewed, but not relied upon in the legal sense as no claim was being made by the defense that any mental illness affected her actions at the time of the homicides.

6.      Additional information:

This included the following items:

Religious writings of Peal Jean Johnson

Taped interview, transcript and report of examination by Drs. Dvoskin and Martell

Internet information concerning Bishop Whitlock

**OPINION:**

A turbulent childhood characterized by multiple traumatic experiences created emotional scars in Ms. Johnson. These emotional scars created a vulnerability to anxiety, depression, poor decision making, and chronic relationship difficulties as an adult. Ms. Johnson tried to provide protection for her siblings, children, and herself sought protection from men she initially perceived as strong and reassuring. Some of these relationships produced further traumatic experiences. Ms. Johnson sought escape from both internal depression and external stress through stimulant and other drug usage. Ms. Johnson did experience depression which, until her incarceration, and a serious suicide attempt, did not receive consistent medical treatment. Addressing her anxiety and depression has allowed her to establish a better

LOG000395

adjustment, and provide a more consistent ability to support her children. Ms. Johnson would like this to continue, and she is important to both of her daughters.

Basis for Opinion:

A.      Personal/childhood history:

(Source: Mrs. Johnson, family members, and associates, independent records).

Ms. Johnson's mother, Jean, was exposed to an alcoholic stepfather, Virgil Ashley, who would have physical fights with her mother, Florence. Virgil also would beat her sister, Darlene. When Jean and Florence tried to intervene, Virgil would hit Florence. Virgil also fondled Jean sexually. This fondling led to intercourse. Eventually, Florence divorced Virgil. Jean and her siblings lived with their maternal grandmother, Cora, while Florence worked. When Jean was age 15, her mother married her second stepfather, Andrew Johnson, who died of leukemia two years later.

Jean did poorly in school, particularly math, as she couldn't concentrate. She dropped out of school in high school.

At age 19, Jean married Ms. Johnson's father, James. The marriage was stormy. Jean blamed James mother, Winifred. Winifred told Jean that James' father committed suicide. Jean described that James was especially abusive when he drank while she was "mouthy." There were multiple separations. Jean's physical injuries included a bruised jaw, bloody nose and lip, and two black eyes. They had four chidden together, including Wendy (DOB: 1/4/62); Angela (DOB: 1/17/64); Jamie (DOB: 11/23/65), and James Jr. (DOB: 3/2/67). When Angela was an infant, Jean suffered a miscarriage. After the divorce, Jean received support from her mother, Florence, who had married Andrew Jensen and was living in Clear Lake, Iowa. According to Jean, James did not support the children financially. Angela reels her parents separated when she was age 4. Angela was once frightened by her father who was hiding under her bed.

Jean admitted she was under considerable stress, was often irritable, and would scream at her children. Jean admitted she physically abused Wendy and Angie, who

she hit in the face a couple of times. In addition to slapping Angie's face, Jean would hit her on the back, arm, and rear hard enough to leave bruises. She found it hard to relate to her children because she as alone. Jean stated her children learned to survive and care for themselves.

Jean did send the children to visit their father James who remarried and lived in Wisconsin. Jean described that while Wendy would do what was necessary to keep out of trouble, Angie was more forceful and would defend her when James' wife, Cookie" made derogatory comments about her. Consequently, Angie would receive a beating. When Jean discovered this, the visits stopped.

Jean next took the family to live with her parents who had moved to Colorado. Part of the reason was to end an affair with Bob, a married man. While in Colorado, a telephone repairman became interested in Jean. He would take Jean and the family on outings. This was Angie's first experience of a normal family. She became attached to this man and hoped her mother would marry him. Without explanation, Jean's parents and their family returned to Iowa. Jean revealed that in Colorado, Bob had continued to write to her. Back in Iowa, they resumed their relationship.

Jean, her mother, and her stepfather at this point became religiously preoccupied and followed the teachings of a man named Bishop Whitlock. About this time, Angie was 8 years old. Angie told them something was talking to her at night. Jean, Florence, and Andy anointed Angie with oil and performed an exorcism. Angie and her siblings described this was a terrifying experience. Wendy described what they did to Angie was "horrible." Wendy cried as she described it. They believed that because Angie had difficulty in school, and often had trouble listening, that she was inhabited by deaf and dumb demons. Wendy recalled Angie struggled, "cried and cried," and had a "look of terror in her eyes." Angie would cry, scream, and thrash about until she was completely exhausted. Wendy recalled Angie saying, "Please help me." When Wendy told them to leave her alone, Andy said, "Get three behind me Satan," and called Angie "evil." Wendy described these exorcisms would occur frequently, as often s two or three times a week, whenever God led them, and could last 30 minutes or longer. The other children also experienced exorcisms. Eventually, they learned that if they

expelled gas, coughed or sneezed, it would be seen as evidence the demon had left. Wendy described this practice continued into their teenage years, and demons had been cast out of Wendy even as a married adult. Wendy further described her mother and grandparents told them there were demons living in their house. They would check the children's heads for the "mark of the beast."

On another occasion, Florence identified objects in the house that were not of God. These objects which included the children's toys, which were either broken or put in a barrel and set on fire. Angie and Jamie recalled a three-day exorcism of a parakeet or pet dove, which they let go as well.

