# Marilyn A. Hutchinson, Ph.D.        Hutchinson & Associates

*222 W. Gregory, 100        Kansas City, MO 64114        (816) 361-0664        Fax (816) 361-0677*

## CURRICULUM VITA

**1983-PRESENT**    Hutchinson & Associates
*Owner, Licensed Psychologist.* Private practice in psychology, specializing in concerns of women and survivors of trauma. Practice includes individual and couple therapy, forensic psychology, training in issues regarding survivors of abuse, and administration of post-doctoral psychology licensure training.

## EDUCATION

1975    PURDUE UNIVERSITY
*Ph.D. in Counseling and Personnel Services.* Major areas of study: Counseling psychology, research and statistics, and counselor education.

1971    PURDUE UNIVERSITY
*M.S. in Counseling and Personnel Service*

1969    NEBRASKA WESLEYAN UNIVERSITY
*B.M.E. in Music Education*

## PREVIOUS EMPLOYMENT

1983-1985    UNIVERSITY OF MISSOURI-KANSAS CITY
Counseling Psychologist

1980-1984    LIVES UNLIMITED · MADISON, WISCONSIN
Psychologist, private practice

1978-1980    DANE COUNTY MENTAL HEALTH CENTER · MADISON, WISCONSIN
Psychologist

1975-1983    UNIVERSITY OF WISCONSIN - WHITEWATER
Associate Professor, Counseling and guidance

1973-1975    PURDUE PSYCHOLOGICAL SERVICES, PURDUE UNIVERSITY
Psychological Intern

1972-1973    PURDUE PLACEMENT OFFICE, PURDUE UNIVERSITY
Counselor

## PROFESSIONAL CREDENTIALS

1975    PURDUE UNIVERSITY
Ph.D. in Counseling and Personnel Services

1971    PURDUE UNIVERSITY
M.S. in Counseling and Personnel Services

HUT000001

LICENSED PSYCHOLOGIST
Wisconsin and Missouri

DIPLOMATE
American Board of Forensic Examiners

CERTIFIED MASTER PRACTITIONER, SOCIETY OF NEUROLINGUISTIC PROGRAMMING
California and National Association of Neurolinguistic Programming

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1994-2001 | ATTORNEY TRAINING WORKSHOPS<br>Post-traumatic stress disorder; Use of a Psychological Expert in Civil Litigation of Bias and Discrimination; Assessment in Custody Evaluations; Sexual Harassment Litigation; Insanity Defenses in Kansas; Direct Examination of a Mental Health Expert; Impact of Childhood Maltreatment on an Adult Defendant |
| 1992 | INVITED PROGRAM AND MODEL TESTIMONY DEMONSTRATION<br>National Institute, The American Bar Association |
| 1990-1989 | PROGRAMS REGARDING BATTERED WOMEN<br>National Meeting of Public Defenders (1990) and national meeting of Public Defender Investigators (1989) |
| 1988 | PROGRAM PRESENTATION<br>International Congress of Women and Mental Health, Amsterdam<br>Psychological Treatment of PTSD and Character Disordered Clients |
| 1984-1989 | PROGRAM PRESENTATIONS, YEARLY<br>Missouri Psychological Association |
| 1984-1988 | PROGRAM PRESENTATIONS, YEARLY<br>Association of Women in Psychology |
| 1987 | PROGRAM PRESENTATION<br>Kansas City, Association of Women in Psychology |
| 1986 | PROGRAM PRESENTATIONS<br>Kansas City Association of Women Physicians and Kansas City Association of Occupational Physicians |
| 1986-1987 | STAFF TRAINING OR CONSULTATION<br>Two Rivers Psychiatric Hospital  (1987)<br>Western Missouri State Hospital  (1987)<br>St. Luke's Hospital Sexual Abuse Treatment Unit (1986, 1987) |
| 1981-1986 | NEUROLINGUISTIC PROGRAMMING, CONSULTATION AND TRAINING<br>Local, regional and international |

HUT000002

## RESEARCH AND PUBLICATIONS

*Use of a Psychological Expert Witness in Civil Litigation of Bias and Discrimination.*  Copyright 1994.

*I Think I have One of Those Battered Women Cases.*  Defending Battered Women in Criminal Cases.
	American Bar Association, 1992.

*Confidentiality, the Professional's Dilemma.*  (With Stadler, H.A.)  Videotape, learning guide and  research
	funded by        the American Association of Counseling and Development, 1987.

*Characteristics: Adult Survivors of Incest.*  Copyright, 1985.

*Attribution consistency for men and women's evaluation of drinking behavior of self and others.*
	(With Stoecker, R.A.)  Unpublished paper, 1978.

*Androgyny in several non-college populations.*  Research paper presented at Women in Psychology,
	Dallas, 1979.

*Carl Thoresen: The Virtues of Self Control.*  "Wisconsin Counselor," 1978 1, 4, 22-28

*A Bibliography of Women's Resources.*    "Wisconsin Counselor," 1978, 2, 1, 29-31

*Social Change Counseling: An Overview. Monograph.*  Center for Conflict Resolution, Madison,
	Wisconsin, 1978.

*Problem Identification in Counseling, Goal Setting in Counseling, and Strategy Selection in Counseling.*
	Training modules.   University of Wisconsin-Whitewater, 1977.

*Programmatic Needs of Assessment of Whitewater Undergraduate Women.*  University of Wisconsin-
	Whitewater, 1977.

*Androgyny as It Relates to Several Counselor Functions.*  State Research Grant, Wisconsin, 1977.

*Job Preparedness Barometer.*  (With Spooner, S.A.)  Published and distributed by College Placement
	Council, 1975.

*Social Change Counseling.*  (With Stadler, H.A.)  Houghton Mifflin, 1975.

*An Experimental Investigation of Training Procedures in Problem Identification and Goal Setting with
	Counselors and Clients.*  Doctoral Dissertation Purdue University, 1975.

# Marilyn A. Hutchinson, Ph.D.        Hutchinson & Associates

222 W. Gregory, 100        Kansas City, MO 64114        (816) 361-0664        Fax (816) 361-0677

**1983-Present**        Hutchinson & Associates
*Owner, Licensed Psychologist.* Private practice in psychology, specializing in concerns of women and survivors of trauma. Practice includes individual and couple therapy, forensic psychology, training in issues regarding survivors of abuse, and administration of post-doctoral psychology licensure training.

## EDUCATION

**1975**        PURDUE UNIVERSITY
*Ph.D. in Counseling and Personnel Services.* Major areas of study: Counseling psychology, research and statistics, and counselor education.

**1971**        PURDUE UNIVERSITY
*M.S. in Counseling and Personnel Service*

**1969**        NEBRASKA WESLEYAN UNIVERSITY
*B.M.E. in Music Education*

## PREVIOUS EMPLOYMENT

**1983-1985**        UNIVERSITY OF MISSOURI-KANSAS CITY
Counseling Psychologist

**1980-1984**        LIVES UNLIMITED • MADISON, WISCONSIN
Psychologist, private practice

**1978-1980**        DANE COUNTY MENTAL HEALTH CENTER • MADISON, WISCONSIN
Psychologist

**1975-1983**        UNIVERSITY OF WISCONSIN - WHITEWATER
Associate Professor, Counseling and guidance

**1973-1975**        PURDUE PSYCHOLOGICAL SERVICES, PURDUE UNIVERSITY
Psychological Intern

**1972-1973**        PURDUE PLACEMENT OFFICE, PURDUE UNIVERSITY
Counselor

## PROFESSIONAL CREDENTIALS

**1975**        PURDUE UNIVERSITY
Ph.D. in Counseling and Personnel Services

**1971**        PURDUE UNIVERSITY
M.S. in Counseling and Personnel Services

HUTC000004        MG00068

LICENSED PSYCHOLOGIST
Wisconsin and Missouri

DIPLOMATE
American Board of Forensic Examiners

CERTIFIED MASTER PRACTITIONER, SOCIETY OF NEUROLINGUISTIC PROGRAMMING
California and National Association of Neurolinguistic Programming

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1994-2001 | ATTORNEY TRAINING WORKSHOPS<br>Post-traumatic stress disorder; Use of a Psychological Expert in Civil Litigation of Bias and Discrimination; Assessment in Custody Evaluations; Sexual Harassment Litigation; Insanity Defenses in Kansas; Direct Examination of a Mental Health Expert: Impact of Childhood Maltreatment on an Adult Defendant |
| 1992 | INVITED PROGRAM AND MODEL TESTIMONY DEMONSTRATION<br>National Institute, The American Bar Association |
| 1990-1989 | PROGRAMS REGARDING BATTERED WOMEN<br>National Meeting of Public Defenders (1990) and national meeting of Public Defender Investigators (1989) |
| 1988 | PROGRAM PRESENTATION<br>International Congress of Women and Mental Health, Amsterdam<br>Psychological Treatment of PTSD and Character Disordered Clients |
| 1984-1989 | PROGRAM PRESENTATIONS, YEARLY<br>Missouri Psychological Association |
| 1984-1988 | PROGRAM PRESENTATIONS, YEARLY<br>Association of Women in Psychology |
| 1987 | PROGRAM PRESENTATION<br>Kansas City, Association of Women in Psychology |
| 1986 | PROGRAM PRESENTATIONS<br>Kansas City Association of Women Physicians and Kansas City Association of Occupational Physicians |
| 1986-1987 | STAFF TRAINING OR CONSULTATION<br>Two Rivers Psychiatric Hospital (1987)<br>Western Missouri State Hospital (1987)<br>St. Luke's Hospital Sexual Abuse Treatment Unit (1986, 1987) |
| 1981-1986 | NEUROLINGUISTIC PROGRAMMING, CONSULTATION AND TRAINING<br>Local, regional and international |

HUT000005
MG00069

RESEARCH AND PUBLICATIONS

*Use of a Psychological Expert Witness in Civil Litigation of Bias and Discrimination.* Copyright 1994.

*I Think I have One of Those Battered Women Cases.* Defending Battered Women in Criminal Cases.
    American Bar Association, 1992.

*Confidentiality, the Professional's Dilemma.* (With Stadler, H.A.) Videotape, learning guide and research funded by
    the American Association of Counseling and Development, 1987.

*Characteristics: Adult Survivors of Incest.* Copyright, 1985.

*Attribution consistency for men and women's evaluation of drinking behavior of self and others.*
    (With Stoecker, R.A.) Unpublished paper, 1978.

*Androgyny in several non-college populations.* Research paper presented at Women in Psychology,
    Dallas, 1979.

*Carl Thoresen: The Virtues of Self Control.* "Wisconsin Counselor," 1978 1, 4, 22-28

*A Bibliography of Women's Resources.* "Wisconsin Counselor," 1978, 2, 1, 29-31

*Social Change Counseling: An Overview. Monograph.* Center for Conflict Resolution, Madison,
Wisconsin, 1978.

*Problem Identification in Counseling. Goal Setting in Counseling. and Strategy Selection in Counseling.*
    Training modules. University of Wisconsin-Whitewater, 1977.

*Programmatic Needs of Assessment of Whitewater Undergraduate Women.* University of Wisconsin-
    Whitewater, 1977.

*Androgyny as It Relates to Several Counselor Functions.* State Research Grant, Wisconsin, 1977.

*Job Preparedness Barometer.* (With Spooner, S.A.) Published and distributed by College Placement
    Council, 1975.

*Social Change Counseling.* (With Stadler, H.A.) Houghton Mifflin, 1975.

*An Experimental Investigation of Training Procedures in Problem Identification and Goal Setting with
Counselors and Clients.* Doctoral Dissertation Purdue University, 1975.

Johnson, Ac

PLEASE MAKE CHECK
FROM:

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

RESPONSIBLE PARTY NAME

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 1
MH

AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :        7262

Billing Date :   07/01/05

| Date of Service | Client | Description | Charge | Receipts | Balan |
|---|---|---|---|---|---|
| 04/15/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105. |
| 04/15/05 | RE: Angela Johnson | Consultation, collateral info | 140.00 | .00 | 140. |
| 04/25/05 | RE: Angela Johnson | Record review | 140.00 | .00 | 140. |
| 05/11/05 | RE: Angela Johnson | Record review | 92.40 | .00 | 92. |
| 05/09/05 | RE: Angela Johnson | Record review | 58.80 | .00 | 58. |
| 05/11/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105. |
| 05/12/05 | RE: Angela Johnson | Record review | 588.00 | .00 | 588. |
| 05/12/05 | RE: Angela Johnson | Consultation, collateral info | 42.00 | .00 | 42. |
| 05/13/05 | RE: Angela Johnson | Record review | 210.00 | .00 | 210. |
| 05/13/05 | RE: Angela Johnson | Preparation for trial | 140.00 | .00 | 140. |
| 05/13/05 | RE: Angela Johnson | Record review | 477.40 | .00 | 477. |
| 05/16/05 | RE: Angela Johnson | Record review | 35.00 | .00 | 35. |
| 05/25/05 | RE: Angela Johnson | Shipping | 42.04 | .00 | 42. |
| 05/26/05 | RE: Angela Johnson | Record review | 385.00 | .00 | 385. |
| 05/27/05 | RE: Angela Johnson | Record review | 471.00 | .00 | 471. |
| 05/27/05 | RE: Angela Johnson | Consultation, collateral info | 70.00 | .00 | 70 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PA |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CLOSING DATE |
|---|
| 07/01/05 |
| ACCOUNT NUMBER |
| 7262 |
| TOTAL ACCOUNT BALANCE |
| 7798.90 |
| DUE FROM PATIENT |
| 7798.90 |

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 2
MH

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :        7262

Billing Date :   07/01/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 5/28/05 | RE: Angela Johnson | Report writing | 210.00 | .00 | 210.0 |
| 05/29/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105.0 |
| 05/30/05 | RE: Angela Johnson | Report writing | 42.00 | .00 | 42.0 |
| 06/05/05 | RE: Angela Johnson | Preparation for trial | 385.00 | .00 | 385.0 |
| 06/06/05 | RE: Angela Johnson | Preparation for trial | 350.00 | .00 | 350.0 |
| 05/31/05 | RE: Angela Johnson | Report Editing | 210.00 | .00 | 210.0 |
| 06/07/05 | RE: Angela Johnson | Travel time | 720.00 | .00 | 720.0 |
| 06/07/05 | RE: Angela Johnson | Consultation, collateral info | 560.00 | .00 | 560.0 |
| 06/07/05 | RE: Angela Johnson | Lodging | 89.54 | .00 | 89.5 |
| 06/08/05 | RE: Angela Johnson | Travel time | 80.00 | .00 | 80.0 |
| 06/08/05 | RE: Angela Johnson | Meals Breakfast | 7.94 | .00 | 7.9 |
| 06/08/05 | RE: Angela Johnson | Meals Lunch | 4.25 | .00 | 4.2 |
| 06/08/05 | RE: Angela Johnson | Meals Dinner | 4.73 | .00 | 4.7 |
| 06/08/05 | RE: Angela Johnson | Preparation for trial | 560.00 | .00 | 560.0 |
| 06/08/05 | RE: Angela Johnson | Court appearance | 350.00 | .00 | 350.0 |
| 06/08/05 | RE: Angela Johnson | Travel time | 720.00 | .00 | 720.0 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 28-8    Filed 06/23/11    Page 8 of 100
HUT000008

CLOSING DATE
07/01/05
ACCOUNT NUMBER
7262
TOTAL ACCOUNT BALANCE
7798.90
DUE FROM PATIENT
7798.90

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 3
MH

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :      7262

Billing Date :  07/01/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 06/08/05 | RE: Angela Johnson | Mileage | 193.80 | .00 | 193.8 |
| 06/28/05 | RE: Angela Johnson | Report writing | 105.00 | .00 | 105.0 |

Payments are posted to date of service, not by date received.
PAYMENTS RECEIVED AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT INVOICE.

*** PAYMENT DUE UPON RECEIPT. THANK YOU ***
Please contact our office if you have questions about this account.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| 4130.26 | 3283.64 | 385.00 | .00 | .00 | 7798.90 | .00 | 7798.9 |

Case 3:09-cv-03064-MWB-LTS   Document 22-8   Filed 06/23/11   Page 9 of 100
HUT000009

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|---|---|---|

**3. MAG. DKT./DEF. NUMBER** 4. DIST. DKT./DEF. NUMBER 4/-CR-3046 MWS

**7. IN CASE/MATTER OF** (Case Name)
_US v. Angela Johnson_

**8. TYPE PERSON REPRESENTED**
[X] Adult Defendant   [ ] Appellant   [ ] Other:
[ ] Habeas Petitioner   [ ] Appellee

**9. REPRESENTATION TYPE**
[ ] D1 28 U.S.C. § 2254 Habeas (Capital)   [ ] D3 28 U.S.C. § 2255 (Capital)
[X] D2 Federal Capital Prosecution   [ ] D4 Other (Specify) _____

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 848 E.F — Intentionally Kills or Counsels Commands w/Violation of 18:841(B)(i)(A)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[ ] Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
[X] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _Mark Patrick J Berrigan_   Date _8/5/05_

[X] Panel Attorney   [ ] Retained Attorney   [ ] Pro-Se   [ ] Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
_Patrick J. Berrigan, 2500 Holmes, Kansas City, MO 64108_

Telephone Number: _816-474-3350_

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)
_Report Editing, Prep for Trial, Travel time, Consultation, Court Appearance, Expenses + Report writing by Dr. Marilyn Hutchinson_

**13. TYPE OF SERVICE PROVIDER**
01 [ ] Investigator
02 [ ] Interpreter/Translator
03 [X] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
13 [ ] Weapons/Firearms/Explosive Expert
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer (Hardware/Software/Systems)
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [ ] Mitigation Specialist
23 [ ] Duplication Services (See Instructions)
24 [ ] Other (Specify)

**14. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES   [ ] NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. [ ] Pre-Trial
b. [X] Trial
c. [ ] Sentencing
d. [X] Other Post Trial

e. [ ] Appeal
f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. [ ] Habeas Petition
h. [ ] Evidentiary Hearing
i. [ ] Dispositive Motions
j. [ ] Appeal

k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. [ ] Stay of Execution
m. [ ] Appeal of Denial of Stay
n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. [ ] Other

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3,960.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 380.26 | | |
| c. Other Expenses | -0- | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | 4,340.26 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
_Hutchinson & Associates_
_222 W. Gregory, Ste. 100_
_Kansas City, MO_

TIN: _43-1740767_
Telephone Number: _816-361-0664_

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _5/31/05_ TO _6/28/05_

CLAIM STATUS   [X] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _Marilyn Hutchinson by P. Berrigan_   Date _8/5/05_

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J Berrigan_   Date _8/5/05_

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

**23.**
[ ] Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR
[ ] In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate)   Date

Case 3:09-cv-03064-MWB-LTS   Document 28-8   Filed 06/23/11   Page 10 of 100
HUT0000010

# HUTCHINSON & ASSOCIATES

222 WEST GREGORY, SUITE 100 • KANSAS CITY, MO 64114 • PHONE (816) 361-0664 • FAX (816) 361-0677

Marilyn A. Hutchinson, Ph.D.
Michael W. Anderson, Ph.D.
Lester E. Blue, Jr., Ph.D.
Denise L. Gulledge, Ph.D.
Lucinda L. Herman, LSCSW
Lucy Lauer, M.A., R.D.
Connie Sweeney, Ph.D.
Karen L. Willing, Ph.D.

## ADDENDUM TO HUTCHINSON FINANCIAL HISTORY FOR ANGELA JOHNSON

All units are noted are multiple or portions of one hour. For example .66 represents 40 minutes. 3.5 denotes three and one half hours. All record review is billed at the reduced state agency rate of $140.

January 3 and 4, 2005—pretrial publicity and factual summaries

January 28, 29, 30—police records

February 21, 2005—witness summaries from previous years

February 23, 2005—review of file for interview preparation
February 24, 2005—Pearl Jean's religious writings

March 2, 2005—preparation for meeting with counsel

April 15, 2005—Goode interview summaries

April 25, 2005—court filings

May 9, 11, 12—family history documents, chronology, time line, employment records, divorce records, church records

May 13, 2005—medical records and document summaries

May 26, 27 2005—opposing expert audio tape

May 29, 2005—review of own records to check factual inconsistencies

June 28, 2005—preparation of this document

I hope this further explanation will be of assistance to the court in expediting the processing of my account.

Marilyn A. Hutchinson, Ph.D.

| Acct | Date | Dep # | Name | Drl Procedure | | Ref Dt | Diag | Units | Amo |
|------|------|-------|------|---------------|--|--------|------|-------|-----|
| 7262 | | | Johnson,RE: Angela | | Previous Balance : | | | | 0. |
| | 12/29/04 | 0 | Johnson,RE: Angela | 11 Consult | Consultation, collat | | 000.00 | 1.00 | 140.0 |
| | 12/30/04 | 0 | Johnson,RE: Angela | 11 Consult | Consultation, collat | | 000.00 | 1.00 | 140.0 |
| | 01/03/05 | 0 | Johnson,RE: Angela | 11 RR | Record review | | 000.00 | 0.50 | 70.0 |
| | 01/04/05 | 0 | Johnson,RE: Angela | 11 RR | Record review | | 000.00 | 1.00 | 140.0 |
| | 01/27/05 | 0 | Johnson,RE: Angela | 1. Consult | Consultation, collat | | 000.00 | 0.66 | 92.4 |
| | 01/28/05 | 0 | Johnson,RE: Angela | 1. RR | Record review | | 000.00 | 3.50 | 490.0 |
| | 01/29/05 | 0 | Johnson,RE: Angela | 1. RR | Record review | | 000.00 | 3.00 | 420.0 |
| | 01/30/05 | 0 | Johnson,RE: Angela | 1. RR | Record review | | 000.00 | 1.20 | 168.0 |
| | 02/21/05 | 0 | Johnson,RE: Angela | 1. RR | Record review | | 000.00 | 3.20 | 448.0 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 1. TRAV | Travel time | | 000.00 | 5.50 | 880.00 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 1. WAIT | Waiting time | | 000.00 | 0.25 | 40.00 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 1. EVAL | Interview and evalua | | 000.00 | 4.00 | 640.00 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 1. TESTADMIN | Test Administration | | 000.00 | 1.00 | 120.00 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 14 MEALS | Meals | | 000.00 | 1.00 | 5.27 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 14 LODGE | Lodging | | 000.00 | 1.00 | 94.68 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 0.50 | 80.00 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 14 MILE | Mileage | | 000.00 | 310.00 | 99.20 |
| | 02/23/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.50 | 80.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 0.50 | 80.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 EVAL | Interview and evalua | | 000.00 | 5.25 | 840.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 2.25 | 360.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 MEALS | Meals | | 000.00 | 1.00 | 6.86 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 WAIT | Waiting time | | 000.00 | 0.50 | 80.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 0.75 | 120.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 Consult | Consultation, collat | | 000.00 | 1.50 | 240.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 0.75 | 120.00 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 MILE | Mileage | | 000.00 | 127.00 | 40.64 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 LODGE | Lodging | | 000.00 | 1.00 | 70.40 |
| | 02/24/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 1.50 | 240.00 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 MEALS | Meals | | 000.00 | 1.00 | 6.00 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 0.25 | 40.00 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 Consult | Consultation, collat | | 000.00 | 2.50 | 400.00 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 MEALS | Meals | | 000.00 | 1.00 | 9.90 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 TRAV | Travel time | | 000.00 | 5.25 | 840.00 |
| | 02/25/05 | 0 | Johnson,RE: Angela | 14 MILE | Mileage | | 000.00 | 340.00 | 108.80 |
| | 03/02/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 2.00 | 280.00 |
| | 03/03/05 | 0 | Johnson,RE: Angela | 14 Consult | Consultation, collat | | 000.00 | 1.50 | 210.00 |
| | 03/18/05 | | Check Payment | US DisiCt | Other | 03/18/05 | | | -1660.40 |
| | 04/15/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.75 | 105.00 |
| | 04/15/05 | 0 | Johnson,RE: Angela | 14 Consult | Consultation, collat | | 000.00 | 1.00 | 140.00 |
| | 04/25/05 | | Check Payment | US Court | Other | 04/25/05 | | | -6579.75 |
| | 04/25/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 1.00 | 140.00 |
| | 05/09/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.42 | 58.80 |
| | 05/11/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.66 | 92.40 |
| | 05/11/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.75 | 105.00 |
| | 05/12/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 4.20 | 588.00 |
| | 05/12/05 | 0 | Johnson,RE: Angela | 14 Consult | Consultation, collat | | 000.00 | 0.30 | 42.00 |
| | 05/13/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 1.50 | 210.00 |
| | 05/13/05 | 0 | Johnson,RE: Angela | 14 TRIAL PREP | Preparation for tria | | 000.00 | 1.00 | 140.00 |
| | 05/13/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 3.41 | 477.40 |
| | 5/16/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 0.25 | 35.00 |
| | 05/25/05 | 0 | Johnson,RE: Angela | 25 SHIP | Shipping | | 000.00 | 1.00 | 42.04 |
| | 05/26/05 | 0 | Johnson,RE: Angela | 14 RR | Record review | | 000.00 | 2.75 | 385.00 |

