of school to help me, dk how to surive without that. By the time,the turkc stop was on its fet, took a lot of hard work, I took acare of a lot of us.l. angie dint want to go back k she grew up too quick, wendy too. Could, by law? I don't think it was. She din't want ot go back. I watnd her to finish,but not push it like I should have.

Not happy in school. Learning disability? No, I don't I think it was cause she dind't go to school. Don't think she does. I think she is hastyi n her choices. She rash, decision, instead of thinking it througj. Talked to her abou tit many many time.s think abou t, add? Could be. I now , like said, talkeda bou tit, ot jumping inot anyting. Makes her decision.

She has.

Prayig over them? It got a lot better. I did a lot of fasting and bpraying over the kids. I don't know. Physically describe what it was like? I just anoint them with oil and prayed for what they wanted. I just, try to remember. Casting out the devils? Totell it to go in jesus' name and shouted it. But I remember alin to angie, told me to talk, a voice had talked to her. And so I talked to mom abou tit, and my dad and they said it was. I rmember we held her, arms and I prayed over her to go in jesus' name. she said, never talked to her again. Scared her to its. If something had talked to her and told me , could herar a voice talkijgj ho sthat came about. Scareed her and scareed me. How many times did you do that? With angie, oncnly once, don't know if again. Don't remember more than once, if it was. Same with the other children? Allof them, if there is omethig, got ot go. Remember praying and Holding down screaming children? I don't think that is so. I don't remember a lot of the.

Let me think abou that? I don't remember that. Let me think I remember that with angie. I remember praying over everyone

HUT000261

ofkids that it had to go and I remember was it any specific kid. I rmember praying when htye were a little older. I don't remember. Were they young? Mom and dad were there? Yes. I think we prayed over them. I don't think it was to large extent when small. I don'[t honestly remember. And I remember praying over them when teenagers for that and remember praying when young, but can't remember to the point of holding them down. Don't remember that. Me or mom? No , notll three. Not in the basement. No. just a cold old basement,with cement floors and had a living carpet living room.

That is omethig that is mixed up. I remember praying with them on the carpeted floor of the living room but not on a basement floor.

Tire in the basement? My mom. My mom did htat. She bishop whitlock, he belived that if there was stuff in her, you could beat that tire and let out aggression and that would leave. I never went for it. Mom and I got into it, I didn't bleive it, ididdnwwant her to do that. Thatis why she left to go to town in California. We argue, I didn'twant her fdoing it. Bvleived only way to get a deliverance.

I don't know what happened to mom after that. She called one time at the truck stop and asked if she could come back. And I never called hr back. And then she died shortly after that I talked to kids and this is what she wants, you have a vote. And they didn't. not going to force them

She was hard for me. With my own problems, better after she left. You must have ben angry with her too? Yes, cuase she kept doiong that. We never had a relatinship , but had made peace with her, when that happened, whith her and thire and stuff. Bishop whitlock. Psychological or spirutal or both? Part psycholoigcla fear, she was afraid she wasan't good enough and holding stuff in

HUT000202

her heart.   And she dint' want it to be there and  it caused problems a lot of problems.

Alyssa have it?  I think she is findi out, she can do things and got a lot to offer.  Idk,  there is probably that insecurity there.  I think there is that insecurity.  Beuing alone and her mom gone.  Hard for her.

It was.

It hik she has seen a lot through her mom. Went rough a lot with her mom.  Terry , , I remember one day,  praying for ang in the store , really, idk, can't remmer al of a sudden, something not right with ang and stratd praying, protect her, protect ang.  I kneew soemtehig wasn't right and anyway,  afterwards, angie told me that teryr held them captive for 2-03 days and I had prayed prtect her. Felt something not right.  Idk,  but angie said a policeman came to door to read the meter casue meter ma was sick and she told hi that terry was holding the, and at the same time I was praying, god knew and sent apoliceman. And they took him away and shewent on to work.   Took him away and then let him go.

She said hse went ot work and  they let thim out and came after her and ran in ther and in bosses office and he was on her tail and called for help.  Idk all the details, it wasn't good.  He was preety bad andknow Alyssa sen a lot.

Contact with Alyssa?  Well, she spent a lot of itme with me, for a year , ibabysat her when she was dancing, I took care of Alyssa. She was a sweet little girlkk still sweet.

I put my kids through a lot, and angie put her thorugh a lot.  I think she felt abandon by angie.   Idotknow what happened over there, Alyssa not say antying to me, and little bit she did, get in trouble,all pretty quiet and when ang started getgin into drugs, I

HUT000263

never awah her very much and when moved tyo clear lake, not see her at all, like once or twice a year. Real distant. I know she ws into stsuff.

I dint know al that was going on, but did know that. Do when you reached out to her? She usually, shtil stalked. Just very distanct towards th last. With everuthing she knew I loved her and we were close.

Idk,can't remember a lot of that, I don't remember. When I did go to work, sacualy best thing that happned to kids, when they were alone, but brought htem to truck stop so we could be together. And I don't know. It is alla blur. I wasn't there a lotl and I didt tlak to them lot I worked and everyone of htem isowrkaholic.

Anger and fer through the generatiosl. Think Alyssa isoging to bet it. Like she has that insecurity there. Everyone of them had it. But they, everone of them could work and work hard. Knew they could work and get what htye wanted by working. None f them are afraid of work. Insecure. I think angie kows shes' ok, not so bad for Jamie as it was for angie. Maybe she thinks. Her or jimmy or hlly, iwas changing. Things getgi better and better. I amdmit it, I feel responsible for my kids. For the way they are. Jimmy has done ok. He's ok.

I think he is.

She' come out of it.
She's taking on role of grandma sund. Good person for kids? You had to be careful fo her. I know she was deceitful and know she cause d some problems, I know she made problems where there wenrne any I never liked her.

I didn't always feel that way abou ther. not trust her. I knew, not dealings I had with her. Good and bad in everybody. And the

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 4 of 100    HUT000264

kids liked her and she lioved the kids. But she was even , I know, when I don't know how to say without it sounding , wendy thought she was her andgrandamag to along but she would take stories to angie and take them back to wendy. She liked to tkeep things going. Liked to keep thigs going. Maybe nobody else saw that. I seen her use the girls. She get information out of them and turn around and use it against the. I know she did that. They weoudl never believe it.


Kansas? I rmember one time, whe divorced from him and seing im, seen hi for about htree years. Bobby clset, holly's dad, he was married at the time, when seeing, he said was separted and later, still living with her and I guess it started. My mom and dad had gone out to colo, awnated to go to colo, and wantd the kids and I to come, we did and I said good bye to bobbi a relationship goig no where. So went out there. Not gout ther. got a leter we were writing. And then we ended up coming back to iow aand never told him, just came back. Dind't tell him. I came back and mom and dad, had a big house and lived together, where it started, the kids and that. With all of us, and the fear. Anyway, to make a long story short. My mother in law, had called knew we were back and wanted to know if come up for easter, don't know, 72. mot qauite, maybe, around there. We went up. And to have easter with them. And we hadn't been there bvery long and phone rang. Winie, had smie and said its for you. It was bob calling her if I had an address if she had addresswhere I was. I hadn't told him I was in iowa. Letters coming back, so knew. Trying to find me. She swore, she thought I had told h I had no idea. He ws just calling, no idea I was ther. I had not told him got otgher he starte coming down and started spenig and I got pregnant with holly. I couldn't tell mom and dad. And he was not divorced yet. I didn't know what to do. Caorl had these friends, the dillos,l Christian people and she said, she could get ahod and stya there. And then plan, thought give up baby but it ws not a good place, chad dillo and

HUT000205

they had been orphaned, not good there.  And I didt realize how bgad it was tillkids were telling me they wer chritian dn wanted half way house so kids in off street.  Off street. I hlpeed start that. I be gone, only gone one or two nights a week but most of time, just one night. And becue I was carrying holly at the time, and I cmome home, the stuff was not good  and being mistreated, so anyway, it go t opoint, I called carol , and we left and went back to little town in thornton and went back there and living there , tleeram, man coming back to house and had to find place to leav, he was getign out of service.     Thornton after three day drive? No that was mason scity. Not in thornton till igot pregnant and  we moed.  I have to htik  it has been a long time ago.  No when that happned, it was't three days.  Only  a couple days.  Not three days my dad went back to work. Not three days.   Trying to remember. He stated coming down on weekends,  we left, al that stuff going on in mason city,  carol and I went to lok for house and thornton and that is where I was when jim's mom asked us to come up.  No , take that back, let me think abou that.  Been so long.

I just got to get that right.  We left mason, igot a house in thornton. From mason city, with mom and dad, moved to thornton.  We are going ot move and got plce in thornotn and I was , seems like we were in thornton  , we were in thornton  that is where living when bobby coming down on weekends and one weekend brough children and his dog.  That is where we were livingl.  Not happen we were in mason when began.  And then I got pregnant, dind' want to tell mom, starting to show, carol knew dillos.  And they wer bad nes people.  We came back, I was in my third momtn when went and came back and I had the baby, back in , came back afer , after , still December, and shewas born in February, not there, twoo many motnhts.  I realized not stay there an came back. I dit' know how bad,  the kids telling me and we came back.

What have they told You?  Dk how many, he molested wendy, and he molested her and angie, I think angie, and I know not good

Case 3:09-cv-03064-MWB-LTS   Document 284-10   Filed 06/23/11   Page 6 of 100
HUT000206

with the kids and he was molesting his own kids. And italked ot
her abou tit and when making arrangements and I wanted to do,
and she was too afraid and not wanting me to do anyting after we

were never going to happen. I told tme it wil never be.  Never will
be. And what I underatnd, dk if lost theland. After that, I never
bothered to see what happened to them. Dk.

Angie, but wendy said he molested and ang sia he molested her.
He had some little room, dk where that ws, no little room,  that was
over crowded house. I knw osomethings were.  Indian boys, two
little Indian boys, one he bought in bar, and he tok him and another
little boy that  tells story of how he was running rhoguh the corn
fields. And some body had shot his mom and dad.  And he was
rrunign all he remembered. A nd that was bob dillo.  His parents
had be killed. And they save d the little boy     mistreat the boys?
Not severely. They made fun ofthem.  Made fun of them and I
remember having words with them becaue of it, I did. Making
them suck on pig bottle and we had words abou tit. And of couse,l
we were living trhere,  we were the ones who making it.  Making
it something itwasn't  dind't belive they were doig anything
wrong.  But they were afraid, becaue I ws going to tell people on
the,  but we got out of there I do think, I do rember it broke up,  dk
how I knew that, there was no ophange.

Kids were coming,  it hinkg would have ben ok if they had bee k,  but not teating, the
boys , but I think the one girlwas molested bad, but afraid nd not want me to do, but she
was afraid casue had to live ther. and still in school.. so I dk what happened after that. I
heard they married a coupe of them got married and that is all I know abou that.

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 7 of 100

Marilyn Hutchinson                          4/15/05

29th –
6th –
vacation

Friday –
May
13th
*
her office

ok – experts
Dr. Martell – no exp. w/ martell

raw to her – she will forward to
        Logan + me

May 5 + 6 – will check dates
                        but no
proffer – d/n/k

agrees w/ Logan

thinks it's all about Daddy – aban-
doning unavailable men is like aban-
donment of Daddy.

She says she loves Terry. Needs
early stage of relationship – honeymoon
is seductive – still looking for dad or
a man to rescue her.

Childhood abuse – what that does
to brains. (She did a whole workshop.)

Question: combination of childhood
trauma – gave addiction to adrenaline
rush. Whole nervous system on hyper

Case 3:09-cv-03064-MWB-LTS    Document 224-10    Filed 06/23/11    Page 8 of 100

HUT000208

MH 001005

alert. They want to do drugs to keep level of stimulation. Takes more + more

Abused kids repeat that trauma.

Simple but complex. She thinks of herself as bad —

Questions — she will write out.

She will focus a little more.

HUT000269

Johnson interview

By mary goode


GEORGE BARLAS
Employer—good mother; not think would do crime
Little bossy toyounger girls—as good an employee as you could ever have
She never seemed high—I can tell when people are high.


HOLLY DIRKESEN
Chapel—every week fiath healings to make foot longer
One time wanted to watch movie—45 minutes ; I spewed out a few names and then
      Got to watch the moved.  Dind't feel abused.  Irriating.
She was my mother—tie shoes, ride bicycle; mae me believe in things

Dad was big disappointment—hit her so hard one time that had to go to chiropractic for
months
Wendy always jealous of angie—boy friends.

We were poor—drugs were escpae;  tough attitude

SHE DUMPED EVERY BOYFIREND SHE EVER HAD-NO ONE COULD
MEASURE UP.

Dustin never paid—charged, expensive things. She was working double shifts and trying
to provide forher girls.   She said she was tyring to make money to buy kids clothes.   She
got very difficult to live with—angry.    Mad at her because she didn't help me.

Mom worshipped jimmy and his sports—I had to buy own clothes, she was sending
money to him.

Mom never learned to drive—ask others for rides and said that god put them there to help
us.



JAMIE JO HAYS
mom lied to me about year I was born and said I ws suppose to be a boy

Something about stuff ed bear that was lie—
Never wanted to sepaerated from dad—went to cousenling and realized never get back
the things that I lost.

I didn't rebel casue wendy and angie hurt mom

HUT000210

Mom told us we were stubborn, rebellious and unrlly children who didn't get along with anybody.   She tried to control us.   I could never make a deciosn.   Mother treated us like dind't like me.

Mom said terrible thins about dad.  Saw him once a year

Nothing mom did ever panned out—e.g. movcing to colo.  I came back by myself.

Didn't know mother pregnang=--came home with baby.
Mom didn'dt like kids.  Made her life hard.    Mom would leave and stay out all night.

When holly's dad died she took it out on us.

If I did something bad she called me supid, and slapped me and treated me like shed dind't like me.  I became inviislbe. To get along with her.

Mom never explained anything.  Can 't  get over the feelinlg that can't figure out what is going on.

Told her mother she couldn't come home cause kids didn't want her to –terrible


ARYLN JOHNSON

She strated cheating with Kirby Thompson—white rat-he had pussy powders and cheated with other men's wives.

Angie speaks her mind—yelling on phone with sisters.

Would tell me when needed to be at things. Or call and tell me han'dt seen alyssia and why not


ALYSSA-
Moved too much.
When living with rick, she started to lose it.  One time she had her purse stolen—1500 and 3000 in meth.
Indesmoines  she did drugs in front of me.  More of friend than mom.

Since jail, not as close.  She has gotten religious.
She was mostly happy, less so when terry was around.

After terry would hit mom, he would buy us both gifts.
Terry –hunhg out in shed and peeped. Picked locks with knife.  –peeping in window.

HUT000211

Rodney—lovedl him, coolest.
Dustin—NOT her type.  Tried to take over the ouse, e.g. skim milk.
        Then pregnant and she was more irritiable.  I was always in trouble.

Mom's drugs—stayed up for like 3 days,  then come down an dspend day on couch.   She used drugs all my life.   worse when 8-11, the stayed there.

She was bouncer for north beach.  She hardened after tery.

Mom good mom—started dating terry when kindergarten.  He bet her up a lot.
In counseling in 2nd grade, mostly about terry.

We moved a lot becaue of terry.  Went to hotels.


WENDY JACOBSEN
Realtiosnip with dad and cookie and jimmy
Holly—not since her testimony to grand jury

As big sister, I did work door to door, to provide school supplies and food.

Told her as child she would sacrifice if god asked.

k—eauclaire; the puebleo
1.-ueblo
2—mason city, iowa
3—mason city
4-thornton
5—chantue and thonrton
6-klemme
7-foreset city
8—forest city and Thompson iow
9—forest city; left school –mom needed help at restaurant , to not pay.

Mom made me feel I owed her something.  Not emotionally eavialibe.

Cast out demons in angie—grandpa sat on her head with bible in her hand and all were pray ing, talking in tongues.  –do it till she stopoped fighting.  Today would say she wsa dyslexia and add—reversed number. And deaf is not paying attention

Prayer closet—had to go in there till got right.

Mason city house—grandparetsn got rid of all tody.   Let birds go cuase devil in there.
Smashed tv dad had given us.  Got us to bring out toys and burned them.

Told kids at school about world coming to end and got beat up.

HUT000212

Drove fro threee days—folloinwg scar on mom's leg.  No food or water.  When got to charles city, given food and vomited.

Petition in neighborhood to get flroence out—playing records of exorcism, beating on tire and spitting out devil

Kansas—holly was to be the first orphan.   Mom asked me if I wanted to stay there with holly—she dind't like me.   Bobbi was very mean—smacked the shit out of Indian bosy.  Made them suck from pig baby bottles.   Daughters had sheer underwear bought by their father.  A dead person inroom and think they got her ss check.

Teenaged daughters took me in to their dad.  –he had hands all over and climzed.  Built hut where we were to live and they came and scared us with skelton heads with blinking red eyes.   Not enough food.

I did alcohol and angie di d  drugs.

No regular contact with dad—tried to write his mother and my mother took the letter

Kids not tell on each other, so all whipped,  used make up to cover marks—jean put it on her.   Grandma sun took belt awy.

She lost control when started whipping us.  I was pregnant with brook whe she was beating on jimmy and I stooped her

When son brian was three, he went to his fhaters for month in summer.  Mom signed papers and he got son and mom got his car.   When 20, she kept telling me brooke would be retarded and should have  abortion.

Mark:  jean gives aura of saint but she controls kids.

Jean wrote 2000 in bad checks and said that if had faith, jesus make them good.  Then it was wendy's fault cause she did have enogt faith.

Terry—no good.  Left her beaten in ditch.

Wendy ws primary caretaker of family.   Mother disappeaered for extended periods of time.

We were in mom's way.  Uses guilt to control


JIM AND COOKIE

HUT000213

His dad died and his mom worked as custodian . went to catholic school.  At age 14 beat up judges' nephew and got sent to reform school .    I was youngest kid in Wales.   Had trouble spelling—jimmy has it too.

Jean got into religion when we sepearted once and was living with her folks.  Then went the other way and having affairs.  Wendy, angie, Jaime an djimmy

Wendy was doing well in school but mom wrote letter she needed her and she left and went thter to work.

Wendy calls her mother the sperm donor.  Will do anything to have you like her.
Angie trys to laugh.  All the girls are nervous.  Angie tries to hide her sadness—comes from tehm holding her down.

Mom said wendy—just like dad.

Jean kept compulsiviely clean house—but never a home.  She had great clothes and dindt' care what kids had.


JIM & SHELLY JOHNSON
Met in high school.  Spent his senior year mostly at their house.   Mom was so scaredo people dind't go or do things at school.

Angry mom skipped his wedding—she went to tenn. Cause couldn't be around jim and cookie.   She's the victim

Good with me and jim.  Favorite of sisters.

One time visiting and found angie sleeping with shot gun.  I thought she could get rid of terry if she wanted—but found out codn't.  I had niughtmares about it.   Terry said could kill the officer and then kill you.  if I can't have you, no one will.

Dustin—she was in awe of him.  Thought he was so smart.
She was always moving.  –like mom.

Jean had men who came and went andslept with her.  Dk how justified that.

We lived on welfare, food stamps and cheese programs.

One time asked for toast and Maxine fixed one and mo did and then she saw I had 2 and smashed one in my face.

HUT000214

Wendy and angie—hysical fights with mom—sreams, punehs, balling, lous noises and thrown up against the wal

Exorcisms in my bedroom—maxine nd her kids and then wendy and then angie. Fihting, screaming and hollering, till point of faftigure.

In ks, they shoved balck eyes peas in face when wouldn't eat them every night. Nightmares started thre and continued till college. People chasing me with knices, tyring to kill

Remember kittens and sows; chased by bull; butchering cow on kitchen table.

Wendy was primary care taker and angie was protector.
Constant hunger—fasting


PEARL JEAN
Angie bourght terry to have mom pray

Maxine abbott—pulled out of café. I brought girls in towork, biggest mistake—they are all workaholics.

I changed name to jeannie's café.
Got it on it fett-sold and then they wouldn't lease it to me.

Knew that angie thought she loved steve hugo—felt sorry for him cause blind in one eye. Then married AJ.

I wasn't good in the marriage to jim—never told kids. I loved kids but not greatest mom. I repeated what I had in childhood—seen and not heard. I moved around as a child and raised myself. My mother ended up living with us.

Jim abused me, he accused me of having affair so I did.

Once when under 8, she said, I'm going to leave you. eyes rolled back in head, glassy, she jerked in arms and sat up and sais mom what's wrong. She saw me hodling her from above.

Religious wrirings

CAROL MANN

Jean and I were tight. She told me to get affairs in order, going to die. –several others incidents and had nervous break down from fear. Had lost baby a month earlier and this stared with her. Stayed away for 7 years.

HUT000215

Friend, new crhtiasn and jean took her friendship away from me.  Nobody will assert everyting over her and hse has no equals.  Very passive aggressive.  Jean isolated her family and herself.

Jean thinks that her husband tried to kill her.  –hypodermic needle under bed.


DAVID NIEMAN


Degeus as town bully—beat sherrif and anoterh man when stopped and one time beat up iowas stage gfootball player twice his size.

Angie was in love with him, but scared of him.
Angie told me that de geus had knocked her out

JANET NIEMAN

Angie called me one time out of the blue and asked me to take her daughter.


NORMON OLSON
One of the vbest waitresses ever had.
She was there with my kids and said my turck needed cleaning and did it.
Hardness to her—way borugh tup.
Saw no evidence of drugs, but thought she porblbay used at hoe.


MIKELL OLSON—woman
Used to babysit for marvea.  Met though father as employedr.
Looked to angela as mother figure.


VERLEEN VANDERPOOL

Worked hard
Told her that terry had threatened to cut marvea out of her.
She was depressed.  –thoguth was drug induced

HUT000216

FAX # 307-883-9156

To: MARY GOODY

SUNDAY, 5/1/05

FROM: PAT BERRIGAN

re: DR. HUTCHINSON'S NOTES

Mary,

Here are the troublesome passages.
I spoke with Marilyn briefly this am,
but will you please follow-up with
her after she returns from vacation?

Thanks Mary.

Pat

PS— We'd be lost in the wilderness without you!

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 17 of 100

HUT000217

Mary,

Here are the troublesome passages.
I spoke with Marilyn briefly this am,
but will you please follow-up with
her after she returns from vacation?

Thanks Mary.

Pat

PS— We'd be lost in the wilderness without you!

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2595 |
| CONNECTION TEL | 13073839156 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 05/01 14:20 |
| USAGE T | 02'30 |
| PGS. | 6 |
| RESULT | OK |

*********************
*** TX REPORT ***
*********************

Case 3:09-cv-03064-MWB-LTS     Document 284-20     Filed 06/23/11     Page 18 of 100

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inocne tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husines. I'll deicve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't.. I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin sitting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin. I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me without me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that? Mad at me becuae I fell for this stupid fuckin , federal informatnt in jail and gave him maps and tah gabvre him the death penalty and going to make me pay for that.

I never know , ifnot fucking tody me.

Childdhod_-NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosue, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

HUT000219

11

manipulator.  I was doing my own drugs. Not with him.  He doing drugs? He dint' have any.  And I was seihg him for a couple of months. And I got pregnant. Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working.  I was rpegnatn and not belive.  I told him, having abortion. Not having this kid. Terry will freak out.  dusitn was I'll take care of i.t  not having abortion. I was, going to. He put foot donw.  I was like fuck.  I din't thin he was  like, I'll drive you, not how, I was freaking out.  I knew nothing would come out fgood if terry.  Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it.  Din't think , he had another girl pregbant.    He says don't and you lay down?  He was so adamant.  We argued.  He ws adamant thati not have an abortin.  So?  I felt like guess, his kid too, fuck, he reassured me would be ok.   How could it be oik?  I couldn't see how woud be oki.  I knew terry would, oh my god.   How did you tell yourself it could b oki>  I never told myself. I was a nervous wreck.   And dusitn had this whole legal situation and I dind't now who greg Nicholson was.  I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

And then  dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool.  Then you can make dope and I can finally get some.   I figured I would stay with him.   I would continue our relatinship.   How pregantn by then?  Just acoupe of months.  In 3 months, Rodney, martyt and dustin.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing.  I knew not have kid without him.  Terry met with met a couple of itme. If you are pregnant, cut that baby out of you.  I was scared fucking to death.  Nad November of 93, terry wan't a problem anymore.  Cause dustin killed him.  I still can't believe he is gone.   How find out he was gone. I found out he was gone, cuase terry, dusint had me call so him and tery could talk,.  He would tell terry to o go

Need to not talk about crime
Whatlesson from life
i have lived a very self centered life.  puts others first, not  my own.  I alwys think bout how things effected me, before , not how effected others.  Now I want to do the opposite. A good influcena nd effect onothers around me.   I kinow longer want to be feared, but loved.  How I try to live  now.  Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them  the thinns I have learned.  Give them as much advice. And encouragement.  As I can.  I think if help one person while in here, that would be a good thing.  And  I care about them ndswnat to help them and not let others go without anything.  Try to run life, try to encourage and get them to pray and  idk, want to be good influcne. Leave jail, glad I met angela Johnson.

