divorce, and mom went to pueblo, went to grandpa Gomez and uncle skip Gomez and I remember mom never drove, not like cars, walked everywhere and going to the store and all of us kids carrying bag of groceries, and one of us dropped bag and cans going everywhere, domino effect and all the bags dropped and all kids crying and kids were it is ok and pick up stuff. And  this man that was a telephone man was up on pole and watched all this and helped mom pick up all groceries. And his name was Carl Todd. Laugh  and he insiisted that he give us ride back to apt. And laugh,  and of course he liked mom , she was beautiful, she wouldn't do anyting like that. But he was persistent and he would , you know, mom not date , I really liked him.

Why not date?  Not into it.  Inot being home and kids.  Home all the time.

Anyting else bad happened/ told us everything.  Oh, I haven't. I just skipped to something good.

Well, let me finish with happy thing,  to make long story short, he got apt in our building and he took us to zoo and park and do these family outings.  Kids always there and one time really upset because, only memory of school, before mason city, dk why don't remember mason city, I wrote name as Angelo instead of Angela, she was like teasing me for days and came home from school and was upset and I told him and the next day at the end of the day, he came to the school, and we he met me by swings and told me teacher not call me Angelo again and it was like my hero.  Never did .  Gave me name back. Laugh.  He was such a good guy.

Then moved to Mason City.
Why move? Idk.

Maybe I didn't go to school in Mason City, because it was in summer.  No not account for 2nd grade, not there long, moved to Barton.  It is rural town.  Laughing.  What do you want to go back to.  Whatever think we should know.  After we moved from Mason City, we went to Thornton, grandparents not living with us.  When she lived with us, her religious disorder not as bad.  We had bible study everyday. Not rebuking us, just spanking us a lot. That is when got the belt.  Laugh.  Wendy and I got rid of it.  We gave it to my grandma's son took it with him.   Grandma sund.  You did that on purpose didn't you?  Grandma Sund is dad's mom.  I loved her so much.  Happy and making us kids laugh.  His name?  Kenneth sund.  Dad's dad, died before dad was born.

45:15
The other thing was the happy thing.
I hate talking about all this stuff
My mom, found out was pregnant, and sigh, pause, and we moved, still had house in Thornton, and moved to Chanute ks.  Out in the country to this tear drop orphanage, Ted and bobby dillows.   Mom there?  Run by dillows.
Ok  what happened.

Case 3:09-cv-03064-MWB-LTS    Document 234-11    Filed 06/23/11    Page 1 of 100

HUT000361

So many tings happened there.  It was a terrible terrible place.  As got older, understood going to give up holly to that orphanage, I also thought she was going to leave all of us there, but don't know that to be true.  Mom there?  She was there all the time, but didn't see her all the time. More in the beginning.  I have a lot of blank spots of Chanute.  Lots of things I don't remember

Why do you say was terrible.  Well,  I was a rural town girl and it was on the farm. And they had rabbits, cow, and chickens. And laugh, and not there very long and bobby, dk if me, but I just wanted to be with the rabbits, like in this one room in barn and ii was sitting on floor and I was petting them and they were soft and cuddly and then bobby was holding one and petting it and everything was honky dory and then laid it down on this stump or something and smashed its head with a sledge hammer.  Oh it was terrible. Eyes popped out.  I was fucking shocked. And then she pulled the skin off it in one pull and skinned the whole thing.  No fur except on head and so horrible.  Did it so fast and then cut it open and pulled intestines out, horrible.  Never went back.

Going to cook it?  Yea we ate rabbit and squirrel, daily.  That and black-eyed peas and okra.  I don't know how survived.  I wouldn't eat it.  Never been back to rabbit coop again.

Other things that made it a bad place?  Ted let us kids feed the chicken and we were feeding the chickens, we loved then, picking at our feet and after let them eat, he said watch this kids,  picked up old chicken and flung it into pigs and pigs tore it apart and corn went flying in the air and threw another chicken in, raining corn from pigs.

They were mean to the animals.  Mean.
Mean to you?  Mean to everybody.

They knew I was really afraid of pigs, didn't want to go near them.  Really mean. Cats all over property and not feed. Had to fend for themselves.  Always hungry.  One time, Wendy came out rabbit or squirrel bones and minute she got outside, cats all over her and she was screaming and I yelled drop the bones.  They used to make me all the food scraps and the meal out to the pigs and I hated that.  Had to get right up to the fence and dump it over into the slop things. Not like being that close.  Knew they would pull me in.  this little kitten followed me out there , little gray kitten and it wanted some of slop, didn't want it to get too close, dumped some right by foot, stupid cat, trying to get in where pigs were, and it got too close and pig grabbe3d it

Other than pigs that you were afraid.  Meanest thing they ever did.  A lot of mind games there.  And  Ted molested Wendy and says he molested me too but don't have any memory of that.  Sister Wendy the oldest one.  Other kids there and they were so mean. Horrible place.

How do you know he molested Wendy?  She told me.

And she tells you what he did?  No.  You don't remember?  No

Case 3:09-cv-03064-MWB-LTS    Document 234-11    Filed 06/23/11    Page 2 of 100

HUT000362

Think you were?  I say no, but I don't know.  I don't think so.
Where does that come from?  Wendy says I was, but not remember it.

Believe that Wendy was?  But don't know the details.
Used word molested?  She told you,  later? Yes.  Specifically?  No
Not that I remember.
Did she tell you what he did to you or how she knew?  I don't' remember this either that
he would call it naps.  Us girls had to take turns going in with naps.  And I was saying too
old to take naps and not wanting to go, but I don't' remember.

And as you sit here today, you don't think it happened or do think?  I don't have any
memory so I don't know.  I know at one time he made me feel uncomfortable and I told
him never to come near me again, and he laughed, and I don't think, he, I don't know, no
memory before or after that, but telling him never to touch me again,
Did he? I don't remember. Blocked it out if he did.

How old at teardrop?  Third grade.  And school was so hard, not concentrate on school.
And my mom, her shoe and boys keeping her shoe away, and this boy accidentally hit me
in the nose and I had two black eyes and teacher asked me if mom did it.  No it was
accident.  And then they made me go to this retard school.   Where walked on low
balance beams and had colored blocks and not there for very long and we came back to
Thornton.  Why?  Think they thought I had a learning disability cause not concentrate.

Not talk to mom?  Told her not go to that school anymore.  How long?  A couple of days.
Laugh

Ok, any other important things from elementary school that want to share with us?

I remember getting chased by boys and that scared me.  Had to walk into store and kids
chased me?  Catch up?  No, fastest runner? Yea.

First boyfriend?   Across the street, summer after 5th grade.  In forest city.  Doug
Schneider.  He was the banker's son. Laugh.  They had a trampoline.   He was so nice.
Ice over drive and we could ice skate.  We didn't have ice skates but slide.

How long were you and Doug?  Not long, he was my first kiss.
How work out?  oh, ……

I think, after school started, I would see him at school, but not see each other.
A summer romance?  I guess

Anything else?  No

As far as you recall, up until you finished grade school, other than kiss with Doug, any
sexual experience.   Just severe rebukings.  Grandma moved back in with us and I got it a
lot.

HUT000363

Seems like there is more to this rebuking.  Prayed sorta, and did they physically do anyting besides hold you down.

Feel during that?    Stupid.  Never thought I had any demons, but I would get so mad at myself for doing whatever I did that thought I was possessed, spanking, or belt.  She had a new belt.  She thought I was so bad because hated to see others.  The frequency of that, maybe, idk laugh and she had a thing about fasting.  We had to fast I was hungry all the time.  And then always, when holly was born, she was sweetest thing, I never wanted anything to happen to her, kept her under wing, she never had to go through that rebuking thing and real concerned about ther.  No one could hurt holly.

I remember one time, going to shave legs, without anyone knowing, in the upstairs bathtub and she wanted to come int. she followed me everywhere. She was always with me.  I dint' want her to know shaving legs, I would get in trouble.  Pushed door shut with foot anode cut the end of her little ring finger off.  I feel so terrible to this day.  If not trying to do something wrong.  . …..
Sneaky, mom not like shaving legs.

Why not like?
Cause 12 or 13.  Anything do, would get me in trouble.  Laughing,  idk.
I had a real thing about kids.  Anytime saw Cambodia kids, I would cry.  Mom would tell me to leave the room.    When I get older, going to get a bus full of kids.

I got a babysitting job and making $32 a week.  Big money for 6th grader. And I did this adopt a kid and send them 7 dollars a week.  Mom said I could do that, but I had a 7 year old boy. And I wrote once a week.  Then I had like 4 kids. Laughing.  You were paying 28 a week.  Mom was how many kids you have.  How old?  6th grade. And mom made me stop.  I started up again when 14, mom bought the truck stop and I was waitressing and she made me stop again.  I was like obsessive with it.

Mom does for work?  Always stayed home.  How did you survive economically during that time?  She lived on ADC and we went without a lot.

She kept the house clean and us kids clean.  How old when started working?  She bought restaurant when 13.  Town of Thompson and then she got a bigger restaurant.  How get money to buy a restaurant? Idk.  But she had a truck stop named Laverne and Shirley's and after that all I did was work there.

When I dream sometimes, I dream that I am younger, I dream about being in that restaurant.

Now middle or junior high.  How were grades then?  Not good.  Really slipping. Know not straight.  I was smoking cigs. And Wendy was older and hanging out with her and I got turned onto beer and marijuana and I thought that was best thing  whooo loved it.  If gone through life everyday high, I would have.  You liked being high.  I sure did.

Case 3:09-cv-03064-MWB-LTS     Document 234-11     Filed 06/23/11     Page 4 of 100

HUT000364

In junior high school, did you get in trouble, or get caught?
I always got caught. What happened when caught drinking or smoking. Mom ground me or hit me.

How big is mom? 5-7"—we are same height now. She was stronger than us kids. Laugh. Was there a point at which she couldn't overpower? Yea when 14 came to understanding not hit me anymore.

And I hate things, that you are saying things about mom. Such a good mom. Don't want to leave people with impression that she was bad mom. She had been there since I was arrested. She been there and not make it without her

In junior high, misbehaving. Arrested. No

Suspensions or expulsions? In trouble at school a lot. Fighting and smoking. Laugh. A good fighter? I started fighting back in 5th grade. Decided not to be a victim. I would stand my ground. So not picked on anymore. And then decided, not let anyone get picked on, so stick up for the underdog. I was underdog. T ta tada—know that cartoon. I was that.

You guys think I'm crazy, not so far. OHHHHH

Did you ever do any picking on others/ no. Bullied? No
A good fighter? Good athletically. Enjoyed gym.
Played sports? Mom not afford for us to be in any extra stuff at school.
Even after owned restaurant? She made me work after school. Laugh

I was good at running and hurdling. I would have been really good in track. I was like a deer. What was ,
Thin back then? What do you say, I'm not thin now? No, I have gained 50 lbs..

What did you look like before arrested? Thin, even better looking then. Laugh. I wasn't forty, I was 36. What grade give self on 1-10, an 8, laugh.

Men found you attractive? Oh yea.

Any of the stuff, asking about in Elem School, same kind of questions. Good or bad. About middle school.
Hmmm, just that, none of us kids could bring friends home, grandma was beating on tire in the basement. Stressful trying times. Trying to rid herself from evil sprits. Stressful trying times. Went to visit dad in summer, that wasn't good cause not got along with wife. Do terrible things and get me riled up and then he would get mad at me. Said dad not like me cause looked like mom. She would say things about mom and I would stick up for mom and Wendy went along and that made me mad and fighting cookie and she blamed things on me, dad always believed her.

9

HUT000365

One time , I was visiting, he gave me $20 and dad said , don't tell cookie.  I put it in jeans.  He told her to give me some money and cookie said, she has $20./ and he was mad that I told her.  He thought I was lying,  I didn't fucking tell her.  She went through my stuff.  So I thought, sneak around in my suitcase.  This plan, should have done something better. I wanted to prove.  I put a macramé owl and pocket knives from around the house.  So she had to accuse you and I could say, I told you were in my suitcase.  She thought I was stealing and  dad said, I shouldn't steal.  I didn't try to defend myself, just said, sorry, I fucked that up.  Just fucking terrible.

Up until this time, the picture that I'm getting that you were a nice kid but got in trouble anyway.  Yea, in trouble a lot.
I was never out to cause problem but I did,  everything was such a struggle.
Truck stop?  In Leland.   We lived in forest city.  She had that for a couple of years.

Go past middle school.  Dropped out in 9th grade.  Why?  I had no interest in school.  Think you were going to do?   I didn't' know.  Continue working for mom at the restaurant.  And I had this boyfriend.  And I figured I would marry at 16 and get out of mom's house and no plan after that.  Laugh

You are in middle school.  Boyfriends the whole time?  Always a boy that liked me.  If I had been in middle school.  You reputation?  I wasn't a slut.  I wasn't involved in school stuff.  Boys that liked you?  Did you have a boyfriend?  I always had a boyfriend.

First time had sex?  I was between 14-15, closer to 15.  Which boy was that?  The guy married when 16.  Oh boy, I followed through on something.  Yea.  Laugh

How old was Steve?  He was 18 when I was 16, or 19.  Did he have a job?  Yea, he worked for an auto body shop.   A lot of work, but she finally signed so I got married and off I went.

I don't' know, I jsut had not plan, and then not stand Steven and after 9 months moved back home.  Laugh.

You said that your first child?  When first child was conceived?  19, Steve? No

You and Steve lasted 9 months.  Dated since 14.  Protected sex?  No, but I was on birth control.  Since before we had sex.  Not going to get pregnant.  Mom know?  No.  Went secretly? Yea.

And you stayed on pill while married to him? Yea.

So, from the 9th grade you quit school. Mom mad?  She didn't want to , but knew I wasn't going.  Dated Steve?  Yes.

Anyting else that is important.

HUT000306

What did you do., how many hours did you work? I was in the restaurant all the time. Waited tables and from 2-4 I was there by myself, worked and go back and cook, coffee and shit like that and occasionally fries.

From time with Steve, when 16 and that same year you broke up. You left or ,? Married in July , must have been April of next year I left. Birthday in Jan or you were 17? Yes

Back to work? Got job at pizza hut in clear lake. Worker were you? Good

Boring? No I liked it.
Pizza hut wasn't boring but school was? Right

You dated someone after Steve?> no, not seeing anyone when at pizza hut
How long? Quite a while, got myself an apt. How long is quite a while? Probably a year

And then dated Alyssa., oldest daughter's dad. 18? AJ—arlan Johnson. I knew him without school.

Dad's natural fathers' first name? Merlin. And he is arlan. I went from Johnson to Johnson.

So you dated AJ at 18, taking pill? I don't think so, I was on the pill for awihle. Stop? Didn't renew prescription. It kinda slipped to wayside and got pregnant with Alyssa. Didn't know was pregnant till after mom wanted to move to Colorado , so moved her and sisters and brother, sold restaurant? Oh yea, not have it anymore.

You move to Colorado, yea. I moved. Left AJ? Yea.
Why stop taking pill. I think my prescription ran out, have to get renewed and I was stupid and didn't get renewed.
You are smart lady. I thought I had it figured out on the calendar during this week, but not this week. Until I got it renewed and

I moved to colo and not get it renewed.

When found out pregnant. Any thought to not keeping.. Oh no.

I wasn't sure what I was going to do, when told AJ, he had airline ticket in the mail like that. And I was back in forest city. He wanted to marry you? Yea. I wasn't keen on the idea. Good guy? Oh yea. He was stepping up? Yea.

Marry him? Yea. Not keen on it? A good guy and had it good and I knew not in love with him. I knew that.

What was it , not in love? Physically attracted. Yea, but idk, just didn't trip my trigger.

Case 3:09-cv-03064-MWB-LTS    Document 234-11    Filed 06/23/11    Page 7 of 100
HUT000367

Think of one of guys that did, and how was he different?  Hmmm. That's too hard.  AJ , he was more laid back.  He wasn't really physically, I like a bigger guy and he wasn't built very big.  And he was real mellow.  Did he get in trouble a lot?  Yea.  He was good provider, full time job.  He liked having me around and liked me to be home and not go anywhere and do anyting.  Too boring for me.  Next thing knew, I was having affair.

Like guys closer to the edge.  ? Yea.
Affair?  Kirby  Thompson.  A construction.  Turned me on to cocaine.   Exciting.  You had been using marijuana,  and beer, and  tired acid.
Marijuana and cigs were my big thing
Like acid?  Yea it was fun

That was like not regular, not often.  Occasion.

Once you tried cocaine, regular pretty fast.  Did you snort
Yea,  not that impressed.    Do when others, had, not spent my money on it.

Crank my new love.  Laugh. Wanted to do it the rest of life.
Amphetamines
Like jump tall buildings in a single bound.   Confidant.  Liked it

Now, up until that time, ever had any mental health treat?  No
Had anyone ever told you thought needed?  Looking back


AJ wanted me to go to psychiatrist.  Went and she said, just not in love with husband, and deal with it.  He wasn't real happy about it.  Laugh

And looking back, do you think that you had symptoms of mental illness?
Yea I was depressed.  Why think ?   That  not happy person.  Life was a struggle for me. I  think trying to make safe havens, but never pull it off

Thin before saw psychologist, or see  it now.
See before talked to them.

Didn't see it before?
I have reflected on life, sitting in jail,  lot of conclusions.  See things not saw before. Never slowed down.

Independent of psychology people, did you come to it independent., or help you see.

Dr. Logan helped me see that.  As much as hated to admit it.  He was right.  If taking an antidepressant, wouldn't have been so impulsive ;l  very impulsive. Don't think things through. Just do it.  And usually later regret it. Laugh

And how did Dr. Logan convince you this was true?  He didn't convince

Case 3:09-cv-03064-MWB-LTS    Document 234-11    Filed 06/23/11    Page 8 of 100

HUT000368

Had to admit he was right:  how did you come to believe he was right?

I asked him why I had such, why he thought I had such a need for meth and wanted to do for rest of life.  He said, self medicating to gibe me that extra energy and feel good about self and I didn't have that before. And maybe if on anti depressant, I wouldn't have had such need for crank.  And since been on anti depressants, I do feel better.  I never want to go off Zoloft.  I'm a happy bubble.  Laugh

You said, it was your new love, crank.  Does Zoloft give you same.  Why not take crank? Ruined life.
I will never let drugs back in my life.  I would never be taking it, lost children, I hate to admit it, I f  I had been only in jail for year or two, but I KNOW now I wouldn't.

Sit in jail for five years to figure that out.

What year was Alyssa born?  83, august.

Her father was AJ? Right

Total?  Two.
Marbea, her dad is Dustin honkin.

And when was she born?  Valentines, 94.  My little princess.

On street when she was born?  Yes, she's eleven
Locked up for five years?  Yea, in county jail.

Let me think about this question, wonder if violate order.
Been talking about strong feelings about children, don't want to know what happened about the crime,
How do you feel about fact that children were killed.
Tell me more?  Children should not be victim of crime or harm

Don't like seeing children abused on street.  I will verbally confront someone.  And idk. You believe that it is wrong to hurt kids?  Absolutely.  Ever not believed? No

During time you had your kids?  Could you have become, angry, that you would hurt them.  Or just not in you?  I would never hurt a child.  Lose temper with kids, never hit either of my two kids.  Certain about that?  Know I haven't.

