# MARK D. CUNNINGHAM, PH.D., ABPP

*Board Certified in Clinical Psychology  -  Board Certified in Forensic Psychology*
*American Board of Professional Psychology*

*Dallas metroplex (mailing address)*                    *Phoenix*
6860 North Dallas Parkway, Suite 200          40 North Central Avenue, Suite 1400
Plano, Texas 75024                                      Phoenix, Arizona 85004

972-459-0658      Fax 972-395-3674
mdc@markdcunningham.com

*Licensed psychologist: Alabama #1564, Arizona #3662, Arkansas #98-17P, Colorado #2305, Connecticut #846,*
*Idaho #PSY-379, Illinois #071-006010, Indiana #20041376A, Louisiana #794, Nevada #PY0625, New Mexico #0768,*
*New York #017111, Oklahoma #1002, Oregon #1333, Pennsylvania #PS016942, South Carolina #764,*
*Tennessee #2255, Texas #22351, Washington #PY60207411*

## CURRICULUM VITAE
Updated 05-31-11

## EDUCATION

**Postdoctoral:**     Yale University School of Medicine, New Haven, Connecticut
    NIMH-sponsored training program, two years (part-time)

**Internship:**     National Naval Medical Center, Bethesda, Maryland
    Specialty:  Clinical Psychology, one year (APA accredited)

**Graduate:**     Oklahoma State University, Stillwater, Oklahoma
    *Doctor of Philosophy*
    *Master of Science*
    Specialty:  Clinical Psychology (APA accredited)

**Undergraduate:**     Abilene Christian University, Abilene, Texas
    *Bachelor of Arts*
    Majors: Psychology, Mass Communications

## BOARD CERTIFICATIONS

Clinical Psychology: American Board of Clinical Psychology, a specialty board of the American
    Board of Professional Psychology (ABPP), Diploma #6462

Forensic Psychology: American Board of Forensic Psychology, a specialty board of the American
    Board of Professional Psychology (ABPP), Diploma #4551

## PROFESSIONAL PRACTICE

*Current:*
    Clinical and Forensic Psychologist, independent practice
    Research Scientist

*Previous:*
    Clinical Psychologist (Lieutenant, MSC, USNR), Naval Submarine Medical Center, CT
        (three years post-doctoral)

CUN000001

## AWARDS, DECORATIONS, AND DISTINCTIONS

*American Psychological Association Award for Distinguished Contributions to Research in Public Policy* – annual award bestowed for distinguished empirical and/or theoretical contribution to research in public policy, either through a single extraordinary achievement or a lifetime of work, 2006 recipient.

*Texas Psychological Association Award for Outstanding Contribution to Science* – annual award in recognition of significant scientific contribution in the discovery and development of new information, empirical or otherwise, to the body of psychological knowledge, 2005 recipient.

*National Association of Sentencing Advocates John Augustus Award* - annual award bestowed for outstanding contributions to the profession of sentencing advocacy, 2004 recipient.

*Al Brown Memorial Award* – award bestowed for outstanding achievement, National Institute of Mental Health (NIMH) Sex Therapy Training Program, Yale University School of Medicine.

*Navy Commendation Medal* – decoration for meritorious service as a clinical psychologist, Naval Submarine Medical Center, United States Navy.

*Fellow, American Psychological Association (Division 41: American Psychology-Law Society)* – distinction reflecting outstanding and uncommon contributions having national impact on the science and practice of psychology, 2007 election.

*Fellow, American Academy of Clinical Psychology* – distinction reflecting diplomate in clinical psychology by the American Board of Professional Psychology.

*Fellow, American Academy of Forensic Psychology* – distinction reflecting diplomate in forensic psychology by the American Board of Professional Psychology.

*Magna cum Laude* - Bachelor of Arts, Abilene Christian University.

## CURRENT PROFESSIONAL LICENSES

*Licensed Psychologist:*

| | | |
|---|---|---|
| Alabama #1564 | Arizona #3662 | Arkansas #98-17P |
| Colorado #2305 | Connecticut #846 | Idaho #PSY-379 |
| Illinois #071-006010 | Indiana #20041376A | Louisiana #794 |
| Nevada #PY0625 | New Mexico #0768 | New York #017111 |
| Oklahoma #1002 | Oregon #1333 | Pennsylvania #PS016942 |
| South Carolina #764 | Tennessee #2255 | Texas #22351 |
| Washington #PY60207411 | | |

Curriculum Vitae                                                                                     Page 2

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 2 of 100

CUN000002

## PRIOR ACADEMIC APPOINTMENTS

Psychology Department Assistant Professor, two years post-USNR
    Hardin-Simmons University, Abilene, Texas

Psychology Department Instructor, three years (part-time):
    Old Dominion University (U.S. Submarine Base Extension);
    Mohegan Community College, Norwich, Connecticut

Psychology Department Teaching Assistant, three years (part-time)
    Oklahoma State University, Stillwater, Oklahoma

## PROFESSIONAL AFFILIATIONS

American Psychological Association – *Fellow* (Division 41)
American Board of Professional Psychology – *Diplomate (clinical, forensic)*
American Academy of Clinical Psychology - *Fellow*
American Academy of Forensic Psychology - *Fellow*
    Workshop faculty, 1998-
    ABFP examiner, 1996-2006
National Register of Health Service Providers in Psychology
Certificate of Professional Qualification in Psychology (CPQ) #1303
Texas Psychological Association
American Association for Intellectual and Developmental Disabilities

## EDITORIAL

Consulting editor:  *Assessment* (2006- )
Editorial board:    *Open Access Journal of Forensic Psychology* (2009- )
Guest editor:       *Journal of Psychiatry and Law* (special issue, 2009)

Ad hoc reviewer: *Behavioral Sciences & the Law:* 2004, 2007, 2008, 2009, 2010
                 *Criminal Justice and Behavior:* 2009
                 *Criminal Justice Policy Review:* 2006
                 *Criminal Justice Review:* 2008
                 *Journal of Criminal Justice:* 2010
                 *Journal of Forensic Psychology Practice:* 2009
                 *Justice Quarterly:* 2009
                 *Law & Human Behavior:* 2004
                 *Personality Disorders: Theory, Research, and Treatment*: 2009
                 *Psychological Assessment:* 2010
                 *Psychology, Public Policy, and the Law:* 2009, 2010, 2011
                 *Southwest Journal of Criminal Justice:* 2007

Pre-publication book manuscript reviewer: John Wiley & Sons, Inc. (2007)
                                Professional Resource Press (2003)
                                Southern Illinois University Press (2010)
                                Taylor & Francis (proposal, 2010)

Curriculum Vitae                                                    Page 3

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 3 of 100
CUN000003

**PUBLICATIONS**

*Books and edited volumes:*

1. Cunningham, M. D. (2010). *Evaluation for capital sentencing*. A volume in the *Oxford best practices in forensic mental health assessment* series, Series Editors: A. Goldstein, T. Grisso, and K. Heilbrun. New York: Oxford University Press.

2. Cunningham, M. D. (Ed.) (2009). Capital sentencing (special issue). *Journal of Psychiatry and Law, 37 (2-3).*

*Chapters in edited books:*

3. Cunningham, M. D. (2008). Competency to waive appeals. In B. L. Cutler (Ed.), *Encyclopedia of psychology and law* (pp. 123-125). Thousand Oaks, CA: Sage Publications.

4. Cunningham, M. D. (2008). Institutional misconduct among capital murderers. In M. DeLisi & P. J. Conis (Eds.), *Violent offenders: Theory, research, public policy, and practice* (pp. 237-253). Boston: Jones & Bartlett Publishers.

5. Cunningham, M. D. (2007). Forensic psychology evaluations at capital sentencing. In R. L. Jackson (Ed.), *Learning forensic assessment* (pp. 211-238). Mahwah, NJ: Lawrence Erlbaum Associates, Inc.

6. Cunningham, M. D., & Goldstein, A. M. (2003). Sentencing determinations in death penalty cases. In A. Goldstein (Ed.), *Forensic psychology* (vol. 11 of 12) (pp. 407-436). I. Weiner (Ed.), *Handbook of psychology*. New York: John Wiley & Sons.

*Articles in peer-reviewed journals:*

7. Sorensen, J. R., Cunningham, M. D., Vigen, M. P., & Woods, S. O. (2011). Serious assaults on prison staff: A descriptive analysis. *Journal of Criminal Justice, 39,* 143-150. doi: 10.1016/j.jcrimjus.2011.01.002

8. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2011). Correlates and actuarial models of assaultive prison misconduct among violence-predicted capital offenders. *Criminal Justice and Behavior, 38* (1), 5-25. doi: 10.1177/0093854810384 830

9. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2011). Life and death in the Lone Star State: Three decades of violence predictions by capital juries. *Behavioral Sciences & the Law, 29* (1), 1-22. doi: 10:1002/bsl.963

10. Cunningham, M. D., & Tassé, M. (2010). Looking to science rather than convention in adjusting IQ scores when death is at issue. *Professional Psychology: Research and Practice, 41* (5), 413-419. doi: 10.1037/a0020226

CUN000004

11. Cunningham, M. D., Sorensen, J. R., Vigen, M. P., & Woods, S. O. (2010). Inmate homicides: Killers, victims, motives, and circumstances. *Journal of Criminal Justice, 38* (4)*,* 348-358. doi:10.1016/j.jcrimjus.2010.03.008

12. Cunningham, M. D., & Sorensen, J. R. (2010). Improbable predictions at capital sentencing: Contrasting prison violence outcomes. *Journal of the American Academy of Psychiatry and the Law, 38* (1)*,* 61-72.

13. Sorensen, J. R., & Cunningham, M. D. (2010). Conviction offense and prison violence: A comparative study of murderers and other offenders. *Crime & Delinquency, 56* (1)*,* 103-125. doi: 10.1177/0011128707307175

14. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2009). Capital jury decision-making: The limitations of predictions of future violence. *Psychology, Public Policy, and Law, 15* (4), 223-256. doi: 10.1037/a0017296

15. Cunningham, M. D. (2009). Introduction to special issue: Progress, perspectives, and best practices in capital sentencing evaluations. *Journal of Psychiatry and Law, 37* (2-3)*,* 125-130*.*

16. Macvaugh, G., & Cunningham, M. D. (2009). *Atkins v. Virginia*: Implications and recommendations for forensic practice. *Journal of Psychiatry and Law, 37* (2-3)*,* 131-187.

17. Sorensen, J. R., & Cunningham, M. D. (2009). Once a killer always a killer? Prison misconduct of former death-sentenced inmates in Arizona. *Journal of Psychiatry and Law*, *37* (2-3)*,* 237-267.

18. Kuanliang, A., Sorensen, J. R., & Cunningham, M. D. (2008). Juvenile offenders in an adult prison system: A comparative examination of rates and correlates of misconduct. *Criminal Justice and Behavior, 35* (9), 1186-1201. doi: 10.1177/0093854808322744

19. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2008). Assertions of "future dangerousness" at federal capital sentencing: Rates and correlates of subsequent prison misconduct and violence. *Law and Human Behavior*, *32* (1)*,* 46-63. doi: 10.1007/s10979-007-9107-7

20. Cunningham, M. D., & Sorensen, J. R. (2007). Capital offenders in Texas prisons: Rates, correlates, and an actuarial analysis of violent misconduct. *Law and Human Behavior, 31*, 553-571. doi: 10.1007/s10979-006-9079-z

21. Cunningham, M. D., & Sorensen, J. R. (2007). Predictive factors for violent misconduct in close custody. *Prison Journal, 87* (2), 241-253. doi: 10.1177/0032885507303752

22. Sorensen, J. R., & Cunningham, M. D. (2007). Operationalizing risk: The influence of measurement choice on the prevalence and correlates of violence among incarcerated murderers. *Journal of Criminal Justice, 35*, 546-555. doi: 10.1016/j.jcrimjus.2007.07. 007

CUN000005

23. Cunningham, M. D. (2006). Dangerousness and death: A nexus in search of science and reason. *American Psychologist, 61* (8), 828-839. doi: 10.1037/0003-066X.61.8.827

24. Cunningham, M. D. (2006). Informed consent in capital sentencing evaluations: Targets and content. *Professional Psychology: Research and Practice, 37* (5), 452-459. doi: 10.1037/0735-7028.37.5.452

25. Cunningham, M. (2006). Special issues in capital sentencing. In Conroy, M. A., Lyons, P. M., Jr., & Kwartner, P. P. (Eds.). *Forensic mental health services in Texas* [special issue, electronic version]. *Applied Psychology in Criminal Justice, 2* (3), 205-236.

