# FAX COVER SHEET

**TO:** Dr. Mark Cunningham, Ph.D.

**FAX NUMBER:** 972-459-0958

**NO. OF PAGES:** 23, including cover sheet

**FROM:** Pat Berrigan

**MESSAGE:** These 2 articles from yesterday's K.C. STAR and the Olathe Daily News provide fairly detailed summaries of the evidence presented during the trial.

Looking forward to seeing you, Dr. Cunningham

Pat Berrigan

office # 816-474-3350 (ask for my

Case 3:09-cv-03064-MWB-LTS    Document 284-19    Filed 06/23/14    Page 1 of 50

CUN000201

secretary, Becky Walker)

call # today 816-542-3871



**6** Federal government begins vaccination, using a ring approach. Contacts of first smallpox patients monitored. Mass inoculation started if second wave of victims emerges. Volunteers recruited to give vaccinations.

**5** Smallpox confirmed. Media converges from throughout United States. Federal health experts arrive. President addresses nation.

but confirmation still 24 hours away. Local, state and federal health authorities mobilize.

Local, state and federal health agencies

Los Angeles Times photo; graphic by KRISTIN BULL/The Kansas City Star

# ncident shows how area might react

### By JOHN A. DVORAK
### and LEE HILL KAVANAUGH
The Kansas City Star

before noon last Monday, an ambulance up to the emergency room at St. John Hosn Leavenworth.

patient had symptoms that made the medaff pause: the lesions on his body didn't look pical chickenpox.

ld it be smallpox?

ried health-care providers chose the caupath. Workers donned masks. Isolated the t. Locked down the emergency room. Alertlth departments.

governors and disaster planners in Kansas issouri were notified. So were experts at the rs for Disease Control and Prevention in Atnd even the Office of Homeland Security in ngton.

:30 p.m., a Kansas Highway Patrol car was ng down the interstate to a Topeka lab with d sample. As the evening news rolled, lab reonfirmed chickenpox.

reaction offers a glimpse into how governwould respond in the event of a bioterrortack. Even one case of smallpox — a disease

## Smallpox facts

Smallpox is a highly contagious and sometimes fatal infectious disease. There is no specific treatment, and the only prevention is vaccination.

**How is smallpox transmitted?** Generally, direct and fairly prolonged face-to-face contact is required to spread smallpox. In a terrorist attack, exposure to smallpox could occur by breathing airborne virus.

**What are the initial symptoms of smallpox?**

Fever, malaise, head and body aches and sometimes vomiting. A rash emerges, first in the mouth, then on the skin. It starts on the face and then spreads to the arms, legs, hands and feet.

**ABOUT THE SMALLPOX VACCINE:**

The smallpox vaccine is given using a two-pronged needle that is dipped into and holds a droplet of the vaccine. The needle is used to poke the skin about 15 times in a few seconds.

eradicated from the world years ago — would mean the United States was under attack.

Are disaster planners ready?

See SMALLPOX, A-4

game. One of them, Kyle, 14, suffered a broken hip.

Superintendent Bob Maile said late Sunday that news of the accident would devastate the 150-student school in Olathe.

"I'm sure it will be a shock," Maile said. "Like any real small school, it's a school where everyone knows everyone. It's very much like a family."

Four passengers were taken by life flight to St. Francis Hospital in

See CRASH, A-7

# Summaries today for Robinson

### By TONY RIZZO
The Kansas City Star

Prosecutors will try to weave together common threads in the lives — and deaths — of five women and a teen-age girl.

For the defense, the keys will be disparities and unanswered questions.

At stake is the life in prison, death or freedom of John Edward Robinson Sr.

**Inside**

■ A look at the defense. **A-4**

During closing arguments today in his trial in Johnson County District Court, each side will try to summarize in just a few hours the three weeks of testimony that spanned Robinson's activities for 15 years.

To support capital murder charges, Johnson County prosecutors must show that Robinson committed more than one murder as part of a common scheme or

See TRIAL, A-4

INFORMATION FOR LIFE

THE KANSAS CITY STAR, MONDAY, 10/28/02 pg. A-1.

Case 3:09-cv-03064-MWB-LTS    Document 284-19    Filed 06/23/11    Page 2 of 50

CUN000202

# Robinson defense introduces question

**By TONY RIZZO**
The Kansas City Star

Calling only three witnesses of their own, attorneys for John E. Robinson Sr. relied on the cross-examination of persons called by the prosecution to help make their case.

Physical evidence that prosecutors used to link Robinson to some victims also was highlighted by the defense to raise questions about other possible suspects.

For example, an unidentified fingerprint was found on a roll of duct tape that also contained a spot of blood from Izabela Lewicka, one of Robinson's alleged victims.

Defense attorney Patrick Berrigan suggested that because the print was on the outside of the roll, it would have been left by the last person to handle the tape.

Likewise, Robinson's palm print was found on a sheet of plastic used to cover the barrels in which two of his alleged victims were found. The defense, though, emphasized that another, unknown palm print also was found on the plastic.

And although Robinson's fingerprints were found on several checks written to alleged victims and cashed, the defense noted a large number of other persons' prints as well.

Part of the defense strategy also was to question the reliability of scientific testing methods.

It helped their position that the DNA of a police DNA analyst was found on a piece of evidence taken from Robinson's farm property, where the bodies of two women were found.

The three witnesses the defense did call discussed Suzette Trouten. Robinson is charged not only with killing Trouten but with kidnapping her by using deception to lure her to the Kansas City area.

The defense, however, pointed out that Trouten traveled to Kansas City voluntarily to engage in a consensual "master-slave" sexual relationship.

Defense attorneys elicited testimony about her propensity to exaggerate and suggested that her claim of being offered a high-paying job by Robinson was an attempt to mask her true rea coming to Kansas City.

Robinson's defense succe getting one charge dismi the judge before the case v mitted to the jury.

The sexual assault cha volved the state's last witne testified about a sexual en with Robinson.

Although she testified did not consent to Ro rough treatment of her, t agreed with the defense evidence did not support t inal charge.

*To reach Tony Rizzo, Johns County court reporter, call (816) 234-7713 or send e-m trizzo@kcstar.com.*

# SMALLPOX: Area prepares for response

### Continued from A-1

They're more ready than before 9/11. But they're not as ready as they want and need to be.

"The metropolitan area is in pretty good shape, relatively speaking," said Mike Selves, Johnson County emergency management director. "I don't think anyone can say they're absolutely prepared for something like this."

Rex Archer, a physician and the director of the Kansas City Health Department, said the area trails no other in its readiness.

"Yes, we can make ourselves respond better, but we're moving incrementally forward," Archer said.

In Missouri and Kansas, state and local planners have been working hard for months on this scenario: a terrorist spreads smallpox, and days later, with no warning, the first victim shows up in an emergency room.

Dozens, hundreds, maybe thousands of victims would follow.

The reaction would be monumental, as health workers and law en-

pox virus called vaccinia, harvested from infected calf skin.

The vaccine is dangerous because it uses virus that hasn't been weakened. In most people, vaccinia causes a mild infection that triggers immunity. But in some people, the virus runs amok.

Even people with minor reactions to the vaccine can spread the vaccinia virus to others. Such risks were deemed acceptable when smallpox was active and killing 30 percent of those infected.

But today, some of the vaccine's casualties and their families likely would file lawsuits. The federal government is working out a plan to protect from liability those who administer a mass inoculation program.

As many as 50 million Americans, including babies, pregnant women, people with the common skin rash eczema, and those with weakened immune systems may be vulnerable to the vaccine's risks. Immune globulin, an antibody treatment, could help some people with bad side effects, including encephalitis. But

JEFF ROBERSON/The Ka

Safety director Ruth Schukman-Dakotas displayed KU Med's W ing site for terrorism response recently. KU Med has worked w ter planners, but Schukman-Dakotas said, "we definitely have planning to do."

## History of the disease

■ Smallpox is thought to have originated more than 3,000 years ago in either India or Egypt.

■ The disease appeared in 6th-century Europe and became endemic, leaving large populations of survivors immune to the disease.

■ Queen Elizabeth I of England and Wolfgang Amadeus Mozart are among the notable survivors. But smallpox killed Queen Mary II of England, Emperor Joseph I of Austria, Czar

**Some smallpox epidemi**

— In England, 79,000 pec between 1857 and 1872.

— In Germany, 120,000 p between 1870 and 1871.

— In Japan, nearly 48,00 died between 1889 and 1

— In the Philippines, near people died from smallpo 1918-1919.

Case 8:10-cv-03064-MWB-LTS   Document 284-10   Filed 06/03/11   Page 3 of 50

CUN000265

# oduces questions

police DNA analyst was a piece of evidence taken inson's farm property, bodies of two women d.

e witnesses the defense scussed Suzette Trouten. is charged not only with outen but with kidnap-y using deception to lure Kansas City area.

ense, however, pointed outen traveled to Kansas tarily to engage in a con-aster-slave" sexual rela-

attorneys elicited testi-ut her propensity to ex-nd suggested that her eing offered a high-pay-y Robinson was an at-tempt to mask her true reason for coming to Kansas City.

Robinson's defense succeeded in getting one charge dismissed by the judge before the case was submitted to the jury.

The sexual assault charge involved the state's last witness, who testified about a sexual encounter with Robinson.

Although she testified that she did not consent to Robinson's rough treatment of her, the judge agreed with the defense that the evidence did not support the criminal charge.

*To reach Tony Rizzo, Johnson County court reporter, call (816) 234-7713 or send e-mail to trizzo@kcstar.com.*



JEFF ROBERSON/The Kansas City Star

ector Ruth Schukman-Dakotas displayed KU Med's Web train-r terrorism response recently. KU Med has worked with disas-ers, but Schukman-Dakotas said, "we definitely have more to do."

# y of the disease

k is thought to have origi-e than 3,000 years ago in or Egypt.

ase appeared in 6th-centu-nd became endemic, leav-opulations of survivors im-e disease.

izabeth I of England and Amadeus Mozart are notable survivors. But lled Queen Mary II of Eng-ror Joseph I of Austria, Czar

**Some smallpox epidemics:**
— *In England, 79,000 people died between 1857 and 1872.*
— *In Germany, 120,000 people died between 1870 and 1871.*
— *In Japan, nearly 48,000 people died between 1889 and 1908.*
— *In the Philippines, nearly 61,000 people died from smallpox between 1918-1919.*

# TRIAL: Prosecutors to show commonalities

### Continued from A-1

continuing course of conduct.

Prosecutors will draw from testimony involving familiar themes: promises to women of world travel, phony letters to their relatives posted from overseas, sadomasochistic sex, Robinson's use of pseudonyms, and bodies with shattered skulls found in barrels.

His attorneys will counter that there is no common pattern, no direct evidence of premeditation and no murder weapon.

Some victims allegedly were killed for monetary gain; others were not. Some, but not all, had an interest in sadomasochism. Some victims were found nude; others were clothed.

If the jury convicts him of capital murder, a second phase of the trial will be scheduled to determine whether Robinson is sentenced to death or life in prison.

Here is a summary of the key facts and evidence presented by more than 100 witnesses during questioning by prosecutors and defense attorneys:

### Lisa Stasi

Calling himself John Osborne, Robinson approached social service workers in Kansas City in the mid-1980s, saying he wanted to help young mothers "get on their feet" with job training, education and child care.

Lisa Stasi, 19, was unemployed and living in a shelter with her infant daughter, Tiffany, when she moved in January 1985 into an Overland Park motel room rented by Osborne.

Stasi told relatives that she would soon be leaving for Chicago. She and her daughter were last seen Jan. 9 leaving a relative's house with Osborne. During the trial, the relative identified Robinson as the man she knew as Osborne.

The next day, Robinson's younger brother and his wife flew to Kansas City to meet the infant that Robinson was helping them adopt. John

friend that John was a wealthy executive with a big firm who said he would take her on a cruise and pay private school tuition for Debbie, who had cerebral palsy and used a wheelchair.

In June 1994, Robinson, again using the name James Turner, rented a box at the Olathe mailbox business in the names of Sheila Faith and Debbie Faith.

The Social Security Administration received a request for a change of address from Pueblo to the Olathe box for the Faiths' monthly checks.

Two checks were mailed to the box each month until June 2000, when Robinson was arrested.

Bank records showed that some of the checks were deposited in Robinson's accounts, and his fingerprints later were found on some of the cashed checks.

Relatives of the Faiths received typed letters signed by Sheila, mailed from overseas.

A woman testified that, sometime in the mid-1990s, Robinson gave her a hand-embroidered angel. A friend testified that Sheila Faith made the angel and had planned to enter it in the Colorado State Fair.

The bodies of the Faiths were found in barrels in the Raymore locker. Both had been killed by blows to the head. Plastic sheeting covering the barrels bore Robinson's palm print.

### Izabela Lewicka

An aspiring artist who had just finished her first year at Purdue University, 19-year-old Izabela Lewicka told her parents in 1997 that she was leaving Indiana to take an internship in Kansas.

She left an Overland Park address where they could reach her.

She told a friend that a man named John had offered her a job doing illustrations for his international publishing company. He also was helping Lewicka explore her interest in sadomasochistic sex, the friend testified.

Case 3:09-cv-03064-MWB-LTS Document 284-19 Filed 06/23/11 Page 4 of 50

but Schukman-Dakotas said, "we definitely have more o."

# f the disease

hought to have origi-
n 3,000 years ago in
Egypt.

appeared in 6th-centu-
ecame endemic, leav-
ations of survivors im-
sease.

eth I of England and
deus Mozart are
ble survivors. But
Queen Mary II of Eng-
oseph I of Austria, Czar
a and King Louis XV of
of smallpox have been
ummified remains of
ypt.

ought smallpox to the
1490s, nearly wiping
and Incas.

mherst, an officer in
y, first used smallpox
veapon. In 1763,
ankets riddled with
Ottawa tribe. Smallpox
two-thirds of the Na-
opulation in the 18th
ies.

**Some smallpox epidemics:**
— In England, 79,000 people died between 1857 and 1872.
— In Germany, 120,000 people died between 1870 and 1871.
— In Japan, nearly 48,000 people died between 1889 and 1908.
— In the Philippines, nearly 61,000 people died from smallpox between 1918-1919.

■ In 1798, English physician Edward Jenner vaccinated a young boy with cowpox, later exposed him to smallpox and discovered the child was immune.

■ In the early 1950s, an estimated 50 million cases of smallpox occurred worldwide each year. That fell to 10-15 million by 1967 due to vaccinations.

■ In 1977, the last naturally occurring case was diagnosed in Somalia. Two persons were infected in 1978 by labo-ratory specimens in England.

■ In 1980, the World Health Organiza-tion declared the global eradication of smallpox.

ity outbreak in 1918, the city charter was changed to allow tment to commandeer hotels for the sick or quarantined in a nic.

s Tanyanika Samuels
Organization and various health research Web sites.

The Kansas City Star

from experts. The sit-
 one that's constantly
ing, and we'll need to
," she said. "The me-

e of crisis, we'll be
ic to trust us. And to
tion needs to be ac-
and honest."

## rom anthrax

Joe Connor, director
Government Health
Kansas City, Kan., got
oterrorism disaster

contaminated a
order center in
rth. Although many
Missouri center lived
nor was not notified
problem. He heard
e was trick-or-treat-
lren.

nent officials learned
ssons from the an-
e: They had to com-
their counterparts
ine, and they had to
shifting scientific in-

were learning some-

2001, ratcheted up terrorism plan-ning worldwide. A General Account-ing Office report showed that local and state governments were unpre-pared.

Earlier this year, final approval came in Washington for the CDC to distribute $900 million of federal bioterrorism planning money. Mis-souri will receive $17 million, Kansas $11 million. Plans have progressed rapidly in the Kansas City area. But outside the metropolitan area, dis-aster planning is uneven.

