wasn't put there though the tape manufacturers process. We know we can't age them. It's meaningless. If you want to go out in outer space and think, "Gosh, maybe there was somebody helping him with that, then you need to read Instruction No. 10. Instruction No. 10 says a person who, either before or during its commission, aids and abets another to commit a crime with the intent to promote or assist in the commission is responsible regardless of the extent of the defendant's participation, if any, in the actual commission of a crime. What this law says is if you help, you are just as responsible. Is there really any evidence that somebody else was down there? Wayne Burchett, the neighbor farmer, Retia Grant knows other people that the defendant talked about ever seeing anybody down there but the defendant, no.

Is there any evidence in this case of any other masters or anybody being seen with any of these women? No. Is there any evidence in this case of anybody else having anything to do with these women in their last days? No. Except John Robinson.

I said we would talk a little bit about

CUN000251

Lisa Stasi. I'm going to do that now. We know the defendant put her up in the Roadway Inn because we found evidence of that, not only from Kathy Klingensmith and Betty Stasi, but from his own residence. We know that the day she was last seen alive, there was a terrible snowstorm. We know he picked her up. We know he took her back to the Roadway Inn because she called Kathy Klingensmith. She made it -- she called Betty Stasi a little bit later. Betty Stasi is the mother-in-law, remember, saying Lisa was hysterical. She was hysterical because she was saying to her, she said, "They want me to sign papers. "They," that one word, "they," is the only evidence in this case of anybody else remotely being involved with the defendant. That's why instruction No. 10 is important. She said, "They're trying to take my baby." We know that within hours there he is grinning like a Cheshire cat, within hours of Lisa Stasi having that baby ripped from her arms --

MR. O'BRIEN: Objection; misstates evidence your Honor.

THE COURT: Sustained.

MR. O'BRIEN: I move for an instruction to

CUN000252

disregard that statement.

THE COURT: Disregard the last comment of counsel.

Counsel, refrain from commenting on matters not in evidence.

MR. MORRISON: Thank you, Judge.

Would a young mother -- would a young mother willingly give up her baby? Would she willingly give her baby away to a stranger? I think we all know the answer to that question, don't we? I think we all know that she wouldn't just walk away from her baby. We all know what happened to Lisa Stasi, to her baby.

Mr. O'Brien mentioned, "Well, gosh, how do we know in a couple of years she's not just going to walk in? Do you really think there's a chance of that happening? Do you think in 1985 she would have called somebody if she was taken away somewhere? In '86 and 87? And 88 and 89? Maybe 1990? How about 1991, '92, '93, '94, '95? Maybe in '96, '97, '98, '99, 2000, 2001, 2002? Do you think she's dead? Daughter starts school, daughter graduates high school, Christmas is past, Thanksgiving past, calendars come and go? Do you think she's dead?

His explanations to people, his explanations to people, he tells Detective Cindy Scott of the Overland Park Police Department that Lisa came to his office after checking out of the Rhodeway Inn. She even gave him a key. She said she made, quote, other arrangements and left with a white male in a green Ford.

He told Steve Haymes two different stories. You saw Mr. Haymes early February. He told Mr. Haymes that Lisa came in the Rhodeway Inn and then a man named Bill was waiting for her the next day. Lisa, bill and Tiffany came to his office, Robinson's office, they were going to go to Colorado and start a new life. A month later he told the same man, Steve Haymes, this story, hey, guess what. Lisa has been found in the Kansas City area. She was baby-sitting for a woman I know. That woman called her lawyer. That woman we know is Cora Holmes. When the heat was on, Cora Holmes was hired by the defendant to make that call. Hey, guess what? I understand you are looking into the disappearance of Lisa Stasi. I just saw her and her baby. They left with a guy named Bill to Arkansas." Elaborate means to -- elaborate

means to cover death, elaborate means to cover and conceal his involvement. Betty Stasi gets a letter, the letters are going on 17 years ago, ladies and gentlemen, talk about consistency and a course of conduct. This is in evidence so I want you to read it. He tells Betty with one of those Lisa-signed letters, machine printed, gosh, we've left to find a better life. If you read all these letters, and please do, you'll find the theme is the same in all of them, almost like they were written from the same person, off on a great adventure, we're looking for a better life, leave me alone, I had to get away." And this one says Lisa and I have left -- Lisa and I have left. We had to get away. You know what, he knew her car sat in front of Kathy Klingensmith's house and he thought, "How am I going to explain that?" What would Lisa say about that? So there's part in the letter about it. I wrote to Marty, her brother, told him to let the bank take the car back. The payments are so far behind. They want the money or the car. I don't have the money to pay the bank all the back payments. The car needs lots of work. A whole paragraph

CUN000255

and a half trying to explain why she would leave her car there. Why that car sat there day after day, week after week collecting dust. Why would she leave her car there? Because she's dead. Because she's dead.

Probably the only truth in all of this is when the defendant told his brother, you know, this little girl's mom committed suicide. The one true part of that, that her mom was dead, but it wasn't from suicide, one of the few truths.

