# MARK D. CUNNINGHAM, PH.D.

## CLINICAL & FORENSIC PSYCHOLOGY

Diplomate in Forensic Psychology ✦ American Board of Professional Psychology

417 Oak Bend, Suite 260 ✦ Lewisville, Texas 75067 ✦ 972-459-0658 ✦ Fax 972-459-0958

NUMBER OF PAGES (NOT INCLUDING THIS COVER PAGE) __1__

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT THE SENDER.**

DATE: _5-5-05_  TIME: _2:20PM_

ATTENTION: _Becky Walker_

COMPANY: _Watson & Dameron, LLP_

FAX PHONE: _816-221-1636_

FROM: _Cera_

COMMENTS: _Becky, let me know if you need me to make any changes. At his current rate, it looks like he will need an additional $15,888._

## CONFIDENTIAL

### For Professional Use Only

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address set forth above.

CUN000301

# MARK D. CUNNINGHAM, PH.D.

## CLINICAL & FORENSIC PSYCHOLOGY

*Diplomate in Forensic Psychology ✦ American Board of Professional Psychology*

May 5, 2005

Patrick Berrigan, Esq.
*VIA FACSIMILE* # 816-221-1636

Re:     United states v. Angela Jane Johnson

Dear Mr. Berrigan:

Below is an estimated outline of additional hours Dr. Cunningham will spend on the above listed case:

| | |
|---|---|
| Travel related to the interview trip | 8 hours |
| Travel related to the trial | 8 hours |
| Interview of defendant | 12 hours |
| Interview of family / third parties | 30 hours |
| Consultation with defense team | 16 hours |
| Preparation of exhibits | 12 hours |
| Review / analysis of records | 20 hours |
| Brief report preparation | 2 hours |
| Days spent in Iowa for testimony | 12 hours/ day |
| | 144 hours * |

* This number is for 3 days of testimony, but depends on how long you anticipate needing Dr. Cunningham to stay.

From the originally approved budget, Dr. Cunningham has approximately $18,700 in funds remaining. Please let me know if there is anything else you may need, or if you have any questions.

Sincerely,

Cera Hammond
Assistant to Dr. Cunningham

417 Oak Bend, Suite 260 ✦ Lewisville, Texas 75067 ✦ 972/459-0658 ✦ Fax 972/459-0958

CUN000302

# MARK D. CUNNINGHAM, PH.D.

## CLINICAL & FORENSIC PSYCHOLOGY

Diplomate in Forensic Psychology ♦ American Board of Professional Psychology

417 Oak Bend, Suite 260 ♦ Lewisville, Texas 75067 ♦ 972-459-0658 ♦ Fax 972-459-0958

NUMBER OF PAGES (NOT INCLUDING THIS COVER PAGE) _1_

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT THE SENDER.**

DATE: _5-5-05_  TIME: _2:20PM_

ATTENTION: _Becky Walker_

COMPANY: _Watson & Dameron, LLP_

FAX PHONE: _816-221-1636_

FROM: _Cera_

COMMENTS: _Becky, let me know if you need me to make any changes. At his current rate, it looks like he will need an additional $15,888._

## CONFIDENTIAL

### For Professional Use Only

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address set forth above.

# MARK D. CUNNINGHAM, PH.D.

## CLINICAL & FORENSIC PSYCHOLOGY

*Diplomate in Forensic Psychology ✦ American Board of Professional Psychology*

May 5, 2005

Patrick Berrigan, Esq.
*VIA FACSIMILE* # 816-221-1636

Re:     United states v. Angela Jane Johnson

Dear Mr. Berrigan:

Below is an estimated outline of additional hours Dr. Cunningham will spend on the above listed case:

| | |
|---|---|
| Travel related to the interview trip | 8 hours |
| Travel related to the trial | 8 hours |
| Interview of defendant | 12 hours |
| Interview of family / third parties | 30 hours |
| Consultation with defense team | 16 hours |
| Preparation of exhibits | 12 hours |
| Review / analysis of records | 20 hours |
| Brief report preparation | 2 hours |
| Days spent in Iowa for testimony | 12 hours/ day |
| | 144 hours * |

* This number is for 3 days of testimony, but depends on how long you anticipate needing Dr. Cunningham to stay.

From the originally approved budget, Dr. Cunningham has approximately $18,700 in funds remaining. Please let me know if there is anything else you may need, or if you have any questions.

Sincerely,

Cera Hammond
Assistant to Dr. Cunningham

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 4 of 100
CUN000304

5-6-05    1728-1829

CAROL MANN    DOB 7-14-46

met Jen in Oct or Nov 1971 - met through
her friend Darlene who was Jim's & her mother-
in-law

Jim & Darlene - her mother & stepfather
were not religious they or was Carol

when went [?] Darlene everyone was willy
around [?] & [?] & several
[?] - seemed very [?]
    Jim & 4 kids ē mother & stepfather
kids seemed around

Florence was a very odd person - had a
[?] belief system
for 3 days Florence, Andy, Jim &
4 kids are [?] around all around the
[?] the [?] - because
mom [?]
Florence wouldn't let Jim have anything
on the walls because they were idols

[?] Jim in Missouri [?] Fred Coffman who
[?] Bishop Whitaker [?] good so took the
ones - then they were to order the

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 5 of 100

poured s.t. to get the angs out

- Frank got his anger on this stuff & she got real unamed

- Jesting → pretty sure they were
- Jean jested until she was slen a husee
- cast out demons → Kim swallow hand up then for article of Jean tattoo about costy things out of her

- Jean began to talk to Judy who had had nervous breakdowns & was Carol's renter

<u>Carol met Dillons:</u>

a brother in law was preacher Full Gospel & moved down from Clarost, KS → Kieth called to bigger church
went to another church & met the Dillons -
Haydell was the pastor -
got to know Dillons - hadn't been converted long, had foster kids & may have adopted kids // Ted was kind of a rough guy
got word later from Youth Center that Dillons moved there
                        like truck driver, & used
CUN00036
                    abuse on the kids

Jean had BF Bob in Wisconsin who came
down for a visit, he went home, Jean was
pregnant & scared to death because of
her mother — deep shame

Jean considered giving Holly up
knew Dillavas had adopted & thought
they might adopt Holly

Jean tried to break up for a long time — there
was real jealousy & called Carol that
there was lots wrong down there & she
couldn't bear to call there & had to
get out of there

Jean said she couldn't say much on phone
Carol took 2 yr old Jeremy & so went &
backed out in snow storm & picked them
up & changed

things drastically way of told & when she
cleaned buildings he was molesting them
wherever they went

                                        her daughters
that Dillavas met on the way up & didn't
awake them Christmas — problem if away they
ate ② ate too much

kids wanted to Carol like she was an angel that
she had rescued them from Dillavas →

recalls Dillard had adopted/fostered 2 Indian boys & child who [illegible] to give away me boy

Carol's [illegible] had been Jim's [illegible] x 13 yrs but [illegible] had little to do w/ Carol since took up w/ Jim

Jim told Carol that she was going to die →
Elsa Jim [illegible] Munson & her husband Bob [illegible] they were [illegible] [illegible] who were all going to die
Carol couldn't eat [illegible] as no [illegible] she was going to die // Jim thought she could see into the future & spoke in tongues

Jim doesn't [illegible] or believe she has a direct pipeline to God

~~[illegible]~~

Carol's husband took her to [illegible] Coffman who prayed [illegible] — when he [illegible] her she [illegible] bloody murder → [illegible] that she had [illegible] been [illegible] of Jim, that Jim had no [illegible] power — [illegible] [illegible] //
then Carol [illegible] [illegible] x 7 yrs

Case 3:09-cv-03064-MWB-LTS   Document 234-21   Filed 06/23/11   Page 8 of 100
CUN000308

Jen would open the Bible when she got a
"feeling" — re tempting feeling & then open the
Bible to spread message

then Jen announced that after she knew everything
of the Bible she didn't need the feeling anymore

that Jen thought she was getting info from
God as what would receive

Jen gave land & $ & as gifts, but made
payments to Jen until they had a falling out

land from Jen & the kids of Florence Westy
tire & yelling in the basement

Jen did not cut out [___] in front of
[___] of the kids — [___] wouldn't
have gone along with this

[___] to Jen
Ted's daughters used to want [___] to
clean offices up here

Jen never showed that her own daughter had
been [___]

Jen had a way of detaching herself from
members of the family, and it all [___]
couldn't [___]

ZOUN000305

Also sometimes Jean on long rove sound phobic

Jean was in a car accident & then never drove again as Carol understood it — avoided driving out of fear

Carol doesn't think Bob was married — Jean loved Bob while he was in Wisconsin, Jean told Carol that Bob was divorced

Carol took Jean to Florence's one day & told her to free it / Jean had not told Florence that she had given it to Kg & why

Jean told stuff & can't understand the logic of her thinking

Carol called Bob's family as they would know about the body & told that Bob had been killed in car accident — that's how Jean found out — & called her on phone & told her

Carol never met Bob, stayed away by Jean's instructions during her visit

Carol went to jail Jean a couple of months after Jean found out about Bob's death

Jean couldn't stand Julen (Carol is the husband) that they were not a good match → Jean had too much control over me, Julen felt that he was losing Carol to Jean

after Elsa met Jean she split from her husband Bob // Elsa joined 3 ... bed a ... that ... 3 ... were for Elsa, Jean, & Carol

Jean doesn't like me & don't think any of them are very good so should get away from them

so Jean everything ... they have a meaning Jean ...

thought Jean was OK as a mother → though she encouraged kids to ... from the ... Wendy age 12

apparently they are unwilling → but only little children

... Jean telling her that she did a lot of yelling at the kids

... was more vulnerable than the other kids — in ... age 8 — ...

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 11 of 100

cover of room – Carol telling [illegible] Angie had
died & left her body & came back //
Angie got more rebellious as time went on
Jean believed Angie had died & that her
prayer had brought Angie back //
Jean had been praying over Angie at time
this happened or though she had goal
of healing

does not recall Jean taking kids for medical
care – kids were on Title 19 so would
have been eligible – DK whether they got care

kids two 3rd class at Dillews, not enough
to eat, little garage got

Angie was rebellious, mouthy, yell back
at mother
Angie moved stuff Hays just to get out of
the house

Angie angry about religion, faith,
teen issues

CUN000312

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO: Pat Berrigan

FROM: M. Goody

RE: Johnson

DATE: 2/10/05

INTERVIEW OF: Carol Mann

DATE OF INTERVIEW: 2/9/05

PLACE: Her home
821 12th SE
Mason City, Iowa 50401
(641) 424-4016

First met Jean in 1971. Met her through Darlene. First impressions.

Pat explains reason for our visit.

CUN000313

Angle would have been 7-8. Darlene and Carol were married to brothers and had been sister in laws. Darlene and Jean were very very close. Darlene's ex-husband Ron Miles, cam to Forest City where Jean lived and dumped on Jean. Financially they were in bad shape and he brought her up here to get re-established. Darlene is a sweet sweet person. Never remarried.

Darlene is kind of like Jean – they don't get acquainted and stick to their family.

Cries – I hadn't seen Jean for a long time and she looks emaciated. She took this to the bone.

Relationship developed around Christianity – her folks were half a bubble off plumb. They were weird – nice people, but they had got in to the bible and they were weird.

Went to house one time, they were walking around and crying and praying…I listened to this for an hour. Jean asked me what I think about this and I told her you guys are fearful and you should walk away from the fear. Those kids were exposed to that, too. They drove around in a car for like three days because the lord was coming which is bizarre.

I knew they drove around for days and Jean was caught up with it in the beginning, but she realized this was close to insanity. She loved her mother and stepmother. November of 1971. The second time I was at her house this was going on. I said if there's a spirit involved it was the spirit of fear. Jesus said I am peace. I knew it wasn't anything in bible.

Went over for coffee – and she invited me in and I walked in on this thing – I think she was a little embarrassed. Kids were there – I think they were all upstairs. Heard about it later – Jean told me about this. They took everything off the walls that was nicky-nacky – because it was evil and put it back out in the dumpster.

Jean – was going along with this because it was her mother and stepfather – and Jean was brand-new in the born again experience. She really did get born again so she knows it's the truth but it wasn't a very good set up but maybe god sent me there to tell her no, this isn't the way. But we developed a strong strong friendship.

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 14 of 100
CUN0006314

Then she moved to Thornton – the rent was high – big house, cheaper. D/N/R. Stayed in touch.

The kids were a little bit upset and hid from mom because it was a big thing – that divorce was a big thing to the kids. They didn't want to hurt. Good mother. D/N/K Jim. She tried to teach them the religious ways. Maybe a little bit intense. Intensity – for example, they had a table like mine. They all had to gather around which is ok – not to make children partake in an adult session. It was over their head.

Did not worship in the same church – Jean is not a church person. Self taught and self directed in the way she practices her religion. Most I have agreed with and some I haven't. She don't like it when I don't agree. I thought the mother was off the wall. She was a little bit odd – lot of it was behavior. She seemed extremely nervous to be around people. Darlene and Jean both have that but Florence was way worse. When Andy died – I went and gave blood to offset the cost of his transfusions. I didn't have much closeness with the family.

Andy retired and Jean was on welfare so thinks finances pretty separate. She was on ADC.

She managed health and they lived together to help each other.

I know when she lived in Klemme – she went after Jim when the kids were pretty much grown and she got a chunk of money because he had never paid child support.

We were real tight. Jean was a big one for the way she interpreted the Bible was the way everyone should. I don't agree with that – it's not for private interpretation. She would come up with this stuff – getting pricked – like a pinprick. She would get "pricked" and she would get the bible and …I seen it work quite a bit. One day I went to Klemme to visit her and she told me to get my affairs in order because the Lord had showed her that I was going to die. I then took on a spirit of fear because I put a lot of stock in her.

Our friend, Elsa Dirks – her husband got mad because he felt that they were getting out there. She said that Elsa had found a gun on her bed with three shells and I got scared because she said he was going to kill all three of us. I

CUN0000315

was cold, going to wear a coat, but she said not to because he would get us. That fear took hold of me – and I had a nervous breakdown 2-3 months later. My ex-husband took me to a man who prayed for people like me. He told my fear to go away from me. I went down on the ground and screamed at the top of my lungs and that thing left me. So then Jean and Elsa came over within a week. I told Jean that I was going to stay away from her – I had put too much stock in what she was telling me and I wanted no more to do until I healed totally. I had lost a baby right then, 1973. Then had no contact with Jean for 7 years. Not until 1980.

