sister: WINNIE - 1½ - 2 yr. older - father
was maybe Phillip Johnson → would drink
5-7 beers of Wayne & Jim // & is married //
0 NP // 5 children

Bill Blakely: KATHY

TWIN { LINDA } maiden MJ
{ LORI }

BARB

DENNY millor: DANNY - alcoholic

Wayne began taking children age 13 - was married,
pregnant at the wedding

Jim went to ungraded school age 14 -

problem in school:
    couldn't spell
    held back in 1st & 3rd grade
    after school Jim k on
    dropped out late 9th grade

regular school x 11 mos → was youngest
then in state of WI → had to pretend
to stay alive // saw kids being sexually
abused

was pretty smart

COUNSEL-001

denar Wenderman to eyes

ETOH

began drinking age 14-15 → drank Green Bolt Beer
- or whiskey
— if Cookie would split a case w/ him or
whiskey mostly on yard

when married to Jean drunk on whiskey — one
night of weekend → drunk 12-18 hours
on occasion Jean would drink w/ him
& blackout

met Jean at NY party — he was 18 & she was
21-22 → intercourse first night,
8 mos & married, Wendy born 9 mos
later

began having trouble — he moved to Kerouac,
PJ kept x 3 mos w/ mother who was on
religion kick — PJ got heavily involved
could set the clock by his schedule

Jean went to work at PROSTO Munitions Plant,
she began to have an affair w/ guy at work,
her son told him of this / one night he
caught her at party w/ guy — pulled guy out of

Case 3:09-cv-03064-MWB-LTS   Document 484-22   Filed 06/23/11   Page 2 of 100

don't love me, you just love the kids // the
Jim was married at time // Jean _____ back &
Jim to work my farm

this was before Jimmy was born — Jim & Jean
tried to stay together
separation & reconciliation

always thought all of the children were his

Jean went to work when Jim was about 3rd
grade

Jean only used kids as a meal ticket so
she didn't have to work — wanted her
tally kids so it would take her meal
ticket away

Jean was not affectionate w/ kids, only hugged
her own kin when we dealt to her own //
didn't hug / kiss/rock // Jean didn't
play w/ the kids
Jim went to PTA meetings with them Jean,
Jim helped them w/ homework
kids would cry for Walt _____ parents w/ awakened
at night

saw Jean sleep back of kids heads as
well as their _____ — all of the kids
except Jimmy / Aggie as a preschooler

Jean had nothing — _____ of clothes & Jean
would have $80 nice better coat while
kids were going to school in shit — she came
_____

Jean had money to _____, didn't take checkbook
away, he paid bills ahead of months _____
she could take whatever money she wanted

when Jean worked Jean would give check & _____
to pay bills & _____ for a house

married Cooke 1969 & moved to Belvidere, Ill
as couldn't handle J / began to pay child
support after PJ had him put in Cook County
jail for support at $2-3k while J /
began to _____ kids — he told her to pay her
directly & then she could still get welfare
so he did → then she claimed he never
paid — sued him for $5k case & Jean went to her
deposits testified Jean had $5k or less

Jimmy came to stay w/ Jim & Jackie in Dr Hgts,

CONSOLIDATED

Jim

7

but Jim wouldn't let her return

Jean says whatever will benefit her, she was the #1 person in her life

Jean would leave kids in care of others → would go for weeks at a time:

RONNIE & ANITA ERICKSON -

Jean lived upstairs above Ronnie & Anita - & would leave kids in apt for weeks

around 1967

Jean hooks up Jim for cash at a time, & during the summer → [illegible] by call/letter/ visit during those visits though he would have allowed → kids didn't ask about their mom during these visits

Angie & Cookie had a jealousy about when [illegible] and Angie had taken some things from Tony & put in her suitcase - next time had locks on suitcase

Cookie children: lived w/ Jim & Cookie - regard Jim as their dad

7 Shannon 43

8 Tony 42

9 [illegible] 40

neither Joan nor Cookie had mentioned Joan →
told the kids mom & they didn't know
the difference

Joan & they moving 2 families together:
- kids complained of favoritism
- Joan wanted more to Tony who gave Joan more
  problems // at times Wesley gave problems &
  ran away

feels Joan moved her & kids house by taking
the kids away

- she dropped the kids off when he wanted
  longer or no longer — & court allowed this
  & I know why
- didn't know where kids were when in
  Colorado X 9 mos

- didn't know where kids were when at
  orphanage in Kansas X 4-5 mos

- she lived somewhere in Denver X 6 mos

once Joan & brother-in-law went looking
  for them

Case 3:09-cv-03064-MWB-LTS    Document 234-32    Filed 06/23/11    Page 6 of 100

as adults but longer the case kids deserved
that made longer in bucket g lolol lay
down to force this devil to come out

Florece war suits

CUN000407

# MARY C. GOODY
## MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY  83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:        Pat Berrigan

FROM:    M. Goody

RE:        Johnson

DATE:    12/15/04

INTERVIEW OF:    Jim and Cookie Johnson

DATE OF INTERVIEW:  12/15/04

PLACE:   their home
10295 33rd Ave
Chippewa Falls, Wisc. 54729
715-723-0836

Pat explains the trial status.

CUN000408

James Jeffrey Johnson
B.D. 7/22/42
SS# - 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

Pamela Gene Johnson
B.D. 7/23/43

No children together.

His mother's name was Winifred Sund. Married three times. His dad was killed before he was born. Divorced brother's (Wayne Hopp) dad. Then married Kenneth Sund and he is deceased.

Wayne and Jane Hopp
3434 Folsom Street
Eau Claire, Wisc. 54703
715-835-1693

Their son killed in car accident and they have one daughter Heidi.

Sister Winifred (Winnie) Jergeson (Her husband doesn't know about this.)
2022 South 19th Street
LaCrosse, WI 54601
(608) 788-2317

Jim says anybody should be burned in hell as if they are like their mother Jean. She used them kids with nothing but a meal ticket – something awful. What she put them kids through was terrible. I wanted to raise the kids, but back when I got divorced the kids went with their mother. Then

CUN000409

she would take off and I wouldn't know where the kids were.

Met Jean at New Years Eve party - I was 17.

Jim's family life as a kid. Not a real great one. Moved around a lot. I was born in Chippewa. I went through a lot of different schools. I didn't finish the 9th grade. Father died and she was a working ma. I went to the school under the name of Hopp. I went to Catholic School. Had to have the same name in those years. I was Jim Hopp until I was 13 or 14 years old. I got in some trouble and got sent to reform school for beating up some kid that was a judge's nephew. They wanted to make an example. Black leather jacket days. I wasn't doing good in schools. My mom scrubbed floors in the courthouse then. His mother let them run. We more or less did the one thing. She beat them up every once in a while.

When I got out of reform school – in there a year. In the meantime Ma and Kenny had moved to mason City. He worked at Amours. Then I got released and that's how UI ended up in Iowa. Then I went to school there for a while. Once you've been in reform school you want to get out and work. It was Wales (Waukesha) – and I was the youngest kid in the state of WI to be in reform school. Like a prison.

Kind of a tough place. Made me street smart. I never ever went back. Tried to go to school for a couple years. I always had a little trouble with spelling, school was hard. Never diagnosed with dyslexia. But Jimmy had it – a learning disability. But I started making money and I didn't need school. I never had no supervision.

CUN0004416

Wayne had no disability. His senior year he went in Marine Corps. He had a stroke from the Agent Orange and is on full disability. Was in Viet Nam. Younger than me by a year and three months.

Folks moved back here eventually. In the meantime I met Jean and we got married. I work at Higley Cold Storage. Met her in 1959 (I was 17). She was couple years older. Got married 3 months later.

Her family – I didn't mind Andy, her step dad. He was a decent guy until they got religion. He was a mechanic in Mason City. They got him hooked on this religion stuff where he couldn't eat or do this…he had been a 300 lb man and he was down to nothing and ended up dying. Florence, she went to some religious place and gave everything away and definitely that's what killed him. He was really brainwashed and that's the truth.

Jean was not into religion. My wife had left me once, we moved back to WIU and I had a job in Kenosha, WI and she moved back into her mom and she got tied up in this stuff and it kept getting worse and worse. Then she went the other way – started having an affair. I caught her naked with a man outside and she said I didn't love her I just loved the kids. I had talked to somebody and the guy I caught her with – they were joking about how many guys, etc. We were married 7 years – lived on Birch Street in Eau Claire.

Wendy, Angie, Jaime and Jimmy born then. I was the type of guy that you could set the clock by me. I go to work and come home and that's it. Didn't go to bars. I think she got to

Case 3:09-cv-03064-MWB-LTS    Document 294-22    Filed 06/23/11    Page 11 of 100
CUN0004411

working and got some other attention, a pat on the ass. She was just running, Cookie says, because her mother worked at the same factory and they said she just ran with everyone.

She may give you this religious and all nice act but that's what it is. The religion got worse and worse – they were fanatics. She would drop the kids off at these places. My one daughter where Angie, Jamie, and Holly sexually abused by a preacher. If it would have been me you would be defending me. For a couple years we couldn't find them – here they were in Kansas and they were hidden.

Wendy really knows. She was crazy for Jim and Jean hated her for that. The system is really screwed up – I was tending bar and working at the other place and every time Jean wanted something she went to the lawyer. I only had to pay $100 per month for four kids.

I met Cookie and we moved to Ill and we sent her to support. It was stupid on my part. It was just for her. We had bought our own business. Soon we got sued papers – we were getting sued for $25,000.00 because there were no records

Iowa welfare – he wrote letters to them.
She was on AFDC.

The kids lived with us – Jimmy and Wendy came and lived here. But Angie and Jamie never did. Cookie and Angie had troubles. She was defiant of my authority. This is what they did to her. Her grandma, her mother, and the grandpa – even after he died this went on. They had a tire in the middle of the room in the basement – put a coffee can in the

CUN0006412

middle – Angie would fight them – they would hold her down and she would scream and scream – they wouldn't quit and they wouldn't leave her – this was in elementary school – went on for years. Wendy ahs a lot of stuff documented. Those kids slept in the basement where the mother slept in a hotel room and the rats were crawling on them. The kids didn't know any better. But they didn't know that their dad wanted them. Jamie has a right to be very bitter.

Holly and Angie are the only kids who talk to Jean. Jimmy hasn't talked to her for twelve years.

I've never said anything to the kids bad about her. The got older and said maybe my dad ain't so nuts.

In Kansas, Wendy in 5th grade. They were out in the country and there were pigs. Jimmy was little and he was threatened to throw him to the pigs if he didn't brush his teeth. They had him by the body and were dragging him out to the pigs. She jumped on his back.

Also they made her sleep with the man who owned the place. Angie, too, and she was only in 3rd grade.

Jean – she is somebody who can't make it on her own. Used kids. I was worried to death she'd end up with Marvea and she goes from people to people living with other people. The only thing she was concerned about was combing her hair. She used to tell everybody that I beat her, I did clip her a couple times but you can only take so much.

CUN0000413

They called the cops – that's another time – on Bird Street – downtown Eau Claire – asked why didn't he bring a pizza up to the house. I got this big pizza and brought it to the house. She said set the pizza down on the step and and said now you can leave. Not divorced. In Eau Claire. She kicked him out after the affair. Then she'd call him up and ask him to baby-sit all weekend while she ran around. It was hard for me and I figured I would lose the kids.

I had put in the divorce decree she couldn't take the kids out of the state. A regular guy didn't have a chance when she had the judicare card. Card belonged to someone who was on welfare – she was on welfare in WI and Iowa.

When she had the restaurant in Forest City. Jimmy a couple years ago got something in the mail. Jean had given her girlfriend's boyfriend Jimmy's social security number and birth date. That was before he stopped talking to her.

She hated Wendy – Angie was her favorite. Wendy lived with us when she was 15 and Jimmy also then. She came when she was 12. She was so starved for affection that when I was sewing or something she sat right next to me and would not move. The attention thing. Jean wrote a letter to Wendy because she had bought this truck stop and said she missed her. Wendy had been getting straight A's in school – she ran away right before she was 16. She left in the middle of the night and she got married right after she turned 17. Jean wrote her that letter so she'd come back and go to work. Then it was someone she didn't have to pay.

When Jimmy came, he was 9 (9-11 and then back again when 12-14 or 15) and he looked like a bum. Long hair,

CUN000414

ragged. He lived with us a couple years and then his mom called and he said he really missed his family. So he went home. It wasn't too months, he looked terrible again.

