There's been a real distance between Angie and myself. Even Holly to some degree. These verses say it well.

II Corinthians 6:12

12. Any coldness still between us is not because of any lack of love on my part, but because your love is too small and does not reach out to me and draws me in.

15. And how can a Christian be a friend with one who doesn't believe?

16. And what union can there be between God's temple and idols? For you are God's temple, the home of the living God, and God has said of you, "I will live in them and walk among them, and I will be their God and they shall be my people."

17. and 18. That's why the Lord has said, "Leave them, separate yourselves from them. Don't touch the filthy things, and I will welcome you and be a father to you, and you will be my sons and daughters."

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 1 of 100
CON000301

The Lord gave me these words, spent most of the night praying.

"Consider your ways."

I was praying for one of the girls.

All week three of them called, very troubled and in tears.

This is so hard for me. I cannot stand it when my children hurt.

Lord knows they don't want me to mention you and the Bible to them.

What do I do? If they would read their Bibles, I wouldn't need to say anything to them. Sometimes I am so weary of it all. But I hang on until the day comes when they need you and not me and I am tired today.

You are the father they have always needed, hope they realize it soon and what the Lord's prayer really means. Our Father which art in Heaven!

CCUN000362

A man came into my store today. He's been in here for a while now. There is something about him that is not right.

I have been fine all day, but now I am starting to be sick. Waves of heat and a churning tummy. I keep praying it is getting better. This man has brought his things up to the counter. Again I am hit with this sick feeling and feel like I am close to fainting, my knees are so weak. I am trying to take his money and pray under my breath. The Lord just gave me a word revalasion (revelation?) No wonder some of the articles he bought were perverse (??). He was checking out the dresses earlier. I rang up his purchases and he is gone now. I am so weak and sitting down. My God must be feeling the same way I am to give me that word. The Lord says in Romans 1, they are defiled; another place that they are an abomination, those who work evil one with the other and are under a curse.

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 3 of 100

COUN000503

Holly was sitting at the table eating breakfast, when she stopped eating and said to me, "Mamma, do you remember when Jesus took me down the basement steps?"

No honey, tell me all about what happened to you." "Oh," she said, "Jesus took me down the basement steps and my feet were moving all the time but never touched the steps." Under my breath I thanked the Lord for holding her up!

Psalms 91:11, 12

11. For he shall give his angels charge over thee, to keep thee in all thy ways.

12. They shall bear thee up in their hands, lest thou dash they foot against a stone.

"Thank you my Lord Jesus." I love your word.

Holly was in kindergarten when this happened. She came home from school to tell me, "Jesus did it again." What did he do, Holly? I was on the top monkey bar "mama" and I fell, and Jesus caught me and set me right on the bar. "I looked around mama but there was no one there." Later she said she felt a hand setting her down on the bar!

Matthew 18:3

3. Unless you turn to God from your sins and become as little children, you will never get into the kingdom of Heaven!

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 4 of 100

CUNO00504

The children call Jamie the dreamer and the preacher! She was always dreaming and would tell the children her dreams.

When Jamie was very small, she would sing herself to sleep at night. She found the Lord, from a little girl and loved to tell people about Jesus. Sometimes when we finished praying together, Jamie would still be on her knees praying.

I asked her one time, "Jamie are you sleeping?" Sweat was on her little face, as she looked up at me and sighed, "Jesus had me pray a long time!!"

CUN000505

I had a dream about Jamie. I saw a high winding staircase and Jamie was coming down the staircase smiling! She was descending in a beautiful gold blouse and beautiful shiny blue green skirt. And right behind her was her little girl Heather, dressed exactly like her and walking the same way!

"The children are so much like" us, their personalities are formed so young.

By the age of two, isn't it? They are set in their ways. We can learn a lot from a child.

Jamie was always a serious, but an easy-going little girl. I remember when her teacher talked to the class on keeping America beautiful by not littering.

For a long time after hearing this, Jamie would bring home all kinds of litter. It bothered her to see litter anywhere!!

Jamie has a high-pitched voice and so does Heather. When you look at Heather, you see Jamie when she was Heather's age!

One of the boys in Jamie's class at school would teaser her until she would come home from school in tears. So we prayed and asked Jesus to take care of this boy. The bus driver kicked him off the bus that (unreadable)...

CUNN000306

I dreamed again about Jamie. She was telling me in the dream she had nose plastic surgery. Then the dream changed and I saw a side vision of her profile.

Her nose looked like a jew's or maybe a greek's!

What does this mean, Lord? If the dream is of the Lord's will remember.

"The Lord just reminded me of his word." Romans 2:28 and 29.

28. For he is not a jew, which is one outwardly; neither is that circumcision, which is outward in the flesh!

29. But he is a jew, which is one inwardly, and circumcision is that of the heart, in the spirit and not in the letter (?); whose praise is not of men, but of God.

I Corinthians 13:1-13.

CUN000507

```
                                                    FAX HEADER:  WATSON&DAMERON

TRANSMITTED/STORED : MAY. 6. 2005  3:23PM
FILE MODE            OPTION          ADDRESS                      RESULT      PAGE
---------------------------------------------------------------------------------
302  MEMORY TX                       G3  :17122796045-501          OK         3/3
```

```
-----------------------------------------------------------------------------------
REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL                    E-2) BUSY
     E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION
     E-5) MAIL SIZE OVER
```

## WATSON & DAMERON, LLP
### TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## F A X   T R A N S M I T T A L
### COVER SHEET

TO              :  Corporal Wilson, Woodbury County Jail, Sioux City

FROM            :  Becky Walker

DATE            :  5/6/05

RE              :  **US v. Angela Johnson**

FAX NUMBER      :  **712-279-6045**

TOTAL NUMBER OF PAGES FAXED: _____ PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Lt. Wilson:

   Attached please find Judge Bennett's court Order allowing Dr. Mark Cunningham to visit our client, Angela J. Johnson on Sunday, May 8, 2005 beginning at 8:00 am and proceeding throughout the day until completed. Please make appropriate arrangements for this visit and I thank you in advance for your kind help in this matter.

Sincerely,

Becky Walker
Legal Asst. to Pat Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____ X _____

Case 3:09-cv-03064-MWB-LTS   Document 284-23   Filed 06/23/11   Page 8 of 100
CUN000308

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## F A X   T R A N S M I T T A L

### COVER SHEET

| | | |
|---|---|---|
| TO | : | Corporal Wilson, Woodbury County Jail, Sioux City |
| FROM | : | Becky Walker |
| DATE | : | 5/6/05 |
| RE | : | **US v. Angela Johnson** |
| FAX NUMBER | : | **712-279-6045** |

TOTAL NUMBER OF PAGES FAXED: _3_ PAGES INCLUDING COVER SHEET

**NOTE:**

**Dear Lt. Wilson:**

Attached please find Judge Bennett's court Order allowing Dr. Mark Cunningham to visit our client, Angela J. Johnson on Sunday, May 8, 2005 beginning at 8:00 am and proceeding throughout the day until completed. Please make appropriate arrangements for this visit and I thank you in advance for your kind help in this matter.

Sincerely,

*Becky*

**Becky Walker**
**Legal Asst. to Pat Berrigan**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____ X _____

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>ANGELA JANE JOHNSON,<br><br><br>Defendant. | No. CR 01-3046-MWB<br><br>**ORDER**<br><br>(UNDER SEAL:  TO BE PROVIDED TO DEFENSE COUNSEL AND THE GOVERNMENT'S "OUTSIDE TAINT ATTORNEYS" FOR MENTAL HEALTH ISSUES ONLY) |

Defense counsel has made an oral request for the court to authorize the Hardin County Jail to provide Dr. Mark Cunningham, Ph.D., one of the defendant's mental health experts, with access to defendant Angela Jane Johnson for the purpose of a contact visit beginning on or about Sunday, May 8, 2005, at 8:00 a.m., and continuing through that day.  Under the circumstances, the court finds good cause for Dr. Cunningham to have access to the defendant for a contact visit.

THEREFORE, the Hardin County Jail is hereby **authorized and directed** to provide Dr. Mark Cunningham with access to defendant Angela Jane Johnson for the purpose of a contact visit.  Such contact visit is currently scheduled for Sunday, May 8, 2005, beginning at about 8:00 a.m., AND continuing through that day, as necessary until finished.  However, to accommodate changes in schedule or unanticipated weather, travel, or other delays, access for such a contact visit shall be provided at any other reasonable times **from 8:00 a.m. on Sunday, May 8, 2005, through and including Monday, May 9, 2005,** if needed, to the extent that such contact visit can be reasonably accommodated.

CUN000510

Contact by Dr. Cunningham with Angela Johnson shall be provided at such times and to such extent as is commensurate with legitimate Jail security interests, as such security interests shall be determined by the supervising officer of the Jail.  Such access **shall not** be permitted after May 9, 2005, without further order of the court.

**IT IS SO ORDERED.**

**DATED** this 6th day of May, 2005.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

CUN0005114

# FAX TRANSMISSION

U.S. District Court
Northern District of Iowa
320 6th St. Room 301
Sioux City, Iowa 511011
Jud Watkins, Clerk
PH: 712-233-3900
FX: 712-233-8904

# OFFICE OF THE CLERK
# NORTHERN DISTRICT OF IOWA

**FROM:**       Denise Scott

**TO:**         Patrick J. Berrigan

**COMPANY**     Watson & Dameron, LLC.

**FAX NUMBER:** 7, 816 221 1565

**Time Sent.**  Friday, May 6, 2005, 02:51PM

**Total Pages** 4

**Subject:**    

## NEWS: ELECTRONIC FILING IS NOW REQUIRED IN THE NORTHERN DISTRICT OF IOWA

In June 2003 we implemented a new case management system in our office. This system allows for documents to be scanned onto the system and then accessed via the internet. Additionally, it allows attorneys to file electronically over the internet.

We have dedicated a portion of our website to helping attorneys prepare for electronic filing. Please take a few minutes to review this section of our webpage. You can find any question or problem by...

If you have any questions please feel free to call us or email us at ecfhelp.iand.uscourts.gov.

## WEBPAGE:  www.iand.uscourts.gov

Note:          #475 Sealed Order

CUN000512

# FAX
# TRANSMISSION

*U.S. District Court*
*Northern District of Iowa*
*320 6th St. Room 301*
*Sioux City, Iowa 511011*
*Jud Watkins, Clerk*
*PH: 712-233-3900*
*FX: 712-233-8904*

## OFFICE OF THE CLERK
## NORTHERN DISTRICT OF IOWA

**FROM:**          Denise Scott

**TO:**            **Patick J. Berrigan**

COMPANY:        Watson & Dameron, LLP

FAX NUMBER:     7, 816 221 1636

Time Sent :     Friday, May 6, 2005   02:51PM

Total. Pages :  4

Subject:        CR01-3046-MWB USA v Johnson

## NEWS: ELECTRONIC FILING IS NOW REQUIRED IN THE NORTHERN DISTRICT OF IOWA

In June 2003 we implemented a new case management system in our office. This system allows for documents to be scanned onto the system and then accessed via the internet. Additionally, it allows attorneys to file electronically over the internet.

We have dedicated a portion of our web page (address below) to this project which is referred to as CM/ECF. Please take a few minutes to review this section of the web page for details on your required participation.

If you have any questions please feel free to call us or email us at ecfhelp.iand.uscourts.gov.

