Ken got into religion thing w/ Jean, helped
but not denom as did Maxine

even when Wendy in elementary school Jean
was costly denom out of her kids

they interpret the bible to mean certain
things — if had been installed r.t. & had
would itcaught it → to Jean that would
be God's word

Jean interpret event around her as signs for
God — r.t. come in the mail

Jenny had a toy mailbox & telling about getting
mail from her imaginary friend — then —
a couple of days if got check in mail then
her mailbox interaction was a sign for
God that this would happen

Ron Fox was a bad guy — Wendy had been
sent to live w/ her father, then Jean wanted
Wendy to come back // Jean was going to
marry Ron
Ron was heavily up her Jrs & didn't care if
women or guy — yrs later, Ron got physical
w/ Wendy was Wendy argued w/ her daughter →

Case 3:09-cv-03064-MWB-LTS    Document 284-24    Filed 06/23/11    Page 1 of 100

began telling her of past

they have used Jesus or argue at one point
in an argument as she worked up him

Wendy ended up in jail for a couple of
years 8th - 9th grade → development
sent her to jail - maybe because doing a
way for a long time
Jan and Bob gave her the most that
Wendy didn't take instruction

almost every writer out of Jean's month
told Bob in at // Jean's can't junction
upon things of God coming into it →
Wendy has a real problem up this // Jean same
is like this too
we didn't have a clue about religion growing
up

Jean wanted Wendy to buy things on thirty so
Wendy did, came time to pay for it so
no money to pay // because was telling
about keys of Jesus & you want church to
expect God to come // Jean wrote the
checks & told Wendy if she didn't have funds
of the checks didn't clear -- so the
Wendy's fault when bounced

over $2,000 in the checks

[illegible handwritten text]

Dallews [?]

[illegible handwritten text]

[illegible handwritten text]

Case 3:09-cv-03064-MWB-LTS   Document 284-24   Filed 06/23/11   Page 3 of 100
00002603

out [illegible] a had [illegible] —

kids were left to [fend] for themselves

w/ Bobber & Ted Dillow

saw Jean sleep underwear — Ted Dillow

had bought the sleep underwear for [Carline] —

her daughter: Carline ②, Jeanne ③, Shirley

[crossed out]

all 3 of Ted's daughters had to take

nap w/ Ted / Wendy was escorted to

Ted's room & [told] she had to take

nap w/ him too

[illegible] to lie on bed — on side facing door —

he [grappled] her, [pressed] his penis against

her & [rubbed] until he got off, then

he rolled to other side & they [way]

were over / she had her clothes

does not [know] any [happened] more than

[once] though he said next time she

would have to lie on her back

does not recall anyone [saying] otherwise

in later years Wendy & [Cngee] talked about

the Dillows when in the 1980's →

[Cngee told Wendy that she had to [go]]

Monday
11

in bedroom of Ted & that he molested
boy & Wendy told about that day
~~it up boy // Wendy was in 5th grade
when at the Dillons //~~ bathroom

room in Dillon house that no one was
supposed to go in - Inger went in there
& said there was a dead body in
there → HO: getting some kind of cloak
for it

Farm animals were so hungry - one time
the pigs ate a live cat that crawled
into pig pen
One came out of house to give cats & they (chicken)
were so hungry climbed her like a tree -
was attacked by the cats
Indian boys at the Dillons were so
unread - not baby little boys but so
nervous they chewed holes in their shirts
Bobbi Dillon was so mean to them - one
chewed hole in his shirt → Bobbi lined
Indian boys up & drank from Pepsi
money bottles in front of Wendy & made
make them drink water from pig bottle
because they had chewed holes in their shirts
Once Jenny playing w/ Indian boys & Bobbi goes

CUN000605

angry & was going to knock his teeth out
Pap's tooth loose → Wendy said
you're not going to do that to my
mother & told Jimmy to move & Wendy
jumped on Bobbi & knocked them down

Jim came back while Wendy had Bobbi
on the floor → were still there
after that

at Dillons Jim June/July to January

sure told mother about what was happening
at that time

can't recall when Jim told Joan of ex chores

once cut off a chickens head & it clenched
as around - it was horrible, it was
scary
once killed rabbit & put rabbit head
over a big log board & hit it/her twice &
eyes bulged out

would saw this
recall things nervous & squeal →
for food

CUN000606

... Bobbie ... the little Indian boys who were preschoolers → like a rag doll & heads flopping

Indian boys had no better ... valuable ... or ... than did ... Dillon

does not recall ... ... coming to Dillon for inspection

Two other boys — "Neal & Don" were there — they were older

both mean to Wendy & sister

left Dillon on June 30 ... off because hubs expected to clear ... ... storm ... mud up to knees & didn't have proper clothing — all the kids even Jim & Indian boys

shortly after kids were ground-sled to hut where no running water ... lived all along in hut where was no running water I think Jim stayed in hut ... the little ... ... but ... no running water

Jim would have to go to ... & ... get ... for them after ... ...

Wendy wrote letters to ... to come see them but ... if ... were ever ...

didn't know how to ... ... ... could have ... ... ...

Jette

before 7th grade Jette came to visit
once in awhile

began to spend summers in 6th grade
or took them to Salt & Jane ? was
present in New City area → & again
about 4 yrs later

mo never ? to know where children
Gm send after them where kids were so
then Jette would know — went to
Gm Sun's after came back from Hillview
at Hillview

if didn't eat food or didn't like the food
would save it for you the next day —
okra, black eyed peas, raccoon &
squirrel

— Jane used at Gm Sun's ? when saw
Gm threw out leftovers at end of meal or
things they would need or
— Jean said she "prayed in" groceries //
Wendy would go from door to door
doing odd jobs & selling in 4th grade to
make money for household food & school
supplies → weekly need money to survive

Jean told Wendy that money was a gift
to her after [...] for [...] dream that he
[...] offering plate in church Jan

Jean was not truly outwardly [...] when
Wendy was going from door to door day [...]
[...] for money

Jean didn't [...] until moved to [...] city
when Wendy in about 9th grade [...]
bought [...]

[Skip] Jean did all day // got [public]
existence

Kids always [...] in money to help pay
the expenses — Wendy didn't [recognize]
[...] — now see
[...] efforts of Jean

CUN000609

1025 -

Wendy

Rita's mother was Madeline, who had been jwrds
of Florence

Heard that Rita was involved in witchcraft at
one time

CUN000610

6-5-05 1615-1735

WENDY JACOBSON by telephone

went to Salvation Army, they stored up Cookie

Cookie's children got an ottoman & passed on poxy game

Grandpa Jerson burned all of our toys because they were [idols?] to God, also destroyed the TV

recalls Cookie getting pissed off periodically at Jean

Jean always badmouthed their Dad, in later teens Dad & Cookie badmouthed Jean → about maritage Hill when father caught Jean having an affair w/ a guy

Wendy thinks religion came after the affair w/ Jean's [...] God turned her [...] up Bob & considered them [...] OK — though Bob was still married

the way people engage — cause & effect in [...] God speaks to her → if "pushed" would open her Bible & just read where she looked — as [...] God communicating to her → & would act on that [...] as directed by God

CUN0006144

Jean writes prolifically since lived in Mason City —
thinks she has nerve disorder

Jean's 2nd husband Maxine Abbott — was also involved
in denom deliverance stuff & therefore our
daughter had demons that they cast out
Maxine moved to a town & got involved up escaped
convict — couldn't get job in this state / Maxine
told Jean who gave him Jerry's SS number so
he could get job & support his wife
Jean rationalized that he wasn't an escaped convict
or had just walked away / Jean initially
denied it until after Jean wrote a long letter to
Jerry explaining it

Anne had some curl in her legs & her eyes were
out & would growl when angry — Anne was
in 7th & 8th grade when demons were cast out

Jean told Maxine life be delivered demons after
her mother no longer around him
Jean continued to want that people had demons &
could cast them out in last year in TX in 1998-99.

Wendy was in K when parents split up — recalls an
instance of them fighting — Wendy spilled bubble
bath on Beau's dresser & real bad spanked & problems
developed between parents

Jetta went. Had to wait to come see them, once
the police were called → he came in there never
I were excited to see him, he had under the bed →
police came & were going to put handcuffs on him
& Wendy protested

recalls Jetta telling them sledding & he came to PTA
got little dolls or candy in desk — while in Wisconsin
when Wendy in K

in Pueblo had to take mega in school & Jetta not
wanting there while in, not sure he didn't know where they were
2nd & 3rd grade in Meza City — Jetta came over to
buy presents for Xmas & took to Walt to open — B&W TV &
pretty toys → destroyed by Jean Downs only a week to Xmas
Jean would read & destroy letters kids wrote to
Jetta telling them they had them many

Jetta didn't know where kids were when in Thornton
just found out where were in Cheyenne — came from
Jefferson to Cheyenne knew didn't have address

took them back for the summer

was surprised when Jean Downs would call Dee
who only for a time in Jetta

Jean never made an effort to have a relationship with Dee

CUN000613

in H.S. Wendy received from grandmother her lip style
was donated

could not have sleepover Jr Hys unless had
agreed to Bible study w/ speaking in tongues &
arms waving over & head — could last for
1-3 hours

does not recall Joan hugging or having kids very
often — only when kids spoke in tongues or would "lay
hands" — be way or the highway
(my didn't have Spirit then had to go + they pray does
at least not pure enough → until Joan decides
least my mind could ... here
when Wendy divorced after 3 yrs in 1981
(Brooke born 1880 & Bryan born 1979
(6-23-80)        (6-18-79)
my Jill asleep in there

Wendy had custody & Stephen had Bryan one month
by the year, Wendy went to must with they,
during that month Joan allowed my Stephen to
seek custody of Bryan to Stephen → in exchange
Stephen would give Wendy a car to go must
Bryan & then Wendy would have a car to drive
Joan around

Wendy agreed to stop in custody 2 yrs so
guilty / Joan made Wendy feel very bad
about herself as a mother & the boys belong
w/ their father → later overheard Joan telling of
God providing a car

Case 3:09-cv-03064-MWB-LTS    Document 28-24    Filed 06/23/11    Page 14 of 100
CUN000814

did not feel natural attachment for new _____

_____ made Wendy feel like she doesn't want to _____.

mom blames Wendy for Jen getting pregnant & the

_____ for a child

from 9 mos & 4 days after married

that if Wendy had not come along Jen & Ye

moved in _____

mom told Jen that Brooke would _____ _____

& wanted Wendy to get an abortion / told

Wendy believing that child would be

mentally handicapped & that Wendy couldn't

handle that

Wendy moved in at Jen's back & call — Jen

couldn't deal w/ that

Jen would babysit for Wendy & did not

spend time w/ Wendy's kids — things

did for other kid

Jen told Wendy expected her to stop but most of

Wendy after found out about Ayzer dancing

think Ayzer danced for about a year

Argue danced w/ another girl - they were called "better & love" // Wendy made her a few costumes - didn't judge

Wendy dropped out 9th grade - was behind Jean. They sick & cleaning at the restaurant → talked to Jean who said she couldn't afford to hire anybody to wash at restaurant

Wendy then went to night school & got GED
Argue also quit school to help
Jean got $50 weekly when she could afford to pay us — for 50-60 hours weekly

power was always Argue & Jean

Wendy sexually active at age 16 - dating Steve Jacobson [17] told Jean that she wanted a tubal ligation & Jean said 'no' — required parents consent // got pregnant day after engaged on 3rd intercourse

Wendy left Steve or his mom was living across the street & was manipulating / controlling / nosey / Steve required to move away from her mother. Steve had custody of Bryan, therefore Wendy had... when Steve arrived his 3rd wife Bryan was better?

