Subj: **RE: Future Dangerousness**
Date: 6/3/2005 2:33:29 PM Central Daylight Time
From: dick@burrandwelch.com
To: DEANSTOWERS@aol.com
CC: skip_gant@fd.org

Dean:

Here is an instruction given by Judge Tarnow in the EDMi, in a case involing death or LWOP as the only sentences:

## Non-Statutory Aggravating Factor

### Continuing Danger to Life and Safety of Others in Future:

To establish the existence of this aggravating factor, the government must prove id a reasonable doubt that Defendant represents a continuing danger to the life and of other people in the future. In order to prove whether this factor exists beyond a nable doubt, the government must prove the following:

> (a) That Defendant was involved in at least one additional murder and armed robbery, as well as numerous physical assaults on other persons; and if so,

> (b) That the additional murder, armed robbery, and numerous physical assaults on other persons demonstrate a continuing pattern of violence; and if so,

> (c) That the continuing pattern of violence proves, beyond a reasonable doubt, that Defendant represents a continuing danger to the life and safety of other people in the future, even if Defendant was imprisoned for the rest of his life without any possibility of release.

When evaluating this non-statutory aggravating factor, I must remind you once more that if you find that the government has proven this factor beyond a reasonable doubt, that means you have all agreed – unanimously – that the government has proven this specific factor beyond a reasonable doubt. It is not enough for some of you to believe the government has proven this non-statutory aggravating factor and others of

CUN000701
Friday, June 03, 2005 America Online: DEANSTOWERS

you to think the government has not proven this non-statutory aggravating factor.

If the government does not satisfy each of you, unanimously and beyond a reasonable doubt, that this non-statutory aggravating factor exists, you must resolve that doubt in Defendant's favor – which means you must find that the government failed to establish this non-statutory aggravating factor beyond a reasonable doubt. You should return a finding to that effect by recording that finding on Part Three of the Special Findings Form, then proceeding to Step Four, where you will consider mitigating evidence.

If you unanimously find that the government has proven this non-statutory aggravating factor beyond a reasonable doubt, you should record that finding on Part Three of the Special Findings Form, then proceed to Step Four, where you will consider mitigating evidence.

---

**From:** DEANSTOWERS@aol.com [mailto:DEANSTOWERS@aol.com]
**Sent:** Friday, June 03, 2005 12:32 PM
**To:** dick@burrandwelch.com
**Cc:** skip_gant@fd.org
**Subject:** Re: Future Dangerousness

Does anyone have a jury instruction (actually given or proposed) that defines this agg in a case where the options are LWOP or death? Dean Stowers

GON000702
Friday, June 03, 2005 America Online: DEANSTOWERS

RITA ROACH   DOB 9-14-46

half sister of Pearl Jean / maternal half aunt

saw Pearl Jean a few times growing up -
     when Rita around age 11-12 Pearl Jean
     came & personally care for Rita when
     "Madeline" had thyroid operation  "MOM"

father was Albert Cecil Ramey - died 1989,
     he drank - she didn't consider to be heavy -
     on Friday he would cash his check & go up front
     to bar to drink

marriage ref'd for 30 + yrs
     Madeline died 1982

Rita is only child of marriage

did not have contact w/ Pearl again until
     Madeline's death in 1982, 1st met next
     father's funeral / Pearl Jean did come out
     & moved in w/ dad w/ her kids after
     mother death in early 80's

as a teen Pearl was a regular teen by Rita's
     observation

Pearl & Rita are born again Christians, shared a
     lot about the Lord - both believe -
     speaking in tongues a feelings / a good person -
     kind & loving - prays for everybody all the
     time

Case 3:09-cv-03064-MWB-LTS   Document 23-25   Filed 06/23/11   Page 3 of 110
CUN000703

Pearl had a temper... childhood - didn't have regular family life - very frequent contact w/ Jetta

Rita lived in Missouri & Paul Jean /Flowe lived in Iowa // Jetta for divorce of Jetta & Flowe Dad in court & was gone

Madeline was age 32 when Rita born, no other children

Rita grad HS in Missouri, did not go to college

married shortly after HS & moved out to Colorado - Paul Roach → split up 3 yrs later

Rita had 2 girls:
KIMBERLY ANN  8-13-65
 no others/drugs  BNP //

DARCI RAY  11-16-67 - Jetta Paul Roach
 no others/drugs  no NP // knew/grew up w/ Rita //
died in 2001 in car accident //

railroaded as was young, now married - contact w/ Rita in Colorado
Jetta Paul Roach grew up w/ Jetta to age 16

Rita worked no NP or ETOH

met children when kids came out to Colorado ~ 1982-83, last saw Craig at age 19 when Craig drove his mother out to Colorado - only Craig briefly when decided to marry BF AJ

COU00000704

Angie seemed like normal teen - was Jerry, had sense of direction & wanted to be a model - then found out she was pregnant & went back to marry BF AJ

met Pearl's husband Jerry when Angie a few months old → Jim was an alcoholic → drunk the whole time he was there, was always drunk, was a loud mouth, he used to beat on Pearl → Pearl had confided then to Rita that Jerry would get drunk, beat her up & threaten to kill her

- saw brother Skip off & on - like Pearl
- he was an alcoholic & chain smoker
- Skip had 3 girls - not aware of any problems

never met Darlene

no one knew what happened to Di's dad - he walked out on them when they were little
Di's mother's name was Pearl → very religious Catholic lady - good person & kids all loved her // 6 children:

always touchy sisters & relatives [illegible] Rita

DAVE - didn't like Dave, he drank a lot

~~[illegible]~~
VIVIAN

HAZEL - $ ETON

Asbory
            AVENO   different father
LAWRONCE - diable

never a close family so little contact growing up
   except Hazel who visited more frequently

Rita never remarried

CUN000706

6-8-05    1410 - 1434

WAYNE HOPP DOB 11-18-43
    [father?] [male?], by telephone
    Warren Hopp - died 4-5 yrs ago, only saw him
    x 4-5 times - just twice in 20's, [parents?]
    divorced when Wayne [presmool?]

    [mom said?] Warren drank a lot, never said
    he was physically abusive [by mom?]
    [Uncle?] Wayne's collateral [source?] & E [June?] as well

    [Jim?] [gotten?] drunk [heavily?]

    Wayne lived alone in yr of H.S., lived w/
    [James?] after mom [lost?] all 3 kids x 6 mos +
    ↓
    [worked?] Wayne like a dog - age 8-9
    [mother?] i [Winnifred?] - [born 1922 - died 1999] died age 77
    Winnifred drank off & on - she couldn't handle it
    & would lose control - got drunk
    Winnifred had another problem - abused the
        kids when drinking
    Winnifred lied a lot - even when sober -
        [compulsively?] → lied about Warren being
        dead & where held job when was alive
        & worked for VA Hosp in Tacoma x 37 yrs
    Wayne drank quite a bit when got out of USMC
    post USMC x 6 mos

2 children

CHRISTOPHER
lost son age 16 in car accident - on way
to help Wayne - help he deliver food on
truck

daughter - HEIDI (35) → one daughter
(MEGAN) age 4

sister: Wenninger - oldest of 3   born 1940
5 children -   4-5

married one time → 5 marriages

age 19 when first child born

only saw Angie 5-6 yrs ago - saw only a
little when she was growing up
took their kids well

not around Pearl Jam much

Cookie has 3 kids
       + SHANNON 42
age 61

6-8-05          1437 – 1459

WINNIE JOHNSON   DOB 6-20-40
   paternal aunt

moth: Winnifred (3-15-24)

fath: MERLIN JOHNSON – died when
Winnie age 2, _____ //
died in MVA // was pregnant w/
Jimmy when Merlin died – // Sx _____

then moth married Warren Hoppe who
Winnie was young / _____ during –
was physically ab. _____ & to her own son
& probably Jimmy

Warren moth split up when Winnie abt
age 7
kids taken away in bad divorce

_____ HS: 1958
a.t. mom hard on Jimmy – would spank him
when he was naughty – out of ____
Winnifred dealt w/ it – occasionally w/ toy

Winnifred kept Lonnie age 15 & ____ age 16

Winnie had 5 children & 13 grandchildren
oldest is Kathleen (1959)
4 4 just had

JJN000703

Jim drank heavily at times of divorce

Wayne has gotten drunk a time or two
not a problem

when young Winnie drank 6-12 beers at a
time when younger - not too often —
would get sick

all tried MJ - 4-5 regularly
all have parties - all went to college

① NP no self of family

Winnie married x 4

Jim Sr. wanted to be the father he didn't have →
Jimmy really needed a Dad when a boy —
craved male companionship

occasionally saw Cookie w/ kids

if kids let Cookie get then she would
tx them decent → if not then
she would retaliate

can't say for sure if anything happened on campout
[illegible]

CUN000710

6-8-05        1738 - 1805

PAUL JEAN        by telephone

<u>DARLENE</u> 7 yrs younger, age 18-20 when first called home
 has not seen Darlene in a year - regularly before
∅ depression
husband abandoned but not being divorced
give me up for life

one son divorced  ∅ NP/OTVM/
2 girls

had not being a father

<u>RITA</u>
last saw Rita at funeral of Jetter
    2 daughter
    /
one gave up custody - not a lot contact
DARCI - killed in car accident → estranged from
    Rita → lived of Jetter & stepmother &
    Dan took to grandma

have had some emotional problem - did't know
    when she belonged → death of grandparent
    _____

Jetter were mentally drawn of Madeline -

Case 3:09-cv-03064-MWB-LTS   Document 28-15   Filed 06/23/11   Page 11 of 110

he wanted PJ under her thumb

MARVIN ABBOTT - Mason City - could have MAXINE #, renders unto daughters land off of an

_____

described pity & prayers over Kim Twelve x 3 days when Kim deprecced, & she was healed

denied crying out demons for children when Joyce told her that she heard someone talking to her

/

PJ could leave a hoe ground when in the basement — dark of brother. Jr → PJ [illegible] that large (would have this expense — when went to bed I myself it would be under her bed & she would leave it (crying) — would feel pain sticking out / covered heads a jet up if cover or ground it would get her

often prayed over the children

CUN000712

DISPLAYED ON SCREEN

## U.S. v Angela Johnson

Capital Sentencing

Adverse Developmental Factors

## What are the Issues?

| Criminal Responsibility | Moral Culpability |
|---|---|
| **Guilt phase** | **Sentencing phase** |
| Could she control herself? | What diminished her control? |
| Did she have a choice? | What shaped the choice? |
| Did she know right from wrong? | What shaped her morality and value system? |
| What did she do? | How did we get here? How was she damaged? |





Case 3:03-cr-03054-MWB-LTS    Document 284-35    Filed 06/23/11    Page 13 of 110

CUN000713

| Angela Jane Johnson | 325 minutes | | |
|---|---|---|---|
| *Parents and stepmother* | | | |
| Pearl Jean Johnson | 174 | | |
| | 27 | (phone) | |
| Jimmy "Jim" Johnson | 85 | | |
| Pamela "Cookie" Johnson | 54 | | |
| *Siblings* | | | |
| Wendy Jacobson | 93 | (phone) | |
| | 70 | (phone) | |
| Jamie Jo Hays | 70 | | |
| | 51 | (phone) | |
| Jimmy Johnson, Jr. | 77 | (phone) | |
| Holly Dirksen | 57 | | |
| | 45 | (phone) | |
| *Children* | | | |
| Alyssa Dale Johnson | 50 | | |
| Marvea Jane Honkin | 36 | | |
| *Extended family* | | | |
| Rita Roach | 32 | (phone) | Maternal half-aunt |
| Winnie Jergenson | 17 | (phone) | Paternal aunt |
| Wayne Hopp | 24 | (phone) | Paternal half-uncle |
| Mark Jacobson | 8 | (phone) | Brother-in-law |
| Arvin Dale "AJ" Johnson | 43 | | Ex-Husband |
| *Others* | | | |
| Kim Swalve | 50 | | Former housemate |
| Carol Mann | 61 | | Family friend |
| Dave Nieman | 57 | | Childhood friend |
| Mikel Olsen | 46 | (phone) | Babysitter |

*Angela Johnson*
## Damaging Developmental Factors

*Generational and biological factors*
- Multigenerational family distress
- Genetic predisposition to substance dependence
- Genetic predisposition to psychological disorder
- Attention and learning difficulties in childhood

*Parenting factors*
- Maternal neglect and parenting inadequacy
- Paternal neglect and parenting inadequacy
- Chronic domestic conflict in early childhood
- Observed maltreatment of siblings
- Pathological divorce
- Instability of home and recurrent relocations
- Physical and emotional abuse
- Bizarre religiosity of home and associated maltreatment
- Inadequate supervision and guidance
- Psychological terror in foster/orphanage setting
- Sexually traumatic exposures in foster/orphanage setting

*Peer factors*
- Peer harassment and rejection

*Disturbed trajectory*
- Childhood onset psychological disorder
- Premature employment, with school dropout and economic exploitation by mother
- Premature marriage and teen pregnancy
- Early adolescent onset substance abuse and dependence
- Methamphetamine dependence
- Repeated violent victimization in relationship to Terry Degues
- Inadequate interventions
- Psychological disorders in adulthood
- Relationship with Dustin Honken











Mark D. Cunningham, Ph.D., ABPP

3

CUN000715









Case 3.09-cv-03064-MWB-LTS    Document 28-25    Filed 06/23/11    Page 16 of 110

CUN000716

---

*Risk and protective factors for serious, violent, and chronic juvenile offenders in the community*

# U.S. Department of Justice Model

➢ Prevention approaches seek to interrupt the **processes that cause** problem behavior.

