

# S I O U X L A N D
## MENTAL HEALTH CENTER

### PSYCHIATRIC MEDICAL EVALUATION  [>]

**NAME:**   Angela Johnson          **DATE:**   May 6, 2005
**DOB:**    01-17-64               **TIME:**   one hour

The patient was seen for a formal intake during rounds at the Woodbury County Jail.

**IDENTIFYING DATA:**
Angela is a 41 year old divorced Caucasian female currently residing in Woodbury County Jail and requesting for assistance with depression and anxiety.

**HISTORY OF PRESENT ILLNESS:**
Please note that Angela was resistant to this evaluation. She would not willingly offer any information and reluctantly offered answers to any questions. She stated frequently throughout the interview that she didn't see the point in doing this, all she wanted was to get her meds increased, not have an evaluation. I did explain to Angela the reason for doing the evaluation several times and did offer to end the session if this was making her uncomfortable. She did, however, want to continue so that we could adjust her medication, but as stated above, was reluctant to answer any questions. I cannot guarantee the validity of the information. Angela reports that she wanted help because her stress level is too high as she is currently on trial. She is specifically asking for her Zoloft to be increased because she believes it will help her stress level and help her get through her trial. When asked why the Zoloft was originally prescribed, Angela states "I've been on it for years because I have been in jail a long time." "I've been terribly depressed and have been having a hard time even helping in my own defense." Currently, Angela is taking Zoloft 200 mg daily and Seroquel 200 mg q hs. These were prescribed by Dr. Saftar at the Abby Center in Cedar Rapids, Iowa. She has been on these doses of the current medications for about a year. She reports that the medications have been working, but she noticed they weren't working as well the last couple of months. She has been in Woodbury County Jail for three weeks. She is charged with five counts of murder. Her trial started three weeks ago.

**PAST MEDICAL HISTORY:**
Angela reports being **ALLERGIC TO AUGMENTIN**. She denies any history of surgery. She denies any history of major illnesses or injuries and denies any chronic illnesses. She is currently on the above medications plus an oral contraceptive.

625 Court St • PO Box 1587 • Sioux City, IA 51102 • tel 712-252-3871 • fax 712-252-3057 • toll free 877-255-2273

## PAST PSYCHIATRIC HISTORY:

Angela reports that she had seen a Dr. Logan and Mary Hodges, both of them are in Kansas City, Missouri. They both did evaluations for her defense team. She states that Dr. Logan evaluated her medication at the time of his evaluation and thought that they were appropriate. This was 6 months ago. Angela reports that her last visit with Dr. Saftar was about one year ago. She saw him for a total of 4 years. She denies any other prior psychiatric history.

## SOCIAL HISTORY:

Angela reports that she was living Clear Lake, Iowa before her arrest with her two children who are now ages 21 and 11. They are both daughters. She has been married one time from 1981 to 1986. She was employed at the time of her arrest. She had been working at North Beach Restaurant in Clear Lake, Iowa. When asked what she did at the restaurant, she replies "I did everything." She worked there for two years. Angela's highest level of education is 9th grade plus GED. She has no military history. Legal history includes only the current charges. She was arrested originally in July 2000. She has been incarcerated in various county jails since that time. She has been in Harden County, Lynn County, and Benton County prior to coming to Woodbury County to stand trial. She is possibly facing the death sentence. In regards to substances, she reports starting to drink alcohol at age 16. Her last drink was some time in the year 2000. Prior to her arrest, Angela reports that she would drink a glass of wine once every couple of months. She has a history of using methamphetamine beginning at age 21. Her last use was in the year 2000. She did use daily. She denies any IV use.

## FAMILY HISTORY:

Angela reports that her mother is healthy. She has no psychiatric history or substance abuse history. Her father has a heart arrhythmia. He has no psychiatric or substance abuse history. Angela has one brother and three sisters all of whom are healthy without psychiatric histories or substance abuse problems. She reports her children are healthy.

## MENTAL STATUS EXAMINATION:

Angela is alert and oriented times three. She is minimally cooperative. She is in no acute distress. She is moderately groomed, well nourished. She appears her stated age. Mood is described as depressed and anxious. Affect is mood congruent and appropriate. She is also noted to be irritable. Thought processes are logical and goal oriented. Concentration is intact. Psychomotor activity within normal limits. Speech is of a normal rate and volume. Thought content is negative for any obsessions, compulsions, phobias, hallucinations, or delusions. She denies any suicidal or homicidal ideation. Abstractions are noted to be within normal limits. IQ appears to be average. Immediate, recent, and remote memories are intact. Judgement and insight appear to be average as she does recognize her mental illness and need for further treatment.

**INITIAL FORMULATION:**
Angela is a 41 year old divorced Caucasian female currently on trial for five counts of murder. She is facing the death penalty. Since her trial began, she has noticed an increase in depression and anxiety and is asking for assistance for medication.

**DIAGNOSTIC IMPRESSION:** [{]

**Axis I:**   Major Depressive Disorder
Generalized Anxiety Disorder both of these recently exacerbated by beginning her trial

**Axis II:**  No diagnosis

**Axis III:**  Without acute illness

**Axis IV:**  Problems with the legal system

**Axis V:**   Current GAF 50

**PLAN:**
I reviewed my impressions with Angela including diagnosis and need for treatment. We discussed the risks and benefits of medication including side effects and at this time, mutually agreed to an increase in her Zoloft to 300 mg daily. We will continue the Seroquel 200 mg q hs. I will follow up with Angela as needed.

Dawn Nolan, PA-C

DN/tj

Date Transcribed: May 6, 2005
Date Filed: _____

PHYSICIAN'S TELEPHONE ORDERS

| Facility Name | | Address | | | |
|---|---|---|---|---|---|
| *WC Jail* | | | | | |
| Last Name | First Name | Attending Physician | Room No. | Admission No. | |
| *Johnson* | *Angela* | *Ben Robinson* | | | |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5-6-05 | | ↑ Zoloft to 300 PO daily. |
| | | |
| | | |
| | | |
| | | |

| Signature of Nurse Receiving Order | Time | Signature of Physician | Date |
|---|---|---|---|
| *DNRN* | *1040* | | *5-6-05* |

ORIGINAL COPY - Physician Please Sign and Return

Form 990 © BRIGGS Des Moines, IA 50306 (800) 247-2343

**CLINGMAN PHARMACY**
106 E. 4th Street • Vinton, Iowa 52349
Phone 472-4731
Continuing The Wright Pharmacy Tradition

000007

**CLINGMAN PHARMACY**
106 E. 4th Street • Vinton, Iowa 52349
Phone 472-4731
Continuing The Wright Pharmacy Tradition

| Customer's Order No. | | | | Date 10-3-00 | | |
|---|---|---|---|---|---|---|
| Name | U.S. Marshall | | | | | |
| Address | Benton Co. Jail | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE/ RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Advil Migraine $^{7.56}$ for | | 3 79 |
| | Angela Johnson | | |
| | | TAX | 19 |
| | | TOTAL | 3 98 |

0235511  Rec'd by

All claims and returned goods MUST be accompanied by this bill.

GS-201-2 PRINTED IN U.S.A.   Thank You   PRINTED WITH SOY INK

| Customer's Order No. | | | | Date 10-2-00 | | |
|---|---|---|---|---|---|---|
| Name | U.S. Marshall | | | | | |
| Address | Benton Co. Jail | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Excedrin PM $^{7.24}$ | | 4 67 |
| | for Angela Johnson | | |
| | | TAX | 23 |
| | | TOTAL | 4 90 |

0233699  Rec'd by

All claims and returned goods MUST be accompanied by this bill.

GS-201-2 PRINTED IN U.S.A.   Thank You   PRINTED WITH SOY INK

Inmate's Name: _Angela Johnson_  DOB: _01_ - _17_ - _64_ Booking #: _20-465_

| | Name of Medication | Dispensing Instructions | | Quantity |
|---|---|---|---|---|
| A. | SeRZONE 450mg | 1 TAB 2x DAILY | 0600/1800 | 34 |
| B. | Excedrin Pm  Every morning | OTC | | |
| C. | Advil Migraine | OTC | | |
| D. | IBUPROFEN | OTC | | |
| E. | | | | |
| F. | | | | |
| G. | | , , | | |
| H. | | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9/24/00 | 1800 | 1 | A | A -- 33 | Ø | LM |
| 9/24/00 | 1158 | 2 | B | B = OTC | Ø | Exc |
| 9-25 | 0800 | 1 | A | A = 32 | Ø | Q |
| 9-25-00 | 1735 | 1 | A | A = 31 | Ø | 682 |
| 9-25-00 | 2221 | 2 | B | B = OTC | Ø | 682 |
| 9/26/00 | 0600 | 1 | A | A = 30 | Ø | 609 |
| 9-26-00 | 1802 | 1 | A | A = 29 | Ø | 682 |
| 9-26-00 | 2010 | 2 | C | C = OTC | Ø | 682 |
| 9-27-00 | 0600 | 1 | A | A -- 28 | Ø | LM |
| 9-27-00 | 1800 | 1 | A | A = 27 | Ø | 682 |
| 9-28 | 0600 | 1 | A | A = 26 | Ø | Q |
| 9-28-00 | 1800 | 1 | A | A = 25 | Ø | 68 |
| 9/29 | 0600 | 1 | A | A -- 24 | Ø | 609 |
| 9-29 | 1800 | 1 | A | A = 23 | Ø | Q |
| 9-29 | 2240 | 2 | C | C = — | Ø | Q |
| 9/30 | 0600 | 1 | A | A = 22 | Ø | GM |
| 9-30 | 1800 | 1-2 | A-B | A = 21 B = — | Ø | Q |
| 10/01 | 0600 | 1 | A | A = 20 | Ø | 609 |
| 10/01 | 1800 | 1-2 | A-C | A = 19 C = — | Ø | Q |
| 10-2 | 0600 | 1-2 | A-D | A = 18 | | 6-87 |
| 10-2-00 | 1800 | 1-2 | A-C | A = 17 C = OTC | Ø | 682 |
| 10-2-00 | 2223 | 2 | B | B = OTC | Ø | 682 |
| 10-03-00 | 0800 | 1 | A | A = 16 | Ø | Q |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/10    Time:    Detainee Signature: _Msg_

Description of medical problem by detainee: headache

**PART 2 – Completed by Staff**

*Medical Confidential*

Staff action taken: gave ibp

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

923    1800    12-10-04

_____    _____
Staff Signature    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

033

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 12/13     Time:     Detainee Signature: Angie Jy

Description of medical problem by detainee:

HEADACHE

Non-Asp

Medical
Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     NO     Date staff action taken:     Time staff action taken:

_____
Staff Signature

_____
12-13-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Huggie Joh~   Date: 12/14   Time: _____   Detainee Signature: _____

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: bp

Referred to nurse:   YES   (NO)   Date staff action taken: 2200   Time staff action taken:

_____  _____
Staff Signature       12-15-04
                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____       _____       _____
Staff Signature            Date              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-30     Filed 06/23/11     Page 9 of 219
035

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson        Date: 12/15        Time:        Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: NM aspirin

Referred to nurse:    YES    (NO)        Date staff action taken:        Time staff action taken:

922
_____
Staff Signature

12-15-04
_____
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
Staff Signature                      Date                      Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# WATSON & DAMERON, LLP

TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## FAX TRANSMITTAL

### COVER SHEET

TO            :    Nick, Hardin County Jail

FROM          :    Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE          :    1/11/05

RE            :    Attorney/Inmate Contact Visit w/Inmate Angela Johnson

FAX NUMBER    :    641-939-8212

TOTAL NUMBER OF PAGES FAXED: ___1___ PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Nick: Mr. Berrigan would like to move his client visitation with Angela Johnson from tomorrow, Wednesday, January 12, 2005, to Thursday, January 13th at noon to 2:00 p.m. Unfortunately, his traveling plans to Iowa on the 12th have been changed to the 13th. Please call me at 816-474-3350, ext. 101 at your earliest convenience for confirmation. Thank you.

Sincerely,

Becky Walker
Exec. Legal Secretary to Patrick J. Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____    ORIGINAL NOT MAILED _____XXX_____

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
*Inmate Name*
property listed below: _____

_____ manilla envelope _____

_____

_____

_____

_____

To: _Alyssa Johnson_
*Name Of person Receiving*
_Forest City_ _IA_ _50436_
*Address* *City* *State* *Zip*

I _Alyssa Johnson_ Have received the above listed property.
*Signature of receiving Person*

I _____ have released the above listed property to the receiving
*Officer signature*
party.

Inmate Name _____ Date/Time _8-28-04 @ 2:35pm_

038

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _JOHNSON Angela_

**Office Use Only**
Date _8-28_ Time In _1309_ Time Out _1430_

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Alyssa Johnson_ DOB _8/7/83_ DL# _585441000_
Address _25 Cathedral Oaks #14_ City _Forest City_
State _IA_ Zip Code _50436_ Phone# _(641) 590-2529_
License Plate Number _____ Relationship _daughter_

**Office Use Only**
Date_____Time In_____Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____
Address_____ City_____
State_____ Zip Code_____ Phone# (____) _____
License Plate Number_____ Relationship_____

**Office use Only**
Date_____Time In_____Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____
Address_____ City_____
State_____ Zip Code_____ Phone# (____) _____
License Plate Number_____ Relationship_____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 13 of 219

039

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

| **Office Use Only** |
| --- |
| Date _8/20_    Time In _9045_ Time Out _1130_ |

### Visitor #1 Information-PLEASE PRINT CLEARLY

_Enter_ ☺    _10-74_

Name _Lou Ann Hare_    DOB _3-30-64_ DL# _970AA0197_

Address _332 14 St SE_    City _Mason City_

State _IA_ Zip Code _50401_    Phone# _(641) 424-4647_

License Plate Number _810 NNE_    Relationship _friend_

| **Office Use Only** |
| --- |
| Date_____Time In_____Time Out_____ |

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (_____) _____

License Plate Number_____ Relationship_____

| **Office use Only** |
| --- |
| Date_____Time In_____Time Out_____ |

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (_____) _____

License Plate Number _____ Relationship_____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 14 of 219

040

# MEMORANDUM

B 3

**PART 1 – Completed by Detainee**

Name: *Angela Johnson*       Date: *9/10 02*   Time: *6:PM*   Detainee Signature: *[signature]*

Description of medical problem by detainee: *Headache*

**PART 2 – Completed by Staff**

Staff action taken: *gave her IBPro*

Referred to nurse:   YES   NO       Date staff action taken:       Time staff action taken:

*Becky Maxfield*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Staff Signature

*9-10-04*
‾‾‾‾‾‾‾‾‾‾‾
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾
Staff Signature                                  Date                          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

*B 3*

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 9.8.04    Time: 10:30    Detainee Signature: _Angie Johnson_

Description of medical problem by detainee:

Headache

**PART 2 – Completed by Staff**

Staff action taken: Given IBP

Referred to nurse:    YES    (NO)        Date staff action taken:        Time staff action taken:

_Dianne Rash_
**Staff Signature**        9-8-04    1230
                          Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
**Staff Signature**            **Date**                **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

 B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson       Date: 9.15.04 Time: 9 00   Detainee Signature: _Angie_

Description of medical problem by detainee: I need some antibiotic cream and a bandaid for my elbow it is hurt and burning up w/a fever.

**PART 2 – Completed by Staff**

Staff action taken: gave her bandaid & cream

Referred to nurse:   YES  (NO)       Date staff action taken:        Time staff action taken:

_Becky Mayfeld_
     Staff Signature                      9-15-04
                                            Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____        _____
     Staff Signature                      Date                 Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

043

# MEMORANDUM

## PART 1 – Completed by Detainee

Name: Angie Johnson      Date: 9.21.04   Time: 3:pn    Detainee Signature: _(signature)_

Description of medical problem by detainee:  I NEED ADVIL FOR MY CRAMPS!

THANX!

_[Medical Confidential stamp]_

## PART 2 – Completed by Staff

Staff action taken:  IBP Given

Referred to nurse:    YES    (NO)        Date staff action taken: 9/21/04  Time staff action taken: 1925

_(signature)_
Staff Signature

9/21/04
Date

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____
Staff Signature                          Date                        Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: *Higie Johnson*  Date: *9/16-* Time: *7 PM*  Detainee Signature: *[signature]*

Description of medical problem by detainee: *I need more ice for my elbow please and some tylenol Thank you*

**PART 2 – Completed by Staff**

Staff action taken: *gave non-aspirin*

Referred to nurse: (YES)  NO   Date staff action taken:   Time staff action taken:

*[signature]*
Staff Signature

*9-16-04*  *2250*
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES   NO

Staff Signature                Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 9/19/0  Time: 6 a.  Detainee Signature: _(signature)_

Description of medical problem by detainee: I'd like some hydrocortisone cream or
cortaid. Athletes fungus cream for my feet please. Thanks

**PART 2 – Completed by Staff**

Staff action taken: Given Hydrocortisone Cream

Referred to nurse:  YES  (NO)  Date staff action taken:  Time staff action taken:

_Diane Rash_
**Staff Signature**

9-19-04   825
Date #

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO



_____
**Staff Signature**

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1112 12TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: Argie Johnson          Time 1:00     Time 4/22/04  Detainee Signature: _____

Description of medical problem by detainee:

Cramps

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:    YES    NO          Date staff action taken:          Time staff action taken:

Becky Mayfield
Staff Signature                                              9-22-04
                                                              Date

PART 3 – Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____                    _____        _____
     Staff Signature                            Date              Time

PART 4 – Completed by Physician

DATE:

RE:

1.

2.

3.

