

USA v Johnson
09-cv-3064-MWB

Exhibit 110 -
Johnson MRI Raw Data