

USA v Johnson
09-cv-3064-MWB

Exhibit 111 -
Johnson PET Raw Data