During this time, Florence saw a wolf in her window and became convinced it was the end of the world. Florence awakened them in a panic in the middle of the night. Florence, Andy, Jean, and the children rode around in a car for the next three days without food or sleep. They followed an arrow on Jean's leg, which they believed was God's sign telling them where to go. At night they followed a bright star. Wendy recalled the scar (which Jean demonstrated) was from a cut Jean incurred when they lived in Colorado earlier. Wendy recalled as time progressed, they were hallucinating seeing flamming chariots in the sky.

Food was withheld from the children during the day in order to fast. Another concern of the children was that Jean would talk of sacrificing them if she received a sign from God to do so.

Jean's relationship with Bob continued for three years. After their return to Iowa from Colorado, Bob had separated from his wife and had his own residence. It was at the time the youngest sibling, Holly, was conceived. Jean would not tell her mother about the pregnancy, and wanted to place the baby for adoption. Jean's friend, Carol Mann, knew Ted and Bobbi Dillow who were trying to establish a children's shelter near Chanute, Kansas in conjunction with a church. At the Dillows' Jean recalled she and the children lived in a converted garage. Jean worked at a "drop in" center in town, an outreach arm of the Dillow's church. She was present so seldom several of the

children now do not even recall her being there. Bob died in a motor vehicle accident shortly after they arrived there.

James Jr. was only three years old at the time. He recalls seeing the hogs eat baby Chickens. The Dillows would make him grab a barbed wire fence to see if the electricity was on. He recalled sleeping in a shed that was infested with mice. He also was made to eat food he didn't like such as black eyed peas. The Dillows also forced him to eat a bar of soap. He continued to have bad dreams about being at the Dillows until he was a freshman in college. He would awaken from these dreams sweating and scared. Jamie recalled the Dillows as a really bad place. He recalled the pigs eating a kitten.

Wendy believed Jean was going to leave them all at an orphanage. She recalled that shortly after they arrived, the Dillows frightened them with a flashing skeleton. Jean often was gone doing church work. Ted Dillow bought them sheer underwear to wear. Ted's older daughters were required to take afternoon naps with him. Soon, Wendy was required to do this as well. Ted would grab her and press his penis against her until he got off. Ted also wanted Angie to take a nap with him. Talking to Angie years later, Wendy discovered Ted sexually molested Angie as well. Angie didn't tell Wendy specifics, but Wendy recalled they were both crying.

Wendy recalled other frightening experiences. The Dillows took care of two Indian boys who were so scared and nervous they chewed holes in their shirts. Once as punishment, they made Wendy and her siblings line up and drink out of a pig's nursing bottle. Wendy attacked Bobbi when Bobbi tried to brush James' teeth with a pig tooth brush. She recalled the pigs eating a live cat. The Dillows killed a rabbit by putting its head on a nail and hitting it with a hammer. Wendy recalls they were forced to watch, and remembers seeing the rabbit's eyes pop out of its head. They were fed squirrels and raccoons for food. The place where they slept was mice infested and had no running water. Wendy told her mother about the sexual abuse. Jean called Carol Mann to come get them. Carol Mann recalls driving there in a snowstorm.

When interviewed in 2001, Angie recalled Ted Dillow once tried to touch her sexually. She threatened to come back to the orphanage later and kill him if he did it again. When interviewed again in 2005, she no longer recalled Mr. Dillow's sexual advances. Angie did recall trying to protect her younger siblings. She recalled Mr. Dillow smashing rabbits' heads with a sledge hammer, cutting them in the middle, and seeing their intestines pour out. She later had nightmares about this. She recalled the Dillows making them watch them cut the heads of chickens, and the headless chickens then chasing them.

After their return to Iowa from the Dillows' in Kansas, their grandmother, Florence, lived with them. Andy Jensen had recently died. Several individuals believed religious fasting contributed to his death. A woman who also lived with the family in the 1980s, Kim Swalve, recalled the exorcisms.

Jean eventually opened a restaurant in a former truck stop in Lieland, Iowa where Angie worked during her later adolescence. Her sister, Wendy, went to live with their father. Jean had a relationship with Ron Fox during this time, but they never remarried. Ms. Swalve recalled Angie worked at the restaurant, Laverne & Shirleys, as much as she could when she was not in school. According to Ms. Swalve Angie quit school at age 15 to help out more at the restaurant. She described Jean would still get scared about demons and the end times, and would talk to customers about this and quote scripture. Ms. Swalve believed this likely had an affect on Angie as she knew things like that didn't go on in normal households.

Ms. Johnson married at age 15 to get away from home. By this time, her older sister, Wendy, was living with her father. Her younger sister, Jamie, felt that she was the invisible child. She recalls the exorcisms and their toys and TV being smashed, as well as a parakeet being let go after they unsuccessfully tried to cast a demon out of it. Jamie believed they were involved in a cult. She harbored considerable anger about their childhood, which she began to resolve several years ago through pastoral counseling. She also remembers her mother's temper and physical abuse with a green plastic paddle. She recalls the traumatic impact of the Dillows, and being exposed to pornographic books there. She has recently renewed a relationship with her father.

LOG000400