HUT000012

| Date | | Name | D # | Procedure | | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/05 | 0 | Johnson,RE: Angela | 4 | RR | Record review | | 000.00 | 3.40 | 471.00 |
| 05/27/05 | 0 | Johnson,RE: Angela | 4 | Consult | Consultation, collat | | 000.00 | 0.50 | 70.00 |
| 05/28/05 | 0 | Johnson,RE: Angela | 4 | RW | Report writing | | 000.00 | 1.50 | 210.00 |
| 05/29/05 | 0 | Johnson,RE: Angela | .4 | RR | Record review | | 000.00 | 0.75 | 105.00 |
| 05/30/05 | 0 | Johnson,RE: Angela | .4 | RW | Report writing | | 000.00 | 0.30 | 42.00 |
| 05/31/05 | 0 | Johnson,RE: Angela | 14 | REPEDIT | Report Editing | | 000.00 | 1.50 | 210.00 |
| 06/05/05 | 0 | Johnson,RE: Angela | 14 | TRIAL PREP | Preparation for tria | | 000.00 | 2.75 | 385.00 |
| 06/06/05 | 0 | Johnson,RE: Angela | 14 | TRIAL PREP | Preparation for tria | | 000.00 | 2.50 | 350.00 |
| 06/07/05 | 0 | Johnson,RE: Angela | 14 | TRAV | Travel time | | 000.00 | 4.50 | 720.00 |
| 06/07/05 | 0 | Johnson,RE: Angela | 14 | Consult | Consultation, collat | | 000.00 | 3.50 | 560.00 |
| 06/07/05 | 0 | Johnson,RE: Angela | 14 | LODGE | Lodging | | 000.00 | 1.00 | 89.54 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 14 | TRAV | Travel time | | 000.00 | 0.50 | 80.00 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 11 | MEAL BRKF | Meals Breakfast | | 000.00 | 1.00 | 7.94 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 11 | MEAL LUNCH | Meals Lunch | | 000.00 | 1.00 | 4.25 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 11 | MEAL DINNR | Meals Dinner | | 000.00 | 1.00 | 4.73 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 11 | TRIAL PREP | Preparation for tria | | 000.00 | 3.50 | 560.00 |
| 06/08/05 | 0 | Johnson,RE: Angela | 11 | CRT | Court appearance | | 000.00 | 2.00 | 350.00 |
| 06/08/05 | 0 | Johnson,RE: Angela | 1. | TRAV | Travel time | | 000.00 | 4.50 | 720.00 — |
| 06/08/05 | 0 | Johnson,RE: Angela | 1.. | MILE | Mileage | | 000.00 | 570.00 | 193.80 — |
| 06/28/05 | 0 | Johnson,RE: Angela | 1. | RW | Report writing | | 000.00 | 0.75 | 105.00 |

```
TOTALS FOR ACCOUNT 7262    PAYMENTS :   B: 40.15   ADJUSTS :      0.00   CHARGES :   16039.05   1459.75   7798.90
                           REFUNDS:        0.00

                                            B: 40.15                      0.00               16039.05              7798.90
```

Case 3:09-cv-03064-MWB-LTS    Document 28-8    Filed 06/23/11    Page 13 of 100

HUT000013

| 1. CIR./DIST./DIV. CODE (Case Name) | 2. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Angela Johnson | ☒ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | ☒ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other: | Federal Capital Prosecution |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
021 848 E.F -- Intentionally Kills or counsels commands w/Violation of 18:841(B)(1)(A)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses $ _____ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)*

Signature of Attorney _____ Date 6-13-05

☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS
Patrick J. Berrigan, Watson & Dameron, LLP, 2500 Holmes, Kansas City, MO 64108
Telephone Number: 816-474-3350

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*
Record Review, Consultation, Prep for trial, Report Writing re: Angela Johnson & Expenses by Dr. Marilyn Hutchinson

**14. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ Investigator | | 15 ☐ Other Medical | |
| 02 ☐ Interpreter/Translator | | 16 ☐ Voice/Audio Analyst | |
| 03 ☒ Psychologist | | 17 ☐ Hair/Fiber Expert | |
| 04 ☐ Psychiatrist | | 18 ☐ Computer *(Hardware/ Software/Systems)* | |
| 05 ☐ Polygraph | | 19 ☐ Paralegal Services | |
| 06 ☐ Documents Examiner | | 20 ☐ Legal Analyst/Consultant | |
| 07 ☐ Fingerprint Analyst | | 21 ☐ Jury Consultant | |
| 08 ☐ Accountant | | 22 ☐ Mitigation Specialist | |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ Duplication Services *(See Instructions)* | |
| 10 ☐ Chemist/Toxicologist | | 24 ☐ Other *(Specify)* | |
| 11 ☐ Ballistics | | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | | |
| 14 ☐ Pathologist/Medical Examiner | | | |

**15. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____ _____
Date of Order     Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $3,416.60 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | 42.04 | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $3,458.64 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS
Hutchinson & Associates
222 W. Gregory, Ste 100
Kansas City, MO 64114

TIN: 43-1740767
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 4/15/05 TO 5/30/05

CLAIM STATUS   ☐ Final Payment   ☒ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ by Dr Hutchinson Date 6/13/05

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date 6-13-05

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

**23.**
☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

_____ _____ _____
Signature of Presiding Judicial Officer     Date     Judge/Mag. Judge Code

| TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)**

_____ _____ _____
Signature of Chief Judge, Court of Appeals (or Delegate)     Date     Judge Code

DT000014

FROM

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

CLOSING DATE
05/31/05
ACCOUNT NUMBER
7262
TOTAL ACCOUNT BALANCE
3458.64
DUE FROM PATIENT
3458.64

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

Page 1
MM

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

---

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :       7262

Billing Date :  05/31/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 04/15/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105.00 |
| 04/15/05 | RE: Angela Johnson | Consultation, collateral info | 140.00 | .00 | 140.00 |
| 04/25/05 | RE: Angela Johnson | Record review | 140.00 | .00 | 140.00 |
| 05/11/05 | RE: Angela Johnson | Record review | 92.40 | .00 | 92.40 |
| 05/09/05 | RE: Angela Johnson | Record review | 58.80 | .00 | 58.80 |
| 05/11/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105.00 |
| 05/12/05 | RE: Angela Johnson | Record review | 588.00 | .00 | 588.00 |
| 05/12/05 | RE: Angela Johnson | Consultation, collateral info | 42.00 | .00 | 42.00 |
| 05/13/05 | RE: Angela Johnson | Record review | 210.00 | .00 | 210.00 |
| 05/13/05 | RE: Angela Johnson | Preparation for trial | 140.00 | .00 | 140.00 |
| 05/13/05 | RE: Angela Johnson | Record review | 477.40 | .00 | 477.40 |
| 05/16/05 | RE: Angela Johnson | Record review | 35.00 | .00 | 35.00 |
| 05/25/05 | RE: Angela Johnson | Shipping | 42.04 | .00 | 42.04 |
| 05/26/05 | RE: Angela Johnson | Record review | 385.00 | .00 | 385.00 |
| 05/27/05 | RE: Angela Johnson | Record review | 471.00 | .00 | 471.00 |
| 05/27/05 | RE: Angela Johnson | Consultation, collateral info | 70.00 | .00 | 70.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|

Case 3:09-cv-03064-MWB-LTS   Document 284-8   Filed 06/23/11   Page 15 of 100

HUT000615

**CLOSING DATE**
05/31/05
**ACCOUNT NUMBER**
7262
**TOTAL ACCOUNT BALANCE**
3458.64
**DUE FROM PATIENT**
3458.64

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

**AMOUNT ENCLOSED**

DETACH THIS STUB AND RETURN WITH PAYMENT

---

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :       7262

Billing Date :   05/31/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 0 /28/05 | RE: Angela Johnson | Report writing | 210.00 | .00 | 210.00 |
| 29/05 | RE: Angela Johnson | Record review | 105.00 | .00 | 105.00 |
| 05/30/05 | RE: Angela Johnson | Report writing | 42.00 | .00 | 42.00 |

Payments are posted to date of service, not by date received.
PAYMENTS RECEIVED AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT INVOICE.

*** PAYMENT DUE UPON RECEIPT. THANK YOU ***
Please contact our office if you have questions about this account.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| 3073.64 | 385.00 | .00 | .00 | .00 | 3458.64 | .00 | 3458.64 |

46290531286

REPRESENTATION TYPE

☐ D1 28 U.S.C. § 2254 Habeas (Capital)   ☐ D3 28 U.S.C. § 2255 (Capital)
☒ D2 Federal Capital Prosecution   ☐ D4 Other (Specify) _____

(up to five) major offenses charged, according to severity of offense.

... ...MANT (IF DEATH RESULTS)
...R EXPERT SERVICES

... are necessary for adequate representation, I hereby request:
_____ OR
...e Act. (See Instructions)

Date **4/7/05**

**11. ATTORNEY'S STATE...**
As the attorney for the person rep...
☐ Authorization to obtain the service. Estima...
☒ Approval of services already obtained to be paid for by...

Signature of Attorney _____

☒ Panel Attorney   ☐ Retained Attorney   ☐ ... Se   ☐ Legal Organization

ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Patrick J. Berrigan, Watson & Dameron, LLP, 2500 Holmes, Kansas City, MO 64108
Telephone Number: 816-474-3350

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*

Dr. Marilyn Hutchinson, Ph.D., clinical psychologist; Consultation, record review, Evaluation, testing and expenses re: Defendant, Angela Johnson

**13. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ Investigator | | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | | 16 ☐ Voice/Audio Analyst |
| 03 ☒ Psychologist | | 17 ☐ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | | 18 ☐ Computer (Hardware/ Software/Systems) |
| 05 ☐ Polygraph | | 19 ☐ Paralegal Services |
| 06 ☐ Documents Examiner | | 20 ☐ Legal Analyst/Consultant |
| 07 ☐ Fingerprint Analyst | | 21 ☐ Jury Consultant |
| 08 ☐ Accountant | | 22 ☐ Mitigation Specialist |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ Duplication Services (See Instructions) |
| 10 ☐ Chemist/Toxicologist | | 24 ☐ Other (Specify) |
| 11 ☐ Ballistics | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | |
| 14 ☐ Pathologist/Medical Examiner | | |

**14. COURT ORDER** Financial eligibility of the person represented having ... established to the Court's satisfaction, the ... authoriz... requested in Item 12 ... y granted.

*Maria Pierez* (signature)

Signature of Presiding Judicial Officer By Order of the Court

Date of Order **4/14/05**   Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre–Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $6,138.00 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 441.75 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | $6,579.75 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Marilyn Hutchinson, Ph.D.
Hutchinson & Associates ..
~~_____~~
64114   TIN: ~~_____~~
Telephone Number: ~~_____~~

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 2/21/05   TO **3/2/05**

CLAIM STATUS   ☐ Final Payment   ☒ Interim Payment Number **2**   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _Patrick J. Berrigan for M. Hutchinson_   Date **4/7/05**

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J. Berrigan_   Date **4/7/05**

**APPROVED FOR PAYMENT — COURT'S USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| 6138.00 | 441.75 | | 6,579.75 |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

_Mathew W. Bennet_ (signature)   **4/14/05**   **6208**
Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____   Judge Code _____

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

| ACCOUNT NUMBER |
|---|
| 7262 |
| TOTAL ACCOUNT BALANCE |
| 6579.75 |
| DUE FROM PATIENT |
| 6579.75 |

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 1
MH

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

---

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :     7262

Billing Date :   03/31/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 29/04 | RE: Angela Johnson | Consultation, collateral info | 140.00 | 140.00 | .00 |
| 12/30/04 | RE: Angela Johnson | Consultation, collateral info | 140.00 | 140.00 | .00 |
| 01/03/05 | RE: Angela Johnson | Record review | 70.00 | 70.00 | .00 |
| 01/04/05 | RE: Angela Johnson | Record review | 140.00 | 140.00 | .00 |
| 01/27/05 | RE: Angela Johnson | Consultation, collateral info | 92.40 | 92.40 | .00 |
| 01/28/05 | RE: Angela Johnson | Record review | 490.00 | 490.00 | .00 |
| 01/29/05 | RE: Angela Johnson | Record review | 420.00 | 420.00 | .00 |
| 01/30/05 | RE: Angela Johnson | Record review | 168.00 | 168.00 | .00 |
| 02/21/05 | RE: Angela Johnson | Record review | 448.00 | .00 | 448.00 |
| 02/23/05 | RE: Angela Johnson | Travel time | 880.00 | .00 | 880.00 |
| 02/23/05 | RE: Angela Johnson | Waiting time | 40.00 | .00 | 40.00 |
| 02/23/05 | RE: Angela Johnson | Interview and evaluation | 640.00 | .00 | 640.00 |
| 02/23/05 | RE: Angela Johnson | Test Administration | 120.00 | .00 | 120.00 |
| 02/23/05 | RE: Angela Johnson | Meals | 5.27 | .00 | 5.27 |
| 02/23/05 | RE: Angela Johnson | Lodging | 94.68 | .00 | 94.68 |
| 02/23/05 | RE: Angela Johnson | Travel time | 80.00 | .00 | 80.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|

ACCOUNT NUMBER
7262
TOTAL ACCOUNT BALANCE
6579.75
DUE FROM PATIENT
6579.75

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 2
MM

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :          7262

Billing Date :   03/31/05

| Date of Service | Client | Description | Charge | Receipts | Balan |
|---|---|---|---|---|---|
| 02/23/05 | RE: Angela Johnson | Mileage | 99.20 | .00 | 99. |
| 02/23/05 | RE: Angela Johnson | Record review | 80.00 | .00 | 80. |
| 02/24/05 | RE: Angela Johnson | Travel time | 80.00 | .00 | 80. |
| 02/24/05 | RE: Angela Johnson | Interview and evaluation | 840.00 | .00 | 840. |
| 02/24/05 | RE: Angela Johnson | Travel time | 360.00 | .00 | 360. |
| 02/24/05 | RE: Angela Johnson | Meals | 6.86 | .00 | 6. |
| 02/24/05 | RE: Angela Johnson | Waiting time | 80.00 | .00 | 80. |
| 02/24/05 | RE: Angela Johnson | Travel time | 120.00 | .00 | 120. |
| 02/24/05 | RE: Angela Johnson | Consultation, collateral info | 240.00 | .00 | 240. |
| 02/24/05 | RE: Angela Johnson | Travel time | 120.00 | .00 | 120. |
| 02/24/05 | RE: Angela Johnson | Mileage | 40.64 | .00 | 40. |
| 02/24/05 | RE: Angela Johnson | Lodging | 70.40 | .00 | 70. |
| 02/24/05 | RE: Angela Johnson | Record review | 240.00 | .00 | 240. |
| 02/25/05 | RE: Angela Johnson | Meals | 6.00 | .00 | 6. |
| 02/25/05 | RE: Angela Johnson | Travel time | 40.00 | .00 | 40. |
| 02/25/05 | RE: Angela Johnson | Consultation, collateral info | 400.00 | .00 | 400. |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

HUT000019

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664
Tax ID #: 43-1740767

TOTAL ACCOUNT BALANCE
6579.75
DUE FROM PATIENT
6579.75

**RESPONSIBLE PARTY NAME**

RE: Angela Johnson
c/o Pat Berrigan
2500 Holmes
Kansas City MO 64168

Page 3
MM

CHARGES OR PAYMENTS MADE
AFTER CLOSING DATE WILL
APPEAR ON NEXT STATEMENT.

☐ PLEASE CHANGE
ADDRESS IF
INCORRECT

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

---

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :        7262

Billing Date :   03/31/05

| Date of Service | Client | Description | Charge | Receipts | Balance |
|---|---|---|---|---|---|
| 2 /05 | RE: Angela Johnson | Meals | 9.90 | .00 | 9.90 |
| 2/25/05 | RE: Angela Johnson | Travel time | 840.00 | .00 | 840.00 |
| 2/25/05 | RE: Angela Johnson | Mileage | 108.80 | .00 | 108.80 |
| 3/03/05 | RE: Angela Johnson | Consultation, collateral info | 210.00 | .00 | 210.00 |
| 3/02/05 | RE: Angela Johnson | Record review | 280.00 | .00 | 280.00 |

Payments are posted to date of service, not by date received.
PAYMENTS RECEIVED AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT INVOICE.

***   PAYMENT DUE UPON RECEIPT.   THANK YOU   ***
Please contact our office if you have questions about this account.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| 490.00 | | | | | | | 6579.75 |

HUT000020

**7. TYPE PERSON REPRESENTED** · **9. REPRESENTATION TYPE**

☒ Adult Defendant ☐ Appellant ☐ Other ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)
☐ Habeas Petitioner ☐ Appellee ☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify) _____

**IN THE CASE OF**

US v. Johnson

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

1) 18 1512A-F TAMPER W/WITNESS, VICTIM, INFORMANT (IF DEATH RESULTS)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR

☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _Patrick J. Berrigan_  Date 3/3/05

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Patrick J. Berrigan, Watson & Dameron, LLP; 2500 Holmes, Kansas City, MP 64108

Telephone Number: 816-474-3350

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

Dr. Marilyn Hutchinson, Ph.D., clinical psychologist
Consultation and record review of Defendant,
Angela Johnson

**13. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ Investigator | | 15 ☐ Other Medical | |
| 02 ☐ Interpreter/Translator | | 16 ☐ Voice/Audio Analyst | |
| 03 ☒ Psychologist | | 17 ☐ Hair/Fiber Expert | |
| 04 ☐ Psychiatrist | | 18 ☐ Computer (Hardware/Software/Systems) | |
| 05 ☐ Polygraph | | 19 ☐ Paralegal Services | |
| 06 ☐ Documents Examiner | | 20 ☐ Legal Analyst/Consultant | |
| 07 ☐ Fingerprint Analyst | | 21 ☐ Jury Consultant | |
| 08 ☐ Accountant | | 22 ☐ Mitigation Specialist | |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ Duplication Services (See Instructions) | |
| 10 ☐ Chemist/Toxicologist | | 24 ☐ Other (Specify) | |
| 11 ☐ Ballistics | | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | | |
| 14 ☐ Pathologist/Medical Examiner | | | |

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☒ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other _____

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $1,660.40 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $1,660.40 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Marilyn Hutchinson, Ph.D.
Hutchinson & Associates
222 W. Gregory, Ste. 100, Kansas City, MO 64114

TIN: 43-1740767
Telephone Number: 816-361-0664

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 12/29/04 TO 1/30/05

CLAIM STATUS ☐ Final Payment ☒ Interim Payment Number 1 ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _Patrick J. Berrigan — for M.H._ Date 3/3/05

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J. Berrigan_ Date 3/3/05

## APPROVED FOR PAYMENT — COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

_____
Signature of Presiding Judicial Officer     Date     Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation. _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Tax ID #

RESPONSIBLE PARTY

RE: Angela Johnson
c/o Pat Berrigan
Watson & Damron
2500 Holmes
KC MO 64168

DETACH THIS STUB AND RETURN WITH

HUTCHINSON & ASSOCIATES
222 West Gregory, Ste 100
Kansas City MO 64114
(816) 361-0664

Account No :

Billing Date : 01/31/05

| Date of Service | Client | Description | Charge | Receipts | Bal |
|---|---|---|---|---|---|
| 12/29/04 | RE: Angela Johnson | Consultation, collateral info | 140.00 | .00 | 140.00 |
| 12/30/04 | RE: Angela Johnson | Consultation, collateral info | 140.00 | .00 | 140.00 |
| 3/05 | RE: Angela Johnson | Record review | 70.00 | .00 | 70.00 |
| 01/04/05 | RE: Angela Johnson | Record review | 140.00 | .00 | 140.00 |
| 01/27/05 | RE: Angela Johnson | Consultation, collateral info | 92.40 | .00 | 92.40 |
| 01/28/05 | RE: Angela Johnson | Record review | 490.00 | .00 | 490.00 |
| 01/29/05 | RE: Angela Johnson | Record review | 420.00 | .00 | 420.00 |
| 01/30/05 | RE: Angela Johnson | Record review | 168.00 | .00 | 168.00 |

Payments are posted to date of service, not by date received.
PAYMENTS RECEIVED AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT INVOICE.

*** PAYMENT DUE UPON RECEIPT. THANK YOU ***
Please contact our office if you have questions about this account.

HUT000022

Johnston..consultaion

Angela—capital

Allegations;  she had boyfirned,  dusint, a meth dealer.  Selling meth in 1993 on charged with distribution.  Two other fiends , helping distribute.  Greg nicholason and terry de guss.  Arrested and charged.  They were going to testify against dustin.  Dusting found out and decieded to kill them.

Enlisted aid of angela, was pregnant with their child.   Tracked down greg and his new girlfriend and gf's two children, 6 and 10.  sandy Duncan.

Apprehended in house, duct taped and taken out to remote location and buried in july of f1993 in side of fied.l

Nov of same year,  dustin found tetty de goose and angela called terry to lure him.  She had been involved with him at one time.  Did the same ting to him.  May hbe been beaten with baseball bat and then shot.  The

The bodies remained for 5 years.  No substantial evidence. She was arrested for conspiracy fo commjtt murder.   Feds got smooth talking guy to take her case and she drew him map to authorities and she as charged with conspiracy to commit murder with the five killings.

Dustin went to trial and got 3 life and 2 death penalties.  Scheduled for tiral in march of this year.   The just selection starts in march.   May be in st. paul.  Might start jury selection in april.  No substantive evidence till middle of april.   One week break in middle of tiral.

She tried to commit suicide after bodies were recovrered.  In black hawk county.  Tired to kill herself and was unsuccessful.  Bill logan went to see her when first appointed.  Suffereing from depression and he is medicating her.  A lot of troubles were associated with cedar rapids jail.   Now?  Hardin, Eldora jail,   75 miles NE of desmoines –4 l/.2 hours  on intereststate.

Has a history of , long history of sexual and psychological abuse.  Her mother is a very unusual woman.  Got religion, now a zelot and when anglea was growing up.  Exorcism on daughter.  Left them with people out in Colorado and in knasas,  sexual abuse by care givers.  Had boyfriends that have been physically and sexually including terry who was killed

Her family is mildly dysfunctional, thought no other law.  Mother still alive.  3 sisters and brother.  Cooperative but not revelaing.

HUT000023

We were interested in asking you to see her. And tell us what you think. Mary has compiled lots of background. Spent a week in iowa. Mary started two years ago and family that is very cooperative and benefit to us. Including angle's daughter. She is 20. Melissa. Is 21.

Client is easy to talk to . a little rough. Gal who grew up rough. But she denies completely participation in offense. Signif only in that not something want to cover during examination. A fear is that I do not expect we will put on any kind of mental health defense in the first phase of the trial. There is not much evidence that was suffereing at the time of murders, no mental disease or defect to give full defense. So see mental health evidence more penalty phase stuff. Like it to be different. But, problem would be, if ask questions about shooting, she is going to deny it and has a crazy story that she got all information afterwards. She did participate. Might have been high. Strong possibility. Using meth. But denies that also and she was pregngnt. So in hind sight , didn't use.