HUT000220

16

Dustin love you? No. being with a man who doesn't' love you? Only one that din't love me that I thought. Dustin din't know how to love. How come just gone? I kind think I was. After I knew not want to be with him, marvea was bor. In hospital giving birth to her, not want to be with him. The more I pulled awy, themore he tried ot be with me. He controlled me. Hwo could he control you? He used fear to control me. Fear of what? Fear for my safety and my children. Fear of going to jail. After told you.



With him for year? Not living with me the whole time. He just stayed, not really living, not get mail, his residence was mom. He was either at my house or kathys. It hought at moms dind' care enough to check up on him, no mind when he wasn't around. Why let him be around? I don't' know. I let him be aaround beause I thought there would be a pay off in end. ? I think I thought that eventually he would get bck into crank thing and I would finally get my dope form him, I guess.

Soemboy reported you were so goo go about him? Never was. I thought he would be successful. I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book. On> on how to make meth. Aeem liiek acnj acompisment? If get a book published. He wanted to be a science teacher. He talked so much shit. I really bleived he could succeed in thiese things. Until I realized all fuckin talk. Realizd that? When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustving an d being lied to and shit. And right around hat time, when told me about the murders and whew. Then I was scared to not be with him and ot wanitng ot be with him and when verlene offered job. That was ouot. It was great.



Terry like your dad? Both strong. All I would know. Terry feel like rescuer? I always felt safe with him. Nothing could touch me when he was around. He was my everything. He wsa danger, that incongruence seem clear? The good out weighted the bad until the bad was too bad. If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older. Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good? Loved him. Loving him give you? So powerful? Made me happy. If se ehim from acroso the rom, not help. Heart flutter. And

Look like? Oh, so good looking. Loked like Patrick swazy. Very muscular. Very, short and one long braid, a ksinhy little braid. Dk why, but it was cute. Like abiker guy> but idn't have cycle. But h e was kinda like a thug. Not a slacks and jacket. He was blue jeans and boots. Nothing he couldn't do. Look I slike your dad? Jyea, james dean.

Dustin different/ he is like dukey houser, never sexually attracted to hi. Sex with him was never good. Nothing was ever good.

HUT000221

17

Sometimes when I hthink about terry. I think about him up in heaven, and I bet he is so mad that I am in jail. I infuriates him that people think I had any part of his death. He knows how much I love dhim., and I would never do that. Hate that he got me involved with dustin. Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone.    Still berescuer?  Yea.

Yea, the world is not a better palce becaue he isn't it it.  Crying.  I hate it when oeple talk shit about him, hate it when  I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared.  I don't want people to remember him like that.  Crying.  That isnanotehr reason agreed to alfrod plea.  I just  don't want  bad things said about him, in an effort to help me.    Sbveucaeoother than his temper, he was a good guy.  He would have dond anyting for me,  he wa s a good firned.  To others too.

He was just a drug addict    I just want to  tell Ashley how sorry I am , what happened to her dd,a didn't have anyting to do with it and if I could have stopped it I would have and if had any idea, I owuldn naever have acalled him. ?  terry.    Dusitn had me call to meet me.  Knew going to meet dusin.

Creid about abuse –kids in camboida.  I adopted them, making 32 a week.  I wanted to bring al camboidia kids abacak to America.  I can't stand any kind of child abuse, if see someone, too rough, I wil  address that. Approach someone, you are being too rough with child.  Hit that kid and I will hit you.  Don't like, eve my friends,  dave, he get short tempered with brina, ndont' yell

OK !

Discipline your kids.?  I nevert hit thme or spanked them.  I would tell them.  And I think that  spaning and hyitting is just because bigger andstrong.  Obey me and respect cause scared I might hit them. Want them to respet and love me.  And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen  I don't

I love mom .  I hate that I did this to my family.  Don't know how I can ever apoligiaze to my family for this.  Each time, mom has to talk to someone, an invasion of their privacyl. They have to do that for me.  My dad, broehr, mother, siters.  Alyssa.  So sorry for it all, wish I could make I go away.  And by taking this alfroed plea, think I t will do it.

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago.. I wouldhave plead and if just drugs, I cn'at deal with that kid factor.

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 22 of 100

HUT000222

husgand happy. He would like meto shit book and walk away nieces or not. He wa never to be involed in this.

Attirbutesto move? It did eventually get better. Too k awhile. Fought a lot wheil e there too. It wa proably not sure, after the custody hearing with marvea. The honkins took meto court. They tried to make mince meat and failed miserably. And I think after that she was apretty darn appreciateive whwat we had to do to keep marvea and settled down after hat. Not push me any farther. Going to court for her now. A lot had to do and a lot of sacrifices I had to make she will ever know how it was , those thre eyars. Pretty tough. Last slap, triede to take. Never forgiven self if they took her. Hard to lete her go as it was. She not working here. Unhappy. Everybody in this house was unhappy. Mike not want any part of anyting, not help at all. Not a supportive hsuand and angie not get through , what ar you doing for me andmy kids. And thatis lotof reason we fought so much,. Not in the right mind for a long time.

We went up to cedar rapids, when first then, my borhet, not talked to broher in 15 years. Sawa hime for first time, and that is the weekend, supposedly revealed nasty stuff to sister and brohers wife. They kept a secret. The terry de gue stuff, talkeda bout killing him. I have a hard time believing that, but my sister was pregnant at that time, she was 7 months pregnant. And don't understand how able to do that. With the man so deathly afraid of. Why she would tell them that in the jail. Think she did tell them? If say she did, I don't' know why they woued dlike. Went rightto al and never told me that. I don't want that kind of information , why say something like that , them ofall people. How know notin right mind.

Siblings not get along? I really don't know. Why not talk to jimmy for 15 years. When he moved, went ot college. Never saw him again. Cut ties with family, he nevder liked me, resented me growing up fele it growing up. He was mean to mein school. Borhers and ister fight. That's a givenmk it was different, he din't like me. He left for college and cmae home a couple of itmes, not around when he came home, not know him, a ocuple of itmes, went to a football game an agie and I went to se him playing in college andgo to games and have pizza and never really talked ot me, him and angie were pretty close. I was ok withit. That was how it ws, not push it. But after his college, was done, never kept in touch, never bothered to, dk why, dind't wquestion, doing onwn thinmg, own life, lie do now. Not till angie. Wanted to get together to go see all. He wanted all of us. Big family reunion, net tihing, he and I keeping in touch. And he decided to not be in touch and now not for thre years and wendy not for three years. Reason she had caused in and how sided with honkins. She didn' know them peole not even involed. As far as her being witness in this grand jury. Her and angie not even talk and eif did, not for wendy to have anyting to testify, neer person with angie. When wendy came ot visit, one or twice a year. Maybe saw a few things, idk. Don't know how be miss now at all and this is concerned, she has all this information and thinks she knows what is going on. Wendy likes to stir things up and watched her. Called her on it,

HUT000223

FAX # 307- 885- 7106

SUNDAY, 5/1/05

To: MARY GOODY

FROM: PAT BERRIGAN

re: DR. HUTCHINSON'S NOTES

fax to KC office

Mary,

Here are the troublesome passages.
I spoke with Marilyn briefly this am,
but will you please follow-up with
her after she returns from vacation?

Thanks Mary.

Pat

———————————————— in the wilderness without you!

I'm not going
to answer
on the spot.
got confused —
d/r ||←

HUT000224

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inoene tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husines. I'll deieve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't.. I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin sitting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin. I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me without me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that? Mad at me becuae I fell for this stupid fuckin , federal informatnt in jail and gave him maps and tah gabvre him the death penalty and going to make me pay for that.

I never know , ifnot fucking tody me.

Childdhod_-NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosue, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

11

manipulator. I was doing my own drugs. Not with him. He doing drugs? He dint' have any. And I was seihg him for a couple of months. And I got pregnant. Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working. I was rpegnatn and not belive. I told him, having abortion. Not having this kid. Terry will freak out. dusitn was I'll take care of i.t not having abortion. I was, going to. He put foot donw. I was like fuck. I din't thin he was like, I'll drive you, not how, I was freaking out. I knew nothing would come out fgood if terry. Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it. Din't think , he had another girl pregbant. He says don't and you lay down? He was so adamant. We argued. He ws adamant thati not have an abortin. So? I felt like guess, his kid too, fuck, he reassured me would be ok. How could it be oik? I couldn't see how woud be oki. I knew terry would, oh my god. How did you tell yourself it could b oki> I never told myself. I was a nervous wreck. And dusitn had this whole legal situation and I dind't now who greg Nicholson was. I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

And then dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool. Then you can make dope and I can finally get some. I figured I would stay with him. I would continue our relatinship. How pregantm by then? Just acoupe of months. In 3 months, Rodney, martyt and dustin.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing. I knew not have kid without him. Terry met with met a couple of itme. If you are pregnant, cut that baby out of you. I was scared fucking to death. Nad November of 93, terry wan't a problem anymore. Cause dustin killed him. I still can't believe he is gone. How find out he was gone. I found out he was gone, cuase terry, dusint had me eall so him and tery could talk,. He would tell terry to o go

Need to not talk about crime
Whatlesson from life
i have lived a very self centered life. puts others first, not my own. I alwys think bout how things effected me, before , not how effected others. Now I want to do the opposite. A good influcena nd effect onothers around me. I kinow longer want to be feared, but loved. How I try to live now. Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them the thinns I have learned. Give them as much advice. And encouragement. As I can. I think if help one person while in here, that would be a good thing. And I care about them ndswnat to help them and not let others go without anything. Try to run life, try to encourage and get them to pray and idk, want to be good influcne. Leave jail, glad I met angela Johnson.

Case 3:09-cv-03064-MWB-LTS Document 284-40 Filed 06/23/11 Page 26 of 100

HUT000226

16

Dustin love you? No. being with a man who doesn't' love you? Only one that din't love me that I thought. Dustin din't know how to love. How come just gone? I kind think I was. After I knew not want to be with him. marvea was bor. In hospital giving birth to her, not want to be with him. The more I pulled awy, themore he tried ot be with me. He controlled me. Hwo could he control you? He used fear to control me. Fear of what? Fear for my safety and my children. Fear of going to jail. After told you.

With him for year? Not living with me the whole time. He just stayed, not really living. not get mail, his residence was mom. He was either at my house or kathys. It hought at moms dind' care enough to check up on him, no mind when he wasn't around. Why let him be around? I don't' know. I let him be aaround beause I thought there would be a pay off in end. ? I think I thought that eventually he would get bck into crank thing and I would finally get my dope form him, I guess.

Soemboy reported you were so goo go about him? Never was. I thought he would be successful. I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book. On> on how to make meth. Aeem lliek acnj acompisment? If get a book published. He wanted to be a science teacher. He talked so much shit. I really bleived he could succeed in thiese things. Until I realized all fuckin talk. Realizd that? When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustving an d being lied to and shit. And right around hat time, when told me about the murders and whew. Then I was scared to not be with him and ot wanitng ot be with him and when verlene offered job. That was ouot. It was great.

Terry like your dad? Both strong. All I would know. Terry feel like rescuer? I always felt safe with him. Nothing could touch me when he was around. He was my everything. He wsa danger, that incongruence seem clear? The good out weighted the bad until the bad was too bad. If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older. Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good? Loved him. Loving him give you? So powerful? Made me happy. If se ehim from acroso the rom, not help. Heart flutter. And

Look like? Oh, so good looking. Loked like Patrick swazy. Very muscular. Very, short and one long braid, a ksinhy little braid. Dk why, but it was cute. Like abiker guy> but idn't have cycle. But h e was kinda like a thug, Not a slacks and jacket. He was blue jeans and boots. Nothing he couldn't do. Look I slike your dad? Jyea, james dean.

Dustin different/ he is like dukey houser, never sexually attracted to hi. Sex with him was never good. Nothing was ever good.

17

Sometimes when I hthink about terry, I think about him up in heaven, and I bet he is so mad that I am in jail.l infuriates him that people think I had any part of his death. He knows how much I love dhim... and I would never do that. Hate that he got me involved with dustin Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone. Still berescuer? Yea.

Yea, the world is not a better palce becaue he isn't it it. Crying. I hate it when oeple talk shit about him, hate it when I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared. I don't want people to remember him like that. Crying. That isnanotehr reason agreed to alfrod plea. I just don't want bad things said about him, in an effort to help me. Sbveucaeoother than his temper, he was a good guy. He would have dond anyting for me, he wa s a good firned. To others too.

He was just a drug addicr/ I just want to tell Ashley how sorry I am , what happened to her dd,a didn't have anyting to do with it and if I could have stopped it I would have and if had any idea, I owuldn naever have acalled him. ? terry. Dusitn had me call to meet me. Knew going to meet dusin.

Creid about abuse –kids in camboida. I adopted them, making 32 a week. I wanted to bring al camboidia kids abacak to America. I can't stand any kind of child abuse, if see someone, too rough, I wil address that. Approach someone, you are being too rough with child. Hit that kid and I will hit you. Don't like, eve my friends, dave, he get short tempered with brina, ndont' yell

Discipline your kids.? I nevert hit thme or spanked them. I would tell them. And I think that spaning and hyitting is just because bigger andstrong. Obey me and respect cause scared I might hit them. Want them to respet and love me. And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen I don't

I love mom . I hate that I did this to my family. Don't know how I can ever apoligiaze to my family for this. Each time, mom has to talk to someone, an invasion of their privacyl. They have to do that for me. My dad, broehr, mother, siters. Alyssa. So sorry for it all, wish I could make I go away. And by taking this alfroed plea, think I t will do it.

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago., I would have plead and if just drugs, I cn'at deal with that kid factor.

HUT000228

husgand happy. He would like meto shit book and walk away nieces or not. He wa never to be involed in this.

Attirbutesto move? It did eventually get better. Too k awhile. Fought a lot wheil e there too. It wa proably not sure, after the custody hearing with marvea. The honkins took meto court. They tried to make mince meat and failed miserably. And l think after that she was apretty darn appreciateive whwat we had to do to keep marvea and settled down after hat. Not push me any farther. Going to court for her now. A lot had to do and a lot of sacrifices I had to make she will ever know how it was , those thre eyars. Pretty tough. Last slap, triede to take. Never forgiven self if they took her. Hard to lete her go as it was. She not working here. Unhappy. Everybody in this house was unhappy. Mike not want any part of anyting, not help at all. Not a supportive hsuand and angie not get through , what ar you doing for me andmy kids. And thatis lotof reason we fought so much,. Not in the right mind for a long time.

We went up to cedar rapids, when first ther, my borhet, not talked to broher in 15 years. Sawa hime for first time, and that is the weekend, supposedly revealed nasty stuff to sister and brohers wife. They kept a secret. The terry de gue stuff, talkeda bout killing him. I have a hard time believing that, but my sister was pregnant at that time, she was 7 months pregnant. And don't' understand how able to do that. With the man so deathly afraid of. Why she would tell them that in the jail. Think she did tell them? If say she did, I don't' know why they wouel dlike. Went rightto al and never told me that. I don't want that kind of information , why say something like that , them ofall people. How know notin right mind.

Siblings not get along? I really don't know. Why not talk to jimmy for 15 years. When he moved, went ot college. Never saw him again. Cut ties with family, he nevder liked me, resented me growing up fele it growing up. He was mean to mein school. Borhers and ister fight. That's a givenmk it was different. he din't like me. He left for college and cmae home a couple of itmes, not around when he came home, not know him, a ocuple of itmes, went to a football game an agie and I went to se him playing in college andgo to games and have pizza and never really talked ot me, him and angie were pretty close. I was ok withit. That was how it ws, not push it. But after his college, was done, never kept in touch, never bothered to, dk why, dind't wquestion, doing onwn thinmg, own life, lie do now. Not till angie. Wanted to get together to go see all. He wanted all of us. Big family reunion, net tihing, he and I keeping in touch. And he decided to not be in touch and now not for thre years and wendy not for three years. Reason she had caused in and how sided with honkins. She didn' know them peole not even involed. As far as her being witness in this grand jury. Her and angie not even talk and eif did, not for wendy to have anyting to testify, neer person with angie. When wendy came ot visit, one or twice a year. Maybe saw a few things, idk. Don't know how be miss now at all and this is concerned. she has all this information and thinks she knows what is going on. Wendy likes to stir things up and watched her. Called her on it,

6

HUT000229

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

May 2, 2005

Marilyn Hutchinson, Ph.D.
222 W. Gregory Blvd.
Kansas City, MO  64114

**HAND DELIVERED**

**RE:  United States v. Angela Johnson**
        **Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Hutchinson:

Enclosed for your review, please find a CD that is a 5-½ hour interview of Angela Johnson by Dr. Dan Martell and Dr. Joel Dvoskin, the government's mental health experts.

If you should have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Rebecca L. Walker
Legal Asst. to Patrick J. Berrigan

RLW:gt

Enclosure

HUT000250

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636

# Mary C. Goody
MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To: **Pat Berrigan**
Fax No.: (816) 221-1636

From: M. Goody

Re: ANGELA JOHNSON

Date: 5/12/05

The information contained in this fax is **confidential and privileged.** It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message: Pat – I talked with Marilyn – she will come at 3:30 p.m. Perhaps you might contact her and discuss the other paragraphs if they're still an issue with you. She says that the ones she wanted to leave in (not x'd out) are not really discussions of the case – which were her fault. She agreed to remove the really blatant ones.
Thanks, Mary

JOHNSON-FC.rr3
Disc 113

Forest city medical and forest city school
Dob 64


9-22-75—repeated earaches.  Punctured ear drum.  Loss o hearing.
12/5/75—itiching in vagina –swellilng
x /22/75—stomach ache for week.
1/5/75—upper GI
4/19/77—sore throat

1/76--Admitted for nausea, voming , headache and malaise.  Previus 12/22 had epigastric
ache of several days.    80 lbs.  ll lyears old.   Acute gastronentrist and posibl eulcer.
Rule out migraine central nervous system tumor, emotional component.

10/4/77—cold and cought
12/19/77-stomach pain for one month.
1/4/78—frequent voiding and then pain
5/18/79—pap for BCP—15 yaers old
2/14/79—bladder infection
6-13-80—irregular periods
7-10-80—periods evrfy other month
3/24/81—may have had miscarriage in dec.  no period in oct and nov but normal since;
6/18/81-car accident, neck andback pain. ; strain and contusion
6/15/81—regular exam; no problems on bcp
9/1/83—intake;  listed first pregnancy as  19—83—post partum check

9/29/83—7 l/2 wks post partum.    All is ok
9-17-84—yearly exam.  Break through bleeding

11-1-84-bronchituis
6-26-85—sun sensitivity bumps
6-3-89-eczema
6-16-89 no show for appt

12/7 89—yearly exam. –smokes l l/2 packs for last ten years.
        Eczema on left leg still
12/89—class II pap, --appt scheduled with gyn ob  for colposcopy


1/29/90—class III pap.  Had severe dysplsis of cervix done.  Tolerated well

HUT000232

8-30-90—no show
1-23-91—reqeust from atty re auto accident visit.


SCHOOL—forrest city
Attend 5-drop outin 9
In 5 and 6 she had all a's in everyting. Missed  23 and 28 days
7th grade—76-77
all satisfactory;
missed 21 days

8th grade,  one unsatisfactory
missed 44 days.  –36 school weeks.


Dec 25, 98—follow up to class III pap smear.

HUT000233

<u>MARILYN HUTCHINSON OUTLINE</u>

From meeting of 5/13/05

<u>Marilyn's Areas</u>

① <u>Developmental Childhood Issues</u>
Will talk about abused kids, educationally.
(generally), but will also discuss specific instances
of abuse and the consequences of these abusive
incidents.
   Can correllate abuse to problems within the family.

② Angie's OWN PROBLEMS + SYMPTOMS


2:20 pm—  <u>Tel. Conv. w/ Marilyn Hutchinson</u>

3:20 p

"Not being the snitch — that was childhood stuff."
   Kids would never snitch each other out.


Erickson's Developmental Tasks compared

Case 3:09-cv-03064-MWB-LTS   Document 284-10   Filed 06/23/11   Page 34 of 100

HUT000234

Can talk about she missed
Trust, safety + security issues

I. Beginning - what are kids supposed to learn

II. Interfered

Choices in Men.

North Iowa
Mental Health
Center

Jim or Jimmy but Angie in back + she
Had

Mom disappeared — temporary

Promiscuous - None → this is Acting

Prostitutes + Nuns frequently.
Sex abuse VS.

(Mitigating Factors)

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 35 of 100

HUT000235



**Mary C. Goody**

MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To:        Pat Berrigan  - ROOM 341

Fax No.:   402-494-2550

From:      M. Goody

Re:        ANGELA JOHNSON

Date:      5/19/05

The information contained in this fax is **confidential and privileged.** It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message:     Pat – here are Marilyn's completed notes.  Thanks, Mary

HUT000256

# Mary C. Goody

MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To:         **Pat Berrigan  - ROOM 341**

Fax No.:    402-494-2550

From:       M. Goody

Re:         ANGELA JOHNSON

Date:       5/19/05

The information contained in this fax is **confidential and privileged**. It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message:    Pat – here are Marilyn's completed notes.  Thanks, Mary

HUT000237

# Mary C. Goody

MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To:        **Pat Berrigan  - ROOM 341**

Fax No.:   402-494-2550

From:      M. Goody

Re:        ANGELA JOHNSON

Date:      5/19/05

The information contained in this fax is **confidential and privileged.** It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message:    Pat – here are Marilyn's completed notes.  Thanks, Mary

HUT000258

Johnson.e
Hardin county jail
Yo do't know the routine. They buy me cokes.
Never seen parents togtehr
Neger remember my dad toufchingme likethat.
You won't believe how beautiful my mom is
My mom was so pretty
Mom not have much strength. Srugglign to hold the bhbiers.

Oh,I think that is m grandpa. Oh my god. Grandpa Gomez. —probably skip

Thisi scolorado pic—tammy and jodi.

Momisopretty
Uncle Ronnie—aunt darlene's husband.
My mom and dad—ublievable. Doesn't he look like elvis.
Wendy was so cute
Mom looking tired
I remmbmer this coat, I was always in red.
Me dancing with jimmy
Jamie and wendy don't get along, they don't talk.

I get my smile from dad
This is grandma sun and grandpa son. My mom 's mom and step dad. Coolest people
eer in the word. Funny.

Me—cute dress


This I smy dad. —prideful
Loved the weeping wi—me and my dad. Look I'm wearing red.

Dad putting bikes togther. I remember rhim doing that.


My suierplum—marea. Her favorite color is red too.

Compares pictures of her and marvea

Grandma sun, loved her.
Oh, my god. This is my dad in school

(54-55)
I look so much like him

Right before my arrest , me and marvea

HUT000259

This is when it was going bad.   Pic of all kids.   With tony and Shannon. The stepsnothing ever good after cookie

Dad is os handsome

Tell the truth.
Taking notes

Confidentiality

HISTORY
Mom and dad and their marriage. Well, their divorce was when I was four. Not a lot of mmemory of them being together. I think I have mmore memories of being at grandma sun's house, dad pick us up. Sund, coolest oeple that ever lived. Dad picking up from there. He would take us, I remember, I don't' remember a lot of things, remember him taking us in his car and me siting right net to him and going down this gravel road nd he took hands off steering wehll, and I saw was driving with knee, like our big secret. Closer ot dad than other kids? I don't hink so. I know ater cookie got in picture, not much time, bi just felt like my dad didn't love me. Felt like that a lot. Flet like that until arrested. Cookeid made it really hard. Told me he didn't. say mean things. And as I got older, she tell lme cause lok too much like mom. I told granma sund. She would say, cookie doesn't like you cause look like mom.

Yea I look a lot like dad. I never knew that.   I have this dimle, right here, under irgiht ye, and I thought was adopted. I knew I must be adopoted, coudlnm't be realated to mom and then saw picture and he had that same dimple, there goes adoption idea.