Not that haven't, but wouldn't.  Yea.
That is cause you know it is wrong?  Yea
Kids are innocent, just cause bigger or stronger, not what I think of the way to get them to listen or obey.  Look at little kid, that person can spank me and cause pain. Don't want them to obey for that.  Want them to be good kids.  Not spank cause do something wrong. Not a good way to teach kids,  just cause bigger. Can't stand that.

HUT000369

Do you want us to call you Ms Johnson?  Want to take a break?  No mind if we do?  No

It is now 11:45, leave the tape on.  Want some fresh air in here.

Nobody is around.  I just don't like children to hear about my childhood.  Still talk about private things.  I think it will be okay.  This area is locked off is the investigator is down the hall.  Does she work for jail?  Since she locked me down, obviously,

So what do you think, sitting in county jail, to make a person go insane?
Do you prefer to be called Angie?  That's my name.  Would you like it now, later.  I don't need to have lunch.  If you change mind, let me know.
Thank you.

The food is terrible.  I usually skip.
You gained 50 lbs.?  Candy in commissary.

I left door open and told her she could close it anytime.

Lets' go back to history a little more.  So at the time that Alyssa was born.  Ever arrested?  No.  How old?  Never been arrested before this.   One time with terry de geus I got arrested for what they called assault of police office,  he was invading my personal space, and got ticketed.  Arrest you,  took me to jail.  Didn't finger print or book me.  Charged fine.

Other than this offense,  never arrested in whole life?  No

Ask you about things that were in the  record, if you don't mind.

You had numerous traffic violations?  I am a lead foot and not drive 55.  Habitual violator 2 xs?  Not arrested?  They took away license.  Got reinstated twice.  And after arrest, lost it again.   Alyssa called and said, lost license again.  I can't drive slow.  Laugh.  Inner thing that wants to drive fast.  Maybe got from dad's dad.  He drove past.

Any traffic offense for other than spending. No.  Habitual speeder.  Not obstructing traffic, no.

You and Alyssa and AJ lived together?  Three years. And what were you doing?
Working? No.
Stayed home with Alyssa?  Yea
And then left him and you were 21? No 23 or 24.  23 .

Did you start, when did you have affair, before end of marriage,  right at  end.
I left shortly after it started.  And that is when your drugs switched from marijuana and cigs to cocaine and then fell in love with crank.  Kirby Johnson?  How long?  Dated for year.  Live together> no.  I moved to clear lake, got apartment.  Worked 3rd shift at

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 10 of 100
HUT000310

Perkins.  Did you have Alyssa with you?  Sister took care of her.  I picked her up in the morning and then one weekend a month I started dancing.  And made like a 1000 a week. Dance every day for week.  I wanted to get a better car and furniture.  And made a 1000 a week?  Yea, sometimes more.

I did that for a year.  After awhile, it was like once every 3 months.  When you say dancing?  Stripper.  In Iowa and some in Minnesota.

Feel about that?  Never knew so easy to make money.   So like how cool?  If not had Alyssa, would have gone on road and done it.  But goal was get some nice stuff for me and Alyssa.  Get everything needed in one year.  Kirby with you while dancing?  No not dating anyone.

Other way that people make money?  No , I didn't prostitute.  I didn't do floor hopping, I never got off the stage.  And I never drank.  Only drug had was crank.  I knew what was going on .  High all the time?  On crank, probably.  I was a functioning.  Not stay up for days. I tried to sleep every night.  When working at dancing, not get a lot of sleep.

How did you look?  Maybe a little too thin.  Looks affected by chronic crank?  I wasn't rail thin.  I was thin  I looked good.  Overall health?  It was fine.

I made really good money.  I didn't drink.  So got all the week's pay, not have a bar tab. What year?  I suppose, Alyssa was four.  So 1987?  Yea.

1:55

Next chapter?  Opened bar in forest city. Alyssa was in kindergarten.  That was 1988? Yea
Where did you get the money for that?  I had money from where I danced and work.   I had some money built up.  I did really.

You made 1000 a month , and then every three,  well maybe there was some weeks I filled in, I made good money in tips at both jobs.  Laugh.

Working at Perkins and making 12000 in dancing.  How translate to buying a bar.  Just least it, something every month. I had money to stock and dang, had a bar.  At that point, had you been selling crank or meth?  I had in past, nothing , so not cost me any money to deal.  Sold enough to use?>  yea. But money from bar came from  work? Yea

When I had my bar, I really got into drugs.  Continuous.  I had it for , the bar, for year. Only open wed through sat.  I had sun, mom Tues, off.  Yea, it was a party fest.  Knew not do that again, so closed up shop and

So when you say, really got into drugs.  Said high all the time before.  Did you stop sleeping?  I didn't sleep every night.  Your parenting?  I think I was a good parent.  I

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 11 of 100
HUT000311

never , I mean, I was home a lot.  Except for the four nights a week I worked and that was from 4-2 and always came home, every night.

You know a lot about drugs and drug users.  What do you think it was like for Alyssa at your house since you were sky high, pretty much non stop.
See crank, not like alcohol and pot.  I was a very function al  user.  I look back and think not been healthy, but to me, I was always putting Alyssa first.   I loved her so much, wanted her with me.

Not trying to talk you into it?  Yea, as well as good being a drug addict.  Anybody tells me doing crank,  think can't be, but look back, think I was.  Being mom is real important to me.

Talk about, how was decision making.  Were making good decisions about welfare?  Remember any that screwed up cause high?  One time I was too late to see a play in kindergarten.  It was just being over and she was crying. I never was late again.  That was the worst?  In the grand scheme not so bad.
Could you control your temper?  Don't thing I lost it.
Any time not able to control temper? I don't' think so.


So you were earning money at bar, taking good care of kids.  Except for drug use, was there anyting wrong?  No, all ok
What made you stop?  After a year, knew not good for me.  Not go on another year like that.  All my firends were users.  I just, if all friends are drug users and one comes in this night and one comes in another night.  I just couldn't do it.  That is when I met terry.

What year?  89.  After sold bar?  Still had bar, just before closed it.

What was he like.  He took my breath away.  The sexiest man in the world.  Laugh. I was crazy for him.  We started seeing each other. He was married at time.  He had a little girl Ashley, same age as Alyssa.

Did he have job?  He worked construction.  Drove a big Mack truck.
And what took your breath away?  The minute he walked in.  Handsome? Very.  Buff? Yea
Big guy?  About 5-11;  he was ripped.

And did he take care of himself? Yea
How long before moved in together?  Seeing each other for about 9 months.
And he had left his wife and staying at his parent's  how old was he?   I was 24 or 25 and he is like 2 years older than me.

And I moved into a trailer in Leland.  Really nice trailer and he eventually moved in with me.

Case 3:09-cv-03064-MWB-LTS     Document 284-1     Filed 06/23/11     Page 12 of 100
HUT000312

How was he with Alyssa.  Good.  He would bring Ashley over.  Did a lot of things with the girls.  Good father to Ashley?  Oh yea.

And we were both into crank big.
You were functional.  Was he?  He got a little out of control and it seemed like the more paranoid he got.  And possessive.  About you? Yea.

Once we got through living together, it was like , I loved hi, didn't want to be with anyone else.  He was real jealous about male friends and most of friends were guys. He knew that and got possessive and started getting abusive physically. It was a real bummer.  What did he do?  Hit me.  How?  At first, open handed, in the face.
And then?
Then it progressed over years, hit with fist, and throw me around.  Worst injury?  Didn't break any bones.  But worst beating took from him.  I had two cars,  69 Buick wildcat, favorite cars and had a red Monte Carlo.  My friend, Joe, best  TO,  terry Olson, he needed car, his was getting fixed.

I didn't think terry would get mad about hat.  Not in the mind set, will he get pissed. I eventually got to that, not hitting me a whole lot then.  We were driving in wild cat and passed TO on street, and he was in my car and he lost it.  So mad at me.  And I was trying to calm him down, I didn't know make you mad, tell him to give it back and now look back, if not into crank, he wouldn't have been so irrational.  He do?  He beat me, hitting me in the car. And pulled over and next thing, we were in ditch, beating me and beating me and car pulled over and terry telling them to get the fuck out.  Knew that car would call cops.  He knew that too, and he drove back behind this motel.  And he hit me some more. And the cops came.  Slapped or punched?  Probably both.  Bleeding from nose and mouth.  And I was so happy to see cops come.  He said, if I get arrested, not be a good thing when they get out.  I said, take me to jail, don't arrest him, I can't get back in car with him.  Cop said, won't let you get back in car.  Well, we walk over to car and asked terry, what is going on.
Terry is like its' ok.  And I'm like arrest me now, don't' want to get in car.  Everything be ok if I leave.  Terry says yea.  And he left me there with him.  Shirt was half ripped off. He left me there with him.  Talked him into going to gas station to get cigs and he told me to go in and come right back out.  I was having the shit kicked out of me, could tell.  I told the kid, when I walk out, call 911.  And this kid was like what happened  to you. Terry could tell I was talking to him.  He came into the gas station and as walking out, Dave neiman was walking in. and I said terry is hurting me. And Dave, was like what is going on, and AJ driving down high way, stop light there and I took off running to the street and terry was right behind me, and like in movie and got in and AJ took off. And I was like it is so terrible.  AJ took me to his house and of course, neiman and terry were right behind us.  Terry was in his car.  Neiman and AJ lived next to each other.  I hid at AJ's place.   And like ever fucking hit her again.  And neiman said, give ride to parents. And got terry out and went to girl friends house and I went to Wisconsin the next day and stated in Wisconsin for three months, until school started and then I came back.

Case 3:09-cv-03064-MWB-LTS     Document 284-31     Filed 06/23/11     Page 13 of 100
HUT000313

Came back to terry?  To the trailer, in Leland, and of course we got back together.  I did him for everything. So easy to forgive, loved him so much.  Think he was really sorry?  He hated it when he did that.  He hated\ it.

The first time he abused you  badly, you left for three moths.  Then you came back cause you loved him.  No cause Alyssa had to go to school.  Alyssa in lest grade.

I know I'm' terrible aren't I.  Doing fine. My fucked up life.  Just trying to do our job.  Regret life, wish I could do it over, made so many mistakes.

Break
It is 12:15, she is gone and will turn off tape.
Recording back on  12:20.
Going for 3 hours?  Seems like more.  Seems like it,

Think he is less than hour and I will be an hour.

When Alyssa was in first grade, moved back to Leland.  Yea.  And when at sisters, in Wisconsin, worked at country kitchen. And moved back to Leland, worked at country kitchen there. And then I moved to Ventura.  Got a house there.  Why?  To be closer to clear lake and to put some distance from terry.

Moved back in with him?  He stayed there a lot, but moved to Ventura, give us some time away.  How often was he violent? Far more frequent.
Time left, first big one? That was worst one.
How often at that time?  A couple times a month
And then how often did it get at his worst?   Told him not see each other, he got into the stalking thing.

When terry was ripped?  Was he lifting weights,  he was naturally .  Steroids? No crank
When you moved back in with him, violence start quick?  Yea. Think about leaving?
Yea. Moved to Ventura.  And you tried to quit seeing him.  Tried to.  Kinda ease off it.  Not in a break up kind of sense, but slow it down, so out of control.

And then away form all male friends. Didn't know anybody in Ventura.
Stalking?  When moved to venture.  What did he do stalking wise?  He come to house and park truck behind car and now let me leave for work, laugh. And sometimes, demand anyting? Demand that we would talk and get back together.  I said got to go to work, lose my job. Just ridiculous.  I be coming home form work and he be along hwy and chase me and follow me , and pick up Alyssa, and there he would be. How long did that go?  Years.   How many years?   Until 1994.  And  so, did you have another boyfriend?

After, not in Ventura, but bought house in clear lake and started seeing other guys on the down xxx so he wouldn't find out, but he would find out an come pounding on door, and saying, you better not fuck her.  So embarrassing.  Call police?  All the time.  He would leave before they got there.  And only one time they arrested.  He charged him with

HUT000314

stalking.  So bad.  And so see these other guys, working, bought house, had a new car.  Doing ok except for terry?  Yea, you didn't want him in you life.  Couldn't have him in my life.

Then some point you met Dustin. Or am I skipping something.  Well, terry was getting drugs from Dustin.

Up until this time, were you dealing big time?  I had a little dealing thing to pay for my crank.  Never dealt large amounts.  Terry was doing a lot and got a huge drug debt.  And he came to me, owe him 20,000 and only have 8.000.  Take this money and don't give it back to me.  Owed Dustin?  Like 20,000.  Suppose to meet this guy at burger king and would you go instead and give him this 8000 and tell him give him more money, the next time, and I said, do that for him,  he was freaked out. And I wanted to tell this guy not to give him any more drugs.  And he was not sleeping.  Tell terry, get rid of Aaron.

I met with Dustin and gave him the money.  Told him, he is whacked out, not get your money, only going more in debt.  Talked about it a little more. He asked me if I wanted to get rid of any dope.  I said, not in big amounts.  I said, I would try to help work on terry's debt.  Only do to help terry?  Didn't want him to get any more dope. Only get more in debt.

Help terry because?  To get his debt down.  Guy stalking and trying to get charges/  some times he was decent.  Sometimes he would come over and be real nice and sit and shoot the shit.  Got along good except when he was freaking out.  We be having a good conversation, like two Terries, and his whole face would change.  He was too, much crank.
So you started dealing for Dustin?  Going to, but he got busted.
Had you ever gone out?  We got together a couple of times.  Not trust each other.  Kind of a weird situation.  We were dating lightly.    What does dating lightly mean.  He said he would date me to Arizona.    I was so happy.  Be away from terry

How many dates?  We talked for hours.   I told him not want terry to know getting dope form him.  Sleeping with him?  Not yet.  The day he got busted was first night we slept together/  laugh.  He was supposed to get me some dope that day.  Dope?  Crank.

He had a big business, selling in  Arizona and Iowa.  He was just getting it to Greg Nicholson and terry.  And Greg was setting him up.  Not the illusion he gave me.  He got in Arizona/  he made it.   And it was good.

Smart guy?  Book smart.  Dustin was book smart.  Did you like him?  He was alright. Not crazy about him or anyting.  He was going to be my dope connection and I wound's do anyting to fuck that up.  Sleep with him to like,  he got busted.  Cause attractive or dope connection.  Figured I was going to date him.  Hanging out.  And he was going to be like sleeping together. Dope guy.  He liked me. Not real crazy about him.  And he called me to pick him up in Cedar Rapids.  Biggest mistake in life.  Why?  I should have just never answered the phone.  He was never any good for me.  Such a fuckin liar. And such a

HUT000315

manipulator.  Don't know why I believe. Trying not to do that anymore.  I am not a liar. Not bull shit people, think others not do that to me, but they do and I think , so fuckin stupid.,  think better but do all the time.  Lots of laughing.

Want to be careful.  He got arrested and  you bailed out? I didn't.  I picked him up. He called me.   Before that I came to visit him at jail.  I didn't want him to think I set him up. I was going to set the record straight.  He knew not me, said knew was Greg.

Terry was afraid of Dustin> what did he think that Dustin was going to do about the debt? Idk.
So, this is 93 now.  And how long was Dustin on the street between when you picked him up and next time he was arrested?
He was arrested in 96,  3 years later. No no.  Marbea , he got arrested, I was in Des Moines and Marbea not too yet.  96.

Those three years.  He out in 93 and you hook up.  A couple?  Yea, got to be.

Did you live together?  No.  Ever? No.  He stayed at my house after Marbea was born. But not long.  Our relationship not good and I didn't want to be with him,  and he rented place in Mason City, and stared another lab.  He stayed with me while pregnant with Marbea, and after born, I was like look, need to not live with me. He had another girl on side and she was psycho and he was fuckin liar.  Getting me in debt.  Worst relationship I ever had.  Dustin was mind fucking me.  Manipulating and lying. When terry hit me, knew where coming from and knew the results.

Everything that came out of Dustin' mouth, was a lie.
Physically abusive to Alyssa, or Marbea? No
Terry hurt girls?  No.
Get violent with me in front of the girls.  Ashley would cry, quit hurting Angie, it was so sad.  Not very often, usually when alone or girls in bed.  Or what not.

Not everything with terry was bad.

When you and Dustin were together, you dated, but only lived together during pregnancy and—and shortly after.
Were you still a couple?  In his mind, I moved to Des Moines to get away from him.  I didn't like leaving house.  I was sorta stable there. But had a job offer to work , for Mason City country club and she had to relocate.  A waitress job?  She managed country club a she wanted me to work for her.  Doing what?  Everything.  Worked doing everything, way too much. She moved me down there and paid me$2000 to move.

Hard to leave but couldn't stay near Dustin, wanted him out of our lives, without him realizing I wanted him out of lives.  Forgive me for being so careful, want to not violate the judge,
There were other reasons wanted him out, a lying , manipulating cheat, but  can't talk about that.  You can talk about anyting not charged with.

HUT000316

Before July of 1993, you and , your decision to get him out of life, after July 93,  yea, daughter born in Feb. of 94.

And at, our relationship was not good then

When did you decide to get him out of life?  Knew not want to be with him shortly before Marbea was born.

So, between July 93 and marbea's birth , 8 months later, for most of that time, still a couple. And shortly before birth decided you wanted out.

Not so cut and dried.

Not enjoying it, not ever.  Never like oh Dustin. Never like that.  Our relationship was to benefit Dustin.

Forgive me, but wasn't it to get crank.

He was busted and no crank.

He stopped?

Yea, he didn't have any crank. Never got nay drugs from Dustin, never, not one.

I got to tell you, all the gov calling him king pin—he didn't ever, I want the gov, to know he loved them building him up.  I want to be clear , not asking about that.

Not asking you about that.  Laughing

If you hadn't been pregnant, would  you have ended it earlier. Yes.

Know I would have

When realize pregnant, it was a couple months pregnant. And I told him.

So she was conceived in June or may,  is it fair to say that you were aware of pregnancy in the vicinity of July of 94 and I was freaked out.  I knew terry would freak out, if found out pregnant.  Not a good situation.

Terry was seeing another girl.  Rhonda over in brit.  I in truth, wanted to have an abortion.  I wanted, but Dustin was adamant.  You don't' understand.   I now know he had three girlfriends who were pregnant and had abortions.

Why tell him?   Wanted him to pay for it.

Terry said he would talk to him.  And I agreed not to have it.

After Marbea was born, did he want to be her father? Yea

Did he seem to love her.  As much as Dustin can love. He loves himself.

You said he was rearrested in 96, is that right? Yea

I'm confused.  Yea, me too, laugh

Oh, I see.  You are telling me, 93-95, there was no crank.

Then what was he rearrested for 96.  Confused.  How no crank, if he had a lab.  He had a lab but not produced any crank.  Guess I can't answer.

I didn't do drugs when pregnant. But after that I had my own side thing going on.  Didn't give any to him.   Who was your connection.  Nanan

None of my business? Yea

HUT000317

Galbots.