26. Cunningham, M. D., & Sorensen, J. R. (2006). Actuarial models for assessment of prison violence risk: Revisions and extensions of the Risk Assessment Scale for Prison (RASP). *Assessment, 13* (3), 253-265. doi: 10.1177/1073191106287791

27. Cunningham, M. D., & Sorensen, J. R. (2006). Nothing to lose? A comparative examination of prison misconduct rates among life-without-parole and other long-term high security inmates. *Criminal Justice and Behavior, 33* (6), 683-705. doi: 10.1177/0093854806288273

28. Cunningham, M. D., Reidy, T. J., & Sorensen, J. R. (2005). Is death row obsolete? A decade of mainstreaming death-sentenced inmates in Missouri. *Behavioral Sciences & the Law, 23,* 307-320. doi: 10.1002/bsl.608

29. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2005). An actuarial model for assessment of prison violence risk among maximum security inmates. *Assessment, 12* (1), 40-49. doi: 10.1177/1073191104272815

30. Cunningham, M. D., Sorensen, J. R., & Reidy, T. J. (2004). Revisiting future dangerousness revisited: Response to DeLisi and Munoz. *Criminal Justice Policy Review, 15* (3), 365-376. doi: 10.1177/0887403404266462

31. Shuman, D. W., Cunningham, M. D., Connell, M. A., & Reid, W. H. (2003). Interstate forensic psychology consultations: A call for reform and proposal for a model rule. *Professional Psychology: Research and Practice, 34* (3), 233-239. doi: 10.1037/0735-7028.34.3.233

32. Cunningham, M. D., & Reidy, T .J. (2002). Violence risk assessment at federal capital sentencing: Individualization, generalization, relevance, and scientific standards. *Criminal Justice and Behavior, 29*(5), 512-537. doi: 10.1177/009385402236731

33. Cunningham, M. D., & Vigen, M. P. (2002). Death row inmate characteristics, adjustment, and confinement: A critical review of the literature. *Behavioral Sciences & the Law, 20* (1-2), 191-210. doi: 10.1002/bsl.473

34. Cunningham, M. D., & Reidy, T. J. (2001). A matter of life or death: Special considerations and heightened practice standards in capital sentencing evaluations. *Behavioral Sciences & the Law, 19* (4), 473-490. doi: 10.1002/bsl.460

Case 3:09-cv-03064-MWB-LTS   Document 284-17   Filed 06/23/11   Page 6 of 100

CUN000006

35. Reidy, T. J., Cunningham, M. D., & Sorensen, J. (2001). From death to life: Prison behavior of former death row inmates in Indiana. *Criminal Justice and Behavior, 28* (1)*,* 62-82.

36. Cunningham, M. D., & Reidy, T. J. (1999). Don't confuse me with the facts: Common errors in violence risk assessment at capital sentencing. *Criminal Justice and Behavior, 26* (1), 20-43.

37. Cunningham, M. D., & Vigen, M. P. (1999). Without appointed counsel in capital postconviction proceedings: The self-representation competency of Mississippi death row inmates. *Criminal Justice and Behavior, 26* (3), 293-321.

38. Cunningham, M. D., & Reidy, T. J. (1998). Antisocial personality disorder and psychopathy: Diagnostic dilemmas in classifying patterns of antisocial behavior in sentencing evaluations. *Behavioral Sciences & the Law, 16* (3)*,* 333-351.

39. Cunningham, M. D., & Reidy, T. J. (1998). Integrating base rate data in violence risk assessments at capital sentencing. *Behavioral Sciences & the Law, 16* (1), 71-95.

40. Cunningham, M. D., & Murphy, P. J. (1981). The effects of bilateral EEG biofeedback on verbal, visual-spatial, and creative skills in learning disabled male adolescents. *Journal of Learning Disabilities, 14* (4), 204-208.

*Articles in edited legal journals:*

41. Lyon, A. D., & Cunningham, M. D. (2006) Reason not the need: Does the lack of compelling state interest in maintaining a separate death row make it unlawful? *American Journal of Criminal Law, 33* (1), 1-30.

*Case reports, teaching points, profiles, and other commentary:*

42. Cunningham, M. D. (2011). [Professional profile]. In C. R. Bartol & A. M. Bartol (Eds.), *Introduction to Forensic Psychology: Research and Application, 3rd Edition* (177-179). Thousand Oaks, CA: Sage.

43. Cunningham, M. D. (2010). [Professional profile]. In R. M. Regoli & J. D. Hewitt, *Exploring criminal justice: The essentials*. Boston: Jones & Bartlett Publishers.

44. Cunningham, M. D. (2007) Capital violence risk assessment [case report]. In Mary A. Conroy & D. Murrie, *Forensic assessment of violence risk: A guide for risk assessment and risk management* (287-290). New York: John Wiley & Sons.

45. Cunningham, M. D. (2002). Capital sentencing [case report]. In K. Heilbrun, G. Marczyk, & D. DeMatteo, *Forensic mental health assessment: A casebook* (152-171). New York: Oxford University Press.

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 7 of 100

CUN000007

46. Cunningham, M. D. (2002). Competence to be executed [case report]. In K. Heilbrun, G. Marczyk, & D. DeMatteo, *Forensic mental health assessment: A casebook* (96-114). New York: Oxford University Press.

47. Cunningham, M. D. (2002). How do you evaluate the accuracy of different sources of third-party information? [teaching point]. In K. Heilbrun, G. Marczyk, & D. DeMatteo, *Forensic mental health assessment: A casebook* (171-173). New York: Oxford University Press.

48. Cunningham, M. D. (2002). Why and how do you attribute information to sources in a forensic mental health assessment? [teaching point]. In K. Heilbrun, G. Marczyk, & D. DeMatteo, *Forensic mental health assessment: A casebook* (114-115). New York: Oxford University Press.

49. Cunningham, M. D. (1995-2005). Your move [weekly column]. *Abilene Reporter-News*.

*Articles in professional periodicals:*

50. Cunningham, M. D. (2001). Bias in capital sentencing evaluations [invited opinion column]. *American Psychology and Law Society News, 21, 2,* 8-9.

51. Cunningham, M. D., & Reidy, T. J. (1998). Antisocial personality disorder vs. psychopathy as diagnostic tools. *Prosecutor's Brief: California District Attorneys Association, 20,* 9-11.

52. Marcy, M. R., Hopkins, J. B., & Cunningham, M. D. (1978). A behavioral treatment of nocturnal enuresis, *U.S. Navy Medicine, 69*, 26-28.

*Manuscripts in preparation:*

1. Cunningham, M. D. (*invited manuscript under review*). Evaluations at capital sentencing. In R. Roesch and P. Zapf (Eds.) *Forensic assessments in criminal and civil law: A handbook for lawyers.* New York: Oxford University Press.

2. Cunningham, M. D. (*invited manuscript under review*). Death-sentenced inmates. In L. Gideon (Ed.) *Special needs offenders in correctional institutions.* Thousand Oaks, CA: Sage Publications.

3. Cunningham, M. D., & Goldstein, A. M. (*invited manuscript under review*). Sentencing determinations in death penalty cases. In R. Otto (Ed.), *Forensic psychology* (vol. 11 of 12). I. Weiner (Ed.), *Handbook of psychology, 2nd edition*. New York: John Wiley & Sons.

4. Reidy, T. J., Sorensen, J. R., & Cunningham, M. D. (*manuscript in preparation*). Community violence to prison assault: A test of the behavior continuity hypothesis.

5. Reidy, T. J., Sorensen, J. R., & Cunningham, M. D. (*manuscript in preparation*). Probability of acts of future violence: A test of jury accuracy in Oregon.

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 8 of 100

CUN000008

6. Cunningham, M. D. (*invited manuscript in preparation*). Untitled editorial. *Criminal Justice and Behavior.*

7. Salekin, K., Derning, T., Macvaugh, G., & Cunningham, M. D. (*invited manuscript in preparation*). Relevance of other assessments. In *AAIDD Guide to Death Penalty Cases.*

8. Tassé, M., Macvaugh, G., & Cunningham, M. D. (*invited manuscript in preparation*). Professional practice. In *AAIDD Guide to Death Penalty Cases.*

9. Mintz, C., Cunningham, M. D., & Cunningham, M. B. (*manuscript in preparation*). Justice at 24 frames second: Victim impact and mitigation video in capital trials.


## INVITED SCHOLARLY SYMPOSIA / ADDRESSES

1. Sources of vicarious traumatization in death penalty cases. In the symposium: "The cost of being an expert: Vicarious traumatization and forensic psychologists," with William E. Foote, Ph.D., Alan M. Goldstein, Ph.D., Dawn Hughes, Ph.D., and Julie Brovko, American Psychology-Law Society Annual Conference. Miami, Florida, March 2011.

2. Have credentials will travel: Questions and answers regarding interjurisdictional practice. Symposium with Solomon M. Fulero, Ph.D., Alex M. Siegel, Ph.D., Joseph Rollo, Ph.D., and Joel A. Dvoskin, Ph.D., American Psychology-Law Society Annual Conference. San Antonio, Texas, March 2009.

3. How research can inform death penalty determinations. Invited address. Sam Houston State University: Spring Colloquium. Huntsville, Texas, February 2009.

4. Informed consent: Essential consultations with attorneys in death penalty cases. Invited seminar for doctoral psychology students. Sam Houston State University. Huntsville, Texas, February 2009.

5. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Francisco, California, May 2008.

6. Death penalty on trial. Symposium with Joel Dvoskin, Ph.D., Solomon Fulero, Ph.D., & Christopher Slobogin, J.D., Ph.D., American Psychological Association 115th Annual Convention. San Francisco, California, August 2007.

7. Implications of developmental research for juvenile adjudications. Invited address. Alabama Council of Community Mental Health Boards, Southern Poverty Law Center: 33rd annual conference. Birmingham, Alabama, May 2007.

8. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Diego, California, January 2007.

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 9 of 100

CUN000009

9. Dangerousness and death: A nexus in search of science and reason. Invited award address, American Psychological Association 114th Annual Convention. New Orleans, Louisiana, August 2006.

10. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. La Jolla, California, March 2005.

11. Informed consent in forensic evaluations. Symposium with Mary Connell, Ph.D., William Foote, Ph.D., & Daniel Shuman, J.D., American Psychology-Law Society Annual Conference. LaJolla, California, March 2005.

12. Psychological evaluations in death penalty litigation. Presenter. Texas Psychological Association, Pre-convention workshop. Dallas, Texas, November 2003.

13. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Cincinnati, Ohio, September 2003.

14. Competency to be executed. Symposium with Stanley Brodsky, Ph.D. & Patricia Zapf, Ph.D., American Psychology-Law Society Annual Conference. Austin, Texas, March 2002.

15. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. San Diego, California, February 2002.

16. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Monterey, California, January 2000.

17. Psychological expertise and criminal justice. Panel member. American Psychological Association / American Bar Association Conference. Washington, DC, October 1999.

18. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Austin, Texas, February 1999.

19. The role of the forensic psychologist in death penalty litigation. Presenter. American Academy of Forensic Psychology: Workshop Series. Milwaukee, Wisconsin, March 1998.


**<u>AMICUS CURIAE</u>**

*Consultation and assistance in preparation of:*

Brief of the *Amici Curiae* Texas Psychological Association and Texas Appleseed in Support of Appellant, *Noah Espada vs. The State of Texas*, in the Court of Criminal Appeals of Texas at Austin (2007).

Case 3:09-cv-03064-MWB-LTS     Document 284-17     Filed 06/23/11     Page 10 of 100
CUN000010

Brief of *Amicus Curiae* American Psychological Association in Support of Defendant-Appellant, *U.S. v. Sherman Lamont Fields* in the United States Court of Appeals for the Fifth Circuit (2005).


## TESTIMONY BEFORE COMMISSIONS AND LEGISLATIVE COMMITTEES

Texas State Senate, Criminal Justice Committee, 79th Legislative Session, Austin, 2005

Texas State Senate, Criminal Justice Committee, 78th Legislative Session, Austin, 2003

Illinois Governor's Commission on Capital Sentencing, Chicago, 2002

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 11 of 100

CUN000011

AN | Angela Johnson

| | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| /DEF. NUMBER | 01-CR-3046-MWB | | |

| E/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| V Angela Johnson | [✓] Adult Defendant ☐ Appellant ☐ Other: ☐ Habeas Petitioner ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capit [✓] D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses $ _____ OR .
☐ Approval of services already obtained to be paid by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _Patrick J Berrig_  Date _11/2/05_

[✓] Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
_Patrick J. Berrigan ; 2500 Holmes, Kansas City, MO 64108_
Telephone Number: _816-974-3350_

| 12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 13. TYPE OF SERVICE PROVIDER |
|---|---|
| Please see attached itemization. | 01 ☐ Investigator   15 ☐ Other Medical<br>02 ☐ Interpreter/Translator   16 ☐ Voice/Audio Analyst<br>03 [✓] Psychologist   17 ☐ Hair/Fiber Expert<br>04 ☐ Psychiatrist   18 ☐ Computer (Hardware/Software/Systems)<br>05 ☐ Polygraph<br>06 ☐ Documents Examiner   19 ☐ Paralegal Services<br>07 ☐ Fingerprint Analyst   20 ☐ Legal Analyst/Consultant<br>08 ☐ Accountant   21 ☐ Jury Consultant<br>09 ☐ CALR (Westlaw/Lexis, etc.)   22 ☐ Mitigation Specialist<br>10 ☐ Chemist/Toxicologist   23 ☐ Duplication Services (See Instructions)<br>11 ☐ Ballistics   24 ☐ Other (Specify)<br>13 ☐ Weapons/Firearms/Explosive Expert<br>14 ☐ Pathologist/Medical Examiner |