"Some counties are farther along than others, as you could expect," said Gianfranco Pezzino, Kansas state epidemiologist. "All counties are farther along than six or 12 months ago."

There can be difficulties in smaller locales. After all, the population in some rural counties may not exceed 5,000.

"Most rural health departments in the state have neither the staffing nor the training to deal with serious communicable disease outbreaks," a study conducted by the Kansas Health Institute earlier this year found.

All problems aside, last Monday's

and child care.

Lisa Stasi, 19, was unemployed and living in a shelter with her in-fant daughter, Tiffany, when she moved in January 1985 into an Overland Park motel room rented by Osborne.

Stasi told relatives that she would soon be leaving for Chicago. She and her daughter were last seen Jan. 9 leaving a relative's house with Osborne. During the trial, the rela-tive identified Robinson as the man she knew as Osborne.

The next day, Robinson's younger brother and his wife flew to Kansas City to meet the infant that Robin-son was helping them adopt. John Robinson handled all the legal arrangements for his younger brother and collected $5,500 in adoption fees from him.

Stasi's relatives reported her missing, and Robinson told police that she had decided not to pursue his job training offer. He said he last saw her leaving his office with a young man named Bill, on their way to Arkansas.

A woman who knew Robinson said he lent her $800 to lie to police about seeing Stasi with a man named Bill Summers.

In 2000, a comparison of foot-prints revealed that Tiffany Stasi, born Sept. 3, 1984, at Truman Med-ical Center, and the teen-age daughter of Robinson's younger brother are the same person.

Lisa Stasi's body has never been found.

## Beverly Bonner

In the early 1990s, Beverly Bon-ner worked as a librarian at the state prison in Cameron, Mo., where Robinson was serving a sen-tence for stealing.

After Robinson's release from prison — and after Bonner had di-vorced — Bonner told her former husband that she was helping Robinson find land for a business venture.

Her former husband last saw her in February 1994. She told him she had taken a sales job and would be traveling overseas.

Between 1994 and 1997, her rela-tives received letters from Bonner, postmarked from overseas.

Later testing revealed Robinson's DNA on eight of those envelopes, and a friend of Robinson said he asked her to mail letters for him from several locations in Europe.

For about 18 months after their divorce, Bonner's former husband sent her checks for $1,000 a month to a post office box in Olathe, rent-ed in Bonner's name by a man call-ing himself James Turner.

In court, the mailbox business owner identified Robinson as the

## Izabela Lewicka

An aspiring artist who had just finished her first year at Purdue University, 19-year-old Izabela Lewicka told her parents in 1997 that she was leaving Indiana to take an internship in Kansas.

She left an Overland Park address where they could reach her.

She told a friend that a man named John had offered her a job doing illustrations for his interna-tional publishing company. He also was helping Lewicka explore her interest in sadomasochistic sex, the friend testified.

Several people in the Kansas City area met Lewicka and Robinson, who described themselves as hus-band and wife or father and daugh-ter. Robinson rented a series of apartments for her in Johnson County, and she began using the name Lewicka-Robinson.

A friend in Indiana last heard from her in the fall of 1999, when she said she was preparing to begin traveling overseas. The next month, Robinson broke the lease on her Olathe apartment.

Robinson hired a moving com-pany to move Lewicka's belongings from the apartment.

He gave some items to another woman; other belongings and sex-ually explicit photographs of Lewicka were found in an Olathe storage locker that Robinson rent-ed.

Later, spots of her blood were found on a bedroom wall in the apartment.

Lewicka's body was found June 3, 2000, in a barrel on property Robinson owned in rural Linn County, Kan. She had been killed by a blow to the head.

## Suzette Trouten

When Suzette Trouten, a 27-year-old home health-care worker from Monroe, Mich., moved to the Kansas City area in February 2000, she told her mother that she would be working for John Robinson.

The job: Caring for his elderly fa-ther and traveling overseas with them.

She also told friends that Robin-son was her "master" in a sado-masochistic sex relationship.

Friends and family last heard from her on March 1, 2000, when she told them she was about to leave on her overseas trip.

That day, Robinson checked her out of the Lenexa hotel room he had rented for her. He also picked up her two dogs at the ken-nel where he had arranged for them to be boarded.

Later that day, the dogs were re-

Case 3:09-cv-03064-MWB-LTS    Document 284-19    Filed 06/23/11    Page 5 of 50    JOHN00205

ulation in the 18th s.

tion declared the global eradication of smallpox.

y outbreak in 1918, the city charter was changed to allow ment to commandeer hotels for the sick or quarantined in a c.

Tanyanika Samuels
organization and various health research Web sites.

The Kansas City Star

om experts. The situation that's constantly g, and we'll need to she said. "The me-

of crisis, we'll be to trust us. And to tion needs to be accand honest."

**om anthrax**

oe Connor, director overnment Health ansas City, Kan., got terrorism disaster

contaminated a order center in th. Although many lissouri center lived or was not notified roblem. He heard e was trick-or-treat-ren.

ent officials learned ssons from the an-: They had to comtheir counterparts ine, and they had to shifting scientific in-

vere learning some-anthrax every half called. Because the pons grade, it cont-.

people understand t may change when ence on what we're h smallpox, it might n of the virus."

experience also for cooperation bents.

d city health direcetro area meet with

tropolitan Official of the Kansas City is drafting plans to s under different arios.

icy, we'll be blind to Connor, who is also ent.

**ness varies**

ttacks of Sept. 11,

2001, ratcheted up terrorism planning worldwide. A General Accounting Office report showed that local and state governments were unprepared.

Earlier this year, final approval came in Washington for the CDC to distribute $900 million of federal bioterrorism planning money. Missouri will receive $17 million, Kansas $11 million. Plans have progressed rapidly in the Kansas City area. But outside the metropolitan area, disaster planning is uneven.

"Some counties are farther along than others, as you could expect," said Gianfranco Pezzino, Kansas state epidemiologist. "All counties are farther along than six or 12 months ago."

There can be difficulties in smaller locales. After all, the population in some rural counties may not exceed 5,000.

"Most rural health departments in the state have neither the staffing nor the training to deal with serious communicable disease outbreaks," a study completed by the Kansas Health Institute earlier this year found.

All problems aside, last Monday's incident in Leavenworth shows that disaster planners can react quickly when necessary, said Walker, who knew about the incident within an hour of the patient entering the hospital.

"The early heads-up communication system worked pretty well."

Before the Sept. 11 attacks, she said, planners would encounter competition among hospitals, public health offices and first responders.

"But now everyone seems to be vested in everyone else's success. We can pull together so fast that I think it would amaze the public. We got a taste of it (last) Monday."

*To reach John A. Dvorak, call (816) 234-7743 or send e-mail to jdvorak@kcstar.com.*

*To reach Lee Hill Kavanaugh, call (816) 234-4420 or send e-mail to lkavanaugh@kcstar.com.*

said he left her $800 to lie to police about seeing Stasi with a man named Bill Summers.

In 2000, a comparison of footprints revealed that Tiffany Stasi, born Sept. 3, 1984, at Truman Medical Center, and the teen-age daughter of Robinson's younger brother are the same person.

Lisa Stasi's body has never been found.

## Beverly Bonner

In the early 1990s, Beverly Bonner worked as a librarian at the state prison in Cameron, Mo., where Robinson was serving a sentence for stealing.

After Robinson's release from prison — and after Bonner had divorced — Bonner told her former husband that she was helping Robinson find land for a business venture.

Her former husband last saw her in February 1994. She told him she had taken a sales job and would be traveling overseas.

Between 1994 and 1997, her relatives received letters from Bonner, postmarked from overseas.

Later testing revealed Robinson's DNA on eight of those envelopes, and a friend of Robinson said he asked her to mail letters for him from several locations in Europe.

For about 18 months after their divorce, Bonner's former husband sent her checks for $1,000 a month to a post office box in Olathe, rented in Bonner's name by a man calling himself James Turner.

In court, the mailbox business owner identified Robinson as the man she knew as Turner.

Robinson told the owner that Bonner was working for him in Australia and wanted him to pick up her mail.

Later, Robinson's fingerprints were found on three of the Bonner checks.

In December 1993, Robinson rented a storage locker for Bonner in Raymore, Mo. He described her as his sister and said she would be traveling in Australia.

Authorities found Bonner's body on June 5, 2000 inside a barrel in the Raymore locker. She had been killed by blows to the head.

## Sheila and Debbie Faith

Sheila Faith and her 15-year-old daughter, Debbie Faith, left Pueblo, Colo., in the spring of 1994 to visit a man in the Kansas City area named John.

Faith, a widow, told her best

Robinson broke the lease on her Olathe apartment.

Robinson hired a moving company to move Lewicka's belongings from the apartment.

He gave some items to another woman; other belongings and sexually explicit photographs of Lewicka were found in an Olathe storage locker that Robinson rented.

Later, spots of her blood were found on a bedroom wall in the apartment.

Lewicka's body was found June 3, 2000, in a barrel on property Robinson owned in rural Linn County, Kan. She had been killed by a blow to the head.

## Suzette Trouten

When Suzette Trouten, a 27-year-old home health-care worker from Monroe, Mich., moved to the Kansas City area in February 2000, she told her mother that she would be working for John Robinson.

The job: Caring for his elderly father and traveling overseas with them.

She also told friends that Robinson was her "master" in a sado-masochistic sex relationship.

Friends and family last heard from her on March 1, 2000, when she told them she was about to leave on her overseas trip.

That day, Robinson checked her out of the Lenexa hotel room he had rented for her. He also picked up her two dogs at the Olathe kennel where he had arranged for them to be boarded.

Later that day, the dogs were reported as strays in the mobile home community where Robinson lived.

When Trouten's mother called Robinson to ask about her daughter, he told her that Trouten had decided not to take the job with him and had left on an ocean cruise with a wealthy lawyer named Jim Turner.

Police found many of Trouten's belongings in Robinson's Olathe storage locker, along with a videotape of the two having sex.

More of Trouten's property was found in Robinson's Linn County trailer. A spot of blood in the trailer was linked to her.

Her body was found in a barrel beside the one Lewicka was in, and she too died from a blow to the head.

*To reach Tony Rizzo, Johnson County court reporter, call (816) 234-7713 or send e-mail to trizzo@kcstar.com.*



Established 1861




# Weekend OLATHE NEWS

October 26-28, 2002 • $1.25 • olathedailynews.com • Vol. 43 No. 147

# Defense rests in Robinson c



*File courtroom pool sketch*

**John E. Robinson Sr.**, center, sits with his attorneys **Patrick Berrigan**, standing, **Jason Billam**, seated left, and **Sean O'Brien**, seated right.

**GERALD HAY**

ghay@olathedailynews.com

In a somewhat surprising move Friday morning, John E. Robinson's defense team rested its case.

After calling three people to testify late Thursday afternoon, the defense team decided no one else would be called on in the triple-murder trial of the 58-year-old Olathe man.

Robinson did not testify.

The announcement of the defense resting its case was made after a 55-minute delay in Friday's morning session, which was scheduled to start at 9 a.m. The delay was caused as the defense team first met in private and then in open court.

At 9:55 a.m., before the jury was brought into the courtroom, defense attorney Sean O'Brien told the Johnson County District Court Judge John Anderson III about the team's plan to

**Prosecution Wrap**

*The prosecution in the John E. Robinson Sr. murder trial ended its case Thursday after calling 110 witnesses and presenting more than 200 pieces of evidence. For a day-by-day account of the state's case...*

**— See Pages A6-A7**



**State vs. John E. Robinson Sr.**

rest. He reiterated his viewpoint that the team of four attorneys had not been given enough time to prepare a sufficient defense for their client.

"We've not had time to investigate and explore the issues," he said.

O'Brien also said there wasn't time for an evaluation of Robinson's men-

tal health.

"The ju  will
how cra  this m
despite the fact t
death pe alty defe

"He has been on
the beginning of t

Dressed  a nav
no expre sion as
was disc ssed. H
Judge An erson.

The jur of six v
and the a ernates
four men were br
room shor ly after

"The de ense re
Billam at 10:0

Defense attorne
had given no indic
that the defense v
ing.

"We'll have so
morning," he told



*Weekend*

# OLATHE NEWS

October 26-28, 2002 • $1.25 • olathedailynews.com • Vol. 43 No. 147

# ense rests in Robinson case

**GERALD HAY**

ghay@olathedailynews.com

In a somewhat surprising move Friday morning, John E. Robinson's defense team rested its case.

After calling three people to testify late Thursday afternoon, the defense team decided no one else would be called on in the triple-murder trial of the 58-year-old Olathe man.

Robinson did not testify.

The announcement of the defense resting its case was made after a 55-minute delay in Friday's morning session, which was scheduled to start at 9 a.m. The delay was caused as the defense team first met in private and then in open court.

At 9:55 a.m., before the jury was brought into the courtroom, defense attorney Sean O'Brien told the Johnson County District Court Judge John Anderson III about the team's plan to



### Prosecution Wrap

*The prosecution in the John E. Robinson Sr. murder trial ended its case Thursday after calling 110 witnesses and presenting more than 200 pieces of evidence. For a day-by-day account of the state's case...*

— **See Pages A6-A7**

**State vs.
John E.
Robinson Sr.**

rest. He reiterated his viewpoint that the team of four attorneys had not been given enough time to prepare a sufficient defense for their client.

"We've not had time to investigate and explore the issues," he said.

O'Brien also said there wasn't time for an evaluation of Robinson's men-

tal health.

"The jury will know nothing about how crazy this man is," O'Brien said, despite the fact that insanity is not a death penalty defense in Kansas.

"He has been on suicide watch since the beginning of the trial."

Dressed in a navy suit, Robinson had no expression as his mental health was discussed. He stared forward at Judge Anderson.

The jury of six women and five men and the alternates of one woman and four men were brought into the courtroom shortly after 10 a.m.

"The defense rests," attorney Jason Billam said at 10:05 a.m.

Defense attorney Patrick Berrigan had given no indication late Thursday that the defense was considering resting.

"We'll have somebody here in the morning," he told Anderson.

See **DEFENSE**, A4

*File courtroom pool sketch*
...er, sits with his attorneys **Patrick Berrigan**, standing, ...nd **Sean O'Brien**, seated right.

Filed 06/23/11    Page 8 of 50

DOCUMENT 20819

Case 3:09-cv-03064-MWB-LTS

# Defense rests in Robinson c

**DEFENSE, From A1**

District Attorney Paul Morrison said he had no rebuttal testimony or further evidence to Robinson's defense.

The jurors were sent home before 10:30 a.m. for the weekend after being reminded by the judge not to discuss the case with anyone and to avoid all media coverage of the trial.

"We are at a very critical stage of the proceedings," Anderson told the jury. "Please, please, please remember these admonitions. I've repeated them because they are so tremendously important."

### NEW MOTION FOR ACQUITTAL

Before resting its case Friday, the defense asked Anderson to enter a "judgment of acquittal" in the trial. The motion was similar to one that was made Thursday afternoon when the prosecution rested its case shortly before 4 p.m.

Both motions claim the state has not provided sufficient evidence in proving a "common scheme or course of conduct" in linking the murders of the Faiths, Bonner and Stasi to the killing of Trouten.

"There is no evidence showing how Lisa Stasi was killed, if she was killed at all. There is certainly no evidence that she was murdered with a blunt trauma blow to the head or disposed of in a barrel," they said

cides committee in Missouri as part of a capital charge in Kansas.

• The evidence does not demonstrate that Trouten was murdered in Johnson County.

• "There is simply no 'continuity of purpose' between the five alleged murders in question. They were committed at different times, by different means and for different reasons."