I told you earlier there's a common thread, a common thread among all these victims and only one common thread. That's the defendant. I told you where they came from earlier. They came from all over the country. They came from all over the Midwest. Some were young, some were older, some were healthy, some were disabled, some were skinny, some were fat. But the one common thread was John Robinson. The other thing was they were all looking for something, some were looking for travel, some were desperate for money, some were desperate for relationships. But always, always, always there's the same modus operandi, the same MO,

CUN000256

luring exploiting disposing and concealment. The MO remains the same for almost two decades. The only changes occurred in the technology.

Let's talk about that. Lures, all these women some had multiple -- some just one -- a lot of them had -- all of them travel, even Bev Bonner. Mr. O'Brien wants to talk about Bev Bonner, knowing he was a prisoner. Look at her first letter, the one letter that Larry Heath said, "Yeah. This is my sister's handwriting. I'll be leaving to go to Europe. I'm going to work as a financial human resources person for a big company, travel. The job, money, security, sex, every one of them has one of those. Exploitation, every woman has been exploited.

With Lisa, it was a baby and 6,000 from your own brother. So what, it's money in my pocket.

Beverly Bonner, job, travel.

Sheila and Debbie Faith, money, it's thousands and thousands of dollars in money in those Social Security checks.

Izabela Lewicka, sex.

Suzette Trouten, sex.

What do you with the John Robinson's of the

world when they're done? They just throw it away.

When a lot of us were kids in the backyard we always had a barrel where you put your trash. These aren't just trash barrels for John Robinson. They're tombs for the victims. After they are exploited, what happens to them? They're disposed of quickly and efficiently. Can you think of a much better way to do it than a couple of blunt instruments, hammer blows to the head? Hard to think of a quicker, more efficient way to kill somebody. If you think about premeditation, is there evidence of a struggle or anything like that in any of these? Only Sheila Faith (indicating), maybe she was trying to stay alive.

Finally concealment, the barrels hidden away or isolated. Of course, in Lisa Stasi's case, a body not found. That's the ultimate concealment, isn't it? It's the ultimate concealment.

Letters and e-mails to relatives and friends to allay fears and concerns. Course of conduct, absolutely.

The luring. Is that a course of conduct?

CUN000258

Absolutely. The exploitation of these women, is that a course of conduct? Yes. The disposal, is that a course of conduct? Yes.

Concealment, is that a course of conduct? Absolutely. Are these murders deliberate? Absolutely. Are they premeditated? Absolutely. Are they part of a long-term course of conduct as I indicated in opening where I said he's been killing women for well over a decade? Absolutely. You know Bev Bonner met the defendant as a librarian working in a prison. Anybody feel like manipulation there? That's his strong suit. After he gets out has her move her belongings to a new storage locker in Raymore, Missouri, right about that time which was in January of 1994 when that first handwritten letter that's in evidence to Larry Heath is written where she says in that letter, I'm getting ready to travel. She's never seen again. A mailbox was opened at the Mailroom in Olathe. Colleen Davis said she was not there. Didn't she also have her IDs. You'll see copies of her identification documents as part of that Mailroom contract that's in evidence. And look at it closely, look at it closely because Mr.

CUN000259

O'Brien said you're not going to find any lures in there with her. Look at it closely. You'll see a photocopy of a health card and a passport and on that passport you'll see the date of issuance of that passport is late November 1999 -- late November 1993 just weeks before she disappeared. She thought she was going places. She thought she was going to Switzerland and the Netherlands and Australia. She didn't go there.

She ended up -- I might add, dressed for winter. She's the one with the heavy coat and gloves fully dressed, dressed for winter. She ended up with a shattered skull in a barrel in a storage locker in Raymore, Missouri, I would submit to you for years. All the while Dr. Bonner's alimony checks, thousands and thousands and thousands of dollars -- the checks are in evidence. You can look at them -- over $1,000 a month continue to go to a James Turner's Hydro-Gro account, No. 21706. There are stamps on the backs of all those checks month after month. All the while the letters going to Larry Heath and Louell Heath, the brothers of Beverly Bonner's who were sick worrying about her having a wonderful time, wish you were here. His DNA

CUN000260

is on those envelopes (indicating). The state of the art is the same but technology changes. Could it be because in 1994 and 95 he wasn't thinking about DNA. He licked those envelopes. Poor Sheila and Debbie Faith moving to Missouri. John is going to take care of us. He's going to take us on a cruise. They drive a beat up old handicap van. The first thing they changed was that address for those Social Security checks to that P.O. box at the Mailroom in Olathe. And if you'll look at all these P.O. boxes that's all there. All these addresses (indicating) these family members for years write letters to their loved ones thinking they're okay only to go to the P.O. box so he can read them make up responses and answers those letters. Does anybody else have access? No. Those Social Security checks come in two dozen a year for years and years and years. Thousands and thousands and thousands of dollars go to the Community Bank of Raymore, NationsBank and Bank of America to line his pockets as those bodies rot in those barrels.

In the meantime, he's giving away Sheila Faiths' pride and joy to one of his new BDS&M

concubines. I think he told her it was his dead sister's or something like that. The victims are too numerous to mention. The ripple effects are far and wide. The misery that the defendant has inflicted on people for all these years is beyond human comprehension.