Had just lost the baby and a month later this started with her.

Got back together with Jean – I knew she was working at a truck stop in Leland. I remember telling her Jean I still love you, but I put my priorities in order and I wouldn't listen anymore. She said she didn't even remember telling me that. I was now a much stronger person. She still did this but I could fight that off. Sometimes I saw her do the stuff and it came out right. I would never tough her with a judgment I would leave that up to the Lord.

I would imagine there was probably a lot of fear times with those kids because they were with it 24/7.

Jean has said to me that she would like to go back and change some things.

Jean had a guy from Wisconsin who she was involved with before she moved to Iowa. Next thing I hear from her she's pregnant by him (he came to visit) and she's scared to death. What would people think? I knew these folks in Kansas; we lived there for a while. They went to our church and I thought they were great people.

Jean was going to give Holly to them. She called me later – kind of a snowstorm – she said – carol, come and get us, it's very very important, I can't tell you anything. I left immediately. My boy was a year and a half old – end of 1973. Winter of 73-74. They were pretty much packed up and put everything in my car and came back.

Knew Ted and Bobbi Dillow from Kansas, from church. Nice people. Called them and said I knew this gal and oh they would love to adopt a newborn. The plan was for her to live down there and that way she would come back

4

Case 3:09-cv-03064-MWB-LTS    Document 234-31    Filed 06/23/11    Page 16 of 100

CUN0000316

here once the baby was born. She kept her place in Thornton – Frank Udhe – I paid him for the rent. Lives in Thornton.

We had phone conversations while they were there. Jean wasn't much to get somebody upset about something. She had enough time to see what was going on and came back 2 weeks before Holly was born. 2/5/74.

I could tell Jean and the kids – she wouldn't talk in front of her kids. Those kids knew that was a bad situation. When we got back Jean told her money she's back and she tried to hide the pregnancy but her mother knew. She was totally humiliated. So glad she kept Holly – she has been a big blessing to her. Jean said it was a nightmare – that he was mean and ugly – he was molesting his own daughters – that was the biggy. She told about how Jeanine would have to go to clean the church and take her daughter there and molest her. I never had no more contact with them because I believed Jean.

There was enough body language and stuff to convince Jean. I think they had a little garage they had fixed up for the kids. Jean is a cook and a clean person. I imagine she just busied herself with laundry and cooking and the kids. It wasn't a good experience for her kids, they were very happy to be home. Can't recall anything they talked about.

Florence had a place in the basement she would go. My ex-husband and I kind of fell responsible for that. We gave her some tapes – got them from Frank. They started out good. Frank was a good man he wouldn't have steered them wrong. I gave the tapes to her. Moral – if someone has a tendency to be weak spiritually they'll run with it. We got rid of all our tapes. Next thing we knew she was down in the basement with a baseball bat.

There was a man in the tapes who had enough truth to make people believe. It was about fear. It can come into a person. Jean and her family's behavior was fear. In tapes, you go into a closet and take a pillow and old memories come up and you should scream into the pillow to relieve the memories.

My ex-Julian – we couldn't do it. We had just made it worse giving her that stuff. Florence even went to the guy in the tape – Bishop Whitlock. He had bought an old hotel in AZ. They were getting these people to come. They got all the check and she got her basic needs. Her mom died on her knees. She died at Bishop Whitlock's.

5

CUN0006317

Remembers a little about the exorcism records. There was a bunch of records in the '80's – had hidden messages if you made the records go backwards.

The only experience with Angle she told me about – Angle was very very sick in Klemme – eyes rolled back in head – when she came to said she saw mother in room – and told God she could not leave her mother. The exorcism stuff could be so damaging. #1 you make the child think they're some kind of bad weirdo.

Would have been concerned if she witnessed this exorcism. If I believe the people are ill equipped – child is so young and tender. Let's find out if we can change something in their heart.

Cannot believe she would kill a child because she is a mother. I saw her children different times because they would be with Jean a lot. Sweet girls.

Rebellious and made some bad choices. First marriage to get out of the house. Knew both husbands. Seemed like a nice guy.

Sister Stillian's – Ada Stillian. Like a little Pentecostal. That's where they ended up after the three-day ride. But was destroyed by floods a number of years ago.

Jean has just gotten more like her mom the older she gets. Way too intense. I had a friend, close but not tight – not Jean. I'm not big, pushy in what I believe. Judy was Christian and we would pray or read together. But I was worried about Judy when Jean came in because Judy was impressionable. One time she called me up there – I need you to pray for me. I have blasphemed against the Holy Spirit – and I feel so vulnerable. I said how could you do this? She didn't know. The Holy Spirit is God's instrument.

I worried about Judy being impressionable. She came to the apartment house and Judy was so thrilled and because there were two Christian friends living in the building. Jean and I both prayed for her. I remember thanking the lord for putting Judy between two pillars. I then thought better of that – Jean would have to be in control spiritually. I knew at that time that she was going going to control Judy. Only one pillar there. She cut me out of

6

CUN000318

everything and I could see her going up to Judy's every time at the same day. She took Judy's friendship away from me.

That there is the thing with Jean. Nobody will assert everything over her and she has no equals. Very passive aggressive. Jean isolated her family and herself.

I feel responsible for that. The Kansas thing.

Angle is salvageable. Angle can be a real blessing – from what I seen after she had been in jail for a while she had turned her mind around.

Julian has an excellent memory. We separated because of Jean – he said she has too much control and power over you. One night I called Jean after 11 because the rates were cheaper there. I had lost a bunch of weight. So he became real jealous and he came out of the bedroom and tore the phone off the wall. He thought he was losing me.

Julian Mann – 641-995-2227. Be sure to tell him right up front what it's about.

Elsa Dirks– 417-732-4934.

Ann Dirks – Thornton – Elsa's sister in law. Lived down the street from them for a couple of years. 998-2760.

Kim Swalve – she lived with them. I don't know if Jean did her any service either. Casting stuff out of Kim – I was never around.

Angle wrote to me a couple times to thank for bringing her mom down. People put jailhouse religion down but what better time to get religion.

Christian Fellowship Church. Had been a Pentecostalist. But not a problem. I'm not flaky.

Jean didn't care much for men – she didn't promote marriage to her women friends. I did pick up some negative stuff from her. Men are babies, you need to take care of them. She gave impression that Jim was just a tyrant the whole time. She believed (Jean) he tried to kill her.

7

CON000319

It was a terrible divorce. Jim was probably obsessed with her. I would imagine he didn't want to let her go at all. He had made a lot of threats to her. One time she was walking across her window and a bullet came through her window. She always believed it was Jim.

One-time kids came home from school and she sensed the presence of evil and found he was hiding some place in her house. She found a hypodermic needle under her bed.

Constant fear. From a child's point I sure could say that.

They were always strapped financially. But she did amazing things – the kids looked nice and clean and her home was nice and clean.

Jean fasted. Elsa called me and said Carol, she's emaciated. Since this happened she's fasted a lot. She did have the kids fasting when they were little. I didn't like it. Let kids learn about stuff like that when they're old enough to handle it. I made my share of mistakes with my kids.

I remember praying with jean one time with Kim, but thought Jean knew that it wasn't a public idea.

I met Judy freshly out of a mental institution. I was worried that Judy would get back into this problem as her relationship developed with Jean. 2 years ago.

CON000326

# MARY C. GOODY
## MITIGATION AND INVESTIGATION
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

<u>confidential memo to attorney</u>
<u>subject to attorney client privilege</u>

## WITNESS INTERVIEW

TO:  Pat Berrigan; Al Willett

FROM:  Mary Goody

CASE:  Angela Johnson

WITNESS:  Carol Mann
     1108 North Carolina, Apt. 6. Mason City, IA 50401
     641-424-4016

DATE:  11/30/01

Jean and I are very good friends. She tells me a lot, but she keeps some things to herself. We have been friends for almost 30 years. I was married to her sister's ex-husband's brother. I was married to Johnnie Miles. Darlene used to be my sister-in-law. In November, 1971 Darlene said come over to the house and meet Jean.

We have a mutual thing with God. Jean loves the Lord and so do I. That was our interest in being friends. I was married at the time and she was single. I would stop by about 2 times a week when I was in Mason. I used to live 20 miles from her.

Jean is very honest. Very sincere. Sweet. Non-judgmental. I have not been a bad girl, but I've been a rascal all my life. Jean says God's still working on ya. Unconditional friendship love. I know God is still working on me. My wings are real short. Hers are long – she must pray more. She was raised by Christian parents. My dad was a rowdy. He cussed a lot. A drinker. If you were raised like that you tend to be more like that.

I knew Jean's parents. Florence, and Andy – he was her step-dad. He was better to her than her father. Andy was a gentle man. Jean has done it better than I have. Personality-wise, Jean is more meek and I am more mouthy. I know she prays and reads her Bible more than me.

She was good raising kids. Now she keeps going back over things when she thinks she wasn't too patient. Maybe the kids didn't want so much religion. Maybe some of them

<div align="right">1</div>

CUN0003241

resent it. Maybe she expected them to know more than they should. They would read the Bible and pray together. If you're gonna be a rebel, you're gonna be a rebel. Bad parents can raise good kids and good parents can raise bad kids. It all makes a big pot of soup. You need good ingredients, but even then they can turn out bad. Jean felt bad that maybe she pushed too much on them. In 30 years I have only seen a good person. Seriously.

As a child Angie was very headstrong. Stubborn. A good little girl. She was very dear to her mother's heart. Angie rings her mother's bells – she has a real soft spot for Angie. When Angie rebelled that really hurt Jean. In her mid-teens, she took on some kind of air.

I didn't go to Angie and Steve's wedding. Angie was wantin' a different kind of setup. I think she cared for him, but I don't think it was love. It was enough to get away from home. Kids think that will solve everything. She wanted to do her own thing. Steve was a good kid. I was there once – I ran away at 16. I twisted my parents' arms until I got married – he was a ticket out.

I've been around AJ a couple of times. I felt when she hooked up with him – well, he was the town rebel. Like the Fonz – leather jacket. Seemed like a rowdy. I heard he had done drugs. He was "cool" like a young girl looking up to him. I think Angie wanted him because every girl wanted him. Angie proved that she could get him. But I hate to be guessing. That's what it seemed to me.

Angie and I have never been close. We were too much alike. She never liked me. I do speak the truth – maybe too much of it. Angie doesn't like that about me. I would tell her she was wrong. She would roll her eyes and march off. When she was a teenager. I told her that her wayward lifestyle would catch up to her. I told her what I thought because I did it myself. Maybe now she could forgive me for that, but not when she was a teenager.

I've seen her on very rare occasions as an adult. Sneer is too strong a word, but she would snub me. I have seen her in jail and I have seen such a change. I think the change is sincere, not a jailhouse conversion. I think she has taken stock and really taken account. Let a lot of things go. The time I went up there Angie was ok with me being there, but I wanted to let them be alone together. She was really angry with me. I told her the Lord told me everybody loves me – some love me when I arrive and some love me when I leave. She laughed.

Angie is stubborn. She was gonna do what she wanted. Could not talk her out of it. It had to be her way. She would not let go of her way of thinking. Had to be her way or that was it. That was it. I feel so bad for her, oh my God.

I don't know any facts or details. I don't know what or if about the guilt. Jean doesn't really discuss much. Maybe she doesn't want things repeated. Angie always picked the wrong crowd. She had an appetite for the seedier side of things. She is not wickedly bad, but if she was on a scale of 10 she would be 6 out of 10 – maybe just a little more than it should be.

Case 3:09-cv-03064-MWB-LTS    Document 284-21    Filed 06/23/11    Page 22 of 100

CUN000322

The only way she could be capable of this is if she was drugged up. Otherwise, no. Nope. In my opinion I could never say that she was capable of that. She loves her daughters so much. She has a heart for kids. The way she has grieved, and the agony. It's pretty hard to believe that she could cause that kind of pain to somebody else. I worked at Kraft Foods. Now, Dustin, I think *he's* capable.

Dustin is really crafty. Cool. Calculating and he went a whole lot deeper than the average person. He thought he was pretty sharp and could outsmart anybody. I'm a landlady and it's amazing the information that falls into my lap. An uncanny thing I've got going on. I have a bad feeling about a renter and then I find out they are doing drugs out of there. Then I confront them. When you get in their face they show guilt.

I was head of Security at Kraft. Dustin worked there. One time his girlfriend stopped by with a baby – a little boy in a sailor suit. I called Jean. This was the same time as Marvea was a baby. He had another girlfriend and another baby. Jean confronted Angie about it. Angie was mad that her mother found out about it. Both babies were infants.

Angie is a very bright girl and street smart. My evaluation and guess about it is that she had to really, really love this Dustin to go on with that relationship. Something was going on. I think he was the powerful one. Nobody treats Angie like that. I would think that as strong as she was, she would have kicked his butt to the curb. She must have had strong feelings for him. She does not want to testify against him because of her daughter. I think she still has feelings for Dustin.

I knew the Dillows from when I lived down there in Kansas. My ex-husband and I lived there. I've heard some stuff and I know what you're getting at. When Jean and her family went there they were not very happy. Jean really loved the guy from Wisconsin. After a weekend visit, she was pregnant. She was so devastated by it, being a Christian and all. The Dillows said they would take her in, even if she didn't leave the baby. I guess it didn't work out too good.

Bobbi was ornery, and the girls told some things on Ted. I heard it from Jean many years later. When they were down there Ted and Bobbi were both ornery. We never seen anything like that. When we lived there we went to church with them and they seemed like good Christian people. But they didn't treat them so good. By her 7th month, Jean decided it wasn't worth it. Jean learned about the molests from the girls years later. Jean is a pretty private girl, it is hard to get much out of her. I've wondered if it could be true. It don't feel so good if someone deceived you and you sent your best friend down there.