Angie would come and see her brothers and sisters. Jamie didn't live here. Jamie was attached to her mom.

The kids went without everything and she'd (Jean) have long leather coats. Leaving them sleep in the mattresses on the floor in the basement (in Iowa.)

Florence mentally ill? Just stupid…that's all I can say. That gave her a reason in life and she latched on and from there there was no turning back. The kids never told a word.

Jean took off and went to Co Springs – she had supposedly married someone. Then I had no idea where they were. Then she put me in jail in the Cook County, Ill. Wendy had to be in the 5th grade and this was for non-support. But we didn't know where she was. When she took off I quit sending the money. She had met some guy and that's how they went to CO.

We didn't know they were in the camps in KS until long after. 1.5-2 years in Kansas but not sure. Jean left them there. Jean went to town to get money for the church but she never came back. Wendy says she thought they went there to adopt Holly out. When she got there she thought she would leave them all there. But her dad would have taken them in a second. She didn't want him to have them. If they had said come and get these kids I'd have jumped up from the supper table and gone anywhere to get them.

Case 3:09-cv-03064-MWB-LTS    Document 224-2    Filed 06/23/11    Page 15 of 100
CUN0004415

I really didn't want a divorce. I wanted to raise a family. Cruel and inhuman treatment – that was the going thing. In 1967 he thinks.

Cookie says Jim showed this outwardly – Jim loved his kids and he suffered. It was too bad that she was doing all that to them. I never knew the woman and I hated her from what I heard. It's the kids that suffer not the grownups. The only things kids remember is when we went to the parks – and have cookouts and stuff.

We get together in July – whole family comes. Jimmy and Wendy come.

At one time Angie hated us for some reason. She told everybody her dad was dead. That he got killed in the army. She never wanted him to be with Cookie – she wanted him to be with her mother.

Now I have never asked her about this case – never asked her if she was guilty, just told her we loved her and that we'll support her. I understand that they make a life there in prison even if it's the whole life.

When Angie was little – she was a good kid – she liked me and loved me but after divorce she got bitter. She was ok before Kansas and that stuff in the basement was bad, too.

They met Degeus – beat the piss out of her all the time. Wendy and Jimmy knew this. Jimmy went after him one time. He had to go and find her once when Degeus left her in the ditch.

CUN0000416

Jean had said to Winifred why did Jim have to go and get married again.

Married to Cookie – Dec.13, 1969.

Jimmy said he didn't realize that his home life at home was bad. When he was here he still missed his home life. He has apologized to Jim that he ever left.

Marvea said that her mother didn't want her kids to have anything to do with Jim – but she was punishing her own kids. Marvea said to Jamie – how come I never heard about Grandma and Grandpa Johnson and Jamie couldn't tell her.

The rest of us would give in and talk in tongues and say whatever they wanted to hear. Angie wouldn't do it and wanted her to give in. I couldn't believe it. I don't know if those kids ever thought that was wrong because it was done to them so much. Jim said he didn't recall until they began to talk about it.

Cookie cries.

No contact with Jean. I can't help it.

Dustin – they never met him.

Degeus – I didn't like him. Reminded him of a cocky little devil. We owned a supper club and Angie and him came in there. I knew he was beating her up.

First three grades or so were in Eau Claire. Angie in 3rd grade in Kansas but had gone to Iowa to school in between.

CUN0004172

9 months and 4 days after marriage she delivered Wendy. We lived right by the hospital in Mason City. I was crazy for the kid thought it was the greatest thing in the world. When we used to drive up and get Wendy she would scream Dad, Dad, and dad. We weren't certain they got their presents so we started driving to mason City and renting a motel room and giving them their presents. The kids never got their stuff. She would give away all those gifts to someone else.

Thinks she breastfed Wendy. We lost a baby – pretty late miscarriage. Angie born in Burlington, Ill. She was born breech. That was a hard pregnancy. Not sure if she was overdue. We lived in Waterford, WI. I took her to the hospitals and I waited and it seemed like it took forever. I didn't know what breech meant. They had to use them forceps. After that it seemed all right. I didn't think the kids were cranky at birth.

Jean didn't show a lot of emotion. Seemed ok with the new babies.

The baby who was lost was after Angie. 2-3 months – they took it. It was a miscarriage. Same town.

Angie loved my ma. All the grandkids did – she was great with kids. Jean and the kids lived in the Bungalow Motel where jean had a nice room but the kids had to sleep in the basement. Mom called and said Jimmy I want to bring those kids right back with me – it's unbelievable what those kids are living in. My kids opened up to her.

CUN0006418

Once when Wendy came she brought Alyssa. After a few years Alyssa was sort of petrified of us because she had heard bad things and we didn't see Alyssa for a long time. When Angie got put in jail first Alyssa went to jimmy's house. She is a stranger to us.

Wendy – her problems from living with jean:

So many psychological problems it was horrendous – has come a long way. So promiscuous that it was embarrassing to both of us. Some of the things she did that we heard. Calls her mom the sperm donor. Will do anything for you to like her.

Jim cries.

Jamie turned to religion. Her kids are great but she has turned the kids into nerds. Not a lot of common sense but are good kids. She went to counseling with the church. She has a lot of …they have no insurance. She is an emotional wreck. She talks about the past and you can't get her off of it. Very tearful – but all the girls are, they cry real easy.

Angie tries to be so hard – she tries to hide her sadness. That comes from holding her down – that's why she laughs all the time. All of them including Angie are nervous. Angie has a little laugh and you can tell she is nervous.

Jamie and Wendy had problems sleeping more often than they should. They come here and sleep late.

Case 3:09-cv-03064-MWB-LTS   Document 224-82   Filed 06/23/11   Page 19 of 100   CUN0006419

Wendy's husband Mark lived in Boys Town and we contribute her recovery to him. She sews underwear for gays and fancy guys. She lives right outside of Dallas.

Jim thinks she picked on Wendy more than any of them. Not so much physical and verbally – not finding no good in what she does. When Angie was stripping, jean said to Wendy I could see you doing that but not Angie. Jean would say you're just like your dad. Everything she did it was like dad with contempt.

In my relationship with Jean I thought it was that way to be – never really no fun to go with, no smile or laugh. She would never give me no praise. I worked at American Motors and me and another guy laid sod for extra money and she never praised me for it. She kept a clean house but it really wasn't a home. Because you didn't have fun and do the things we have here. If something got messed it was a fight. Compulsive cleaner. Wanted it perfect for other people to see. She had the nicest clothes and them high boots but didn't care what the kids or he had.

She didn't drink very much. No medicine for any reason. It seems to me once that she was in some hospital in a place by mason but I never did know what it was about. It seems to be I vaguely did remember something about that. Maybe Cedar Rapids. Nervous breakdown?

Her sister Darlene and brother named Skip. He was a wacko and is dead now. He always wanted this and that and never wanted to go out and work for it. Always was sick and had this or that. Eventually he did get something and died

Case 3:09-cv-03064-MWB-LTS    Document 284-2    Filed 06/23/11    Page 20 of 100    CUN0004262

pretty young. He was like a hypochondriac. His wife's name was Maggie.

Thought Jean and Maxine were gay. They lived together for a long time.

Wendy said when she was 17 and had Brian. Her mother talked her into trading Brian for as car. She gave Brian to his dad so Steve would give a car to Wendy to drive Jean around because she never had a car or a driver's license. Jean never had one.

Jean – you'd think what a nice Christian woman. But that is a front. Worst thing she did is what she did to the kids. The best thing is that I got four kids out of the deal that I wouldn't have had but that's as far as it goes.

Angie – worst thing is what she deprived her two kids out of the relationship with us. Best thing is (cries) I think she loves us in her own way.

Cookie – cries – says Angie never liked her but she goes to see her and feels she needs support.

Jamie collected the money one time for a food drive. Actually it was UNICEF – Jean kept the money. If confronted, she would lie about it. I wouldn't walk across the street.

I borrowed the money – the $25,000.00 and gave it to her – from my mother.

Case 3:09-cv-03064-MWB-LTS   Document 294-22   Filed 06/23/11   Page 21 of 100   CUN000421

Marvea can certainly come to our house to live if things don't work out at Jamie's.

Will stay in touch for the rest of her life. In terms of her art can be useful in prison.

Has arrhythmia of the heart.

CON000422

**MARY C. GOODY**
**MITIGATION AND INVESTIGATION**
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

confidential  memo to attorney
subject to attorney client privilege

WITNESS INTERVIEW

TO:        Pat Berrigan; Al Willett

FROM:      Mary Goody

CASE:      Angela Johnson

WITNESS:   Jim Johnson and Cookie (Pamela) Johnson
           10395 33rd Avenue, Chippewa Falls, Wisc. 54729
           (715) 723-0836
           jjjcj5657@yahoo.com

DATE:      1/9/02

Jim:  DOB 7/22/42; SSN 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

My father died May 1942, 3 months before I was born. I'm not sure how he spelled his name (Merlin).

I met Jean in Mason City, IA. My step-dad worked at Armour's and he was transferred to Decker's – another packing company. I was 14 or 15 and we moved from Eau Claire to Mason City. Later my parents moved back.

I was 18 or 19 when I met Jean at a New Year's Eve party. Don't remember that much about it. We dated for about 8 to 12 months. Got married at the Little Brown Church in the Valley. A lot of people get married there. The wedding wasn't big or fancy; we didn't have much money. We had a reception and a barn dance. I was 19 and Jean was 3-4 years older than me. I was young and stupid. It wasn't that bad at first. Then she got tied up in religion and went off the deep end. She was no religion when we met. I wasn't religious, but I believe in God.

I think she might have got into it from a revival meeting. Then her mother and step dad, but she got hooked first. She used it [the church] for her advantage, to justify what she did. It was horrible. I tried to get custody, but 30 years ago they always gave custody to the mother. It would be different now. I have no hard feelings.

1

She used them kids as a meal ticket for welfare. She didn't care what schools they went to or what they wore, as long as she looked good. She always cared about what she wore. I was reluctant to send money for the kids. She would buy a $300 leather coat and the kids had rags.

I have a good relationship with all my kids. But Angie despised me for 12 or 13 years. I'm not bitter. I feel sad, sorry for what she missed, having a grandfather around for her kids and so on. I'm the kind of person who spends time with the people who like me. If they don't like me then I don't bother. I still love her and I will stick by her. I never asked about the thing that is going on now.

None of my kids had a good childhood. Angie had a chip on her shoulder and she didn't get along with my wife. Once [when she was young] my wife caught her taking the other kids' stuff and Angie took it serious. She held a grudge.

Jean would take off and leave with the religious people. My older daughter [Wendy] is writing a book about it. Angie was in 3rd grade and had to sleep with the preacher. She won't admit it. Wendy and Jimmy told me, and Jamie.

Jean took off and I didn't know where the kids were at. They'd go to bed starved and hungry. Jimmy told me. They were "fasting for God," but it was so Jean wouldn't have to buy groceries. Jean's mother stayed with them. They would cast out demons. They'd hold them down and have them scream. I'm not knocking her – I could care less about what she did, but she put those kids through hell.

The other kids lived with me, so I know. My son hasn't talked to his mother since before he got married. I don't know the whole deal. She wrote him some kind of letter. My mom told Jimmy to just forget about the letter. The kids were close to my mom. She [Winnifred Sund] died November, 2001, of heart failure. 76 years old. She was in a nursing home and I brought her home until she died. Best thing I did.

When Wendy was in 3rd or 4th grade Jean had some other guy. He was killed in a car accident. That was Holly's real dad. If I sent money, the kids wouldn't get it. Jamie told me about the time her mother had her collecting money for muscular dystrophy and the envelope was empty and her mother had taken it all.

Jimmy came to live with me in 7th or 8th grade. Kids miss their brothers and sisters a lot. I didn't want to force him to stay.

I don't know about Jean's background. I only seen her dad once or twice. Florence and Andy. Andy was down to earth – a mechanic with heavy equipment. Then they brainwashed him. He lost 150 pounds. Fasting, religious stuff. He died real young. She went to a religious place. Florence – she was nuts, she was *really* crazy. I can't speculate.

Jean's brother was nuts – Skip Gomez. I never knew him by any other name. He died maybe 12 years ago in Colorado. Cancer. He had 3 kids and his wife was Maggie.