## WEBPAGE:  www.iand.uscourts.gov

Note :          #475 Sealed Order

CUN000513

```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:aewillett@tewlaw.net, amy@rosenbergstowersmorse.com, cj.williams2@usdoj.gov, iand_ecfpaz...
Message-Id:<222095@iand.uscourts.gov>
Subject:Activity in Case 3:01-cr-03046-MWB USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "
```

;OUTSIDE TAINT ATTYS" PER #328 ORDER "SEALED-THIS IS A TEXT ONLY ENTRY. A PDF
DOCUMENT IS NOT ATTACHED TO THIS ENTRY." Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge.
**To avoid later charges, download a copy of each document during this first viewing.**

<div align="center">

### U.S. District Court

### Northern District of Iowa

</div>

Notice of Electronic Filing

The following transaction was received from des, entered on 5/6/2005 at 2.45 PM CDT and filed on 5/6/2005

**Case Name:**      USA v. Johnson**FAX MENTAL HEALTH ISSUES TO "OUTSIDE TAINT ATTYS"
PER #328 ORDER

**Case Number:**    3:01-cr-3046

**Filer:**

**Document
Number:**       475

**Docket Text:**
Sealed Order as to Defendant Angela Jane Johnson . Signed by Judge Mark W Bennett on 5/06/05. (copies
faxed to Defense Counsel and the Government's "Outside Taint Attys for Mental Health Issue only; certified
copies to SC USM) (des, )

The following document(s) are associated with this transaction:


**3:01-cr-3046-1 Notice will be electronically mailed to:**

Patrick J Berrigan    pberrigan@kctriallawyers.com, rwalker@kctriallawyers.com

Thomas Henry Miller    tmiller@ag.state.ia.us,

Robert R Rigg    robert.rigg@drake.edu,

Dean A Stowers    amy@rosenbergstowersmorse.com

Alfred E Willett    aewillett@tewlaw.net, nlanoue@tewlaw.net

Charles J Williams    cj.williams2@usdoj.gov, usao.ian-crim-cr@usdoj.gov

**3:01-cr-3046-1 Notice will be delivered by other means to:**

5-7-05    1405 - 1455

ALYSSA KAE JOHNSON    DOB 8-7-83

daughter    C: 641-530-2529

in Mason City of Gordogan, Burger, stoner, Boody

talks up Angie by phone x3-4 monthly, saw
her last Thursday in invitation → prior to that
about a month

correspondence has dwindled — now Alyssa
writes x1-2 monthly & Angie writes x9-5

Alyssa in 3rd semester of college — Waldorf
College in Forest City, now in HA in
business management

1 child: ANGELETH MICHELE JOHNSON (12-9-02)

current BF: TODD BATHAM — work for nearby
company (Hormoz), age 40 // 2 children
age 10 & 7 // stay together — seeing each
other for a couple of months

Angie was very good mother — more true
of A, my actions a matter, when closer
went to movies // played pool & miniature golf
in day + horsing bar

go shopping or out to eat

came to school functions & parent-teacher
conferences

came to band & choir performances — tying &
then the flute

Jeff could tell her almost anything

opposite of Alyssa
where all wanted sleep up in bed

Angie was outgoing, could work up people
usually happy, free spirit type person
attracted to all the money drugs after father →
would ___ ___ stayed up to bed (AJ)

A was age 1-2 when parents split up

Terry DeShaw – dated x 1-2 yrs, would
___ ___ to end be ___ her ___
for about 2 yrs
- Angie felt ___ of Terry – ___
___ to mom up → adrenaline & a temper
- very ___ for her
- Angie always loved him & probably would
to this day
(many many workers & all happy when came in
& says Terry was happy ___ over
Angie kept going back to him, A would come home
from school & see her dad ___ ___ snow &
    (Terry had been gone for ___ ___)
would be disgusted that he was back
Terry was physically abusive of Angie – her
___ to let Angie ___ A ___ present →
___ ___ ___

- black eye, [illegible] leg, bruises on her body → Alyssa tried to hide it

- recalls Alyssa being pulled out of car on Hwy or [illegible] Alyssa in 1st or 2nd grade

- Alyssa tried to stick up for herself but [illegible] scared by [illegible]

- Terry verbally abused Alyssa - said he was trying to [illegible] her [illegible] - she was told to drag her back down → [illegible] Jan [illegible]

it would stop for awhile & they would move → Terry would come back → Mom would reconcile w/ him

Terry took it out [illegible] to get back at Alyssa
Terry attempted to [illegible] lock on front door w/ a [illegible] front [illegible]

[illegible] in backyard & [illegible] that Terry [illegible] her in there & watching her
Alyssa [illegible] & [illegible] Terry the [illegible] relationship

UN000517

Duston

A though Duston was Darby Nerd—
tall, lanky, red hair; glasses → didn't
get any expectation of who men should
be with

Duston tried to take position of speculars
Jim Allyson
— bought the whatthey drink slim —
told her to add water to it

Duston moved in before Maura concerned
worked kept

thinks Duston played role of good _____ — front of
others, but more selfish & manipulative in
private

father moved into buying a _____ keep, can be
wait down

didn't see Duston contributing to household

_____

ESTOH

Allyson drank beer heavily at night after
got daughter to bed (drank 1-2), a
3-4 on wkds → _____ 5 beer

UN000518

Alyssa did not want to divulge at the
time we spoke

Angie
age 13 observed Angie → realized Angie was
involved in meth long term:

would lie up when went to bed or lie up all
got up in morning & had not been to bed
was more unstable
unpredictable about what was OK & what
was not
more unstable in everything
did not observe paranoia

At life structure of residence, school, family,
relationships were unstable — particularly
from age 14 → just before Dustin returned

saw mom come down when ran out of meth —
sleep a lot more for 1-2 days — on couch
during day or bed slept
mom's mood more subdued/depressed but
not suicidal

Alyssa age 13:
one time worried about mom when bought for
purse in the store up much money in purse — maybe
meth as well // had a little, but or a meltdown
over it // asked repeatedly mother in front of

in "breakdown" Angie cried, semi-hysterical

Angie did not file report w/ police until came to investigate

Alyssa does not know Von Florence

Jean always very religious person - lately doing in love caring elderly - not very close w/ her, talk when ____

Angie talked about her own childhood
- moved around
- 3 times stayed in the car
- very unstable living environment - talked showered in car wash ?
- born ____ religious dreads, struck a man w/ own kids
- Gun personal ____ on Angie → Alyssa didn't want to hear as would affect how felt about Jean

believes Cookie ____ in on Angie for verbal abuse, would give Angie a ____ not on her own, over Angie's protest

____ ____ ____ of mother

CUN000520

# MARY C. GOODY
## MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:      Pat Berrigan

FROM:   M. Goody

RE:      <u>Johnson</u>

DATE:    2/8/05

INTERVIEW OF:   Alyssa Johnson

DATE OF INTERVIEW:  2/8/05

PLACE:    Her home

Interview of Alyssa Johnson
125 Cathedral Oaks
Apt. 14
Forest City, Iowa 50436
641-590-2529

CUN000521

B.D. 8-7-83
SS# 485-130-031

Doing well in school.

When looks back – the white house in Clear Lake was like a HOME – and that was the best place we lived. It was like a home – every time we settled and got a home then we'd have to move again. I just didn't want to move anywhere. Then when I got settled back in Des Moines, then she wanted to move back up there and with some boyfriend I didn't know. I just grew numb and thought I'll keep my bags packed.

Then when we moved from Des Moines that's when we moved in with Rick Summers. We didn't live there very long. I stayed in the mini motor home outside. Then in the winter when it got cold, I moved into the living room. Rick is not quite so smart. He had his 2 boys there. The relationship didn't last long there.

From there we went ton Forest City. Got a trailer. Not more than 6 months, she's sure. Then some time at Holly's transitional phase. Then back to Clear Lake for the 3 rd time. I wanted to stay with the school there – stayed with dad during the week and then went to stay with mom with Clear Lake. By then my education had gone to the dogs.

I actually grew to like the apartment in Clear Lake on top of apartment. My friend was Olivia and she was the best friend in my life. It was just nice to stay in the same place for a while.

CUN000522

Time when mother started to lose it – when we were living with Rick – couple months into it – <u>I'm aware that my mother is involved with meth – maybe some selling but certainly using.</u> They would talk about it. I just didn't pay attention. There was time we went to Mason City, Marvea, too. Stopped at HiVee – not in there very long and realized her purse was gone. Went back to store – looked everywhere. Didn't find it – she was just ready to go hysterical. She had a bunch of money – 1500 and twice that much meth. Not a good deal – I was kind of scared – never saw her lose it. Bad – freaked out all that night. Me and Marvea went to stay with Holly. Mom in her room, and she was doing more dope. <u>Well known that she wanted to commit suicide and was going to do it by snorting this large pile.</u>

Holly went and talked to my mom and came and took us to her apartment – <u>I do remember that she snorted the whole thing and didn't die.</u> I couldn't sit through class. I had to meet with a counselor. I did talk to Chad Angel – freshman. I was 13. I felt better after talking to him about it.

She totally bluffed me up. Told me school had called but they didn't.

Marvea – living at Rick's – I felt secluded from the family. I preferred that. I spent a lot of time with friends and didn't come home until I actually had to. Some at my dad's. I distanced myself quite a bit. Her interaction with Marvea was fairly good. She was good with Marvea and tried to work with Rick's boy who had been very slow.

CUN000523

Sunset Elementary School in Clear Lake. Painting.

In Des Moines, knew there was something up. Moved on top of North Beach – pretty normal thing she did it in front of me. Didn't do it with her.

Offered me weed in Des Moines – act of desperation.

Why does my mom do that all the time and for so long. She was always more of a friend than a mom. Then we had a cup of coffee together.

Needed money to be able to get this and that. Tax return time – me and Olivia could get our hair and nails done and then go to a concert. Thinks she wanted to be an artist when she grew up. Tended to set invisible barriers for herself. I'll stay the same – not expand her talents.

Drank a little more often on top of North Beach.

Christie did a lot of meth if you put it in front of her.

Reassuring and comforting because he hadn't came back. Glad.

So unstable, so un not down to earth. Someday this or that and we're moving to Colorado. I've rolled my eyes at a lot of my mom's thoughts and comments.

*****Joe and Cara - Clear Lake – recently became clean because had been partiers. They were really into meth and somewhat connected at making it ...thanks, mom.
641-430-1840 – Joe-cell

Case 3:09-cv-03064-MWB-LTS   Document 284-23   Filed 06/23/11   Page 24 of 100
CUN000524

Kara – 641-430-0695

South Shore Drive.

2-4 years older than Alyssa.

CUN000525

<div align="center">

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

</div>

<div align="center">

**CONFIDENTIAL MEMO TO ATTORNEY**
**SUBJECT TO ATTORNEY CLIENT PRIVILEGE**

</div>

TO:     Pat Berrigan

FROM:   M. Goody

RE:     <u>Johnson</u>

DATE:   12/13/04

INTERVIEW OF:   Alyssa Johnson

DATE OF INTERVIEW:  12/16/04

PLACE:   Her home

Interview of Alyssa Johnson
125 Cathedral Oaks
Apt. 14
Forest City, Iowa 50436
641-590-2529

CUN000526

B.D. 8-7-83
SS# 485-130-031

Alyssa is in college at Waldorf College – she is a freshman
and is in the Promise Program, which is tied to her child
support. It's a state program.

Her child: Angeleah Michel Johnson
B.D. 12/9/02

Me and her (Angie) have drifted apart. The farthest now
that we have ever been from each other in every way. I
don't feel like I can talk to her like I used to. Sometimes I
stop and think do I want to say that. Not so comfortable
with her as I used to be.

Thinks its harder to talk with her – she has changed since
she went to jail. It's not bad – we have taken different
roads. Our relationship isn't the same and not sure how to
make it stronger. She has changed as she is into religion.
Now she goes to church, reads the Bible and religious
books. Her humor is pretty up and up.

Her humor is not as loose as it used to be. She reacts
better to certain things, doesn't fly off the handle quite as
much. A lot stronger and as much personal growth as
anything. Since she got her GED – surprised she did that.

Saw the separation between them coming as a child. For
years we had seen the DCI. They've come and questioned
my mom's employers before. They raided our house when
we lived in Des Moines. Just recently they came to
apartment when we lived in North Beach and just started

CUN000527

to intimidate her. Made comments about new technology and the gun. She said she thought they were running surveillance. They had talked with George Barlas and his parents. We knew the heat was on and one of the reasons we planned on moving.