CUN000816

Steve then moved [Kim] who tried to negotiate
visitation. Told Wendy falsely that Bryan didn't
wanted [?] he [graduated] [?] a lot &
threw away mail from Wendy —
Bryan is mostly in Winnebago, WI — had a rough
time of it
Steve & Wendy explored reconciling while he was
[w/ Kim] — Steve wanted Wendy to [move] back to
[?] state & live a [?] —
Steve didn't want to pay child support so wanted
Wendy [to give] [?]

after Steve Wendy involved [w/] [Vance] [Holland]
([Brodie's] [father]) — lasted for [some] months

Bryan [arrested] for [breaking into] [support] of [buddies]
who took [copper] [?] money + [committed] &
[served time] [?] [served] jail time for [?]
[Used] [charges] & [trespass]
Bryan drank more than he should, [think]
he [smoked] pot

Brooke was [partying] [w/ son] [child] & got DWI —
[busted] for out & on probation [?] [?] she [has]
[smoked] pot
& children
[graduated] HS & [?] [volley]

Case 3:09-cv-03064-MWB-LTS    Document 26-24    Filed 06/23/11    Page 17 of 100

CUN0006617

Wendy smoked MJ in 8th & 9th grade → even
curtale smoked up together

Wendy began drinking about the same time, liked
alcohol better - got intoxicated a whole

DWI when Brooke was a baby

Wendy tried meth a couple of times - could have
been cocaine

her tried different drugs

took speed as not was a problem as appetite
suppressant

& physical drive in romantic relationships

married to MARK KINSMAN x 8-9 yrs →
3rd husband → joy well - longest relationship
ever had / lived together x 10 yr before married

2nd husband was Vance Holland - got involved
during a jolly out of Mark who started
dating / married less than a yr → he
was drinking heavily & syringes had been put
in her truck

keyed a lot

nightmares - really dream of dead bad really done
the hell when by / been not recall dreaming
of the Dillon

Wendy believed in demons as did _____ - still frightened
of demon themes in movies
went to demon deliverances at church

——

does not believe in organized religion & will
not _____ into it
raised our children completely opposite of way
she was raised - gave them _____ free choice about
church

were _____ aunt had _____ emotions & crying _____
things from the past come back up
_____ _____ free & had plenty _____ when _____
demons cast out of her & Wendy feels guilty
that couldn't help her
demons were cast out of Angie x2-3 _____ by
Florence/_____/_____

when Jesus put her hand on you it _____ to
cast out a demon or pray for your _____ _____

when Angie prayed or what you couldn't get
her attention - she was ADHD & dyslexic -
that's when they came
mixed up D's & B's - that was the _____
_____ for dyslexia _____
learning we all had for Angie

Argue was hyper & always on the go, problem sitting still

Argue jumped more than other kids - told he down until she was exhausted & was unconscious once almost went in the brush & they let the brush go

MARY C. GOODY
MITIGATION SPECIALISTS
P.O. Box 3690
Alpine, WY  83128
(307) 883-9155; fax (307) 883-9156
Email: mitigate@silverstar.com

## CONFIDENTIAL MEMO TO ATTORNEY
## SUBJECT TO ATTORNEY CLIENT PRIVILEGE

TO:      Pat Berrigan

FROM:   M. Goody

RE:      <u>Johnson</u>

DATE:   2/7/05

INTERVIEW OF:    Mark and Wendy Jacobsen

DATE OF INTERVIEW:  2/7/05

PLACE:   Their home     2:45 p.m.

4301 West Hickory Tree Road
Balch Springs, Texas 75180
(972) 286-12335

CUN000621

B.D. 1/4/62
SS# 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

Mark is a computer programmer.

Ray Cornell has a letter from Jean that she wrote to my brother. He never gave it back. *** **Get this from Al.**

**Brooke and Alyssa grew up together.** She will be 23 this June. She was at Angle's house when this was going on. They played together and had birthdays together. Brooke is in school. STC in McAllen, Texas – just about on the Mexico border. She has a learning disability. B.D. 6/23/82.

Traffic in the basement at the time. People would come – kids stay upstairs and then they'd go. You could tell when she was on and she was off. She could be nice, but then dramatic mood swings. Belligerent. Sometimes we recreationed with her.

After Christy got in the picture things just went south. She was real possessive – she got mad when we came down to visit. I used to joke that she was gay and felt threatened by us. Angle had a dog named Paladin. German Shepard.

---

Mark Anthony Kinsman
B.D. 12/23/54

First met Wendy and her family when Brooke was 5 in 1987.

CUN000622

Dad is James Jeffrey Johnson, Sr. and mother Pearl Jean Johnson. No contact with mother – since her grand jury testimony. I found out she gave Jimmy's social security Number to her friend's convict husband and that was the straw that broke the camel's back. Has relationship with brother and Shelley and Dad and Cookie. Not getting along with Holly because she called and said I killed our sister. Jaime – I made up with her and then she kept saying she was going to call Al and she said she would tell him what she knew. Currently not talking.

Big sister – I was the oldest, it was my responsibility to do everything. I was in 4th or 5th grade – I made stuff and went door-to-door selling it so we would have food. Like Popsicle sticks and bottle caps – shoveled walks – did odd jobs and we needed school supplies, needed food – my responsibility. When she wasn't home it was my responsibility to watch the kids.

First memories – recalls Jean and my dad fighting in the bedroom. Screaming and hollering and had my head buried because I was scared. D/N/R seeing physical violence between them but does remember, there was a babysitter one time and I guess my dad wanted to see us and he crawled into the window and he was talking to us. Next thing I knew the police were there.

1962 – born 9 months and 4 days after they were married. Thinks it cramped her style. I think she kind of had it in for me.

CUN000623

Jean – her childhood – she used to play with sticks. Her parents were Florence and Alfred Gomez. Pearl V. Allen was grandpa Gomez' mother, and Rita Gomez her half sister. D/N/K them. Knew Uncle Skip. Florence – she was not with Grandpa Gomez, but she was with grandpa Andy. But they had religious disease. Both of them – thinks Florence had it worse but they were in it thick together. We lived with them.

D/N/R living with both parents – but on Half Moon Lake after they separated in Kindergarten. Half Moon Lake is in Eau Claire. Born in Mason City, Iowa. Park Hospital.  Angie born in Burlington, WI. Can't find her birth certificate (Wendy's). Only remembers mom being pregnant with Holly.

K – Eau Claire; then kindergarten in Pueblo, CO
1 – Pueblo
2 - Mason City, Iowa
3 – "
4 – Thornton, Iowa
5 – Chanute, KS and Thornton, Iowa
6 – Klemme
7 – Forest City, Iowa
8 – Forest City, Iowa and Thompson, Iowa
9 – Forest City, Iowa (left and got GED from Community College); Jean had the restaurant and she couldn't hire help and so…didn't tell us to quit but intimated we had to do that for the family

GED – Northern Iowa Area Community College

CUN000624

Mom made her feel that I owed her something. She could lay a guilt trip on me. Feels that mom wasn't emotionally available to us. The kids – God came first – that's it. The kids did not. Example – she was reading a story about Abraham or Lot who was supposed to sacrifice her son. I asked her if she would sacrifice me if God said this to her and she said yes.

I have a real problem with the religious disease but they cannot entertain a thought without it revolving around God. She has been like this from the time I can remember.

Mom might have had a few drinks here and there but didn't abuse. No smoking. No food because we were on a fast – God put us on a fast and we had to drink chocolate milk until sundown. You go to school and eat two meals a day there – we had to tell the kids there about God – and then got beat up all the way home because of what we said. Always checking our heads  - each other – for the mark of the beast – 666. Demons, we were afraid.

Oak Park Church in Charles City, Iowa – I saw a demon cast out there.  I saw them threatening to kill the preachers – they had to cast the demon into the pit at the bottom of the red sea – or they would be free to wander the earth. The man was threatening to kill the preacher. Sweat everywhere and horrible. My brother and sisters and I were always scared of demons – once cast a lesbian demon out of me. It was in Forest City.  She did it to Holly. Unless you made a burping, coughing, gas coming out the other end. The demon was there until this was done. If you didn't fake it you didn't make it. We figured it out.

CUN000625

Angle – they laid her on the floor – at the house, Jean, Florence and Andy – cast out the deaf and dumb demons – Grandpa sat by her head with the Bible in her hand and they were all praying and blood of Jesus and talking in tongues – they would continue and continue and one time. I said just leave her alone – they used to do it a lot. By today's standards they would call this dyslexia and ADD – they thought she was deaf and dumb – she would cry and twist and try to get away – and when she could no longer put up a fight then they would quit.

Prayer closet – in Mason City there was a closet we had to go into to pray and if we could not get those gifts. In the dark. Until we got our heart right – we stayed there. We could come out.

Once at the Mason City house – all of a sudden the grandparents decided the toys we had were idols and God said thou shalt have no idols. So they decided – you kids didn't want to have idols – so they manipulated us into bringing all our toys outside and putting them in the barrels and Grandpa burnt them. Grandpa took a hammer to the little TV our dad gave us. We watched them destroy everything. We had lovebirds in a cage and they thought the demons had gotten into the birds and so they let them go. There was a rainbow colored prism that shined and it was in the shape of a snake and it shined on the birds – and that's how they knew the birds had to go.

Jean said – God told me, God gave me this word, and I got picked.

CUN000626

At school we told other kids the world's going to end. Anything she told us to tell we told, we're dumb and got beat up for it every time. Happened until we moved to Forest City and I was in 7th grade and that's when I realized there was another life. That was all we knew. When we lived in mason City, one time, Florence woke us up in the middle of the night, she saw a wolf in the window, said world was going to end – took us 3 days to drive from mason City to the Oak Park Church in Charles City. Jean had an arrow shaped scar on her leg and whatever direction that scar pointed was the way God wanted us to go. We were hallucinating we were so hungry and dehydrated. When we finally got there – someone got us McDonalds and orange juice and then we gobbled it up – and then vomited and vomited. We had slept in the back seat of the car. Followed the star at night. We asked and asked for food. We could not stop. We had to go to the bathroom outside. Remembers having to go to the bathroom right by a big bull by a fence.

In Mason City, they did the deaf and dumb demons to her so often – Angie said she had an eagle that sat by her window and talked to her. A normal person cannot go through what she went to and remain sane with out splitting off into a different personality.

The week she revoked her bond – I talked to her 4 different times. One sounded like a little girl not knowing what she was doing there...one was mean....

Maxine Abbott – her and Jean cast out demons out of her daughter.

CUN0000627

When you confront Jean she hangs up on you.

Jean could not keep religion out of her business. People cannot handle her laying on her hands and praying for them.

Angle reversed her numbers – that's the dumb part. The deaf part is that if you have ADD you're not paying attention and if they hollered at her and she didn't hear them she was deaf.

The people who lived around the neighborhood in Forest City on J street got a petition drawn up to get Florence out of there. Florence believed she had demons in herself. All she ever did was listen to exorcism records and fast and read her bible. In the basement she had a room where they put rubber on the walls, and had a tire and a bat and a spit bucket. She would go down there and scream and get the demons out. That's where we had to take out showers – down there in the basement where that was going on.

I was in second and third grade and Angle would have been in first or second grade. Not able to defend herself. Whenever the opportunity arose they did it. Always on the floor. Didn't matter, wherever God gave them the idea.

We had a very abnormal life, very.

The Kansas thing. That was really bad. 5th grade. Jean was pregnant with Holly and God opened the door for us to start a Christian orphanage – children's Home. Holly was going

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 28 of 100

CUN000028

to be the first orphan. Jean manipulated the situation so we kids accepted it.

She told us she was going to give the baby up for adoption. Bob Kloss – another instance where God would not let her go to him, because he was married.  Not sure how she met him – he was her boyfriend. He brought his kids – Pat, Cindy and Kathy. They came to visit us in Thornton – they wrote in Spanish to each other. Couldn't read them. I talked to Cindy Kloss and Kathy when I tried to find them for Holly so she could meet them. He was killed in a car accident supposedly on his way down to get us on his birthday from Kansas. I remember Jean asking me if I wanted to stay there with Holly. She didn't like me because I liked my dad.

Kansas – it was bad there – great big house, acreage. Like a hobby farm – we had never seen this. Bobbi and Ted – she was the most awful woman I ever met – they had 3 daughters of their own – there were two other guys living there. They had adopted these three little Indian boys. Holly was supposed to end up there, too. Mom didn't know them – she met them through Carol. Carol drove us up there and she picked us up.

Earlene, Jeannine and Shirley – they were mean. I saw my first pair of sheer underwear. Her dad bought them for her. I don't recall hardly ever seeing mom there. I remember being there almost all the time. Then they opened a little halfway house church – that's what the Dillows wanted and they could take full control of us kids. It was so bad there. I always wonder about those little Indian boys – Bobbi

CUN000625

smacked the shit out of them. She made them drink from pig bottles and she made us watch. She lined them up – they were so skinny and so cute. Used regular baby bottles – just brought them in from suckling the little pigs and opened them up and poured water in and made them drink from it. She would slapping them in the faces – do not cry, and they didn't.