➢ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.

➢ Strongest prevention:  ↓ risk factors

  ↑ protective factors

U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs. NCJ 153571. Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

*U.S. Department of Justice Model*

**Risk Factors for Violence and Delinquency In the Community**

**Conception to age 6:**
± Perinatal difficulties
• Minor physical abnormalities
• Brain damage
✓ Family history of criminal behavior and substance abuse
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

---

*U.S. Department of Justice Model*

**Risk Factors for Violence and Delinquency In the Community**

**Age 6 through adolescence:**
✓ Extreme economic deprivation
• Community disorganization and low neighborhood attachment
✓ Transitions and mobility
• Availability of firearms
✓ Media portrayals of violence
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse
• Early and persistent antisocial behavior
• Academic failure
✓ Lack of commitment to school
✓ Alienation and rebelliousness
• Association with peers who engage in delinquency and violence
• Favorable attitudes towards delinquent and violent behaviors
± Constitutional factors (e.g. low intelligence, hyperactivity, attention-deficit disorders)

---

*U.S. Department of Justice (April 2000)*

Predictors of Youth Violence in the Community

**Cumulative impact:**

♦ The larger the number of risk factors the youth was exposed to, the greater the probability of violent behavior in the community.

U.S. Department of Justice

Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

Case 3:09-cv-03064-MWB-LTS   Document 284-25   Filed 06/23/11   Page 17 of 110

CUN000717

*U.S. Department of Justice (April 2000)*

## Predictors of Youth Violence

**Individual factors**
- ✓ Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
- ± Aggressiveness (x 1.5 - 6)
- · Early initiation of violent behavior (x 6)
- · Involvement in other forms of antisocial behavior
- · Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**
- ✓ Parental criminality (x 1 - 3.8)
- ✓ Child maltreatment
- ✓ Poor family management practices (x 2)
- ✓ Low levels of parental involvement
- ✓ Poor family bonding and family conflict
- ✓ Residential mobility (±)
- ✓ Parental attitudes favorable to substance abuse and violence (x 2)
- ✓ Parent-child separation

Hawkins et al. (2000)

---

*U.S. Department of Justice (April 2000)*

**School factors**
- · Academic failure
- · Low bonding to school
- ✓ Truancy and dropping out of school
- ✓ Frequent school transitions
- · High delinquency rate schools

**Peer-related factors**
- ± Delinquent siblings
- · Delinquent peers
- · Gang membership (x 3-4)

**Community and neighborhood factors**
- ✓ Poverty (x 2)
- · Community disorganization (crime, drug-selling, gangs, poor housing)
- ✓ Availability of drugs and firearms
- · Neighborhood adults involved in crime
- · Exposure to violence and racial prejudice

**Situational factors**

Hawkins et al. (2000)

---

*U.S. Department of Justice Model*

**Protective Factors that Inhibit Violence and Delinquency in the Community**

- ◆ Individual characteristics:
- ✓ Female gender
  Intelligence
- ✓ Positive social orientation
  Resilient temperament

- ◆ Social bonding to positive role models:
  Family members
  Teachers
  Coaches
  Youth leaders
- ✓ Friends

- ◆ Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- ◆ Effective early interventions

---



---

Case 3.09-cv-03064-MWB-LTS    Document 284-85    Filed 06/23/11    Page 18 of 110

CUN000718

6















U.S. *Department of Justice Model*

**Protective Factors that Inhibit Violence and Delinquency in the Community**

- Individual characteristics:
  - ✓ Female gender
  - Intelligence
  - ✓ Positive social orientation
  - Resilient temperament

- Social bonding to positive role models:
  - Family members
  - Teachers
  - Coaches
  - Youth leaders
  - ✓ Friends

- Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- Effective early interventions

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 20 of 110

CUN000720









1.  Secure, stable relationship with parents.

2.  Neurologically and developmentally healthy.

3.  Genetically resilient.

4.  Free from serious childhood trauma.

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 21 of 110

CUN000721





## Parenting Inadequacy of both Mother and Father

- Jimmy and Pearl Jean were each the product of family systems that were profoundly dysfunctional.

## What's the Relevance of a Family's History or Legacy over Generations?

- The child is predisposed through heredity

- Family behavior patterns and effects are multi-generational
    - scripts
    - modeling
    - sequential damage

Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 22 of 110

CUN000722





## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

## Effects of Observed Family Violence

- Children who are exposed to parental violence, even if they are not targets of this violence, have reactions similar to those of children exposed to other forms of child maltreatment.

American Psychological Association Presidential Task Force on Violence and the Family (1996)

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

- Pearl Jean failed to effectively bond to her children.

Secure attachments are the emotional foundation that everything else is built on.



Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 24 of 110

CUN000724



Damaged attachment can have disastrous effects.

### Core Principle:
### Healthy Development Depends on Family Relationships

- The quality of the attachments to parents and other members of the family during childhood is central to how the child will relate to and value other members of society as an adult.

  *FBI's Behavioral Science Unit*

- The influence of the family environment on the child's social development lasts a lifetime.

  *U.S. Department of Justice*

Ressler, R.K., Burgess, A.W., & Douglas, J.E. (1988). *Sexual homicide: Patterns and motives.* New York: Lexington Books.

Cantelon, S.L. (1994). Family strengthening for high-risk youth. Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice. Fact sheet #8.

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse



### Genetic Vulnerability to Alcoholism and Drug Dependence

- Incidence of alcoholism among first degree relatives of alcoholics is 3-5 times the rate in the general population.

  Cotton, N.S.(1979). The familial incidence of alcoholism: A review. *Journal of Studies on Alcohol, 40,* 89-116.
  DSM-IV (1994)

- Twin and adoption studies across 20 years of research have provided evidence of significant genetic influences on the familial transmission of alcoholism.

  Schuckit, M.A. (1987). Biological vulnerability to alcoholism. *Journal of Consulting and Clinical Psychology, 55,* 301-30.
  DSM-IV (1994)

- Clinical findings point toward a common biological vulnerability to alcohol and other drugs. Research findings clearly support a uniform theory for a neuro-chemical basis of alcohol and drug addiction.

  Miller, N.S. & Gold, M.S. (1993). A neurochemical basis for alcohol and other drug addiction. *Journal of Psychoactive Drugs, 25,* 121-128.





### Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder



### Genetic Predisposition to Psychological Disorder

**Schizophrenia**
- 10 fold risk for first degree relatives

**Major Depressive Disorder**
- 1.5-3 fold risk for first degree relatives
- Increased risk for alcohol dependence for first degree relatives
- Increased risk of Attention-Deficit Hyperactivity Disorder among offspring

**Anxiety Disorder**
- Anxiety as a trait has a familial association
- Panic Disorder: 4-7 fold risk for first degree relatives

**Attention Deficit Hyperactivity Disorder**
- More common among first degree relatives
- Higher prevalence among relatives of Mood and Anxiety Disorders, Antisocial Personality Disorders, Learning Disorders, Substance Disorders, and Antisocial Personality Disorder

**Learning Disabilities**
- More common among biological relatives

**Personality Disorders**
- More common among biological relatives

DSM-IV

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems
- Unrelenting trauma exposures

*Childhood:*
## Chronic Trauma Exposure

- Chronic marital conflict of parents

- Father's physical abuse of mother

- Divorce and inconsistent contact

- Emotional neglect and abuse

- Physical Abuse

- Bizarre religiosity

- Terror of the Dillows



Case 3.02-cv-03064-MWB-LTS   Document 284-25   Filed 06/23/11   Page 27 of 110



## Risks Associated with Father Absence

◆ Fatherless children are at a dramatically greater risk of drug and alcohol abuse, mental illness, suicide, poor educational performance, teen pregnancy and criminality.

U.S. Department of Health and Human Services (1993), National Center for Health Statistics, *Survey of Child Health*, Washington, D.C.





Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 28 of 110

CUN000728

## Impact of Emotional Neglect and Abuse

- Damaged attachment

    Disturbed relationship models
    Distrust of relationships
    Distorted identity and eroded self-esteem
    Powerlessness
    Futility
    Anger
    Fantasies of idealized relationship

- Recurrent confusion
- Constant terror and fearfulness
- Psychological disorders
- Behavior problems



Angela's Bridge

---

*Sponsor: U.S. Department of Justice*
## Impact of Abuse and Neglect on Criminality

- 877 cases of substantiated abuse and/or neglect
- Matched controls
- 15-24 years of follow-up

➤ 4.8 times more likely to be arrested as juveniles

➤ 2 times more likely to be arrested as adults

➤ 3.1 times more likely to be arrested for violent crime as adults

English, D.J., Widom, C.S., & Brandford, C. (2001). Childhood victimization and delinquency, adult criminality, and violent criminal behavior: A replication and extension, final report. National Institute of Justice, U.S. Department of Justice. NCJ 192291



Angela's Bridge







## Impact of Child Neglect

*More psychologically damaging than physical abuse*

- No stability or security in parental attachment
- No stability or security in daily life or practical care
- Basic physical and emotional needs go unmet

- Distorted primary structure - cognitive, perceptual, emotional, interpersonal
- Terror of world that is out of control
- Damaged capacity and skills to relate to others
- Identity of being incompetent and unlovable
- Absence of external controls leads to poor internal controls

- Markedly increased risk for psychological disorder
- Markedly increased risk for behavior problems in childhood, violent and criminal behavior in adolescence and adulthood

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 30 of 110

CUN000730







What Makes Sexual Trauma Damaging?

**Traumatic Sexualization**
Inappropriate shaping of child's sexuality

**Betrayal**
Someone on whom they were vitally dependent has caused them harm

**Powerlessness**
Child's will and sense of control are overwhelmed

**Stigmatization**
Badness, shame, and guilt become incorporated into child's self image

Finkelhor, D., & Brown. A. (1985). The traumatic impact of child sexual abuse. a conceptualization. American Journal of Orthopsychiatry. 55, 530-542.
Conceptual basis for: Brief for Amicus Curiae. American Psychological Association. filed with the US Supreme Court in Maryland v. Craig. 1989.



Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 31 of 110
CUN000731



Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K - Mason City
2nd - Thornton
3rd - Chanute, KS
3rd - Thornton
4th - Klemme
5th - Forest City
7th - Thompson
7th - Forest City



Angela's Bridge

Terror of the Dillows

Drug Abuse

Bizarre Religiosity

Mother's Physical Neglect

Abuse of Siblings

Father's Inconsistent Contact

Father

Drug Abuse

Resistance

---

*Self-medication:*
## Teen Onset Substance Dependence

### Marijuana
- Age 12 introduced to smoking marijuana by Wendy
- Made Angie happy and she laughed.
- From age 14 - 18 bought her own and smoked daily.
- After age 14, no longer wanted religion in her life – no healing, no speaking in tongues, no demon possession – she just wanted to smoke pot and be happy.

### Alcohol
- Age 12-13 began drinking.
- From age 13-16 drank until intoxicated one night of the weekend.

### LSD
- Used three times at age 14 – loved it as it made everything funny; inspired to experiment with every drug available.