PART 1 – Completed by Detainee

Name: _Angie Johnson_   Date: _9.21.04_   Time: _10.7PM_   Detainee Signature: _____

Description of medical condition by detainee: _(LIMP?)_

PART 2 – Completed by _____

Staff action taken:                    _IBP_

Referred to nurse:   YES   (NO)          Date staff action taken:        Time staff action taken:

_#926_                                    _9-21-04_   _2200_

Staff Signature                              Date

PART 3- Completed by Medical Staff

Recommendation and other Action taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                      Date               Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVENUE ELDORA, IA 50627
PHONE: 641-939-8194  FAX: 641-939-8212

PART 1 - Completed by detainee

Name: Angie Johnson        Date: 9·20·04 Time: 10:PM Detainee Signature: _(signature)_

Description of medical problem by detainee: tylenol for headache please

_Medical Confidential_

PART 2 - Completed by Staff

Staff action taken:

Referred to nurse: Yes ( No ) Date staff action taken: _____     Time staff action taken:

_____ Becky Maifield _____        9 - 20 - 04
Staff Signature                                          Date

PART 3 - Completed by Medical Staff/Med passer

Recommendations and Action Taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     Yes     No

_____            _____        _____
Signature                                   Date                         Time

PART 4 - Completed by Physician
DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-30     Filed 06/23/11     Page 23 of 229
0429

# MEMORANDUM

PART 1 – Completed by Detainee

Name: *Angie Johnson*          Date: *9.22.04* Time: *9: PM* Detainee Signature: _____

Description of medical problem by detainee:          *ADVIL*

PART 2 – Completed by Staff

Staff action taken:          *gave ibuprofen*

Referred to nurse:    YES  (NO)          Date staff action taken:          Time staff action taken:

_____    *2200*    *9-22-04*
Staff Signature                          Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____          _____          _____
Staff Signature                    Date                    Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Angie Johnson    Date: 9.23.04    Time: 9 AM    Detainee Signature: _____

Description of medical problem by detainee:

CRAMPS!    PLEASE ASK THE NURSE TO REFILL MY 800 IBP. I NEED THEM. THANKS

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: IBP

Referred to nurse:   YES   (NO)    Date staff action taken: 9-23    Time staff action taken: 1215

_____
Staff Signature

9-23-01
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:




Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO



_____        _____        _____
Staff Signature              Date                      Time


PART 4 – Completed by Physician

DATE:

RE:

S.

C.

A.

P.

To: Nick
From: Ryan
Re: Johnson, Angela

On 8-14-04 at 1840 hrs. Inmate Angela Johnson was removed from B cell and placed in C cell per your request. I stated to Inmate Johnson that she had been moved for a couple of reasons. First, that it had been reported that she had been hoarding her meds and passing them to other inmates. Also, that tensions between the females in B cell had been escalating, possibly involving her. I told Inmate Johnson that I had no personal knowledge of these events but that I was acting solely on the instructions of the jail administrator. I also stated to Inmate Johnson that she would stay in C cell alone until she had spoken to the administrator and that he would decide if she could return to B cell. Inmate Johnson was instructed that if these reports continued she could very well be transported back to Linn Co. She assured me that none of these reports were true and that she would be on her best behavior.

052

# HARDIN COUNTY CORRECTIONAL CENTER
# INMATE VISITOR REGISTRATION

**Inmate Name:** Angela Johnson

<div style="border:1px solid">

**Office Use Only**
Date 14 Aug 2004 Time In 1305 Time Out 1430

</div>

*(margin note, left side, handwritten)* Drove 600 miles RT, so let visit. Quickest them 1/2 hr.

## Visitor #1 Information-PLEASE PRINT CLEARLY

Name Valli Williams   DOB 11-11-1950  DL#

Address 213 E. Oxford Street   City Rockford,

State IL   Zip Code 61103   Phone# ( 815 ) 962-3967

License Plate Number 590 W 699   Relationship lawyer (not of record)/friend

<div style="border:1px solid">

**Office Use Only**
Date 8-14-04 Time In 1305 Time Out

</div>

*(handwritten) Entered*

## Visitor #2 Information-PLEASE PRINT CLEARLY

Name JENNIFER WILLIAMS   DOB 05 04-1986 DL#

Address 213E OXFORD STREET   City ROCKFORD

State IL   Zip Code 61103   Phone# ( 815 ) 962-3967

License Plate Number 590 W 699   Relationship FRIEND

<div style="border:1px solid">

**Office use Only**
Date Time In Time Out

</div>

## Visitor #3 Information-PLEASE PRINT CLEARLY

Name   DOB   DL#

Address   City

State   Zip Code   Phone# ( )

License Plate Number   Relationship

# Inmate Property Release Form

I _Angola Hinson_ authorize the Hardin County Sheriff or his agent to release my
<u>Inmate Name</u>
property listed below: _property bag_

_legal mail_

To: _Valli Williams_
<u>Name Of person Receiving</u>
_2138 Oxford_ _Rockford_ _IL._ _61103_
<u>Address</u> <u>City</u> <u>State</u> <u>Zip</u>

I _Valu Williams_ Have received the above listed property.
<u>Signature of receiving Person</u>

I _[signature]_ have released the above listed property to the receiving
<u>Officer signature</u>
party.

Inmate Name _[signature]_ Date/Time _8.14.04 2:25_

HARDEN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: Angie Johnson   Date: 10.4.04   Time: 9:PM   Detainee Signature: Angie J

Description of medical emergency or illness: headache

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse: YES / NO   Date staff action taken: 10/4/04   Time staff action taken: 2200

# 926

Staff Signature

*Medical Confidential*

IBP

PART 3- Completed by Medical Staff

Recommendations or other Actions taken:

Recreation Restrictions or other Special Instructions:

Referred to physician: YES   NO

Staff Signature          Date          Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
Inmate Name
property listed below: _envelope w/ contents_

_____

_____

_____

_____

_____

To: _Marvea Johnson_
Name Of person Receiving

_Fairbault_ _MN_ _55021_
Address                    City           State           Zip

I _Jamie_ Have received the above listed property.
Signature of receiving Person

I _Michelle Ryan_ have released the above listed property to the receiving
Officer signature
party.

Inmate Name _____ Date/Time _10/2/04_

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela J. Johnson

Office Use Only
Date 10-2-04 Time In 1300 Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Jamie Jo Hays    DOB 11-24-65 DL# H-200-366-420-898

Address 23287 Bagley Ave    City Faribault

State MN    Zip Code 55021    Phone# (507) 334-8698

License Plate Number GGG 063    Relationship Sister

Office Use Only
Date _____ Time In _____ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Marlee Jane Honken Johnson DOB 2-14-94 DL# _____

Address 23287 Bagley Ave    City Faribault

State MN    Zip Code 55021 Phone# (507) 334-8698

License Plate Number _____ Relationship Daughter to Angela Johnson

Office use Only
Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Timothy Harold Hays    DOB 05-04-66 DL# H-200-793-298-341

Address 23287 Bagley Ave    City Faribautt

State MN    Zip Code 55021    Phone# (507) 334-8698

License Plate Number GGG 063    Relationship Brother in law

# MEMORANDUM

B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date 10·1·04 Time: 9:00    Detainee Signature: _(signature)_

Description of medical problem by detainee: HEADACHE

_Medical Confidential_

**PART 2 – Completed by Staff**

Staff action taken: I Bro

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_(signature)_ 922

**Staff Signature**

10·1-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
**Staff Signature**    **Date**    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**HARDIN COUNTY CORRECTIONAL CENTER**
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

---

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 9.27.04   Time: 5:00    Detainee Signature: _(signed)_

Description of medical problem by detainee: HEADACHE
T.V. TOO LOUD!

**PART 2 – Completed by Staff**

Staff action taken: Given IBP

Referred to nurse: YES   (NO)    Date staff action taken:    Time staff action taken: 1800 ~~2200~~

_(signed)_
Staff Signature        9-27-04      Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____
Staff Signature        Date        Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

MEMORANDUM  B4

PART 1 – Completed by Detainee

Name: Aisja John          Date: 9.24.04 Time: 5:00    Detainee Signature: _____

Description of medical problem by detainee: Cramps

**Medical Confidential**

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:    YES    NO        Date staff action taken:        Time staff action taken:

_____                    _____
Staff Signature                                     Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____          _____          _____
Staff Signature                          Date                          Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

B - 3

PART 1 – Completed by Detainee

Name: Angie Johnson          Date: 9-23-04 Time: 9 PM     Detainee Signature: _____

Description of medical problem by detainee:

CRAMPS!

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: I8P Given

Referred to nurse:     YES     (NO)          Date staff action taken: 1/23     Time staff action taken: 2200

_____
Staff Signature

_____
5/23/04
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____     _____
Date                      Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# HARDIN COUNTY CORRECTIONAL CENTER

TO:        ANGELA JOHNSON

FROM:      NICK WHITMORE, JAIL ADMINISTRATOR

SUBJECT:   REQUEST DATED: OCTOBER 4, 2004

DATE:      OCTOBER 6, 2004

CC:        DETAINEE FILE

---

Regarding the mail service- I think that the rulebook pretty clearly states what is allowed but I will help clarify the specific details. The rule is you may receive and keep the direct written correspondence enclosed. Any other item included in the letter is subject to approval. This would be the clippings, calendars, comics, photos, cards, drawings, etc. Generally speaking, if these items are the product of writing or typing paper they may be approved. Plastics, cello, cardboards, stickers, strings, staples, etc. are not allowed for security reasons. Items that are not allowed may be copied at your expense. The copy would then be given to you and the original placed in your property.

In the simplest terms- as we both know, the jail is required to offer correspondence for detainees not in disciplinary action. I attempt to keep it as simple as that. *Letters* from family and friends are encouraged so that the inmates can keep in touch with the outside and stay a part of real life. It would be my feeling that the care packages that your mother sends push the simplicity of the intent of the privilege. Neat little things usually aren't a problem- a mound of stuff gets redundant. The other item that I need to mention is the offensive odor of your incoming mail. We both know that your mother does this so it becomes an air freshener in your room among other reasons. This is not allowed for a specific security reason- ie; masking. I am told that this has been talked about in the past and I will have to deny future mailings, which involve masking. Please let your family know that this may not continue.

Assuming that the magazines are sent from a subscription and/or through the USM, these would be no problem unless they contain specific content not acceptable for the jail setting. I would speak to you about the problem at the time if this would be the case.

Regarding your final concern, I have carefully monitored this issue and this will be taken care of when possible. Thank you for your patience.

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 37 of 219

062

10.4.04

Administrator: Nick Whitmore

Angela Johnson here. I don't mean to bother you or to "push the line" but I do have a question about my mail.

I don't see in the rule book that it is not allowed for my mother to send me stuff like: a calander page
"        "    : Comics from Readers digest
"        "    : News paper clippings ect....
She likes to send me these things but if I'm not going to recieve them, I will tell her not to waste the postage.

Also, my attorney Pat Berrigan ordered me some magazine sub. Is there going to be a problem recieving them? (They may be forwarded to me by the U.S. Marshal service since it was "too big of a secret" to get my mail forwarded via Linn County.

Again, I'm sorry to be a pain but please get back to me on this. I appreciate your time and concideration.

(Everyone here is really nice, I just wanted to tell you that.)

Thank you,
Angela Johnson

P.S. Do you think I'll be housed with many more Cerro Gordo County People? this kind of concerns me a little.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 38 of 219

063

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: _____ Date: _____ Time: ____ Detainee Signature: _____

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: NoN - ASP Given

Referred to nurse: YES (NO)    Date staff action taken: 10/8/04  Time staff action taken: 1800

_____              _____
Staff Signature                       10/8/04
                                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____    _____    _____
Staff Signature                  Date                 Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 10-11-04 Time:          Detainee Signature: Angie

Description of medical problem by detainee: headache

**PART 2 – Completed by Staff**

OTC Ibuprofin
(200 M)

Staff action taken:

Referred to nurse:  YES  NO

Date staff action taken: 10-12-04

Time staff action taken:

_Medical Confidential_

M. James
**Staff Signature**

10-12-04
**Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
**Staff Signature**                        **Date**                    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

065

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson        Date: 11-1-04   Time:        Detainee Signature:

Description of medical problem by detainee:   HEADACHE

**PART 2 – Completed by Staff**

Staff action taken:    NON ASP

Referred to nurse:    YES    (NO)        Date staff action taken:        Time staff action taken:

_____
**Staff Signature**                                       10/1/04
                                                           **Date**

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO


_____
**Staff Signature**                     _____        _____
                                        **Date**          **Time**

**PART 4 – Completed by Physician**

DATE:

RE:


S.


O.


A.

# MEMORANDUM

B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 10·24 Time:      Detainee Signature: Angie

Description of medical problem by detainee: headache

**PART 2 – Completed by Staff**

Medical Confidential

Staff action taken: Given IBP

Referred to nurse:   YES   (NO)       Date staff action taken:        Time staff action taken:

_____          _____
Staff Signature                          10-29-04
                                          Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____          _____     _____
Staff Signature                          Date                       Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-30     Filed 06/23/11     Page 42 of 219

067

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-9212

**PART 1 -- Completed by Detainee**

Name: Angie Johnson    Date: 10·19    Time: 9 AM    Detainee Signature: _(signature)_

Description of medical problem by detainee: Headache

(JAIL GIVES ME A HEADACHE)    _Medical Confidential_

**PART 2 -- Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_(signature)_
_____    _____10/19/9_____
Staff Signature    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM B

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 10·16·04    Time: 9 pm    Detainee Signature:

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: IBP Given

Referred to nurse:   YES   (NO)      Date staff action taken:         Time staff action taken:

_Staff Signature_

10/17/04   2200
_Date_

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____         _____         _____
Staff Signature                         Date                     Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTE[R]
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 11.5    Time:    Detainee Signature:

Description of medical problem by detainee:

NECK ACHE

**PART 2 – Completed by Staff**

Staff action taken:    Nun Asplain

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

922

Staff Signature    11-4-04
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
Inmate Name
property listed below: _envelope of Candy_

_____

_____

_____

_____

_____

To: _Marvea Johnson_
Name Of person Receiving
_Faribault Mn. 55021_
Address          City        State      Zip

I _Marvea J_ Have received the above listed property.
Signature of receiving Person  _Johnson_

I _____ have released the above listed property to the receiving
Officer signature
party.

Inmate Name _____ Date/Time _11·6·04_

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 46 of 219
071

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**
Date 7/6/04 Time In 1340 Time Out 1440

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Holley Dirksen  DOB 2-5-73 DL# 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
Address 411 E. main St  City Klemme
State Ia  Zip Code 50449  Phone# (641) 587-2294
License Plate Number ___  Relationship Sister

**Office Use Only**
Date ___ Time In ___ Time Out ___

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Mike Dirksen  DOB 9-22-70 DL# 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
Address 411 E. main St  City Klemme
State Ia  Zip Code 50449  Phone# (641) 587-2294
License Plate Number ___  Relationship Brother iN law

**Office use Only**
Date ___ Time In ___ Time Out ___

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Marvea Honken  DOB 10  DL# ___
Address 23287 Basley Dr.  City Fairbault
State MN  Zip Code ___  Phone# (507) 334-8698
License Plate Number ___  Relationship Daughter

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 47 of 219

072

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: An ge Johnson        Date: 6'A.M.  Time: 11-12  Detainee Signature:

Description of medical problem by detainee:  *CRAMPS!*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO

913

_____
Staff Signature

Date staff action taken:         Time staff action taken:

11/11/04
_____
Date

*Medical Confidential*

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RX:

S.

O.

A.

# Inmate Property Release Form

I _Angela Johnson_ authorize the Hardin County Sheriff or his agent to release my
    Inmate Name

property listed below: _____

_Envelope w/ misc papers_ _____

_____

_____

_____

_____

To: _Jim Johnson_ _____
    Name Of person Receiving

_____
Address          City          State          Zip

I _(signature)_ Have received the above listed property.
   Signature of receiving Person

I _#902 M Graffunder_ have released the above listed property to the receiving
   Officer signature

party.

Inmate Name _(signature)_          Date/Time _11-18-04_

074

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angie Johnson_

**Office Use Only**

Date _11/18_  Time In _0918_  Time Out _1115_  ALL Same Time

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Pam Johnson_  DOB _7/23/43_  DL# _J525-6674-876_ WI 07

Address _10395 33rd Av_  City _Chippewa Falls_

State _Wi_  Zip Code _54729_  Phone# _(715) 723-0836_

License Plate Number _Wi 6737_  Relationship _Step mother_

**Office Use Only**

Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _James Johnson_  DOB _7/22/41_  DL# _J525-4504-2266_ 06

Address _Same_  City_____

State_____ Zip Code_____ Phone# (____)_____

License Plate Number _Wi 6737_  Relationship _Father_

**Office use Only**

Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _Marcus Johnson_  DOB _94/12/14_  DL# _None_

Address _23287 Bagley Ave._  City _Faribault_

State _MN_  Zip Code _?_  Phone# _(334 8698_

License Plate Number _?_  Relationship _Daughter!_

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 50 of 219

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson Date: 11-19-04 Time:    Detainee Signature: _[signature]_

Description of medical problem by detainee: HEADACHE!

**PART 2 – Completed by Staff**    NON ASPRIN PLEASE

Staff action taken: gave an-aspri

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_[signature]_
**Staff Signature**    2200    11-19-04
                            Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
**Staff Signature**    **Date**    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

076

P.