Other problem, defense for her as a mother, the killing of children is such  heineous thing that can't admit that. So she hasn't. and confronted, a number of stsatements to other inmates in jail that did participate to extent of helping to tie them up. Therefore equally liable. Would not admit to me if asked. Has admitted to other.

She did learn details, talked to dustin, post incarceration. She told her how it went down. She knew where bodies were and knew how tied up and so on. That is explanation for knowledge. But when she was talking to inmates, in jila for four years. That is not what she said to them. Admitted much more active particiapton

Motivation for telling people? Guilt. Weighed on consciuenc. Pariticipatied in bible study classes and firedns wiwht religious types with strong religious background. I think it weighed on her. Difficult for her. To acknowledge that she had a part of it. These weak moments where told friends this is what happened. But not those moments with her lawyaer.

Maybe that is wayu handeld. If testified against boy friend,  the plea went away. Have to make an offer. And  we never got to the firm plea offer and never make a firm plea offer herself. Because . she admits to calling the second guy.   Called de goose on phone and he never showed up. Dusint had asked her to call him. Dk why.   Degoose's familyh, daughter and mother, said angie did call and told them he was going o mee t angie. And he goes out to meet her. She was wiatiress at country clulb and never did come back. Presumably taken , dustin at country club, and gets him in car and drives to remote location. Beaten up and or shot and killed and buried. He is clearly killed. She had a lot of reasons to kill him,

She won't admit to knowing that he would be killed. Won't admit to that. Although the government, since didn't get death on adults, so may not seek death on adults in her case. If not get death, no way going to get on her. The chances of getting death , according to them is bleak, but may not be that bleak, since kids involved.

HUT000024

The first one was much more damaging to her.    She was really beaten with de goose. The girls at least were certainly innocent.

Laurie Duncan, mother of two girs, weas new gf, a very short term relationship.  It makes them much more random in regard to honkin and angela.  The relationship between all the violence in her life.  go on for hours, I will call you when get back, trying to go home today, so will call,  all these bizarre things family did.  They had a tire down in basement that was used specifically for her,  put her in and hold her down.  To erform the exorcisms.  In addition, incidences. Mother and grandmother decide that the world is coming to end , and put grandfather, and 3 kids in the car and drive all around n iowa for three days without food or water until arrive at some place, to find some church that believe is shelter.  Kids were de hydrated and malnourished.

De goose violence was a terrorizing violence. Over 5 years.  She has spent a great deal of time in higiding injuries or trying to hide form him, moving around, trying to get away from him.  Her realtiosnhip with him, tied up with meth us.  From time 24, she used meth routinely every day, until she was arrested.  Her love for the drug was such that , recently, if I could have had a barrel,, that would have made my life complete.

There was violence, but different kind, honkin.  He is controlling individual and all of this translates into her being incredibly eagar to have a realisohip with a man but no break on chemistry.  When put guy in jail with her.  There is a time table to when he wrote her seducationve letters and immediately is gushing over him and give shim themap in three days.    Bobby mc neish.  He entered federal prison after bank robbery. When in prison in Atlanta.  He stsarted distribution riing in coke or meth.  Trying to import drugs and got life sentence wfor that.  Cooperating with governemtn for a number of years to reduce sentence.

Feds brought him back, to little co ed county jail.  Put in next to this guy. He starts working on her to get information.  The gove says, not there for him to work there.  He had just, mc neivce hadjsut got a psychiatrist to confess the killing of his wife.  Done it the week before.  The psychiatrist lawyers, up in cedar rapids.  He runs down to the jail. He is snitching and watch out for him.  But mcneish says, that's not true and he has friends in mob and they could take the case, and she could get out of jail and the two of them could , could convince a buddy to say he did the crime, so she give him the information about he crime.  Turns over map and get the bodies.    He is smooth operator and will testify against her.

Almost any man that walked into this man's life has her.  She is uspectible to any man at all.    With her background.  Way she grew up.  Married at 16.  she and older sister, polly, got out of hosue at young age.  Horrible environment.  Got involved with drugs. Colleague in cedar rapids wanted to go to tiral and

HUT000025

Dustin convictedandsentenced to death.  Undeterred.  Under cross examination.  When jury hears it, know it is false so don't want to discuss murders.  To not ruin my credibility.    Stay away from that if can.

Referall question is mitigating circumstances.  Even a prayer. For mental defense.   No psychological testing.  Concerned about what results would be.    Dustin was psychologically coercive guy.  Even after in prison, he had a group of guys to help him break out of prison.    But, anglea not say that. But not to the extent that she participated in murders.

Like to talk about him being coercive without talking about murders.  Don't think will get there.

One thing yet to do, reason, big delay in case, pat filed motion to suppress the map and statements to bobbiy mcnievcve.  District court granted, and then on appeal was reversed.  For long time, not worked on this case.  One thing need to do, need to get court files andanything on both dustin and terry de goose.  To get what kinds of guys they are.  De goose had quite a few court infractions for violence.

Her family membes, even sister holly, lady who sells underwear on internet, but good historians,  some of these stoires she can relate, are pretty horrofiic stuff but not think all that strange.  Grew up.  Normal and many years to realize was wacko.  Had ot have some really long term lasting effects.

Want to do more than anything, to humanize her.  Love to do it in the first phase.  If think there is anyting there.  But so far, not heard anyting that mentl ahealth

Other piece is missing, that mom divorced dad when children were very small.  Angie was about 4 when dad left picture and we have talked to dad.  He is agreat guy and we liked him, but what happened, isolated everyone further.  Kids solely in mom's nad grandmaother and grandfather and noo signifatcacontact with dad.  –only there in summer for few weeks.  Never allowed to talk aboutthings in home.

Dad 's deep regrests, as does second wife, that they dind't know what was going on.  Would have done something.  Kids carry that with them.  One of sisters, in last trip, that she was completely destroyed by lack of father.

Do have an appointment for her to be tested, gilborth, do full neuro psych battery.  Do in month.  Only thought would be, maybe see what he gets.  Perhaps

Want me to cover her history and what is going on with her.

We are dealing with a sophicated prosecutors and the dept of justice , really go all out to attack any kind of psychological testing or evidence.  Bring in parson dietz and martell.  We have ways of dealing with these guys without being certain to go down that road.  Hardto knmow without doing tests.  Suspicison is personality wouldn't be helpful.

HUT000026

Whatever we do in testing, rules in federal court, they can't do us if we don't.

Want to really do is put her background in contest of her later actions. Suspectivel to men manipulation because….
Some long lasting consequences.

Done some work in past year in washingotn, where a little black kid killed a cop. Did a lot of work with national jury project, did mock juries and then watched them deliberate and just incredible eye opener. About what jurors relate to in mitigation. I saw that what they related to were these little facts and stories and pieces and pars of mitigation, for instance, parents were drug dealers, so moved 60 times before 12. and rather than talking about parents who were drug dealers, they were fixated about moving 60 times before twelve. You and I need to spend a lot of time together and time with family. Going to be wonderful, don't always have people who have these stories and carry a different kind of damge.

You are going to be this story teller for us and you have license to tell story with authority and if testing indicate learning disability or some other defect, or explore that further. Then weave tahtinto the story and then vbecomes of gresat intestest to jury.

Tiome table: --got my state case settled last week so cleared for angie. Your calendar.

Records? This next week will make a notebook. Will make pat one too.

Pat could send discovery.

Everybody in jail kows about case. Notorious. The publicity is coered all of iowa. Iowas does not have the death penalty. Hoping to move out of iowa. Judge .

HUT000027

Johnson consultation

Mcneese as bad man.  –chose men who would protect her.
Terry, strength;  dustin, brains;  bobby mcneese—mob figure

Falls, unquestioning, never asks how,  greg long fesse up—

Self centered sociopaths—were all powerful. Irrational attraction
Terry—physical; even armed police.
Dustin—powerful—terry's boss and controlled with smarts; master of his universe;
        Protect her from anybody.

Mc Neece—never togeterh. In two months. Fell hard fo r him   amobster; held himself
out as watning relatinoship; attention and promised her the one thing:  chance to get back
to daughter.  Augu 20, 2000—friend would confess and he could get part of money for
her lawsuit.  Never questioned ridiculous plan.

Gun left at christies' house.  Christie finds.
After greg Nicholson gone, trying to get de geus to roll on dustin; person who calls terry,
is angie.


SCHEDULE:
On Tuesday, 7th.  Hoping come up Monday.  Mary be there.  Staying at Marina Inn and
conference center. :  402-494-4000  with berrigan group for price.
This coming week:  three days and judge told them Friday off.
If do this firday, will be day earlier.




Vulnerable:
Not attack conclusions;  basis of information.  Angie has denied abuse.  She went to north
iowa mental center,   denied.  And then doctor. Pursued, bad things happened and don't
want to talk abou tit.

Wendy is onlyl person who says I know she was sexuallyl abused.  Saw it happen to her.
Wendy is kind of a flake.  I think that might be the basis of cross examination.  What if
wasn't.  no body charged this guy.  No other objective.

Sister Jamie—last time talked to her, for first time, when came back from Kassas, wendy
and angie both acting out sexually.  Talkinga bout sexul things all the time.  Jamie
accuses angie of touching her.  I know that bill and mark have information, they were
sitting there.  Get those reports.

Will try and mail those.   North iowa mental health center.

HUT000028

Went to counseling with terry---and doctor said to leave but she dind't.

Good mother--- got derepssed, daughter was depressed.

HUT000029

Johnsonjailrecords.rr2
Disc 113

BENTON COUNTY JAIL, 10/2/ 2002
Booked at age 36, 5-7, 145 lbs
Intake questionnaires—no to everything except allergic to fish. –no to drugs, head injury, disease, bruises, suicide attempts

In 10-00—advil for migraine and Excedrin PM for angela
Tattoo? L arm, tribal art
Compelted 9th grade

Incident reports:
On 9-11-00, at 2015 while serving her with an infraction notice, she began yealling and swearing as aloud as possible. Told her to knock it off and gave me finger

On 9-11 at 1827 she was on the bars of her cell, stuffing toilet paper in the cooling duct. Said she ws cold. When told to get down or she would be locked down, she said, lock me down, I don't' give fuck.

Visitor log, pg 14

Note that she could have a non contact vitis with duagher on sept 9, 2000

9-11-00 insomnia, anxiety, depression with anxiety. Will start on serzone, 150, x 2.

Sept 3, 2000, got 24 hour lock down for reiceiinv note from another inmate through cell door

Letter from bobby telling her to calm down. How did you talk me into wriing a letter. The tings you told me could get you in prison, I could be an informant

9-7-00 r equenst for doctor by roger archeiga for angela due to anxiety and inability to sleep

BOOKING---7/31/00

All of commissary and visitor logs not kept.

HUT000030

CLEAR LAKE POLICE
7/08/96-
report of stolen property.  Sometime in jne 3-july 3.  was at property over 4th but didn't report it then;  included weber grill, air condition, girl bike, micros tool box and tools, tape dec, cd player,   will be here the net weekend to make report

3/7/93—drove up on sidewalk and wanted copy of stalking law but did not want to report the person

3/14/93—wanted terry degeus to leave.  Told him to do so---3:46

3/14/93—he has been harasiing her since last night, callaing and gotin to res. Angie wants to file charges.   He was gone when got here.    3:39

3/14/  13:56—terry was back and parked in her drive.   He was aarrested fo stalking. Processed and released.

2/23/92-call tht ex boyfriend was pounding on door and  not leave

3/29/92—wanted terry degeus removed.  , then while on phone, said he left.
3/30/92-harssing her at work and at home

4/10/92—terry and female are on her property harassing her


ARREST record:
3/17/91-w/speed
3/10/93—w/spped
9/4/93—w/speed
9/18/93—30/25
10/26/94—w/speed
7/31/99—35/25
7/31/99—impropert passing
5/18/2000- unserved susp notice
5/18/2000- 40/25, speed




CERRO COUNTY SHERIFFS" RECORDS
2/22/91—unsafe at home and leaving due to terry.  Would they watch her residence

HUT000031

LINN COUNTY

Medical:  Requests to see doctor

2/16/00, --ear infection
10-3-00—serzone, 150
        Celexa, 20 mg
        Serzone, 75 mg
10-9—start trazadone when serzone is gone

10/12/00—suicide attempt.  No medication for several days afterwards
10/17/2000—laceration on tongue from when tried to hang herself.   Requests sleep meds
        does not recall suicidal thoughts or the suicide itself
11/13/00-for wart
11/10—wart
11/9/00- doctor re sleep
11/26/00-unreadable.
12/17/00—ear infection
12/18/-- still want to see doctor
11/19/0—see dr. safdatr
11/10—see safdar asap

11/15/00—dentist, sleep, how long on suicide watch
12/6/000—atty writes about off suicide watch  and logan is coming
12/21/01—see doctor
12/27/00-see doctor

1/12/00-unreadable.  –think is about tooth
-------------------------------------

1-18-01—wants to stop ametriprolene.  Has had trazadone before.

1/22/01—report by logan re sucide:    she had written good bye letter and wsa found
unconscious.  She had had received news wold be separted from daughter indefinitely
her depression has now improved.    She has contact with daughters, sister and meds.  She
has had amitiptyline and then trazadone.  Her sleep has improved.   She won't suicide for
daughters.   She doesn't need to be on suicide.  Suggest add paxil.

HUT000032

1/22/101—crème for feet
1/22/01—catchin a cold
1/7/01—wants amitripolyline instead of trazadone due to weight gain
1/15/01—unreadable; note ws seen yesterday.


2/4/01—angry and swearing and threatening law suits re eye treatmentl
2-11.01—still need cream for eye
2/14/01—eye swollen again
2/22/01—d/c amtiplyline.  Prozac and trazadone

2-26-01—letter from jail to attorney:  she has infected left eye.  Cause was using magic shave to remove eyerows and got chemical burn.

Although logan recommende change inmedication.  We are not  obligated to follow that.   But it was changed on the 22nd.

Since she had attemptd suicide. I will be the one to determine if goes off.


3-01-01—huge lump on leg.  Then went away

5/30/01—see dr. safdar
5/31/01—d/c prozac.  Celexa ; prozac increases agitation
5-3-01—vomiiting;  refused to come to sick bay
6/24/01—my trazadone was upped to 100 but it never happpend
6/28/01—not sleeping.  Increase trazadone to 100

7/6/01—doesn't' want Celexa  only trazadone; refused on 05 also
7/12/01—discontinue celex but continue trazadone

9/22/01—cold for three days.

9/25/01—take off suicide watch. Been here year.  Denied
11/14/01—anxiety; appears giddy and talkabit.  Poor sleep. Very social with staff.  May increase trazadone; irritible

12/21/01—see doctor


12/26/01—increase paxil to 30 mg
12/27/01—increase pixl to 40 mg


ongoing rash on arm, in  jan and feb of 02

HUT000033

1/17/02—aid recommends discontinuing suicide watch

1-5-02—weight at 217

1/9/02—docotr.  Meds increased
5/29/02—need to see doc about meds.  I palmed it because was too learly---7 pm.

6/5/02—refused trazadone caue too earlyl.  Wants zyprexa instead

6/3/02—ibuprofen for headaches.  Got glasses ordered

6/16/02—painful knee for two months;  no dex.  Been on motrin and this has helped knee
  6/9/02—increase trazadone to 150 at bed
6/13—resume trazadone at 150

5/30/02—wants to restart trazadone
5/9/02—new order to increase trazadone to 150

HUT000034

Johnsonconsultatio

Cognitive disorder, NOS
Flllscaleof 91—
Performance of 102 and verbal of 84---

Sheis mildly impaired.  One of things learned at conference.  The language of Adkins,  the deal was that we should now begin to try and shoe horn,  in developmental problems.

Abstract is lower than average but great difficulty seeing consequences.  ADHD?  As a child.  Never dx in school records.

Her intuitive in mildly impaired by testing
Low average in reading and speling

Impaired intuititve reading

Ver behind in math

Isual sptail is poor

Whoele flavor is like swiss cheese.  –

No physical lab work.

In problem solving in categories, more impiarede on intuitive end and better on rote end.

Just not terribly wrong in any one place, but not right either

Really terrible judgment.  And bad judgment and all decision are not well thought out.

HUT000035

Testing matches problems socially.

Insight is poor.   Michael gilbort.  ---
She flirted with him---shes' a big girl and like giggley girl

wais
categories
a lot of halstead reitan—wisc card and trials a and b

what about, cognitive NOS?  learning disaiblitites?  Coud'nt really
defend.  Could dfend NOS better.

Like a mixed learning disailbity, not squarely into any particular
type.   Read, spellilng and math.

Her dad had a significant learning disability.  We have requested
his school records.  He said, I had a lerneing disailbitiy for sure.
Barely got through.

Before meth?  Yes.  She had this and then meth another layer to
make it worse.

Did a great job, concerned about perfo.  Tried hard.  Tendency to
rush.  Then rushing causes her to unravel.   Over whelms her.

No malingering.

His recommendation get pharmacologist re meth re brain
May get for trial---  6 weeks to work on if need it.

She would show a positive finding on pet scan.  And should be
scanned.

Then kinda old to have been dx as add in childhood.  I still goes
back to NOS

HUT000036

HUT000037

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS                                    ‡Licensed in IL & Federal Court only
†Licensed in MO & CA                                    All others licensed in Missouri only

Dr. Marilyn Hutchinson, Ph.D.                          February 17, 2005
222 W. Gregory Blvd.
Kansas City, Missouri 64114

      **RE:  United States v. Angela Johnson**

Dear Marilyn:

      Please find enclosed the recent interviews which Mary and I conducted during the week of February 7th, 2005, as well as some older interviews Mary completed in the early stages of this case. We will forward any additional interviews which we come across as soon as I can identify those.

      It appears that Angela will remain in Elk Point, South Dakota at least until Friday, February 25, 2005. If you wish to see her there, I will need to advise the marshals of the date you are coming. I know you told me it is likely to be next Thursday, February 24th, but if you could confirm the date and approximate time, I will make sure there are no hassles when you get there.

      You will inevitably need directions to Angie's mother's house, sister Holly's house, and Alisa's house if you plan to see them in the Mason City area on Wednesday, February 23rd. I will try to get you some maps over the weekend.

      Please let me know if there is anything else I can get you in preparation for your trip. Thanks, once again, Marilyn for all of your help.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

Enclosures

P.S. We made a plea proposal on Thursday, February 17, 2005 (attached). I will let you know immediately if anything comes of this, but for the time being, we need to proceed to prepare for trial.

Case 5:09-cv-05064-MWB-LTS   Document 58   Filed 06/23/11   Page 38 of 100
HU1000038

Johnsonweekendsummary

Pearl Jean
Mother met Gomez when 17, married secretly; split up—maybe war; married darlen's father—drinking.  Not like him

2-3 years old when divorced.
Virgil ashely—marreid.  I went to grandmotehrs'
        Drank.
        Abused her and brother; cruel; locked us in basement.
        Scared broehr so badly he became alcoholic and abusive.
        Fondled me, intercourse
        Tried to stop parental abuse; got knocked out
        Alone a lot
        Mom couldn't take care of three kids—back and forth to grandmother
Andrew Jensen
        Schooo til 10th grade.   Skinyk homely and no clothes.
        Brother albert died. Estranged for 20 years.

        Daralene lived with grandma; mother in mason city.
        When married took me to faher in mo.

Married james, after knew for 3 months.   He was mam'as boy

Not much contact with kids after left.  Some in summer.
Dad hit angie a few times.   Cookie get her in trouble.
I abused wendy an angie some.
Repeatead what was said to me—stupid and worthless
Was angry a lot—jim drinking a lot.
I was black and blue.
Drank some and had one night stands.  –bob found us.

Went to colo.  Ended it when found out married.
Returned and moved in with stepfather and mother
They gave hearts to lord one night –bishop whitlock.

She beat tire in basement.  She and I arguing.
She din't agree—tv was bad.

The dillows—only gone during the day.  It wsa neat and neat kids.
Bob kill when at dillows.


HOLLY
Mom kept to herself.  Did bible study.
Cast out demons in kids. , speaking in tongue, demanding demons

1

HUT000039

Coughing up names of demons cause wanted to watch tv show. Annoyed.
Booyfirend died in motorcycle in front o me.
Angie gave me first meth.    Angie rescued me from abusive halye's dad.
Drining a lot.
Moved in and doing lots of meth with angie.   Liked to call herself the queen.  Got angry
a lot. , she was violent nd angry when lived with her.  Dind't hurt anyone—sreamed.

Liked terry till saw black and blue.  When he came, I'd run to call oolcie.
Went to Madison with her and they got back together.  –sh'ed forgive him.
He was going to commit suicide and she talked for 2 hors


James Johnson, sr.

His mom, not drinker, dk abou dad's suicide.   Married when 14 or 15
Whipped with belt and stick.  –blood blisters on ass

Hopp warren—marreid him, lived in gov roject.  He went AWOL.
I used to start fires.  He put my hand on stove for punishment.
Threw borhter out of bunk bed and broke collar bone.
Warned was big drinker.  Abusive to mom.
10 when they split.
Wayn'es dad proved mom unfit so split up—he went to foster care
Went by name jim hopp till went to reform school.

Wayne had stroke from agen orang in nam

Jean had arrested for slapping, never blacked her eyes.
Me jean, he was 18 and she as 21 and slept together first night.   Married soon
9 months later, wendy born.
Moved to Eau Claire,  heard she was having affair—caught her.    Split up
Think she should burn in hell for what did to the kids.  Used as meal ticket.
Didn't hug or kiss kids, even when babies.
She only thought about herself.
Paid money to jean and then she sued me for it, no record

Jimmy came and lived with me in junio high
Angie talked him into coming home, she was jealous

Ronnie and anita were freindsd she would leave kids there for week.
No contact when she left the kids for a summer.

Angie sort of disowned me and cookie.  Then gone to colo and ks.  Dind' see for year.

HUT000040

COOKIE JOHNSON

Dated for year and half.  Angie was little devil—msut have never paid attention to her.
Not accumted to adult guidance.  Didn't want to listen to me.
Angie didn't give us a chance.  Bleivedher mother
Shewanted to let jimmy come back, but husband said no, not let kids use me like that
Wendy and jimmy confided in me.
Wendy had sex when 13.
Mother talked wendy into giving up brian for a car.  –he ws better off with dad,since a
boy
Wendy ran away form our home when mother wrote and said come home and be a
waitress that I don't' have to pay.    She went back and got pregnant.


JIM JOHNSON JUNIOR

Lived with jim and cookie for 8 monts, 4th grade, and then in 9th grade for 6 months.  And
3 summers.
Dad came once when in high school and once when little boy –brought gifts.  Fun. On
pedestal.

After visits returned to mom—mo spoke badly of dad.   Fat man, not of the lord, doesen't
care aboutyou.   Confusing cause positive when with dad.
Don't recall cookie beign negative about jean. (younger).  Angie was headsorg.

Dillows—mom not there, came to get us.   Sows eat babyb kittens.
Grab barb wire fence to see if on.
Butchering cow on kitchen table. –flash backs till h.s. 2x a week.
Had black eyed peas every night.  Got soap in mouth when didn't.  scraped on teeth
Lived in barn or shed.  Hay nad lots of mice.

Lived with al Gomez for short time when left dad.
Florend said tv was devil and broke it.
Beat the tire.   Onlly shower also downstairs.
Wendy and angie had exorcism.  –holding down.
Mom thought she could heal.  He only had laying on of hands
Believed there were evil entities to get you faked it.
Hungary a lot.  Spent time with friends to eat.
Get notice in morning was  a fast day.  Dk if cause no food.
No meal till sundown.—then just noodles,not meat

Lived in basement of bungalow—vermin.  Cemter floor.  Jean in motel with guy.
Hit girls with fist.
Dad hurt when left.
She writes letters but don't read them

Case 3:09-cv-03064-MWB-LTS     Document 234-8     Filed 06/23/11     Page 41 of 100

HUT000041

Kids think cookie is grandma.
Angie ws protector. –practical thins jean coulndlt do.
She had attraction to rough loking biker type—thought cool.
Self as drinker, maybe 12 pack in 6 hours.
Hard to go to church but eventually did some

CAROL MANN

Met pearl jean through darlen.  Floren really odd person.  Not have anything on the walls-world coming to end.   Jean belived becaseo mother idd.
Mayor got them listening to takes of bishop whitlock.  Fasting.  Casting out demons.
Dillows—my ex broth inlaw is a preacher and he had a full gospel church in ks.
His girls were scared of him.  If he ponted, they were on the verge of tears
Jean was pregantn and afraid of mother so went there.  .  going to give up holly—deep shame.    She said she couldn't leave them and called.  They lived in a litel garage.   Thre was something wrong with ted.  An when he cleaned buildings, he take this girl or that girl and molested them.  His own daughet.   Jean dind't know.