 Coud'nt be related to mom? I don't know. I didn't think I fit in any where.   Other kids did?   Idk that.   Idk that.   What age? Relativtely young. Probably around school age.   School ws really hard for me. I defineltey had add. Because I I ws like beyond lerning anyting. Almost like not hear what was being said, not really there. I thik that is add.   Daughter have it? No. but you know, the only person, who could teach me anything was wendy. I would be so upset about something and she could teach it to me. Taught me how to tell time. I remember being in school and not tell time, and taecvher making fun of me, and I was crying, wendy said, it is easy and she sat with me and explained to me, right the quarter after, and not being th same, and I could understand it. Ener forget that. All through schooo, I knew I could ask wendy and she could tell. She

HUT000240

owould do it for me.   She could speak both languages/ teach me anything.  N one else could.

Mom and dad?  Well, I remember a lot of turmoil when  they must be getgin divorced. Dad din't want divorce. Know mom wanted it.  Remember being sick one time and I was sickly kid.  I was sick a lot.  I was sick and whenever one of us was sick, sleep in mom's bed, and I remember being I mom's bed and mom must have ben going on date, not that often, there with babysitter, and remember something under mom's bed and I freaked out, and it was dad.  He was saying, it is just dad, just dad.  I was screaming and hollering. Dad was trying to comfort me.  She called the cops and the cops coming and wait, it is my dad.  That was took late and taking him away in handcuffs.  They wre uttin ghim , then took thme off and walked out with him.   Doing there?  Idk.  Probably nothing bery good.

I remember my dad, coming to see us when we lived in kenosah by the lake.  Came I big truck, maybe semi and I thought I could hide in there and cgo with im, and think I was caught.  I got tired of caught. Can't remember.  Laughs.  Trying to get in truck and that was work.

3rdgrade in thornton.  Learned it was ADD.  It was awful. Coun'd learn anything.

During 3rd grade year, mo took us toks.   My mom ws pregnant wieth holly.  Leave her at the orophanage.

Time in Colorado?  Let's see.  My memories of colora are of carl.    ?/ I'll tell you.  One day, mo would take us to store.  Alays walked everywereh.  Wnet and got groersei.  We were all carrying bag and I remember   wakling and one of us dropped a sack, cauased another one to droop and food going everywhere canana nd oragnes rolling.  Mom was don't cry ry to calm us down.  Al still crying.   Then  laughs,  carl was atelephone man and he was up on tlepone pole and said, can I help you.  Hlelped gaher up groceries and gave us ride home intelephone truck and we are like yes yes.  He gave s  ride home and asked mom out for date, but she dind't date.  >??? She just didn't.   we lived in apt complex and empty apt. across the hall from s and he rented it.  Oh.  He was just like a life saver.  I really liked him.   I don't know if trying to get to mom. I took a shining to him.  He was so coo.  Me and wendy out to the house of pies.  We bought every slice of ie there was.  Sometimes just took one bite and not eat and try and idffrent piece.  Sitting at the counter.  Never forget, peant butter pie.   One time,  they have cockleburr's and look like this, drawas.   They are shar.  And small.  Behind our house was  like  opwen field or open lot and I remember going barfoot, across that ,and getting cockle burrs in feet, I sat down and cscreaming, all I could see, was bleeding and crying and carl was there and picked me and picked them out of my feet.  He was my hero.   And I remember him taking us up the  mountain. Mom alpong? , yes, to the zo.o.  mom was with.  To the north pole, a place where santa was and reindeer.  And mom had us all dressed in red and white striped shorts and shirts.  I remmbe rgoing to school and  trying to, always wrote

HUT000241

angle on everything. I wrote, angela and A looked like o and teavher calling me angelo and I ws crying. And one day carl was asking. I told him why and the next day after school, at the end of the day, he came walking in and angie, wiat and she won't clal you angelo any more. He gae me my name back. Oh. Loved him. We would say, please marry carl. I guess he was like staling her. I guess moving in to apt in her complex is a little creepy. She was always with us, we had free reign in his house, Go into his apt and him letting us pain on his windows a crhtistmas, a dn me painitng jesus in mangare. Wendy said, always paint same thing. And carl sai,d paint what want. Then I remember one time, this is so stupid, laughing, lokk back and he had to be away,e he slep on living room floor on mattress. And I rmember a big picturer of water on the floor and I went over l , lapping it like a dog. Like a dog would and then crawled back out the door, I bet he had a hard time not lauging isin't that stupid. Laugh. Oh funny. I remember one time, he let me and wendy wash his harir in the sink. And I remember , ginger, she was most beutfiul black lady. She must have been hooker or go go dancer, and wore cool clothes and give us candy. And say, mom know you are here. It wasn't. one time , you go ask mom, I will take you out fo rice cream and awe went around the corner and pretended we asked, we never got caught. And I rmember around the back of the block, ahosue of nuns, a swinging, bench on porch and we went there and nuns would give us one of those peanut candies, shaper like marshalmmal and then we moved.

Oh, I remember a bad thing. I remember wendy , over at gf's house, and all these a bunchg of apt, severybody lived really close, I remember ice ceram truck coming by, dibnda a ling, remember that. Snow cones. Ony dime. I remember that. And I remember being with gf and wendy coming over and wendy stayed in the ouse with th4e dad and he had hairy arms and bald headed and looked creepy to me. I ws out paying, and I was like where is wendy. I went to the front porch and seen wendy, sitting on couch and they were kissing and I said, stop kissing that man. She said angie, get out. I said, going to tell mom. And wendy said get out and going to beat me up. I ran past gf and I ran to mom. Wnedy is kissing a man. Mom came running down and grabbed wendy, don't come ner my children again. Neer splke of it again. Not like a child molesting thing, she was into it. Ahd to be like eight or nine. She din't want to stop kissing. To me it looked like, I didn't like it.

Most of ememories in colorad were pleasant/ yes.

Contact with gomez's , saw them quite a bit? Fun. We liked uncle skip and aunt Maggie and girls. Always fun. Ver religious? Not religious at all. Only religious people were mom and Jensen. Mom's mom. Have no memory of alber. Floreence and andy.

Albert died when I was in my 20's. he alwys lived in Colorado. Went to see alber tand his wife.

Florence married to andy. Pretty young, mason city.

Case 3:09-cv-03064-MWB-LTS Document 284-20 Filed 06/23/11 Page 42 of 100

HUT000242

Floren'ce and andys' relgions?  Big influence on mom. I dn't think mom would have bene enarly, as far as did if not for gramd and jenson, influence and lmoved in with us and then it really got bad.  I say thata is when the religious diroder started.  Laughs.  ?/ if dint' laugh I would rooably cyr.  Laughs . I just, look back on it, I shake my head. Craziness.  No safety net.  It wasn't like that in Colorado. It seemed like  I hate to use word normal, I dint' know normal.  Colorado life as good and we come back and there is jensons, doing releibgous thing and dad nd cookie and cookie being so mean to me and she was secretly mean to me. Not out in the open.  She would say mean things to me when we were by ourselves. I hated here.   She would tellmy dad lie, lie right in front of me, and say things things, and he always believed her, just whshowing me her power is what she was doing.  I just , wanted so bad to go se my dad, and I get there and be miserable, so fucking mean. I hated her.  I don't' hate her anymore.  ?/ I don't hate anybody.   Still alive ?  still married ot my dad.  I guess I have learedn to accept her.  41 years and I accept there marriage.  Laughs.  That is my little joke.   Wans't funy then, terribly mean to me.  Saying stuff about mom, like I had to defend my mom.  And   I dok why were wre always alone togeth and on me,   always, she hatd me, I hated her.

 You and wendy in personality?  Wendy has a real kind of , don't want to sayt subservient, she can  blen int her environment.  Didn't bother her to hear shit about mom, when cookie would say mean things, just go with the flo.  And I felt like she was being traitor to mom, should defend mom and therefore my sole repsonislbity to defend mom. I was always defing,  I had todefend jimmy nad wendy neer help me fucking do that.  And it was her job, but my repsonsiblity and I did dit.  I was keeping family togehte. Always trying to keep kids togher and cookie was trying to turn us against each other.  We have to stsick togher , have to always sstick togehr.  Cookie said I used to run the family. I dn't want her to , come between us.   She always seemed like trying to destroy comseitig, break aapart things. Feel lik,e even when little, a nervous wreck, had to keep an eye on yer, plant evidence on ,e or do seothg,  I rmember one time, dk if dad belives me or not, I remember wen to see him one time, and it was like, 12, and I rode the bus home fromchippewa to mason city.  Maybe 13.  dad giving me monmey secretly, keep this between you anmd me and I hid it. Don't tell cookie. A dn when cooie, tok us to  bus and dad said, give her a few bucks. And I hid it, and I ws getign on the bus, and she said, you have 20, I would never tell her anyting, and I felt like I betrayed him, I still acarry that with me.   Talked about it as adult?  No.  never told anybody about it ever.  Mary goode and now you.   I hid that money and I think hid it like in a polcket of jeans. That etich went through everything. I got her back, Backfired.  The next time there, I storle two pocket knices and macremae owl that was cookies and put them in my suitcase, knew would find it.  I don't' know how thought going to teach her lesson.  She said, I know you wanted knives fo rlitle borther, ut shouldn't steal, I know dad and I felt bad, stupid and sorry and whatever trying to prove, didn't prove it, her gettgin in my stuff, but the more I tried to defend self, and I told Shannon I was sorry and I gave hsannon my new night gown from  grandma sund to make up for it.   Gave new night gown?  Cause I felt bad, I guess. .ijst didn.  Tel lyou to?  No.   whenever cookie tells story, there was a lock on her suitcase. Like I stole form them all tehtime. Never stole form anybody. Told

Case 3:09-cv-03064-MWB-LTS     Document 284-10     Filed 06/23/11     Page 43 of 100

HUT000243

mary goode. Bitch never had a lock on any suitcase. I dnit' have no money for anything. I just thought. , even though in jail, trying to make me something.

I don't know why she did the things she did and I was very stupid, I walked into it. Walking into it. Always walking right into it and trying to be so careful and walk right into it.     Laughs. And still walking right inot. Idk, I just sigh. I thing so smart and clever and wlak right into shit  walking around in a daze. Don't' know what my fucking roblem is. Hope obver that now.    That was a large hop.    Everything is cookie's gault. No. that was large jumjp to that .  grandma and ranpa when moved into hosue in masoncity. Wasna't a good thing.

Describe mom?  Beautfil  always beautiful , most beautiful woman alive. Always pretty. Cause so beautiful.  So important to you?  Just see, just so beautiful.  Never thougt, even on tv, no body prettier than my om. And I was proud of her for that. Being so beautiful. I loved it when kids owould say, your mom was so pretty.  Meant to you?  Idk,  gavbe her some normalcy.

Very  artistic.  Got great interior decorating skills.
And she is strict. Was strict.  And sheis very religious.  .And  good mom.  A really good mom.  Not such a good mom when having that religious, but great now.

Some not have contact?  It is there loss.  She is not the same person. Never got through this without her.  Never.  Tearing.    ??  Jamie and jimmy and wendy. Me and holly only ones that do.

Contact with everybody?  Yea.   Crying.  Before got arrested, jimmy and wendy dind't talk and Jamie and wendy dind't talk and me and wendy didn't talk.  And after arrested we all came together and , eya.  Wendy is kinda the  family  pot stirrer.  She likes to shake things up a bit.  Not very accurate.  But she's good sistser.

Example?  Well,  she and still amazed, she can still do it.  She can tell a lie and belive it is true.  She could say something happened, but it dind't really happen, but since she said it, she bleives it happened.  She can convince herself things are ture.  I hate that abou tit. Can't tell her.  Exmpales?  Think I could pull righ tout of the air.

She is such a liar.   I guess her biggest thing is she  alywas repateds and adds or deletes. Never accurate.  But by god, try and tell her, I didn't say that, that's not, that is what you told me, no it isn't. not  very accurate. Intentional?  Uh huih.   Intentional.  I think she likes to spice things up.  Involve herself in situations almost.  Some people would think not in y business, she be jumpint right ini.    Examples?    I guess the lats thing, really bothered me about her.  Her grand jury testimony about me, she never saw me sell drugs. Never saw me, she did drugs with me, but never saw me be a drug dealer, and her grand dealer, said knew I was a drug dealer.   I asked her, did you see me.  Doesn't think befoe she says.  And also said, have talked to her about the case, anything confessed,  and well,

so much in paper, and talked so much, I can't tell different in what read and talked, and she knows I never talked to her about the case. Shit like that.

To elevate herself? Yea, thank you for that, she never admits when she is wrong, never admit a mistake. Me, I think I always right, but by golly, will say I'm wrong, I fucked up, never admit to doing wrong. Very crafty and talented. Talnted at? She sews and always got something going on.

Differntces? Wendy kissed her ass. I din't. I never kiss anybody's ass. Made life kinda hard for me sometimes. Like jailers. I will joke around but not kiss their ass. Somepoeple are like such an ass kisser, what are you going to get. Some peole are just ass kissers, I'm not.

Wendy is an ass kisser. But she gets what she wants. She is very gracious giver. She gives freely of herself. And also good receiver. I am gravious giver but not receiver. Hard if someboy even pays me compliment, or does something nice. I can't stand that. And my firend, says, can you just let me buy this, you are not gracious receiver. I said, yo're right, buty that stuff.

Dad and cookie? Usually every summer, every other summer. Not often? Often enough. Iwas always wanting to go home after got ther. not wait, and then why the fuck was I coming in and she was always fucking me in the end. I had to be on my toes.

I could never relax. She is going to sneak up on me, or something. Crazy. And she did sneak up on me a few times. One time she snuck upon me, I was really really sick and had bad ronsillitus. And I remember being on pennicillian and my mom, you shouldn't go, to dad, and I wasn t to go, I want to go, went to see dad, got to see granadma and grandpa sund. Once get there, won't leave, never worked out that way. But, really sick and I convinced mom to let me go and she gave dad the medicine, make sure gets it. Bad sore thourstas. And I remember after getign to dad and she never gave it to me. I told her, need medicine. She was, later, do it later.. and I was going south man. High fever. Laying on couch, freezing cold in middle of summer. And cookie saying, we are going to bech. I cn'ati'm sick. Gong to stay honme. Not stay in house alone. I got swimming suit, I was so sick. I had a high fever. So cold. And we got to beach and I wantd to stayin car, was warm. Get out on beach, walking out on dock and sitin gin sun and I know it was her, she pushed me in the water, and I remember, drwoning, I was drowning, I was sucking in water, sea weed and someone pulled ome out of the water, I couldn't fuckin breathe, in bad shape. I stayed upon sand and sicker than hell, probably uncociosu, got home and went on couch and dad came home and first time, he saved me, he came in house and said what is wrong with angie, was swoleen and like never had chin. He flet me, get the car, going to hospital. And dad, thank you. They said, whole in throat, the size of pencil. Cookie not giving me my medicine. I would have died. Hih ihiha. No one ses it that way. They say, I just got sick. In the hospital auite a while. She snuck up on water. To me, she was intneitonally trying to make me sick. If not wanted me sick,

HUT000245

would have given me medicine, I thought she was intentional, I thought she was trying to kill me, that is what I thought. Try and tell that to somebody else. You? Probably not.

Everybody believed her not me, after a while, I just took my knockes and wroll with it.

I hatenot being bleived. When I tell someone. I don't make up shit. And when tell somebody and I don't bleive it. I think it started with cookie. I hated pat. Neve bleived anything I say. That's bullshit. Not fuckin talking to you anymore. If I say something it is true, not lie to you. Do't make shit up. Unless purposely doing it. Tryint o steer sometone wrong. If telling truth, don't' need to lie, pretty honest.

You were telling him the truth and he dint' elive you.

Get along with him now? I like him. I call him and dean stowers, doom and gloom. Cuase, everything coming out of mouth, is never positive. Here come doom and gloom.

He gets very frustrated with me. Very imuslive. Sometimes my own worse enemy. Iswear.

Impulsive is ADD. Yea probably.

Amazing your kidsdon't have it. Neither one of them. I thnk brooke has it. Which of parents/ my dad.

My nroyther had it. Jimmy. Ithink I had it bad where I couldn't think. I m really impulsive. I think I think it rhough and then I didn't. god I should have throught that through better.

Caffeine have on you? I love it. Idk. Hyper or calm? Neither. Drink coffee and go to sleep? Yea. I could drink a pot and go right to sleep.

Spped have on you? Loved it. I was big into crank. Its effect? Made me fel like leap tall building, go anywyere and do anyting. Made me ver confidant. Thinking? Clarity of thought? Always, thought doing right thing,, een if wrong. I would always justify it someway.

But now that I am clear minded, I can see how I was wrong. And in the lot, thought perfect mom, employee, but I was NOT. I workerd too much, gone way too much, working was way , idk wahy put working in front of everything but felt like I had to prove something. I wish spent moe time with kids. And always s been the some important. I ws saying that but working way too much.

I was sick in Sioux city. Coudnl't lift head off pillow. Had it almost two wekes. Feel like stil recovering. Being in jail, not a place to be sick. No medication. When you need it.

HUT000246

Mom> ? she is another one always trying to do right thing. She's alwayus and I alwaysa was. And idk. She is impulsive too, I think. She doesn'st have aDD , very smart.   I don't think she does.       Idk. When I was young, I would described her as only person going to heaven. Yea.   Idk what to say. Laughs.   She woud go to heaven? Becuace she wasn't bad. I knew I wasn't going. Laughs. I ws more afraid of god than the devil. I knew I was going to hell. God woudn't let somebody like me in. I was bad. Who said ou were bad. I just knew I was bad becaue , mo relioius thing, she , granma got her in this rebuking devils and always doing that to me. I guess I was high scpirited and they took that as  a bad thing.   Very strong minded. Lawys a fighter. I have to fight something. I was always fighting cookie and with mom , fighting god.    Now, fighting the feds.    Jimmy a fighter?  Hmmm, yea.   I taught him a lot. I was like his big brother. He was so cool, he is still cool.   He din't really experience a lot of the bad things. He was really young when I t was ral bad. Him an dholly, wendy and I shielded them from that. Wendy and I got the brunt of it. Jamie was kinda on the border. Jimmy and hooly not a lot o fmemory of the real bad stuff. What he rmember, that he thinks is bad, is nothing, to what I can remember.    How come contact> becuae of that.    Worst that he remmbers? The rebuikin of the devils and always to parya about everything. He didn't' want that in his life. but mom lnot like that anymore. She is mom, did the best she could and fucking by herself,. And allmake mistakes.

Bothers me a great deal when see wendy say, I know if if weren't for mom  raised us, I chose durgs. I could have gotten Zoloft, and I chose meth. Not  becuae of way mom lived,I coud have lived with cookie and dad, I chose to have the men and I chose to have the drugs in my life.    nothing that mom or dad did or didn't do.

Mitigation in your trial? I don't thijk. I don't want any of this coming up. I told family in the very beginingl I told them, I will spend rest of liefe in jail, before bring family thorugh the mud and I mean it still, I told pat, don't' want any of it coming out in trial. Pat says, I will do all your legal shit, tell me I have to do. I don't have my mom run through the moud and not have my brohers an distsers embarrassed.  Is that why agreed to plea? Yea.

Drugs were my life, I supported myself, and idid't want to have a day in life without drus. I always wanted to have crank.    When I was pregnant, I stoped , I'm not pot smoker and not acid, or stuff like that, now a downer,  the crank. Dr. logan told me caue I am like manic depressive and it kept me up. And it did.

Explaniton of role of addcvionst and oeples choices.
I just really hit home for me.   Why is mom so religious.  So dedicated.  What has god ever done for me. And so dedicated. That is why. He fills her holes. Man my mom, she god, fills her holes. Zoloft fills my holes—laugh.

Taking Zoloft now? Yea.    200 mg.  think about getgin ti raised. 200 mg of seoquel. Eer felt this good? No. this whole jail experience has ben the most horrible time in my life and the best thing that ever happened. As much as I hate to say that. If I would have

HUT000247

ben in jail, for whatever crime for two years, I probably would have bene right back into life, but know for fact, after it took this much time for me to get shit togeht , can cacutally think about he drugs and the money and money and men and life style. And know that I t wsna't a good tdhing. And I would have to do life differently, be a different person thatn I was. Know if walked out toay, I could succeed in that, but in jail, just 2 or 3 years, would have gone back in. I know for fact that I would I am much better person.

How long? Almost five year.

Differn ce now and 2 1/2 yaers ago. Forgiveness has set me free. Laughsl I have forgiven my mom, tearin,g my dad, and god. Laugh I have forgiven everybody hta has sevre hurt me and I don't have any hate in my heart. How did you dod htat? It was hard. Laughs, crying. Hm. I had to get rid of the blame and quit blaming. I hated cookie bucae she hurt me, and dad not stood upand mom so fucking religious. I was always someone to blame and I got riid fo all that anger and it feels good. Now I just feel terrible guilt. Becuae children don't' have me and they need me. Crying.

And I feel bad bcaue my dad never got to know me. As a person. He doen'swt know I have a sense of hgumor. And if we sat down and really started bullshitting, a lot of tings that are alike, and I feel like , because of my stupid anger and , crying, and anger and unforgiveness and blaming, kept me from having life with him and let cookie win. You pick your battles. And I just dind't pick them right I felt like surrendered dad out of life. and realized at young age, not be in my life, so ijustitifed that as I hate my dad. Really I didn't. and I ws alays waiting for him to come save me and rescue me and never took my side and never fucking ever (pounding fist) helped me. I feel like, whole lie I been fighting, struggling and defending and never got a break from that. And when I did crank, I got a break from it. I could fight forever. Gave tyou the energy? And it made me being alone ok. I alientated myself form everyonbody in family. Fomr momand from brother and sister Jamie and everybody. I knew life better off if not in their lives and I hate that. I missed so much, andi cant get it back and now in jail and with death penalty for something dind't fuckin do. That , yea, it just I dict know how to tell my fmail how much they mean to me, that I don't' want me to think that love and appreciate, fro all their help just cause heling me and all been there for me. Even cooikie. Even. I dk, another reason why taking plea, yea, the drug chares, no problem pleading guilty to that, but can't plead guilty to smetihng I didn't do, charges are so bad, I now if I just said, one time, that I was guilty, even though I was not, to get les time, I coud't live with myself, I woudn't be able, only said, to get less time, not be able to say, never said I am guilty. I want ot be able to die, saying not guilty. I all I have, all I have is my truth . and it owud be too easy for me to say, tooeasy for me to take balme and been doing that my whole life, and I 'm not taking the easy way out, neer say, I'm guilty of chares, cuase I'm not. And by taking this alfrod plea, I can maintain my innocne, do the time, but maintain innocne,c that is what matters to me.

Important tof you to tell me about? Idk. I guess I want to tell everybody to know I'm innocent. I just belive, so many innocne tpoepl ein prosionl just like my mom, I alays think that before, I used to think if guilty, now eerydoy is innocent. That whoel scott

Case 3:09-cv-03064-MWB-LTS Document 384-10 Filed 06/23/11 Page 48 of 100
HUT000248

Peterson, so sure he was guilty, and I wsa think he is innocne.t still not sure. So dead set on him. I just , idk. I just see it form diffenrt point of view. If just drugs, not care, I hve to think this alfrod plea, sold and did a lot of drus, a lot of prison for more than 40 years for the amount f drugs, I have gone between my ahnds, I knew it was illegal, against the law,. I take pride in never being bustsed. (posed) of all the search warrants and the surveillance, never busted me with nothing. And I guess really I'm proud of that. Laughs. ?/ there , idk, think I'm smratert rhan them. I won and they lost, but even though in the end they won. They never caught me. Everytime they searched I had dope and they never found it. I felt like made me a smart business woman, for a single mmotehr, a waitress, we lived good and that was a successful. I was successful as long as provide for family and shit. I dropped out of shcoo in 09th grade. You know. I shodln't have three cars, but I did. Idk. I guess material things took priority cause we were so poor growing up. Went to dads and he had everything. The Atari., they had everything and we dint' have jack shit. I hated it. We din'teven have a fucking tv and ew go to dads and he got 4 tvs you know. Why do his kids, cookies kids live beetre than his kids. Cuse his kds. Not feel like we were. They would get Nintendo and then would give us the atrar, thanks of rsloppy seconds. If up to mee, I would have said, keep it. You know. Everybody was like, wow , Atari and I ws likek you play with fucking Atari, I'm not.

A lot of pirde? Yea.

Still not done? Ha , pretty good aren't i. just keep going around that. Not fun to go to, is it. No.