And you stopped during the pregnancy.  Didn't use when pregnant.

Why start up again?  It was never an issue of not doing drugs.  Crank was a part of life.  Didn't want to harm child, but had no intentions to not do.  It was part of life.

You breast feed?  Like short time.  Like 6 weeks.

Use crank?  Of course not

Ok so,  ok

So , what were you doing between 94 and , baby in 94, when baby was born, and when you were next arrested.  I was arrested after indictment in 2000.

What were you doing?  Working.  I was at Urbandale golf and country club in Des Moines.  After I quit there, the  feds were making my life miserable. Wanted me to cooperate against Dustin.  I moved to lake mills to lay low.  I got job in clear lake and was in apt. and life was good.

Wait till you answer.  Wait till dr.martel says.

I can answer that perfectly well.  I felt like they were attacking me.  Not one to back down.  I didn't feel like, never offered to help me.  If you help me, make sure you are ok.  They came at me, search warrant, after search warrant, coming into work,  harassing thing.  Made me,  not, they were my enemy.  If came to me and said, look, think you know things and we make sure nothing happens to your kids.

\

You weren't going to be intimidated.  Yea,

Not allow self to be intimidated?  Not that wanted to be intimidated.  I had to protect myself. They were my enemy..  Not going to put my kids in jeopardy to cooperate with them when making my fucking life miserable.

You are angry  a—all of this could have been different, if they had been different.  Never once, said, ang, look

They just came at me, and Dustin is trying to kill you and oh yea, I will cooperate so that he will kill me,  you not offering me any protection.  I think they handled it poorly.  I am angry  I can be rational.  I can talk to people and be rationed with.  Subpoena and trying to involve me  and not way to cooperate

Person who is easily scared?  Yea, so why not work.  More scared of Dustin than them.  They were the ones saying that Dustin was trying to kill me.  Trying to protect self, I had to reassure Dustin and protect self and family from the government from the FBI,  the cca, very stressful.  I am just a mother and daughter  not some queen pin.  Treating me , very stressful.

94-2000—moved to get away.  Doing crank , the whole time?  Yea.

If they were searching house, frequently, unexpectedly, and you were doing crank , on regular basis,  how come never busted you.  They would like to know that.  They never found any.

HUT000318

You were smarter?  Not say that
Hidden in way not find?  Assume that
Tear up house? Yea,
Never found it?  Yea
How feel, watching them fail?  First hmmm, then happy and relieved.

They would come in with people with black face masks and run through apt, in front of girls.  They didn't give a shit about my kids.  They did not care about my or my children's welfare

Weapon? No

So, you are working, anything noteworthy.
You moved to avoid them, did that work?

No, they follow around and set me up with snitches.  If they were following you, I didn't know that till found evidence.
They were following and searching house.  How did you avoid  I

 Was very careful.

I was very careful.

I'm impressed—thank you.  Laugh
I don't know that I would be smarted.
I was never busted, not even for personal use
You seem proud.
Cause I know they hate that.  And I'm a chick. . Idk.  I just see them as my enemy.

All this cause I dind't cooperate.  Boy.
To do it over again.
What would you do?  Tell them everything I knew.

Cause now, aider and abettor and looking at death penalty.

Sit in jail for 5 years and do a lot of thinking.
Kids?  Alyssa is 21 and goes to college, friends and family.
Sister has daughter Marbea who was in a spelling bee today.
Close contact? Oh yea
How often visit?  I was in el Dora and I had phone cards , call every day.
Not seen anybody since here.  And won't till trial.

Trial not started?  Just jury picking. Used last strike and gov has 9 left.  Didn't get jury yesterday and only have 15 in pool and need 36.  If that tells you anything.

You been  learning about the law in this time?  Am I trying to be jail house lawyer? No

HUT000319

Actively working, and they teaching you. I am making it harder for them. Not letting them say, do what tell you

I made it harder.  How?  Just my stupid mistakes.  They get so mad at me.  But I have a great defense team.  I am so impressed with pat berrigan.  A legal genius. Didn't realize that till selecting jury. So thankful.

Is a federal PD> is a death penalty lawyer.  All my lawyers are private practices.  Court appointed,  paid by gov.

Other than things charged for.  What stupid things have you done/

I was manipulated when I first got arrested, the marshals going to take me to Linn County but pat Reinhardt, called up the head marshal and said doing me a favor and take her to Benton county.  He did. And that is where he had Robert mc neese , who snitched in my case.
Better to not.
I got manipulated by him.
He is not on my case, tried to get that evidence suppressed and he didn't ask to move me there and judge stopped and then he is not on my case anymore.  Reinhart. Not there

Got moved to waterloo and I freaked out and hung myself.  Then moved to Linn county and now here after eldora.  Laugh

Lets talk about, before your arrest, I asked you if any mental health treatment?  When moved to Des Moines, I went and saw a doctor and got on Prozac.  Really depressed. Year?  95.
Doctor?  He was a psychiatrist.  Some health center, don't recall name
He got me on Prozac so ; had anxiety attacks, then on Zoloft. Then stopped taking it cause made face break out, and so fucking expensive. Crank was cheaper to do.

No health care? No

Other than that, any mental health treatment?
Try to hurt self or ?  In waterloo jail, I did.

In 2001?  No 2000

3:00
Somewhere, if I can find this.
Was there ever a time when tried to OD on aspirin.
Oh when I was young.
Was that,
I was 14 and took whole bunch of aspirin with coke
Why

HUT000320

I think I was in argument with step mother and I don know, just real depressed. Think going to die or just messing.
Sure I didn't want to die, but wanted to after, taking that shit. Boy made me sick, Had to get my stomach pumped, throwing up like crazy.

So, in 2000 you went to jail. And how did you do, in jail, in terms of getting along.
Not good. I was, smoked pack of cig, mountain do and coffee and addicted to crank and having period and with all that withdrawal. I was a complete bitch. I was mad.

So you got a lot of write ups?
Well, I got in trouble one time when Robert mc neese threw a note to me and I picked it up and I got locked down for like week and he never got in trouble. Who is he? He is the gov informant.
Leave that out. Right

Now, I actually have a summary of your write ups, going to ask you.
You got a warning for argument with in mate? In Linn county. And then it said,
First day there? First got to Linn county.
You weren't withdrawing there.
Assaulting another inmate. Yea, I pushed her into bunk, she wouldn't shower, and she was
Humongous and not shower, smelled bad. We wrote a grievance. I told her just take a shower. And she got mad and called me stupid bitch. And I said, call me a stupid bitch again and she did so I had to do something. I shoved her and I had to go to the hole for that.

You had to do something? I said, call me stupid bitch again, I had to .
If not done anyting? Then , I would have felt like, told her to tell me, and she did. Not a stupid bitch, and I am stupid and am bitch but not together.

Unauthorized items? I had carbon paper from library? Didn't know not suppose to take it out.

Disruptive conduct? Yelling at another inmate. She had accused brandy, my cell mate of signing her money order and taking her money. I said, no, right there. Just verbal? But I went to the hole and she didn't'. I only one that got in trouble

In Jan of 04 cited for assaulting for pulling hair, pushing her and hitting in head. She threw water in my face. She was such a little bitch. She had stabbed somebody and she was unreasonable. I was trying to reason with her and she threw water—MY water, and she tried to hit me within the phone and I took phone away, and I went to the hole for that. I was twice this girl's size, and twice her age, she was young girl, she had been in hole twice for fighting.

They kept me in max spot. All the people wherein hole, were dealing with these people I was in this, with the bottom feeders of Cedar Rapids Iowa. Bottom of bucket people.

HUT000321

Questions I wanted to ask you.  If that all, sure has to be more.

What about the one where called someone niggerrig,  you can say niggerrig niggerrig and can't say nigger.  And I said, sorry made you mad, just trying to tease you.  I was meeting with administrator, he was black and
He didn't find it humorous
And he said you called nigger.  The more I talked the more guilty I sounded.  The more you try to explain, the worse you make it sound. I am good for that.  We were friends and

You don't have issue with black.
Majority of issues have had with black.  Loud, controlling and attitudes and think they are going to run shit, tell others what to do,  not in my cell block.  I lived there, not just staying there.  I tried to keep everytingitng calm.  They come in and intimidated others.  And nobody runs this block. We are all in jail.  Not fly with me.

You were the ones getting into fight.  I was , idk care how big and black you are. Not running this block.

Your mom was, was she, a Mexican decent.  Grandpa is.  Gomez.  Was his wife Mexican.  Florence. NO.  So mom, half.  Doesn't look Mexican .
So you are quarter?  So when people ask ethnicity  ?  Say Caucasian.

3:15\
Sorry, I'm just trying to be careful and follow the rules.
Why try to kill self?  Just freaked out.  Hard time with charges in first place and I just fact that was in jail, arrested on these charges, called me kleeme woman, arrested me at sister.

Your case, huge news?  Yea. And I was suicidal, just kill myself and all this over and family not have to go through this shit.  I freaked out and hung myself.  I remember talking to sister and daughter.  They told me the bodies had been found.  I closed eyes and seen sparks flying and I must have went up stairs, took sheet, tied it off on sky walk and just jumped.  No memory.

I came too in the hospital.

Decision was like, snap judgment, made impulsively. Any planning/  I had thought about tit before.  How is the best way to handle this.  Just kill self and spare family.  And it was irrational thinking and you wrote a note. That was two days before.

Wrote a suicide, a letter to daughter.  Not suicide.  Not decided to do it? Yea
When came to at the hospital, I thought must have been in fight, not breathing, and bit tongue off, had seizure when came to, and told me I hung myself, and I was like, really fucked things up, I was feeling really bad, and police officer said I was combative, but I was really having seizure.  I had bruises all over.  No memory of hanging, no memory of taken out of jail, none of that.

26

Case 3:09-cv-03064-MWB-LTS    Document 234-11    Filed 06/23/11    Page 22 of 100

HUT000322

It said, in hospital records that you had been prescribed Celexa, serzone and trazadone.

In jail? Yea. They put me on Celexa. And in waterloo, on serzone and in waterloo, amitripyline.
After tried series of medication. Taking 200 of effexor and 200 of seroquil. And multivitamin and birth control pill

And you are taking birth control to regulate? Yea.
Having trouble with menstrual periods? Yea

What about when you were , have meds, and locked out of room and get it at 7 in evening, not ready to take 200 mg of seroquil and have to lay on cement. Why didn't you cheek it. Not good at it.
Find that hard to believe.
Caught me

In there that I watched the girls that were making themselves faint. Taking really deep breaths and I was watching them and laughing and when Montana the guard came in and i was laughing and Montana coming in and I got in trouble for watching. Laugh. Watching everybody in cell block was.

Other than anyting related to this particular case? Ever owned fire arm
lived in Ventura. I loved terry but in fear of life he said, he would kill me, and thought he would. I never shot it. I didn't have a gun permit. He ended up taking the gun anyway.

Any others beside, not related to this case> no
Almost done, Angela.

Pause.
3:24
Can you think of anyt8ing important that I didn't ask you, that you think is important.

Well, I done a lot of thinking about my parenting, with Alyssa and as much as I like to think I shielded her with the things with terry. But know I didn't. Alyssa told Mary that when she was little she heard terry rape me and that made me cry for days. Didn't know she knew. Ask me feel like a shitty fucking mom.
Rape you lot?
Not a lot but several. He break into house. When he was good, he was so good and when bad, so bad.

That is first time, any real emotion in the whole morning. Tears about?
Because I hate that Alyssa knew that. Tears about Alyssa? Yea

I can't imagine what she was thinking. I feel like a shitty mom. Laugh

Since you were no longer living with mom and grandma, do you consider yourself to have any religious preference.  A Christian, and believe in a god, and devil, and heaven and hell.

How do those beliefs make you feel?  Good
I believe the bible is true, Jesus died on cross for our sins, but don't take to fanatical level. I pray at night.  I know god not doing any special favors, no miracles for me. I believe he was there.

Think that all along?  During childhood was more afraid of god than devils

Off crank for 11 months, and you made a conscious decision to go back cause you liked it. Were you religious?  Yea  how did that fit?  Yea, too good of a thing for god not to like. Laugh.

A few questions, might be a little uncomfortable.  In sex life with terry, was it good for both of you?  Yea.  Was yours, any time he wanted sex, did you have to be in mood, who decided if going to have sex?  I don't know.  Sex was a good thing for us.  Not something I didn't want to do.  Remember ever saying, I wasn't in the mood.  No I was the one with shirt off.  Rape you?  When not together.  Ever when were together? No

Did you ever think of calling police and charging? No  I wouldn't call police unless I absolutely have to.  After terry and I broke up, he was with other women, I didn't want to have sex, I would get something.
Raped you?  Yea
Not call police except had to?  After it was done and over with.
Not think do it again? Didn't' think calling police would keep him from doing it again
Think when someone arrested for rape?  Not going to go there
How many times happen?  Several.  A couple?  Several

Do you describe self as having temper?   On scale of 1-
I get mad quick.
More than average? Yea , probably

I don't like being fucked with.  I don't have a temper with terry, but with Dustin, he was constantly lying and manipulating and making me feel stupid.  I don't' like that fuckin shit in my life.  Pissed me off.  Not do anyting.  One time went to Kathy's house to stop fuckin call me.  Not cause jealous  who is Kathy?  I told him go ahead, be with her. But no, I never.  I called her, coming over to kick her ass.  Be there at 2:30. Be home laughing. And she wasn't there.

Laughing

When they told you that Dustin was trying to have you killed. You said that without feeling.  Never felt very connected to him emotionally. Yea, I figured he was trying to kill me.  I did what had to do no worries where I am concerned.

HUT000324

Anyting else not asked you?
Anyting at all, who you are, your character?
Idk what kind of person who have gotten form me, hard to see what you see.

If you think of anyting important, feel free to speak up or after dr. martell
Lots of things I don't think are important that you might.  It would take days

If anyt8ing comes to mind, don't' hesitate to

Dr. Martell has some questions>  want break?
About another soda?  Very quick break. Never turn down a soda.

I will be a lot more quick. Heard lot that I would have asked

Think I am a sorry case for a human being>?  No   no?  No

3:35
Where you guys from?  I'm from California and he's from AZ.
Chatter about napkins, accent.

I been to California once,  Orange County. Anaheim?  20 minutes from there.
Beautiful, I like it.
Went to Disney land and knots berry farm.  A girl friend in Santa Anna. Never seen so
many hot air balloons. Coolest thing.

Good year blimp, thing in region.
Must have been having race or completion.  We were on a road by a mountain and they
were all over in the sky.  Neat
Did you want some lunch? No
Realized 1:45, we could get a plate.  Don't' want you to be uncomfortable. Not easy to
eat

Mine is less personal,   more medical
What do you think of Zoloft?  It's good.  Think it is wonderful, should have been on life
Do you think that 200 is too much>  I requested more.
It would be the doctor's call.
Have you ever known someone to be on 300?
No psychiatrist , not go there

What do you think about Zoloft?
Not a psychiatrist either.
What are you guys
Not trying to be cute, not appropriate for us, not appropriate for us, helps a lot of people
Yea, I like

HUT000325

DOB  1-7-04
Date today—24th of April, laugh
Good
I have no sense of time
Year?  05
But I don't know who the president.  Just kidding
How old 41
Know we got a new pope, not me,
Where were you born.  See not in cave.
Burlington  Wisconsin.

How know about current events?  Not watch TV.  Heard lawyers talking about it.
Knew benedict.
Why not watch TV?  I did in el Dora , but not here, so loud,  and not usually what I want
to watch.  One station all day long.  Not like vh 1.  I don't have a preference, not going to
watch, it is so loud.  Much rather read a book. Have my own cell,

Mother?  How old 66
She work?  She works now, in home care, for Mary. Doing that for quite a while. In past
ran restaurant?  Yea, she was provider. And after that she worked in restaurants.
Working, she is wonderful cook

Go in school? I think 9th grade.
Now why stopped.  Didn't know till read in chronological thing. Didn't know dads dad
name.  So learned a lot about myself, laugh.  Never thought about

How mom did in school? Sure she did good, very smart
Any medical problems?  I think yes, I think that , don't' want to leave house.  Doesn't
want to be around people.  Don't know how she will do it in trial. Even going into store. I
think she needs Zoloft.

Stay in house.  If didn't have to , she would never leave.  I could see, real easily, that she
would never leave.

Any medical problems with her?  No

Just found out grandpa's name.  Dad, James, grew up with him for 4 years. Went to see
ever now and again. Not good ,  problems with step mom.

Talked with Logan and Hutchinson, talked a lot about relationship with dad. When got
older, I chose not to have a relationship with him, have a lot of regrets, if I had tried to
bury the hatchet, and not have hard feelings, she never made attempt to get along with
me, then my children would know dad.  I do have one with him now, think he is great
guy and think we could have liked , and cheated myself out of that.  Big regret. He is 64.

Work he do?  Always worked for uni royal. And then he had a bar. Retired right now.

HUT000326

He is real nice guy. Do a uni royal.  Like a foreman at plant.  Lead man.
Bar owner? On site management. Yea , lived there, house attached to bar.
He go in school?  Don't know.
Think he graduated?  Maybe, don't' want to say no, probably

Medical problems? He has heart arthymia and I think he has ADD too.   A learning
disorder and I think he does. I know he has that.  Based on what?  Well, always known he
had that, guess.  Confirmed in last four years. Read it somewhere that is where.
Confirmed?  Some doctor.  I think he told Mary Goode when doing chronological. Who
is Mary Goode?  She is mitigation specialist. Wonderful person. Love her. Really, she is
master in job. Interviewed family?  Yea, she got me to get my GED.

I was going to ask you about that.  I lied and told people that had a coupe of years of
college, whatever felt like at the time. But I did get GED.
No one checked , no

What makes you think you have ADD.  All through school, be there, tell  me what to do
,and not know what to do after told me, I could not pay attention, just not there.
Something come to realize recently?  Think always known it, but not admit. Never read
book till came to jail.  Now breeze through a book a day.  Can't get enough reading. Just
got grapes of wrath yesterday.

Ask you about sisters and brothers?  Wendy have trouble in school  very smart.  Medical
problems.  Real bad items. Glaucoma and hysterectomy. She , I think she is ok.

Jamie, she was good in school.  Health?  No, I think hers is more psychological.  Laugh.
What's up with her.  She doesn't take constructive criticism well,  thinks she is together
and every body else needs improving,  she gets offensive , at any little thing,  offensive?
No offended,  and then gets offensive.  I love her, good person, very religious and good
mom.  She has some hang-ups. But not if you ask her.

Jimmy?  He is just all a round good guy. Graduated ksstate, college football.  Free ride,
married and couple kids. Him and I been close till all this shit and FBI and cops and
alienated myself form everyone. I missed him so much. Didn't want to subject him to any
of that.  Purposely alienated self?> from everybody.
How is health?  His liver was large.  Laugh  he has ADD too.  Both got it. How as he
diagnosed.  I think not diagnosed but know he has it.
Jamie drink?  No totally religious
Jimmy?  No, more about liver.  Said it was a large fatty liver.  Say it in way that was
medical problem.  Shouldn't even said it.  He drinks occasionally when goes deer hunting
with dad.  Don't really leave cabin. Big guy? Yea.  6-4.
Holly—she quit school in 10th grade and she is getting GED.  Learning: id think so.
Health? She is healthy. A tumor, fibroid, size of grapefruit. Last year.  Surgically.
Pregnant now.  A little girl has a little girl. She and Marbea are same age.
Husband is in Special Forces for National Guard and just going to Iraq. Just found that
out.