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connectic with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING |
|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution   o. ☐ Other |
| b. [✓] Trial | f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | h. ☐ Evidentiary Hearing | | m. ☐ Appeal of Denial of Stay |
| c. ☐ Sentencing | | i. ☐ Dispositive Motions | | n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay |
| d. ☐ Other Post Trial | | j. ☐ Appeal | | |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|
| **16.** SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses _Printing @ trial_ | $380.92 | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $380.92 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

TIN: _75-1899855_
Telephone Number: _972-459-0658_

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _6/8/05_ TO _6/8/05_

CLAIM STATUS [✓] Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee _____ Date _7-18-05_

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J Berrig_ Date _11/2/05_

## APPROVED FOR PAYMENT – COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

**23.** ☐ Enter the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

_____
Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

_____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code

Case 3:09-cv-03064-MWB-LTS   Document 284-17   CUN000012   Filed 06/23/11   Page 12 of 100

Cunningham, Ph.D., ABPP

417 Oak Bend, Suite 260
Lewisville, TX  75067

972 459 0658

Invoice submitted to:
Patrick Berrigan, Esq.
Watson & Dameron, LLP
2500 Holmes
Kansas City MO 64108

July 19, 2005

In Reference To: United States v. Angela Jane Johnson, Case No. 01-CR-3046-MWB in the U.S. District Court, Northern District of Iowa

Invoice #10136
Additional Charges :

| | Amount |
|---|---|
| 7/19/2005 Printing and foam board charges on 6/08/05 in Sioux City, Iowa. | 380.92 |
| **Total costs** | **$380.92** |
| **Previous balance** | **$35,439.84** |
| Balance due | $35,820.76 |

CUN0000013

| DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 01-CR-3046-MWB | | |

| IN MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| Angela Johnson | ☒ Adult Defendant ☐ Appellant ☐ Other:<br>☐ Habeas Petitioner ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)<br>☒ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 848 E.F -- Intentionally Kills or Counsels Commands w/Violation of 18:841(B)(1)(A

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $_____ OR

☒ Approval of services already obtained to be paid by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _Patrick J. Berrigan_     Date 6/25/05

☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Patrick J. Berrigan, 2500 Holmes, Kansas City, MO 64108

Telephone Number: 816-474-3350

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

Please see attached itemization.

**13. TYPE OF SERVICE PROVIDER**

| | | | |
|---|---|---|---|
| 01 ☐ Investigator | | 15 ☐ | Other Medical |
| 02 ☐ Interpreter/Translator | | 16 ☐ | Voice/Audio Analyst |
| 03 ☒ Psychologist | | 17 ☐ | Hair/Fiber Expert |
| 04 ☐ Psychiatrist | | 18 ☐ | Computer (Hardware/Software/Systems) |
| 05 ☐ Polygraph | | 19 ☐ | Paralegal Services |
| 06 ☐ Documents Examiner | | 20 ☐ | Legal Analyst/Consultant |
| 07 ☐ Fingerprint Analyst | | 21 ☐ | Jury Consultant |
| 08 ☐ Accountant | | 22 ☐ | Mitigation Specialist |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ | Duplication Services (See Instructions) |
| 10 ☐ Chemist/Toxicologist | | 24 ☐ | Other (Specify) |
| 11 ☐ Ballistics | | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | | |
| 14 ☐ Pathologist/Medical Examiner | | | |

**14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____ Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.

☐ YES   ☐ NO

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION

a. ☐ Pre-Trial
b. ☒ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS

g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING

l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay

o. ☐ Other

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|
| **16. SERVICES AND EXPENSES** (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. Compensation | $17,764.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 267.58 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $18,031.58 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

TIN: 75-1899855

Telephone Number: 972-459-0658

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 6/1/05 TO 6/14/05

CLAIM STATUS ☒ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date 6-16-05

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _Patrick J. Berrigan_   Date 6/25/05

## APPROVED FOR PAYMENT – COURT'S USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Enter the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR

☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**

A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $_____

B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Presiding Judicial Officer or Designee _____ Date _____ Judge Code _____

CUN000014

**Cunningham, Ph.D., ABPP**

417 Oak Bend, Suite 260
Lewisville, TX 75067

972 459 0658

Invoice submitted to:
Patrick Berrigan, Esq.
Watson & Dameron, LLP
2500 Holmes
Kansas City MO 64108

June 14, 2005

In Reference To: United States v. Angela Jane Johnson, Case No. 01-CR-3046-MWB in the U.S. District Court, Northern District of Iowa

Invoice #10112

Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| 6/1/2005 | Review of interviews and records, preparation of demonstrative exhibits. (2 hours, 45 minutes) | 240.00/hr | 660.00 |
|  | Telephone conference with Pat Berrigan. (25 minutes) | 240.00/hr | 100.00 |
| 6/2/2005 | Review of records, preparation of demonstrative exhibits. (1 hour) | 240.00/hr | 240.00 |
| 6/3/2005 | Preparation of demonstrative exhibits, telephone conference with Mary Goody, telephone conference with Dean Stowers. (1 hour, 45 minutes) | 240.00/hr | 420.00 |
| 6/4/2005 | Review of records. (1 hour, 35 minutes) | 240.00/hr | 380.00 |
|  | Review of records. (4 hours, 10 minutes) | 240.00/hr | 1,000.00 |
| 6/5/2005 | Review of records, review of interviews, review of research, preparation of demonstrative exhibits and testimony. (2 hours, 10 minutes) | 240.00/hr | 520.00 |
|  | Review of records, review of interviews and research, preparation of demonstrative exhibits and testimony. (3 hours, 15 minutes) | 240.00/hr | 780.00 |
|  | Telephone interview of Wendy Jacobson. (1 hour, 10 minutes) | 240.00/hr | 280.00 |
|  | Preparation of demonstrative exhibits. (1 hour, 20 minutes) | 240.00/hr | 320.00 |
| 6/6/2005 | Review of records and interviews, preparation of testimony and demonstrative exhibits. (1 hour, 25 minutes) | 240.00/hr | 340.00 |
|  | Telephone interview of Jamie Hays (sister). (51 minutes) | 240.00/hr | 204.00 |
|  | Brief telephone conference with Wendy Jacobson (sister), brief telephone conference with Mary Goody, preparation of exhibits. (29 minutes) | 240.00/hr | 116.00 |
|  | Telephone interview of Rita Roach (maternal half-aunt). (32 minutes) | 240.00/hr | 128.00 |

CUN000015

| | | Rate | Amount |
|---|---|---|---|
| 6/6/2005 | Review of records and interviews, preparation of demonstrative exhibits. (1 hour, 53 minutes) | 240.00/hr | 452.00 |
| | Review of records and interviews, preparation of demonstrative exhibits. (2 hours, 10 minutes) | 240.00/hr | 520.00 |
| | Review of records and interviews, preparation of demonstrative exhibits. (2 hours, 13 minutes) | 240.00/hr | 532.00 |
| | Review of records and interviews, preparation of demonstrative exhibits. (1 hour, 25 minutes) | 240.00/hr | 340.00 |
| | Telephone conference with Mary Goody, review of records, review of research, preparation of demonstrative exhibits. (2 hours, 35 minutes) | 240.00/hr | 620.00 |
| 6/7/2005 | Telephone interview of Holly Dirksen (sister). (19 minutes) | 240.00/hr | 76.00 |
| | Telephone interview of Holly Dirksen (maternal half-sister). (26 minutes) | 240.00/hr | 104.00 |
| | Review of interviews. (14 minutes) | 240.00/hr | 56.00 |
| | Review of interviews. (22 minutes) | 240.00/hr | 88.00 |
| | Review of interviews, review of records, preparation of demonstrative exhibits. (3 hours, 45 minutes) | 240.00/hr | 900.00 |
| | Preparation of demonstrative exhibits, telephone conference with Mary Goody. (2 hours, 15 minutes) | 240.00/hr | 540.00 |
| | Preparation of mitigation demonstrative exhibits, preparation of testimony, review of risk assessment research regarding female inmates, telephone conferences with Dean Stowers, email files to Kinkos for printing and attorney pick-up. (5 hours, 15 minutes) | 240.00/hr | 1,260.00 |
| 6/8/2005 | Prepare files and materials for travel, to airport, checkin, review of records and interviews in route, revision of exhibits in route, land Minneapolis-St. Paul, transit terminal, telephone interview of Wayne Hopp paternal half-uncle), telephone interview of Winnie Jergenson (paternal aunt), board flight for Sioux City, revise and supplement demonstrative exhibits in route. (8 hours, 35 minutes) | 240.00/hr | 2,060.00 |
| | Land Sioux City, to hotel, telephone conference with Mary Goody, review of interviews, telephone interview of Pearl Jean Johnson (mother), review of interviews. (2 hours, 30 minutes) | 240.00/hr | 600.00 |
| | Extended conference with Dean Stowers, Pat Berrigan, and Mary Goody in preparation of testimony. (3 hours, 55 minutes) | 240.00/hr | 940.00 |
| | Revise exhibits, print exhibits. (1 hour, 30 minutes) | 240.00/hr | 360.00 |

CUN000016

| | Rate | Amount |
|---|---|---|
| 6/9/2005   Conclude revising and printing exhibits, review of reports of defense and government experts, review of government exhibits regarding jail misconduct. (1 hour, 50 minutes) | 240.00/hr | 440.00 |
| Redact exhibits for courtroom display, conference with Dean Stowers, to federal court, connect to court digital projection system, standby to testify, testify on direct, standby for cross-examination at noon break, resume the witness stand, exit courtroom, standby to retrieve computer from courtroom and for conference with defense counsel, retrieve laptop and disengage from court projection system, brief conference with Pat Berrigan and Dean Stowers, return to hotel. (8 hours, 50 minutes) | 240.00/hr | 2,120.00 |
| 6/10/2005   Prepare to travel, to airport, checkin, board. (57 minutes) | 240.00/hr | 228.00 |
| Land Minneapolis-St. Paul, transit terminal. (10 minutes) | 240.00/hr | 40.00 |

**For professional services rendered**      **$17,764.00**

Additional Charges :

| | Amount |
|---|---|
| 6/12/2005   Hotel for travel on June 8-10, 2005 to Sioux City, Iowa. (Receipt attached) | 179.08 |
| Meals during travel on June 8-10, 2005 to Sioux City, Iowa. (Receipt attached) | 88.50 |

**Total costs**      **$267.58**

**Total amount of this bill**      **$18,031.58**

**Previous balance**      **$17,408.26**

Balance due      $35,439.84

CUN0000017

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $_____ OR
☒ Approval of services already obtained to be paid by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney _____   Date _6-13-05_

☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)* AND MAILING ADDRESS _Holmes, Kansas City, MD 64108_
_Patrick J. Berrigan, Watson + Dameron, LLP, 2500_
Telephone Number: _816 - 474-3350_

| 12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)* | 13. TYPE OF SERVICE PROVIDER | |
|---|---|---|
| Dr. Cunningham's services + expenses. Please see attached itemization. | 01 ☐ Investigator | 15 ☐ Other Medical |
| | 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| | 03 ☒ Psychologist | 17 ☐ Hair/Fiber Expert |
| | 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware/Software/Systems) |
| | 05 ☐ Polygraph | 19 ☐ Paralegal Services |
| | 06 ☐ Documents Examiner | 20 ☐ Legal Analyst/Consultant |
| **14. COURT ORDER** Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted. | 07 ☐ Fingerprint Analyst | 21 ☐ Jury Consultant |
| | 08 ☐ Accountant | 22 ☐ Mitigation Specialist |
| _____ Signature of Presiding Judicial Officer or By Order of the Court | 09 ☐ CALR (Westlaw/Lexis, etc.) | 23 ☐ Duplication Services *(See Instructions)* |
| | 10 ☐ Chemist/Toxicologist | 24 ☐ Other *(Specify)* |
| Date of Order _____   Nunc Pro Tunc Date _____ Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO | 11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner | |

**15. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connecti with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | HABEAS CORPUS | | OTHER PROCEEDING |
|---|---|---|---|
| a.☐ Pre-Trial   e.☐ Appeal | g.☐ Habeas Petition | k.☐ Petition for the | l.☐ Stay of Execution   o.☐ Other |
| b.☒ Trial   f.☐ Petition for the | h.☐ Evidentiary Hearing | U.S. Supreme Court | m.☐ Appeal of Denial of Stay |
| c.☐ Sentencing   U.S. Supreme Court | i.☐ Dispositive Motions | Writ of Certiorari | n.☐ Petition for Writ of Certiorari to the U.S. |
| d.☐ Other Post Trial   Writ of Certiorari | j.☐ Appeal | | Supreme Court Regarding Denial of Stay |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | |
|---|---|---|---|
| **16.** SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. Compensation | 15,668.00 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | 652.26 | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $16,320.26 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

TIN: _75-1899855_
Telephone Number: _972-459-0658_

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _5/1/05_ TO _5/31/05_

CLAIM STATUS   ☐ Final Payment   ☒ Interim Payment Number _2_   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Signature of Claimant/Payee _____   Date _6-1-05_

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _6-13-05_

| APPROVED FOR PAYMENT -- COURT'S USE ONLY | | | |
|---|---|---|---|
| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |

23. ☐ Enter the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

| Signature of Presiding Judicial Officer | Date | Judge/Mag. Judge Code |
|---|---|---|
| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES   26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |

Invoice submitted to:
Patrick Berrigan, Esq.
Watson & Dameron, LLP
2500 Holmes
Kansas City MO 64108

June 01, 2005

In Reference To:United States v. Angela Jane Johnson, Case No.
01-CR-3046-MWB in the U.S. District Court, Northern District of
Iowa

Invoice #10105

Professional Services

|  | | Rate | Amount |
|---|---|---|---|
| 5/3/2005 | Review of investigation summaries. (15 minutes) | 240.00/hr | 60.00 |
| | Review of investigation reports. (45 minutes) | 240.00/hr | 180.00 |
| 5/4/2005 | Review of investigation summaries and records. (20 minutes) | 240.00/hr | 80.00 |
| 5/5/2005 | Prepare files and materials for travel, to airport, checkin and board. (2 hours, 10 minutes) | 240.00/hr | 520.00 |
| | Review of investigation summaries and records. (2 hours, 35 minutes) | 240.00/hr | 620.00 |
| | Land Minneapolis, drive to Mason City for family interviews and conference with defense team. (3 hours, 5 minutes) | 240.00/hr | 740.00 |
| | Review of records and investigation reports. (2 hours, 5 minutes) | 240.00/hr | 500.00 |
| 5/6/2005 | Conference with Pat Berrigan and Dean Stowers (defense co-counsel). (1 hour, 10 minutes) | 240.00/hr | 280.00 |
| | Extended interview with Pearl Jean Johnson. (2 hours, 55 minutes) | 240.00/hr | 700.00 |
| | Interview of Holly Dirksen (maternal half-sister). (1 hour) | 240.00/hr | 240.00 |
| | Interview of James Johnson (father). (1 hour, 25 minutes) | 240.00/hr | 340.00 |
| | Interview of Pamela 'Cookie' Johnson (stepmother), brief standby for additional interviews. (1 hour, 6 minutes) | 240.00/hr | 264.00 |
| | Brief conference with defense co-counsel, telephone interview of James Johnson, Jr. (brother). (1 hour, 24 minutes) | 240.00/hr | 336.00 |
| | Brief standby, interview of Carol Mann (family friend). (1 hour, 7 minutes) | 240.00/hr | 268.00 |

CUN000019

**Patrick Berrigan, Esq.**

| | Rate | Amount |
|---|---|---|
| | 240.00/hr | 184.00 |
| 5/6/2005 Brief standby and conference with defense co-counsel, telephone interview of Mikel Olsen (former babysitter and friend). (46 minutes) | | |
| Attempted telephone interviews, extended conference with defense co-counsel/investigator and Dr. Bill Logan. (2 hours, 8 minutes) | 240.00/hr | 512.00 |
| Interview of Dave Nieman (childhood friend), conference with defense co-counsel and Dr. Logan. (1 hour, 17 minutes) | 240.00/hr | 308.00 |
| 5/7/2005 Preparation of correspondence, conference with Mary Goody, interview of Kim Swalve (former family housemate). (1 hour, 40 minutes) | 240.00/hr | 400.00 |
| Conference with defense co-counsel and Dr. Logan, telephone interview of Wendy Jacobson (sister), telephone interview of Mark Jacobson (brother-in-law). (2 hours, 20 minutes) | 240.00/hr | 560.00 |
| Conference with defense co-counsel, interview of Marvea Honken (daughter). (57 minutes) | 240.00/hr | 228.00 |
| Brief conference with defense counsel, interview of Jamie Hays (sister). (1 hour, 18 minutes) | 240.00/hr | 312.00 |
| Conference with defense counsel during standby for additional family interviews, interview of Allyssa Johnson (daughter). (1 hour, 25 minutes) | 240.00/hr | 340.00 |
| Brief conference with defense counsel during standby for additional interviews, interview of Arlyn 'AJ' Johnson (ex-husband). (58 minutes) | 240.00/hr | 232.00 |
| Brief standby, interview of Todd Graham (former boyfriend). (1 hour, 11 minutes) | 240.00/hr | 284.00 |
| Conference with defense co-counsel, prepare to travel. (20 minutes) | 240.00/hr | 80.00 |
| Attempt to review audio recording of interview of Government-retained psychologists (volume too low even with headphones) in route to Sioux City, drive to Sioux City. (3 hours, 5 minutes) | 240.00/hr | 740.00 |
| 5/8/2005 Prepare to travel, to Woodbury County Jail, checkin. (30 minutes) | 240.00/hr | 120.00 |
| Extended interview of Angela Johnson, exit jail. (5 hours, 35 minutes) | 240.00/hr | 1,340.00 |
| Telephone call to Pat Berrigan, to airport, checkin, telephone conference with Pat Berrigan, board flight. (1 hour, 35 minutes) | 240.00/hr | 380.00 |
| 5/10/2005 Review of interview notes. (40 minutes) | 240.00/hr | 160.00 |
| Review of family and other third party interviews. (25 minutes) | 240.00/hr | 100.00 |
| 5/13/2005 Review of interviews, telephone conference with defense team and other experts. (1 hour, 25 minutes) | 240.00/hr | 340.00 |

CUN000020

Patrick Berrigan, Esq.

| | | Rate | Amount |
|---|---|---|---|
| 5/17/2005 | Review of interviews and records, preparation of risk assessment demonstrative exhibits.  (2 hours) | 240.00/hr | 480.00 |
| 5/27/2005 | Preparation of demonstrative exhibits and direct examination.  (1 hour, 40 minutes) | 240.00/hr | 400.00 |
| | Review of Drs. Martell/Dvoskin interview transcript, telephone conference with Pat Berrigan, continued review of transcript.  (2 hours, 35 minutes) | 240.00/hr | 620.00 |
| 5/28/2005 | Review of interview transcript of Drs. Martell and Dvoskin, review of interviews.  (2 hours, 45 minutes) | 240.00/hr | 660.00 |
| | Review of interviews, preparation of report.  (3 hours, 10 minutes) | 240.00/hr | 760.00 |
| | Review of report of Dr. Dvoskin.  (30 minutes) | 240.00/hr | 120.00 |
| 5/29/2005 | Review of records and interviews, preparation of report.  (1 hour, 50 minutes) | 240.00/hr | 440.00 |
| 5/31/2005 | Review of records, preparation of report, telephone conference with Mary Goody, telephone conference with Pat Berrigan, finalize and send report.  (1 hour, 35 minutes) | 240.00/hr | 380.00 |
| | Telephone conference with Pat Berrigan.  (15 minutes) | 240.00/hr | 60.00 |

**For professional services rendered**       **$15,668.00**

Additional Charges :

| | | | |
|---|---|---|---|
| 5/13/2005 | Meals for travel on May 5-8, 2005 to Sioux City and Mason City, Iowa.  (Receipts attached) | | 45.34 |
| | Fuel for travel on May 5-8, 2005 to Sioux City and Mason City, Iowa.  (Receipts attached) | | 27.11 |
| | Hotel for travel on May 5-8, 2005 to Sioux City and Mason City, Iowa.  (Receipts attached) | | 202.40 |
| | Car rental for travel on May 5-8, 2005 to Sioux City and Mason City, Iowa.  (Receipts attached) | | 377.41 |

**Total costs**       **$652.26**

**Total amount of this bill**       **$16,320.26**

**Previous balance**       **$1,088.00**

Balance due       $17,408.26

CUN000021

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                                                    **Licensed in Kansas only

March 27, 2001

Dr. Mark D. Cunningham, Ph.D.                    *Sent via facsimile to: (915) 670-0566*
500 Chestnut, Suite 1735                              *Original Not Mailed*
Abilene, Texas 79602

Re:     State of Kansas v. Gordon Martis, Jr.
        Wyandotte Co. Case Number 99CR1091

Dear Dr. Cunningham:

It was great getting to visit with you about the Keith Nelson case during our short time together at Life in the Balance in Albuquerque. Since Keith's case has been postponed until October 29th, I am hoping that you still have some time free during the week of May 7th, so that I can persuade you to testify on behalf of Gordon Martis, Jr., a client of mine charged with capital murder in Wyandotte County, Kansas. Wyandotte County is essentially Kansas City, Kansas, so it is much more convenient to fly in and out of as compared to some of the places you have already been to in Kansas. Essentially, I would like to have you testify about Gordon's risk assessment as a peaceful prisoner in the event that Gordon might be sentenced to life imprisonment without possibility of parole for 25 to 40 years.

Although we will have significant evidence in mitigation regarding a family history of alcohol abuse, an abandoning father, and Gordon's own history of drug and alcohol use, including the ingestion of PCP mixed with marijuana and a good bit of Hennessy Irish Whiskey on the night of the shooting, I am not sure if we will need you to discuss mitigation, other than Gordon's very good record in the county jail while incarcerated these past 22 months. Certainly, I am open to a change of position in this regard, depending on what testimony you can offer.

In any case, we are hoping and praying that you are interested and available to assist us in Gordon's case. Funding has been approved by the Kansas Board of Indigents' Defense. The next step would seem to be a telephone conference so that we can discuss Gordon's case and your anticipated testimony.

2500 Holmes, Kansas City, MO 64108 • wdlaw@trial-lawyers.com • Fax (816) 221-1163 • (816) 474-3350

CUN000022

As I would like my mitigation investigator to be available for our conference, would you please give me some prospective dates and times within the next few days where we might spend as much as an hour on the telephone? I will be out-of-town on Monday and Tuesday, April 2nd and 3rd, then again on Friday, April 6th, so if we could meet by telephone before the 2nd, that would be my preference. Otherwise, I am available all of Wednesday, April 4th; April 5th is also a possibility if we can reserve a time in the late afternoon (after 4 p.m.).

Thanks, Dr. Cunningham for considering this request. I am looking forward to working with you and will eagerly look forward to hearing from you or Linda. Thanks again.

Sincerely,

Patrick J. Berrigan
Trial Lawyer

PJB: cg

cc:     Tom Bath  (co-counsel)
        Beverly Marchbank  (mitigation specialist)
        Gordon Martis, Jr.

CUN000023

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 416 | APR. 10 10:57 | 9156700566 | 0° 01' 02" | 003 | OK | N   ECM |

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**
Of Counsel: Ramón Murguía

*Licensed in MO & KS                                          **Licensed in Kansas only

# FAX TRANSMITTAL
## COVER SHEET

TO          :  Dr. Mark Cunningham

FROM        :  Patrick Berrigan

DATE        :  4.10.01

RE          :  State of Kansas v. Gordon Martis, Jr.

FAX NUMBER  :  915.670.0566

TOTAL NUMBER OF PAGES FAXED: __3__ PAGES INCLUDING COVER SHEET


**NOTE:**

CUN000024

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                              **Licensed in Kansas only

---

# FAX   TRANSMITTAL

## COVER SHEET

TO            :   Dr. Mark Cunningham

FROM          :   Patrick Berrigan

DATE          :   4.10.01

RE            :   State of Kansas v. Gordon Martis, Jr.

FAX NUMBER    :   915.670.0566

TOTAL NUMBER OF PAGES FAXED: __3__ PAGES INCLUDING COVER SHEET

**NOTE:**

**IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____          ORIGINAL NOT MAILED __KKV_____

Case 3:09-cv-03964-MWB-LTS   Document 284-7   Filed 06/23/11   Page 25 of 100
2500 Holmes, Kansas City, MO 64108 • WDWN@wdlawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                         **Licensed in Kansas only

April 19, 2001

Dr. Mark D. Cunningham, Ph.D.                    *Sent via facsimile to: (915) 670-0566*
500 Chestnut, Suite 1735                         *Original Express Mailed*
Abilene, Texas 79602

> Re:   ***State of Kansas v. Gordon Martis, Jr.***
> *Wyandotte Co. Case Number 99CR1091*
> *Review of jail records*

Dear Dr. Cunningham:

First, let me express my sincere thanks and appreciation for your willingness to testify in Gordon's case. We well know of your busy schedule and commitments to other cases. I feel confident that your expertise and testimony in Gordon's case will make a significant difference in the jury's perception of the appropriate punishment.

In a slight twist from what you are probably accustomed to, we do not expect the prosecution to present "future dangerousness" testimony in Gordon's case. Instead, your testimony will be offered by the defense to prove a statutory mitigating circumstance, specifically that "a term of imprisonment is sufficient to defend and protect the people's safety from the defendant." K.S.A. 21-4626(9).

Gordon R. Martis, Jr. was born on April 18, 1976. Gordon turned 25 yesterday. Prior to his arrest in the current murder case, Gordon had only two prior convictions. At age 14 or 15, he was charged in juvenile court with possession with intent to sell. He was given probation with drug treatment. In early 1998, he was convicted of DUI, and also received probation, this time with alcohol treatment and AA classes. In 1997, Gordon was charged with assault and battery concerning an incident where he allegedly punched his sister-in-law in the face, causing a black eye. This case was eventually dismissed, but was initially prosecuted by the same prosecutor, Ms. Sherry Lidtke, that is prosecuting Gordon's murder case.