The judge denied both acquittal motions, saying defense attorneys had "not weeks, not months, but years," to put the case together.

"Mr. Robinson chose to change counsel well into the course of this case," Anderson said. "The court maintains that there has been adequate time to prepare for this case."

After his arrest, Robinson was represented by three attorneys from the state's death penalty defense team, but he fired the team in July 2001 and hired his own lawyer, Bob Thomas, who graduated from law school in may 2000. The state then appointed O'Brien and Berrigan, two experienced death penalty defense lawyers, a month later to assistant the young attorney in representing Robinson.

Thomas left the defense team in February 2002 because of a conflict on interest.

### CLOSING ARGUMENTS

**Prosecution Wrap**

*The prosecution in the John E. Robinson Sr. murder trial ended its case Thursday after calling 110 witnesses and presenting more than 200 pieces of evidence. For a day-by-day account of the state's case...*

— See Pages A6-A7

**State vs. John E. Robinson Sr.**

masochistic sex, years of alleged adultery, numerous alleged lies and Internet seduction.

On Monday, the court also will give instructions to the jury and name which alternate will fill the 12th seat on the panel. The seat has been vacant since Oct. 16 when a woman juror, identified only as No. 214, was excused because of a family emergency.

The jury is expected to begin deliberations in the case Monday afternoon. Jurors will be sequestered during their deliberations until a verdict is reached.

Jurors must decide if the state has proven its case that Robinson's crimes merit the death penalty for two capital deaths.

If so, the trial will move to the sentencing phase with the same jury. It will be like a trial within the trial, with opening remarks,

testimony and closing arguments before the jury is again sequestered for deliberations.

The defense team has indicated it plans to present psychological evaluations showing that Robinson suffers from mental disease, including a bipolar mood disorder, characterized by pronounced mood swings, if the jury reaches a guilty verdict.

If Robinson is guilty of first-degree murder in the two capital cases, Anderson will set a sentencing date, and the trial will be complete without going into the sentencing phase. First-degree murder carries a minimum sentence of 25 or 50 years in prison before being eligible for parole.

The Robinson case is the first capital trial in Johnson County District Court in more than three decades.

The death penalty in Kansas, along with other states, was struck down in 1972 by the U.S. Supreme Court as being cruel and unusual punishment. Kansas reinstated capital punishment in 1994, with death being administered by lethal injection.

No one has been executed in Kansas since the death penalty was reinstated. Four men, all convicted murderers, are on death row.

### IN CUSTODY FOR 906 DAYS

Robinson, marked his 906th day in custody Friday in the detention center in downtown Olathe since his arrest on June 2, 2000. His bond has been set at $5 million.

The defendant is charged with capital murder in the deaths of Suzette Trouten, 27, Monroe, Mich., and Izabela Lewicka, 21, a Polish immigrant and former Purdue University student from West Lafayette, Ind. Trouten was believed killed about March 1, 2000; Lewicka apparently was murdered in August 1999.

Their decomposing bodies were found in 85-gallon metal barrels on Robinson's 17-acre tract of land in rural Linn County near La Cygne.

Robinson also is charged with first-degree murder in the death of Lisa Stasi, 19, who disappeared in January 1985. Her body has never been found.

Three other charges have

**JOE FL**

L I M

**RARE COIN**

**Since 1957**

PAST PRESIDENT WORLDWIDE PROFESSIONA

• COLLECTIONS • ESTATES • A

**Buying & Selli**

RARE COINS • PAPER MONEY

Robinson's defense.

The jurors were sent home before 10:30 a.m. for the week-end after being reminded by the judge not to discuss the case with anyone and to avoid all media coverage of the trial.

"We are at a very critical stage of the proceedings," Anderson told the jury. "Please, please remember these admonitions. I've repeated them because they are so tremendously important."

## NEW MOTION FOR ACQUITTAL

Before resting its case Friday, the defense asked Anderson to enter a "judgment of acquittal" in the trial. The motion was similar to one that was made Thursday afternoon when the prosecution rested its case shortly before 4 p.m.

Both motions claim the state has not provided sufficient evidence in proving a "common scheme or course of conduct" in linking the murders of the Faiths, Bonner and Stasi to the killing of Trouten.

"There is no evidence show-ing how Lisa Stasi was killed, if she was killed at all. There is certainly no evidence that she was murdered with a blunt trauma blow to the head or disposed of in a barrel," they said in their motion.

Other points in the motion cite no evidence regarding the deaths of either Trouten or Lewicka indicated both were killed for financial reasons.

Other defense arguments in the motion included:

• The court has no jurisdiction to adjudicate alleged homi-

demonstrate that Trouten was murdered in Johnson County.

• "There is simply no 'con-tinuity of purpose' between the five alleged murders in question. They were commit-ted at different times, by dif-ferent means and for differ-ent reasons."

The judge denied both acquittal motions, saying defense attorneys had "not weeks, not months, but years," to put the case together.

"Mr. Robinson chose to change counsel well into the course of this case," Anderson said. "The court maintains that there has been adequate time to prepare for this case."

After his arrest, Robinson was represented by three attorneys from the state's death penalty defense team, but he fired the team in July 2001 and hired his own lawyer, Bob Thomas, who graduated from law school in may 2000. The state then appointed O'Brien and Berrigan, two experienced death penalty defense lawyers, a month later to assistant the young attorney in representing Robinson.

Thomas left the defense team in February 2002 because of a conflict on interest.

## CLOSING ARGUMENTS ON MONDAY

Closing arguments from the prosecution and defense team will be heard Monday morning the case. It centers on the deaths of five women and a disabled teen-ager in two states, alleged fraud, an illegal adoption, and graphic descriptions of sado-

masochistic sex, years of alleged adultery, numerous alleged lies and Internet seduction.

On Monday, the court also will give instructions to the jury and name which alternate will fill the 12th seat on the panel. The seat has been vacant since Oct. 16 when a woman juror, identi-fied only as No. 214, was excused because of a family emergency.

The jury is expected to begin deliberations in the case Mon-day afternoon. Jurors will be sequestered during their deliber-ations until a verdict is reached. Jurors must decide if the state has proven its case that Robin-son's crimes merit the death penalty for two capital deaths.

If so, the trial will move to the sentencing phase with the same jury. It will be like a trial within the trial, with opening remarks, death row.

*after calling 110 witnesses and presenting more than 200 pieces of evidence. For a day-by-day account of the state's case...*

**— See Pages A6-A7**

**State vs. John E. Robinson Sr.**

cated it plans to present psy-chological evaluations show-ing that Robinson suffers from mental disease, includ-ing a bipolar mood disorder, characterized by pronounced mood swings, if the jury reaches a guilty verdict.

If Robinson is guilty of first-degree murder in the two capital cases, Anderson will set a sentencing date, and the trial will be complete without going into the sentencing phase.

First-degree murder carries a minimum sentence of 25 or 50 years in prison before being eli-gible for parole.

The Robinson case is the first capital trial in Johnson County District Court in more than three decades.

The death penalty in Kansas, along with other states, was struck down in 1972 by the U.S. Supreme Court as being cruel and unusual punishment. Kansas reinstated capital pun-ishment in 1994, with death being administered by lethal injection.

No one has been executed in Kansas since the death penalty was reinstated. Four men, all convicted murderers, are on death row.

2, 2000. His bond has been set at $5 million.

The defendant is charged with capital murder in the deaths of Suzette Trouten, 27, Monroe, Mich., and Izabela Lewicka, 21, a Polish immi-grant and former Purdue Uni-versity student from West Lafayette, Ind. Trouten was believed killed about March 1, 2000; Lewicka apparently was murdered in August 1999.

Their decomposing bodies were found in 85-gallon metal barrels on Robinson's 17-acre tract of land in rural Linn County near La Cygne.

Robinson also is charged with first-degree murder in the death of Lisa Stasi, 19, who disappeared in January 1985. Her body has never been found.

Three other charges have

# TIRED OF READING GLASSES?

## Superior School of Hair

If you need reading glasses

**Fall Specials**

Perm Wave Special.........$18.99 | Fills.........$12.00

## FARM FRESH
### Best Chicken You Ever Ate!
Because: Home Grown
Organically Fed
Pasture Raised
We are taking final orders before Holidays!
Don't Wait-Call 785-448-2239

# JOE FM
## LIMITED
## RARE COINS
Since 1957

PAST PRESIDENT WORLDWIDE PROFESSIONAL
COLLECTIONS • ESTATES • A...

**Buying & Selling**
RARE COINS • PAPER MONEY
PRECIOUS METALS • FINE JEWEL...
FINE WATCHES & RARE AUT...

10707 W. 87th St. (2 Blks. E. of 69 Hwy...)
Mon-Fri: 10-6 Sat: 10...

**913-383-2...**
Fax: 913-383-9810

# ense rests in Robinson case

cides committee in Missouri as part of a capital charge in Kansas.

• The evidence does not demonstrate that Trouten was murdered in Johnson County.

• "There is simply no 'continuity of purpose' between the five alleged murders in question. They were committed at different times, by different means and for different reasons."

The judge denied both acquittal motions, saying defense attorneys had "not weeks, not months, but years," to put the case together.

"Mr. Robinson chose to change counsel well into the course of this case," Anderson said. "The court maintains that there has been adequate time to prepare for this case."

After his arrest, Robinson was represented by three attorneys from the state's death penalty defense team, but he fired the team in July 2001 and hired his own lawyer, Bob Thomas, who graduated from law school in may 2000. The state then appointed O'Brien and Berrigan, two experienced death penalty defense lawyers, a month later to assistant the young attorney in representing Robinson.

Thomas left the defense team in February 2002 because of a conflict on interest.

## CLOSING ARGUMENTS

**Prosecution Wrap**

*The prosecution in the John E. Robinson Sr. murder trial ended its case Thursday after calling 110 witnesses and presenting more than 200 pieces of evidence. For a day-by-day account of the state's case...*

— See Pages A6-A7

**State vs. John E. Robinson Sr.**

masochistic sex, years of alleged adultery, numerous alleged lies and Internet seduction.

On Monday, the court also will give instructions to the jury and name which alternate will fill the 12th seat on the panel. The seat has been vacant since Oct. 16 when a woman juror, identified only as No. 214, was excused because of a family emergency.

The jury is expected to begin deliberations in the case Monday afternoon. Jurors will be sequestered during their deliberations until a verdict is reached.

Jurors must decide if the state has proven its case that Robinson's crimes merit the death penalty for two capital deaths.

If so, the trial will move to the sentencing phase with the same jury. It will be like a trial within the trial, with opening remarks,

testimony and closing arguments before the jury is again sequestered for deliberations.

The defense team has indicated it plans to present psychological evaluations showing that Robinson suffers from mental disease, including a bipolar mood disorder, characterized by pronounced mood swings, if the jury reaches a guilty verdict.

If Robinson is guilty of first-degree murder in the two capital cases, Anderson will set a sentencing date, and the trial will be complete without going into the sentencing phase. First-degree murder carries a minimum sentence of 25 or 50 years in prison before being eligible for parole.

The Robinson case is the first capital trial in Johnson County District Court in more than three decades.

The death penalty in Kansas, along with other states, was struck down in 1972 by the U.S. Supreme Court as being cruel and unusual punishment. Kansas reinstated capital punishment in 1994, with death being administered by lethal injection.

No one has been executed in Kansas since the death penalty was reinstated. Four men, all convicted murderers, are on death row.

## IN CUSTODY FOR 906 DAYS

Robinson, marked his 906th day in custody Friday in the detention center in downtown Olathe since his arrest on June 2, 2000. His bond has been set at $5 million.

The defendant is charged with capital murder in the deaths of Suzette Trouten, 27, Monroe, Mich., and Izabela Lewicka, 21, a Polish immigrant and former Purdue University student from West Lafayette, Ind. Trouten was believed killed about March 1, 2000; Lewicka apparently was murdered in August 1999.

Their decomposing bodies were found in 85-gallon metal barrels on Robinson's 17-acre tract of land in rural Linn County near La Cygne.

Robinson also is charged with first-degree murder in the death of Lisa Stasi, 19, who disappeared in January 1985. Her body has never been found.

Three other charges have

been filed against him in Kansas, including aggravated kidnapping of Trouten, felony theft of sex toys from a Texas woman and aggravated interference with parental custody

The last charge claims Robinson took Stasi's infant daughter, Tiffany, and illegally arranged for his brother, Don Robinson of Chicago, to adopt her. She was raised her as Heather Tiffany Robinson, and celebrated her 18th birthday last month.

Morrison is seeking the death penalty, alleging that the three Kansas murders, along with three others in Missouri, were part of a scheme that involved financial gain, sadomasochistic sex or both.

After the Kansas case is completed, Robinson faces three capital murder charges in Cass County, Mo., in the deaths of two women and the wheelchair-confined daughter of one of them. His arraignment on those charges is still pending.

## JOE FLYNN
### LIMITED
## RARE COINS

**Since 1957**
**PAST PRESIDENT WORLDWIDE PROFESSIONAL NUMISMATIC GUILD**
COLLECTIONS • ESTATES • APPRAISALS

## Buying & Selling:

l Morri-
uttal tes-
dence to

t home
e week-
ded by
uss the
to avoid
e trial.
critical
dings,"
"Please,
r these
peated
are so
t."

UITTAL
Friday,
rson to
quittal"
on was
made
hen the
s case
he state
ent evi-
mmon
nduct"
of the
to the
e show-
killed, if
here is
hat she
blunt
or dis-
ey said

# The case agair

Page 12 of 50

Filed 01/17/13 1

Case 3:09-cv-03064-MWB-LTS Document 84-29

| | | | | | | |
|---|---|---|---|---|---|---|

Prosecution attempts to connect Suzette Trouten directly to Robinson.
**Monday, Oct. 7**



Friend of Trouten testifies that she spoke with Robinson
**Tuesday, Oct. 8**

Trouten's parents testify about letters between the victim and Robinson.
**Wednesday, Oct. 9**



Robinson's wife, Nancy, testifies about events before the arrest of her husband.
**Thursday, Oct. 10**

Jury hears police officer testify about sex contracts between Robinson and five victims.
**Friday, Oct. 11**



Jury sees 39 minutes of videotaped rough sex between Robinson and Trouten
**Monday, Oct. 14**

The prosecution in the John E. Robinson Sr. murder trial ended its case Thursday after a long parade of witnesses and evidence.

District Attorney Paul Morrison mapped out the prosecution's case against Robinson during his opening arguments Oct. 7 at the Johnson County Courthouse. Soon afterward, the prosecution started calling witnesses, 110 in all, along with more than 200 pieces of evidence during roughly 92 hours in the courtroom.

Prosecutors think the evidence, presented over 14 days, will convince the jury of six women and five men — as well as one woman and five men among the alternates, one of whom will join the jury in deliberations — that Robinson is guilty in the deaths of Suzette Trouten, Izabela Lewicka and Lisa Stasi.

Here's a day-by-day look at the prosecution's case:

## Monday, Oct. 7

The prosecution made its first attempt, through two witnesses, to connect one of the victims, Suzette Trouten, directly to Robin-

"Tom," after Trouten's disappearance. She indicated Robinson, who was sitting nearby in the courtroom, was "Tom."

Remington and Taylor told the court they stayed in contact with Robinson in hopes of gaining information about Trouten and her whereabouts.

"I was not truthful," Taylor said. "I was playing him along to find out where Suzette was."

During the testimony, prosecutors played taped conversations between the women and Robinson. The recordings were made after law-enforcement officials gained permission for a wiretap as part of a four-month investigation. Robinson was arrested a week after a conversation with Remington in May 25, 2000, was taped.

## Wednesday, Oct. 9

A host of police officials, victims' family members and other witnesses testified during the Robinson trial, providing testimony linking Robinson to a series of letters, victims' belongings and a victim's hotel room.