Now is your opportunity to decide whether or not you want to hold the defendant accountable for his actions for all these years.

I hope you do. Thank you.

CUN000262

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

March 14, 2005

Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

> **RE: United States v. Angela Johnson**
> **Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Cunningham:

Although we had high hopes, plea negotiations with the Department of Justice have broken down, a decision made in Washington, not locally. Accordingly, trial will begin on April 11th, with the penalty phase likely to start during the first or second week in June. Would you please send me any conflict dates that you have between May 31st and June 24th so that we can plan your testimony accordingly.

I'll be back with you shortly to discuss more specifics regarding the mitigation phase and your areas of testimony.

Thank you, Dr. Cunningham.

Sincerely,

Pat Berrigan
Trial Lawyer
Watson & Dameron, LLP

PJB:rlw

cc: Dean Stowers
Al Willett

Case 3:09-cv-03064-MWB-TS Document 284-30 Filed 06/23/11 Page 13 of 50

2500 Holmes, Kansas City, MO 64108-2783 • www.kctriallawyers.com • (816) 474-3350 • Fax (816) 221-1636

# ROSENBERG, STOWERS & MORSE
### 1010 INSURANCE EXCHANGE BUILDING
### 505 FIFTH AVENUE
### DES MOINES, IOWA 50309
### TELEPHONE: (515) 243-7600    FACSIMILE: (515) 243-0583

**DEAN STOWERS**
**BRENT D. ROSENBERG**
**DAVID A. MORSE**

*OF COUNSEL
**RAYMOND ROSENBERG**
*ASSOCIATE
**HEATHER L. WOOD**

April 7, 2005

Pat Berrigan
Watson & Dameron, L.L.P.
2500 Holmes
Kansas City, MO  64108

Mark Cunningham
417 Oakbend #260
Lewisville, TX 75067

Dear Pat & Mark:

Enclosed please find a copy of the Subpoenas from Hardin County Jail, Blackhawk County Jail, Cerro Gordo County Sheriff's Office, and Hancock County Sheriff's Office along with their documents.  We will send additional records to you as we receive them.

Pat- I sent you the Cerro Gordo County materials to you yesterday (4/6/05).

If you have any questions, please give our office a call.

Sincerely,

Dean Stowers
ds:an

Enclosures

CUN0003264

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Jesse B. Garcia* • Jason Billam**

Of Counsel: Ramón Murguía

MO & KS

**Licensed in Kansas only

## FAX TRANSMITTAL

### COVER SHEET

TO : Charlie M. Rogers

FROM : Pat Berrigan

DATE : 4-7-05

RE : Angela Johnson

FAX NUMBER : 221-3280

TOTAL NUMBER OF PAGES FAXED: 2 PAGES INCLUDING COVER SHEET

**Note:**

Charlie,

Let me know if this looks acceptable.
I can e-mail it back with your changes
so you won't need to retype it.

— Thanks Charlie.

— Pat

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT 474-3350.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED __XXX__

GUN000265

April 7, 2005

Dr. Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

RE: **U. S. v. Dustin Honken** and **U. S. v. Angela Johnson**

Dear Dr. Cunningham:

Per Pat Berrigan's request, I write to authorize you to work on behalf of the Angela Johnson defense team in the capital case now pending in Sioux City, Iowa. We have conferred with Mr. Honken and expressly waive any real or imagined conflicts and privileges which might exist as between yourself, Mr. Honken and Ms. Johnson.

Please call me if you have any questions. Thank you, Dr. Cunningham.

Sincerely,

Charles M. Rogers
Wyrsch, Hobbs & Mirakian, P.C.
Suite 1300, 1101 Walnut
Kansas City, MO 64106-2134
Tel (816) 221-0080
Fax (816) 221-3280

cc: Pat Berrigan (via fax: (816) 221-1636)

CUN000266

WYRSCH HOBBS & MIRAKIAN, P. C.

ATTORNEYS AT LAW

1101 WALNUT

SUITE 1300

KANSAS CITY, MISSOURI 64106-2122

TEL: (816) 221-0080      FAX: (816) 221-3280

E-mail: whm@whmlaw.net

www.whmllaw.com

JAMES R. WYRSCH
STEPHEN O. MIRAKIAN*
JAMES R. HOBBS
KEITH E. DRILL*
CHARLES M. ROGERS
MARILYN B. KELLER*
CHERYL A. PILATE*
WM. BRIAN GADDY*

J. JUSTIN JOHNSTON*
JEREMY R. WEIS*

OF COUNSEL
JAMES W. FLETCHER

*ALSO ADMITTED IN KANSAS

April 7, 2005

Dr. Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

Re:    *U.S. v. Dustin Honken; U.S. v. Angela Johnson*

Dear Dr. Cunningham:

At the request of Ms. Johnson's attorneys, I am writing to authorize you to work on ehalf of Ms. Johnson's defense team in the capital case now pending in Sioux City, Iowa.  We understand that you testified at Mr. Honken's trial as a teaching witness concerning levels of secure confinement available in the Federal Bureau of Prisons and the ability of the BOP to prevent individuals in its custody from being a danger to staff or to other inmates.  You did not conduct any psychological testing, assessment or interview of Mr. Honken, and your testimony in his trial was not based on any information privileged to him.  We also understand  that your anticipated work for Ms. Johnson would not impair your availability to again testify on behalf of Mr. Honken in the same manner as before in the event he obtains a retrial.