Jean called me and she was pretty upset – it wasn't working out. It was miserable. They were stuck in a garage with no insulation. The kids were cold. Jean is very clean. She is very cautious with the kids. She is a mother hen. I took my kids to my mother's and I drove down there and brought them back in a blizzard.

Case 3:09-cv-03064-MWB-LTS    Document 234-31    Filed 06/23/11    Page 23 of 100

3

CUN000323

Jean was on welfare – ADC. When she went there [Kansas] she kept the house in Thornton. She gave me a portion of the ADC check so she could keep the house – have residence here. Now I'm not in very good shape financially and Jean is helping me out.

Holly's father never knew Jean was pregnant. She was the type of person to keep her mouth shut. She thought if he cared about her he would come back. She never told him she was pregnant. So I called up there to let him know. I happened to call his ex-wife and told her I was looking for Bob. She said he's dead. I had thought he was a dog for not helping Jean, but he never even knew. It just about killed her to find out he was dead. It was pretty devastating for her.

I never heard anything more about the Dillows. Someone told me they moved to Yates Center. I guess they were for 3-4 months. If what the girls are saying is true then it could account for Angie's attitude and rebellion. Some girls don't fare too good after something like that – emotionally. It could be why she became rebellious.

I was always really impressed how Jean could make her little bit of money go so far. She was concerned about the kids having stuff and being like the other kids. She wore her clothes for years and years. There's not too much selfish in her.

She went to Colorado. She got in contact with her sister or her dad. Rita (?) was her dad's youngest. She wanted to make a new start. I don't think it went so good. It was just more hurt. She made a couple of tries. She didn't like ADC, but when you got 5 kids, and what little bit you could make out there… I gave her a car. She didn't drive, but one of the kids did. It was a real pretty station wagon. If it would have worked out she would have sold the house in Thornton. She got a job as a cook in Colorado. After that she worked.

I was never around Angie that much growing up. There was periods when I might not see Jean but once a year. She was working and busy and so was I. But I have been friends with Jean for a long time.

Case 3:09-cv-03064-MWB-LTS    Document 284-21    Filed 06/23/11    Page 24 of 100

CUN000324

5-6-05    2123-222

DAVE NIOMAN    DOB 2-22-63

in Mason City w/ Baranya, Steven, Brody,
& Logan    H: 641-565-3489
C: 641-590-1650

worked heavy equip construction x 3 yrs

[illegible line]


met Logan age 8-10 as she was a year
younger in school

[illegible] & wanted to get away from mom
as an early-mid teen → b/c mother used
religion - [illegible] Logan was possessed by
the devil

Logan's mom did [illegible] to dispel the
devil out of Logan - not by Logan volunteering
Logan [illegible]

all would [illegible] hands & put Logan in the
middle - Dave's mom are also very
religious

Wordguss [illegible] age & Dave's older sister

mom's religion put a lot of drama in
Logan's life a mom passed on [illegible] the
end one → compelled Logan to marry [illegible]

[illegible]

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/29/11    Page 25 of 100

Jean would help out financially w/ [Angie's?] wedding

Jean would try to aggravate Holly so could [turn xxxx x not xxxx] Holly's wedding because Holly was [xxxx xxxx]

Jean's [xxxx xxx xxxx xxxxx]

[Angie] was [xxxxx baseball] — not in love w/ Steve Hyde

always thought Angie was [smart], but [limited] opportunity as dropped out of HS

Dave graduated HS 1981

[Angie] married good [friend] of his: [Arly Johnson] "AJ". Dave [caught to money w/ Kirby Thompson] called him the "white rat" [xx would prey on vulnerable woman] & Kirby had cocaine

HS put a [xxx] over [Angie's head but never helped up alyssa] w/ not [xxxx attempt to relationship or xxxxx] HS later [xxxxxx] as [burglar] but not [xxxx else]

[Angie] liked to party, liked to be center of attention, liked the pretty boys

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 26 of 100
CON000326

Terry was a dickhead - type person who if you bumped him on a bar he would knock the shit out of you & not think twice

once pulled Angie out of vehicle going 10-15 m.p.h. & drove off → Dane came by & picked her up - either Angie met off of her after she cleaned her life up & Terry came back by

Terry on one age but attacked a different #3 → not of sent to the same bar

Terry beat Wendy before when married to her - she showed up of bruises & fat lips & she would have a lame story when Terry started getting drunk I tried to _____ someone to will leave of them with them to alone

Terry beat Wendy bad like he did up Angie

Angie talked to Dane about Terry beating on her - she made excuse for him like he was drunk or that she got mouthy - she rationalized it // Dane told her to get away from him

Terry got in a lot of fights, but up police I never knew _____ I never saw Terry lose a fight

Agreement retroactively that Terry was her
good we not joking or in a good mood —
stewed her off

Angie saw Todd Nelson after Dustin — now
dates Clyman / Todd is now going
thru bad divorce over this

really floored by this change against
Angie — she has always been protective
of children & mocked made of Dennis' head
when he yelled at his kid

Angie's moods were pretty steady & stayed
in central

Angie liked to do drugs, didn't know it
was that bad, she liked to have a good
time

Angie was real good with her kids,
would do without herself to do things
for kids

Angie needed a lot of love

Dave has stayed in touch w/ Angie

# MARY C. GOODY
## MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO: Pat Berrigan

FROM: M. Goody

RE: Johnson

DATE: 2/9/05

INTERVIEW OF: Dave Neiman

DATE OF INTERVIEW: 2/8/05

PLACE: his house
1120 – 330th Street
Forest City, Iowa 50436
(641) 565-3489

CUN000329

Pat talks with Dave about the trial.

Angie keeps in touch with Dave.

I have known Angle for a long time – I got a 13 year old – if I chewed his butt for doing something wrong, she'd get mad at me. I have seen her walk up to total strangers in a store who were hitting their kid and she'd tell them to knock it off.

Can't see her doing this to the little girls.

I didn't know Dustin.

Angle and I have had little fallouts from time to time.

Our mom's were religious – Angle's mom is a little more weirded out with the religion. I remember going to a séance one time where she thought Angle was possessed. I kind of saw it – we were down there and her mom was trying to talk with her – let the devil go. My mom actually thought that was not good – you're wacked – and after that didn't spend much time with her.

Wendy and my sister Diane are the same age. My brother Paul – is the same age as Holly. How we met can't tell us that. Jean and my mom went to the same church. Mom used to belong to Highway Chapel.

Mom in Rochester now.

Met Angle when about 13 or so. Angle wanted to get away from her mom – her mom was strange. Jean – she is

2

CUN000336

religious but she don't believe in religious beliefs. She preached God but didn't believe in God's ways. Them séances – or exorcisms – that's just not what church was. When you're 13 or 14 –

Angle married Steve Hugo – not close to Angle when she married Steve. But Arlen and I are best friends. Nice guy as long as stays on medication.

Angle pretty heavy into meth when she was hanging around with Dustin.

When she started going out with Degeus – I stayed away. He was terrible. I saw someone hitchhiking one time and it was cold and here it was Angle – and Terry had pushed her out of the car. She wanted to get cleaned up. Pushed her out o the car going 30 mph. Blood all over her face and everything else. Next thing you know he came in there. He went inside with her and she came out and said she was leaving with him. Stupid idiot like this…ok then whatever happens happens.

They were together a long time. Every time she tried to leave him he really beat the shit out of her.

Knew Degeus – a little bit from the area and his first wife, Wendy – (Wendy and Clint Jensen) lives in Woden, Iowa. Remarried. Wendy used to come up town and she had a black eye and a split lip and she said I fell, I fell. Everybody knew it. It was either his way or you got beat. He got stopped one time by the sheriff and he beat Doug Book and beat both them guys – he knocked them both out. I watched

CUN000331

him get in a fight one time with a football player from Iowa State – he beat the shit out of him and he was twice his size. He loved to fight. He had the reputation as town bully. He would never pick fights with small guys – always someone bigger than him. If you bumped into him that's all it took. If you stared at him too much, or something like that. But I just didn't have the time of day for him.

Graduated from Forest City High School. Mother has moved to Rochester. Sister lives in Forest City.

Todd's cell – 641-590-3228. Going out with Alyssa.

Terry Olsen – living in Northwood, Iowa.

Doug Book still at Police station.

Runs heavy equipment. I dig big holes. Level hills out, etc. Track backhoes, dozers and scrapers.

Not married. 1 son.

First met Angle – her mom had a restaurant in Leland. Might have been through the restaurant. Her mom and my mom being friends. My mom couldn't believe this. Been friends and never been nothing past that. AJ is a nice guy but he's really cheap. He never bought her a ring, got her gifts that didn't fit her but fit him. He never did nothing for Alyssa. Or never gave her gifts – but got stereo for truck. They grew apart. Started going out with terry Degeus. Lost touch until her and Todd started going out again and we started talking and being friends again.

Case 3:09-cv-03064-MWB-LTS   Document 284-21   Filed 06/23/11   Page 32 of 100
CUN0003321

Started going out with Todd again. Right after Dustin.

Different from mother – who was super strict – she said she would never treat her girls like her mother treated her. Her mother wasn't afraid to spank her. Often got a spanking.

Angle was an excellent mother, I thought.

Only gone to see her one time in jail. But she writes. Then she calls. Angie always so negative about herself. But she is a heck of a drawer. Sticks up for people.

Has helped Alyssa out best I can – do a lot of work on her vehicles. I try to send Angle money once in a while. Try to help Alyssa out as best we can.

Still friends with Angie because I don't think she done it. Angle is the type of person – there was nothing in it for her. That was not her type of thing. Why would she risk this to help him out when they were split up anyway? Can't see her helping him because she had too much to lose. When Holly got married, Angle helped her so much and her mom just kept saying why do you want to marry this guy don't you think he's a child molester.

Meth – she did it pretty good with Degeus. Knew Degeus was selling meth. He had done it all of his life and had been dealing all his life. But after all this we never talked about it – I didn't want to know about it and I didn't want to hear any more about it. Never saw her do it everyday.

5

CUN000353

The feds tormented her. She called them names, etc. and I told her don't do that you piss them off enough then they'll get you for something.

Only saw Dustin once. Couldn't understand why she wanted to hang around with the nerd.

There was a period of time when she tried to get away from Degeus. Love does funny things to a person. When they sit there and apologies to you and buy flowers, sorry, never do it again, but he did. She tried to get away from him for quite a while.

The exorcism – we went there and all sat around in a circle – her mom was screaming at her – we're going to get the devil out of you. I really didn't know what was going on. Might have been about 11-12. Angle was sitting right in the center of us. Her mom was always saying she was possessed by the devil. Angle had friends everywhere – she liked to just go out and visit with people.

Never really seen her reprimand the girls. Especially when she went to Des Moines. AJ lived here with me. That's when the bipolar kicked on him. His second wife was nuts and tried o get him to commit suicide. He told Alyssa that she was moving. So Alyssa ended up here – and we worked her like a dog. It didn't take too long she wanted to go back to her mom's.

Most of time wants to know how Alyssa is doing.

6

CUN000334

MARY C. GOODY
MITIGATION AND INVESTIGATION
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

<u>confidential memo to attorney</u>
<u>subject to attorney client privilege</u>

<u>WITNESS INTERVIEW</u>

TO:        Pat Berrigan; Al Willett

FROM:     Mary Goody

CASE:      Angela Johnson

WITNESS:  Dave Nieman
1120 330th Street, Forest City, Iowa 50436
641-565-3489

DATE:      3/19/02

(Note: Dave has a stutter – his speech is fast, disjointed, difficult to understand.)

Angie and I have been friends all through the ages. Since we were 10 or 11, off and on. Our moms were friends. Her kids were the same age as us. I didn't go to school with Angie – she was a year younger than me. Her older sister [Wendy] hung around with my sister [Diane]. My mom went to her house for prayer groups.

Jean? (laughs) – my impression is she was a little weird. The type of person who was beyond… She was too religious, like going through a phase. She was pushing God too much. She thought every body was possessed and doing wrong. She thought they had the devil in them. I always fought my hardest not to go over to their house. Because their mom was a Bible pusher. A bad Bible pusher.

My mom was religious, too, but not like that. My mom didn't push nothing on me. My mom goes to church 5 days a week and she has a prayer hotline and everything, but she doesn't push nothin' on me. If we would start to rough house Jean said we had the devil in us. She was always scolding us and putting us in the corner, just for being kids. Me and Angie would get in trouble. The kids felt frightened of her a lot.

1

CUN000335

It was like we were on pins and needles over there. The kids were always grounded or something. She was a single mother. It was tough on her. We were afraid of her hollering at us. She thought we were possessed by the devil.

Jean called me this week. I have Angie's stuff stored here. Jean wanted to pick it up. Furniture and things. I never heard nothin from Angie about her picking up stuff. I'm sure it was a personal motive. Her mom never did nothin to help her kids. I'll guarantee it was personal. She used to own a thrift shop – maybe she wanted to sell it, who knows? Maybe she wanted to use it. Angie would have called me if she wanted her mom to pick up her stuff.

Jean never had much respect for the kids. She forced them out of the house. Forced Angie to get married just so she could get out. Well, she didn't force her to get married, but Angie got married so she could get out. The marriage didn't last very long.

After Angie dropped out of school we lost touch. Drifted apart. I didn't see her. Then she married Arlyn. AJ – I was friends with him. Then we got to be close. Arlyn was a really nice person. 'Til he met Denise. Bipolar. It's in his family history. It takes a lot of stress. He's dependent on medicine. His second wife tried to drive him to commit suicide. He moved in with me. He would flip out. He turned in his friends for child abuse. He turned me in for assault. I wouldn't have got charged but I couldn't get back in time for court. I was on the road. He turned me in and then they knew something was up because he turned in five other couples at the same time.

I lived next door to Angie and Arlyn. About 1984. I was single; she had Alyssa. She was a real good mom. AJ never changed a diaper in his life. She did it all. Took care of the house and everything. She wanted to work but AJ wouldn't let her. She didn't have any money. It was his way of controlling her. He did that to Denise, too. I should make a soap opera outta all this.