2

Case 3:09-cv-03064-MWB-LTS    Document 34-22    Filed 06/23/11    Page 24 of 100

CUNN000424

Jean always had Maxine – her best friend. They were always together. I don't know if they had a relationship together or what. Don't know last name.

Jimmy is doing real good. He is a college graduate, played football on a scholarship. What his mother did to him! Maxine's boyfriend got out of jail and took off, on the run. He was trying to get a new identity so Jean gave him Jimmy's Social Security number. Jimmy was still growing up. And he used it for a long time. Jimmy found out about it last year. In Iowa your driver's license number is your SSN. Jimmy called the authorities. Jimmy put a stop to it. The guy is back in jail. Don't know the name. There was some letter involved. Maxine's girl told Jamie, who told Jimmy.

If Jean would have spent 1/10th of the time on those kids as she did with religious fanatics… I wasn't the best father in the world. I had a new family, but my door was always open to those kids. I wonder if Angie doesn't have a split personality. She's either really good, or I don't know… She did not have an easy life. That doesn't justify what she did but she had a hard life.

The preacher [Ted Dillow] was in Kansas or Missouri, Wendy would know. Wendy said the wife died but the husband is still alive. We told her she should call the police. Angie never told me anything about it. Jamie was a lot younger. Wendy said the man used to make me lie down with him. Wendy tells my wife – you should talk to her.

Pamela "Cookie":
Wendy tells me things. She doesn't talk to Jean anymore. She was in 5th grade and Angie was in 3rd. They had to take naps with the man [Dillow] at some kind of orphanage. Their mother wanted to give the baby [Holly] to them. Their mother was never around, she was raising money for the orphanage and the girls had to take naps with the guy every day. Wendy said he did everything to them. Everything but penetrate them. Daily.

Angie had to go in there. His [Dillow's] daughters would push them into the room. Angie said I'm too old to take a nap. His daughters said you have to go in, it's your turn. Jimmy – they tried to brush his teeth with a hog brush. Wendy jumped on the woman's back and that's when they had to leave. They told Jimmy they were going to throw him to the hogs and they would eat him. They will do that, you know. They threatened him that way. The kids thought their mother was going to leave them there, and not give them to their father, who wanted them.

Angie – they held her down. They [Jean and Florence] would make the kids sit around a tire in the basement with a coffee can in the middle. They had to spit in the can to spit the Devil out. They would hold them down and make them talk in tongues. Angie wouldn't give up. Wendy would pretend to do it. She knew that was the fastest way to get out of there but Angie wouldn't give up.

Case 3:09-cv-03064-MWB-LTS    Document 224-82    Filed 06/23/11    Page 25 of 100
CUN000425

They were living in a basement in a bungalow in Iowa. There were rats crawling over them. Their mother was living in a motel room with some guy. Wendy was about 12 to 15. They didn't tell us then. After Wendy was married and divorced she told us about it. Lately she's been telling everything. She writes; we e-mail each other. Jean ought to be put in jail for what she did to those kids.

Jimmy was about 11 and he was staying with us. His mom called and he looked so sad. He missed his family. That was the only thing he knew. I could kill myself for sending him home. Jimmy tells us they made them fast. Groceries cost so much. It was an excuse not to make [food] for whatever reason. There was a lady who read the Bible and gave them candy. They would go there and listen to a Bible story to get the candy, they were so hungry. Jimmy ate his candy and put his sister's in his pocket so they wouldn't get caught.

Angie didn't live with us, but all the kids would stay with us for the summer for 3 months at a time. Jean was running around with different guys. Kloss, from Eau Claire – he was married to somebody.

Jean's mother was real religious. I think they were all crazy. Anybody who makes you spit in a can in a tire to spit the Devil out must be crazy. Florence is the one who initiated the tire thing. I thought they were making it up. Jean's brother was that way – a little off. Florence was a little off. Andy was an okay guy.

Jimmy joined the Lutheran Church in Chicago for his daughter, but he makes excuses. He won't go. It was pounded into him so much, so far out in space. He can't let it in. Wendy hates it all [church]. Says it makes her sick. Jimmy hasn't talked to his mother for 11 years, Wendy not for 3 years. Jaime, either. She is the most religious one of the whole works.

Angie was a little devil. She ran the whole family. She was the boss. She would work her mother. Jean picked on Wendy. Once Angie got mad at Wendy. She took Jimmy and Jamie behind the house. She worked them until they were mad at Wendy, too. Her and I would clash. She was a conniver. I never saw her ever depressed. But she could connive. She knew how to work that circle. How else did you get out of that hole she was in? That's the only way she could make it.

Their mother picked on Wendy the most. When Angie worked as a stripper her mother said I could see that of Wendy, but not of you. She would put Wendy down. Jamie seems real religious. She takes good care of her kids, she's a good mother, not fanatic. She has a nice house and is comfortable in her life.

Jim is a salesperson for Frigidaire. A district sales rep., doing really well. He made $120,000 last year and he said this year he is doing better. Jim is a wonderful person. Always has a smile, considerate, kind.

4

Case 3:09-cv-03064-MWB-LTS   Document 294-2   Filed 06/23/11   Page 26 of 100
CUN000426

Wendy's husband makes good money. They sent for Alyssa. She went to Jim's – he bought her clothes and things and he flew her to Texas. They didn't want her to be Iowa. But Angie did not want Alyssa to be at Wendy's. Wendy had let Angie call – she had $7000 in phone bills. She would tell Alyssa you can talk to your mother once a week instead of 3 times a day.

Someone [Angie] took Alyssa out of Wendy's. Jim wrote her a letter saying leave the kid alone. She should be where they don't know you. They sent her to a counselor in Texas. Then she had to go back to Iowa and that was the end of that. She went and lived by herself. Her dad had other children and he didn't want to put them at risk, so she lived by herself. Jim said he was done helping financially because of Angie's decision.

Alyssa is a soft-spoken little girl, but she's probably too far gone already. She said to Wendy, "you people don't do anything illegal." Angie taught Alyssa to hate police, they are not your friends. I don't know too much about Angie as a mother. The times I saw her I thought she was all right. She was good with Alyssa. Angie would drop Marvea off at Holly's for a month or so at a time. Holly told Wendy this. Angie said that Holly had a boring life.

I didn't know Jean, we had no conversation. Jim feels upset about what she did to those kids. We never sent Christmas presents because the kids wouldn't get them. So we went there and stayed in a motel and had the kids come over top give them their presents. Every year. The kids loved it because they got their presents. If Jean got the presents she would give them to her nieces or nephews. I think it came from her mother.

Wendy should go to the police. She found that preacher on the Internet. She called and talked to a daughter or son. The mother had died. He was pretty old. That would make closure if she called the police. Wendy says bad things keep popping up in her head. Wendy was really promiscuous when she was younger, 13 and on. Her husband has been good for her. Wendy has a good heart. She always looked for attention from Jean. Wendy would try to buy her attention. Wendy liked her dad the most of any of them. She was older.

Jim did not want a divorce because of his kids. Jean called him up one time. He brought a pizza over and he thought they were going to eat together. She took the pizza and shut the door on him. That made him mad. I think he broke the window.

Jim and I used to go out. He was buying drinks for the guys who were sleeping with Jean. Just to make them squirm. We used to baby sit for the weekend. Jim would stay there and I would come visit but not stay there. She would go off for the weekend. He didn't ask where. Her house was immaculate. Spotless. The kids couldn't do anything, they were not allowed in the living room. How can you have 5 kids and keep a house clean? The kids cried when Jim left. We'd take them to a park. Jimmy was a baby. They'd cry when they had to go home.

5

Case 3:09-cv-03064-MWB-LTS    Document 24-22    Filed 06/23/11    Page 27 of 100

CON000427

When Angie was in 5th grade she took stuff from the house and hid it in her suitcase. Just little junk that she shouldn't have. I called her on it. The next year she came with one of those little locks on her suitcase. We clashed because I like things my way. She had the same authority in her house as a grown up. Angie hated me because of what Jean put in her head. I don't move – I don't give in either.

I saw her about this time last year. We have visited since she was arrested. She always has a smile on her face. She said she hated it there but she smiled. I guess she was happy to have visitors. She writes her dad and calls once a month. She was really close to Jim's mother. She passed away recently. When she was younger she visited her in La Crosse.

She came to visit us at the bar – we had a supper club. We just sold it in the 1990s. We had it from 1981-1992. She would stop in about once a year. She seemed cocky. I was busy working – bartending. She would talk with her dad. She came with DeGeus one time. She always had a smile.

Jim and Wendy think she has a split personality – more than one. When she's bad she's really, really bad. When she's nice she really, really nice. There's no in between.

Jim:
When is the court date? I will go to the hearing. Please let me know when and where it is.

6

CUN000428

SSA-1826
VERSION 1984.002 * * *

ITEMIZED STATEMENT OF EARNINGS
FOR SSN 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 * * *

JOB:

FROM:  SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
300 N. GREENE STREET
BALTIMORE, MARYLAND  21290-0300

JAMES HUDSON MITIGATION SPECIALIST

NUMBER HOLDER NAME:
JAMES J JOHNSON

P O BOX 739

LA CENTER          WA  98629

PERIOD REQUESTED   JANUARY 1958  THRU  DECEMBER 2004

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| EMPLOYER NUMBER: 42-0738715 FRYER FARMS INC BOX 73 FOREST CITY IA 50436-0000 | | | | | |
| 1958 | | 21.18 | 180.83 | $ | 202.01 |
| EMPLOYER NUMBER: 42-0191332 COMBS ADV CO CORP BOX 530 CHARITON IA 50049-0000 | | | | | |
| 1958 | | | | 318.75 $ | 318.75 |
| EMPLOYER NUMBER: 42-0742250 MILL & ELEVATOR COMPANY CORP 5401 2 AV DES MOINES IA 50313-0000 | | | | | |
| 1959 | 37.00 | | | $ | 37.00 |
| EMPLOYER NUMBER: 36-1263901 MALLINCKRODT INC % TYCO INTERNATIONAL US INC PO BOX 8799 PRINCETON NJ 08543-8799 | | | | | |
| 1959 | | 306.88 | | $ | 306.88 |

PAGE 001

CUN000429

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER: 34-9990000
DEFENSE FINANCE & ACCOUNTING SVC
CLEVELAND DFAS CODE ADADAA RM 2983
% ANTHONY J CELEBREZE FED BLDG
1240 E 9TH ST
CLEVELAND OH 44199-2001

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1959 | | | 148.20 | 75.40 $ | 223.60 |

EMPLOYER NUMBER: 42-0673433
ANDREWS CONCRETE PRODUCTS INC
620 N MASSACHUSETTS AV
MASON CITY IA 50401-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1959 | | | | 199.34 $ | 199.34 |

EMPLOYER NUMBER: 42-0309680
WIGLEY COLD STORAGE INC
533 FIFTEENTH ST S E
MASON CITY IA 50401-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1960 | | 588.63 | 844.76 | 944.95 $ | 2,378.34 |
| 1961 | 805.63 | 908.35 | 936.38 | 947.60 $ | 3,597.96 |
| 1962 | 720.65 | 521.70 | | $ | 1,242.35 |

EMPLOYER NUMBER: 42-0731755
RISTO INC
1054 2ND ST NW
MASON CITY IA 50401-2820

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1960 | | 32.50 | | $ | 32.50 |

EMPLOYER NUMBER: 42-0805372
WASHMOBILE AUTOMATIC CAR WASH
R L COBEEN & J L CHRISTIANSEN
315 N FEDERAL AVE
MASON CITY IA 50401-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1960 | | 12.50 | | $ | 12.50 |

PAGE 002

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  42-0756736
COCA COLA BOTTLING CO OF MASON CITY
2000 15TH ST S W
MASON CITY IA 50401-0000

| 1961 | 28.00 | | | | $   28.00 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  36-2379432
WILSON CONTRACTING CORP
% JOHN H WILSON
9302 OGDEN AVE
BROOKFIELD  IL 60513-0000

| 1962 | 66.30 | | | | $   66.30 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  42-0861978
PETERSEN LOEFFLER ROOFING INC
00 4 ST SW
MASON CITY IA 50401-0000

| 1962 | 247.63 | 370.56 | | | $   618.19 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-0974397
CHIPPEWA VALLEY MINK RANCHERS FEED
 COOPERATIVE
BOX 313
EAU CLAIRE WI 54702-0313

| 1962 | | | 320.00 | 255.00 | $   575.00 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-0989248
MENARD INC
4777 MENARD DR
EAU CLAIRE WI 54703-9625

| 1962 | | | 81.34 | | $   81.34 |
|---|---|---|---|---|---|

PAGE 003

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  38-0863865
JEEP EAGLE CORPORATION
PO BOX 1919
HIGHLAND PARK MI 48288-1919