Doesn't remember living with both parents. Recalls kindergarten and first grade. Remembers it was ok – and we weren't struggling real hard. I had to say my mom was happy when I was 2 and on. D/N/R a whole heck of a lot. Terry was in the picture even before then so he was around by the time I was 2. I do recall that as long as Terry was around she was not as happy of a person and she kind of took a turn for the worse.

Terry – I don't have anything nice to say about him. He was very abusive in just about every category there is – horrible, horrible guy. I even look back now and I didn't realize how dangerous he was and how big a liability he was. He was so unpredictable. Like a bomb could go off at any time. Everyone was scared shitless and he got away with a lot of things.

In second grade I went and knocked on this cops house and tried to tell them about Terry and my mom and the cop told me nothing good and I turned around and walked home. My mom had tried to leave him. We went from Ventura to Leland. I remember a time or two we went and stayed in the hotel. He wouldn't ever leave because we wanted him to and drove by and stalked her.

Disrespectful all around in any way – a person with no principals or morals in any way. Saw him hit my mom but he was less likely to do it if I was in the room and so that's

CUN000528

why I wanted to stay there in the room where they were. My mom would want me to go in my room but I didn't want to...don't know how but saw her beaten up later. Maybe a black eye and a mark on her arm. But never in fear of being hit ourselves.

He kind of acted like a dad to me. But he would not be the dad to me. His character was authorative towards me. If he and my mom got in a fight then he'd bring us both gifts and like he'd buy us back.

He got mad about anything – and he would take it to an extreme level – sometimes it would jealousy issues. He was around for a long time. When we lived in Clear lake in the white house – every time he'd make an appearance, the time would get longer and longer in between. I remember one time I came home from the bus stop – and I just knew he had been there because I saw his boot marks and there was my mom all happy and baking cookies and she said yes, he's been here and he's coming back with Ashley and ohh...

He got so he hung out in the shed behind the house and just watched us – like a peeping tom.

One of the last things was that he came and took a knife out of his trunk and was going to pick the lock.

Close to Ashley – when we lived in Leland. Only for a short time. Not too long ago her boyfriend went down for a meth lab and she has gone to jail for another night. She is known for using meth.

CUN0006529

Last time of seeing him was the lock incident and another time I was sick and sleeping with my mom and I remember seeing him out the window. I was 10 or 11. It was raining very hard.

Back in the Leland-Ventura era she ran hot and cold. I don't think he ever had his belongings. He'd stay there off and on.

He made her happy in certain perspectives. She says that he is the love of her life and I hate that.

When he was really gone for good there was a transitional phase when Dustin came in. We were still living at the white house. She was working double shifts at the Waterfront. Then she got so excited about this guy and she wanted me to meet him.

I remember for sure when I met him I almost laughed that he was a big geek, a dorky nerd. He was so not her type.

There was Rodney was between there. He was working construction and staying at the hotel. She slipped him her number. I loved Rodney – he was the coolest guy. After he left there was Dustin. He kind of started staying there and I really didn't like that. He started staying there, had some stuff there but not to the extent of living there. He just tried to overstep his boundaries with me right away. That pissed me off. I didn't like him. Like me and mom drink skim milk, we like that. But he likes 2% and he insisted I just put water in it. Like who do you think you are, Buddy – this is my house. He tried to play the dad role and over extended. I rejected and rebelled and it sucked.

CUN000550

I think his moving in was a slow gradual thing that happened. He put us in debt with various credit card expenses, which in turn caused my mom to get more stressed out and lost her temper more easily. It changed her overall and then my mom got pregnant and I just wanted to cry I couldn't believe. It wasn't the first thing we needed to do at that time. Then things took a turn for the worst. Naturally when you have a kid you're tired and the post partum depression can get a person a little frazzled but when you're already in that stage where does it take you then. More so.

It seemed like I always got in trouble about Marvea. I had my room in the basement at that time. I'd get yelled at for the littlest thing.

Hasn't been able to open up to her about this stuff.

Meth – I don't remember how I found out that he had been making meth. I started to talk about Dustin making drugs or being involved in the drug atmosphere. He had a home arrest and an anklet – he was in trouble and something's going on. I said I knew what was up. But me and my mom didn't have a whole lot of those talks. I could say something and she could interpret things I said. We were very connected. Was about 11 at the time. I knew what that anklet and probation was then.

My mom was everything. Trusted she would take care of me.

Marvea – I babysat her a lot. Then my mom – Dustin did third position for taking care of her for one on one time. Mikell would baby-sit for mom as well. I think he sees

CUN000331

Mom as someone to manipulate. I hate the fact Mom and Marvea went to see him even the last time Marvea did by herself with his mom. He's a bad influence and the contact should be monitored. He already got his son a gun.

Greed selfishness, jealousy characterize Dustin. Not a good dad. If he can't be the primary parent then he doesn't want Angie to be or her family. The custody of Marvea was with Holly and she went to Jamie's because the kids in Marvea's school were bad about the case. I trust and love Jamie and I think it's a good place for her to go. Dustin has never cared for aunt Jamie. Dustin is an atheist. He threw a big fit and called his brother and got him to go after the custody. Shows how he tried to use her as a pawn. He is very very smart criminally. He's not smart enough to quit ahead of time.

Mom's relationship with Dustin. By the time we lived in Des Moines she became more skeptical about things, people, aspects of life – like where to work, etc. If anything, I think she was a happier person when we lived in Des Moines. They were still together when he went to prison. She seemed like to be not so on edge. Better.

Todd Graham – Mom and AJ's friend. He has known Angie since high school. And AJ – he was Todd's best friend and they have been like family ever since. (While we are there for the interview, Todd brings Angeleah home and feeds her. )

The people who adopted my other baby (that Alyssa had at 16) came up from Des Moines. We got to meet them and they came after I had the baby and stayed for a couple

CUN000552

days. We did an open adoption. Kind of have lost contact by now – I don't have a way to get hold of them.

That was a really difficult time for me. Don't talk about it much at all. Not everyone knows about it. I was 16. Mom was cool about it and helpful in the process of finding people. She kind of took charge as she usually does. I was all right with that she wasn't mad at me.

Her drug problem bad – every day every week every month of the year. I could tell if she was coming down she could spend a day or two on the couch. It wasn't terrifying, it was noticeable. I'm sure she stayed up for three days fairly often. She used drugs most of my life – but worsened when I was 8-11 – got worse and kind of stayed there. I don't think she completely quit when she was pregnant with Marvea. I don't even know the clean person.

She could be very intimidating – pretty much a bouncer for North Beach – she hardened up a lot more after Terry – even before he left.

D/N/R her getting high with Dustin. D/N/T he smoked weed. Mom smoked meth. Did drugs even while with Dustin but not while he was there.

The older I got the more aware I became that my mom's brother and sister's growing up wasn't stable, their childhood not stable and my grandma had a religious disorder. I think Cookie was not good to my mom. I started finding out more and more things that were bad that had happened to her. I was astounded about these

CUN000553

things and chose not to hear more of them because it would turn me against my grandma.

Jean – we were closest when I was younger.

Mom not as realistic as she thought she was – thought she had it down and in and out. Not completely 100%.

When she first went to jail I saw her a lot. I didn't see her when I went to Dallas. Then when I moved back went every other month and when I went to Davenport – seemed like time was slipping away and it had been 2 months since I had gone. Not as much when I lived with Holly. Still talk 2-3 times per week. I don't write her as much as I used to.

Alyssa gives her mom money – Dave will give me money to send her. Todd gave me some money to give to her. I try to get her some out of my welfare money.

CUN000534

# MARY C. GOODY
## MITIGATION AND INVESTIGATION
P.O. Box 508
70 South Willow Street
Jackson, WY 83001
(307) 733-4446 • Fax (307) 733-2774

confidential memo to attorney
subject to attorney client privilege

### WITNESS INTERVIEW

TO:   Pat Berrigan; Al Willett

FROM:  Mary Goody

CASE:   Angela Johnson

WITNESS:  Alyssa Johnson
      3307 West 46th Place
      Davenport, IA 52806
      563-445-8600

DATE:   1/7/02

Sure, I'll sign a release – anything to help my mother.

I never went to the doctor a whole lot. I wasn't sick, no surgery. I was pregnant once, do you want to know about that? I was 15 and I had the baby and gave it up in an open adoption. We write letters and send pictures. I was still in high school. Stayed in school until the 8th month. After I had the baby I went to the alternative school. I had complications and had surgery. I'm not sure what was wrong. A busted vein or something, surgery to remove a blood clot. They said it was not usual. Bleeding. I stayed in the hospital a week or so. I was on a morphine machine so I don't remember anything. The father was a long term boyfriend. We had been together about a year and a half.

I had a bladder infection when I was 4 or 5 and I had to go to a urologist for that and I had tonsillitis when I was 16 in Clear Lake.

I work in the afternoons at APAC Customer Service. It is a calling center for credit card applications, balance transfers. I fill out applications for college students for credit. I've worked there for two months. My days off are Sunday and Monday.

My mom was a very good mother. I remember when she started dating Terry. I was in kindergarten. Terry was a total dick. He would beat her up a lot. They would fight, he would not leave. My mother would call the cops but they wouldn't do anything.

Case 3:09-cv-03064-MWB-LTS Document 284-3 Filed 06/23/11 Page 35 of 100
CON000555

I always felt very open with my mom. I didn't have to hide anything. She would comfort me when I was sick. We were very close, it was just me and her. She helped me with homework. She was involved with my schooling, went to teacher conferences and stuff like that. I have a big family – aunts and uncles, but I'm not close to them.

In 2nd grade I had problems in school. My mom got me something like Hooked on Phonics to help. I struggled in spelling and in math. In 2nd grade I was in counseling in school. Not sure how that started. I remember talking about Terry a lot. I saw her for a while, we would talk for about 1/2 hour. She was totally awesome. I felt comfortable with her. I haven't been in counseling since then. My mom was dating Terry then and we lived in Ventura. She was trying to get it through his head that they were no longer together. He would not accept that. That was bothering me. I have some pretty bad memories of him.

I was in 2nd grade and I was sick and I was sleeping in my mom's bed, it was the middle of the night. The door of Mom's room opened to the living room. I woke up and heard Terry raping my mother. I heard her say, "no, please stop." He didn't. I could tell what was going on. I could tell she didn't want that. It was not really violent in terms of hitting her. She told him to stop and he didn't seem to care. After I yelled for my mom they stopped and she came in. I could tell something was wrong. She didn't want me to know what had happened, but I knew. I think he left, but I'm not sure. I had been swimming a lot at a pool and I think I had sunstroke or something.

I remember when we lived in Ventura and Terry had been there the night before. I was in 2nd grade. I was telling my friends about him. My friend said she knew where a police officer lived. Me and my friend went to the cop's house and I told him what was happening. I wanted him to make Terry leave. The officer was no help at all. He closed the door. I remember leaving his house and thinking, this counts as nothing. I went there because I wanted to help my mom.

When my mom and Terry would fight she would tell me to go to my room, but I wouldn't. He wouldn't hit her in front of me, if I stayed in the room. Terry would tell me to stay. I didn't want them to be alone. My mom loved me unconditionally. There is nothing I wouldn't do for her. She was my world. Still is.

Terry was a very scary guy. He was pretty big. He yelled a lot, was pretty intimidating. He never hit me. He'd yell at me for anything. He would try to get me in trouble with my mom, but it didn't work. He would make up stuff I didn't do. I was a really good kid, so my mom didn't believe him if he said I did something. He's the reason we got a dog.

We got a German shepherd named Hoodikai (phonetic). We got him so that when he grew up he would protect us from Terry. I loved that dog – he was my best friend. We had him for a year. He was hit by a car at night while he was chasing a squirrel in the yard. He was a big dog, it tore apart the car. We got him to be a watch guard and watch dog.