Angle got molested there. Not at the same time. Later we talked about it. She said he molested her. There was a dead person in a room and we thought they got her social security check.

Jeanine and Shirley – they told me, you have to take a nap with our dad – I said I wouldn't. They said, we have to, so do you. They escorted me to the bedroom. They were in high school. They shoved me in there and shut the door and Ted tapped the bed – I didn't know what was going to happen, and I was scared. I laid on my side. He sidled up to me and started having Russian hands. He did this until he had worked himself up to such a fever I could feel him pushing closer to me and he moaned and jerked around a little and rolled away from me. I ran out of the room. The next times I was told I had to lay on my back.

How do I get out of here, when is my mother coming home.

They built us a hut – like a little hut that we stayed in – the first night. We're laying on the floor sleeping. They thought it would be funny to scare us with skeleton heads with blinking red eyes – Dillows were laughing their asses off.

CUN000030

There wasn't a lot of food but they expected you to eat it – and if you didn't it you got it for every meal until it was gone.

There were pigs, cows – the pigs ate the cats alive they were so hungry. I remember the kittens were so hungry; they climbed me like a tree when I had food in my hands. I screamed – half a dozen different cats climbing all over you. We ate raccoon and rabbit – they wanted us to help us kill a chicken. Scary – they cut the head off it chased my brother.

I had to rescue my brother from having his teeth brushed with a pig brush. Tried to keep her from doing this – these people were demented, wicked, horrible, people.

I remember we went to school. "Golden Glove rule" – do unto others as you would have them do unto you.

Jimmy had difficulty with dyslexia and I don't know what else.

I now want nothing to do with organized religion especially. It has psychological consequences – I harbor a lot of ill will towards God. He was supposed to be the answer for everything – but he never helped us.

---

Mark – the biggest thing I see in you – you take on the guilt of the world. You feel guilty about everything.

---

CUN0006314

I drank, but it was to ease the pain of the past because it's an escape – and I know that Angle took drugs for this. None of us had counseling, and we needed it.

Dad – he didn't know where we were when we were little. They never had the social service ties. I tried to write my grandma Sun and I got in so much trouble and mom took the letter. I didn't know I could call my father until I was in 7th grade. I wanted something and Jean said call your dad and I was shocked. All we knew was sometimes he came down to pick us up for the summer time.

Jean said he beat her. I don't recall that she ever gave us a reason why dad wasn't there.

When Jean sued dad – 15 years ago – I moved to Chippewa Falls – she started suing him secretly and she didn't want me to move there. I wanted to be by dad. Jean begged me not to go. They thought I was a spy for jean. I got into trouble when I got there – I had no idea. At the time she sued Holly was the only one at home.

Just me and Angie when Dad came that time. We watched our dad crawled through and he went and hid underneath the bed and next thing we knew the police were there.

Jean would slap us – I wore make-up from belt marks in 4th grade in Thornton – she used to beat the crap out of us. Nobody would tell on the other one so we all got it. It was a big black belt. A few times she messed up my face really bad. Jean put the make-up.

CUN0006632

One time Grandma Sun came to visit and she told us to get the belt – we gave it to her and she stuck it in her purse.

Mother lost control when she beat us. Knew this because she wouldn't stop. Forest City for me was the breaking point. That was where I learned in 7th grade that life was not as she led us to believe. I was pregnant with Brook and my brother came home after having a few beers. He was hammered and Jean was pissed. She got a yardstick and just started wailing on him. I took the yardstick away from her and told her to knock it off. Once she started she never quit. She did what she wanted to do. When she lost the belt she went to a green double-ended paddle and broke it on us.

She used to tell us all the time she wished she had given us to her father. She manipulated me into giving Stephen my son. Steve had Brian (3 years) for a month in the summer. My mother needed a car. I thought I'd go and visit my uncle Skip. While I was gone, Steve and Jean decided I was a poor mother and they decided they would file and Jean would support him. I had to sign it. She got the car.

When I was pregnant with Brooke, she tried to get me to have an abortion because God told her that Brooke would be retarded. She had me believing I couldn't deal with as baby like that. I was 20. I was 17 when I had Brian.

Mark came into the family – was married at time. Brother in law moved into apartments in Forest City and when we went over to visit him, my kids started playing with Brooke and Alyssa and as time progressed I split with my wife and came to visit brother in law. He introduced Wendy and I.

CON000653

Dan Kinsman, mayor – James owned bank. Buhl.

We had our up and down relationship – problems with the kids. Then they moved to Chippewa Falls. So my first impression of Jim and Cookie was not that great. Before this I had met Jean. She was a scary person to me. She was very holy – she projected this aura of a saint. But there was something else about her and I saw the way she interacted with the kid – she dominated them – I saw that Wendy would never disagree with her.

Angie's daughter said she couldn't eat strawberries because she got hives and Jean said, oh yes you can, you just say in Jesus name hives be gone.

She went out of her way to discourage him from seeing Wendy. If I stopped by it was none of my business where Wendy was.

Angie and Jaime were avoiding her. Jim was still in college there.

Jean once wrote $2,000.00 of bad checks and said God would make the checks good if she had faith. When it didn't work, Jean said it was because Wendy didn't have faith. Maxine, Darlene are all of the same mindset.

Angie said she hooked up with these guys is because that's the best she could do. He asked her. Mark thought she could meet nice guys at a country club.

CUN000634

Terry Degeus – couldn't stand the guy – no redeeming qualities. Angle came to Wisconsin and she looked like a Mac truck had run her over – dark when we opened the door and we could see how bad it was in the dark. He had beat her senseless and left her in the ditch.

We had gone to stay over night with her in Ventura – we could hear him banging her against the wall. Mark was very disappointed she went back to him. She could have stayed with them in Wisconsin.

We thought Dustin was a great guy for her – so happy she finally found someone. Thought he had no bad qualities – he was just awesome – thought she was going with a nerd. Even Jean was thrilled. Everybody thought what a score for Angle. He was very serious and polite and good looking. I knew he was a chemical engineer and that was impressive.

CUN000035

INTERVIEW REPORT

IN RE: ANGIE JOHNSON

DATE: November 2, 2000

SUBJECT: Wendy Jean Jacobson

Address: 4301 Hickory Tree
Balch Springs, Texas 75180

Phone: 1-972-286-7634

D.O.B.: 01/04/62

SSN: 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

Education: Graduated High School 1979, Northern Iowa Area Community College

No Criminal History

No Mental Health History

Employment: Self-employed, maker of custom made women's panties


This thirty-eight year old white female is the older sister of client, Angela Johnson. She was interviewed for the purpose of gathering background information concerning the early life of our client. She describes their early life as being one filled with chaos and trauma. Her earliest recollections are around the period of 1967, when her mother and birth father obtained a divorce. She recalls some spousal abuse but could not provide any specific detail, (workbook page 67 & 69).

After the divorce, mother and children resided for several years with the maternal grandmother, Florence Limesand, and an individual by the name of Andy Jensen. Both of these persons are now deceased. They lived in several different locations in Colorado and Iowa, (workbook page 85). She describes both Limesand and Jensen as suffering from a "Religious Disorder." She recalls Jensen smashing the television and gathering all the children's toys and burning them in front of them because they were instruments of idleness.

Interview subject describes the early childhood of herself and her siblings as being dominated by religion. She refers to this nondenominational faith pattern as "Holy Rollers." The children in question being the three oldest i.e. Wendy, Angie and James were told on an all most daily basis that they were filled with demons and were frequently

CUN000656

forcibly held on the floor while the adults, "rebuked the demons out of us." It should be noted here that the one as being the most resistant is Angie, (workbook page 77). Wendy recalls this as continuing throughout their childhood. She recalls that this occurred several times a week. She recalls that the children were held in a "crucifixion position."

The mom and the grandparents, also cast out the "deaf and dumb demons."

Another dominant theme in this family's early childhood is hunger. This does not seem to have been as related to financial hardship as to these questionable religious behaviors. The children were not allowed to eat during the day, but only one meal after sundown, (workbook page 79). Wendy also recalls one incident when they were quite young and living in Iowa that they were awakened by their mother in the middle of the night and placed in a car with their grandparents. They were told that the world was ending and proceeded to drive the highways and byways of Iowa for three days without food or water. During that three day period they basically drove in a random pattern directed by their mother's "arrow." This is apparently an arrow shaped scar on one of mother's legs which was, "showing them the way." Wendy recalls that during that three day period that she and the other children were probably hallucinating from hunger because they were "seeing things in the sky." On this particular journey they eventually ended up in Charles City, Iowa where the children were fed by parishioners, (workbook page 77).

Wendy recalls being told frequently by their mother that they were nothing more than a burden to her, "the only attention we ever got was negative." One example of that is a ritual that the children developed among themselves where daily Wendy, Angie and Jim would examine each others heads for "the mark of the beast." In Biblical terms this is the number 666. They had been told that if they were naughty that mark would appear on their heads as a sign that they were going to go to hell, (workbook page 77, 2b). When Wendy and Angie were approximately age eight and ten they were taken along with their younger siblings to Chanute, Kansas to a place called, "Teardrop Drive Orphanage." This was apparently an unlicensed facility for children with a Fundamentalist Religious base. Wendy recalls this facility was run by Ted and Bobbi Dillow. During the time that they were there both Angie and Wendy were sexually abused by Ted Dillow, (workbook page 75). When questioned how she knew that Angie had also been abused, Wendy said that Angie had in fact talked to her about it. It should be noted that in a previous interview Angie denied any sexual abuse in her childhood. They were at this facility for approximately six months, and during this time they were visited by their mother only one time, (workbook page 71).

After approximately six months and largely due to the increasing physical resistance of Wendy and Angie to the Dillows, culminating in an attack on Mrs. Dillow by the girls their mother retrieved them, and returned to Iowa with them. It is interesting to note that this attack was a protective response on behalf of their younger brother when Mrs. Dillow attempted to brush Jim's teeth with a hog brush.

CUN000657

By the time they returned to Iowa the children were beginning to grow and the previously administered physical beatings were slowing down. The mother's usual technique for administering discipline, that if she felt that one had done something wrong, all were physically punished. Wendy recalls these as "frenzied beatings" usually administered with a white belt or a plastic paddle and that Angie was frequently the subject of the most severe beatings because she refused to cry. She frequently went to school with welts on her body, (workbook page 73).

As the two girls were now approaching Junior High age, and growing larger, much of the physical abuse seems to have diminished. However, the religious activity continued unabated. She recalls that she and Angie were afraid to go into the basement of their home because they had been instilled with the thought that there were demons there. She also recalls that other children and school friends were not allowed to visit their house until they listened to a Bible lesson.

Also, mom continued "rebuking demons during this period" and on one occasion rebuked a lesbian demon out of Wendy.

During this time mom had apparently developed a relationship with a man. Wendy said that she cannot remember his name, but she recalls him as "a jerk and a control freak." Also, during this time mom continued to tell the children that they were just in the way and a problem. This basic pattern continued until Wendy left home early in her high school years. It should be noted that when Wendy left, she left Angie behind.

Wendy was then asked to describe her perception of the family dynamic. She was quick to point out that she was the primary caregiver for the younger siblings and that Angie was her "helper and sounding board." She recounts that all during their childhood that their mother would disappear for extended periods with unexplained absences. She commented on this because her mother has never learned to drive and has never owned an automobile. She was then questioned as to the issue of trust. Her response was "we stuck together because we knew there was no one else we could trust."

Wendy was then asked to make comments about the most powerful impacts in her life. She stated the following; "We were always in mom's way, the only thing she cared about was God." "She uses guilt as a control mechanism."

The interview was concluded at this point with the understanding that more information may be required. Subject was completely cooperative and honest in the opinion of this investigator.