---

## Risk Factors for Alcohol & Drug Dependence

### Genetic predisposition
*Father*           *Siblings*
*Extended family*

+

**Attention Deficit Hyperactivity Disorder**

+

### Modeling of substance abuse and dependence
*Father*           *Brother*
*Sisters*

+

### Developmental trauma and instability

| *Inadequate parenting* | *Emotional neglect* |
| *Physical and emotional abuse* | *Pathological divorce of parents* |
| *Father absence* | *Sexual trauma* |
| *Bizarre religiosity of home* | *Recurrent moves* |
| *Peer alienation* | |

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 32 of 110

CUN000732

*Disrupted development:*

## Effects of Teen Onset Substance Dependence

- Retarded coping skills

- Delayed maturity

- Compromised achievement

- Association with troubled peers

- Impulsive behavior and poor judgment

- Increased likelihood criminal and violent behavior







Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 33 of 110

CUN000733







Case 3:05-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 34 of 110

CUN000734



CUN000735

**Cocaine**
- Age 21 snorted first line of cocaine, used it on weekends for a year

**Methamphetamine**
- Age 22 snorted first line of methamphetamine: "I knew I would use it everyday for the rest of my life – I loved it."
- Snorted a line daily, more on weekends.
- Initially would not sleep all weekend when partying.
- Generally slept a few hours each night because "I didn't want to become a wacked out treaker."
- Self-described using meth like a medication.
- Used everyday (1986-1993) until realized was pregnant with Marvea, resumed when stopped nursing at 6 weeks post partum.

- Had rationalized that had been in control of meth use, didn't realize how her priorities and behavior had been affected by her meth dependence until Angie had been in jail two years.





U.S. v Angela Johnson







Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 36 of 110

CUN000736

 

 

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 37 of 110

CUN000737

CUNNINGHAM TRIAL - FULL

## U.S. v Angela Johnson

Capital Sentencing

Adverse Developmental Factors

---

### What are the Issues?

| Criminal Responsibility | Moral Culpability |
|---|---|
| **Guilt phase** | **Sentencing phase** |
| Could she control herself? | What diminished her control? |
| Did she have a choice? | What shaped the choice? |
| Did she know right from wrong? | What shaped her morality and value system? |
| What did she do? | How did we get here? How was she damaged? |

---





Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 38 of 110
CUN000758

| Angela Jane Johnson | 325 minutes | | |
|---|---|---|---|
| *Parents and stepmother* | | | |
| Pearl Jean Johnson | 174 | | |
| | 27 | (phone) | |
| Jimmy "Jim" Johnson | 85 | | |
| Pamela "Cookie" Johnson | 54 | | |
| *Siblings* | | | |
| Wendy Jacobson | 93 | (phone) | |
| | 70 | (phone) | |
| Jamie Jo Hays | 70 | | |
| | 51 | (phone) | |
| Jimmy Johnson, Jr. | 77 | (phone) | |
| Holly Dirksen | 57 | | |
| | 45 | (phone) | |
| *Children* | | | |
| Alyssa Dale Johnson | 50 | | |
| Marvea Jane Honkin | 36 | | |
| *Extended family* | | | |
| Rita Roach | 32 | (phone) | Maternal half-aunt |
| Winnie Jergenson | 17 | (phone) | Paternal aunt |
| Wayne Hopp | 24 | (phone) | Paternal half-uncle |
| Mark Jacobson | 8 | (phone) | Brother-in-law |
| Arvin Dale "AJ" Johnson | 43 | | Ex-Husband |
| *Others* | | | |
| Kim Swalve | 50 | | Former housemate |
| Carol Mann | 61 | | Family friend |
| Dave Nieman | 57 | | Childhood friend |
| Mikel Olsen | 46 | (phone) | Babysitter |

*Angela Johnson*

## Damaging Developmental Factors

*Generational and biological factors*
- Multigenerational family distress
- Genetic predisposition to substance dependence
- Genetic predisposition to psychological disorder
- Attention and learning difficulties in childhood

*Parenting factors*
- Maternal neglect and parenting inadequacy
- Paternal neglect and parenting inadequacy
- Chronic domestic conflict in early childhood
- Observed maltreatment of siblings
- Pathological divorce
- Instability of home and recurrent relocations
- Physical and emotional abuse
- Bizarre religiosity of home and associated maltreatment
- Inadequate supervision and guidance
- Psychological terror in foster/orphanage setting
- Sexually traumatic exposures in foster/orphanage setting

*Peer factors*
- Peer harassment and rejection

*Disturbed trajectory*
- Childhood onset psychological disorder
- Premature employment, with school dropout and economic exploitation by mother
- Premature marriage and teen pregnancy
- Early adolescent onset substance abuse and dependence
- Methamphetamine dependence
- Repeated violent victimization in relationship to Terry Degues
- Inadequate interventions
- Psychological disorders in adulthood
- Relationship with Dustin Honken





Case 3:09-cv-03064-MWB-LTS    Document 284-85    Filed 06/23/11    Page 39 of 110

CUN000739

*Risk and protective factors for serious, violent, and chronic juvenile offenders in the community*

## U.S. Department of Justice Model

➢ Prevention approaches seek to interrupt the **processes that cause** problem behavior.

➢ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.

⬇ risk factors

➢ Strongest prevention:

⬆ protective factors

U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs. NCJ 153571. Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

*U.S. Department of Justice Model*

### Risk Factors for Violence and Delinquency In the Community

**Conception to age 6:**
± Perinatal difficulties
• Minor physical abnormalities
• Brain damage
✓ Family history of criminal behavior and substance abuse
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

---

*U.S. Department of Justice Model*

### Risk Factors for Violence and Delinquency In the Community

**Age 6 through adolescence:**
✓ Extreme economic deprivation
• Community disorganization and low neighborhood attachment
✓ Transitions and mobility
• Availability of firearms
✓ Media portrayals of violence
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse
• Early and persistent antisocial behavior
• Academic failure
✓ Lack of commitment to school
✓ Alienation and rebelliousness
• Association with peers who engage in delinquency and violence
• Favorable attitudes towards delinquent and violent behaviors
± Constitutional factors (e.g. low intelligence, hyperactivity, attention-deficit disorders)

---

*U.S. Department of Justice (April 2000)*

### Predictors of Youth Violence in the Community

### Cumulative impact:

♦ The larger the number of risk factors the youth was exposed to, the greater the probability of violent behavior in the community.

U.S. Department of Justice

Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

Case 3:09-cv-03064-MWB-LTS　Document 284-5　Filed 06/23/11　Page 40 of 110

CUN000740

*U.S. Department of Justice (April 2000)*
## Predictors of Youth Violence

**Individual factors**
- ✓ Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
- ± Aggressiveness (x 1.5 - 6)
- Early initiation of violent behavior (x 6)
- Involvement in other forms of antisocial behavior
- Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**
- ✓ Parental criminality (x 1 - 3.8)
- ✓ Child maltreatment
- ✓ Poor family management practices (x 2)
- ✓ Low levels of parental involvement
- ✓ Poor family bonding and family conflict
- ✓ Residential mobility (±)
- ✓ Parental attitudes favorable to substance abuse and violence (x 2)
- ✓ Parent-child separation

Hawkins et al. (2000)

---

*U.S. Department of Justice (April 2000)*

**School factors**
- Academic failure
- Low bonding to school
- ✓ Truancy and dropping out of school
- ✓ Frequent school transitions
- High delinquency rate schools

**Peer-related factors**
- ± Delinquent siblings
- Delinquent peers
- Gang membership (x 3-4)

**Community and neighborhood factors**
- ✓ Poverty (x 2)
- Community disorganization (crime, drug-selling, gangs, poor housing)
- ✓ Availability of drugs and firearms
- Neighborhood adults involved in crime
- Exposure to violence and racial prejudice

**Situational factors**

Hawkins et al. (2000)

---

*U.S. Department of Justice Model*
## Protective Factors that Inhibit Violence and Delinquency in the Community

- Individual characteristics:
  - ✓ Female gender
  - Intelligence
  - ✓ Positive social orientation
  - Resilient temperament

- Social bonding to positive role models:
  - Family members
  - Teachers
  - Coaches
  - Youth leaders
  - ✓ Friends

- Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- Effective early interventions

---



---

Mark D. Cunningham, Ph.D., ABPP

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 41 of 110
CUN000741









Mark D. Cunningham, Ph.D., ABPP

5

CUN000742







U.S. Department of Justice Model

**Protective Factors that Inhibit Violence and Delinquency in the Community**

- ◆ Individual characteristics:
  - ✓ Female gender
    - Intelligence
  - ✓ Positive social orientation
    - Resilient temperament

- ◆ Social bonding to positive role models:
    - Family members
    - Teachers
    - Coaches
    - Youth leaders
  - ✓ Friends

- ◆ Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- ◆ Effective early interventions









1. Secure, stable relationship with parents.

2. Neurologically and developmentally healthy.

3. Genetically resilient.

4. Free from serious childhood trauma.





## Parenting Inadequacy of both Mother and Father

- Jimmy and Pearl Jean were each the product of family systems that were profoundly dysfunctional.

## What's the Relevance of a Family's History or Legacy over Generations?

- The child is predisposed through heredity

- Family behavior patterns and effects are multi-generational
  - scripts
  - modeling
  - sequential damage





# Generational Family Dysfunction

**Maternal grandfather (Albert Gomez)**
- He and five siblings were abandoned by their father
- Cashed his check and got drunk every Friday night at the bar
- Abandoned Pearl Jean in childhood

**Maternal great-uncle (Dave)**
- Heavy drinker
- Sexually abused many females in family

**Maternal great-uncle (Lawrence)**
- Heavy drinker

**Maternal step-grandfather (Virgil Ashley)**
- Alcoholic
- Physically abusive of Florence and children – routinely locked children in dark basement; whipped leaving welts
- Sexually abused Pearl Jean

**Maternal grandmother (Florence Limesand)**
- Married at age 17
- Children raised for periods of time by her mother
- Was never there emotionally for her children
- Obsessed with bizarre religiosity

**Maternal uncle (Albert Gomez, Jr.)**
- Never got over being abused and bullied by stepfather (Virgil)
- Alcoholic and abusive
- Pearl Jean last saw him 20 years before his death

**Maternal half-aunt (Rita)**
- Gave up custody of daughter to husband and little subsequent relationship
- Estranged from daughter she reared.
- Socially reclusive
- Last saw Angie when she was age 19
- Last saw Pearl Jean in 1989

**Mother (Pearl Jean Johnson)**
- Problems learning and concentrating in school
- Poor relationship with peers
- Spent much of her early childhood with her maternal grandmother.
- Repeatedly sexually abused by stepfather Virgil Ashley
- Again lived with maternal grandmother after divorce of Virgil and Florence – does not know where mother was
- Dropped out 10th grade
- Physically abused in marriage with Jimmy Johnson
- Obsessed with bizarre religiosity
- Evidence of failure to effectively bond with her own children
- Neglected and abused her children

Mark D. Cunningham, Ph.D., ABPP

9

CUN000746

**Paternal grandfather (Merlin Johnson)**
- Heavy drinker.
- Killed in single vehicle car wreck at age 21 – question of suicide.

**Paternal step-grandfather (Warren Hopp)**
- Heavy drinker.
- Physically abusive of Winnifred and children.
- Put Jim's hand on a hot stove burner to teach not to start fires.
- Broke Wayne's collar bone when jerked her from top bunk to floor for wetting bed.

**Paternal grandmother (Winnifred Peloquin)**
- First child at age 16.
- Episodic heavy drinker.
- Chronic liar.
- Whipped Jim with belt or stick – left blood blisters.
- Declared unfit mother and children placed with relatives and in foster care.

**Paternal aunt (Winnie Johnson)**
- Episodic heavy drinker.
- Teen and pregnant at marriage.
- Five marriages to four men – several alcoholics.

**Paternal uncle (Wayne Hopp)**
- Episodic drunken bouts.
- Served six month jail sentence for bar fight with police.

**Father (Jim Johnson)**
- Biological father died before Jim was born.
- Physically abused by stepfather.
- Learning disabled – repeated 1st and 2nd grades.
- Placed in foster care for two years after mother unfit.
- Dropped out in 9th grade.
- Sent to reform school for 11 months at age 14 – had to fight to stay alive, saw other youth being sexually assaulted.
- Served three month jail sentence for bar fight with police.
- Heavy drinker.
- Physically abused Pearl Jean
- Inconsistent visitation contact with children.
- Physically abusive on occasion.