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 52 of 219

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): *ANGELA JOHNSON*

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

*To Library*

**OFFICE USE:** Date: *8-18-04*     Time In: *1520*     Time Out:

*Entered*

Visitor Name: *AL WILLETT*

Occupation: *ATTY*          Agency: *LAW FIRM*

Address: *118 3RD AVE S.E.* City & State *CEDAR RAPIDS, IOWA*

Telephone # *(319) 364-2467*

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 53 of 219

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _____ Angela Johnson _____

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

OFFICE USE: Date: 8-13-04    Time In: 1048    Time Out:

Enter

Visitor Name: ___ Dean Stowers + AL WILLETT ___

Occupation: __ Attorney __    Agency: __ Law Firm __

Address: __ 505 5th Avenue Suite 1010 __ City & State __ Des Moines Iowa 50309 __

Telephone # __ 515 243 7600 __

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 54 of 219

## HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _Angela Johnson_

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

| OFFICE USE: Date: 10-8-04 | Time In: 1000 | Time Out: 11:30 |
|---|---|---|
| | 12-30 | |

Visitor Name: _Nancy Lanoue_

Occupation: _Legal Asst._   Agency: _AL Willett, Esq_

Address: _118 3rd Ave Ste 500_ City & State _Cedar Rapids_

Telephone # _364-2467_

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTE
1116 14ᵀᴴ AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-3212

**PART 1 – Completed by Detainee**

Name: Magic Johnson       Date: 11·6·04  Time:       Detainee Signature: _____

Description of medical problem by detainee:

I'd like for the nurse to take a look at a 'problem mole' I have. I think it may need to be removed. Thanx

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES)  NO       Date staff action taken:       Time staff action taken:

_M. Harris_
Staff Signature

11-6-04
Date

_Medical Confidential_

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken: mole upper right side of nose — no change — a little irritated from her glasses monitor for now

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES (NO)

_____ RN
Staff Signature

11-6-04
Date

1800
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 10-11-04  Time:          Detainee Signature: Angie

Description of medical problem by detainee: headache n cramps
I would like to ask the nurse to change my 800 Ibuprofen to
as needed rather than at 6AM and 6PM. Because sometimes I need it
before I go to bed and at 10PM and at 1:00PM I think would work better. Thanx

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:  (YES)  NO

_____4926_____
Staff Signature

Date staff action taken:        Time staff action taken:

_10/11/04_   2200
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:     B times to noone 10PM

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  (NO)

_____
Staff Signature

_10-12-04_          _1550_
Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 9-29-04  Time: Noon  Detainee Signature: *[signature]*

Description of medical problem by detainee: I need to speak to the nurse because I just started my period again and I just got over it. I've got cramps too.

**PART 2 – Completed by Staff**

Staff action taken: gave 800mg ibuprofen

Referred to nurse: (YES)  NO  Date staff action taken:  Time staff action taken:

*[signature]* Staff Signature  1330  9-29-04 Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken: Reassured that she's taking her birth control correct - took wrong last month so periods off but will get back to regular cycle hopefully next month

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

*[signature]* Staff Signature  9-29-04 Date  1600 Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

082

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson      Date: 9.16.04   Time: 1:00      Detainee Signature: _____

Description of medical problem by detainee:

My elbow is hot and very swollen, Could you please take a look at it, (Thanks)

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES)   NO      Date staff action taken:      Time staff action taken:

_____                     9-16-04        1300
Staff Signature                                    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Swelling elbow ↓ - happened off & on in past - ice & advil cares - does pushups - told to hold off for awhile

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____      9-18-04        1450
Staff Signature                  Date          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

083

Medical Confidential

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVENUE ELDORA, IA 50627
PHONE: 641-939-8194 FAX: 641-939-8212

**PART 1 - Completed by detainee**

Name: ~~Virgil Johns~~ Date: _____ Time: 10:1P Detainee Signature: _____

Description of medical problem by detainee:

headache

gave IBP.

*Medical Confidential*

**PART 2 - Completed by Staff**

Staff action taken:

Referred to nurse: Yes ___ No ___ Date staff action taken: _____ Time staff action taken: 2200

_____ Michelle Ryan _____
Staff Signature

8/30/04
Date

**PART 3 - Completed by Medical Staff/Med passer**

Recommendations and Action Taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:      Yes      No

_____        _____        _____
Signature                            Date                    Time

**PART 4 - Completed by Physician**
DATE:

RE:

S.

O.

A.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVENUE ELDORA, IA 50627
PHONE: 641-939-8194  FAX: 641-939-8212

PART 1 - Completed by detainee

Name: Angela Johnson Date: 8/19/04 Time: 0750 Detainee Signature:

Description of medical problem by detainee:

Would like her Ibuprofen @ 0600 & 1800 for the duration of her period

PART 2 - Completed by Staff

Staff action taken: none

Referred to nurse: (Yes)   No     Date staff action taken: 8/19/04 Time staff action taken: 0750

#902 MB
_____
Staff Signature

8/19/04
_____
Date

PART 3 - Completed by Medical Staff/Med passer

Recommendations and Action Taken:      Already receiving ibuprofen @ these times

Recreation Restrictions and/or Special Instructions:

Referred to physician:      Yes    ~~No~~

Deb Hasko RN
_____
Signature

8-19-04
_____
Date

1550
_____
Time

PART 4 - Completed by Physician
DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name:      Date:    Time:    Detainee Signature:

Description of medical problem by detainee:

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES    NO     Date staff action taken:      Time staff action taken:

_____    2200      3-19-05
Staff Signature                Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____        _____       _____
Staff Signature                    Date             Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: A Johnson     Date: 3.21.05     Time:     Detainee Signature:

Description of medical problem by detainee:

TOOTHACHE     *Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     (NO)     Date staff action taken:     Time staff action taken:

DBP

_____     3/21/05     2200
Staff Signature                         Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____     _____     _____
Staff Signature                 Date             Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: _Angie Johna_     Date: _3.10.05_     Time: _____     Detainee Signature: _Angie C._

Description of medical problem by detainee: _TOOTHACHE_

_Medical Confidential_

**PART 2 – Completed by Staff**

Staff action taken: _gave ibp_

Referred to nurse:     YES     NO          Date staff action taken: _____     Time staff action taken:

_923_                          _1200 . 3-10-05_
**Staff Signature**                              _Date_

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____          _____          _____
**Staff Signature**                    Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

203

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Date: 3.20-05

Name: Angie Johnson          Date:          Time:          Detainee Signature:

Medical Confidential

**Description of medical problem by detainee:**

TOOTHACHE

**PART 2 – Completed by Staff**

**Staff action taken:**

Referred to nurse:   YES   NO          Date staff action taken:          Time staff action taken:

_____          3-20-05   2200
Staff Signature                              Date

**PART 3 – Completed by Medical Staff**

**Recommendations and/or Actions taken:**



**Recreation Restrictions and/or Special Instructions:**

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                              Date                    Time

**PART 4 – Completed by Physician**

**DATE:**

**RE:**

**S.**

**O.**

**A.**

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____  Date: _3·14 05_  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

TOOTHACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES **NO**     Date staff action taken: _3/14/05_     Time staff action taken: _2200_

_____
**Staff Signature**                        _3/14/05_
                                              **Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____            _____         _____
**Staff Signature**                   **Date**                    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_  Date: _3.13.05_  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

_Toothache_  _JbO_  *Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:  YES  (NO)  Date staff action taken: _____  Time staff action taken: _____

_____
Staff Signature

_3-13-05_ _220_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature

_____  _____
Date  Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

206

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name:                          Date:          Time:          Detainee Signature:

Description of medical problem by detainee:

*I sup Sic*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO          Date staff action taken:          Time staff action taken:

_____                    3-12-05   2202
     **Staff Signature**                              **Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
     **Staff Signature**                    **Date**                    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 3.10.05     Time:     Detainee Signature: Angie John

Description of medical problem by detainee: Toothache

*Ibuprofen*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     NO     Date staff action taken:     Time staff action taken:

_____
Staff Signature

3-11-05
_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-30     Filed 06/23/11     Page 68 of 219

208

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angelah Johnson_

---

**Office Use Only**
Date _3/12/05_ Time In _1323_ Time Out _____

---

### Visitor #1 Information-PLEASE PRINT CLEARLY

✓ Entered

Name _Billie J. Dirksen_ DOB _2-5-73_ DL# _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_

Address _411 E. Main St._ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number _____ Relationship _Sister_

---

**Office Use Only**
Date _3/12/05_ Time In _1323_ Time Out _____

---

### Visitor #2 Information-PLEASE PRINT CLEARLY

✓ Entered

Name _Marvea J. Honken_ DOB _2-14-94_ DL# _____

Address _23287 Bagley Ave_ City _Fairbault_

State _Mn_ Zip Code _55021_ Phone# _(507) 334-8698_

License Plate Number _____ Relationship _Daughter_

---

**Office use Only**
Date _____ Time In _____ Time Out _____

---

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# (____) _____

License Plate Number _____ Relationship _____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 69 of 219

209

# MEMORANDUM

**HARDIN COUNTY CORRECTIONAL CENTER**
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee:**

Name: _Angie Johnson_   Date: 3-17.05   Time: _____   Detainee Signature: _____

Description of medical problem by detainee:

_TO OTHDECK_   _I b Confidential_   _Medical_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   **YES**   **NO**      Date staff action taken:      Time staff action taken:

_____
**Staff Signature**

3-17-05
_____
**Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   **YES**   **NO**

_____          _____          _____
**Staff Signature**                    **Date**                              **Time**

**PART 4 – Completed by Physician**

**DATE:**

**RE:**

**S.**

**O.**

**A.**

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____  Date: 3 16 05  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

TOOTHACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES (NO)  Date staff action taken: 3/16/05  Time staff action taken: 2200

_____
Staff Signature

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES  NO

_____     _____     _____
Staff Signature                  Date                Time

**PART 4 – Completed by Physician**

DATE:

MD:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 3-18-05   Time:   Detainee Signature:

Medical Confidential

Description of medical problem by detainee:

TOOTHACHE

DBP

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO

#926

_Staff Signature_

Date staff action taken: 3/18/05   Time staff action taken: 2200

_Date_

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_Staff Signature_                     _Date_                     _Time_

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

Nick —

I ... ... ... kept
from ... ... ... ...
... ... ... ... ...
... ... ... ... ...
I need to be able to phone
them until we get one
resolved. This is very
important.

Also, could I at
least get credit for time
served when I did the
24 hour lock down? So
I can be out on Saturday
rather than Sunday? Please!

Also, I need to see a
dentist, could you please
contact the Medical Service.

Thank you,

A. Johnson

K.M. Contacted 03-0805 Re: Dentist
Should see nurse a get a referral —
as procedural matter

Johnson file
3.1.05

NICK —

In the rule book on page 9 it clearly states as a Federal Detainee I should be recieving my mail. That mail is not concidered a priliege.

Unless I am now concidered actively creating an unsafe condition to someone, something or to myself.

If this is the case I'ol sure like to know about it.

Today I didn't recieve any mail and my out going mail was returned to me.

Also, could you please tell me if you are going to give me credit for the 24 hours I was alreasy locked down for so I can see my daughter on Saturday. If not I need to get a message to them "not to come." They drive all the way from Faibault Minnesota. I dont want them to come all this way for no reason.

Can I please have my mail and send my mail.

Thank you very much

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 3-1-05    Time:    Detainee Signature:

*Medical Confidential*

Description of medical problem by detainee:

TOOTHACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO        Date staff action taken:        Time staff action taken:

_____                    _____
Staff Signature                                    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

DID NOT GIVE @ 1200 ad
subject was given 800mg @
0600. Subject can have

Recreation Restrictions and/or Special Instructions: 400mg @ 1800

Referred to physician:    YES    NO                            914

_____        _____    _____
Staff Signature                    Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

215

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**
Date 1/29/15  Time In 1355  Time Out 1400

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Alyssa Johnson  DOB 8/7/83  DL# 585441000
Address 125 Cathedral Oaks #14  City Forest City
State IA  Zip Code 50436  Phone# (641) 590-2529
License Plate Number _____  Relationship daughter

**Office Use Only**
Date ___  Time In ___  Time Out ___

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Todd Grahm  DOB 1/5/65  DL# ___
Address ___  City Forest City
State IA  Zip Code 50436  Phone# (641) 590-3228
License Plate Number _____  Relationship Friend

**Office use Only**
Date ___  Time In ___  Time Out ___

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Angeleah Johnson  DOB 8/9/02  DL# None
Address 125 Cathedral Oaks #14  City Forest City
State IA  Zip Code 50436  Phone# (641) 590-2529
License Plate Number _____  Relationship Grand daughter

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
<sub>Inmate Name</sub>
property listed below: _____

_address book_

_____

To: _Pat Berrigan_
<sub>Name Of person Receiving</sub>
_Kansas City  KS_
<sub>Address</sub>    <sub>City</sub>    <sub>State</sub>    <sub>Zip</sub>

I _Patrick J. Bellm_ Have received the above listed property.
<sub>Signature of receiving Person</sub>

I _Sgt. _____ have released the above listed property to the receiving
<sub>Officer signature</sub>
party.

Inmate Name _____ Date/Time _2-2-05_

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 2-2-05    Time:    Detainee Signature: _Angie Johnson_

Description of medical problem by detainee:

TOOTH ACHE, I have a broken tooth
I Need To see A Dentist Please, (Thank you)

OTC
Ibo P

Medical
Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

_____
Staff Signature

2-3-05
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____    _____
Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Jd_          Date: _2-4-02_   Time:          Detainee Signature: _____

Description of medical problem by detainee: _Don't Ache_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:          _J B D_

Referred to nurse:   YES   NO          Date staff action taken:          Time staff action taken:

_____          _2-4-05_
Staff Signature                          Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                  Date                  Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

---

PART 1 – Completed by Detainee

Name: Ansie Johnson     Date: 12-2   Time:     Detainee Signature:

Description of medical problem by detainee:

HEADACHE

Medical
Confidential

PART 2 – Completed by Staff

Staff action taken: gave ibp

Referred to nurse:   YES    NO      Date staff action taken:      Time staff action taken:

923
_____                    2200        1-29-05
Staff Signature                                      Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO



_____          _____     _____
Staff Signature                    Date                 Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

220

# MEMORANDUM

---

**PART 1 – Completed by Detainee**

Name: _Ogle Johnson_   Date: _1.28_   Time: _____   Detainee Signature: _____

Description of medical problem by detainee: _X-LAX Problem_
_Too much cheese !!_

_Laxitue  give_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO     Date staff action taken: _____     Time staff action taken: _____

_____     _1-25-05_
Staff Signature                       Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO



_____          _____     _____
Staff Signature                              Date                        Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_    Date: _1-23-05_    Time: ____    Detainee Signature: ____

Description of medical problem by detainee:

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: _Non aspirin_

Referred to nurse:    YES    (NO)    Date staff action taken: ____    Time staff action taken: ____

_____
Staff Signature

_1-23-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 82 of 219

222

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

Entered

**Office Use Only**
Date _1-8-05_ Time In_____ Time Out_____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Holly J. Dirksen_ DOB _2-5-73_ DL# _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_

Address _411 E. Main St_ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number_____ Relationship _Sister_

Not allowed to visit

**Office Use Only**
Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _Haley J. P. Thornton_ DOB _5-8-93_ DL# _NA_

Address _411 E. Main St._ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number _NA_ Relationship _Neice_

**Office use Only**
Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Entered

Name _P. J. Johnson_ DOB_____ DL#_____

Address _1416 2nd St S.E._ City _Mason City_

State _Ia_ Zip Code _50401_ Phone# _(641) 424-1442_

License Plate Number _✓_ Relationship _Mother_

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 83 of 219

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: *Angie Johnson*    Date: *12-1*    Time:    Detainee Signature:

Description of medical problem by detainee: *Headache*

**PART 2 – Completed by Staff**

Staff action taken: *Non aspirin*

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

*922*
Staff Signature

*12-1-04*
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _Angie Johnson_  Date: _1 17_  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

_headache_

_Non-ASP g_

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:   YES   NO   Date staff action taken: _____   Time staff action taken: _____

_____
Staff Signature

_1-5-05_
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Angie Johnson   Date: 1·9·05   Time:   Detainee Signature: _____

Description of medical problem by detainee:

HEADACHE

PART 2 – Completed by Staff

Staff action taken: Ibpro

Referred to nurse:   YES   (NO)   Date staff action taken:   Time staff action taken:

*Medical Confidential*

___922___
Staff Signature

___1-12-05___
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: _____ Date: _____ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

PART 2 – Completed by Staff

Staff action taken: _gave her tto 800mg ibuprofen_

Referred to nurse:   YES   NO.     Date staff action taken:        Time staff action taken:

_____
Staff Signature

1800          9-25-04
                Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____          _____
Staff Signature                          Date                  Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____ Date: _____ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

**PART 2 – Completed by Staff**

*Medical Confidential*

Staff action taken: gave her the 800mg ibuprofen

Referred to nurse:   YES   NO        Date staff action taken:        Time staff action taken:

_____ Staff Signature        1800        9-25-04
                                                    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____ Staff Signature        _____ Date        _____ Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.



## ** MEDICATION SHEET **

11/01/03

JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

ORAJEL

USE AS DIRECTED

P R N

01/17/2001

Diagnosis:

AQUAPHILIC OINTMENT

USE AS DIRECTED

P R N

Review
11/18/03

02/07/2003

Diagnosis:

EPIPEN 0.3MG AUTO-INJECTOR

INJECT AS DIRECTED AS NEEDED FOR
DISTRESS/HYPOTENSION

P R N

10/02/2003

Diagnosis:

Mygrex 2 tabs
up to 3x/day AS NEEDED
for migraines

Hydrocortisone 1 pack
x 5 days 10/29 – 11/2

Ortho tricycline
1 tab in Am       start
                  11/17

20

## ** MEDICATION SHEET **

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

DIET:

DIAGNOSIS:

page 2 of 2

## ** ALLERGIES **

*77651

11/01/03  10/17/2000     3N         JOHNSON, ANGELA              POSPISIL, M

Name JOHNSON, ANGELA JANE
Linn Co# 77651         Cell 3 N  04

    Code SC  ? SICK CALL REQUESTED

    Date 5/30/02   Time 15:10
    Entry Officer N01JF ?
         FELTES, JOAN
    Court    ?

    Comment INQUIRING ABOUT RE-STARTING TRAZODONE. THIS WAS
       HELD DUE TO HER "PALMING" MED. TALKED W/ PSYCH RN,
       HOLD MED UNTIL PSYCH SEES HER NEXT WEEK.

    Location
    Custody of   ?