One time jean told me I was going to die.  Elsa's husband tought we were a clique of lesbians.  I got so sick. I was very upset. Made me paranoid.  She thought she could tell the future.   My ex husband took me over to frank and had him pray.  He had gotten rid of his tapes  he touched me, I screamed and then I was better.    Jean gave her a $1000 for being so good to her.  Was paying her back and owe her less than 1000.
She called bob to tell him about baby and found out had been killed 2 months before.
Jean don't like men.
Angie was rebellious.  Jean was praying for her and angie said, I can see you praying for me so jean thought she had died and that her prayers had broughther back.
Angie dind'td like me. I told her not to give her mom problems.   She married steve to get out of house.   Angie hated her dad.

MIKELL OLSON

She was 15 and angie was 25. babysat for Alyssa.    Loved marvea.  Around all the kids.
Lived with her in desmoines for awhile.   L.5 years.   Was waitressing and bartending and baby sitting.  Angie a good mom.  Ver caring.  Angie very artisit and always doing art with marvea.

Terry not around much.  She treated me like a daughter.  Protective.  One time terry was out front screaming, he wanted angie and she was wrokging.  I called cops.   Saw bruises.   Never punched in front of me.  My dad then didn't want me there and I had marvea at my hosue a lot.
I don't know anyting bout drugs

Remember the search.    Dustin was nerdy, like dougie houser.

She complained the cops not help with terry.

HUT000042

Onetime saw people walking and bought them a bus ticket


KIM SWALVE
Met angie in 78 or 79.  uncle introduced us.  I worked for Jean at the truck stop after hitch in army.   Uncle ron fox was in love with jean, but she not with him.

Moved in with them because jean dind'dt have drivers' license.  Jean was friend, easy going. Loved her kids.
Jean read bible and prayed a lot but not in public, only at home.   Nothing like going o hell never met Florence.  Did laying on of hands and casting out devils—30 minutes.
Got inot that the last year and half I knew her.  It wsa 1989 or 1990.  kim left for az in 1993.  holkly was 2-3 when kim first moved in.

She had difficult childhood and jean looked better than her home.
Angie was 15 or 16.  she quit to help at restaurant.  I liked her, my favorite.
Talked to kids about being saved, but everybody just knew that was her.
Little about world coming to end,
Ron and angie got along.

Ron and jean ended because ron said something bout one of the kids doing something and jean dind'td believe him.   Jean was living with ron.  Wendy ws making accusations.
Religious thing was weird.  Jean believed there were demons in her kids.  I got out of it, looking for mother figure in jean and then wanted to get awy.

After with aj, not much contact. She liked his cycle.
Just knew aobut mj.
When heard, dind't think it fit, especially about kids

WENDY JACOBSON

Earliest memory—lsot broher behind chair.
Devil castout—hold down, 2-3 x a week.  30 minutes
Happened for year,  angie would have been first grade.

LOU ANN HARE

Parted when wanted to stso pdoing drugs.  Angie did lot of drugs.   She said she loved drugs and would do every fucking day for the rest of her life.   knew in school.  Angie droped out in 1979 and then re met in 85 or 86.  –she was tough girl, bad ass.
I went to perkins and she was waitressing.   Socialized some.  Remembers some of bf's.
Kirby Thompson had white har, white rat, big into drugs.  She wsa stripper for awehile.
She didn'dt want parents of kids to know.

My ex husbnd was crack head and angie hated him; he wsa black.
She was a good mom.

Case 3:09-cv-03064-MWB-LTS     Document 234-8     Filed 06/23/11     Page 43 of 100

HUT000043

Always had a flashy cara.
Dustin seemed like nerd—odd, quiet,
She alwayas said I was so lucky to have a good dad

Jean—didn't work, collected ADC,   angie would quit to work.  Wendy, lazy, filthy house, mess and pigsty.
Think that struggle with angie being violent.
I stopped seeing her in 1988.  went to nursing school.
My brother—she did him to get back at me, he would come after being high for 4 days, all parnoaid.   She was dealing before dustin
Never did in front of kids.
Went to ft dodge to see her strip and was going to do line at table then remembered wherewere
Did dumb shit—wasted, drive around,   she couldl smoke weed on top of meth. I coudllln't.  we snorted meth, never shot up.  I worked ten hours a day .


MARVEA HONKEN JOHNSON
2/94
I think my dad did it.  Don't think my mom did.  Had to move casue kids mean to me.
Newe school better.  Dad killed someone who hurt my mother.
Shehugged and kissed me all the time.
When in k , no traffic guars and she got them there.
Rmember when took her away in hand cuffs.
Mom sends her lots of pictures; a book,
Parents legal stuff is annoying


ALYSSA DALE JOHNSON

8/83
write to mom 2x a month.  She writes every week.  See her about lx a mont—busy with school.  Going for AAin business mgt.  when angeleah , (12/02) goes to kindergarten will start BA.   Somewhat serious relatinoship.   Todd is 40  with two kids, 10 and 7.
When little spent a lot of time together.  Very actgive, very close.  Went to movies, came to school functions and acitiviese.   I could tell her anything.    If I ws sick, could sleep in her bed.  She was ougoing,  happy., life free spitied.  Attracted to all the wrong guys.   Wish stayed with dad;  he was absent and she went down hill.

I was 1- 1/5 when parents slite.  , then terry.   Dated for a couple of years and then he stalked her.   She felt threatened.  Big and bad temper.  Intimidate.   She loved him.  Idk.  She went back to him.  If saw boot tracks in snow, knew he was back.   She hid him an abuse from me.   Black eye, fat lip and bruises.   She tried to placate and appease.   He stayed in a shed and watched her.
Dustin ws a dorky nerd and she wanted me to like him. –he wanted to move in and take over. E.g. rearranged the house, like

HUT000044

He treated her like a good bf, but manipulative, takes for his advante, gredy, more for himself than anyone else.

Mom would be up when I went to bed and up when I got up.  You could tell she hadn't been to bed. She got more irritiable.

Don't think she ever stopped using.

She then seemed depressed.

Mom told me that moved a lot. Stayed in car.  Showers in car wash.  Exorcisms.


TODD GRAHAM

Knew as child; then remet after married AJ.  He wanted her home, barefoot and pregnant and she wanted to have fun.   AJ and I had business together.   After she opened bar in forest city, saw her, went out a few times.   She was one of the few women I was trly in love with , head over heels for angie.  –like a star buring birght in the sky one minute ther and the next minute gone.   Things heated up when angie at house in clear lake.   Several years after silver bullet, Alyssa young.   She wanted friend and I wanted more.   She ws stripping at the time.   With her spbnkt and attitude not a lot of ways to make money. She was an over protective mother.  Nurturing,  she fights for eh underdog.   She helped people that were down on their luck,--knew what was like.   Angie had a chip on her shoulder fromthings that have happened to her.   Back together when she was having problems with Alyssa and she was suicidial herself.   She couldn't stop the drugs and that sepearted us permantely.   Right before rarest.   She was using and DCI was watching her.   Now involved with Alyssa.


ARLYN JOHNSON

She  provided well for Alyssa.  Alyssa and I been close last two years.   De geus was a scarpper. Dustin seemed better.   Knew he was hitting her, black eyes.    Pd child support.   We partied a little. 6-10 beers. Mostly mj.   Driven to mental illness with second divorce—depakote and zyprexa.  New marriage going well.   Angie whisked Alyssa to des moine after she got in some trouble, and then angie had trouble with Alyssa.

7

Case 3:09-cv-03064-MWB-LTS    Document 234-8    Filed 06/23/11    Page 45 of 100

HUT0000045

re: Angela Johnson

Mon. 2/21/05

Becky,

Psychologist Marilyn Hutchinson, Ph.D., is planning on visiting Angela in the Union Cty. Jail in Elk Point, S.D. (Tel.# 605-356-2679) on Wednesday afternoon – evening, 2/23, and Thursday morning, 2/24/05. The head jailer, Mark (LNU) is off today. First thing tomorrow morning, will you please call Mark & tell him of this visit, & ask (a) is there a room where Marilyn can meet, test & talk to Angie that has some privacy. Note: They have an "attorney room" which involves talking on phones seperated by a glass partition. That will not work. Need to be able to have contact visit.

(b) is there going to be any problem w/ Marilyn bringing her computer into the jail? This is how she takes "notes", records data, etc.

(c) how late on Wednesday night can Marilyn stay at the jail, & how early in the morning can she come back on Thursday?

We'll undoubtably need an order from Judge Bennett for these visits, just as we did with Dr. Logan & Dr. Gelbort. Will you please initiate getting the paperwork done, Becky? I bet Ken & J. Bennett are working

Case 3:09-cv-03064-MWB-LTS   Document 38-8   Filed 06/23/11   Page 46 of 100

HUD 000046

Mary - 1:00#2
Thurs. - 8:00

Fax - 641-939-8412

Library

No purse
cell - Comp & notes

Lori -
916-361-0677

despite the holiday. If not, you can still leave Jen a message (#712-233-3909).

Please call Marilyn after you have all the info. + update her (W# 361-0664, X-202)(H# 756-3783).

Thanks Becky.

Pat

HUT000047

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

February 21, 2005

Dr. Marilyn Hutchinson, Ph.D.                    **HAND DELIVERED**
222 W. Gregory Blvd.
Kansas City, MO  64114

Marilyn:

Would you be so kind as to give one set each of the attached photos to Angie, Holly and Pearl Jean.

Angie may not be able to keep her set at the jail – so you may have to bring them back. I bet she'll love to see these though.

Have a safe trip and call me (cell#816-590-3003) if you need anything.

Thanks Marilyn.

Sincerely,

Pat Berrigan

PJB:rlw

Enclosures

HUT000048

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

## Becky Walker

| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **Sent:** | Tuesday, February 22, 2005 11:51 AM |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 3:01-cr-03046-MWB USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "OUTSIDE TAINT ATTYS" "Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 2/22/2005 at 11:50 AM CST and filed on 2/22/2005

| | |
|---|---|
| **Case Name:** | USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "OUTSIDE TAINT ATTYS" |
| **Case Number:** | 3:01-cr-3046 |
| **Filer:** | |
| **Document Number:** | 329 |

**Docket Text:**
ORDER as to Defendant Angela Jane Johnson. Hardin County Jail is hereby authorized and directed to provide Dr. Marilyn Hutchinson with access to defendant Angela Johnson for the purpose of a contact visit. Such access shall not be permitted after 2/25/05. Signed by Judge Mark W Bennett on 2/22/05. (Certified copies to USM) (des, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=2/22/2005] [FileNumber=197472-0]
[062b365db5d5af79c2638efc80954e2469cbde43107bc1c8de2e2a4dc8e25b79653f
fcbc59d17e2f536033b48bd63ff260a63ec1f3c729aa0e4051a9384d8693]]

**3:01-cr-3046-1 Notice will be electronically mailed to:**

Patrick J Berrigan    pberrigan@kctriallawyers.com, rwalker@kctriallawyers.com

Thomas Henry Miller    tmiller@ag.state.ia.us,

Robert R Rigg    robert.rigg@drake.edu,

Case 3:09-cv-03064-MWB-LTS    Document 284-8    Filed 06/23/11    Page 49 of 100
HUT000049

Dean A Stowers    amy@rosenbergstowersmorse.com

Alfred E Willett    aewillett@tewlaw.net, nlanoue@tewlaw.net

Charles J Williams    cj.williams2@usdoj.gov, usao.ian-crim-cr@usdoj.gov

**3:01-cr-3046-1 Notice will be delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA JANE JOHNSON,<br><br>Defendant. | No. CR 01-3046-MWB<br><br>**ORDER** |

Defense counsel has made an e-mail request for the court to authorize the Hardin County Jail to provide Dr. Marilyn Hutchinson, Ph.D., a psychologist, with access to defendant Angela Jane Johnson for the purpose of a contact visit beginning on or about Wednesday, February 23, 2005, and continuing through Thursday, February 24, 2005. Dr. Hutchinson has previously been identified by defense counsel as an expert witness on mental health issues in this case. Under the circumstances, the court finds good cause for Dr. Hutchinson to have access to the defendant for a contact visit.

THEREFORE, the Hardin County Jail is hereby **authorized and directed** to provide Dr. Marilyn Hutchinson with access to defendant Angela Jane Johnson for the purpose of a contact visit. Such contact visit is currently scheduled for Wednesday, February 23, 2005, beginning at about 1:00 p.m., continuing through that evening, and recommencing at about 8:00 a.m., on Thursday, February 24, 2005, and continuing that day until finished. However, to accommodate changes in schedule or unanticipated weather, travel, or other delays, access for such a contact visit shall be provided at any other reasonable times **from 8:00 a.m. on Wednesday, February 23, 2005, through and including Friday, February 25, 2005**, if needed, to the extent that such contact visit can be reasonably accommodated. Contact by Dr. Hutchinson with Angela Johnson shall be

provided at such times and to such extent as is commensurate with legitimate Jail security interests, as such security interests shall be determined by the supervising officer of the Jail. Such access **shall not** be permitted after February 25, 2005, without further order of the court.

**IT IS SO ORDERED.**

**DATED** this 22nd day of February, 2005.

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

HUT000052

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

# F A X   T R A N S M I T T A L

## COVER SHEET

TO                          :        Mary; Hardin County Jail, Eldora, IA

FROM                     :        Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE                     :        1/22/05

RE                          :        Contact Visit between Psychologist, Dr. Marilyn Hutchinson,
                                         Ph.D. and Inmate Angela Johnson

FAX NUMBER       :        641-939-8212

TOTAL NUMBER OF PAGES FAXED: ___3___ PAGES INCLUDING COVER SHEET

**NOTE:**

**Dear Mary:**

**Attached please find a Court Order from Judge Bennett authorizing Dr. Marilyn Hutchinson, Ph.D. access to defendant Angela Jane Johnson for the purpose of a contact visit. As previously discussed and agreed by telephone this morning, Dr. Hutchinson will commence visitation with Ms. Johnson on Wednesday, February 23, 2005 at 1:00 p.m. and continue in through the evening. Dr. Hutchinson will then resume on Thursday morning, February 24, 2005 at 8:00 a.m. until her contact visit is completed.**

**Thank you, Mary, for your help in scheduling this contact visit. If you should have any questions or concerns, please do not hesitate to contact me at 816-474-3350, ext. 101.**

**Sincerely,**

**Becky Walker**
**Exec. Legal Asst. to Patrick J. Berrigan**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____ XXX _____

HUT000053

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ANGELA JANE JOHNSON,

   Defendant.

No. CR 01-3046-MWB

**ORDER**

Defense counsel has made an e-mail request for the court to authorize the Hardin County Jail to provide Dr. Marilyn Hutchinson, Ph.D., a psychologist, with access to defendant Angela Jane Johnson for the purpose of a contact visit beginning on or about Wednesday, February 23, 2005, and continuing through Thursday, February 24, 2005. Dr. Hutchinson has previously been identified by defense counsel as an expert witness on mental health issues in this case. Under the circumstances, the court finds good cause for Dr. Hutchinson to have access to the defendant for a contact visit.

THEREFORE, the Hardin County Jail is hereby **authorized and directed** to provide Dr. Marilyn Hutchinson with access to defendant Angela Jane Johnson for the purpose of a contact visit. Such contact visit is currently scheduled for Wednesday, February 23, 2005, beginning at about 1:00 p.m., continuing through that evening, and recommencing at about 8:00 a.m., on Thursday, February 24, 2005, and continuing that day until finished. However, to accommodate changes in schedule or unanticipated weather, travel, or other delays, access for such a contact visit shall be provided at any other reasonable times **from 8:00 a.m. on Wednesday, February 23, 2005, through and including Friday, February 25, 2005**, if needed, to the extent that such contact visit can be reasonably accommodated. Contact by Dr. Hutchinson with Angela Johnson shall be

HJTO000054

provided at such times and to such extent as is commensurate with legitimate Jail security interests, as such security interests shall be determined by the supervising officer of the Jail. Such access **shall not** be permitted after February 25, 2005, without further order of the court.

**IT IS SO ORDERED.**

**DATED** this 22nd day of February, 2005.

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

HUT000055

※ ※ ※ TRANSMISSION RESULT REPORT(IMMEDIATE TX) ( FEB. 22. 2005  2:15PM ) ※ ※ ※

FAX HEADER:  WATSON&DAMERON

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERSONAL NAME | FILE |
|------|------|---------|------|------|------|--------|---------------|------|
| | | | | | | | | 926 |
| FEB. 22. | 2:14PM | 641 939 8212 | G3ES | 0'58" | P.  3 | OK | | |

```
#  :BATCH              C  :CONFIDENTIAL        $  :TRANSFER              P  :POLLING
M  :MEMORY TX          L  :SEND LATER          @  :FORWARDING           E  :ECM
S  :STANDARD           D  :DETAIL              F  :FINE                 〉 :REDUCTION
*  :PC                 +  :ROUTING             Q  :RECEPT. NOTICE REQ.  A  :RECEPT. NOTICE
```

HUT000056

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## F A X   T R A N S M I T T A L

### COVER SHEET

TO : Dr. Marilyn Hutchinson, Ph.D.

FROM : Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE : 1/22/05

RE : Angela Johnson

FAX NUMBER : 816-361-0677

TOTAL NUMBER OF PAGES FAXED: ___3___ PAGES INCLUDING COVER SHEET

**NOTE:**

**Dear Dr. Hutchinson:**

**Attached please find a Court Order from Judge Bennett allowing a contact visit between you and Ms. Johnson. Please take this and any proper identification with you to Hardin County Jail for your visit tomorrow and Thursday. You are allowed to have a contact visit with Angela on any of the days stated within the Order but the set times I have scheduled you with Hardin County Jail are 1:00 p.m., Wednesday afternoon (2/23/05) through the evening and 8:00 a.m., Thursday morning (2/24/05), until you have completed your testing. Hardin County Jail is very helpful if any times need to be adjusted. If you have any problem with these arrangements, please let me know and we can get them rescheduled.**

**Thank you,**

*Becky*

**Becky Walker**
**Exec. Legal Secretary to Patrick J. Berrigan**

**P.S. You are allowed to bring your computer, also. ☺**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

HUT000057

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____ XXX _____

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

\* \* \* TRANSMISSION RESULT REPORT(IMMEDIATE TX) ( FEB. 22. 2005  2:13PM ) \* \* \*

FAX HEADER:  WATSON&DAMERON

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERSONAL NAME | FILE |
|------|------|---------|------|------|------|--------|---------------|------|
| | | | | | | | | 925 |
| FEB. 22. | 2:12PM | 3610677 | G3ES | 1´02" | P. 3 | OK | | |

```
#  :BATCH           C  :CONFIDENTIAL      $  :TRANSFER              P  :POLLING
M  :MEMORY TX       L  :SEND LATER        @  :FORWARDING           E  :ECM
S  :STANDARD        D  :DETAIL            F  :FINE                 >  :REDUCTION
*  :PC              +  :ROUTING           Q  :RECEPT. NOTICE REQ.  A  :RECEPT. NOTICE
```

Case 3:09-cv-03064-MWB-LTS     Document 28-18     Filed 06/23/11     Page 58 of 100

HUT000058

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANGELA JANE JOHNSON,

      Defendant.

No. CR 01-3046-MWB

**ORDER**

Defense counsel has made an e-mail request for the court to authorize the Hardin County Jail to provide Dr. Marilyn Hutchinson, Ph.D., a psychologist, with access to defendant Angela Jane Johnson for the purpose of a contact visit beginning on or about Wednesday, February 23, 2005, and continuing through Thursday, February 24, 2005. Dr. Hutchinson has previously been identified by defense counsel as an expert witness on mental health issues in this case. Under the circumstances, the court finds good cause for Dr. Hutchinson to have access to the defendant for a contact visit.

THEREFORE, the Hardin County Jail is hereby **authorized and directed** to provide Dr. Marilyn Hutchinson with access to defendant Angela Jane Johnson for the purpose of a contact visit. Such contact visit is currently scheduled for Wednesday, February 23, 2005, beginning at about 1:00 p.m., continuing through that evening, and recommencing at about 8:00 a.m., on Thursday, February 24, 2005, and continuing that day until finished. However, to accommodate changes in schedule or unanticipated weather, travel, or other delays, access for such a contact visit shall be provided at any other reasonable times **from 8:00 a.m. on Wednesday, February 23, 2005, through and including Friday, February 25, 2005**, if needed, to the extent that such contact visit can be reasonably accommodated. Contact by Dr. Hutchinson with Angela Johnson shall be

HJTO000059

provided at such times and to such extent as is commensurate with legitimate Jail security interests, as such security interests shall be determined by the supervising officer of the Jail. Such access **shall not** be permitted after February 25, 2005, without further order of the court.

**IT IS SO ORDERED.**

**DATED** this 22nd day of February, 2005.

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

HUT000060

Johnson.e
Hardin county jail
Yo do't know the routine.  They buy me cokes.
Never seen parents togtehr
Neger remember my dad toufchingme likethat.
You won't believe how beautiful my mom is
My mom was so pretty
Mom not have much strength.  Srugglign to hold the bhbiers.

Oh,I think that is m grandpa.  Oh  my god.   Grandpa Gomez.  –probably skip

Thisi scolorado pic—tammy and jodi.

Momisopretty
Uncle Ronnie—aunt darlene's husband.
My mom and dad—ublievable.  Doesn't he look like elvis.
Wendy was so cute
Mom looking tired
I remmbmer this coat,  I was always in red.
Me dancing with jimmy
Jamie and wendy don't get along, they don't talk.

I get my smile from dad
This is grandma sun and grandpa son.  My mom 's mom and step dad.  Coolest people eer in the word.  Funny.

Me—cute dress


This I smy dad.  –prideful
Loved the weeping wi—me and my dad.  Look I'm wearing red.

Dad putting bikes togther.  I remember rhim doing that.


My suierplum—marea. Her favorite color is red too.

Compares pictures of her and marvea

Grandma sun, loved her.
Oh, my god.    This is my dad in school

 (54-55)
I look so much like him

Right before my arrest , me and marvea

HUT000061

This is when it was going bad.    Pic of all kids.    With tony and Shannon.  The stepsnothing ever good after cookie

Dad is os handsome

Tell the truth.
Taking notes

Confidentiality

HISTORY
Mom and dad and their marriage.  Well, their divorce was when I was four.  Not a lot of mmemory of them being together.   I think I have mmore memories of being at grandma sun's house, dad pick us up.     Sund, coolest oeple that ever lived.     Dad picking up from there.  He would take us, I remember, I don't' remember a lot of things, remember him taking us in his car and me siting right net to him and going down this gravel road nd he took hands off steering wehll, and I saw was driving with knee, like our big secret.  Closer ot dad than other kids?  I don't hink so.  I know ater cookie got in picture, not much time, bi just felt like my dad didn't love me.  Felt like that a lot.  Flet like that until arrested.  Cookeid made it really hard.  Told me he didn't.  say mean things.  And as I got older, she tell lme cause lok too much like mom.  I told granma sund.  She would say, cookie doesn't like you cause look like mom.

Yea I look a lot like dad.  I never knew that.   I have this dimle, right here, under irgiht ye, and I thought was adopted.  I knew I must be adopoted, coudlnm't be realated to mom and then saw picture and he had that same dimple, there goes adoption idea.