Sigh. When grandma and granma Jensen moved in with us, mom changed. We wre always having bible study and I hated bible study. That was when my add was really good. I could go swimming during bible stsudy. Hmmm. I was the stubborn one. I would talk back. Gibve my opinion and even at a young age, I did and therefore I made my life harder on myself. I had the first rebuking and that was for what my grandma said I had a deaf and dumb devil and there were 7 of them , I can't remember. There were always several there together. In this particular time there were 7. I remember being held down on the floor by mom , grandma and granap and they rebuked devils and I fought to get up, scream, crying and the fire that I am, for hours. And if I got tired, reset for little bit and thought a devil left,a nd every time.I fought, , then. Then I figured it out DUH, lay here. And I figured it and finally gave them idea, that I wasn't possessed anymore and let me up. Doing while holding you down? Pryaing. Objecting to being held down? Yea. I was scared. Freaking me out. seeking in tongues/ I'm sure. How old? Like 1st grade. Speak in tongues before? Probably I idk. Siblings around? Yea. Wendy remembers it real well.

And then we had a pet doves, snow white, and grandpa made it go away, devils went into bired. Lost pet becaue of me. Uh. Your fault if devils were in your? Idk. Seemed like? Probably. Do you bleive in UFO's . I saw one one time when I was a litel girl. It was outside my window and I was loking out swindow and I seen what I described as an eagle. And but I know now it was like UFO and not describe . that is what rebuke dvils the firsttime. I saw an UFO and tried to etell them, like eagle,a nd close to the

window. Dk , it ws huge, took up whole window. Didn't look anyting like an eagle. Dk why said, ath. I remember , red and white lights and like wow. I wsan't afraid of it. I ws amazed by it. And phhh. Never tell that story again. Lauging, funny.

Next time? Oh,, jeez, to pi point. So many ater that. That it became , something to expect. Regular. Happened a lot. Dialy weekly momthlY? I think it got to be almost dialy when they lied with us. I remember grandma and granpa saying, we dind't have tv or antying like that. But the toys we had and loved easy bake ovfne. Oh , I wanted one and I got one, I loved it. And I dk grandpa, somehow, they got it in heads, our toys meant more to us than god, and ya, I loved my oven more than god and probably said it, anyway, idk, all toys were in big pile in back yard and on fire, they urned all or toys, but made us , had to beour choice, if we wanted to through our toys in the fire or not. Becuae if we loved god, more than toys, we would do it. I don'twant to thro wfucking easy beak oen in there, but I did. Oh, I fucking hated god after that. Took my fuckin easy bake over. Ony thin I really liked. And then we dind't hagve any toys. How old? Right before moved to thorhing. No toys when we moved. Room only had bed and no toys, nothing.

Hmmm, tapping feet. I remember garnpa came and mowed the lawn, it was really high and he found two or thre baby rabbits and we got to keep them and feed them with eye dropper. And I loed them. Idk what happened to them. Probably got big and let them go. Mom wsa so gentle to the. Got eye dropedr and got milk ot of dye dropper, coolest thing ever.

Other things rebuked for? Everything. Signs of the devil? My strong will. Anything else? That cuased me the most problems. I learned to kinda detch myself from getting hit and being rebuked, that it go to point where I would just colunteer for punishment, I dind't want broher and isters to be hit so I woud try and take the blame, caue she oculd beat me til next Friday and I woudn' cry. So I took a lot of he punishment, after realized that could be done. Under you control and easier to take? Probably. Livin in thorntong was rude awakening. Realized different. And I knew that no one could ever find out wahat was going on in house and that was big guarded secret forever. How long? Ever. For ever.

Until I got arrested and had to talk abou tit. Told firend , husband? I told dusitn a bit abou tit and regreeted it. Sigh , beuvcae? Wish neverold him that. Why? Becuae he uses it against mom and family. My famil is unfit and marvea not have anyting to do with my family, cuase I gave him that information. When I rather have her be with hot headed womaen than sneaky fucking manipuliating peoel that his family is.

She is with? Jamie. In fairbow Minnesota. That was another think a perfect e4xample of how alienates herself. To get herself involved. She testified for them, wem they tried to get custody. They tried to terminate my rights and I had privileged o al the phone calls with his family. I didnd twnat them to know. Don't get involved in this custody, that is my daughter and important to stay with my fmialy, her broher gets her, nobody eber see her. Her pan was they were going to adopt and noone would see her. When

HUT000250

dusitn found out had privledge to all that. Put damper in there plans. We won custody but wendy testified against my famiolyu. I tired to tell her. She woudn't fucking listen, I have forgivenr her for that. That is my kid. That is my life's blood. Why did she think she hd the right to even fucking get involed and put her in failly who bleives their son is inocne tof killing children. I tlkked to her bou ti. Involed in something, nothing iwas your fucking business. She said, ist was he husines. I'll deicve not, her.

I am still angry about htat, I guess. I almost lost my baby. Beuae of her manipulating and getting inbvoved. Why not want her with Jamie? She doesn't like Jamie. She is religious but not like mom she goes to rivate religious chritisna school and it is ok and she loves ie. Jamie has been good for her and wendy hates that. So rather than doing what is best for marvea, to do what she thought was best for herself. Fuckin, don't come between mother and her child. Thank god, we wonl.

I robalyl woud have killed myself if we dind't., I told otld, if they get marea, no saving me. Crying. I coud't even cvomprehend that. Oh. I ws scared. And fuckin siting in jail, not do a fucking thing I wa scared. Tsk. I do hate dustin, I said, not hate anyone, I do hate him. I hate him for not saying I'm innocent and manipulatied me without me realizing and involving me in shit I had nothing to do and isn't man enough to say, she only knows cause I told her. Shit like that. I dind't make a deal on him. Wasn't going to do that to daughters' father, not hel do that. Beliving he would stand up and do the right thing but he fucking didn't', still hasn't don it. Let me sit in here. Why would he want that?

I never know , ifnot fucking tody me.

Childdhod_ -NOOOOO. Alight. Sounds more like power struggle thatn abuse. Abusive than that. More physicality? She beat us. And she fuckin beat us. One time had welts up and down my leg. And I mean welts tah stayed for days. And I remember couldn't hardly sit. And when holly's dad died, mom had nervous berak downand ho hoho. She started hitting me with belt and bet me andbeat me with it, and kept hitting me and hitting me and just lost it, and wrapped betl around my neck and choking me with it, and I remember trying to fight ,a nd thinkgs going dar, and wendy umped on her an wendy got her off me. How old? He died in thortong, before Kansas.

Ever attend catholic? Pentecostal.

What else happened in childhood with mom? Mom never left the house. She is like thanow. Could be a hermit. She needs Zoloft. We go to store and she gav us list and we better fucin get it or we have to fuckin go back. Never fuckin wanted to leave the hosue, hated that. Like she waas hiding formsomething. And that made me kinda fearful of world, can't leave, idk.

Hungary? Oh god ,yes. Mom and her fasting. She make us fast. So hungary. How long last? Usually just a day. How often? Often. A lot. Once a wek maybe. Eat

HUT000251

14

normally the rest of the time? Yea I guess. Yea. Ate once a dady? That was during the fasting, could eat in the evening. Day to day? I don't 'know that for sure.

World comingn to an end? The world was always coming to an end. That was when right before thornton, and grandma and grandpa had us all in the car and we drove around n iowas for ever. Until mom found that house in thornton and knew that was why we moved to thornton. And I remember we were in the car, and I drew a house , a big white house and big white church with big cross on steeple and is where we got in thornton, and therefore it was a sign, that is why we moved there. You were special cuase knew that? Laughs no. wonder why? Probably lucky didn't get rebuked for hta.

How ofte hit with belt? Every day hit for? Everything. Being lound, fighting, breaking something. Everyubdy hit? Not as much as me.

I was a problem child from day one. I was only one that was breech. Made a big deal o fhat. I came out fihgitng stanvce.

I ws always very athletic, perfect body. Nowi'm in jail, and fat. Yea, I was reallyl athletic inschol and had some encouragement, I coudlhave done something. But never had any encouragement. We all tried to encourage him.

Girls basketball? I ws onteh team butthen I don't' know, my anger , idk, I coud'ntget along with the captain, Julie bowman and I intentionally threw the ball and hit her in the head. Think she was dumb? Idk, cuase thought I should be, made me mad, and I dind'tlike her.

She was hootie tootie, beter than me, you know. Everybody was better than me. You thought or they thought> muthral.

Relationship with dd now? Sigh. Hard to say I even have one. I don't now him any better than I did before. I talk to him on the phone. I tel him I miss him andlove him. I don't know him. He doesn't knowme. Done' knowanyting about me, except what read in the news, but hat aint me. How often? Hmm I write, a coupel of times a month and call once or twice a month. A lot compared to what it was. And we talk about marve and has a good time, that gives us onveration. And really worried, but cookie really likes her, but, so never told her how she treated me, never. So she marvea dint' go with any preconceived. Well, just met thiem last year.

I feel bad, cusae not alyssa's life, cause I didn't, let them be in Alyssa life so she is grown, 21 eyars old and wish that , wish dad and cooie would make the effort to get to know her, and she is a lot like me, not going to go , where not invited, wnknow what I mean. Their place to do it. I think they think it is their place. But I don't think it is.

I just feel like, all my ffinres are atty, sbeen together so long, I think of al, as so mouch more than my lawyer, I really admire him. And he handles me so well. Oh my god, handles me so well. An I you think related, he just knows I'm an 8 and knows how to

HUT000252

deal with an 8, me and pat could sit and fight. Me and pat –both eihre. Makes me feel ilke appreciates what I say. What I say really matters, he takes it in. listens and hears me and idk, jsuts a great guy. Glad he is lawyaer, glad I met him. And nancy,. Fel like she is my best friend. I always want to keep in touch with her. I go to prison. I still want to write and keep in touch, just love her.

Andmayr good e , I liked her right off, and she got me to get my gED. She is just, I admire her a lot too. Yeh.

Headaches in elemn? I had terrible headaches. I have headaches so bad I threw up. They wre terrible. Migraines? Yeh. Still get? Sometimes. Wher have to sque3eze my head to get any relief. Oh. And pattern to when you got them? No. pattern now? I think this headache I have, tv too loud and recovering from being sick but might been caseu you were coming. I dontk think m but I'm always wrote.

Tummy aches? Thought I had ulcers. Did you? Idk. I was a very sickly kid a lot of sore throats. Bad tonsilities. Got out when 12. never had sore thoat again till went o Sioux city. Remeinded me of time cookie almost killed rne.

Anybody else that sick? No , just me. Get over after tonsils? Yea.

Caginal itchingt? Said wearing pants too tiht. Probably too small, fuckin never had clothes that fit.; I ws always really really skinny. Not wear wendy's hand me donw, way too big, never had any fuckin clothes that fit. Mo ws well dressed/ cookie and dad dssid, that. Mom never let us go without. Mom looked good cuase she was so beautiful. Not the kids in the country that wore bell bottoms to knews. Not like that mom boubht them at good will but we alays clean. Mom never let us go without so she could have.

Shework? No. exist? On ADC. She notwork? I think , I think she had a bad experience with baby sitter one time, and I think she said, I ws in a closet and she had bad expeierince and thought not worth it, and stay \home and take care of us, a nd abuse us herself. I'm a comediena. I have a great personality ask me and I'll tell you, rather laugh than cry.

Don't forget to send me that book, rally llok forward to it.

Kansas ? tah is the worst part. Laughs. Ted and bobby dillo. Bobby dillo introduced me to torture. I remember when we hdn't been there ery lo, they had pigs and cows and their i9gs were killer pigs, fuckin mean, vicious. And they had rabbits and she brought us kids into the barn and this was the whole reason I do drugs, ha ha just kidding. Let us play with rabbits, little and big, I just wanted to love them forever. White and black and this woman, picked up a rabbit, by its ears and laid it down on a stump of somekind and hit in the head with sledge hammer and its eyes ppped out. most horrible thing, like not really hanpening and she cut the fur around its neck and too skin and peeld it off like glove. Most horrible thing ever sen in my life. I know I was in shock. I know, it didn't stop , then she cut it open on and strung out its intestines. Never

HUT000253

forget.    Most horrible thing ever sen in my life and then made it for dinner. I wasn't fuckin eating it. Horrible   never forget it, and always wanted ot. But no. nope.

Horrible horrible. And then remember one time,  they had chicken and let us feed the chicken snad throwing feed corn and   eting corn and having fun and eating it as fast and we could trhowa nd after corn was gone, and ted picked up a chicken by its neck and threw it into pig pen and pigs wnet at it and corn flew up in arm and flew back on us and it wsa ohhh, most , no 2nd most horrible thing I had seen.   And they had cats and not feed theman nd so mean and I remember  I was so scared of those hogs, they were huge and mean and hear them all the time. And   bobbi made me slop them every night, the left overs and take it to the pigs and feed it to them. Throw it. And see me coming and knew if they could get ahod of me, be like the chidcken. I remember a little kitten following me, I had food nd I was thowig the food ove to the hogs, and kitten too close to hog, and put lilttle food next to me and was durning the rest of it, and little kitten got too close and hog grabbed it, god it was horrible.    That place was a fucking torture chamger how horrible.

Sexually abused? I don't think so, wendy was. I think he tried to , if he ever touched me, I would come back and kil him when I grew up. He laughed.

Why mom took you there>? We dind't know why we were there.   Just left you? That is what wnendy. I remember her being there a lot. I remmgber her not being thre a lot too. Don't know if just left us. I think she was there sometimes.   How met them> carol mann her fried. Carol know them? Idk.   Hey had other foster kids. So mean to them. They had these 2 or 3 little Indian boys. So cute and so scared. And I don't' know what happened to them. Al of sudden just were gone.   While you were there.  ? yes, they were just gone and nobody ever talked abouthem again.  Where did they go.

And I saw a dead body ther. no one elives me. And  I know I saw a dead body there. It was set up big kitchen when walked in and then I think a bathroom here and then a wall and then living room like this. And there was door here and  never open. I opened it one day and I twas along, it was, looked like long narrow  hallway, like in movies, around hoalloweeen time, I dik why I went int. I opoene d up door and there was a small lamp on a bed side tamble and dimly lit and a bed and  it had to be longer than closet. Like pntry made into closet. There was somebody, skinny person and I walked in there, reallyl scared and it wsa a dead person , almost a skelton.   I freaked and ran out of room and never told , et in trouble, when grew up, there was a dead person, there,  mo ws no, no memoery. They don't' remember, I remember it. I think it was old lady and her si was really stretched to skelton. Been there for long time. Hyw imagine that. Stink if dead/ I think I t ddid stink in therer.   That is why I say it smells like dead peope in here. Go into nursing home and see grandma, or go caroling, and I hated it smelled like dead people.

HUT000254

Mom's nervous break down –before Kansas. I just remember, telling us hat bob died. He was good to us. We loved him. He never lived with us. Visited often. Come to find out, he was married. We dind't know that at time. We loved him. Him and mom talked about when they got married, going to redo old school house and mom was happy when he ws around, put on eye shadoe, just so beautriufl and so happy and then he died and she was way upset. Bam. So sad, felt so sorry for her and then got pregnant wht lable as nervous breakdown? Vrying, short temrpered and hit us a lot. That was the belt around the neck situation.

And hd a bad dream about mo,. Io rembre. M,y room was upstairs, himy, wendy and then the bathroom and then down here was the stairs. In my dream, I heard mom calling me and angie angie. Come hre. Angela jane come here. I got out of bed and walking to top of stairs and seing mom, covred with blood , carriee, boolod, eerywehre, come h re, a nd I ran back into my room and she kept caling for me and calling for me and I went again to top of atsitars and hse would coverd with mud, like she ahd been rolling in mudy rain, and mud falling off and everywhere and I ran, come here angie,a nd I ran back to room and calling and went again and this time, we was on fire andkept , like dindn't know it. And ran back into room. And kept calling and I went again and to top and and coverd in white flour and had a robe and each time, the same robe, but now all white and eyese werall white and telliner her and scared me, I woke up, isn't that a terrible dream, I still remember it. ? everytime mom called, I was scared to go to stairs. Was that when she had the nervous breakdown? Problby. How long did that last? Idk. Went to Chanute after that? Right.

Cuased you to leave chaunte? It ws terrible. Somehow this down't jibe, caorl said in snow storm, I remember mud, so high could barely take steps over it. Up to hips, made us go out in field and pick up tre brances and drag to pile and maybe it was snow, remember it as mud. And hangin onto jimmy and jamime's thought jimmjy would drown. And so deep. And remember carol and mom driivn gup in carols' little car and driving up and begging them to take mus and we left that night. So afraid, jimmy would drown in that mud. He ws so little, I could hardly walk in it.

I remember one time, wendy came outside, they shot squirrels and made for supper, didn't eat that either. I remmger wendy coming out with a bunchy of bones and cats came from everywhere, they wre all over here. And wendy was screaming, drop the bones an she was in shock, cats, everywhere, stuck on her. And finally threw them done, and scattered for the bones, my god, a scary movie. Fuckin cats were mean. Sooooo, the next day, me and wendy got bones an covred them with tobassco and those cats were dragging their tonguese on the ground. That's what you get for attacking my sister. They neer fed the.. enver fed hogs either. So fucking menan.

I alys thought, going back there some day, I'm going back there to that Kansas and shut that palce donw. I could never go bck. I never wanted to set foot in Kansas again. And remember when the girls and I were in motor home and drove therough ks, fuck , never ending state. Kansas , I didn't hink of Dorothy,thought of chaute.

Junior high?  Hmmm—idk.  I guess in 5th grade. Decided not be a victim , anybody's victim.  And  I didn't take shit off boys, off of anyone.  Even mom?  Stsared standing up to here.  When holly was born, man, I vowed, never let anything happy to her.  I felt like had to protect her her whole life, andloved it.  My name was her first word, yes it was. Smailing.    Ten years younghter? Yea.

Haveot do with junior high? I guess, I , started smoking and wendy started, getgin friends from the wrong side and smoke and drink and I wanted to too.   And I did.   And wendy started being rebellious to mom. Laugh.   And I didn't' lie tha.  They had real fighs and toatlyl disrespected mom all the time,  although I could understand , not like to see it.  Even though had to protect form mom, not let anyone hurt her or say antying bad. Had to defend.  Wanted to side with wendy and mom .      rebel differently than you?  She , I never got to ppimt when disrespected.  I sucked it up.  I never intentionally hurt her or disrespect her.  Wendy call her a fuckin bitch and fight physically.  I never raise hand to mom, rather hae her beat me. Never raise hand to mom.  Wendy , she rebelled andfoughta nd disrespeful, knock down,  mom says, she was too hard on her, she was not a good kid andwnated to do what she wanted to do and not care if got in trouble for it. Finally she went ot live with dad. Mom not control her.  And mom , wendy went ot live with dad. Not a good influence with me when older.  I love dhow felt when msmoked pot and then not have access after sheleft.

Until I made my own connections. Laugh

I hated school. Idk.  Quit in 9th grade.  Mom think of that?  She din't want me too, workin non stop for her at the truck stop worked my fucking tail off. Not school and work. More important to work.  Mom andkim in car accidnet,  running restaurant fell on me, had to be there all theim ti hated school anyway.    Illegal to quit efore 16? Nonone eer said anyting abou tit.

You're a three on you.  I figure you are a llow number arne't you.    Seems logical to me that's I'm an 8.. hate to be a nine. [actually 9 is  most passive. ]

HUT000256

Johnsondaytwo.
Hardin co detention center
February 24, 2005
9:00

dreams: pictures: I just looked and looked, couldn't believe. Anxious? Yea, idk, nee r seen mom and dad togetrh like that. Just weird. More than weird? It was nice. Ec uase? They were smiling and huggin. Never seen that before. It was nice. Always mad? Yea.

I have dreams a lot that I am flying. One time I was flying. Not like flppign arms, just floating. And I floated through a rainbow, went through each color and then the empty and then the nex color. Coolest dream I ever had. Any interpretation? No.1

I just enjoy that. Wish I coud dram like that every night. Dream very often. Yeh.

tower of London

depression:
maybe a little bit. But not as bad as it was. Worst? When I was in linn. I wanted to lay on cement and melt into it. Sart your medication? Alwayus been on someiting since in jail. But seoquel and Zoloft. Been on that year and half. Since logan? No. I kinda wrote my own prescriptions. What thought worked for me: Tired parozac and pazil. Trazadonel. I like this combination. Doc in cedar rapids let you try stuff.? Yea. And dr. logan , he said, seoquel was good for me? . he came when real depressed? Yes.

How know to try seoquel. I tried one from another girl and slept like a rock.

Any medication bfoer prison? I had tired prozac and Zoloft. On the street. It wsa shortly after dustin told me about the murders and I had moved, put house up for sale and moved to desmoines and very stressful time for me. Got them from doctor. How long take them? Not for very long, caue doing crank too and the prozac gaveme anxiety when mixed with crank and Zoloft was making face break out. so quit everything and stayed withi my crank.

Anxiety: jumpy leg and hair twirling.

Anxiety? I don't know. I guess it comes and goes. When it comes? I am a leg shaker. And and idk. I
M a comfort eater. And when in linn co I was 240 lbs. lost that since here. Fat or sugar? I could eat plain chps, would eat them all day long. And chocolate is good.

Eneded up here? I think about how I got involved with dustin and how I just never got involved with drugs, period. And have a lot of regret. I hate being away from my kids. I hate it. I miss them so much and hate the hotough of never holding granddaughter

HUT000257

2

when she was babay. I talk to her on the phone and want to crawl through the phone and kiss and love her. I think about all thins I am missing out on . so much of marvea. Gone almost half her life now. Just ture d11 and 6 when I was arrested. I hate that. Really hard for. Me.

Compulsive? I do do some kind of astupid spelling. If I am by myself. I don't know, I go through the letters and even move my finger. I'm a terrible speller. Just the words somebody has spelled. Or stupid words. And then do it and do it, and then say, what doing that for, done that my whole life. it is word. Never told anybody before, ever.

I used to be chronic hand washer. Not use the phone and not cup, mellowed. By myself. I knew in sious city for that week. I didn't want to sit wher someboy had sat a nd it was grossing me out a bit. People take shower and leave their sopa, crepes, I always clean up after myself. Posing.

Spiders

Twirling hari

Not real?

Amnesic? I can't really remember anyting before my life in Colorado. I think I should remember some stuff. (5-6) and I know ther are things about kansaas and living in thornitn things.

Grass is greener? It means that you always think is better somewhere else and people have it better than you have it.

One swallow doesn't make a summer? Just beceuase menan one bird, doesn't mena the weather is changing.

People inb glass hosue?==hypotcites.

I can't judge distance. I can't guess how far I am from that wall. I can't Alyssa can't either. Can't judge distance, estimate how much somethint gwould weigh.

Alcholl use? No not a drinkier.

Drugs?
Meth was part of daily life. starting? Proably about 24
First drugs? Cocaine. In 20's ./
Cocaine regulary? No. not until did a lot of crank. This is what has been missing from my life. laugh.

Until incarcerated? Yea, pretty much, except when pregnant, not do it. And not doidng it when pregnanct with Alyssa.

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 58 of 100 HUT000258

3

Started dieting and working out in linn co. and hwen came here, just , I wasn't comfort eating. I wans't laying aron.d I was walking and having pone calling cards, so talking on the phone a lot.

Sexual life? I don't think had first orgaism until I wsa 25 years old. First have sex? Praobly when 14. situation of that? I know I was high on pot. And I really liked the guy. Just happened. Regularly sexual from that time on? No. I started when got a full time boyfriend, got on birth control and had regular , when about 15.

Usd sex in an abusive way? I don't know what that means. Hurt self or others? Yea. Probably. I don't' know. I always thought could use sex as a way to get things and make things happen. Make happen? Jumping idk. To laugh, idk. Idk. Don't like the answer? I don't know how to explain it. I guess men, thought I was attractive and if I was in arelatinoship with someone, I dk. The sex was always pretty good I guess. I really don't know. I always knew it was there if I needed it. Ustilize it. But dind't slpee with people not know like go to bar and stuff like that. But I been with a lot of married man. Almosts everybody been has been married. And that always kind of distrurbed me a little bit. Thought of any possibilities for that? Idk. I guess never really put much value on marriage, iguess. Idk. It seemed like if be in volve dwith marireid aguy and if he wanted to leave his wife, I would back off, except terry degueu , he was the love of hmy life. I wanted to be with him forever. He was the love of my life. definetly.