HUT000327

Hope not before baggy, suck.

Alluded to people having psychological problems?  Any treatment> I think Sister Wendy and Jamie should be on something, and talked to both. Neither thinks would benefit. And if anyone tried to tell me, I not thought so now. Now on them, is to my benefit.

Parents or grandparent's  mom and mom's mom.
Ever see psychiatrist?  No
Religious? Yea
Treatment? No
Mom was worse when grandma was around.  Don't know why mom was so fanatical at times.  Definitely bad.
Why resolved?  My mom grew out of it, matured out of it.
Grandma alive?  No
What religious was grandma?  Catholic and went Pentecostal and h=nuts form there. Idk. Mom so not like she used to be.  No problems leaving kids. She's not same person and neither am I.

When did exorcism, what would they say?  Image of them laying on hands, what saying? They would  rebuke demons out of me.  Yell and speak in tongues and wrap snakes, no just kidding.
How long last?  Until I finally give up and said, they were gone.
Looking to you for cues. As long as fighting, and a fighter I was.
Go on for more than day? Yea
As got older, and in tune with what had to do to get it over with, roll with it,  I would say, feel so much better, thanks mom

Right handed, how throw ball?
Speak language" no
9th—finished either. In 9th—half way through year. So glad to walk out, I'm free

Impression is academic.  Really good in elementary and not so good in junior high. Yea, hard for me.  Now look back., cause home life so disrupted, and not concentrate. Things going through head all the time. And really.
Going through head,. Idk. Seemed like every fuckin day, some kind of drama.
Just not good, and I think I had a hard time,  always try to figure it out, spend time at school thinking about it.
Moved a lot?   Through out, or just junior high. Moved a lot always.

I wanted to be sure not do that with Alyssa.  I told her when bought house, not do it again. And then we did.

Learning problems in school?  How get straight a's if not learn.
Special school for a coupe days?  In special class.  For just those two days. I was like not going back

Case 3:09-cv-03064-MWB-LTS    Document 284-11    Filed 06/23/11    Page 28 of 100

HUT000328

Why sent there? Idk.   A boy had hit me and next thing were off to special school.  I don't' think connected.

Why they referred you over ther? Idk.  Called mom, daughter is so stupid.  Think was 3rd grade.  Thought getting straight a's.  Idk.

3:59
I was watching rabbits get skinned alive.
That was when you were at orphanage
Favorite?  Gym
Hardest—all equally hard. Struggled in every class.  I liked art.

In 7th grade, had a drafting class and really liked that and industrial arts.  Enjoyed those.  Sparked my interest.
Do in industrial arts?  We built model homes, and can't think what else we made.
Teacher was really cool guy, he got fired for getting busted.

How doing last month or so?  Heard you said, bouncing around/
Appetite? Not much of appetite.  A change.  We have to eat at regular hours.  Breakfast at 4:30 and 11 and 5 and if you don't eat then, or have commissary.
At the federal building they give roast beef sandwich, and apple, I crave fruits and vegetables.  Don't' get it here.
Lost appetite, or unappealing.  ?  Nasty, except cold meat sandwich.
Hungary?  No
Lost weight?  Did in Linn county and
Lost about 40 lbs since been going from court thing to court thing to court thing, put little weight back on
Lost 40 lbs cause tired to? Us.
Gained it all back? No
Did you weight 40 pounds more than this?
I was like up to  240 and like 190 now.

When you were dancing, that was lowest weight, weighed then> 120.   As near perfect s you can get.
If you had to say what good healthy weight is, what would that be?  145 or 150.

It is hard to loose weight in jail.  Nothing to do,
Exercise?  Get exercise in cell block for 2 hours.
I got my room at top of stairs, so just go up and down.
Sleep?  Good since taking seroquil
Without?  I can't stop thinking.  Every little thing keeps me awake and
Since in here. Not doing in dorm style settings.  Been in dorms since got here 2 weeks ago. Since about a week ago , back to h block, own room and shut life off.  Own private place.  I had atty

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 29 of 100

HUT000329

Thoughts keep them from falling or wake up early?  Not shut mind off.  Over and over and over things.  Analyze myself.  And when I realized that I could get something for sleep in county, went in amitirpolgyen, gained weight.  Trazadone made me hungry at night and took seroquil from another girl so wrote a letter to jail doctor, and asked for seroquil and started at 100 and up to 200, happy there.

 How long?  Close to year. Maybe more.  No time.
On Zoloft?  Same amount.

Noticed in changes in how you get along with co's and
Never really had problem with them.
Better or worse in last month or so.  Just depends on who with. No problem since been here. No problems in el Dora.  When not in with bottom feeders.

Activities, what do you do?  I do my drawing, writing and  write a lot of letters.  And reading.  Interesting and fulfilling?  Takes me away, right in there. Laugh.
I heard people say that before.  You really can get in  and be gone.


Lost interest in things you used to enjoy?  I don't have , used to have a universal gym, I miss it,
'Not that lost interest?  No I don't' think
Nothing to loss interest in
Notice changes in Zoloft?  Don't have a sex drive.
Since been in jail.

On anti depressants before.  Always on something since got in.  I got off it before cause so expensive.
Loss of sex drive;  I wasn't with anyone.

Crank?  When have sex on crank, can have sex all night long.  Good for sex.
Not true on crank.  Different on crank.  Liked it better on crank?  Yea, it is better when on crank.  Did you initiate sex, did you have more often sexual thoughts, or when not with someone, think about sex more.
No, not go out looking for it.  Never thought, got to have sex. And go to bar

Did you masturbate, or do without?  If I wanted to have sex. I could go get sex, but not a big thing in life.  Unless someone really enjoyed.

How doing emotionally.  Last couple weeks really hard. With picking the jury, sitting there every day, 8-5 to could you kill this woman.

I appreciate that must be enormously difficult

Ok. (Think she was crying)
Get choked up in court? No

34

HUT000330

When come home at night?  When come back to jail, I do, yea. Go take a shower or something, I don't get emotional in front of people, try not to.

I don't want to belabor that and make you more uncomfortable.

Someone at door.
Changes in last month in your thinking or memory?  I don't' know what you mean.  Any changes in ability to track
Does it seem like I'm having trouble
Balance or coordination? No
Picking at fingers since the beginning of jury picking.  Never done that before.  I hate that when people do that.  Do it raw.  Get a band-a9d should help.

Balance or motor skills
Eye sight—not see far away, glasses? Yes
See things others don't'  like a ghost.  No
Hearing? Good
Hear tings others don't seem to be hearing? No
To those too last questions, have you ever heard things that things didn't hear or see?
       No, but I think when I was younger, I can't say that heard voices, but seemed like
       Ther was always something going on.  What mean?  Acitivity going on in head
that couldn't get a number on.  Activity?  Like a motor running. Didn't know where it was coming from.
How old?  Think noticing it when I was 13.
How long go on for?  Never really bothered me. Tune it out.  I think it really stopped when taken seroquil.  I make myself think I make it happen I can make it louder and louder and not noticed when on seroquil.  A sound?  Literally like a motor.  Like hmm.  Humming, not humming, can you hear it?  But don't think I hear it with my ears. Is that crazy or not.
Never talked about.
Did you think it was real or in head.
Thought in head.
Make it stop?  I can ignore it
When really upset, it is really bad.  And if I would lay down, it could  get real loud.
Almost seemed like I could let it go, never let it go.
Some control?  Yea
Time of day? No
Only time hear it, notice it, is when laying down and by myself.
On seroquil, hearing it at all now? No
'
When you were 13, about time you started taking drugs, marijuana, did they have anyting to do with each other?  No don't' think so.  Not like high all time,    marijuana, laugh and thins were good.
Think always had it.  Don't think I'm schizophrenic.  Had it , and just noticed it when 13.  Had friend who is schizophrenic and she hears voices, and I didn't want to say I heard humming.  Crank?  Don't' think had when on crank.

HUT000331

On stress.

When on drugs:  voices, drugs, gotten paranoid? No

They say that people who use crank, they havexxxxxx  so both can look out the window, just a joke

Strange smells or tastes
Tingling crawling, crrepy crawling
Problem using bathroom

Medical history.  Mothers' pregnancy.  Do you know, did she drink.  No. not at all
Other than breech delivery, walk, talk and use toilet

Any medical problems.  No surgery? Tonsils out
Alyssa was breech birth and last time in hospital.  An adverse reaction to medication.
Was in Linn County.  Pretty healthy

How old when tonsils out?  12 I think
In accident?  Car or another.  I been in a couple of car accident. One , back pretty messed up for awhile.

Otherwise, I was physically hurt by terry.
Scar on forehead.  Story on that?  No idea.  Don't know? No
When terry assaulted you, did he ever knock you unconscious.  Good and dazed but don't think unconscious.
Ever been?  Don't think so.
Ever had other trauma other than beatings? Yes
He tried to hit face and head?  Throw me around and toss me.
Punch ? Targeted face? Yea
How many times do you think he beat you badly in the head>  hard to put number. It was always in the face.
How many times, approximate, that got dazed. Too many to count.  Every time, rang bells. More than 10 oh yea,  more than 20, yea,  more than 30, I dk

How long was he abusive.  After the first year, the second year really bad and then tapered off over year.
When you pulled way, less access..

Mostly during that second year.  Yes
Seizure?  When trying to hang self, seizure when gave me oxygen.

Any others? No
Before or after---before

Stroke or diabetes? No

HUT000332

He covered psychiatric

More about school.  Covered most of this.  Ever fail grade? No
Ever told as kid were hyperactive? But you suspected.
Basis you suspect that on?  You mentioned, tell you to do, and recall
        Commercials, if you can't concentrate, you have adult add.  Since took anti-depressants, I can understand now.  Got GED.  Took test every two weeks and passed it and passed it.  Don't think could concentrate enough if not on anti depressants. Never go off Zoloft.  Laugh

When get GED.  Three years ago

Got better after your arrest, on medication.
I can take something apart and fix it and make stuff and do stuff. , but can't follow directions, well now I can, but if you told me how to do something, instead of this part and this part and this part to achieve this thing, not be able to remember. But if figure out on my own, could figure it out.

As waitress, trouble remembering orders.  No.
Write down?  Some
Follow a recipe?  I'm more of intuitive cook but can follow recipe.
I can't grasp when someone is trying to explain something to me. Better now.

When my atty was dean stowers, couldn't understand a thing
Sure that was you?  Laugh, not trying to be funny.

Most understand now.
Know more about law
Really uneducated person

Really first time, thought I might have ADD.
I always knew had some difficulty in school.  Didn't know could do anyting
It was difficult, Wendy was so smart.  In second grade, couldn't learn to tell time. I couldn't get it.  Went home, and went home, I'm so stupid and within an hour, she taught me how to do it, in language , anytime I couldn't' learn, Wendy could teach me like that. Weird , huh.  If I had problems, that is why I got a's Wendy told me how to do it. Teacher told me, Wendy could teach me anyting.

Your impression, not learn and getting such good grades when younger.
I don't know.   When asked me, said I got fs. And then looked at it.  Must be different Angie Johnson. Don't' remember that way

Why better from Wendy than teachers.  Maybe one on one. Knew Wendy.  She just, she knew me and knew my language. She taught me to tell time and confusing to me, quarter after, should be 25 minutes after. She explained things to me. Terrible speller and give me hints on how to spell better.  She helped me a lot, she should be a teacher.

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 33 of 100

HUT000333

Mother smoke, no. clean liver
Medication during pregnancy? No


Any behavioral problems in school? Yea, I couldn't pay attention.  I got distracted a lot.
Behavioral problems at home?  I had demons, how bad can a girl be.  I don't like the
prosecution hearing this tape. Don't want them to know,  they may never hear this tape.
The defense.  We can't say what court will do with tape.  Our understanding, is not to
prosecution.   Not up to us.

Going back to that for a minute.  As I listen to you today, you got exorcised every coupe
of weeks cause they had strange belief's.  Were you naughty and need to be exercised.  I
got headaches a lot. And every time had ailment, I got a good rebuking.  And I 'm sure
nothing close to perfect child, but I often would just do things, to protect siblings, and
that caused me to get in trouble a lot.  Maybe look worse than what I was.

Was that altruistic or like attention.  No she could hit and hit, I never cried.

How often did you get an exorcism or rebuking?  Was like in a year.  In my 5th grade
year, my grandma and it was a lot.  How much is a lot.  It was, several times a week , a
couple times each week>  only one time that was more than a day.

After got into it, instead of being fighting, duh, just lay there and feel better, and say feel
so much better, than it could be over.  Twice a week?
How long then?  Less than hour.

Worse when grandma ?  Mom still did it, but less often.  And then appeased her.
It would be like an offense to not want to rid self

Bed wetting?  Up until  4th grade, I think.

How often?  Not all the time, a couple of times a week.
How get over that?  I finally, I hated it so I just stopped.
Showed me where bit on toounge, trouble with nail biting.  I bit around nails.  I hated
that. Mom get mad?  But Alyssa did, she got mad.
When you wet the bed, which cleaned it up, I did, didn't let mom know.
Did she make you, would sleep in it wet, if had to.
Smell, is unmistakable.
Mom changed sheets a lot.
Rebuked over that? No.
Not saying that I didn't.  I could have been.

As a child, difficult paying attention.  Were you not paying attention or hard time
remembering. Hard time paying attention.

Case 3:09-cv-03064-MWB-LTS     Document 234-11     Filed 06/23/11     Page 34 of 100

HUT000334

Memory problems as child?  Never remember homework.  Terrible time with names, still do. And terrible, and hard time remembering phone numbers.

Form testing, have remarkable memory.  When we were in court the other day. Would you have some one call mom.  I had cried the night before. Wanted her to know was ok. I wrote the phone number down and thought it was wrong and then wrote down , then current.
Stress can do that, especially in 40's

Depressed when kid? Sure, depressed whole life.  Why say that?  Not happy whole life. Don't remember being happy, always struggling and always having to defend myself and it was exhausting childhood

Overly aggressive as child?  Probably.  Me and Wendy would go around and around. We could really fight.  Fights at school? Sometimes.

Shy as child?  That came as got older.
Tell me about that.  When I was younger.  As got older and started getting pretty, I got embarrassed when people paid attention to me.

Nightmares?  Yea.  Nightmares about mom when I was young.  And have dreams about things at the rabbit thing and pig thing and .  Bad dream.  One I still remember, want to hear,  quickly.  I remember lived in Thornton,  mom was at end of stairs, and landing and she would call and we go to landing. In dream she was there, she was all white, like flour all over here.  I get out of bed, and she is all white, and I was like no way, and run back to room, and this time, she was dirt and like buried and mud , and I run back to room, and then called me again and she was on fire. And I was like no. I woke up.  Mom go to end of stairs, think about dream and get so scar.  Think it meant. Idk. That is night mare.

Problems with poor self esteem> little bit about that.  Well,  cookie told me I was stupid and ugly and that made me too stupid and ugly.  And  of course, mom was getting devil. A poor excuse for a kid, not do anyting right that would please.  Beating devils out of me. Rebuking but yes beat me with belt a lot.   Beating and rebuking ever overlap> no.

Any problems being unpredictable as child?  I'm very impulsive.  Why do you think that is.  Dr. Gilbert.  He said, and I said, yes I am.  I just act.  Example of something impulsive?  Like if I going to send something to girlfriend in mail , and privledged, I put legal mail on that, and I think, if think through it, they will copy that, and prosecution and impulsive and not think and just do it.  It was actually legal mail in the envelope.
I put legal mail to gf, said if write legal, won't.  Why send to gf.  I wanted her to read it. It was a chronological thing.

Impulsivity?  I asked her to write my life story. I wanted to write a book about my life. Been incredible. Since being a little girl and not about crime, not about hat. Wanted her to have background. So she would have that for reference for book.  Lawyers said, that  I

HUT000335

am trying to benefit from crime in book  fuck up like that all the time. I wanted. I'm not so sure it is f up as much as not looking at context as lawyers do.

In enton co , I was rushed and impulsive and got myself in bigger trouble.

I try not to be so impulsive.  I di't realize it till he said, then it was like that is exactly.

Crying easily or often.  If I cried it had to be big and do alone. Not let my mom cry. Spank me all night long.

Acting too young for age.   Too old
Easily frustrated?  If I couldn't do something.  Like trying to hang drapes. And pull them all down.  More easily than brothers and sisters.? Yea.
Any problems being excitable?  Excited from using crank.
I'm talking about childhood.
Stubborn?  Yea very
Coordination?  No
Hyperactivity? No
Blind spells or staring spells?> like day dreaming, did that a lot.
        Call them absence attacks?  Hey I was in a trance.  Yea, go in no thinking mode.

Difficulty making friends? No
Impulsivity? Yea, two x's for that
Organization—very organized

Controlling emotions?  I try to.  Difficulty? Don't want to cry in here.
Day dreaming? Did that already

Distractibility?  If trying to do something,
        As child? Easily distracted at school and home
        Tell me?  I would have said no, if had known had to tell you,  not concentrate,
                Like bird on window sill

Any trouble sitting still?  Oh yea.  Notice today? I do all the time. As kid? Yea

Trouble finishing projects start? No
Attention wandering?  Yea suppose

Fidgeting?  Tell me.  Mom make me stand in corner.  I hate being confined to area.  I can drive can for long time but can't sit in car.  Better if driving.  That make sense.  I need to go to bathroom.  You guys can sit and talk to yourself.

3:00 and turning off recorder.
3:51  at 3:02

A bunch of medical

HUT000336

Measles? No
German measles
Mumps. No
Chicken pox/-yes—old? Dk; as child
Whooping cough-don't know
Dypthereia, scarlet fever, rheumatic, malaria,
Headaches---lot of headaches
Diagnosed with migraines, yea when older,  been having them whole life.
How old? Instead of going to doctor, I got rebuked.
How old?  Around time I had Alyssa, about 20.  On medication?> how treated? Get
headaches and if I would squeeze head as hard, makes it better.  Lights bother me.   Just
take regular Tylenol for it.

Extreme tiredness or weakness? Sometimes not want to get up.
Extreme, not have the strength

High fever? No
Meningitis
Enchelapitus
Seizures
Coma
Tuberculosis
Polio
Fainting spells—a few times; did doctors say why,
High blood pressure
Stroke
Chest pain
Heart disease
Heart attack
Bone or joint disease
Muscle
Bleeding
Anemia.
HIV
Sun stork
Sexually transmitted
Near drowning—think did one time. I was really sick and didn't want to go to beach and
evil step mother not give me medication. And sitting on dock, and dk if she pushed me or
someone pushed me, throat so swollen and I almost drown. And at end of day, dad took
me straight to hospital and in hospital for 7 days, hole in throat, and size of pencil..
To hospital, for drowning> no sick.