Gordon has been in the Wyandotte County Jail since his arrest on May 25, 1999. In 23 months in the Wyandotte County Jail, Gordon has had seven disciplinary complaints, none of which involved violent behavior. Chronologically, the complaints are listed below:

CON000026

| Date | Offense | Disposition |
|------|---------|-------------|
| 08/19/99 | Failure to get off telephone | 3 days in disciplinary segregation |
| 09/08/99 | Possession of cigarette lighter | 3 days in disciplinary segregation |
| 09/30/99 | In gym at 7 p.m. pod check | 23 hour lockdown |
| 06/10/00 | Disrespecting a deputy | Warning and 8 hour lockdown |
| 07/20/00 | Late in returning to cell | 23 hour lockdown |
| 02/17/01 | Failure to return to cell | 23 hour lockdown |
| 03/05/01 | Possession of contraband, a blue T-shirt | 2 days disciplinary segregation |

To the extent it is relevant, I have also enclosed Gordon's visitation log showing visits from his wife Rashida Johnson, his mother Karla Martis, and other family members. Although all of Gordon's four children have visited with Rashida at one time or another, their visits are not reflected in this log. You should also know that prior to the blue T-shirt incident, a month and a half ago, Gordon had been a trustee in the H6 pod for almost a year. You will see by reviewing the records that Gordon has never been in any inmate fights, has never hit, kicked, or spat upon a guard, or nor has he engaged in other violent behavior while incarcerated. Admittedly, he has had rare verbal skirmishes with guards about locking down or getting off of the telephone, but these have quickly resolved themselves. I expect to have at least two representatives from the Wyandotte County Jail testify about Gordon's good behavior there.

I am very much looking forward to our telephone call tomorrow afternoon at 3 p.m. Hopefully, I can answer any additional questions you may have at the time. We have tentatively reserved your testimony for Tuesday, May 8th, 2001.

Once again, thank you Dr. Cunningham.

Sincerely,

Patrick J. Berrigan
Trial Lawyer

PJB: cg

Enclosures

cc: Tom Bath (co-counsel)
Gordon Martis, Jr.

2500 Holmes, Kansas City, MO 64108 • www.kckclawyers.com • Fax: (816) 221-1636 • (816) 471-3550

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 570 | APR. 19 15:26 | 9156700566 | 0° 01' 11" | 003 | OK | N  ECM |

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS

**Licensed in Kansas only

# FAX TRANSMITTAL

## COVER SHEET

TO            :    Dr. Mark Cunningham

FROM          :    Patrick J. Berrigan

DATE          :    April 19, 2001

RE            :    State of Kansas v. Gordon R. Martis, Jr.

FAX NUMBER    :    (915) 670-0566

TOTAL NUMBER OF PAGES FAXED:    3   PAGES INCLUDING COVER SHEET

### Note:

CUN0000028

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**
Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                    **Licensed in Kansas only

# F A X   T R A N S M I T T A L

## COVER SHEET

TO                    :        Dr. Mark Cunningham

FROM                  :        Patrick J. Berrigan

DATE                  :        April 19, 2001

RE                    :        State of Kansas v. Gordon R. Martis, Jr.

FAX NUMBER            :        (915) 670-0566

TOTAL NUMBER OF PAGES FAXED:    __3__ PAGES INCLUDING COVER SHEET

**Note:**

**IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____XXX_____        ORIGINAL NOT MAILED _____

CUN000029

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason B. Billam**
Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                      **Licensed in Kansas only

April 26, 2001

Dr. Mark D. Cunningham, Ph.D.              *Sent via facsimile to: (915) 670-0566*
500 Chestnut, Suite 1735                    *Original Mailed*
Abilene, Texas 79602

> Re:   *State of Kansas v. Gordon Martis, Jr.*
>       *Wyandotte Co. Case Number 99CR1091*

Dear Dr. Cunningham:

We are attempting to accumulate local crime statistics for the Kansas Penal System. We may not have those numbers until shortly before your testimony. Meanwhile, attached are statistics from Wyandotte County, Kansas, which is the county we are in, together with Johnson County, Kansas and Sedgwick County, Kansas, the two largest counties in the state. The state totals are also enclosed. As you can see, a little long division will be necessary to break the murder per hundred thousand rate down. Even at this, you can see that Wyandotte County, Kansas is the most likely county in Kansas for one to be murdered.

Thank you for sending the materials by FedEx this week. I have not completely had an opportunity to review the proposed direct exam, but I will get to it this weekend and get back to you. We already have a large screen and an Elmo document viewer available for your use. We will have a table for your laptop/projector as well, and any extension cords that are required.

I hope the records we sent you on Gordon's stay at the Wyandotte County Detention Center were helpful. Because we are in trial next week, it might be necessary to call you in the evening. Please let me know if that is acceptable, and which evening might be best to call. Otherwise, we can wait until next weekend and touch base then.

Again, thank you so much for being willing and available to help us, Dr. Cunningham.

Sincerely,

*Patrick J. Berrigan/cg*

Patrick J. Berrigan
Trial Lawyer

PJB: cg

Enclosures

cc:     Tom Bath  (co-counsel)

CUN00031

2500 Holmes, Kansas City,  MO  64108 • wdlaw@kctriallawyers.com  • Fax:(816) 221-1636  •  (816) 474-3350

**CRIME INDEX OFFENSES**
**REPORTING AGENCY**
**1998**

| COUNTY REPORTING AGENCY | ESTIMATED POPULATION* | CRIME INDEX OFFENSES | | VIOLENT CRIMES | | MURDER/ NON-NEGL. MANS. | ATTEMPT. MURDER | RAPE | ROBBERY | AGG. ASSAULT/ BATTERY | PROPERTY CRIMES | | BURGLARY | THEFT | MOTOR VEHICLE THEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL | RATE PER 1,000 | TOTAL | RATE PER 1,000 | | | | | | TOTAL | RATE PER 1,000 | | | |
| **JOHNSON COUNTY** | | | | | | | | | | | | | | | |
| SHERIFF | 21,465 | 585 | 27.3 | 63 | 2.9 | 0 | 0 | 7 | 4 | 52 | 522 | 24.3 | 152 | 334 | 36 |
| FAIRWAY PD | 4,334 | 76 | 17.5 | 3 | 0.7 | 0 | 0 | 0 | 3 | 0 | 73 | 16.8 | 17 | 52 | 4 |
| LEAWOOD PD | 25,709 | 386 | 15.0 | 20 | 0.8 | 0 | 0 | 2 | 2 | 16 | 366 | 14.2 | 97 | 260 | 9 |
| MERRIAM PD | 12,613 | 883 | 70.0 | 69 | 5.5 | 1 | 0 | 12 | 10 | 46 | 814 | 64.5 | 142 | 584 | 88 |
| MISSION PD | 9,890 | 828 | 83.7 | 50 | 5.1 | 0 | 1 | 2 | 13 | 34 | 778 | 78.7 | 149 | 587 | 42 |
| OLATHE PD**** | 81,594 | 3,657 | 44.8 | 268 | 3.3 | 1 | 0 | 23 | 13 | 231 | 3,389 | 41.5 | 681 | 2,417 | 291 |
| OVERLAND PARK PD*** | 135,931 | 6,158 | 45.3 | 313 | 2.3 | 0 | 0 | 40 | 63 | 210 | 5,845 | 43.0 | 775 | 4,728 | 342 |
| PRAIRIE VILLAGE PD | 24,421 | 482 | 19.7 | 11 | 0.5 | 0 | 0 | 1 | 2 | 8 | 471 | 19.3 | 109 | 335 | 27 |
| ROELAND PARK PD | 7,990 | 583 | 73.0 | 31 | 3.9 | 0 | 1 | 2 | 3 | 25 | 552 | 69.1 | 72 | 456 | 24 |
| SHAWNEE PD | 44,607 | 1,531 | 34.3 | 101 | 2.3 | 2 | 0 | 10 | 21 | 68 | 1,430 | 32.1 | 286 | 1,019 | 125 |
| LENEXA PD*** | 38,857 | 386 | 9.9 | 20 | 0.5 | 0 | 0 | 2 | 2 | 16 | 366 | 9.4 | 97 | 260 | 9 |
| WESTWOOD PD | 1,831 | 20 | 10.9 | 1 | 0.5 | 0 | 0 | 0 | 0 | 1 | 19 | 10.4 | 6 | 12 | 1 |
| GARDNER PD | 5,809 | 411 | 70.8 | 39 | 6.7 | 0 | 0 | 3 | 3 | 33 | 372 | 64.0 | 83 | 271 | 18 |
| MISSION HILLS PD | 3,568 | 67 | 18.8 | 7 | 2.0 | 0 | 0 | 0 | 0 | 7 | 60 | 16.8 | 15 | 38 | 7 |
| SPRING HILL PD | 2,556 | 81 | 31.7 | 8 | 3.1 | 0 | 0 | 0 | 0 | 8 | 73 | 28.6 | 22 | 44 | 7 |
| JOHNSON CO PARK PD | N/A | 48 | NA | 4 | NA | 0 | 0 | 0 | 0 | 4 | 44 | NA | 7 | 37 | |
| MISSION WOODS PD | 189 | 2 | 10.6 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 2 | 10.6 | 2 | 0 | |
| WESTWOOD HILLS PD | 390 | 2 | 5.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 2 | 5.1 | 2 | 0 | |
| LAKE QUIVIRA PD | 1,102 | 6 | 5.4 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 6 | 5.4 | 4 | 2 | |
| **COUNTY TOTAL** | **422,856** | **16,192** | **38.3** | **1008** | **2.4** | **4** | **2** | **104** | **139** | **759** | **15,184** | **35.9** | **2,718** | **11,436** | **1,030** |
| **SEDGWICK COUNTY** | | | | | | | | | | | | | | | |
| SHERIFF | 57,272 | 1,602 | 28.0 | 204 | 3.6 | 1 | *** | 17 | 19 | 167 | 1,398 | 24.4 | 417 | 884 | 97 |
| DERBY PD | 17,967 | 544 | 30.3 | 31 | 1.7 | 0 | 0 | 1 | 4 | 26 | 513 | 28.6 | 72 | 421 | 20 |
| HAYSVILLE PD | 8,917 | 371 | 41.6 | 19 | 2.1 | 0 | 0 | 4 | 3 | 12 | 352 | 39.5 | 80 | 258 | 14 |
| WICHITA PD | 329,179 | 23,304 | 70.8 | 2,191 | 6.7 | 32 | *** | 187 | 795 | 1,177 | 21,113 | 64.1 | 4,716 | 14,404 | 1,993 |
| VALLEY CENTER PD | 4,115 | 113 | 27.5 | 2 | 0.5 | 0 | 0 | 1 | 0 | 1 | 111 | 27.0 | 26 | 80 | 5 |
| WICHITA ST UNIV PD** | 14,773 | 189 | 12.8 | 3 | 0.2 | 0 | 0 | 0 | 2 | 1 | 186 | 12.6 | 19 | 163 | 4 |
| COLWICH PD | 1,198 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | |
| EASTBOROUGH PD | 910 | 6 | 6.6 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 6 | 6.6 | 4 | 1 | 1 |
| CHENEY PD | 1,728 | 26 | 15.0 | 2 | 1.2 | 0 | 0 | 0 | 0 | 2 | 24 | 13.9 | 3 | 16 | 5 |