Suzette Trouten's parents, Carolyn and Harry, testified about letters they each received from their daughter. Carolyn Trouten also identified several items that belonged to her daughter, as did Marshella Chidester of Monroe, Mich., the victim's aunt. Witnesses later linked the items to Robinson.

Brad Hill, Mike Lowther and Dan Owsley, all Lenexa police officers, testified about a wiretap operation that targeted Robinson, the police's surveillance of the suspect and trash that was taken from his home during the investigation.

The wiretap yielded taped conversations between Robinson and Remington, witnesses said, and the trash bag search turned up a receipt for letters mailed to Jean Glines, who also testified.

also said police found a library card with th Lewicka Robinson," and a document that g of attorney over Lewicka's affairs.

Officer Mike Lowther, also of Lenexa, said household belongings and documents of vic Olathe storage locker. The items included k and two jewelry boxes that were identified belonging to Suzette Trouten. In addition, L the sex toys found in the Raymore storage l name on them.

Finally, Lenexa officer Dawn Layman iden storage locker, including sex toys, and other pre-addressed mail and cards to Trouten fan

In addition to the police and dentists, Lind Boyd, Olathe, the couple who owns Needm that Robinson had rented a storage locker fr they had seen the suspect several times.

## Monday, Oct. 14

Five witnesses testified, but a VCR provide of evidence.

Court officials, the jury and spectators wate homemade sadomasochistic videotape that s murder victim Suzette Trouten. Police office fied that the tape was found in Robinson's C At one point during the tape, Robinson, spea asks, "Would you give your life to your mas responds, "Yes, master."

Layman also told the court that during one home, police found a receipt for a room at th

case.

## Monday, Oct. 7

The prosecution made its first attempt, through two witnesses, to connect one of the victims, Suzette Trouten, directly to Robinson.

Carolyn Trouten, mother of Suzette Trouten, testified that her daughter, who had cared for senior citizens in Monroe, Mich., was hired by Robinson to care for his elderly father, who she said was confined to a wheelchair.

Robinson even paid for the rented truck used to move Suzette Trouten's belongings from Michigan to her new home, according to testimony.

Carolyn Trouten's last conversation with her daughter was March 1, 2000; she said she received two letters from her daughter after that date, one handwritten and one typed. She told the court the writing style used in the typed letter, which came from San Jose, Calif., did not match her daughter's. However, the letter did bear her daughter's signature.

The court also heard from Lore Remington, a Canadian woman who had known Suzette Trouten since 1996. She testified that in March 2000, after she stopped receiving phone calls and e-mails from Trouten, she was contacted by a man who called himself J.R. Turner. She became suspicious of Turner, who prosecutors contend was actually Robinson, and contacted the police in Lenexa.

Prosecutors said they thought Remington was one of the last people to have contact with Trouten, whose body was found four months after she disappeared in March 2000 in a barrel at Robinson's Linn County, Kan., farm.

Also Monday, Lidia Ponce, a Mexican citizen, told the court she mailed a number of pre-written letters for her son from a hotel in Veracruz, Mexico. Her son, Carlos Ibarra of Olathe, testified several days later about where the letters came from.

## Tuesday, Oct. 8

The next day, the prosecution continued its attempt to connect Robinson to the victims through another Canadian woman, Tammy Taylor, Oshawa, Ontario, who told the court she also had been in almost daily contact with Trouten by phone and e-mail until the time of the victim's disappearance in March 2000.

Taylor also said she received calls from a man, identifying himself as

cers, testified about a wiretap operation that targeted Robinson, the police's surveillance of the suspect and trash that was taken from his home during the investigation.

The wiretap yielded taped conversations between Robinson and Remington, witnesses said, and the trash bag search turned up a receipt for letters mailed to Jean Glines, who also testified.

Also linking Robinson to Trouten was Janis Munn, who managed the Guesthouse Apartment Hotel in Lenexa. Munn said she saw Robinson and Trouten together as Trouten checked into an apartment Feb. 14, 2000. However, Munn said she only saw Robinson when Trouten was checked out March 1.

Carlos Ibarra, whose mother, Lidia Ponce, testified two days earlier, confirmed he had given his mother several letters that she was to mail back to Johnson County after she returned to Mexico.

Jurors also heard from another woman, Californian Jean Glines, who spoke about Robinson's sexual interests and about a set of letters sent from San Jose, Calif.

Glines, who had been a friend of the Robinson family, said that after she moved to California, she contacted Robinson for a reference. She testified that Robinson said he was divorced, and that he wanted to have phone sex with her.

Glines also said Robinson sent her a package of letters to be mailed from California; he said they were being sent to protect a woman in an abusive relationship. Trouten's mother previously had testified that she had received a letter from her daughter postmarked from San Jose.

## Thursday, Oct. 10

Thirteen witnesses provided information to support the prosecution's case, including law-enforcement officers, veterinarians, a dentist and even Robinson's wife. The evidence was related to the adoption of victim Lisa Stasi's child and Robinson's various apartments and his Linn County property.

Perhaps most noteworthy was the testimony of Nancy Robinson, who told the court about events before and after her husband's arrest, including the day he brought home a baby who was later adopted by his brother, Donald Robinson, and his wife, Helen. She also spoke about Robinson's purchase of property in Linn County, his rental of storage lockers in Olathe and Raymore, Mo., and her knowledge of affairs her husband allegedly had with other women.

A number of law-enforcement officers also testified, including Lenexa police officers Mike Lowther, Derrick Pierce, Fred Farris and Perry Meyer, and Bruce Guider of the FBI.

The Lenexa officers told the jury about evidence found at Robinson's Olathe storage locker and at his home; the contents of a security tape at the Guesthouse Apartment Hotel, where Suzette Trouten had stayed; interviews with hotel staff members; and the contents of trash bags gathered from Robinson's home. Guider spoke about saliva samples taken from the parents of Izabela Lewicka, another victim in the case, for use in DNA tests.

Two witnesses linked Robinson to the room occupied by Trouten at the Guesthouse Apartment

fied that the tape was found in Robinson's At one point during the tape, Robinson, sh asks, "Would you give your life to your m responds, "Yes, master."

Layman also told the court that during o home, police found a receipt for a room a Rodeway Inn for a room rented to Lisa Sta

In addition to Layman's testimony and th nesses linked Robinson to the Linn Count the victims' bodies were found.

Reita Grant, a resident of Linn County w son property, described her first meeting said she cursed at her after she entered a p to look for one of her cats. Wayne Borche land adjacent to Robinson's property, said allowed him to let his cattle graze on his p to go near the barn. And David Hirsch tol moved a mobile home from Olathe to the

Also testifying was Dan Rundle, crime Johnson County Sheriff's Department, wh he gathered at the Linn County mobile ho Lenexa. He said he found blood stains in t ranging from the size of a pinhead to the s

In addition, Rundle videotaped examin two barrels from the Linn County property tained human bodies.

## Tuesday, Oct. 15

Andrew Lewicki and Danuta Lewicka, pa Izabela Lewicka, testified about their daug home in June 1997. The native of Poland b University, majoring in fine arts, before lea West Lafayette, Ind., to go to Kansas City f saw their daughter again.

After Izabela Lewicka left for Kansas City her parents little about her job or other acti cating with her family only through e-mails she died two years later, allegedly killed by say was her boss, lover and sadomasochist Lewicka's body was found in a barrel on R property.

Danuta Lewicka identified a number of h ings for the court, including a Hungarian co artwork. A later witness identified some of was among items she and Robinson planne Canada.

The court also heard from Jennifer Hayes Lewicka's from West Lafayette. Hayes said est in the darker side of life. Shortly before l Kansas City, Lewicka told Hayes she was le a dominatrix by an older, married man nam fied. The witness identified photos of Izabel bondage, discipline, sadism and masochism

...ten[ts] of a security tape at the Guesthouse Apartment Hotel, where Suzette Trouten had stayed; interviews with hotel staff members; and the contents of trash bags gathered from Robinson's home. Guider spoke about saliva samples taken from the parents of Izabela Lewicka, another victim in the case, for use in DNA tests.

Two witnesses linked Robinson to the room occupied by Trouten at the Guesthouse Apartment Hotel in Lenexa. Isabel Clark, a former housekeeper at the hotel, said she had seen Trouten at the hotel. She remembered seeing a white, balding man take items out of the room before he checked Trouten out. Tim Herrman, who had been the assistant manager at the hotel, said Robinson was the man who returned Trouten's keys.

Another group of witnesses linked Robinson to Trouten's pets. Janile Cosby and Vickie Evenstein, employees of an Olathe animal hospital, said Robinson picked up the two animals from the hospital. Rodney McClain, an animal control officer for Olathe, told the court he impounded two small, stray dogs at Santa Barbara Estates, where Robinson lived.

Also testifying were Larry Sullivan of People's Communications, La Cygne, Kan., who said his company installed two phone lines at Robinson's Linn County property; and Harold McCaffrey, a Monroe, Mich., dentist, who verified Suzette Trouten's dental records.

## Friday, Oct. 11

Police officers and dentists took the stand. Much of the testimony centered on the results of police searches.

Robert Bouggy of West Lafayette, Ind., told the jury he sent dental X-rays of Lewicka to police here. Manhattan forensic dentist David Winter also spoke, telling the court he had identified two of the victims whose bodies were found in Linn County.

Officer David Brown of Lenexa talked about interviews with members of the Trouten family and the initial missing person report regarding Suzette Trouten. But other officers' testimony focused on Robinson's alleged sex life.

Lenexa police officer Dan Owsley said he found documents associated with five of the six victims in Robinson's Olathe home and a storage locker he rented. Among the documents were sex slave contracts and government disability checks intended for two of the victims. One six-page sex contract, he testified, contained more than 100 "sex rules." He

was among items she and Robinson plan[ned]... Canada.

The court also heard from Jennifer Haye[s]... Lewicka's from West Lafayette. Hayes sai[d]... est in the darker side of life. Shortly befor[e]... Kansas City, Lewicka told Hayes she was... a dominatrix by an older, married man na[med]... fied. The witness identified photos of Izab[ela]... bondage, discipline, sadism and masochis[m]...

The cause of Lewicka's death was the su[bject]... Dr. Donald Pojman, the assistant coroner... Kan. He estimated that Izabela Lewicka's... where it was found for six months to two... Trouten's body was in its barrel for a few... man said both women received violent, bl[ows]... round-headed implement to the back of th[e]...

Rundle testified again, saying blood foun[d]... and at the Linn County trailer did not con[nec]... tive to the investigation.

## Wednesday, Oct.

With its witnesses, the prosecution attem[pted]... Robinson used a series of deceptions in hi[s]... dealings to mask his activities.

He told one longtime friend, Barbara San[dre]... had never been married, that his children... he was a CIA agent. Sandre also said Robi[nson]... furniture and other goods to fill an apartm[ent]... were identified in previous testimony as L[ewicka's]...

Also testifying was Jennifer Bonnelot, for[mer]... Olathe's Deerfield Apartments. She said Ro[binson]... ment for his business in in 1998. She also... the tenant who lived in the apartment, say[ing]... as "Izabela Lewicka Robinson," his adopte[d]...

Marilyn Wilkinson, a former manager of... court Robinson rented a box from her com[pany]... ka's name on the box as well.

Dawn Carter of Columbus, Ohio, a colleg[e]... echoed earlier testimony, indicating Lewick[a]... Kansas to be with a BDSM master known...

## Thursday, Oct. 17

Witnesses at the Robinson trial offered a... and personal testimony, linking the victims... County property and describing Robinson'[s]... of the victims.

Julia Brown of formerly of A.J. Long Prop[erties]... Olathe, told the court she rented an apartm[ent]... 1995 to 2000. Sally Lane of the Johnson Co[unty]...

**District Attorney Paul Morrison**

*Compiled by*

Case 3:09-cv-03064-MWB-LTS Document 34-19 Filed 06/23/11 Page 14 of 50

# The case against

Filed 06/22/11 | Document 0364-19 | Case 3:09-cv-03064-MWB-TJS

| | | | | | |
|---|---|---|---|---|---|
|  Friend of Trouten testifies that she spoke with Robinson |  Trouten's parents testify about letters between the victim and Robinson. |  Robinson's wife, Nancy, testifies about events before the arrest of her husband. |  Jury hears police officer testify about sex con- tracts between Robinson and five victims. | Jury sees 39 minutes of videotaped rough sex between Robinson and Trouten |  Parents of victim Izabela Lewicka testify about their daughter. |
| **Tuesday, Oct. 8** | **Wednesday, Oct. 9** | **Thursday, Oct. 10** | **Friday, Oct. 11** | **Monday, Oct. 14** | **Tuesday, Oct. 15** |

prosecution in the John E. Robinson Sr. urder trial ended its case Thursday after a g parade of witnesses and evidence.

Attorney Paul Morrison mapped out the n's case against Robinson during his rguments Oct. 7 at the Johnson County se. Soon afterward, the prosecution start- witnesses, 110 in all, along with more pieces of evidence during roughly 92 he courtroom.

ors think the evidence, presented over 14 convince the jury of six women and five well as one woman and five men among ates, one of whom will join the jury in ns — that Robinson is guilty in the Suzette Trouten, Izabela Lewicka and

day-by-day look at the prosecution's

## ay, Oct. 7

ution made its first attempt, through two witnesses, e of the victims, Suzette Trouten, directly to Robin-

"Tom," after Trouten's disappearance. She indicated Robinson, who was sitting nearby in the courtroom, was "Tom."

Remington and Taylor told the court they stayed in contact with Robinson in hopes of gaining information about Trouten and her whereabouts.

"I was not truthful," Taylor said. "I was playing him along to find out where Suzette was."

During the testimony, prosecutors played taped conversations between the women and Robinson. The recordings were made after law-enforcement officials gained permission for a wiretap as part of a four-month investigation. Robinson was arrested a week after a conversation with Remington in May 25, 2000, was taped.

## Wednesday, Oct. 9

A host of police officials, victims' family members and other witnesses testified during the Robinson trial, providing testimony linking Robinson to a series of letters, victims' belongings and a victim's hotel room.

Suzette Trouten's parents, Carolyn and Harry, testified about letters they each received from their daughter. Carolyn Trouten also identified several items that belonged to her daughter, as did Marshella Chidester of Monroe, Mich., the victim's aunt. Witnesses later linked the items to Robinson.

Brad Hill, Mike Lowther and Dan Owsley, all Lenexa police officers, testified about a wiretap operation that targeted Robinson, the police's surveillance of the suspect and trash that was taken from his home during the investigation.

The wiretap yielded taped conversations between Robinson and Remington, witnesses said, and the trash bag search turned up a receipt for letters mailed to Jean Glines, who also testified.

Also linking Robinson to Trouten was Janis Munn, who man-

also said police found a library card with the name "Izabela Lewicka Robinson," and a document that gave Robinson power of attorney over Lewicka's affairs.

Officer Mike Lowther, also of Lenexa, said police found sex toys, household belongings and documents of victims at Robinson's Olathe storage locker. The items included knickknacks, a textbook and two jewelry boxes that were identified by family members as belonging to Suzette Trouten. In addition, Lowther said, some of the sex toys found in the Raymore storage locker had Trouten's name on them.

Finally, Lenexa officer Dawn Layman identified items from the storage locker, including sex toys, and other seized items, such as pre-addressed mail and cards to Trouten family members.

In addition to the police and dentists, Linda Harvey and Jim Boyd, Olathe, the couple who owns Needmor Storage, confirmed that Robinson had rented a storage locker from them, and that they had seen the suspect several times.

## Monday, Oct. 14

Five witnesses testified, but a VCR provided a noteworthy piece of evidence.