Mr. Honken's defense team has consulted with him concerning this matter, and he waives any conflicts or privileges which might exist between you and Mr. Honken.

Please call me if you have any questions.  Thank you, Dr. Cunningham.

Very truly yours,

WYRSCH HOBBS& MIRAKIAN, P.C.

By:  _____

Charles M. Rogers

cc: Pat Berrigan

## ROSENBERG, STOWERS & MORSE
### 1010 INSURANCE EXCHANGE BUILDING
#### 505 FIFTH AVENUE
#### DES MOINES, IOWA 50309
#### TELEPHONE: (515) 243-7600    FACSIMILE: (515) 243-0583

**DEAN STOWERS**
**BRENT D. ROSENBERG**
**DAVID A. MORSE**

*OF COUNSEL
**RAYMOND ROSENBERG**
*ASSOCIATE
**HEATHER L. WOOD**

April 8, 2005

Mark Cunningham
417 Oakbend #260
Lewisville, TX 75067

Dear Mark:

Enclosed please find a copy of the Subpoena from Benton County Jail along with their documents. We will send additional records to you as we receive them.

If you have any questions, please give our office a call.

Sincerely,

Dean Stowers/an

Dean Stowers
ds:an

Enclosures

CUN000268



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Mary Goody W# 307 - 883 - 9155

Cell # 307 - 690 - 5563

Tues. 4/12/05 5:30 pm
Cunningham's take on Martel
Martel straight shooter

95 — Martel agreed w/

Wotzel in Cannon found errors in
Gelbort's testing.

Cunningham says Martel might do same thing

US v. Paul Hardy (1997)
Martel refused to testify in rebuttal
b/c he agreed w/ Cunningham.

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

CUN000269



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Martel just got board certified in
Neuropsychology.

Trauma is indelible — can't deny that.

Cunningham will come on all the witnessmtg.

Will see Angie

What is Cunningham's authorized
160 hrs. x 2    expenditures?
$38,400

Logan

Borderline Personality
Disorder

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com



Suite 2300
720 Olive Street
St. Louis, Missouri 63101
Tel. 314 231 4642
800 844 4237
Fax 314 231 0137

Gambitz testimony.

Angie playing in fa lurl thing
Leve w/ Dustin — she's a
thing wanna be.

Girls w/ depussion need Atimulation.

Angie talked about the control
DH had over her — fear from
Dustin, fear of her own safety +
that of her D's.

END 6:05 p.        [signature] Bailey

4/12/05

MISSOURI'S LEADING PROVIDER OF ADR SERVICES
E-Mail: info@usam-midwest.com          World Wide Web: http://www.usam-midwest.com

**Pat Berrigan**

From: Mary Goody [mitigate@silverstar.com]                                                          Sent:Wed 4/13/2005 11:37 AM
To:         Pat Berrigan; Becky Walker
Cc:
Subject:   FW: Cunningham's role
Attachments:

Pat – see message from Cunningham regarding hours. Thanks, M
------ Forwarded Message
**From:** "Becky Walker" <RWalker@kctriallawyers.com>
**Date:** Wed, 13 Apr 2005 11:22:46 -0500
**To:** <mitigate@silverstar.com>
**Subject:** FW: Cunningham's role

Mary: If you talk to Pat before I do, please let him know of Dr. Cunningham's increased
estimated hours.  Judge Bennett should love this. Haha
-----Original Message-----
**From:** Mark D Cunningham [mailto:mdc@markdcunningham.com]
**Sent:** Wednesday, April 13, 2005 11:01 AM
**To:** Becky Walker
**Cc:** admin@markdcunningham.com; Pat Berrigan
**Subject:** Cunningham's role

Becky-
Yesterday in telephone conferences with Mary Goody, she indicated
that it was anticipated that I would work up both mitigation and
violence risk assessment in this case. I wanted to be sure that Mr.
Berrigan had alerted the judge that this marked expansion in my role
would be associated with a corresponding increase in professional
hours required of me – far in excess of the teaching witness role
regarding conditions of confinement that performed in the Honken
case. In other federal capital cases where I have done full work-ups of
both mitigation and violence risk, the total hours incurred through
testimony at trial have typically ranged from 110-160 hours. I don't
desire for the judge to be taken by surprise by my bill. Please ensure
that Mr. Berrigan is apprised of this matter. I am available to discuss
this with Mr. Berrigan and/or prepare correspondence or affidavit
proving up this estimate. Please advise. Best regards, Mark


------ End of Forwarded Message

CUN000272
http://mail.kctriallawyers.com/exchange/PBerrigan/Inbox/FW:%20Cunningham%27s%20r... 4/23/2005

# Mary C. Goody
MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To: Pat Berrigan - ROOM 341

Fax No.: 402-494-2550

From: M. Goody

Re: ANGELA JOHNSON

Date: 4/13/05

The information contained in this fax is **confidential and privileged**. It is meant only for the person it is directed TO. All unauthorized use is prohibited and in the event that the material is erroneously faxed to an unauthorized person, it is requested that the information be conveyed to the sender, and the contents of the fax destroyed.