With AJ Angie was happy at first. She didn't even get a wedding ring. No honeymoon. He'd buy her a present for a birthday – a leather vest, size extra large. He knew it wouldn't fit her – it fit him. He'd say he got it used, or got a really good deal. He got her a dishwasher for Christmas. Never anything personal. He never took her nowhere. Maybe he'd take her to a bar or somethin', but no trips, no nothing.

When she split up with him we grew apart. I didn't know this was going on. I didn't know the personal things until later. I caught Angie and Kirby Thompson in bed. At Kirby's house. AJ was on a motorcycle trip. Angie moved out on him. My girlfriend was Sherri Kunkel (Fredrickson) and she was a friend of Angie. She told me Angie was at Kirby's. She was married, but they had split up the week before. We grew apart for a couple years. We met one night and we talked. She told me about AJ.

I drove a semi on the road for about 10 years, so I didn't see my friends a lot – I was gone all the time. Now I have a local job. I drive for White Transfer. It's a storage company. I stay in town. I got divorced; I wanted to spend more time with my boy. He's 11.

Case 3:09-cv-03064-MWB-LTS    Document 284-21    Filed 06/23/11    Page 36 of 100
CUN000336

Angie – if she didn't like somebody she'd let you know. If she did like somebody, she'd bend over backwards to help them. She hated back-stabbers. People who cut people down when they weren't around.

Angie loves children – she would never [do what she is accused of]! I don't spank my kid. Maybe I should, but I don't do that. She bitches at me if I even holler at my kid. If she sees somebody being mean to a kid, she'll step in. There is no way she could have done that. She never would have allowed it to happen.

I try to help out with Alyssa. Angie's main concern is her two girls. She wants to know they are taken care of. It would be totally out of character. I could not see her letting that happen. She would never let it happen if kids were there. She would never harm a kid.

Angie is a happy-go person. Always joking around. If you were down she would try to make you feel good. She will bring out your good side, make you feel better. She would say don't think that you are bad. Supportive.

She didn't say that much about her childhood. Her mom would beat them with something like a flyswatter. Grab whatever was around and spank them with it. When I grew up we had a willow tree outside. My dad would use it on us. Maybe that's good – I've never been in no trouble. Her mom beat her kids to keep them in line. She was a single mom and all.

I didn't talk to her that much about her mom. Her mom never came to her wedding. AJ and Angie got married by a justice of the peace. They had a wedding dance and her mom never showed up. When Holly got married Angie paid for her wedding. Her mom wouldn't do it. Jean did not help at all. She put stuff in peoples' heads – that he was a child molester. There was nothing to that; it was her way to not have to pay for the wedding. Jean is real manipulative. She didn't show up for Holly's wedding. No gift or nothing.

Angie's father never helped support them. No cards, no nothing. That's why she was the way she was with children. There was no love in her family, so she wanted to show love to her kids. What she didn't have she wanted to make sure her kids have.

I don't know anything about Jean's background. I never asked. There are certain things you just didn't talk about. It was never brung up. Jean said Angie would grow up to be a nobody, that she would be worthless. That's why Angie tried to prove her wrong. She would do anything for her kids.

I didn't care for Terry. He was real abusive. His first wife, Wendy – she always had a black eye or fat lip. She lives in Titonka. One time I picked up Angie walking along the highway. Terry had beat her up and thrown her in a ditch. We went to a gas station. I gave her a ride. Then Terry came and she got back in the car with him. He scared her and forced her in with him. He kept apologizing and saying he didn't know what he was

3

CUN000337

doing. He was drunk. She was in love with him, but scared of him. Terry never spent time with kids. He'd rather not have them around.

Angie was always happy-go-lucky. If you seemed bummed she would try to cheer you up. I'm into motorcycles. One time I got cheated out of a contest. She went up to the judges and was cussin' them out. It was a case of favoritism. She was making a scene, but having fun at the same time. She was voicing her opinion.

Angie's main concern was her kids. She didn't go out and get a sitter. She would be with the kids all the time. She taught me computers. We would go on the Internet together and have fun. She bought a computer and taught herself to use it. It took her about a year after she bought it before she got it out and figured it out.

Terry – she told me he clocked her. She blacked out. I said why do you keep going back to him. She loved him. She said the sex was good. She went back.

Angie calls me about once a week. You could talk to Todd Graham in Forest City. They dated a bit after Terry. 641-582-2164. Call him after 6.

Sherri Konkel lives in Crystal Lake. She's married to Terry Konkel. Daryl Bannister – he doesn't have a phone. Tammy.

4

CON000358

MARY C. GOODY
MITIGATION AND INVESTIGATION
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

<u>Confidential memo to attorney</u>
<u>Subject to attorney client privilege</u>

<u>WITNESS INTERVIEW</u>

TO:        Pat Berrigan; Al Willett

FROM:      Mary Goody

CASE:      Angela Johnson

WITNESS:   Janet Nieman
           136 Winnebago Way, Forest City, IA 50436
           (641) 585-2871

DATE:      3/21/02

I was briefly friends with Angie's mother. Angie was married to AJ. Her and her husband lived in a trailer next to Dave's (Dave Nieman). Basically, that's all I know.

I am a Christian. I knew Jean had a Bible study in her house. She led it and another friend helped her. My girls were about the same age – they were friends with her daughters. The kids' friendships didn't last that long.

Jean had a clothing store and a restaurant in Leland. You'd go up there and eat. It was not an in-depth friendship. Her sister and niece go to the same church I do. It was that kind of interaction. I don't really have any information.

I sold Angie my car. George died in 1997, so it was in 1997. She was working at a restaurant in Clear Lake. Her and David were friends. I went with David to Clear Lake to her apartment. It was a nice apartment. She kept it up fairly well. She seemed to enjoy working where she was working. She was getting a lot of good tips.

I do know that she called me one time and shocked me. She asked me if I'd take in her daughter, out of the blue. I was totally shocked. The younger one, I think, she wanted to graduate from high school here [Alyssa]. I said no. I had enough on my plate. It was after she was in jail. She was asking a favor of me, so it threw me by surprise. It was after her daughter was in Texas.

1

CUN000359

I gave her encouragement in the past. Her purse got stolen and a bunch of different things. I just prayed with her, basically. If someone is crying out for help I do what I can do, but taking her daughter was out of the question.

Dave completely believes in her innocence. I know nothing but gossip and innuendo and what I've read in the papers. David believes that her boyfriend has set her up. When I first read about it I was totally shocked. I could not believe it. My impression of Angie is that she cared for children. I could not believe she could be a part of cold bloodedly murdering children. Her family is very tight lipped. You just don't discuss things with them.

I hired Rhonda [cousin] to help me with my flowerbeds. It was about the time it hit the newspapers. She [Rhonda or her mother?] wanted all the newspapers hid so her daughter would not be exposed to them. She didn't go into it more than that and I didn't ask.

Jean is not one to offer up information about herself. She is very friendly. She has strong religious belief but she is not affiliated with church going. I believe that the scripture says we ought to gather together, but that's her business. She has strong religious beliefs.

When Jean had the clothing store you could go in and talk to her. My son Paul and her friend were close at that time. I would talk to her about my son's problems, but she never would volunteer anything about her family. I just thought it was because we're two different [types of] people.

I first met Jean when she ran the Leland café – way, way back. Then in town she had a youth clothing store. We've never corresponded or called. When I saw Jean I just told her I'm praying for Angie. She says thank you and that's all. I don't know how Jean was as a mother. I had so little contact with her in a home situation.

I went to a couple of her Bible studies. At the point where I was going I felt like if I go to Bible study I want it to be with my church. She has never belonged to a church. She came to the Highway Chapel, maybe sporadically – a few times. Four Square Church. She took care of a lot of people – older people – and she wasn't always around. I wasn't around her in a home situation to see how she treated her kids. We were never that close.

Her son played football for Iowa. He was friends with my son, Paul. About freshman – sophomore in high school. Then he got into sports and my son went a different way. My kids never said anything about their house. Jean talked about... the kids being friendly to each other, Bible study.

I don't think Jean dated. She didn't impress me as a woman looking for a husband or a male. She never spoke about her ex-husband or her personal life. It was just her personality. Me – I'm a jabber box. Other people just do not do that. I have seen her with a woman named Marie. She works at a gas station in Forest City. I don't know her last name.

2

Case 3:09-cv-03064-MWB-LTS    Document 234-01    Filed 06/23/11    Page 40 of 100    CUN000346

I don't remember her talking about the devil, not really. Just that the Lord is gonna take care of things. If you are a Christian, that's the way you express yourself. I didn't hear of her exorcising demons. I wasn't around. Our preacher says there are demons, but they are not behind every rock. The only things we talked about were spiritual things. That was the common bond we had. Her family would know more. I wish I could help you.

My first impression was that Angie loved children. I could not understand the accusations that she could do that. I also could not understand what I read in the paper – the information about the bodies came from somebody that she told. That part just blew my mind. David says the guy she was living with was really a horrible person.

David and AJ were close friends, then there was a split. I know he totally believes Angie. I really hope that she didn't do the things the paper said. I am not able to give enough clear information that would help her. Jean was never one to offer back information. Marie was a friend of hers for several years. Her sister – Darlene – might know. When she was recuperating from her ankle she stayed there. They are very close.

I was totally, totally shocked she would ask me to take the one girl. I thought she must be at the end of her ropes. Maybe her family refused. She knew from the time her purse was stolen that I am a compassionate person.

There was bad reports about her being a stripper. I don't know... I never saw her strip! If she had a meth habit at that point... that stuff makes you do things you wouldn't do otherwise. I wish we had a law in Iowa that if you are convicted of drug abuse or mental illness, there would be a longer sentence in a place that would help you. I know someone who had a meth habit for 23 years. She has been clean for 9 months and her life had turned around. It can be done. She gave testimony about it. She said she was glad she got the hardest counselor at treatment.

Meth is pretty big around here. I have another son besides David. I am now in the process of getting a no contact order on him. He's destroying his life. He can't seem to get beyond the problem. I hate doing it. That meth is really, really bad stuff. We have court on Tuesday. I just have to shut the door. It makes you crazy. Meth absolutely makes you crazy. You would do things you would never ever do otherwise. Underneath, he's a real sweet son.

That meth is really bad – you should get experts to testify about it. I offered that information [about my son] because it gives me an understanding. My son is 35. David has been good support to me and he's a real support to Angie. He has a Harley-Davidson exterior, but a good heart. I just hope that things will come on out so it doesn't look as negative as it is in the paper.

3

CUN0003441

Mrs. Janet Nieman
136 Winnebago Way
Forest City, IA 50436

 

Angi Johnson,
Benton Co Connectional Center
113 east. 3rd St
Vinton   IA  52349

52349+1756   ‖.l‖..‖..‖.‖.‖.‖..‖.‖.‖...‖‖..‖.‖.‖.‖....‖.‖.‖.‖





CUN000343

The shield of God's presence covers you

from every side. He protects you in the midst

of every difficult thing you face.

The assurance that comes from God

is like a gentle hand, placed under your chin,

that lifts your head so that your eyes

can gaze into His face. In that gaze

you see the strength of His character...

the love of your Father...

and the depth of His caring heart.

ROY LESSIN

Dear Angi,
Put your hand into God's hand and do not worry about your grip being firm enough to take you through this difficult time. Remember it is His hand that has taken a firm grip on yours. Let His Love come into the place the want in your life. For His Love brings a healing of hurts.

*The Lord's hand is holding yours as He walks through this time with you!*

Your friend
Janet Nieman
Mother of David.

I'm praying for you.

"You are a shield around me, O Lord;
you bestow glory on me and lift up my head."
PSALM 3:3 NIV

Case 3:09-cv-03064-MWB-LTS   Document 100-21   Filed 06/23/11   Page 44 of 100

5-4-05            1215-1312

HOLLY JUSTINE DIRKSON          DOB 1-5-73

in Mason City w/ Bergan,          H: 641-587-2294
Woody, Dr. Logan, & _____        C: 641-430-6400

as a child Holly was a best friend & like a mother
when mother not around

kept her out of trouble, watched out for her, bought
things for her (stereo, car), took her places, clothes

mother worked while younger & siblings cared for her
during the day - role of mom when mom mostly →
Woody moved when Holly age 6 so would
argue w/ them more then Woody
Holly was the protector in the house from other siblings,
was the referee

mom: Pearl Jean
- not a very reliable person
- very religious → raised Pentecostal, very spiritual,
   Bible study nights & people would come into it
   w/ came over → _____ an hour // _____ would
   find people & take them in
cast out demons - come over & put hands on
   you, speak in tongues, demand to know the
   name of the demon  (w/ Kim Swarve &
   _____ Chloe man)

Case 3:09-cv-03064-MWB-LTS    Document 234-31    Filed 06/23/11    Page 45 of 100
CUN000345

in general
Holly wanted to watch more badly & mom
decided that meant that she had a demon &
followed her into bathroom

Finally Holly began to give money so mom
would stop → the more she got worse of the
more could go watch more

Holly was more annoyed the second - thought
all religion was like that

_____

Holly dropped out 10th grade → had a lot
of depression, got isolated in school
Bf died [age 18] Justin years on motorcycle in front
of her [age 14] in MVA

Holly began to use drugs & drink → did a lot
of speed & MJ // at age 16 got into meth -
just liked speed - didn't do again for years

Holly got into meth again age 18 - had BF [Troy Thornton]
partied up & meth was there, then got
clean

had Harley & BF wouldn't stop - reason for
Holly & Harley for BF

Troy was abusive of Holly - would get enraged
& angry // would take off for several days &
come back [illegible] // Troy's jealousy provoked Harriett
to Troy

Holly drank heavily off & on — to point of
passing out → hard liquor

Holly was always underweight & didn't take care of
self — didn't eat right so drugs /\ so
really thin was very meth up Troy

Argue did meth up Holly a few times when
[illegible] up Troy, & knew when lived up Argie

Holly used ~~meth~~ daily a couple of years
before Argie was arrested

Argie was always upbeat & moving, always people
around too, always sweaty things // always
some drama up someone — keyed sound // $
moved family two

Argie got rougher & meaner

Holly asked Argie to stop the meth, but
Argie said she couldn't → meth allowed
her to buy things for kids / really couldn't otherwise →
retiringly addiction

Argie was like Heckle & Jeckyll — changed quickly //
got angry & violent potential

never knew grandparents

CUN000347

when Jim in college he called home from ... to
go to his HS football game, sin college several times
money & encouragement

Jim came home rarely from college, not close to
Holly & he refused to visit her & resented him
as he pressed her to participate in sports

did not see Jim x 13 yrs, now has not seen
him x 4 yrs

James went to college, as did Jim

Holly mentioned for move & other places / age 17-18
got job at ... center
aware of being poor while growing up

Jim experimented w/ drugs in HS & hung out
w/ grungy group for awhile → changed to
jock identity when in Colorado & then
very involved in sports

Woody as an alcoholic, never took good care of
self, always troublesome in family — lies &
exaggerates, gets garage going, ...
did drugs but not really not ... → many times
got very drunk & violent → Jim would ...