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1962 | | | | 538.45 $ | 538.45 |
| 1963 | 1,522.08 | 1,576.55 | 1,276.24 | 425.13 $ | 4,800.00 |
| 1964 | 1,423.96 | 894.92 | 697.10 | 1,784.02 $ | 4,800.00 |
| 1965 | 1,372.83 | 1,521.37 | 607.09 | 1,298.71 $ | 4,800.00 |
| 1966 | 48.32 | | 194.89 | $ | 243.21 |

EMPLOYER NUMBER:  39-0890257
CLARENCE H RICHTER
RICHTER SAUERKRAUT CO
432 PERKINS BLVD
BURLINGTON  WI 53105-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 964 | | | 17.50 | 5.00 $ | 22.50 |

EMPLOYER NUMBER:  39-1031262
KENOSHA AUTO TRANSPORT CORP
4314 39TH AVE
KENOSHA  WI 53144-1962

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1965 | | 52.60 | | $ | 52.60 |

EMPLOYER NUMBER:  39-0199880
J I CASE CO
% PAYROLL DEPT
700 STATE ST
RACINE  WI 53404-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1966 | 363.51 | 2,241.57 | 850.95 | $ | 3,456.03 |

EMPLOYER NUMBER:  39-0494170
NATIONAL PRESTO INDUSTRIES INC
3925 N HASTINGS WAY
EAU CLAIRE WI 54703-0485

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1966 | | | 533.70 | 1,447.35 $ | 1,981.05 |

PAGE 004

CUN000432

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 39-0602550
PETERS MEAT PRODUCTS INC OF WIS
M-135 PLYMOUTH BLDG
MINNEAPOLIS  MN 55402-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1966 | | | | 645.20 | $ | 645.20 |
| 1967 | 1,544.75 | 1,748.41 | 1,260.30 | | $ | 4,553.46 |

EMPLOYER NUMBER: 39-0255895
EAU CLAIRE TRANSPORTATION CO
1001 MENOMONIE ST
EAU CLAIRE WI 54701-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1967 | 108.12 | | | | $ | 108.12 |

EMPLOYER NUMBER: 39-0212183
PETERS PROCESSED FOODS INC
703 NO OXFORD AVE
EAU CLAIRE WI 54701-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1967 | | | 627.28 | 1,702.25 | $ | 2,329.53 |
| 1968 | 1,610.05 | 1,752.85 | 1,651.83 | 1,493.39 | $ | 6,508.12 |
| 1969 | 1,834.09 | 74.84 | | | $ | 1,908.93 |

EMPLOYER NUMBER: 39-0965702
HENRY JOHN GOSS
HURRY BACK BAR
405 WISCONSIN ST
EAU CLAIRE WI 54701-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1968 | 122.59 | | | | $ | 122.59 |

EMPLOYER NUMBER: 39-1094609
RONS WAGON WHEEL INC
405 WISCONSIN ST
EAU CLAIRE WI 54701-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1969 | 201.00 | | | | $ | 201.00 |

PAGE 005

ITEMIZED STATEMENT OF EARNINGS  * * *
FOR SSN 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

JOB:

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-1102076
RONALD L GOSS
RONS WAGON WHEEL
405 WISCONSIN ST
EAU CLAIRE WI 54701-0000

| 1969 | 195.00 | 195.00 | | | $ | 390.00 |

EMPLOYER NUMBER:  36-2274390
MENDIUS ASSOCIATES INC
5901 W 66TH ST
CHICAGO  IL 60638-0000

| 1969 | | 1,623.82 | | | $ | 1,623.82 |

EMPLOYER NUMBER:  36-2049292
SILBRICO CORP
6300 RIVER RD
ODGKINS  IL 60525-4257

| 1969 | | | 2,396.13 | | $ | 2,396.13 |

EMPLOYER NUMBER:  13-2510519
KEWANEE INDUSTRIES INC
99 PARK AVE
NEW YORK NY 10016-0000

| 1969 | | | | 20.40 | $ | 20.40 |
| 1970 | 353.43 | | | | $ | 353.43 |

EMPLOYER NUMBER:  36-2343659
SCHUDER ENTERPRISES INC
2326 RURAL ST
ROCKFORD  IL 61107-3264

| 1969 | | | | 13.60 | $ | 13.60 |

PAGE 006

Case 3:09-cv-03064-MWB-LTS   Document 284-22   Filed 06/23/11   Page 34 of 100
CUN000434

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|

EMPLOYER NUMBER:  38-0419960
CHRYSLER MOTORS CORPORATION
12000 CHRYSLER DR
HIGHLAND PARK MI 48288-1899

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1969 | | | | 1,013.54 | $ | 1,013.54 |
| 1970 | 1,342.71 | 2,266.80 | 1,683.27 | 2,217.99 | $ | 7,510.77 |
| 1971 | 2,300.06 | 3,038.98 | 2,299.53 | 161.43 | $ | 7,800.00 |
| 1972 | 2,029.53 | 1,992.81 | 2,217.24 | 2,325.50 | $ | 8,565.08 |
| 1973 | 2,307.12 | 2,855.63 | 966.77 | 4,561.04 | $ | 10,690.56 |
| 1974 | 1,864.89 | 1,727.87 | | | $ | 3,592.76 |

EMPLOYER NUMBER:  39-0790126
H F RADANDT INC.
P O BOX 1867
EAU CLAIRE WI 54702-1867

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 969 | | | | 334.41 | $ | 334.41 |
| 1974 | | | | 1,333.38 | $ | 1,333.38 |
| 1975 | | | 1,910.52 | | $ | 1,910.52 |

EMPLOYER NUMBER:  39-0759260
C D SMITH CONSTRUCTION INC
PO BOX 1006
FOND DULAC WI 54936-1006

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1974 | | 236.79 | 258.72 | | $ | 495.51 |

EMPLOYER NUMBER:  39-0766554
ELLIS STONE CONSTRUCTION CO INC
HWY 66
STEVENS POINT WI 54481-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1974 | | | 195.96 | | $ | 195.96 |

EMPLOYER NUMBER:  39-0928884
EDWARD BARTUS
PO BOX 116
MOSINEE  WI 54455-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1974 | | | 102.25 | | $ | 102.25 |

PAGE 007

Case 3:09-cv-03064-MWB-LTS   Document 294-32   Filed 06/23/11   Page 35 of 100
CUN000435

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  41-0657420
MOLIN CONCRETE PRODUCTS COMPANY
415 LILAC ST
LINO LAKES MN 55014-1005

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 | | | 368.16 | | $ 368.16 |
| 1975 | 199.20 | 66.40 | | 233.63 | $ 499.23 |
| 1976 | | 76.00 | | | $ 76.00 |

EMPLOYER NUMBER:  41-0827177
JOHNSON BROS CORPORATION
PO BOX 1002
LITCHFIELD  MN 55355-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 | | | 1,051.38 | | $ 1,051.38 |
| 1975 | | 80.94 | 2,048.88 | 1,667.96 | $ 3,797.78 |

EMPLOYER NUMBER:  41-1111582
ARVIN A REHBEIN & MARVIN REHBEIN
CONTRACTING INC PTR
REHBEIN & ASSOC
RT 2 BOX 222
FOREST LAKE MN 55025-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 | | | 236.79 | | $ 236.79 |

EMPLOYER NUMBER:  38-1958567
PENINSULA CONTRACTORS INC
STAR RT BOX 282
PELKIE  MI 49958-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 | | | | 17.54 | $ 17.54 |
| 1975 | | 70.16 | | | $ 70.16 |

EMPLOYER NUMBER:  39-0939346
HANZ TRUCKING INC
PO BOX 1465
WAUSAU  WI 54402-1465

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 | | | | 141.42 | $ 141.42 |

Case 3:09-cv-03064-MWB-LTS    Document 284-32    Filed 06/23/11    Page 36 of 100
CUN000456

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  38-1739093
CASPIAN CONSTRUCTION COMPANY
100 W CASPIAN
CASPIAN  MI 49915-0000

| 1975 | | 854.85 | 27.47 | $ | 882.32 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-0276222
FEHR CONCRETE PRODUCTS INC
367 HEATHER CT
EAU CLAIRE WI 54701-7198

| 1976 | | 66.56 | 107.48 | $ | 174.04 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-0858512
MANN BROS SAND & GRAVEL INC
PO BOX 48
ELKHORN  WI 53121-0048

| 1976 | | 592.80 | 1,800.85 | $ | 2,393.65 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  39-1163362
MASHUDA CONTRACTORS INC
PO BOX 16
PRINCETON  WI 54968-0016

| 1976 | | 173.28 | 12.36 | $ | 185.64 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  02-0313395
CATV INSTALLERS INC
PINE ISLE DR
DERRY  NH 03038-0000

| 1976 | | | | 160.83 $ | 160.83 |
|---|---|---|---|---|---|

EMPLOYER NUMBER:  13-1427480
UNIROYAL INC
MIDDLEBURY  CT 06749-0000

| 1976 | | | | 4,865.08 $ | 4,865.08 |
|---|---|---|---|---|---|

PAGE 009

CUN000437

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|---|-------|
| 1977 | 5,364.43 | 5,060.20 | 4,253.27 | 1,822.10 | $ | 16,500.00 |
| 1978 | - | - | - | - | $ | 17,700.00 |
| 1979 | - | - | - | - | $ | 19,670.53 |
| 1980 | - | - | - | - | $ | 16,025.73 |
| 1981 | - | - | - | - | $ | 19,242.65 |
| 1982 | - | - | - | - | $ | 8,753.92 |
| 1983 | - | - | - | - | $ | 15,180.32 |
| 1984 | - | - | - | - | $ | 18,118.96 |
| 1985 | - | - | - | - | $ | 14,540.32 |

EMPLOYER NUMBER:  36-1373030
LEATH & CO & SUBSIDIARIES IN
 BANKRUPTCY
 % WICKES COMPANY INC
3340 OCEAN PARK BLVD STE 2000
SANTA MONICA CA 90405-3297

| | | | | | | |
|------|---|---|---|-------|---|-------|
| 1976 | | | | 67.50 | $ | 67.50 |

EMPLOYER NUMBER:  34-1519146
UNIROYAL GOODRICH TIRE COMPANY
UGTC INC GEN PTR
% PAYROLL DEPT
ONE PARKWAY SOUTH
GREENVILLE  SC 29615-5022

| | | | | | | |
|------|---|---|---|---|---|-----------|
| 1986 | - | - | - | - | $ | 11,115.47 |
| 1987 | - | - | - | - | $ | 4,458.12 |
| 1988 | - | - | - | - | $ | 24,359.27 |
| 1989 | - | - | - | - | $ | 25,414.15 |

EMPLOYER NUMBER:  34-1580269
UNIROYAL GOODRICH TIRE COMPANY INC
PO BOX 19001
GREENVILLE  SC 29602-9001

| | | | | | | |
|------|---|---|---|---|---|-----------|
| 1990 | - | - | - | - | $ | 20,320.68 |
| 1991 | - | - | - | - | $ | 11,973.53 |
| 1992 | - | - | - | - | $ | 4,491.69 |
| 1994 | - | - | - | - | $ | 904.25 |

PAGE 010

YEAR   JAN - MARCH   APRIL -JUNE   JULY - SEPT    OCT - DEC     TOTAL

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2003 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 011 END

CUN000439

5-6-05          1840-1914

MIKO? OLSON          age 30

telephone interview - w/ Berger, Stevens, Goody, &
telephone interview          Joyce

w/ Berger, Stevens, Goody

bartered & just passed real estate license exam

just met Angie when MO age 15 - Angie
about 10 yrs older / formed at Country Kitchen

baby sat for Alyssa, Angie worked for by Jetta    Norin olson
who owned Country Kitchen in Clear Lake