2

CON000556

Before we got the dog we lived in Leland, a very small town. Me and my mom woke up and Terry had got into the house. The stove was gone – the oven and the kitchen table and some other stuff. We had to use hot plates to cook until we got it back. I have no idea what he did with it.

Terry never lived with us. Michelle was my best friend and she lived next door. I would go over to her house when they would fight real bad. Sometimes he would just freak out, like if my mom was with a guy friend. It was jealousy and petty stuff. He had a big impact on my life. He was still stalking us when we moved to Clear Lake.

We moved into a house – a nice house hoping he didn't know where we moved to. It had a shed in the backyard. If I wasn't feeling well or if there was a big thunderstorm I would sleep in my mom's bed. I woke up and saw his face looking in the window. It was pretty scary. You could see into the house from the shed. My mom went to the shed and set out a lawn chair and a beer can and a note that said, "Stalk, stalk, stalk, you motherfucker." I remember it very clearly.

Another time we were getting ready to go to a matinee. He pulled up behind the car so we couldn't get out. We locked the doors of the house. He got in his trunk and got out some knives and he was trying to pick our locks for a long time. In the daylight. We called the cops and he finally left. I was about 9 and we lived in Clear Lake.

We moved a lot. I thought it was because of Terry. I remember staying in motels in Clear Lake sometimes for 1 or 2 nights so he wouldn't know where we were if he was going crazy or losing it. We did that at least a couple of times. We had to call the cops when he wouldn't leave. The cops made him leave but they wouldn't arrest him.

In school I did pretty good – besides spelling. That was my worst subject. I had pretty good attendance for a while. I started slipping about 8th grade. In 9th grade in Des Moines, the school was so big that a machine called your home saying your son or daughter wasn't at class today. They called us at 5 o'clock. I just answered the phone and listened to it. My mom was at work.

I just skipped certain classes, not the whole day. I would just hang out with my boyfriend or my friend until the next class period. I didn't do drugs or alcohol at that time. I started to drink in sophomore of junior year. Just on weekends, or once a month, or for like homecoming or a big party. I didn't really like to drink, I was a social drinker. I don't drink at all now – I don't like it.

I got busted with alcohol once, just before I turned 16. They took us to the police station. I had to call my dad, because he was in Forest City. He took me to my boyfriend's. We were drinking in a parked van and one of the guys dropped a beer can outside the van so the police came over to check it out. One or two of them were over 18, but they passed the breathalyzer. I think I was drunk then.

3

CUN000557

The incident with pills was when we lived in Clear Lake in the white house. Marvea was born, I think, because there was a babysitter. I had the whole basement to myself. I was probably 11, maybe. Me and my best friend and a guy friend drank Ancient Age – nasty stuff – it was hard liquor from his parent's house. It was gross. We were drinking and then me and my best friend took some Tylenol PMs. We took a bunch. Don't remember how many, maybe 15 each. I wasn't really thinking about it at the time. I wasn't thinking I wanted to die. My mom was in Des Moines working at the country club. She was talking about moving and I really did not want to move and make new friends again and all that. But I know I wasn't trying to kill myself.

My friend Olivia got sick in the bathroom. She tried to clean it up but missed some. Dustin came and found it and Olivia went home and told her parents everything. My dad showed up that night, I don't know why, just random. He took me to the hospital in Mason City and they pumped my stomach. Mercy Hospital. Then I had to stay in EduCare in the hospital – for people who tried to commit suicide. I felt I shouldn't have been there. I had my own room and I went to school in the morning and had to take a questionnaire about being depressed or whatever. We had art time and got to paint. I learned origami. We had group therapy. It was not really that helpful. Dr. Fisher was a complete asshole. He threatened to send me to Cherokee. It might be in Minnesota. It is for people who really do have mental illness. I thought, that is not me.

That was a really bad time in my life and I don't like to talk about it. I guess I was rebelling. I feel horrible about it now. I was 11 or 12. I didn't want to go back with my mom. She had already found an apartment in Des Moines and I didn't want to go there. So I stayed with my dad, it was stupid.

I went to Titonka School. I didn't like it, my attendance was horrible. It was one school for Crystal Lake, Woodin and Titinka. My dad was/is ? still in Forest City. We get along all right. We don't really talk that much. Arlyn is in his 3rd marriage now. My mom and dad get along okay.

I went back to Des Moines after I got out of my rebellious stage. I felt really bad about it. I wasn't happy with my dad – I need to be with my mom. My dad doesn't show emotion. He never yelled at me. I never saw him cry. He would laugh, but not a deep down laugh. He is a great guy – relaxed. He got sick after his 2nd marriage. We have bipolar disorder in our family [father's side]. My uncle committed suicide. I never knew him. When my dad got sick with bipolar he yelled at me for the first time ever. I was totally shocked, crying. I moved back with my mom before he went to get help. He was in Cherokee for a while – a month or two. He got medication and he takes it regularly. No problem since then.

Me and my grandma were close when we were real young but the older I got the more distant we got. I don't know the reason. We lived farther away. My mom and her mom – I'm not sure about that. They're not the closest. I'm not sure why.

CUN000558

She seemed like a good grandma. Very religious. When I was 6 or 7, me any my cousin Brooke – she would make us memorize certain prayers and pray over us. We would go for walks with Jesus. She would paint a picture with my eyes closed and I would have to explain to her what Jesus or God looked like. It seemed slightly unusual. She was a little overboard.

My mom told me that when I was a baby she told her mom, this is *my* baby. She wouldn't let her hold me until she told her that if she ever did the things to me that she did to her she [Jean] could forget about ever seeing me again. She was not allowed to rebuke me or anything like that. I asked my mom why she ever left me alone with grandma and she said that she gave her mom fair warning. Grandma followed the rules.

My mom's childhood – she had an unstable life. For a while I think they lived in a station wagon or something and traveled around a lot. She was always being rebuked to get the demons out of her or something. Bible studies. She told me that grandma made her fearful of God, that she was doomed to go to Hell. It had to affect her tremendously. I couldn't imagine living like that.

My mom told me a story, but I don't think she told me the whole story – that she had died. The next thing she knew she saw her and her mom and her mom was crying to bring her back. She felt like she was in the air in the corner of the room and was watching this. Grandma wouldn't tell her what happened. I'll never forget this story. She told it to me when I was older. You don't forget something like that.

It's been a while since I've gone to see my mom. She writes me every day and I write her. I tried to see her recently, but she was in the hole for a fight. I try to see her every week.

Marvea is at Aunt Holly's house in Klemme. With her husband Mike and Haley, who is 8. She goes to school in Belmond, she's in Girl Scouts. Holly teaches Sunday school. It's very normal and stable and I'm happy for her.

I didn't finish high school but I am working on my GED now. I have plans to go to college. I'm not sure about what career. I want to wait until I know and then go all the way through. I want to be in the music business – either writing or producing or something. I play the electric guitar, but it is in storage now. I love to sing and write poetry.

Michelle's mom – don't know her first name, but she is my mom's friend. Michelle Bell – lives in Leland, outside of Forest City.

I went to New Horizons – alternative school in Garner for probably 3 months. My teacher was Deb. Then I moved to Dallas. I tried to enroll in Dallas. They gave me my schedule and called me in the morning and I was just outside the district and had to go to a different one. My Aunt Wendy went to check it out and it was a ghetto school. 97% non-

5

CUN000559

white. I'm not racist, but there were metal detectors and broken windows, and there was no way I was going there.

I noticed a change in my mom when she started with Dustin. And when Marvea was born she changed quite a bit. She was more bitchier. I always got in trouble. She was more touchy. She did not seem as happy. Quick temper. She didn't have that before, and then it was pretty quick.

She would take a nap after Marvea was born. Marvea woke up and it was always my fault. I could never wash the bottles good enough. Her relationship with Dustin was not going well, either. I recall him getting us into debt. She always had good credit, but her credit went downhill. He was quite the liar, as well and it frustrated her. He would lie about his ex-girlfriend in Mason City. He would say it was over, but it wasn't.

I wasn't aware of drugs at that time. I was aware of it when we moved from Des Moines to the middle of the country. I had been learning about drugs at school. I noticed the signs and whatever. They never did it in front of me. I never used drugs.

I did do some marijuana for a while. At parties, not every day. When I moved to Dallas it was a bad influence on me. I did things that I never thought I'd do. Like the rave scene. I tried ecstasy and acid. Since I moved back I haven't touched the stuff. I wasn't myself then, when I was in Dallas. My mom had been arrested. The lawyer and investigator strongly suggested that I get out of the area. When they found the bodies they thought that if someone wanted to get back at her, what better way than through her children? That really sucked. I knew Aunt Wendy when I was younger, but it was like going to live with a stranger. But she treated me like her own. I wasn't myself. I came back late January or February last year. I moved three times.

My childhood was not normal as far as other things go, but as far as my mom, I have a really good relationship with my mother. I feel like she is my best friend, not a mother. For my birthdays she made them the best it could be. She would do that for events. She would make sure I was happy. When we lived in the white house she painted a mural on my wall – a wolf howling at the moon. In my basement room she build me a loft bed. She is so talented and creative. I had to climb up a ladder to my bed. She made it all herself.

LouAnn was her friend. Her and Michelle Bell's mother. I can try to find her number. I will do whatever I can to help my mom.

6

CUN000546

5-7-05          1510 - 1553

"A.J." ARLYN DALE JOHNSON (DVD 2-15-59)

exhusband & father of daughter        H: 641-585-5275

in Mason City of Dr Logan, Berggren, Stroven & Woodley

Just met Angie age 24 & she was age 18 at

her mother cafe & then Wesley

Angie was pretty, good personality, common

interests in motorcycle riding & partying

dated x 10 mos before moved in together

married 1983


were together + then ran daughter & boy

household up - Angie was strong & knew more

married x 2-3 yrs before separated - was a

little bit of a surprise

seemed like no matter what he did wasn't

good enough for her → she wanted you to

go to work so invested the money in laundromat

Laundromat business - didn't really take off well

Angie was going → another guy started paying

more attention to her : Kirby Thompson → he

had 'prison powder' → weans/meth ... he

earned a lot of money → brokerage a lot of relationship

Angie moved in w/ her mom & they never reconciled


not aware of Angie using meth before Kirby

AJ was bitter & not in close contact w/ Angie

thereafter → blackballed and it let into relationship

& allowed her to stay home & raise daughter

Case 3:09-cv-03064-MWB-LTS   Document 88-23   Filed 06/23/11   Page 41 of 100
CUN008443

- at just AJ distanced rely ... Alyssa

- drug and ... Alyssa didn't get along well - Denise's attitude

#2 <u>Denise Householder</u> (Alyssa age 3) when began living together - total time 3 living together & 5 marriage

AJ didn't make ... to a lot of Alyssa's school events

~~Alyssa~~

Alyssa was good mother & provided / furniture well as ... when they were together

post Denise Alyssa moved up Jewel & Davenport, very close last 8 yr & Alyssa moved back to area of AJ's home

AJ has seen ... mess up a lot of lives & relationships

would see Terry DeGroot & Dustin or would pick up Alyssa

DeGroot was known as a scrapper ... time AJ had handled him in HS

Dustin ... later better ... than Terry - step ... direction

CUN0003423

tires would pick up Alyssa & Angie wearing sunglasses in hair to cover blackeye from Terry beating her

Angie did well as single mother in raising Alyssa & providing a home

busy phone contact w/ Angie when she called Alyssa & AJ was there

AJ paid child support: started out $75 wkly, increasing to $780 monthly & are paid

when Alyssa now 18 the money went to whoever she was staying with

Jan never brought up religion to AJ

in relat w/ AJ, Angie did not speak of the past — focused on present

AJ doesn't pry into anyone's business, went to keep positive things going → learned better to stay positive centered