CON000658

## Pat Berrigan

**From:** Mark Cunningham [mark9351@hotmail.com]   **Sent:** Sat 5/7/2005 2:02 PM
**To:** Pat Berrigan
**Cc:** deanstowers@aol.com
**Subject:** Cunningham funding in U.S. v Johnson
**Attachments:** ☐ Johnson, Angela addtl funding 5-6-05.doc(44KB)

Pat-
Please find attached a letter outlining funding requirements. Thanks, Mark

_____

<< Johnson, Angela addtl funding 5-6-05.doc >>

CUN000639

http://mail.kctriallawyers.com/exchange/PBerrigan/Inbox/Cunningham%20funding%20in%...    5/7/2005

# MARK D. CUNNINGHAM, PH.D., ABPP
Clinical & Forensic Psychology
*Board Certified in Forensic Psychology – American Board of Professional Psychology*
417 Oak Bend, Suite 260    Lewisville, Texas 75067
972-459-0658   Fax 972-459-0958   mdc@markdcunningham.com

May 7, 2005

Patrick Berrigan, Esq.
*VIA FACSIMILE* # 816-221-1636

Re:    U.S. v. Angela Johnson

Dear Mr. Berrigan:

Please allow me to explain how the projected hours for my participation in U.S. v Angela Johnson will likely exceed the $20,000 you had initially budgeted. As you are well aware, it was initially anticipated that my involvement in this case would be limited to violence risk assessment and/or conditions of confinement available in the Federal Bureau of Prisons. More recently, you had requested that I expand my role to include evaluation and testimony regarding mitigating factors as well as the above. The procedures involved in evaluation of the latter are substantially more extensive and time-intensive in requirements for interviewing, reviewing records, preparation of testimony and exhibits, and attorney consultation. Below I have detailed the procedures that I anticipate in performing to the evaluation functions you have requested of me.

| | |
|---|---|
| Interview of defendant | 12 hours |
| Interview of family / third parties | 30 hours |
| Consultation with defense team | 16 hours |
| Preparation of exhibits | 12 hours |
| Review / analysis of records | 20 hours |
| Preparation of brief report | 2 hours |
| Trial observation, testimony, consultation, and standby for surrebuttal (4 days @12 hours per day) | 48 hours |
| Travel related to the interview trip (Dallas to Minneapolis to Mason City to Sioux City and return) | 12 hours |
| Travel related to sentencing phase trial | 8 hours |
| | 150 hours |

Efforts will be made to reduce travel costs by engaging in file review on this or other files during

CUN000646

travel when possible. During travel by automobile from Minneapolis to Mason City, and from Mason City to Sioux City for the interview trip such file review will not be possible. The total anticipated hours estimates 4 days of trial observation, testimony, and standby for surrebuttal. Some economy in costs can be achieved by securing travel orders from the court, as this allows for air travel at government rates that often represent a sharp discount and an avoidance of fees for ticket changes.

Please allow me to identify other federal capital cases where a similar number of hours have been authorized. Similar or more extensive hours/fees were recently authorized in <u>U.S. v Medina-Villegas</u> (Puerto Rico), <u>U.S. v Cisneros</u> (Northern Virginia), and <u>U.S. v Sahakian</u> (Illinois)

From the originally approved budget of $20,000, as of 5-04-05, I have approximately $18,700 in funds remaining. Please let me know if there is anything else you may need, or if you have any questions.

Sincerely,


Mark D. Cunningham, Ph.D., ABPP

CUN000641

5-8-05          0730 - 1255

ANGELA "ANGIE" JANE JOHNSON     DOB 1-17-64

at Woodbury County Jail - alone in conjure
type room

arrested & to 7-29-00:

Benton County Jail  7-29-00 → October 2000
- double-celled x 2 wks & rec of cellee
- 4 single cells w/ dayroom → would go in & out
  of dayroom + cell except when locked
  down at night
- Tickets:
  - accepting note from Bobby McKenna

Waterloo County Jail  10/00 x 2 wks
- segreg where single cell, constant lockdown,
  ∅ TV — 2° charges
- ∅ tickets

~~Scott~~ Lynn County Jail  10-16-00 → 5/04
- dorm style room/open bay w/ 18-20 inmates
  for over a year → all ~~moved~~ out to single cells
- single celled, 5 cells to dayroom - locked
  out of cell from 7 AM to 10:30 & almost

Case 3:09-cv-03064-MWB-LTS   Document 284-24   Filed 06/23/11   Page 42 of 100
CUN000642
- not alone nstant not a true 10 min br

tickets at Linn County:
- 2 fights, 8 weapons, 2 serious
injuries, multiple combat

#1 Amy RASMUSSON → she wouldn't shower
& smelled bad, she called Angie
"stupid white" so Angie shoved her &
that was it (5 days in hole)

#2 black chick threw water in Angie's face
& tried to hit Angie w/ the phone, Angie took
the phone away from her & hit her w/ fists //
other girl had been in 3 fights already

call black Angie was in was the one where inmates
who had gotten in trouble were moved — had
bad attitudes

- also written up for verbal argument things
other girl started → & other girl was not written
up // Angie got 5 days in hole
- ticket for not taking Trazadone
- Angie did 30 days in hole for something
- Angie written up w/ much greater infractions
than other inmates she was with →
Ho: prosecution told them to write down
little things

_ELDORA COUNTY JAIL  8/04 - 4/05_
- single cell & day room shared w/
  5-10 inmates
- could go in & out of dayroom from 5:30 AM -
  11:00 P.M.
- she stayed in her cell most of time as
  preferred it & avoid the petty drama
  of jail inmates
- moved after another inmate was the Cyrus' legal work   — DONNA POLIS
  tickets:
  - 6 day lockdown as Jail Bathroom
    thought Angie called her a "bitch"

_WOODBURY COUNTY JAIL  — x 3 weeks_

- just in dorm open bay of 20 other girls
  x 1 week
- she requested H block individual cells
  as prefers - liked own room & to
  run the stairs
- 0 tickets yet

(circled) Just placed on meds in Benton County
   ___ - briefly as moved to Waterloo
Waterloo placed on another antidepressant

CUN000644
was never couldn't sleep until

Amitriptyline 50 & 100 → zoned out

Prozac 40 mg & Trazodone 50→100

PAXIL 40 mg ²  ¹⁰⁰ᵐᵍ + Trazodone 100 mg
didn't like a withdrawal to stop

ZOLOFT ¹⁰⁰→ 300 mg + SEROQUEL 200 mg

combination works very well

less suicidal
more open & willing to talk
before had not wanted to deal w/ anything anymore
less depression about missing kids, grandkids,
mom, & sisters → can deal w/ loneliness
had been weepy but meds help — may
still cry when counting letters, esp Alyssa

always had suicidal thoughts — all life

hung self in Waterloo Jail w/ sheet — an inmate
who came out for medicine saw her a made
cut down by staff
entry, → of insanity of day ti; m _____
had a seizure & started breathing again
(_____ _____ _____ but just
turned off some I love

Case 3:09-cv-03064-MWB-LTS   Document 28-34   Filed 06/23/11   Page 45 of 100

CUN000643

not aware of any cognitive changes were tied to himself

<u>lifelong depression</u>

as a child:

- didn't feel was good enough for anybody or anything

- often felt sad

- always felt like wasted space - like more of a problem than was worth

mom had religious disorder going on & Angie bore the brunt of that a lot

- would go into garage & used → wouldn't cry when being hit by mom if a belt but would when got by religious icons

- felt <u>guilty</u> about not being good enough for God to love, for disappointing mom or her was going to go to hell, for not being able to help siblings more if they got in trouble & mom down on them

- felt <u>guilty</u> about kids in Cambodia starving - saw the Children commercials would make her cry

- when made $32 weekly babysitting age 12-13, adopted 1 kid at Sunday school & would go

Case 3:09-cv-03064-MWB-LTS   Document 28464   Filed 06/23/11   Page 46 of 100
CUN000646

4 kids & would all mine on this until

mom made to stop

- as a kid knew was never going to do enough
to get to heaven → if couldn't get to heaven
while not doing anything wrong a kid knew
was never going to get to heaven / was
more afraid of God than the devil as
God was always watching

- really feeling lonely as a child

- school was bad for me, felt stupid &
unworthy → until had Alyssa
suicidal ideation
- as a kid just thought of killing self
some time in elementary school - would
better off without me

- age 14 took a bunch of aspirin (most of bottle)
of coca cola → just vomited & vomited →
took to doctor but had already vomited it up /
no treatment

- period thoughts of suicide thoughts -
no suicide plan

- when Alyssa in 3rd or 4th grade was really like
really bad

Case 3:09-cv-03064-MWB-LTS   Document 284-24   Filed 06/23/11   Page 47 of 100

CUN000647

leave Alyssa there

- wrote a note by slitting went while Alyssa was I be Dad's, note told Michel not to _____ & to call the police // Jessica later found the note in searing the house

- nightmares as a child — about mom & ___ being really scary
- nightmares about rabbits & pigs → from experience at the Dillows → frequently
- nightmares about other things as well

Jetters: JAMES JEFFREY JOHNSON, SR.

- Jetters has never followed thru, never stood up for me or protected me
- never cared enough to be a Dad

- Angie was age 4 when parents split up → He is now jealous as mom got religion disorder, Jetters got religion too but her family make fun of him & he abandoned it

- Jetters got involved by looking up to money
Case 3:09-cv-03064-MWB-LTS   Document 26-4   Filed 06/23/11   Page 48 of 100
CUN000648
& believe as she was drawn into mom

- after divorce saw father some summers for about a month

did not see father during the yr → [dad] did not call but kids → [t. called her]

could not have [been to leave things] & [cookie] was [on an extension]

did not get along w/ cookie — she was a [liar] — the [epitome] of a wicked stepmother

[not.] father sent kids card w/ money [out] ($20), X-mas would send cheap junk that [made] seem like a lot of [presents] — boxes of milk duds

would go to his house for summer & there was Atari, [bikes], [movie videos], [nice toys/car/yard] → they had everything & [we] had nothing

when Nintendo came out [dad] gave them Atari & got the new Nintendo for cookie's 3 kids → [father acted like cookie's kids were more his kids than his two kids]

- father never came to a single one of Jenny's games in H.S. // [mom] went to her games

CCUN000649

Jetter didn't know Angie & still doesn't → she has always wanted a relationship w/ her but Cookie has stood in the way of that

Cookie — she hated me & I hated her (?) because I wouldn't let her talk shit about mom & that's all she wanted to do

- Cookie would set up Angie to get in trouble, lie on Angie to Jetter → Jetter would believe Cookie

- Angie was more of a target for Cookie or Angie was more ____

- Cookie tried to turn the kids against each other

- Angie one ____ had tonsillitis & had started on penicillin x TID & when got to bed & Cookie Cookie didn't give it to her / tonsillitis got worse & Cookie made her go to the ____ over protest, Angie passed in water // Jetter took her to see where doctor said she was ____ them in ____ the ____ a ____ — ____ for several days

- once Dad gave her $20, when ____ to her Cookie knew or had ____ them Angie's ____ — ____ Angie not to tell or have ____ take

CUN000850

- Jetta couldn't trust her → next yr put household items in mixture to prove that Cookie had gave them her things → but backyard on the Angie looked like a thief
- Cookie deliberately turned the gas off → shut tube so it would still & make Angie look bad → Cookie had not want Angie to use it, when it still Cookie came in & turned gas back on & would not back
- Cookie's responsibility to make relationship w/ Angie & she didn't make the effort
- Cookie was not affectionate w/ Angie
  - Cookie _____ because _____ didn't _____ age 13
- Cookie told Angie that her Jetta didn't love her
- last summit all went camping, Angie & friend Barbie had visited a canoe, met some boys they talked to who turned out to be camping nearby → Cookie accused Angie of drinking when had not _____ to go tell Dad & did → argument developed & Jetta hit her a few times in head & neck, Angie did not hit her back — ended up having to go to chiropractor for neck & back _____ called her "jail bait" & Angie didn't know what meant → later by Bridget who really didn't mean

Barbie _____ _____ _____ _____ brought
→ Jetta in to Winnie, now moved &

lives in Wisconsin / Barb was aware
of Cookie's attitude toward Angie

Jetter drank beer nightly → probably a
12 pack & more on weekends
Cookie was drinking about the same

Jetter has always lived around the
CHIPPEWA FALLS, WI area →
Angie & sibs usually lived within a
couple of hour drive of Jetter → Jetter
never explored why didn't want more routinely