*Siblings*

**Wendy**
- Smoked marijuana and drank heavily on weekends from early teens
- Dropped out 9th grade
- Pregnant at age 16
- Gave up custody to baby son to ex-husband
- 2nd husband was heavy drinker and I.V. drug abuser

**Jimmy**
- Nightmares weekly or more regarding the Dillows until his freshman year in college – would awaken frightened and sweating. Still traumatized.
- Drinks 12-18 beers at a time.
- Has not seen his mother since 1991 – does not read the letters she writes to him

**Jamie**
- Pregnant at marriage
- Never felt anything before counseling
- Intimacy problems in marriage

**Holly**
- Depressed from childhood
- Suicide attempt as teen and psychiatric treatment
- Dropped out 11th grade
- Drank heavily and abused drugs
- Dependent on meth for several years
- Battered in domestic relationship

Mark D. Cunningham, Ph.D., ABPP

10

Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 47 of 110

CUN000747

U.S. v Angela Johnson

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

## Chronic Marital Conflict and Father's Domestic Violence

- Chronic conflicts regarding money, his drinking, her bar hopping, and ultimately her infidelity.
- Conflicts became physical on occasion as Jim hit Pearl Jean.

## Effects of Observed Family Violence

- Children who are exposed to parental violence, even if they are not targets of this violence, have reactions similar to those of children exposed to other forms of child maltreatment.

American Psychological Association Presidential Task Force on Violence and the Family (1996)

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

- Pearl Jean failed to effectively bond to her children.

## Pearl Jean Failed to Bond to her Children

*Poor emotional nurturance*
- Little affection
- Broadly emotionally insensitive to children's needs

*Inattention to emotional, social, and physical needs*
- Recurrent forced fasting.
- Destruction of toys. Barriers to friendships.
- Extended sessions casting demons out of the children.

*Exploitation and self-interest*

- Allowing Wendy to go door to door for food or money for odd jobs, while not working herself.
- Purchasing nice clothes for herself while the children went without.
- Placing the children with the Dillows to avoid her own embarrassment about being pregnant out of wedlock.
- Working the girls long hours in her restaurant without compensation, and thus facilitating dropping out of school.
- Children slept on floor of restaurant basement while Pearl Jean stayed in a motel across the street.
- Manipulated Wendy for money and access to an automobile.

Secure attachments are the emotional foundation that everything else is built on.





Damaged attachment can have disastrous effects.

## Core Principle:
### Healthy Development Depends on Family Relationships

- The quality of the attachments to parents and other members of the family during childhood is central to how the child will relate to and value other members of society as an adult.

  *FBI's Behavioral Science Unit*

- The influence of the family environment on the child's social development lasts a lifetime.

  *U.S. Department of Justice*

Ressler, R.K., Burgess, A.W., & Douglas, J.E. (1988). *Sexual homicide: Patterns and motives.* New York: Lexington Books.

Cantelon, S.L. (1994). Family strengthening for high-risk youth. Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice. Fact sheet #8.

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse



## Genetic Vulnerability to Alcoholism and Drug Dependence

- Incidence of alcoholism among first degree relatives of alcoholics is 3-5 times the rate in the general population.

  Cotton, N.S.(1979). The familial incidence of alcoholism: A review. *Journal of Studies on Alcohol, 40,* 89-116.
  DSM-IV (1994)

- Twin and adoption studies across 20 years of research have provided evidence of significant genetic influences on the familial transmission of alcoholism.

  Schuckit, M.A. (1987). Biological vulnerability to alcoholism. *Journal of Consulting and Clinical Psychology, 55,* 301-30.
  DSM-IV (1994)

- Clinical findings point toward a common biological vulnerability to alcohol and other drugs. Research findings clearly support a uniform theory for a neuro-chemical basis of alcohol and drug addiction.

  Miller, N.S. & Gold, M.S. (1993). A neurochemical basis for alcohol and other drug addiction. *Journal of Psychoactive Drugs, 25,* 121-128.

Case 3:09-cv-03064-MWB-LTS    Document 284-85    Filed 06/23/11    Page 50 of 110

CUN000750





### Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder



### Genetic Predisposition to Psychological Disorder

**Schizophrenia**
- 10 fold risk for first degree relatives

**Major Depressive Disorder**
- 1.5-3 fold risk for first degree relatives
- Increased risk for alcohol dependence for first degree relatives
- Increased risk of Attention-Deficit Hyperactivity Disorder among offspring

**Anxiety Disorder**
- Anxiety as a trait has a familial association
- Panic Disorder: 4-7 fold risk for first degree relatives

**Attention Deficit Hyperactivity Disorder**
- More common among first degree relatives
- Higher prevalence among relatives of Mood and Anxiety Disorders, Antisocial Personality Disorders, Learning Disorders, Substance Disorders, and Antisocial Personality Disorder

**Learning Disabilities**
- More common among biological relatives

**Personality Disorders**
- More common among biological relatives

DSM-IV

Mark D. Cunningham, Ph.D., ABPP

14

CUN000751

## Depressive Symptoms from Childhood

*Mood*
- Often felt sad.
- Cried in her room by herself.

*Self esteem*
- Didn't feel good enough for anybody or anything.
- Felt like was more of a problem than was worth.
- Felt stupid because of school difficulties.

*Guilt*
- About not being good enough for God to love.
- About disappointing mother.
- About not being able to assist siblings in face of mother's religious disorder.
- About the children in the third world
  - At age 12-13 made $32 weekly baby-sitting, increased from supporting one child ($7 weekly) to four children.

*Interpersonal*
- Often felt lonely

*Anxiety*
- Nightmares regarding mother, rabbits and pigs (Dillows), and other themes.

*Suicidal thoughts*
- First considered suicide in elementary school
- Age 14 overdosed on aspirin

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems



## Attention / Learning Problems

*Attention*
- Became over-engrossed in whatever held her attention
- Wendy described her as hyper as a child, but Angie denied this.
- Angie did describe herself as having life-long impulsivity.

*Learning*
- Self-described finding school difficult: reading, spelling, math
- Reversed letters
- Considered herself stupid

*History of learning problems in mother and father.*

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems
- Unrelenting trauma exposures



Case 3:09-cv-03064-MWB-LTS Document 284-25 Filed 06/23/11 Page 52 of 110
CUN000752

*Childhood:*
## Chronic Trauma Exposure

- Chronic marital conflict of parents

- Father's physical abuse of mother

- Divorce and inconsistent contact

- Emotional neglect and abuse

- Physical Abuse

- Bizarre religiosity

- Terror of the Dillows

## Effects of Childhood Trauma on the Brain

- Current research confirms that trauma can activate various systems in the brain that actually change neuron response and cognitive pathways.

- Children that experience on-going high levels of arousal due to trauma will develop systems in their brains that cause them to be constantly hyper-aroused and hyper-vigilant.

- These changes can result in severe problems for children, adolescents, and adults in learning ability, mood, bonding and attachment, and in problem solving

Perry, B.D. (2003). The brain: Effects of childhood trauma. Understanding Childhood Trauma Series. (Chief of Psychiatry at Texas Children's Hospital)

- Some of the enduring effects of trauma exposure in childhood may occur through misshaping of the brain's architecture and processing as well as faulty learning.

- "The sustained neurobiological impact of trauma on the developing individual occurs through the "plasticity" of the developing brain – making it "more susceptible to the formation of malignant memories that affect not only the stress response system but also the emerging organization of neuro networks regulating other basic states and characteristics of the individual" (313).

Schwarz, E.D. and Perry, B.D. (1994). The post traumatic response in children and adolescents. Psychiatric Clinics of North America, 17, 311-358.

## Impact of Trauma on Brain Functioning

**Psycho-physiological effects**

**Neuro-hormonal effects**

**Neuro-anatomical effects**

van der Kolk, B.A. (1996). The body keeps score: Approaches to the psychobiology of posttraumatic stress disorder. In B.A. van der Kolk, A.C. McFarlane, & Weisaeth, L. (Eds.) Traumatic Stress: The effects of overwhelming experience on mind, body, and society.

Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 53 of 110

CUN000753

## Impact of Trauma on Brain Functioning

**Psycho-physiological effects**
- Extreme autonomic arousal
- Hyperarousal to neutral stimulation (loss of sensory discrimination)

**Neuro-hormonal effects**
- Norepinepherine
- Glucocorticoids
- Serotonin
- Endogenous opoids
- Various hormones: Memory effects

**Neuro-anatomical effects**
- Decreased hippocampal volume
- Changes in activation of amygdala, sensory areas, and Broca's area during flashbacks
- Marked right-hemispheric lateralization

van der Kolk, B.A. (1996). The body keeps score: Approaches to the psychobiology of posttraumatic stress disorder. In B.A. van der Kolk, A.C. McFarlane, & Weisaeth, L. (Eds.) Traumatic Stress: The effects of overwhelming experience on mind, body, and society.



## Angela's Bridge



Father

## Father's Inconsistent Contact

- Did not typically see father during the year.

- Got a card on birthday with $20 and a package at Christmas with many cheap presents – i.e. box of Milk Duds.

- Visitation some summers for a month. There observed Cookie's children with all manner of toys, mini-bikes, Atari.

- Long periods without contact as moving and Pearl Jean made contact difficult.

- Acknowledged that eventually he gave up.

- Angie reported never feeling that her father knew her, cared for her, or stood up for her.

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 54 of 110

CUN000754

## Risks Associated with Father Absence

◆ Fatherless children are at a dramatically greater risk of drug and alcohol abuse, mental illness, suicide, poor educational performance, teen pregnancy and criminality.

U.S. Department of Health and Human Services (1993), National Center for Health Statistics, *Survey of Child Health*, Washington, D.C.



Angela's Bridge

## Pathological Divorce

*Much baggage from childhoods.*

*Chronic conflicts of marriage:*
- His drinking and domestic violence.
- Her going bar-hopping with friends.
- His being controlling.
- Her lack of sacrifice, affection, nurturance of the children.
- He caught her naked in car with another man on Montop Hill.

*Jim continued to abuse alcohol on weekends*

*Pearl Jean bad-mouthed Jim and Cookie*

*Jim and Cookie spoke badly of Pearl Jean.*

*Pearl Jean enlisted Angie as an ally.*

*Jim had inconsistent contact with children.*

*Pearl Jean moved frequently and discarded the children's letters to their father*

*Jim gave up attempting contact with the children and discontinued paying child support.*



Angela's Bridge

## Emotional Neglect and Abuse

*Pearl Jean*
- Appeared to have no recognition of emotional needs or vulnerabilities of her children.
- Failed to maintain consistency, structure, and predictability of household.
- Rarely hugged or affirmed children except for displaying the correct "spiritual" response.
- Placed religious obsession above the welfare of the children.
- Failed to protect the children from obvious risks.
- Often yelled at the children.

*Jim*
- Was absent.
- Drank heavily.
- Did not spend one on one time with Angie that would provide a sense of relationship.

## Impact of Emotional Neglect and Abuse

- Damaged attachment
  - Disturbed relationship models
  - Distrust of relationships
  - Distorted identity and eroded self-esteem
  - Powerlessness
  - Futility
  - Anger
  - Fantasies of idealized relationship
- Recurrent confusion
- Constant terror and fearfulness
- Psychological disorders
- Behavior problems

## Angela's Bridge



## Physical Abuse

**Pearl Jean:**
- Whipped Angie at least a couple of times weekly.
- Used a wide black belt.
- Blows to the buttocks, legs, and back.
- Left welts and bruises.
- Was out of control – lasted until she was done venting.
- Was easily set off – by typical kid behavior.
- Slapped face and left hand print. Once put make-up on Angie to cover up a facial bruise.
- Washed mouth out with soap – scraped bar of soap across teeth so that taste would be in mouth for hours.
- In 3rd grade put belt around Angie's neck and was choking her until pulled off by Wendy.

**Jim:**
- When Angie age 13 struck her on head and neck – subsequently had headaches and sought treatment from a chiropractor.

Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 56 of 110

CUN000756

## Sponsor: U.S. Department of Justice
## Impact of Abuse and Neglect on Criminality

- 877 cases of substantiated abuse and/or neglect
- Matched controls
- 15-24 years of follow-up

➢ 4.8 times more likely to be arrested as juveniles

➢ 2 times more likely to be arrested as adults

➢ 3.1 times more likely to be arrested for violent crime as adults

English, D.J., Widom, C.S., & Brandford, C. (2001). Childhood victimization and delinquency, adult criminality, and violent criminal behavior: A replication and extension, final report. National Institute of Justice, U.S. Department of Justice. NCJ 192291

---

## Angela's Bridge

Abuse of Siblings

Father's Inconsistent Contact

Father

---

## Abuse of Siblings

- Children observed each other being beaten, slapped, and verbally abused.

- Children would have to put hands on the sibling that was having a demon rebuked out of them.

---

## Effects of Observing the Abuse of Siblings

- Negative perceptions and feelings toward parental figures – and the larger social order
- A fearful and hyper-vigilant posture towards adults in general
- Feelings of guilt and responsibility
- Negative or mixed feelings towards siblings
- Behavior problems
- Anxiety
- Shyness
- Fear of failure
- Normalized aggression
- Failure to learn to modulate anger
- Psychological disorder

---

Mark D. Cunningham, Ph.D., ABPP

20

CUN000757

## Outcomes in Family Violence

Rochester Youth Development Study
- 1000 children followed from 7th and 8th grade
- Interviews of children and caretakers every 6 months
- Three types of family violence exposure studied
  Spouse abuse
  Abuse of children
  Climate of violence and hostility

- **Rates of serious youth violence:**

  | | | |
  |---|---|---|
  | If no family violence | = | 38% |
  | If one type of violence | = | 60% |
  | If two types of violence | = | 73% |
  | If three types of violence | = | 78% |

Thornberry, T.P. (December, 1994). Violent families and youth violence. Fact sheet #21. National Criminal Justice Resources and Statistics. U.S. Department of Justice.

## Angela's Bridge

## Bizarre Religiosity

**Climate of fear:**
- Grew up with much fear of God and the devil.
- Pearl Jean admonished that if there were an unclean place in your heart, the devil would take up residence there.
- In belief system of mother and grandparents, demons lived with them and were everywhere.
- If did not have "the gifts" (speaking in tongues, slayed in the Spirit) then devil was in heart – anxiety about faking it.
- Angie, Wendy, Jimmy, and Jamie checked each others' foreheads for the "666" "mark of the beast."
- Even as a teenager was afraid to go in the basement because of the "demons"

**Casting out "deaf and dumb demons" from Angie:**
- Problems focusing attention – "deaf"
- Problems reversing letters and learning – "dumb"
- Pearl Jean and Florence held Angie down while Andy was at her head waving the Bible.
- Angie struggled, screamed, and cried – pleading look in her eyes.
- Continued until Angie was so weak she could no longer struggle – then demon was considered "cast out."
- Occurred 2-3 times weekly.

**Demons cast out of siblings and others:**
- "Delivered" demons from other children as well – any expulsion was considered sign of demon departing: fart, cough, sneeze.
- "Lesbian" demon cast out of Wendy by Pearl and Maxine – because she was a big girl.
- Sibling were made to help hold each other down.
- If didn't say the right words, then demon would go into someone else or be free to walk the earth.
- At Oak Park church demons were cast out at every service.

**Age 6: End of the world:**
- Florence awakened in middle of night reporting having seen a wolf in the window (Satan would come like thief in the night).
- Pearl Jean, Florence, Andy and 4 children packed into the car "like sardines."
- Rode around the Iowa countryside for three days, directed by bright light in the sky and arrow-shaped scar on Pearl Jean's leg.
- Singing and watching the skies for the end of the world.
- Hungry, dehydrated – hallucinated seeing chariots of fire in the sky.
- Ended when went to a church and the minister reassured them.
- Angie was so hungry she vomited on the hamburger she was given to eat.

Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 58 of 110
CUN000758

**Forced "Bible study":**
- Pearl compelled the children to listen to her instruct, pray, and speak in tongues for an hour of "Bible study" each day.
- Lessons were not directed at a child's level.
- If children got drowsy, Pearl Jean would rebuke them that this was the devil trying to prevent them from hearing God's word and that they should resist him.
- Not allowed to have a friend for a sleep-over unless the child agreed to one of these Bible lessons.

**Divine guidance:**
- Pearl Jean interpreted everything as a sign from God.
- If "pricked," then opened the Bible and the first verse she read was an instruction from God.
- Told the children the story of Abraham preparing to sacrifice Isaac and said that she was willing to do the same if God instructed her to – Angie always figured it would be her. Sometimes Angie wished her mother would go ahead and kill her and get it over with.
- Pearl Jean had Wendy buy things on E-Bay as a "leap of faith" without concern for how to pay for it – then blamed Wendy for insufficient faith when the checks bounced.

**Medical neglect**
- When ill mother attempted religious healing – taking the child to the doctor was a last resort.

**Grandmother Florence and the basement:**
- Florence routinely went down to the basement, beat on a tire,
- Made moaning, groaning, and grunting noises
- Spit in a can to get the demons out

**Deprivation:**
- Routine fasting all day – not allowed to consume anything except chocolate milk until after dark.
- Pearl Jean, Florence, and Andy took all of the children's toys and burned them in a barrel – they were "idols to God."
- Step-grandfather Andy smashed the television the children had been given by their father.
- Pearl Jean, Florence, and Andy concluded that a demon had left one of the children and gone into the pet parakeets – which they then insisted on releasing.

**Tortured logic:**
- Pearl Jean was caught naked with another man while married to Jim.
- Pearl Jean became pregnant by Robert Kloss, though she knew that he was married and had children.
- Pearl Jean financially exploited her daughters in her restaurant.
- Pearl Jean persuaded Wendy to give up custody of a son so that Pearl Jean could have access to a car; and ran up debt that Wendy had to repay.

## Implications of Bizarre Religiosity

- Inadequate modulation or regulation of child's emotions.
- Little reassurance or security in parent's ability to provide safety.
- Instilling of fearfulness and anxiety.
- Inability to rely on parents for accurate appraisal of reality.
- Failure to teach and model reality-based cause and effect.
- Failure to demonstrate personal responsibility and internal locus of control.
- Instilling of feeling of personal defectiveness.
- Failure to recognize and meet physical and emotional needs of the child.
- Failure to provide protection.
- Vulnerability to parental rationalization of selfishness and exploitation.
- Peer alienation and isolation.
- Violation of body and autonomy boundaries.
- Failure to realistically problem-solve developmental issues or long-term outcomes.
- Failure to instruct or model ethical applications.
- Alienation from organized religion.
- Disillusionment with authority and social regulations.

## Angela's Bridge

Mark D. Cunningham, Ph.D., ABPP

Case 3:09-cv-03064-MWB-LTS    Document 284-05    Filed 06/23/11    Page 59 of 110
CUN000759





## Impact of Child Neglect

*More psychologically damaging than physical abuse*

- No stability or security in parental attachment
- No stability or security in daily life or practical care
- Basic physical and emotional needs go unmet

- Distorted primary structure - cognitive, perceptual, emotional, interpersonal
- Terror of world that is out of control
- Damaged capacity and skills to relate to others
- Identity of being incompetent and unlovable
- Absence of external controls leads to poor internal controls

- Markedly increased risk for psychological disorder
- Markedly increased risk for behavior problems in childhood, violent and criminal behavior in adolescence and adulthood



Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 60 of 110

CUN000760



## Angela's Bridge

Terror of the Dillows

Religiosity | Mother's Physical Neglect | Abuse of Siblings

Father's Inconsistent Contact

Father

Resistance

---

## Terror of the Dillows

*Observed violence to animals*



Feeding corn to chickens "like Snow White" when Ted picked up 2-3 chickens and threw them into the pig pen, where they were torn to pieces by huge, vicious pigs. The feed corn the chickens had just eaten was flying in the air. Ted and Bobbie laughed. Knew if one of the kids got in the pen the same would happen to them.



Ted and Bobbie called the children over to see the baby pigs, which were then devoured by the sow if they came too close to the sow's mouth.



Bobbie took Angie with her into the barn. Placed rabbit on her lap for Angie to pet. Then picked the rabbit up by its ears, laid it on a stump, smashed its head with a sledge hammer so that the eyes popped out, cut the rabbit's throat and pulled the skin off, and gutted it—with the rabbit's legs still kicking

---

*Observed abuse of other children*

- Twin native American pre-school boys were foster children of the Dillows. Bobbie yelled at them.

- Bobbie shook the twins like they were rag dolls – their heads were flopping. severely.

- The twins often cowered up against the wall. They were so anxious that they chewed holes in their shirts.

- Bobbie punished the twins for this by making them drink from the pig's bottle.

*Proximity of aggressive pigs*

- The hogs were huge, vicious, and starving. They fought all the time.

- Ted and Bobbie threatened to feed the children to the hogs. Angie was afraid to let Jimmy and Jamie out of her sight as feared would never see them again.

- Angie had the chore of slopping the pigs though the bucket was almost too heavy for her to carry. Kitten trailing the bucket got too close to the pen- the cats were starving. A sow snatched the kitten up in her mouth. The kitten was pulled apart by another sow that tried to take it away.

---

*Sexual abuse, observed sexual abuse, and perverse Dillow family sexuality*

- The Dillows had three daughters: Shirley, Earlene, and Jeanice.

- Ted bought sheer underwear for his daughter Earlene.

- All three of Ted's daughters had to take "naps" with him. Wendy was escorted to Ted's bedroom by the daughters and told that she had to take naps with him as well.

- Ted had Wendy on her side with her back toward him and rubbed his penis against her until he "got off."

- Wendy then engaged Jamie in fondling Wendy's genitals.

- Angie confided in Wendy that Ted had molested her as well.

## What Makes Sexual Trauma Damaging?

**Traumatic Sexualization**
Inappropriate shaping of child's sexuality

**Betrayal**
Someone on whom they were vitally dependent has caused them harm

**Powerlessness**
Child's will and sense of control are overwhelmed

**Stigmatization**
Badness, shame, and guilt become incorporated into child's self image

Finkelhor, D., & Brown, A. (1985). The traumatic impact of child sexual abuse, a conceptualization. American Journal of Orthopsychiatry, 55, 530-542.
Conceptual basis for: Brief for Amicus Curiae, American Psychological Association. filed with the US Supreme Court in Maryland v. Craig. 1989.



Angela's Bridge



Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K    - Mason City
2nd  - Thornton
3rd  - Chanute, KS
3rd  - Thornton
4th  - Klemme
5th  - Forest City
7th  - Thompson
7th  - Forest City

## Implications of Recurrent Moves

- Contact with father more difficult.
- Continuously disrupted friendships and peer group.
- Increased likelihood of peer alienation, rejection, and bullying.
- Increased isolation of family as a whole.
- Reduced potential for detection of abuse and neglect.
- Reduced potential for identification of special needs.
- Reduced possibility of intervention.
- Increased economic hardship.
- Increased experience of instability and chaos.

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 62 of 110
CUN000762

## Impact of Peer Rejection and Alienation

- Loneliness
- Reduced self-esteem
- Feelings of being different, defective, unlovable
- Lost "socialization" of childhood - competence, social skills, closeness to others, friendship, empathy, community, values, ambition
- No substitute adult mentors
- No alternative family models
- No alternative models for how to relate to others in a healthy fashion
- Broad social risk factor



Angela's Bridge

*Self-medication:*
## Teen Onset Substance Dependence

### Marijuana
- Age 12 introduced to smoking marijuana by Wendy
- Made Angie happy and she laughed.
- From age 14 - 18 bought her own and smoked daily.
- After age 14, no longer wanted religion in her life – no healing, no speaking in tongues, no demon possession – she just wanted to smoke pot and be happy.

### Alcohol
- Age 12-13 began drinking.
- From age 13-16 drank until intoxicated one night of the weekend.

### LSD
- Used three times at age 14 – loved it as it made everything funny; inspired to experiment with every drug available.