    Return Date  0/00/00  Return Time

F3=Exit                 F12=Previous

Case 3:09-cv-03064-MWB-LTS Document 284-30 Filed 06/23/11 Page 90 of 219

```
JNEUPDD          LINN COUNTY CORRECTIONAL CENTER        12/08/01 N01
                      ADD/UPDATE EVENT                   13:40:21 N04
Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 M         12F

        Code SC  ? SICK CALL REQUESTED

        Date 12/08/01   Time 10:00
        Entry Officer N04    ?
                     MULLINS, KARMIN
        Court         ?


        Comment INMATE C/O GETTING A HA EVERY AM AFTER SHE TAKES
                HER AM PAXIL DOSE. SHE HAS BEEN TAKING IT WITH
                TYLENOL WHICH HAS HELPED. NO VOMITING. CAO.  SHE

        Location WILL ADVISE IF HA WORSEN. N04
        Custody of          ?


        Return Date  0/00/00   Return Time

F3=Exit                                            F12=Previous
```

Johnson, Angela

...ization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS _____

_____

DRUG ALLERGIES: _____

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 6/28/02 | | Pt may have Tylenol or Ibuprofen 500mg po BID prn | Noted charted 6-28-2 | |
| 7/24/02 | | D/c paxil V.O. Dr. Snyder / Doutenton | | |

1  2     3 ( REMOVE SNAP & REPLACE WITH NEW FORM SET )

CHART COPY

A-1 ORDER SHEET

07/23/2009 10:54 FAX 3014743406    LAWLOR & ENGLERT, LLC    ☑ 002

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 93 of 219

**Hardin County Correctional Center**

## Medication Administration Record

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | | | | | | | | | O | O | X | | | | | | | | | | | | | | | | | | |
| | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SBX: Female | Special Diet: None | |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | Allergies: Augmentin |

**Name: Johnson, Angela**

DOB 1-17-64

allergic to augmentin

Dr. Brown (not the Dr. Brown in Sioux City DEA# is BB4656104)

**Month: November** ~~December~~ 04   **Cell: B 3**

JAIL DIVISION



Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

FAX COVER SHEET

DATE: 4/7/05

TIME:

TO: Drilling

PHONE:

FAX: 274-1293

FROM: Dan

PHONE: (712)279-6040
FAX:     (712)279-6045

RE: Johnson, Angela    DOB 1/17/64    D. Grote PA=
See med orders    Allergy to Augmentin
We will take care of the IBU et Vitamins

Number of pages including cover sheet: 2

NOTES: Betsy will also pick these up later tonight

07/23/2009 10:54 FAX 3014743406    LAWLOR & ENGLERT, LLC    FAX NO. 641 939 8212    P. 01    @004

APR-06-2005 WED 01:26 PM HARDIN COUNTY JAIL

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | CH | O | O | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

**Name: Johnson, Angela**          Month: April          Cell: **C3**

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 95 of 219

JAIL DIVISION



## Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

## FAX COVER SHEET

DATE: 5/5/05

TO: Tammy J
O. Nolon PA-C

TIME:

PHONE:

FAX: 252-3157

FROM: Dan RN

PHONE: (712)279-6040
FAX:      (712)279-6045

RE: jail visit 5/6/05

Sorry, fax machine out of commission earlier today

Number of pages including cover sheet:

Gillespie, David P.H.
1hr     DOB  10/23/85
         SS#  567152787

NOTES:

Johnson, Angela
1hr    DOB 11/17/41
       SS# 481862690

07/23/2009 10:55 FAX 3014743406   LAWLOR & ENGLERT, LLC   ☑006

Case 5:09-cv-04082-MWB-LTS Document 284-39 Filed 09/30/11 Page 97 of 219

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. 12   YR. 04

PRESS HARD USING BALL POINT PEN

| | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| INIT. = GIVEN | | | | | | |
| R = REFUSED | | | | | | |
| V = VOMITED | | | | | | |
| O = HELD | | | | | | |
| Ø = HOME | BSA | B Singh Amand LN | | | | |

| DT. ORDERED | MEDICATION - DOSE - ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets ① tab po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | Zoloft (sertraline) 100mg tablets ② tabs po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | Ortho tri-cyclen tablets ① tab po daily @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: Augmentin

DIAGNOSIS AND SPECIAL NOTES:
dysmenorrhea
psychiatric difficulties

federal - booked 12.19.04
orders obtained 12-21-04

| (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

Brown DEA # BB46561014

LAST NAME: Johnson   FIRST: Angie   INIT.

SEX: F   BIRTHDAY: 1-17-64

CASE # – ADMISSION #: 15357

DIET: (AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

LAWLOR & ENGLERT, LLC

07/23/2009 10:57 FAX 3014743406 LAWLOR & ENGLERT, LLC @007

Case 5:09-cv-03064-MWB-TS Document 234-20 Filed 06/04/11 Page 98 of 219

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

MO. **2**  YR. **05**  Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | | | | | | |
| V = VOMITED | | | | | | |
| O = HELD | | Nettleton RN | | | | |
| Ø = HOME | BSA | B Singh-Chandler | A | A Edwards | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-04 | multivitamin tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | Ad | AF | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | Ad | AF | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | Ad | AF | BSA | | | | | | | | | | | | | | | | | | |
| 11-9-04 | tri sprintec tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | Ad | AF | BSA | | | | | | | | | | | | | | | | | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstrual cycle PRN | 1200 2000 | | | | | | | | | | | | Ad | AF | | | | | | | | | | | | | | | | | | | |

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression dysmenorrhea

| (ABBREVIATIONS) | |
|---|---|
| R.D. – RIGHT DELTOID | R.L.T. – RIGHT LATERAL THIGH |
| L.D. – LEFT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| I.V. – I.V. TUBING | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|---|---|
| Johnson, | Angela | | F | 1-17-64 | | 15357 |

AM 1 2 3 4 5 6 7 8 9 10 11 12 PM 1 2 3 4 5 6 7 8 9 10 11 12 PRN

Hardin County Correctional

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. **4**  YR. **05**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | DN | DN Wittrin RN | | | | |
| V = VOMITED | | | | | | |
| O = HELD | AEL | A EDerxei RN | | | | |
| ⊘ = HOME | BSA | B Singh Chand RN | | | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | AL | JR | BSA | BSA | BSA | BSA | AF | |
| | multivitamin tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | SR | BSA | BSA | BSA | BSA | AF | | |
| | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | AF | JR | BSA | BSA | BSA | BSA | AF | |
| | ortho tri-cyclen tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | JR | BSA | BSA | BSA | BSA | AF | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstruation | 1200 2000 | | | | | | | R | R R | | | BSA | BSA | BSA | | ? | | | | BSA | BSA | BSA | BSA | | JR | R | | | BSA | BSA | AF | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 1200 1600 2000 | | | | | | | | | | BSA | BSA | BSA | R | | | | BSA | BSA | BSA | BSA | | AF | R | BSA | BSA | BSA | BSA | AF | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression dysmenorrhea

federal · booked 4/6/05

**(ABBREVIATIONS)**

| | |
|---|---|
| R.L.T. – RIGHT LATERAL THIGH | |
| R.D. – RIGHT DELTOID | L.L.T – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

**LAST NAME** Johnson **FIRST** Angela **INIT.**

**SEX** F **BIRTHDAY** 1·17·64 **DIET** **CASE # – ADMISSION #**

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

LAWLOR & ENGLERT, LLC

07/23/2009 10:58 FAX 3014743406 ☑008

Case 5:09-cv-03064 MMWB-LTS Document 264-30 Filed 10/07/11 Page 99 of 219

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**MO** 5 **YR** 05

**Woodbury County Jail**

PRESS HARD USING BALL POINT PEN

| | INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | R = REFUSED | CH | [signature] | JH | Dan Japp | RO | [signature] |
| | V = VOMITED | | [signature] | SM | SMichael | CS | [signature] |
| | O = HELD | | | | | | |
| | Ø = HOME | BSA | B Singh · Anand RN | eel | A.E. Cerva CS | | [signature] |

LAWLOR & ENGLERT, LLC

07/23/2009 10:59 FAX 3014743406

☑009

Case 5:09-cv-04004-MWB-LTS Document 32-20 Filed 05/12/11 Page 100 of 219

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | BSA | | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | BSA | | HS | SM |
| | multivitamin tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | eel | | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | BSA | | HS | SM |
| | Zoloft 100 mg tablets ② tabs po @ HS | 2000 | | A | BSA | BSA | | | | Discontinue | | | | | | | | | | | | | | | | | | | | | | | | |
| | ortho tri-cyclen tablets ① tab po @ HS (same as tricessa tablets) | 2000 | | A | BSA | BSA | BSA | BSA | eel | | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | BSA | | | SM |
| | ibuprofen 200 mg tablet ④ tabs po BID during week of menstruation | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R |
| | | 2000 | | A | BSA | BSA | BSA | BSA | eel | | | BSA | BSA | BSA | BSA | R | NS | A | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | BSA | CR | | R | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | A | BSA | BSA | BSA | BSA | R | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | A | BSA | BSA | BSA | BSA | eel | | | BSA | BSA | BSA | BSA | R | | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | | | SM | | |
| 5/6/05 | Zoloft 100 mg tablets ③ tabs po daily (300 mg total) | 2000 | | | | | BSA | eel | | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | CR | AT | | BSA | BSA | BSA | BSA | | HS | SM | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:**
depression
dysmenorrhea

federal - booked 4/6/05

| (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| MED. REVIEW BY – SEE REVERSE FOR COMMENT. | |

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|---|---|
| Johnson, Angela | | | F | 1-17-64 | | 15357 |

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

07/23/2009 11:00 FAX 3014743406     LAWLOR & ENGLERT, LLC     ☑010

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**MO.** 6  **YR.** 05

**Woodbury County Jail**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R. = REFUSED | BL | | SS | Shay Smith | Cf | |
| V = VOMITED | SJ | | | | | |
| O = HELD | SM | S. Michaud | Ael | A Edwards | RO | |
| Ø = HOME | BSA | B. Singh Anand RN | RO | | MP | Mark Perry |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | Sm | JS | Sm | SM | Ael | Sm | Sr | BL | JY | Ser | BSA | BSA | BSA | Ael | SY | Sm | Sm | Sm | Sm | | RS | Sm | BL | NS | Sm | | | | |
| | multivitamin tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | Sm | JS | Sm | Sm | Ael | Sm | Sr | BL | JD | Sw | BSA | BSA | BSA | Ael | SY | Sm | Sm | Sm | Sm | | RS | Sm | BL | NS | Sm | | | | |
| | trinessa tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | Sm | JS | Sm | Sm | Ael | Sm | Sr | BL | JD | SS | BSA | BSA | BSA | Ael | SY | Sm | Sm | Sm | Sm | | RS | Sm | BL | NS | Sm | | | | |
| 5/6/05 | zoloft 100mg tablets ③ tabs po @ HS (total: 300mg) | 2000 | BSA | BSA | BSA | Sm | JS | Sm | Sm | Ael | Sm | Sr | BL | JD | SS | BSA | BSA | BSA | Ael | SY | Sm | Sm | Sm | Sm | | RS | Sm | BL | NS | Sm | | | | |
| | ibuprofen 200mg tablets ④ tabs po BID during menstrual period | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | Sm | JS | Sm | Sm | Ael | Sm | Sr | BL | JD | BSA | BSA | BSA | BSA | C | R | Sm | Sm | Sm | Sm | | | | | | | | | | |
| | tylenol 500mg tablets ② tabs po BID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | BSA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | | | | | | | | | | | 16 | | | | | R | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | Sm | JS | Sm | Sm | Ael | Sm | Sm | Sr | JD | BSA | BSA | BSA | BSA | R | JD | Sm | Sm | Sm | Sm | | RS | RO | RS | Sm | | | | | |

| | PULSE |
|---|---|
| | BLOOD PRESSURE |
| | WEIGHT |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression, dysmenorrhea

Gracias w/ meds @HS

federal – booked 4/6/05

| (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER - OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER - OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

**LAST NAME** Johnson  **FIRST** Angela  **INIT.**   **SEX** F  **BIRTHDAY** 1-17-64  **DIET**   **CASE # – ADMISSION #** 15357

Nolan PA-C

| (AM) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | (PM) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PM |

Case 3:09-cv-03654-MWB-LTS Document 23-30 Filed 08/03/11 Page 101 of 219.

Inmate's Name: Angela Johnson _____ DOB: 01 - 17 - 64 Booking #: 20-465

| Name of Medication | | Dispensing Instructions | | Quantity |
|---|---|---|---|---|
| A. SERZONE | 450mg | 1 TAB 2xDAILY | 0600/1800 | 34 |
| B. Excedrin Pm | EVE... | OTC | | |
| C. Advil Migraine | | OTC | | |
| D. IBUPROFEN | | OTC | | |
| E. | | | | |
| F. | | | | |
| G. | | | | |
| H. | | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9/24/00 | 1800 | 1 | A | A -- 33 | Ø | LOY |
| 9/24/00 | 1158 | 2 | B | B = OTC | Ø | Exc |
| 9-25 | 0800 | 1 | A | A = 32 | Ø | Q |
| 9-25-00 | 1735 | 1 | A | A = 31 | Ø | 682 |
| 9-25-00 | 2221 | 2 | B | B = OTC | Ø | 682 |
| 9/26/00 | 0600 | 1 | A | A = 30 | Ø | 649 |
| 9-26-00 | 1802 | 1 | A | A = 29 | Ø | 682 |
| 9-26-00 | 2010 | 2 | C | C = OTC | Ø | 682 |
| 9-27-00 | 0600 | 1 | A | A -- 28 | Ø | Loe |
| 9-27-00 | 1800 | 1 | A | A = 27 | Ø | 682 |
| 9-28 | 0600 | 1 | A | A = 26 | Ø | Q |
| 9-28-00 | 1800 | 1 | A | A = 25 | Ø | 68 |
| 9/29 | 0600 | 1 | A | A -- 24 | Ø | 649 |
| 9-29 | 1800 | 1 | A | A = 23 | Ø | Q |
| 9-29 | 2240 | 2 | C | C = — | Ø | Q |
| 9/30 | 0600 | 1 | A | A = 22 | Ø | Loe |
| 9-30 | 1800 | 1-2 | A-B | A = 21 B = — | Ø | Q |
| 10/01 | 0600 | 1 | A | A = 20 | Ø | 649 |
| 10/01 | 1800 | 1-2 | A-C | A = 19 C = — | Ø | Q |
| 10-2 | 0600 | 1-2 | A-D | A = 18 | Ø | 6-87 |
| 10-2-00 | 1800 | 1-2 | A-C | A = 17 C = OTC | Ø | 682 |
| 10-2-00 | 2223 | 2 | B | B = OTC | Ø | 682 |
| 10-03-00 | 0800 | 1 | A | A = 16 | Ø | Q |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 102 of 219



# Physician's Progress Notes

000062

Angela Johnson

| Date | Time | Notes Must Be Signed By Physician |
|------|------|-----------------------------------|
| 10/9/00 | | 38 y/o ♀ visited by me on jail as pt is being charged c committed c 7 counts of murder, did not do anything. I am depressed, cry a lot, ↓ sleep, ↓ appetite, I feel ↓, ↓ hopeless helpless + worthless. ⊕ suicidal idea ⊖ H/O voices/visions / homicidal idea H/O seeing psychiatrist. My daughter was having hard time to adjusting to move + I saw psychiatrist + was put on prozac + changed to zoloft + changed to paxil + now pt takes serzone 25 mg b.i.d. R/H |

| DATE | | |
|---|---|---|
| 2/22/01 | | [handwritten progress note, largely illegible] |

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 104 of 219

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: ? Depression

DRUG ALLERGIES: NKA

LINN COUNTY CORRECTIONAL CENTER

Angela Johnson
# 77651

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|--------|----------------|-------------------|------|
| 10-17-00 | | Amitriptyline 50 mg HS Dr. Nash, MD called to Sample Pharm | | |
| 12-18-00 | | Cortisporin Otic Suspension both ears BID x 7 d | | |

JAIL Dr
Wants different
stronger
sleeping pills?

AGGRASTAT®
(tirofiban HCl)

933257(1)-12-AGG

1 2 ‖ 3 ( REMOVE SNAP & REPLACE
WITH NEW FORM SET )

**CHART COPY**

**A-1 ORDER SHEET**

070430 Rev 4/91

DATE

| 10/13/00 | Saw this am. Reports feel better. sleeping better. weight 2 x 3. Says she doesn't remember if she tried to kill self. Says "freaks out" when she thinks + what she did. Denies psychotic symptoms spaced & logical

2pm — Depression

Plan — Continue amitriptyline 50 mg q HS |

| 12/28/00 | Saw this am on her request. weight ↑ S/P. Feeling well & sleeping well. No ED or S/I. Is in good spirits. Denies S/E to meds |

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 106 of 219

**NAME** Angela Johnson

**I.D#** _____

**DATE**

| | |
|---|---|
| 11/19/01 | Inmate seen per kite for c/o Anxiety. Feeling "worried". Appears to be giddy and talkative. Reports poor sleep. Noted to be very serial c̄ staff. ⊖ SI. ⊖ depression will follow. See if Dr. Safdar wants to ↑ Trazodone at HS - Xhron Content— |
| 11/29/01 | Pam was seen am. Feels depressed irritable & doesn't want to do much of anything. Mood is dysphoric. Sleep & appetite is variable. No H/w or S/I No psychotic. Depression — Depression Plan - will place a Paxil on her own request & will continue c̄ Trazodone. [signature] |

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 107 of 219

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        11/29/01 S14S5
                          ADD/UPDATE EVENT                  13:11:58 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 M       12F

        Code SC  ? SICK CALL REQUESTED

        Date 11/29/01   Time 10:10
        Entry Officer N01JF ?
                    FELTES, JOAN
        Court        ?


        Comment PSYCHIATRIC EXAM/DR.SAFDAR. PLACED ON PAXIL 20MG
                DAILY.


        Location
        Custody of       ?