 Coud'nt be related to mom?  I don't know.  I didn't think I fit in any where.   Other kids did?  Idk that.  Idk that.  What age?  Relativtely young.  Probably around school age.   School ws really hard for me.  I defineltey had add.  Because I I ws like beyond lerning anyting.  Almost like not hear what was being said, not really there.  I thik that is add.   Daughter have it?  No.  but you know, the only person, who could teach me anything was wendy.  I would be so upset about something and she could teach it to me.  Taught me how to tell time.  I remember being in school and not tell time, and taecvher making fun of me, and I was crying, wendy said,  it is easy and she sat with me and explained to me, right the quarter after, and not being  th same, and I could understand it.  Ener forget that.  All through schooo, I knew  I could ask wendy and she could tell.  She

HUT000062

owould do it for me.   She could speak both languages/  teach me anything.  N one else could.

Mom and dad?  Well, I remember a lot of turmoil when  they must be getgin divorced. Dad din't want divorce. Know mom wanted it.  Remember being sick one time and I was sickly kid.  I was sick a lot.  I was sick and whenever one of us was sick, sleep in mom's bed, and I remember being I mom's bed and mom must have ben going on date, not that often, there with babysitter, and remember something under mom's bed and I freaked out, and it was dad.  He was saying, it is just dad, just dad.  I was screaming and hollering. Dad was trying to comfort me.  She called the cops and the cops coming and wait, it is my dad.  That was took late and taking him away in handcuffs.  They wre uttin ghim , then took thme off and walked out with him.   Doing there?  Idk.  Probably nothing bery good.

I remember my dad, coming to see us when we lived in kenosah by the lake.  Came I big truck, maybe semi and I thought I could hide in there and cgo with im, and think I was caught.  I got tired of caught. Can't remember.  Laughs.  Trying to get in truck and that was work.

3rdgrade in thornton.  Learned it was ADD.  It was awful. Coun'd learn anything.

During 3rd grade year, mo took us toks.   My mom ws pregnant wieth holly. Leave her at the orophanage.

Time in Colorado?  Let's see.   My memories of colora are of carl.    ?/ I'll tell you.  One day, mo would take us to store.  Alays walked everywereh.  Wnet and got groersei.  We were all carrying bag and I remember   wakling and one of us dropped a sack, cauased another one to droop and food going everywhere canana nd oragnes rolling.  Mom was don't cry ry to calm us down.  Al still crying.   Then  laughs,  carl was atelephone man and he was up on tlepone pole and said, can I help you.  Hlelped gaher up groceries and gave us ride home intelephone truck and we are like yes yes.  He gave s  ride home and asked mom out for date, but she dind't date.  >??? She just didn't.   we lived in apt complex and empty apt. across the hall from s and he rented it.  Oh.  He was just like a life saver.  I really liked him.   I don't know if trying to get to mom. I took a shining to him.  He was so coo.  Me and wendy out to the house of pies.  We bought every slice of ie there was.  Sometimes just took one bite and not eat and try and idffrent piece.  Sitting at the counter.  Never forget, peant butter pie.   One time,  they have cockleburr's and look like this,  drawas.   They are shar.  And small.  Behind our house was  like  opwen field or open lot and I remember going barfoot, across that ,and getting cockle burrs in feet, I sat down and cscreaming, all I could see, was bleeding and crying and carl was there and picked me and picked them out of my feet.  He was my hero.   And I remember him taking us up the  mountain. Mom alpong? , yes, to the zo.o.  mom was with.  To the north pole,  a place where santa was and reindeer. And mom had us all dressed in red and white striped shorts and shirts.  I remmbe rgoing to school and  trying to, always wrote

HUT000063

angle on everything. I wrote, angela and A looked like o and teavher calling me angelo and I ws crying. And one day carl was asking. I told him why and the next day after school, at the end of the day, he came walking in and angie, wiat and  she won't clal you angelo any more.  He gae me my name back.  Oh.  Loved him.   We would say, please marry carl.  I guess he was like staling her.  I guess moving in to apt in her complex is a little creepy.   She was always with us, we had free reign in his house. Go into his apt and him letting us pain on his windows a crhtistmas, a dn me painitng jesus in mangare. Wendy said, always paint same thing.  And carl sai,d paint what want.  Then I remember one time, this is so stupid, laughing,  lokk back and he had to be away,e  he slep on living room floor on mattress.  And I rmember a big picturer of water on the floor and I went over l , lapping it like a dog. Like a dog would and then crawled back out the door, I bet he had a hard time not lauging  isin't that stupid.  Laugh.  Oh funny.  I remember one time, he let me and wendy wash his harir in the sink.  And I remember , ginger, she was most beutfiul black lady.  She must have been hooker or go go dancer, and wore cool clothes and give us candy. And say, mom know you are here.  It wasn't.   one time , you go ask mom, I will take you out fo rice cream and awe went around the corner and pretended we asked,  we never got caught.  And I rmember around the back of the block, ahosue of nuns, a swinging, bench on porch and we went there and nuns would give us one of those peanut candies, shaper like marshalmmal and then we moved.

Oh, I remember a bad thing.   I remember wendy , over at gf's house, and all these a bunchg of apt, severybody lived really close, I remember ice ceram truck coming by, dibnda a ling, remember that.  Snow cones.  Ony  dime. I remember that.   And I remember being with gf and wendy coming over and wendy stayed in the ouse with th4e dad and he had hairy arms and bald headed and looked creepy to me.  I ws out paying, and I was like where is wendy.  I went to the front porch and seen wendy, sitting on couch and they were kissing and I said, stop kissing that man.  She said angie, get out.  I said, going to tell mom.   And wendy said get out and going to beat me up.  I ran past gf and I ran to mom.  Wnedy is kissing a man.  Mom came running down and grabbed wendy, don't come ner my children again. Neer splke of it again.  Not like a child molesting thing, she was into it.  Ahd to be like eight or nine.   She din't want to stop kissing.   To me it looked like, I didn't like it.

Most of ememories in colorad were pleasant/  yes.

Contact with gomez's  , saw them quite a bit?  Fun.  We liked uncle skip and aunt Maggie and girls. Always fun.   Ver religious?  Not religious at all.  Only religious people were mom and Jensen. Mom's mom.  Have no memory of alber.   Floreence and andy.

Albert died when I was in my 20's.  he alwys lived in Colorado.      Went to see alber tand his wife.

Florence married to andy. Pretty young,  mason city.

HUT000064

Floren'ce and andys' relgions?  Big influence on mom. I dn't think mom would have bene enarly, as far as did if not for gramd and jenson, influence and lmoved in with us and then it really got bad.  I say thata is when the religious diroder started.  Laughs.  ?/ if dint' laugh I would rooably cyr.  Laughs . I just, look back on it, I shake my head.  Craziness.   No safety net.   It wasn't like that in Colorado. It seemed like   I hate to use word normal, I dint' know normal.  Colorado life as good and we come back and there is jensons, doing releibgous thing and dad nd cookie and cookie being so mean to me and she was secretly mean to me. Not out in the open.  She would say mean things to me when we were by ourselves.  I hated here.   She would tellmy dad lie, lie right in front of me, and say things things, and he always believed her,  just whshowing me her power is what she was doing.  I just , wanted so bad to go se my dad, and I get there and be miserable, so fucking mean. I hated her.  I don't' hate her anymore.  ?/ I don't hate anybody.   Still alive ?  still married ot my dad.  I guess I have learedn to accept her.  41 years and I accept there marriage.  Laughs.  That is my little joke.   Wans't funy then, terribly mean to me.  Saying stuff about mom, like I had to defend my mom.  And   I dok why were wre always alone togeth and on me,    always, she hatd me, I hated her.

 You and wendy in personality?  Wendy has a real kind of  , don't want to sayt subservient, she can  blen int her environment.  Didn't bother her to hear shit about mom, when cookie would say mean things, just go with the flo.  And I felt like she was being traitor to mom, should defend mom and therefore my sole repsonislbity to defend mom. I was always defing,  I had todefend jimmy nad wendy neer help me fucking do that. And it was her job, but my repsonsiblity and I did dit.  I was keeping family togehte. Always trying to keep kids togher and cookie was trying to turn us against each other.  We have to stsick togher , have to always sstick togehr.  Cookie said I used to run the family. I dn't want her to , come between us.    She always seemed like trying to destroy comseitig, break aapart things. Feel lik,e even when little, a nervous wreck, had to keep an eye on yer, plant evidence on ,e or do seothg,  I rmember one time, dk if dad belives me or not, I remember wen to see him one time, and it was like, 12, and I rode the bus home fromchippewa to mason city.  Maybe 13.  dad giving me monmey secretly, keep this between you anmd me and I hid it. Don't tell cookie. A dn when cooie, tok us to  bus and dad said, give her a few bucks. And  I hid it, and  I ws getign on the bus, and she said, you have 20, I would never tell her anyting, and I felt like I betrayed him, I still acarry that with me.   Talked about it as adult?  No.  never told anybody about it ever.  Mary goode and now you.   I hid that money and I think hid it like in a polcket of jeans. That etich went through everything. I got her back. Backfired.  The next time there, I storle two pocket knices and macremae owl that was cookies and put them in my suitcase, knew would find it.  I don't' know how thought going to teach her lesson.  She said, I know you wanted knives fo rlitle borther, ut shouldn't steal, I know dad and I felt bad, stupid and sorry and whatever trying to prove, didn't prove it, her gettgin in my stuff, but the more I tried to defend self, and I told Shannon  I was sorry and I gave hsannon my new night gown from  grandma sund to make up for it.   Gave new night gown? Cause I felt bad, I guess. .ijst didn. Tel lyou to? No.    whenever cookie tells story, there was a lock on her suitcase. Like I stole form them all tehtime. Never stole form anybody.  Told

mary goode. Bitch never had a lock on any suitcase. I dnit' have no money for anything. I just thought. , even though in jail, trying to make me something.

I don't know why she did the things she did and I was very stupid, I walked into it. Walking into it. Always walking right into it and trying to be so careful and walk right into it. Laughs. And still walking right inot. Idk. I just sigh. I thing so smart and clever and wlak right into shit walking around in a daze. Don't' know what my fucking roblem is. Hope obver that now. That was a large hop. Everything is cookie's gault. No. that was large jumjp to that . grandma and ranpa when moved into hosue in masoncity. Wasna't a good thing.

Describe mom? Beautfil always beautiful , most beautiful woman alive. Always pretty. Cause so beautiful. So important to you? Just see, just so beautiful. Never thougt, even on tv, no body prettier than my om. And I was proud of her for that. Being so beautiful. I loved it when kids owould say, your mom was so pretty. Meant to you? Idk, gavbe her some normalcy.

Very artistic. Got great interior decorating skills.
And she is strict. Was strict. And sheis very religious. And good mom. A really good mom. Not such a good mom when having that religious, but great now.

Some not have contact? It is there loss. She is not the same person. Never got through this without her. Never. Tearing. ?? Jamie and jimmy and wendy. Me and holly only ones that do.

Contact with everybody? Yea. Crying. Before got arrested, jimmy and wendy dind't talk and Jamie and wendy dind't talk and me and wendy didn't talk. And after arrested we all came together and , eya. Wendy is kinda the family pot stirrer. She likes to shake things up a bit. Not very accurate. But she's good sistser.

Example? Well, she and still amazed, she can still do it. She can tell a lie and belive it is true. She could say something happened, but it dind't really happen, but since she said it, she bleives it happened. She can convince herself things are ture. I hate that abou tit. Can't tell her. Exmpales? Think I could pull righ tout of the air.

She is such a liar. I guess her biggest thing is she alywas repateds and adds or deletes. Never accurate. But by god, try and tell her, I didn't say that, that's not, that is what you told me, no it isn't. not very accurate. Intentional? Uh huih. Intentional. I think she likes to spice things up. Involve herself in situations almost. Some people would think not in y business, she be jumpint right ini. Examples? I guess the lats thing, really bothered me about her. Her grand jury testimony about me, she never saw me sell drugs. Never saw me, she did drugs with me, but never saw me be a drug dealer, and her grand dealer, said knew I was a drug dealer. I asked her, did you see me. Doesn't think befoe she says. And also said, have talked to her about the case, anything confessed, and well,

HUT000066

so much in paper, and talked so much, I can't tell different in what read and talked, and she knows I never talked to her about the case. Shit like that.

To elevate herself? Yea, thank you for that, she never admits when she is wrong, never admit a mistake. Me, I think I always right, but by golly, will say I'm wrong, I fucked up, never admit to doing wrong. Very crafty and talented. Talnted at? She sews and always got something going on.

Differntces? Wendy kissed her ass. I din't. I never kiss anybody's ass. Made life kinda hard for me sometimes. Like jailers. I will joke around but not kiss their ass. Somepoeple are like such an ass kisser, what are you going to get. Some peole are just ass kissers, I'm not.

 Wendy is an ass kisser. But she gets what she wants. She is very gracious giver. She gives freely of herself. And also good receiver. I am gravious giver but not receiver. Hard if someboy even pays me compliment, or does something nice. I can't stand that. And my firend, says, can you just let me buy this, you are not gracious receiver. I said, yo're right, buty that stuff.

Dad and cookie? Usually every summer, every other summer. Not often? Often enough. Iwas always wanting to go home after got ther. not wait, and then why the fuck was I coming in and she was always fucking me in the end. I had to be on my toes.

 I could never relax. She is going to sneak up on me, or something. Crazy. And she did sneak up on me a few times. One time she snuck upon me, I was really really sick and had bad ronsillitus. And I remember being on pennicillian and my mom, you shouldn't go, to dad, and I wasn t to go, I want to go, went to see dad, got to see granadma and grandpa sund. Once get there, won't leave, never worked out that way. But, really sick and I convinced mom to let me go and she gave dad the medicine, make sure gets it. Bad sore thourstas. And I remember after getign to dad and she never gave it to me. I told her, need medicine. She was, later, do it later.. and I was going south man. High fever. Laying on couch, freezing cold in middle of summer. And cookie saying, we are going to bech. I cn'ati'm sick. Gong to stay honme. Not stay in house alone. I got swimming suit, I was so sick. I had a high fever. So cold. And we got to beach and I wantd to stayin car, was warm. Get out on beach, walking out on dock and sitin gin sun and I know it was her, she pushed me in the water, and I remember, drwoning, I was drowning, I was sucking in water, sea weed and someone pulled ome out of the water, I couldn't fuckin breathe, in bad shape. I stayed upon sand and sicker than hell, probably uncociosu, got home and went on couch and dad came home and first time, he saved me, he came in house and said what is wrong with angie, was swoleen and like never had chin. He flet me, get the car, going to hospital. And dad, thank you. They said, whole in throat, the size of pencil. Cookie not giving me my medicine. I would have died. Hih ihiha. No one ses it that way. They say, I just got sick. In the hospital auite a while. She snuck up on water. To me, she was intneitonally trying to make me sick. If not wanted me sick,

would have given me medicine, I thought she was intentional, I thought she was trying to kill me, that is what I thought.  Try and tell that to  somebody else.  You?  Probably not.

 Everybody believed her not me, after a while, I just took my knockes and wroll with it.

 I hatenot being bleived.  When I tell someone. I don't make up shit.   And when tell somebody and I don't bleive it. I think it started with cookie.   I hated pat.  Neve bleived anything I say. That's bullshit. Not fuckin talking to you anymore. If I say something it is true, not lie to you.  Do't make shit up.   Unless purposely doing it.   Tryint o steer sometone wrong.  If telling truth,  don't' need to lie, pretty honest.

  You were telling him the truth and he dint' elive you.

 Get along with him now?  I like him.  I call him and dean stowers, doom and gloom.  Cuase, everything coming out of mouth, is never positive. Here come doom and gloom.

He gets very frustrated with me.  Very imuslive.  Sometimes my own worse enemy.  Iswear.

Impulsive is ADD.   Yea probably.

Amazing your kidsdon't have it.  Neither one of them.   I thnk brooke has it.    Which of parents/  my dad.

My nroyther had it.  Jimmy.    Ithink I had it bad where I couldn't think.  I m really impulsive.  I think I think it rhough and then I didn't.  god I should have throught that through better.

Caffeine have on you?  I love it.  Idk.   Hyper or calm?  Neither.   Drink coffee and go to sleep?  Yea.  I could drink a pot and go right to sleep.

Spped have on you?  Loved it.   I was big into crank.   Its effect?  Made me fel like leap tall building, go anywyere and do anyting.   Made me ver confidant. Thinking?   Clarity of thought?  Always, thought doing right thing,, een if wrong.  I would  always justify it someway.

But now that I am clear minded, I can see how I was wrong. And in the lot , thought perfect mom, employee, but I was NOT.  I workerd too much, gone way too much, working was way , idk wahy put working in  front of everything but felt like I had to prove something.  I wish spent moe time with kids. And always s been the some important. I ws saying that but working way too much.

I was sick in Sioux city.  Coudnl't lift head off pillow.  Had it almost two wekes.  Feel like stil recovering.    Being in jail, not a place to be sick. No medication. When you need it.

Mom> ?  she is another one always trying to do right thing.  She's alwayus and I alwaysa was.  And idk.  She is impulsive too, I think.  She doesn'st have aDD , very smart.   I don't think she does.      Idk.  When I was young, I would described her as only person going to heaven. Yea.   Idk what to say. Laughs.   She woud go to heaven? Becuace she wasn't bad.  I knew I wasn't going.  Laughs.  I ws more afraid of god than the devil. I knew I was going to hell.  God woudn't let somebody like me in.  I was bad. Who said ou were bad.  I just knew I was bad becaue , mo relioius thing, she , granma got her in this rebuking devils and always doing that to me.  I guess I was high scpirited and they took that as  a bad thing.   Very strong minded. Lawys a fighter. I have to fight something. I was always fighting cookie and with mom , fighting god.    Now, fighting the feds.   Jimmy a fighter?  Hmmm, yea.  I taught him a lot.  I was like his big brother. He was so cool, he is still cool.   He din't really experience a lot of the bad things. He was really young when I t was ral bad. Him an dholly, wendy and I shielded them from that. Wendy and I got the brunt of it.  Jamie was kinda on the border.  Jimmy and hooly not a lot o fmemory of the real bad stuff. What he rmember, that he thinks is bad, is nothing, to what I can remember.    How come contact>  becuae of that.    Worst that he remmbers?  The rebuikin of the devils and always to parya about everything. He didn't' want that in his life.  but mom lnot like that  anymore. She is mom, did the best she could and fucking by herself,. And allmake mistakes.

Bothers me a great deal when see wendy say, I know if if weren't for mom  raised us,  I chose durgs. I could have gotten Zoloft, and I chose meth. Not  becuae of way mom lived,I coud have lived with cookie and dad, I chose to have the men and I chose to have the drugs in my life.    nothing that mom or dad did or didn't do.

Mitigation in your trial?  I don't thijk.  I don't want any of this coming up. I told family in the very beginingl I told them, I will spend rest of liefe in jail, before bring family thorugh the mud and I mean it still,  I told pat, don't' want any of it coming out in trial. Pat says, I will do all your legal shit, tell me I have to do.  I don't have my mom run through the moud and not have my brohers an distsers embarrassed.   Is that why agreed to plea?  Yea.

Drugs were my life, I supported myself, and idid't want to have a day in life without drus. I always wanted to have crank.   When I was pregnant, I stoped , I'm not pot smoker and not acid, or stuff like that, now a downer,  the crank.  Dr. logan told me caue I am like manic depressive and it kept me up. And it did.

Explaniton of role of addcvionst and oeples choices.
I just really hit home for me.  Why is mom so religious.  So dedicated.  What has god ever done for me.  And so dedicated.  That is why. He fills her holes.  Man my mom, she god, fills her holes.  Zoloft fills my holes—laugh.

Taking Zoloft now?  Yea.   200 mg.  think about getgin ti raised.  200 mg of seoquel. Eer felt this good?  No.  this whole jail experience has ben the most horrible time in my life and the best thing that ever happened. As much as I hate to say that.  If I would have

ben in jail,  for whatever crime  for two years, I probably would have bene right back into life, but know for fact, after it took this much time for me to get shit togeht , can cacutally think about he drugs and the money and money and men and life style.  And know that I t wsna't a good tdhing.   And I would have to do life differently, be a different person thatn I was.  Know if walked out toay, I could succeed in that, but in jail, just 2 or 3 years,  would have gone back in. I know for fact that I would  I am much better person.

How long? Almost five year.

Differn ce now and 2 l/2 yaers ago. Forgiveness has set me free.  Laughsl  I have forgiven my mom,  tearin,g my dad, and god.   Laugh   I have forgiven everybody hta has sevre hurt me and I don't have any hate in my heart.  How did you dod htat?  It was hard.  Laughs, crying.  Hm. I had to get rid of the blame and quit blaming. I hated cookie bucae she hurt me, and dad not stood upand mom so fucking religious. I was always someone to blame and I got riid fo all that anger and  it feels good.   Now I just feel  terrible guilt.  Becuae children don't' have me and  they need me.     Crying.

And I feel bad bcaue  my dad never got to know me.  As a person.   He doen'swt know I have a sense of hgumor.  And  if we sat down and really started bullshitting, a lot of tings that are alike, and I feel like , because of my stupid anger and  , crying, and anger and unforgiveness and blaming, kept me from having life with him and let cookie win.  You pick your battles.  And I just dind't pick them right  I felt like surrendered dad out of life. and realized at young age, not be in my life, so ijustitifed that as I hate my dad.  Really I didn't.  and  I ws alays waiting for him to come save me and rescue me and never took my side and never fucking ever (pounding fist) helped me.  I feel like, whole lie I been fighting, struggling and defending and never got a break from that.     And when I did crank, I got a break from it.  I could fight forever.   Gave tyou the energy?  And it made me being alone ok.  I alientated myself form everyonbody in family.  Fomr momand from brother and sister Jamie and everybody. I knew life better off if not in their lives and I hate that. I missed so much, andi cant get it back and now in jail and with death penalty for something dind't fuckin do.  That , yea, it just  I diot know how to tell my fmail how much they mean to me, that  I don't' want me to think that love and appreciate, fro all their help just cause heling me and all been there for me.  Even cooikie.  Even.  I dk, another reason why taking plea, yea, the drug chares, no problem pleading guilty to that, but can't plead guilty to smetihng I didn't do, charges are so bad,  I now if I just said, one time, that I was guilty, even though I was not, to get les time, I coud't live with myself, I woudn't be able, only said, to get less time, not be able to say, never said I am guilty. I want ot be able to die, saying not guilty.  I all I have,  all I have is my truth .  and it owud be too easy for me to say,  tooeasy for me to take balme and been doing that my whole life, and I 'm not taking the easy way out, neer say, I'm guilty of chares, cuase I'm not.  And by taking this alfrod plea, I can maintain my innocne, do the time, but maintain innocne,c that is what matters to me.

Important tof you to tell me about?  Idk.   I guess I want to tell everybody to know I'm innocent. I just belive, so many innocne tpoepl ein prosionl just like my mom, I alays think that before, I used to think if guilty, now eerydoy is innocent.  That whoel scott

HUT000070

Peterson, so sure he was guilty, and I wsa think he is innocne.t still not sure. So dead set on him. I just , idk. I just see it form diffenrt point of view. If just drugs, not care, I hve to think this alfrod plea, sold and did a lot of drus, a lot of prison for more than 40 years for the amount f drugs, I have gone between my ahnds, I knew it was illegal, against the law,. I take pride in never being bustsed. (posed) of all the search warrants and the surveillance, never busted me with nothing. And I guess really I'm proud of that. Laughs. ?/ there , idk, think I'm smratert rhan them. I won and they lost, but even though in the end they won. They never caught me. Everytime they searched I had dope and they never found it. I felt like made me a smart business woman, for a single mmotehr, a waitress, we lived good and that was a successful. I was successful as long as provide for family and shit. I dropped out of shcoo in 09th grade. You know. I shodln't have three cars, but I did. Idk. I guess material things took priority cause we were so poor growing up. Went to dads and he had everything. The Atari., they had everything and we dint' have jack shit. I hated it. We din'teven have a fucking tv and ew go to dads and he got 4 tvs you know. Why do his kids, cookies kids live beetre than his kids. Cuse his kds. Not feel like we were. They would get Nintendo and then would give us the atrar, thanks of rsloppy seconds. If up to mee, I would have said, keep it. You know. Everybody was like, wow , Atari and I ws likek you play with fucking Atari, I'm not.