Competition with other wives? Maybe. Didn't want to win? No. idk. I don't always bothered me about myself, being that way. I feel, I gues I didn't have storng morals. Where does one get those? Idk. Ig uses you lean them, idk. Siblings learn them,? I guess. Guesses about why you didn't? idk. I am different than aeverybody else.

A bad thing in your family? No. I guess we are all different. Jamie and I are different, she has her , she's got religious morals, that edevleopoed her life around. And jimmy , he is real deddicaetd to his family and job. And wendy she is really dedicated to her crafts and sewing and doing something like that. Morals? Idk, dk what morals are. My sister Jamie would never have an affair, don't' think wendy, or jimmy., I think I'm a whore. Anybody ever call you a whore? No. start thining you were? Since I came to jail. Idint' think, no man I couldn't have if I wnatd him. Except for dad. Yea, except for my dad.

Hmmmm, he was the one I wanted the most. Jumping leg. I alwys been looking for a man to rescue me and they never do. I always wanted a guy who would take care and take care of the problems and I could just relax and not have to worry. But men have always been a major pain for me.

Suicide? Yea. I hung myself in woodbury county jail. How come? I think I really freaked out. I talked to daughter and sister on phone and told me about the bodies being found, federal information jumping. The jail they put in the jail, got me to tell them where the bodies were and I just freaked. And I had been feeling kinda suicidal and thought just kill myself, so family not go thorugh this. I just freaked out and don't have

HUT000259

4

any memory. I wa on the phone and  when the conversation, I could see like sparks, like fireworks and remember walking upstairs and that is all I remember. I thought somebody beat the shit out of me. Thought I been mbeat. Up. Bruises everywhere, I had seizure. And after I got oxgen, had a seizure. They, the staff, was saying, I was combative. Force to hold me down. I was having aseizure.   Glad or  not glad when woke up>? I was in a lot of pain, not glad. I was like fuck. I tried to kill myself.   Can I at least die.   Felt like another failure?> yea.  Then everyone was worried about me and not want that. Disappointed aht you didn't succeed? Yea.   How come dind'ttry it again?  Becuae I dk. Kids were so scared and my mom was worried about me.   I just promised them I woudn't do that again. Wanted to reassure.  Not promise and not do it.

9ᵗʰ grade and after?
Working, I quit school.  I hated school. I t was a relief.   I went in and quit. Just let you. That was illegal/ I don't know.  How long work at truck stop?   A long time. Lkiving? With mom.  And our fmail h ouse on L street in forest city.

Time like for you?  Stressful.   Wendy was married and had her baby brian.  I ws sdaitng steve.  Her steve's best friend.   How lon date steeve?   Proably from 14 , met in 7ᵗʰ grade.  In Thompson and he pursued me and pursued me.   It was seemed like right thing.  Best friends with stseve jacobsne, dating wendy. And I was with wendy a lot. And steve was always there.   He like?  He was nice guy, quiet. Drove a cool car and I'm a car chick.   Broke you up?   Oh, as much, I just used him.  When we got married when I was sixteen.  And together for nine months and then I left him, got divorced.  I had earned my freedom from mom, she couldn't control me anymore.  Control   I could go back and live at home and not deal with the mom , I din't have to answer to her anymore. I just did my own thing.   True?  Yea.

Next in life?  I started dating AJ—tiown bad boy// YEH , yeh.  He had a reputation.  He had a full time job. Worked at Winnebago, he dealth pot.   So attractive to you?  Idk. Thinka bout it for second.  I guess I always liked being associatd with  people who were just a little bit on the outlaw side of town. Laugh.  How ocme?   I dk.  Always bad good badgood bad goo.  Wanted to be bad.  I figured it is better to be feared than loved.  Idk.

Relationship with AJ like?  Boring.   We did fun things.  He turned into big ole bore. Rode his motocyel and idd fun things but got married and turned into bore.   Mornalm marire dman?  Proobablby.   You want to do that he didn'dt I stil wanted excitement. He was happy with just wgoign to work and going to bed and coming home and going to work. I sstill wanted to go out and hahve fun and  we used to  go ride on motorcyel and he would take off by myself. I was bored to tears.

To colo?  I inteneded to stay.  Found out pregnant.  Told AJ and he sent me plane ticket to come back. Moved in with him and got married. I didntd' want to do.  But we had

HUT000260

5

agreement that we would get marriaed and we would get divorce and be friends, which we did. Alyssa was best thing that hpapned. To me.

Taking care of Alyssa all day long. Doing drugs? No.
Depressed? Yea. Robably.

Next? Hmm, I started going out with reind sherry conkle. And , ha, and I guess , istrated getgin into cocaine. That was what peole were doing. And then stated had aaffiar with Kirby Thompson. He ws rocking my world. I was married. Just part of the pattern. Aj think of you going out? idk. Din't wsay much about it. He stayed home. He went out too. Together ? sometimes. He go riding with his harley friends. Alyssa? I had a rally good babysitter named marvea Jensen and named marvea after her. Lived next fdoor and I had my family. Sitses. Kirby? About ayear. Parst marriage ewith AJ,. Off and on.

Serious? Yes. Not make it? Beeacue he was kind of play boy. You know. Dind't trust him. And there were so many fish in these, ha ha.

Left AJ and then started doing meth.

Well, I started being a striper. Alugh. I dance donce a month for year. And made big money. Bought car and anything for alyissa.

First meth? Terry einghouse. He told me ineeced to be gracious receiver. Good frined.

When that was? When I was seeing Kirby. Kirby do meth? He did camka or meth, coke was his favorite. Crank was my favorite.

Crank –coke is like mellow high. Not last very long. Messes up nose. Crank., it goes for hours and keeps sinus, lea tall buildings in single boud. It is just wonderful. Smiling.

Full time at perkins.

I leased a bar in forest city called the bullet. –basememtn of mom's restaurant, she had had a teen club in there and called it the seilver bullet. I dropped seilver and had my bar. Whoa.

Partied every night. Into the dope. Last? A year. I had to get out ofit. Into the dope big. Htat is wher I met terry deguer. He rocked my world. I willnedfr forget the day he walked into the bar. I said, he is the sexiest man alive. He rocked my world.

Tell me about him? I thought he was perfect in every way. Sigh. He was sexy and strong and , idk. He was just yummy. Always stay that way? Yea.

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 61 of 100
HUT000261

6

Morea bout relatinoship? Well, I knew he was married, but knew not good, knew wendy slept around a lot. In fact, she had, whenwith kriby, she slept with Kirby. And she tery ws on the road a lot, she got around. He do? I guess he was driving truck when sstaretd see ing him, working for hallins construction. He was just, so, no one had ever rocked my world like he did. Wantd dto be with him all the itme. I tried to keep my distrance, and he pursued the realtinoship he , he talked to e about leaving wendy and wanted to move in with me. And I said, hmm, I want to, don't feel right, you are marired to her and I think that if you sepearted and getign divorced, but, think should, get own place, mom and dad or something I had some morals, I guess. Laugh.

And then I remembvewr a couple of my friends, teal and terry inghouse, told me that terry ahd a history of hitting wendy and I thought don't bleiee that for minute. Laulgh. Njever hrough he would raise a hand to me. And after we moved in togetrh after awehil. He got divorce. He moved in, got trialed in Leland. I quit the bar. Doing crank regularly. He liked it as much as I did.

Stsarted getting paranoid. He was jealous and possessive. Not lie that at all. Where I was nad what I was doing. Real jealous of Terry Olson, one of best friends. He was making it into something that it swan'stl bothered me. Trie ddespaearte to pleas him. I love him. I dind't want us to fight or have turmoil. The more I tired the worse he got.

Hit me the first time, gave me black eye and coe'nt believe it. He came home with this scurvy guy, like somebody not have anyting to do with. I told him, don't want poel el ike him in my hosue. I want him to leave and don't bring osmeonne like that again. He seemed, idk, bad vibes. And terry left with him and he was mad at me for disrespecting his firend. I don't want osm4etone like that around child and me and got into fight and he hit me. I coudont' believe it. But never bourhgt firend around. Aluahg. Soon after that, he started hitting me more often. And I borrowed one of cars to TO and he wafurious. That I borrowed car to T O met T O in my car nd flew into rage and pulled over and bet the shit out of me. Someone pulled over and knew they would go to cops after he threatened them.. he drove us to behind this motel. That was worst beating I took form him. The cops cmae. Doug books, chief of police and took me out of car. Don't let me get back in that car. I knew he wsna't close to being fdone with me. He was just getting started. So mad. And the cop said ok. Terryl, said it is fine and he left me with him. I was , couldn't believe it. He left me with him. I talked him into taking me to gas station to get cigs and I figured once I got into gas staion would call 911. well, we get to gas station and I am going to watch you and don't talk to anybody, I ws a bloody mess. And I walked in there and told kid at coudnte.r don't say anyting. When I walk out of here, call cops and get them here. The kid got all upset and terry knew right away and he came running in and said come one. I want to get away from him and wlaking out the door and in comes dave neiman, a really good firend. And dave took one look at me. And dave, don't let me leave with him. He is beating me up. Terry, said, don't get involved, mind own business. And dave was oh no. you are not taking her anywhere. Dave distracted terry enough that he told me , AJ is behind me and when siade, I saw AJ at stop light and dave distracted ttery that I could get running start and ran to AJ and he stopped and drove off, just like in movie, so scary. Took me to his house and where we

HUT000262

7

used to live. He ws with his gf there, denise.  I got self cleaned up.    Alyssa was with AJ, she was so upset.  After thatl I knewhad to get away.  Or he would kill me.  Took off with Alyssa and we went to madiosn wisocn and stayed with wendy , took holly and stayed a couple olf months.

Next? I stayed at wendys' and got a job at job at country kitchen.  Holly staying with you.  She went with me.  Wnatd to.  And  where in Madison?  Fon du lac.  In apt. complex.   And  terry was frantically trying to find me.  Can you just talk to tery, wanting to know where you are.  So called him.  He was so sorry and laalalalala.  I felt so bad and loved him so much.  I told him would be home soon and talk abou tit.  It otld him I was in Madison and got job and working and  I would come home toward the end of month.  Well, I dintdn' , he was in car and drove to Madison.  Laugh.  He come running , in the mrongn and I was working and saw him running in the doorway and oh my god and got down on his nkneees and begged him to forgive me an I was  embarssed.  Likeing it to?  Yea.  He idn't care, so many people around.  Everyobody say, that's so sweet.  Take him back.  You guys don't know how bad he beat me.

And then so, I  was about getting down with shift. I would meet and talk to him,  he got motel, close to where wendy lived and met tnad stayed with mhim and everything wonderful. Wnedy was so mad. Everbybody was mad.   Cause took him bad. Cuase he was abusive to me. Din't want. I loved him , so easy to forgive.

Love abouthim?  Everything. I loved that he was so strong, that he loved me so much. I knew khe would do anything for me.   He din't want to hit me, he hated that he did that. I know, if not for th drugs, would stil be togerher. He did love me and I did love him. The drugs mde him paranoid and jealous and in rage and not realize it. Hw could we not realize it was drugs. I don't knjow.

Meth in madions?  No.  feel up there?  Ok.  I suppose I had some with me and then ran out and like no big deal.   Don't trememer thinking abou that?  No.

Possible to be so obligous to your life. IDK.  Thnk about it.   I guess I see what I want to see and I guess I can overlook and ignore what I don't like.   I have always easily been able to justify my actions always justify to myself, even if know they are wrong. Lalugh.  Why laugh. Idk, cuase, hope not like that anymore.  I think now, I take responsibility for  things I have done and I know I have hurt people around me. I just want to be  , want t besomeone kids acan look up to.  I just want to be a good person.

Prison record  ?  I been in hole a few times for fighting.  Usually it is with someone that , kept me in max unit in cedar rapids, so that poele with attitudes were in there.  I had to deal with people with attitude, loud and disrespectful and had propbelms with peope with that and get into physical confrontation. Juping whole body.  Four.  Hole four times for fighting.  Hard to get along with everybody.  I can put up with a lot.  Hard to get along with everyong  someone coming inand think they are going to control stuff. And , I'm an eight stick up pfor the underdog.  Didn'dt like people coming in  and bully the other inmates.   I just don't like people bullying others.   But uslaly get along with everybody.

HUT000263

8

More with poele than don't get along with all th guards. Evenhere. I just, not ass kiss but not disrespectful. And treat peole the way they treat me.

Get mad if people talk down to me. I was in jail and frustrated, this guard, don't' like being talked down to. People don't talk to me on street, not in here. If we were in Hy VEe she woudn't use scarcastic, smart ass tone, so why does it here. She said, locked down for 6 days, cause thought I said she was bitch, in own cell. Marshall came to get me and th asst adm, and carlos was rushing and not listen to what sai, I saying, need meds, oh no, rushing so much, left without money, meds, anot no coat and it ws in middle in January. Al lthe way to Sioux city. I din't have medicine and got periods and messed up menstrual and she was doing med pass dn I said, not with attitude, and I need some tampons, she din't respond to me. I did say to her, maybe not register. She gave me pills and did you hear me about te4h tampons, I heard, you, I have ears, so I heard you. And I walked into my cell. I diffused cause walked away and dind't argue. If going tocall her a bitch, would call it to her face. She was being a bithcv I diffused it , I hate to be fucking, hate to be in jail. And she said, Johnson did you call me a bitch and did you call me and I said, no Bridgett, I din't not. She came back and said, 6 day.s I told her, you don't talk to me on street and you had satitutde. I cgot locked down for 24 hours. I'm appealilng that 6 days. If I did it, I would do my time. Not doing for sometihgn I didn't do. You can appeal it and he gabe me 6 days and appealed it again and we were taling. Ididn't call her, if I did attitude, I had my period and she wsa being at bithc and idiffused. What more could I do, walked away. And he said, and he waived my six days and now she is pissed at me.

Nanannanna nan na

I was surprised. I was right and she was wrong. Where does she think. Not been called worse. I''m sure she has. Or can't handle a bit of attitude. Working in a jail, not camp cupcake. She should buck up a little. I din't talk to her the way she talke d to me and I could have.

Terry---ahhhh okk

Think he wouldkill you? Yea. He thought he would too, he was scared of that. He say? Everytime he woudlget in jealous rages, afterwards he was so asorry and he was so afraid, I will accidentlyy kill you,.. I am, if you do, I'll be dead and won't be back and say it is ok. Alyssa won't have mom and tl dhim moving to ventura. And got job in country kithce. Move to venture.

Fall of 1989, moved to ventura. Told him not see himanymore.

And we couldn't be broke up, he keep coming around and I was too weak to send him away. Too I nlove , to in love tomak him leave and alwaysw wanted to be with hi. So loving and caring and good when he was good when he wasn't mad. Meth? Oh yea.

HUT000264

9

Happened next? Got back in the same. He was all possessive. Hitting me again. And I kept telling him, can't be together. He would leave for awheil and always conmign back and alwaystoo weak to send him away. Went on like that forever and bought house in clear lake.

Change things? Me and Alyssa had our first home home. We looked at lot of houses and I told her, we'll know. And we walked in a dshe said, this is sthe house. We bought it. Terry was pretty much out of the picture. He was seeing someone else I hated that, I knew I had to deal with that. Try to get him back? No. I knew have back at snap of finger.s I wanted new life. no fighting and turmoil . and then he slowly but surely, worming ihis way back in. laugh.

Things were good for a wheile. And then went bad again.

Alyssa say don't have him around? Yea. Deal with that. Tell hi, I love him so much, but not strong enough to send him awayl. She knew I loved him.

That go on? Proabbaly two years. Hew orking? Oh yea.
Seelingn drugs? Yes. And she did. That is how I supported my habit.

It ws a small scale. Not nothing big. Enough to pay for my dope. How much using? Proably an 8 ball a week. 3 .5 grams. Cost then? An 8 ball for 250.

Alyssa talk to you about drugs? She didn't know. She did later.

Changed? I met rodneyr Nicholson. And he rocked my world too. He was from indand he was tower guy. Coming in rest morning, noon and night and I gave him my hone number. Terry ha dwantd me to marry and have baby but knew never get away from him.

Greg? He built radio towers. And sherry kunkle movede in with me. She had left her husband. And terry kunkle and tery de geus were best friend.s knew nothing could come of that. Tried to talk her into stayin in marriage. But I didn'td turn her away.

On valentines day, of 1993, I invited Rodney and another one of his friends over to have dinner with me and sherry at my hosue and she started dating the other guy. I started dated Rodney.

At clear lake, tery walked in. made deal that not see anybody till he had gf. He ws with his gf at the bar and he freaked out when there with another guy. It was terrible. We left. He cmae to my hoyuse. Ounding on door, screaminga, had to call lcops on him. Cos came . they left. And terry ws freaking out, had guy in life. and I hd explained, this is like a short term thing and he is going back to ind, next monrth. I thinhk I was falling in love. I liked hi a lot. But knew nothing could come of it. He went bck to Indiana. And he went back to Indiana and this new guy was woking at country

HUT000265

10

Marty cole. His story was , he ha sjut come up from fla, with wife and kid, him and wife getting divorced and he was going to make some money to take off to California. But that was a lie. And told him, don't lie, ill date you anyway. He said, separted. Blah blah blah. And istaretd seeing hima little bit. On the rebound of Rodney, missed him. And then his wife and I got togehr and they had no inteneiton of breaking up and that pissed me off, not honest. Laugh. So we decided to pay him back. We both continued to see him and pretended didn't know about each other but getign togerh anad discussing. Both told marty we were pregnant. He was freaking out. I told him, both said, wanted abortion. Givin gup his paychecks to pay for bortion and we went to mall America. Laughs. Sucker you been had. Went to mall and he went to California and we were best friends.

Terry cam e to me all freaked out. owed a dealer ad bunch of moneyl dong more than he was selling and he asked me to help him get themoneyu together and be a go between between him and this guy. I told him would him. Guy was dusitn. He borught me like $5000 and went with him and kep thte moey so he wouen'd spend it. He was not being responsiblite at all. I kept the money and when it was time to met with dusintn I went instead. Here is all the money terry has and I am telling , stop selilgn him dope, he is doing more tehan he is selling, he was into it bad. He ws way using a lot. It htiough he owuldod. He was bad.

I told him, not get oney out of him. If you keep selign , he wil only get ore in debt. Not give him anymore dope. I will get some dope for you and I will sell it and try to make up his debt. Dustin said, he would think abou tit and get back to me. I met with terry. I told him, I would sel for him and told him not to geive you some more. Ill just get it form you. I said that was fine. A ocupe of weeks later, dusint called and wanted to meete with me. At this hwy. at the hwy inn or seomthign like that. So I met with him. And he said, he thought abou tit, he would deal with me. And he would give me oz for a 1000 a piece and then what money I gave to him would curb tery's terry owe dhim 20,000. he woudn't turn away form that. I din't agree to pay it all off. Said I would do the bet I could. Thyat was a lot of money. I told terry, he agreed ot it. And you have to quit using like you are. I went back to meet with dusint again and we partied a little that night and we were talking about terry and shit, and knew was ex and shit. And getign to know each other. I left and then came back that morning and he was going to go to where his dope was and going to bring me 5 oz. he got busted. And called me , iwas freaked out, he thins I sethim up. I wanted to let him know, not me. I thought I loolked bad. So, I went and visited. Hi. He said, knew it wasn't. he knew that. I never di get any dope form hin. When he, got out on bond, he called me, I picked him up. Took him to his moms and we bullshitted a little, I thought deal would continue. He would still give me the dope. Dint' know his drug dealing was over. He kinda let me belive that he would make good on his end of deal. He had to wait for heat to die donw. Actually he was all fuckin talk,.

Then his firend, tim, , his co meth maker, started seeing Christy, my best firned. Started double dating a little, me and her and tim. Our whole realtionship, dustin and I , was short and full of lies. All hie did was lie to me. And he is such a fucking ass

HUT000266

11

manipulator. I was doing my own drugs. Not with him. He doing drugs? He dint' have any. And I was seihg him for a couple of months. And I got pregnant. Using birth control. I was off and then started, but not on, I was taking penicillain and maybe that kept it from working. I was rpegnatn and not belive. I told him, having abortion. Not having this kid. Terry will freak out. dusitn was I'll take care of i.t not having abortion. I was, going to. He put foot donw. I was like fuck. I din't thin he was like, I'll drive you, not how, I was freaking out. I knew nothing would come out fgood if terry. Tery confronte and I said, d'nt bleive that shit.

You wantd, he said no and you followed it, and not, I was unprepared for him to be again st it. Din't think, he had another girl pregbant. He says don't and you lay down? He was so adamant. We argued. He ws adamant thati not have an abortin. So? I felt like guess, his kid too, fuck, he reassured me would be ok. How could it be oik? I couldn't see how woud be oki. I knew terry would, oh my god. How did you tell yourself it could b oki> I never told myself. I was a nervous wreck. And dusim had this whole legal situation and I dind't now who greg Nicholson was. I knew his contact in mason city got him busted but I din't even know his name. not wanted to be involed in.

And then dustin told me that ehy dropped chares cause his witness took off and dropping charges and I said, oh cool. Then you can make dope and I can finally get some. I figured I would stay with him. I would continue our relatinship. How pregantn by then? Just acoupe of months.

Found out about Kathy and she convinced, he was such a fucking, don't know why so gullible and bleived every fuckin thing. I knew not have kid without him. Terry met with met a couple of itme. If you are pregnant, cut that baby out of you. I was scared fucking to death.

Whatlesson from life

i have lived a very self centered life. puts others first, not my own. I alwys think bout how things effected me, before , not how effected others. Now I want to do the opposite. A good influcena nd effect onothers around me. I kinow longer want to be feared, but loved. How I try to live now. Everybody that comes in the jail, I thought abou this, whole time ben I jail, sseen a lot of girls, come and go, young, and try to talk to them, tell them the thinns I have learned. Give them as much advice. And encouragement. As I can. I think if help one person while in here, that would be a good thing. And I care about them ndswnat to help them and not let others go without anything. Try to run life, try to encourage and get them to pray and idk, want to be good influcne. Leave jail, glad I met angela Johnson.

NORM –iws always real thing. Crank keeps you skinny. I buffed my car and his truck and buffed the shit out ofit. I enjoy doing stuff like that. I had it for 24 hours

HUT000267

12

He let me do it at his house. So, I did mike and then his wifes and his.

Jan—nd hand clothes, whne I had my bar. I had my bar and shit she still had it when marvea was born.

Carol mann—she was firend of mom's. kinda out there. Her and mom not friends anymore. Her son is in prison. For life. for this little girl asaid she molested her and wanted to drown her. I don't' know how true. I believe kids. But certain things aht didn't seem right about that case. He isin prison for life. like carol? Yea. Didn't not like her. Funny. She could be comedian.

Carol's report that mom ws in ks all the time. —yea I bleive she was. She called carol to get ou guys? Proably atrue.

Kim worked for my mom at the restuarnat and became lke one of the family. She eventually moved in ad lived with us. Like a sister. Her age?    She was like 24. hwen liiek 16 or 17.  she was older than wendy.

Pricked? Well , not though to f that in long tie.   Yea. Eery now and again. Do you get like a sharp feeling like poked in foot, out of clear blue. Happens to me too. Mom would say that was pricked by god and bringind her attention to something.

Grandma Florence? Hger death. Idk. My mom got a phohe call. She told us grandma died. She at the time. Az? Religious thing? And a few months earlier, she had called mom and asked if come back and us kids said no wayl  nd hse told her not come and shortly there after she died. Mo felt bad about htat. How old?   Amyabe 15.

Mom not come to wedding with AJ? There wawn't one. We went to justice of peace. Kim and lono were there.   Wedding dance and mom not come—she ws in Colorado. Only personfrom family was wendy.      Not come to holy's wedding? She ws in texas. Tht was a whole wendy thing. Wendy wnatdc to be make shit for holly wedding, she just wanted them to come and idk, big fuckin mess. Wendy not going to come if she cod'nt do things. I told mom , drive to texas, but no.     wendy not come and mom not come. It was mom dind't think holly should marry mnilke, not thought that miek treated haley very good. Did he? He was come a long way. He is short with her, but not abuse her. And stuff like that and he was good with marvea and I thought really defensive for him towards mymom. Hard to be step parent, but he was trying.   Halye called him dad and no man isperfect.

Mom liked mem? No.   I don't think she did or does and I don't either.   She used to tell me, angie, you are going ot be like me. Old nad alone. Yea nd probably. And I sure am. She idnt' mean it in a mean way.   Why tink you would be like her? Idk. Cause of

HUT000268

13

the mne in my life. I coudon't stayin one relatinship. I guess, idk.    When say that? Late 20s.