Lose consciousness from drowning> under water. –felt like drowning, under water and
eyes open and close off, doc and lots of weeds and I don't know if I got out or someone
got me out. Unconscious? Don't remember it.

HUT000337

That was like when I was 12.

Altitude sickness
Electrical shock
Head injury
Tumor
Cancer
Paralysis
Eyes or vision,  just recently.  Came to jail , and got glasses
        Had 2020 and then think it is from fluorescent lights
Ear or hearing.  Busted ear drum when like 6.  And always some hearing loss from that.
Her fine
I hear ….laugh
Mild hearing loss,  right ear.

Loss of sense of touch.
Loss of sense of smell, taste, balance,
Exema,--in this eye, when stressed,  had problem yesterday and little today.  Get swollen shut, looks punched in eye.
Allergies.  Fish,  not all fish.  Fresh water fish ,can't eat, can eat shell fish.
If you do?  Hives and throat close and hand swell up and eyes swell up.

How old when discovered>  like when I was, could eat and then couldn't.  Noticed it , serving it in Urbandale, had to be when Marbea was about 2.

How figure it was just fresh water.  ? Serving orange rouhy and served 32 plates of it and just on my hand, my hand swelled up and throat swelled up.  Shocked by that. And I made like a tuna casserole and thought how could I do that.  And made connection to , just freshwater
Lung, liver, no disease. Stomach. Thyroid.  Think it is making me fat.  Joking? Yea

Lupus. ECT, lead poisoning, exposure to toxic chemicals, just crank.  Never in the making.  No lab work?> no.

Pesticides/ only over reaction to spiders.  Raid sprayer and  house bomber, not handle spiders.
Nutritional deficienceis?  Last five years, no fruit or vegetables.  Never eat anyting but when get out of here.

Alcoholism>? No
Broken bones? Nose,  boy with knee, broke nose,  3rd grade.

Hospitalization?

Anyting important about medical that not asked?  Don't' think so

Case 3:09-cv-03064-MWB-LTS     Document 284-1     Filed 06/23/11     Page 38 of 100

HUT000338

In looking at your neuropsychological testing,  do you have any arithmetic is relative weakness.

Life long?  Yea, he gave me choice and I said, not doing it.

Don't have problem with check book. Can do math. But don't want to.  Hard part about it.  Don't like times tables,  or division. Only adding and subtracting. Use calculator> if have to.

Make change? Yea.

Money isn't math.


Few more?  Attorney, respect them?  Trust they have best insteres.  Trying to help you> I guess I kinda questioned that in the past a little bit until we got in the court room. And I have no doubt that they are very dedicated.

Before that?  I think I thought they were going through the motions, you know, and I know I frustrated them, made stupid mistakes, just think if  thought then, they were doing their job, and me and pat berrigan were knocking heads and after seeing him in court room , I had whole renewed opinion, he has made a lot of scarifies, not been home, working on case at night. He argues ever point, nothing slides.  Don't think al would , think the world of him.  Respect and trust him.

Understand what is going on.  Any trouble?  If don't know, they can tell, dumb luck on al explains things to me, so well, handles me so well.


He is good people person.

Asking jury about death penalty. You do understand what that means, possible penalty. Know gov wants to kill me wants me dead.

Not about case, do you understand, what they are claiming .  Absolutely, really hard for me


Anyting that prevents you from helping attorneys, other than stupid mistakes, , you think doing better with that. Really trying.

Never intentionally done anyting to hinder case.  I been in jail a long time. I miss kids.  I miss being outside. I don't think they realize what it is like of me.  How could they..

Don't want me to talk on phone.  How can I not.   No contact visits. Never held  my granddaughter.  Alyssa has a child.   Yea, never held her or touched her.


I understand.


Started the day, asking about doctors.

Mark Cunningham?  Yea when I was in el Dora I think.  Seen so many.  Hard to keep track with my add.


Can't remember what it entailed.  Do remember Gilbert, lots of testing.

Nothing stands out or anyting he told you? No.


Am I crazy.

You're in a hard spot. We're not judges.

HUT000339

Now  3:2w0 and going to end tape.  End

Case 3:09-cv-03064-MWB-LTS     Document 234-11     Filed 06/23/11     Page 40 of 100     HUT000340

May 26, 2005

Dr. Marilyn Hutchinson, Ph.D
Dr. William S. Logan, M.D.
Dr. Mark D. Cunningham, Ph.D

RE:   U.S. v. Angela Johnson
       Defense Mental Health Experts' Reports

Dear Doctors Bill, Marilyn, and Mark:

At 1:48 p.m. today, after a telephone hearing on the procedures to be employed in disclosing the *government's* expert's reports to the defense, Judge Bennett took issue with my position that the defense experts were under no legal obligation to produce reports in order to testify. Actually, he reluctantly *agreed* with my position- because he had to (it's *true*)- but decided it was unfair to force the government experts to produce reports and allow the defense experts to "surprise" the government prosecutors. Judge Bennett's solution was to order depositions of the defense experts in lieu of reports. Fearing the obvious logistical, time consuming, and strategic consequences which lengthy depositions would impose on all of us, I opted to get reports to the government as soon as possible.

I realize that "as soon as possible" does not mean that you guys, all very busy professionals, can drop everything to devote time to this request. However, if you could get me a rough draft of a report by this weekend, that would be wonderful. Mary and I could fact check it, get it back to you with suggestions, if any, and get the final reports to the government early next week.

The judge made a point of telling me that the report should include all sources of information on which you relied in forming your opinions. This is, in part, a response to a government complaint that I failed to provide a list of significant family members and friends, school, medical and other records, or any background material to Doctors Dan Martel and Joel Dvosky, as they requested *this week* (after interviewing Angela a month ago!). Presumably, although their reports will already have been on file, Martel and Dvosky could go out and interview relatives before they testify in an effort to bolster, or perhaps change, their opinions. I'm not worried about that happening.

Please call me with any questions that you might have (cell 816-590-3003). These reports do not need be terribly factually detailed, but must include at the very least "a written summary of the testimony that the defendant intends to elicit, including the witness's opinions, the basis and reasons for those opinions, and

HUT000341

the witnesses qualifications" (a separate CV will suffice). I envision something of at least 6-8 pages at a minimum.

We will further talk on Friday and Saturday at our scheduled telephone interviews about the report, and any issues surrounding it. In the meantime, thank you all so much for your continued dedication to this case, and all the work that involves.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP
Counsel for Angela Johnson

Cc: Mary Goody (email: mitigate@silverstar.com)

HUT000342

## Pat Berrigan

| | | |
|---|---|---|
| **From:** | Psycxprt@aol.com [Psycxprt@aol.com] | **Sent:** Mon 5/30/2005 5:45 PM |
| **To:** | Pat Berrigan; mitigate@silverstar.com | |
| **Cc:** | | |
| **Subject:** | johnson final | |
| **Attachments:** | Johnsonfinal.doc(41KB) | |

I attach (i hope) the johnson final. Hope this isn't too late. I got involved in something outside this afternoon and it took way more hours than I thought before I could come in and clean my hands enough to touch a keyboard.

I made a few changes--read and make sure they are ok. Also, I don't end with any conclusion of extreme emotional distress. Do you want me to make something in that vein?

I am now inside, at my desk, working and ready, willing and able to respond to your beck and call---- I will be listening to attentively, I might even hear if you just call "marilyn" in your outdoor voices.

I have only scanned to date the california boys report and it doesn't look too bad. They sure spent a lot of time laying out all the reasons they thought she was guilty. I presume they plan to incorporate all of that to say that there was no illness, abuse, etc functional at the time.

when did you think you will know if I will be Monday or tuesday?

will I get to see the reports of logan and cunningham.

that's all my questions, do you have any for me?
happy memorial day to you all. marilyn

HUT000343



[MONY

Name:
Evaluator:
Dates of Evaluation
Date of Report:


## INTRODUCTION

This evaluator met and interviewed Ms. Angela Johnson and conducted consultation interviews with her sister, Holly Dirkenson, and her mother, Pearl Jean Johnson. Also reviewed was the audiotape of the prosecution expert's interview with Ms. Johnson. Records were reviewed that included interviews of family members and friends by mitigation specialist Mary Goody and notes of interviews conducted by Dr. Logan and Dr. Cunningham.

Additional records reviewed included Ms. Johnson's Indictment; Appendix to the Change of Venue motion; motion on assertion of Fifth Amendment Rights; a family chronology compiled by Mary Goody; divorce records of Arylan and Angela Johnson; divorce records of Pearl Jean and James Johnson; employment records of Angela Johnson; Benton County Jail records for Ms. Johnson; police records related to the current charge; newspaper reports of the crimes and the trial; Pearl Jean Johnson's Social Security records; school records for Ms. Johnson; court file for traffic violations for Ms. Johnson; vital (legal) records for the Johnson family; various legal records, medical records, neuropsychological testing for Ms. Johnson; and the report of prosecution experts Dvoskin and Martell.

This report will outline proposed testimony to be given for Ms. Johnson in her mitigation hearing.

## I.   Developmental Tasks of Childhood

This examiner will briefly highlight child and adolescent development and developmental tasks that are learned at various stages of life development.

## II.   Consequences of Childhood Abuse

The emotional problems of anxiety, depression, self-esteem, anger and shame are typical responses to childhood abuse.  These products of childhood abuse have been documented in a variety of psychological literature for the past two decades.

Cognitive difficulties can arise from childhood abuse that is manifested in perceptual or dissociative traits and attention and concentration problems, both in children and adults. Biological problems in the manifestation of hyper arousal states as well as somatization of problems can also occur.

Research indicates that abuse survivors have differences in their brain development, including changes in the cortisol levels in the brain.  These differences make the abuse survivor vulnerable to subsequent stress and this is correlated with higher levels of substance abuse, depression, suicide and risk taking behaviors in both teenagers and adults.

Abuse survivors have many behavioral difficulties that can be manifested in aggression, passive or active suicide, impaired social functioning and developmental arrests manifested as personality disorders.  They are likely to repeat prior abuse cycles.

Abuse survivors are often plagued with interpersonal difficulties, including sexual problems, instances of revictimization, and problems in intimate relationships, including attachment, empathy, dependence and trust.

Lastly, correlates of abuse are frequent family moves, ambiguity or confused family roles, alcohol and drug usage by parents, family isolation in a particular niche, lack of support for educational and appropriate social behavior, an inherited proclivity to substance use and an inherited proclivity to mental health problems.

## III.   Ms. Johnson's Symptomatology

Ms. Johnson has manifested many symptoms correlated with abuse throughout her childhood and adulthood.   These problems include repetition of sadism/masochism patterns, low self-esteem, Post Traumatic Stress Disorder, Attachment Disorder, non-conforming behavior, exaggerated independence/dependence, Attention Deficit Disorder, aggressiveness, lack of interpersonal skills, difficulties with authority, drug usage, and a coping skills deficit.

HUT000345

**IV.  Interface of the Consequences of Abuse, Developmental Failures and Ms. Johnson's Symptoms**

Ms. Johnson's childhood physical abuse by her mother led to Post Traumatic Stress Disorder, attachment problems, anger, aggressiveness, difficulties with authority, lack of interpersonal problem solving skills, lack of trust and hyper arousal.  Additionally, Ms. Johnson's parents' divorce prompted difficulties with Ms. Johnson's trust of her father. The experiences at the Kansas "orphanage" produced Post Traumatic Stress Disorder, abandonment, school problems and trust issues.  Ms. Johnson entered her adolescence with many difficulties.

Ms. Johnson began to look for excitement and escape through drugs and sought to achieve independence from the strict home environment. She found men who repeated her sado-masochistic childhood while she hoped they would provide her protection and safety.  She endured abuse in the ways that many battered women endure abuse; they also provided her a conduit for her drug connections.

**V.  Conclusion**

Ms. Johnson believed she was a very bad person.  This was taught to her through childhood abuse.  She used drugs for self-medication and to provide her the means to do the things that she wanted to do:  provide for her children, forget her past, and make it in the world. Her teenaged and adult years repeated an abuse cycle as a repetition of her unavailable father and her abusive mother.


Respectfully submitted,



Marilyn A. Hutchinson, Ph.D.
Licensed Psychologist

MAH/clh

HUT000346

# MITIGATION REPORT

Name:                      Angela Johnson
Examiner:            Marilyn Hutchinson, Ph.D.
Dates of Evaluation:    February 23, 24, 2005
Date of Report:       May 31, 2005

*Defense Penalty Witness box ("Dr. Hutchinson")* [handwritten annotation]

## INTRODUCTION:

This evaluator met and interviewed Ms. Angela Johnson and conducted consultation interviews with her sister, Holly Dirkenson and her mother, Pearl Jean Johnson. Records were reviewed that included interviews of family members and friends by mitigation specialist Mary Goode and notes of interviews conducted by Dr. Logan and Dr. Cunningham. The audio tape of the prosecution experts' interview of Ms. Johnson was also reviewed.

Additional records included Ms. Johnson's Indictment, the Appendix to the Change of Venue motion, motion on assertion of Fifth Amendment Rights, a family chronology compiled by Mary Goode, divorce records of Arylan and Angela Johnson, divorce records of Pearl Jean and James Johnson, employment records, Angela Johnson, Benton county Jail records for Ms. Johnson, Police records related to the current charge, newspaper reports of the crimes and the trial, Pearl Jean Johnson's social security records, school records for Ms. Johnson, prior criminal charges for Ms. Johnson, vital (legal) records for Johnson family, document summaries from the Grand Jury that indicted Ms. Johnson, and neuropsychological testing for Ms. Johnson.

This report will outline proposed testimony to be given for Ms. Johnson in her mitigation hearing.

I. Developmental Tasks of Childhood
This examiner will briefly highlight child and adolescent development and the developmental tasks that are to be learned at various stages of life development.

II. Consequences of childhood abuse.
In particular the emotional problems of anxiety, depression, self-esteem, anger and shame that are typical responses to childhood abuse. These products of childhood abuse have been documented in a variety of psychological literature for the past two decades. No particular research will be cited.

Additionally this examiner will testify that cognitive difficulties can arise from childhood abuse that is manifested in perceptual or dissociative traits and attention and

HUT000347

concentration problems both as children and adults. Biological problems in the manifestation of hyper arousal states as well as somatization of problems can also occur.

This section will include a brief review of the research that indicates that abuse survivors have differences in their brain development that includes changes in the cortisol levels in the brain. These differences make them vulnerable to subsequent stress and that this is correlated with higher levels of substance abuse, depression, suicide, and risk taking behaviors in both teenagers and adults.

Abuse survivors have many behavioral difficulties that can be manifested in aggression, passive or active suicide, impaired social functioning and developmental arrests manifested as personality disorders. They are likely to repeat prior abuse cycles. Abuse survivors are often plagued with interpersonal difficulties including sexual problems, instances of revictimization, and problems in intimate relationships including attachment, empathy, dependence and trust.

Lastly, correlates of abuse that are found in the literature are frequent family moves, ambiguity of confused family roles, alcohol and drug usage by parents, family isolation in a particular niche, lack of support for educational and appropriate social behavior, an inherited proclivity to substance use and an inherited proclivity to mental health problems.

III.     Ms. Johnson's many problems
This examiner will discuss briefly the many problems that Ms. Johnson has manifested in childhood and adulthood. This include repetition of sadism/masochism, low self esteem, PTSD, attachment disorder, non conforming, exaggerated independence/dependence, ADD, aggressiveness, lack of interpersonal skills, difficulties with authority, drug usage, and a coping skills deficit.

IV.     Interface of the Consequences of Abuse, developmental Failures and Ms. Johnson's problems.

This examiner will briefly highlight how Ms. Johnson's childhood physical abuse by her mother led to PTSD, Attachment problems, anger, aggressiveness, difficulties with authority, lack of interpersonal problem solving skills, lack of trust and hyper arousal. Additionally the divorce by her parents prompted difficulties with trust of her father. The experiences at the Kansas "orphanage" produced PTSD, abandonment, school problems and trust issues. She entered her adolescence with many difficulties.

Ms. Johnson began to look for excitement, an escape through drugs, and acting out of her independence. She found men who repeated her sado-masochistic childhood while she hoped they would provide her protection and safety. She endured abuse in the ways that many battered women endure abuse; they also provided her a conduit for her drug connections.

HUT000348

V.    Conclusion:

Ms. Johnson believed she was a very bad person.  This has been taught to her through childhood abuse. She used drugs for self medication and to provide her the means to do the things that she wanted to do:  provide for her children, forget her past, and make it in the world.  She repeated the abuse cycle as a repetition of her unavailable father and her abusive mother.

HUT000349

# MITIGATION REPORT

Name:                    Angela Johnson
Examiner:                Marilyn Hutchinson, Ph.D.
Dates of Evaluation:     February 23, 24, 2005
Date of Report:          May 31, 2005

## INTRODUCTION

This evaluator met and interviewed Ms. Angela Johnson and conducted consultation interviews with her sister, Holly Dirkenson, and her mother, Pearl Jean Johnson. Also reviewed was the audiotape of the prosecution expert's interview with Ms. Johnson. Records were reviewed that included interviews of family members and friends by mitigation specialist Mary Goode and notes of interviews conducted by Dr. Logan and Dr. Cunningham.

Additional records reviewed included Ms. Johnson's Indictment; Appendix to the Change of Venue motion; motion on assertion of Fifth Amendment Rights; a family chronology compiled by Mary Goode; divorce records of Arylan and Angela Johnson; divorce records of Pearl Jean and James Johnson; employment records of Angela Johnson; Benton County Jail records for Ms. Johnson; police records related to the current charge; newspaper reports of the crimes and the trial; Pearl Jean Johnson's Social Security records; school records for Ms. Johnson; prior criminal charges for Ms. Johnson; vital (legal) records for the Johnson family; document summaries from the Grand Jury that indicted Ms. Johnson; and neuropsychological testing for Ms. Johnson.

This report will outline proposed testimony to be given for Ms. Johnson in her mitigation hearing.

HUT000350

## I. Developmental Tasks of Childhood

This examiner will briefly highlight child and adolescent development and the developmental tasks that are to be learned at various stages of life development.

## II. Consequences of Childhood Abuse

In particular, the emotional problems of anxiety, depression, self-esteem, anger and shame that are typical responses to childhood abuse. These products of childhood abuse have been documented in a variety of psychological literature for the past two decades. No particular research will be cited.

Additionally, this examiner will testify that cognitive difficulties can arise from childhood abuse that is manifested in perceptual or dissociative traits and attention and concentration problems, both as children and adults. Biological problems in the manifestation of hyper arousal states as well as somatization of problems can also occur.

This section will include a brief review of the research that indicates that abuse survivors have differences in their brain development, including changes in the cortisol levels in the brain. These differences make the abuse survivor vulnerable to subsequent stress and this is correlated with higher levels of substance abuse, depression, suicide and risk taking behaviors in both teenagers and adults.

Abuse survivors have many behavioral difficulties that can be manifested in aggression, passive or active suicide, impaired social functioning and developmental arrests manifested as personality disorders. They are likely to repeat prior abuse cycles.