Page 32 of 100    Filed 06/23/11    Document 180-27    Case 3:09-cv-03064-MWB-LTS

| COUNTY REPORTING AGENCY | ESTIMATED POPULATION* | CRIME INDEX OFFENSES | | VIOLENT CRIMES | | MURDER/ NON-NEGL. MANS. | ATTEMPT. MURDER | RAPE | ROBBERY | AGG. ASSAULT/ BATTERY | PROPERTY CRIMES | | BURGLARY | THEFT | MOTOR VEHICLE THEFT |
| | | TOTAL | RATE PER 1,000 | TOTAL | RATE PER 1,000 | | | | | | TOTAL | RATE PER 1,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLEARWATER PD | 2,050 | 5 | 2.4 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 5 | 2.4 | 0 | 5 | 0 |
| GODDARD PD | 1,926 | 66 | 34.3 | 4 | 2.1 | 0 | 0 | 0 | 2 | 2 | 62 | 32.2 | 18 | 40 | 4 |
| GARDEN PLAIN PD | 790 | 20 | 25.3 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 20 | 25.3 | 3 | 17 | 0 |
| MOUNT HOPE PD | 827 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| MAIZE PD | 1,822 | 19 | 10.4 | 1 | 0.5 | 0 | 0 | 0 | 0 | 1 | 18 | 9.9 | 4 | 13 | 1 |
| PARK CITY PD | 5,572 | 178 | 31.9 | 19 | 3.4 | 1 | 0 | 4 | 2 | 12 | 159 | 28.5 | 24 | 128 | 7 |
| BEL AIRE PD | 5,154 | 26 | 5.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 26 | 5.0 | 3 | 23 | 0 |
| ANDALE PD | 632 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| KECHI PD | 853 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| MAIZE USD 266** | NA | 16 | NA | 1 | NA | 0 | 0 | 0 | 0 | 1 | 15 | NA | 2 | 13 | 0 |
| GODDARD USD 265*** | NA | 3 | NA | 0 | NA | 0 | 0 | 0 | 0 | 0 | 3 | NA | 0 | 3 | 0 |
| COUNTY TOTAL | 440,912 | 26,485 | 60.1 | 2,477 | 5.6 | 34 | 0 | 214 | 827 | 1,402 | 24,008 | 54.5 | 5,391 | 16,466 | 2,151 |
| **WYANDOTTE COUNTY** | | | | | | | | | | | | | | | |
| SHERIFF *** | 1,743 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| BONNER SPRINGS PD | 6,527 | 295 | 45.2 | 31 | 4.7 | 0 | 0 | 1 | 2 | 28 | 264 | 40.4 | 45 | 191 | 28 |
| KANSAS CITY PD | 142,227 | 12,046 | 84.7 | 1,444 | 10.2 | 60 | *** | 127 | 495 | 762 | 10,602 | 74.5 | 1,729 | 8,873 | 2,100** |
| EDWARDSVILLE PD | 4,078 | 189 | 46.3 | 15 | 3.7 | 0 | 0 | 2 | 0 | 13 | 174 | 42.7 | 36 | 118 | 20 |
| KU MED CENTER PD** | 2,470 | 232 | 93.9 | 5 | 2.0 | 0 | 0 | 0 | 1 | 4 | 227 | 91.9 | 8 | 214 | 5 |
| WY CO PARK RANGERS | N/A | 8 | NA | 1 | NA | 0 | 0 | 0 | 0 | 1 | 7 | NA | 1 | 5 | 1 |
| COUNTY TOTAL | 154,575 | 12,770 | 82.6 | 1,496 | 9.7 | 60 | 0 | 130 | 498 | 808 | 11,274 | 72.9 | 1,819 | 9,401 | 54 |
| **STATE AGENCIES** | | | | | | | | | | | | | | | |
| KS ALCOHOL BEV. CONT. | NA | 1 | NA | 0 | NA | 0 | 0 | 0 | 0 | 0 | 1 | NA | 0 | 1 | 0 |
| KS BUREAU INVESTIGATION | NA | 6 | NA | 2 | NA | 1 | 0 | 1 | 0 | 0 | 4 | NA | 1 | 2 | 1 |
| KS WILDLIFE & PARKS | NA | 88 | NA | 2 | NA | 0 | 0 | 0 | 0 | 2 | 86 | NA | 23 | 62 | 1 |
| KS HIGHWAY PATROL | NA | 140 | NA | 24 | NA | 4 | 0 | 0 | 2 | 18 | 116 | NA | 29 | 73 | 14 |
| KS SECURITIES COMM. | NA | 3 | NA | 0 | NA | 0 | 0 | 0 | 0 | 0 | 3 | NA | 0 | 3 | 0 |
| DEPT OF CORRECTIONS | NA | 0 | NA | 0 | NA | 0 | 0 | 0 | 0 | 0 | 0 | NA | 0 | 0 | 0 |
| TOTAL STATE AGENCIES | NA | 238 | NA | 28 | NA | 5 | 0 | 1 | 2 | 20 | 210 | NA | 53 | 141 | 16 |
| STATE TOTAL | 2,629,000 | 127,780 | 48.6 | 10,666 | 4.1 | 170 | 59 | 1,097 | 2,237 | 7,103 | 117,114 | 44.5 | 24,984 | 85,329 | 6,801 |

Case 3:09-cv-03064-MWB-LTS   Document 60-37   Filed 06/23/11   Page 33 of 100

## CRIME INDEX OFFENSES
## REPORTING AGENCY
## 1998

| COUNTY REPORTING AGENCY | ESTIMATED POPULATION* | CRIME INDEX OFFENSES | | VIOLENT CRIMES | | MURDER/ NON-NEGL. MANS. | ATTEMPT. MURDER | RAPE | ROBBERY | AGG. ASSAULT/ BATTERY | PROPERTY CRIMES | | BURGLARY | THEFT | MOTOR VEHICLE THEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL | RATE PER 1,000 | TOTAL | RATE PER 1,000 | | | | | | TOTAL | RATE PER 1,000 | | | |

\* Population estimates received from the Federal Bureau of Investigation on a yearly basis.

\*\* Population count not included in county total or state total population.

\*\*\*These statistics are being by the agency and the KBI.

Case 3:09-cv-03064-MWB-LTS   Document 60-34   Filed 06/23/11   Page 34 of 100

TRANSACTION REPORT

Transmission
Transaction(s) completed

| NO. | TX DATE/TIME | DESTINATION | DURATION | PGS. | RESULT | MODE |
|-----|--------------|-------------|----------|------|--------|------|
| 683 | APR. 26 14:38 | 9156700566 | 0° 01' 36" | 005 | OK | N  ECM |

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                              **Licensed in Kansas only

# FAX TRANSMITTAL

## COVER SHEET

TO               :     Dr. Mark D. Cunningham

FROM             :     Patrick J. Berrigan

DATE             :     April 26, 2001

RE               :     State of Kansas v. Gordon R. Martis, Jr.

FAX NUMBER       :     (915) 670-0566

TOTAL NUMBER OF PAGES FAXED:  __6 PAGES INCLUDING COVER SHEET__

**Note:**

CUN000035

# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**

Of Counsel: Ramón Murguía

*Licensed in MO & KS                                                    **Licensed in Kansas only

## F A X    T R A N S M I T T A L

### COVER SHEET

TO                    :        Dr. Mark D. Cunningham

FROM                  :        Patrick J. Berrigan

DATE                  :        April 26, 2001

RE                    :        State of Kansas v. Gordon R. Martis, Jr.

FAX NUMBER            :        (915) 670-0566

TOTAL NUMBER OF PAGES FAXED:    ___6  PAGES INCLUDING COVER SHEET

**Note:**

**IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED ____XXX_____        ORIGINAL NOT MAILED _____

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

SUN. 5/6/01

Veronica,

Will you please book and
pay for a hotel room for
an expert witness in the
Martis trial, Dr. Mark
Cunningham, for Tues. nite, 5/8.
He'll be arriving at the hotel
late, after 9 pm.

One of the big hotels downtown,
such as Barney-Allis, Westin
Crown Center, the Muelbach, etc
will be fine. Just 1 nite.

Thanks Veronica.
Westin Crown Center

Rate
$170.00
check in/out
Conf. Room. 3pm → nnun
357422

Pat

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 37 of 100

CUN000037

MARK D. CUNNINGHAM, Ph.D.
500 Chestnut Suite 1735
Abilene, TX 79602
Phone: (915) 670-0545
FAX: (915) 670-0566

NUMBER OF PAGES (NOT INCLUDING THIS COVER PAGE) _____ *33* _____

IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT THE SENDER.

DATE: _____ *5-7-01* _____ TIME: _____ *10:34 am* _____

ATTENTION: _____ *Pat Berrigan* _____

COMPANY: _____

FAX PHONE: _____ *916 221-1636* _____

FROM: _____ *Mark D Cunningham* _____

COMMENTS: _____ *Attached are additional exhibits* _____ *and direct exam. Sorry for delay in getting* _____ *this to you.* _____

# CONFIDENTIAL

## For Professional Use Only

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address set forth above.

# Issues in argument and qualifying exam of Mark D. Cunningham, Ph.D.:

Issues in opening argument:

1. will hear from the foremost expert in the United States on evaluating future dangerousness at capital sentencing:
   a. has published the primary peer-reviewed papers in the field
   b. has evaluated more federal capital defendants than any other mental health expert in the United States


2. extended length of testimony
   a. how to do a scientifically reliable violence risk ~~Mike's~~ *Gordon's* likelihood of successfully adjusting to prison
   b. a lot of data to plug into that method
   c. equip the jury to analyze this information for themselves rather than take his word for it

3. how expert testimony is dealt with by lawyers:
   - First try to counter the methodology and the data; present another nationally recognized expert to dispute the research and method. This approach is sound – you test the information.
   - If you can't challenge the data then attack the expert's credentials.
   - If you can't counter the data or challenge the credentials then try to ridicule it and talk about lying with statistics.

CUNN0000039

- When you have nothing else you attack the expert as biased – without ever presenting any data that showed that he was incorrect.
- Finally, talk about the money the expert gets paid.

The last four are just ways for the lawyer to try to get over on the jury.

4. Whatever preview of the testimony you want to provide

## Qualifications

PB: *Please state your name?*
MDC:     Mark Douglas Cunningham.

PB: *What's your occupation?*
MDC:     I am a clinical and forensic psychologist in private practice

PB: *How long have you been a psychologist?*
MDC:     22 years

PB: *Could you please explain to the jury what is a clinical psychologist?*
MDC:     A clinical psychologist evaluates and treats psychological disorders.

PB: *Could you please explain to the jury what is a forensic psychologist?*
MDC:     Forensic psychology is the application of psychological research and techniques to legal issues - things like child custody evaluations, competency to stand trial, mental state at the time of the offense, sentencing determination issues, and other contexts where psychological expertise may be useful to the jury.

## What Accounts for the Differences In Outcome?

Trauma
- Sexual abuse history
- Physical abuse history
- Psychological abuse history
- Childhood neglect history

Predisposing and Contextual Factors
- Genetic factors
- Neurological and physical vulnerabilities
- Harsh and negative environments
- Troubled interpersonal relationships
- Accidents of the environment

Protective Factors
- Secure attachments in infancy and early childhood
- Supportive relationships
- Being in touch with the memories and pain of childhood maltreatment
- A supportive confidant to confide in

Choices

Masten, A.S. & Garmezy, N, (1985). Risk, vulnerability, and protective factors in developmental psychopathology. In *Advances in clinical child psychology* (Vol 8) (pp. 1-52). New York: Plenum Press.

Gilgun, J.F. (1990). Factors mediating the effects of childhood maltreatment. In M. Hunter (Ed.), *The sexually abused male* (pp. 177-190). New York: Lexington Books.

Dr. Cunningham, are the risk factors for violence in the community in early adulthood different from the risk of violence in prison?

How do psychologists account for how those risk factors affect different people? - Everyone who grows up hard doesn't abuse alcohol or drugs, become a criminal, or get convicted of capital murder – how does psychology explain that?

CUN000041

62

Risk and protective factors for serious, violent, and chronic juvenile offenders in the community

## U.S. Department of Justice Model

➤ Prevention approaches seek to interrupt the **processes that cause** problem behavior.

➤ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.

➤ Strongest prevention:   ↓ risk factors

   ↑ protective factors

U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs. NCJ 153571 Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

Dr. Cunningham, isn't this analysis of trauma and predisposition and protective factors still just a fancy abuse excuse?

*(answer: Not according to the Justice Department)*

What does the Justice Department have to do with this?

CUN000042

63

> U.S. Department of Justice Model
>
> **Risk Factors for Violence and Delinquency In the Community**
>
> **Conception to age 6:**
> - Perinatal difficulties
> - Minor physical abnormalities
> - Brain damage
> - Family history of criminal behavior and substance abuse
> - Family management problems
> - Family conflict
> - Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

What risk factors has the Justice Department identified?

*Interrupt*

Doctor, let me stop you - do you mean that things that happen to a baby even before he's born affect his likelihood of delinquency and violence?

Have you just listed the risk factors that apply to Gordon?

How many of these factors was Gordon subjected to?

> *U.S. Department of Justice Model*
>
> ## Risk Factors for Violence and Delinquency In the Community
>
> ### Age 6 through adolescence:
>
> - Extreme economic deprivation
> - Community disorganization and low neighborhood attachment
> - Transitions and mobility
> - Availability of firearms
> - Media portrayals of violence
> - Family management problems
> - Family conflict
> - Parental attitudes favorable toward, and parental involvement in, crime and substance abuse
> - Early and persistent antisocial behavior
> - Academic failure
> - Lack of commitment to school
> - Alienation and rebelliousness
> - Association with peers who engage in delinquency and violence
> - Favorable attitudes towards delinquent and violent behaviors
> - Constitutional factors (e.g. low intelligence, hyperactivity, attention-deficit disorders)

What factors did the Justice Department identify during the ages of 6 through adolescence?

How many of the risk factors did Gordon have?

CUN000044

65

> *U.S. Department of Justice Model*
>
> **Protective Factors that Inhibit Violence**
> **and Delinquency in the Community**
>
> ➢ **Individual characteristics:**
> - Female gender
> - Intelligence
> - Positive social orientation
> - Resilient temperament
>
> ➢ **Social bonding to positive role models:**
> - Family members
> - Teachers
> - Coaches
> - Youth leaders
> - Friends
>
> ➢ **Healthy beliefs and clear standards for**
> **behavior, including those that promote**
> **nonviolence and abstinence from drugs.**
>
> ➢ **Effective early interventions**

What protective factors did the Justice Department identify – and again apply
them to Gordon as you describe these

CUN000045

*66*

> U.S. Department of Justice (April 2000)
> ## Predictors of Youth Violence
> ## in the Community
>
> ➤ Office of Juvenile Justice and Delinquency Prevention coordinated
>
> ➤ 22 researchers brought together for 2 years
>
> ➤ Analyzed current research on risk and protective factors in the development of serious youth violence
>
> ➤ Synthesis of 66 studies, plus research reports, plus longitudinal data
>
> ➤ Identified individual, family, school, peer-related, and community/neighborhood risk factors
>
> ➤ Cumulative impact: the larger the number of risk factors the youth was exposed to, the greater the probability of violent behavior in the community.
>
> Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P.. Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

Has the Justice Department sponsored any more research in this area since 1995?