Court officials, the jury and spectators watched a 39-minute, homemade sadomasochistic videotape that showed Robinson and murder victim Suzette Trouten. Police officer Dawn Layman testified that the tape was found in Robinson's Olathe storage locker. At one point during the tape, Robinson, speaking to Trouten, asks, "Would you give your life to your master?" Trouten responds, "Yes, master."

Layman also told the court that during one search of Robinson's home, police found a receipt for a room at the Overland Park Rodeway Inn for a room rented to Lisa Stasi, another victim in the

UNO 00216

ecution made its first attempt, through two witnesses,
ne of the victims, Suzette Trouten, directly to Robin-

outen, mother of Suzette Trouten, testified that her
who had cared for senior citizens in Monroe, Mich.,
Robinson to care for his elderly father, who she said
d to a wheelchair.
even paid for the rented truck used to move Suzette
elongings from Michigan to her new home, according

outen's last conversation with her daughter was
00; she said she received two letters from her daugh-
date, one handwritten and one typed. She told the
iting style used in the typed letter, which came from
lif., did not match her daughter's. However, the letter
daughter's signature.
also heard from Lore Remington, a Canadian woman
own Suzette Trouten since 1996. She testified that in
r she disappeared in March 2000 in a barrel at Robin-
County, Kan., farm.
day, Lidia Ponce, a Mexican citizen, told the court she
mber of pre-written letters for her son from a hotel in
exico. Her son, Carlos Ibarra of Olathe, testified sever-
about where the letters came from.

s said they thought Remington was one of the last
ve contact with Trouten, whose body was found four
r she disappeared in March 2000 in a barrel at Robin-

She became suspicious of Turner, who prosecutors
actually Robinson, and contacted the police in

said she received
man, iden-
elf as

## day, Oct. 8

ay, the prosecution continued its attempt to connect
the victims through another Canadian woman, Tam-
Oshawa, Ontario, who told the court she also had
ost daily contact with Trouten by phone and e-mail
e of the victim's disappearance in March 2000.

A number of law-enforcement officers also testified, including
Lenexa police officers Mike Lowther, Derrick Pierce, Fred Farris
and Perry Meyer, and Bruce Guider of the FBI.

The Lenexa officers told the jury about evidence found at
Robinson's Olathe storage locker and at his home; the con-
tents of a security tape at the Guesthouse Apartment
Hotel, where Suzette Trouten had stayed; interviews
with hotel staff members; and the contents of trash
bags gathered from Robinson's home. Guider spoke
about saliva samples taken from the parents of
Izabela Lewicka, another victim in the case, for use
in DNA tests.

Two witnesses linked Robinson to the room occu-
pied by Trouten at the Guesthouse Apartment
Hotel in Lenexa. Isabel Clark, a former housekeep-
er at the hotel, said she had seen Trouten at the
hotel. She remembered seeing a white, balding
man take items out of the room before he

Remington, witnesses said, and the trash bag search turned up a
receipt for letters mailed to Jean Glines, who also testified.

Also linking Robinson to Trouten was Janis Munn, who man-
aged the Guesthouse Apartment Hotel in Lenexa. Munn said she
saw Robinson and Trouten together as Trouten checked into an
apartment Feb. 14, 2000. However, Munn said she only saw
Robinson when Trouten was checked out March 1.

Carlos Ibarra, whose mother, Lidia Ponce, testified two days
earlier, confirmed he had given his mother several letters that she
was to mail back to Johnson County after she returned to Mexico.

Jurors also heard from another woman, Californian Jean Glines,
who spoke about Robinson's sexual interests and about a set of
letters sent from San Jose, Calif.

Glines, who had been a friend of the Robinson family, said that
after she moved to California, she contacted Robinson for a refer-
ence. She testified that Robinson said he was divorced, and that
he wanted to have phone sex with her.

Glines also said Robinson sent her a package of letters to be
mailed from California; he said they were being sent to protect a
woman in an abusive relationship. Trouten's mother previously
had testified that she had received a letter from her daughter post-
marked from San Jose.

## Thursday, Oct. 10

Thirteen witnesses provided information to support the prosecu-
tion's case, including law-enforcement officers, veterinarians, a
dentist and even Robinson's wife. The evidence was related to the
adoption of victim Lisa Stasi's child and Robinson's various apart-
ments and his Linn County property.

Perhaps most noteworthy was the testimony of Nancy Robin-
son, who told the court about events before and after her hus-
band's arrest, including the day he brought home a baby who
was later adopted by his brother, Donald Robinson, and his wife,
Helen. She also spoke about Robinson's purchase of property in
Linn County, his rental of storage lockers in Olathe and Raymore,
Mo., and her knowledge of affairs her husband allegedly had with
other women.

Layman also told the court that during one search of Robinson's
home, police found a receipt for a room at the Overland Park
Rodeway Inn for a room rented to Lisa Stasi, another victim in the
case.

In addition to Layman's testimony and the videotape, three wit-
nesses linked Robinson to the Linn County property where two of
the victims' bodies were found.

Reita Grant, a resident of Linn County who lives near the Robin-
son property, described her first meeting with the defendant. She
said he cursed at her after she entered a pole barn on his property
to look for one of her cats. Wayne Borchett, a farmer who owned
land adjacent to Robinson's property, said the Olathe man
allowed him to let his cattle graze in his pasture, but told him not
to go near the barn. And David Hersch told the court how he
moved a mobile home from Olathe to the Linn County site in July
1998.

Also testifying was Dan Rundle, a crime lab technician with the
Johnson County Sheriff's Department, who talked about evidence
he gathered at the Linn County mobile home and the hotel in
Lenexa. He said he found blood stains in the Lenexa hotel room
ranging from the size of a pinhead to the size of an orange.

In addition, Rundle videotaped the examination and removal of
two barrels from the Linn County property, both of which con-
tained human bodies.

## Tuesday, Oct. 15

Andrew Lewicki and Danuta Lewicka, parents of murder victim
Izabela Lewicka, testified about their daughter's life before she left
home in June 1997. The native of Poland briefly attended Purdue
University, majoring in fine arts, before leaving her hometown of
West Lafayette, Ind., to go to Kansas City for a job. The two never
saw their daughter again.

After Izabela Lewicka left for Kansas City, Lewicki said, she told
her parents little about her job or other activities here, communi-
cating with her family only through e-mails. Prosecutors contend
she died two years later, allegedly killed by Robinson, who they
say was her boss, lover and sadomasochistic master. Izabela
Lewicka's body was found in a barrel on Robinson's Linn County
property.

Danuta Lewicka identified a number of her daughter's belong-
ings for the court, including a Hungarian coffee maker and some
artwork. A later witness identified some of the artwork, which
was among items she and Robinson planned to take with them to
Canada.

The court also heard from Jennifer Hayes, a friend of Izabela
Lewicka's from West Lafayette. Hayes said Lewicka had an inter-
est in the darker side of life. Shortly before her departure for
Kansas City, Lewicka told Hayes she was leaving to be trained as
a dominatrix by an older, married man named John, Hayes testi-
fied. The witness identified photos of Izabela Lewicka engaged in
bondage, discipline, sadism and masochism, or BDSM.

The cause of Lewicka's death was the subject of testimony from
Dr. Donald Pojman, the assistant coroner of Shawnee County,
Kan. He estimated that Izabela Lewicka's body was in the barrel
where it was found for six months to two years, and that
Trouten's body was in its barrel for a few months to a year. Poj-

The court also heard from Jennifer Hayes, a friend of Izabela Lewicka's from West Lafayette. Hayes said Lewicka had an interest in the darker side of life. Shortly before her departure for Kansas City, Lewicka told Hayes she was leaving to be trained as a dominatrix by an older, married man named John, Hayes testified. The witness identified photos of Izabela Lewicka engaged in bondage, discipline, sadism and masochism, or BDSM.

The cause of Lewicka's death was the subject of testimony from Dr. Donald Pojman, the assistant coroner of Shawnee County, Kan. He estimated that Izabela Lewicka's body was in the barrel where it was found for six months to two years, and that Trouten's body was in its barrel for a few months to a year. Pojman said both women received violent, blunt blows from a round-headed implement to the back of their heads.

Rundle testified again, saying blood found in the Lenexa hotel and at the Linn County trailer did not contain any evidence relative to the investigation.

## Wednesday, Oct. 16

With its witnesses, the prosecution attempted to show that Robinson used a series of deceptions in his public and private dealings to mask his activities.

He told one longtime friend, Barbara Sandre, Toronto, that he had never been married, that his children were adopted and that he was a CIA agent. Sandre also said Robinson provided her with furniture and other goods to fill an apartment for her. The goods were identified in previous testimony as Lewicka's.

Also testifying was Jennifer Boniedot, former manager at Olathe's Deerfield Apartments. She said Robinson rented an apartment for his business in in 1998. She also identified Lewicka as the tenant who lived in the apartment, saying he introduced her as "Izabela Lewicka Robinson," his adopted daughter.

Marilyn Wilkinson, a former manager of Mailboxes Etc., told the court Robinson rented a box from her company and listed Lewicka's name on the box as well.

Dawn Carter of Columbus, Ohio, a college friend of Lewicka's, echoed earlier testimony, indicating Lewicka planned to move to Kansas to be with a BDSM master known only as "John."

## Thursday, Oct. 17

Witnesses at the Robinson trial offered a mixture of scientific and personal testimony, linking the victims to Robinson's Linn County property and describing Robinson's relationships with one of the victims.

Julia Brown of formerly of A.J. Lang Property Management in Olathe, told the court she rented an apartment to Robinson from 1995 to 2000. Sally Lane of the Johnson County Crime Lab said

with hotel staff members; and the contents of trash bags gathered from Robinson's home. Guider spoke about saliva samples taken from the parents of Izabela Lewicka, another victim in the case, for use in DNA tests.

Two witnesses linked Robinson to the room occupied by Trouten at the Guesthouse Apartment Hotel in Lenexa. Isabel Clark, a former housekeeper at the hotel, said she had seen Trouten at the hotel. She remembered seeing a white, balding man take items out of the room before he checked Trouten out. Tim Herrman, who had been the assistant manager at the hotel, said Robinson was the man who returned Trouten's keys.

Another group of witnesses linked Robinson to Trouten's pets. Janile Cosby and Vickie Evenstein, employees of an Olathe animal hospital, said Robinson picked up the two animals from the hospital. Rodney McClain, an animal control officer for Olathe, told the court he impounded two small, stray dogs at Santa Barbara Estates, where Robinson lived.

Also testifying were Larry Sullivan of People's Communications, La Cygne, Kan., who said his company installed two phone lines at Robinson's Linn County property; and Harold McCaffrey, a Monroe, Mich., dentist, who verified Suzette Trouten's dental records.

## Friday, Oct. 11

Police officers and dentists took the stand. Much of the testimony centered on the results of police searches.

Robert Bouggy of West Lafayette, Ind., told the jury he sent dental X-rays of Lewicka to police here. Manhattan forensic dentist David Winter also spoke, telling the court he had identified two of the victims whose bodies were found in Linn County.

Officer David Brown of Lenexa talked about interviews with members of the Trouten family and the initial missing person report regarding Suzette Trouten. But other officers' testimony focused on Robinson's alleged sex life.

Lenexa police officer Dan Owsley said he found documents associated with five of the six victims in Robinson's Olathe home and a storage locker he rented. Among the documents were sex slave contracts and government disability checks intended for two of the victims. One six-page sex contract, he testified, contained more than 100 "sex rules." He

**District Attorney Paul Morrison**

*Compiled by Mark Reddig*

Case 3:09-cv-03064-MWB-LTS   Document 64-18   Filed 06/23/11   Page 17 of 50

# John E. Robinson



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Longtime friend testifies Robinson said he was a CIA agent. | Criminologist testifies that blood and hair samples found in Linn County came from Lewicka. | Robinson's mistress, Alesia Cox, describes their relationship. | | Robinson's brother tells about his adoption of Stasi's baby. | Prosecutors present evidence on three more bodies found in barrels. | Prosecutors tie up loose ends with fingerprint matching and expert testimony. | |
| **Wednesday, Oct. 16** | **Thursday, Oct. 17** | **Friday, Oct. 18** | | **Monday, Oct. 21** | **Tuesday, Oct. 22** | **Wednesday, Oct. 23** | **Thu** |

Filed 06/23/11

Case 3:09-cr-03064-MWB-LTS     DOCUMENT 204819

she had taken blood samples from the apartment in Olathe and forwarded them to the Kansas City Crime Lab.

Robert Frank Booth, senior criminologist at the Kansas City, Mo., Regional Crime Lab, said on the stand that blood and hair samples at the Linn County property and an Olathe apartment matched Trouten and Lewicka.

Booth was the last witness of the day. Before him, a parade of other witnesses, 15 in all, provided information about Robinson and his relationship to Lewicka.

Karen Scott, a print broker for Robinson's publishing business, said Robinson told her Lewicka was his adopted daughter. Eric Collins told the court he met Lewicka in two roles: as a part of a vampire role-playing game and when she ordered a banner at his workplace, which she picked up with Robinson. At that encounter, Robinson identified Lewicka as his wife.

Pam Sadewhite, who runs a graphics arts company, said Lewicka claimed Robinson was her uncle. And Margaret Davis, a Johnson County Community College instructor, said Lewicka, one of her students, called herself Izabela Lewicka-Robinson and said she was married to an older man.

Canadian Barbara Sandre also continued to testify, telling the court that Robinson planned to move with her to Canada permanently. She was looking for an apartment in Toronto when she learned of his arrest. Several pieces of art she packed to bring to Canada — including some signed "John" or "J.R." — were identified by Lewicka's relatives as the victim's work.

Dawn Layman of the Lenexa Police Department identified other items, including linens that Sandre packed, which Layman said matched a pillowcase found in a barrel with Lewicka's body. In addition, she spoke about clothing confiscated from a Shawnee woman who was an acquaintance of Robinson's. Lewicka's

had no knowledge of the adoption, and that his name was forged on the adoption documents. Ron Wood, John Robinson's business attorney and no relation to Doug Wood, said his name on some of papers was not his signature, either. Johnson County District Court Magistrate Judge Michael Farley also disputed his signature on the papers. At the time, he said, he had "no jurisdiction in adoptions." He added that John Robinson had access to his signature from at least two small-claims matters.

Sandy McCurdy, chief clerk of the district court, told the jury that a search by her office of all adoption papers filed in 1985 did not reveal any legal paperwork involving Robinson or his family.

The papers had a signature and stamp of Evi Gresham, who testified that she was John Robinson's mistress for about a year in the mid-1980s. Gresham said she had "never" been a notary public.

Another link between Lisa Stasi and Robinson was provided by William Willis, a fingerprint expert for the Johnson County Sheriff's Office. He told the court that footprints from 1984 records at Truman Medical Center, Independence, Mo., and footprints taken by a FBI agent June 23, 2000, of Heather Tiffany Robinson in Chicago were from the same person. He also testified about fingerprints on letters sent to relatives of the victims, indicating none matched Robinson.

## Tuesday Oct. 22

Prosecutors presented evidence designed to link Robinson to the discovery of the bodies of three women — Beverly Bonner, 49, Cameron, Mo., Sheila Faith, 45, and her disabled daughter, Debbie, 16 — whose bodies were found in 55-gallon barrels June 5, 2000, in a Raymore, Mo., storage locker.

per article used to wrap it. The lamp was in a box of items that belonged to Trouten, who was believed to have been killed a month before. The box was found in Robinson's Linn County mobile home.

Two other witnesses provided additional links between son and the victims.

Dr. William Bonner of Nevada, Mo., former husband of Beverly Bonner, testified he once treated Robinson while the prison doctor at the Western Missouri Correctional Center, Cameron, Mo. Beverly Bonner, a librarian at the prison, met Robinson there. Jurors had not heard about Robinson's criminal history before Wednesday.