Message: Pat – attached find my notes regarding conferences with Cunningham and Logan. Logan will be available to come for the May 6-7 interviews.

Thanks, Mary

CUN000273

4/12 11:00 am

Cunningham - re: Martell

pretty straight shorter
US v. Lewis Jones

10/95

re: Risk assessment - Martell
agreed with

diagnostic exception to depression
& some mistakes in defense neuro-
psych.

US v. Paul Harden
did not go on in rebuttal - '97 feds
pissed by this.                              then Spivey

prof is to videotape interviews.
nothing tricky so far.

back-up guy in Seattle in
Mathews case - w/ Dietz.

Some reports a little bit light.
sloppy in deposition + they have
wondered if he should be used.

he + Mark know each other

defense may not want to trash
bee + rebuttal will be anemic —

feel from grace after Spivey

just got board certified in forensic
psychology. Martell views him-
self as a serious guy. Not for
sale.

Re: Velbort
If his findings won't stand up -
Martell will find it & eviscerate
You would think she would have
damaged brain stuff — need to have
totally sound findings. Problem w/
diagnosis in mitigation — lends it-
self to fight.

trauma - indelible imprint - no re-
buttal — it's the story that matters.
Any fool can tell.

Using — how strong are findings.

Re: talking to Angie

Mark wants to see her
April Sunday 24 — Sunday

he will
come on
May 5 -

CUN000275

his plan —

Come in on Thursday — Mason City
do family interviews
see Angela — Sunday
all day in Sioux City

We need to be sure that the judge
understands this will be a ton
of hours.

160 ~~hour~~ hours            $ 240 or 270 ?

    $ 38,400. —        @ $ 240. —

{  Generated in Sihabian — over $ 40,000. —
   WA DC case — approved $ 50,000. —
   Ishmael Cisneros

Paul Hardy in 1997 — $ 35,000. —

Re: Gilbert testing problem
              letter Report re: Cog nos
Case — Trinity Engle

CUN000276

Would have had her pet scans —
Little bitty pockets of dead brain

One can't shift cognitive sets there —
needs to improvise) — can't do that

Call him after talking to
Marilyn.

Move towards May 5.

CUN000277

4/11/05 Mark Cunningham

9:06 am
9:41

mdc @ markdcunningham . com
send again *

got the ~~these~~ documents

Cognitive NOS

power co.

Oelbort - neuropsych
Logan - depression
Marilyn Hutchinson, Ph.D. - mitigation
Cunningham - future dangerousness
Doug - Lee Evans

Copy discovery — records

Scans? →

future dangerousness -
alleging?

didn't get the email - I'll send.

CUN000278

4/12/05 Bill Logan —

No report — ok.

Findings —
Trial
Martell

Martell. Logan has had experience w/
Martell. Martell wrote report — he
came up w/ 6 diff theories of why
the guy had no basis for his mental
illness — not like his report. Not
trust as you can throw. Damaging
yr. before last — 2003. Slick appear-
ance. Notebook — he opens + is very
rehearsed. Very smooth.

Gelbort — Neuropsych — Cog NOS.
Logan is no where near Cannon. Much
harder to back up — not part of what
Logan did. O/W if I can find symp-
toms. Risks outweigh benefit.
Neutral on questions.

Martell will want to see test.

Pros would love to have pros.
listen to that for couple days — not good

CUN000279

Angie —

Contact w/ her is bi'modal.
Saw her in 2001 couple times —
write up notes on this. Get to know
her. She was being held on suicide
watch.

Notes
letter

3 yrs later 2004 — Saw her again
* Needs to write up notes. History
of childhood abuse — Chaotic
circumstances. Impact of that
in terms of adult functioning —
w/ stress person will develop,
depressive episodes → not sure
of relevance to crime.

notes

Major thrust — recitation of life
events + talk about abandonment.
bizarre religious events, KS, etc.

Paving way for helping jury
understand why she might not
be the most functional adult.
Developing relationship with own
daughters.

Martell? — report (when)

Angie –

Contact w/ her is bi-modal.
Saw her in 2001 couple times –
write up notes on this. Get to know
her. She was being held on suicide
watch.

*Notes*
*letter*

3 yrs later 2004 – saw her again
*notes* * Needs to write up notes. History
of childhood abuse – chaotic
&circumstances. Impact of that
in terms of adult functioning –
w/ stress person will develope
depressive episodes → Not sure
of relevance to crime.

Major thrust – recitation of life
events & talk about abandonment –
bizarre religious events, KS, etc

Paving way for helping jury
understand why she might not
be the most functional adult.
Developing relationship with own
daughters.

Martell? – report (when)

CUN000281

Report - deceptive - like a decoy report on his actual opinions. Sneaky. Learned @ his master's feet - Dietz.

He was indicted - but they let him walk. He said he "misremembered."

They knock the underpinnings out of diagnosis.