Case 3:09-cv-03064-MWB-LTS    Document 234-31    Filed 06/23/11    Page 48 of 100
CUN000348

Bree punched Holly from church Wendy &
Wendy tried to break down the door - was out
of his mind // large came a made Wendy
leave

Angie worked as a [dancer] when Gene was age 4-5
for a couple of years → Wendy was anxious
of this

Angie got tattoos and [letters] over [_____] -
to cover [_____] for [_____] gotten earlier -
[_____]

Angie danced out of town

[really] Angie went out a lot when Clay[ton]
was small & very [little] → for dancing

Terry DeSue
- Holly & [Gene] went [places] with them, one all
went to WI to meet Wendy
- liked Terry though he was a bad boy — pleasant
to Holly
- then saw Angie black & blue → Angie
told her of Terry's physical abuse & to
demand to get away from him
- told Holly to call police if ever [someone]
[truck pull up] // once Holly called police

never knew when [Argie?] would come thru town —
saw [Argie?] & she was all black & blue,
started when Holly touched her arm

one summer [Argie?] left Terry & [Argie?], Holly &
Wendy all got jobs [working?] at Country Kitchen
in Madison, WI

[then?] they you know [Argie?] called her →
Terry came up → they were all goo-goo again //
up & down — [she wanted?] [forgive?] [him?] & he
would come back

one night Terry called talking of murder &
[Argie?] was on the phone talking to her x 2 hours

as common —
[Argie?] was a good mom in a lot of ways —
but [was hot?] & cold
would do extraordinary things for [girls?] — buy them
everything, [then?] [always?] so cute, [carrying?] [her?],
[paint murals?] on the wall

but was on & off & wouldn't [?]

[Clym?] was [tired?] of [Argie's?] BS — [may before?]
Terry, [then Clym?] [filed?] [saying?] Terry [trusted?] [Argie?] →
[Clym?] got [money?] & [went?] [?] at age 0

Argie wanted double dates & country clubs, Argie & Clayton would get in loud arguments — Argie would ask Holly to get Clayton away

Argie would get depressed & sad for hours — a lot of it came down from meth / felt rejected by everything → usually men who she saw as trusting her poorly

Argie would go head over heels for whatever men made her feel like the queen / short term relationships

Daryl Bennett X 1 yr — dropped for Terry
Terry later

Terry's brother had just gotten out of jail for armed robbery — Holly met him & Terry at Argie's introduction or sometime

Argie really loved Terry — was obsessed by her

really Argie came to Holly as concerned was pregnant — Argie knew Dustin had ex-GF who was pregnant the same time

Dusta very different ingravance & demeans
from hyria's juror B#'s

CUN000352

6-7-05                    0908 - 0927

HOLLY DIRKSEN      by telephone   1000 - 1024
referred herself in its

Darlene
   3 children
      RHONDA, RON, & ROBBIE


RHONDA: graduated HS & did 2 yrs of college,
did drugs // partied a lot, but never excessive - got
intox but never out of control (young out,
ready jack of self) - saw buds play on
weekends - partied most weekends // 0 cr
record // Rhonda has 3 children - was
in her 20's when oldest born → never married //

her father left them when she was young - didn't
want them anymore, abandoned them — moved
around so much couldn't keep up w/ address a
lot // he would move w/ w/ move of children
& then moved on w/ old people // 0 child support


RONNY: grad HS // 0 drugs // alcohol // 0 crim record //
a lot of depression - never was a heavy,
caused a lot of args about father leaving // Ron
thought he was a prophet for awhile

ROBBIE: Ronny missed his Dad, sad for him
growing up // grad HS // experimented w/ drugs //
~ HS

CUN000353

Darlene - very nice person, quiet & reserved,
keeps to self // Christine

also had hard life growing up → ill-[treated]
[from parents] at one time or another
[big father] was [close] to Pearl Jean

Darlene also believes in [Jocelyn Torgus],
[just believes], very hard — [attends] a
[church that] is [radical] in this regard —
jelly down, [raising] down [arms], [laying] on [hands],
[crying] → like a cult, even children [doing this]

Uncle Skip — [married to Maggie] - was a bad alcoholic, would
[speed attacks] [if] [he] was [age] 10 [or] [often] [now]
[been drunk] // he had a pretty rough life &
never got over it, must have [had severe depression]
or drunk all the time, hard on his [family],
developed diabetes, got liver cancer
3 children: Tammy (oldest)

~~Christine~~
Tammy : very mean / [others she painted], [drank & smoked pot]
[was excessively] / [raging] & [rough around edges] //

CUN000354

JODY: sex outcome

CHRISTINE: sex outcome - thinks long history
Jailene / was good to Holly / no party
to her knowledge

RITA: mom's half sister - only knew her for the
yr moved to Colorado / very quiet & reserved, a
loner // daughter - Dawn, had child by someone
else but not in touch w/ her

Dawn & Rita not close I all growing up,
Dawn moved away & changed her name & didn't
want to be found
Rita go call from coroner or BF that Dawn had
been killed in car accident

Holly had been fond of Dawn

moved from Colorado & there was no contact for
many years - like if whole family was
estranged
Holly tried to visit Aunt Rita 10 yr ago -
Rita didn't talk long to Holly & next day
didn't open door to Holly though had said
would stop back by

CUN000355

Angie babysat Holly a lot — taught Holly right from wrong — scolded her for saying bad words

Angie watched out for Holly all of her life made sure Holly had what needed clothes

Angie wanted at age 16 to get out of the house

———

Holly has struggled w/ depression
was very angry when growing up & didn't
know why, more as a teen
didn't get along w/ Paul Jean as a teen so
more religious belief
grew up believing were going to go to hell
Holly moved out age 16 — then in & out

Holly was divorced by daughters father (Troy Theater) —
lived w/ Holly
did a lot of drugs & drinking w/ Troy
very depressed & moved after broke up w/ Troy,
Angie let her come live w/ her → Angie worked
double shifts —

/

Angie had financial & man problems — Dustin lived
there but Tony always in the background

Argue had different BF's — like courtship, etc
when they did for her

Terry was different — was love of her life; he
was very abusive & she was afraid of
him, finally got strong enough to get away
but he made her life so hard — was afraid
for life of self & kids

Dustin was most of her adult just because
he was different / until Dustin's true [...] came out
who he really was

Kathy Rich was calling x 10 daily mostly [...]
Dustin was her BF & reason for Dustin to
meet her we then called / Argue would basically
was so jealous

Dustin never kept any bills — just put her
in debt more & more / she so increasingly
angry & took it out on Holly — [...] left
& didn't talk for a year

—————

Holly had hard time going back to church
quit school — not a good student, didn't feel
like could fit in, under [...] shadow

Jim was cruel to her growing up — never spoke
nice to her, resented her, never had time for her —

ages 5-6

once Jan Johnson bought gifts for kids in
Forest City — all the kids say "daddy daddy"
& Holly did as well → mother turned &
w/ ugly look said "He's not your Dad" —
she had thought he was

knew from that day that mother hated her
growing up, never had relat w/ mother

[illegible] w/ Jenny as adults

Holly overdosed might before her suicide
attempt — tried a couple of times growing up →
unhappy, lonely, hated everything

Tried to destroy self growing up in more ways
than one

___

were poor, what money mom had she spent on
Jim for his sports & clothes — because he was
popular

Holly began working at age 14 so mom wouldn't
have to buy clothes anymore

doesn't like counselor — tried once & trusted him
went to him until age 14-15 as really depressed,
witnessed BF's death on motorcycle & couldn't
deal w/ it → did drugs & drinking & staying

CUN000358

mom was angry about Holly saying [illegible]
[illegible] → mom had no idea how depressed Holly
she really was

all they did was try to [reassure] her that she was
an alcoholic & drug addict who was more
depressed than anything

there for a couple of [illegible] [illegible] [illegible] out
[illegible] was best [friend]

poor retention & comprehension in school,
poor grades
[quit] [school] 11th grade after 2nd time [illegible]
called [illegible] [illegible] but [gave] no [help]

attempted [OD] x 3 but [illegible]

CUN000359

**Mary C. Goody**
Mitigation Specialist
P.O. Box 508
70 South Willow Street
Jackson, Wyoming 83001
(307) 733-4446; fax (307) 733-2774
email: mgoodylaw@blissnet.com

To:      Al Willett, Pat Berrigan

From:    Mary Goody

Re:      <u>United States v. Angela JOHNSON</u>

Date:    9/22/01

Interview of Holly Dirksen
411 East Main
Klemme, Iowa 50449
(641) 430-6400     home

Date of Interview:   10/19/01; her home in Klemme, Iowa

B.D. 2/5/73

      Married to Mike – 3 years in June. Haley's dad and she never got married.

      Born in Mason City, Iowa, Mercy Hospital. Her dad is Robert Clauss. Never knew him. Wit is 9 years younger than Angie.

      Wit earliest memories were that she was raised by her brothers and sisters. Mom was a very God fearing woman. Raised us in the Penticostal belief. New had a lot of experiences with her Pentecostal beliefs. I don't feel like I was abused in any way. But she pushed her beliefs on us a lot. It made us hard as we got older for us to accept and believe in it. We went to a highway chapel – Foursquare Pentecostal church. They do faith healings, very open, verbal and vocal, slaying in the spirit. Where they take you and put their hands on you and pray and you fall down. They believe that the spirit of God comes into you, and speaks to you while you're in a trance. They did faith healings of me. Had a foot

1

CUN000366

shorter than the other and they tried to make my foot longer in front of the congregation. This happened every week.

How many people – lots – whoever wanted to come up and do it. Everybody in that church was in sync with that. I thought if I fake it and then they'll leave me alone. At home mom casted demons out and we'd have Bible studies all the time. Mom basically had us believing that every single thing we ever did we'd go to hell. I was scared my whole life. Until a few years ago I didn't even know what a real church was like until Mike took me to a church of his. That's all I knew. I wanted to watch a movie one time called "cats from outer space."

My mom looked at Kim – kind of a border who became like a sister. The next thing you know they had me on the floor and mom was casting out demons. 45 minutes later I spewed out a few names and gave her what she wanted and then I got to watch the movie.

I don't feel abused. It was irritating more than anything.

The other kids have told her some things. Lot of them were angry because of the religion thing. It really bothered them more than I realized. From what I understand everyone was pretty much glad to get out of there. They had a real hard time having any kind of relationship with mom. She always gives a sermon.

Lot of people like my mom. When I was younger my friends wanted my mom to be their mom. She would take in anybody. She is a good person. I don't understand why the things happened and I have never talked to mom about it either. In the past and has nothing to do with me. Not like that for me. I don't want to hate her.

My earliest memories of Angie – she babysat me a lot. Mom worked a lot at the restaurant. Angie was always kind of a little on the wild side. Jimmy was a jock and Jaime was a nerd and Wendy was kind of a nerd and Angie had a personality. Not a bad thing – kind of a rebel – just a stronger personality than the rest of us. Took a lot from mom. I looked up to her when I was in high school. When I got old enough I started getting in trouble. I was pretty much to blame for my own self destruction. When Mom couldn't find me Mom would send Angie to find me and she found me every time. Knew all my hiding places. Then she started spending more time with me, kind of a mom to me, and helped me see I was doing things wrong. She has been kind of my best friend ever since I can remember.

D/N graduate from high school. Forest City was a hard town to live in. If anyone in your family messes up and then it gets passed out to you. I started out

2

Case 3:09-cv-03064-MWB-LTS    Document 34-1    Filed 06/23/11    Page 61 of 100    CUR0003641

my freshman year – major depression – and instead of helping me, these teachers just wrote me off because of the rest of my family. Even then Angie always encouraged me to keep going. I remember she told me if I got my GED she'd throw me a party with a cap and gown. Then there was times when she talked about doing it with me – getting the GED. Her and I went to modeling school together. Cousin Rhonda came with us. Edina, MN. John Casablanca's School of Modeling. Career Center. Only a couple months – we went up once a week. I was a sophomore in high school.

She taught me how to tie my shoes. Ride my bike. Bought me my first stereo. Always surprising me with something. I remember when I was little – we were talking – she had said she would built me a treehouse and she asked me how I want this. I believed she could put a couch up there and a grill to make hamburgers. Didn't get it, but she made things fun and she didn't shoot me down and encouraged me.

Her dad was a big disappointment to her. They just couldn't seem to have a relationship and she based a lot of that on her step mom. He (dad) wasn't nice to her and was abusive to her mentally and physically. He hit her in the back so hard one time and mom had to take Angie to a chiropractor for months. She couldn't walk. Did something to her neck. There was a time period where they didn't speak at all. He had a bar and he once called her a whore when she walked in his bar. She left and drove all the way back from Wisconsin after he said that to her. Chippewa Falls. He's kind of an alcoholic, too. He drank a lot. Beer just seems to be a big thing. He had a bar and spent a lot of time drinking.

Somewhat (Angie) has problems with drugs.

Dustin – knew him. D/N/H anything against the guy. When I broke up with Haley's dad. I moved in with Angie because I had tried living with mom and it didn't work. Angie and I had an arrangement that I would help baby-sit. They spent a lot of time fighting. I didn't ask and didn't want to know. I had just left a very abusive relationship I had been in for a long time and needed to keep to myself. They just didn't get along. Moved in with them – Haley was probably a year and a half old. Must have been a couple months after Haley turned 1. I had a car accident while I was staying there – want to say it was July.