Angie worked at Country Club & the Waterfront

1993 Mikel graduated, moved to NYC, moved
to Madison, WI, moved back home (94-95)    gone 2-3 yrs
started writing Mauer - got close to her    born 2/94
as well as Alyssa & Angie

lived in Des Moines w/ Angie for awhile &
worked w/ her in the Country Club for about
1½ yrs / worked for Verlin at Des Moines
Country Club

baby sat for Angie at age 15 x 3 days, while
while Angie worked at Country Club & the
Waterfront (gov North Beach) waited by a
waiting / Alyssa was age 5-6 -
- both Mauer & Alyssa are very hard
Angie was really a good mom & caring, very artistic

Argue & Alyssa were very close
Argue took care of her kids

Terry was Argue's b/f when [I] just met
Argue — he wasn't around much & they
weren't really together / just did drugs
Terry wasn't good
Argue was very protective of Michel

Once Terry came out just swearing & yelling
while Michel was sitting & Argue was
at work → Michel called the police
Terry inflicted bruise marks on Argue's
back → he punched her / heard her crying

later on Argue told Michel that Terry had been
very abusive of her
did not directly observe Terry abusing Argue

Michel's father had concerns about her being over
there given the issues between Terry & Argue //
did some sitting at Michel's house
not aware of Argue using drugs
Argue very mostly limited to Michel and
does not do drugs & drinks very
little

CUN000411

lived w/ Argue in Annandale — was there when

got was searched — DK what authorities found
there

does not think Argue is personally changed
after moved to Des Moines — more for
Argue to do there // Clymer may not
have high school — DK why Clymer got in
trouble before move to Des Moines

knew Moeres's father — knew him & he was
around, he was really looking like Boozy
Hawes — didn't know what Argue was doing
up there

DK why Argue had bad luck with men

moved to NY area about 5 yrs ago — before
Argue arrested → where was working

Argue her mother & called — would
talk pregnancy — last time was when she was
in the last jail

Argue complained that the police were doing nothing
about it when Terry was threatening her when
Argue was pregnant w/ Moeres

MIKe

4

were a little bit more in the rain, Angie
brought them food & a over tickets
Angie told her about it, Michel was
being nutty at the time

# MEMO

**To:** Al, Pat and Dean
**From:** M. Goody
**Date:** 6/14/02
**Re:** Mikell Olson Interview

I spoke with Mikell Olson on 6/14/02. She returned my message left on 6/14/02.

Mikell said she has known Angela for 12-13 yrs., since Angela was working for her father at the Country Kitchen. Mikell used to baby-sit for Marvea, and developed a very close relationship with Marvea.

Angela and Marvea had a very close relationship. When Mikell was younger she looked to Angela as a mother figure, and Angela treated her much like a daughter. As Mikell matured her and Angela's relationship evolved into more of a sisterhood. Mikell lived with Angela in Des Monies for a year (98/99).

When asked about Angela's social life Mikell responded that she didn't see her go out a lot. "Very seldom". Mikell stated she had never witnessed any drug use by Angela or any of her friends. However she does acknowledge that she must have been in the dark on numerous things.

When asked about Terry, she responded that he wasn't a nice guy by any means and that he was very abusive. Mikell witnessed the stalking period, when Terry was threatening her. This was at the same time Angela was pregnant with Marvea. It is Mikell's opinion that Terry was overly enraged because Terry wasn't the father of the baby. During this period Mikell personally witnessed abuse toward Angela, she saw him throw her against a wall, pull her hair, hit her, and be verbally abusive. Mikell stated that the police were not very responsive toward Angela's complaints. She stated that Angela's response to these actions was being scared.

When asked about Angela's relationship with Dustin she responded that he was a nice guy. Looks like Dougie Hauwser. She said that the two of them together had a lot of fun. She didn't see anything specific about the two of them when they were together. Further she stated that she must have been in the dark. When asked if she knew about Dustin's business she responded no. Mikell said that Angela would not have done anything suspect in front of her and probably would have hidden anything bad from her.

Throughout our brief phone conversation Mikell expressed her sincere belief that Angela could not have committed this crime. Specifically because of the children involved. Mikell repeatedly stated that Angela was a good and caring person. She offered a vague example of when Angela was driving down the road in the rain and stoped to help a father and her duaghter caught out in the rain. Angela purchased a bus ticket for the two, food and a blanket for the young girl.

CUN000444

When asked about Angela as a mother Mikell responded that she loved her kids very much and would do anything for them. More so, Mikell stated that she loved all kids. She also stated that Angela would do anything for her, and that is why Mikell and her had such a strong relationship.

Mikell was very nice and willing to talk. It seemed that there were too many memories. She said to contact her in future with more questions or for a more in-depth interview.

CUN000445

5-6-05          1444-1538

PAMELA "COOKIE" GENE JOHNSON   DOB 7-23-43
stepmother

in Mason City of Bangor, Iowa, Dr. Joyce

Cookie had only seen Jean once before → in the years kids wanted Jean would go pick them up & return them & Jean would not be in the house; or his mother & spouse would pick up the children

Argue was around 1st or 3rd grade when Cookie met her, & Jerry was age 6 mos

had been introduced to Jean by her his best friend, who turned her, went out x1, then went out again 6 mos later / dated x 1½ yr before married 1968 / she was also recently divorced

her Kelley is same age as Jean

Argue did not she wanted as if she had not had adult guidance — not accustomed to taking adult direction

took all the kids including Holly would / couldn't figure out why she didn't have a Dad

Case 3:09-cv-03064-MWB-LTS   Document 28-22   Filed 06/23/11   Page 46 of 100
CUN000410

doesn't think Angie ever had any affection –
as no ___ had already burnt up the well –
while Wendy was ~~still~~ emotionally accessible
Wendy would sit right next to Cookie &
imitate & do everything by doing a ___

Jean had ~~turned~~ Angie against Cookie by telling
her that Cookie & Jean had been involved before
the divorce, that Cookie & Jean had married 12-13-69
on Jean's B-day → was all baloney

Angie's agenda in life was to get her mom & dad
back together

bothered Cookie when Angie would repeat things
she had heard from Jean. Jean did not take
this personally

at age 17 Angie told others that her father had
been killed in service

Angie wanted Jenny to come back home, got
her up in the middle of the night / took
cigarettes & started to take back to her mom –
Jenny ___ apologize for this → Jenny wanted to
come back but Jean wouldn't let her

JUN060442

she dropped up [?] Jani berrum not to let
Jamy returned

Wendy & Jamy compelled in [?] children — but
wouldn't speak about
when Jamy were age 9–10 tethered [?] money
mom & siblings

[?] Wendy was having sex at age 13 — because
she displayed previous knowledge &
asked questions about contraception

no one had been placing limits on Wendy or
the other kids

Angie wouldn't accept limits placed on her

[?] Wendy

Jamy tethered Wendy into going to [?]
[?] to the [?] in trade for a car →
so Jamy could have access to a car (Jamy
does not drive)

Wendy took me away from home of Cookie & Jamy
after Jamy [?] for a little → Jamy wanted
to come to live a few weeks [?] returned —

to Dave - this became pregnant by Brian

As an adult Wendy denied true in basement
of coffee can middle - [illegible] found a
time & [illegible] to get the [illegible] out
Wendy said she would tell in tongues & [illegible]
is what they wanted, but [illegible] wouldn't
do it

Argue would [illegible] & [illegible] while they
yelled down by Mom, Misty GF, & [illegible]

other kids would [illegible] & tell in tongues but
Argue wouldn't

Wendy said [illegible] when lived at Dillows had
no [illegible] by John would take her & Jean
would go to town to [illegible] for money -
was gone most of the time & kids had to
stay there

Wendy said she had to take a nap by the guy -
[illegible] by guy's daughter [illegible] he rubbed [illegible]
against her but didn't penetrate her

Wendy said the man took Argue into the room at
town when Argue about 3rd grade - [illegible] Coomer [illegible]
was that Wendy & Argue had [illegible] about the

CUN000449

slept after Wendy jumped on [illegible] bed while [illegible] was dragging [illegible] out to pull her to [illegible] after brushing her teeth w/ [illegible]

Wendy said she found out that Jen had [illegible] to [illegible] all the children [illegible]

Wendy found Dillon on the internet, & that his [illegible] was deceased

Jen gave Jenny's SS number to [illegible] [illegible] into [illegible] record

kids slept on mattress on floor of [illegible] [illegible] while Jen [illegible] a note across street — Jen's mother [illegible] this [illegible] said rats were crawling on kids

Jenny there 8-10 & 12-15 w/ Jen & Cookie

Jen & Jenny are now very close
Jen & Wendy are pretty close

[illegible] to day [illegible] Jen & Cookie x 14 yrs
took Jenny
came by w/ Terry [illegible]

Wendy, Jerry & Jamie don't talk to Jean

Wendy cries & cries about situation that
Jegreson

Jean sent Wendy to Jean & Cookie at age
13 alleging that Wendy had started Jerry
where Jean worked - Saying this was true or
not a never had problem w/ Wendy

5-6-05    0920-1214

PEARL JEAN JOHNSON    DOB 12-17-39
    "PJ"    641-424-1442
interviewed in Mason City in presence of Mary Goodly(?),
Pat Benzing, Dean Stowers, & Dr Zojer(?)

father: ROBERT GOMEZ - lied about his age,
was perhaps 10 yrs older, died around 1990 in
Commerce City, Colorado (Goodri: buried 1915 in Iowa),
was controlling & self absorbed / father went to
WWII, next saw him when PJ age 12-13 /
~~[struck]~~ / didn't like father when did see him
in early teens - recalls him during laundry
mother: FLORENCE LIMESAND
    met father when age 17 & married, when her
    mother & aunt
mother found out about it they took her out to
the country - father & [    ] led to [    ] her &
flee to Illinois

[    ] parents split up so looked & [    ] so that [    ]
found was nasty to her

step father: VIRGIL ASHLEY - Florence met him in
factory → PJ was not there when they married
as PJ was up there for up periods at
a time & then would go back to mother →

to about 4th - 5th grade

mother married Virgil Ashley when PJ was
in preschool
married Virgil Ashley x 7 yrs — recalls him then
in 4th & 5th grade, perhaps 6th
Virgil was an alcoholic → abused PJ & his
mother, he locked us in a basement a lot →
mother worked & was unaware of this —
basement was dark - more like an unfinished
cellar                                    (3-4 yrs younger)
                              Albert cock bonoz
Virgil was cruel & mean to his mother — esp.
& bully him, mother was very small &
never got over that
                    /

          been an alcoholic & abusive

Virgil was physically abusive to PJ & brother —
whipped kids up hill — left marks,
threatened — can't recall specifics

Virgil got kids alone after mom went to work —
he would be sick & PJ would have to stay
home — she could never say anything →
jostled her & intercourse → the whole time

CONO00439

Darlene was born to marriage of Virgil & Florence

Virgil & Florence fought a lot → PJ tried to stop it & was knocked out — hit by Virgil — Uncle then punched Virgil & he was bleeding when PJ came to — police had stopped [?] when she came to

PJ was alone a lot — thinks Virgil abused Florence when drinking

other written was at mom a lot as well — both PJ & Albert were up mom's [?] house — DK where Florence was

Florence married Andrew Jerram when Florence was about age 15, married x 17 yrs, died of leukemia → lost out so this divorce

Andrew: [?] Jeffry Johnson
his mother: Winifred Johnson — [?] Florence starved him to death uf [?], she caused problems by getting half the story

PJ stopped school in 10th grade – hated school →
didn't have as nice a clothes as other kids
- couldn't care to it
- trouble w/ math
- bored w/ some subjects
- didn't like kids in the classroom
- didn't like really as was quiet, shy,
      lonely

mom was never there – she worked all
day – never close to her

MGM: CORA LIMESAND – had many men,
cooked at the Harvard Hotel
MGF: DKN – was never told about him

Siblings:
Albert Bonney, Jr – died about 10 yrs ago in
mid 40's, DK cause of death, alcoholic –
think died of hepatitis // last saw brother
20 yrs before his death → both went separate
ways as forgot the past // 8 times I record //
3 daughters – by his wife Maggie
    Tammy – pretty grades
    DK other children

Case 3:09-cv-03064-MWB-LTS    Document 204-22    Filed 06/23/11    Page 55 of 100

brother – tendency to explode

<u>DAEZONE</u> - Vergil's daughter →

Mom who [illegible] until [illegible] could get a
(w/ Lynette)
[illegible] → was school age by time [illegible] to
[illegible] & [illegible] / ask [illegible] of mother's
[illegible] Darlene as PJ didn't see mother
much, & mother was gone at night ([illegible]
deep - so ask when was at [illegible])