AJ's contact w/ Angie's family was superficial & only at holiday dinners

Case 3:09-cv-03064-MWB-LTS    Document 28423    Filed 06/23/11    Page 43 of 100
UN0005423

Wesley had wanted to date AJ when began to

AJ & Angie just had 2 people standing for them → just had wedding ceremony during the week at the courthouse

Angie was already pregnant w/ Alyssa → so no reception // did rent a building w/ Jessica there

& honeymoon → never made it up, only together x 2-3

when dated Angie AJ drank on weekends → 6-10 beers // Angie smoked MJ w/ AJ → AJ was into the more the drinking

at that time AJ worked for Winnebago.

terminated after 18 yrs at Winnebago — 2nd divorce for excessive tardies

2 children in that marriage

AJ had a breakdown & NP Long for a couple weeks

takes: Depakote
       - Zyprexa
dx: Bipolar

CUI000344

5-7-05          1610 - 1705

TODD GRAHAM                          DOB JAN 1965

Jones BF                      641-590-3228

in Mason City with Dr Joyer, Bangs, Stewart
& Moody

[ absent for first 10 min of interview ]

Argie was 1 of 2 women he has ever been in
love w/ — we were Argie & other clysma

these relationships revealed you later when clysma
quite young → saw each other occasionally, she
wanted a good job & he wanted more
Argie was working as a stripper & needed
employment, she didn't stay in the immediate area
not a lot of opportunity for a woman w/ little
education who wants to provide for her family
Argie had an attitude of helplessness & wouldn't
seek advancement in stripping

Argie was our protective, nurturing, full of
energy — would do anything for kids
Argie would fight for the underdog → attractive
girl who had immediate concerns was being taken
advantage of & Argie took care of this girl
& stood up for her — stayed up for her in spite
of this girl falling down repeatedly
clysma would remind girls name
Argie cared for a lot of people who were down &

Case 3:09-cv-03064-MWB-LTS    Document 28-3    Filed 06/23/11    Page 45 of 100
CUN0003463

but she had no desire to care about the

Argue has been the _____ that he doesn't
know about → things _____ she had
bad treatment

Argue didn't want to talk about — knew she had
a _____ a _____ that she didn't
want to talk about

Argue got involved w/ drugs & drugs got the
best of her

Todd did a lot of drugs when Clyssa's age,
his own father was an alcoholic / used drugs
for what needed but didn't love control of /
& drugs x 15 yrs

can't tell no matter what

last few of rel't. w/ Argue was most _____
pleas, Argue has drugs dead hold for things
that happened in her past — couldn't get her to
stop using drugs

was Argue's _____ when she was _____ problem w/
Clyssa

Argue was _____ drugs into _____ but no matter
how much drugs then w/ couldn't tell it —
couldn't get her to stop → when she lived in
Allendale in 1990 — shortly before went

N0000546

she came to Des Moines w/ less energy to make
a clean start, though she would go clean
for her — that he could fall back / but she
couldn't stop / Todd saw ... ...
coming → gave her ... & she didn't stop

... Alyssa then AJ → Alyssa was
shuffled here & there w/ different relatives →
growing up during ... time w/ no mother

Alyssa came back to ... city ... wouldn't
go down ... ... — having baby
gave her another life to think about
her father was the only one w/ enough stability to
help her

Todd w/ Alyssa x 3-4 mo ... → ... ...
the spark, didn't think ...

Alyssa still needs a mom — wants to be able
to call ... room & buy her mother, the
grandchild needs a grandmother

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 47 of 100
CUN000547

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO: Pat Berrigan

FROM: M. Goody

RE: Johnson

DATE: 12/16/04

INTERVIEW OF: Arlyn Johnson and Karrie

DATE OF INTERVIEW: 12/16/04

PLACE: his home
112 Oakridge Drive
Forest City, Iowa 50436
(641) 585-5275

B.D. 2/15/59

CUN000548

wHen Arlen met Angela her mom and dad were already split up. Her mom and dad was very religious. She goes to the real extreme. I was probably about\ 23 when I got married. Angela was 18. D/N/R the actual date.

Was raised in Hayfield, Iowa. Little town. Mother raised his brothers and he. Dad worked for the school system as a custodian. 2 brothers. Arlyn is the eldest. So I was the one that didn't get everything. I was taught good values and I learned how to work for my money. Started working in a local body shop and did that after school – and then started getting into building aircraft parts in hayfield. Year of trade school in Wichita and came back and been here ever since. Graduated from Garner. 1977.

Came back in the fall and lived with parents until spring and moved out. Worked for Winnebago Industries in plastics and fiberglass tool dept. They build Winnebago motor homes.

That's when Angie and I had gotten together. Her mom was wanting to move to CO and she didn't have a driver's license and Ang did and she needed her to move to CO. Then it turned out that Angie was going to have a baby and she came back and we were together for 2 years or so.

Met at the truck stop her mom ran in Leland. She was waitressing. First impressions were that she was a sharp looking gal – very bubbly and good to have conversation with.

CUN0006549

Her mother was quiet and she definitely cared for her family. She was on her own – they had four children. She was raising all them on her own and doing the best she could without child support. She was an excellent cook – in his opinion she provided as best she could for her children.

The religion – I don't know the church she belongs to – they get into the healing and I'm not into it as far as the healing ceremonies goes. She did speak of demons and things like this and at one point she was convinced that Ang was possessed by demons and she was trying to perform exorcisms. This was before Angie moved her out to CO. Not around for any of this. Angie had told me about it. She was upset – any child would be if someone was trying to do that to you.

Alcohol – yes, we'd have a few beers. Drugs – smoked some weed, no powders or nothing like that.

Thought the baby was pretty neat. Glad she was able to come back. We just went to the Justice of the Peace in Garner. A few locations, about 5-10 minutes from Forest City. Bought a mobile home together. The only place we owned together.

Cared a lot for her and was pretty hurt when she left. I couldn't understand why she did what she did in leaving me, and I asked her face-to-face if there was any truth to what I had been hearing in the rumor mill. Then afterwards she told me that she met a guy at the fair and met a guy who took her heart away and she had to leave. She moved to her mom's and I based my decisions and actions on what others do and over the course over the next 90 days nothing

CUN000550

changed so I got the divorce and I had Alyssa for visitation. Then she got on me about a girl I was seeing and I told her she hadn't been good to me either, and we were officially divorced and she was devastated herself about that.

The guy was Kirby Thompson – White Rat – he had powders – some people called them pussy powders. At some point she started getting into that – I'd say probably about that time. The whole town knew this guy – he was well known to cheat with other people's wives and girlfriends because of his powders. Just died a few years ago.

I feel she was a good mom to Alyssa. She raised her on her own and she always made sure Alyssa got to school – had clean and neat clothes, well fed.

Colorado – she came back but I don't remember when. Must not have been out there too long because she moved back in with her mom when she left me.

Can't say much about her relationship with her mom. Never saw the real deal.

Over the years had regular visitation. My second ex and Angie didn't get along and Alyssa didn't always want to come – we always communicated as parents should and spoke for the wellbeing of the child. Once I got over the initial blow and the weight was off my shoulders and I don't hold grudges so it was ok after that.

Terry Degeus – knew who he was – had met him when picking up Alyssa. I especially didn't care for the way he treated Angie. I'd go and pick up Alyssa and she had

CUN0000551

sunglasses on and once I lifted them up and she had a black eye. He had a reputation for being fiery and when I talked to him he was on the cocky side. She wanted to break it off and she had to get a restraining order against him because he just wouldn't leave her alone. We didn't have a real in depth conversation about it – and some things I don't want to know so I don't ask questions. But in my opinion he was the one that was roughing her up. But she didn't want to talk about it.

Alyssa never brought anything up about him. Not when she was young. Even right now it's real tough – Alyssa and I don't talk very much about Angie. I can tell she doesn't want to talk about it. I got to respect her feelings and make the best of our relationship.

Angie says what's on her mind – not bad – this is the worst thing about her. I've seen her in conversations with her sisters where they are screaming into the phone. Best thing is that she is a very loving caring person for her children.

The case – that meth just messes up a persons mind and when you're up for days it just destroys you. That's clearly what happened here in my opinion. Mr. Honken was quite the big king pin is what he wanted to be and what he thought he should be. When I met him I thought he was the best guy I ever saw her with - treated Alyssa real good. He was clean cut, well dressed, talked well. But I was going through a divorce then and it was terrible and went on for 2 years. I just wasn't following what was going on.

CUN0008552

Seemed like a pretty bright guy to me. He was intelligent and had a good education. Met him when I picked up Alyssa. Told her he was the nicest guy I've seen you with.

Honken was from Britt and I had never seen him before. I had seen Terry before up in the bars – he almost had a sign hanging over his head that said trouble.

But anybody that gets pulled over by the assistant chief of police and breaks his collarbone – Dan Davis is tough and out of control.

***get records

If she would never have gotten tangled up with the powders it would be out of character for her. You know as well as I do what that can do. Didn't see it coming because we weren't that tight. Couldn't tell.

She always worked. She did mostly waitressing; she was very good at that.

She had a good friend – Kim Swalve.

Angie got along good with her brother and Jamie. Older sister and she did scrap a little bit. Jamie kind of followed in the footsteps of her mother. Ultra religious.

I remember one time I had Alyssa and her grandma had a resale store on main street and we went in there and she did a bunch of praying over her. Alyssa had a bad headache.

CUN000553

Wife remembers this girl telling me one time, too, she was friends with Angie. In elementary school and they went over there and walked in and her mother was performing an exorcism (Glenda Keough – thinks she works at Bills Family Foods in Forest City – right on 69 – or maybe Movies America on Main Street or Pamida) on Angie and it was freaky and she left.

Angie and I wrote letters back and forth for several weeks there which turned into a few months when they went to CO. I think I met her through Wendy – she brought her out to my place.

Doesn't write to Angie. Couple times with Alyssa that she'll call and I talk to her briefly. One time when she was in Cedar Rapids I took Alyssa to visit her. But very minimal contact.

For Alyssa's sake we hope she didn't get the death penalty. This is really hard on her. Sometimes when school is going rough she'll just be so down about her whole life.

We get along well, when I was going through my second divorce there was nights I'd go over there and talk and sleep on the couch.

Marvea – I saw her grow up, too.

Angie initiated the calls to me saying there's an event coming up and you need to be there. Or she'd call and say you haven't seen her in 3-4 weeks, what's going on.

CUN000554

Never met her dad the whole time they were together over 3-4 years. She'd tell me stories about his wife and she once cut off all their hair.

My second wife's daughter and Alyssa were one week apart. She was harder on her than what I wanted to see.

D/N/K if Jean had a nervous breakdown.

CUN000555

# MEMO

**To:** Al, Pat and Dean
**From:** Mary Goody
**Date:** 6/20/02
**Re:** Arlyn Johnson Interview

I contacted Arlyn at his home (614-585-5275) , we spoke for about 30 minutes. Arlyn was very nice and cooperative during the interview.

Arlyn met Angie when he moved to Forest City in the early eighties. He said that they knew each other for a less than a year before they were married. "A short courtship". It was not directly said, but implied that they wed because of Angie's pregnancy. Angie was 18, and A.J. was 24. He said that during the period when they were together the two of them smoked pot on more than one occasion.

He described Angie as being very into her family. She had a strong relationship with her siblings. "She got along real well with her younger brother and sister". She was however "rebellious" toward her mother. When asked about specific instances A.J. replied that most of her rebellious behavior was verbal. Angie criticized her mother's religious belief and practices. He described her beliefs and practices as "deep prayer, and praying for healing". He went on to mention that at one point Angie's mother believed that Angie was possessed by demons, and that her mother tried to intervene with the demons. It was implied that a specific action was taken, however A.J. did not witness this and could not comment on the actions taken. A.J. stated that he never witnessed Angie's mom's religious behavior.