Jetter yelled at Angie when Cookie told on her

~~marital chronology~~

was Burlington, WI #2 of 5 children →
resided w/ both parents to age 4

age 4-5 KANOSHA, WI w/ mom & Wendy, Angie,
Jamie, Jimmy

age 5 PUEBLO, CO w/ mom & kids (mom has
to Jetter & sibs there)

age 7-8 Mason City, IA ___ ___, plus
Mom Florence & step br ANDY JENSON →
6x ___ of the city — long way to learn
all ___ ___

3rd grade Thornton, Iowa ___ ___
for about a year → about 6 mos → ___ K3 →
then back to Thornton

3rd grade ___ K3 with ___

back to Thornton — Holly ___

4th grade Klemme, IO ___ ___

5th grade Forest City, IO — Mom Florence
moved in x 1 yr → got mom ___ ___
___ ___

7th grade Thompson, IO with mom's ___
Maxine (___) lived next door & ___ ___
___

8th grade Forest City, IO ___ ___ of
Maxine & mom ___ ___ ___ ___
___ ___ ___ ___
that ___

CUN000653

age 16 married Stew Huge & moved to
TITONKA, IO    x 9 mos

MOTHER : PEARL JEAN GOMEZ JOHNSON

always the same, though varied in extreme of ut
structured disciplinarian :
    w/ belt — big wide black belt → butt,
    back of legs, back → left welts, bruises off
    - at least a couple of times a week
    - mom was out of control → lasted until mom
        was done venting
    - rarely set off → kids fighting or much s.t. —
        kid things
    - slap face & left hand print / DK face bruise
    - washed mouth out of soap for being a
        smart mouth → put bar in mouth &
        scrape teeth against it — so stuck in your
        mouth for hours
    - things pulled &/or controlled by by bully
        her
    exc/ mom get mad up on Wendy to cover
    (black eye when slapped her & ready to send
3 episodes just dillerous :
    mom beat Angie up belt & then wrapped it around
    Angie's neck & choked her — Wendy pulled her
    off. Mom kind of had never lucid dream

- made to stand in corner for at least an hour
- grounded for a week at a time
- probably sent to her room without eating
mom yelled a lot; Angie felt like she was a disappointment & a disappointment, couldn't do anything right

mom & her new boyfriend ? over ? too much in the house

mom hugged & kissed some - kissed goodnight, said "I love you" - felt mom loved her but was never going to be good enough in ? ? ? way

mom just worked outside some when Angie in 7th grade → so why mom didn't work before

mom was on ADC & TnTF ? welfare insurance, not getting child support from father
p.t. called ? a problem jelly ? mom & others in family disliked cookie - ? said cookie didn't like Angie as reminded her of ? ?

poverty - didn't do fun things like movies &

couldn't do school activities that cost either like

reports, ~~sports~~ was in band every yr in school had
extra interest

clean but didn't have nice clothes

when ill mom attempted religious healing — doctor
was the last resort

often jitters meet his needs but ill her later for a
long time before mother took her to doctor

mom was a ~~older mom~~
— didn't have one in her life - had a lot of
partners but didn't marry
— didn't date

Tut him like one of the kids — his lonely
had her really had & hadn't really had
a mom → had tut of Jen & treated of her
as mom / Angie thought of her like a
sister - she was cool

Kim taught Angie how to change oil, brand the
car, would talk about anything, worked
together investment — together all the time
Kim tried to please mom
Kim & mom did not share a room, not

CUN0000856

Kim worked very hard

Jesus & religion

- she took it to the extreme
- was concerned that world would come to an end & the kids would not go to heaven & made them mind to see that they did
- made kids have Bible study x 1 hour daily — not directed to level of a child — kids were falling asleep → mom would get angry say that was the devil trying to keep them from being disciplined & they would fight to stay awake

- rebuked demons out of us :
    hold you on the floor & pray & talk in tongues

    got Maxine to crawl, got Kim to admit
mom Florence got them into rebuking the devils
    as well as of Andy
would hold down however long it took until
    you quit struggling & crying → leave
    my Angie who was a fighter

    Angie moaned & cried & tried to pull loose

CCUN0006457

Angie ... departure but ... think there
    was a demon inside

almost daily rebuking demon out of her
when Mom + [illegible] up with them

but my [illegible] & her happened a lot →
mostly Angie but happened my other kids
&

observed as mom would push other kids
[illegible] put their hands on the child &
pray

later Jean [illegible] a cough, burp, or just
was sign of the demon leaving → mom
would command the demon back to the
pit of hell

when Mom & M6F put cast demon out of
Angie they thought it went into the
pit above so had to let it go

mom the head rebuker — mom also helped
hold child down on floor & usually
another adult help hold the child down →
the other who must also have to help
hold the child down → Angie would only
want kind on them with them help
restrain

[illegible] Angie began to play along — but
[illegible] for many years

GGN0008584

in bed at night Angie saw big eagle
outside window w/ red eyes → (told)
mother who concluded she was possessed →
started demons coming out

Angie was always afraid there was sth under
bed, had been such a sleepy in mom's bed,
Dad insisted she was lady under blanket
Angie thought as didn't know was her,
mother called yesterday ousted dad, after that
thought sth under bed

cast out dogs & dumb demons (?) because I
didn't listen & had trouble learning

Mom Flowers & basement
- she used to lived in a true-ry building
but in basement + not in grm to relieve herself of
jurisdictions & demons
- listed for hours - coming when came in the door
from school
- were always afraid to go in basement
Jamie was lived like & had nerves, similar
unpleasantly temperament
(?) whatever she was rubbing herself of →
the demons

CUN000659

great fun in childhood - home was full
of demons & devils // God was always
watching you — very intrusive that God knows
& sees everything → looking for anything to
send you to Hell

- Mom made kids lean over ~~to~~ true & your own car
end of world

lived in Mason City just before you moved to
Thornton

/

- mom got into her head, seen like anomaly
was sign from God // if everyone in car is ok,
mom & kids in a 4-door sedan

- drove around several days, were really hungry →
in Charles City got just McDonald's cheeseburger
& french fries & coke

- can't recall because of adults on the drive

sign from God

mom thought any coincidence was a sign
from God

mom would get "f*cked" → [illegible] reaction
was an example that God was going you to
attend to whatever was occurring or telling or
thinking about

CUN000660

beliefs came from own journey → don't know
the origin of this

same things were taught at the Pentecostal
Church that attended → in Charles City →
people took it to the extreme

<u>healing</u>
- mom would put hands on people & pray
to heal
      - cold, headache, cancer,
      - mom prays about everything

<u>speaking in tongues</u>
- always speaking in tongues, can't pray if not
speaking in tongues
- Angie pretended to speak in tongues to get
mom off her back during the revival →
never an authentic experience
- was embarrassing to Angie as older kid,
always wondered it to be weird

<u>rapture</u>
- mom let us know that if God ever wanted her
to rapture a child she would — Angie always
figured it would be her

after age 14 didn't want religion in life —
8 healthy, tongues, demon possession → only
wanted to smoke pot & be happy

(drugs)

MJ

- age 12 — introduced by Wendy who had
  not been mody long & was hanging out
  w/ rowdy crowd → Agnes tagged along
- MJ made tongue happy & she laughed
- smoked [unclear]
- age 14 began buying on own & smoked
  daily      (Gaven money mostly on [unclear])

↓

LSD - just tried age 14 → loved it as
made her laugh, everything was so funny →
made went to try every drug

used X 3 when 14 — not always around

ETOH
started age 12-13 around same time as
pot → drank every weekend → got
intoxicated one night a weekend w/ crowd

above continued to age 16

to get out of mom's house — emancipated self
by marrying Steve Hugo (2 yrs older) →
knew was not in love w/ him → mom protested
but wouldn't be into it

continued to drink [into] every weekend, smoke ___ daily
(occasional)

gud ___ at age 18 — really tired all
the time & not fun anymore
would really drink heavy to get a buzz but didn't
like taste of it

age 21 did just love of coke → would not
do ___ x 1 yr
age 22 did just love of ___ → knew would
want everyday for rest of life — loved it →
made you invincible, work ___, good ___,
had time for everything
wanted a line daily, on weekends did more →
always had it

at just would not sleep all when I was
partying somewhere
slept a few hours every night — felt it went to
become ___ out ___

theirs not one day apart meth until

realized was pregnant by Marvin at age 3 more [illegible] → remained after stopped [illegible] at 6 who

smoked, [illegible] drank meth → never [illegible] it so didn't want to be a junkie

[illegible] really was always in control of by meth use — didn't realize was not in control of it until in jail for a couple of years

realized had not been [illegible] good mom a had worked all the time & priorities were not in right order — had toys providing for kids was just priority, didn't want them to go [illegible] anything

was more [illegible] on meth — things always kind of [illegible]

didn't use [illegible] after age 22 & started meth rarely drank after started meth — buy a [illegible] & would last all night

after age 22 would use cocaine if [illegible] had some — not worth it a clogged nose a effects too short

∅ tripping
∅ ecstasy

ate mushrooms w/ Terry x 2
∅ peyote

snorted heroin in 30z x 1
shot coke x 1 in 20's
∅ painpills
∅ downers
∅ amphetamine pills

self medicated - rely w/ meth (?) it made
me happy, made me want to do things,
go places, do fun things w/ Alyssa

Family History

Jetta
Mom Wenonah Sue
Uncle Wayne
Aunt Jane
Aunt Wenona (married x 4 & old drunks)
Wendy — & Mark ~ major drinker
Jonas (has hurt s/ Jetta from IV drug
doesn't leave alone — drunk)

CUN000665

had some exercise equipment & worked out →
while in jail
↓

gained 70 lbs & now 50 lbs overweight

loved outside work activities & money
that / enjoyed cleaning house, doing dishes &
laundry — likes things clean, neat, &
in order, not afraid of hard work /
everything organized

~~employment~~

job mowing at Juan & Kelly's on Island,
age 13-16 → over 40 hours weekly when
in school & even more after got out
of school
paid briefly then mom stopped paying
her & worked for free

age 15 began working for German restaurant
as well as mom not paying her & wanted
to buy her own cigarettes / worked 20 hrs weekly
x 6 months (estimate)

age 16 worked at _____ _____ _____
months after _____ _____

CUN000666

left Steve, had to pay for divorce /
lied on application that 18 at Queen's factory
in NM to get union job at $ laundry
for several months until discovered she
was age 16
Purge that in Clear Lake x 1 yr
age 17-18
then road construction on a flagger / banner

age 18 moved in & rode to Colorado,
found out pregnant w/ Alyssa, AJ flew back
back & moved, together x 4 yrs →
she worked at Winnebago for a few months
until car accident where had to back
really / AJ wanted her to stay home — moved
had Alyssa a cool kid

separated from AJ & worked Perkins in
Clear Lake for a few yrs
/ wk a month would dance in Des Moines,
NM → made $500 + weekly / only worked
stage — didn't do lap dances

stopped as Alyssa started K & had goals
of getting a car, furniture, things for
Alyssa

opened bar → "The Bullet" in Forest City —
had bar x 1 yr → had to stop as did
too much partying when open Wed - Sat,
often house party

Terry had breakfast bad → went to
Fort Dodge etc, w/ a worked Country Kitchen
x 3 mos → came back to start Alyssa
in school (1st grade)

Country Kitchen in Clear Lake x 4 yrs (6am-2pm)
and mondays off

Mason City Country Club x 3 yrs 10-2, a
wknds 10-2 & 5-10/pr time (Alyssa 4-6 grade
was changed)

WATOR FRONT RESTAURANT x 1 yr → worked
nites 4pm - 10:30 pm, off 2 nites wkly

Vivian asked Angie to come help out when
could at Country Club in Urbandale (Des Moines) —
Angie then moved down a there x 1 yr but
jobs were coming to be made, home — she wrote
a scene warrants

didn't work for _____

worked "North ___" - formerly "the waterfront" —
worked ___ & then maintenance (cemetery)
cleaning / maintenance // until just before
arrest — x 2-3 yrs 40+ hours weekly