## Risk Factors for Alcohol & Drug Dependence

**Genetic predisposition**
*Father*      *Siblings*
*Extended family*

$+$

**Attention Deficit Hyperactivity Disorder**

$+$

**Modeling of substance abuse and dependence**
*Father*      *Brother*
*Sisters*

$+$

**Developmental trauma and instability**

| | |
|---|---|
| *Inadequate parenting* | *Emotional neglect* |
| *Physical and emotional abuse* | *Pathological divorce of parents* |
| *Father absence* | *Sexual trauma* |
| *Bizarre religiosity of home* | *Recurrent moves* |
| *Peer alienation* | |

Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 63 of 110

CUN000763

*Disrupted development:*
### Effects of Teen Onset Substance Dependence

- Retarded coping skills

- Delayed maturity

- Compromised achievement

- Association with troubled peers

- Impulsive behavior and poor judgment

- Increased likelihood criminal and violent behavior







Mark D. Cunningham, Ph.D., ABPP

27

CUN000764












Mark D. Cunningham, Ph.D., ABPP

29

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 66 of 110

CUN000766

### Cocaine
- Age 21 snorted first line of cocaine, used it on weekends for a year

### Methamphetamine
- Age 22 snorted first line of methamphetamine: "I knew I would use it everyday for the rest of my life – I loved it."
- Snorted a line daily, more on weekends.
- Initially would not sleep all weekend when partying.
- Generally slept a few hours each night because "I didn't want to become a wacked out treaker."
- Self-described using meth like a medication.
- Used everyday (1986-1993) until realized was pregnant with Marvea, resumed when stopped nursing at 6 weeks post partum.

- Had rationalized that had been in control of meth use, didn't realize how her priorities and behavior had been affected by her meth dependence until Angie had been in jail two years.















Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 68 of 110

CUN000768





### Battering of Terry Degues

- Angie thought Terry was the sexiest man alive when met him in 1988-1989 – the love of her life.
- Used crank together.
- Moved in together after six months.
- He first hit her two months later – the crank made him paranoid and suspicious, both were angry and reactive.
- Terry hit Angie in the face with his fist, threw her around, held her down and spit in her face, slapped her, choked her, pulled her hair.
- Punched her when she was driving – pushed her out of the car and left her.
- Angie suffered black eyes, fat lips, facial and body bruises, sprained arm, chipped tooth, mouth cuts.
- Held a knife to Angie. Threatened to kill her.
- Terry would hate himself afterward.
- They would separate and he would go out with "scanky" women.
- When he would return and she was afraid of STD's he held her down and raped her.
- Would do crank again together, become intimate, and reconcile.

### Stalking by Terry DeGues

*After they broke up, Terry stalked Angie*
- Sat in his vehicle outside her drive-way blocking her in.
- Waited by the side of the road and followed her to work. Followed her home.
- Sat out in the shed and watched her window.
- Broke into the house and sat waiting for her.

- Was afraid Terry would kill her.









## U.S. v Angela Johnson

Violence Risk Assessment

Capital Sentencing

June 2005

---

*Why Angela Johnson is likely to make a positive adjustment in the Federal Bureau of Prisons:*

➢ Gender

➢ Age

➢ Has earned G.E.D.

➢ Employment in community

➢ Behavior in jail pre-trial

➢ Appraisal of jail correctional staff

➢ Continued contact and relationship with family

---

## Female

*Study of 24,765 female and 177,767 male inmates in BOP*

- No record of a female committing a homicide while in federal custody.
- Extremely rare for women to commit serious assaults in BOP.
- Women are involved in serious assaults at 1/12th the rate of men in BOP.
- Women use a sharp or pointed weapon at 1/3rd the rate of men in BOP (i.e. 1.8% of violent women vs. 5% of violent men).

*"In sum, women commit violence [in BOP] at substantially lower rates than men, and the nature of the violence women commit is less serious..."*

Harer, M. D. & Langan, N. P. (2001). Gender differences in predictors of prison violence: Assessing the predictive validity of a risk classification system. Crime & Delinquency, 47, 513-536

---

## Age:

➢ 41 years old

---

Mark D. Cunningham, Ph.D., ABPP

1

CUN000771





## G.E.D.

- Male and female inmates who have earned a high school diploma or G.E.D. have lower rates of violence in prison.

Harer, M. D. & Langan, N. P. (2001). Gender differences in predictors of prison violence: Assessing the predictive validity of a risk classification system. Crime & Delinquency, 47, 513-536

## Employment in Community

*Lifelong history of industriousness and positive response to structure.*

- Age 13-16: Mother's "Laverne & Shirley's" restaurant working 40+ hours weekly.
- Age 15: Second job 20 hours a week at Gannon's Restaurant.
- Age 16: Pizza restaurant for several months until married.
- Age 16: Dairy Queen for several months until discovered she had lied about being 18
- Age 17: Worked at Pizza Hut for a year
- Age 18: Road construction "flagger" one summer.
- Age 18: Winnebago for several months until injured in car accident, then full-time mom.
- Worked at Perkins restaurant for several years.
- Simultaneously worked one week a month as a topless dancer in Des Moines and Minnesota.
- Operated the "Bullet Bar" in Forest City for one year.
- Country Kitchen in Fon Du Lac for several months.
- Country Kitchen in Clear Lake for four years (6:00 a.m. to 2:00 p.m.)
- Mason City Country Club for three years (10:00 a.m. to 2:00 p.m. daily, plus second shift from 5:00 p.m. to 10:00-12:00 p.m. on weekends)
- Waterfront Restaurant for one year (4:00 p.m. to 10:30 p.m. five nights weekly)
- Urbandale Golf & Country Club for one year.
- North Beach Restaurant for 2-3 years (40+ hours weekly)
- Regarded as a responsible employee.

Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 72 of 110

CUN000772

## Past pattern of behavior in jail:

**Benton County Jail** (3 months, 2000)
- Double-celled and recreation with cellee for 2 weeks
- Single-celled with all-day shared dayroom with 3 other inmates
- One disciplinary ticket for accepting a note

**Waterloo County Jail** (2 weeks)
- Single-celled with no movement
- No disciplinary tickets

**Lynn County Jail** (42 months, 2000-2004)
- Open-bay dorm with 18-20 inmates for one year, until all federal inmates moved to single-cells
- Single-celled
- Locked out of cell from 7:00 to 10:30 p.m. with four other inmates sharing common dayroom with
- Disciplinary tickets for 60 infractions: two fights, a verbal argument, and other minor infractions. About half from a single officer.

**Eldora County Jail** (8 months, 2004-2005)
- Single-celled, sharing common dayroom at will (5:30 a.m. to 11:00 p.m.)
- One disciplinary ticket for allegedly calling another inmate a "bitch."

**Woodbury County Jail** (3 weeks)
- Open-bay dorm with 20 inmates for one week
- Requested single-cell unit with shared dayroom

## Appraisal of Correctional Staff

- Housed with routine access to other inmates and contact with staff

- Placed in an open-bay dorm at Woodbury County Jail

- Escorted without restraints when out of cell.

## Common Features of Security Measures

- Single celled

- Very limited movement (23 & 1)

- Meals in cell

- Handcuffed and escorted movement

- Solitary or small group recreation

- Frequent inmate searches

## Continuing Relationship with Family and Friends

*Daughters*
- Alyssa (age 21)
- Marvea (age 11)

*Siblings*
- Wendy
- Jamie
- Jimmy
- Holly

*Parents*
- Jim
- Pearl Jean

### 2003 Florida Department of Corrections

## Prison Misconduct by Offense of Conviction

| Offense of Conviction | Total Violations | Potentially Violent | Assaults | Assaults with injuries | Assaults with serious injuries |
|---|---|---|---|---|---|
| First-degree murder<br>N= 5,010 | .7521***<br>(35.0%) | .113***<br>(8.8%) | .032<br>(2.6%) | .006<br>(0.6%) | .002<br>(0.2%) |
| Property<br>N= 11,017 | 1.311***<br>(48.8%) | .147*<br>(11.4%) | .034<br>(2.9%) | .007<br>(0.6%) | .003<br>(0.2%) |
| All inmates<br>N= 51,512 | 1.128<br>(44.8%) | .138<br>(10.5%) | .034<br>(2.9%) | .005<br>(0.5%) | .002<br>(0.2%) |

- *Potentially violent = threaten officer, weapon possession, escape, riot, fighting, assault (no weapon), assault with weapon, robbery*

- *Data provided by the Florida Department of Corrections*
- *Sorensen, J.R. & Cunningham, M.D. (Manuscript in preparation)*



Angela's Bridge

Mark D. Cunningham, Ph.D., ABPP

4

CUN000774

# U.S. v Angela Johnson

Capital Sentencing

Adverse Developmental Factors





| Angela Jane Johnson | 325 minutes | | |
|---|---|---|---|
| **Parents and stepmother** | | | |
| Pearl Jean Johnson | 174 | | |
| | 27 | (phone) | |
| Jimmy "Jim" Johnson | 85 | | |
| Pamela "Cookie" Johnson | 54 | | |
| **Siblings** | | | |
| Wendy Jacobson | 93 | (phone) | |
| | 70 | (phone) | |
| Jamie Jo Hays | 70 | | |
| | 51 | (phone) | |
| Jimmy Johnson, Jr. | 77 | (phone) | |
| Holly Dirksen | 57 | | |
| | 45 | (phone) | |
| **Children** | | | |
| Alyssa Dale Johnson | 50 | | |
| Marvea Jane Honkin | 36 | | |
| **Extended family** | | | |
| Rita Roach | 32 | (phone) | Maternal half-aunt |
| Winnie Jergenson | 17 | (phone) | Paternal aunt |
| Wayne Hopp | 24 | (phone) | Paternal half-uncle |
| Mark Jacobson | 8 | (phone) | Brother-in-law |
| Arvin Dale "AJ" Johnson | 43 | | Ex-Husband |
| **Others** | | | |
| Kim Swalve | 50 | | Former housemate |
| Carol Mann | 61 | | Family friend |
| Dave Nieman | 57 | | Childhood friend |
| Mikel Olsen | 46 | (phone) | Babysitter |

Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 75 of 110

CUN000775

*Angela Johnson*
## Damaging Developmental Factors

*Generational and biological factors*
- Multigenerational family distress
- Genetic predisposition to substance dependence
- Genetic predisposition to psychological disorder
- Attention and learning difficulties in childhood

*Parenting factors*
- Maternal neglect and parenting inadequacy
- Paternal neglect and parenting inadequacy
- Chronic domestic conflict in early childhood
- Observed maltreatment of siblings
- Pathological divorce
- Instability of home and recurrent relocations
- Physical and emotional abuse
- Bizarre religiosity of home and associated maltreatment
- Inadequate supervision and guidance
- Psychological terror in foster/orphanage setting
- Sexually traumatic exposures in foster/orphanage setting

*Peer factors*
- Peer harassment and rejection

*Disturbed trajectory*
- Childhood onset psychological disorder
- Premature employment, with school dropout and economic exploitation by mother
- Premature marriage and teen pregnancy
- Early adolescent onset substance abuse and dependence
- Methamphetamine dependence
- Repeated violent victimization in relationship to Terry Degues
- Inadequate interventions
- Psychological disorders in adulthood
- Relationship with Dustin Honken







U.S. v Angela Johnson









CUN000777







Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 78 of 110

CUN000778

*Risk and protective factors for serious, violent, and chronic juvenile offenders in the community*

## U.S. Department of Justice Model

➢ Prevention approaches seek to interrupt the **processes that cause** problem behavior.

➢ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.

➢ Strongest prevention: ↓ risk factors

↑ protective factors

U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs. NCJ 153571. Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

*U.S. Department of Justice Model*

### Risk Factors for Violence and Delinquency In the Community

**Conception to age 6:**

± Perinatal difficulties
• Minor physical abnormalities
• Brain damage
✓ Family history of criminal behavior and substance abuse
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

---

*U.S. Department of Justice Model*

### Risk Factors for Violence and Delinquency In the Community

**Age 6 through adolescence:**

✓ Extreme economic deprivation
• Community disorganization and low neighborhood attachment
✓ Transitions and mobility
• Availability of firearms
✓ Media portrayals of violence
✓ Family management problems
✓ Family conflict
✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse
• Early and persistent antisocial behavior
• Academic failure
✓ Lack of commitment to school
✓ Alienation and rebelliousness
• Association with peers who engage in delinquency and violence
• Favorable attitudes towards delinquent and violent behaviors
± Constitutional factors (e.g. low intelligence, hyperactivity, attention-deficit disorders)

---

*U.S. Department of Justice (April 2000)*

### Predictors of Youth Violence in the Community

**Cumulative impact:**

◆ The larger the number of risk factors the youth was exposed to, the greater the probability of violent behavior in the community.