        Return Date  0/00/00   Return Time

F3=Exit                                                    F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 108 of 219

NAME Angela Johnson

I.D# _____

DATE

| | |
|---|---|
| 11/14/01 | Inmate seen per kite for c/o Anxiety. Feeling "worried." Appears to be giddy and talkative. Reports poor sleep. Noted to be very social c̄ staff. ⊝ SI. ⊝ depression will follow. See if Dr. Safdar wants to ↑ Trazodone at HS — ? Non Content — |
| 11/29/01 | Pan's this am. Feels depressed irritable & doesn't want to do much of anything. Mood is dysphoric. Sleep & appetite is variable. No H/O or S/I No psychotic. Depression — Depression Plan — will place a Pastel on her own request & will continue c̄ Trazodone. |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 109 of 219

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: Depression

DRUG ALLERGIES: NKA

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela

# 77651

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|------|----------------|-------------------|------|
| 6/28/01 | | ↑ Trazodone to 100 mg q H.S. | | |
| 7-12-01 | ✓ | Discontinue the celexa in AM, but continue the Trazodone @ HS V.O. Dr. Safdar /Dr. McCullough | | |
| 10/16/01 | ✓ | Z-pak 6 tabs in 5 days. Motrin 800mg ½ tab po BID PRN x 10days. written orders per Dr Knight / Gentle Dental / approved by jail doctor. Joseph, MD | noted 10/16/01 1400 | |
| 11/29/01 | | Paxil 20 mg daily | noted 11/29/01 | |
| 12-26-01 | | Increase Paxil to 30mg QD. Med change approved by Jail Doctor | | |
| 12/27/01 | | ↑ Paxil to 40 mg daily | | |
| 1/17/02 | | Triamcinolone 0.25% cream BID x 10 days | | |

1  2    3 ( REMOVE SNAP & REPLACE WITH NEW FORM SET )

**CHART COPY**

**A-1 ORDER SHEET**

070430 Rev.

NAME  Johnson, Angela

I.D# 77651

DATE

| 6/28/01 | | Saw as Pm. wants Trazodone increased. not sleeping as well. feeling fair & well. No D/O or S/I. Denies problems c meds. Not PsChic. is in pleasant mood. |
| | | impression — still strong & insomnia. |
| | | Plan — ↑ Trazodone → 100 mg QHS. *[signature]* |

LCSO 1987-2

**PROGRESS NOTES**

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 111 of 219

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER           5/09/02 S14S3
                          ADD/UPDATE EVENT                     13:52:28 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date  5/09/02   Time 13:39
        Entry Officer N01JF ?
                       FELTES, JOAN
        Court        ?


        Comment PSYCH REVIEW, NEW ORDERS TO INCREASE TRAZODONE TO
                150MG AT BEDTIME. VERBAL ORDER PER DR.SAFDAR/SUE
                BLOME,RN.

        Location
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 112 of 219

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date  7/09/02   Time 16:38
        Entry Officer N02TB ?
                      FINLEY-BURGER, TIA
        Court         ?


Comment  INMATE C/O OF MUTIPLE ACHES AND PAINS INFORMED DR
         STATED SHE COULD HAVE IBU 400MG TO 800MG BID OR
         NAPROSYN. WILL NOT GIVE MYGREX STATED SHE WILL CAL

Location L HER LAWYER
Custody of           ?


        Return Date  0/00/00   Return Time

    F3=Exit                                              F12=Previous

---

Name A. Johnson _____ Cellblock N
Date Requested: 7 / 10 / 02 Date Rec'd 7/10/02
                          Officer # 428

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I need some |
| Good Time _____ | medical attention |
| Haircut _____ | for my back pain |
| Religious Service _____ | and headaches |
| Sergeant _____ | Please. |
| Sick Call* XXX | |
| Trusty _____ | Thanx |
| Law Library _____ | |
| Maintenance _____ | |

request is for sick call or
see the sergeant, an
planation of medical
complaint or type of problem
ll be written in space A.

Action taken:
Officer #:_____
Date:____/____/_____
Time:_____

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N   04

       Code SC  ? SICK CALL REQUESTED

       Date  7/09/02   Time 16:38
       Entry Officer N02TB ?
                 FINLEY-BURGER, TIA
       Court          ?


       Comment INMATE C/O OF MUTIPLE ACHES AND PAINS INFORMED DR
              STATED SHE COULD HAVE IBU 400MG TO 800MG BID OR
              NAPROSYN. WILL NOT GIVE MYGREX STATED SHE WILL CAL

       Location L HER LAWYER
       Custody of        ?


       Return Date  0/00/00   Return Time

     F3=Exit                                 F12=Previous

---

Name _A. Johnson_    Cellblock _N_

Date Requested: _7 / 7 / 02_   Date Rec'd _7 / 7 / 02_

                Officer # ____ _429_

| | |
|---|---|
| Chaplain _____ | A. _Could you please put migrane med. in my drawor on the med cart so I can take it as needed? Until I see the doctor anyway?_ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX _____ | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

If request is for sick call or to see the sergeant, an xplanation of medical omplaint or type of problem hall be written in space A.

Action taken:

Officer #: _____ _Thax_

Date: ___/___/___

Time: _____

NAME Angie Johnson

I.D#

| DATE | |
|---|---|
| 5/18/03 | Inmate seen per Kite. Would like an ↑ in Zoloft. Currently takes Zoloft 50mg QD. Will check c̄ Dr. Aafdar re ↑ — demon Contento |

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER      10/29/03 QPADEV0012
                        ADD/UPDATE EVENT                16:03:09 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N   04

          Code SC  ? SICK CALL REQUESTED

          Date 10/29/03   Time 16:01
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment INTERVIEWED BY MENTAL HEALTH NURSE, FERRON. NEW
                  ORDERS PER DR.SAFDAR TO INCREASE ZOLOFT TO 150MG
                  DAILY.

          Location
          Custody of       ?


          Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 116 of 219

PHARMACY NAME:

DATE: Oct 03

| MEDICATION | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Initials: Given** | O: Not Given | R: Refused | V: Vomited | DC: Discontinued | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Benadryl 25 mg | 08 14 | | | | stop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 tabs every 6hr x30 | 20 02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Prednisone 40mg | 08 | | | | | stop | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 tab in Am x5D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Epi-pen as need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| xt distress/hypotension | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. MgGlex | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Zoloft 150 mg | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| at bedtime | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. hydrocort | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#:

SCHEDULE:

DR.:

NAME: Johnson, Angela    CB:  3N

ALLERGIES:

## ** MEDICATION SHEET **

JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

10/01/03

IBUPROFEN 800MG TABLET      0800

ONE TAB TWICE DAILY AS NEEDED

              2000

303523      04/01/2003

Diagnosis:

TRAZODONE 150MG TABLET

ONE TAB AT BEDTIME      2000

303523      04/01/2003

Diagnosis:

ZOLOFT 100MG TABLET

TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME      2000

353452      05/29/2003

Diagnosis:

ANUSOL 2.25PC SUPPOS.      P R N

USE AS DIRECTED

336127      12/30/20

Diagnosis:

NEO/POLYMYXIN/HC EAR SUSP      P R N
FOR: CORTISPORIN EAR SUSPEN
USE AS DIRECTED

336367      01/03/2001

Diagnosis:

ORAJEL      P R N

USE AS DIRECTED

350586      01/17/2001

Diagnosis:

AQUAPHILIC OINTMENT      P R N

USE AS DIRECTED

338904      02/07/2001

Diagnosis:

## ** MEDICATION SHEET **

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

DIET:

DIAGNOSIS:

---

## ** ALLERGIES **

#77651

10/01/03   10/17/2000    3N      JOHNSON, ANGELA      POSPISIL, M

Note
2 Sheets

**Date Beginning** 11/01/03 **Room Number**

## ** MEDICATION SHEET **

JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

PREDNISONE 20MG TABLET — 0800

TAKE 2 TABLETS EVERY MORNING FOR 4 DAYS

353317 — 10/02/2003

Diagnosis:

IBUPROFEN 800MG TABLET — 0800

ONE TAB TWICE DAILY AS NEEDED — 2000

353322 — 04/01/2003

Diagnosis:

AMOXICILLIN CL K+ 875/125MG
FOR: AUGMENTIN 875 TABLET — 0800
TAKE ONE TABLET TWO TIMES A DAY FOR 10
DAYS — 2000

353325 — 10/01/2003

Diagnosis:

TRAZODONE 150MG TABLET

ONE TAB AT BEDTIME — 2000

353323 — 04/01/2003

Diagnosis:

ZOLFT 100MG TABLET
150 mg
TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME — 2000

353452 — 05/29/2003

Diagnosis:

ANUSOL 2.25PC SUPPOS. — P R N

USE AS DIRECTED

355177 — 12/20/2000

Diagnosis:

NEO/POLYMYXIN/HC EAR SUSP — P R N
FOR: CORTISPORIN EAR SUSPEN
USE AS DIRECTED

353367 — 01/03/2001

Diagnosis:

## ** MEDICATION SHEET **

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

DIET:

DIAGNOSIS:

page 1 of 2

## ** ALLERGIES **

#77651

11/01/03  10/17/2000

3N

JOHNSON, ANGELA

POSPISIL, M

IMPRINT MUST BE BELOW THIS LINE ———→

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

DRUG ALLERGIES: _____

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|--------|----------------|-------------------|------|
| | | 1/8/04   ↑ Serzone to 200 mg H.S. | | |
| 1/27/04 | | Doxycycline 100 mg ÷ po BID x 10 days. Written Rx per Dr. Aafabakhsh @ Gentle Dental approved by jail doctors /Deltoro | noted | 1/27/04 |
| 7/15/04 | | 1 Multi Vitamin PO QDay | noted | |
| 7-16-04 | | ↑ Zoloft to 200mg t.o. Dr Srdar /SBlume RN/ Dale Ball | | |

1  2    3 ( REMOVE SNAP & REPLACE )
           ( WITH NEW FORM SET )

CHART COPY

A-1 ORDER SHEET
070430 Rev 4/91

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 120 of 219

NAME   Angela Johnson

I.D#

DATE

| 12/11/03 | | Not sleep at all, see "miserable" feel or. Denies S/I to meds - wants to see Serequil. sister is family No S/I |
| see notes |
| reg done put on Serequil 100mg H.S. |

Dear Dr. Safdar,
It's me Angela Johnson again. I'm still here at the Linn County jail, over three years now.

I'm writing you today concerning my trazadone. I currently take 100 mil. grms. right now.

I'm not happy with it. I don't feel like it is helping me. It is also making feel "hung over and groggy" in the mornings. I don't want to up the dosage in fact I'd like to switch to something else entirely.

My sister did a little research for me and I understand that seraquil is another option. Would it be alright to switch me to 150ml seraquil?

JNEUPDD            LINN COUNTY CORRECTIONAL CENTER          4/23/04  S14S9
                         ADD/UPDATE EVENT                    11:44:47  N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

          Code DSC ? DR. SICK CALL

          Date  4/23/04    Time 11:41
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment MEDICAL EXAM/DR.BRAKSIEK FOR EVAL OF LT KNEE PAIN.
                  SEE DICTATION. ENCOURAGED TO TAKE THE IBU WHEN SHE
                  HAS PAIN. MAY HAVE ICE AS NEEDED.

          Location
          Custody of        ?


          Return Date   0/00/00    Return Time

     F3=Exit                                              F12=Previous

---

# Linn County Correctional Center
### Inmate Request Forms

| Inmates Name *A. Johnson* | Trusty_____ | Good Time_____ | **Action Taken** | |
|---|---|---|---|---|
| Cellblock **N** | Haircut_____ | Law Library_____ | Officer #_____ Time_____ | |
| Date Requested **6 / 1 / 04** | Chaplain_____ | Maintenance_____ | Date ___/___/___ | |
| Date Received **6 / 1 / 04** | Sick Call XXX | Religious Service_____ | | |
| Officers ID # **472** | Sergeant_____ | | | |

**Explanation**    *Consider Vitamin*
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

JOAN; I don't feel well. I haven't for some time now. I'm light headed, headache + just feel terrible all over. Not like having the flu.

try crackers @ night c̄ IBU

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _____  Date _06/23/11_

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name:                    Date:        Time:        Detainee Signature:

Description of medical problem by detainee:

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:

923        2200        3-19-05

_____ Staff Signature _____                _____ Date _____

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____ Staff Signature _____        _____ Date _____        _____ Time _____

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: A Johnson     Date: 3.21.05     Time:     Detainee Signature:

Description of medical problem by detainee: TOOTHACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)     Date staff action taken: 3/21/05     Time staff action taken: 2200

IBP

_____
Staff Signature

_____
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

202

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johna       Date: 3.18.05       Time:       Detainee Signature: Angi C

Description of medical problem by detainee: TOOTHACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: gave ib P

Referred to nurse:    YES    NO        Date staff action taken:        Time staff action taken:

_____       1200 .    3-10-05
Staff Signature                                  Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____            _____            _____
Staff Signature                              Date                          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

203

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: *Angie Johnson*     Date: *3.20-05*     Time:     Detainee Signature:

Description of medical problem by detainee: *TOOTHACHE*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     **NO**     Date staff action taken:     Time staff action taken:

*3-20-05  2200*

Staff Signature                                                        Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

Staff Signature                     Date                     Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _[handwritten]_     **Date:** _3·14 05_     **Time:**     **Detainee Signature:** _[signature]_

Description of medical problem by detainee: _TOOTHACHE_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)      Date staff action taken: _3/14/05_     Time staff action taken: _2200_

_[signature]_
_____
**Staff Signature**        _____ **Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES     NO

_____     _____     _____
      **Staff Signature**                **Date**                **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnr_     Date: _3.13.05_     Time: _____     Detainee Signature: _(signature)_

Description of medical problem by detainee:

_Toothache_     _Jb.A_     Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     (NO)     Date staff action taken:     Time staff action taken:

_____
Staff Signature

_3-13-05_  _220_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____     _____
Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

206

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name:                                      Date:          Time:          Detainee Signature:

Description of medical problem by detainee:

*Ibup 9...*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)          Date staff action taken:          Time staff action taken:

_____                    _____3-12-05___   2202
Staff Signature                                 Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____          _____          _____
Staff Signature                          Date                     Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 129 of 219

207

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 3.10.05    Time:    Detainee Signature: Angie J.

Description of medical problem by detainee: TOOTHACHE

Ibprgin

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

_____
        Staff Signature

3-11-05
_____
            Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
        Staff Signature

_____        _____
            Date                            Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 130 of 219

208

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angelah Johnson_

**Office Use Only**
Date _3/12/05_ Time In _1323_ Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Billie J. Dirksen_ DOB _2-5-73_ DL# _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_

Address _411 E. Main St._ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number _____ Relationship _Sister_

✓ Entered

**Office Use Only**
Date _3/12/05_ Time In _1323_ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _Marvea J. Honken_ DOB _2-14-94_ DL# _____

Address _23287 Bagley Ave_ City _Fairbault_

State _Mn_ Zip Code _55021_ Phone# _(507) 334-8698_

License Plate Number _____ Relationship _Daughter_

✓ Entered

**Office use Only**
Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# (____) _____

License Plate Number _____ Relationship _____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 131 of 219

209

# MEMORANDUM

**PART 1 – Completed by Detainee:**

Name: Angie Johnson   Date: 3-17-05   Time:   Detainee Signature:

Description of medical problem by detainee:

TOOTHACHE

Medical Is Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES   NO   Date staff action taken:   Time staff action taken:

_____   3-17-05
Staff Signature              Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES   NO

_____   _____   _____
Staff Signature                  Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

210

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____    Date: 3 16 05    Time: _____    Detainee Signature: _____

Description of medical problem by detainee:

TOOTHACHE

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)

Staff Signature _____

Date staff action taken: 3/16/05

Time staff action taken: 2200

Date _____

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

Staff Signature _____    Date _____    Time _____

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**HARDIN COUNTY CORRECTIONAL CENTER**
**1116 14TH AVE ELDORA IOWA 50627**
**PHONE (641) 939-8194 FAX (641) 939-8212**

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_    Date: 3-18-05    Time: _____    Detainee Signature: _____

Description of medical problem by detainee:

TOOTHACHE

DBP

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO

#926

Date staff action taken: 3/18/05    Time staff action taken: 2200

_____
Staff Signature                                         Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
Staff Signature                    Date                 Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

Johnson file

Nick —

I [illegible] be kept
from making [illegible]
[illegible]. These [illegible]
[illegible] the [illegible]
[illegible], and
I need to be able to phone
them until we get one
resolved. This is very
important.

Also, could I at
least get credit for time
served when I did the
24 hour lockdown? So
I can be out on Saturday
rather than Sunday? Please!

Also, I need to see a
dentist, could you please
contact the [illegible] Service.

Thank you,

A. Johnson [illegible]

KM Contacted 03-08-05 Re: Dentist
Should see nurse & get a referal
as procedural matter

Johnson File
3.1.05

NicK—

In the rule book on page
9 it clearly states as a Federal
Detainee I should be recieving my
mail. That mail is not concidered
a priliege.

Unless I am now concidered
Actively creating an unsafe condition
to someone, something or to myself.

If this is the case I'd sure
like to know about it.

Today I didn't recieve any
mail and my out going mail
was returned to me.

Also, could you please tell me
if you are going to give me credit
for the 24 hours I was already locked
down for so I can see my daughter
on Saturday. If not I need to get
a message to them "not to come." They
drive all the way from Faribault
Minnesota. I dont want them
to come all this way for no reason.

Can I please have my mail
and send my mail.

Thank you

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 136 of 219

214

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 3-1-05    Time:    Detainee Signature: _Angie Jo_

*Medical Confidential*

Description of medical problem by detainee:

TOOTHACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

_____    _____
Staff Signature    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

DID NOT GIVE @ 1200 ad
subject was given 800mg @
0600. Subject can have
400mg @ 1800    914

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

215

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

Office Use Only
Date 1/29/15 Time In 1355 Time Out 1400

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Alyssa Johnson DOB 8/7/83 DL# 585441000

Address 125 Cathedral oaks #14 City Forest City

State IA Zip Code 50436 Phone# (641) 590-2529

License Plate Number _____ Relationship daughter

Office Use Only
Date 8 Time In _____ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Todd Graham DOB 1/5/65 DL# _____

Address _____ City Forest City

State IA Zip Code 50436 Phone# (641) 590-3228

License Plate Number _____ Relationship Friend

Office use Only
Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Angeleah Johnson DOB 8/9/02 DL# None

Address 125 Cathedral oaks #14 City Forest City

State IA Zip Code 50436 Phone# (641) 590-2529

License Plate Number _____ Relationship Grand daughter

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 138 of 219

216

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
Inmate Name
property listed below: _____

_address book_

To: _Pat Berrigan_
Name Of person Receiving

_Kansas City, KS_
Address          City      State      Zip

I _Patrick J. Berry_ Have received the above listed property.
Signature of receiving Person

I _Sgt. _____ have released the above listed property to the receiving
Officer signature
party.