 A lot of pirde? Yea.

Still not done? Ha , pretty good aren't i. just keep going around that. Not fun to go to, is it. No.

Sigh. When grandma and granma Jensen moved in with us, mom changed. We wre always having bible study and I hated bible study. That was when my add was really good. I could go swimming during bible stsudy. Hmmm. I was the stubborn one. I would talk back. Gibve my opinion and even at a young age, I did and therefore I made my life harder on myself. I had the first rebuking and that was for what my grandma said I had a deaf and dumb devil and there were 7 of them . I can't remember. There were always several there together. In this particular time there were 7. I remember being held down on the floor by mom , grandma and granap and they rebuked devils and I fought to get up, scream, crying and the fire that I am, for hours. And if I got tired, reset for little bit and thought a devil left,a nd every time I fought, , then. Then I figured it out DUH, lay here. And I figured it and finally gave them ahnea, that I wasn't possessed anymore and let me up. Doing while holding you down? Pryaing. Objecting to being held down? Yea. I was scared. Freaking me out. seeking in tongues/ I'm sure. How old? Like 1st grade. Speak in tongues before? Probably I idk. Siblings around? Yea. Wendy remembers it real well.

And then we had a pet doves, snow white, and grandpa made it go away, devils went into bired. Lost pet becaue of me. Uh. Your fault if devils were in your? Idk. Seemed like? Probably. Do you bleive in UFO's . I saw one one time when I was a litel girl. It was outside my window and I was loking out swindow and I seen what I described as an eagle. And but I know now it was like UFO and not describe . that is what rebuke dvils the firsttime. I saw an UFO and tried to etell them, like eagle,a nd close to the

HUT000071

window. Dk , it ws huge, took up whole window.     Didn't look anyting  like an eagle. Dk why said, ath.  I remember , red and white lights and  like wow.  I wsan't afraid of it. I ws amazed by it.  And phhh. Never tell that story again.   Lauging,  funny.

Next time?  Oh,, jeez, to pi point.  So many ater that. That it became , something to expect. Regular.  Happened a lot.    Dialy weekly momthlY?     I think it got to be almost dialy when they lied with us. I remember grandma and granpa saying, we dind't have tv or antying like that.   But the toys we had and loved easy bake ovfne. Oh , I wanted one and I got one, I loved it.  And I dk grandpa, somehow, they got it in heads, our toys meant more to us than god, and ya, I loved my oven more than god and probably said it, anyway,  idk, all toys were in big pile in back yard and on fire, they urned all or toys, but made us ,  had to beour choice, if we wanted to through our toys in the fire or not. Becuae if we loved god, more than toys, we would do it.   I don'twant to thro wfucking easy beak oen in there,   but I did.  Oh, I fucking hated god after that.  Took my fuckin easy bake over.  Ony thin I really liked.  And then we dind't hagve any toys.   How old? Right before moved to thorhing.   No toys when we moved. Room only had bed and no toys, nothing.

Hmmm, tapping feet.    I remember garnpa came and mowed the lawn, it was really high and he found  two or thre baby rabbits and we got to keep them and feed them with eye dropper.  And I loed them.  Idk what happened to them. Probably got big and let them go. Mom wsa so gentle to the.  Got eye dropedr and got milk ot of dye dropper, coolest thing ever.

 Other things rebuked for?  Everything.    Signs of the  devil?  My strong will.  Anything else?  That cuased me the most problems.  I learned to  kinda detch myself from getting hit and  being rebuked, that it go to point where  I would just  colunteer for punishment, I dind't want broher and isters to be hit so I woud try and take the blame, caue she oculd beat me til next Friday and I woudn' cry. So I took a lot of he punishment, after realized that could be done.     Under you control and easier to take? Probably.  Livin in thorntong was rude awakening. Realized different.  And I knew that no one could ever find out wahat was going on in house and that was big guarded secret forever. How long?  Ever. For ever.

Until I got arrested and had to talk abou tit.   Told firend , husband?  I told dusitn a bit abou tit and regreeted it.   Sigh , beuvcae?  Wish neverold him that.   Why?  Becuae he uses it against mom and family. My famil is unfit and marvea not have anyting to do with my family, cuase I gave him that information.   When I rather have her be with hot headed womaen than sneaky fucking manipuliating peoel that his family is.

She is with? Jamie.   In fairbow Minnesota.  That was another think  a perfect e4xample of how alienates herself. To get herself involved.  She testified for them, wem they tried to get custody.  They tried to terminate my rights and I had privileged o al the  phone calls with his family. I didnd twnat them to know.  Don't get involved in this custody, that is my daughter and important to stay with my fmialy, her broher gets her, nobody eber see her.  Her pan was they were going to adopt and noone would see her.  When

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inocne tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husines. I'll deicve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't.. I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin sitting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin. I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me without me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that?

I never know , ifnot fucking tody me.

Childdhod_-NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosue, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

Hungary? Oh god ,yes. Mom and her fasting. She make us fast. So hungary. How long last? Usually just a day. How often? Often. A lot. Once a wek maybe. Eat

normally the rest of the time?  Yea I guess.  Yea.   Ate once a dady?  That was during the fasting, could eat in the evening.   Day to day?  I don't 'know that for sure.

World comingn to an end?   The world was always coming to an end.   That was when right before thornton, and grandma and grandpa had us all in the car and we drove around n iowas for ever.  Until mom found that house in thornton and knew that was why we moved to thornton.  And I remember we were in the car, and I drew a house , a big white house and big white church with big cross on steeple and is where we got in thornton, and therefore it was a sign, that is why we moved there.    You were special cuase knew that?  Laughs  no.   wonder why?  Probably  lucky didn't get rebuked for hta.

How ofte hit with belt?  Every day  hit for?  Everything.  Being lound, fighting, breaking something.  Everyubdy hit?  Not as much as me.

I was a problem child from day one.    I was only one that was breech. Made a big deal o fhat.  I came out fihgitng stanvce.

I ws always very athletic, perfect body.  Nowi'm in jail, and fat.  Yea, I was reallyl athletic inschol and had  some encouragement, I coudlhave done something. But never had any encouragement.     We all tried to encourage him.

Girls basketball?  I ws onteh team butthen I  don't' know, my anger , idk, I coud'ntget along with the  captain, Julie bowman and I intentionally threw the ball and hit her in the head.  Think she was dumb?  Idk, cuase thought I should be, made me mad, and I dind'tlike her.

 She was hootie tootie, beter than me, you know.  Everybody was better than me.    You thought or they thought>  mutural.

Relationship with dd now?  Sigh.  Hard to say I even have one.  I don't now him any better than I did before.  I talk to him on the phone. I tel him I miss him andlove him. I don't know  him.  He doesn't knowme.  Done' knowanyting about me,  except what read in the news, but hat  aint me.   How often?  Hmm I write, a coupel of times a month and call once or twice a month.   A lot compared to what it was.  And we talk about marve and has a good time, that gives us onveration. And really worried, but cookie really likes her,   but, so never told her how she treated me, never.   So she marvea dint' go with any preconceived.  Well, just met thiem last year.

I feel bad, cusae not alyssa's life, cause I didn't, let them be in Alyssa life so she is grown, 21 eyars old and wish that , wish dad and cooie would make the effort to get to know her, and she is a lot like me, not going to go , where not invited, wnknow what I mean.   Their place to do it.   I think they think it is their place.  But I don't think it is.

I just feel like, all my ffinres are atty, sbeen together so long, I think of al, as so mouch more than my lawyer, I really admire him.  And he handles me so well.  Oh my god, handles me so well.  An I you think related, he just knows I'm an 8 and knows how to

HUT000074

deal with an 8, me and pat could sit and fight. Me and pat –both eihre. Makes me feel ilke appreciates what I say. What I say really matters, he takes it in. listens and hears me and idk, jsuts a great guy. Glad he is lawyaer, glad I met him. And nancy,. Fel like she is my best friend. I always want to keep in touch with her. I go to prison. I still want to write and keep in touch, just love her.

Andmayr good e , I liked her right off, and she got me to get my gED. She is just , I admire her a lot too. Yeh.

Headaches in elemn? I had terrible headaches. I have headaches so bad I threw up. They wre terrible. Migraines? Yeh. Still get? Sometimes. Wher have to sque3eze my head to get any relief. Oh. And pattern to when you got them? No. pattern now? I think this headache I have, tv too loud and recovering from being sick but might been caseu you were coming. I dontk think m but I'm always wrote.

Tummy aches? Thought I had ulcers. Did you? Idk. I was a very sickly kid a lot of sore throats. Bad tonsilities. Got out when 12. never had sore thoat again till went o Sioux city. Remeinded me of time cookie almost killed me.

Anybody else that sick? No , just me. Get over after tonsils? Yea.

Caginal itchingt? Said wearing pants too tiht. Probably too small, fuckin never had clothes that fit.; I ws always really really skinny. Not wear wendy's hand me donw, way too big, never had any fuckin clothes that fit. Mo ws well dressed/ cookie and dad dssid, that. Mom never let us go without. Mom looked good cuase she was so beautiful. Not the kids in the country that wore bell bottoms to knews. Not like that mom boubht them at good will but we alays clean. Mom never let us go without so she could have.

Shework? No. exist? On ADC. She notwork? I think , I think she had a bad experience with baby sitter one time, and I think she said, I ws in a closet and she had bad expeierince and thought not worth it, and stay \home and take care of us, a nd abuse us herself. I'm a comediena. I have a great personality ask me and I'll tell you, rather laugh than cry.

Don't forget to send me that book, rally llok forward to it.

Kansas ? tah is the worst part. Laughs. Ted and bobby dillo. Bobby dillo introduced me to torture. I remember when we hdn't been there ery lo, they had pigs and cows and their i9gs were killer pigs, fuckin mean, vicious. And they had rabbits and she brought us kids into the barn and this was the whole reason I do drugs, ha ha just kidding. Let us play with rabbits, little and big, I just wanted to love them forever. White and black and this woman, picked up a rabbit, by its ears and laid it down on a stump of somekind and hit in the head with sledge hammer and its eyes ppped out. most horrible thing, like not really hanpening and she cut the fur around its neck and too skin and peeld it off like glove. Most horrible thing ever sen in my life. I know I was in shock. I know, it didn't stop , then she cut it open on and strung out its intestines. Never

forget.   Most horrible thing ever sen in my life and then made it for dinner.  I wasn't fuckin eating it.  Horrible   never forget it, and always wanted ot. But no.  nope.

Horrible horrible. And then remember one time,  they had chicken and let us feed the chicken snad throwing feed corn and   eting corn and having fun and eating it as fast and we could trhowa nd after corn was gone, and ted picked up a chicken by its neck and threw it into pig pen and pigs wnet at it and corn flew up in arm and flew back on us and it wsa ohhh, most , no 2nd most horrible thing I had seen.   And they had cats and not feed theman nd so mean and I remember  I was so scared of those hogs, they were huge and mean and hear them all the time.  And   bobbi made me slop them every night, the left overs and take it to the pigs and feed it to them.  Throw it. And see me coming and knew if they could get ahod of me, be like the chidcken.  I remember a little kitten following me, I had food nd I was thowig the food ove to the hogs, and kitten too close to hog, and put lilttle food next to me and was duming the rest of it, and little kitten got too close and hog grabbed it, god it was horrible.     That place was a fucking torture chamger how horrible.

Sexually abused?  I don't think so, wendy was. I think he tried to , if he ever touched me, I would come back and kil him when I grew up.  He laughed.

Why mom took you there>? We dind't know why we were there.    Just left you?  That is what wnendy.  I remember her being there a lot.  I remmgber her not being thre a lot too. Don't know if just left us. I think she was there sometimes.   How met them>  carol mann her fried. Carol know them? Idk.    Hey had other foster kids. So mean to them. They had these 2 or 3 little Indian boys. So cute and so scared. And I don't' know what happened to them.  Al of sudden just were gone.   While you were there.  ?  yes, they were just gone and nobody ever talked abouthem again.  Where did they go.

And I saw a dead body ther. no one elives me.  And  I know I saw a dead body there.  It was set up big kitchen when walked in and then I think a bathroom here and then a wall and then living room like this. And there was door here and  never open. I opened it one day and I twas  along, it was, looked like long narrow  hallway, like in movies, around hoalloweeen time, I dik why I went int. I opoene d up door and there was a small lamp on a bed side tamble and dimly lit and a bed and  it had to be longer than closet. Like pntry made into closet.  There was somebody, skinny person and I walked in there, reallyl scared and it wsa a dead person , almost a skelton.   I freaked and ran out of room and never told , et in trouble, when grew up, there was a dead person, there,  mo ws  no.  no memoery.  They don't' remember, I remember it.  I think it was old lady and her si was really stretched to skelton. Been there for long time. Hyw imagine that.  Stink if dead/  I think I t ddid stink in therer.    That is why I say it smells like dead peope in here.  Go into nursing home and see grandma, or go caroling, and I hated it smelled like dead people.

HUT000076

Mom's nervous break down –before Kansas.    I just remember, telling us hat bob died. He was good to us. We loved him.    He never lived with us.  Visited often.  Come to find out, he was married.  We dind't know that at time. We loved him.   Him and mom talked about when they got married, going to redo old school house and mom was happy when he ws around, put on eye shadoe, just so beautriufl and so happy and then he died and she was way upset.  Bam.  So sad, felt so sorry for her and then got pregnant wht lable as nervous breakdown?  Vrying, short temrpered and  hit us a lot.  That was the belt around the neck situation.

 And hd a bad dream about mo,. Io rembre. M,y  room was upstairs, himy, wendy and then the bathroom and then down here was the stairs.  In my dream, I heard mom calling me and angie angie.  Come hre.  Angela jane come here.  I got out of bed and walking to top of stairs and seing mom,  covred with blood ,  carriee, boolod, eerywehre, come h re, a nd I ran back into my room and she kept caling for me and calling for me and I went again to top of atsitars and hse would coverd with mud, like she ahd been rolling in mudy rain, and mud falling off and everywhere and I ran, come here angie,a nd I ran back to room and calling and went again and this time, we was on fire andkept , like dindn't know it. And ran back into room. And kept calling and I went again and to top and and coverd in white flour and had a robe and each time, the same robe, but now all white and eyese werall white and telliner her and scared me, I woke up, isn't that a terrible dream, I still remember it.  ? everytime mom called, I was scared to go to stairs.   Was that when she had the nervous breakdown? Problby.   How long did that last? Idk.   Went to Chanute after that? Right.

Cuased you to leave chaunte?  It ws terrible.  Somehow this down't jibe,  caorl said in snow storm, I remember mud, so high could barely take steps over it.  Up to hips, made us go out in field and pick up tre brances and drag to pile and maybe it was snow, remember it as mud. And hangin onto jimmy and jamime's thought jimmjy would drown. And so deep.  And remember  carol and mom driivn gup in carols' little car and driving up and begging them to take mus and we left that night.  So afraid, jimmy would drown in that mud.  He ws so little, I could hardly walk in it.

I remember one time, wendy came outside, they shot squirrels and made for supper, didn't eat that either.   I remmger wendy coming out with a bunchy of bones and cats came from everywhre, they wre all over here. And wendy was screaming, drop the bones an she was in shock, cats, everywhere, stuck on her.  And finally threw them done, and scattered for the bones, my god, a scary movie.  Fuckin cats were mean.  Sooooo, the next day, me and wendy got bones an covred them with tobassco and those cats were dragging their tonguese on the ground. That's what you get for attacking my sister.  They neer fed the.. enver fed hogs either. So fucking menan.

I alys thought, going back there some day, I'm going back there to that Kansas and shut that palce donw. I could never go bck. I never wanted to set foot in Kansas again.  And remember when  the girls and I were in motor home and drove therough ks, fuck , never ending state.   Kansas , I didn't hink of Dorothy,thought of chaute.

Junior high?   Hmmm—idk.  I guess in 5th grade. Decided not be a victim , anybody's victim.  And  I didn't take shit off boys, off of anyone.  Even mom?  Stsared standing up to here.  When holly was born, man, I vowed, never let anything happy to her.  I felt like had to protect her her whole life, andloved it.  My name was her first word, yes it was.  Smailing.   Ten years youngher? Yea.

 Haveot do with junior high? I guess, I , started smoking and wendy started, getgin friends from the wrong side and smoke and drink and I wanted to too.  And I did.   And wendy started being rebellious to mom. Laugh.   And I didn't' lie tha.  They had real fighs and toatlyl disrespected mom all the time,  although I could understand , not like to see it.   Even though had to protect form mom, not let anyone hurt her or say antying bad.  Had to defend.  Wanted to side with wendy and mom .     rebel differently than you?  She , I never got to ppimt when disrespected.  I sucked it up.  I never intentionally hurt her or disrespect her.  Wendy call her a fuckin bitch and fight physically. I never raise hand to mom, rather hae her beat me. Never raise hand to mom.  Wendy , she rebelled andfoughta nd disrespeful, knock down,  mom says, she was too hard on her, she was not a good kid andwnated to do what she wanted to do and not care if got in trouble for it. Finally she went ot live with dad. Mom not control her.  And mom , wendy went ot live with dad.  Not a good influence with me when older.  I love dhow felt when msmoked pot and then not have access after sheleft.

Until I made my own connections. Laugh

I hated school.  Idk.  Quit in 9th grade.   Mom think of that?  She din't want me too, workin non stop for her at the truck stop worked my fucking tail off. Not school and work. More important to work.  Mom andkim in car accidnet,  running restaurant fell on me, had to be there all theim ti hated school anyway.   Illegal to quit efore 16? Nonone eer said anyting abou tit.

You're a three on you.  I figure you are a llow number arne't you.   Seems logical to me that's I'm an 8.. hate to be a nine. [actually 9 is  most passive.  ]

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                  **Licensed in Kansas only

---

## FAX TRANSMITTAL

### COVER SHEET

TO   *MARILYN*    *MS. LORAE*

FR   *HUTCHINSON'S*   *c/o AmericInn Hotel + Suites*

DA

RE   *FILE.*    *1-641-648-3880*

FAX NUMBER :

TOTAL NUMBER OF PAGES FAXED: *39* *(20 + 19)* PAGES INCLUDING COVER SHEET

**Note:**

*Dear Ms. Lorae,*

*Will you please put the attached confidential fax in an envelope + give to your guest, DR. MARILYN HUTCHINSON, Ph.D. when she checks in @ around 9 pm this evening? Thank you!*

*Pat Berrigan*

*2-23-05*

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED __XXX_____

2500 Holmes, Kansas City, MO 64108 • www.kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**
Of Counsel: Ramón Murguía

*Licensed in MO & KS                                    **Licensed in Kansas only

# FAX TRANSMITTAL
## COVER SHEET

CONFIDENTIAL TO:

TO         :   DR. MARILYN HUTCHINSON, Ph.D.

FROM       :   PAT BERRIGAN

DATE       :   WED. 2-23-05

RE         :   U.S. v. JOHNSON

FAX NUMBER :   641-648-3880

TOTAL NUMBER OF PAGES FAXED: _____ PAGES INCLUDING COVER SHEET

*(right margin, boxed:)*
Interviews Attached:
Alyssa 1-7-02
Pearl Jean 1-7-02
 "    "    10-22-02
Carol Mann 11-30-0
Jim & Cookie 1-9-02
Holly 9-22-01

**Note:**   Marilyn,

Enclosed are the 2 Statutes dealing with mitigating C's. While I readily acknowledge the difficulty of determining mental state/capacity at the time of the incident(s) without being able to ask specific Q's about the incident itself, but I know you love a challenge. ☺

Holly will be home after 4pm on Thursday. You can call her on her cell (#641-430-6400) for directions to her home in Klemme. Remember, she is the youngest child and she missed the horror of Ted Dillow in Kansas + a lot of other weird religious stuff

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.

*(right margin, handwritten:)* Call me (816-590-3003) tonite w any Q's. Thanks Marilyn! /pat

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____   ORIGINAL NOT MAILED   XXX _____

2500 Holmes, Kansas City, MO 64108 • www.kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

(2) an offense referred to in section 408(c)(1) of the Controlled Substances Act (21 U.S.C. 848(c)(1)), committed as part of a continuing criminal enterprise offense under that section, where the defendant is a principal administrator, organizer, or leader of such an enterprise, and the defendant, in order to obstruct the investigation or prosecution of the enterprise or an offense involved in the enterprise, attempts to kill or knowingly directs, advises, authorizes, or assists another to attempt to kill any public officer, juror, witness, or members of the family or household of such a person,

shall be sentenced to death if, after consideration of the factors set forth in section 3592 in the course of a hearing held pursuant to section 3593, it is determined that imposition of a sentence of death is justified, except that no person may be sentenced to death who was less than 18 years of age at the time of the offense.

(Added Pub.L. 103–322, Title VI, § 60002(a), Sept. 13, 1994, 108 Stat. 1959.)

### HISTORICAL AND STATUTORY NOTES

**Prior Provisions**

A prior section 3591 provided for imposition of fines. See Codification note preceding this section.

**Short Title**

**1994 Acts.** Section 60001 of Pub.L. 103–322 provided that: "This title [enacting this chapter (section 3591 et seq.) and sections 36, 37, 1118, 1119, 1120, 1121, 2245, 2280, 2281, and 2332a of this title, amending sections 34, 241, 242, 245, 247, 794, 844, 924, 930, 1091, 1111, 1114, 1116, 1117, 1201, 1203, 1503, 1512, 1513, 1716, 1958, 1959, 1992, 2113, 2119, 2251, 2332, 2340A, 3005, and 3432 of this title, and section 1324 of Title 8, Aliens and Nationality, redesignating former section 2245 of this title as 2246, repealing section 46503 of Title 49, Transportation, and enacting provisions set out as notes under this section and sections 36, 37, and 2280 of this title] may be cited as the 'Federal Death Penalty Act of 1994'."

**Applicability to Uniform Code of Military Justice**

Section 60004 of Pub.L. 103–322 provided that: "Chapter 228 of title 18, United States Code, as added by this title [this chapter], shall not apply to prosecutions under the Uniform Code of Military Justice (10 U.S.C. 801) [section 801 et seq. of Title 10, Armed Forces]."

### § 3592. Mitigating and aggravating factors to be considered in determining whether a sentence of death is justified

(a) **Mitigating factors.**—In determining whether a sentence of death is to be imposed on a defendant, the finder of fact shall consider any mitigating factor, including the following:

(1) **Impaired capacity.**—The defendant's capacity to appreciate the wrongfulness of the defendant's conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

(2) **Duress.**—The defendant was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge.

(3) **Minor participation.**—The defendant is punishable as a principal in the offense, which was committed by another, but the defendant's participation was relatively minor, regardless of whether the participation was so minor as to constitute a defense to the charge.

(4) **Equally culpable defendants.**—Another defendant or defendants, equally culpable in the crime, will not be punished by death.

(5) **No prior criminal record.**—The defendant did not have a significant prior history of other criminal conduct.

(6) **Disturbance.**—The defendant committed the offense under severe mental or emotional disturbance.

(7) **Victim's consent.**—The victim consented to the criminal conduct that resulted in the victim's death.

(8) **Other factors.**—Other factors in the defendant's background, record, or character or any other circumstance of the offense that mitigate against imposition of the death sentence.

(b) **Aggravating factors for espionage and treason.**—In determining whether a sentence of death is justified for an offense described in section 3591(a)(1), the jury, or if there is no jury, the court, shall consider each of the following aggravating factors for which notice has been given and determine which, if any, exist:

(1) **Prior espionage or treason offense.**—The defendant has previously been convicted of another offense involving espionage or treason for which a sentence of either life imprisonment or death was authorized by law.

(2) **Grave risk to national security.**—In the commission of the offense the defendant knowingly created a grave risk of substantial danger to the national security.

(3) **Grave risk of death.**—In the commission of the offense the defendant knowingly created a grave risk of death to another person.

The jury, or if there is no jury, the court, may consider whether any other aggravating factor for which notice has been given exists.

(c) **Aggravating factors for homicide.**—In determining whether a sentence of death is justified for an offense described in section 3591(a)(2), the jury, or if there is no jury, the court, shall consider each of the

Case 3:09-cv-03064-MWB-LTS   Document 84-8   Filed 06/23/11   Page 81 of 100

Complete Annotation Materials, see Title 18, U.S.C.A.