When ruing bar, home at all? I , ,my bar was only opoen wed to sat,  3-2.  home in day with Alyssa, not work for three days.. so ,

Mom said you will bre a nobody and worthless—proably got exaggarted into that, old and alone. Laughs. Oh dave.    Mo never say something like that

Holly moved in with you?  I loved it.  Shelived in basement. Fixed up as little apt.  she watched Alyssa and marvea whil I worked.   Work out well>?  Yea.   How long there? Quite a while.  Icna't remember why she moved out.  I know moved back to forest city with mom.

Dad hit you in back?  He , another time, cookie, we went camping and me and my cousin ,were out on lake in canoe and when I came back,  cookie said, you been drinking, I said, no. and Barbie said, no.  let me smell your breath.  And she said, sucrets, you been sucking on sucrets to hide beer.  And  barb ws no.  just out on the lake and forever to get back.  Thought not get back.  And  I wsa supset abouthta.  I wsant beling belived and accuswed of something I dind't do.  She went and otld dad I had been drinking and Shannon her daughter.  You mom thinks I have been drinking and I haven't.  sure as shit. I walked inot camper and cookie told him been drinking and I got smart, dk what I said, and dad hit me and hit me na dhit me and hit me , in the neck andreally hurt my neck and had bad headaches.  Said my neck had trauma nad why having headaches and throwing up.  Went to him 2-3 times a day at first and then it wsa good.   I never went ot dads again after that.  Fucking hated him for that.   How old?   Idk.  12 or 13.  Barbie.   Aunt winniie, dad's sister.

Dustin getign you in debt>  afer stopped matking meth. He never did make meth to my benefit .  meth or crank.  Same thing.  He didin az.  Never got any of those drugs. He take my credit cards nd rn them up and promise and ever paid off.  Had to pay off. Got me in debt.     Before pregantn?  Durig and afger.  Just ridiciulousl.  I dn't have any credit.  Ihad perfect credit till he came along.   Dustin ever appoligetic?  No.   kept you with him?  I had his kid.   Tha mean?  I thought try for marvea's sake.   Not be with him,  he is a liar, never the truth.  And  not want ot be with him, not loveve and not even like.   How long with him?  Not a really long itme, actuallyl,.  Just been in life a long time.  His gf Kathy, call and haras me.  I wantd tokick her ass.

I would say, go be wither, it is not a problemfo rme.  He hated that.  I don't want to be with her, be with you, dhtne fuck get herin check.  She called al the time.

14

Terry rape you? Of course, when we broke up. And if I was like no, he would force himself in my house and on me. How often? Not a lot. More towards the end. Resist? Yes. Forcible rape? Yea. Report him for that? Noooo

I did die-- I remember it. Not sure how old I was. Young. And rmember I had a long white night gown on and idk know if I wsa sick, don't know that. I remember diying and going up to corner andlooking at myself, and hair almost touching floor and I was laying there dead and she was crying and I zoomed back in body and I wsa fine. Freaky. Dk what prompted you to die>? Ever asked. Mom said, nothing wrong, just came to her and said, I'm going to leave you.

Mom wrote letter too jimmy? Don't know that.

Who were you from 1989—93 what was ogin on with you. Jumping. I guess I was just going with the flow of things. I had it in my heaed, that dusitn was goin to be a eneift. But I didn't.

Who were you in clear lake,ventura: I was alyssa's mom, wnatd us to have a normal person, hosue, job and kid. Just have a hapy life. but I didn't do that. My adidiction to drugs was my main prirotiy. It was it ran my life. ithought doing drugs made me beter mom, person and employee. Think that it did? Because I had the cleanest house on the blocki an dmad ethe most tips and I always had time for Alyssa. Those things don't matter. Dind't sleep? Yea. And I just had plenty of energy. All my responsibilities, dealt with. I just guess I was living in a fog. Lssping then> I slept every night, usually a, a few hours. Rarely stayed up nights. Terry go days and days without sleping that makes you crazy. I proably did about 5 hours a night was good for me. I got to be d late and get up early. Sleep now? Oh, I lseep as much as possibly can, try to sleep it away. I go to bed at 10 and breakfast at 5:30. I keep my cereal for night. Till evening. I usually eat toast and kep juice till night. I go tback to sleep and clean at 8 and then go baack to bed and sleep to 11, watch young and restless. Ten during day, I try and wlak a couple times adya, and call lawyers and read mail and idk. I do't usuallyl nap during the day. Unless tired, or depressed.

I get lonely and go in room and lay on bed.

Who you were? I don't know who I was. I was stupid. Idk who I was. I don't think I ever knew who I was until I came to jail. I look back at myself and hate what I see, self centered, selfish, drug addict. I look back and disgusted with myself. I thought was such a good mom. Wantd to gbe a good mom and tink not a good mom. Worked too much and idk, just should have , I should have been around more for Alyssa.

When wasit when not there? When started working at country club and country kitchen I worked from 6 in morning till 2 .and home every night. And at contyry kitchen worked 10-2 and 5-closing. After cpontry club I was always working. We were closed January

HUT000270

to marhc, and I got unemployment. I worked three seasons.  I loved verlene, best boss ever. Both Capricorns.

Capricorns like?  Dedicated, loyal and hard workers.

Theme of life, looking for love in all the wrong places---seems right.  Youthink when I say that.  Think yoyu are very accurate.  I never wanted to be alone.  I always had one guyt afer another, afernothta , I was always seeing somebody. I don't understand that.

Feel when alone?>  idon't know, never was alone.  One realsionhip ended and another stared, don't' underatnd.  Why.  Moved to desmoines, first time, no guy.  Think about another who had that?  I'd think, geez, I'd think they couldn't think for themselves. I think they were weak.  You?  Oh heavens no. I can't explain mny way o fhtinkgin gand life style. I still don't understand it. I think I would have seen and done things, if not doing drugs.

Why doing drugs?  Self medication instead of anti depressant. I have a chemical limbalance and I have a depression that is too severe to take care of and ignore. I should always be on medication.

Treid medication for short time, but still did crank.  If not done crank, maybe I would have made the connecitn. Never not doing drugs.

What did you do with information  like this is your brain on drugs?>  I dint think of crank as a drug. I didn'tl  when seen commercials, I thought of pot and doing acid and shit like that. Din't think of crank as a drug.  Know what was in it?  Know what the ingredients? I know  but before, an hydrous thing not popular. I guess not knew made of. After anhydrous coming and shit like that.

I loved it. I'll never have drugs in life again. Never want to be that fuckin naïve and blind. I want to live in the now. You don't live in now when on drugs.  Now so awful, I hate drugs for what have done to my life, let them. Drugs took me away from kids and hate them again. Never let drugs have the satisfaction of ahving control o fme.

I finally feel, stupid to, and so not in controk, I feel like control of my thinking now fmore than I ever have been.  It feels good too. I just get disgusted when I thnk back, how controlled I was by the drugs and the men in my life. it just makes me sick. For so strong minded, so easily manipulated. Makes me sick.

I am a hot head.  People always know I'm mad, if sad or disappoint,  everyboy knows, wear heart on sleeve. Where stand with me and sneaking, manipulatorls I just despise them. I am so much rather be hot head.  I hate it when people aren't themvels, but I'm a fine one to talk, I am myself now.

Dustin love you? No.  being with a man who doesn't' love you? Only one that din't love me that I thought.  Dustin din't know how to love.  How come just gone?  I kind

HUT00027-10

16

think I was. After I knew not want to be with him, marvea was bor. In hospital giving birth to her, not want to be with him.  The more I pulled awy, themore he tried ot be with me.  He controlled me.  Hwo could he control you?  He used fear to control me. Fear of what? Fear for my safety and my children.   Fear of going to jail.   After told you.

With him for year? Not living with me the whole time. He just stayed, not really living, not get mail, his residence was mom. He was either at my house or kathys. It hought at moms dind' care enough to check up on him, no mind when he wasn't around.   Why let him be around?    I don't' know.    I let him be aaround beause I thought there would be a pay off in end.  ? I think I thought that eventually  he would get bck into crank thing and I would finally get my dope form him, I guess.

Soemboy reported you were so goo go about him? Never was.  I thought he would be successful. I thougt he would be a success. He was smart and was writing a book, actually he ws making meth. Told me wriign book. On> on how to make meth.   Aeem liiek acnj acompisment? If get a book published. He wanted to be a science teacher. He talked so much shit. I really bleived he could succeed in thiese things.   Until I realized all fuckin talk.   Realizd that?  When, I told him I din't want to be with him, not have a relationsip, always be marvea dad, sick of not trustying an d being lied to and shit.

Terry like your dad?  Both strong.  All I would know.   Terry feel like rescuer? I always felt safe with him.  Nothing could touch me when he was around. He was  my everything.   He wsa danger,   that incongruence seem clear?   The good out weighted the bad until the bad was too bad. If had been with self, scared fo ralyssa, be in relatinoship like hat when she got older. Knew if tstayed, she would be in that, hd to leave for her. I would have stayed with hi, I know I would have .

So good? Loved him.   Loving him give you?   So powerful? Made me happy.  If se ehim from acroso the rom, not help. Heart flutter. And

Look like? Oh, so good looking. Loked like Patrick swazy. Very muscular. Very, short and one long braid,   a ksinhy little braid. Dk why, but it was cute.   Like abiker guy> but idn't have cycle. But h e was kinda like a thug.  Not a slacks and jacket. He was blue jeans and boots.   Nothing he couldn't do.  Look I slike your dad? Jyea, james dean.

Dustin different/ he is like dukey houser, never sexually attracted to hi. Sex with him was never good. Nothing was ever good.

Sometimes when I hthink about terry, I think about him up in heaven. Know he isn't doing crank and probably thinking straight and bet he feels so bad and blames himself and I know if he could , he woud come back and tell them to leave me alone.   Still berescuer? Yea.

HUT000272

Yea, the world is not a better palce becaue he isn't it it. Crying. I hate it when oeple talk shit about him, hate it when I know that, during my trial, if I had a trial, pat said, we are going to have to portray, him as someone scared. I don't want people to remember him like that. Crying. That isnanotehr reason agreed to alfrod plea. I just don't want bad things said about him, in an effort to help me. Sbveucaeoother than his temper, he was a good guy. He would have dond anyting for me, he wa s a good firned. To others too.

Creid about abuse –kids in camboida. I adopted them, making 32 a week. I wanted to bring al camboidia kids abacak to America. I can't stand any kind of child abuse, if see someone, too rough, I wil address that. Approach someone, you are being too rough with child. Hit that kid and I will hit you. Don't like, eve my friends, dave, he get short tempered with brina, ndont' yell

Discipline your kids.? I nevert hit thme or spanked them. I would tell them. And I think that spaning and hyitting is just because bigger andstrong. Obey me and respect cause scared I might hit them. Want them to respet and love me. And I think that anyone who hits their kids, nt discipline, think that is telling them, I am bigger and you better listen I don't

I love mom . I hate that I did this to my family. Don't know how I can ever apoligiaze to my family for this. Each time, mom has to talk to someone, an invasion of their privacyl. They have to do that for me. My dad, broehr, mother, siters. Alyssa. So sorry for it all, wish I could make I go away. And by taking this alfroed plea, think I t will do it.

Then sitsll maintain my innocent tand that means a lot t ome, if not truly innocent, I would have plead guilty a long time ago., I would have plead and if just drugs, I cn'at deal with that kid factor.

Case 3:09-cv-03064-MWB-LTS   Document 284-10   Filed 06/23/11   Page 73 of 100

HUT000273

Johnsonholly.com

Mawrvea was us for three years and had alyssia . help out alyssia bring marvea down once a month to go see her mom. Not every month. Only have two weekends a month. And sometimes he has guard. Limited. Now we have Melissa. Just moved inwith us. Pregnant. Ew got a lot going on. Remodeloing ourktichen just started and got strated and don't do anymore. Redoing whole dkitchen. New cupboards. ....

Mmike works at curry—welder. Guard. Gone for one year in Detroit in air force base they held their position while they went over seas. He was there the day the war started. Nothing happenedn. We got lucky. On call. Possibility he might be going.

He knows that is what he has been traingin for. Im tough too. Lot going on the year he was gone, angie, and surgery that year. Made it throrough.

My dad died before I was born. I put it off for a long time. Dind't. we been married 7 years. He wanted for quite a few years. I din't now.
She was best friend for most of my life. she was matron of honor.1 good and bad. Any catastrophe. Fought so hard to do what could for her. My marriage was on the rocks and the whole situation was so successful. Do what I could for her and keep mike hapy at same time. A nightmare.

Lived with them? Marvea was just a baby. It was the year those people were missing. Haley was about year and half when movedl she was born in 93, so was 94. lived with them short of a year. I moved out in may I think. Haley was about 2.

Remember about being there. I remember my sister was very angry a lot. Yelling at dustin about bills. Cried a lot. Alyssa hated dustin and dustsin woud come to me a lot. I don't' know why so mad at me. I love your sister. I believed him . I got along with im great. Not ebet firnes. Got along with him, I had any aidea, anyting extra going on. No clue. Now they had a lot of problems. Never happy never, worked very hard. She was angry with him a lot, beucae o fthe Kathy. She called and harassed my sistser and siter had a hard time, blow it off, she was rearacting. I sat by and waqtched a lot of that,. Alyssa was very resetful, I suppose of her relatinship with terry. That was hard on Alyssa for year. Not like dustin. Why so resentful. Needfed just her and mom. Angie went fomr one to the next. It hink that was hard for her and then this new baby. Angie put a lot of responiblity for Alyssa with the baby. Hard for her too.1 I was there picking up slack, bfor both girls. I kep it clean, take care of kids. That was my rol.e she wsa ot help me get a job I crashed my car, not get along with mom. I broke up with halye's dad and moved home, crashed ,car. 6 month old baby,, older, and no job and no car. And angie took me in. help get a car and I would watch kids and take care of hosue. That dkdin't happen. I was live in nanny. While I was there, angie and I had some fun. Got along pretty good. Towards end, so angry and taking it out on me and no pleasing her. She was mad at everbody. Got ot point where like living with ex. I was scared of her in a lot of ways. A lot of mental stuff. Almost come close to getting hysical andi had to come

1

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 74 of 100
HOL000274

between her and Alyssa. She never did hurt her. Why I stayed.    Angie was afraid she would hurt her. And I would get in between them and send them to their rooms. She never di hurt her. But Alyssa had to take a lot of mental , so up and down all the time, so stressed out and so angry. Why Alyssa, was.

Alyssa was defiant and angry too, not get along very well. Id idn't get along with Alyssa either. She had a bad attitude, but I understand why. Kid went thorugh a lot.

As time went on, I wasn't getting a job, she was getting angrier, kicked dustin out, he put her in debt, a lt of things I dind't ask, didn't want to know. Not a nosey person and her business washer.s that was hot it was. I stayed as long as I could  when lashing out on me and unhappy with me all the time,not getting along and not having fun, too much for me. And I had to move out and day I moved out, not on good tersm, I was crying. Called cousin, get me out. she hit rock bottom, had a really bad day and lost it and took it out , icoudnl't take it and I had to leave I moved home to moms and not toalk to angie for a year. Angei got really secretive. Out of kids' life that was my punishment for leaving her. I dind't talk to her for a year, till the dci contacted me and watned to conta. I dint' cooperate and refused to talk to the. I knew  it was doug bvook and I don't' like him, and I know he knows family history and supposedly of 5 years was related tohim.    The whole siutaion was uncomfortable and then subpoenderne to grand jury and talked to angie. Then angie, started seing Michael, and she invited us to des moines and we went and spent the day, had a great time, nice to se her, liked Michael. They hit it off.  And then after that, she stayed intouch with me more often and then she moved back to area nad moved in with me two diferrent time.s we helped.  Moved in with rick summers just crazy about him at the time and going to lay low and she was going to take care of her. And I don't know, till figured out what she was going to do.  Short abmoutn of time, that went sour and hating him and yelling and fighting and he din't kep his promise.  His promise?  Totake care of her and support her for awhile.  Till she figured things out.  and that never happened.  Angie promised she would fix up house and take care o fhis kids. She did what she would do. She remodleed his whole house and took care of his kids.  To spending time with them.  Well, he didn't keep .  he din't get a job.  To lazy to hold onto anything and that ended up bad.  She moved into my apt, my two bedroom and stsayed a ocuple of months. That was horrible, I though Michael would go insane, three more people in little 2 bedroom.  She can be loud and obnosious .  ike not used to that.  Not know her very well.  And we started calling around to get her a place to live and got her in traler and then she got job in north beach and I helped her with marvea and took marvea at nights doing all that for her. And then finally she moved over tonorth beach and I had never been so happy. I love sistser but getting to be too much. Disrupting my life with mike.  When said moving back, don't' mean you can come over all thetime..  I was never free.  She moved to clear lake and doing well, I was happy for her and go visit her when wanted and be ondifferent terms still took marvea a lot and thenthings got crazy there too. E very where she went some kind of problem. Went to clear lake and go visit and be three ring circus. Above a restaurant and she worked and id dwaitressing. There a lot. Everybody had marvea. Passed aroud. She was passed.  Mike or aixious'. She just never had her. She worked a lot. Double shifts and holidays.  And that woud botherme. And then she slpet during the day. Nto work until 3 or 4in afternoon. And

?

HUT000275

sleep till then.. I come up, and she would be sleeping. Irk me. Get upset. Marvea sitting in night gown , eating corn flakes in middle of afternoon, or three rign circus with people coming in and out and more of attiute all the time.

Ahrd to talk to. And  towares the end of that, more desperate. She was gettgin a lot of pressure from DCI and eope were saying things. She just more desperate and moving to Colorado to be near dustin so marvea. Not to be withhim, thought good place to go and talking abou that and then selling off everything and  then once she sold everything she came and moved in with me. Bought a camper and moved in she was going to travel and parked it here for a couple months. Nearly drove my husband insane once again. I had to sit on him to get him to keepform killing her sometimes. Her being here. She hooked up her camper her. When she was gone k, she used his tols used whatever. Not pay for antying. Nothingon utilities. Not going to sk her for it, not expect it cause helped me so many time.s I was foting bils for marvea. She move in and didn't ask tnd then  I would take marvea to daycare, expected and then I ws paying the whole thing, how did this happen, I kept it from him, he would go ballistic. I knew if he went ballistic they would have no where to go. Baby talk him thorugh it all,a nd keep her happy, I wanted kids near me. I didne't know where they would go. Ditn know where they would end up. Alyssa , moved marvea in here and angie said she was going to colo to get job and place to leave and park camper here and work on it, till ready to go and kept saying it is temporary. She went for a week. Angie was type of person, if she had 100 she spend the whole thing and the next day, worry. Somebody owed or sell something  never panned ahead. No security for those kids.

I know when she went to colo she had no money when she came back. No job, no where to live, live in this camper in my yard. And during that time, she waswa chasing another guy, Rodney. He would appear once in awhile. He build radio towers. She followed hi. Leave marvea for week and chase him. That drove me nuts. Not hesitate. I loved marvea dn knew she was safe with me. In lot of ways was god. Din't fight al oot of it. Rodney ssemed ot be pretty good guy. Better than in the past. Seemed nice. And he semed ot gbe gag ga, come over and make me sick you know. She was alike that with all her boyfriends.

Have to have man? Angie like to be called the queene. What she oculd get them to do for her. Pride inthat. Idon't know, watigin for somebody to rescue and it never happened. Still waiting.  Strong and forthright but doesn'ttake care of herself. Right. I remember one time, we made some food and she was going to town, making this food, and she tstated , I can't tell you , how long been since made a meal, she was never home to cook, kids ate out of restaurant, not a lot of motherly things, the baking and stuff. Andangie wasn't lie that. Angie liked to have her hobbies. Creative. She was always sworkign on soemthig. She had some kind of project. She was excellent designer anyting , she could do. One of her best qualities. Angi not doing anyting without being high. She neer beenable to do half of htat if not. I knew it. And I tlked to her abou tit, why. Why doing things she ws doing. And she was addicted, cohd't stop. She wanted to. Said she did,b ut dind't know who. I tried to have her committed one time, and blew up in face, badly. A feeble attempt to get nieces, in desmoines at time and things were not good, hearing

3

HUT000276

lots of things. Alyssa dad came and asked me for help. I know how her temper and how she is and how she was not healthy by any means and afraid ofr girls while in des moines, hearing a lot of stuff. Knew Alyssa wanted to move back and AJ came and asked me for help. I knew what angie, that she wanted to stop but couldn't went ot des moines and tried to have her committee.d didn't happen, she cfoud out and wazx angry. Made me look like idio, and troublemaker, tried ot get her away from , alysa was so miserable, wanted out of there. And all iknew what people wretellign me, her friends, she was suicidial and extremely depressed, not and get up, boss get up and on medication, prozac then.. got my nieces and trying to take care of the. And like that. Made me sick. And I am no mother of the year. Even I acna tell something wrong and I was very worried about nices. I was second mom since born. And I felt like had to do something. I was afraid she would die and niece would be up there. Or something happen to the. T Made me look ietrouble, good at tsiwsting tables and making somebody out to be idiot and knew that is what would happen. Wendy is goo d at that too. Wendy is trouble maker. Wendy and angie have had a lot of feuding more like role reversal. Wendy trying to be like angie and angie lauginat her and wendy was angyr. She was trying so hard to be like angie. Be like angie> angie was beautiful and cool and had style and class and the men all loved her and drove nice cars and always so positive, positive strong person. Angela either hated or loved her. If she was friend, she do anyting for you. Cut her arm off, but enemy watchout kick your butt. A fighter. If she had to and took pride in that. Not a long of people woud dare to take her on.

Would you say she was more angry or fear with anger. Ew grew up tough. Al of us sistsers. Grew up like that, angry and touch .. I never knew why. She had a very bad childhood. I was too young to remember a lot of that. I don't know much and I don't' ask a lot of it. I know some things that ang has told me in a wh I see her as this little girl watiting to be rescued. I see her grown up to be this tough person and she has a lot of that in her.

About her dad? She hatedhim. Never watned anyting to do with him. Lot of her anger and restment ment went towards him. Mostly her dad. Rarely remember her speaking bad about mom. But mom and her never got along mother is very religious and practically the church herself. Hard fo a lot of us. Take angie and put them in same room. Oil and vinegar. Angie got oloud and obnoixus and mom got uncomfortable wanted to et along but hard for her.

Not get along until incarcerated. Have the best reatonship ever had and mom is glad for aht. To o bad had to come to that to get them there. Glad. Able to do that. And now her dad trying to get in picture. Made peace with him that is good. I think glad for her. She needs him. I just, idk, not seem like not that involved, wish more involed that he wuod mmaybe expect for not more. Hard for him too.

All these years of emotional scarring and then how to put that aside and find mutal ground and put that aside. Cookie? I don't' know her. I know she is a gruff person. Borher likes her. Sistser hates, or hated her. Never liked her and angie says cookie never lied her. A lot of bad memboreis of cookie I did pas sosme of that on to my borhter,

4

HUT000277

talking cookie up and down. Last itme talked to broher, three eyars ago. Said something and he denied. Cookie never like that, she was defiant and started all the tprobels, differnete thatn angie sia,d not that I don't believe angie, I am confused. Why she sees things like that. Totally different. They were there. Idk.

I know one time, I did go up to Wisconsin, let me go. Dad accepted not as child, but let me come and did go up for weekend or week and it was raingin one day, I rmember, these huge mud puddles, I sked him if could pkay in mud puddles here I was splashing, iwas little not in school yet. And cookie came along and yelling at me and branch in hand and going to hit me with it and angie stopped her and big brawl, Don't you toch my sister. A big brawl, who went wher, and what happened, never went there again.

That is only memeory I have of cookie. I do rember, not a very, not a warm person. Gruff and tough .

She asked him for help any times, and he was not there. He chose cookie and her kids over them all the time and lot of resentment for that.

Not happy eveither place.

Angie did drugs every day? I know she did. Reason for those? So she had energy to do things and could work double shifts and liked the high. Angie not like drdugged out person. Her kids were clean, fed and taken care of not, abused. They had a screwed up life, but not ordinary drugged out mom. Different with her. So up and down, made things hard, kids were taken care, not go without. And somebody always had them and with good people, not druggies and losers. Good people but mademe amd. Not stable. And I have a stable life, I had a stsable but constantly disrupting mein and in limbo to have my life and helop her with hers. It got hard. In the way, towards end whentok her, almost relieved. Iwas relived. Angie had hit rock bottom and heading for disaster. So scary idea. So not good, not health yfor kids. She had to be stopped.