Abuse survivors are often plagued with interpersonal difficulties, including sexual problems, instances of revictimization, and problems in intimate relationships, including attachment, empathy, dependence and trust.

Lastly, correlates of abuse that are found in the literature are frequent family moves, ambiguity of confused family roles, alcohol and drug usage by parents, family isolation in a particular niche, lack of support for educational and appropriate social behavior, an inherited proclivity to substance use and an inherited proclivity to mental health problems.

## III. Ms. Johnson's Many Problems

This examiner will discuss briefly the many problems that Ms. Johnson has manifested in childhood and adulthood. These problems include repetition of sadism/masochism, low self-esteem, Post Traumatic Stress Disorder, Attachment Disorder, non-conforming, exaggerated independence/dependence, Attention Deficit Disorder, aggressiveness, lack of interpersonal skills, difficulties with authority, drug usage, and a coping skills deficit.

HJOT000351

**IV.  Interface of the Consequences of Abuse, Developmental Failures and Ms. Johnson's Problems**

This examiner will briefly highlight how Ms. Johnson's childhood physical abuse by her mother led to Post Traumatic Stress Disorder, attachment problems, anger, aggressiveness, difficulties with authority, lack of interpersonal problem solving skills, lack of trust and hyper arousal.  Additionally, Ms. Johnson's parents' divorce prompted difficulties with Ms. Johnson's trust of her father.  The experiences at the Kansas "orphanage" produced Post Traumatic Stress Disorder, abandonment, school problems and trust issues.  Ms. Johnson entered her adolescence with many difficulties.

Ms. Johnson began to look for excitement and escape through drugs and acting out of her independence.  She found men who repeated her sado-masochistic childhood while she hoped they would provide her protection and safety.  She endured abuse in the ways that many battered women endure abuse; they also provided her a conduit for her drug connections.

**V.  Conclusion**

Ms. Johnson believed she was a very bad person.  This was taught to her through childhood abuse.  She used drugs for self-medication and to provide her the means to do the things that she wanted to do:  provide for her children, forget her past, and make it in the world.  She repeated the abuse cycle as a repetition of her unavailable father and her abusive mother.

Respectfully submitted,

Marilyn A. Hutchinson, Ph.D.
Licensed Psychologist

MAH/clh

HUT000352

# HUTCHINSON & ASSOCIATES

*222 West Gregory, Ste. 100 • Kansas City, MO 64114 • Phone (816) 361-0664 • E-mail: Psycxprt@aol.com*

## REPORT OF PROPOSED TESTIMONY
### USA vs. Angela Johnson

Name:                    Angela Johnson
Evaluator:              Marilyn Hutchinson, Ph.D.
Dates of Evaluation:    February 23, 24, 2005
Date of Report:        May 31, 2005

## INTRODUCTION

This evaluator met and interviewed Ms. Angela Johnson and conducted consultation interviews with her sister, Holly Dirkenson, and her mother, Pearl Jean Johnson. Also reviewed was the audiotape of the prosecution expert's interview with Ms. Johnson. Records were reviewed that included interviews of family members and friends by mitigation specialist Mary Goody and notes of interviews conducted by Dr. Logan and Dr. Cunningham.

Additional records reviewed included Ms. Johnson's Indictment; Appendix to the Change of Venue motion; motion on assertion of Fifth Amendment Rights; a family chronology compiled by Mary Goody; divorce records of Arylan and Angela Johnson; divorce records of Pearl Jean and James Johnson; employment records of Angela Johnson; Benton County Jail records for Ms. Johnson; police records related to the current charge; newspaper reports of the crimes and the trial; Pearl Jean Johnson's Social Security records; school records for Ms. Johnson; court file for traffic violations for Ms. Johnson; vital (legal) records for the Johnson family; various legal records, medical records, neuropsychological testing for Ms. Johnson; and the report of prosecution experts Dvoskin and Martell.

This report will outline proposed testimony to be given for Ms. Johnson in her mitigation hearing.

HUT000353

<u>REPORT OF PROPOSED TESTIMONY:  Angela Johnson</u>                                   2

**I.    Developmental Tasks of Childhood**
This examiner will briefly highlight child and adolescent development and developmental tasks that are learned at various stages of life development.

**II.   Consequences of Childhood Abuse**
The emotional problems of anxiety, depression, self-esteem, anger and shame are typical responses to childhood abuse.  These products of childhood abuse have been documented in a variety of psychological literature for the past two decades.

Cognitive difficulties can arise from childhood abuse that is manifested in perceptual or dissociative traits and attention and concentration problems, both in children and adults. Biological problems in the manifestation of hyper arousal states as well as somatization of problems can also occur.

Research indicates that abuse survivors have differences in their brain development, including changes in the cortisol levels in the brain.  These differences make the abuse survivor vulnerable to subsequent stress and this is correlated with higher levels of substance abuse, depression, suicide and risk taking behaviors in both teenagers and adults.

Abuse survivors have many behavioral difficulties that can be manifested in aggression, passive or active suicide, impaired social functioning and developmental arrests manifested as personality disorders.  They are likely to repeat prior abuse cycles.

Abuse survivors are often plagued with interpersonal difficulties, including sexual problems, instances of revictimization, and problems in intimate relationships, including attachment, empathy, dependence and trust.

Lastly, correlates of abuse are frequent family moves, ambiguity or confused family roles, alcohol and drug usage by parents, family isolation in a particular niche, lack of support for educational and appropriate social behavior, an inherited proclivity to substance use and an inherited proclivity to mental health problems.

**III.  Ms. Johnson's  Mental Health Symptoms**
Ms. Johnson has manifested many symptoms correlated with abuse throughout her childhood and adulthood.   These problems include repetition of sadism/masochism patterns, low self-esteem, Post Traumatic Stress Disorder, Attachment Disorder, non-conforming behavior, exaggerated independence/dependence, Attention Deficit Disorder, aggressiveness, lack of interpersonal skills, difficulties with authority, drug usage, and a coping skills deficit.

HUT000354

### IV. Interface of the Consequences of Abuse, Developmental Failures and Ms. Johnson's Symptoms

Ms. Johnson's childhood physical abuse by her mother led to Post Traumatic Stress Disorder, attachment problems, anger, aggressiveness, difficulties with authority, lack of interpersonal problem solving skills, lack of trust and hyper arousal.  Additionally, Ms. Johnson's parents' divorce prompted difficulties with Ms. Johnson's trust of her father. The experiences at the Kansas "orphanage" produced Post Traumatic Stress Disorder, abandonment, school problems and trust issues.  Ms. Johnson entered her adolescence with many difficulties.

Ms. Johnson began to look for excitement and escape through drugs and sought to achieve independence from the strict home environment. She found men who repeated her sado-masochistic childhood while she hoped they would provide her protection and safety.  She endured abuse in the ways that many battered women endure abuse; they also provided her a conduit for her drug connections.

### V. Conclusion

Ms. Johnson believed she was a very bad person.  This was taught to her through childhood abuse.  She used drugs for self-medication and to provide her the means to do the things that she wanted to do:  provide for her children, forget her past, and make it in the world. Her teenaged and adult years repeated an abuse cycle as a repetition of her unavailable father and her abusive mother.


Respectfully submitted,




Marilyn A. Hutchinson, Ph.D.
Licensed Psychologist

MAH/clh

# HUTCHINSON & ASSOCIATES

*222 West Gregory, Ste. 100 ● Kansas City, MO 64114 ● Phone (816) 361-0664 ● E-mail: Psycxprt@aol.com*

## REPORT OF PROPOSED TESTIMONY
### USA vs. Angela Johnson

Name:                  Angela Johnson
Evaluator:             Marilyn Hutchinson, Ph.D.
Dates of Evaluation:     February 23, 24, 2005
Date of Report:        May 31, 2005

## INTRODUCTION

This evaluator met and interviewed Ms. Angela Johnson and conducted consultation interviews with her sister, Holly Dirkenson, and her mother, Pearl Jean Johnson. Also reviewed was the audiotape of the prosecution expert's interview with Ms. Johnson. Records were reviewed that included interviews of family members and friends by mitigation specialist Mary Goody and notes of interviews conducted by Dr. Logan and Dr. Cunningham.

Additional records reviewed included Ms. Johnson's Indictment; Appendix to the Change of Venue motion; motion on assertion of Fifth Amendment Rights; a family chronology compiled by Mary Goody; divorce records of Arylan and Angela Johnson; divorce records of Pearl Jean and James Johnson; employment records of Angela Johnson; Benton County Jail records for Ms. Johnson; police records related to the current charge; newspaper reports of the crimes and the trial; Pearl Jean Johnson's Social Security records; school records for Ms. Johnson; court file for traffic violations for Ms. Johnson; vital (legal) records for the Johnson family; various legal records, medical records, neuropsychological testing for Ms. Johnson; and the report of prosecution experts Dvoskin and Martell.

This report will outline proposed testimony to be given for Ms. Johnson in her mitigation hearing.

HUT000356

I. **Developmental Tasks of Childhood**
This examiner will briefly highlight child and adolescent development and developmental tasks that are learned at various stages of life development.

II. **Consequences of Childhood Abuse**
The emotional problems of anxiety, depression, self-esteem, anger and shame are typical responses to childhood abuse. These products of childhood abuse have been documented in a variety of psychological literature for the past two decades.

Cognitive difficulties can arise from childhood abuse that is manifested in perceptual or dissociative traits and attention and concentration problems, both in children and adults. Biological problems in the manifestation of hyper arousal states as well as somatization of problems can also occur.

Research indicates that abuse survivors have differences in their brain development, including changes in the cortisol levels in the brain. These differences make the abuse survivor vulnerable to subsequent stress and this is correlated with higher levels of substance abuse, depression, suicide and risk taking behaviors in both teenagers and adults.

Abuse survivors have many behavioral difficulties that can be manifested in aggression, passive or active suicide, impaired social functioning and developmental arrests manifested as personality disorders. They are likely to repeat prior abuse cycles.

Abuse survivors are often plagued with interpersonal difficulties, including sexual problems, instances of revictimization, and problems in intimate relationships, including attachment, empathy, dependence and trust.

Lastly, correlates of abuse are frequent family moves, ambiguity or confused family roles, alcohol and drug usage by parents, family isolation in a particular niche, lack of support for educational and appropriate social behavior, an inherited proclivity to substance use and an inherited proclivity to mental health problems.

III. **Ms. Johnson's Symptomatology**
Ms. Johnson has manifested many symptoms correlated with abuse throughout her childhood and adulthood. These problems include repetition of sadism/masochism patterns, low self-esteem, Post Traumatic Stress Disorder, Attachment Disorder, non-conforming behavior, exaggerated independence/dependence, Attention Deficit Disorder, aggressiveness, lack of interpersonal skills, difficulties with authority, drug usage, and a coping skills deficit.

HUT000357

**IV.   Interface of the Consequences of Abuse, Developmental Failures and Ms. Johnson's Symptoms**

Ms. Johnson's childhood physical abuse by her mother led to Post Traumatic Stress Disorder, attachment problems, anger, aggressiveness, difficulties with authority, lack of interpersonal problem solving skills, lack of trust and hyper arousal.   Additionally, Ms. Johnson's parents' divorce prompted difficulties with Ms. Johnson's trust of her father. The experiences at the Kansas "orphanage" produced Post Traumatic Stress Disorder, abandonment, school problems and trust issues.   Ms. Johnson entered her adolescence with many difficulties.

Ms. Johnson began to look for excitement and escape through drugs and sought to achieve independence from the strict home environment. She found men who repeated her sado-masochistic childhood while she hoped they would provide her protection and safety.   She endured abuse in the ways that many battered women endure abuse; they also provided her a conduit for her drug connections.

**V.   Conclusion**

Ms. Johnson believed she was a very bad person.   This was taught to her through childhood abuse.   She used drugs for self-medication and to provide her the means to do the things that she wanted to do:   provide for her children, forget her past, and make it in the world. Her teenaged and adult years repeated an abuse cycle as a repetition of her unavailable father and her abusive mother.

Respectfully submitted,

Marilyn A. Hutchinson, Ph.D.
Licensed Psychologist

MAH/clh

HUT000358

Additions to testimony


Mom had wendy  1/  62
1/64—angie
12/64—incomplete abortion
11/65—Jamie born, angie 22 months
3/67—james born , angie 38 months

8/67—jean files for divorce
   he is restrainged from molesting her

angie is 4 2 months later        dad asserts she was sexually involved with another man,
        mom is gone for hours and kids left with jim and cookie;  multiple men

7/68—divorce final.

68—grandpa smashes  TV and all toys as instruments of idleness.  –angie not yet 5

driving around Iowa 3 day event—kids hallucinate from hunger

beaten by mother

used to beg for dad to take her—after cookie on the scene, stops

jim says kids went without and jean had good clothes

71--pearl jean gets welfare and  still  does not work.  –angie 7;

71—mason city school
merservety-thornong school—lst semester of  2nd gread
  same for third

wendy is primary caretaker---  she is 10
religious terror
fasting
casting out demons
beaten 2x a week, in group punishment;
childrdn have one meal after sundown—wendy, angie and jimmy are held down for
rebukings

spit the devil out kids to speak in tongues.   Angie won't oblige
angie has out of body experience---mother I'm going to leave you, eyes roll back
wendy hits her on the head ffrfeuently

pearl says they are a burden.

1

HUT000359

Kids look for mark of beast on each other as sign going to hell

Kids get group beatings—angie the most bcuase refuses to cry


71—pregnant with bob kloss' baby—spent weekend with him
        angie is 7

72—tear drop orphanage;  6 months; sexually abused; filthy; abusive;
abuses Indian children with others watching.  –throwing animals to pigs
no heat, no running water, no bathroom and mice infested
jean is at storefront raising money for orphanage –planned to leave holly. Kids think
going to leave all ofthem

8/72—chaunte , ks , school
kids have to take naps with dillow
smashed heads of rabbits
pearl still no earnings

angie is 9

January 73—go home after dillow tried to brush jimmy's teeth with hog brush;  girls
protest

January – back to grandparents.
Three day exorcism to drive the demons into thedove.  Throw away all the toys

January 73—holly is born


June 73—finishes third grade at meservey thornton school

9/73—klemme Iowa

1/74—is 10 years old

summer 74—with father;  clash of cookie and angie
        angie has sore throat—cookie pushes in water; to hospital
        cookie says your father doesn't love you cause look like your mother

1/75—11 yaers old

friend dave neiman remembers jean as bible pusher.  She told kids they were possessed
by devil.  Hit and scholded all the time.  Jean tells angie she is worthless and will group
up to be a nobody.

2

HUT000360

6/75—finished 5th grade with all a's and 23 abscences

summer 75—headaches, ear infection.  Punchtured ear drum at age 6;

12/75—angie treated for vaginal itching.
12/75—stomach ache for a week;; nothing helps

1/76—admitted to hospital after being sick for two weeks;  nausea, vomiting, severe headache and malaie.  –chronic gastritis

physical abuse lessens; religious continues.   Continues rebuking; if kids come over have to have a bible lesson

pearl jean disappears for days at a time.  Wendy left in charge.  Angie helps.

Pearl jean has boyfriend.  Pearl jean contiues to tell children they are the problem

Children live in a rat infested basement and jean lives in motel with bf.  Wendy is 12-15ish

Jim and cookie bring presents to kids because jean gives them away if sent

6/76—finiishes 6th grade.  All a's but two n's—one reading, one math.  Forest city

12/76—lst semester 7th grade:  thompse community school –d's and f's

    forest city, 2nd semester   she is 13 .  pearl jean still doesn't work

june, 77—finsihed 7th grade with s in all subjects.  Absent 21 days second semester

77—kids sneak to woman who gives them candy after Sunday school;  jean beats them

77—angie starts smnoking pot --with wendy   she is 13; wendy 15

wendy leave home

December 77—s in all subjects at forest city

Angie is 14

Angie reaches understanding, jean not hit and she protects holly and jimmy

June 78—all S's,  missed 44 days that year

78—use LSd and alcohol-make her laugh;  priority to alter existence

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 61 of 100
HUT000361

pearl jean and Maxine open Laverne and shirleys'
angie is waitress

pearl jean gives maxine's boyfriend her son jimmy's social security number since he is
on the run

10/78--angie quits in 9th grade and works full time for mother
smokes pot, drinks and does acid and speed

pearl jean not into religion
mom has car wreck and angie has to work at restaurant

angie is 15
angie can't walk after being hit by jimmy

5/79—angie got bcp

79—wendy gradutes h.s. and goes to communcity college

79—angie has no recorded earnings for the year  (worked for mom)

80—angie is 16 in January

workes in factory—laid off
works as waitress

6/80—angela and steven hugo apply for marriage license;  she says she is 16 and
attenindg night school; he is 19 and graduated h.s.    letter from pastor and signed consent
from mom

7/5/80—got married so could leave home
works in factoryt and goes well till learn she is not 17
pizza hut
charles pizza and steak house in forest city
Pearl jean makes $81 in income

1/81--Angela is 17
2/81—coupel separates.  –7 monhts

counter help, w.c. franks
3/81—thinks had spontaneous abortion

4/81—she files for divorce
5.81—works as flag girl on road construction ; likes job; lives with mother

6/81—car accidnet; neck straing and contusion.

4

HUT000362

8/81—laid off
8/81-divorce final

12/81—yearly earnings of 5156 from thermos prospect heights, ill and el kram in Wichita

1/82—anglea is 18

12/82—she has earnings of 670 and pearl jean has 529

82—dating AJ, arlyn Johnson;
moving to Colorado  returens when realizes is pregnanta
agres to marry but not in love

1/83—angela is 19
2/83—marries AJ;  mom dind't come to reception ; aj doesn't give her wedding ring or honeymoon.  He has a harely, smokes pot and works at Winnebago. He never buyus her presents or takes her places. He is bipolar according to angie.   She reduces marijuana while pregnant.  She describes him as workaholic, boring and selfish.