Describe this study

*U.S. Department of Justice (April 2000)*

**Individual factors**

- Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
- Aggressiveness (x .5 - 6)
- Early initiation of violent behavior (x 6)
- Involvement in other forms of antisocial behavior
- Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**

- Parental criminality (x 0 - 3.8)
- Child maltreatment
- Poor family management practices (x 2)
- Low levels of parental involvement
- Poor family bonding and family conflict
- Residential mobility (±)
- Parental attitudes favorable to substance abuse and violence (x 2)
- Parent-child separation

Hawkins et. al. (2000)

What individual risk factors were identified by the Justice Department?

*Interrupt*

What does the "x" and the numbers in parentheses mean?

What family risk factors did the Justice Department identify?

CUN000047

> *U.S. Department of Justice (April 2000)*
>
> **School factors**
> - Academic failure
> - Low bonding to school
> - Truancy and dropping out of school
> - Frequent school transitions
> - High delinquency rate schools
>
> **Peer-related factors**
> - Delinquent siblings
> - Delinquent peers
> - Gang membership (x 3-4)
>
> **Community and neighborhood factors**
> - Poverty (x 2)
> - Community disorganization (crime, drug-selling, gangs, poor housing)
> - Availability of drugs and firearms
> - Neighborhood adults involved in crime
> - Exposure to violence and racial prejudice
>
> **Situational factors**
>
> Hawkins et, al, (2000)

What school risk factors did the Justice Department identify?

What peer-related factors were found by the Justice Department?

What community and neighborhood factors did the Justice Department find?

What are situational factors?

CUN000048



How would you illustrate the balance between the cumulative impact of risk factors and minimal protective factors?

CUN000049



Violence in Prison

Dr. Cunningham, how do you explain that someone has many risk factors for violence in the community and then is violent in the community, but when sent to prison is not violent?

CUN000050



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact
Family

Dr. Cunningham, you've talked about damaging developmental experiences in Gordon's life and also about his alcohol abuse – have you prepared a model to help explain how these combine in terms of risk for bad outcomes in adulthood?

Please explain that model

CUN000051

72



Psychological Disorder
Drug Dependency
Criminal Activity

Intact
Family

Person

CUN000052

73



Psychological Disorder
Drug Dependency
Criminal Activity

Intact Family

Person

CUN000053

74



Psychological Disorder
Drug Dependency
Criminal Activity

Intact
Family

CUN000054

75



Psychological Disorder
Drug Dependency
Criminal Activity

Intact Family

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 55 of 100

CUN000055

76



CUN000056

*77*



Intact Family

Psychological Disorder
Drug Dependency
Criminal Activity

CUN000057



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact Family

Family History of Substance Dependence / Psychological Disorder

Case 3:09-cv-03064-MWB-LTS   Document 284-17   Filed 06/23/11   Page 58 of 100

CUN000058



Family History of Substance Dependence / Psychological Disorder

CUN000059

*80*



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact
Family

Family History of Substance Dependence / Psychological Disorder

CUN000060



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact Family

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse

CUN000061



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact Family

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse

CUN000062

83



Person

Intact Family

Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse

CUN000063

*84*



Psychological Disorder
Drug Dependency
Criminal Activity

Person

Intact Family

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse

Developmental Trauma / Abandonment / Instability

CUN000064

85



Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse

Developmental Trauma / Abandonment / Instability

CUN000065

*86*



Person

Intact Family

Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence / Psychological Disorder
⊕
Modeled Substance Abuse
⊕
Developmental Trauma / Abandonment / Instability

CUN000066



Person

Intact Family

Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence / Psychological Disorder

Modeled Substance Abuse          Alcohol & Drug Abuse

Developmental Trauma / Abandonment / Instability

CUN000067

88



CUN000068



Corruptive influences

Person

Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence

Modeled Substance Abuse          Alcohol & Drug Abuse

Developmental Trauma / Abandonment / Instability

CUN000069

90



Intact Family — Person

Psychological Disorder
Drug Dependency
Criminal Activity

CUN000070



Corruptive influences

Person

Psychological Disorder
Drug Dependency
Criminal Activity

Family History of Substance Dependence

Modeled Substance Abuse             Alcohol & Drug Abuse

Developmental Trauma / Abandonment / Instability

CUN000071



**Kansas Prison**

Person

Psychological Disorder
Drug Dependency
Criminal Activity

Staff          Work
Structure        Treatment
Supervision      Confinement
Sobriety

Dr. Cunningham, you have a ramp model to demonstrate how bad development and substance abuse can be associated with criminal outcomes – not just for Gordon, but for many individuals who are ultimately sent to prison. In light of these statistics demonstrating such low levels of inmate assault among high security inmates, how do you identify the impact of prison on this model?

Case 3:09-cv-03064-MWB-LTS     Document 284-17     Filed 06/23/11     Page 72 of 100

CUN000072

*93*



# WESTIN
## HOTELS & RESORTS®

May 07, 2001

Mr. Mark Cunningham
2500 Holmes
Kansas City, MO 64108

Dear Mr. Cunningham:
We wish to thank you for choosing Westin and are pleased to confirm your reservation at
The Westin Crown Center .

Please make sure all the information below is correct. Should you have any questions or need further assistance
please feel free to contact Westin Reservations at 800-WESTIN-1 or visit us online at www.westin.com.

We look forward to welcoming you to our hotel.

Christine Rankin
General Manager

| GUEST NAME | ARRIVAL DATE | DEPARTURE DATE | CONFIRMATION NUMBER |
|---|---|---|---|
| Mr. Mark Cunningham | Wednesday, May 09, 2001 | Thursday, May 10, 2001 | C835142687 |

| HOTEL INFORMATION | NO. OF NIGHTS | CHECK IN/OUT TIME |
|---|---|---|
| | 1 | 3:00 PM / 12:00 PM |

**WESTIN**
HOTELS & RESORTS*

The Westin Crown Center
1 Pershing Road
Kansas City, MO        64108
Tel. 816-474-4400
Fax 816-391-4438
General Manager:
Christine Rankin
Front Office Manager:
Rich Mcgirr

| ROOM TYPE | BED TYPE |
|---|---|
| TRADITIONAL | 2 DOUBLE BEDS |

| SPG NUMBER |
|---|
| A50379279861 |

| GUARANTEE / DEPOSIT METHOD |
|---|
| AMEX / OPTIMA |

**TRAVEL AGENCY NAME / ADDRESS**

| OCCUPANCY | # OF ROOMS |
|---|---|
| 1 Adult(s) / 0 Children | 1 of 1 |

| DATES | ROOM RATE CURRENCY | SERVICE/TAXES |
|---|---|---|
| BEST AVAILABLE RATE        May 09, 2001 - May 10, 2001 | 179.00 US Dollars Per Night | 13.60% Per Room/Per Stay |
| MANDATORY GTD,Per Person/Per Night | | |

| DEPOSIT/GUARANTEE RULES & CANCELLATION POLICY | COMMENTS |
|---|---|
| GUARANTEED RESERVATION, CANCEL BY 6:00 PM MAY 08, 2001, HOTEL TIME OR FORFEIT 179.00 US DOLLARS. | TRADITIONAL NON-SMOKING |

CUN000073



# THE WESTIN
### CROWN CENTER
#### Kansas City


Mark Cunningham

Date: 05-07-2001

2500 Holmes
Kansas City, MO  64108          Time: 02:23 PM
United States

Facsimile: 2211636


------------------------------------------------------------------------
                        Reservation Information
------------------------------------------------------------------------

Attention: Mark Cunningham

It is a pleasure to confirm your reservation:


Reservation Number: 357422                   Arrival Date: 05-08-2001

Guest Name(s): Mr   Mark Cunningham          Arrival Flight:

                                             Arrival Time:

Company Name:                                Departure Date: 05-09-2001

Accommodation Request: Traditional           Number of Rooms:  1
Daily Room Rate:       $179.00               Number of Guests: 1
                       BEST AVAILABLE RATE

               Room Rate Subject to 13.1% Occupancy Tax
------------------------------------------------------------------------
Remarks




------------------------------------------------------------------------

  * All reservations must be guaranteed by American Express, Carte Blanche,
    Diners, Discover, Master Card, Visa, or by one nights advance deposit.
       * Failure to cancel reservations 24 Hrs prior of your arrival date
                will result in a one night room/tax charge.
        * Check-in time is after 3 pm.  Check-out time is before 12 pm.
 If you are paying by cash or check, a $50 incidental deposit will be required
     at checkin. A $25 fee will be applied if you check out prior to your
   scheduled departure date . Please notify the front desk 24 hours prior
              to departure if your plans change to avoid the $25 fee.

                One Pershing Road, Kansas City, MO. 64108, USA
                 Phone: (816) 474-4400  Fax: (816) 391-4438

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 74 of 100
CUN000074

*MARK CUNNINGHAM STUFF*

Draft Direct Exam of Dr. Cunningham
Regarding Mitigation

**Defense Attorney Work Product**

Do <u>Not</u> Distribute

CUN000075

## What Accounts for the Differences In Outcome?

Trauma
- Sexual abuse history
- Physical abuse history
- Psychological abuse history
- Childhood neglect history

Predisposing and Contextual Factors
- Genetic factors
- Neurological and physical vulnerabilities
- Harsh and negative environments
- Troubled interpersonal relationships
- Accidents of the environment

Protective Factors
- Secure attachments in infancy and early childhood
- Supportive relationships
- Being in touch with the memories and pain of childhood maltreatment
- A supportive confidant to confide in

Choices

Masten, A.S. & Garmezy, N. (1985). Risk, vulnerability, and protective factors in developmental psychopathology. In *Advances in clinical child psychology (Vol 8)* (pp. 1-52). New York: Plenum Press.

Gilgun, J.F. (1990). Factors mediating the effects of childhood maltreatment. In M. Hunter (Ed.), *The sexually abused male* (pp. 177-190). New York: Lexington Books.

Dr. Cunningham, before you begin to discuss the implications of Keith's history, let me ask you something. Everyone who grows up hard doesn't become a criminal, or get convicted of capital murder – how does psychology explain that?

CUN000076

> *Risk and protective factors for serious, violent, and chronic juvenile offenders in the community*

## U.S. Department of Justice Model

➢ Prevention approaches seek to interrupt the **processes that cause** problem behavior.

➢ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.

➢ Strongest prevention: ↓ risk factors

↑ protective factors

U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs. NCJ 153571. Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

Dr. Cunningham, isn't this analysis of trauma and predisposition and protective factors still just a fancy abuse excuse?

(answer: Not according to the Justice Department)

What does the Justice Department have to do with this?

CUN000077

2

> **U.S. Department of Justice Model**
>
> **Risk Factors for Violence and Delinquency In the Community**
>
> **Conception to age 6:**
> * Perinatal difficulties
> * Minor physical abnormalities
> * Brain damage
> * Family history of criminal behavior and substance abuse
> * Family management problems
> * Family conflict
> * Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

What risk factors has the Justice Department identified?

*Interrupt*

Doctor, let me stop you - do you mean that things that happen to a baby even before he's born affect his likelihood of delinquency and violence?

CUN000078

> *U.S. Department of Justice Model*
>
> ## Risk Factors for Violence and Delinquency In the Community
>
> **Age 6 through adolescence:**
>
> - Extreme economic deprivation
> - Community disorganization and low neighborhood attachment
> - Transitions and mobility
> - Availability of firearms
> - Media portrayals of violence
> - Family management problems
> - Family conflict
> - Parental attitudes favorable toward, and parental involvement in, crime and substance abuse
> - Early and persistent antisocial behavior
> - Academic failure
> - Lack of commitment to school
> - Alienation and rebelliousness
> - Association with peers who engage in delinquency and violence
> - Favorable attitudes towards delinquent and violent behaviors
> - Constitutional factors (e.g. low intelligence, hyperactivity, attention-deficit disorders)

What factors did the Justice Department identify during the ages of 6 through adolescence?

CUN000079

*4*

> **U.S. Department of Justice Model**
> **Protective Factors that Inhibit Violence**
> **and Delinquency in the Community**
>
> ➢ **Individual characteristics:**
>     Female gender
>     Intelligence
>     Positive social orientation
>     Resilient temperament
>
> ➢ **Social bonding to positive role models:**
>     Family members
>     Teachers
>     Coaches
>     Youth leaders
>     Friends
>
> ➢ **Healthy beliefs and clear standards for**
>     **behavior, including those that promote**
>     **nonviolence and abstinence from drugs.**
>
> ➢ **Effective early interventions**

What protective factors did the Justice Department identify?

How is being female a protective factor against violence and delinquency?

What about high IQ – why is that a protective factor?

*Trouble?*
*omit.*

Which of these protective factors did Keith have the benefit of?