Years later, the Bonners divorced, and Beverly Bonner moved out of Cameron. After she moved, William Bonner said, he received two letters from her with overseas postage and postmarks.

In addition, Sandra Shields, a former lover of Robinson, testified, telling the jury she met the defendant by answering a personal ad in a Kansas City tabloid for a woman interested in BDSM. He called himself "B.J. Bonner." She said she had a sexual master-slave relationship with Robinson for about five years in 1995. Shields said the defendant presented himself as a wealthy businessman who owned an international company.

Shields said Robinson gave her a few personal items, including a cross-stitched angel in an oval frame. A close friend of Faith identified the angel as one made by Faith before she went to visit "a new man in Missouri."

Other witnesses told how Robinson, 58, used a post office box in Olathe as a gathering point for alleged illegal gain, including tens of thousands of dollars in government checks to Sheila and Debbie Faith, 16, and alimony checks to Beverly Bonner.

matched a pillowcase found in a barrel with Lewicka's body. In addition, she spoke about clothing confiscated from a Shawnee woman who was an acquaintance of Robinson's daughter's.

Timothy Dennis of the Kansas Bureau of Investigation told the court the KBI took hundreds of books from a duplex Robinson shared with Sandre. He said the owner of A. Friendly's Bookstore in Overland Park identified 49 of the books as ones he sold to Lewicka. The store owner, Robert Meyers, added that Lewicka tended to buy books about subjects such as the occult, vampires and sorcery. While she most frequently came in alone, on one of her last visits, she was accompanied by a man who was "very possibly ... the defendant."

## Friday, Oct. 18

Prosecutors led off a long line of witnesses with Alesia Cox, who said she was Robinson's mistress. She described aspects of her relationship with the defendant that mirrored prosecutors' depictions of his relationship with the victims.

Prosecutors brought nine witnesses to the stand on this day. Other witnesses provided information about Lisa Stasi, another victim in the case, and her relationship to Robinson.

Cox said Robinson agreed to provide her an apartment and an allowance in exchange for sex, even requiring her to sign a sex contract. However, she said their relationship did not involve BDSM.

She also said Robinson told her he had contacts high in government.

"He knew the president," she said, relating what she was told. "He was on Air Force One."

Before a planned trip, Cox said Robinson had her prepare letters in advance telling her family she was having a good time. The letters, which were put into evidence by the prosecution, were similar to ones sent to the families of victims Lewicka and Trouten. He also offered her clothing that was identified in other testimony as belonging to Lewicka.

After Cox, a series of witnesses began to outline the life of victim Lisa Stasi.

Carl Stasi, former husband of the missing woman and the father of her daughter, Tiffany, spoke to the court about how his marriage to Lisa Stasi ended after he re-enlisted in the Navy. He also identified a photo of his daughter, now 18, as a baby.

Karen Moore, Lisa Stasi's aunt from Gladstone, Mo., testified that after the Stasis' marriage broke up, Lisa Stasi lived in Hope House, a shelter for women. Prosecutors say she first met Robinson there.

The victim's mother-in-law, Betty Stasi, described what is thought to be the last contact anyone had with Lisa Stasi. It was a phone call from the Overland Park Rodeway Inn in which the victim told her mother-in-law that someone was trying to take her child away. Lisa Stasi's child was raised by Robinson's brother and his wife after the defendant arranged an adoption.

Kathy Klinginsmith, Carl Stasi's sister, described how her sister in law was picked up by a man calling himself "John Osborne," whom she identified as Robinson; Klinginsmith said she never saw Lisa Stasi again

Cameron, Mo., Sheila Faith, 45, and her disabled daughter, Debbie, 16 — whose bodies were found in 55-gallon barrels June 5, 2000, in a Raymore, Mo., storage locker.

Dr. Thomas Young, a medical examiner for Jackson County, Mo., told the jury all three victims suffered multiple blows to their heads, which he said were consistent with the use of a hammer. Young identified Debbie Faith's body at the morgue using X-rays. The bodies of her mother and Bonner were identified by Dr. Ronald Geyer, a forensics dentist, using dental records.

Douglas Borcherding of the Overland Park Police Department, who, with Lenexa Police officers, was sent to the Raymore locker to assist Raymore police, described the locker as being very cluttered and filled with "boxes and junk." He also said it had an odor he associated with dead bodies.

Kevin Winer, a senior criminologist with the crime lab, said the barrels were found beneath plastic sheeting, a child's swimming pool and smaller items near the back of the locker. Winer opened one barrel, discovered the body within and resealed it. All three barrels were sent to the Kansas City, Mo., crime lab in small children's wading pools to capture leaking fluids.

Luggage in the locker, Winer said, identified Robinson as the owner.

Loretta Mattingly, manager of the storage center, testified Robinson rented two lockers for Beverly Bonner, who he said was "his sister."

Also testifying were several family members of the Missouri victims, including: Larry and Lowell Heath, brothers of 49-year-old Beverly Bonner, and Michelle Fox and Cathy Norman, sisters of Sheila Faith, 45, and aunts to her 16-year-old daughter, Debbie.

Fox and Norman testified about a man named "Jim." Their sister told them he was an international businessman who had offered her a job.

Bonner's brothers said they became suspicious after receiving letters purportedly from her with international postmarks. One letter referred to her boss as "Jim Redmond." They also said Bonner did not attend two important family events — a wedding and her son's funeral.

Sheila Faith's sisters said that they also received letters, but that the letters were typewritten, and Sheila Faith wrote letters in long hand.

Prosecutors claim Robinson used the overseas letters to conceal victims' deaths.

Norman admitted Sheila Faith had an interest in bondage, discipline, sadism and masochism activities dating back to the 1980s. Confirming that was Nancy Guerrero, a friend of Shiela Faith whose disabled daughter was a childhood friend of Debbie Faith. She testified about her friend's interest in BDSM, her monthly check from Social Security — her only income — and the Faiths' departure to meet "Jim."

Johnson County prosecutors allege that Robinson killed the Faiths and Bonner for financial gain, and that he continued to deposit alimony checks from Bonner's former husband and Social Security checks for the Faiths long after their disappearances. Police testified earlier they found Social Security statements and copies of benefit checks from 1997 for Sheila and Debbie Faith at Robinson's Olathe home after his arrest.

tens of thousands of dollars in government checks to Sha... and Debbie Faith, 16, and alimony checks to Beverly Bo...

R.E. Holtz, a senior special agent for the Office of the I... General, testified the Social Security Administration was in June 1994 to send the Faiths' checks to a post office b... Olathe. Rick Dougan, a Lenexa police officer, said the po... box was rented by Robinson, who used the name James at the Mail Room in Olathe.

Beverly Brewington, senior vice president at the Comm... Bank of Raymore, Mo., said her bank records revealed a account involving Hydro Gro, a firm linked to Robinson. ... account indicated the account was accessible James... and Bonner. She said a few Social Security check to the... were deposited into that account from July 1994 until mi...

Bret Hanz, a banking officer for Bank of America, testi... Olathe branch found two business accounts linked to the ... dant, including a personal account with the name Izabel... ka, one of the victims found in Linn County. H... said f... Social Security checks to the Faiths were deposited in the ... ness account in February and March 2000 and the gover... check in December 1998. A check from that account was ... out to Robinson's magazine-publishing firm Sept 1, 199... ing only a few dollars in the account.

## Thursday, Oct. 24

Thursday was the last day the prosecution presented e... in the case, with District Attorney Paul Morrison resting ... p.m.

Prosecutors called three witnesses to the stand before re... their case. Two were crime lab experts who testified on fi... print and DNA evidence seized or received by police inve... tors. They were Lyla Thompson, a fingerprint technician... Johnson County Crime Lab, and Robert Frank Booth, a D... expert and crime analyst from the Kansas City, Mo., Regi... Crime Lab, who testified that DNA samples from... Robins... matched samples retrieved from letters sent to Bonner's... in Florida.

The other was Vickie Neufeld, who claimed Robinson ass... her in April 2000 in an Overland Park motel and stole her sex...

*Closing arguments are scheduled for Monday with jury deli... to begin immediately thereafter.*

Case 3:09-cv-03064-MWB-LTS Document 284-19 Filed 06/23/11 Page 19 of 50

son there.

The victim's mother-in-law, Betty Stasi, described what is thought to be the last contact anyone had with Lisa Stasi. It was a phone call from the Overland Park Rodeway Inn in which the victim told her mother-in-law that someone was trying to take her child away. Lisa Stasi's child was raised by Robinson's brother and his wife after the defendant arranged an adoption.

Kathy Klinginsmith, Carl Stasi's sister, described how her sister in law was picked up by a man calling himself "John Osborne," whom she identified as Robinson; Klinginsmith said she never saw Lisa Stasi again.

Lisa Stasi told family members that Robinson, under the name Osborne, was setting up a new charity to help needy young mothers and their infants. Klinginsmith said Lisa Stasi told her Robinson was keeping her at the Overland Park motel because the organization's shelter was being used by two young women.

Karen Gaddis, a former social worker at Truman Medical Center, told the jury Robinson approached her in late 1984 for referrals to the new charity. He told her he preferred young, white women, who had no close ties to family members, she said, adding that she was wary of Robinson's plans. Gaddis said she never referred women to his program.

Steven Haymes, Robinson's former Missouri parole officer, said he questioned Robinson Jan. 24, 1985, about the program. Robinson did provide information about the charity to Haymes and later admitted he had provided a hotel room for Lisa Stasi.

Colette Dooley, a records official at Truman Medical Center, identified records on mother and child, including the infant's footprints and the mother's thumb print.

Cindy Scott, a retired detective of the Overland Park Police, Department told the jury she interviewed Robinson Feb. 1, 1985, in connection with Lisa Stasi's disappearance. Missing person reports on the mother and her child were filed in 1985 with the National Crime Information Center.

## Monday, Oct. 21

John Robinson's brother, Donald, and sister-in-law, Helen, told the jury Oct. 21 about their adoption of a baby girl in 1985, which was arranged, they said, by the defendant.

Donald Robinson said his brother told him the child's mother had committed suicide in an Overland Park hotel. He also reportedly said he knew Doug Wood, an adoption attorney, who could aid the process. Donald Robinson gave his brother several thousand dollars to arrange the adoption.

Donald and Helen Robinson said that 15 years later, they learned the child they raised as Heather Tiffany Robinson was really Tiffany Stasi.

Other testimony Monday focused on the adoption in question. Doug Wood, now a county commissioner, told the jury that he

She testified about her friend's interest in BDSM, her monthly check from Social Security — her only income — and the Faiths' departure to meet "Jim."

Johnson County prosecutors allege that Robinson killed the Faiths and Bonner for financial gain, and that he continued to deposit alimony checks from Bonner's former husband and Social Security checks for the Faiths long after their disappearances. Police testified earlier they found Social Security statements and copies of benefit checks from 1997 for Sheila and Debbie Faith at Robinson's Olathe home after his arrest.

Coleen Davis, manager of the Mail Room in Olathe, a mail box company, testified Robinson rented two boxes, using the alias "Jim Turner." One box was for mail addressed to Bonner, the other was for mail to the Faiths.

## Wednesday, Oct. 23

Prosecutors spent the day tying up loose ends in their case against Robinson, calling 14 witnesses, ranging from police officers to crime lab technicians to bankers to a former sadomasochistic sex partner of the defendant.

The police and crime lab witnesses included witness No. 100, Steven Warlen, a forensic science specialist for the Kansas City, Mo., police lab, who testified about fingerprints "of possible value" on a large plastic sheet found in the Raymore, Mo., storage locker.

Also among that group were Lyla Thompson of the Johnson County Crime Lab, the final witness Wednesday, who said she found Robinson's fingerprints on a green oil lamp and the April 1, 2000, newspa-



Special to The Olathe News

Accused serial killer John E. Robinson Sr.

# hn E. Robinson



Criminologist testifies that blood and hair samples found in Linn County came from Lewicka.
**Thursday, Oct. 17**

Robinson's mistress, Alesia Cox, describes their relationship.
**Friday, Oct. 18**

Robinson's brother tells about his adoption of Stasi's baby.
**Monday, Oct. 21**

Prosecutors present evidence on three more bodies found in barrels.
**Tuesday, Oct. 22**

Prosecutors tie up loose ends with fingerprint matching and expert testimony.
**Wednesday, Oct. 23**

Prosecution finishes testimony on DNA and fingerprint evidence.
**Thursday, Oct. 24**

ples from the apartment in Olathe and ansas City Crime Lab.

nior criminologist at the Kansas City, , said on the stand that blood and hair ty property and an Olathe apartment wicka.

ess of the day. Before him, a parade of , provided information about Robinson wicka.

ker for Robinson's publishing business, wicka was his adopted daughter. Eric met Lewicka in two roles: as a part of a e and when she ordered a banner at his ked up with Robinson. At that tified Lewicka as his wife.

ns a graphics arts company, said Lewic- her uncle. And Margaret Davis, a John- College instructor, said Lewicka, one of lf Izabela Lewicka-Robinson and said er man.

re also continued to testify, telling the ned to move with her to Canada perma- or an apartment in Toronto when she eral pieces of art she packed to bring to e signed "John" or "J.R." — were identi- s as the victim's work.

nexa Police Department identified other at Sandre packed, which Layman said nd in a barrel with Lewicka's body. In clothing confiscated from a Shawnee aaintance of Robinson's. Lewicka's

had no knowledge of the adoption, and that his name was forged on the adoption documents. Ron Wood, John Robinson's business attorney and no relation to Doug Wood, said his name on some of papers was not his signature, either. Johnson County District Court Magistrate Judge Michael Farley also disputed his signature on the papers. At the time, he said, he had "no jurisdiction in adoptions." He added that John Robinson had access to his signature from at least two small-claims matters.

Sandy McCurdy, chief clerk of the district court, told the jury that a search by her office of all adoption papers filed in 1985 did not reveal any legal paperwork involving Robinson or his family.

The papers had a signature and stamp of Evi Gresham, who testified that she was John Robinson's mistress for about a year in the mid-1980s. Gresham said she had "never" been a notary public.

Another link between Lisa Stasi and Robinson was provided by William Willis, a fingerprint expert for the Johnson County Sheriff's Office. He told the court that footprints from 1984 records at Truman Medical Center, Independence, Mo., and footprints taken by a FBI agent June 23, 2000, of Heather Tiffany Robinson in Chicago were from the same person. He also testified about fingerprints on letters sent to relatives of the victims, indicating none matched Robinson.

## Tuesday Oct. 22

Prosecutors presented evidence designed to link Robinson to the discovery of the bodies of three women — Beverly Bonner, 49, Cameron, Mo., Sheila Faith, 45, and her disabled daughter, Debbie, 16 — whose bodies were found in 55-gallon barrels June 5, 2000, in a Raymore, Mo., storage locker.

per article used to wrap it. The lamp was in a box of items that belonged to Trouten, who was believed to have been killed the month before. The box was found in Robinson's Linn County mobile home.

Two other witnesses provided additional links between Robinson and the victims.

Dr. William Bonner of Nevada, Mo., former husband of victim Beverly Bonner, testified he once treated Robinson while he was the prison doctor at the Western Missouri Correctional Center at Cameron, Mo. Beverly Bonner, a librarian at the prison, met Robinson there. Jurors had not heard about Robinson's criminal history before Wednesday.

Years later, the Bonners divorced, and Beverly Bonner moved out of Cameron. After she moved, William Bonner said, he received two letters from her with overseas postage and postmarks.