Diagnosis — Axis I — Major Depression partial remission on meds on meds?

Axis II - Substance abuse

Axis I - PTSD - not all required Criteria (she has nightmares)

how can you twist.

Event itself can cause - but many events in her life could Cause this - greater events can cause brain problems. (emotional regulation)

Gelbort - uneven development from start -

underlying borderline pers. disorder
Have very impulsive behavior
extreme emotional volitility.
Part of Spectrum — affective
disorder — some bipolar II

Clusters of these symptoms

ASPD → no conduct disorder,

Conservative diagnosis — depression
most obvious — social inappropriateness
immaturity —

↓

(*) how would Angie end up being
involved w/ Dustin and not be
able to extricate herself from this
series of terrible events. Death Lorie, Greg

Status of Dustin proffer

tricky — how do you answer
w/o opening doors?

CUN000283

Prosecution theory –

he has never talked to her about crime, Connection –

Need to identify w/ aggressor immaturity
learned helplessness, thrill seeking
→ Need to schedule group expert mtgs

"I didn't know what to do"

No Background to get out of a crisis. Gone from one to another her whole life.

* Borderline – abuse by DeGeus + love of life. No way to integrate good + bad Characteristics. Cjn leave because of bad. Gets trapped in relationship. Sees that proper can be good + bad but cjn blend + make decision. Each day born anew. Not a belbort thing – his testing d/n show this?

Case 3:09-cv-03064-MWB-LTS Document 284-20 Filed 06/23/11 Page 34 of 50

CUN000284

Character
Deals w/ person

ACDC –

⟶ Send bai

⟶ talk to he
sentencin
this stuff.

(Thrill se

Got to pl,
a real thing

Hard to
Get herself
Dustin's 05
"I dreamed
naïve – never
that far. Stug

Micheise

her beha
who get sexu
stimulation –
Get as fast a

CUN000285

can't see bad consequences —

What was it that made her trust McNeese & Bobby? Antisocial — Con Men —

CUN000286

# Mary C. Goody

MITIGATION SPECIALIST
P.O. BOX 3690
Alpine, WYOMING 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

## fax cover sheet

To:           Pat Berrigan – ROOM 341

Fax No.:      402-494-2550

From:         M. Goody

Re:           ANGELA JOHNSON

Date:         4/13/05

The information contained in this fax is **confidential and privileged.** It is meant only for
the person it is directed TO. All unauthorized use is prohibited and in the event that the
material is erroneously faxed to an unauthorized person, it is requested that the
information be conveyed to the sender, and the contents of the fax destroyed.

Message:      Pat – attached find my notes regarding conference with Cunningham
today. Also attached find notes regarding the conversations with Jim Johnson and Wendy
regarding Angle's requests to make calls and send money.
Thanks, Mary

CUN000287

4/13/05  Mark Cunningham

    Called him to update.

    Need Gelbort materials!

    Reserving Gelbort for rebuttal? No role for Martell in case in chief. So maybe he'll testify in pen phase alone. If s does not put on cognitive nos- then no role for him.

    PTSD - have to look for discrete childhood symptoms - history of childhood stuff is engrained in the concrete of the nse - shapes her + ~~possibly~~ profoundly affects her future. Meth makes it all so much more big -

    involvement of the kids - Dustin went down on this. We make this distinction between children and adults - no protection in her childhood world - that affects how you relate to kids your-self.

CUN000288

Cunningham (2)

She goes somewhere she never intended to go — from mtg of Dustin to night of death of kids. Happens to people w/ some regularity. Happens to people who have affairs — has huge consequences — a common occurrence. Jury can understand this. If you have church going folks —

—> (Pat) David + Bathsheba — Uriah gets killed

David a man after God's own heart. God has blessed this shepard. Kills Goliath. Made King + has all the women he wants. Sees Bathsheba + has affair w/ her. Gets her pregnant. She is married to Uriah — a loyal soldier to David Capt. of his men. David tries to cover tracks — calls Uriah back from front. Thinks he'll have sex w/ Bathsheba + cover the pregnancy. He sleeps on David's doorstep + d/n sleep w/ B. David gives order to have Uriah killed. Get him in battle + troops withdraw.

Case 3:09-cv-03064-MWB-LTS Document 284-20 Filed 06/23/11 Page 39 of 50
CUN000289

Later, David on road — prophet Nathan meets him on road. Tells him story about wealthy man w/ extensive flocks. neighbor has only 1 lamb. Wealthy man takes 1 lamb to slaughter. David is upset + wants to know how to punish man. Prophet says — that's you. David's life goes to pot —

Story about a good person who goes somewhere he never intended to go. Intristing because it was a good person.

You don't have to be evil to the core to be involved in someone like this.

Abu Graib — she never intended to go there — set of demands on her that she can't deal with.

People — salt of earth in Iowa — Bible belt.

damaged dependent woman — brain eviscerated by drugs.

Case 3:09-cv-03064-MWB-LTS    Document 284-20    Filed 06/23/11    Page 40 of 50

CUN000290

David + Bathsheba
Samuel II Chap 11+12
Old Testament

"Nathan" the prophet

thinks anecdotal detail of history
will be unrefutable.