Dustin was very smart – he was always blabbing facts. He knew everything. He made her feel like she was dumb. Angie was working double shifts all the time. He was working at Graham manufacturing. 12 hour days. Never had any money, tho. He always bought expensive things or things he couldn't pay for. Hardly saw them. When they'd get in the big fights he'd come down and talk to me, he loved her and he didn't want to fight, etc. Ask me to talk to her. He loved Marvea and he was good with her. He didn't help with the

3

Case 3:09-cv-03064-MWB-LTS   Document 284-21   Filed 06/23/11   Page 62 of 100

CUN000362

bills and he put her in debt. He charged up her credit cards. He was always buying things he couldn't afford and when he had to pay bills he didn't have money. Have never really known him to do drugs. After I moved out he got arrested and I learned more. Knew there was some recreational use. My focus was getting my life together and taking care of the kids.

Holly works at Mercy Home Care – works for the hospital. Is an Aid – home health aid and she travels.

Mom has close friends that are just like her. My mother would pray herself well before she would go to a dr. No medical treatment for them .

Wit – admitted to a treatment center as a teen. I was drinking, doing drugs, suicidal and was depressed. I don't think Angie knew how bad it was. One day Angie came to see me and she was barred from seeing me because she partied. She got upset and demanded to see me and they barred her completely. When I found out I was so upset I called her and told her to get me out of there. D/N finish the program. I got better after that anyway., I just had to grow up.

Wendy – has a problem with common sense, twisting the truth, gossiping. Means well. Book smart but is dumber than a box or rocks for common sense. She just doesn't know when to quit. She can't hold down a job. I think she's lazy. Heavy set and has been dependent on Mark – she is making lingerie now and enjoys this. Has her own business and she sews like crazy. Has a website. www.Tabounique.com. She is 40. She might have stretched the truth a little bit regarding Angie. There's so much bitterness between them over the years. Wendy sticks her foot in her mouth a lot. The same old scenario year after year and they don't talk for a year or so. Wendy used to be just like Angie. Perms, tattoo, same thing. Wendy always jealous of Angie. Angie had a strong attitude and had a lot of boyfriends.

Jim – went from a loadie to a jock. When he went to college he cut everyone out of his life. He made something out of himself. Jim and Angie were very close for a long time. She was in their wedding. They were close to Alyssa. Made Wendy mad. Conflict between Alyssa and Brooke. Jim basically he left and never came back. I just saw him for the first time in 13 years, and the first time I spoke to him during the time. His wife said he feels bad.

We were dirt poor when we were growing up – we had nothing. The drugs were our escape. The tough image – you can't hurt me – we were all like that. Jim will never talk to my mom again. He would call mom crying all the time because he was under a lot of stress. She was such a Jimmy worshipper – she talked about Jimmy as much as she talked about God. Like I didn't exist. He just pulled away from her – his dad actually gave him the time of day and

4

Case 3:09-cv-03064-MWB-LTS     Document 284-31     Filed 06/23/11     Page 63 of 100

CUN000363

started going to see the dad. I learned recently – he had undergone abuse and the religion thing. Mom shoved that down my throat. Our throats. We ate, slept and breathed it. Jim started having flashbacks and memories of things. In college, and it changed the way he felt about mom. He couldn't deal with it and he cut off communication.

But I am now a Sunday school teacher. Methodist Church.

Jaime – is as nutty as a fruit basket. Jaime and mom don't get along at all. They both have the same problem with religion. They both are really enthralled with it and cannot do anything but eat sleep and breathe it. The center of everything. They are overboard. She confides in her pastor. She is not a Penticostalist. Hates it. She has a lot of strong feelings towards.

I used to feel like Highway Chapel – right on Highway 69 as you come into town was a cult. If you want a show – they'll give you one. Screaming your brains out and falling down all over the place. Really gotten crazy – I'm surprised they don't sacrifice – they go by everything in the Bible.

Angie worked double shifts the whole time I was there. She was always a waitress and they have to work harder than anybody. She worked holidays and did the decorating. Great employee and very hard worker.

Holly called the cops once in Leland because Terry had come to her door. Knew he would do something bad to her. I ran in front of the door and wouldn't let him in. I told him to leave my sister alone. Angie told Terry to leave me alone because I wasn't part of their concern. Called the cops and he left eventually – the cops came an hour later. They never did charge him.

Knows lots about his abuse of her. It was very bad.

Angie was so desperate and tracking crazy and not in her right mind. Not at all. It was at the point where I dreaded even going to see her in the jail. I didn't know what she was going to say or do. Not herself – she was so scared. The first few visits she was good – she was reassuring us that she was ok. Then she started having problems adjusting. The more scared she got the less sense she made.

Wendy kept telling her that her lawyer was a joke and she thought she would rot in there. I thought it took so long to get her a lawyer. She was emotional and so scared.

Angie dumped almost every boyfriend she ever had. Nobody could ever measure up to what she wanted in a man.

5

Case 3:09-cv-03064-MWB-LTS     Document 84-1     Filed 06/23/11     Page 64 of 100
CUN000364

The cops wouldn't leave her alone – wouldn't give her a moments peace. Lost her job and her home. Her boss was Ferlene then. They kept harassing her and raiding her apt. She didn't have a moments peace. They kept telling her that Dustin had a hit on her. Then she was scared that way. Didn't know if she would get killed in the night. She is afraid of the dark and afraid of what might happen to her in the dark. Always been this way.

The relationship with Terry was a nightmare. She told me how she met him. He was hot, construction worker, and she was going out with Darrell and started seeing Terry. She was madly in love with Terry. He was strong, good-looking (to her) – the way he talked she was crazy about him and after a while he just started beating her. It was heart breaking for her and he'd apologize and it would be okay for a while. I saw her beat up quite a few times. One time we left and went to Wisconsin to stay with Wendy to get away from him – we stayed for a couple months. He followed her and stayed in a motel. They made up and he promised her everything would be better. It wasn't. She wanted to believe him.

Georgia Johnson
Sherrie Conkel

Holly will make list of friends. Some of them have been subpoenaed in the past.

Angie lived with Rick after she left Dustin. This was winter of 1999 or maybe 1998. She came to Forest City. He promised to take care of her and they made an arrangement. She fixed his house up. He had two small boys and they treated her like dirt. But really she taught them their colors and read to them all the time. This was a terrible low point in her life. She had nothing and was reduced to this way of life.

Dustin had been on probation and wore a "foot thing." They fought so much. Alyssa hated him.

Alyssa is bright and very spoiled. Strong, emotional. She is living on her own now and doing ok. She's just learning what life is about.

Holly moved out at 16 and got her own apt just 2 blocks down from mom. She got a job. Never finished school or got GED. "We all left early."

6

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 65 of 100

CUN000365

# MARY C. GOODY
## MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:       Pat Berrigan

FROM:   M. Goody

RE:       Johnson

DATE:    2/16/05

INTERVIEW OF:    Holly Dirksen

DATE OF INTERVIEW: 2/9/05

Interview of Holly and Mike Dirksen          2/9/05
Their house in Klemme

Dustin is the devil himself.

D/N/W her name smeared over this. Having trouble with the idea of testifying.

CON000366

Angle painted the elementary school in Clear Lake and there was an article in the paper. She was so creative. She decorated my house when I moved in. This is not my thing. She went through here – the stuff she put up I've left.

She was either your friend or your enemy. Towards the end I saw Angle at her worst. I was scared to even get in the car with her. Macho. Night and ay with her all the time. She was one extreme to the next. If someone hurt her she'd put them in their place.

Loved her cars. When I was a teenager I worshipped the ground she walked on. Lived with her in Clear Lake – started to go downhill. She was miserable – fighting with Dustin all the time – money. He never helped her with bills and he was putting her in debt. Then Kathy – she was a kook – calling five-ten times per day. Upset Angle. Dustin wouldn't do anything about it. Then they'd get in a big huge fight and then he'd come and talk to me – he would never take credit for any part in it. That's when I saw her do drugs a little more – more frequently and a little more obsessive with her. Meth. She worked double shifts and tried to provide for her girls and she made a little money on the side. My job when I was there was to care for the girls.

I told her once I was worried about her. She told me she was trying to make money to buy them clothes. Nothing from Dustin but grief and nothing from AJ. I was only there for a year., She got really difficult to live with – so angry all the time she finally started taking it out on me. She exhausted me mentally. But I had to get out of there. D/N talk for about a year. I was angry about how things were. She was supposed to help me get out on my feet. She was going to help me get a job and get a car, etc. and was her live in nanny. Then she moved to Des Moines and I didn't talk to her again until DCI came to talk to me. I did talk with them.

The Forest City Police Dept already knew so much about our family. Leslie and Amy got involved...to the negative. Growing up we were a little naughty. We had a rough life growing up – mine wasn't really as bad as there's. I just didn't share those bad experiences because I was the youngest. We didn't move around a lot. But I know they did.

I didn't know their dad really, so that wasn't my thing. But as we got older Wendy and Angle got into some trouble – skipping school. They had made a name for themselves until they were 18. Angle tried to keep me out of

CUN0003367

trouble – every time if I skipped school she knew where to find me. She either took me home or back to school or called me to go home. Always knew where to find me.

I never had a lot of problems with the law – I ran with people that did. We had a name for ourselves. Speeding tickets all the time for Angle.

Jaime was the only one that didn't ever do anything. I think Mom was relieved when I was gone. Has a relationship with Mom – she drives me nuts. I am here for her – I'm all she has. Thinks everyone else should be able to move on.

Mom has changed over the years – Mom was pretty radical with the church – that's what pushed a lot of us away. In high school – everybody loved our mom. She'd feed them and if they needed something she'd give it to them. She is still that way. She's a good person – but very uneducated. For a long time she couldn't have a conversation without wanting to pray over it. She used to be really bad. Everything was about God and the Bible.

Finally went to church – at the behest of Michael's family. We circled the block and then sat in the parking lot and looked at it. My mom's religion was so hard on us – I know it was with Jim. Everybody's scared to get close to her again.

Mom would stop a conversation and pray. Ever since we were kids. Came from my grandma and grandpa Johnson – they were religious. They all went to the Highway chapel – pretty much a freak show. He couldn't handle it – I thought every church was like that. Freak show – people falling all over the place – running up and down the aisles, and screaming out all the time. I grew up with this.

Highway Chapel – right in Forest City on the highway by Winnebago.

I was 7 when Angle moved out. Jim went away to college and never came back. I haven't talked to him. Didn't when he left, and then only when this happened, and then never again.

Tells the shoe story – we didn't have the money. Middle School. 7th and 8th grade. I didn't have the support I should have. The teachers could have encouraged me more. My sisters were still doing their own thing. I needed a

CUN0003568

push – I have to be pushed in order to get something done. Mom never pushed me – she worked all the time and we didn't even go to my school conferences. Course I didn't want to go I was getting bad grades. Mom worked a lot – survival – bread and butter. I got a job when I was 14 to buy my own clothes because she couldn't do it. It was hard for her to ever take care of Jim with his insurance, clothes, etc. I never complained.

My mom worshipped the ground he walked on. That's all she talked about. She was wearing his jersey everyday. Everybody that came in there wanted to know about him. Lot of reason I didn't go further with my basketball was that I decided I didn't want to be him.

Never understood that – what happened with Jim – it was the weirdest thing. Ang and him were so close. He would take Alyssa a lot when she was younger. I remember them chasing each other through the house. They would go out and shovel the walk and then they'd come in and snuggle up on the couch. We went to his games – Ang. Jim and me never warmed up to anybody. After they got married they didn't talk much after that.

Didn't go to Jim's wedding, but I wouldn't go. I just didn't feel like I should be there. He never sent me an invitation – never sent mom one.  I think he put Cookie down as his mom on the invitations. Mom in TN and I think Angle offered to go down and get her. She was embarrassed. My mom is very socially repressed – hard to be in public – doesn't know how to act.

Phobia of being in public- mom. Then when she gets there she can't say the right thing. Darlene is the same way. Can't handle being in public either. Hard for them.

Good for mom to be working with Mary – she has never never driven. She is afraid. She always had to get someone to give us a ride. She said God put them in our life to help us.

When I was younger – and defenseless – then she cast out devils. I had to do what she said – that was my mom. My friends never saw this and I never spoke to them. I didn't think about it that much. I think a few times she held me down. I remember I wanted to watch this show – some cat from outer space. It was a favorite program. She knew I wanted to watch it. Suddenly she had this look. She said, come here – and we went in the bathroom – and suddenly she was casting out the devils – and after a while I just made up a

CUN000369

few names – if you do this it's over much more quickly. 10 or 11. It was real for mom. This info was not passed down – it was something I figured out on my own.

My cousins went to the same church – and lived with us for a while. They were allowing their own children to flop on the floor. They still attend that church.

When I got to my teen years I stopped going. I went back sometime after Mike's family started pressuring us. A few times. I was used to what went on there but it was terrible for him. It was a start to get back to church. He walked out one time. My brother walked out one time, too – he walked all the way back into town. We watched them flopping around on the floor and moaning, and it was crazy. They let their kids do it and we never went back.

There was a guy who called himself the prophet. Afterwards he would have a tape-recorded message from everybody from God. Now they go to the Methodist Church – that on her own.

All the clothes are at Jean's.

Angle calls couple times per month. Haley writes more than I do. I go and see her and take the kids to see her. Sometimes it's hard for me to sit down and know what to say.

Jamie is the only one I had talked to besides Ang. Jaime said she wanted her – and I thought I was the better one for her. I knew she wouldn't get a lot of stuff up there. I knew I'd go up there and see her in mismatched clothes. I didn't want to see her any other way. But Jamie would be good – spend more time with her, get her in Christian school – still take her to see her mom.