PJ was [illegible] about mom [illegible]

_____

[illegible] duty [illegible] at age 20 - married
3 mos later / [illegible] PJ's [illegible] didn't
[illegible] anywhere / there [illegible] many [illegible] -
was [illegible]

Kids say PJ [illegible] mom

[illegible] was [illegible] [illegible] & she had all this
baggage / her mother [illegible]
PJ [illegible] a lot & [illegible] a lot

[illegible] was violent w/ PJ in argument - [illegible]
[illegible] by [illegible] his hand early would hit this
well → hit her just this when [illegible]
Wesley & [illegible] this well / [illegible]
[illegible] of physical abuse

PJ left Jim a couple of times — would be gone for a couple of months → took Wendy & Angie up to her mom's (Florence)

he was abusive & secretive mostly

once thought Jim had dislocated her jaw but doctor said it was only bruised, had bloody nose & 2 black eyes x1

Jim controlled checkbook & PJ never had any money — PJ decided to go to work & leave Jim → got a job in a factory & Jim would come to job on payday to collect her paycheck

~ though only $100 weekly

Jim never paid child support after divorce → with large sum payment when Holly age 15-16 → $7K in payments // Jim believed that Jim had given her $5K for truck stop but PJ denied this ever occurred

<u>Children</u>
Wendy lun (1-4-62) — just pregnancy
Angela lun (1-17-64)
     I was abused
miscarriage — Jim was father
James lun (11-23-65) — Jim father
Jimmy (3-2-67) — Jim father
Holly (2-5-73) — Robert KLASS was

Case 3:09-cv-03064-MWB-LTS   Document 284-22   Filed 06/23/11   Page 57 of 100

CONF00457

began to mark actual home — Jud Else Dikes
when Jimmy age 2

worked as waitress when separated from Jim

PJ got involved up somewhere else when went to
work, because friends w/ Bill something —
he was married, worked in same factory,
after 2-3 mos became sexually involved
briefly

went back up w/ girlfriends from work — when
came home I'll tell Leslie looking for a Jim →
he thought she was undergoing around / but he said
Jim was always very jealous

Dk when kids were during the drugs/argument
w/ Jim → small quarters — was sure they
were there

___

Jim's contact w/ kids was ↑ frequent — would
take them on sure but Leslie didn't like the
kids & would PJ down to the kids
Argue with Leslie as he didn't stand up
for PJ, Leslie would jealously come trying //
Argie got knocked down physically

abused Wendy & abused Argie none — Wendy
would do what needed to to stay out of
trouble

Wendy → but believed if had to fire a war &
back / arm → left welts & bruises

Argie → didn't abuse her very often but
did slap her & leave bruises on her face &
body

ack was angry — more often wanted her

yelled & swore at the kids → repeated
some of the terms said to her
_____, _____, never amount to
anything

really love these kids — but it was a love-hate
relationship (?) hard to relate to them as were
also growing up & just learn to _____
growing up / struggled to live growing up &
it came out in the navy → when navy not
good got angrier & angrier

Jim liked to drink, like to _____ in the

GUN000469

was tired a lot

Tired daily but just got sick, & can't think when drunk

_____

PJ wore dark glasses to cover black eyes — were explained to kids, nor did she ever discuss marital conflict w/ them

PJ never talked w/ the kids about separation/ divorce — my parents never talked to me & I never talked w/ them

married to _____ in _____

- PJ raised by _____

_____

PJ drank too much & picked up by someone Jim knew — a friend of Jim — had one _____ so Jim found them parked somewhere — men are _____ but not yet _____, Jim pulled other man out of the car (actual name)

was still married to Jim & not yet separated

Bob Klose was Holly's father, began seeing her around the time of divorce, he told her he was separated but were still married // went out together x 1 yr & quickly determined that he was not separated // separated x 1 yr & she went to Colorado → was close again → he wrote to her & they began corresponding → renewed on her return to Iowa, together x 1 yr before he was killed — he was separated & had his own place

Kids liked Bob — seemed like they liked him // he would come down on the weekends & stayed w/ her & the kids

said that Jim's father had committed suicide — told by Jim's mom

Florence & Holly gave hearts to God one night in a church service

things were great for awhile — then got tight given Buster Whitlock → when Florence came to stay post death of Holly was not tight & best time in basement to discharge anger

x 45 most of time & heard this cry "let us

Florence wanted to be clean inside

PJ would turn on the warm cleaner to cover
sound until she stopped

Florence thought almost everything on TV
was not good for kids

casting out Demons → happened w/ Angie —
she said to ? love telling ? her at night at
age 8 → both Angie & PJ were scared

Andy & Florence took either arm & said
"Jesus help her" in ER in Mason City on return from CO —
PJ put a little oil on Angie & prayed —
PJ was really scared

basement had Angie's sleeping area sectioned off
w/ blankets — showed me down there in
basement

end of the world
we in the house in Mason City — Angie about age 8
(about same time as Angie hearing voices) // all were
asleep — mom awakened her in the middle of
night saying had to get the kids up — there's

JJ-N000462

as had seen a wolf on the window → said _____ _____, had to get _____ & _____ / PJ was a new _____ & _____ / PJ was _____ & _____ / got up & drove around for most of the night → went out to _____ _____ are there, parked under trees by the _____ // PJ prayed & word came that a _____ would lay hands on _____ & she would recover — _____ _____ over by _____ morning seemed like 3 days but in reality _____

_____ _____ to go to _____ in Charles City 25 miles from Mason City

PJ _____ on a _____ _____ like an _____ but disputes that _____ has anything to do w/ end of world _____

Florence lived in _____ of _____ owned by Bishop Whitlock _____ _____

had the children fast w/ PJ & pray for a week of the _____ → got the idea from the Bible // mom & _____ _____ & showed _____ in the Bible had children fast for the day — but not very often

_____ would tag _____ _____ the closet to pray Florence said the _____ _____ good — needed to get

Case 3:09-cv-03064-MWB-LTS    Document 28-22    Filed 06/23/11    Page 63 of 100

CCR000465

_____ if Florence _____ observed all of the

PJ & [illegible] broke the toys — [illegible] saying they were not my God she wanted them all back [illegible] no longer think was my God (?) [illegible] did I know

[illegible]

PJ was going to leave [Holly?], Bob's divorce not [illegible] custody of his kids [illegible] couldn't tell [parents?] [illegible] these people were going to start an orphanage [illegible] a [illegible] had taken in 2 [illegible] [illegible] Bobbi & [illegible] had [illegible] out of [illegible] life → had been street kids & [illegible]

[illegible] of PJ's [illegible]

at [illegible] all lived at the [Dillon?] — on days [illegible] kids and [Dillon?] were bad to them [illegible] street & [illegible] house in small town in Kansas [illegible]

never left the kids at [Dillon?]

Talked about want to get it [going?] for kids, [illegible] amount of decorating, talk to kids who came in — drop in [illegible]

Wendy protected a couple of the kids from [illegible] who were giving them a bad time — but [illegible] like [illegible]

Wendy said shortly before leaving the Dillon that Ted had molested her, told Carol & left soon after
asked Angie but never got a straight answer from her
had opened her blouse

PJ says molestation could only have happened when PJ was lying down in a shed // began left
told Ted this plan would never stand - but didn't directly address divorce
at Dillon a little less than 6 months (DILLON)
denies she ever left the kids at night when at the Dillon

Bob was killed shortly after arrived at the Dillon, he had been in Wisconsin

had considered putting Holly up for adoption & that was part of plan to adopt her out, told Bob that she was pregnant before went to Dillon - he was not divorced yet, didn't know what was going to happen
heard Bob was very attentive → from Carol

thinks left to KS upset telling Florence & Judy - doesn't remember telling up them, out of contact w/ parents during this time // Darlene must have told parents of her pregnancy & whereabouts
when PJ came back Florence was there of the baby

PJ gave the Dillews money & her food stamps )
& PJ slept out around the house

CUN000466

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY  83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:       Pat Berrigan

FROM:   M. Goody

RE:       Johnson

DATE:    12/14/04

INTERVIEW OF:    Pearl Jean Johnson

DATE OF INTERVIEW:  12/14/04

PLACE:   her home
              1416 - 2nd Street SE
              Mason City, IA 50401
              641-424-1442

B.d. 12/17/39

CUN000467

SS# 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

Pat explains the second stage to her.

Angie kept Dustin a secret for a long time. When I finally did meet him, only saw him a very few times. Well dressed, very neat and clean – wore granny glasses. Tall, seemed nice. Very rarely did I ever see him – or Ang – when she moved to Clear Lake I very rarely ever saw her. I think there was a lot of stuff going on. I don't know much of Terry – she thought the world of him. I only saw him once. I had heard from Wendy about the violence. Ang brought Terry to me one day and asked me if I'd pray with him – she wanted him to give his heart to Jesus, but change doesn't happen right away.

I didn't want to pray for him because I had heard from Wendy different things. I remember leading him to the Lord, but I didn't like it. I was in The Closet where my apt was over the bookstore – in Forest City. One of the hardest things I ever did in my life. Angie was right there. She desperately wanted this for him – she really loved him. He made it there to the Lord. At the time she was in Clear Lake. He came in one time into the Closet and Angie and I were talking and Alyssa was behind the counter. He came in and Alyssa stayed in the back. I knew the little girl was standing there watching and she couldn't see anything. I knew Angie didn't want her telling me anything. Sense of Alyssa was that she was afraid of him. She was 5, 6 years old.

Never saw any signs of physical abuse. Just that they were going to counseling – she was trying to get him help. She

CUN0000468

really wanted a life with Terry. Counseling – because he was really rough to her – mistreated her and was very jealous.

She thought if he gave his heart to the Lord things would be better for him. <u>Angie has been on her own a long time and I never have seen that much of her. Since 16.</u>

A friend and I had a truck stop. My partner left because it couldn't support both of us. She left me with the bills and it was going down the tubes. It was Laverne and Shirley's. Then we changed the name to Jeannie's Café. It was Maxine Abbott at the time. I didn't have any money for a waitress so I had to bring the girls in. Biggest mistake of my life. I was doing double duty. One thing I feel bad about is that every one of those kids are workaholics. I started bringing them there because I never saw them. The girl's waitressed and I cooked. If it wasn't for the girls it wouldn't have worked. Kim Swalbe – a really neat gal – she worked for us. Heard she is Thompson, I think. Not sure. Angie wrote to her – she called one time and I talked to her. We got it up on its feet. Didn't owe anything and it sold and the people who took it over wouldn't lease it to me.

Cries.

Then I cooked at the Bungalow for a couple years and after that there was a little restaurant in FC – cooked for her. I was so tired because I was working there and working a part time job for a while. I stayed and started running it. I was running different specials.

On Main Street next to Fouser's. Main and Clark.

CUN0004609

Jeannie's Kitchen.

Started working out when in FC when the kids were all in school. 336 West J Street. Laverne and Shirley's were out in Leland.

They were good waitresses and they could take care of a lot of people – they were real pretty girls which didn't hurt. Ang met Steve Hugo. I liked him and I liked Wendy's husband. I knew in my heart Ang thought she loved Steve Hugo and just cared about him and felt sorry for him. Had a tumor behind one eye and was blind in one eye. She wanted to marry him and I said no. Then she said they would do it anyway. She wasn't quite 16 yet and we went to a judge but he wouldn't sign for it. He wanted them to go to counseling. Then they married and three days later she came home – I had a dream she was home. She always went for the underdog. When all that stuff was going on in Cambodia she wanted to bring a busload of babies home. She loved people – liked to be around with a lot of people.

She brought him to church to be healed and he came away and still couldn't see and she cried and cried. Before this there was an evangelist (she had stuck a bobby pin in her ear as a child and ruptured her eardrum and had never been able to hear) and he asked for someone to come up and heal their hearing and she did go up and he put his finger in her ear and she was healed. Cries.

Then after this marriage she married AJ. I think it was 1981. My dad wanted us to go out to CO. I couldn't take care of us

CUN000470

– too expensive and it just wasn't working out. We were out there about a year. I tried to make it work and it wasn't working. My sister had been living in my house and Ang and Jimmy and Jamie and myself had gone to CO in a station wagon. Ang couldn't find work and she was acting really funny. So emotional. I asked her if she was pregnant and she was upset. She was on the phone with AJ and she ended up getting on a plane and marrying AJ. She just loved Alyssa. I liked AJ but didn't know him well. He was the catch around town at the time. I didn't know very much about AJ until…well I didn't know much about him. He was a workaholic and Angie was home a lot by herself. He worked to get ahead. He was older than her but can't remember how much. We are friends and I really do like him. He and Alyssa come over.