When I asked A.J. about Angie and her relationship with her daughter Alyssa, he had only positive things to say. "Angie was a very good mom, very caring, and she would give Alyssa all that she could offer". He implied that Angie's relationship with her daughter was very strong. Alyssa moved a year ago so she could be closer to the prison. A.J. believes that she visits her mother several times a month.

When I asked about the divorce he stated that Angie did not like her lifestyle when they were married. He stated that he was somewhat of a work-a-holic. He said that he was simply trying to provide for his family. Thus he worked too much and Angie became bored. He stated that before the divorce "someone" (Kirby Thompson?) entered her life and offered her more excitement. He also believes that "this person" also offered her "powdered substances".

A.J. and Angie divorced when Allyssa was 11/2 years old. After there divorce he said that they rarely interacted. (He could not offer any specific details of Angie's life prior to the crime.) However he bring up the topic of powdered substances again, with reference to Dustin. A.J. described Dustin as clean cut and intelligent. A.J. stated that he would like to see Dustin bear the brunt of the punishment because "those powdered substances

CUN000556

make you do things". He stated that he believes Angie was "out of hand" when Dustin was in her life. A.J. is still in shock and can not believe that this happened.

A.J. described Angie as someone who, "puts on a strong front, and isn't the type of person who backs down from people." He went on to say that, "Angie lived her own life, and took care of herself, she didn't need a man, she was able to rely on herself". However A.J. was not sure if she was proud of this fact.

Recontact for further memories.

CUN000557

5-7-05                    1220-1320

JAMIE JO HAYS        DOB   11-24-65

C: 507671-9771
H: 5073348698

married x 20 yrs

religion in family

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 58 of 100
N000358

ma would just to watch Billy Graham on
TV & listed it as understood mostly he
was ??? — would fill asleep & ma
would get angry or awake ??? ??? lived
mostly when ??? enough to understand
when Jamie age 5-6 GF ??? took TV
out & ??? it ??? she was mostly
??? cartoons ??? T.V. show & the ??? let to
TV ??? ??? too weak to ??? & let
??? the ??? as ??? ??? they
were ??? ??? it

Wesley & ??? made Jamie go down in basement
just as they were too scared
??? having mom around — age 14-15 when
Gm died

ma would ??? them to listen to Bible
study at age 5-6 x 1 hour — seemed
like listed forever — would sleep over
& ma would ??? to stay up
??? ??? ??? — Billy's father died
when ma ??? pregnant ??? — ma never
explained why he didn't come back
??? what happened to her but never ???
to ask about this or anything ??? ???

CUN000559

went to counsel + age 30 as overwhelmed
by questions of her own life & family
called jitter quite after
went to counsel for a couple of years
          └ supporter — helped you grow together
my father was always made the bad guy in
everything.

I love + respect
                  that
- best on a true in [illegible] & [illegible]
- thought [illegible] [illegible]
- [illegible] for [illegible] — [illegible] & [illegible] were
          [illegible] about this if you ever

own two records of Bishop [illegible] — one would
listen to them in [illegible]

[illegible] & [illegible] were [illegible] into the 1/2 [illegible]
      of everdropping to records, or listen to them
when alone

                early demons out

Don't
      [illegible] picked on [illegible] — she had a lot of fun &
      mom thought [illegible] created this fun —
      like a [illegible]

CUN000560

mother & son took her in now & you had a
... & prayed ... her so that demons come
out of her // Angie cleaned ... into ... //
planted a couple of ... — the son
Angie ...

mother & son ... demons out of Angie
when she was young as well

after that Angie felt like was haunted by
the demons after that — ... that the
demons was going to ... her — the demon
is like a roaring lion seeking ... he can
devour

Wendy & Angie ... there were demons in
the basement & ... , then ...
... of ... & ... a figure
... down the stairs // Jamie
was not ...

Jamie did not ... father when he
drove up when she was in 2nd grade

mom ... & had PMS ... me
... ... at all

Case 3:09-cv-03064-MWB-LTS   Document 284-23   Filed 06/23/11   Page 61 of 100
IA000534

so [illegible] hurt had welts on the [illegible] of
the legs & had to be bandaged by [illegible]
[illegible] up [illegible] of [illegible]
because [illegible] kept [illegible] only [illegible]
[illegible] paddle — plastic

mom would yell & [illegible] at the kids

mom spanked [illegible] with [illegible] ju— [illegible] [illegible]

used to hide the belt under the couch —
under black belt — used to whip the
kids
too [illegible] to tell [illegible] what happened
[illegible]

[illegible] closing eyes in bathroom of [illegible]
as [illegible] & it was dark

[illegible]

always mom would tell the kids
they were stupid, [illegible] rebellious
kids, [illegible] never taught to
[illegible]

Jamie got messages from God that Jetter had the power to heal people

Jetter is now licensed Jamie

mom used Jamie to do her dirty deeds, Jamie jarred mom in negative [judge?] toward Jetter & [leader?]

don't think mom loved Dad just used him to make her feel good about herself — Dad said she wouldn't even try

never [told?] anything Wayne went to counseling

when lived on J street was a bathroom w/ Wayne & door not completely closed — Holly was [sitting?] there & accidentally shut door on Holly's finger — [hanging?] by [pieces?] [skin?] — [sewn?] back on

really feeling _ _ they a really bad place
& wanting to leave

stayed in little house apart from others new house —
mom never explained anything

[h]e ___ into the kitchens — had to feed the pups the
dogs & kittens got no litters — usually a
pig/sow had kittens in her mouth & all the
other pigs pelting it

Wendy touched Jamie — really sleeping on floor
in nights & made Jamie not be wasted —
Jamie protested by he'd will get dirty — made
her do this would'nt stop until Jamie did/
he must have did this to her — made her have
an orgasm / sleeping on the floor


Angie & Wendy got into perverse sexuality after that:
— drew pics of naked body parts on paper
— Wendy & Angie got into pornography on pictures
      post Pillows
— stuff they instilled on TV, clothes they
      would wear — both 2d seductive
      sexuality after that — wanted to frequently
      draw attention to themselves

Jamie does not like anyone touching her — even
going to doctor/ had a lot of issues to deal
you manage — sexual problem from duty &

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 64 of 100
SCAN00562

met age 15, married age 19, daughter age 13

needs maps of [illegible], church, prayer →
asked for help [illegible] books, went to early
childhood classes

learned to [illegible] for support outside of family —
& getting away from family

[illegible] never shared anger or feelings [illegible] —
[illegible] that she would only [illegible] that
James was a stubborn unforgiving child

[illegible] was the only wedding mom & dad were
[illegible] / told [illegible] not to
buy a black dress [illegible]
anyway
[illegible] walked her down the aisle

Kim came to [illegible] when June in 6th grade
& [illegible] was in 10th grade → I was like
[illegible] [illegible] parent
was like Kim was mothers [illegible] in [illegible] the
children but had unusually close to [illegible]
mother [illegible] mother to [illegible] — [illegible]
[illegible]

UN000665

mom only used mom, never loved her

Ron Fox liked Jamie
mom never intended to marry him — had her
on a string to help support the family
never knew of him being molested

Jamie worked as a dancer when Glynne was
age 2-3, overcame to Jamie's apt & just
needed to sleep
mom also knew that Jamie was a dancer
___

Terry DeGuros —
Jamie was captivated by her — couldn't think
for herself
Jamie had to ask Terry for permission to go to
niece's B-day party — and when Jamie'd
always been so independent before
Jamie was sexually addicted to Terry — like drunken
love up her & hung her cause the title of disclosure
to hung in public
Learned Terry was abusing Jamie — mom told
her that it was getting bad — almost knocked her
arm behind her back

Dustin Border

UN000566

Jamie over g___ ___ ___ Jamie & hoped he was better

6-6-08       0925-1016

JAMIE JO HAYES    by telephone

note

Holly has 2 children & is pregnant
- Haley (12) - gotten on Tracy THORNTON, just meet
  a few mos ago when he walked up

- now pregnant by husband

Jamie - Ø drugs Ø etoh / 1st marriage x 20 yrs
- HOUSTON (19) - 5 mo doing we moved 12-24-85
- STEPHAN (17)        } TIMOTHY
- HARMONY (15)

Heather just completed 1st yr in college &
  made dean's list, Ø etoh/drugs Ø NP

Stephan - will be a Jr. this Fall, Ø etoh/drugs,
  Ø counseling for a little while x 2 semesters after
Harmony - just finished 9th grade, on #1/712
  in her class

Jimmy - just married
♂ GABLE - (7-8)
♀ MORGAN (9-10)

Aunt Darlene was close to kids growing up but
now disinterested or if don't care for them

( mother to Carol Nierr's ex-husband
her husband abandoned Darlene & the kids
Ronnie Niles
3 children:

RHONDA: grad HS, hung around w/ Argie & Holly,
pregnant when married, 3 relationships: JIM CHRISTIANSON / recently remarried
PATRICK WORTH / 3 children
DERRICK - married

RONNIE: grad HS, DK drugs/EtOH, recently divorced

ROBBIE: dropped out, thinks he drank & drugged

- does not think any of these cousins had been in trouble
- Darlene & Uncle divorced but they remarried but he
  never turned in papers so 2nd marriage not legal
- Holly was molested in Colo by man at church
- Jamie came back from Colorado to live
    because of Aunt Darlene & cousins

Pearl Jam had moved unannounced to Ly
  father's home in Commerce City, Colorado
  (1981-82) supposedly to recover my son
Holly was molested by Lowell → the pastor
  of church they attended → Jamie came back
  put her own around her dad

CCUN000569

offensive to kids or them saying or passed on
by own needs - couldn't see how it was
affecting the kids

---

Uncle Steve (Albert) - was disabled, married
Maggie

TAMMY - angel kid & troublemaker / very morally active /
depressed

JODY - DK outcome

CHRISTINE - kidney damage - Rita thought God would
heal her

Uncle Steve
had 16 yr old daughter that no one ever knew of

Aunt Rita is main half sister by albert &
2 step-mother Madeline

Madeline & Flossie were best friends & Madeline
began to write he in WWII, on his return he
left Flossie for Madeline

Rita didn't go to funeral

RITA - also has religious disorder
- Dani was killed in auto accident, had much
w/ dam

ask how old Rita was when she just had

Rita had 2 children:

KIM → was already gone when Jamie
went to live w/ Rita

— R. Roach
Rita: 303-288-8352
6411 E. 68th Ave
Commerce City, Colo 80022-2455
resides in Albert Sr.'s house where she
inherited

Wesley made Jamie touch Wesley's genitals —
awakened Jamie in the middle of the night
while living at the Dillows — never told
mother & had learned that would get slapped/
hair pulled/told stupid/act like she didn't
like me → if told mom → it, mom didn't
want to hear

little affection from mom — mom displayed
the right religious behavior

at age 15 Jamie accidentally dropped new jar
of peanut butter & jarricks & had to
mother about it & saw own neck — was
temper

Wendy & Argue had sexually explicit magazines & books
when go into teens - Jamie was disgusted by
it - it was perverted - photos & text

Wendy had more men then Argue - are naughty
another, was proud of it
Argue tried to have sexual relat & tried to make
them work - tried to make it last

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 71 of 100
GUN000571

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY 83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO: Pat Berrigan

FROM: M. Goody

RE: Johnson

DATE: 12/14/04

INTERVIEW OF: Jamie Jo Hays

DATE OF INTERVIEW: 12/14/04

PLACE: her home
23287 Bagley Avenue
Faribault, MN 55021
507-334-8698

B.D. 11/24/65 For years her mother made her think she
was born in 1966. I figured out my age and the year when I

CUN000572

was in high school. It's really 1965, I had to figure it out on my own. There's something more behind this, why would mother lie to her. I heard this all my life I was supposed to be a boy – not the boy she wanted. Angry that she mislead her. Even my father knew, but I never figured it out until later. I grew up with a lot of anger I suppressed because of stuff like that.