<u>DILLOWS</u> — BOBBI & TED

were in 3rd grade there - taken there by
Carol Mann (?) think mom was going to
leave them there or leave Holly there

s.t. mom was there & s.t. mom not there →
can't recall my mom was there or was or not
stayed in a converted garage apt that had both
___ blocked ___ out

recalled 2 twin Indian boys who
were little - very cute - don't think
had started to school
the boys were suddenly gone - Angie thought
the Dillows killed them
Angie saw a dead body there → in following
October, was alone in house, went into long
narrow closet & at the end of hallway was
a then bed — smelled really bad →
___ ___ ___ only the one time —
ran out ___ & never told anyone

Bobbi was big & fat — mean to everyone,
Indian boys sat together scared up
against the wall → Wendy trying to
protect them

Wendy & Angie jumped on Bobbi when she
tried to do ... it, the Jerry

Angie never let Jenny & Jamie out at night →
afraid if dad would never see them
again

recalls Bobbi telling the Indian boys —
to the extreme / but, reward — a
loud yell — like we hours would
tumble

huge men guys weans guys — like
monsters → let the kids feed the
chickens — just like snow white
chickens and ate the feed corn, then
Ted grabbed 2-3 chickens & threw them
into the pen where the pigs tore them
apart & feed corn the chickens had
eaten flew into the air → Angie was
horrified & Ted/Bobbi laughed

knew if one of kids got in pen would
be torn apart by the pigs — wanted
Jenny & Jamie to stay away from the
pigs

CUN000670

would Ted & Bobbie willingly then to
come see the baby pigs → they were
so cute but you got close to the
sows mouth she ate it → so we
[laughing] she ate those little tiny
babies // Ted & Bobbie laughed but
kids were [laughing]

cats were [...] & were starving — cute
gray kitten

Angie made to stop boys as Dillberr knew
she was [frightened] of them → increasing
anxiety as approached yard // kitten
following by & she pushed it away as
afraid would get may [...]
Angie dumped a little slop on the ground
to distract kitten & gave it [...] to eat,
just when stopped pigs kitten came too
close to pace & sow [...] there
& [...] it in mouth & another
pig pulled kitten from trying to take it
away → [laughing] — [screamed] &
cried

[...] daughters → Bobbie took us into
rabbit [...] over there — [...] rabbit

on leg, very cute — then Bobbie took
rabbit out of Angie' leg by ears, took
over to a stump & beat its head by
a sledge hammer — eyes popped out,
cut rabbit's throat & pulled skin
off — rabbit leg still kicking, quit
it — never went in barn again or play of rabbit

things deliberately done to harass the kids

then make you eat it for supper — Angie
wouldn't

Dillows shot raccoon & squirrel & had
them for supper.
Week eggs & okra every meal —
tried to urge Angie to eat it

does not recall very large meals
daughters

threaten to feed kids to the hogs —
was Angie's greatest fear — they
were reuses, scary, huge, fighting
all the time

ANGIE
32

Indian boys made to drink from the sugar bottle by Bobbie

Dillons had children - only recalls Jeanie who was a teen & liked [illegible]

recalls that TD Dillon touched his butt & telling him not to do that again

sister

recalls in Colorado & Wendy age 8-9 & Wendy was having a pee [illegible] friend's [illegible] - Angie told mom who pulled Wendy out of there

age 12 made out w/ peer age boy across the street

first intercourse age 15 with Steve Hugo dated a couple of years & married x 9 mos, was killed in one [illegible] // drove [illegible] car // sexual difficulties but not in love

next partner was AJ - dated [illegible] &

married x 3 yrs // married as pregnant w/

Alyssa & he talked her into it - he was [illegible]

AJ worked 50 hours weekly & she was home all the time, he was really into beauty & his Harley — & he had everything he wanted & she had nothing

Angie has never been one to disclose & talk, not a open ~~open~~ person — like a guy

had an affair w/ Kelly Thompson — sexy, blond hair & blue eyes — was crazy about him // broke up after Kelly cheated w/ Wendy DeGuz, after dating x 8-9 months

then dated off & on:
Clark Conway
Tony Ostrom
Mike Brock

then met Terry DeGuz — he came to her bar in 1988-89 → sexiest man she ever laid her eyes on → together every day after that // Tony eyes older // 5-11, 170 lbs, ripped, loud // did work together // he was married to Wendy DeGuz but then she ran around & they had open marriage // he wanted to move in after 6 mos — divorced Wendy // fell into he left her

Tony just left Angie a couple months after

Case 3:09-cv-03064-MWB-LTS    Document 284744    Filed 06/23/11    Page 74 of 100
CUN00284744

now saw the crack or being responsible
for their problem - he didn't know how
to express himself & his father had hurt
him mother

still thinks about Terry daily
if not for Clypso would have stayed
w/ him but decided couldn't let
Clypso live like that —> Clypso was
afraid of him & he was getting increasingly
violent

hit Angie in face w/ fist, threw her around,
held her down & raped her, choked her,
pulled hair
cursed & flying in her face while holding her
down because of being w/ other people
when knew she didn't want anyone
else //

all of her friends were now & often drove Terry
crazy - things hadn't bothered or just
puzzled her when she was dating - pulled
her out of car after stopped
threatened to kill her, held a knife to her
Terry would hate himself afterwards

would separate, he would be very scary woman,
when he came back around she would not

want to have sex w/ her telling her she
was afraid she would catch a/t, →
he held her down & raped
even after the two were would get back together,
would do dope together, get intimate again &
she would make him use a condom
did not get any STD's from Terry

black eyes, fat lip, face bruises, body bruises,
cut inside mouth, & eye cut once //
She broke her arm + arm once & healed
badly                    now capped
once chipped her tooth by slamming jaw
into bathtub while holding the back of
her head
though he broke her jaw once but didn't

Terry stalked her after break-up
  - sat outside her house behind car blocking
     her in
  - pulled over side of road & followed her
     to work, then dash into building
  - followed her from work
  - sat outside her house
  - broke into her house & waiting for her

met to therapist ABRAHAMSON in
ALGONA, IO — therapist told ___ that
Terry was ___ to her & would ___
up ___ her → did not tell ___
that they were ___ into meth which
was likely the predictor of all the
problems (saw therapy pictures around 1990-9)

Terry was very meth ___ saw Ryerson,
who had been in debt for meth & asked her for
assistance // he was not ___ anymore

had met Dustin when he was w/ Bruce DeSure —
Terry's brother // met him again when Dustin
moved code to Terry's house, then when
took money to Dustin for Terry & told Dustin
not to give Terry anymore dope, then Dustin
was going to get dope for her — but she never
got any dope from him

Dustin is Maurice's father — not sexual
relationship → ___ they ___ ___
that ___ up ___ ___ //
___ planned to have abortion but Dustin
___ & she couldn't afford it — Dustin
begged her not to & told her he would

CUN0006724

at Just was proud of Dexter whatever a
bad boy, & had hoped he would be
a drug connection

school

never retained
in 3rd grade in KS was in special class
x 2 days for retards until Angie has
been pretested
all subjects were difficult - really difficult
& spelling was the worst, poor at math
dropped out in 9th grade - says to quit school
or hated it

ADHD
couldn't understand anything
couldn't pay attention
often didn't complete assignments - Ted Ward
do this job he
not happy
still acts upon things, is very impulsive
made jokes in class

CUN000678

peers

didn't have friends her own age - friends were
older by a couple of years

/

friends were always older, until now
- kept her distance from everybody
- Kim [?] was best friend

- Cindy Dietz was best friend from 4th
grade, moved in w/ her at age 16 —
St only

- didn't feel accepted by peers at
school → was different (?) in every
way — life didn't revolve around
school

never sleep overs

_____

TODD GATSON
- always real good friend → he wanted
more but she didn't have those feelings for
him
- sex x1 or both very drunk
- he is good guy & maybe could be
a lot more — learned to accept
what can't change

N000679

true enjoyment

reads a lot — never used a book before jail,
novels, true stories, anything
draw — rare in flowers etc for the kids of
other inmates

<u>Love in life — Carl + ???</u>

living in Colorado, Telephone man gave them male
home after family dropping grocerier really
home

he began to take kids on activities as he used to
date mom // took to zoo, or mountain
Carl came to her rescue to comfort when trucks were
really her knights — owed my heart to Angie
change true for her → hanque all the kids
leave after they for walk to dance, late
saw them destroy // he subsequently died
wanted mom to marry him
loved Carl

——————

when at Jetters for visit — I time up and looking
days, did family activities
Jette did not spend time up her children apart from cooking
kids
one cookie cut off Angie's long term over to protect
a cut it short ??? give of us all the gods

... (3) because Angie was flipping her ___ & Cookie though Angie was doing this to taunt Shannon who was Cookie's daughter // cut Wesley & Jamie ___ as well over their protest

Shannon was Wesley's age
Tony was Angie's age        } Cookie's children
Kelly was Jenny's age

Angie was not close to any of these children

When Florence died of an ulcer – knew no other circumstances

Mom Wennyard ___ died ___ in jail

CUN000681

I CONSENT FOR DR. CUNNINGHAM TO RECEIVE

HIS FINDINGS & OPINIONS TO MY DEFENSE TEAM,

TO TESTIFY AT TRIAL IF CALLED BY THE

DEFENSE, & TO OBTAIN INFORMATION FROM

ANY THIRD PARTY.

5-8-05

CUN000682

5/27/05
friday
3:33pm

## Tel. Conv. w/ Dr. Cunningham

bottom left hand corner

movies screen — click on this
presentation mode

Left click to advance the slide

~~Bottom left~~
corner
MU6 Rectangle — click on this to show
entire thing at once.

Left click to advance the slides
one by one —
computer is much better than
overheads.

Mark Cunningham

Choice

Often the gov't experts aren't rectifying —

No evidence there that

— unusual
&
— likely rate
— # of hrs. in this case.
— unknown

w/ 50.-/hr.

Dr. Martell + Dr. Voskim

Dietz & Loss —

Call Matt + Roseann about the
gov't experts' fees,

CUN000684

p.3.

Bill — shd no
broader categories
Problem w/ diagnoses is get
into fight about one
is correct.

There are good diagn
— Chronic low grade depression
— dysthymic disorder
— PTSD stuff
— Chronic social
relationship problems

— brey/healthy
drug addiction
issue

— sober

CUN000685

Angie does make attachment bothers — see her kids.

Not true of A.S.P.D.

Not broadly exploitative as ASPD is also.

She works all the time,

— No childhood conduct disorder ← requirement of ASPD.

4:07 pm END.

Being 5/27/05 FRIDAY

CUN000686

-4-

re: MENTAL EVALUATIONS: A. Johnson

Thursday
5-26-05

1:13pm    Tel. Conf. Call w/ J. Bennett

at Request of Gov't Taint Attys.


Roseann Ketchmark →
Experts Reports to each other.

*Prepare a Rpt.
list individual's
they relied upon*

4 comments Pat made are of concern:

① Reports to be Prepared by Gov't, not

② Defense Experts not Preparing Reports
      at PJB's reccomendation

③ Gov't Experts want more info.
      - collateral witnesses , contact information

④ No Q's of offense to be asked of D
   during evaluation

      — opposed to a stipulation

❋ what wd. it say — no Q's of D or
      no impact of mental illness


March 14th → letter Brief
See

1:48pm

# LAWYER'S
# Bookshelf

## Reviewed by Diana Gordon

## A Life and Death Decision: A Jury Weighs the Death Penalty

By Scott E. Sundby, Palgrave Macmillan, New York, N.Y. 220 pages, $26.95

**F**rank felt the defendant had no one to blame but himself for a life trajectory that led him to an apparently senseless convenience store murder. Juror X thought she couldn't have voted for death if the defendant had cried or otherwise shown remorse at the trial. But Peggy found the defendant's childhood trauma of a brother's death, for which he was partially but unwittingly responsible, to be a mitigating factor in his criminal career and a reason for the jury to impose a life sentence instead of capital punishment.

These jurors (not their real names) are part of the cast of characters in Scott Sundby's balanced, informative and eminently readable account of sentencing in a capital trial. They struggle with questions of social responsibility, free will and its limits, and the psychological impact of past events. They do their best to make a decision on which a life depends and which expresses one of society's most profound moral judgments. They make enormous sacrifices of time and energy to deliver this judgment, even as many of them worry that they ought not to "play God" and that the legal system, in the words of the late U.S. Supreme Court Justice Harry Blackmun, "fails to deliver the fair, consistent and reliable sentences of death required by the Constitution."