U.S. Department of Justice

Hawkins, J.D., Herrenkohl, T.I., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

*U.S. Department of Justice (April 2000)*

## Predictors of Youth Violence

**Individual factors**
- ✓ Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
- ± Aggressiveness (x 1.5 - 6)
- • Early initiation of violent behavior (x 6)
- • Involvement in other forms of antisocial behavior
- • Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**
- ✓ Parental criminality (x 1 - 3.8)
- ✓ Child maltreatment
- ✓ Poor family management practices (x 2)
- ✓ Low levels of parental involvement
- ✓ Poor family bonding and family conflict
- ✓ Residential mobility (±)
- ✓ Parental attitudes favorable to substance abuse and violence (x 2)
- ✓ Parent-child separation

Hawkins et al. (2000)

---

*U.S. Department of Justice (April 2000)*

**School factors**
- • Academic failure
- • Low bonding to school
- ✓ Truancy and dropping out of school
- ✓ Frequent school transitions
- • High delinquency rate schools

**Peer-related factors**
- ± Delinquent siblings
- • Delinquent peers
- • Gang membership (x 3-4)

**Community and neighborhood factors**
- ✓ Poverty (x 2)
- • Community disorganization (crime, drug-selling, gangs, poor housing)
- ✓ Availability of drugs and firearms
- • Neighborhood adults involved in crime
- • Exposure to violence and racial prejudice

**Situational factors**

Hawkins et al. (2000)

---

*U.S. Department of Justice Model*

### Protective Factors that Inhibit Violence and Delinquency in the Community

- ◆ Individual characteristics:
  - ✓ Female gender
  - Intelligence
  - ✓ Positive social orientation
  - Resilient temperament

- ◆ Social bonding to positive role models:
  - Family members
  - Teachers
  - Coaches
  - Youth leaders
  - ✓ Friends

- ◆ Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- ◆ Effective early interventions

---



---















*U.S. Department of Justice Model*

**Protective Factors that Inhibit Violence and Delinquency in the Community**

◆ Individual characteristics:
- ✓ Female gender
- Intelligence
- ✓ Positive social orientation
- Resilient temperament

◆ Social bonding to positive role models:
- Family members
- Teachers
- Coaches
- Youth leaders
- ✓ Friends

◆ Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

◆ Effective early interventions







1. Secure, stable relationship with parents.

2. Neurologically and developmentally healthy.

3. Genetically resilient.

4. Free from serious childhood trauma.





## Parenting Inadequacy of both Mother and Father

- Jimmy and Pearl Jean were each the product of family systems that were profoundly dysfunctional.

## What's the Relevance of a Family's History or Legacy over Generations?

- The child is predisposed through heredity

- Family behavior patterns and effects are multi-generational
  - scripts
  - modeling
  - sequential damage





## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

## Effects of Observed Family Violence

- Children who are exposed to parental violence, even if they are not targets of this violence, have reactions similar to those of children exposed to other forms of child maltreatment.

American Psychological Association Presidential Task Force on Violence and the Family (1996)

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

- Pearl Jean failed to effectively bond to her children.

Secure attachments are the emotional foundation that everything else is built on.



Case 3:09-cv-03064-MWB-LTS   Document 284-25   Filed 06/23/11   Page 86 of 110
CUN000786

Damaged attachment can have disastrous effects.



**Core Principle:**
Healthy Development Depends on Family Relationships

- The quality of the attachments to parents and other members of the family during childhood is central to how the child will relate to and value other members of society as an adult.

    *FBI's Behavioral Science Unit*

- The influence of the family environment on the child's social development lasts a lifetime.

    *U.S. Department of Justice*

Ressler, R.K., Burgess, A.W., & Douglas, J.E. (1988). *Sexual homicide: Patterns and motives.* New York: Lexington Books.

Cantelon, S.L. (1994). Family strengthening for high-risk youth. Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice. Fact sheet #8.

## Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse



## Genetic Vulnerability to Alcoholism and Drug Dependence

- Incidence of alcoholism among first degree relatives of alcoholics is 3-5 times the rate in the general population.
    Cotton, N.S.(1979). The familial incidence of alcoholism: A review. *Journal of Studies on Alcohol, 40,* 89-116.
    DSM-IV (1994)

- Twin and adoption studies across 20 years of research have provided evidence of significant genetic influences on the familial transmission of alcoholism.
    Schuckit, M.A. (1987). Biological vulnerability to alcoholism. *Journal of Consulting and Clinical Psychology, 55,* 301-30.
    DSM-IV (1994)

- Clinical findings point toward a common biological vulnerability to alcohol and other drugs. Research findings clearly support a uniform theory for a neuro-chemical basis of alcohol and drug addiction.
    Miller, N.S. & Gold, M.S. (1993). A neurochemical basis for alcohol and other drug addiction. *Journal of Psychoactive Drugs, 25,* 121-128.





Angela's Bridge

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder



# Genetic Predisposition to Psychological Disorder

**Schizophrenia**
- 10 fold risk for first degree relatives

**Major Depressive Disorder**
- 1.5-3 fold risk for first degree relatives
- Increased risk for alcohol dependence for first degree relatives
- Increased risk of Attention-Deficit Hyperactivity Disorder among offspring

**Anxiety Disorder**
- Anxiety as a trait has a familial association
- Panic Disorder: 4-7 fold risk for first degree relatives

**Attention Deficit Hyperactivity Disorder**
- More common among first degree relatives
- Higher prevalence among relatives of Mood and Anxiety Disorders, Antisocial Personality Disorders, Learning Disorders, Substance Disorders, and Antisocial Personality Disorder

**Learning Disabilities**
- More common among biological relatives

**Personality Disorders**
- More common among biological relatives

DSM-IV



**Angela's Bridge**

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems

**Angela's Bridge**

**Weakened Span**

- Parenting inadequacy of mother and father
- Family history of alcohol abuse
- Family history of psychological disorder
- Attention and learning problems
- Unrelenting trauma exposures

*Childhood:*
## Chronic Trauma Exposure

- Chronic marital conflict of parents
- Father's physical abuse of mother
- Divorce and inconsistent contact
- Emotional neglect and abuse
- Physical Abuse
- Bizarre religiosity
- Terror of the Dillows



Wiring + Family

**Poor Choices**



### Risks Associated with Father Absence

◆ Fatherless children are at a dramatically greater risk of drug and alcohol abuse, mental illness, suicide, poor educational performance, teen pregnancy and criminality.

U.S. Department of Health and Human Services (1993), National Center for Health Statistics, *Survey of Child Health,* Washington, D.C.





## Impact of Emotional Neglect and Abuse

- Damaged attachment
  - Disturbed relationship models
  - Distrust of relationships
  - Distorted identity and eroded self-esteem
  - Powerlessness
  - Futility
  - Anger
  - Fantasies of idealized relationship
- Recurrent confusion
- Constant terror and fearfulness
- Psychological disorders
- Behavior problems



*Sponsor: U.S. Department of Justice*

## Impact of Abuse and Neglect on Criminality

- 877 cases of substantiated abuse and/or neglect
- Matched controls
- 15-24 years of follow-up

- 4.8 times more likely to be arrested as juveniles

- 2 times more likely to be arrested as adults

- 3.1 times more likely to be arrested for violent crime as adults

English, D.J., Widom, C.S., & Brandford, C. (2001). Childhood victimization and delinquency, adult criminality, and violent criminal behavior: A replication and extension, final report. National Institute of Justice, U.S. Department of Justice. NCJ 192291



## Effects of Observing the Abuse of Siblings

- Negative perceptions and feelings toward parental figures – and the larger social order
- A fearful and hyper-vigilant posture towards adults in general
- Feelings of guilt and responsibility
- Negative or mixed feelings towards siblings
- Behavior problems
- Anxiety
- Shyness
- Fear of failure
- Normalized aggression
- Failure to learn to modulate anger
- Psychological disorder

## Outcomes in Family Violence

### Rochester Youth Development Study

- 1000 children followed from 7th and 8th grade
- Interviews of children and caretakers every 6 months
- Three types of family violence exposure studied
  - Spouse abuse
  - Abuse of children
  - Climate of violence and hostility

- **Rates of serious youth violence:**

| | | |
|---|---|---|
| If no family violence | = | 38% |
| If one type of violence | = | 60% |
| If two types of violence | = | 73% |
| If three types of violence | = | 78% |

Thornberry, T.P. (December, 1994). Violent families and youth violence. Fact sheet #21. National Criminal Justice Resources and Statistics. U.S. Department of Justice.

## Angela's Bridge



## Implications of Bizarre Religiosity

- Inadequate modulation or regulation of child's emotions.
- Little reassurance or security in parent's ability to provide safety.
- Instilling of fearfulness and anxiety.
- Inability to rely on parents for accurate appraisal of reality.
- Failure to teach and model reality-based cause and effect.
- Failure to demonstrate personal responsibility and internal locus of control.
- Instilling of feeling of personal defectiveness.
- Failure to recognize and meet physical and emotional needs of the child.
- Failure to provide protection.
- Vulnerability to parental rationalization of selfishness and exploitation.
- Peer alienation and isolation.
- Violation of body and autonomy boundaries.
- Failure to realistically problem-solve developmental issues or long-term outcomes.
- Failure to instruct or model ethical applications.
- Alienation from organized religion.
- Disillusionment with authority and social regulations.







## Impact of Child Neglect

*More psychologically damaging than physical abuse*

- No stability or security in parental attachment
- No stability or security in daily life or practical care
- Basic physical and emotional needs go unmet

- Distorted primary structure - cognitive, perceptual, emotional, interpersonal
- Terror of world that is out of control
- Damaged capacity and skills to relate to others
- Identity of being incompetent and unlovable
- Absence of external controls leads to poor internal controls

- Markedly increased risk for psychological disorder
- Markedly increased risk for behavior problems in childhood, violent and criminal behavior in adolescence and adulthood





### What Makes Sexual Trauma Damaging?

**Traumatic Sexualization**

Inappropriate shaping of child's sexuality

**Betrayal**

Someone on whom they were vitally dependent has caused them harm

**Powerlessness**

Child's will and sense of control are overwhelmed

**Stigmatization**

Badness, shame, and guilt become incorporated into child's self image

Finkelhor, D., & Brown, A. (1985). The traumatic impact of child sexual abuse, a conceptualization. American Journal of Orthopsychiatry, 55, 530-542.
Conceptual basis for: Brief for Amicus Curiae, American Psychological Association, filed with the US Supreme Court in Maryland v. Craig, 1989.





Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K      -  Mason City
2nd   -  Thornton
3rd   -   Chanute, KS
3rd   -  Thornton
4th   -  Klemme
5th   -  Forest City
7th   -  Thompson
7th   -  Forest City



Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K      -  Mason City
2nd   -  Thornton
3rd   -   Chanute, KS
3rd   -  Thornton
4th   -  Klemme
5th   -  Forest City
7th   -  Thompson
7th   -  Forest City



Angela's Bridge

**Terror of the Dillows**

**Drug Abuse**

**Recurrent Moves**

**Bizarre Religiosity**

**Mother's Physical Neglect**

**Abuse of Siblings**

*Mother's Emotional Neglect*

Physical Abuse

Father's Inconsistent Contact

**Pathological Divorce**

Father

Drug Abuse

Resistance

---

*Self-medication:*

## Teen Onset Substance Dependence

### Marijuana
- Age 12 introduced to smoking marijuana by Wendy
- Made Angie happy and she laughed.
- From age 14 - 18 bought her own and smoked daily.
- After age 14, no longer wanted religion in her life – no healing, no speaking in tongues, no demon possession – she just wanted to smoke pot and be happy.

### Alcohol
- Age 12-13 began drinking.
- From age 13-16 drank until intoxicated one night of the weekend.

### LSD
- Used three times at age 14 – loved it as it made everything funny; inspired to experiment with every drug available.