Inmate Name _____ Date/Time _2-2-05_

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 139 of 219

217

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 2-2-05  Time:  Detainee Signature: _(signature)_

Description of medical problem by detainee:

TOOTH ACHE, I have a broken tooth I Need to see a DentIST PLEASE, (Thanks)

OTC
Ibu P

Medical
Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO   Date staff action taken:   Time staff action taken:

_(signature)_
Staff Signature

2-3-05
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 140 of 219

218

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: *Angie Jch*          Date: *2-4-02*     Time:          Detainee Signature: *[signature]*

Description of medical problem by detainee: *Don Ache*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:          *JBD*

Referred to nurse:    YES    (NO)          Date staff action taken:          Time staff action taken:

*[signature]*
Staff Signature                                        *2-4-05*
                                                         Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
Staff Signature                        Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Angie Johnson          Date: 12, 28 Time:          Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: gave ibp

Referred to nurse:   YES   NO          Date staff action taken:          Time staff action taken:

_____923_____          2200    1-29-05
Staff Signature                              Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                          Date                      Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _____  Date: 1-28  Time: _____  Detainee Signature: _____

Description of medical problem by detainee: X-LAX Problem

Too much cheese !!

_Laxitive give_

_Medical Confidential_

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:  YES  NO       Date staff action taken: _____  Time staff action taken: _____

_____                    1-25-05
Staff Signature                                  Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____            _____        _____
Staff Signature                         Date                    Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 1-23-05     Time:          Detainee Signature:

Description of medical problem by detainee:

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: Non aspirin

Referred to nurse:     YES     ~~NO~~          Date staff action taken:          Time staff action taken:

_____
Staff Signature

1·23·05
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____          _____          _____
Staff Signature                                          Date                                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

222

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

---

**Office Use Only**

Date _1-8-05_ Time In_____ Time Out_____

---

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Holly J. Dirksen_ DOB _2-5-73_ DL# _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_

Address _411 E. Main St_ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number_____ Relationship _Sister_

*Entered* (margin note)

---

**Office Use Only**

Date_____ Time In_____ Time Out_____

---

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _Haley J. P. Thornton_ DOB _5-8-93_ DL# _NA_

Address _411 E. Main St._ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number _NA_ Relationship _Neice_

*Not allowed to visit* (margin note)

---

**Office use Only**

Date_____ Time In_____ Time Out_____

---

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _P. J. Johnson_ DOB_____ DL#_____

Address _1416 2nd St S.E._ City _Mason City_

State _Ia_ Zip Code _50401_ Phone# _(641) 424-1442_

License Plate Number _✓_ Relationship _Mother_

*Entered* (margin note)

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 145 of 219

223

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_  Date: _12·1_  Time:  Detainee Signature: _[signature]_

Description of medical problem by detainee: _Headache_

**PART 2 – Completed by Staff**

Staff action taken: _Non aspirin_

Referred to nurse:  YES  (NO)  Date staff action taken:  Time staff action taken:

_922_
_____
Staff Signature

_12-1-04_
_____
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: _1 17_ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

_Headache_

_Non-ASP g._

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES NO    Date staff action taken: _____    Time staff action taken: _____

_Medical Confidential_

_____
Staff Signature

_1-5-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 1·9·05  Time:  Detainee Signature: _Gaylord_

Description of medical problem by detainee:

HEADACHE

**PART 2 – Completed by Staff**

Staff action taken: ISR

Referred to nurse:  YES  (NO)  Date staff action taken:  Time staff action taken:

_Medical
Confidential_

_____
G22
Staff Signature

_____1-12-05_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _____ Date: _____ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

PART 2 – Completed by Staff

Staff action taken: *gave her 800mg ibuprofen*

Referred to nurse:   YES   NO.    Date staff action taken:    Time staff action taken:

_____          1800       9-25-04
Staff Signature                         Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____        _____
Staff Signature                    Date                   Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _____  Date: _____  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

PART 2 – Completed by Staff

Staff action taken: *gave her the 800mg ibuprofen*

Referred to nurse:   YES   NO        Date staff action taken:        Time staff action taken:

_____        1800        9-25-04
Staff Signature                                    Date

*Medical Confidential*

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____        _____        _____
Staff Signature                        Date              Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-?212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/10    Time:    Detainee Signature: _(signature)_

Description of medical problem by detainee: headache

_Medical Confidential_

**PART 2 – Completed by Staff**

Staff action taken: gave ibp

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

923    1800    12-10-04
_____    _____
Staff Signature    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.    033

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/13    Time:    Detainee Signature: Angie J

Description of medical problem by detainee:

HEADACHE

Non-Asp

Medical
Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

_____
Staff Signature

_12-13-04_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

034

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Huggie Joh_____  Date: 12/14  Time:  Detainee Signature: _____

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: bp

Referred to nurse:  YES  (NO)

Date staff action taken: 2200   Time staff action taken:

_____  _____  12-15-04
Staff Signature                          Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____     _____     _____
Staff Signature                    Date                  Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/15    Time:    Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: NM aspirin

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

922
**Staff Signature**

12-15-04
**Date**

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____    _____    _____
**Staff Signature**    **Date**    **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

---

## FAX TRANSMITTAL

### COVER SHEET

TO : Nick, Hardin County Jail

FROM : Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE : 1/11/05

RE : Attorney/Inmate Contact Visit w/Inmate Angela Johnson

FAX NUMBER : 641-939-8212

TOTAL NUMBER OF PAGES FAXED: ___1___ PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Nick: Mr. Berrigan would like to move his client visitation with Angela Johnson from tomorrow, Wednesday, January 12, 2005, to Thursday, January 13th at noon to 2:00 p.m. Unfortunately, his traveling plans to Iowa on the 12th have been changed to the 13th. Please call me at 816-474-3350, ext. 101 at your earliest convenience for confirmation. Thank you.

Sincerely,

Becky Walker
Exec. Legal Secretary to Patrick J. Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____XXX_____

# Inmate Property Release Form

I _Angie Johnson_ authorize the Hardin County Sheriff or his agent to release my
Inmate Name
property listed below:

_manilla envelope_

To: _Alyssa Johnson_
Name Of person Receiving

_Forest City_ _IA_ _50436_
Address              City        State        Zip

> I _Alyssa Johnson_ Have received the above listed property.
Signature of receiving Person

I _____ have released the above listed property to the receiving
Officer signature
party.

Inmate Name _____ Date/Time _8-28-04 @ 2:35pm_

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: JOHNSON Angela

**Office Use Only**
Date 8-28 Time In 1309 Time Out 1430

## Visitor #1 Information-PLEASE PRINT CLEARLY

Name Alyssa Johnson  DOB 8/7/83  DL# 585441000
Address 25 Cathedral Oaks #14  City Forest City
State IA  Zip Code 50436  Phone# (641) 590-2529
License Plate Number _____  Relationship daughter

**Office Use Only**
Date_____ Time In_____ Time Out_____

## Visitor #2 Information-PLEASE PRINT CLEARLY

Name_____  DOB_____  DL#_____
Address_____  City_____
State_____  Zip Code_____  Phone# (____) _____
License Plate Number_____  Relationship_____

**Office use Only**
Date_____ Time In_____ Time Out_____

## Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____  DOB_____  DL#_____
Address_____  City_____
State_____  Zip Code_____  Phone# (____) _____
License Plate Number _____  Relationship_____

039

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

---

**Office Use Only**

Date _8/20_ Time In _9045_ Time Out _1130_

---

**Visitor #1 Information-PLEASE PRINT CLEARLY**    _10-74_

Enter O

Name _Lou Ann Hare_ DOB _3-30-64_ DL# _970AA0197_

Address _332 14 St SE_ City _Mason City_

State _IA_ Zip Code _50401_ Phone# _(641) 424-4647_

License Plate Number _810 NNE_ Relationship _friend_

---

**Office Use Only**

Date_____ Time In_____ Time Out_____

---

**Visitor #2 Information-PLEASE PRINT CLEARLY**

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (____)_____

License Plate Number_____ Relationship_____

---

**Office use Only**

Date_____ Time In_____ Time Out_____

---

**Visitor #3 Information-PLEASE PRINT CLEARLY**

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (____)_____

License Plate Number_____ Relationship_____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 158 of 219

040

# MEMORANDUM

B 3

## PART 1 – Completed by Detainee

Name: Angela Johnson     Date: 9/10 02  Time: 6:PM   Detainee Signature: _Angela Johnson_

Description of medical problem by detainee: _Headache_

## PART 2 – Completed by Staff

Staff action taken: _gave her IBPro_

Referred to nurse:   YES    NO          Date staff action taken:          Time staff action taken:

_Becky Maxfield_
_____Staff Signature_____

_9-10-04_
_____Date_____

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

_____
Staff Signature

_____
Date

_____
Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 159 of 219

041

# MEMORANDUM

*B 3*

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 9·8·04  Time: 10:30  Detainee Signature: _Angie Johnson_

Description of medical problem by detainee:

Headache

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: Given IBP

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:

_Diane Rash_
**Staff Signature**                          9-8-04      1230
                                        Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
     **Staff Signature**                **Date**                **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

 B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 9.15.04  Time: 9 00  Detainee Signature: _Angie_

Description of medical problem by detainee: I need some antibiotic cream and a bandaid for my elbow it is hurt and burning up w/a fever.

**PART 2 – Completed by Staff**

Staff action taken: gave her bandaid & cream

Referred to nurse:   YES  (NO)          Date staff action taken:          Time staff action taken:

_Becky Mayfeld_
Staff Signature

9-15-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____          _____          _____
Staff Signature                         Date                      Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

## PART 1 – Completed by Detainee

Name: Angie Johnson      Date: 9.21.04 Time: 3:PM    Detainee Signature: _Augie_____

Description of medical problem by detainee: I NEED ADVIL FOR MY CRAMPS!

THANX!

[Medical Confidential]

## PART 2 – Completed by Staff

Staff action taken: IBP Given

Referred to nurse:    YES    (NO)        Date staff action taken: 9/21/04 Time staff action taken: 1925

_____
Staff Signature

_____9/21/04_____
Date

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____    _____
Date                Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Higie Johnson          Date: 9/16-7  Time: 7 PM  Detainee Signature: _____

Description of medical problem by detainee: I need more ice for my elbow please and some tylenol. Thank you

**PART 2 – Completed by Staff**

Staff action taken: gave non-aspirin

Referred to nurse: (YES) NO          Date staff action taken:          Time staff action taken:

_____
Staff Signature

9-16-04          2250
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES    NO

_____
Staff Signature                    Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

045

# MEMORANDUM

## PART 1 – Completed by Detainee

Name: Angie Johnson   Date: 9/19/0   Time: 6 in   Detainee Signature: _Angie J_

Description of medical problem by detainee: I'd like some hydrocortisone cream or cortaid -- this fungus arm for my feet please. Thank

## PART 2 – Completed by Staff

Staff action taken: Given Hydrocortisone cream

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:

_Diane Rash_
**Staff Signature**

9-19-04   825
Date *

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____      _____
**Staff Signature**                                   **Date**                  **Time**

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

MEMORANDUM

PART 1 – Completed by Detainee

Name: Argie Johnson          Time 1'00    Time 4/2204   Detainee Signature:

Description of medical problem by detainee:

Crampo

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:   YES   NO        Date staff action taken:          Time staff action taken:

Becky Mayfield
Staff Signature                                        9-22-04
                                                         Date

PART 3– Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                _____        _____
Staff Signature                             Date                    Time

PART 4 – Completed by Physician

DATE:

RE:

1.

2.

3.

PART 1 – Completed by Detainee

Name: Angie Johnson    Date: 9-21-04    Time: 10.7PM    Detainee Signature:

Description of medical complaint by detainee: (CRAMPS)

PART 2 – Completed by Staff

IBP

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

#926    9-21-04    2200

Staff Signature    Date

PART 3- Completed by Medical Staff

Recommendation: and other Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

Staff Signature    Date    Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVENUE ELDORA, IA 50627
PHONE: 641-939-8194  FAX: 641-939-8212

**PART 1 - Completed by detainee**

Name: Angie Johnson        Date: 9-20-04 Time: 10:pm  Detainee Signature: _____

Description of medical problem by detainee: tylenol for headache please

*Medical Confidential*

**PART 2 - Completed by Staff**

Staff action taken:

Referred to nurse: Yes   (No)   Date staff action taken: _____        Time staff action taken:

_____Becky Mayfield_____                                   9-20-04

Staff Signature                                                          Date

**PART 3 - Completed by Medical Staff/Med passer**

Recommendations and Action Taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:        Yes        No


_____              _____        _____
        Signature                              Date                    Time

**PART 4 - Completed by Physician**
**DATE:**

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Angie Johnson      Date: 9-22-04 Time: 9: PM  Detainee Signature:

Description of medical problem by detainee:  ADVIL

PART 2 – Completed by Staff

Staff action taken:  gou ibuprofen

Referred to nurse:  YES  (NO)      Date staff action taken:      Time staff action taken:

_____  2200      9-22-04
Staff Signature                              Date

*Medical Confidential*

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES    NO

_____      _____      _____
Staff Signature                              Date                Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

050

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 9.23.04   Time: 9:AM   Detainee Signature: _____

Description of medical problem by detainee:

CRAMPS!   PLEASE ASK THE NURSE TO REFILL MY 800 IBP. I NEED THEM. THANKS

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: IBP

Referred to nurse:   YES   NO      Date staff action taken: 9-23   Time staff action taken: 1215

_____
Staff Signature

9-23-04
_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                  Date                          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

C.

A.

P.

To: Nick
From: Ryan
Re: Johnson, Angela

On 8-14-04 at 1840 hrs. Inmate Angela Johnson was removed from B cell and placed in C cell per your request. I stated to Inmate Johnson that she had been moved for a couple of reasons. First, that it had been reported that she had been hoarding her meds and passing them to other inmates. Also, that tensions between the females in B cell had been escalating, possibly involving her. I told Inmate Johnson that I had no personal knowledge of these events but that I was acting solely on the instructions of the jail administrator. I also stated to Inmate Johnson that she would stay in C cell alone until she had spoken to the administrator and that he would decide if she could return to B cell. Inmate Johnson was instructed that if these reports continued she could very well be transported back to Linn Co. She assured me that none of these reports were true and that she would be on her best behavior.

052

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

---

**Office Use Only**
Date _14 Aug 2001_ Time In _1305_ Time Out _1430_

---

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Valli Williams_ DOB _11-11-1950_ DL# _____

Address _213 E. Oxford Street_ City _Rockford,_

State _IL_ Zip Code _61103_ Phone# ( _815_ ) _962-3967_

License Plate Number _590 W 699_ Relationship _lawyer (not of record)/friend_

*(handwritten left margin: Drove 600 miles RT, so let visit. Qualser them 1/2 hr.)*

---

**Office Use Only**
Date _8-14-04_ Time In _1305_ Time Out _____

---

### Visitor #2 Information-PLEASE PRINT CLEARLY

*(handwritten: Entered)*

Name _JENNIFER WILLIAMS_ DOB _05 04-1986_ DL# _____

Address _213E OXFORD STREET_ City _ROCKFORD_

State _IL_ Zip Code _61103_ Phone# ( _815_ ) _962-3967_

License Plate Number _590 W699_ Relationship _FRIEND_

---

**Office use Only**
Date _____ Time In _____ Time Out _____

---

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# ( ___ ) _____

License Plate Number _____ Relationship _____

# Inmate Property Release Form

I _Angela Hinson_ authorize the Hardin County Sheriff or his agent to release my
_Inmate Name_
property listed below: _property book_

_legal mail_

To: _Valli Williams_
_Name Of person Receiving_

_2138 Oxford_ _Rockford_ _IL._ _61103_
_Address_ _City_ _State_ _Zip_

I _Valli Williams_ Have received the above listed property.
_Signature of receiving Person_

I _[signature]_ have released the above listed property to the receiving
_Officer signature_
party.

Inmate Name _[signature]_ Date/Time _8.14.04 2:25_

MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: Angie Johnson   Date: 10.4.04   Time: 9:PM   Detainee Signature: Angie J

Description of medical concern or problem: headache

*Medical Confidential*

IBP

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse: YES / NO

# 926

Staff Signature

Date staff action taken:   Time staff action taken:

10/4/04   2200

Date   Time

PART 3 – Completed by Medical Staff

Recommendations or other Action taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES / NO

Staff Signature   Date   Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 174 of 219

055

# Inmate Property Release Form

I ___Angie Johnson___ authorize the Hardin County Sheriff or his agent to release my
    Inmate Name

property listed below: ___envelope w/ content___

_____

_____

_____

_____

_____

To: ___Marvia Johnson___
    Name Of person Receiving

___Fairbault___     ___MN___     ___55021___
Address      City      State      Zip

I ___Jamie___ Have received the above listed property.
    Signature of receiving Person

I ___Michelle Ryan___ have released the above listed property to the receiving
    Officer signature

party.

Inmate Name _____ Date/Time ___10/2/04___

0556

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela J. Johnson

**Office Use Only**
Date 10-2-04 Time In 1300 Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Jamie Jo Hays   DOB 11-24-65 DL# H-200-366-420-898
Address 23287 Bagley Ave   City Faribault
State MN   Zip Code 55021   Phone# (507) 334-8698
License Plate Number GGG 063   Relationship Sister

**Office Use Only**
Date _____ Time In _____ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Marvea Jane Honken Johnson DOB 2-14-94 DL# _____
Address 23287 Bagley Ave   City Faribault
State MN   Zip Code 55021 Phone# (507) 334-8698
License Plate Number _____ Relationship Daughter to ~~Jamie~~ Angela Johnson

**Office use Only**
Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Timothy Harold Hays   DOB 05-04-66 DL# H-200-793-298-341
Address 23287 Bagley Ave   City Faribautt
State MN   Zip Code 55021   Phone# (507) 334-8698
License Plate Number GGG 063   Relationship Brother in law

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 176 of 219
057

# MEMORANDUM

 B 3

**HARDIN COUNTY CORRECTIONAL CENTER**
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date 10·1·04 Time: 9:00     Detainee Signature: _____

Description of medical problem by detainee: Headache

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken: I Blc

Referred to nurse:     YES     (NO)        Date staff action taken:          Time staff action taken:

_____
Staff Signature

_10·1·04_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-30     Filed 06/23/11     Page 177 of 219

# MEMORANDUM

B4

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 9.27.04  Time: 5:00     Detainee Signature: _____

Description of medical problem by detainee: HEADACHE
T.V. TOO LOUD!