**(k) Return of findings**

The jury, or if there is no jury, the court, shall consider all the information received during the hearing. It shall return special findings identifying any aggravating factors set forth in subsection (n) of this section, found to exist. If one of the aggravating factors set forth in subsection (n)(1) of this section and another of the aggravating factors set forth in paragraphs (2) through (12) of subsection (n) of this section is found to exist, a special finding identifying any other aggravating factor for which notice has been provided under subsection (h)(1)(B) of this section, may be returned. A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such a factor established for purposes of this subsection, regardless of the number of jurors who concur that the factor has been established. A finding with respect to any aggravating factor must be unanimous. If an aggravating factor set forth in subsection (n)(1) of this section is not found to exist or an aggravating factor set forth in subsection (n)(1) of this section is found to exist but no other aggravating factor set forth in subsection (n) of this section is found to exist, the court shall impose a sentence, other than death, authorized by law. If an aggravating factor set forth in subsection (n)(1) of this section and one or more of the other aggravating factors set forth in subsection (n) of this section are found to exist, the jury, or if there is no jury, the court, shall then consider whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist, or in the absence of mitigating factors, whether the aggravating factors are themselves sufficient to justify a sentence of death. Based upon this consideration, the jury by unanimous vote, or if there is no jury, the court, shall recommend that a sentence of death shall be imposed rather than a sentence of life imprisonment without possibility of release or some other lesser sentence. The jury or the court, regardless of its findings with respect to aggravating and mitigating factors, is never required to impose a death sentence and the jury shall be so instructed.

**(l) Imposition of sentence**

Upon the recommendation that the sentence of death be imposed, the court shall sentence the defendant to death. Otherwise the court shall impose a sentence, other than death, authorized by law. A sentence of death shall not be carried out upon a person who is under 18 years of age at the time the crime was committed. A sentence of death shall not be carried out upon a person who is mentally retarded. A sentence of death shall not be carried out upon a person who, as a result of mental disability—

(1) cannot understand the nature of the pending proceedings, what such person was tried for, the reason for the punishment, or the nature of the punishment; or

(2) lacks the capacity to recognize or understand facts which would make the punishment unjust or unlawful, or lacks the ability to convey such information to counsel or to the court.

**(m) Mitigating factors**

In determining whether a sentence of death is to be imposed on a defendant, the finder of fact shall consider mitigating factors, including the following:

(1) The defendant's capacity to appreciate the wrongfulness of the defendant's conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

(2) The defendant was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge.

(3) The defendant is punishable as a principal (as defined in section 2 of Title 18) in the offense, which was committed by another, but the defendant's participation was relatively minor, regardless of whether the participation was so minor as to constitute a defense to the charge.

(4) The defendant could not reasonably have foreseen that the defendant's conduct in the course of the commission of murder, or other offense resulting in death for which the defendant was convicted, would cause, or would create a grave risk of causing, death to any person.

(5) The defendant was youthful, although not under the age of 18.

(6) The defendant did not have a significant prior criminal record.

(7) The defendant committed the offense under severe mental or emotional disturbance.

(8) Another defendant or defendants, equally culpable in the crime, will not be punished by death.

(9) The victim consented to the criminal conduct that resulted in the victim's death.

(10) That other factors in the defendant's background or character mitigate against imposition of the death sentence.

**(n) Aggravating factors for homicide**

If the defendant is found guilty of or pleads guilty to an offense under subsection (e) of this section, the following aggravating factors are the only aggravating factors that shall be considered, unless notice of additional aggravating factors is provided under subsection (h)(1)(B) of this section:

(1) The defendant—

Case 3:09-cv-03064-MWB-LTS    Document 384-8    Filed 06/23/11    Page 82 of 100

HUT000082

(A) intentionally killed the victim;

(B) intentionally inflicted serious bodily injury which resulted in the death of the victim;

(C) intentionally engaged in conduct intending that the victim be killed or that lethal force be employed against the victim, which resulted in the death of the victim;

(D) intentionally engaged in conduct which—

(i) the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense; and

(ii) resulted in the death of the victim.

(2) The defendant has been convicted of another Federal offense, or a State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute.

(3) The defendant has previously been convicted of two or more State or Federal offenses punishable by a term of imprisonment of more than one year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury upon another person.

(4) The defendant has previously been convicted of two or more State or Federal offenses punishable by a term of imprisonment of more than one year, committed on different occasions, involving the distribution of a controlled substance.

(5) In the commission of the offense or in escaping apprehension for a violation of subsection (e) of this section, the defendant knowingly created a grave risk of death to one or more persons in addition to the victims of the offense.

(6) The defendant procured the commission of the offense by payment, or promise of payment, of anything of pecuniary value.

(7) The defendant committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value.

(8) The defendant committed the offense after substantial planning and premeditation.

(9) The victim was particularly vulnerable due to old age, youth, or infirmity.

(10) The defendant had previously been convicted of violating this subchapter or subchapter II of this chapter for which a sentence of five or more years may be imposed or had previously been convicted of engaging in a continuing criminal enterprise.

(11) The violation of this subchapter in relation to which the conduct described in subsection (e) of this section occurred was a violation of section 859 of this title.

(12) The defendant committed the offense in an especially heinous, cruel, or depraved manner in

that it involved torture or serious physical abuse to the victim.

(o) **Right of defendant to justice without discrimination**

(1) In any hearing held before a jury under this section, the court shall instruct the jury that in its consideration of whether the sentence of death is justified it shall not consider the race, color, religious beliefs, national origin, or sex of the defendant or the victim, and that the jury is not to recommend a sentence of death unless it has concluded that it would recommend a sentence of death for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, may be. The jury shall return to the court a certificate signed by each juror that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, may be.

(2) Not later than one year from November 18, 1988, the Comptroller General shall conduct a study of the various procedures used by the several States for determining whether or not to impose the death penalty in particular cases, and shall report to the Congress on whether or not any or all of the various procedures create a significant risk that the race of a defendant, or the race of a victim against whom a crime was committed, influence the likelihood that defendants in those States will be sentenced to death. In conducting the study required by this paragraph, the General Accounting Office shall—

(A) use ordinary methods of statistical analysis, including methods comparable to those ruled admissible by the courts in race discrimination cases under title VII of the Civil Rights Act of 1964 [42 U.S.C.A. § 2000e et seq.];

(B) study only crimes occurring after January 1, 1976; and

(C) determine what, if any, other factors, including any relation between any aggravating or mitigating factors and the race of the victim or the defendant, may account for any evidence that the race of the defendant, or the race of the victim, influences the likelihood that defendants will be sentenced to death. In addition, the General Accounting Office shall examine separately and include in the report, death penalty cases involving crimes similar to those covered under this section.

1

Johnsondaytwo.
Hardin co detention center
February 24, 2005
9:00

dreams:  pictures:  I just looked and looked, couldn't believe.  Anxious?  Yea, idk,  nee r seen mom and dad togetrh like that. Just weird.  More than weird?  It was nice. Ec uase?  They were smiling and huggin.  Never seen that before.  It was nice.  Always mad?  Yea.


I have dreams a lot that I am flying.  One time I was flying.  Not like flppign arms, just floating.  And I floated through a rainbow,  went through each color and then  the empty and then the nex color.  Coolest  dream I ever had.  Any interpretation?  No.l

I just enjoy that.  Wish I coud dram like that every night.  Dream very often.  Yeh.

tower of London

depression:
maybe a little bit.  But not as bad as it was.  Worst?  When I was in linn.  I wanted to lay on cement and melt into it.  Sart your medication?  Alwayus been on someiting since in jail.  But seoquel and Zoloft.  Been on that  year and half.  Since logan?  No.  I kinda wrote my own prescriptions.  What thought worked for me.  Tired parozac and pazil. Trazadonel.  I like this combination.  Doc in cedar rapids let you try stuff.?  Yea.  And dr. logan , he said, seoquel was good  for me? .  he came when real depressed?  Yes.

 How know to try seoquel.  I tried one from another girl and slept like a rock.

Any medication bfoer prison?  I  had tired prozac and Zoloft.  On the street.  It wsa shortly after dustin told me about the murders and I had moved, put house up for sale and moved to desmoines and very stressful time for me.  Got them from doctor.  How long take them?  Not for very long, caue doing crank too and the prozac gaveme anxiety when mixed with crank and Zoloft  was making face break out. so quit everything and stayed withi my crank.

Anxiety:  jumpy leg and hair twirling.

Anxiety?  I don't know.  I guess it comes and goes.  When it comes? I am a leg shaker.  And  and idk.  I
M a comfort eater.  And when in linn co I was 240 lbs.  lost that since here.  Fat or sugar?  I could eat plain chps, would eat them all day long.  And chocolate is good.

Eneded up here?  I think about how I got involved with dustin and  how I just never got involved with drugs, period.  And have a lot of regret.  I hate being away from my kids. I hate it.  I miss them so much and hate the hotough of never holding granddaughter

HUT000064

2

when she was babay. I talk to her on the phone and want to crawl through the phone and kiss and love her.    I think about all thins I am missing out on .  so much of marvea. Gone almost half her life now.  Just ture d11 and 6 when I was arrested. I hate that. Really hard for. Me.

Compulsive?   I do do some kind of astupid spelling.   If I am by myself.  I don't know, I go through the  letters and even move my finger.  I'm a terrible speller.  Just the words somebody has spelled.  Or stupid words.   And then do it and do it, and then say, what doing that for, done that my whole life. it is word.  Never told anybody before, ever.

I used to be chronic hand washer.  Not use the phone and not cup, mellowed.  By myself. I knew in sious city for that week.  I didn't want to sit wher someboy had sat a nd it was grossing me out a bit.  People take shower and leave their sopa, crepes,  I always clean up after myself.  Posing.

Spiders

Twirling hari

Not real?

Amnesic?  I can't really remember anyting before my life in Colorado.   I think I should remember some stuff.     (5-6)  and I know ther are things about  kansaas and   living in thornitn things.

Grass is greener?   It means    that you always think is better somewhere else and people have it better than you have it.

One swallow doesn't make a summer?  Just beceuase  menan one bird, doesn't mena the weather is changing.

People inb glass hosue?==hypotcites.

I can't judge distance.  I can't   guess how far I am from that wall.   I can't  Alyssa can't either.  Can't judge distance, estimate how much somethint gwould weigh.

Alcholl use? No not a drinkier.

Drugs?
Meth was part of daily life.  starting?    Proably about 24
First drugs?   Cocaine.   In 20's ./
Cocaine regulary?  No.  not until did a lot of crank. This is what has been missing from my life.  laugh.

Until incarcerated?  Yea, pretty much,  except when pregnant, not do it. And not doidng it when pregnanct with Alyssa.

HUT000085

3

Started dieting and working out in linn co. and hwen came here, just , I wasn't comfort eating.  I wans't laying aron.d  I was walking and having pone calling cards, so talking on the phone a lot.

Sexual life?   I don't think had first orgaism until I wsa 25 years old.   First have sex?  Praobly when 14.   situation of that?  I know I was high on pot.  And I really liked the guy.   Just happened.   Regularly sexual from that time on?  No.   I started  when got a full time boyfriend, got on birth control and had regular .  when about 15.

Usd sex in an abusive way?  I don't know what that means.   Hurt self or others?  Yea.  Probably.  I don't' know.   I always thought could use sex as a  way to  get things and make things happen.   Make happen?   Jumping  idk.  To  laugh, idk.  Idk.   Don't like the answer?  I don't know how to explain it.  I guess men, thought I was attractive and if I was in arelatinoship with someone, I dk.  The sex was always pretty good I guess. I really don't know.  I always knew it was  there if I needed it.  Ustilize it.   But dind't slpee with people not know like go to bar and stuff like that.  But I been with a lot of married man.  Almosts everybody been has been married.  And that always kind of  distrurbed me a little bit.   Thought of any possibilities for that?  Idk.  I guess never really put much value on marriage, iguess. Idk.   It seemed like if be in volve dwith marireid aguy and if he wanted to leave his wife, I would back off, except terry degueu , he was the love of hmy life.  I wanted to be with him forever. He was the love of my life.  definetly.

Competition with other wives?  Maybe.   Didn't want to win? No.  idk.  I don't always bothered me about myself, being that way.  I feel, I gues I didn't have storng morals.  Where does one get those?  Idk.  Ig uses you lean them, idk.  Siblings learn them,?  I guess.   Guesses about why you didn't?  idk.  I am different than aeverybody else.

A bad thing in your family?  No.    I guess we are all different.    Jamie and I are different, she has her  , she's got religious morals, that edevleopoed her life around.  And jimmy , he is real deddicaetd to his family and job.  And wendy  she is really dedicated to her crafts and sewing and doing something like that.   Morals?  Idk, dk what morals are.  My sister Jamie would never have an affair, don't' think wendy, or jimmy., I think I'm a whore.   Anybody ever call you a whore?  No.   start thining you were?  Since I came to jail.  Idint' think, no man I couldn't have if I wnatd him.   Except for dad.  Yea, except for my dad.

Hmmmm,  he was the one I wanted the most.   Jumping leg.  I alwys been looking for a man to rescue me and they never do.      I always wanted a guy who would take care and take care of the problems and I could just relax and not have to worry.   But men have always been a major pain for me.

Suicide?  Yea.  I hung myself in woodbury county jail.   How come?  I think I really freaked out.  I talked to daughter and sister on phone and told me about the bodies being found, federal information  jumping.  The jail they put in the jail, got me to tell them where the bodies were and  I just freaked.  And I  had been feeling kinda suicidal and thought just kill myself, so family not go thorugh this.  I just freaked out and don't have

HUT000066

4

any memory. I wa on the phone and   when the conversation, I could see like sparks, like fireworks and remember walking upstairs and that is all I remember.  I thought somebody beat the shit out of me. Thought I been mbeat. Up.  Bruises everywhere.  I had seizure. And after I got oxgen, had a seizure.  They, the staff, was saying, I was combative.  Force to hold me down.  I was having aseizure.   Glad or  not glad when woke up>?  I was in a lot of pain, not glad.  I was like fuck.  I tried to kill myself.   Can I at least die.   Felt like another failure?> yea.  Then everyone was worried about me and not want that. Disappointed aht you didn't succeed?  Yea.   How come dind'ttry it again?  Becuae  I dk.  Kids were so scared and my mom was worried about me.   I just promised them I woudn't do that again. Wanted to reassure.  Not promise and not do it.


9th grade and after?
Working, I quit school.  I  hated school. I t was a relief.    I went in and quit.  Just let you. That was illegal/  I don't know.   How long work at truck stop?    A long time. Lkiving? With mom.  And our fmail h ouse on L street in forest city.

Time like for you?  Stressful.   Wendy was married and had her baby brian.  I ws sdaitng steve.  Her steve's best friend.    How lon date steeve?    Proably from 14 , met in 7th grade.  In Thompson and he pursued me and pursued me.    It was seemed like right thing.  Best friends with stseve jacobsne, dating wendy. And I was with wendy a lot. And steve was always there.   He like?  He was nice guy, quiet.  Drove a cool car and I'm a car chick.   Broke you up?   Oh, as much, I just used him.  When we got married when I was sixteen.  And together for nine months and then I left him, got divorced.   I had earned my freedom from mom,  she couldn't control me anymore.  Control    I could go back and live at home and not deal with the mom  , I din't have to answer to her anymore. I just did my own thing.   True?  Yea.

Next in life?   I started dating AJ—tiown bad boy// YEH ,  yeh.  He had a reputation.  He had a full time job. Worked at Winnebago,  he dealth pot.    So attractive to you?   Idk. Thinka bout it for second.   I guess I always liked being associatd with  people who were just a little bit on the outlaw side of town. Laugh.  How ocme?   I dk.  Always bad good badgood bad goo.  Wanted to be bad.  I figured it is better to be feared than loved.  Idk.

Relationship with AJ like?  Boring.    We did fun things.  He turned into big ole bore. Rode his motocyel and idd fun things but got married and turned into bore.   Mornalm marire dman?  Proobablby.    You want to do that he didn'dt  I stil wanted excitement. He was happy with just wgoign to work and going to bed and coming home and going to work. I sstill wanted to go out and hahve fun and  we used to  go ride on motorcyel and he would take off by myself. I was bored to tears.

To colo?  I inteneded to stay.  Found out pregnant.  Told AJ and he sent me plane ticket to come back. Moved in with him and got married. I didntd' want to do.  But we had

HUT000087

5

agreement that we would get marriaed and we would get divorce and be friends, which we did.   Alyssa was best thing that hpapned. To me.

Taking care of Alyssa all day long.    Doing drugs?  No. Depressed?  Yea. Robably.

Next?  Hmm, I started going out with reind sherry conkle.  And   , ha, and I guess  , istrated getgin into cocaine.  That was what peole were doing.  And then stated had aaffiar with Kirby Thompson.  He ws rocking my world.   I was married.  Just part of the pattern.   Aj think of you going out?  idk.  Din't wsay much about it.   He stayed home.  He went out too.  Together ?  sometimes.  He go riding with his harley friends. Alyssa?  I had a rally good babysitter named marvea Jensen and named marvea after her. Lived next fdoor and I had my family.  Sitses.   Kirby?  About ayear.  Parst marriage ewith AJ,.  Off and on.

Serious?  Yes.   Not make it?  Beeacue he was kind of play boy. You know.  Dind't trust him.  And  there were so many fish in these,  ha ha.

Left AJ and then started doing meth.

 Well, I started being a striper. Alugh.  I dance donce a month for year. And made big money.  Bought car and anything for alyissa.

First meth?  Terry einghouse.  He told me ineeced to be gracious receiver.  Good frined.

When that was?   When I was seeing Kirby.  Kirby do meth?  He did carnka or meth, coke was his favorite.  Crank was my favorite.

Crank –coke is like mellow high.  Not last very long.   Messes up nose.  Crank., it goes for hours and keeps sinus,  lea tall buildings in single boud. It is just wonderful. Smiling.

Full time at perkins.

I leased a bar in forest city called the bullet.  –basememtn of mom's restaurant,  she had had a teen club in there and called it the seilver bullet.  I dropped seilver and had my bar. Whoa.

Partied every night.  Into the dope.   Last?  A year.  I had to get out ofit.  Into the dope big.  Htat is wher I met  terry deguer. He rocked my world.   I willnedfr forget the day he walked into the bar.  I said, he is the sexiest man alive. He rocked my world.

Tell me about him?    I thought he was perfect in every way.  Sigh.  He was sexy and strong and  , idk.  He was just yummy.  Always stay that way?  Yea.

HUT000068

6

Morea bout relatinoship?  Well,  I knew he was married, but knew not good, knew wendy slept around a lot.   In fact, she had, whenwith kriby, she slept with Kirby.   And    she tery ws on the road a lot, she got around. He do?  I guess he was driving truck  when sstaretd see ing him, working for hallins construction.  He was just,   so,  no one had ever rocked my world like he did.  Wantd dto be with him all the itme.  I tried to keep my distrance, and he pursued the realtinoship  he  , he talked to e about leaving wendy and wanted to move in with me.  And I said, hmm, I want to, don't feel right, you are marired to her and I think that  if you  sepearted and getign divorced,  but, think should, get own place, mom and dad or something  I had some morals, I guess.  Laugh.

 And then  I remembvewr a couple of my friends, teal and terry inghouse,  told me that terry ahd a history of hitting wendy and I thought don't bleiee that for minute.  Laulgh. Njever htough he would raise a hand to me.  And after we moved in togetrh after awehil. He got divorce.  He moved in,  got trialed in Leland.  I quit the bar.  Doing crank regularly.  He liked it as much as I did.

Stsarted getting paranoid.  He was jealous and possessive. Not lie that at all.   Where I was nad what I was doing.  Real jealous of Terry Olson, one of best  friends. He was making it into something that it swan'stl  bothered me.  Trie ddespaearte to pleas him. I love him.  I dind't want us to fight or have turmoil.   The more I tired the worse he got.

Hit me the first time, gave me black eye and coe'nt believe it.  He  came home  with this scurvy guy, like somebody not have anyting to do with.  I told him, don't want poel el ike him in my hosue.  I want him to leave and don't bring osmeonne like that again. He seemed, idk, bad vibes.  And terry left with him and he was mad at me for disrespecting his firend.  I don't want osm4etone like that around child and me and got into fight and he hit me.  I coudont' believe it.   But never bourhgt firend around.  Aluahg.  Soon after that, he started hitting me more often.  And I borrowed one of cars to TO and he wafurious. That I borrowed car to T O  met T O in my car nd flew into rage and pulled over and bet the shit out of me.  Someone pulled over and knew they would go to cops after he threatened them.. he drove us to behind this motel.  That was worst beating I took form him.  The cops cmae.  Doug books, chief of police and took me out of car.  Don't let me get back in that car.  I knew  he wsna't close to being fdone with me.  He was just getting started. So mad. And   the cop said ok.  Terryl, said it is fine and he left me with him.  I was , couldn't believe it.  He left me with him.  I talked him into taking me to gas station to get cigs and I figured once I got into gas staion would call 911.  well, we get to gas station and I am going to watch you and don't talk to anybody.  I ws a bloody mess. And I walked in there and told kid at coudnte.r  don't say anyting.  When I walk out of here, call cops and get them here.  The kid got all upset and terry knew right away and he came running in and said come one.  I want to get away from him and wlaking out the door and in comes dave neiman, a really good firend.  And dave took one look at me. And dave, don't let me leave with him.  He is beating me up.  Terry, said, don't get involved, mind own business.  And dave was oh no.  you are not taking her anywhere. Dave distracted terry enough that he told me , AJ is behind me and when siade,  I saw AJ at stop light and dave distracted ttery that I could get running start and ran to AJ and he stopped and drove off, just like in movie, so scary. Took me to his house and where we

HUT000089

7

used to live. He ws with his gf there, denise.   I got self cleaned up.     Alyssa was with AJ, she was so upset.  After thatl I knewhad to get away.  Or he would kill me.  Took off with Alyssa and we went to madiosn wisocn and stayed with wendy , took holly and stayed a couple olf months.

Next?  I stayed at wendys' and got a job at job at country kitchen.  Holly staying with you. She went with me.  Wnatd to.  And   where in Madison?  Fon du lac.  In apt. complex.   And  terry was frantically trying to find me.  Can you just talk to tery, wanting to know where you are.  So called him.  He was so sorry and laalalalala.  I felt so bad and loved him so much. I told him would be home soon and talk abou tit.  It otld him I was in Madison and got job and working and  I would come home toward the end of month.  Well, I dintdn' , he was in car and drove to Madison.  Laugh. He come running , in the mrongn and I was working and saw him running in the doorway and oh my god and got down on his nkneees and begged him to forgive me an I was  embarssed. Likeing it to?  Yea.  He idn't care, so many people around.  Everyobody say, that's so sweet. Take him back.  You guys don't know how bad he beat me.

And then so, I  was about getting down with shift. I would meet and talk to him,  he got motel, close to where wendy lived and met tnad stayed with mhim and everything wonderful. Wnedy was so mad. Everbybody was mad.   Cause took him bad. Cuase he was abusive to me. Din't want. I loved him , so easy to forgive.

Love abouthim?  Everything. I loved that he was so strong, that he loved me so much. I knew khe would do anything for me.    He din't want to hit me, he hated that he did that. I know, if not for th drugs, would stil be togerher.  He did love me and I did love him. The drugs mde him paranoid and jealous and in rage and not realize it.  Hw could we not realize it was drugs. I don't knjow.

Meth in madions?  No.  feel up there?  Ok.  I suppose I had some with me and then ran out and like no big deal.    Don't trememer thinking abou that?  No.

 Possible to be so obligous to your life.  IDK.   Thnk about it.   I guess I see what I want to see and I guess I can overlook and ignore what I don't like.     I have always easily been able to justify my actions always justify to myself, even if know they are wrong. Lalugh.  Why laugh.  Idk, cuase, hope not like that anymore.   I think now, I take responsibility for  things I have done and I know I have hurt people around me.  I just want to be  , want t besomeone kids acan look up to.  I just want to be a good person.