Ever seen angie like she is now? Very calm. She wat' calm for awhaeil, pretty tradical, calm ow. A lot beter.l I can tealk , I like her again ,. Hard to like her. She was so messed up in the head. And she call and tell me how to take care of marvea and tell marvea fictitious things and demanding something out of me. Runign me tichg.

Tell marvea that she would be coming home and living in mansion. So much stuff. Going to live in castle. Go and tell kids in school they laugh at her. They knew better. Make me so mad. Fight abou tit. For awheil, we fought all the time. Both have bad temper. Put us on phone, gong to be mad. Not going to say, screaming, me and angie, that's our thing. We did. I had it in mhead, nothave her, doing a fine job and she neded to back off, And constantly had these idea. Sthe needs this or that, or send me this or do this or that. Not fly with me. When did that settle donwn? Would you bleive till last few months. This last year. Been beter, still on nerve, still demanding at times, not undertand only do so much and she has spread me pretty thin. I have to try to keep

5

HUT000278

husgand happy.  He would like meto shit book and walk away nieces or not.  He wa never to be involed in this.

Attirbutesto move?  It did eventually get better.  Too k awhile.  Fought a lot wheil e there too.  It wa proably not sure, after the custody hearing with marvea.  The honkins took meto court.  They tried to make mince meat and failed miserably.  And I think after that she was apretty darn appreciateive whwat we had to do to keep marvea and settled down after hat.  Not push me any farther.  Going to court for her now.  A lot had to do and a lot of sacrifices I had to make  she will ever know how it was , those thre eyars.  Pretty tough.  Last slap, triede to take.  Never forgiven self if they took her.  Hard to lete her go as it was.  She not working here.  Unhappy.  Everybody in this house was unhappy.  Mike not want any part of anyting, not help at all.  Not a supportive hsuand and angie not get through , what ar you doing for me andmy kids.  And  thatis lotof reason we fought so much,.  Not in the right mind for a long time.

Siblings not get along?  I really don't know.    Why not talk to jimmy for 15 years.  When he moved, went ot college.  Never saw him again.  Cut ties with family, he nevder liked me, resented me growing up fele it growing up.  He was mean to mein school.  Borhers and ister fight.  That's a givenmk it was different, he din't like me.  He left for college and cmae home a couple of itmes, not around when he came home, not know him, a ocuple of itmes, went to a football game an agie and I went to se him playing in college andgo to games and have pizza and never really talked ot me, him and angie were pretty close.  I was ok withit.  That was how it ws, not push it.  But after his college, was done, never kept in touch, never bothered to, dk why, dind't wquestion, doing onwn thinmg,  own life, lie do now.  Not till angie.  Wanted to get together to go see all.  He wanted all of us.  Big family reunion, net tihing, he and I keeping in touch.  And he decided to not be in touch and now not for thre years and wendy not for three years.  Reason she had caused in and how sided with honkins.  She didn' know them peole not even involed.  As far as her being witness in this grand jury.  Her and angie not even talk and eif did, not for wendy to have anyting to testify, neer person with angie.  When wendy came ot visit, one or twice a year.  Maybe saw a few things, idk.  Don't know how be miss now at all and this is concerned,  she has all this information and thinks she knows what is going on.  Wendy likes to stir things up and watched her.  Called her on it,

Idk.  Angiie.  Wnedy has to be involved.  And this big deal , and fighitn to be in marvea life, not tired once to talk to halye.  Kinda funhy to me.  She so wants to be in marvea, but not a shread to haley.  Al that is, wants to be in the action.

In touch with Jamie.  She is different.  She iskinda radical.  She is kid like, in lot of ways, naïve.  Most naïve out of all of us.  Never partied.  Goes to church, loves kids.  A big heart.  Very big heart.  And gets very emotional.  And she can be pretty radical herself.  On the nerdy side..  leg wrarmed  up to knees with dresses.  Got a good heart and complete opposite of any of us.  Doesn't drink, smoke sweare.    Compeltly opposite, all so different.  Why don't get along, I don't know why else it would be.  Wendy likes to sstir up trouble Jamie can't stand to talk to wendy cuase of how wnedy is,.  Angie and wendy always fighting and Jamie not care fo angie, most of her life.  a touch storng person and

6

HUT000279

jami not like that. Emotional and heartfuland not comfortabl leiwth angie. Completely opposite. And then jim, was so sick and tired of us fighitn g that he shit door and not opend. To f=telll, I neer fued with anybody, I tried ot keep the peace. I got along with all of them ,except jim, and jim had his eissues. His issues are his issues and jim would watch everybody bickering and he was like jeez and their life styles.diffetn difernet ways, angie was so fast paced fo anyboedy.

Desscreibe dustin? He was very positive person. Cool. Quitet but a now it all it knew it all, done itall nothing tell him. He was always right. Fallen hard for dusint: not like. He excited her. Something about him. Hs e wanted to like him, so didffernt thato ohers. All others were rough. But dustin was different and she like that. Said she liked his mind. Very smart. And she liked that. Dustin not the type of person see her with and that is what attracted her. Sdustin semed to be a gentleman, open car door, even did it for me, he open door for me, opolite. Well spoken everythougth out intelligent. Put angie down> idont think so. I don't think so, but made it all her fault. Never would understand why she was upset. Tell me, I don tundersatnd why so upset, I go duh, if listen would know. I would know, not pay for bills, living off her and helping with psycho akathy and not pay bills, Go to hluse to se ryan dn he would pass it off, like no big deal she was crazy. She tried ot akeher feel crazy.

Shwy didn't leave him. She did. Kicked him out. she had enough. With tehkathy and him not doing, and him not heping. She had me there. She felt ok enough. Kicked him, not supporting and and he moved in with tim and things were beter. Not stressing her out so much.

Idk. All that was. Not sure when imoved out. she was still angry though. Semed better tand then angry, when I moved out was april or may and things were really bad. To make me move out, not deal with her anger and rages, so out of controla dn angry , not deal with it. I had sjust come from abusive realtionshp as well and had to deal with a lot of that, three eyars with him and moved in with him, not that much better. Al the stsress and nager. Only so much a person can take.

Any body with abusive beside you and angie? Not Jamie and jimu, wendy might have been wendy was drinker and brawler. She drink and she had alcohol problem for long time, did a lot of brawling at bar and fight s with bf when they were drunk but not stay with long ter that constantly abused her. Angie and I did, we were stupid and angie rescued me many times and she would be ther in 1-0 minutes to get me where ever I was.

Three out of four in abusive realtinoships? Idk. Idk. I never had a dad. I knew wendy, both grew up without dad and that could have sometehig to do with it. Just fact, grew up so tough all kid of partiers and almost picked on tough ,macho tough guy. That went along with it. Not sure why we did that. Mike a tough guy but notlike the others he prides, a weight lifter and body guilder. Tough guy. A good person. I

Role of mom's religion on agnie: it was confusing. Mom the way mom was, she had us all going to b=go to hell, no matter what we did, blieved that for long time. In fact, afteri

7

HUT000280

moved out, none of us, wendy not go to churt angie dind't. after I moved way I didn't. all effected, jimmy not. Like scared of it. And not not know why. I now when mike and I pressured a lot to go and mike dind't understand why hard for me, din't tell him about any of this, I put it behind me. Not want to think abou tit. And so aht issue was hard for us. And angie was living her life, in sin and hse knew it and din't have the time or thought to go to church. Mom killed that in us. Not want to go.

Effect her any other way? Igues maybe she stopped beliving in god. Stopped talking to him, told me one time that she coudnl't pray any more. I asked why. She said , I don't think god hears me. And I said, oh angie. I can't pray, I can't ever time I pray, something stops me, don't think he hears me anymore. Who would bleive that that is pretty bad wform what going oup, to think that way. Her kids doidnt' go to church. It was not something that was part of us anytjmore. Crying. It killed our faith, I think she not underatnd why god wiould allow things to happen. I think she blamed him. Fo mot leing there. And my mom , my om was so religious that I according to angie, sheowuldhave given up all of her kids for god, if god told my mom to sacrifice one of us, she would have, that was how my mom was. That stomg in her faith she was. We al knew it. Mom is not quite like that now, she is better. Mo was dlusional> I don tknow what she was. I asked mo one time. Why she was so , strong in her faith. She wsaid that she made apact with god, if he took care of her kids, if took car of her kids, she would put him first. And she blieved that. Truly bleived that. That is why did the things, put god first and bleived that was indireclyt. Pentecostal. It is pretty radical and hard on uskids. Hard time with it. Forced iton us. And made us very angry. To point that not go to anoher church. When I finally moved here and mikes' parents had to get married in church. But the pastor we pickied, from Christian reformed. Completely opposite. We went , took Alyssa, don't knowwhere marvea was, we went to meet this pastor and wnante dus to sit in a sermon and drove around the block at least 10 times. Scary. We finally went in I thought would burn up on site. We got thorugh . mike was kinda scared. I dk why he was so scared. Once , he moved out of home, not go, they are very religious , they are like quakers. Quyite people, uptight. Don't speak. Give you chlls and pressuring us. We got marired met this pastor and got marrid and moved here and hisprarents pressuring hus.

Mylandlord was misiter of hwy chapel. A ocupe of times. Mike walked out a few times. Jimmy had done that too. I didn't know any better. That as surprising, was =different went ot emethodist. Go tthorugh it and liked it.

Never growing up.

HUT000281

Johnsonpearljean.
February 25, 2005
Home of pearl jean

Anige as a little girl: sh was just a sweet little girl and always been just a happy little girl and I dk, real lively, don't know what all to etell you. She was a good little girl. She was hapy and cute as could be.   She, ew were pretty close.  I am afraid that, I am praoblblyl , iam going to tell you this, I had a loving realtaionship with the kids, but never got it into them, never explained to them, what went on in my life. in my life, later you can see,  I loved them, hard to show them that.  But, they were good kides.  Despite their mother. They were.  When she went to school, always outgoing.  But she just, kinda, I hate the word, the under dog.   But when she went to school, she  always befrrined the under dog..  I never really talked to th kids, the same way with me, the same as child, you were there but no body talked to me.  You repeate the same thing, you repeate the same things. I don't know what to asy.  All the kids. With that, all the kids.  I did love the children. Hard to cshow it.  And I am afrida not alwaysa good mother and there was many times I was angry and abusive to the kids.

You abuswed?  Yea.  But never told them that.   They don't know.  Crying.  I just soon, they didn't know.  Yo know.  But it took years to get over it, I really di, I really did.  By the time, the kids wer in their teens, when I finally got control of that thing, and I t took a long time, never really understood and forget about those things when kid, until you have your own and things seem to , there is five kids, a lot of pressure to do right and not always do that.  And their father never paid child support.  Nevr did.  And he was kinda like that too, abusive.  Only made mine worse.  Made me more angry.

You were angry.  And never really understood why, dindn wunderstood,  it hought came from angry family. My real father was rlike that.  Very angry and controlling.  And I think it comes down the generation and it hit me  but.  Like I said, and my mother married and he wa an alcoholic and so it was worse.  My borher and I, I had a younger brother, passed, he couldn handle it.,   he never came out of it.  Alcholi and very sick. He was 6-4 anxc I weighed as much as he dind.  Never got over it.  And became abusive too.  Drank to forget.    My step father was a really bad man.  But you putit out of you mind and I did.  And stated voming out and trated the kids the way I was treated.  Wendy, I always felt so bad for her.

I went out to talk to wendy, to talk about way treated, and idn' want to hear it.  I just let it go.  Went out ot make amends.  And  now, idk  buyuign stuff dind't work,  material things don't take care.  Bought her sewing machines and what I could and when talkding dind't work  until she comes to a place where can get over it and forget.  Got a really good heart.  Wendy, she wears a mask.  I know she thinks if she is the real wendy no one will like her.  But she does have good heart.

Angie—she  was kind, a protector.  A protector. And married when 16.  wanted to get marired. I di dnt'want to. But if didn't let her, she would run awy  and married someone blind in one eye and tumor behind the other.  She just got that to take care of htem.

1

HUT000282

Thought she could help him. But they were young. To young. I worked from the time I could, kids old enough I went ot work and it was worse than ever, till finally took them to truck stop and brought them in there. Working long housrs. I worked a lot and there is porlbme with every one of the. Workaholic. I was the same. Working dbl shift and all night. And just no relationship with the kids. I worked most of hteim, whe did come out of that, I had to work to take care of hus and when gete that. Putting roof over their head.

By that time, it was better. I was a very angry Christian, and long time to come out of it. If ever tell them, I'm stilla Christian, I changed years ago. I don tknow if they realize it realize years and yhears ago. They went thorugh a lot, the kids but they are good kids.

Wendy and ang, always feuding, I blame myself for that. Becaue, my relatisnhip with wendy, and I thin some of that, don't want to point fingers, cause o fher dad. Our realaithip. Well, I think I took some of feeling out on wendy. Angie anda I , we were good, times , don't think that much, I can't remember. But whn she was a ttenager, she worked at the truck stop and Jamie, and they had to help. Going under partner left. Going to lose it. Not afford to pay anybody. Kids helped and they worked good but they re w kids.

I din't know beans about businees, restaurant business. I had to aern euickly. But then they grew up too fast. They grew up too fast. Wendy met steven Jacobson and marireid. I was going to take kids and she didn't want to go and got pregnant and stayed. Angie and children went out there but bfforeo that, I should have gone back, angie had mets etevfen hugo, lind and tumor. What I understand, he is blind now.

It didin't last , not very long. Just so, I didt want the kids, probably think I hate man, dind't want them to get married right away. Begged them not, right awy. Jamie to go to college and wanted angie, to wait, so young. She was set in ways from time young girl.

She was, telling mary, she was kinda girl who wanted to bring back load of kids form camboida. I thought, where would we put them.

They negver had a lot, enbver went without. Not a lot of money. Took everything to maintan a business anda home. Hmmm.

There is not a lot, all to say, except for angi, she was strong. A strong teenager. And she like, she was rabe and liked excitement, she liked excitement. I can remember, why not find a boy firend, somebody that might escription, somebody who was nice, book kid and in sports but I remember mom, those usy are too sqauare, they wanted more, liked excitement.

You like excitement, no not really. When you were young? Lets put it, I used to read a lot. I can't concentrated naymore. I liked to read and idk, don't' think life was exciting and I was alone all the time. Mom worked nad step father drank, and I was just alone, I raised myself, pretty much. Don't blame mom for that. When sstep fathe, when they

?

HUT000283

were divorced she was not around.  With her friend at night and worked in day.   Mom was married three times.  Andy jensesn, he was a sweet man.

My fhal sister, Darlene,  her dad was the ste ;ada.

She wasnothing like that.   Not like him.   He , it was alcohol.  Ruined his life and everyboy he came in contact with.

But I never, talkeda boutit, she knew he was alcoholic,  I know she knew not liked him.  But can't blame her for that.

Angie and her dad?  Oh …sigh.  He arreid a woman that did not like the kids, didn't like thatme, and a firend told me, if those kids not around, she would forget hej.  When wnet o see the, angie stood up for me.  And she got knocked donw, Mine with dad, I got hit too.  And then, every time he hit me I hated them more.   But, she, go , finally quit.  But used to go in summers  and she trashed me so bad, and angie stood up and got knocked down had a bpretty bad mouth on her. Htat was a hard one and, was getgin from me and no beter.  Angie was only one stood up.  And they were afrid,  they loved their dad.  They think I hate him u ti don't hate,  they don't know what he and I went thorugh.  They see it as all my fault.  Never one person's fault.  Not put al the blame but it is two.

Idk know if they do.  Never told them abouthtat.  Angry at him a few times.  I nvev went in ot that with them.

His abuse of you?  Wrong answer you get hit.   First time, he hit mek,I was carrying wendy, and 7months pregnant and he hit me,  I hit the wal.  He asked me a question and I answered, he ddind' like the answer,  remember the question>?  Yea.  I remember.

My aunt, my uncles' wife , aunt lois, invited jim and I to church one time and this evangelist, really neat, so neat, listening to him and l=talking about jesus and how change your life.  well, weh we leftand he asked me what I thought ofi t and I asaid I thought it was great and I hit the wall.  Kids never knew that.  I don't' want them to know.  I hit the wall.  Big time.    I remember him accusing me of stuff I didn't do.   Said your were unfaithful?  Yea, I was working but the though was there if I could make a living , I would leave him,  I wasna't unfaithful at thetime.

I was three girls, had gotten off work and not come home right away.  The three of us went on road trip and had something to drink and got home a couple of hours late, and so innocent, afater that, changed my whole life.  not going to blame, it was in the toilet anyway.   That was the start.   That was the real start of it all.   I rember going to work and he be there to ick up my check, I never had a dime, he listend to his mom all the time, and the anger gets strong, and hatred gets stronger, don't let her have check book, do this or do that  and I remember one time, no groceries, and he wanted me to write a check for grocerie,snbut not have check and there was no money in the bank and it bounced and I had to go to police station.  Teased me ?  jim and his mom  hate d him for it. Dind't want to write the check , no money in the bank andwe needed groceries,  he had check book, al

3

HUT000284

lthe other times. Anwya, just, little things. Idk , made it worse. I had to go down there and face the,. I ever forgto that., I was so angry,. Grits teeth and now it doesn't seme like anything now. It was humiliating. Yea.

Crying. Made things worse for the kids for me, then something happened in me and I was angry and going to get out one way or the other. And se I dontknow, stayed, older and hadn't gone thorugh what I ad, maybe I would have thoruhg and worked itout, when you are young, not going to take his crap, excuse the language.

He din't gdo it all the time, but occasions, wrong anser. Worst he ever did? Bloodied my nose. I had a white sweat shirt on and hat was the day , no , oh god, oh, I just, he called me form work one time, and sai,d wendy had fallen out of tree and I need to go to hospital with him, I was scared. Not the best mombut scared , I left work and drove. And I started getting this terrible feleing that he wasn't going to hospital nd he went out in woods and I thought he was going to kil me, when realized me, what was happening, I jumped out of movin car and right in themiddle of traffic, he come after me. And I think because so many peoplel around on the road, he took me home, I think , wendy wasn't hurt? No she wans.t he had said that and I just know in my heart we were headed for a wooded area. Never knew hat. Different man now., I knw I had that terrible feeling, that was what was going ot happen. Going to kil me.

Don t'want my kids to know, shouldhthave said that. He is a lot different man now. Just between him and I not good, it was bad. Probably I was probablyt more my fault than his. Why do you say that? Cuase I know he wanted to work it out and I wouldn't do it. Sigh. Gottenso cold in my heart.

I had forgotten a lot of htat. One time. I was out, we were separated, can't remember if divorced at that time or not, we were separated and he was living with him mom and dadand anyway I had ben out and the police had taken him out of the house, he had broken in and my baby sitter had heard him, and he was under my bed. She called police. I don't know if they knew that, he had a hypodermicnedle. I found it afterwards when I was cleaning. And later on, well, what I heard he was going to kil me with it. That can not be said. Don't want kids knowing that. Not say another thing about hi, those tings are over and done . I ushed him to the limit, that he would do that. In the needle? It ws broken so don't know.

I was so scared, lets' not talk about him any more,. And talked to angi a lot aboutmakin peace with her father. Between the two of us it was not cogod, and know cookie put him thorugh a lot. I think she was better, a better perons, she cuased a lot of trouble for the kids and I had warned hi, and I come home with stuff. Junk. Oh, so many times, come home with junk. She take them to garae sales but stsuff nothing I would let them wear. Not let them. We dind' have a lot but what they dhad was nice. Not the stuff she sent hom e with them. Anyway, there was so much, angie kiept getting hurty by vcookie and know ist was jealousy.

4

HUT000285

Who was jealous? Cookie jealous of the kids, she had her own. Jealous of? Dk, hated kids. Jealous of time with the kids. Go there and not even a picture of them. I quit acause never put them up. Never up. Tell me, not a picture of us in the ouse mom. Cookie was hard on them. Idk, all the details, made me angry and I told them, never bring her down here again. And he never did.

But I know that some of the porbem, his mom caused, she caused them for everybody in the family, if they were truthful. She is a deceitful woman. I get, maybe I was only one that saw it. Maybe the rest did. Loved their mom. Raised themand close to mom. I remember when first married, if anything happened to her, he wanted to die too. I knw I was in trouble . laugh

He was real close to his mom. She had a way, to casue problem, she caused problems. Anyway. See all that stuff, it did't make me beter, just made me worse I had problems anyway, it did get better. I was an angry Christian. I kep praying, don't feel like fanatic, do something with me, prayed and prayed , and it took a while but he did. He idd.

I remember a day, when I said, god, if things don't chane, I got ot do smoethig, first itme I heard him talk to me. And I was going to close thestore and , not in store, I rembe where I was, I was going to close my eyes and walkout in the street
Heading to walk in street


Lose the yoke
praaying
I hatemjy father—came out of mouth, kids in high school. Start of it.

When she sent Alyssa out to texas, not becuae not love wendyk, but mark drinks. Went to close the loset and move shop to texas to be with wendy, to talk with her and tmake things right but not have any of it. Backed awy an dnot talk. So I bought her stuff and that did't do it. Did what I could, but getting really tired, running shop and suppose to do it together but ot one to be tied tdown. ?? this was in 97, soemthign like that.

I moved shop to texas and took it over in 89. wendy married brooksfather and he asakkilled. He hit a tree in his pickup and killed him.

Tht was the bd marriage, he wasn't marriage material and in trouble a lot. Mark, had always bene in livfe in backfourn dna ended up going to texas, I thik he went ot wisc. Vance had moved wendy to Wisconsin and left her and mark came back in pc and they have lived. Come home to visit, they would sstart diming and nothing but trouble. She likes tex, where she will stay I wen tout there to make amends run the shop and trying to take care o fher hsoue. Living with them> then lived in back of sstore. I couldn't do it. To otired. I ended up being by myself. Went out ther to not be in shop alone, she woud help me. It wasn't her thing come in once in awhile and I ended up vbei there all the time again. Lease was up so had a sale. Mark had lost , not lse his job, he let his job, a

take over in company, and  he had to look for new job and found one in ohio and wendy
said we have to move. I knew I couldn't move again. So we had a sale. And I went ot
see a gf in mo and stayed with her for thre months and got into this kind of work and
doing it for 6 years now.   Boy how life changes.

It is ok, kids odn't know. Enough stuff that went on with me.

Brought baggage and jim had his .

Time when faith was moreetreme?  My mom and step father, call him dad, lived with
them and they went thorugh a period and everything was wrong and bad and idols. And
remember getting rid of everything , it was good. Mom was afrida dn I ws a new chritian,
and I said, afterwards, is this beign a Christian, this isn't right. Not right. I remember
what you want to know. We lived together nd mom going through something, a lot of
fear  mom had a lot of fear and anyway,  stuff got destroyed, we went to nothing and I
rmermber saying, to my mom, if this isn't god, I want all this stuff back.  We had
nothing. Bare minimum and I said,  I made a changer, we were living togher and the kids
and I moved out and I had friend carol and looking for place to live a little town, things
wer better.   The man who owned the house, sent telegram he was coiming back and had
to find another place.

The time the world was going to come,  mom bleived it and I was so afrad and went to a
little church, a mission and I rembmer, this is wht the lord said to me. I was prayingl. He
said, there would be someone who would lay hands on mother and she would recover.
Jess bennet, an evangelist, he prayed and her fear was better. He came later after we
were there, coming through , he stopped. And anyway, I remember saying, dad I want
to take the kids home and mom said, we are safe here, don't' leave, dcfa'n kep kids here.
I said, if I can trust him, trust him on outside too.  Outside of the church. She though
safe while there. And anyway, woaking out the door, shaking. And the sun was still
shing and a warm day, I remember breathing and beig able to breath, I hadd ben holding
breath. I didn't see  mo going though something.

Spiritual or psychological? I think I t was both. I think it wasa a little of both.  She
ended up in a little town out in California. It was another story.  My step father daied of
leukemia shortly after that and mom come to live with us for awheil and wanted, heard of
this little town, dk where it was. In claifornia and wanted to go. Don't remember name of
it. Christian town. Put her on the bus, I heard the lord say, last time I would se eher. She
died in az. Don't know how. She did.  My brother called and said, she had died. And I
had made ararngments to fly out for funeral and  I dk much about it, I donthtink it was
good, I had called the paper  it was called the repurlic in a, and wanted to talk to
somebody, go and investigate where she was,  some suite in some hotel and hey had a
ocuple of floors this person had. And I asked if they could investigate that the
investigators had been investigation cults and someone put bomb in car and he was dead.
The person form paper. I was shocked when it was all over and kids were grown.  Go
investigate it myself. Didn't do it. Always thought. In my mind to do it.