8/73—alyssa born after 45 hours of labor

she learns what love is when Alyssa is born

83—angie sets rules for her mothers' responses to babay

angie earns no money.
Angie is 20

84—she does all work at home; not allowed to work out of home;  doesn't go anywhere; no gifts;

3/84—frequent headaches;  for year; right scapular and right ilium

84—sporadic chiropractic care with good results

5/84—applies for job at Winnebago;  states she attended 10th grade and has GED
hurts back picking up baby
6/84—looses job

7/84—rehired

8/84—car accidnet
8/84—below average on work eval; must improve quality, quanity and organization

9/84—car accident

HUT000363

has repeatead chiropractic care;  doc says guarded prognosis due to subsequent injuries

 85—wendy abuses daughter brooke

1/85—angie is 21

1/85—medical leave due to back
2/85—temporary lay off
2/85—return to work permission
3/85—re classified indefinite layoff
6/85—put on indefineite lay off
8/65—terminated due to 6 montsh lay off
85—Ajon motorcycle trip.  Angles moves out, involved with kriby Thompson—a piece of shit and town slut.   Gets apt in forest city

Kirby is construction worker; introduces her to cocaine

12/85—angel and aryla separte
12/85—earnings for year, 1560

1/86—22 yaers old
back to clear lake and work night shift , perkins
5/86—arylan files for divorce.   Amicable; she has Alyssa

86—she works as exotic dancer one week a month and earns 300-500; uses crank to stay awake.  Also works at perksin and saves money.  Likes dancing  (attention)

uses drugs to keep house clean, keep weight down and be better mom

jimmy goes to college on scholarship and cuts off from family due to flashbacks of childhood

12/86—yaerly enince of 7077 from perkins and bungalow motro lodge; --no dancing; also no child support received

1/87—angie is 23

holly dx with major depression
angie not allowed to see her at treatment due to own drug use
holly leaves treat

87—opens bar in forest city—whole lot of partying
uses drugs heavily

87—in love with terry de Geus.  He is married to eth user.  Both have daughters

HUT000364

Alyssa doesn't like him; he beats up angie and they fight and he won't leave

Terry is former junkie, shot cocaine.  Stopped.   Terry had violent father and incest with his sisters.
Friend dave neiman doesn't likek  terry—he is abusive to her and former wife

87—closes bar

angie has 4480 from perkisn.  No child support;  pearn has no income
angie is 24

moves to Leland.  Lives off savings and public assistance.  Terry becomes possessive, abuses.  Two concussions; calls police several times

break up several times due to abuse;  she loves him and returns.  Terry is arresetedone time when she calls

dave picks her up after terry beat her up and threw in ditch  terry shows up and takes her.  Angie tells dave she goes back because she loves him, is afraid, and sex is good

sprin 88—flees to Madison due to severe beating; nightmares
holly goes along –terry follows and she believes he will be better

terry does crank.  She is more afraid of him when wired

angie makes 2177.  0 in child support

1/89—angela is 25

affair with co worker, marty cole;  finds out he is married ; she and wife become friends

continued back problems—no findings

holly moves out at age 16;drops out of school;

angie has nummular eczema

9/89—while terry is being arrested for traffic violation,  she strikes officer in chest and charged withinterference.  She made obscene gesture;  de geus arrested for disorderly.  Degeus tried to hold up in truck and refused to ext.

89—pearl sues for 23,000 in back child support

89—she smokes l.5 packs a day; has class III pap
angie pays part of fine and found in contempt for failure to pay last –26/50

HUT000365

she earns 495 in  child support and no earnings

1/90—livesw in forest city;
class II pap
pays fines
is 26 years old

1/90—lser conization of cervix.  Medicaid.  Smokes 2 packs  drives herself home despite orders


after two court cases, jim pays child support

angela moves back to clear lake and resumes seeing terry.  Off and on.  Sees counselor who says terry is lethal—wants to take him back bcause he is alwys so sorry

wendy visiting and sees abuse by terry.   With threats to kill
terry says he wishes she would kill him for what he oes –but she makes him do it cause gets so mad

terry stalks angie
shows up and btters her
runs her off highway
plice witness violence and still don't arrest

buys house in clear lak

2/90—
9/90—applies for child support recovery unit services but he is up to date on child support

terry arrested on drug charges.  Still out and still abusive.  She doense't date anyone

12/90—earned 3237
        got 8879 in child support

1/91—is 27

91—alyssa hears terry raping her mother

Alyssa has trouble in school and angie very involved
Alyssa sees counselor—mom's relatinship.  Ye yells at Alyssa nad gets her in trouble.

Leaves home and asks for surveillance of home so that terry doesn't truahs it.

12/91—earaned 10.066 and 2146 in child support

8

HUT000366

angela is 28
dating Rodney Nicholson, secret, from Indiana
Rodney and terry fight in bar.  Rodney is married

Terry breaks into house and removes stove and kitchen table
Get german shepherd puppy for protection

92—dating dustin.  Secret.  He is friend of terry's brother, brina.
Mr fucking wonderful.  Will move her to az to get her away from terry

Dustin sells crank.  Terry becomes involved.   Crank makes the world a breeze
Meth is drug of choice

Alyssa says mom is bitchier since dating dustin
Notes signs of drug use in mom

1/92—dustin moves to az and produces meth

2/92—rodney Nicholson calls from angie's house to report terry there, to police
3/29/92—angie calls 911   terry leaves
3/30/92—calls to report harassment by tery at work;
4/10/92—terry on front lawn
12/92—yearly income of 8565 plus child support

1/93—angie is 29
angie goes to olice by driving on sidewalk and asks about stalking
3/93—warning for speeding
3/14/93 –terry outside her house, called police
3/14—he is back  30 minutes later.  Arrested for stalking; processed and released

3/17/93—greg is found with meth.  Aggress to cooperate to get dustin

3/21/93—nicholson buys from honken
3/23/93—honken arrested

terry is doing lots of crank; very in debt to dustin;

4/20/93—greg testifies in grand jury agsitn honken.    Honken gets files and learns was
greg

Alyssa and mom getting along well

Spring, 93—pregnatn with marvea.  Considers abortion but dustin wants, even if it is
terry's  she quits drugs.  Dusint is involved with another woman

9

HUT000367

Kathy is stalking dustin.  Dustin has involvement with another woman and angie feels 2nd.  Dustin is very controlling;

93—holly has baby;  single Medicaid.  Knowledge dficit; smoked; gonorrhea; --halye bor

93—terrry continues to beat, rape and assault her

93—dusint liveswith her awhile and she decides doesn't like hin.   They break up.  He comes to her work.

6/93—dustin is going to plead to drug trafficking on 7/30/93

7/03/93—angles gets permit for gun
7/7/93—buys gun

7/25/93—greg, lor Duncan, kandi dunca and amber dunce disappear

11/5/933—terry degeus disappears

pregnancy care

1/17/94—30 eyars old

2/14/94—marvea born

at 6 weeks is sexually active; said not going back to dustin;
loves her kids and stays home says dave

Alyssa notes emotional changes post marvea. She is touchy, quick tempered.  Dustin got her in dubt.  Dustin lies about gf.  She is blamed for marvea' sleep schedule

Alyssa has "bad drinking experienced"  along with Excedrin.  Appears overdose but denied
Stays with father for summer and wants to stay longer

Anoterh incident of drinking and Tylenol pm for alyssia

8/94—alyssa in special tutotiral

Alyssa in treatment for week

9/94—speeding
10/94—speeding
12/94-speeding
12/94—spedding

HUT000368

1/95—anglea is 31

holly moves in with angie and dustin.  Lots of fighting dustin works at manufacturing and angie workds dbl shifts.  Dustin buys exensive things he cant afford and runs up angi'es credit cards.  Makes angie feel dumb.

2/95—breaks up with dustin.  Dates scott galhotz a few times

boss moves to des moines and offers her job.  Alyssa doesn't want to move.   Begins prozac.  She stays with father .  she's doeens't like it there and wants to be with mom

arylan sick with bi polar and Alyssa moves back.

4/27/95—speeding ticket
wait staff and waterfront rest in clear lake
5/25/--requests that arylan be required to pay college expense; earning lots more

8/15—child support of 430 per month and insurance to arylan
earans 7758 plus 3410 child support

1/96—is 32 years old
1/23/96—tries to be bill consolidation loan.

2/27/96—alyssa admistted to hospital.  Might as well die.  Can't talk to mom.  Stress o f move to des moines

3/4/96—alyssa dx major depression and family problems.  Paxil

3/12/96—angie goes to same hospital.  Says she wants to sleep all thetime; wishes she were dead  investigation for child abuse.  Making plans for suicidie.  Agitated inside, upset stomached, deceased energy, decreased concentration .  dx depression—20 mg prozac.

3/25/96—both kids with their fathers.   Interpersonal difficulties withdaughter.   Better since started prozac.

Major depression
Dependent personality
GAF  48

4/96—dusint is arrested

96—fbi dci and dea harass angie.  Dustin in jail.  Angie continues to have contact with dustin via marvea.   Takes marvea to see him in Sioux city frequently.

HUT000369

4/8/96—ns for med check

96—angie belives prozac makes anxiety reaction.  Hyperventilates, cant' breath, rapid heart rate and dizzy and sweath and thinks she will die

4/17/96—switch to Zoloft

4/18—boss calls with concerns that she is out of it

4/29/96—therapy with Alyssa.  Tearful and crying;  why did Alyssa want to live withfather. Zoloft to 100 mg.   details divorce of parents and estrangement from father.  Moved a lot till 5th grade.   Mentally and physically abused by mtoerh;  denied rape or incest.  Says went to 10th grade and dropped out when mom in car accident and hd to work.

Divorced AJ, no emoiotn and bi polar.  Really bad childhood but tries to be good parent.  Denies problems with drugs.  Heard she did from others.   Alyssa tried to suicide when told by her father that mother moving to urbandale.   So let Alyssa live with father in crystal lake.

Alyssa is quite matre.  Problems with being picked on.  Hung out with bad kids.  Angie and she yelled at each other.   Alyssa is depressed and on mediation until father not renewed.   Didn't like counselor at educare—overbearing
Angie belives unusually close to daughter.   Doesn't like living with father's friend who tells her what to do.

5/9/06—zoloft made her face break out.  switched to paxil
5/13—cancels
6/17—no show
7/4/96—back to residence in clear lake for weekend.   Reports thins taken from shed.  Didn't report on 4th of july

8/21/96—arylan delinquent in child support  angie makes 21, 270 and 333 in child support

angelia is 33

 6/97—angie goes after arylan's retirement for 4000 in back child support
6/  97—dustin convicted of manfac and distributing

she gets payment from arylan

9/10/97—principal of high school reports Alyssa living alone after mother moed to ft dogde.   After 4-5 visits by DHS, appears mother lives there.  Allyssa said had been out of town with mother and had been sick.    Angie calls school

HUT000370

child neglect not confiremed.

12/97—anglea earned 14, 434
no child support

1/98—is 34
lives with rick summers after leaves dustin.  Alyssa is 14.  angie snorts a line of meth 2-3 x a week.  She ins not selling.

Angie agrees to fix up his house and care for his sons if he will take care of her.  His sons treat her like dirt.  Low point in life.

Angie pays for hollys' wedding.   Pearl jean tells people that holly's husband, mike is molester to get out of paying for wedding.

98—angie learnes Alyssa is 7 months pregnant.  She arranges open adoption but give salyysa the choice.

98—works for north beach.  Caretaker of small apartment.  Involved in marvea's school

she is trusted employee.  Seesm to be good mom:  walks marvea to school every day.  Does more for daughters than for self.

12/98—yearly earnsing of 6374

angela is 35

Alyssa, age 15, gives birth to trent and complications require a week hospital stay.  Gives up trent.

3/21/99—speeding ticket

7/9—spedding teicket

12/99—yearly earings of 16, 521

1/17/00—is 36

Alyssa attends alternative high school

Angie gets speding ticket
Angie gets speeding ticket

5/00—pearal jean breaks ankle.

7/00—angie purchases motor home and going to Colorado

HUT000371

7/29/00—angie is arrested.  Placed in Benton county since they tape phone calls

7/00—crires often, sleeping problems.  Wantas to fire AL

7/00—doesn't want to talk about childhood and hurt mother

depressed and suicidal in jail for 2/5 months

talks to informatnt who tricked her into thinking he would help her and dustin

8/7/00—alyssa is 17.   she asks her faher to buy school supplies for daughers.  Fed through bars like animal.   Leteters:  god hates me.  I thought I might die.

Alyssia goes to live with wendy at mothers' insistence due to possible danger.  She and cousin brooke get into phsycial fight.  Angie convinces to stay.

Brooke goes to white school;  going to send alyssia to all black.   Wendy takes alyssa's child support sent by father.   Alylssa calls mother upsete and crying.  Wendy sets up cousenling for Alyssa but won't let her go in alone.   She returns home.  Wendy won't let her have some of her things.

9/8/00-  very depressed;  can't sleep;

9/11—alysas to alternative school in forest city

9/13/00—5 days of lock down for arguing about temp in cell.  Worth it casue temp ok

9/15/00upset about argument re temp and gets 3 weeks lock down.    Scared, lonely and sad

9/18—taking serzone

10/03—moved to black hawk.

10/13—angela atetmtps suice by hanging

nearly dies in suicide attempt.  Bruised fromhead to toe and bitten off part of tongue.  She has to beshoked back to life and has seizure

10/16—transferred to linn county

gets Elavil and trazadone—feels better;  weight gain;  doesen't recall hanging

12/07—warning for "running the block"

14

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 72 of 100
HUT000372

12/09—waring for lying on her bunk;; only can sit; has to be told twice to get up

12/17—waringn for beign in presence of inmates trying to pass out

12/23—beahvior warning for lying in bed eith any cmapbel

12/25/00—warning for drawing in library and not working

12/30—warning for lying in anothers bed and not being in camera view

1/2/01—wndering around the cell block.  Advised to lie on her bunk during lockdown

1/15/01—warning for tryhing to slide a letter from amy cmapbell under N blck door when returning from libfrary

2/3/01—warning for lying in bed during day shift

2/10/01—warning for passing drawing to evans

2/14/--smart mouth, sarcastic, showing off in fornt of other girls and bad mouthing the nurse

3/25/01—upset when coun'dt get meds brought to her while on the phone. Said bullshit

4/9/01—taken out of class after verbal argument with m Harrington

5/10/01—warning for obscentities and not follwing orders

6/01—examined by logan.  On Celexa and trazadone

7/21—warninng for verbal l0-l-.  harris movedfomr cell block.

8/18/01—warning for wrapped in bedding when told to make bed

9/30/01—warning for receiving M.O. M. which says from nurse but they deny it. She said bull shit

12/04/01—beahvior warning for using word nigger

12/5/01—drawing on envelopes

12/28/01—assault when shoved woman in argument over her body odor

3/02—jean wants to get angies' things.

HUT000373

April 02—snitch information not admissible

Dec 03—8th circuit court says can introduce maps and mc neese evidence

Case 3:09-cv-03064-MWB-LTS    Document 284-11    Filed 06/23/11    Page 74 of 100

HUT000374

# JOHNSON TESTIMONY NOTES

TRUST   MISTRUST 0-1;  to develop hope and faith; prevent sensory withdrawal.
Sister 2 years older; Jamie 22 months later; parental violence
*Overly trustful of some men;—ones thought could protect her;*
*To return to a Pollyanna stance;*

AUTONOMY v SHAME & DOUBT 2-3---holding on and letting go
Dependence; impulsivity; compulsivity,  Attachment issues
Father left year later—alcohol and violence;  physical abuse of children
I'm so bad (own abuse) that will make my children perfect
*Impulsivity, unable to attach or let go;*

INITIATIVE v. GUILT  3-6  family influences to give purpose and courage; to stop ruthful ness
Father left—breaks in; lots of turmoil, dad didn't want divorce; --tried to leave with dad in truck;  mom allegedly drinks and sleeping around; bed wetting; dad and cookie babysit;  mom leaves for weekends;  mo is nervous and upset;  move into grandparents
Physical abuse. The world is ending 3 day drive;  estranged from dad and cookie; neglect of children in food and clothing;

*Nonconforming; impulsiveness and aggressiveness, did learn hard working*

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 75 of 100

HUT000375

INDUSTRY v INFERIORITY 7-12; to learn to complete things; how things come together; school and neighborhood influence; learn competence;
Wendy becomes mom when angela was 8 and wendy was 10
State of siege as childhood
Exorcisms—rebuking---spit the devil out—the doves; saw UFO outside window and caused.
Throw all toys away if love god more than toys.
Fasting, group punishment, not enough to eat; neglected
Beaten 2x a week;
looking for mark of beast;--belived was bad; never going to heaven
headaches; stomach aches
"dad doesn't love you"—felt he doesn't love me; I was always waiting for him to come save me and he never did------repeated with boyfriends. "no man I couldn't have if I wanted him" ---
not fit anywhere.
near death by drowning
grandparents - craziness
'meanness" of cookie –say mean things; turn us against each other.
Dad's family had all the toys and they had nothing

to KS;---to leave baby Holly and the rest of us too
 kill animals, infested housing; threats to kids re hogs ; sexual abuse?
Mom disappears for days—or is gone totally;
Mom has nervous break down after death of holly's dad—abuse worse
Wishes for dad to be respite, but he isn't
Physical punishments and rebukings continue
Age 10 decided not to be a victim anymore-
Wendy taught her to smoke pot. Then left to go to dad's when out of control for mom


*poor self esteem; poor social skills; S & M repetition; PTSD,*

HUT000376

EGO IDENTITY v DIFFUSION  12-18;  to learn to be oneself and learn loyalty
Mom disappears for days;  live in rat hole while mom is with boyfriend
Liked the bad boys—better to be feared than loved; idk.;
Doing drugs; working for mom—quit school
Sex when high and 14
Married and had child—but he turned out a bore; stay home like married man
Withdraws into drugs
Anxiousness—spelling, handwashing;

Always looking for a man to rescue me and theynever do.  I always wanted a guy who
would ake care and take care of the problems and I could justs relax and not have to
worry. But men have laywas been a major pain for me.
Never wanted to be alone—looking for love in all the wrong places
Mother told her she was going to be a nobody and worthless--

*Drugs to hide who she is; to be what she has to be; to stop the feelings;*
*No loyalty—no one was ever loyal to her—promiscuity*

INTIMACY v ISOLATION  early 20-s—-to learn to connect to partner, fidelity vs
promiscuity; to find place in society;
meth; --daily since 24  domestic violence;    --I tried desperately to please him; I loved
him;   police not protect  (e.g. at gas station)
*only place to fit was high*
*pride in defeating the police re drugs*

 "felt like whole life I have been fighting, struggling and defending and never got a break
from that. And when I did crank I got a break from that. "

HUT000377

## DR. MARILYN HUTCHINSON

**I.** BACKGROUND + QUALIFICATIONS

— Profession + Education

— Licensures

— Board Certication?

— Employment History

— Testimony in State & Federal Courts

— Membership in Professional Organizations

**II.** HOW BECAME INVOLVED IN A.J.'S CASE

— Initial Contact by PJB (or Mary Roody)

— Information documents provided

— Marilyn's own investigation — interviews

— AREA OF FOCUS — CONCENTRATION

(NOT ASKED TO EVALUATE MENTAL STATE
AT TIME OF OFFENSES —
DIDN'T INTERVIEW ANGIE ABOUT IT/THEM)

**III.** RATE OF COMPENSATION

HUT000378

PREPARED BY

DATE

**IV.** FINDINGS OF EVID. OF CHILD ABUSE

— Did you research + interviews in this case, Dr. H., lead you to any conclusions respecting the presence or absence of child abuse in the life of Angela Jane Johnson?

— Are there means by which to assess the effects of such abuse as compared to what children learn + experience in "Normal" child development?

(ERIK ERIKSON Developmental Tasks)

(☞ THINK ABOUT USING DEVELOPMENTAL TASK CHART here)

GO THRU MARILYN'S OUTLINE.

Case 3:09-cv-03064-MWB-LTS     Document 284-11     Filed 06/23/11     Page 79 of 100

HUT000379

-2-

→ Same drugs ① Serotonin

②

END WITH. TREATMENT OPTIONS

FOR ① P. T. S. D. and

② DEVELOPMENTAL DISORDERS.