> U.S. Department of Justice (April 2000)
> Predictors of Youth Violence
> in the Community
>
> ➤ Office of Juvenile Justice and Delinquency Prevention
> coordinated
>
> ➤ 22 researchers brought together for 2 years
>
> ➤ Analyzed current research on risk and protective factors
> in the development of serious youth violence
>
> ➤ Synthesis of 66 studies, plus research reports, plus
> longitudinal data
>
> ➤ Identified individual, family, school, peer-related, and
> community/neighborhood risk factors
>
> ➤ Cumulative impact: the larger the number of risk factors
> the youth was exposed to, the greater the probability of
> violent behavior in the community.
>
> Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W.,
> & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S.
> Department of Justice, Office of Justice Programs. Office of Juvenile Justice and
> Delinquency Prevention.

Has the Justice Department sponsored any more research in this area since 1995?

Describe this study

CUN000081

*U.S. Department of Justice (April 2000)*

**Individual factors**
- Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
- Aggressiveness (x .5 - 6)
- Early initiation of violent behavior (x 6)
- Involvement in other forms of antisocial behavior
- Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**
- Parental criminality (x 0 - 3.8)
- Child maltreatment
- Poor family management practices (x 2)
- Low levels of parental involvement
- Poor family bonding and family conflict
- Residential mobility (±)
- Parental attitudes favorable to substance abuse and violence (x 2)
- Parent-child separation

Hawkins et. al. (2000)

What individual risk factors were identified by the Justice Department?

*Interrupt*

What does the "x" and the numbers in parentheses mean?

What family risk factors did the Justice Department identify?

CUN000082

> *U.S. Department of Justice (April 2000)*
>
> **School factors**
> - Academic failure
> - Low bonding to school
> - Truancy and dropping out of school
> - Frequent school transitions
> - High delinquency rate schools
>
> **Peer-related factors**
> - Delinquent siblings
> - Delinquent peers
> - Gang membership (x 3-4)
>
> **Community and neighborhood factors**
> - Poverty (x 2)
> - Community disorganization (crime, drug-selling, gangs, poor housing)
> - Availability of drugs and firearms
> - Neighborhood adults involved in crime
> - Exposure to violence and racial prejudice
>
> **Situational factors**
>
> Hawkins et. al. (2000)

What school risk factors did the Justice Department identify?

What peer-related factors were found by the Justice Department?

What community and neighborhood factors did the Justice Department find?

What are situational factors?

CUN000083



How would you illustrate the balance between the cumulative impact of risk factors and minimal protective factors?

CUN000084

## Healthy Development:
### Early Childhood

Secure, stable relationship with parents.
Neurologically and developmentally
healthy.



Before you tell us what went awry in Keith's development, I would like for you to provide a reference point of normal development. Is there a model that you can use to explain how healthy development is supposed to work?

CUN000085



## Healthy Development: Middle Childhood

Continued security and stability across childhood.

Supportive parental involvement in expanding competencies.

Peer participation, friendships, teamwork

Then what's supposed to happen in middle childhood?

CUN0000086



**Healthy Development: Adolescence**

Positive same sex role models.
Gradual reduction in structure tied to responsible independence.
Constructive relationships with healthy peers.

What does a teenager need?

Case 3:09-cv-03064-MWB-LTS    Document 284-17    Filed 06/23/11    Page 87 of 100

CUN000087

12



**Healthy Development:**
Late Adolescence -
Early Adulthood

Intact capabilities and available
opportunities.
Adult mentoring, assistance, guidance.

What's needed to complete the construction in the late teens and early 20s?

CUN000088

13

## Adverse Developmental and Adult Life Factors

> Family distress from generation to generation
> Genetic susceptibility to mental illness
> Teenage mother
> Alcoholism and drug addiction of father
> Alcoholism of mother
> Abandoned by father
> Emotional neglect; and inadequate supervision and guidance
> Physical abuse
> Observed domestic violence
> Household instability and numerous moves
> Learning disability
> Probable Attention Deficit Hyperactivity Disorder
> Peer isolation and alienation
> Incarceration in adult prison as a late adolescent

In your review of testimony regarding Keith's history presented at this trial, did you find documentation of factors that would have been damaging to him across his development?

What were those factors?

CUN0000089

## What's the Relevance of Multi-Generational Family Distress?

- The child is predisposed through heredity

- Family behavior patterns and effects are multi-generational
    - scripts
    - modeling
    - sequential damage

•Dr. Cunningham, how does a family history across generations before Keith relate to him and his outcomes?

•What do you mean that behavior patterns are multi-generational?

•What are scripts?

•What is modeling?

•What is sequential damage?

Case 3:09-cv-03064-MWB-LTS     Document 284-7     Filed 06/23/11     Page 90 of 100

CUN0000090

> ## Findings of the FBI's Behavioral Science Unit on the Causes of Sexual Homicides:
>
> The quality of the attachments to parents and other members of the family during childhood is central to how the child will relate to and value other members of society as an adult.
>
> Ressler, R.K., Burgess, A.W., & Douglas, J.E. (1988). *Sexual homicide: Patterns and motives.* New York: Lexington Books.

Is there particular relevance to family factors when examining the causes of homicides that have involved a sexual element?

CUN000091

## Family of Origin Characteristics in Sexual Homicides:

*Dysfunctional families*
- Inconsistent contact between family members - poor attachment.
- Neglect
- Instability of home structure.
- Father absence.
- Unsatisfactory relationship with father:
  - Father did not exhibit a positive role.
  - Father did not communicate positive regard for the boy.
- No older sibling role model
- Feelings about mother very conflicted
- Physical and psychological abuse
- Family sexual problems
- Sexual abuse
- Witnessing disturbing sex

What specific features did the FBI identify in their study of the families of origin of sexual homicide offenders?

CUN0000092

17

## Emotionally Crippling Factors



*Abuse*
  Physical
  Sexual

*Developmental failure*
  Unable to attach to parent figure
  Psychologically deprived and neglected

*Interpersonal failure*
  Inconsistent care and contact, absent caretakers
  Deviant parental models

Can you break these features down to primary factors?

What are those primary factors?

CUN0000093



> **Genetic Predisposition to Mental Illness**
>
> **Schizophrenia**
> - 10 fold risk for first degree relatives
>
> **Major Depressive Disorder**
> - 1.5-3 fold risk for first degree relatives
> - Increased risk for alcohol dependence for first degree relatives
> - Increased risk of Attention-Deficit Hyperactivity Disorder among offspring
>
> **Anxiety Disorder**
> - Anxiety as a trait has a familial association
> - Panic Disorder: 4-7 fold risk for first degree relatives
>
> **Attention Deficit Hyperactivity Disorder**
> - More common among first degree relatives
> - Higher prevalence among relatives of Mood and Anxiety Disorders, Antisocial Personality Disorders, Learning Disorders, Substance Disorders, and Antisocial Personality Disorder
>
> **Learning Disabilities**
> - More common among biological relatives
>
> DSM-IV

Is there also research support for a genetic predisposition for mental illness? Please describe some of those research findings.

Does the genetic risk always result in a full-blown syndrome?

CUN000094

> ## Risks Associated with Teenage Mother
>
> - More likely to be low birth weight (x .5)
> - Suffer poorer health in childhood but receive only half the level of medical care
> - Much less likely to grow up in a family with a father
> - Quality of the home is lower in emotional support and cognitive stimulation
> - More likely to run away from home (x 2.5)
> - Far more likely to be physically abused, abandoned, or neglected (x 2 compared to 20-21 year old mothers)
> - 5% end up in foster care
> - Do much worse in school. Less likely to be rated "excellent" by teachers (x 2-3). More likely to repeat a grade (x .5)
> - More likely to drop out of school (x 2 – half related to teen mother)
> - At age 24 approximately 30% are neither in school nor working (x .71 – half related to teen mother)
> - Sons of teen mothers are more likely to land in prison (x 2.7 – 19% attributed to teen mother alone)
> - Adolescent childbearing alone cost $1 billion annually in prison costs for their sons. Total annual social cost to taxpayers is $29 billion.
>
> Kids having kids: A Robin Hood Foundation special report on the costs of adolescent childbearing. R.A. Maynard (Editor).

*omit !!*

Is having a teenage mother associated with any long-term risks for a child?

CUN000095

Effects of Alcoholism and
Drug Abuse by Parent Figures

- Prenatal alcohol/drug exposure
- Inherited substance dependence vulnerability
- Modeled substance abuse
- Psychological injury
    - emotional detachment of parents
    - neglect by parents
    - increased risk of physical and emotional abuse
    - inconsistency and unpredictability
    - demands for premature responsibility
    - loss of childhood
- Broad social and psychological risk factor:
    - relationship problems
    - self-control and behavior disorders
    - feelings of defectiveness
    - psychological disorders
    - criminal behavior

In a household where a parent figure is drinking excessively or abusing drugs, how does that affect the child's experience?

What long-lasting risks does that present for the child?

CUN000096

## Risks Associated with Father Absence

- The low supervision of adolescents frequently found in father-absent homes was more the cause of delinquency than poverty.

  Sampson. R.J. & Laub, J.H. (1994). Urban poverty and the family context of delinquency: A new look at structure and process in a classic study. *Child Development, 65*, 523-540.

- More likely to commit a school crime.

  Jenkins, P.H. (1995). School delinquency and school commitment. *Sociology of Education, 68*, 221-239

- The likelihood that a young male will engage in criminal activity doubles if he is raised without a father and triples if he lives in a neighborhood with a high concentration of single-parent families.

  Hill, M.A. & O'Neil, J. (1993). Underclass behaviors in the United States: Measurement and Analysis of Determinants. City University of New York. Baruch College.

- 70% of the juveniles in state reform institutions grew up in single- or no-parent situations.

  Beck, A. Kline, S., & Greenfield, L. (September, 1988). Survey of youth in custody, 1987. Bureau of Justice Statistics.

- 72% of adolescent murderers grew up without fathers.

  Cornell, D. et. al. (1987). Characteristics of adolescents charged with homicide. *Behavioral Sciences and the Law, 5*, 11-23.

- Fatherless children are at a dramatically greater risk of drug and alcohol abuse, mental illness, suicide, poor educational performance, teen pregnancy and criminality.

  U.S. Department of Health and Human Services (1993), National Center for Health Statistics, *Survey of Child Health*, Washington, D.C.

Has there been any research on how father absence affects young men and the likelihood of their becoming involved in crime and violence?

Please describe those research findings.

CUN0000097

## Disrupted Attachments

- Children are more vulnerable than adults to changes in their environment.
- Normal child development depends of a stable relationship with a caring adult. A secure attachment to a parent figure is fundamentally important for healthy psychological development.
- Traumatic disruptions in parent-child relationship may cause both immediate emotional distress and bewilderment, as well as serious lasting psychological harm.
- Adverse impacts of disruptions in the emotional bond of a child with a parent include:

  damage to identity      lowered self-esteem
  psychological disorders      intellectual & academic deficits
  impaired capacity to trust and care for others
  deficient identification with social ideals

      - any of which may result in problematic behavior.

- Longitudinal studies have demonstrated that infants separated from their primary parent after 6-7 months of age all showed evidence of social-emotional maladjustment. Many of these children still displayed signs of psychological problems on 10-year follow-up -- particularly in their capacity to establish relationships.
- Foster care studies identify adverse effects on the child if moved through sequential foster care settings or re-placements.

Curtis, C. (1980). The psychological parent doctrine in custody disputes between foster parents and biological parents. *Columbia Journal of Law and Social Problems, 16,* 149-191.
Yarrow, L.J., Goodwin, M.S., Manheimer, H., & Milowe, I.D. (1973). Infancy experiences and cognitive personality development at 10 years. In L.J. Stone, H.T. Smith, & L.B. Murphy (Eds.) (pp. 1274-1281), *The competent infant: Research and Commentary.* New York: Basic Books.
Pardeck, J.T. (1983). Empirical analysis of behavioral and emotional problems of foster children as related to re-placement in care. *Child Abuse and Neglect, 7,* 75-78.

Dr. Cunningham, how do disruptions in a child's care affect his development?

CUN000098

## Impact of Child Neglect

- More psychologically damaging than physical abuse

  No stability or security in parental attachment

  No stability or security in daily life or practical care

  Basic physical and emotional needs go unmet

  Distorted primary structure - cognitive, perceptual, emotional, interpersonal

  Terror of world that is out of control

  Damaged capacity and skills to relate to others

  Identity of being incompetent and unlovable

  Absence of external controls leads to poor internal controls

  Markedly increased risk for psychological disorder

  Markedly increased risk for behavior problems in childhood, violent and criminal behavior in adolescence and adulthood

Even beyond the effects on grief recovery, how does neglect affect a child?

CUN0000099

## Impact of Psychological Abuse

> Damaged attachment

   Disturbed relationship models
   Distrust of relationships
   Distorted identity and eroded self-esteem
   Powerlessness
   Futility
   Anger
   Fantasy/vulnerability to idealized relationship

> Recurrent confusion

> Constant terror and fearfulness

> Psychological disorders

> Behavior problems

How does psychological abuse compare to physical abuse in its impact on a child?

Would a parent putting a child in a role of taking care of her be a form of psychological abuse?

Would chronic anger and yelling at a child represent psychological abuse?

What effects does psychological abuse have on a child?

CON000100