In addition, Sandra Shields, a former lover of Robinson's, testified, telling the jury she met the defendant by answering a personal ad in a Kansas City tabloid for a woman interested in BDSM. He called himself "B.J. Bonner." She said she had a sexual master-slave relationship with Robinson for about five months in 1995. Shields said the defendant presented himself as a wealthy businessman who owned an international company.

Shields said Robinson gave her a few personal items, including a cross-stitched angel in an oval frame. A close friend of Sheila Faith identified the angel as one made by Faith before she left to visit "a new man in Missouri."

Other witnesses told how Robinson, 58, used a post office box in Olathe as a gathering point for alleged illegal gain, including tens of thousands of dollars in government checks to Sheila, 45, and Debbie Faith, 16, and alimony checks to Beverly Bonner, 49.

R.E. Holtz, a senior special agent for the Office of the Inspector

nd in a barrel with Lewicka's body. In t clothing confiscated from a Shawnee aintance of Robinson's. Lewicka's clothing as her daughter's.

Kansas Bureau of Investigation told the eds of books from a duplex Robinson aid the owner of A. Friendly's Bookstore d 49 of the books as ones he sold to r, Robert Meyers, added that Lewicka t subjects such as the occult, vampires ost frequently came in alone, on one of companied by a man who was "very "

## t. 18

g line of witnesses with Alesia Cox, who mistress. She described aspects of her ndant that mirrored prosecutors' depic- ith the victims.

e witnesses to the stand on this day. information about Lisa Stasi, another r relationship to Robinson.

ed to provide her an apartment and an r sex, even requiring her to sign a sex aid their relationship did not involve

old her he had contacts high in govern-

" she said, relating what she was told. e."

ox said Robinson had her prepare letters ily she was having a good time. The let- evidence by the prosecution, were simi- ilies of victims Lewicka and Trouten. g that was identified in other testimony

nesses began to outline the life of victim

nd of the missing woman and the father poke to the court about how his mar- fter he re-enlisted in the Navy. He also aughter, now 18, as a baby.

s aunt from Gladstone, Mo., testified age broke up, Lisa Stasi lived in Hope en. Prosecutors say she first met Robin-

aw, Betty Stasi, described what is act anyone had with Lisa Stasi. It was a nd Park Rodeway Inn in which the vic- y that someone was trying to take her ild was raised by Robinson's brother ndant arranged an adoption.

Stasi's sister, described how her sister man calling himself "John Osborne," obinson; Klinginsmith said she never

Cameron, Mo., Sheila Faith, 45, and her disabled daughter, Debbie, 16 — whose bodies were found in 55-gallon barrels June 5, 2000, in a Raymore, Mo., storage locker.

Dr. Thomas Young, a medical examiner for Jackson County, Mo., told the jury all three victims suffered multiple blows to their heads, which he said were consistent with the use of a hammer. Young identified Debbie Faith's body at the morgue using X-rays. The bodies of her mother and Bonner were identified by Dr. Ronald Geyer, a forensics dentist, using dental records.

Douglas Borcherding of the Overland Park Police Department, who, with Lenexa Police officers, was sent to the Raymore locker to assist Raymore police, described the locker as being very clut- tered and filled with "boxes and junk." He also said it had an odor he associated with dead bodies.

Kevin Winer, a senior criminologist with the crime lab, said the barrels were found beneath plastic sheeting, a child's swimming pool and smaller items near the back of the locker. Winer opened one barrel, discovered the body within and resealed it. All three barrels were sent to the Kansas City, Mo., crime lab in small chil- dren's wading pools to capture leaking fluids.

Luggage in the locker, Winer said, identified Robinson as the owner.

Loretta Mattingly, manager of the storage center, testified Robin- son rented two lockers for Beverly Bonner, who he said was "his sister."

Also testifying were several family members of the Missouri vic- tims, including: Larry and Lowell Heath, brothers of 49-year-old Beverly Bonner, and Michelle Fox and Cathy Norman, sisters of Sheila Faith, 45, and aunts to her 16-year-old daughter, Debbie.

Fox and Norman testified about a man named "Jim." Their sis- ter told them he was an international businessman who had offered her a job.

Bonner's brothers said they became suspicious after receiving letters purportedly from her with international postmarks. One let- ter referred to her boss as "Jim Redmond." They also said Bonner did not attend two important family events — a wedding and her son's funeral.

Shelia Faith's sisters said that they also received letters, but that the letters were typewritten, and Sheila Faith wrote letters in long hand.

Prosecutors claim Robinson used the overseas letters to conceal victims' deaths.

Norman admitted Sheila Faith had an interest in bondage, disci- pline, sadism and masochism activities dating back to the 1980s.

Confirming that was Nancy Guerrero, a friend of Shiela Faith whose disabled daughter was a childhood friend of Debbie Faith. She testified about her friend's interest in BDSM, her monthly check from Social Security — her only income — and the Faiths' departure to meet "Jim."

Johnson County prosecutors allege that Robinson killed the Faiths and Bonner for financial gain, and that he con- tinued to deposit alimony checks from Bonner's former husband and Social Security checks for the Faiths long after their disappearances. Police testified earlier they found Social Security statements and copies of benefit checks from 1997 for Sheila and Debbie Faith at Robinson's Olathe home after his arrest.

tens of thousands of dollars in government checks to Sheila, 45, and Debbie Faith, 16, and alimony checks to Beverly Bonner, 49.

R.E. Holtz, a senior special agent for the Office of the Inspector General, testified the Social Security Administration was notified in June 1994 to send the Faiths' checks to a post office box in Olathe. Rick Dougan, a Lenexa police officer, said the post office box was rented by Robinson, who used the name James Turner, at the Mail Room in Olathe.

Beverly Brewington, senior vice president at the Community Bank of Raymore, Mo., said her bank records revealed a joint account involving Hydro Gro, a firm linked to Robinson. Signa- ture cards indicated the account was accessible by James Turner and Bonner. She said a few Social Security checks to the Faiths were deposited into that account from July 1994 until mid-1995.

Bret Hanz, a banking officer for Bank of America, testified the Olathe branch found two business accounts linked to the defen- dant, including a personal account with the name Izabela Lewic- ka, one of the victims found in Linn County. Hanz said four Social Security checks to the Faiths were deposited in the busi- ness account in February and March 2000 and one government check in December 1998. A check from that account was made out to Robinson's magazine-publishing firm Sept. 1, 1999, leav- ing only a few dollars in the account.

## Thursday, Oct. 24

Thursday was the last day the prosecution presented evidence in the case, with District Attorney Paul Morrison resting at 3:50 p.m.

Prosecutors called three witnesses to the stand before resting their case. Two were crime lab experts who testified on finger- print and DNA evidence seized or received by police investiga- tors. They were Lyla Thompson, a fingerprint technician for the Johnson County Crime Lab, and Robert Frank Booth, a DNA expert and crime analyst from the Kansas City, Mo., Regional Crime Lab, who testified that DNA samples from Robinson matched samples retrieved from letters sent to Bonner's brother in Florida.

The other was Vickie Neufeld, who claimed Robinson assaulted her in April 2000 in an Overland Park motel and stole her sex toys.

*Closing arguments are scheduled for Monday with jury deliberations to begin immediately thereafter.*

Case 3:09-cv-03064-MWB-LTS   Document 60-19   Filed 06/23/11   Page 22 of 50

...en. Prosecutors say she first met Robin-

...n-law, Betty Stasi, described what is
...ntact anyone had with Lisa Stasi. It was a
...erland Park Rodeway Inn in which the vic-
...aw that someone was trying to take her
...child was raised by Robinson's brother
...efendant arranged an adoption.
...arl Stasi's sister, described how her sister
...y a man calling himself "John Osborne,"
...Robinson; Klinginsmith said she never

...embers that Robinson, under the name
...a new charity to help needy young moth-
...nginsmith said Lisa Stasi told her Robin-
...the Overland Park motel because the orga-
...eing used by two young women.
...r social worker at Truman Medical Center,
...pproached her in late 1984 for referrals to
...her he preferred young, white women,
...family members, she said, adding that
...on's plans. Gaddis said she never referred

...son's former Missouri parole officer, said
...Jan. 24, 1985, about the program. Robin-
...tion about the charity to Haymes and later
...d a hotel room for Lisa Stasi.
...ds official at Truman Medical Center,
...ther and child, including the infant's foot-
...thumb print.
...etective of the Overland Park Police,
...she interviewed Robinson Feb. 1, 1985,
...Stasi's disappearance. Missing person
...nd her child were filed in 1985 with the
...ion Center.

## ...ct. 21

...r, Donald, and sister-in-law, Helen, told
...eir adoption of a baby girl in 1985, which
...by the defendant.
...his brother told him the child's mother
...an Overland Park hotel. He also report-
...Wood, an adoption attorney, who could
...Robinson gave his brother several thou-
...he adoption.
...inson said that 15 years later, they
...ised as Heather Tiffany Robinson was

...ay focused on the adoption in question.
...unty commissioner, told the jury that he

She testified about her friend's interest in BDSM, her monthly
check from Social Security — her only income — and the
Faiths' departure to meet "Jim."

Johnson County prosecutors allege that Robinson killed
the Faiths and Bonner for financial gain, and that he con-
tinued to deposit alimony checks from Bonner's former
husband and Social Security checks for the Faiths long
after their disappearances. Police testified earlier they
found Social Security statements and copies of benefit
checks from 1997 for Sheila and Debbie Faith at
Robinson's Olathe home after his arrest.

Coleen Davis, manager of the Mail Room in
Olathe, a mail box company, testified Robin-
son rented two boxes, using the alias "Jim
Turner." One box was for mail addressed to
Bonner, the other was for mail to the Faiths.

## Wednesday, Oct. 23

Prosecutors spent the day tying up
loose ends in their case against Robin-
son, calling 14 witnesses, ranging from
police officers to crime lab technicians
to bankers to a former sadomasochistic
sex partner of the defendant.

The police and crime lab witnesses included
witness No. 100, Steven Warlen, a forensic
science specialist for the Kansas City, Mo.,
police lab, who testified about
fingerprints "of possible
value" on a large plastic
sheet found in the Ray-
more, Mo., storage
locker.

Also among that
group were Lyla
Thompson of the
Johnson County
Crime Lab, the
final witness
Wednesday,
who said she
found Robin-
son's finger-
prints on a
green oil
lamp and
the April 1,
2000,
newspa-



**Accused serial killer John E. Robinson Sr.**

...lathe News

Case 3:09-cv-03064-MWB-LTS   Document 62-19   Filed 06/23/11   Page 23 of 50

HP OfficeJet
Personal Printer/Fax/Copier/Scanner

Fax History Report for

Oct 29 2002 1:13pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 29 | 12:24pm | Sent | 19724590958 | 49:12 | 23 | OK |

Result:
OK - black and white fax
OK color - color fax

COUN000224

Wed.
10/30/02
3:50pm

**Meeting w/ Mark Cunningham**
and Sean O'Brien

— didn't see JR nor interview him

— nothing he cd. tell me that I could
rely on as credible.

— What if asked — isn't JR a psychopath

— Cunning + Manipulating.
Pragmatic + Calculating

— How can this guy be a family man?
— Because that's what works

— Resolves his disagreements by
complaining in writing — thru
established grievance procedures.
— whereas others are loud,
obnoxious + violent

Case 3:09-cv-08064-MWB-LTS    Document 264-19    Filed 06/23/11    Page 25 of 50

CUN000228

mal. risk

PREPARED BY

DATE

CUN000226

Wed.
10/30/02
3:50pm

<u>Meeting w/ Mark Cunningham</u>
and Sean O'Brien

— didn't see JR nor interview him

— nothing he cd. tell me that I could
rely on as credible.

— What if asked — isn't JR a psychopath

— Cunning + Manipulating.
Pragmatic + Calculating

— How can this guy be a family man?
— Because that's what works

— Resolves his disagreements by
complaining in <u>writing</u> — thru
established grievance procedures.
— whereas others are loud,
obnoxious + violent

— even in JoCo Jail put himfat
meeting w/

CXN000227

PB_1-00024

CUN000228

PB_1-000247

# FAX COVER SHEET

**TO:** _Dr. Mark Cunningham, Ph.D._

**FAX NUMBER:** _972 - 459 - 0958_

**NO. OF PAGES:** _34 pp. including cover page, faxed in 2 groups of 17 pp. /each._

**FROM:** _Pat Berrigan_

**MESSAGE:** Enclosed is Prosecutor Paul Morrison's 1st Phase Closing Argument of 10/28/02.

Thanks again Dr. Cunningham.

_Pat Berrigan_

Case 3:09-cv-03064-MWB-LTS    Document 284-19    Filed 06/23/11    Page 29 of 50

CUN000229

MR. MORRISON: I am first. The first thing I want to do is thank you for your willingness to serve on this jury and for the attention that you've had in this case over the last several weeks.

It's hard to find words in a case like this. I thought about it a lot. It's hard to find words. How do you talk about how much misery, how much misery and tragedy has been inflicted on so many people in a case like this? You can't. You can't find the words for it.

One of the words that comes to mind when I think about the defendant's activities in this case is the word "sinister." The word "sinister." Sinister suits John Robinson. Sinister is sometimes he's James Turner. Sinister in terms of sometimes he's John Osborne. Sometimes he's B.J. Bonner. Sometimes he's Thomas Anthony Thomas. But he's always there luring people, luring vulnerable people.

Sinister in that this case we've got rotting, decomposing corpses in all these barrels (indicating). Sinister in that a baby, a little tiny baby, a new baby taken away from

CUN000230

its mother who has obviously come to harm, never to see her mom again.

Sinister in that a mother and disabled daughter in a wheelchair are brutally murdered, their bodies stuffed in barrels. And one must wonder, did that poor, fat, disabled Debbie Faith, did she watch her mom get killed?

MR. O'BRIEN: Objection, may we approach.

THE COURT: You may.

(Whereupon, a Bench Conference was held.)

(A discussion was held off the record.)

(Whereupon, the proceedings were continued in open court.)

MR. MORRISON: Think of those victims. Think about the one common thread, the one common thread that runs through all these victims, victims that came from Michigan, victims that came from Colorado, victims that came from Indiana, victims that came from Texas. The one common thread is John Robinson. That thread runs through e-mails, it runs through phony letters, it runs through all these cover stories about wealth and businesses and jobs and CIA and international book agents. It runs through the manner of death.

CUN000231

It's runs through the attempts to conceal their deaths. It runs through the elaborate methods to hide the fact that these women are dead. That web, that common thread spun around John Robinson in every way, in every victim.

Every victim in this case only has one thing in common from all these places, all these people that didn't even know each other, that is the defendant John Robinson.

I' going to talk for a few minutes now about some instructions. One of them I want to talk for a moment about is Instruction No. 13.

Instruction No. 13 concerns the count on the aggravated kidnapping of Suzette Trouten. As to Count 1 the defendant is charged with a crime of aggravated kidnapping. The defendant pled not guilty. To establish this charge each of the following claims must be proved beyond a reasonable doubt. That the defendant took Suzette Trouten by force and/or threat and/or deception. That's the critical word here in this case, "or deception," that it was done with the intent to hold such person, to inflict bodily injury upon Suzette Trouten, that bodily harm was inflicted upon Suzette Trouten, this

OUN000232

act occurred between the 12th day of February, which is when she left Michigan and the first day of March, which is when we believe she was killed in Johnson County, Kansas.

One of the other instructions that you're going to be given in this case that you have been given is Instruction No. 11 because we got a lot of places in this case. We've got Linn County, we got Missouri, we have got Johnson County, Kansas, we've got Michigan. This talks about jurisdictional issues. It says that, If you find that the defendant committed criminal acts in one county, which were a substantial and integral part of an overall continuing crime plan, which were in partial execution of that plan, the prosecution may be in any county in which any of such acts occurred.