Martell conscious of how he looks on
stand. Observing Ego —

Logan? →

CUN000291

4/13/05

Jim Johnson

→ US marshall
by name of
Duane 712-252-3077
(phone number)

She did this

$ 20 to cell mate
to watch stuff.
Dana Hoover 107 70 St.
Sioux City,

Did not do
this

TC Wendy –

Message from Angie – told
Wendy to call Duane. Wendy
called 2 x. she talked to him
but did not know why.

Dana Hoover is watching her
stuff for her. hasn't sent the
$.

Also sent things from friend
Jeff – in Leavenworth – he has
been writing to her from
Leaven worth, KS. Can't write
back for the sent his stuff to her.

Case 3:09-cv-03064-MWB-LTS Document 289-20 Filed 06/23/11 Page 42 of 50
GUN000292

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

# FAX   TRANSMITTAL

## COVER SHEET

TO : Dr. Cunningham

FROM : Becky Walker

DATE : 4/13/05

RE : <u>US v. Angela Johnson</u>; <u>US v. Dustin Honken</u>

FAX NUMBER : 972-459-0958

TOTAL NUMBER OF PAGES FAXED:   2 PAGES INCLUDING COVER SHEET

**NOTE:**

**Dr. Cunningham:**

**Attached is the Release from Charlie Rogers regarding the above two cases. I also emailed the attachment to make sure you received it today. If you should need anything else, please do not hesitate to contact me.**

**Sincerely,**

**Becky Walker**
**Legal Asst. to Patrick J. Berrigan**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____ X _____

CUN000293

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

WYRSCH HOBBS & MIRAKIAN, P. C.

ATTORNEYS AT LAW

1101 WALNUT

SUITE 1300

KANSAS CITY, MISSOURI 64106-2122

TEL: (816) 221-0080     FAX: (816) 221-3280

E-mail: whm@whmlaw.net

www.whmllaw.com

JAMES R. WYRSCH
STEPHEN G. MIRAKIAN*
JAMES R. HOBBS
KEITH E. DRILL*
CHARLES M. ROGERS
MARILYN B. KELLER*
CHERYL A. PILATE*
WM. BRIAN GADDY*

J. JUSTIN JOHNSTON*
JEREMY S. WEIS*

OF COUNSEL
JAMES W. FLETCHER

*ALSO ADMITTED IN KANSAS

April 7, 2005

Dr. Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

**Re:**   *U.S. v. Dustin Honken; U.S. v. Angela Johnson*

Dear Dr. Cunningham:

At the request of Ms. Johnson's attorneys, I am writing to authorize you to work on ehalf of Ms. Johnson's defense team in the capital case now pending in Sioux City, Iowa. We understand that you testified at Mr. Honken's trial as a teaching witness concerning levels of secure confinement available in the Federal Bureau of Prisons and the ability of the BOP to prevent individuals in its custody from being a danger to staff or to other inmates. You did not conduct any psychological testing, assessment or interview of Mr. Honken, and your testimony in his trial was not based on any information privileged to him. We also understand that your anticipated work for Ms. Johnson would not impair your availability to again testify on behalf of Mr. Honken in the same manner as before in the event he obtains a retrial.

Mr. Honken's defense team has consulted with him concerning this matter, and he waives any conflicts or privileges which might exist between you and Mr. Honken.

Please call me if you have any questions. Thank you, Dr. Cunningham.

Very truly yours,

WYRSCH HOBBS& MIRAKIAN, P.C.

By:

Charles M. Rogers

cc: Pat Berrigan

CUN000294

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## F A X  T R A N S M I T T A L

### COVER SHEET

TO : Dr. Mark Cunningham

FROM : Becky Walker, Legal Asst to Pat Berrigan

DATE : 5/2/05

RE : **US v. Angela Johnson**

FAX NUMBER : **972-459-0958**

TOTAL NUMBER OF PAGES FAXED: ___4___ PAGES INCLUDING COVER SHEET

**NOTE:** *Dr. Cunningham: Attached is the Travel Order from Judge Bennett that you need this week.*

*Sincerely,*
*Becky Walker*

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____X_____

Case 3:09-cv-03064-MWB-LTS    Document 284-20    Filed 06/23/11    Page 45 of 50

CUN000295

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# TERPSTRA, EPPING & WILLETT

### AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA 52401-1424
Writer's E-Mail: aewillett@tewlaw.net

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

May 2, 2005

The Honorable Mark W. Bennett          EX PARTE AND UNDER SEAL
Chief Judge, U.S. District Court
Northern District of Iowa
U.S. Courthouse
320 6th St.
Sioux City, IA  51101

**Re:   U.S. v. Angela Johnson**
**Case No.  01-3046 MWB**

Dear Judge Bennett:

Dr. Mark Cunningham is expecting to travel from his office outside of Dallas, Texas to Mason City this Thursday, May 5th, to interview close relatives of Angela Johnson in preparation for his penalty phase testimony. Thus, on Friday night, he will drive from Mason City to Sioux City to interview Ms. Johnson on Saturday, May 7th, returning to Dallas on Sunday, May 8, 2005. He has requested authority to make his travel arrangements directly through National Travel Service at government expense.