CUN0006376

5-6-05     1611-1722

JAMES JEFFREY JOHNSON, JR     DOB 3-2-67

by telephone                    C: 815-557-5715

w/ Bonynge, Brady, Joyce, & Stowers

resided with Jim & Cookie:
- 4th grade, age 10   less than a yr (8 mos)
- 9th grade, age 15   for about 6 mos

- also stayed summer or 3 summers: 5th,
  4th grade, 9th grade
- Jim came down x 1 girl when Jim & his gf — HS
- before started moved Jim & Cookie moved
  in Belvidere, Ill a rono x 1
- the other time J & C were in Trysel Falls,
  Wisconsin

Jim: put her in a pedestal, didn't know a lot
about her, had I heard / he had gifts whenever
saw her — they were so busy (?) a divorce a
mom not capacity in allowing her to see kids →
as a kid moved as great moves a out g expo
out of mind

Jean spoke badly of Jim → a JW now,
he doesn't really care about guns by lifestyle
as not of the Lord' — according to kids
Jean said he never paid child support — never
knew if he did or not / had a country

Jim did not speak badly of mom or [illegible], but as adult and [illegible]

Jim always denied that he — meaning a man would say kids were asleep

Cookie: kind of range, very loving but perceived different or didn't put up [illegible] the kids [illegible] → [illegible] or look so [illegible] — rewarded [illegible] but [illegible], protective, [illegible] or needed [illegible]

relat between Cookie & Jim was [illegible] strained as Jim [illegible] back [illegible] [illegible] away / [illegible] / [illegible] / drove [illegible] between Dad & Cookie // Cookie did not speak badly about Jim when Jim a child in front of [illegible]

only recalls Jim in household of Jim & Cookie for a couple of weeks one summer when Jim in the 5th grade

[illegible] of violence between Jim & either Cookie or Jim

heard that Cookie took some things from [illegible] but [illegible] directly

CUN000372

(outside of care y mron?)

period of time in Kansas where lived w/
    Dillows when Jim age 3 or a little older
- was not a good place
- a Jim setting & lived in shed or barn
- Jim not around very often
- especially when Jim came back to get them
- really bad pen - feeding pigs slop,
    sour eating the baby bottles was never —
    pen after the slop or hungry
- really going to ½ day school but not
    daily - would be out running around //
    Ted Dillow had her guck the relation
    came free to see if it was on
- really cow dying & butchered in front of
    the kids
- had dreams about them ever after left them -
    up to freshman yr in college — began to
    decrease in HS — prior had them x2 nightly →
    awaken sweating, scared
- felt like forever but had to be months
    Jim not there at nypr during this time -
    had no idea where mom was
- Skerly Jean came back
- really sleeping in a shed or barn up by
    close & mess all over the place
- Just introduction to eat soap → always always

- just bang soap in mouth & soap in teeth →
  seemed like nothing else to [crossed out] eat → whatever
  you got for not eating the peas
- he heard stories of the boy [illegible] but he had
  no personal memories
- recalls going on hayrides w/ other kids in
  area
- recalls Indian boys who lived there —
  thinks twins, & recalls how they were treated

some contact w/ mom Florence, [crossed out] Al Song
  seemed like pretty decent person
after [illegible] Dad's lived w/ Al Song for over a
  time

Florence lived up there when divorced

she thought the TV was of the devil → hard
  he had broken it, [illegible] Al Song the
  kids [illegible]
[illegible] he would go down a [illegible]
  & hit the twins — supposed to be beating the
  demons out of [illegible]
[illegible] all the kids
  were afraid to go in basement & the demons
  were there — bathroom or upstairs &

- heard stories of toys being burned

- casting out demons happened pretty regularly

started on "J street"
involved Mexicans Alberto (Grudy mother)
who had a couple of girls & boy
Jen & Mexicans were both very religious & at
some point figured the girls had demons
in them

/

Both Wendy & Joyce & other girls one by
one & did exorcisms — held girls down
& girls jerked, moved, & hollered, &
prayed the devil out // had trying to get
off back — one adult holding down &
other is reading Bible & rebuke the demon

Jen could hear all this & sisters would tell
her about it

Jen was less intensive — lay hands on
her & speak in tongues, make you have
nightmares, like hell, just —
seems my the demon had come out of
you

Jen thought she had the power to heal →
pain, use allergy, dying of cancer → didn't

lay hands up on one hand on you & one on Bill or toward sky & cry & speak in tongues → very frightening to hear a child

Jim thought there were demon who [illegible] days and in its
Jim could tell or could see gum to John the demon coming out of him

age 5th grade & went on sleepovers [illegible] that his was not normal → loved to be in other kids house & have [illegible]

started looking for ways to spend night away → would get more meals, be safe, have TV & more
not enough to eat, was hungry a lot → fasting quite often — would get nauseous among that were fasting — Dr say you [illegible] food or our religious deal [illegible] money went
breakfast or lunch — no money [illegible] not down → & then not much, spaghetti noodles & sauce but no meat & small portions

Jim

7

jobs stopped after mother began to run truck stops

Jim, age 7-8
Stayed in basement of Bungalow Restaurant — cement floor, mattress or bed // Jan stayed there some but she had a motel room by herself → a guy named Ken Fox was around quite often & may have stayed up there — kids never stayed w/ Jan in motel room // [illegible] lasted — [illegible] several wks or 6 mos

Mom would buy a him birds often — Jet loved

Jan got better tit the girls until Holly came along

difficult for Jan to attend activities, she no showed for important ones though didn't have to work // Jan had a reputation of being "out there" so [illegible] avoided function so she wouldn't be confronted w/ them

avoided to cover our embarrassment

once Jan gave him money to buy shoes for Jonathan // [illegible] [illegible] [illegible]

would ask vendors if they had spare shoes
he could use — felt embarrassed — other
kids knew — teased some

really Holly getting into basketball & she
was the only kid wearing street shoes at
basketball game → told Jen that Holly
needed basketball shoes — if Jen had
attended these things she would have
known

Jen punched Wendy & beganing of a lot of
shouting & hitting up side of her or just →
to body — punch up just "recalls girl
being slapped hard enough to leave
mark on face

Jen spoke to kids as if an inconvenience

"I should just send you all to your
Dads & let him deal w/ you"

Angie invited Jen in when he was age 15 —
Jen was mean & sad he should meet,
Angie convinced he on way home that he
would line up mom again — pulled at

called Dad written a couple of days of
arrival to say wanted to stay of income —
because Jen needed him so remained out
of obligation

_these letters Jealyn were hard by these, but_
let the decision be her.

Jen was close to telling who was the rings,
move funds, lived out in the country

Jen has not seen his mother since 1991 (5)
a went to college didn't talk as much —
she got threatened by his relationship his
Dad / when Jen called & asked why he would
be too upset why she didn't come to her
wedding — there was the reason that brother
the candidate

(6)
_before begun to to have to have a conversation_
of people & his friends & friends would
be there

was embarrassing to Jim that Jen would
start _____ to people
Jen has written letter ever but Jen didn't ___

her children do not know of a ... ... cookies — her children

Meyer 10
table 8

baggage that I carry will ... ... ... me → if I can keep ... ... ... ... will / it will be different when they get older as they will likely ... ... a ... number or see a ... & start asking questions

childhood is still ...
has buried most of this stuff

depression — keeps pretty busy, has a lot ... ... life & distract from past
ETOH — drinks beer on ... → 12-18 beers if hot & ... ... yard / if ... my friends over & has a campfire / → over a ... period
Angie was more of a protector ... her, always seemed to be there — for a couple of weeks, ... come to ... ... around → ... ...

were aware of Angie ... ...
Jim thinks he ... ... ... but didn't

CCYN000380

Angie was pretty tough, didn't leave to
guard down *[?]*, predictable - you knew
what you were going to get


Angie attracted to bad guys

recalls when Angie was married to HS
& Angie got involved w/ *[?]* guy
who had *[?]* to offer her - when Jim was
a senior in HS


grad HS 1986

he & Angie have written a few letter
since her current arrest - slowed down //
sends her a little money I think for her phone
bill to talk w/ her kids


Angie was very long of Alzina - gave her
everything she could & tried to do
right by her


6'4"   270 lbs  →  does not work out,
*[?]* sports except *[?]* w/ kids
involved w/ watching kids sports

Case 3:09-cv-02064-MWB-LTS   Document 284-1   Filed 06/23/11   Page 81 of 100
GUN0033611

married to Kelly x13 yrs

attends United Methodist - had entirely shied away from church but Kelly came from normal background & convinced him that religion is not a bad thing - good for kids, doesn't enjoy but does it

CUN000382

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
email: mitigate@silverstar.com

CONFIDENTIAL MEMO TO ATTORNEY
SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:        Pat Berrigan

FROM:    M. Goody

RE:        Johnson

DATE:     2/8/05

INTERVIEW OF:    Jim and Shelley Johnson

DATE OF INTERVIEW:  2/8/05

PLACE:

B.D. 3/2/67; SS# 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 (Jim)

1

CUN000383

Is sensitive about the fact that his social security number had been used by someone else. Pearl Jean had given the number over.

Shelley – B.D. 9/22/67

First met the Johnson family – her dad was a superintendent of schools at Forest City. Had been living in Spenser – NW corner. They were in the same class. We were juniors – 1984 – when we met.

First impressions of Jim – very attractive. Jim was very well liked and ahd a wonderful group of friends – very attentive. She didn't know anyone there – a difficult move for us because last years of high. First impressions of Jean – knew her economic situation wasn't good – she was c ook – hard worker – very nice to me, very sweet. I knew she was very religious – and Jim would caution about me about how long I had to wait to listen to the sermons she had. She talked to everyone about that – it was not hidden – she talked to everyone about God.  I was so very imterested in Jim and trying to understand who she was.

I'm sort of naïve. She was supportive of our relationship. She was very protective of Zjim – didn't like the interference of other people taking him away from her. She had a very big ownership thing of him. Got worse as he went to college. My Jimmy is going to do this, etc. She had a bizarre thing where he was going to take care of her. Her parents were very cautious about Jean. Mr. Muench and Ann Muench (both deceased) – track coach and PE teacher. They warned Shelleys parents about her – to be cautious.

2

CUN0008384

Jim was at our house probably more than at home. Thinks Jean felt sort of threatened about her parents presence in his life by the time they were seniors. She would speak poorly of people she didn't want to have an influence.

Jim – I never disagreed with her. Rarely would do this. She didn't attend award banquets – she never went. Not an overly involved parent. Timid – scared of what people would say. Her practices were out of the norm.

They were on a trip to Faribault tto see Jaime. I was sick and in the backseat. I didn't know that my head was in Jean's lap – and when I woke up she had her hands on my head and she was praying and when I woke up I heard Jim say Mom knock it off and leave her alone.

Shelley brought Jean up to Angle's – when she was dating Roger – I noticed when I walked in the room that Angle was sleeping with a shotgun by her bed because of Terry – and later we were talking about different kinds of abuse that had happened in the family. Angle very protective of her mom.

Jim says – I have no grudges. I don't –I go forward. I don't put myself out there too far – it was a freeing thing, it was the last straw. One more choice where Jean came first and everyone else came second. She said she had gone to Tennessee – she just didn't want to be around Jim and Cookie. One more time she had to be the victim. No contact with her since the wedding. June 1, 1991.

3

CUN000385

Shelley - College degree – BA in English and certified to teach 6-12. Is substituting. University of Northern Iowa. They were there together last 2 years. Then she went to the University of Iowa.

Jim – BS in General Studies. Univeristy of Iowa.

High school sweethearts.

When first met family – Angle was always the sister I was cloest to in the family. We adored Alyssa. She was 2 when we met her. Angle has always been fabulous to me. During the tumultuous years of dating – she would always say everything was ok. Nothing abd to say about her. Always a bundle of energy – just a life force about her. Was always hopeful she would find someone who could channel that. Wonderful with Alyssa – always laughing. Always very good to me and Jim.

The other sisters I didn't know as well, Holly very young. Timid- self conscious. Jaime was at the time close to her mom and very much ready to get married. Lots of people in the house – Darlene.

Jim was beginning to work his away from his mom. She was very unsupportive  - he was the golden child – had good friends. Home wasn't some place he wanted to go back to.

College finances for Jim – 99% of everything I needed was covered. Had a Pell grant every semester. Helped with clothes or whatever – my dad would send money periodically. Worked every summer for Evans Distributing.

4

CUN000366

Alyssa came here when it got dangerous for her. Holly brought her and Marvea here for a visit. Then we started the discussion of where she would live. Angle wanted her and Marvea here. But we didn't know what they would bring to our family life – what they ahd been exposed to. Alyssa had been crushed by all this when she first came here. Our lives were so different. Haven't really kept up with her since we took her to Disney World.

Have lived in there present house for 5 years. Jim worked for Maytag in Newton – or Iowa City, Iowa.

Shelley – served a week ago Monday.

Angle went through so many awful things with terry – so unfortunate. We went up there one time to visit – he was stalking. Roger was with her and terry was stalking her. Nice guy. Quite a bit older than her – stable, nice guy, clean cut...thought it couldn't last. When we came home from the restaurant – Terry was calling and calling, and calling – we talked about how he was oscessed – he said if I can't have her no one would. I hung up the phone and was very scared. It was a war zone. She was sleeping with a shotgun because she was terrified. I had nightmares for nights after that night. I had not understood what bthe life was like until that night. I always thought if she had wanted him gone it could have been long before she just tried to keep getting away from him and no one would help. It was a terrible, terrible night – but for her it was par for the course. Terry came out and Angle didn't want Jim to go outside.

5

Case 3:09-cv-03064-MWB-LTS    Document 234-21    Filed 06/23/11    Page 87 of 100

CUN000387

Knew if he had done something to him – he was a buck eighty and I could have smoked him – but it wouldn't do any good because I had to go back to iowa City. Saw her with a shiner once – Jim was livid but she woulnd't let him go near terry. This was half way through college. Angle did seem to love terry. They were very happy and the rumors were flying about how much she was getting beat and it went downhill after that.

She called the cops that night – it was in Ventura. She knew this police officer on a first name basis. He came over to the house and told him to get lost. Then terry left and called her and said I could have killed that off and then I'd come in there and kill you. He was so obscessed. From him following us around – he had no fear – all over town. Angle made it clear that she feared for her life and when he said if I can't have her no one would, it was so scary. Angle wouldn't allow Jim to jeapordize his life.

Angle shared everything with Alyssa in great detail and she probably grew up faster than she needed to. Thinks they shared in extra activities together – like pot.

Shelley – Angle's drug use – knows nothing – heard she did drugs. Jim felt he was not niave – it was readily available and Angle was always hanging out with the wrong people.