I was 20, 21 when I got married. I should never have gotten married. It was a bad marriage. Probably more me than the kids' dad. I've never said much to them, they don't know but there was stuff on both sides and I wasn't really that good to him but I never went into it and left it alone. I never talked to them about it. I loved the kids, but I wasn't the greatest mom in the world. I've always been sorry for that. As I got older I got better. Lot of pressure raising a family.

When I got married there was stuff that happened when I was young – put it out of your mind, then you repeat it until you can deal with it. I took a lot of prayer and that's what did change it. There was a lot of junk. When you were small you were seen and not heard. I didn't talk to mine very much. I was not always good at being a mom.

CUN000471

I raised myself. My mom worked and we just moved from one place to another. It was hard and she had a hard time. She worked at Kreske's dime store. Grew up between Mason City and Clear Lake. We moved around in town. We lived with my grandma when I was a little girl because mom couldn't take care of us. She worked and we didn't see her much. My father and mother were divorced when I was a little girl – like 3. I didn't know anything about my life. If my grandma did talk it was in Norwegian. I liked her.

Mother ended up living with us. Mom was very fearful. Some of it I don't really know.

I was divorced in 1968. My mom and stepfather went to CO and they asked me to go with them. I said ok. Grandma was in the Good Shepard Nursing home. They came back and we lived here together. One night she said she saw a wolf in the window. I was so scared. I woke the kids up. It's the end of the world. I was a new Christian and I had no idea. I had never been so terrified in my life. Drove around and drove around. After a while we found a church and I heard the Lord's words to me as I prayed were someone will lay hands on your mother and she will be better. So we stopped and they took care of us. I always felt it was the hands of God on my mother. I was so terrified and nothing makes sense. Mother didn't want us to leave. She said don't go, the world will end. I knew we couldn't live this way and we walked out the door and everything was fine. I looked for a place for the kids and I. I think it was a couple days. I was so scared for the kids.

CON000472

After stepfather died mom was so lonely – she went to CA to some bible town and she came and stayed with us because she couldn't make it.

He died in 1973 or 1974 here in Mason City of Leukemia.

Mother died from perforated ulcer – at 57. Died out in Phoenix, AZ. Don't know how she ended up out there. Bishop Whitlock. He had a hotel. She called and asked me if she could come back then and I talked with the kids and they didn't want her to come back. I don't know how to explain what was going on with my mom but it wasn't good. <u>She was very fearful she wouldn't make it into heaven.</u> She never saw anything after the wolves. It was not good when she came – we argued at different times – it wasn't good. She had a sale and sold everything and had enough money to go to CA. I was in the truck stop and she called asking me if she could come home. I suppose they probably feel guilty and I never called mom back. I feel bad about that.

Got a phone call from a man who said she died on her knees praying. I was going to go to the funeral. I tried to call my sister in OK but couldn't get her. I didn't know what to do, was praying about it. It was the Lord because by the time I got home from the truck stop – my sister pulled in – the lord brought her to me. She stayed with us and her husband went to find work.

The girls were not well known to her at the time.

Case 3:09-cv-03064-MWB-LTS   Document 294-32   Filed 06/23/11   Page 73 of 100   CUN0006473

Daughter Wendy and she had a shop together in Texas in Balch Springs. Small shopping center. First time I didn't have to use my credit card. She set up a little sewing shop there. Mark, her husband, went to a headhunter and they found him work in Ohio. They thought they were going to have to move. So exhausting putting the shop together.

Really got tired of the shop The Closet. Time came to sign the lease and I just couldn't bring my self to sign again. Tried it in a restaurant but it didn't work.

Cries, so hard to send her back to Minnesota. Marvea.

Drugs have been a big part of Angie's life.

She liked to be with a lot of people. But Honken manipulated her a lot. I never knew the men in her life. I think AJ was into drugs at first. After AJ there was just this spiral. It just kept going. The drugs were taking over her life. I never seen her do them but I heard. She was looking so hard. Like she was wearing a mask – look at her and it wasn't Angie anymore – just a hard look.

Thinks the fact that her father wasn't there is part of it. Maybe it would have been a lot different. I just don't know. She always said she didn't need a man in her life but there seemed to be a bunch of them from what I understood. AJ has turned out well although there was a time when he wasn't doing so well.

Kids went and visited their dad and they talked about Cookie and how hard she made it for them. They were in a

CUN0006474

bar and that doesn't help. The kids didn't want to go back after a while. Has no contact with James.

Divorce – he went to work in Kenosha, WI. A car plant. Got along pretty good but he wanted to go back to his family. I met him here in Mason City. Met at a party. He was younger than me. I should never have done that because I wasn't ready to get married and he wasn't either – but he thought a lot of his mom and there was a lot of interference. She was a troublemaker. We went back to Eau Claire – I was alone. Have you ever had someone accuse you of something that you didn't do so you just did it? He accused me of having an affair – but I did then. I was just working in a factory – making shells that went to Viet Nam. I was hot tempered and headstrong. He was no angel. There were different things that he was doing. At times he was abusive. It just did something to me and made me hate him. I can remember an occasion and if he asked me a question and I didn't give him the right answer I hit the wall.

I was abusive at times and angry – but I was getting it together - I didn't understand what was going on with me. For a good month I was praying and praying for her. God protect her. Later she told me Terry had held her hostage in her house. At the same time I was praying for her. I was so scared for her and she wouldn't tell me I'm the last person she'd tell.

She came home after AJ and she was on pot and I said you can't stay here and do pot. She got mad and left and after that we never saw that much of her. I knew stuff was going on. I was always afraid of this one friend she had – Christie.

CUN000475

I just knew she was bad company. I asked her a couple times don't be friends with her.

Pearl shows us a lot of her art work and some of the activities she does with the girls when they come to visit her (Marvea and her cousin.)  We will visit again.

CUN0000476

4/08

Pearl Jeannie Johnson
B.D. @ 12/17/39
SS# 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

Angie calls her sometimes 3x per day.

Hugs me - really sweet. Mouth somewhat crooked - stroke - d/n/k Where she lived - been to town 1x in 8 mos. In home care of elderly sick woman.

Can tell pretty @ one time.

Forest City is hometown.

Reads Chicken Soup for the Soul - sends torn out pages to Angie.

Burlington, Iowa - birth of △ ?. Hospital

Quit School - went to Mason City & Roosevelt - Never finished 9th grade

4/1/61 or 2
Married 2x. Actually 1x. to Mr. Johnson - Married in Nashua Iowa. Divorced 1968 Eau Claire Wisc.

Collected – assistance
Iowa

   Jim never paid Child support.
Had to pay 100. – Went to Court
& got some $ one time in Eau Claire,
Wisc. $ 17,000. – Paid off all the
bills & gave the kids each 1000. – +
had a few left.

   lived w/ her parents off + on.
Both deceased. To get on feet.  69, 70 –

   Parents names:

      Florence Jensen
      B.D.   1/31/ ?
   She did not have a BD for a
year –
            died:     1980 – or 1979
                  arizona
   She has all that + autopsy.

      albert Cecil Gomez
      Commerce City, Colorado
      died a few yrs ago
      alyssa was about 6

CUN000478

Mother had remarried —
Step-father died of leukemia
Andrew Jensen
died @ 47 — 1973
Holly wasn't even a yr old
died in hospital in
Mason City. (Park Hosp.)
Brain aneurysm

W has no training or education.
Had Luverne & Shirleys. I turned
out to be a workaholic.

Agnes has a very strong faith.
Kind of have been avoiding church
bec of △. D/n want anyone feeling
sorry for her. Forest City.

Preg w/ Angie — breech baby.
So was w & her mom. Alyssa, too.
Hard delivery - 3 days labor.

Sick a lot in preg. Morning
sickness. Never gained much weight.

She weighed 8 lbs.

Got off to kind of a bad start

separated. living w/ parents

was hard. It didn't get better till I got older. My walk w/ the Lord got better. Mellow out. things chg - people. Less stress - that's what happened to me. another person then - different person. Life was so hard -

C - Not all the time some of the time. feels bad now.

Never enough $ - worked a lot - So many y us - $ - not patient w/ the kids. lot of pressure.

Chanute, KS. He was starting an orphanage. Ted Dillo. Turned out not to be such a great place. Had works w/ him. Helped get the place started. Stuff started coming in - quilts & food & I prayed and the Lord provided it. We left - we were only there a few months. Couple months along w/ Holly.

Angie talked about a room w/ a dead body. But it was just a Halloween story. This wasn't real - it never was.

John 14-7

Sound out from local. She thought they were good people. I have no idea what happened to those people. The kids don't have good memories about the place.

When I thought she died — I was going down the hall + heard crying coming from her room. 8 yrs old. She said to me — Mom, I'm going to leave you. (her words — △ —) I picked her up — scared me. She said yes, and her eyes rolled back — Glazed look — glassy — head threw back. Held her a then all of a sudden She jerked in my arms + sat up a said Mom what's wrong. Told me later She saw me holding her from above. Teenager.

Not a Seizure. fast. She went to sleep — No fever, nothing. c/n explain.

Her health — pretty good —

a/n/t she had headaches + /or Stomach.

CUN000481

tonsils - Forest City Hosp. -
became a Clinic
- all the kids did -

Colds but never sick outside of
cold.

W worked - welfare until I got
the truck stop - ~~65-66~~ '76 or '77
until 1980 -

S worked - all the girls did -
Angie a good worker. She cd run her
own restaurant. Wendy had
great personality - really is good.

No medicine for W.

Angie has a good heart. She has had
a lot of anger - but there has been
a lot of changes. We talk - softening.
She loves her kids. Hard on them.
loves to laugh. Hard worker. Can
decorate.

Drugs - nothing d/n/k much
about her life

Case 3:09-cv-03064-MWB-LTS   Document 284-22   Filed 06/23/11   Page 82 of 100

has met ~~Frances~~ at Co Hosp.

Never really formed an opinion.
Some of Angie's men have been
questionable people. Seemed clean
cut - c/n tell by looks. Now thinks
he is psychotic.

Crime totally out of character for her.

Cambodian kids - she was a teen
and wanted to go & get a busload
of orphans home.

Will be @ sisters Darlene Miles.
☎ 641-585-5728

Max Abbott Johnson
friend for 20 yrs.

Pretty hard when she got in there.
Her life when she left home - rough
things.

Case 3:09-cv-03064-MWB-LTS    Document 284-22    Filed 06/23/11    Page 83 of 100

CUN000483

confidential memo to attorney
subject to attorney client privilege

**MARY C. GOODY**
**MITIGATION AND INVESTIGATION**
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

## WITNESS INTERVIEW

TO:           Pat Berrigan; Al Willett

FROM:         Mary Goody

CASE:         Angela Johnson

WITNESS:      Pearl Jean Johnson  "Jean"
              (641) 585-5728

DATE:         1/7/02

Works in homecare – 24 hour care. Has not been able to get work in the area. Wants to keep this quiet. Will be at this number this month while she has dental work done. Then she has to go back to work – probably out of the area. Wants to be near Angie so she can call. Angie or Darlene Miles or Holly will know where she is.

Knows very little about her parents. Her mother, Florence Jensen, was born in N. Dakota, she thinks. Died about 1980 at age 57. Died of perforated ulcer. Jean didn't go to funeral; couldn't make it out. Her brother buried her.

Jean has a death certificate stored away in Texas and doesn't remember. Not even sure if her stuff is still in Texas. She can't get it and doesn't want Wendy to go through it if it is there.

Stepfather Andy Jensen, from Clear Lake. Andy's father was Merlin Jensen – died fairly recently. The father outlived all of his sons but one. Jean doesn't remember when anybody died...

Albert Gomez – Jean's natural father. Born in Colorado, died in Colorado, she thinks Commerce City. She thinks in the late 1980s. Died of cancer a month or 2 after being diagnosed. Jean was in her forties, he was in late sixties. She never knew him very well. Never saw while growing up. She has a step sister, not close, has not contacted her about this and doesn't want her to know.

1

CON000484

Angie's paternal grandfather – Jim's father. Died before Jean married Jim. She never met him. Jim never knew his father. Possibly died before Jim was born, or when Jim was a baby. Died in car accident. "People talk." All she can say is that it was a car accident. (It seems that there may be speculation as to a suicidal car accident, but Jean won't say.)