She immediately describes for us the presence of this stuffed dog that Wendy had sent her. Told her it was Henry – but it had been a lie. Angie told her the truth – it had been a bear named Henry that Wendy had taken from her and burned in a barrel. So people have sent her in the last 4-5 years – there are 200 of them – in every room. They represent the kids that have come to her house and stayed and her kids. When Marvea came she had each kid pick up a bear.

I never wanted to be separated from him (my dad) because he was my best friend. Wendy and my mom took the most important things away from me in my life. That was so hard on me. I went to counseling back in 1996 for a couple years but I realized that some things will always hurt me because you can't ever replace a loss. My mother had no idea how anything she did hurt us and she did what she wanted to do and had to do – she didn't care what the effects were on us. Angie and Wendy ran away and quit school when they were 16.

Wendy and Angie rebelled really bad. Mother was miserable. I knew it would hurt her if I did that so I didn't. It wasn't until I turned 30 – I started asking why? I was calling people up in my family and asking why things happened

CUN000573

and they got mad at me because they didn't want to talk about it either. I had to know.

I was either going to kill myself, leave with my kids, stay the way I was, or go get counseling. It took me a couple years to get through that. But I made it.

Angie wanted a relationship that worked for her and tried anything that would replace the missed relationship with the dad. When we were growing up. My mother told us we were stubborn, rebellious and unruly children who didn't get along with anyone. You have to compromise – instead she tried to control us. We never had a free choice to decide anything. When I got married and left home I'd have trouble making any decisions – I felt my mother didn't like it – controlled me even then. My husband said that she controlled me unbelievably. My mother would treat me/us like she didn't like me and I couldn't handle it.

Born in Kenosha, WI. Pearl and James are her parents.

Wendy – 4 yrs older
Angie – 2 yrs older
Jamie
Jim – 1 year younger
Holly – 7 years younger

Parents were living in Kenosha – dad working for some company – Ford Motor Co. D/N/K how long lived there. Mother said her dad wanted to be closer to his parents and family. So they moved back to Eau Claire, WI. Has pictures in that town at 2 years of age.

CUN000574

Slides – Dad told me he gave the slides to Jim and Shelley. He said it would prove they had a childhood. We had never seen the pictures my mother had none. I had all them slides made into pictures. Wendy tried to manipulate and she has the pictures. She keeps everything whether or not she cares about other. Never gave them to Angie because she wasn't acting very good at the time. We didn't want them destroyed.

Angie has reconciled with her dad. She needs my mother, I don't. I can't handle that difficult relationship. Nothing ever changes with her.

She made copies of the pictures.

Dad made the Santa cups in 1971 when he and Cookie were married. Jim doesn't have his because mother won't give it back.

The whole house is filled with stuffed animals.

**Photos**
Wendy
A-2  PJ
A-3  Dad
A-4  Wendy and Angie on the left
A-5  Mom
A-6  Dad
A-7  Dad
A-8  Wendy in front and Angie in back
A-9  Angie
A-10       Wendy
B-1  Mom and dad when they liked each other

CUN000575

B-2 Mom and Jim and Angie in background

B-3 Swans at park- every year dad takes me there – I remember feeding the swans in Eau Claire

BB-1    Angie sleeping

BB-2    Wendy sleeping

BB-3    Jim sleeping

BB-4    Jamie sleeping

BB-5    Me, Angie and Wendy – dad has such a hard time looking at the hutch because mom sold everything he bought her so she had money to move. When they got divorced people in his family had to go and rebuy it so they could not lose it.

BB-6    Wendy and me and Angie

BB-7    Mom

BB-8    Jim, Angie and Wendy

BB-9    Jim

BB-10    Mom

BB-11    Car?

BB-12    Angie

BB-13    Dad and Angie

BB-14    Dad, Angie and twins, Linda and Lorie – cousins and cousin Barbie – she was younger than the twins. Remember we were close as kids with cousins        (Winnie)

BB-15    Linda, Lorie and Angie and Barbie

BB-15    Barbie with the twins Linda and Laurie

BB-16    see her list


Angie never believed he loved her – dad – mother had us so confused. She said terrible things about him to us.


Linda Blakely Snyder in Illinois and Lorie Weber is in Eau Claire. These are cousins they barely knew.

CUN000576

My mother just cut us off from the family and we didn't know why or what we were missing and I figured it out myself.

Laurie J. Weber
4789 Northshore Drive
Eau Claire, WI 54703

Linda Blakeley-Snyder      "Tim"
18099 Briar Bluff
Coal Valley, Ill. 61240

Daughters of Dad's sister, Winnie. Then Barbara and Daniel.

Marvea is present for this interview and she shows us her Memory Book – it has clippings of news articles, photos and pictures her mom has made her. She tells us about when I was 4 my mom painted the gym in Clear Lake, Iowa and my picture was in paper for that. ***GET THIS ARTICLE.

She will send list of addresses.

Saw dad maybe once a year. Mother made it difficult and didn't put much effort into it. Cookie said one time that they took us to a hotel and gave us our Christmas presents because they were afraid that we weren't getting them. My mother never taught us how to say thank you, write letters, keep in touch. They never heard that we got the stuff. During the summer we spent time up there because it was a break for my mother.

CUN000577

When we lived in Columbia, Iowa – 2nd grade. My dad drove down in a green station wagon. He said to me – do you know where Wendy Johnson lives? I said yes, and then she sad, Dad! Then we went up to Dad's for a while.

K - ?

1 - ?

2 – Klemme

3 – Forest City

4 – "

5 – " kind of a difficult year/part of the year in Thompson, Iowa and part in Fertile, IA. There was some bussing going on.

6 – FC

7 – FC

8 – FC

9 – FC

10 – FC

11 – then mom got big idea – 1982 – miserable time – moved us to CO so she could live with her dad. Had to live Rita, mom's half sister. Rita Roach. Commerce City, CO.

12 – graduated from FC in 1984.

We came back after being in Denver, CO. Were down there for 8 months. Bad time, what my mother wanted didn't work for anyone. I flew back myself because I was so miserable and unhappy. I left them all behind. I lived with my aunt in my house and I was happy because I went back to where I was supposed to be. Nothing mom did ever panned out – went from back to worse.

In Kansas, she told me she wanted to start an orphanage. She didn't realize it at the time. I never thought she wanted

CUN000578

to leave us there. She wanted to start it with us. Angie felt this.

When we were in Thornton before she went into labor. I looked up at her one day and she was wearing this dress. Then one day my mom came home with a baby, 1973. I didn't know she was having a baby. I remember she made me pray for hours down on my knees asking God if she would have a boy or a girl. I finally made something up so she would leave me alone.

Mom was disappointed again, she was a girl. She didn't enjoy having kids – we just made her life hard – she had kids and she was supposed to take care of them. She started working – and started not coming home at night. She had four kids and my dad had to start going out to look for her. He found her a couple times with some other men. She met Holly's dad at a factory she was working at.

Holly's dad was killed in a car wreck. She had planned on marrying him but he wasn't divorced yet. Tough time. I remember her being miserable and I think she had a breakdown back then. She had a lot of anger and she took it out on us – she always had to blame somebody.

We don't know her, she never let us know her. There was no history before that marriage. The only way you can find out is to ask questions of other people.

My dad said to me when I started counseling – there's some of this stuff that you ain't going to want to hear. So he did, told me his side.

CUN000579

Angie and Wendy both rebelled. Drank, and did drugs, ran away and knew how they were dealing with this wasn't right.

I think my mom subdued us through fear. She beat us with a big long belt – wide – when one kid did something wrong, we all got it. We were too afraid to talk about it. We used to hide that stupid thing. I remember the thing disappeared. My dad's mom came down. Big house on corner, church right next to it. On Paul Street. I remember the day we went to the house. We found these statues in the snow. Thornton, Iowa. My grandma knew what was happening to us and we hid the belt from mom. Mom was in the kitchen. We pulled it out from the coach and my grandma stuffed it in her purse and she took it away. Made my grandmom feel good – that was done to my mom. I would think. She never told us about her life.

We didn't know mom. I told Angie I don't hate her. Not healthy to have a close relationship with mom. I keep it like this so I don't hate her. If I did something bad, she pulled my hair, called me stupid and slapped me and treated me like she didn't like me. I knew I hid inside myself and you become invisible to protect yourself. That was the way you got along with mom.

As I got older I started seeing things differently than my mother did – felt like talking about it but didn't. My mother could never handle having anybody thinking differently than she did. I knew it wouldn't be accepted.

Angie – when mom mad at her – I think she was more mad at Wendy than Angie. She was not understanding – she was

CUN000586

more of a punishment woman. I know Angie and mom argued a lot, as Angie got older. You never knew why anything was happening as a kid. The idea behind everything is that something is wrong and I just can't figure out what it is – that feeling (cries) I have never goes away and there's nothing I can do about it. But mom never explained anything – or why things were happening. I never even knew why Angie and Wendy left home. To get away from Mom.

The religious things – the extent she went to to make us holy. She forced us to watch Billy Graham on TV. She'd make us sit at the table for hours and hours even as little kids.

One time Jim and I were in trouble because we were afraid to go into the bathroom because it was dark – no one would ever turn on the light. So we went in together and I closed my eyes while he peed and he closed his eyes while I did and we got in trouble for that.

My grandmother lived with us – and she was involved within a religious cult. She had a thing about devils. Everywhere there were hidden devils that would jump out at you. There was this tremendous fear that Satan was in the house and the devil was in the basement. We played church in the basement and then one day someone said the devil was there and we were so scared.

One time drove around for three days because the end of the world was coming. Things worse when grandmother living with us – my mother wasn't strong enough to stand up to her. She was weird and I knew it but we loved her.

CUN000581

Grandmother died in Orange, CA. I asked mom one time why she never came back and she said, She never came back because I told her that you kids didn't want her back here. My mother said she called and wanted to come back but she said no the kids don't want you here. Can you believe it?!! She actually told that poor old woman that it was us kids that didn't want her here. We felt terrible because she never came back and died alone.

Wendy and Angie were terrified because she played these records where people were going through exorcism over and over. My grandmother's behavior bothered them. Couldn't have friends come over because grandmother used to beat on a tire down the basement and make noise. I suppose my grandmother got sick of that stuff. She cleaned the house and cooked for us.

Florence Eleanor Limesand. Orange County, CA of a bleeding ulcer. ***Get death certificate.

936 west J Street – FC, Iowa. Exorcism records.

Divorced – 1968. Dad didn't want the divorce.

D/N work on Friday. Only works Sunday through Thursday.