The capital jurors' struggle makes for a compelling read. But Sundby goes beyond the drama of the particular case that resulted in a death sentence (and a contrasting case that imposed a life sentence for seemingly far more heinous crimes) to develop important themes that illustrate the dilemmas that so frustrated Justice Blackmun. He draws from hundreds of hours of interviews conducted with capital jurors (divided approximately evenly between those who voted for death and life) as part of the Capital Jury Project, a continuing national study begun in 1991 and directed by Northeastern University Professor William J. Bowers. That research examines how capital jurors exercise discretion in their decision-making and assesses the effectiveness of contemporary death penalty statutes in removing the arbitrariness found in the 1972 Supreme Court case *Furman v. Georgia.*



A LIFE AND DEATH DECISION
A JURY WEIGHS THE DEATH PENALTY

SCOTT E. SUNDBY

**S**undby honors the urgings of generations of creative writing teachers who tell students to show the reader what they are getting at, rather than simply stating it; letting the jurors speak for themselves is what makes the book so lively. The larger points he wishes to make about the process emerge as the reader works through the individual experiences of the jurors in his two prototypical cases. For one thing, it becomes apparent that efforts undertaken in the last 30 years to eliminate unfairness in capital decision-making have bred new problems. Separating the guilt adjudication phase and the sentencing phase of a capital trial and allowing extenuating circumstances to be considered by the sentencing jury, for instance, has produced the diabolical result that an unsuccessful plea of innocence in the earlier phase hurts the defendant later, when he or she must acknowledge guilt to present mitigating circumstances. The due process protection of requiring that a defendant's attorneys be present whenever a jury asks to review evidence may seem intimidating to jurors and deter them from full consideration of relevant questions. An increasingly rule-bound machinery constrains its operatives: jury instructions are so elaborate as to confound even well-educated jurors; and judges may be so worried about being seen to interfere with juries' deliberations that they refuse to answer questions and thereby increase the likelihood that the instructions will be applied erroneously.

Contrasting the primary case with another also serves Sundby's purpose of showing the importance

to jury deliberations of competent defense counsel. In the latter case the defendant was convicted of killing two young people, torturing and decapitating one of them. After the first killing the defendant and his accomplices went to a movie. Although the defendant appeared remorseless his lawyers managed to present a compelling picture of a ghastly childhood filled with indescribable brutality against both the child and the pets who were his only refuge. The jury was receptive to well-made arguments that emphasized influences from the defendant's past as mitigation of his present crimes, and a life sentence was the result.

**S**undby is able to use the contrast between the two juries' decisions to make other important points. He notes that in the case where the jury opted for death a substantial majority was inclined in that direction to begin with and that no such majority strength existed in the jury that decided on life, reflecting patterns observed in other cases studied by the Capital Jury Project. There were two African-American males on the jury that voted for life, and their ability to provide context for the white jurors looking at the black defendant's background weighed heavily—again a trend observed in a recent study, which found that where a black defendant had killed a white victim, the chances of a death sentence were reduced when the jury included even a single black male.

It is this focus on the dynamics of what goes on in the jury room that, for this reader, casts the greatest doubt on whether sentencing decisions in capital cases can ever be consistent in ways that honor constitutional principles. A guarantee of skillful representation for capital defendants could be achieved with the political will to do so. Jury instructions could be written that would be understood by jurors of average intelligence and education, and judges could be trained to be more responsive to jurors' questions without intruding on their decisions. But every group of human beings is different from every other, and in an area where discretion is wide and the choice is more moral and personal than legal those differences constitute inconsistency by definition.

Sundby is stumped by this problem, too. He can envision policy solutions to some of the flaws in the current system of capital sentencing, but he cannot escape the evidence that one or two jurors who are adamantly punitive or softhearted or religious or angry can pull the group in one direction or another in ways that cannot be anticipated or guided by the law. One juror may bully another into submission; justice may or may not be seasoned by mercy. The author concludes that "the debate as to whether a system can ever be devised that enables juries to impose the death penalty in a consistent manner will continue for as long as we have capital punishment." He never takes a position for or against it, but his findings strongly support Justice Blackmun's conclusion more than a decade ago that the "machinery of death" can't be repaired.

**A**s I read "A Life and Death Decision" I kept wishing that I were still teaching crime policy to undergraduates. Discussions of the death penalty generally begin with a heated debate about whether it should exist. While this book will resonate with criminal justice professionals and academics, it also provides a fine introduction to thinking seriously about the death penalty from inside out—that is, examining the practice first as a way into more informed discussion of the policy.

*Diana R. Gordon is professor emerita of political science and senior research scholar in the CUNY doctoral program in criminal justice.*

May 27, 2007


Dr. Mark Cunningham
417 Oak Bend, Suite 260
Lewisville, TX  75067


Re:    United States v. Angela Johnson


Dear Mark:

Enclosed please find a copy of the Inmate Blue Sheet Logs from the time period of October 2000 to March 2002 at the Linn County Jail.  The entries by the jailers were recorded every 15 minutes while she was on suicide watch.

If you have any questions, please give me a call.

Sincerely,



Dean Stowers
Ds:an

Enclosure

CUN000689

May 27, 2007

Dr. Mark Cunningham
417 Oak Bend, Suite 260
Lewisville, TX  75067

Re:   United States v. Angela Johnson

Dear Mark:

Enclosed please find a copy of the Inmate Blue Sheet Logs from the time period
of October 2000 to March 2002 at the Linn County Jail.  The entries by the jailers
were recorded every 15 minutes while she was on suicide watch.

If you have any questions, please give me a call.

Sincerely,



Dean Stowers
Ds:an

Enclosure

CUN000690

# MARK D. CUNNINGHAM, PH.D., ABPP
Clinical & Forensic Psychology
*Board Certified in Forensic Psychology – American Board of Professional Psychology*
417 Oak Bend, Suite 260     Lewisville, Texas
972 459 0658     Fax:   972 459 0958

05-31-05

Ms. Patrick Berrigan, Esq.
Attorney at Law
Watson & Dameron, LLP
2500 Holmes
Kansas City, Missouri 64108

Re: <u>U.S. v Angela Johnson</u> (capital sentencing)

Dear Mr. Berrigan:

You have requested that I summarize my findings and opinions to date regarding my capital sentencing evaluation of Ms. Angela Johnson relative to the presence of any factors that might be considered mitigating, as well as violence risk assessment perspectives. As will be detailed below, these findings and opinions are based on interview of Ms. Johnson, interviews of family members and other third parties, review of records, consultation with other experts, review of reports by other experts, review of correctional information, and review of scholarly literature. These sources are of a sort that are customarily relied upon by clinical and forensic psychologists in coming to expert opinions. My findings and conclusions may be modified by additional information that may be made known to me.

<u>Evaluation procedures:</u>

**Interviews:**

| Name | Relationship | Duration (in minutes) | Date | Mode |
|---|---|---|---|---|
| Angela Jane Johnson | Client | 325 | 5/8/05 | Person |
| Pearl Jean Johnson | Mother | 174 | 5/6/05 | Person |
| Wendy Jean Jacobson | Sister | 93 | 5/7/05 | Phone |
| Jamie Jo Hays | Sister | 70 | 5/7/05 | Person |
| James Jeffrey Johnson, Jr. | Brother | 77 | 5/6/05 | Phone |
| Holly Justine Dirksen | Half-Sister | 57 | 5/6/05 | Person |
| James "Jim" Jeffrey Johnson | Father | 85 | 5/6/05 | Person |
| Pamela "Cookie" Johnson | Stepmother | 54 | 5/6/05 | Person |
| Alyssa Dale Johnson | Daughter | 50 | 5/7/05 | Person |
| Marvea Jane Honkin | Daughter | 36 | 5/7/05 | Person |

CUN000694

| | | | | |
|---|---|---|---|---|
| Arvin Dale "AJ" Johnson | Ex-Husband | 43 | 5/7/05 | Person |
| Mark Jacobson | Brother-in-law | 08 | 5/7/05 | Phone |
| Kim Swalve | Former housemate | 50 | 5/7/05 | Person |
| Carol Mann | Family friend | 61 | 5/6/05 | Person |
| Dave Nieman | Childhood friend | 57 | 5/6/05 | Person |
| Mikel Olsen | Friend | 46 | 5/6/05 | Phone |

**Summaries of mitigation investigation interviews:**

Angela Johnson
Pearl Jean Johnson 1/07/02, 12/14/04
      Handwritten Notes
      Religious Writings
Wendy Jacobson 11/02/00, with Mark 2/07/05
Jaime Jo Hays 12/14/04
Jim and Cookie Johnson 1/09/02, 12/15/04
      Itemized Statements of Earnings
Alyssa Johnson 1/07/02, 2/08/05
Arlyn Johnson, 6/20/02, with Karrie 12/16/04
James Jeffrey Johnson, 11/03/00, with Shelly 2/08/05
Carol Mann 11/30/01, 2/09/05
Dave Nieman 3/19/02, 2/08/05
      Card to Angi from Janet Nieman
George Barlas 3/20/02, 3/23/05
Holly Dirksen 10/19/01, 2/09/05
Norm Olson 11/20/01
Mikell Olson 6/14/02
Verleen Vanderpool 3/25/05

**Records reviewed:**

U.S. v Angela Johnson
      Indictment
      Second Superseding Indictment
      Second Notice of Intent to Seek the Death Penalty
      Statutory and Non-Statutory Aggravating Factors Alleged
      Government exhibits regarding pre-trial jail conduct

Benton County Jail
      Intake Records
      Rule Infractions
      Health/Medication Records
      Jail Visitor Log
      Money Transactions / Commissary Order Forms

Hancock County Sheriff– Terry Scott Degeus
      Arrest / Incident Report

Cerro Gordo County Sheriff
  Speeding Records
  Pistols / Revolvers Permit
Cerro Gordo County Sheriff – Terry Scott Degeus
  Public Intoxication, Contempt
  Disorderly Conduct, Unlawful Acceleration, Seat Belt, Interfere with Official Acts

Blackhawk County Jail
  Arrest / Booking Report
  Intake Records
  Suicide Attempt Records

Hardin County Jail
  Call Log
  Appointment Log
  Mail Log
  Money Log
  Visitor Log
  Medical/ Medications Records
  Visitor Records
  Commissary Sheets
  Court Orders
  Daily Logs

Linn County Jail Records
  Medical / Prescription
  Prisoner Activity Log
  Inmate Request Forms
  Intake/Release
  Letters
  Attorney Correspondence
  Property
  Incidents / Discipline
  Visitors

Birth Certificates
Marriage Certificates
Divorce / Child Support Records
  Steven Hugo and Angela Johnson
  Arlyn Johnson and Angela Johnson
Marriage / Divorce Records
  Pearl and James Johnson

School Records
>Mason City School District
>Meservy-Thornton School District
>Chanute Public School District
>North Iowa Middle School
>Forest City High School
>Garner-Hayfield High School (Alyssa Johnson)

Mercy Hospital Records - Pearl Johnson
Mason City Police Department Records
>Terry Degeus
>Angela Johnson

Investigation Records
>Records from Frerich's Law Office
>U.S. DOJ Records

Credit Records
>Discover Card Records
>MasterCard Records
>Vehicle Financing Records
Internet Printouts on Bishop Whitlock

Correspondence
Records, Correspondence regarding Robert McNeese
Mental Health Center of North Iowa Records
Pearl Johnson Religious Writings

University of Iowa Hospitals and Clinics
Jack Koenen Chiropractic Clinic
Mason City Clinic – Pearl Johnson
Memorial Hospital
Regency Center Family Clinic
Mental Health Center of North Iowa
Social Security Administration
Winnebago Employment Records

Clear Lake Police Department Records
Cerro Gordo Sheriff
Mason City Court
>Angela Johnson
>Terry DeGeus

Records from Dr. Michael Gelbort
>WAIS-III, 1/24/05
>WRAT3, 1/24/05

WMS-III, 1/24/05
Interview notes, 1/24/05

Transcript of interview of Drs. Daniel Martell and Joel Dvoskin with Angela Johnson (4-23-05)

Reports of Drs. Martell and Joel Dvoskin regarding Angela Johnson (5-27-05)

Discovery Summaries

**Findings and conclusions:**

An extensive body of research is available to demonstrate a nexus between deleterious developmental events or factors and adverse outcome. More specifically, research on factors associated with an increased risk of chronic delinquency and serious violence in the community has been conducted and synthesized under the sponsorship of the U.S. Department of Justice (DOJ) as part of their increasing commitment to violence prevention programs. Consistent with past explanations (e.g. Masten & Garmezy, 1985), DOJ sponsored reviews have concluded that risk of violent criminal outcome is a function of the interaction or balancing of risk and protective factors (see U.S. Department of Justice, June 1995; Hawkins et al., 2000; Wasserman et al., 2003). Other DOJ sponsored longitudinal studies detail the effects of child maltreatment (Widom, 2000; Kelley, Thornberry, & Smith, 1997); the effects of family disruption (Thornberry et al., 1999) and the cumulative effects of hostility, observed violence, and personal violent victimization within the family (Thornberry, 1994) on criminal outcome and violence rates. Other publications such as the Surgeon General's Report on Mental Health (1999) also detail ways in which neglect and traumatic experience may deflect the developmental trajectory. Important research on the risks associated with various developmental factors has been published in the peer reviewed literature apart from the sponsorship of DOJ as well. Ms. Johnson's developmental history demonstrates many of the risk factors and few of the protective factors identified in the above studies.