Case 3:09-cv-03064-MWB-LTS     Document 284-25     Filed 06/23/11     Page 95 of 110

CUN000795















Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 97 of 110

CUN000797











## Cocaine
- Age 21 snorted first line of cocaine, used it on weekends for a year

## Methamphetamine
- Age 22 snorted first line of methamphetamine: "I knew I would use it everyday for the rest of my life – I loved it."
- Snorted a line daily, more on weekends.
- Initially would not sleep all weekend when partying.
- Generally slept a few hours each night because "I didn't want to become a wacked out treaker."
- Self-described using meth like a medication.
- Used everyday (1986-1993) until realized was pregnant with Marvea, resumed when stopped nursing at 6 weeks post partum.
- Had rationalized that had been in control of meth use, didn't realize how her priorities and behavior had been affected by her meth dependence until Angie had been in jail two years.










Case 3:09-cv-03064-MWB-LTS    Document 284-25    Filed 06/23/11    Page 100 of 110    CUN000800

VOLUME 21, 6-9-05
Court Reporter:     Shelly Semmler, RMR, CRR
                    320 Sixth Street
                    Sioux City, IA  51101
                    (712) 233-3846

                                                3779

(Proceedings reconvened outside the presence of the jury.)

THE COURT:  Good morning.  Ready to have the jury brought in?

MR. WILLIAMS:  Yes, Your Honor.

MR. STOWERS:  Yes, sir.

THE COURT:  Okay.

DR. CUNNINGHAM:  Morning, Judge.

THE COURT:  Morning, Dr. Cunningham.  Good to see you again.

DR. CUNNINGHAM:  Good to see you, sir.

(The jury entered the courtroom.)

THE COURT:  Good morning.  Please be seated.

Looks like bottled water, two; cola products, two today so . . .

Okay.  Mr. Berrigan, are you ready to call your next witness?

MR. BERRIGAN:  We are, sir.

MR. STOWERS:  We'd call Dr. Cunningham.

THE COURT:  Oh.  Mr. Stowers.  Thank you.

MARK CUNNINGHAM, DEFENDANT'S WITNESS, SWORN

THE COURT:  Okay.  Please be seated in the witness box.  Please adjust the chair and the microphone so you can speak directly into the microphones.  And when you're ready, would you state your full name, please, and spell your last name

                                                3780

Page 2

for us.

THE WITNESS: Mark Douglas Cunningham, C-u-n-n-i-n-g-h-a-m.

THE COURT: Mr. Stowers?

MR. STOWERS: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. STOWERS:

Q. What is your occupation?

A. I'm a clinical and forensic psychologist in private practice and part-time researcher.

Q. And how long have you been a psychologist?

A. About 27 years.

Q. And did you say you were a clinical psychologist?

A. Yes, sir, by training.

Q. And what is a clinical psychologist?

A. Clinical psychology is the evaluation and treatment of psychological disorders. It's what you would think of a psychologist doing in terms of interviewing and testing and providing counseling services.

Q. And can you explain what a clinical psychologist is?

A. Yes, sir. That's what I just described. A clinical psychologist is a psychologist that evaluates and treats people.

Q. What's a forensic psychologist?

A. Forensic psychology is the application of psychological research and techniques to legal issues. It's any way that

3781

psychology as a science can be helpful in some issue that's before the Court all the way from things like parental capability in a child custody case, psychological injuries in

Page 3

CUN000802

civil cases, or in criminal court things like competency to stand trial or mental state at time of offense or sentencing considerations such as are being considered today.

Q.   Do you have any professional licensing requirements in your field?  And if so, do you hold such licenses?

A.   Yes, sir.  There is licensing in order to hold yourself out as a psychologist, and often the practice of psychology is protected as well.  And yes, sir, I'm licensed in 12 or 13 states.

Q.   Okay.  And I'm not going to ask you to list all the states, but where do you do business?

A.   My offices are in Dallas.  My practice is national in scope.

Q.   And can you give us and the jury a summary briefly of your educational background as it relates to psychology?

A.   Yes, sir.  I received my undergraduate degree from Abilene Christian College and graduated from there in 1973 with high honors with majors in psychology and also mass communications and a minor in Bible.

I then attended graduate school in a graduate program that was accredited by the American Psychological Association as an accredited training site for clinical psychology -- that was

3782

at Oklahoma State -- and received both my master's and doctorate degrees from Oklahoma State.

I then did a one-year clinical psychology internship that was also accredited by the American Psychological Association at the National Naval Medical Center in Bethesda, Maryland, where I was an active duty Naval officer and clinical psychology intern.

Page 4

CUN000803

Q.    And what does it mean to be accredited?

A.    The accreditation standards of the American Psychological Association are extremely high.  And as a result, there are relatively few graduate programs that meet those requirements in terms of faculty and library and research and practicum opportunities and those kinds of things.  Because there are a very limited number of those programs, the admission requirements or standards are also extraordinarily competitive.

Q.    I think you indicated at one point that you were in the Navy for a period of time?

A.    Yes, sir.

Q.    Did you say you did an internship there?

A.    Yes, sir, I did my internship at the large Navy hospital in suburban Washington, D.C., at Bethesda and then was assigned as a staff psychologist, a staff clinical psychologist, at the Naval Submarine Medical Center in Groton, New London, Connecticut, which at that time was the primary submarine base on the Atlantic coast.  And I was a clinical psychologist and

3783

active duty Navy officer there.

Q.    And what did you do?

A.    I provided evaluation and treatment services along with a psychiatrist for about 15,000 active duty and, to the extent that we could, about 40,000 dependents or what we call dependents in the Navy, the families of these individuals.

I was on call for the first couple of years about every other night to the emergency room in terms of handling emergencies that came in under the supervision and consultation of physicians who were on the staff.  I was also doing consults and following people in the hospital there.

Page 5

CUN000804

I provided a consultation to the commanders, the submarine commanders, the submarine tender commander, the base commanders, about personnel issues that they had. I provided forensic-type services in what are called captain's mast which are kind of low-level administrative hearings as well as court martials which are more formal court-like activities.

And then I also worked part time teaching college classes on base through a -- what's called an extension program so that active-duty servicemen can take -- and women can take courses and advance their education. I also taught part time in the community college system there. And then I was involved in a two-year part-time postdoctoral program at Yale University while I was in the Navy as well.

Q. When you were in the Navy, did you receive any recognition

3784

for your work?

A. Yes, sir. I was decorated with a Navy Commendation Medal which is an unusual award for a junior officer on his first assignment.

Q. And after you withdrew with the Navy, what did you do next with regard to your professional experience?

A. When I left the Navy, I took a full-time academic position at a small private university, Harden-Simmons University, in Abilene, Texas, and was a full-time assistant professor of psychology for a couple of years.

During that same period of time, I began a private practice in psychology, principally clinical psychology at that time with just a little bit of forensic work. After a couple of years, I resigned the academic position and have been exclusively in practice since 1983.

Page 6

CUN000805

As I described, initially that was almost all clinical or treatment oriented in focus with just a little bit of court-related work. Over time the percentage of practice involved in forensic psychology steadily grew until several years ago it became essentially a hundred percent of my practice.

Q. Now, have you done any work in terms of writing materials that have been published in any way?

A. Yes, sir, I have. I have had 12 peer-reviewed papers that I have coauthored that have been published in the last -- the

3785

last seven years. Additionally, there's an edited law journal article that is in press. That means it's been accepted but has not yet been actually printed. And there are two other papers that are under review in peer-reviewed journals. In other words, the study has been written up, and now the journal is reviewing it.

I've also -- I'm the first author -- the first author of a chapter in the Handbook of Psychology. The Handbook of Psychology is a 12-volume series that's intended to represent the state of the art of psychology at this time that was published in early 2003. One of those volumes is on forensic psychology, and I was asked to write the chapter on capital sentencing evaluations for that volume. And I asked Dr. Alan Goldstein, an eminent forensic psychologist in New York City, to author that with me.

There's another book chapter that's in press that I authored. There's a case book where two of my reports have been published that are intended to serve as a model for psychologists about how to do these evaluations and how to write

Page 7

them up. And then there are four or five other papers in professional publications but not peer-reviewed journals.

Q. What are -- these materials that you have had published in peer-review journals as you call them, what has been the general subject area of those materials?

A. The general focus has been associated with capital

3786

sentencing. Some of the papers have to do with violence risk assessment at capital sentencing, in other words, how you scientifically go about evaluating the likelihood that somebody will commit serious violence in prison. Some of them have addressed standards and issues of evaluations in capital cases. Two papers have looked at death row populations and their characteristics. Then there are some other studies that have actually tracked inmates in prison to look at their conduct and identify what factors are associated with violence.

In one of those we followed about 2,500 inmates in a high-security prison in Missouri between 1991 and 2003. The prison system provided us with all of their disciplinary -- with the computer records for that period of time, and we compared individuals in that high-security prison in terms of what factors were associated with risk.

That was a very unique setting because Missouri has been mainstreaming their death-sentenced inmates since 1991 in this prison. In other words, instead of keeping them on a segregated death row, they've been mixing them in the general prison population of this high-security prison so that they go to recreation and have jobs and are celled with individuals that are not sentenced to death.

And our study was the first that compared how they did

Page 8

CUN000807

in prison as compared with life-without-parole inmates and

parole-eligible inmates that they were side by side with in the

3787

same facility.

And then we also developed a risk measure based on that same study. Some of the more recent research, the papers that are under review, involve analysis of the disciplinary records of over 50,000 inmates in the Florida Department of Corrections both in 2003, that fiscal year, and also looking at their behavior over several years before that.

Q. Now, from your testimony it sounds that you are very heavily published in the area of capital sentencing evaluations of persons; is that correct?

A. Yes, sir, that's correct.

Q. Do you know sort of your little field of expertise which is these capital sentencing evaluations, are there any other persons in that field let's say in the last five to seven years who've published more or written more than you have in that field that you know of?

A. Not to my knowledge in the peer-reviewed journals.

Q. And by the way, what is a peer-review journal?

A. Peer-reviewed journals are the primary way that scientists exchange information with each other. And the way that works is that a study is performed and written up and described, analyzed and described, or the existing research in a given area is gathered and critically reviewed and integrated and written up into kind of like a term paper if you will. And that paper is then submitted to the peer-reviewed journal.

3788

Page 9

CUN000808

The editor of this scientific journal is typically a leading scientist himself, and he reviews it and also sends it out to two or three other leading scientists in the area that this paper is in. And they review it for its scholarly merit, for whether it seems to make an important contribution to the literature for the soundness of the methodology.

If they feel like it makes that kind of contribution and is sufficiently sound, then they accept it for publication, and it's then said to have passed peer review.

Q. Now, you're no longer involved in teaching at this time; is that correct?

A. No, sir, I teach continuing education, but I don't have a formal academic position.

Q. I ordinarily think of persons who take an interest in writing articles and materials as you've described them as sort of professorial types working at some university with a pipe and rumpled clothes. Is --

A. Yes, sir.

Q. Is this something that's common or unusual for somebody who's actually in the private sector working as you do to be involved in publishing to this degree?

A. Yes, sir. It's very unusual for somebody who's outside of an academic institution or research organization to be involved in this level of research and publishing.

Q. And does that relate to the amount of time that's involved

3789

in doing these -- doing these writings?

A. Yes, sir, it's extraordinarily time intensive.

Q. Now, are you board certified?

A. Yes, sir, I am.

Page 10

Q.   And in what particular area?

A.   I'm board certified in forensic psychology by the American Board of Professional Psychology which is the board certification organization that's recognized by the American Psychological Association.

Q.   And what does it mean to be board certified?

A.   It's somewhat -- it's a different kind of designation in psychology than it is in medicine.  In medicine it's a pretty routine credential that someone obtains when they finish their residency or specialty apprenticeship.

     In psychology you're not even allowed to sit for the boards until you have been five years out from your doctorate degree.  And most psychologists don't attempt it until mid-career.  And it's intended to represent the highest levels of practice within a given specialty.

Q.   How many persons are board certified in the particular specialty that you're board certified in across the United States?

A.   Approximately 200 psychologists in the United States that are board certified in forensic psychology.

Q.   And how long have you been certified?

3790

A.   About ten years.  That was in January 1995.

Q.   And do you actually have a -- I always mispronounce this word.  Is it curriculum vitae?

A.   Yes, sir, kind of a fancy word for a resume.

     MR. STOWERS:  I'm going to approach the witness, Your Honor?

     THE COURT:  You may.

BY MR. STOWERS:

Page 11

CUN0008 13