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: Given I BP

Referred to nurse:   YES  (NO)          Date staff action taken:          Time staff action taken:

_____                          9-27-04                         1800  ~~2200~~
Staff Signature                                   Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____          _____
Staff Signature                          Date                        Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

0059

# MEMORANDUM

B4

**HARDIN COUNTY CORRECTIONAL CENTER**
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: Asija John        Date: 9·24·04  Time: 5·00  Detainee Signature: _____

Description of medical problem by detainee: cramps

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:

_____
Staff Signature                                    Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____        _____
Staff Signature                                    Date                    Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 179 of 219

060

# MEMORANDUM

B - 3

PART 1 – Completed by Detainee

Name: Angie Johnson     Date: 9.23.04 Time: 9 PM     Detainee Signature: _Angie_

Description of medical problem by detainee:

CRAMPS!

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: IBP Given

Referred to nurse:     YES     (NO)     Date staff action taken: 1/23     Time staff action taken: 2200

_____
Staff Signature

_5/23/04_
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO


_____
Staff Signature

_____          _____
Date                              Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# HARDIN COUNTY CORRECTIONAL CENTER

TO:       ANGELA JOHNSON

FROM:     NICK WHITMORE, JAIL ADMINISTRATOR

SUBJECT:  REQUEST DATED: OCTOBER 4, 2004

DATE:     OCTOBER 6, 2004

CC:       DETAINEE FILE

Regarding the mail service- I think that the rulebook pretty clearly states what is allowed but I will help clarify the specific details. The rule is you may receive and keep the direct written correspondence enclosed. Any other item included in the letter is subject to approval. This would be the clippings, calendars, comics, photos, cards, drawings, etc. Generally speaking, if these items are the product of writing or typing paper they may be approved. Plastics, cello, cardboards, stickers, strings, staples, etc. are not allowed for security reasons. Items that are not allowed may be copied at your expense. The copy would then be given to you and the original placed in your property.

In the simplest terms- as we both know, the jail is required to offer correspondence for detainees not in disciplinary action. I attempt to keep it as simple as that. *Letters* from family and friends are encouraged so that the inmates can keep in touch with the outside and stay a part of real life. It would be my feeling that the care packages that your mother sends push the simplicity of the intent of the privilege. Neat little things usually aren't a problem- a mound of stuff gets redundant. The other item that I need to mention is the offensive odor of your incoming mail. We both know that your mother does this so it becomes an air freshener in your room among other reasons. This is not allowed for a specific security reason- ie; masking. I am told that this has been talked about in the past and I will have to deny future mailings, which involve masking. Please let your family know that this may not continue.

Assuming that the magazines are sent from a subscription and/or through the USM, these would be no problem unless they contain specific content not acceptable for the jail setting. I would speak to you about the problem at the time if this would be the case.

Regarding your final concern, I have carefully monitored this issue and this will be taken care of when possible. Thank you for your patience.

062

10.4.04

Administrator; Nick Whitmore

Angela Johnson here. I don't mean to bother you or to "push the line" but I do have a question about my mail.

I don't see in the rule book that it is not allowed for my mother to send me stuff like: a calander page
    "   " : Comics from Readers digest
    "   " : News paper clippings ext....
She likes to send me these things but if I'm not going to recieve them, I will tell her not to waste the postage.

Also, my attorney Pat Berrigan ordered me some magazine sub. Is there going to be a problem recieving them? (They may be forwarded to me by the U.S. Marshal service since it was 'too big of a secret' to get my mail forwarded via Linn County.

Again, I'm sorry to be a pain but please get back to me on this. I appreciate your time and concideration.

(Everyone here is really nice, I just wanted to tell you that.)

Thank you,

Angela Johnson

P.S. Do you think I'll be housed with many more Cerro Gordo County People? this kind of concerns me a little.

063

# MEMORANDUM

## PART 1 – Completed by Detainee

Name: _____  Date: 10-8-4  Time: ____  Detainee Signature: _____

Description of medical problem by detainee: Headache

## PART 2 – Completed by Staff

Staff action taken: NoN - ASP GiveN

Referred to nurse:  YES  (NO)    Date staff action taken: 10/8/04  Time staff action taken: 1800

_____          _____
Staff Signature                         10/8/04
                                          Date

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____          _____          _____
Staff Signature                         Date                  Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 10-11-04   Time:          Detainee Signature: Angie

Description of medical problem by detainee: headache

**PART 2 – Completed by Staff**

Staff action taken: OTC Ibuprofin (200 M)

Referred to nurse:  YES   NO          Date staff action taken:          Time staff action taken:

_Medical Confidential_

M. James
_Staff Signature_

10-12-04
_Date_

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                              Date                              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

065

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: 11-1-04 Time: _____ Detainee Signature: _____

Description of medical problem by detainee: _HEADACHE_

**PART 2 – Completed by Staff**

Staff action taken: _Non ASP_

Referred to nurse: YES (NO)   Date staff action taken: _____   Time staff action taken: _____

_____
**Staff Signature**

_10/1/04_
**Date**

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES   NO

_____
**Staff Signature**

_____
**Date**

_____
**Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 10.24  Time:    Detainee Signature: _Angie_

Description of medical problem by detainee: _headache_

**PART 2 – Completed by Staff**

Staff action taken: Given IBP

Referred to nurse:   YES   (NO)    Date staff action taken:    Time staff action taken:

_Ryan Bruse_
Staff Signature

_10-29-04_
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-5212

**PART 1 – Completed by Detainee**

Name: Angie Johnson        Date: 10·19    Time: 9 AM    Detainee Signature: _Angie Johnson_

Description of medical problem by detainee: Headache

(JAIL GIVES ME A HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)        Date staff action taken:        Time staff action taken:

_____                    _10/19/__
Staff Signature                             Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO


_____        _____        _____
Staff Signature                Date                   Time

**PART 4 – Completed by Physician**

DATE:

RE:


S.


O.


A.


P.

# MEMORANDUM  ʙ

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_   Date: _10.16.04_  Time: _4 pm_   Detainee Signature: _____

Description of medical problem by detainee: _Headache_

**PART 2 – Completed by Staff**

Staff action taken: _IBP Given_

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:   *Medical Confidential*

_____
Staff Signature

_10/17/04_   _2200_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____        _____
Staff Signature                    Date                            Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 11·5    Time:    Detainee Signature: [signature]

Description of medical problem by detainee:

NECK ACHE

**PART 2 – Completed by Staff**

Staff action taken:    Nun Asplain

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_922_
Staff Signature

_11-4-04_
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# Inmate Property Release Form

I Angie Johnson authorize the Hardin County Sheriff or his agent to release my
Inmate Name
property listed below: _envelope of Candy_

To: Marvea Johnson
Name Of person Receiving

Fairbault Mn. 55021
Address            City        State        Zip

I Marvea J Have received the above listed property.
Signature of receiving Person  J Johnson

I [signature] have released the above listed property to the receiving
Officer signature

party.

Inmate Name [signature]            Date/Time 11·6·04

071

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**

Date 7/6/04 Time In 1340 Time Out 1440

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Holley Dirksen　DOB 2-5-73　DL# 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

Address 411 E. Main St　City Klemme

State Ia　Zip Code 50449　Phone# (641) 587-2294

License Plate Number　Relationship Sister

**Office Use Only**

Date　Time In　Time Out

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Mike Dirksen　DOB 9-22-70　DL# 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

Address 411 E. Main St　City Klemme

State Ia　Zip Code 50449　Phone# (641) 587-2294

License Plate Number　Relationship Brother iN law

**Office use Only**

Date　Time In　Time Out

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Marlea Honken　DOB 10　DL#

Address 23287 Basley Dr.　City Fairbault

State MN　Zip Code　Phone# (507) 334-8698

License Plate Number　Relationship Daughter

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: An ge Johnson

Date: 6 'A r~ Time: 11-12 Detainee Signature:

Description of medical problem by detainee:

CRAMPS!

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES **NO**

913

Staff Signature

Date staff action taken:

11/11/04

Date

Time staff action taken:

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

Staff Signature

Date

Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# Inmate Property Release Form

I _Angela Johnson_ authorize the Hardin County Sheriff or his agent to release my
<sub>Inmate Name</sub>
property listed below: _____

_Envelope w/ misc papers_ _____

_____

_____

_____

To: _Jim Johnson_ _____
<sub>Name Of person Receiving</sub>

_____
Address        City        State        Zip

I _____ Have received the above listed property.
<sub>Signature of receiving Person</sub>

I _#902 M Graffunder_ have released the above listed property to the receiving
<sub>Officer signature</sub>
party.

Inmate Name _____ Date/Time _11-18-04_ _____

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angie Johnson_

**Office Use Only**

Date _11/18_ Time In _0918_ Time Out _1115_      ALL

SAME TIME

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Pam Johnson_ DOB _7/23/43_ DL# _J525-6674-3176_ WI OY

Address _10395 33rd Av_ City _Chippewa Falls_

State _Wi_ Zip Code _54729_ Phone# _(715) 723-0836_

License Plate Number _Wi 6737_ Relationship _Step mother_

**Office Use Only**

Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _James Johnson_ DOB _7/22/41_ DL# _J525-4504-2266_ 06

Address _Same_ City_____

State_____ Zip Code_____ Phone# (____)_____

License Plate Number _Wi 6737_ Relationship _Father_

**Office use Only**

Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _Marina Johnson_ DOB _94/12/14_ DL# _None_

Address _23287 Bagley Ave._ City _Faribault_

State _MN_ Zip Code _?_ Phone# _(334 8698_

License Plate Number _?_ Relationship _Daughter!_

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: _11·19·04_ Time: _____ Detainee Signature: _(signature)_

Description of medical problem by detainee: _HEADACHE!_

**PART 2 – Completed by Staff** _NON ASPRIN PLEASE_

Staff action taken: _gave an-aspir_

Referred to nurse: YES (NO) Date staff action taken: _____ Time staff action taken: _____

_Medical Confidential_

_____ _2200_ _11-9-04_
Staff Signature Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____ _____ _____
Staff Signature Date Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

**Inmate Name(s):** _ANGELA JOHNSON_

_____

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

*To Library*

| **OFFICE USE:** Date: *8-18-04* | Time In: *1520* | Time Out: |
| --- | --- | --- |

*Entered*

**Visitor Name:** _AL WILLETT_

**Occupation:** _ATTY_          **Agency:** _LAW FIRM_

**Address:** _118 3RD AVE S.E._ **City & State** _CEDAR RAPIDS, IOWA_

**Telephone #** _(319) 364-2467_

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 197 of 219

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _Angela Johnson_

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

OFFICE USE: Date: _8-13-04_   Time In: _1048_   Time Out:

Enter

Visitor Name: _Dean Stowers + Al Willett_

Occupation: _Attorney_   Agency: _Law Firm_

Address: _505 5th Avenue Suite 1010_ City & State _Des Moines Iowa 50309_

Telephone # _515 243 7600_

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s):     *Angela Johnson*

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

**OFFICE USE:** Date: *10-8-04* Time In: *1000* Time Out: *11:30*

*12-30*

Visitor Name: *Nancy Lanoue*

Occupation: *Legal Asst.* Agency: *AL Willett, Esq*

Address: *118 3rd Ave Ste 500* City & State *Cedar Rapids*

Telephone # *364-2467*

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTE
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-3212

**PART 1 – Completed by Detainee**

Name: Magic Johnson          Date: 11·6·04  Time:          Detainee Signature: _____

Description of medical problem by detainee:

I'd like for the nurse to take a look at a 'problem mole' I have. I think it may need to be removed. Thanx

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES) NO

_____M. Haven_____
Staff Signature

Date staff action taken: _____11-6-04_____
Date

Time staff action taken:

*Medical Confidential*

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken: mole upper right side of nose – no change – a little irritated from her glasses. monitor for now

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES (NO)

_____D. Hask— RN_____
Staff Signature

_____11-6-04_____
Date

_____1800_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 10-11-04 Time:    Detainee Signature: Angie Johnson

Description of medical problem by detainee: headache n cramps
I would like to ask the nurse to change my 800 Ibuprofen to
as needed rather than a 6AM and 6PM. Because sometimes I need it
before I go to bed and at 10pm and at 1:00 pm I think would work better. Thanx

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:  YES   NO

_____
Staff Signature

Date staff action taken:    Time staff action taken:

10/11/04    2200
_____
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:  3 times to noone 10PM

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

10-12-04    1550
_____    _____
Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

081

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_    Date: _9-29-04_ Time: _Noon_    Detainee Signature: _Angie J_

Description of medical problem by detainee: I need to speak to the nurse because I just started my period again and I just got over it. I've got cramps too.

**PART 2 – Completed by Staff**

Staff action taken: gave 800mg ibuprofen

Referred to nurse: (YES) NO    Date staff action taken:    Time staff action taken:

_Staff Signature_    1330    9-29-04 _Date_

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken: Reassured that she's taking her birth control correct - took wrong last month so periods off but will get back to regular cycle hopefully next month

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES (NO)

_Staff Signature_    9-29-04 _Date_    1600 _Time_

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 9·16·04  Time: 1:00    Detainee Signature: _____

Description of medical problem by detainee:

My elbow is hot and very swollen, could you please take a look at it, (Thanks

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES)   NO        Date staff action taken:         Time staff action taken:

_____
Staff Signature                          9·16·04          1300
                                          Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Swelling elbow ↓ - happened off + on in past - ice + advil cures - does pushups - told to hold off for awhile

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature                          9-18-04          1450
                                          Date              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 - Completed by detainee**

Name: _Virgie Johnson_ Date: _____ Time: _10·PM_ Detainee Signature: _____

Description of medical problem by detainee:

headache

gave TBP.

_Medical Confidential_

**PART 2 - Completed by Staff**

Staff action taken:

Referred to nurse: Yes ___ No ___ Date staff action taken: _____ Time staff action taken: _2200_

_Michelle Ryan_
Staff Signature

_8/30/04_
Date

**PART 3 - Completed by Medical Staff/Med passer**

Recommendations and Action Taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     Yes     No

_____        _____        _____
Signature                            Date                    Time

**PART 4 - Completed by Physician**
DATE:

RE:

S.

O.

A.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVENUE ELDORA, IA 50627
PHONE: 641-939-8194  FAX: 641-939-8212

PART 1 - Completed by detainee

Name: Angela Johnson   Date: 8/19/04 Time: 0750 Detainee Signature:

Description of medical problem by detainee:

Would like her Ibuprofen @ 0600 & 1800
for the duration of her period

PART 2 - Completed by Staff

Staff action taken: none

Referred to nurse: (Yes)   No   Date staff action taken: 8/19/04 Time staff action taken: 0750

# 902 MG
_____          8/19/04
Staff Signature                            Date

PART 3 - Completed by Medical Staff/Med passer

Recommendations and Action Taken:   Already receiving ibuprofen
@ these times

Recreation Restrictions and/or Special Instructions:

Referred to physician:   Yes   ~~No~~

Deb Hasky RN
_____    _8-19-04_     1550
Signature                            Date          Time

PART 4 - Completed by Physician
DATE:

RE:

S.

O.

A.

P.