Prison record  ?  I been in hole a few times for fighting.  Usually it is with someone that , kept me in max unit in cedar rapids, so that poele with attitudes were in there.  I had to deal with people with attitude, loud and disrespectful and had propbelms with peope with that and get into physical confrontation. Juping whole body.  Four.  Hole four times for fighting.  Hard to get along with everybody. I can put up with a lot.  Hard to get along with everyong  someone coming inand think they are going to control stuff. And , I'm an eight stick up pfor the underdog.  Didn'dt like people coming in  and bully the other inmates.   I just don't like people bullying others.    But uslaly get along with everybody.

HUT000090

8

More with poele  than don't get along with all th guards. Evenhere.  I just, not ass kiss but not disrespectful. And treat peole the way they treat me.

Get mad if people talk down to me.  I was in jail and frustrated, this guard, don't'  like being talked down to.  People don't talk to me on street, not in here.  If we were in Hy VEe she woudn't use scarcastic , smart ass tone, so why does it here.  She said, locked down for 6 days, cause thought I said she was bitch, in own cell.  Marshall came to get me and th asst adm, and carlos was rushing and not listen to what sai,  I saying, need meds, oh no, rushing so much, left without money, meds, anot no coat and it ws in middle in January. Al lthe way to Sioux city.   I din't have medicine and got periods and messed up menstrual and she was doing med pass dn I said,  not with attitude, and I need some tampons,  she din't respond to me.  I did say to her, maybe not register. She gave me pills and did you hear me about te4h tampons,  I heard, you, I have ears, so I heard you.  And I walked into my cell.  I diffused cause walked away and dind't argue.  If going tocall her a bitch, would call it to her face.  She was being a bithcv I diffused it , I hate to be fucking, hate to be in jail.  And she said, Johnson did you call me a bitch and did you call me and I said, no Bridgett, I din't not.    She came back and said, 6 day.s  I told her, you don't talk to me on street and you had satitutde.  I cgot locked down for 24 hours.  I'm appealilng that 6 days. If I did it, I would do my time.  Not doing for sometihgn I didn't do.  You can appeal it  and he gabe me 6 days and appealed it again and we were taling.  Ididn't call her, if I did attitude, I had my period and she wsa being at bithc and idiffused.  What more could I do, walked away. And he said,  and he waived my six days and now she is pissed at me.

 Nanannanna nan na

I was surprised.  I was right and she was wrong. Where does she think.  Not been called worse.  I''m sure she has.   Or can't handle a bit of attitude. Working in a jail, not camp cupcake. She should buck up a little.  I din't talk to her the way she talke d to me and I could have.

Terry---ahhhh  okk

Think he wouldkill you?  Yea.   He thought he would too, he was scared of that.   He say? Everytime he woudlget in jealous rages, afterwards he was so asorry and he was so afraid, I will accidentlyy kill you,..  I am, if you do, I'll be dead and won't be back and say it is ok.  Alyssa won't have mom  and tl dhim moving to ventura.  And got job in country kithce.  Move to venture.

Fall of 1989, moved to ventura.  Told him not see himanymore.

And we couldn't be broke up,  he keep coming around and I was too weak to send him away.  Too I nlove , to in love tomak him leave and alwaysw wanted to be with hi.  So loving and caring and good when he was good when he wasn't mad.   Meth?  Oh yea.

HUT000091

9

Happened next?   Got back in the same.  He was all possessive.  Hitting me again.   And I kept telling him, can't be together.   He would leave for awheil and always conmign back and alwaystoo weak to send him away.   Went on like that forever and bought house in clear lake.

Change things?   Me and Alyssa had our first home home.  We looked at lot of houses and I told her, we'll know. And we walked in a dshe said, this is sthe house.  We bought it.  Terry was pretty much out of the picture.  He was seeing someone else I hated that, I knew I had to deal with that.   Try to get him back?  No.   I knew have back at snap of finger.s  I wanted new life.  no fighting and turmoil .  and then he slowly but surely, worming ihis way back in. laugh.

Things were good for a wheile.   And then went bad again.

 Alyssa say don't have him around?  Yea.    Deal with that.  Tell hi, I love him so much, but not strong enough to send him awayl. She knew I loved him.

That go on?    Proabbaly two years.    Hew orking?  Oh yea.
Seelingn drugs?  Yes.  And she did.  That is how I supported my habit.

It ws a small scale.  Not nothing big. Enough to pay for my dope.   How much using?  Proably an 8 ball a week.  3 .5 grams.    Cost then?   An 8 ball for 250.

Alyssa talk to you about drugs?  She didn't know.   She did later.

Changed?  I met rodneyr Nicholson. And he rocked my world too.  He was from indand he was tower guy.  Coming in rest morning, noon and night and I gave him my hone number.    Terry ha dwantd me to marry and have baby but knew never get away from him.

Greg?  He built radio towers.   And sherry kunkle movede in with me.  She had left her husband.  And  terry kunkle and tery de geus were best friend.s knew nothing could come of that. Tried to talk her into stayin in marriage.  But I didn'td turn her away.

On valentines day, of 1993, I invited Rodney and another one of his friends over to have dinner with me and sherry at my hosue and she started dating the other guy.  I started dated Rodney.

At clear lake,  tery walked in.  made deal that not see anybody till he had gf.  He ws with his gf at the bar and he freaked out when there with another guy.  It was terrible.  We left. He cmae to my hoyuse.  Ounding on door, screaminga, had to call lcops on him.   Cos came .   they left.  And  terry ws freaking out, had guy in life. and I hd explained, this is like a short term thing and he is going back to ind, next monrth.  I thinhk I was falling in love.  I liked hi a lot. But knew nothing could come of it.   He went bck to Indiana.  And he went back to Indiana and this new guy was woking at country

HUT000092

10

Marty cole.   His story was , he ha sjut come up from fla, with wife and kid, him and wife getting divorced and he was going to make some money to take off to California. But that was a lie. And  told him, don't lie, ill date you anyway.  He said, separted.  Blah blah blah.  And istaretd seeing hima little bit. On the rebound of Rodney,  missed him. And then  his wife and I got togehr and they had no inteneiton of breaking up and that pissed me off, not honest. Laugh.  So we decided to  pay him back.  We both  continued to see him and pretended didn't know about each other but getign togerh anad discussing. Both told marty we were pregnant.  He was freaking out.  I told him, both said, wanted abortion. Givin gup his paychecks to pay for bortion and we went to mall America. Laughs.  Sucker you been had.  Went to mall and he went to California and we were best friends.

Terry cam e  to me all freaked out. owed a dealer ad bunch of moneyl dong more than he was selling and he asked me to help him get themoneyu together and  be a go between between him and this guy.  I told him would him.  Guy was dusitn.  He borught me like $5000 and went with him and kep thte moey so he wouen'd spend it.  He was not being responsiblite at all. I kept the money and when it was time to met with dusintn I went instead.  Here is all the money terry has and I am telling , stop selilgn him dope, he is doing more tehan he is selling, he was into it bad. He ws way using a lot. It htiough he owuldod. He was bad.

I told him, not get oney out of him.  If you keep selign , he wil only get ore in debt. Not give him anymore dope.  I will get some dope for you and I will sell it and try to make up his debt.    Dustin said, he would think abou tit and get back to me.   I met with terry.  I told him, I would sel for him and told him not to geive you some more.  Ill just get it form you. I said that was fine.  A ocupe of weeks later, dusint called and wanted to meete with me.  At this hwy.  at the hwy inn or seomthign like that.  So I met with him.  And he said,  he thought abou tit, he would deal with me.  And he would give me oz for a 1000 a piece and then what money I gave to him would curb tery's  terry owe dhim 20,000.  he woudn't turn away form that.  I din't agree to pay it all off.  Said I would do the bet I could.   Thyat was  a lot of money.  I told terry, he agreed ot it.  And you have to quit using like you are.   I went back to meet with dusint again  and we partied a little that night and  we were talking about terry and shit, and knew was ex and shit. And getign to know each other.  I left and then came back that morning and he was going to go to where his dope was and going to bring me 5 oz.  he got busted. And called me , iwas freaked out, he thins I sethim up. I wanted to let him know, not me.  I thought I loolked bad. So,  I went and visited. Hi.  He said, knew it wasn't.  he knew that.   I never di get any dope form hin.   When he, got out on bond, he called me, I picked him up.  Took him to his moms and we bullshitted a little,  I thought deal would continue. He would still give me the dope. Dint' know his drug dealing was over.   He kinda let me belive that he would make good on his end of deal. He had to wait for heat to die donw.  Actually he was all fuckin talk,.

Then   his firend, tim, , his co meth maker, started seeing Christy, my best firned.  Started double dating a little, me and her and tim.   Our whole realtionship, dustin and I , was short and full of lies. All hie did was lie to me.  And  he is such a fucking ass

HUT000093

11

manipulator.   I was doing my own drugs.  Not with him.   He doing drugs? He dint' have any.   And I was seihg him for a couple of months. And I got pregnant.  Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working.  I was rpegnatn and not belive.  I told him, having abortion. Not having this kid. Terry will freak out.   dusitn was I'll take care of i.t  not having abortion. I was, going to. He put foot donw.  I was like fuck.  I din't thin he was  like, I'll drive you, not how, I was freaking out.  I knew nothing would come out fgood if terry.  Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it.  Din't think , he had another girl pregbant.    He says don't and you lay down?  He was so adamant.  We argued.  He ws adamant thati not have an abortin.  So?  I felt like guess, his kid too, fuck, he reassured me would be ok.    How could it be oik?  I couldn't see how woud be oki.  I knew terry would, oh my god.    How did you tell yourself it could b oki>  I never told myself. I was a nervous wreck.   And dusitn had this whole legal situation and I dind't now who greg Nicholson was.  I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

And then  dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool. Then you can make dope and I can finally get some.    I figured I would stay with him.    I would continue our relatinship.   How pregantn by then?  Just acoupe of months.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing.  I knew not have kid without him.  Terry met with met a couple of itme. If you are pregnant, cut that baby out of you.  I was scared fucking to death.

Whatlesson from life

i have lived a very self centered life.  puts others first, not  my own.  I alwys think bout how things effected me, before , not how effected others.  Now I want to do the opposite. A good influcena nd effect onothers around me.    I kinow longer want to be feared, but loved.  How I try to live  now.  Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them  the thinns  I have learned.  Give them as much advice. And encouragement.  As I can.  I think if help one person while in here, that would be a good thing.  And  I care about them ndswnat to help them and not let others go without anything.  Try to run life, try to encourage and get them to pray and  idk, want to be good influcne. Leave jail, glad I met angela Johnson.

NORM –iws always real thing.  Crank keeps you skinny.   I buffed my car and his truck and buffed the shit out ofit.   I enjoy doing stuff like that.  I had it for 24 hours

HUT000094

12

He let me do it at his house.  So, I did mike and then his wifes and his.

Jan—nd hand clothes,  whne I had my bar.  I had my bar and  shit she still had it when marvea was born.

Carol mann—she was firend of mom's.  kinda out there.  Her and mom not friends anymore.   Her son is in prison.  For life.  for  this little girl asaid she molested her and wanted to drown her.  I don't' know how true.  I believe kids.  But   certain things aht didn't seem right about that case.  He isin prison for life.  like carol?  Yea.   Didn't not like her.  Funny.  She could be comedian.

Carol's report that mom ws in ks all the time.  –yea I bleive she was.   She called carol to get ou guys?  Proably atrue.

Kim worked for my mom at the restuarnat and became lke one of the family.   She eventually moved in ad lived with us.  Like a sister.   Her age?       She was like 24. hwen liiek 16 or 17.   she was older than wendy.

Pricked?  Well , not though to f that in long tie.   Yea.   Eery now and again. Do you get like a sharp feeling like poked in foot, out of clear blue.  Happens to me too.  Mom would say that was pricked by god and bringind her attention to something.

Grandma Florence? Hger death.  Idk.  My mom got a phohe call.  She told us grandma died.   She at the time.  Az?   Religious thing?  And a few months earlier, she had called mom and asked if come back and us kids said no wayl   nd hse told her not come and shortly there after she died.  Mo felt bad about htat.   How old?   Amyabe 15.

Mom not come to wedding with AJ?  There wawn't one.  We went to justice of peace. Kim and lono were there.   Wedding dance and mom not come—she ws in Colorado. Only personfrom family was wendy.       Not come to holy's wedding? She ws in texas. Tht was a whole wendy thing.   Wendy wnatdc to be make shit for holly wedding, she just wanted them to come  and  idk, big fuckin mess.  Wendy not going to come if she cod'nt do things.  I told mom , drive to texas, but no.      wendy not come and mom not come.  It was  mom dind't think holly should marry mnike, not thought that miek treated haley very good.  Did he?  He was  come a long way.  He is short with her, but not abuse her.  And stuff like that and he was good with marvea and I thought really defensive for him towards mymom.  Hard to be step parent, but he was trying.   Halye called him dad and no man isperfect.

Mom liked mem?  No.   I don't think she did or does and I don't either.   She used to tell me, angie, you are going ot be like me.   Old nad alone.  Yea nd probably.  And I sure am.  She idnt' mean it in a mean way.   Why tink you would be like her?  Idk.  Cause of

HUT000095

13

the mne in my life. I coudon't stayin one relatinship. I guess, idk. When say that? Late 20s.

When ruing bar, home at all? I , ,my bar was only opoen wed to sat, 3-2. home in day with Alyssa, not work for three days.. so ,

Mom said you will bre a nobody and worthless—proably got exaggarted into that, old and alone. Laughs. Oh dave. Mo never say something like that

Holly moved in with you? I loved it. Shelived in basement. Fixed up as little apt. she watched Alyssa and marvea whil I worked. Work out well>? Yea. How long there? Quite a while. Icna't remember why she moved out. I know moved back to forest city with mom.

Dad hit you in back? He , another time, cookie, we went camping and me and my cousin ,were out on lake in canoe and when I came back, cookie said, you been drinking, I said, no. and Barbie said, no. let me smell your breath. And she said, sucrets, you been sucking on sucrets to hide beer. And barb ws no. just out on the lake and forever to get back. Thought not get back. And I wsa supset abouthta. I wsant beling belived and accuswed of something I dind't do. She went and otld dad I had been drinking and Shannon her daughter. You mom thinks I have been drinking and I haven't. sure as shit. I walked inot camper and cookie told him been drinking and I got smart, dk what I said, and dad hit me and hit me na dhit me and hit me , in the neck andreally hurt my neck and had bad headaches. Said my neck had trauma nad why having headaches and throwing up. Went to him 2-3 times a day at first and then it wsa good. I never went ot dads again after that. Fucking hated him for that. How old? Idk. 12 or 13. Barbie. Aunt winniie, dad's sister.

Dustin getign you in debt> afer stopped matking meth. He never did make meth to my benefit . meth or crank. Same thing. He didin az. Never got any of those drugs. He take my credit cards nd rn them up and promise and ever paid off. Had to pay off. Got me in debt. Before pregantn? Durig and afger. Just ridiciulousl. I dn't have any credit. Ihad perfect credit till he came along. Dustin ever appoligetic? No. kept you with him? I had his kid. Tha mean? I thought try for marvea's sake. Not be with him, he is a liar, never the truth. And not want ot be with him, not lovcve and not even like. How long with him? Not a really long itme, actuallyl,. Just been in life a long time. His gf Kathy, call and haras me. I wantd tokick her ass.

I would say, go be wither, it is not a problemfo rme. He hated that. I don't want to be with her, be with you, dhtne fuck get herin check. She called al the time.

HUT000096

14

Terry rape you?  Of course, when we broke up.  And if I was like no, he would force himself in my  house and on me.  How often?  Not a lot.  More towards the end.   Resist?  Yes.   Forcible rape?  Yea.   Report him for that?  Noooo


I did die-- I remember it.  Not sure how old I was.  Young.  And rmember I had a long white night gown on and  idk know if I wsa sick, don't know that.  I remember diying and going up to corner andlooking at myself, and hair almost touching floor and I was laying there dead and she was crying and I zoomed back in body and I wsa fine.  Freaky.  Dk what prompted you to die>?  Ever asked.  Mom said, nothing wrong, just came to her and said, I'm going to leave you.


Mom wrote letter too jimmy?  Don't know that.

Who were you from 1989—93  what was ogin on with you.  Jumping.    I guess I was just going with the flow of things.    I had it in my heaed, that dusitn was goin to be a eneift. But I didn't.

Who were you in clear lake,ventura:  I was alyssa's mom, wnatd us to have a normal person, hosue, job and kid.  Just have a hapy life.   but I didn't do that.   My adidiction to drugs  was my main prirotiy.  It was  it ran my life. ithought doing drugs made me beter mom, person and employee.   Think that it did?  Because I had the cleanest house on the blocki an dmad ethe most tips and I  always had time for Alyssa.   Those things don't matter.   Dind't sleep?  Yea. And I just had plenty of energy.  All my responsibilities, dealt with.   I just guess I was living in a fog.   Lssping then>  I slept every night, usually a, a few hours.  Rarely stayed up nights.  Terry go days and days without sleping that makes you crazy.   I proably did about 5 hours a night was good for me.  I got to be d late and get up early.     Sleep now?  Oh, I lseep as much as possibly can, try to sleep it away.  I go to bed at l0 and breakfast at 5:30.  I keep my cereal for night. Till evening.  I usually eat toast and kep juice till night.  I go tback to sleep and clean at 8 and then go baack to bed and sleep to ll,  watch young and restless.   Ten during day, I try and wlak a couple times adya, and call lawyers and read mail and   idk.  I do't usuallyl nap during the day.  Unless tired, or depressed.

I get lonely and go in room and lay on bed.

Who you were? I don't know who I was. I was stupid.   Idk who I was.  I don't think I ever knew who I was until I came to jail.  I look back at myself and hate what I see,  self centered, selfish,  drug addict.   I look back and  disgusted with myself.  I thought was such a good mom.  Wantd to gbe a good mom and tink not a good mom.  Worked too much and idk, just should have , I should have been around more for Alyssa.

When wasit when not there?  When started working at country club and country kitchen I worked from 6 in morning till 2 .and home every night. And at contyry kitchen  worked 10-2 and 5-closing.  After cpontry club I was always working.   We were closed January

HUT000097

to marhc, and I got unemployment. I worked three seasons. I loved verlene, best boss ever. Both Capricorns.

Capricorns like? Dedicated, loyal and hard workers.

Theme of life, looking for love in all the wrong places---seems right. Youthink when I say that. Think yoyu are very accurate. I never wanted to be alone. I always had one guyt afer another, afernothta , I was always seeing somebody. I don't understand that.

Feel when alone?> idon't know, never was alone. One realsionhip ended and another stared, don't' underatnd. Why. Moved to desmoines, first time, no guy. Think about another who had that? I'd think, geez, I'd think they couldn't think for themselves. I think they were weak. You? Oh heavens no. I can't explain mny way o fhtinkgin gand life style. I still don't understand it. I think I would have seen and done things, if not doing drugs.

Why doing drugs? Self medication instead of anti depressant. I have a chemical limbalance and I have a depression that is too severe to take care of and ignore. I should always be on medication.

Treid medication for short time, but still did crank. If not done crank, maybe I would have made the connecitn. Never not doing drugs.

 What did you do with information  like this is your brain on drugs?> I dint think of crank as a drug. I didn'tl  when seen commercials, I thought of pot and doing acid and shit like that. Din't think of crank as a drug. Know what was in it? Know what the ingredients? I know  but before, an hydrous thing not popular. I guess not knew made of. After anhydrous coming and shit like that.

I loved it. I'll never have drugs in life again. Never want to be that fuckin naïve and blind. I want to live in the now. You don't live in now when on drugs. Now so awful, I hate drugs for what have done to my life, let them. Drugs took me away from kids and hate them again. Never let drugs have the satisfaction of ahving control o fme.

I finally feel, stupid to, and so not in controk,  I feel like control of my thinking now fmore than I ever have been. It feels good too. I just get disgusted when I thnk back, how controlled I was by the drugs and the men in my life. it just makes me sick. For so strong minded, so easily manipulated. Makes me sick.

I am a hot head. People always know I'm mad, if sad or disappoint,  everyboy knows, wear heart on sleeve. Where stand with me and sneaking, manipulatorls  I just despise them. I am so much rather be hot head. I hate it when people aren't themvels, but I'm a fine one to talk, I am myself now.

Dustin love you? No. being with a man who doesn't' love you? Only one that din't love me that I thought. Dustin din't know how to love. How come just gone? I kind

HUT000098

16

think I was.  After   I knew not want to be with him, marvea was bor. In hospital giving birth to her, not want to be with him.     The more I pulled awy, themore he tried ot be with me.    He controlled me.      Hwo could he control you?   He used fear to control me.  Fear of what?  Fear for my safety and my children.    Fear of going to jail.    After told you.

 With him for year? Not living with me the whole time.  He just stayed, not really living, not get mail, his residence was mom.  He was either at my house or kathys.  It hought at moms  dind' care enough to check up on him,  no mind when he wasn't around.   Why let him be around?      I don't' know.      I let him  be aaround beause I thought there would be a pay off in end.  ?  I think  I thought that  eventually   he would  get bck into crank thing and I would finally get my dope form him, I guess.

 Soemboy reported you were so goo go about him?  Never was.   I thought he would be successful.  I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book.  On> on how to make meth.   Aeem liiek acnj acompisment?  If get a book published.  He wanted to be a science teacher.  He talked so much shit.  I really bleived he could succeed in thiese things.    Until I realized all fuckin talk.    Realizd that?  When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustying an d being lied to and shit.

Terry like your dad?   Both strong.  All I would know.    Terry feel like rescuer?  I always felt safe with him.  Nothing could touch me when he was around.  He was  my everything.    He wsa danger,    that incongruence seem clear?    The good out weighted the bad until the bad was too bad.  If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older.  Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good?  Loved him.   Loving him give you?   So powerful?  Made me happy.  If se ehim from acroso the rom, not help.  Heart flutter. And

Look like?  Oh, so good looking.  Loked like Patrick swazy.  Very muscular.  Very, short and one long braid,    a ksinhy little braid.  Dk why, but it was cute.   Like abiker guy> but idn't have cycle.  But h e was kinda like a thug.    Not a slacks and jacket.  He was blue jeans and boots.    Nothing he couldn't do.    Look I slike your dad?  Jyea, james dean.

Dustin different/ he is like dukey houser,  never sexually attracted to hi.  Sex with him was never good. Nothing was ever good.

Sometimes when I hthink about terry, I think about him up in heaven,  Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone.    Still berescuer?  Yea.

Case 3:09-cv-03064-MWB-LTS     Document 234-3     Filed 06/23/11     Page 99 of 100

HUT000099

17

Yea, the world is not a better palce becaue he isn't it it.  Crying.  I hate it when oeple talk shit about him, hate it when   I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared.  I don't want people to remember him like that.  Crying.  That isnanotehr reason agreed to alfrod plea.  I just  don't want  bad things said about him, in an effort to help me.     Sbveucaeoother than his temper, he was a good guy.  He would have dond anyting for me,  he wa s a good firned.  To others too.

Creid about abuse –kids in camboida.  I adopted them, making 32 a week.  I wanted to bring al camboidia kids abacak to America.  I can't stand any kind of child abuse, if see someone, too rough, I wil  address that. Approach someone, you are being too rough with child.  Hit that kid and I will hit you.  Don't like, eve my friends,  dave, he get short tempered with brina, ndont' yell

Discipline your kids.?  I nevert hit thme or spanked them.  I would tell them.  And I think that  spaning and hyitting is just because bigger andstrong.  Obey me and respect cause scared I might hit them. Want them to respet and love me.  And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen  I don't

I love mom .  I hate that I did this to my family.  Don't know how I can ever apoligiaze to my family for this.  Each time, mom has to talk to someone, an invasion of their privacyl.  They have to do that for me.  My dad, broehr, mother, siters.  Alyssa.  So sorry for it all, wish I could make I go away.  And by taking this alfroed plea, think I t will do it.

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago.,  I would have plead and if just drugs,  I cn'at deal with that kid factor.

HUT000100