6

HUT000287

She died at age 57. we were neve close becaue she was never around and my granma, I lived with granma part time abut grandma never talked to us. Not talk, and if she idd, it was in norweigan. She talk back and forth who came, kids were seen and not heard, never talked to mmhy kids, neer knew how to talk to them and love them. I didn know how.

It was awaful. I have never, felt , kids, felt really bad for my kdis. Oh god. They wer good kidswent through a ot. And my siter doesn't know a lot of this. Sister , rita, out in Colorado, and her realtiosnhip was the same, as mine with her kids. Very same. All went bck to dad and mine stemmed form him and she lied with dad and hated him. I think they made amends the last few years, she is aloner. That is what happened, we were loners. Didn't talk to many people. We didn't talk, just lones. Didn't ocmunciate very much andkept it inside. And when came out was destsructive she was too, but we don't talk abou tit, knew abou tit.

As the more kids that came along, the better it got, I came out of it. And things changed. Too bad, not earlier.

Angie wanted to sve theworld I think. Just bad company and material things, never had a lot of things , so that became important to her. Wendy, her house is like a museum. Material things, but I know, not fill the void that is there.

Jamie , too. I guess, her thing, I know she blames me for everyting, fault fo everything good relationship with her father. I am glad they do, but maybe when she get s older, she is pretty naïve. Pretty navie about thigs. I thin she thinks it was all my fault. I am going to tell her any different. Maybe her and I can toak.

Reconciliation with wendy? I loved wendy and wnatned her to know that and when she came out ther. I told her I loved her and wanted to do it together and make amends, have one of it. Maybe one day. Stsated with her, when estranged from several? More abusive to wendy. Not as much, when younger, it waws me and not undertand, not understand it. The temper. Impatient. You know. True with angie too? I think a little not very much. You know. Maybe a few incident.s not anything real great with her. Unless she thingnks she does.

Getign devil out of children? I remember doing that. Scared. I was scared to deateh. Never told them. I was so scared. That that was, of doing that. And telling them to get out. I was afraida. They never knew. I was so afraida. Afiard for her and that fear whent on her. And I think it wstaeyd with her. Very fearfl and it was later that I realized that I didn' have to be afrida. I didn't have to be afraid anymore. When I got int a wlak with jesus, how good he was, an dhow sweetk and nothing bad. Just good. And how he would make things better. What he did. Change dmy whole life until that happened. Early life aschristian wyou were afairea/ th kids thought I was just angryl I did't know how to comjunicate and not stuff I could tell them. Things going on with usines. Not tell them. Afraidin religion. ? until I found out different that god was not the bogey man. Thought of him paper the wall with do and don't don't' get out of line, wanted kids to be

7

HUT000288

perfect. Not want anything to happen. I think mom thought that he was he was real strict god, not do, and I was afraid, ithoguht was true, I dint know different themore that I was alone and got in to the word and read it, things got better, not like that, when life with fear, it spread. Fear spread, that is wht I did. Felt bad abouthat, did that to angiel.

You think everything is worong and make mistake an want kids to be perfect I always so imperfect. I wanted them to , not want anyting to happen and whenstuff happened with angie and terry and dustin, my god. I never prayed so hard in life. I do eery day for their protection and I know angie was, we all were teerrefied. I just, wanted to lord, take care of us.

And he did. He has care of them. Theyare fine. Good, he , tery and his brother, how bad, and his broher was as bad.

Angie and terry? Ididt know himwell, just a few things I knew he was terrible to her. Wnedy had told me. She though he was love her life. think that when there or now? At, always been in love with him and he was erible not know him well. A lot of stuff going down, he was terrible to angie but she still loved him. She brought him one time to my house, apt, aboue the closet and aked me to lead him to the lord, he needed help , so I asked hi, if he wanted to and he said yes. I remember crying inside, ihated him for what he wa doing and iwas crying, and praying, praying with him. Crying inside while I was doing, but did it cause angie asked me. She was hoping that would change him. But got ot want to want the change. When you wnt it. He wan't there. I don't know if he ever. Was there.

Know dustin at all? Only seen him a few times. Immaculate. Seemed like nice man but never, she was secretive about him, and when finally met him, not what I expected. I knew things, things not right caue so secretive. I never knew how bsad they were. Till cfame and told mea bout this meth lab, she ws so scared and he had been picked uyp. I it was so funny becuae, right after, I wsa in my store, I dk, if it was DCI or what. Pastor came in and he come in and said, some men who need to get up on roof. I had roof entrance on my apt. had to do with igeon problem for the s=city. I didn't' think that was right. They wanted into my apt. iwas living there alone. They wer up there for along time, and then I knew not righta bou tit, I closed and locked my door, I went out on street and not see them. And ithought this is omethig not rright and going to go into apt. entrance, they brushed past me and kept going, I had a really not a good feleing and I went upstais and loked around but I always felt it wasn't right, don't know if checking to see, went trhough apt, or what. Knew it wans't right. Three of the. Never said, a word and bgrushed past me. Dk if had to do , understood, I had to think had to do with DCI or seomthing.

After angie was a teenager , when became a teenager, she became, the typical teenage problems, they all did, but she didn't like school and I blame myself for hta I had to take her and wendy out

R

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 89 of 100 HUT000289

of school to help me, dk how to surive without that. By the time,the turkc stop was on its fet, took a lot of hard work, I took acare of a lot of us.1. angie dint want to go back k she grew up too quick, wendy too. Could, by law? I don't think it was. She din't want ot go back. I watnd her to finish,but not push it like I should have.

Not happy in school. Learning disability? No, I don't I think it was cause she dind't go to school. Don't think she does. I think she is hastyi n her choices. She rash, decision, instead of thinking it througj. Talked to her abou tit many many time.s think abou t, add? Could be. I now , like said, talkeda bou tit, ot jumping inot anyting. Makes her decision.

She has.

Prayig over them? It got a lot better. I did a lot of fasting and bpraying over the kids. I don't know. Physically describe what it was like? I just anoint them with oil and prayed for what they wanted. I just, try to remember. Casting out the devils? Totell it to go in jesus' name and shouted it. But I remember alin to angie, told me to talk, a voice had talked to her. And so I talked to mom abou tit, and my dad and they said it was. I rmember we held her, arms and I prayed over her to go in jesus' name. she said, never talked to her again. Scared her to its. If something had talked to her and told me , could herar a voice talkijgj ho sthat came about. Scareed her and scareed me. How many times did you do that? With angie, oncnly once, don't know if again. Don't remember more than once, if it was. Same with the other children? Allof them, if there is omethig, got ot go. Remember praying and Holding down screaming children? I don't think that is so. I don't remember a lot of the.

Let me think abou that? I don't remember that. Let me think I remember that with angie. I remember praying over everyone

9

HUT000290

ofkids that it had to go and I remember was it any specific kid. I rmember praying when htye were a little older. I don't remember. Were they young? Mom and dad were there? Yes. I think we prayed over them. I don't think it was to large extent when small. I don'[t honestly remember. And I remember praying over them when teenagers for that and remember praying when young, but can't remember to the point of holding them down. Don't remember that. Me or mom? No , notll three. Not in the basement. No. just a cold old basement,with cement floors and had a living carpet living room.

That is omethig that is mixed up. I remember praying with them on the carpeted floor of the living room but not on a basement floor.

Tire in the basement? My mom. My mom did htat. She bishop whitlock, he belived that if there was stuff in her, you could beat that tire and let out aggression and that would leave. I never went for it. Mom and I got into it, I didn't bleive it, ididdnwwant her to do that. Thatis why she left to go to town in California. We argue, I didn'twant her fdoing it. Bvleived only way to get a deliverance.

I don't know what happened to mom after that. She called one time at the truck stop and asked if she could come back. And I never called hr back. And then she died shortly after that I talked to kids and this is what she wants, you have a vote. And they didn't. not going to force them

She was hard for me. With my own problems, better after she left. You must have ben angry with her too? Yes, cuase she kept doiong that. We never had a relatinship , but had made peace with her, when that happened, whith her and thire and stuff. Bishop whitlock. Psychological or spirutal or both? Part psycholoigcla fear, she was afraid she wasan't good enough and holding stuff in

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 91 of 100

HUT000291

her heart.   And she dint' want it to be there and  it caused
problems a lot of problems.

Alyssa have it?  I think she is findi out, she can do things and got a
lot to offer.  Idk,  there is probably that insecurity there.  I think
there is that insecurity.  Beuing alone and her mom gone.   Hard
for her.

It was.

It hik she has seen a lot through her mom. Went rough a lot with
her mom.  Terry , , I remember one day,  praying for ang in the
store , really, idk, can't remmer al of a sudden, something not right
with ang and stratd praying, protect her, protect ang.  I kneew
soemtehig wasn't right and anyway,  afterwards, angie told me that
teryr held them captive for 2-03 days and I had prayed prtect her.
Felt something not right.  Idk,  but angie said a policeman came to
door to read the meter casue meter ma was sick and she told hi that
terry was holding the, and at the same time I was praying, god
knew and sent apoliceman. And they took him away and shewent
on to work.   Took him away and then let him go.

She said hse went ot work and  they let thim out and came after her
and ran in ther and in bosses office and he was on her tail and
called for help.  Idk all the details, it wasn't good.  He was preety
bad andknow Alyssa sen a lot.

Contact with Alyssa?  Well, she spent a lot of itme with me, for a
year , ibabysat her when she was dancing, I took care of Alyssa.
She was a sweet little girlkk still sweet.

I put my kids through a lot, and angie put her thorugh a lot.  I think
she felt abandon by angie.  Idotknow what happened over there,
Alyssa not say antying to me, and little bit she did, get in
trouble,all pretty quiet and when ang started getgin into drugs, I

HUT000292

never awah her very much and when moved tyo clear lake, not see her at all, like once or twice a year. Real distant. I know she ws into stsuff.

I dint know al that was going on, but did know that. Do when you reached out to her? She usually, shtil stalked. Just very distanct towards th last. With everuthing she knew I loved her and we were close.

Idk,can't remember a lot of that, I don't remember. When I did go to work, sacualy best thing that happned to kids, when they were alone, but brought htem to truck stop so we could be together. And I don't know. It is alla blur. I wasn't there a lotl and I didt tlak to them lot I worked and everyone of htem isowrkaholic.

Anger and fer through the generatiosl. Think Alyssa isoging to bet it. Like she has that insecurity there. Everyone of them had it. But they, everone of them could work and work hard. Knew they could work and get what htye wanted by working. None f them are afraid of work. Insecure. I think angie kows shes' ok, not so bad for Jamie as it was for angie. Maybe she thinks. Her or jimmy or hlly, iwas changing. Things getgi better and better. I amdmit it, I feel responsible for my kids. For the way they are. Jimmy has done ok. He's ok.

I think he is.

She' come out of it.
She's taking on role of grandma sund. Good person for kids? You had to be careful fo her. I know she was deceitful and know she cause d some problems, I know she made problems where there wenrne any I never liked her.

I didn't always feel that way abou ther. not trust her. I knew, not dealings I had with her. Good and bad in everybody. And the

12

HUT000293

kids liked her and she lioved the kids. But she was even , I know, when I don't know how to say without it sounding , wendy thought she was her andgrandamag to along but she would take stories to angie and take them back to wendy. She liked to tkeep things going. Liked to keep thigs going. Maybe nobody else saw that. I seen her use the girls. She get information out of them and turn around and use it against the. I know she did that. They weoudl never believe it.


Kansas? I rmember one time, whe divorced from him and seing im, seen hi for about htree years. Bobby clset, holly's dad, he was married at the time, when seeing, he said was separted and later, still living with her and I guess it started. My mom and dad had gone out to colo, awnated to go to colo, and wantd the kids and I to come, we did and I said good bye to bobbi a relationship goig no where. So went out there. Not gout ther, got a leter we were writing. And then we ended up coming back to iow aand never told him, just came back. Dind't tell him. I came back and mom and dad, had a big house and lived together, where it started, the kids and that. With all of us, and the fear. Anyway, to make a long story short. My mother in law, had called knew we were back and wanted to know if come up for easter, don't know, 72. mot qauite, maybe, around there. We went up. And to have easter with them. And we hadn't been there bvery long and phone rang. Winie, had smie and said its for you. It was bob calling her if I had an address if she had addresswhere I was. I hadn't told him I was in iowa. Letters coming back, so knew. Trying to find me. She swore, she thought I had told h I had no idea. He ws just calling, no idea I was ther. I had not told him got otgher he starte coming down and started spenig and I got pregnant with holly. I couldn't tell mom and dad. And he was not divorced yet. I didn't know what to do. Caorl had these friends, the dillos,l Christian people and she said, she could get ahod and stya there. And then plan, thought give up baby but it ws not a good place, chad dillo and

Case 3:09-cv-03064-MWB-LTS    Document 284-10    Filed 06/23/11    Page 94 of 100

HUT000294

they had been orphaned, not good there. And I didt realize how bgad it was tillkids were telling me they wer chritian dn wanted half way house so kids in off street. Off street. I hlpeed start that. I be gone, only gone one or two nights a week but most of time, just one night. And becue I was carrying holly at the time, and I cmome home, the stuff was not good and being mistreated, so anyway, it go t opoint, I called carol , and we left and went back to little town in thornton and went back there and living there , tleeram, man coming back to house and had to find place to leav, he was getign out of service. Thornton after three day drive? No that was mason scity. Not in thornton till igot pregnant and we moed. I have to htik it has been a long time ago. No when that happned, it was't three days. Only a couple days. Not three days my dad went back to work. Not three days. Trying to remember. He stated coming down on weekends, we left, al that stuff going on in mason city, carol and I went to lok for house and thornton and that is where I was when jim's mom asked us to come up. No , take that back, let me think abou that. Been so long.

I just got to get that right. We left mason, igot a house in thornton. From mason city, with mom and dad, moved to thornton. We are going ot move and got plce in thornotn and I was , seems like we were in thornton , we were in thornton that is where living when bobby coming down on weekends and one weekend brough children and his dog. That is where we were livingl. Not happen we were in mason when began. And then I got pregnant, dind' want to tell mom, starting to show, carol knew dillos. And they wer bad nes people. We came back, I was in my third momtn when went and came back and I had the baby, back in , came back afer , after , still December, and shewas born in February, not there, twoo many motnhts. I realized not stay there an came back. I dit' know how bad, the kids telling me and we came back.

What have they told You? Dk how many, he molested wendy, and he molested her and angie, I think angie, and I know not good

Case 3:09-cv-03064-MWB-LTS Document 284-10 Filed 06/23/11 Page 95 of 100
HUT000295

with the kids and he was molesting his own kids. And italked ot her abou tit and when making arrangements and I wanted to do, and she was too afraid and not wanting me to do anyting after we

were never going to happen. I told tme it wil never be.  Never will be. And what I underatnd, dk if lost theland. After that, I never bothered to see what happened to them. Dk.

Angie, but wendy said he molested and ang sia he molested her. He had some little room, dk where that ws, no little room,  that was over crowded house. I knw osomethings were.  Indian boys, two little Indian boys, one he bought in bar, and he tok him and another little boy that  tells story of how he was running rhoguh the corn fields. And some body had shot his mom and dad.  And he was rrunign all he remembered. A nd that was bob dillo.  His parents had be killed. And they save d the little boy     mistreat the boys? Not severely. They made fun ofthem.  Made fun of them and I remember having words with them becaue of it, I did.  Making them suck on pig bottle and we had words abou tit. And of couse,l we were living trhere,  we were the ones who making it.  Making it something itwasn't  dind't belive they were doig anything wrong.  But they were afraid, becaue I ws going to tell people on the,  but we got out of there I do think, I do rember it broke up,  dk how I knew that, there was no ophange.

Kids were coming,  it hinkg would have ben ok if they had bee k,  but not teating, the boys , but I think the one girlwas molested bad, but afraid nd not want me to do, but she was afraid casue had to live ther.  and still in school..  so I dk what happened after that.  I heard they married a coupe of them got married and that is all I know abou that.

HUT000296

Johnson prosecution interview
Interview of Angela Johnson—
Dan martell and Joel devoskin

Confidentiality –none
Our job is not to hurt or help you.
She giggles through much of this
Court ordered evaluation—have to do this; if you refuse to answer a question, that's ok
        Laughs
No questions.
Under influence? No

Are not to talk about crime.  If one of us makes mistake and asks it, encourage you to remind us not to talk about it.  Don't tell us.

Who else talked to ?  Dr. Logan,  Mary Hutchinson, and Dr. Gilbert  Terrible with names.

What talk to Logan about?  First time, was 5 years ago.  Last time,  dk. How many times?  Super nice guy.  Recall talking to him in any three times?  My childhood,  and problems with men.    Laugh

Dr. Hutchinson?  When? Couple months ago.  Not 5 years ago.  Discuss with her?  Relationship with dad a lot.  Test;  with balls.   No other tests

Dr. Gilbert:  I think he more or les just gave me tests.   When?

Logan, any feedback?  Looking for hero type guy.  Depressed.

Dr.  Hutchinson, any feedback about her findings?  She said I she thought that I was a super person, no just kidding, that she had a problem with men,  kinda stemming from not having one with dad.  Think that is true.  You doctors are good.  Talking about getting to know oneself.   Laughing,   any other findings? Don't think so.

Good rapport?

Dr. Gilbert?   He gave tests, any findings?  He didn't go  go hmmm.  I figured he would do that a lot and he didn't    other ones do hmm?  No, but he was testing.

Start with ,change subject.   What do you remember being told about birth.
Do you remember being told anything about mom's pregnancy.  A breech birth.  In labor with me for days.
Were there any negative consequences? No.  You were normal and healthy? Yea

Anything told about parts of life before can remember?  First year of life.  Walk, talk, or ate? Unusual?  No.   What age?  On time or delayed?  Ever hear mother tell you what age walked or talked? No

1

HUT000297

First thing you remember?  You know, I think that a lot.  Not first one to ask.  I don't really know.

What kind of house did you live in?   I think we moved a lot.  And the first house I remember and don't have real good memory, mom and dad were together then, they divorced when four,  I remember my dad , having some kind of meeting on front porch and bunch of men smoking cigars and giving dad a kiss before went to bed.   That is probably my earliest memory.

So natural parents were married, and stayed together till four? Yes.  What was mother's first name  pearl jean.  Dad?  James Jeffery.  Last name.  Mom:  Gomez and dad is Johnson.

As far as you recall, do you remember pretty happy home the first four years?  A lot of fighting?  I don't remember anything like that.  I know there were problems after separated.  At time separated, old enough to remember?  I remember living somewhere else and situation with dad that stands out.  (Tell us)  I was sick and whenever sick, got to sleep in mom's bed, dk why, same with my kids. I was in mom's bed and we had babysitter and while I was in mom's room, I heard something under bed and freaked me out and ended up being dad and he was trying to tell me, angie it is ok, it is daddy, don't get upset.  Babysitter came in room and I know the cops were called and dad had broken in through window and under bed.  Laughs.  Cops coming and mom, and police wanting to handcuff dad, and were going to handcuff, and

What was he doing ther?  Can't imagine anything good.

When four?  Must have been around that age.

After the breakup of parents?  , how many siblings?  I have three sisters and one brother and younger sister holly is not by my dad.   That was after broke up?  Oh yea.  She is l0 years younger.

Oldest sisters"  --Wendy, two years older
Next—me
 Next?  Jamie—little over year
Then brother, James Jeffery Johnson, Jr.  Jimmy,  younger?  He is 4 years younger
And baby is holly, and l0 years younger.

After the break up, there were four of you.  Wendy, you , Jeannie and jimmy.
Where did you all go?  I think we went to house in Kenosha around a lake or river.  With mom.  I think that is when dad in the bed thing happened.

I guess talk about dad in minute, but go through,
Remember else about pre school years that is important?  I don't think so

HUT000298

Elementary school?  I never liked school ever.
Why not?  Well, I look back now.  I think I had ADD and after like kindergarten, I didn't like school.  I had a hard time understanding stuff, taking direction,

DOB?  1-17-64

So, did you get, what were grades like?  I guess were satisfactory.  I thought terrible but when got reports back, I was a straight a student, but not how I remember it.  Laughs

How do you remember it?  I remember it being really hard for me.
What about socially, get along with other kids?  Pretty good.

More likely, lot of bully.  Were you more likely to be bully or one picked on.  I got bullied a lot in grade school.  Idk,  I think, I think Idk, some kids didn't like me, I guess.  Laugh.  Idk.

Did your mom, was she alone for most of that time?  Or remarry or bf live with you?  Really didn't date up until  I was around 9 and started seeing holly's dad.  Married?  Going to but he was killed in car wreck before holly was born.  Don't think he even knew she was pregnant.  A real hard time for mom.

So during that time period, were there any men in life other than jimmy, brother.  Any men important in life?  Holly's dad not in life, a nice guy and had dog named fritz but only man figure in my life was my grandpa's son.  My dad's mothers husband.   My dad father died before he was born. Father's step dad.    He is effectively your grandfather.  What did you call him?  Grandpa.  Did he live in Wisconsin?  Yes,  he is deceased.  He was in eauclaire area.  How close?  I don't remember seeming him a lot.  Pretty close.  Like once a year.  But sure saw him a lot when married. But not much memory of that.

During that time, grade school, how did your mom discipline you?  Often.  Laugh.  And she was a hitter.  She used a big thick wide belt.  Seems like every day, though sure it wasn't.  When she hit you with belt, was it usually because, as you recall, cause did something wrong, or for no reason, or cause she was drunk?  What is recollection?  Mom didn't drink or drugs.  She looked like she is 46 not 66 today.  She pretty?  Very.

She would lose her temper if we fucked up and we got spanked.  At the time, did you experience it as I did something wrong, so got spanked.  Or why did this happen?  I think I got spanked more than reset of kids, we figured out, if one of us didn't fess up, all get hit so I took that responsibility.    Joan of arc of Johnson family.  You took whooping for sibs?  Right.

I hated seeing them get hurt or cry.  Hard for me.  It was easier for me to take spanking than see them get it.  Feel that way about all kids or just sibs?  I always been, I always want to protect everybody.  Laugh.  I always for the underdog at school, even though I was the underdog, thought getting picked on.

HUT000299

And still, during the early years, did anything bad happen that you can tell us about?  I just hate talking bout all this stuff.  When I , I would like you to go ahead,  I don't like it, it is important for us to know;

Well, in 3rd grade, actually, before that even, when younger, about must have been in lst grade, no memory of school at all then, my mother's mother, Florence Jensen and her husband, grandpa Jensen.  They were really religious.  Her and husband?  Yea.  Not mom's dad?  No he lived in Colorado.

They were really religious.  Yea.
And unintelligible.   Laugh.  I don't know how to tell this without making myself sound crazy.  When I saw something out window.  Today I think was a UFO.  Had red lights and when little didn't know what it was.  Didn't scare me or anything. And when told mom about it the next day.  Said an eagle with red eyes.  A bad description.  Like eagle was big and was out window.  Maybe just dreamt it.  After further discussion, laugh, they laugh, don't know how to explain it, they did an exorcism, cause thought I had demons. Laugh
What do you remember about the exorcism?  I remember being on the floor, crying and fighting, trying to get away, only made it worse, laugh,  grandpa, grandma and mom, rebuking spirits out of me.  Took forever, till I figured out,
What did they do?  They held me down on the floor.
More intense than praying.
Physically assault you? No

I hate talking bout that stuff.  Laugh.  Why?  Cause it is my own private stuff, don't talk about tit.  I love mom so much.  Not like that anymore.  What I call her religious disorder, had for quite some time.  Laugh.  Religious, but not like that anymore.  She wouldn't  except for grandma and grandpa.

Result of exorcism? , how long did it go on?  Think it was like days/  seems like days? It was more than one day.  Sleep the whole time?  Idk.

How did you feel about yourself during this?  Incredibly stupid.  Buying what they were saying?  You know, I never thought I had demons or spirits.  Didn't think was evil.  I thought I was bad, definitely bad.  Old?  First grade or maybe second.  No memory of school then.  I don't have memory till 3rd grade.

Anything else about that that was important?  We had this pet bird and it was a dove and we named it snow white, I loved it, and because of this whole demon thing, my grandpa convinced after they flushed my body, it went into the dove and they had to let it go. You mom's name was Gomez,   confusion about Jensen

Not a very good story teller.  You're doing fine.

I could tell you something good that happened.  Laugh.  Before lived in Colo. Before this mason city thing, we lived in pueblo colo and this was like start remembering, after

HUF000300