Ⓐ No Chemicals.

— Long Term Psychotherapy

— Religion Experiences

— Healing Loving long Thing

HUT000380

- 3 -

PTSD       somotician

1. Re-experience the trauma > it's area

2. Numbing the Experience ← = Drought Another
Belief of Short
Life

3. Anxiety Breaks THRU ANYWAY
— hypervigilance      — irritability
— sleep disturbance

Reading about nightmares !!

CHOICE to be

DIF Medicate - Better Feared than
LOVED !!

CHOICES of a DAMAGED
PERSON !!!

— CHOICE to use drugs.

— CHOICE to like BAD MEN

— CHOICE to be FEARED than
LOVED.

HUT000381

Addison & Associates

Clinical practice — 78

7-12 w/ Her .          Arizona
                      Missouri

Tenuri

Education: discussed

Ph.D. Purdue
Temple    U. of Wisconsin
taught    Counseling.

Jan. 1983 ——————    148

Battered Women's Cases,    300 cases.

Civil Litigation | More Gen Mental Health
                              Issues

Rate   140. — 1 Hr.   gov't Rate
       120. — 1 hr.   civil cases
       140-175
       175

HUT000382

Modalities ↓ Behavior

How this tragedy cd Have occurred.

① 1. Stages of LEARNING

② 2 CONSEQUENCES OF ABUSE
— Predictable outcomes of
child abuse

(1994 Erik Erikson)  Childhood in Society

Overly Hostile  Pollyanna Stance

(That's NOT YOUR JOB!)

overtrusting — factor.
Too long on A'v //

Crises
great fantasy — learn to fantasy
perform

choices + autonomy — 3 day divine

Case 3:09-cv-03064-MWB-LTS   Document 284-11   Filed 06/23/11   Page 83 of 100

HUT000383

What shd. be Happening ?!

Ndkrap w/ Ted Dillo.

Traumatizing — explained.

— Stress disorder

Extinely Poor Self Esteem
Poor Social Skills

1. Post Traumatic Stress Disorder.

Sadistic Manner —
we treat asrittues w/the enemy
we were treated

Closing

Mom disappeared

attraction to Bad Boys —
Better to be feared than loved.

Prof Closing

drugs , marijuana — high

smoking Pope —
anxiety disorder.

Find - Place in Society -

Young Adult ⟶ Promiscuous, Drugs
CRANK — Prolific Drug User
Depressed
PTSD —

Narrowing of
life fair

HUT000384

RESUME AFTER LUNCH w/
DR. MARILYN HUTCHINSON

(She's late, fueling Bennett's ire — ON Record
discussion about bills — NO JURY).

1:07

← Strong
— Resumer

Terry Returns
physically
abusive

Maladaptive
Maladies

evidence of
responding w/
vengeance

— unavailable

Hooked — Cycle of Violence

⟶ Battered Woman! — Do !

HUT000385

## CROSS- EXAM

1:23 pm

"Sadistic for the Children."
— Beat animals in head w/ hammer.
— Kittens thrown to boys.

Married & had a child.

Alyssa — 18

Decision not to have child — at 14 — can't

Steve Hugo → Blind in one eye.

Ashyn Johnson →

Not "Bad Boys".

Poor Self-Worth — good person
— good worker
— good mother.

Self-Reporting — nightmares.
P.T.S.D.    She reported nightmares.

Not poor self-image

Major
Depressive
Disorder

Not diagnosed w/ P.T.S.D. in 1994.

Not a juvenile delinquent.
— Not arrested
— No criminal activity

Able to Have jobs.
"   "   "   House.
"   "   Raise childrens.

Lots of
psyche
people
and little
w/ jobs,
Houses.

What hired to do in this case —
not Here to discuss mental State at
@ time

Mitigation —

FREE WILL ⇒

Ability to make choices —

Not ——————————

HUT000387

Q. Have you seen any documents anywhere, whether authored by you or somebody else, documenting these phone calls in any way?

A. I haven't seen any, no.

MR. STOWERS: That's all I have. Thank you.

THE COURT: Mr. Williams?

MR. WILLIAMS: Nothing, Your Honor.

THE COURT: You may step down.

Ready to call your next witness?

MR. BERRIGAN: Yes, we are, Your Honor. We call

3618

Dr. Marilyn Hutchinson.

MARILYN HUTCHINSON, DEFENDANT'S WITNESS, SWORN

THE COURT: Okay. Please be seated in the witness box.

THE WITNESS: May I get a glass of water?

THE COURT: Sure. There's a fresh glass of water there for you already.

THE WITNESS: Oh, okay.

THE COURT: And would you adjust the chair and the microphone so you can speak directly into the microphones. And would you state your full name and spell your last name.

THE WITNESS: I will, sir. Just one second. My name is Marilyn, M-a-r-i-l-y-n, Anne with an "e" on the end Hutchinson, H-u-t-c-h-i-n-s-o-n.

THE COURT: Mr. Berrigan?

MR. BERRIGAN: May it please the Court.

DIRECT EXAMINATION

BY MR. BERRIGAN:

Q. Good morning, Dr. Hutchinson.

A. Good morning.

Page 76

Q. I wanted to start by introducing you to the jury and telling them where you live and what kind of work you do.

A. I'm a psychologist in Kansas City. I own a practice called Hutchinson and Associates. I've been doing that for 19 years. Over the course of that time, I've had post-master's and

3619

post-doctorate --

Q. Well, before we get to your education --

A. Oh.

Q. -- I know you're eager to talk a little bit about that, but I wanted to have you explain to the jurors what kind of a practice Hutchinson and Associates is. What do you do there?

A. I do both a clinical practice. I see about 18 clients a week. I see adults and sometimes older adolescents but mostly adults, couples, a few families now and then. And my partic -- our office is dedicated to the concerns of women, children, and their families. My particular emphasis within that is usually survivors of trauma and violence and how that impacts them.

Half of my practice, in addition to seeing the clinical clients -- I usually do that on Monday, Tuesday, and Wednesdays, and then usually on Thursdays and Fridays I do court evaluations for civil and criminal cases. And then I do things like testify.

Q. How many people work with you at Hutchinson and Associates?

A. I currently have seven. I've had as many as 12 in that office, people who have done post-doc's or post-master's. I make the choices from amongst those and invite some of them to stay on in our practice. As I said, we've been doing that for -- I've been doing that for 19 years.

Q. You've been a psychologist for 19 years?

Page 77

Case 3:09-cv-03064-MWB-LTS   Document 284-1   Filed 06/23/11   Page 89 of 100

HUT000389

A.    Actually a little longer than that.  I was a psychologist

3620

A. when I was teaching in Wisconsin, and then I moved to Kansas City in 1983.

Q.    Okay.  Let's talk a little bit about your education if we could.

A.    Okay.

Q.    Where did you go to school?

A.    Well, I did my undergraduate degree in Nebraska Wesleyan. I grew up just down the river at Plattsmouth, Nebraska, and went to Nebraska Wesleyan and majored in music.  Student taught and didn't like it and decided I needed to do something different. I then went and got a master's and a Ph.D. from Purdue University in Indiana, finished that in 1975.  I was 25 years old at that point, and I went to Wisconsin where I taught for seven and a half years in the University of Wisconsin system in a master's training program for counseling.  I taught predominantly those people who were going to be headed into community mental health centers, but I taught some of the basic courses which also included students who were training to be guidance counselors.

Q.    After that experience, Dr. Hutchinson, as a teacher for seven years, what did you next do in your career?

A.    Well, I moved to Kansas City, and I --

Q.    When was that?

A.    What?

Q.    When was that?

3621

A.    In January of 1983.  I moved there, and I had a position at

Page 78

HUT000390

the University of Missouri, Kansas City, where I was in the counseling and placement center. And there I was supervising doctoral students and teaching part time at the university in their Ph.D. program and master's training program.

After two years I went full time into a private practice and opened the office of Hutchinson and Associates.

Q. And that would have been in 1983?

A. Well, some of that was concurrent. I was full time in Hutchinson and Associates by 1985.

Q. I'm sorry. Okay. That's right, because you said you were teaching for two years.

A. Yes.

Q. Are you a licensed psychologist?

A. Yes, I am.

Q. And where are you licensed?

A. Well, I was originally licensed in Wisconsin. That license is now on an inactive status since I don't live there, and I'm licensed in Missouri where I live and where I have my office.

Q. You mentioned a little earlier that although you see patients and do clinical work you've also been involved in court evaluations.

A. Yes.

Q. What kind of evaluations have you been involved in, that is, court forensic evaluations?

3622

A. I initially started out doing battered women's cases, women who had been violently abused by spouses or boyfriends, also teenagers who were abused by their parents and who either attempted to murder, did murder, or hired someone to murder their abuser. And over the last 15 years, I've evaluated over

Page 79

HUT000591

300 of those kinds of cases.

That has broadened then into also doing civil litigation on both sides, defense and plaintiffs, people who allege some kind of a harassment. I've done some product liability cases where people have been harmed by some product, some car wrecks, dog bites, sort of miscellaneous things in which people have been hurt and had some kind of trauma or some kind of mental health issue that resulted from that.

Most recently I've been doing more general mental health kinds of issues for criminal defendants, how their mental health issues and/or their childhood abuse or violence may have impacted their behavior, their personality as adults.

Q. Has any of your work involved capital murder cases or death-penalty cases?

A. Yes, it has.

Q. And typically when you've been involved particularly in criminal work, who is it that's retained your services?

A. Usually it's the defense, someone from the defense bar. In most of the states where I've done most of my work, in Missouri and Kansas, the evaluations that are done for the state are

3623

usually done at state facilities. I have done some of those evaluations when they were seeking a second opinion. But usually those are done at state hospitals.

Q. So when you're doing evaluations in criminal cases, do you do evaluations both for people that are in custody and out of custody?

A. Yes.

Q. Have you had occasions to do evaluations for the court system?

Page 80

A.  Yes, I have.

Q.  And what have those evaluations involved?

A.  Sometimes they are orders for competency that have been ordered by the court irrespective of defense or prosecution. Sometimes they've been an evaluation of fitness of parents where a judge was involved in a custody or visitation kind of concern and she didn't know whether either parent was competent and wanted me to evaluate both of them.  I think that's mostly the court-ordered ones.

Q.  The testimony that you've been involved in, where has it been in terms of geographically where have you been testifying?

A.  Well, I've testified from New Hampshire to Hawaii, but certainly the predominance of them have been in Iowa, Nebraska, and Missouri.

Q.  And have those been in state and federal courts?

A.  They have.

3624

Q.  Okay.  Are you compensated for your time in these cases, Dr. Hutchinson?

A.  Yes, I am.

Q.  And what is the rate that you typically charge to work on a case such as a capital murder case?

A.  Well, I have -- when I'm working at home, reading records, writing reports, that fee is $150 an hour if it's -- $140 an hour if it's a public defender's case or something that's a government case.  If it's a civil case, then it's 160 an hour. If I'm on the road, then it's 160 and 175, and then testimony is 175 an hour.

Q.  So you have kind of a government rate like a hotel.

A.  I try to cut a little break.

Page 81

HUT000393

Q.   Well, let me ask you about this case if we could.

MR. BERRIGAN:  Oh, before I do that, may I approach the witness, Your Honor?

THE COURT:  Yes.

MR. BERRIGAN:  Thank you.

BY MR. BERRIGAN:

Q.   I'm handing you, Dr. Hutchinson, what's been marked as Defense Exhibit 2170, 2170.  Do you recognize that document?

A.   I sure do.

Q.   Could you tell the jury what that is?

A.   It's my curriculum vitae.  It indicates my current employment, previous employment, education, professional

3625

activities.

Q.   I neglect --

MR. BERRIGAN:  Defense would offer 2170, Your Honor.

* * * *

(Defendant Exhibit 2170 was offered.)

* * * *

MR. WILLIAMS:  No objection.

THE COURT:  2170's admitted.

* * * *

(Defendant Exhibit 2170 was admitted.)

* * * *

BY MR. BERRIGAN:

Q.   I neglected to ask you about your membership, if any, in any professional organizations.  Are you involved with any professional organizations?

A.   I belong to the Greater Kansas City Psychological Association, the psychoanalytic division of that; the American
Page 82

Psychological Association, and I belong to the forensic division of that; and Missouri Kansas -- Missouri Psychological Association.

Q.   Thank you.  Doctor, how were you contacted to become involved in this case, United States versus Angela Johnson?

A.   I was called by you, given a brief summary I believe over the telephone, and asked if I would be interested in doing an evaluation for mitigation.

3626

Q.   And did you agree to do that?  Obviously you did, huh?

A.   I did agree.

Q.   Were you provided with any materials either at that time or subsequently?

A.   Lots.

Q.   Lots.  Could you just summarize for the jury what types of materials you were given?

A.   If I could look at my report, I'll just kind of read through that.

Q.   Certainly, if that helps you to aid your recollection.

A.   Yeah.  It's a file box this big, but it includes things like her indictment; change of venue motion; family chronology; divorce records for Miss Johnson; divorce records for her mother; employment records for Miss Johnson; jail records; police records; newspaper accounts; her mother's Social Security records; school records; court files; traffic violations; legal records for the family; various other legal records; medical records; neurological, psychological testing; and the report of other experts.

Q.   In addition to the materials that you were given, did you conduct any independent investigation yourself?

Page 83

HUT000395

A.     Yes, I did.

Q.     And what is it that you did?

A.     On February the 23rd and 24th, I met with Miss Johnson for 9 hours, 4 hours one day, 5 1/2 hours the other day.  I -- on

3627

that same trip to Iowa, I met with her mother for two and a half hours and one of her sisters, Holly, for one and a half hours.

Q.     Before you met with Miss Johnson, at some point either before or after you received these materials, were you advised as to the scope and nature of the investigation that was being sought by the defense?

A.     Yes, I was.

Q.     And in particular I want to direct your attention to whether or not you received any instruction regarding whether the defense was claiming that Miss Johnson was suffering from a mental disease or defect that might exclude responsibility for the crimes for which she was charged?

A.     I did not.

Q.     I'm sorry?

A.     I did not receive any instruction about that.

Q.     Okay.  Did you receive instruction about in discussing with Miss Johnson whatever it is you wanted to discuss with her that you were not to discuss anything surrounding the homicides for which she was charged?

A.     I was given explicit instructions on that, yes.

Q.     And was there an explanation given to you about why?

A.     That the questions I would be addressing were related to mitigation only.

Q.     Okay.  Were you made aware that the defense wasn't raising any, you know, insanity defense or some claim that mental

Page 84

illness may have prevented Miss Johnson from understanding the nature and quality of the conduct for which she was charged?

A. I was not given any implication about that.

Q. Okay. Not one way or the other.

A. No.

Q. And in talking to Miss Johnson, did you, in fact, discuss with her the actual homicides for which she was charged?

A. I did not.

Q. What was the focus of your investigation in discussing with Miss Johnson, her mother, and her sister Holly and reviewing all of the materials you were provided?

A. What I was looking for was from my point of view an understanding of how this tragedy could have occurred. And so I did many of the things that I always do which is to do what's known as a mental status exam which is the psychological equivalent of going to the doctor for a physical.

So you check through psychological symptoms, and you check through various aspects of psychological health. I paid a lot of attention to her childhood history and a lot of attention to how that impacted her from her point of view.

I then met with two family members to just get another point of view on that same information. And I always think of myself in some ways as sort of an investigator of psychology. It's -- I'm not investigating the crime scene, but I'm investigating her mind and her point of view, her way of looking

at the world to say how could this have happened and how does it

Page 85

make sense because I think the world makes sense if we know all the pieces.

Q.    Dr. Hutchinson, I just want to be crystal clear about this, okay, crystal clear.  Are you making some claim that your testimony today has to do with the mental state of Angela Johnson at the time of the commission of the homicides for which she has been convicted?

A.    No.

Q.    Okay.  We're clear about that.

A.    We are very clear about that.

Q.    All right.  And so let's discuss then what it is that we are going to talk about; okay?

A.    Okay.

Q.    Based on your investigation, were there certain issues or findings that you thought were significant regarding Miss Johnson's childhood experiences regarding abuse that you thought were noteworthy in terms of mitigation?

A.    There were many.

Q.    I wanted to ask you, when you were making this type of an evaluation or examination, what -- how does a psychologist compare an experience of a childhood such as Miss Johnson to what one might term a, quote, unquote, normal child?

A.    Well, there are a couple of different frameworks, and I sort of incorporate both which is that there is a body of

3630

literature about childhood development, what normal stages does a child go through.  We expect 8-year-olds to be doing and learning things differently than we expect 3-year-olds.  We expect 15-year-olds to be different than 6-year-olds.  So looking at what experiences happened during different time

Page 86

HUT000398

periods to say could this young child have learned the things that they needed to learn during those stages, that's one part.

There also is a huge body of literature about the consequences of childhood abuse. And what I also try to do is to look at how does this person present themself today, how does their adult and adolescent history match up, if you will, to what kinds of things are predictable outcomes of childhood abuse, and to what extent does that match. For a myriad of reasons, some children match a great deal, and for some other reasons some children don't seem to have quite as much damage from ostensibly the same act.

Q. Regarding this first area when you're talking about the stages of learning --

A. Yes.

Q. -- are there any widely accepted models that psychologists such as yourself use to make a determination about what the child would be learning at various points in their childhood development?

A. Yes, there are.

Q. What is the model that is typically used?

3631

A. Well, one of the sort of -- I think sort of the grandfather models of all models of child development was developed by a man by the name of Erik Erikson, and he was a child psychiatrist in the early 1900s. He actually died I think in 1994. He was a German immigrant escaping the Nazis, and he subsequently taught at Harvard and Yale and Berkeley. And he devoted his life to studying how children come to have the identity or the development that they do.

And in doing that, he wrote -- he studied the Lakota

Page 87

Indians as an alternative to American culture. He did extensive studies on individual people like Gandhi and Hitler -- in fact, he got a Pulitzer Prize for his study of Gandhi -- and how do people develop these kinds of virtues or, in Hitler's case, how did those virtues not get developed? And his book, Childhood and Society, that was published in 1950 is just a classic and is still a widely accepted model of the phases that children go through as they grow up.

Q.   Is that the model that you employed in analyzing Miss Johnson's childhood?

A.   Yes, it is.

Q.   And in connection with that, did you prepare an exhibit that might aid you in explaining this model to the jurors?

A.   Well, I didn't personally prepare it, but I copied one.

Q.   You copied one and brought it with you.

A.   Yes, I did.

3632

THE COURT:   It's on the screen in front of you.

MR. BERRIGAN:   Thank you, Judge.

THE WITNESS:   Yeah, I was just checking that it was up there.  That's pretty cool.

MR. BERRIGAN:  I didn't see it.  I apologize.

THE COURT:   That's not your job; okay?

THE WITNESS:   Okay.

BY MR. BERRIGAN:

Q.   Dr. Hutchinson, on the screen in front of you and on the overhead, there is a document.  Let me see if I can bring it down.

A.   That's fine.  Thank you.

Q.   I only have half the page there, but can you recognize what

Page 88

HUT006400