The reason this is the law is the law says that maybe sometimes we don't always know exactly where everything happened. And the criminals shouldn't be rewarded for hiding these acts of where they committed their deeds. But then if you find that substantial parts of that puzzle were committed here, then that county has jurisdiction. And I submit to you that Johnson

CUN000233

County is the central jurisdiction for all this activity.

This aggravated kidnapping charge, our theory of that charge is that Suzette Trouten was deceived in lot of ways. She was deceived into coming here. You need to decide was she deceived into coming to Kansas to begin with, was she deceived to leave to go on this supposed international trip? Is that why she came to Kansas as well. Perhaps you'll find she was deceived to go to the farm where her body ended up in that barrel. Johnson County, Kansas, is the central hub of all those things. You need to ask yourself this question: Would she have willingly come down to Kansas, come down to Lenexa, Kansas, to be murdered? Of course not. The thought is laughable. The evidence shows clearly she was deceived, first of all, about this job thing.

Now, the defense will have you believe it's just a ruse between her and the defendant to tell folks. I submit to you the evidence supports otherwise. She told her parents she was coming down here for this job. She told her aunt, she told her sisters, she told her

friends. Everybody heard about this $60,000-a-year job. She applies for a passport. When the defendant called -- when Carolyn Trouten called the defendant in April to ask him, "Where's my daughter," you heard the tape. He had every opportunity at that time to say to her that job stuff was a bunch of malarky, she's gone, forget it.

MR. O'BRIEN: Objection; misstates the evidence.

THE COURT: It's within argument. Proceed.

MR. MORRISON: Did he do that? No. He said, "Oh, yeah, yeah, yeah. That's right, she left with that other guy. Job just didn't work out." It was his story not hers. It was his story, not hers. He even told other people that she was his employee. Remember the lady from the animal clinic, you'll see those papers, they're in evidence, signed on that check-in sheet, though, Harry and Peka, the defendant checking in for employee. Why would he do that if that was just an elaborate ruse between she and him as an excuse to come down and be master and slave. No doubt about the fact there was a master/slave deal, but for Suzette Trouten, who

CUN000235

is this vulnerable, lonely, broke lady up there in Michigan, it was a dream come true. For her, sex, fun, big money, for somebody who would probably never see that any other way.

You could find that she was deceived on the promises of this trip. We've certainly heard that with every victim, haven't we? Travel, adventure, we know that she even filled out a passport application. It's in this briefcase right here (indicating). In her own way to try to fulfill her dream of trying to do something. Her mom told us she spent a whole day up there cruising the web sites. Her mom saw her doing that, looking at web sites for schools in Europe, Switzerland, Germany, where she could go to school because that's what the promise was. That's what the promise was. That was a lie. Why would she do those things?

Finally, look in her diary -- it's in evidence -- her slave diary. That would put to bed any thoughts about anybody else being involved with her because the whole thing in page after page after page after page of her talking and pining for her master. On February 21st just a few days before she was to leave for

CUN000236

that trip, if you look on that date, you'll see her talking about, "I'm nervous about the trip. I can't wait to leave, though I'm nervous and scared about this trip." She believed it. She believed she was going there. Because the defendant had sold her a bill of goods like he sold so many others the same bill of goods. She could have perhaps been killed at the hotel. Her blood certainly is there. We don't really know that for sure. Could she have been deceived to go down to the farm? Absolutely. There's an e-mail in this box too where she talks about her fantasy, an e-mail to the defendant. Says her fantasy is to go to some rural area to be blindfolded and to go there and service her master. Perhaps he decided to fulfill that fantasy for her somewhere around March 1st of 2000, only he left out the back of the last part. The part about killing her. Surely, she wouldn't have consented to that. Perhaps that's why she was wearing the blindfold. Perhaps that's why she's nude. We certainly know that she met with injury, don't we? We know that she met with death. He met her on the Internet. He brought her down here

CUN000237

three times. To somebody like John Robinson, she's a master's dream. You saw the tape. As disturbing as that tape was, she'd do anything for him. She'd do anything for him. To him, Suzette Marie Trouten was valueless, valueless. If you ever decide you want to put that tape in -- and it's in evidence -- close your eyes and just listen to the words. The words are almost as disturbing as the images, the words over and over again of the defendant saying to Suzette Marie Trouten, "Who owns you, bitch? Who owns you, bitch? You give your life to your master," as she's sucking his penis. She was valueless to him, of no value. Just like the e-mail address he thought he owned her.

He talks to her like Alesia Cox in preaddressing the letters for the trip and we're going to leave. You're going to be too busy so write these, by the way, in the corner of those letters. And look at them in here, in the corner of the letters he put their birthdays down. Would you put their birthdays down there? We know why, don't we? So he's got a handy dandy way to mail these letters off for months and months, maybe even years to come, so

CUN000238

everybody thinks that Suzette is traveling in Europe having a great time and is just fine. Guess what? The stamp covers the date so nobody would ever know. An elaborate system. Here's the e-mail about her fantasy. There's the tape. There's the presigned blank letters and unlimited supply for the future. "Having a great time, wish you were here. Talk to you some time soon." But it got old. A girl like Suzette Trouten can't hold his attention very long. She wanted a 24/7 personal master/slave relationship. Kind of hard to juggle that with a family. When you pretend to be grandpa and loving husband in the evenings, it's kind of hard to do all those things at the same time.

So what did he do, he killed her. He put her body in a barrel like a piece of valueless trash (indicating). On the 1st, March 1st, early morning hours Suzette Marie Trouten talks to her mom. Remember her mom Carolyn said, "I was working, getting ready to close Big Boy. Some time after midnight I got a call from her." You also heard testimony about the ICQ session with her friend Lore. Went to about 2 a.m. That's the last time anybody ever heard

CUN000239

from the real Suzette Marie Trouten. Look at that communication bill that's in evidence, the bill for the telephone in the trailer in Linn County at 11:42 a.m. That morning, somebody makes a call to Nancy at work. I submit to you it was the defendant. It's something about that phone number of Nancy's. You know there's a picture that's in evidence and you'll get a chance to see it because it's in the book that will be given to you, a picture of all the phone numbers on the Robinson kitchen, you know, bulletin board. Everyone's phone numbers, kids pagers, cell phones, Nancy's work, pager, cell phone, everybody but the defendant's. None of his are on there. Why do you think that is? Could it be that because that's a phone used for girlfriends and sex. He's hard to get a hold of. But one of the numbers on that is Nancy's work number and 1142 a.m. Nancy's called at work. I submit to you she's called by the defendant. It's about an hour drive down there. A couple of hours later, at 2:13 p.m., on March 1st, those dogs are picked up by the defendant, Harry and Peka, the love of Suzette's life, her kids. They're picked up by the defendant and

Ridgeview Animal Clinic. 11 minutes later the defendant checks in his locker, NeedMor Storage, at 2:24 p.m. He's only in there six minutes. 2:30, he checks out. Those records are in evidence as well. Maybe getting a dog carrier, maybe getting that dog carrier, because we know five minutes after that just up the street there those dogs are dropped off at the trailer park and the Animal Control officer is called.

Thirty minutes after that, slightly after 3:00 p.m., he's got his truck backed up at the Guesthouse Suites, loading all of Suzette Marie Trouten's earthly belongings in a vehicle. Then he walks in, throws the key down. You saw that on videotape, and just as cavalierly as you would go buy a Coke at a Quik-Trip, he sits down and ties his shoe and makes small talk and walks out. What was he thinking? She's not in that picture. She's not in that picture because she's dead.

We have reason to believe there was clean-up done in that trailer down there because her blood and hair is found in the south wall of that trailer. Interesting testimony from Frank Booth. He said the hairs stuck to that blood

and the hair on that tissue paper he called it. Some was pulled and some was sheared. It was sheared. Maybe it was the hair between the hammer and the skull, or the blunt instrument and the skull. Whatever it was smashed her head in.

For weeks and weeks and weeks after her death, he goes to elaborate means to conceal her death: E-mails to friends, good e-mails but not good enough. Letters, letters mailed from California, from Jean Glines. Remember Jean Glines told you how mad he got when the FedEx mailer didn't get there when it was supposed to? Why do you suppose that was? I'll tell you why, because people are on his back. Carolyn Trouten is calling, people are questioning, pressure is on. And those letters got to go out. Letters from Mexico, Lidia Ponce. Letters that say, "We're off on an adventure of a lifetime. We're sailing. We're going to Hawaii," so on and so forth. Elaborate means to conceal her death. All the while -- this is what makes it so sinister -- that's going on continued efforts by the defendant as Thomas Anthony Thomas to lure Tammi Trouten

CUN000242

(sic) as Jim Turner, to lure Lore Remington down here, e-mailing photos. And, "Oh, she's gone, but I know a great guy for you. Come down." You'll see the e-mails. They're in evidence. Come on down. Your master is waiting for his slave to come to Kansas City. You can see some of the disgusting instructions on those e-mails that he wants his slaves to do.

Izabela Lewicka, same old story, same old deceipt. "Want to meet a master international book agent?" This girl -- and she was a girl -- comes down here away to get away from her parents, away to learn things, away to have an adventure. He strings her along for two years, pays for places for her to stay, moves her to three different apartments.

He got her so tied up, she's telling people, they're married, she signed documents in evidence, "Izabela Lewicka Robinson." She's telling people they're married. He's telling people they're married. Master by day, Grandpa by night. Isn't that interesting? Nobody every sees him after 5:00.

BDS&M goes on. Photos, you'll see the pictures in the briefcase, all kinds of

CUN000243

pictures. That goes on for a long time and then all of a sudden in summer of 1999 an old love Barbra Sandre comes to town, comes down from Canada. You heard Barbra talk. She rents a furnished apartment for awhile, a month and then in August, August of 1999, she moves -- he moves her to an unfurnished duplex. August of '99, she moved to an unfurnished duplex, right about the time Izabela Lewicka disappears to the week.

She disappears. Her checking account is cleaned out, was cleaned out by -- that's in evidence Specialty Publications, I guess, cleaned out her banking account. He calls the movers to come in. She falls off the face of the earth but the movers move all her furniture. Where do they move her furniture to? They move her furniture to that duplex on Grant to Barbara's new duplex. If you want to, the evidence certainly supports it, that Lewicka died so his new girlfriend could have furniture.

This is the kind of guy that paints his name on a painting of one of his victims. Think about it. Insurance lapses. She's not seen after August 23rd of 1999 because she was in a barrel for about nine months before that search

CUN000244

warrant was executed on June 3rd of 2000. That's why her body is so much more decomposed than the body of Suzette Trouten.

Interestingly, we believe that she died at Edgebrook and the evidence certainly supports that. Why does it support that? Because we got some blood on the wall of that bedroom. We got a bedroom that's noticeably cleaner than the rest of that apartment. The one thing found with her body is the pillow. She's in a night shirt. The pillow -- the pillow that matches the other sheet set that the defendant gives to Barbara Sandre as if she were sleeping in her bedroom when she is killed. About that same time remember the fall '99 is when Retia Grant, the neighbor down there who's chasing her cat Montana (sic). It's about the same time that Retia Grant goes into the pole barn that day and she's surprised, stupefied, in fact, to find the defendant digging trenches on the north side of that barn. Do you think that's why he exploded on her? Do you think that's why he was so disturbed? Do you think that's why? You saw the photos. Those trenches were still there in June of 2000 when the search warrant was

executed. He was trying to find a place, trying to find a place to put those bodies. But you can't down there because the top soil is only about 18 inches to two feet deep.

Lisa Stasi. When Lisa Stasi disappeared the pressure was on the defendant. It had been on the defendant several months. He promised a baby to his brother and wife, Don and Helen. In October when the promised day October of '84 had passed, it had come and gone, no baby. That's why he begins to talk to the Karen Gaddises of the world in December. I got this project. I got this project I'm trying to help women. I need white girls. I need white girls because the corporate big boys, that's what they want, white girls. I need a baby. Can you help me? I'm just trying to me an these Overland Park businessman that we never see and hear anything else of. The other thing he told Karen Gaddis is, he said, "You know what, I really prefer women who don't have strong family ties." Why do you suppose that was? Do you think it's because nobody would be looking for them.

Lisa was down and out. She was almost homeless, 19-year-old girl, marriage problems,

CUN000246

no education, broke. Along comes John Osborne, same old story, different year. Travel, training, a job, put her up in the Rhodeway Inn.

Kathy Klingensmith told you about that. The evidence supports that because that old receipt, that receipt from 15 years ago, was found at the defendant's house from the Roadway Inn from January 7, 8th, 9th, along with the photocopy of a blank piece of paper with Lisa's signature at the bottom. We've seen that before, haven't we?

When the evidence is in in this case, when I talk to you again, I'm going to talk about Lisa some more. I'm going to talk to you about course of conduct and how his actions are interwoven and inexorably in every one of these murders.

We'll talk about Bev Bonner and I'll talk about the Faiths. And when we're done, there won't be -- we'll prove this case not only beyond a reasonable doubt, but beyond any doubt.

Thank you.

(Intervening argument excluded.)

MR. MORRISON: Thank you, your Honor.

CUN000247

THE COURT: Proceed.

MR. MORRISON: Thank you, Judge.

Before we spend a lot of time talking about whether or not there's a fingerprint on duct tape or why Izabela Lewicka didn't get sent letters, before we get caught up in those things, let's just remember one thing. Let's thing about how intertwined the defendant's conduct with all these women was and let's not forget that these barrels with their bodies are on his farm. Think about that. Mr. O'Brien wants us all to think, "Gosh this is a circumstantial case. Look at all these questions here, questions here, questions here, questions here, over 17 years. That's the best he can come up with. There are very few questions in this case that are unanswered, very, very few.

Mr. O'Brien promised in opening, he said, I'm going to show you it takes seven men -- I wrote that down -- seven men to pick up one of those barrels. Has that been delivered? No. You saw a tape of one cop rolling one of those loaded barrels out by himself. It's not hard. You can feel them and touch yourself when the

CUN000248

time comes. We're going to show you that others had access to those lockers. We're going to show you others got property -- in fact, others were involved. The sale of Bev Bonner's property. Deliver, no. We're going to show you a lot of people were in that trailer. Delivered, no.

I'd submit to you that the words of Mr. O'Brien are like the words of attorneys in these cases. That's why there's an instruction for it, that is, they are not evidence. If you have questions about what the evidence is ask for a readback or look at it, look at the evidence in this case. Look at the evidence in this case and you will find that the evidence in this case is not good it's not beyond a reasonable doubt, the evidence in this case is overwhelming. It's overwhelming. I told you in opening that we were going to prove that the defendant has been involved in the killing of women for over 17 years. That, ladies and gentlemen of the jury, is absolutely true. It's absolutely true. Mr. O'Brien talked about Robert Frost and Henry David Thoreau, all those things that frankly I never think I'd heard in

CUN000249

the context of this man (indicating), those lofty ideals. Those fancy words. They don't really have a lot to do with BDS&M, torture, extramarital sex, exploitation of women, torture and death, do they? They don't have anything to do with that. The duct tape, two words, what do we know about this duct tape? We know it's got Izabela Lewicka's blood on it. We know there's an unidentifiable print in that blood, unidentifiable print in that blood. We also know we don't have Izabela Lewicka's fingerprints because her body was too decomposed. I submit to you we'll probably never know whose print that is because it's highly likely that it's Izabela Lewicka's print, just like the other print on the stereo, of the duct tape. This duct tape sat in that trailer for nine months after her death.

If you look at the pictures in that south bedroom, you'll see, among others things, a lot of fishing equipment in that room for nine months, maybe at the end of September, maybe October, maybe November, maybe in December instead came in -- what's this -- let me show you this tape. How what do we know that print

CUN000250