Accordingly, we respectfully seek a court order authorizing such travel for Dr. Cunningham. A proposed order is attached.

Respectfully submitted,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP
Co-counsel for Angela Johnson

PB:ndl
Enclosure

CUN000296

## ●her Orders/Judgments
### 3:01-cr-03046-MWB USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "OUTSIDE TAINT ATTYS" PER #328 ORDER

### U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 5/2/2005 at 2:05 PM CDT and filed on 5/2/2005

| | |
|---|---|
| **Case Name:** | USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "OUTSIDE TAINT ATTYS" PER #328 ORDER |
| **Case Number:** | 3:01-cr-3046 |
| **Filer:** | |
| **Document Number:** | 456 |

**Docket Text:**
EX PARTE AND SEALED ORDER as to Defendant Angela Jane Johnson . Signed by Judge Mark W Bennett on 5/02/05. (copies faxed to defense attys only) (des, )

The following document(s) are associated with this transaction:

**3:01-cr-3046-1 Notice will be electronically mailed to:**

Patrick J Berrigan    pberrigan@kctriallawyers.com, rwalker@kctriallawyers.com

Thomas Henry Miller    tmiller@ag.state.ia.us,

Robert R Rigg    robert.rigg@drake.edu,

Dean A Stowers    amy@rosenbergstowersmorse.com

Alfred E Willett    aewillett@tewlaw.net, nlanoue@tewlaw.net

Charles J Williams    cj.williams2@usdoj.gov, usao.ian-crim-cr@usdoj.gov

**3:01-cr-3046-1 Notice will be delivered by other means to:**

Case 3:09-cv-03064-MWB-LTS   Document 284-20   Filed 06/23/11   Page 47 of 50
CUN000297

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANGELA JOHNSON,<br><br>       Defendant. | Nos. CR 01-3046-MWB<br><br>**ORDER**<br><br>(*EX PARTE* AND UNDER SEAL) |

The court has received the attached letter, which should have been filed by the defendant as an *ex parte* motion under seal. The letter requests authorization to bill the government's credit card for certain travel by one of the defendant's experts, Dr. Mark Cunningham, Ph.D., to the Mason City and Sioux City areas later this week. The defendant represents that, during his visit, Dr. Cunningham will conduct interviews necessary for his trial testimony in this case. The court finds that the requested authorization is reasonably necessary in this case.

THEREFORE, the following charges to the government's credit card for travel by defense expert Dr. Mark Cunningham are **hereby authorized:**

       **Airfare** for travel from Dallas, Texas, to Mason City, Iowa, on Thursday, May 5, 2005.

       **Car rental** for a rental originating in Mason City on Thursday, May 5, 2005, and terminating in Sioux City, Iowa, on Sunday, May 8, 2005.

       **Airfare** for travel from Sioux City, Iowa, to Dallas, Texas, on Sunday, May 8, 2005.

**IT IS SO ORDERED.**

**DATED** this 2nd day of May, 2005.

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

GUN000298

# TERPSTRA, EPPING & WILLETT
### AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA  52401-1424
Writer's E-Mail: acwillett@tewlaw.net

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

May 2, 2005

The Honorable Mark W. Bennett            EX PARTE AND UNDER SEAL
Chief Judge, U.S. District Court
Northern District of Iowa
U.S. Courthouse
320 6th St.
Sioux City, IA  51101

Re:  **U.S. v. Angela Johnson**
     **Case No.  01-3046 MWB**

Dear Judge Bennett:

Dr. Mark Cunningham is expecting to travel from his office outside of Dallas, Texas to Mason City this Thursday, May 5th, to interview close relatives of Angela Johnson in preparation for his penalty phase testimony. Thus, on Friday night, he will drive from Mason City to Sioux City to interview Ms. Johnson on Saturday, May 7th, returning to Dallas on Sunday, May 8, 2005. He has requested authority to make his travel arrangements directly through National Travel Service at government expense.

Accordingly, we respectfully seek a court order authorizing such travel for Dr. Cunningham. A proposed order is attached.

Respectfully submitted,

Patrick J. Berrigan
Trial Lawyer
Watson & Dameron, LLP
Co-counsel for Angela Johnson

PB:ndl
Enclosure

# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

May 2, 2005

Mark D. Cunningham, Ph.D.
417 Oak Bend, Suite 260
Lewisville, TX 75067

**Sent via Federal Express**
**Tracking No. 8500 5349 1153**

RE: **United States v. Angela Johnson**
 **Northern District of Iowa Case No. 01-CR-3046-MWB**

Dear Dr. Cunningham:

Enclosed for your review, please find a CD that is a 5-½ hour interview of Angela Johnson by Dr. Dan Martell and Dr. Joel Dvoskin, the government's mental health experts.

If you should have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Rebecca L. Walker
Legal Asst. to Patrick J. Berrigan

RLW:gt

Enclosure

CUN000300

2500 Holmes, Kansas City, MO 64108-2743 • wdlaw@kctriallawyers.com • (816) 474-3350 • Fax: (816) 221-1636