Now evcery month they send money to her – phones – talking to the girls is her life line and they need her. They write letters and Shellep tried to keep her posted on things. For a while she called quite a bit and thast was tough in our

6

CUN000388

house – such a new situation. Thinks they would keep up her communication if she went to prison for life.

Jim thinks she would provide value if she went to prison. Angle never has had directions, but she has always been a dogooder – she does have compassion – she wants to help people – and she has a weakness, soft heart for people who can't defend themselves. She could have a viable role. Bible study classes; maybe Angle has a different perspective.

Jean was more the fear of God rather than the love of God and she used it to her advantage and get her way.

When we met Dustin – we were blown away – we both came out of there with our jaws open. He was not like anything that I thought she would be with. He was very quiet. Angle is every independent, but – he was the totally opposite of what she had been drawn to. She was so proud that he was going to write a book. He just sat there and took all this adoration in. She kept going on and on about him – very bizarre – didn't seem like her at all. When Marvea born – they came to visit us so we could see Marvea. He did not say a word – she was very very nervous all the time – wanted us to like him all the time.

Thought he didn't have to talk – programmed isn't the right word – she wasn't like that with people. Complete 180 the way she went on and on about how brilliant he was, how smart, and it was nauseating. She seemed in awe of him.

I felt like he was a little arrogant. We were stupefied.

Case 3:09-cv-03064-MWB-LTS    Document 284-1    Filed 06/23/11    Page 89 of 100
CUN000389

Jim – I don't even remember talking to him. This guy with big glasses and looked like a grown up Opie.

The moves – she was always moving. She had moved to Urbandale from Ventura. I thought she would never leave from Clear Lake – she was so proud of it that. Sure you can see the pattern – with Jean – how many times she moved. she owned it for her and Alyssa. Why did Jean move all the time – I remember seeing men come and go and not knowing who they are. These would be guys that would come and stay for a while and then leave. They slept with her. Not sure she justified it.

Things went sour with Jean – going to college was the turning point. Exposed me to so many different things. Got an oppostunirt to see a whole lot more – different families. My saving grace. But then she felt I ahd changed. If I hadn't gotten out of the small town I'd probably be in jail myself – hopefully in the military. I wasn't rosy myself. Forest City was not the ideal place for us – kind of trapped there – can see myself in trouble. Not a wholoe lot of opportunity.

Came home less and le4ss. Junior senior year I stayed there in the summers and worked. Spent Christmas.

Jim earliest memories of dad – when we lived in Klemme. Remember him bringing gifts – showed up in the station wagon full of presents. From there a few summers with him, and he came to a couple high school sporting events. Football game here and there – such a long distance. He worked at Uniroyal and they ahd that tavern. Busy. Through college – pretty frequently.

8

CUN000396

Mom- hard worker. Never afraid to put in 12 hour days. Always the same routine – cooking food and washing pans. If you look at what Darleen did – she looked for other opportunities. Got a job at the college. Mom had no stability in what she was doing. Bungalow – this is a motel – I remember living there when we were a kid. Same occupation – new place.

Welfare all the time. We lived on it. Food stamps. Cheese programs.

Grandparents – I was really young. I remember my mom's mom. Florence, I can't remember her name. She was a nut job. She wouldn't let us watch TV because she thought it was something to do with the devil or the devil itself.

I think she lived with us on J Street in Forest City – we were all afraid to go in the basement because she did some funky stuff in the basement – beat demons out. Scared the hell out of us. We had to go to the basement to do laundry or take a shower and everybody was scared as hell to go in that basement.

One time he asked for a piece of toast (cries) Maxine made me a piece of toast and Mom did and then she saw I had 2 pieces of toast and so she smashed one in my face. She would often starve them in the day for a religious purpose. They couldn't have food or there wasn't food.

9

CUN000391

More physical fights between Wendy and Angle with mom – I could hear it taking place. Screams, punches, balling, loud noises – thrown up against a wall – stuff like that.

Jean looked at Jaime as being a laydown – she didn't have to worry about her – she tried to do the right thing. Jaime was pretty predictable. And she believed in what Jean ahd to say – Jaime – would carry her bible around and try to get Jean's approval. At one time Jaime said she never read the bible. But did so to get Jean's approval.

Easier to take the path of least resistance. I sat through the 2 hour bible studies and I ate the enchiladas – every day month after month. All there was to eat. I took the poath of least resistence - it was easier.

If you didn't do this – it was physical threats or some kind of threats, it was the guilt trip – it was something, always the fear of something. You didn't know if she could cast a spell on you or whatever it may be – it was the fear of God.

Casting out of demons – she did it to me – she'd lay her hands on you and start praying and make you repeat – By Jesus Christ you are healed. In my early years, we thought it was exorcisms – the shit you see on TV. Jean changed her approach over the years. If you could burp, fart, yawn or whatever noise you could make it was an indication that the demon had been exorcised. She really believed that the fart was the release of the spirit.

Angle and Wendy – there were demons in them and they were pretty independent. Probably stuff that's normal for

CUN000392

any kid in any home – it was unacceptable and probably had something to do with the devil. I remember them doing the exorcisms in my bedroom on J Street. One at a time – Maxine and her kids then Wendy, then Angle – fighting and screaming and hollering – holding them down to the point of exhauston – to the point where they are so fatigued then that is the point of victory.  They were fighting to get out of the situation. They happened often when we lived on J Street – and then changed after that. Then Wendy started getting out and getting away from it. Then Wendy followed suit after that. Approaching high school or in high school when that was taking place. Maxine abbott was her girlfriend who shared these beliefs. But she talked the talk but she didn't walk the walk.

I don't know how mom could separate the two. The transient men.

Holly's dad. I think I remember one occasion when he took me fishing – when we lived in Thornton.

Move to Kansas – pretty awful time in his life (cries). I'm not sure why we were there. That's the first time when I started experiencing nightmares. I was just starting preschool then. It was just an awful place. I think we lived in a shed. There was other people there – other kids – no idea who they were – a shelter or an orphanage but I know the people that were there were just not the typical people that would assist and help kids.  Abusive – a farm setting – I know from time to time I'd be asked to grab the wire of the elctric fence to see if working. After the first couple times you try and fake iti but they'd be standing right there making you grab hold of it.

11

CUN000393

D/N/R the guys name but someone in charge. I remember we'd have black eyed peas and I just couldn't stand them and wouldn't eat them. I had to sit there forever – two hours and sometimes longer. That was the only thing they had. They'd grab my hair and shove them in my face. It was awful.

The nightmares continued into college – Shelley was there when he had one – he reached over and crashed the speaker by the bed – constant nightmares – little people chasing me with knives, trying to kill, and each one got closer and closer. Weird.

Never talked about it between the kids and she tried to piece some of it together.

Jean never was there. Remember one day she showed up. I don't ever remember her there one time. Felt like we were there for a long time. Thinks the nightmares were tied to what he experienced there. I remember sleeping in the shed, I remember hay and mice. I tried to reaswon with myself to figure out where these things came from.

I remember one day a cow died on the farm. I remember they butchered it on the kitchen table and we all watched and I remember they were using knives. I remember cats getting eaten alive by these sows. I remember being chased by a fricking huge bull and I think Wendy was there and some other kid. I remember eating soap – my first introduction to eating soap – either I said something or

12

CUN000394

didn't eat something. Sticking it in my mouth and scraped my teeth with it.

I remember going to some preschool. A short bus that picked a few of us up. I remember going to a preschool. I think they gave us milk and they let us take naps and lay on the mats. I remember religion being a part of it – I remember going to church and bible study.

Doesn't remember them a whole lot.

I want to say she showed up with Maxine in a little car and one day we were gone. We were so happy to see Jean. Not sure where we ended up.

Has never gotten counseling or talked with anyone about those experiences.

No inappropriate touching…lots of tears and sadness.

Uncle Skip – remembers him. I knew him more when we lived in Colorado. He was an alcoholic. No question – huge temper – tall guy – always skinny, big ego. Big chip – thought he was a tough guy – I think he was involved with his kids. Had a desire to be active with them. Loved his family. Least that's what I viewed. I remember him more vidily after my freshman year.

K – Klemme, Forest City (Got held back in Klemme and think I repeated in Forest City)
     Jean would say I had dyslexia – I think she heard about it – to help make an excuse – I was not excited about school

CUN000395

and it came hard for me and I'd never study until I met Shelley

1 – Forest City (?)
2 – Forest City or Thompson
3 – Forest City
4 – high school in Forest City

Angle was always kind of the protector – she was always outspoken, I knew if I had an issue with a kid bullying me, I'd go to her. She had a tough demeanor – she was the girl that no one messed with because she wouldn't take any guff off of anybody – she cared, but she still does. She cares about how everybody's doing.

CUN000396

INTERVIEW REPORT

IN RE: ANGELA JOHNSON

DATE: NOVEMBER 03, 2000

SUBJECT: JAMES JEFFREY JOHNSON

Address: 1106 Cambridge Lane
Shorewood, Ill 60431

Phone: 1-815-725-1614

SSN 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

D.O.B.: 03/02/67

Married: Wife, Shelly

One Child: Thorton, 4

No Criminal History

No Mental Health History

Graduated High School 1986

Graduated University of Iowa 1991

This individual is the younger brother of Angela Johnson and was interviewed for background information concerning his sister. He was approximately three months old when his mother, Pearl Jean Johnson, and his father, James Jeffrey Johnson, were divorced in 1967. He has no childhood memories of his father, but does have a close relationship with him now, (workbook page 67). When asked to describe his relationship with his sisters, he indicated throughout his childhood, his sister, Wendy, was the primary caregiver due to his mother's frequent absence and erratic behavior. When asked to describe his sister's Angie role among the children he described her as the fighter and that she was always willing to take discipline to protect the younger siblings.

Even though he was quite young he has vivid memories of Florence Limesand, Andy Jensen and his mother physically restraining both Wendy and Angie in order to "cast out demons." This occurred on a frequent basis, (workbook page 75).

He also has vivid memories of constant hunger as a child. This relates to the "fasting that occurred daily." He recounted an incident from when he was about ten years old involving

CUN000397

himself and his sister, Holly. At that time the family was living in Mason City and there was a woman in the area who would invite children to her home for small Sunday School sessions. Their reward was a piece of candy. On this occasion both Jim and Holly were so hungry that they sneaked away from home and went to the lady's house. After receiving the candy, Jim kept Holly's candy and ate his own because he knew that if Holly ate the candy she would get into trouble. When they arrived home they were questioned by their mother as to their whereabouts and when Jim told the story he attempted to protect his sister Holly by showing the piece of candy to his mother but all of the children were beaten anyhow, (workbook page 75). Jim recalls that they were beaten at least twice a week and that it was always group punishment. He also recalls that the family moved frequently and never seemed to put down serious roots, (workbook page 85). He speculated that part of the reason for the constant moving was his mother's constant fear of exposure as "a known nut."

When asked to describe his childhood Mr. Johnson used four words; frightened, deprived, optionees, and hungry. It should be noted that at this point in the interview Mr. Johnson broke down and wept for several minutes.

Johnson shares many of the memories of his sister, Wendy, including the world is going to end incident, the stay in the Chanute, Kansas orphanage, and the frequent beatings of Angie raising welts and bruises.

He does have one independent memory of the Kansas orphanage. He recalls that on one occasion Mr. Dillow forced him to grab an electrified cattle fence, "to see if it was on."

He also recalls the frequent rebuking of deaf and dumb demons and the terror the children lived in that there were demons living in their own basement. He also recalls his mother "speaking in tongues."

When asked how he would describe himself he responded that he was basically a follower and felt that his sister, Angie, in many ways is also a follower. He said that if he had not met and married his wife Shelly that he would probably "be making license plates somewhere." It is his opinion that he and his sisters were programmed as children through religious fear, pyschological, and physical abuse to be thoughtlessly obedient. "Our childhood was a state of siege."

This gentleman broke down and wept several times during this interview, he is a very bright and articulate individual who has numerous unresolved childhood issues which probably also reflect on his sister Angie.

End of interview.

CON000398

5-6-05          1315-1440

JAMES "JIM" JEFFREY JOHNSON          7-22-42

*[illegible] // at Menomonie w/*          715-723-0836

*Berger, Woody, Dr. Joyce, +*

*Jetter*: MERLIN PHILLIP JOHNSON - killed [illegible]

*[illegible] before Jim was born → single car accident,*
*hit a tree, [illegible] of suicide killed [illegible] thought he was going to*
*die as [illegible] clean underwear // DK CTCDT or [illegible]*
*history, & cum [illegible] in jail system family*

*(age 14-15 when married)*

*mother*: WINNIFRED PEARL [illegible] → the
*married X 3: Johnson, HOPP ([illegible] jetter),*
*SUND (alcoholic) // [illegible] was quiet,*
*poor // B CTDT & cum record // died*
*11-11-00 /*

*- whipped w/ belt or stick → [illegible] had blood*
*blisters on [illegible] from [illegible] for stealing money*
*from neighbors [illegible]*

WARREN HOPP - *[illegible] long in govt project,*
*[illegible] hustler is only 15 mos younger // he*
*was in the USA & home on leave & went AWOL*

*Jim used to start fires & Warren put Jim's*
*[illegible] stove as punishment age 8*
*Warren threw [illegible] Wayne from [illegible]*

Wayne was a *heavy drinker* — s.t. abused
mother when proper or argued
Jim was age 8 when Wayne + mom split up

Jim lived in a foster home age 9-10 because
Wayne's father had proved mom to be unfit →
Wayne went to Wayne's parents, sister Winnie
went to Mom, & Jim to foster home → he
was in 3-4 but kept running away as wanted
to be home

DA/court had demonstrated against mom to be put
w/ ? in Wisconsin — Eau Claire // didn't
mom retirnacle until was an adult — just
thought grow up poor

met by Jim Hogg until after sophomore school age 14

Wayne — 15 mos younger, w/sister in Eau Claire,
had a stroke 3 yrs ago // age 8 // ——————— —
went on few drinks together from many until
unable to drink anymore × 2 monthly for years
after came back from USMC //

once thrown in jail × 6 mos — mock release
2° big between fight w/ tussle w/ police

CON00400