Ask Jim. Wendy might know about her dad, but Wendy tells half-truths. May not get complete story.

Jean never knew about her parents, they did not discuss those things.

Holly's father died in car accident. Robert Kloss. 1972. Lived in Eau Claire, WI.

2

CUN0000485

# PEARL JEAN JOHNSON WRITINGS

**In the Begin of Feb.**                                          **Page 1**

The Lord kept saying these words to me, almost everyday.

"Take the young child and leave." I kept this to myself and just waited and watched. I had no idea who this could be.

Then came Angie to talk to me about the move. My heart aches for her and my little Alyssa.

Later that evening, Wendy called and was having a struggle within herself concerning Angie and Terry. Before hanging up, she reminded me about some threats he had made to Angie concerning Alyssa.

Now I understand what the Lord was saying and who. My heart is sad for them. They will be gone for a while, until it is safe once again to come home.

The Lord has said he would bring them back and she will be a different Angie, one who will be walking in the spirit of the Lord and his blessings.

The Lord spoke these words to me, I have read them before. I Corinthians 5:5 when praying about U once, and now again.

5. To deliver such a one unto Satan, for the destruction of the flesh, that the spirit may be saved in the day of the Lord Jesus.

Case 3:09-cv-03064-MWB-LTS   Document 204-2   Filed 06/23/11   Page 86 of 100
CUN000486

I talk to Wendy last night on the phone. She is upset about Terry being in Angie's life again. I tried to explain the relationship to Wendy. "Angie is smart to stay on his good side. Even the Lord says to make friends with your enemies."

I am in prayer about Wendy, she is into channeling at college. The Lord says to have nothing to do with anything like that.

She refuses to listen to the truth, so the Lord has forbidden me to pray for her about this. She will have to fight her way out herself now.

John 14:16 –17

16. And I will pray the Father, and he will give you another comforter, that he may abide with you forever;

17. Even the Spirit of Truth; whom the world cannot receive, because it seeth him not, neither knoweth him; but you know him, for he dwelleth with you, and shall be in you.

Soon all my children will be somewhere else from me. I will be sad, but not done.

The lessons are hard if we refuse to listen and except the truth.

Leviticus 20:1-8, also 19-31.
I Samuel 15-23, and II Kings 233:23 and 24 verses.

CUN000487

Today the Lord gave me three names, I believe these are in Terry.

He's most likely has every demon from hell in him!! Well I know three of them now. The Lord calls them Tubal and Meshich. Third one starts with an A, that's not to be put in here for now, Lord won't let me write the name. I have prayed the Lord would put me on a fast and then bring him soon. I will be ready for him. Thank you Lord Jesus. He will never threaten or hurt anyone again.

Don't you know the devil was a lyer (liar) from the very beginning and a deceiver?

He is know[n] as the Father of lies (or liars) in God's word. He comes to persecute and intimidate, and kill and destroy. But my Lord has his number! And so do I!

The three names the Lord gave me, like to make war.

CUN000488

I opened my Bible to Micah 4:10.

10. Be in pain, and labor to bring forth, O daughter of Zion, like a woman in travail. For now shall thou go forth out of the city, and thou shalt dwell in the field, and thou shall go even to Babylon, there shall thou be delivered. There the Lord shall redeem thee from the hand of thine enemies.

I called Holly over to read what I had opened to. She laughed and asked where she was going!

(Tuesday aft.)

This afternoon Angie called, she needed to talk to me. When she came in the store later the look on her face was enough to tell me things were not good with her. (something I'd been able to tell for the last few months. We were both having a struggle to talk between the tears. Things were very bad with Terry again. (He's a demon from hell, and may he go back there.) He's been threatening Angie, he's been talking about burning down her house. The last 2 nights she has stayed at the Holliday Inn. She has a friend who has a resort and out of state.

He has offered her a job and will help her move. He is sending her a plane ticket, to look it all over. She feels like it's a door from the Lord. ("I agree.") If she likes…

I talked with Wendy a few days ago and I am very troubled for her. She is taking a theology class, that teaches against the Lord's word. I have been in prayer over this. Finally an answer for her. The Lord spoke these words to my heart.

My people that are called by my name seek me with their mouth, but deny me with their heart.

Colossians 1:15, 16, and 17

15. Christ is the exact likeness of the unseen God. He existed before God made anything at all.

16. Christ himself is the Creator who made everything in heaven and earth, the things we can see and cannot see, the spirit world with its kings and kingdoms and its rulers, all were made by Christ, for his own use and glory.

17. He was before all else began and it is his power that holds all together.

John I - first chapt.

CUN000490

You call yourself a hero, do you? You boast about this evil deed of yours against God's people. 2. You are sharp as a tack in plotting your evil tricks. 3. How you love wickedness, for more than good! And lying more than truth! 4. You love to slander, you love to say anything that will do harm. O daughter with a lying tongue.

5. But God will strike you down and pull you from your home, and drag you away from the land of the living. 6. The followers of God will see it happen. They will watch in awe. Then they will laugh and say. 7. See what happens to those who despise God and trust in their wealth, and become even more bold in their wickedness.

I am afraid for her. I have written to her about the Lord's word on this.

I will not be able to help her if she brings trouble on herself. She will have to get out of it herself.

The Lord will not let me interfere.

Again the Lord gave me these words.

II Corinthians 6:9

The world ignores us, but we are known to God; we live close to death, but we are still very much alive.

We have been injured but kept from death.

Thank you Lord for not letting these lives be taken before their time.

Holly came in on lunch break, bruised all over her arms and legs. She is finally able to bend her knee. It's been swollen twice its normal size for over a week now.

I hate Troy (Lord forgive me) and put a stop to this. Holly is in denial right now. There's hardly a spot on her without a bruise. I think on the word this Lord gave me a year ago. "About someone being beaten and trodden down and left for dead."

Please Lord, don't let him do that to Holly. Wake her up Lord before it's to late.

Angie went through the same with Terry. Finally got out of that situation after a long, long time. Thank you Lord for watching over her and Alyssa.

CUN000492

### Read
### Matthew 24
### "The signs of Jesus' return."

1. There was a great slaughter of babies at the time of Moses' birth. Pharoah ordered all the male babies killed and thrown in the river. (The Hebrew children were being held in bondage in Egypt and praying for a deliverance.)

2. King Herod ordered all the male babies to be killed at the time of Jesus' birth.

3. And again in our time, we are witness to the killing of thousands of babies here in America.

### Matthew 24: 32 and 33

32. Now learn a parable of the fig tree; When his branch is yet tender, and putteth forth leaves, ye know that summer is nigh;

33. So likewise ye, when ye shall see all these things, know that it is near, even at the doors.

When you see bread $1.00 a loaf.

CUN000493

This Morning watched the Sally Raphael Show. Her guests were women with multiple personalities. One of the women had 160 personalities. After 6 (?) years of therapy, she was now down to 90. What a long ordeal! She was in the process of suing the Priest she had gone to for help. He had tried to shout them out of her and ended up scaring her.

I laughed, because I remember when I tried to do the same thing. After a while, the Holy Spirit (the Teacher) taught me a better way through love and patience.

The Lord pushed me into this years ago. Because I did not want any part of anyone or anything that had to do with Spirits or devils. So the Holy Spirit had to take a different route with one. He spoke to me though. Isaiah 58:6.

6. Is not this the fact (?) that I have chosen? To loose the bands of wickedness, to undo the heavy burdens, and to let the oppressed go free, and that you break every yoke (burden).

7. At the time I didn't know these words would be the start, for the delivering the Lord's people. At first I tried shouting them out and being tough. But remember I was going to school more or less. Then while praying one morning, the Holy Spirit led me to this scripture in my Bible. Please read carefully. Isaiah 42:1-3.

1. Behold my servant whom I up-....

CUN000494

Earlier this month, Holly and I went with Alyssa and Angie shopping and then dinner at a little steak house. We had a nice time, but the day went too fast.

Angie had some books on astrology in the car. She knows the Lord wants her to have nothing to do with anything associated with that.

Today I was praying to the Lord about Angie, when the Lord spoke this to me.

"My daughter". To the women and men who worship idols in their hearts, should I let them ask me anything? Tell them I the Lord will personally deal with anyone who worships idols and then comes to me and asks my help. For I will punish the minds and hearts of those who turn from me to such things!

The Lord is a gentle, loving and very patient God, slow to anger, and of great love and mercy. But there comes a day when we will answer for what we do, good or bad.

The Lord first gave me this verse. John 16: 13.

When the Holy Spirit, who is truth, comes, He shall guide you into all truth, for He will not be presenting his own ideas, but will be passing on to you what he has heard. He will tell you about the future. Thank you my Lord Jesus.

CUN000495

I heard crying coming from Wendy and Angie's room. Angie was sitting up on her bed crying softly. I asked Angie what was wrong, that she should be crying. She looked at me with a sad little face and said, "I don't want to leave you mama."

"Angie, you're not going anywhere." "Yes I am mama." I started to get a sick feeling inside. II picked her up in my arms and carried to the living room. She looked at me again and said to me, "Mama I'm going now."

She had such a strong look on her face and her eyes were starting to look different. I told her, Angie, you're not going anywhere and she collapsed in my arms. The only words that would come out of my mouth were "Jesus". I couldn't say anything else.

Her little body felt a little cold to the touch and I remember starting to cry and pray at the same time. The next thing I remember was Angie jerking in my arms and looking at me.

Then she asked me, "What's the matter mama?" "Nothing now, Angie!"

Years later, we talked about this again (Angie and I). She said the time I was praying and holding her, she was up in a corner watching! I can't write this.

CUN000496

I have been asking the Lord to take me home, for some days I am so weary and tired. But then I realize I can't go yet, there are so many people who need help. I include my beautiful children in that. How can I leave them Lord? Please get them in the place where you want them Lord, so I can go be with you.

Today I opened to this. Job 5:25 and 26
25. Thou shalt know also that thy seed shall be great, and thine offspring as the grass of the earth.

26. Thou shalt come to thy grave in a full age, like as a shock (?) of corn cometh in its season.

"Thank you my Lord." Your word abides in my heart.

CUN000497

Sometimes I want to live and at other times I don't, for I long to go and be with Jesus. How much happier for me than being here! But the fact is that I can be of more help to you by staying! But whatever happens to me, remember always to live as Christians should.

II Corinthians 9:6-11

Michigan Bulb Company sent my seeds finally; they were in 2 days mail.

Brian found a flowerpot someone had discarded yesterday and brought it home. Tonight I will buy some potting soil and plant them in it.

The Lord is speaking to me again. "Remember this if you give little, you will get little." A farmer who plants just a few seeds will get only a small crop, but if he plants much, he will reap much.

Everyone must make up his own mind as to how much he should give.

Don't force anyone to give more than he really wants to, for cheerful givers are the ones God prizes. The Lord is able to make it up to you by giving you everything you need and more, so that there will not only be enough for your own needs, but plenty left over to give joyfully to others.

Give children, with no strings attached.

CON0004982

You cannot turn the radio or T.V. on without hearing a discussion on abortion. This A.M. I have been in prayer and the Lord spoke this to me.

Psalm 71:5

5. For thou art my hope, O Lord God. Thou art my trust from my youth.

6. By thee have I been holden up from the womb. Thou art he that took me out of my mother's bowels.
My praise shall be continually of thee.

7. I am a wonder to many, but thou art my strong refuge.

I pray for an answer on this issue, that seems to be on the minds of America.

Suffer the little children to come unto me, for of such is the kingdom of heaven.

Just think of all the little babies heaven is made up of.

Exodus 20:13

13. Thou shalt not kill.

CUN000499

37.  If you love your father and mother more than you love me, you are not worthy of being mine.  Or if you love your son or daughter more than me, you are not worthy of being mine.

38.  If you refuse to take up your cross and follow me, you are not worthy of being mine.

39.  If you cling to your life, you will lose it; but if you give it up for me, you will save it.

I cried many tears over these words.  But once I turned it around and put the Lord first in my life, then the children, everything started to fall in place.  Some day soon they will understand.  I had to let go and turn them over to the Lord.  They need him more than they need me.  If we put him first everything else falls in place and we can have it all, without the fight and the tears.

The Lord is so patient, gentle and loving, all the qualities he wants us to have.

CON000300