CUN000582

5-7-05          0805-0855

KIM SWALVE          DOB 2-26-56
641-584-2752
interviewed in Mason City w/ Dr. Bill Joyer &
Mary _____ // _____ Berger & _____ at 8:50
met Jean & family in 1978-79, Ken worked
for Jean — Ken's uncle Ron Fox was going w/
Jean & introduced them

Ron Fox worked as a redneck, involved in
livestock trading & bartering // Ron & Jean
dated off & on x 5 yrs

Ken graduated HS & then U.S. Army in 1974 &
discharged 1977 → was medic stationed in
Ft Hood, Texas

Ken collected unemployment post Army & then Ken
_____ by in _____ at Jean's _____
_____ ( _____ & Shelby's )

                    outspoken
Ron was casual drinker, vocal, not religious;
was in love Jean — he cared more for her
Ron & Angie got along well
Ron now resides in 4-Cities area

Ken & _____ Gail ( recently died by cancer ) both
began working for Jean, Angie also worked there
_____ not in _____ → both Wendy &
Jane Goodman

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 83 of 100
CUN000383

Jean was very friendly & easy to get along
with, cared about her children

Jean never got a drivers license — Kim moved in
up there so could drive Jean back & forth to
on errands — the only Jean did not have a
drivers license

truck stop was actually a community up there
catered to area farmers

kids got along well, there was a religious
faction

Jean didn't go to church but did it on her
own — read the Bible & prayed a lot

Jean would pray over new the kids to be sitters
or cast out the demons → might last up
to an hour — Jean would look for a
sign like a cup or a mirror & indicate the
demon had left

Jean really got into the casting out demons in the
last 1½ years there — around 1989-90

Kim lived in [___] Jean 1980 in south to 1990,
then went to [___] 199?
Holly was age 2-3 when moved

Kim no longer in contact w/ any of them —
Jamie tried to keep in touch but others made
little effort

Kim is from large blended family of 6 children, father
was gone as truck driver & stepmother was
a drunk & a floozie / stepmother only
saw note one when she had cancer
Jean was a positive contrast to her own stepmother
Jean was good to Kim

Angie was around age 15-16 when met
her — quit school to help out more in
restaurant
Angie was easy to get along with — was Kim's
favorite
Occasionally Angie would go out w/ JS & smoke weed

there's relay rarely any of them reported on Angie — things
like that didn't go on in normal household
everybody pretty much knew how Jean was as she
was vocal about her beliefs & tried to get people
saved — quote scripture / never talk you into —
more individual mentality

Kim ___ touched of kids, provided more guidance but
no family activities

CUN000585

Angie was dramatic & caring I like them was
both Ron & Jean set limits on the kids, Angie
reacted well to him &

           kids didn't have a curfew

— Ron would say things about the kids that didn't
make sense — that the kids were trying to come
between them by telling lies on Ron — not sure this was
actually happening

Ron & Jean lived together when Kim just met Jean,
but didn't thereafter

Angie got along well w/ siblings — had a protective
role // she was not a bully

Kim always liked Angie — went diving, walked
bears, went swimming in the pits
      ⅃ pulled out a snake myself

last saw Angie in early 90's — around 1991 — in Clear Lake — lost contact
met Terry DeZeer x1 briefly / never met
Dustin Honken

Jean s & spoken tongues — the process of
casting out demons
Kim got caught in the whole system of
demons being in the children — in the
Harry Chapel Camp _____ they do't [sic] taught
the same thing

UN000586

Kim
5

in they claimed they laid on hands, spoke in tongues, did healing - supposedly

Kim began to get disillusioned by this beliefs system as evangelist sought money, & saw no proof of dealing

Jean was primary source of development of these beliefs for kim - was young & looking for attention & a master figure

Kim has never married & 0 kids / now works for North Central Human Services - prior worked for Weinberg

subsequently was recently disillusioned, very full blood siblings

Jean was not involved w/ any other men besides Rob // 0 romance involvement between Kim & Jean

Argue & A.J. got along well, she cared a lot for him - & only ended as didn't spend much time together after Argue married
not aware of Argue seeing any other drugs

Case 3:09-cv-03064-MWB-LTS   Document 285823   Filed 06/23/11   Page 87 of 100   CON0005873

Kim

_[handwritten, largely illegible]_

... in disbelief ... no charge against Angie — expense ...
... where kids covered or who liked kids ...
... the ... well-protection of them

CUN000588

5-7-05

MARK JACOBSON                    age 50

husband of Wendy by telephone

1988
      met Wendy Jan did everything in
      his power to break them up

today Wendy's attention away from Jan

HS grad 1978
went twice to college
criminal record - DWI (1995)
      B_ when drunk (age 24)
was computer program analyst at time met
      Wendy

impact of childhood
Wendy is easily guilt prone about everything
depression over Argue charge - _ up _,
      guilt let Argue down

Mark had Jan from previous marriage
      step daughter - Lisa
      daughter - RHIANNON
children of marriage

Wendy:            _ _ her - drunk 12 at _
                  56" waist 350-400 lbs

CUN000589

Brook (22) -

5-7-05 1136-1212

MARVETA JANE HINKSON "JOHNSON" 2-14-94

- in Mercer City w/ Dr. Logan, Bergen, Wilmer, Goody
- daughter (w/ Dustin Hinkson)

doesn't drink caffeine or takes homeopathic remedies → started from Aunt Jamie

lived w/ Aunt Jamie x 1½ yrs

prior lived w/ Aunt Holly almost whole life

moved as was getting harassed a lot at school w/ kids saying her father had killed 5 people & murdered too

(Holly's daughter)

ice balls thrown at Marvea & Hailey (11) — same age

Blake Swinefurth was the worst

at school now is treated like normal kid — private school in the county — none of kids know anything about family but some of the teachers do

mom — loves her very much, good relat. → she trusts me, doesn't lie to me, bought me my b-day present next ... will take ... [illegible]

writes letters to Manuel — often every day —

[illegible]

[illegible]

schedule is busy

mom calls on phone every couple of days —
how stuff has been going / tells about
God & pray for her because he don't believe
in God anymore

spoke to Dad on phone yesterday — do debate →
have we [been] debating why Christianity is real / faith
believed in God who judges — he tells her interrupts
& he says _____ which is true

          and not by image for all the animals
          at least of Adam & Eve

I think he's going [nuts?] or so.
he and I don't get enough down days [then]
see _____ stuff

we study it a little more & then debate again

mom believe in God & we have a Christian
relationship — she has a little faith & trust
in people

both parents say they will never let _____
that our faith is _____

CUN000591

thinks Jeff killed the 5 people but knows that mom didn't - why would my mom do that when pregnant w/ me & the two
doesn't want Dad to get the death penalty -
heard all kinds of stories about Dad, the reason [illegible] pregnancy w/ me & that Jeff killed that [illegible]
heard Jeff did drugs & Dad [illegible]
He killed 2 people

[illegible] Marion has to go testify - knows mom didn't do it, have daughter to take care of
[illegible] penalty [illegible] jury - I don't want anyone to die

Testify about DP for Dad but for mom doesn't know

[illegible] up to [illegible], [illegible] all [illegible] w/ mom
before mom went to jail - [illegible] Marion had to walk 2 blocks to school & [illegible] to [illegible] across street & [illegible] to get [illegible] out there
[illegible] because Marion [illegible]

mom gives her advice → tells people who ask what they want to do & she tells them they are ... because ...

... mom ... write of mom

mom hugged & kissed her all the time really misses her

recalls day mom left ... Mom got down & quick — told her to go outside & gave her kiss & hug & mom ... cried & cried, she was in ...

... they ... said she was going to COLOR RABBITS

... bed of mom — just ... held in true life ... snuggle & sleep at, now slept in the ...

have not had contact ... since was age 6 misses her a lot & still pretty sad about this

memory book — mom would send mom paper & ... got the ... to put memories in → ... 2 binders ... lost teeth, they ... from mom

One of mom's foster girls sent Marvca a [illegible] girl [illegible] where [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] a lot of drawings

notes [illegible]

[illegible] Tuttle a long time ago who lived by Aunt Holley

—

[illegible] left when age 2 — I don't remember [illegible] he left

[illegible] can't tell much or deals w/ legal stuff, mom r deals w/ legal stuff too

—

[illegible] had a normal life — [illegible] normal life or just [illegible] [illegible] had to move

—

didn't go to school one year

CUN000594

5-7-05    0933-1106

WENDY JEAN JACOBSON   DOB 1-4-62

H: 972-286-1335

earliest memory was not being able to find Jenny into crib holding behind a chair eating because they had bought her — he was very tired growing up //

Just lived up Moor Flower in Moor City Iowa when Wendy was about 4th grade → so many religious things going on:

end of world
— we ran away from the end of the world in a car parked in like sandwich: Jan, step or lady, Florence, 4 kids — in sedan

Florence awoke in middle of night expects led everybody in random & sister would come like a they in the night — rode around x 3 days — hallucinating & saw clouds of jingling from not being food x 3 days — might have stopped x 1-2 for water

Jen had slipped & fallen in Colorado & cut leg — still found the shape of an arrow → Jen sat in front & whatever direction the arrow pointed drove to direction she wanted us to go — at night

Case 3:09-cv-03064-MWB-LTS    Document 284-23    Filed 06/23/11    Page 95 of 100

followed burst light in the sky // saying &
watching the sky for the end of the world
times — saw clouds of fire — a cloud of
fire coming from behind clouds

children were pretty nibbled for what going through
it cause told them had not ??? — these
people got pool from McDonald & everyone guess

so hungry
the no just began to vomit // got blood up
up & then ??? up

person at Oak Park Church in ??? City
convinced them not the end of the world
no subsequent discussion of what had been going
on

<u>casting out demons</u>

Argue probably the spirit ??? — what they
had to do was ???
casting out deceased dead demon → ??? ??? & Jen;
??? & Jen would hold Argue down & ???
was at the head waving the Bible & casting out the
deceased demon // Argue ??? & cried —
the look in her eyes of terror & please help
me

one of the times ??? ??? leave to close → &

...

order and "get thee behind me satan"

(on wood floor
Argue ~~struggle~~ & had to be held down,
and, moved, thrashed about and she was quiet to
carry out demon or argue happened after —
argue was under ROTS & duplicate →
but the dezy & dub demon

couldn't get to attention & that was the
dezy demon
& dub was long trouble of realization

→ when she was so weak she was still &
couldn't struggle that's when the demon
was cast out
took place in dungeon area in new area
occurred wherever they ttempr~~ would be~~
then → x & 3 waks lasty at least
~~30 minutes~~ at age 6-7 x 1 yr
when ttempr — even after was
when older & delivered demon from kids when
older — any expulsion of gas, cough, sneeze
was sign of demon being cast out

Florence & Jean would argue down on either
side, Wendy was there watching the

CUN000597

Wendy doesn't know if she believed anyone had demons in [her]

in their belief system demons [lived] [with] them they were everywhere

the 4 little kids checked each other [heads]
daily as [a god] would have the mark
of the beast 666 on their heads

[giving] up [so much] fear — fear of [God] &
fear of [devil]

[Jean would say] if there was an unclean place
[that] [the] devil could take up
residence there

if [I] did not have the gifts — [speaking in]
tongues, [slay the spirit] — the devil
could have [you] [want] [to] [help] it
but knew [that] [meant] [not] if you
not pure if [I] couldn't accept
gifts

[only] attention [I] [got] [was] if [Jean thought]
God had given [them] this [marvelous gifts]

did not [get affection] [or] [just] [hug you] —
only if [I] [had] to do if [God]
[really] no affection for [school]

CUN000598

getting beat up daily as [illegible] [illegible]
to talk to peer about [illegible] got [illegible]
of the [illegible] → kids moved [illegible]
[illegible]
go to school & eat breakfast & lunch or
stay home & only had chocolate milk
but no food until [illegible]

getting [illegible] many days → everyday
was pretty much the same
never really [illegible] into the [illegible] as
kids, never really [illegible] to [illegible] as a
child — doesn't really [illegible] a
[illegible] // mom gave chocolate
milk in a glass

<u>Florence & basement</u>

Florence [illegible] & used [illegible] — he thought
she had demons
she went on [illegible] up but to get into coffee
can to get demon out // [illegible]
even as teenager [illegible] afraid to go down
into basement → only [illegible] was
in basement → were afraid to go down there
to [illegible]
the demon never [illegible] away — [illegible] in basement

we opened a demon could go from one person
to another                    demon delivery

at Oak Park Church cast demons out &
my didn't say go into kids be s no more
more welcome on earth — my didn't demon
could walk on the earth freely — well
forgot to say the

Part of every summer the demon would be
cast out — seemed like there a couple of
times a week

___

Jean told Wendy that story about surgery
I just know & asked Jenny God
asked her to tell Wendy would take a Jean
said yes

life had no meaning, life was not sacred —
it was something → we lived to die →
that's way

___

Wendy had the lesbian demon cast out
of her by Jean & Maxine (?) because
was a boy girl

Kim twelve was present in the earlier years —
she thought of Jean a mother figure
everything revolved around self my wanted

just to sleep