While Ms. Johnson was not an adolescent or young adult at the time of the charged capital conduct, the above research provides an explanation for the developmental trajectory observable from adolescence and early adulthood which culminated in the charged capital offenses. I anticipate that in my testimony at capital sentencing I will particularize these factors to Ms. Johnson and the resulting trajectory of her life. These and other adverse factors including those listed below impacted not only on Ms. Johnson's life trajectory, but also on her underlying value system, moral development, perception of life options and nature of choices.

Additionally, I anticipate describing in more extensive detail a number of damaging developmental factors present in Ms. Johnson's history that singly and collectively increased the likelihood of an adverse and/or criminally violent outcome in adulthood. Again, these will be supplemented by research findings demonstrating a nexus between such factors and disrupted developmental trajectory and adverse developmental outcomes including criminal activity and criminal violence. These include:

Multigenerational family distress
Genetic predisposition to substance dependence
Genetic predisposition to psychological disorder
Probable Attention Deficit Hyperactivity Disorder in childhood

Mother was a teen at onset of childbearing
Alcohol abuse of father and stepmother
Maternal neglect and parenting inadequacy
Paternal neglect and parenting inadequacy
Chronic domestic conflict in early childhood
Observed maltreatment of siblings
Pathological divorce
Rejection by stepmother
Instability of home and recurrent relocations
Physical and emotional abuse
Bizarre religiosity of home and associated maltreatment
Inadequate supervision and guidance
Psychological terror in foster/orphanage setting
Probable sexually traumatic exposures in foster/orphanage setting
Peer harassment and rejection
Childhood onset psychological disorder

Premature employment, with school dropout and apparent economic exploitation
    by mother
Premature marriage and teen pregnancy
Early adolescent onset substance abuse and dependence
Repeated violent victimization in relationship to Terry Degues
Inadequate interventions
Psychological disorders in adulthood
Methamphetamine dependence
Corruptive influence of Dustin Honken

Ms. Johnson also exhibited a number of pro-social patterns and positive relationship behaviors during her adolescence and adulthood' including maintaining steady employment from her mid-teens, routinely extending herself financially and emotionally to others, and having a caring posture toward her children. I anticipate testifying regarding these features as well.

I also anticipate testifying regarding an additional mitigating factor of positive prisoner adjustment (i.e. Skipper evidence), and/or providing rebuttal testimony to the Government's assertion of a non-statutory aggravator of "future dangerousness" (i.e. that there is a probability that Ms. Johnson would commit future acts of criminal violence that would constitute a continuing threat to society). Regarding this mitigating / asserted aggravating issue, there are a number of factors that point to Ms. Johnson being likely to have a positive (i.e. without serious violence) adjustment to prison.

First, Ms. Johnson is currently 41 years old. Increasing age is accompanied by lower rates of disciplinary infractions and violent misconduct among prison inmates, and has been identified as one of the most powerful predictive factors in the incidence of prison misconduct. The pattern of better prison adjustment with increasing age is observed even when a violent offense of conviction occurred at an older age.

Second, Ms. Johnson's adjustment during extended pre-trial confinement in various jail facilities during the past five years has been without serious violence. Past behavior pattern (in a similar setting) and group statistical approaches are most reliable in assessing likelihood of violent behavior in a prison context. Behavior pattern analysis that is specific to context is critically important because prison represents a fundamentally different context from the community. Contrary to the assertions of the Government in their allegation of Ms. Johnson's "future dangerousness," prison violence does not predictably follow from pre-confinement violence or the capital offense of conviction. It is acknowledged that Ms. Johnson has had numerous disciplinary infractions during this extended jail tenure, including several minor physical altercations with other female inmates. In considering the implications of these altercations/infractions, it is important to note that the nature of the charges against her have made Ms. Johnson a highly visible inmate to both inmates and staff, increasing the likelihood of provocation by other inmates and more rigorous enforcement by staff. Additionally, jails experience more rapid inmate turnover and are not well-equipped, in either facilities or programming, for long-term confinement. This combination contributes to greater inmate management problems. Ms. Johnson has made a verbal threat to a staff member who was in the process of denying Ms. Johnson's visitation with her children, but Ms. Johnson has no history of staff assaults.

Third, Ms. Johnson has continuing significant relationships with family and friends. Inmates who have such continuing community relationships are more responsive to institutional incentives such as visitation and communication, more anchored to community values, and more likely to have a continuing role in their family systems. All of these factors contribute to less correctional misconduct from such inmates.

Fourth, for almost all of the 4+ years that Ms. Johnson has been confined pre-trial, she has been confined on units that allow extensive contact with other inmates as well as unshackled contact with staff. This staff appraisal of Ms. Johnson's security requirements has been made with knowledge of the charges against her. It is further notable that her disciplinary history has not been so problematic as to result in her ongoing segregation from other inmates, and/or shackled contact with staff. Indeed, during my interview with her Ms. Johnson was escorted without restraints while in the presence of inmates and staff. Consistent with staff appraisal, Dr. Joel Dvoskin, forensic psychologist retained by the Government, opined that the type of disciplinary infractions incurred by Ms. Johnson were "fairly typical of most female inmates," and that Ms. Johnson was well within the capability of correctional professionals to manage.

Fifth, Ms. Johnson has a history of responsible, gainful employment and hard work in the community from her mid-teen. Such a history of industriousness, tolerance of structure and external direction, and ability to exercise sufficient self-discipline to be punctual and responsible increases the likelihood of a positive and nonviolent adjustment to prison.

Sixth, if convicted of a capital offense but not sentenced to death, Ms. Johnson would serve a life term in the Bureau of Prisons. Recent large scale research on risk factors for violent misconduct among maximum security inmates indicates that life-sentenced inmates have rates of violent misconduct in prison that are equal or less than parole-eligible inmates. This finding is consistent with other research, including summaries of the National Council on Crime and Delinquency, the National Institute of Corrections, and recent large-scale data from the Florida Department of Corrections that the severity of the offense of conviction is not a good predictor of prison adjustment.

Seventh, group statistical data regarding rates of violent prison misconduct among capital offenders, murderers, inmates in U.S. Penitentiaries, and inmates in the Bureau of Prisons also point to Ms. Johnson being unlikely to commit acts of serious violence in prison. I anticipate that I would briefly describe studies and data associated with each of the above groups – as each informs a characteristic of Ms. Johnson if serving a capital life sentence. To illustrate with the application of a study of the violent prison misconduct of 6,390 convicted murderers, Ms. Johnson earns the greatest risk _reducing_ factor of being 35+ years old at entrance into prison on the murder charge, and exhibits a single factor associated with _increased_ risk – having been convicted of killing more than one person. Accordingly, the risk of serious prison violence during a 40 year term for an inmate with similar factors would be: any serious violence = 7.6%; aggravated assault on staff < 1%; homicide of an inmate < .2%. The likelihood of homicide of a BOP staff member is 1 per 900,000 inmates annually. It should be noted in considering the above risk rates, that in reviewing data from BOP, I could identify no instance of a female BOP inmate killing another inmate or BOP staff.

Eighth, as risk of violence is always a function of context, the above estimates of the risk of serious violence could be markedly reduced by ultra-secure confinement. Security measures at this level of custody are quite effective, as demonstrated by the associated low rates of serious violence in a federal super-maximum confinement context. It is acknowledged that much of the research underlying these factors, as well as the group statistical data regarding capital offenders, is predominantly based on male inmates. These factors, however, remain the most reliable basis for risk estimates regarding female inmates.

Regarding the potential for Ms. Johnson's to effect violence in the community from prison, this involves a separate analysis. First, consideration should be directed toward whether past violence and/or threats were directed toward prevention or obstruction of prosecution or were only retaliatory in nature. Obviously, no further prevention/obstruction motivation would remain following conviction of a defendant, while retaliation motives would be ongoing. The murders that Ms. Johnson has been convicted of appear to primarily reflect a prevention/obstruction motivation rather than

CUN000698

retaliation. Second, consideration should include an appraisal of whether a defendant has a continuing criminal organization and/or financial resources in the community to effect violence even if motivation continued. There is little to no indication that Ms. Johnson has either control of a criminal organization or substantial financial resources to effect violence in the community. Fourth, consideration should include the custodial disposition of the defendant. Ms. Johnson appears far more likely to bluster and "run at the mouth" than to carefully and systematically organize ordered violence in the community. Accordingly, it is my opinion that there is a low likelihood an act of serious violence in the community would occur under Ms. Johnson's direction or solicitation. Further, should the Government or BOP believe that Ms. Johnson represents a manifest threat to community members, special conditions of confinement can be brought to bear that include restriction of her communication with other inmates and/or members of the community.

Finally, the Government, in alleging this issue, asserts that the question is Ms. Johnson's "future dangerousness." While "future dangerousness" is a common shorthand for the issue, the special issue as affirmed in Jurek v Texas refers to the probability of violent acts: "Whether there is a probability that the defendant would commit criminal acts of violence that would constitute a continuing threat to society." This is an important distinction. When the special issue is re-framed as "future dangerousness," it ceases to be definable or measurable in a scientifically reliable and reasonably discriminating fashion. More problematically, when construed as "dangerousness" the issue loses any individualizing value. All violent felons, and particularly all capital offenders, would be considered to be dangerous. Their "dangerousness" is a significant rationale for their long-term confinement in a highly secure correctional facility. The special issue, then, is arguably not an assessment of a static characteristic of dangerousness. Rather it calls for an evaluation of the likelihood of violent acts. Group statistical data and preventive measures that can be brought to bear are critical to a reliable determination of that likelihood of future violent acts.

Please advise me if additional information is desired. Thank you for your consideration.

Sincerely,

   *Via email*

Mark D. Cunningham, Ph.D., ABPP
Clinical and Forensic Psychologist
Board Certified in Forensic Psychology
American Board of Professional Psychology

CUN000699

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANGELA JOHNSON,<br><br>        Defendant. | Nos. CR 01-3046-MWB<br><br>ORDER<br><br>(*EX PARTE* AND UNDER SEAL) |

The court has received an *ex parte* motion under seal, which requests authorization to bill the government's credit card for certain travel by one of the defendant's experts, Dr. Mark Cunningham, Ph.D., to testify at trial in approximately two weeks time. The court finds that the requested authorization is reasonably necessary in this case.

THEREFORE, the following charges to the government's credit card for travel by defense expert Dr. Mark Cunningham are hereby authorized:

Airfare for travel from Dallas, Texas, to Sioux City, Iowa, on Tuesday, June 7, or Wednesday, June 8, 2005.

Car rental ins Sioux City, Iowa, while Dr. Cunningham is here.

Airfare for travel from Sioux City, Iowa, to Dallas, Texas, on Wednesday, June 8, 2005, or at such time as Dr. Cunningham has finished his testimony.

IT IS SO ORDERED.

DATED this 1st day of June, 2005.

_Mark W. Bennett_

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

CON000700