Medical Confidential

07/23/2009 10:54 FAX 3014743406    LAWLOR & ENGLERT, LLC    ☒002

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 205 of 219

## Hardin County ctional Center

### Medication Administration Record

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SBX: Female |
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused |
| | | | Special Diet: None / V = Vomited | Allergies: Augmentin |

**Name: Johnson, Angela**

DOB 1-17-64

allergic to augmentin

Dr. Brown (not the Dr. Brown in Sioux City DEA# is BB4656104)

**Month: November** **Cell: B 3**

December 04

JAIL DIVISION



## Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T. LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

## FAX COVER SHEET

DATE: 4/7/05

TO: Drilling

TIME:

PHONE:

FAX: 274 - 1293

FROM: Dan

PHONE: (712)279-6040
FAX:        (712)279-6045

RE: _Johnson, Angela_   DoB 1/17/64   D. Grote PA=
See med orders   Allergy to Augmentin
We will take care of the IBU et vitamins

Number of pages including cover sheet: 2

NOTES: Betsy will also pick these up later tonight

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11   Page 206 of 219

07/23/2009 10:54 FAX 3014743406   LAWLOR & ENGLERT, LLC   FAX NO. 641 939 8212   P. 01

APR-06-2005 WED 01:26 PM HARDIN COUNTY JAIL

@004

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 06/23/11   Page 207 of 219

Hardin County Correctional Center — Medication Administration Record — Prescription

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | CH | O | O | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

# Name: **Johnson, Angela**     Month: April     Cell: **C3**

*JAIL DIVISION*



Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

# FAX COVER SHEET

DATE: 5/5/05

TIME:

TO: Tammy J
O. Nolon PA-C

PHONE:

FAX: 252-3157

PHONE: (712)279-6040
FAX:      (712)279-6045

FROM: Dan RN

RE: jail visit 5/6/05

Sorry, fax machine out of commission earlier today

Number of pages including cover sheet:      Gillaspie, David  P.H.
                                          1hr    DoB  10/23/85
                                                 SS#  507152787

NOTES:

Johnson, Angela
1hr    DoB 11/17/41
       SS# 481862690

07/23/2009 10:55 FAX 3014743406     LAWLOR & ENGLERT, LLC     ☑006

Case 3:09-cv-03092-MWB-LTS Document 284-30 Filed 02/23/11 Page 209 of 219

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
[SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP]

MO. 12    YR. 04

**Woodbury County Jail**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE |
|---|---|---|
| R = REFUSED | | |
| V = VOMITED | | |
| O = HELD | | |
| Ø = HOME | BSA | R Singh Anand RN |

| DT. ORDERED | MEDICATION - DOSE - ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets (1) tab po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | |
| | Zoloft (sertraline) 100mg tablets (2) tabs po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | |
| | Ortho tri-cyclen tablets (1) tab po daily @ HS | 2000 | | | | | | | | | | | | | | | | | | | | BSA | | | | | | | | | | |

PULSE / BLOOD PRESSURE / WEIGHT

H

**ALLERGIES:** Augmentin

**DIAGNOSIS AND SPECIAL NOTES:**
dysmenorrhea
psychiatric difficulties

federal - booked 12-19-04
orders obtained 12-21-04

| (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

Brown DEA# BB4656104

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|---|---|
| Johnson, | Angie | | F | 1-17-64 | | 15357 |

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

07/23/2009 10:57 FAX 3014743406      LAWLOR & ENGLERT, LLC      ☑007

Case 3:09-cv-03064-MWB-LTS   Document 284-30   Filed 05/23/11   Page 210 of 219

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

MO. **2**   YR. **05**

Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| | | | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| INIT. = GIVEN | | | | | | | | |
| R = REFUSED | | | | | | | | |
| V = VOMITED | | | | | | | | |
| O = HELD | | | WN | WNettleton RN | | | | |
| Ø = HOME | | | BSA | B Singh-Chandler | AE | A Edwards | TL | [illegible] |

ALLERGIES: augmentin

DIAGNOSIS AND SPECIAL NOTES: depression; dysmenorrhea

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-04 | multivitamin tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | AE | AE | BSA | | | | | | | | | | | | | | | | | |
| 10-27-04 | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | AE | AE | BSA | | | | | | | | | | | | | | | | | |
| 10-27-04 | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | AE | AE | BSA | | | | | | | | | | | | | | | | | |
| 11-9-04 | tri sprintec tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | AE | AE | BSA | | | | | | | | | | | | | | | | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstrual cycle PRN | 1200 2000 | | | | | | | | | | | | AE | AE | | | | | | | | | | | | | | | | | | |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**(ABBREVIATIONS)**

| | |
|---|---|
| R.D. – RIGHT DELTOID | R.L.T. – RIGHT LATERAL THIGH |
| L.D. – LEFT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| I.V. – I.V. TUBING | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

LAST NAME · FIRST · INIT.: Johnson, Angela

SEX: F   BIRTHDAY: 1-17-64   DIET:   CASE # – ADMISSION #: 15357

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

Hardin County Correctional

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. **4**  YR. **05**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | DV | DV Hittslm RN | | | | |
| V = VOMITED | | | | | | |
| O = HELD | AEL | A Edderxei RN | | | | |
| Ø = HOME | BSA | B Singh Chand RN | | | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | JR | BSA | BSA | BSA | BSA | | | |
| | multivitamin tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | JR | BSA | BSA | BSA | BSA | | | |
| | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | JR | BSA | BSA | BSA | BSA | | | |
| | ortho tri-cyclen tablets ① tab po @ HS | 2000 | | | | | ▶ | | BSA | BSA | BSA | AEL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | JR | BSA | BSA | BSA | BSA | | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstruation | 1200 | | | | | | | R | R | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | | | | | | | R | | BSA | BSA | BSA | | 2 | | | | BSA | BSA | BSA | BSA | | | R | | BSA | BSA | BSA | | | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | | | | | | | | BSA | BSA | BSA | | | | | | BSA | BSA | BSA | BSA | | | R | BSA | BSA | BSA | BSA | | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DIAGNOSIS AND SPECIAL NOTES: | | | |
|---|---|---|---|---|
| augmentin | depression dysmenorrhea | federal - booked 4/6/05 | | |

federal - booked 4/6/05

(ABBREVIATIONS)
- R.L.T. – RIGHT LATERAL THIGH
- R.D. – RIGHT DELTOID — L.L.T. – LEFT LATERAL THIGH
- L.D. – LEFT DELTOID — R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT
- I.V. – I.V. TUBING — L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|---|---|
| Johnson, | Angela | | F | 1·17·64 | | |

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

LAWLOR & ENGLERT, LLC

07/23/2009 10:58 FAX 3014743406 ☑ 008

Case 5:09-cv-03064-MWB-LTS Document 23-10 Filed 06/13/2014 Page 211 of 219

Case 3:09-cv-02204-MWB-LTS Document 290 Filed 05/22/14 Page 212 of 219

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. - SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

| MO 5 | YR 05 |

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | | | | DawQQpp | RO | |
| V = VOMITED | | | SM | SMuhyu | | |
| O = HELD | | | | Scott | | |
| Ø = HOME | BSA | B Singh · Anand RN | eee | AE Cerva CS | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | | | Ø | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | BSA | | | BSA | | BSA | BSA | BSA | | HS | SM | |
| | multivitamin tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | eee | | Ø | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | HS | SM | |
| | Zoloft 100 mg tablets ② tabs po @ HS | 2000 | | A | BSA | BSA | | | | Discontinue | | | | | | | | | | | | | | | | | | | | | | | |
| | ortho tri-cyclen tablets ① tab po @ HS (same as tricessa tablets) | 2000 | | A | BSA | BSA | BSA | BSA | | | Ø | BSA | BSA | BSA | BSA | CS | HS | A | BSA | BSA | BSA | BSA | CR | HS | BSA | BSA | BSA | BSA | | | SM | |
| | ibuprofen 200 mg tablet ④ tabs po BID during week of menstruation | 1200 / 2000 | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | R | HS | BSA | BSA | BSA | BSA | CR | HS | | BSA | BSA | BSA | CR | R | | | R | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 / 1200 / 1600 / 2000 | | A | BSA | BSA | BSA | BSA | R | | BSA | BSA | BSA | BSA | R | | BSA | BSA | BSA | BSA | CR | HS | BSA | BSA | BSA | | | | SM | | |
| 5/6/05 | Zoloft 100 mg tablets ③ tabs po daily (300 mg total) | 2000 | | | BSA | | | Ø | BSA | BSA | BSA | BSA | CS | NS | Ø | BSA | BSA | BSA | CR | HS | BSA | BSA | BSA | | | HS | SM | | | |

| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression, dysmenorrhea

federal - booked 4/6/05

**(ABBREVIATIONS)**
R.L.T. – RIGHT LATERAL THIGH
R.D. – RIGHT DELTOID  L.L.T. – LEFT LATERAL THIGH
L.D. – LEFT DELTOID  R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT
I.V. – I.V. TUBING  L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT
MED. REVIEW BY – SEE REVERSE FOR COMMENT.

| LAST NAME | FIRST | INIT. | SEX F | BIRTHDAY 1-17-64 | DIET | CASE # – ADMISSION # 15357 |
|---|---|---|---|---|---|---|
| Johnson, | Angela | | | | | |

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

07/23/2009 10:59 FAX 3014743406 LAWLOR & ENGLERT, LLC ☑009

07/23/2009 11:00 FAX 3014743406    LAWLOR & ENGLERT, LLC    ☑010

Case 3:08-cv-03951-MWB-LTS Document 231-30 Filed 08/03/11 Page 213 of 219.

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. - SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. **6**  YR. **05**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R.= REFUSED | SL | | Sus | Shay Sunka | SH | |
| V.= VOMITED | SJ | Jrystn | | | | |
| O.= HELD | sms | S Michaud | Ral | A Edwards | RO | |
| Ø.= HOME | BSA | B Singh Chandra N | | | MP | Mark Perry |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200 mg tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | JJ | sm | BSA | Ack | sm | Sr | BL | GY | Ser | BSA | BSA | BSA | Ral | GY | sm | sm | sm | RI | | BSA | BL | | BL | sm | | |
| | multivitamin tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | JJ | sm | BSA | Ack | sm | Sr | BL | Jo | sm | BSA | BSA | BSA | Ral | GY | sm | sm | sm | RI | | BSA | BL | | BL | sm | | |
| | trinessa tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | JJ | sm | BSA | Ack | sm | Sr | BL | GY | BSA | BSA | BSA | BSA | Ral | GY | sm | sm | sm | RI | | BSA | BL | | BL | sm | | |
| 5/6/05 | zoloft 100 mg tablets ③ tabs po @ HS (total: 300 mg) | 2000 | BSA | BSA | BSA | sm | JJ | sm | sm | Ack | sm | Sr | BL | GY | BSA | BSA | BSA | BSA | Ral | GY | sm | sm | sm | sm | | BSA | | | BL | sm | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during menstrual period | 1200 2000 | BSA | BSA | BSA | sm | JJ | sm | sm | Ack | sm | BL | GY | BSA | BSA | BSA | BSA | C | R | sm | sm | sm | | | | | | | | | | |
| | tylenol 500 mg tablets ② tabs po BID PRN | 0800 1200 1600 2000 | BSA | BSA | BSA | s m | JJ | sm | sm | Ack | sm | sm | BL | GY | BSA | BSA | BSA | R | D | sm | sm | sm | sm | | | | | R | | sm | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression dysmenorrha

Crackers w/ meds @ HS

federal - booked 4/6/05

| (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

**LAST NAME:** Johnson  **FIRST:** Angela  **INIT.**

**SEX:** F  **BIRTHDAY:** 1-17-64

**CASE # – ADMISSION #:** 15357

Nolan PA-C

DIET: (AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

07/23/2009 11:01 FAX 3014743406    LAWLOR & ENGLERT, LLC    ☑011

| Hardin County | ectional Center | | | | | | | | | | | | | | Medication Administration Record | | | | | | | | | | | | | | | escription |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

# Name:**Johnson, Angela**    Month:February    Cell: **C3**

07/23/2009  10:59  FAX 3014743406    LAWLOR & ENGLERT, LLC

@009

Case 3:09-cv-02004-MWB-LTS  Document 330  Filed 05/22/14  Page 215 of 219

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
### (SEE CHART FOR INIT. - SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO **5**   YR **05**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | CH | | JR | Dan Wpp | RJ | Rubi I.W. |
| V = VOMITED | | | SM | SMichael | | |
| O = HELD | | | CS | Scott | | |
| Ø = HOME | BSA | BSingh, Anand RN | WL | AECwa CS | DJ | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200mg tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | BSA | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | | AR | | BSA | BSA | BSA | BSA | | NS | SM | |
| | multivitamin tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | NEC | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | | AR | | BSA | BSA | BSA | BSA | | NS | SM | |
| | Zoloft 100 mg tablets ② tabs po @ HS | 2000 | | A | BSA | BSA | | | | | Discontinue | | | | | | | | | | | | | | | | | | | | | | | |
| | ortho tri-cyclen tablets ① tab po @ HS (same as tricessa tablets) | 2000 | | A | BSA | BSA | BSA | BSA | NEC | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | | AR | | BSA | BSA | BSA | BSA | | SM | | |
| | ibuprofen 200 mg tablet ④ tabs po BID during week of menstruation | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | ✓ | BSA | BSA | BSA | BSA | NEC | | BSA | BSA | BSA | BSA | B | NS | A | BSA | BSA | BSA | BSA | CR | AR | | BSA | BSA | BSA | CR | R | | R | | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | A | BSA | BSA | BSA | R | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | | A | BSA | BSA | BSA | BSA | NEC | | BSA | BSA | BSA | BSA | R | | BSA | BSA | BSA | BSA | R | AR | | BSA | BSA | BSA | | | | SM | | |
| 5/6/05 | Zoloft 100 mg tablets ③ tabs po daily (300 mg total) | 2000 | | | | BSA | NEC | | | A | BSA | BSA | BSA | BSA | CS | NS | A | BSA | BSA | BSA | BSA | AR | | BSA | BSA | BSA | BSA | | NS | SM | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression, dysmenorrhea

federal - booked 4/6/05

| (ABBREVIATIONS) | |
|---|---|
| R.L.T. – RIGHT LATERAL THIGH | |
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |

MED. REVIEW BY – SEE REVERSE FOR COMMENT.

| LAST NAME FIRST INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # |
|---|---|---|---|---|
| Johnson, Angela | F | 1-17-64 | | 15357 |

(AM) 1 2 3 4 5 6 7 8 9 10 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN



## S I O U X L A N D
### MENTAL HEALTH CENTER

### PSYCHIATRIC MEDICAL EVALUATION   [>]

**NAME:**   Angela Johnson          **DATE:**   May 6, 2005
**DOB:**    01-17-64                **TIME:**   one hour

The patient was seen for a formal intake during rounds at the Woodbury County Jail.

**IDENTIFYING DATA:**
Angela is a 41 year old divorced Caucasian female currently residing in Woodbury County Jail and requesting for assistance with depression and anxiety.

**HISTORY OF PRESENT ILLNESS:**
Please note that Angela was resistant to this evaluation. She would not willingly offer any information and reluctantly offered answers to any questions.  She stated frequently throughout the interview that she didn't see the point in doing this, all she wanted was to get her meds increased, not have an evaluation.  I did explain to Angela the reason for doing the evaluation several times and did offer to end the session if this was making her uncomfortable. She did, however, want to continue so that we could adjust her medication, but as stated above, was reluctant to answer any questions. I cannot guarantee the validity of the information.  Angela reports that she wanted help because her stress level is too high as she is currently on trial.  She is specifically asking for her Zoloft to be increased because she believes it will help her stress level and help her get through her trial.  When asked why the Zoloft was originally prescribed, Angela states "I've been on it for years because I have been in jail a long time."  "I've been terribly depressed and have been having a hard time even helping in my own defense."  Currently, Angela is taking Zoloft 200 mg daily and Seroquel 200 mg q hs. These were prescribed by Dr. Saftar at the Abby Center in Cedar Rapids, Iowa. She has been on these doses of the current medications for about a year. She reports that the medications have been working, but she noticed they weren't working as well the last couple of months. She has been in Woodbury County Jail for three weeks. She is charged with five counts of murder.  Her trial started three weeks ago.

**PAST MEDICAL HISTORY:**
Angela reports being **ALLERGIC TO AUGMENTIN**. She denies any history of surgery. She denies any history of major illnesses or injuries and denies any chronic illnesses. She is currently on the above medications plus an oral contraceptive.

Making a Difference in People's Lives

## PAST PSYCHIATRIC HISTORY:

Angela reports that she had seen a Dr. Logan and Mary Hodges, both of them are in Kansas City, Missouri. They both did evaluations for her defense team. She states that Dr. Logan evaluated her medication at the time of his evaluation and thought that they were appropriate. This was 6 months ago. Angela reports that her last visit with Dr. Saftar was about one year ago. She saw him for a total of 4 years. She denies any other prior psychiatric history.

## SOCIAL HISTORY:

Angela reports that she was living Clear Lake, Iowa before her arrest with her two children who are now ages 21 and 11. They are both daughters. She has been married one time from 1981 to 1986. She was employed at the time of her arrest. She had been working at North Beach Restaurant in Clear Lake, Iowa. When asked what she did at the restaurant, she replies "I did everything." She worked there for two years. Angela's highest level of education is 9th grade plus GED. She has no military history. Legal history includes only the current charges. She was arrested originally in July 2000. She has been incarcerated in various county jails since that time. She has been in Harden County, Lynn County, and Benton County prior to coming to Woodbury County to stand trial. She is possibly facing the death sentence. In regards to substances, she reports starting to drink alcohol at age 16. Her last drink was some time in the year 2000. Prior to her arrest, Angela reports that she would drink a glass of wine once every couple of months. She has a history of using methamphetamine beginning at age 21. Her last use was in the year 2000. She did use daily. She denies any IV use.

## FAMILY HISTORY:

Angela reports that her mother is healthy. She has no psychiatric history or substance abuse history. Her father has a heart arrhythmia. He has no psychiatric or substance abuse history. Angela has one brother and three sisters all of whom are healthy without psychiatric histories or substance abuse problems. She reports her children are healthy.

## MENTAL STATUS EXAMINATION:

Angela is alert and oriented times three. She is minimally cooperative. She is in no acute distress. She is moderately groomed, well nourished. She appears her stated age. Mood is described as depressed and anxious. Affect is mood congruent and appropriate. She is also noted to be irritable. Thought processes are logical and goal oriented. Concentration is intact. Psychomotor activity within normal limits. Speech is of a normal rate and volume. Thought content is negative for any obsessions, compulsions, phobias, hallucinations, or delusions. She denies any suicidal or homicidal ideation. Abstractions are noted to be within normal limits. IQ appears to be average. Immediate, recent, and remote memories are intact. Judgement and insight appear to be average as she does recognize her mental illness and need for further treatment.

**INITIAL FORMULATION:**
Angela is a 41 year old divorced Caucasian female currently on trial for five counts of murder. She is facing the death penalty. Since her trial began, she has noticed an increase in depression and anxiety and is asking for assistance for medication.

**DIAGNOSTIC IMPRESSION:** [{]

**Axis I:** Major Depressive Disorder
Generalized Anxiety Disorder both of these recently exacerbated by beginning her trial

**Axis II:** No diagnosis

**Axis III:** Without acute illness

**Axis IV:** Problems with the legal system

**Axis V:** Current GAF 50

**PLAN:**
I reviewed my impressions with Angela including diagnosis and need for treatment. We discussed the risks and benefits of medication including side effects and at this time, mutually agreed to an increase in her Zoloft to 300 mg daily. We will continue the Seroquel 200 mg q hs. I will follow up with Angela as needed.

Dawn Nolan, PA-C

DN/tj

Date Transcribed: May 6, 2005
Date Filed: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-30    Filed 06/23/11    Page 219 of 219

**PHYSICIAN'S TELEPHONE ORDERS**

| Facility Name | | | Address | | |
|---|---|---|---|---|---|
| WC Jail | | | | | |

| Last Name | First Name | Attending Physician | Room No. | Admission No. |
|---|---|---|---|---|
| Johnson | Angela | Ben Roberts M | | |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5-6-05 | | ↑ Wellbutrin to 300 PO daily. |
| | | |
| | | |
| | | |
| | | |

| Signature of Nurse Receiving Order | Time | Signature of Physician | Date |
|---|---|---|---|
| DN RN | 1020 | | 5-6-05 |

ORIGINAL COPY - Physician Please Sign and Return

Form 990 © BRIGGS Des Moines, IA 50306 (800) 247-2343