**MYLA H. YOUNG, Ph.D., ABN**
Diplomate – American Board of Professional Neuropsychology
PSY 11916

## Curriculum Vitae

*Office:*
1475 North Broadway # 335
Walnut Creek, CA 94596

*Mailing:*
1630 North Main Street #357
Walnut Creek, CA 94596

(925) 952-4350
925 945-8991 (FAX)
mylayoung@sbcglobal.net

**LICENSE-Psychology**

California       August, 1990       PSY 11916

**CERTIFICATION**

Board Certification in Neuropsychology – American Board of
    Professional Neuropsychology (ABPN)

Certification in Hare Psychopathy Checklist-#99-20
    Robert Hare, Ph.D.

**EDUCATION**

Ph.D.          Alliant International University
               (Formerly California School of Professional
               Psychology)
                 San Francisco, California
                 Doctor of Philosophy/Clinical Psychology
                 January, 1988

M.A.           Towson State University
                 Baltimore, Maryland
                 Master of Arts/Experimental Psychology
                 June, 1977

B.A.           University of Guam
                 Agana, Guam
                 Bachelor of Arts/Psychology
                 June, 1975

1

Case 3:09-cv-03064-MWB-LTS   Document 28434   Filed 06/23/11   Page 1 of 99

YNG000001

**POST-DOCTORAL FELLOWSHIP**

University of California/San Francisco General Hospital
San Francisco, California

January 1988 – January 1990

**PRE-DOCTORAL INTERNSHIPS**

McAuley Neuropsychiatric Institute of St. Mary's Hospital
San Francisco, California

July 1985 - July 1987

Garfield Geropsychiatric Hospital
Oakland, California

October 1984 - July 1985

**PROFESSIONAL WORK EXPERIENCE - Current**

| | |
|---|---|
| Private Practice | Neuropsychological Assessment Forensic Neuropsychological Evaluation |

2005 – Present

| | |
|---|---|
| Private Practice | Neuropsychological Assessment Child, Adolescent and Adult Forensic, Medical, Psychiatric, Medico-Legal, Educational Neuropsychological Evaluation |

March 1992 – 2005

| | |
|---|---|
| Continuing Education Faculty | University of California-Berkeley Neuropsychological Evaluation of Criminal Offenders Introduction to Neuropsychological Assessment |

2005 – Present

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 2 of 99
PNG000002

**PROFESSIONAL WORK EXPERIENCE – Prior**

Senior            California Department of Mental Health
Supervising       Correctional Medical Facility
Psychologist      Vacaville, California

                  Psychology Consultant to Executive Director,
                   Medical Director and Program Directors
                  Principal Investigator for Research Project
                  Program Evaluation, Program Development,
                    Treatment Outcome Measurement
                  Director-American Psychological Association
                   (APA) Psychology Intern Training Program
                  Director-Psychology Fellowship Training
                    Program
                   Standards of Practice/Quality Assurance
                   -Psychology Service
                   Staff Selection/Evaluation - Psychology
                    Service
                   Clinical Supervision and Consultation -
                   Psychology Service

          Staff Psychologist – January 1990 – June 1995
          Program Consultant – June 1995 – January 2000
          Senior Psychologist – January 2000 – July 2005


Adjunct           Alliant University - Berkeley/Alameda
Faculty              Instructor: Neuropsychological Assessment
                                 Cognitive Bases of Behavior

                  Dissertation Chairperson:
                          -Neuropsychological Assessment of
                             Psychotic and Non-Psychotic
                             Inmate/Patients
                          -Neuropsychiatric Description of
                             Children in Day Treatment
                          -HIV/AIDS-Affected Children:  A
                           Study Utilizing the Rorschach To
                             Identify Depression
                          -Self Mutilation:  Analysis of
                             a Psychiatric Forensic
                             Population
                           -Relationships of Rorschach and
                             MMPI2 to the PCL-R among
                             Mentally Ill Felons

3

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 3 of 99

YNG000003

                    Dissertation Committee:
                        -Development of Special
                            Aggression Content Scales for
                            Rorschach Test Administration
                            within a Prison Population
                        -Neuropsychological and Cognitive
                            Correlates of Academic
                            Achievement in a Child
                            Psychiatric Sample
                        -Emotional Descriptors of
                            Adolescents Who Have
                            Committed Homicide
                        -Rorschach Responses/Piagetian
                            Cognitive Development in Eight
                            to Twelve Year Old Children
                        -Understanding Malingering:
                            Theory and Treatment

                        1990 - 2005

Training,        Oaks Children's Center
Assessment,          San Francisco, California
Consultation     Training and Supervision of Pre-Doctoral
                     Psychology Intern
                 Seminars in Neuropsychological and
                 Personality Assessment of Children
                        1992 - 1995

Training,        McAuley Institute of St. Mary's Hospital
Assessment,       San Francisco, California
Consultation     Training and Supervision of Pre/Post-
                  Doctoral Psychology Interns/Fellows
                  Seminars in Neuropsychological Assessment
                   Of Children, Adolescents, Adults

                        1992 - 1995

Research         University of California-San Francisco
Training          NIDA Research Grant:  Longitudinal
                  Study of HIV Related Cognitive
                  Impairment in Groups of Gay Men and IV
                  Drug Users

                        1988 - 1990

Case 3:09-cv-03064-MWB-LTS    Document 28434    Filed 06/23/11    Page 4 of 99
YNG000004

```
Child &        Florida United Methodist Children's Home
Family          Enterprise, Florida
Counselor      Child & Family Counselor at a Residential
                Treatment Facility for Children/Adolescents
               Individual and Group Counseling
               Parent Education
               Court Liaison
               Consultation to Residential Group Home
               Consultation to Children in Foster Care

                    1978 - 1980

Adjunct        University of Central Florida
Faculty        Valencia Community College
               Seminole Community College
               Lake-Sumter Community College
                Orlando, Florida
                   General Psychology
                   Developmental Psychology
                   Child & Adolescent Psychology
                   Research Methods
                   Learning Theory and Animal Behavioral
                     Training Laboratory

                    1980 - 1984
```

**RESEARCH EXPERIENCE**

```
Principal      California Department of Mental Health
Investigator    Correctional Medical Facility-Vacaville
                Prospective description of demographic,
                neuropsychological and emotional
                functioning in psychiatrically hospitalized
                males

               1994 – 2005 (Project Completed)

Principal      California Department of Mental Health
Investigator    Correctional Medical Facility-Vacaville
                   Multimethod description of inmates
                   referred for psychiatric treatment from
                   Pelican Bay State Prison

               1994 – 1997 (Project Completed)
```

5

Case 3:09-cv-03064-MWB-LTS   Document 284-34   Filed 06/23/11   Page 5 of 99

YNG000005

```
Principal          California Department of Mental Health
Investigator        Correctional Medical Facility-Vacaville
                    Development and Evaluation of a Behavioral
                    Milieu Program in a Forensic Psychiatric
                     Treatment Program

                    1990 – 1993 (Project Completed)

Participant         Spine Institute of San Francisco - Medtronic
                     Spinal Cord Stimulator Project
                       Principal Investigator:
                       J. Schofferman, M.D.

                    1996 – 1998 (Project Completed)

Post               University of California-San Francisco
Doctoral            Psychiatric Aspects of AIDS Dementia in
Research            Gay Men and IV Drug Abusers
Assistant           Principal Investigators:
                        Alicia Boccellari, Ph.D.
                        J. Dilley, M.D.

                    1988 – 1990 (Project Completed)

Post               McAuley Neuropsychiatric Institute of
Doctoral            St. Mary's Hospital
Research            Longitudinal Study of Infant Attachment
Assistant           Principal Investigators:
                        H. Massey, M.D.
                        J. Afterman, M.D.

                    1988 –1990 (Project Completed)

Doctoral           Neuropsychological and Piagetian Cognitive
Dissertation        Development:  A comparison of children's
                    responses to the Luria-Nebraska
                    Neuropsychological Battery-Children's
                    Revision, Piagetian Tasks, and the WISC-R

Master's           Piagetian Moral Development:  A comparison
Thesis              of children's responses to Piagetian Moral
                    Intentionally stories presented in both
                    verbal and videotaped versions

Graduate           Towson State University
Research            Piagetian Cognitive Development
Assistant           Behavioral Treatment
```

6

YNG000006

**PROFESSIONAL PRESENTATIONS**

Contra Costa Department of Defense Seminar Martinez, California. *When juvenile offenders become adult offenders: A prospective description* (July, 2006)

California Psychological Association Conference San Jose, California. *The sexual offender in prison psychiatric treatment: A multimethod description* (April, 2003)

Forensic Mental Health Association of California Conference Asilomar, California. *The sexual offender in prison psychiatric treatment: A multimethod description* (March, 2003)

International Organization of Psychophysiology Montreal, Canada *Profiles of Violent Mentally Ill Incarcerated Males: Neuropsychology and Psychophysiology* (August, 2002)

California Psychological Association Conference Pasadena, California *Research in Prison Psychiatric Treatment* (May, 2002)

American Correctional Health Services Association Conference Costa Mesa, California *Profiles in Violence* (September, 2001)

Forensic Mental Health Association of California Conference Asilomar, California *Profiles in Violence* (March, 2001)

Behavioral Health Institute Conference – Los Angeles, CA. *Latinos is Forensic Psychiatric Treatment* (September, 2000)

Forensic Social Work Conference – Palm Springs, California *The Violent Psychopath in Treatment* (May, 2000)

Forensic Mental Health Association of California Conference Asilomar, California *Danger to Self and Danger to Others: A description of Inmates Who Harm Themselves or Harm Others* (March, 2000)

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 7 of 99

PNG000007

California Psychological Association Conference, San Jose, California
*Neuropsychological and Psychological Evaluations in A Forensic Psychiatric Setting* (March, 2000)

Forensic Mental Health Association of California Conference Asilomar, California *The Violent Psychopath in Psychiatric Treatment* (March, 1999)

Patton State Hospital Mental Health Conference, Patton, California *The Violent Psychopath in Psychiatric Treatment* (September, 1999)

Patton State Hospital Mental Health Conference, Patton, California *Psychopathy in a Forensic Psychiatric Population*(September, 1998)

Forensic Mental Health Association of California Conference Asilomar, California *A Multimethod Approach to Understanding Psychopathy* (March, 1998)

Patton State Hospital Mental Health Conference, Patton, California *Violence in the Community and Assaut in Prison:  A Multimethod Approach*(September, 1997)

Forensic Mental Health Association of California Conference Asilomar, California *Patterns of Violence: Demographic, neurocognitive, diagnostic, and emotional descriptions of inmates with high and low violence histories*. (April, 1997)

California Department of Corrections-Pelican Bay-Pelican Bay, California *Description of Inmate/Patient Populations Demographic, Cognitive, Neuropsychological, and Psychological Correlates with Violence* (July, 1996)

California Department of Corrections-Preston School for Boys - Ione, California *Demographic, Cognitive, Neuropsychological, and Psychological Correlates with Age of Offense* (July, 1996)

California Department of Corrections-Director's Cabinet Meeting - Sacramento, California *Description of Inmate/Patient Population* (July, 1996)

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 8 of 99

PNG000008

California Department of Corrections-Northern Regional
    Warden's Meeting - Folsom State Prison *Description of
    Inmate/Patient Population* (July, 1996)


California Department of Corrections-Warden's Meeting - CMF
    Vacaville, California *Description of Inmate/Patient
    Population* (June, 1996)

Patton State Hospital Forensic Mental Health Conference.
    *Development of a Forensic Psychiatric Treatment
    Program Based on Empirical Description of the
    Population* (October, 1995)

Patton State Hospital Forensic Mental Health Conference.
    *Opening Address - The Changing Face of Forensic Mental
    Health:  The Challenge Described* (October, 1994)


**PUBLICATIONS**

Young, M. H., Justice, J., & Erdberg P. (2010). *Sex
    offenders in prison psychiatric treatment: A
    biopsychosocial description.*  International Journal of
    Offender Therapy and Comparative Criminology, 54, 92-
    112.

Schofferman, J. & Young, M. H.  (2011).  *Previously
    unrecognized cognitive and psychological disorders in
    patients with chronic neck pain due to whiplash and
    other forms of cervical trauma.* Pain Medicine,
    (Manuscript in revision).

Young, M. H., Justice J., & Erdberg, P. (2011). *A
    comparison of rape and molest offenders in prison
    psychiatric treatment.* (Manuscript in revision).

Young, M. H., Justice, J., & Erdberg, P. (2007). *The
    Rorschach Test in a prison population.* In C. Gacano
    and B. Evans (Eds.).  Handbook of forensic Rorschach
    assessment. New York: Routledge Press.

Young, M. H.,Justice, J., & Erdberg, P. (2006).  Risk of
    harm:  Inmates who harm themselves while in prison
    psychiatric treatment.  *Journal of Forensic Sciences,
    51*(1), 154-162.

9

YNG000009

Young, M. H., & Justice, J. (2003). Risk Factors for assault while in Prison Psychiatric Treatment. *Journal of Forensic Sciences, 49*(1), 141-149.

Justice, J. & Young, M. H. (2002). *Managing violence in a Supermax facility: A discussion of research findings and their application to reducing violence in supermax institutions and beyond.* In D. Neal (ed.) Supermax Prisons (pp. 99 – 118). Lanham, MD. American Correctional Association.

Young, M. H., Siemsen, R., & Roman, T. (2000). Neuro-psychological and personality assessment in a forensic psychiatric setting. *California Psychological Association Convention Abstracts.*

Young, M.H., Justice, J., & Erdberg, P. (2000). A multi-method description of psychopathy among forensic psychiatric inmates. In C. Gacono(Ed.) *The Clinical Forensic Assessment of Psychopathy: A Practitioner's Guide* (pp. 313-332). Mahwah, New Jersey, Erlbaum.

Young, M.H., Justice, J., & Erdberg, P. (1999). Risk factors for violence among incarcerated male psychiatric patients: A multimethod approach. *Assessment, 6*, 243-258.

Young, M. H. & Justice, J. (1997). Neuropsychological functioning of inmates referred for psychiatric treatment. *Archives of Clinical Neuropsychology, 13*, 303 – 318.

Dilley, J., Boccellari, A., Davis, A., Young, M., & Bacchetti, P. (1989). Relationships between neuro-psychological and immune variables in HIV positive asymptomatic men. *IV International Conference on AIDS. Montreal, Canada.*

Dilley, J., Boccellari, A., Davis, A., Young, M. & Bacchetti, P. (1989). Relationships between neuro-psychological and immune variables in HIV positive asymptomatic men. *Abstract and oral presentation. American Psychiatric Association, May 11, 1989. San Francisco, CA.*

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 10 of 99
YNG000010

Young, M.H.  (1977).  Visual Modality as a Preferred Mode
        presentation for Piagetian Moral Intentionally.
        *Monographs of Lida Lee Tall Learning Research Center.*
        Towson State University

**PROFESSIONAL AWARDS**

University of Guam                   Graduation - Magna Cum Laude
                                        June, 1975

Towson State                         Graduation - Magna Cum Laude
University                            June, 1978


California School of                 Superior Accomplishment Award
Professional Psychology               Dissertation
                                      June, 1988

State of California                   Superior Accomplishment Award

Department of Mental Health          Exceptional Job Performance
Correctional Medical                 April, 1993
Facility

State of California                  Superior Accomplishment Award
Department of Mental Health           Exceptional Job Performance
Correctional Medical                  April, 1995

State of California                  Outstanding Accomplishment
Award
Department of Mental Health            Exceptional Job Performance
Correctional Medical                   September, 1999
Facility


 **PROFESSIONAL ASSOCIATIONS**

-American Board of Professional Neuropsychology (ABPN)
-American Psychological Association (APA)
     Division 40:  Clinical Neuropsychology
     Division 42:  Forensic Psychology
-California Psychological Association (CPA)
-National Academy of Neuropsychology (NAN)
-International Neuropsychological Society (INS)
-Society for Personality Assessment (SPA)
                                        February (2011)

YNG000011

October 6, 2009

Angela Jane Johnson

45 years

1/17/64

GED – 10th

Ethnic Identity: White

Right

Confidentiality: advised, understood, agreed

Rx:

Today

Wellbutrin 200mg

Ibuprophen; Naprosin

Past week:

Same

Past year:

Zoloft 200 mg;

Past:

Seroqil 300 mg; Birth Control Oral; Trazadone; Prozac; Paxil;Amtitryptaine

Today

Pain: Lumbar 3 today Range 1 -7 Most severe – 7

Headaches: Not regularly but frequently Range Worst - 9

TNG000012

Today: No headache present

Sleep: As typical

Eating: As typical

No unusual situation circumstances


Psychiatric Treatment: No treatment currently or in past

Medical

Current: Menstrual cycles irregular

Past: No other

Head Injuries:

Child: physical abuse and hit in back of head – multiple times

    12-13 – hit on back of head, object unknown, severe headaches, vomiting, dizziness

        Medical treatment sought; does not if did/did not experience LOC

Adult: MVA –

    20 years – driver; broad sided on driver side; no known LOC; no treatment

        Day after - headaches, back pain; Chiropractor treatment

    20 years – driver; broad sided on driver side: no LOC; no medical treatment

        Second MVA within few months

    23 years – MVA; driver; back ended; No LOC; medical; no nausea, vomit, headache

Spousal abuse

    No further MVA recalled

Child abuse; history of early, chronic, severe child abuse; requests that information be obtained from her records; indicates instances of child abuse resulting in LOC from hit and suffocation

YNG000013

Drug/Alcohol use

12-13 : tobacco/mj/alcohol

Mj through adolescence until arrest 2001

Tobacco: First use as adolescent

Most use until 2001

Most – 36 years; up to 2 packs/day

Last – July 20, 2001 at arrest

Used alcohol to vomiting; no medical treatment required

All drugs used: "I have probably done them all except for crack"

Included heroin, mj, LSD, cocaine, meth

No crack

No IV

No inhalant

Work

Waitress; weld shop

Weld shop – 6 months – no protection – would have to blow nose several

Times a day because of severity of some unknown substance in the air – does not know what substance . Was inhaling

Nausea…dizziness…Would have to sit down for several minutes

Consistent work history; waitress in multiple places

"and drug sales. I had to support my kids."

YNG000014

October 7, 2009

Angela Johnson

Limits to confidentiality advised, understood, agreed

Rx:

No medication changes

Pain:

No pain changes

Eating

No changes in eating

Sleeping

Indicates anxiety over testing. Woke frequently. Had gone to sleep early (approx 7:00 pm) Estimates total sleep about 7 hours.

No situational changes

Relationships

Married 2x

16 years …. 9 months

Arlyn Johnson … 18 years .. 3-1/2 years…

1 children…Alyssa … 26 years …relationship "good, strong, solid"

Describes relationship as without victimization

TNG000015

Dustin Honken … relationship … 1 years

1 child….Marvea Johnson …. 15 years

"mental abuse for sure"

Both girls

"multiple non serious relationships"


School

Elementary – estimates 7-8 different schools…mother made multiple moves

"I don't remember a lot of my school years"

No LD identified…no suspension..no expelled

"school was hard for me from the first day I went" "I couldn't understand what they were telling me to do"

Middle … 6-8th grade

Recalls that grades were "not good" but not failing

No LD identified

Not suspended/expelled

High… "I quit during 9th grade"

"school was difficult for me. And I was working for my mom" waitress at truck stop

Owned by mother

By 9th grade working full time

Worked for mother approx 2 years

Not suspended/expelled

TNG000016

**MYLA H. YOUNG, Ph.D., ABN**
**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**

CONFIDENTIAL NEUROPSYCHOLOGICAL EVALAUTION

TEST SCORES

Name:   Angela Jane Johnson
Date of Birth:   01/17/64
Date of Evaluation:   10/06/09; 10/07/09
Age at Time of Evaluation:   45
Education:   10th grade
Handedness:   Right
Date of Report:   03/31/10

**Attitude towards Evaluation**

| Test | Score | Qualitative Description |
|---|---|---|
| | | |
| 15 Item Test | 15/15 | Adequate effort |
| Test of Malingering Memory (TOMM) | 49/50 | Adequate effort |
| CVLT II Forced Choice | 100% | Adequate effort |
| Bolter Validity Index | 0 | Adequate effort |

**Wechsler Adult Scale of Intelligence (WAIS IV)**

**Composite Score Summary**

| Scale | Sum of SS | Composite Score | | Percentile Rank | 95% Confidence | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 22 | VCI | 85 | 16 | 80-91 | Low Average |
| Perceptual Reasoning | 26 | PRI | 92 | 30 | 86-99 | Average |
| Working Memory | 14 | WMI | 83 | 13 | 77-91 | Low Average |
| Processing Speed | 22 | PSI | 105 | 63 | 19-113 | Average |
| Full Scale | 84 | FSIQ | 89 | 23 | 85-93 | Low Average |
| General Ability | 48 | GAI | 87 | 19 | 82-92 | Low Average |

**Verbal Comprehensive Subtests Summary**

| Subtest | Raw Score | Scaled Score | %ile Rank | Ref Grp Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 23 | 9 | 37 | 9 | 1.04 |
| Vocabulary | 19 | 5 | 5 | 6 | 0.73 |
| Information | 10 | 8 | 25 | 8 | 0.73 |

Johnson, Angela

YNG000017

**Wechsler Adult Scale of Intelligence (WAIS IV) (Con't)**

**Perceptual Reasoning Subtests Summary**

| Subtests | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Block Design | 32 | 8 | 25 | 7 | 0.95 |
| Matrix Reasoning | 15 | 9 | 37 | 8 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

**Working Memory Subtests Summary**

| Subtests | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Digit Span | 22 | 7 | 16 | 7 | 0.73 |
| Arithmetic | 10 | 7 | 16 | 7 | 0.9 |

**Processing Speed Subtests Summary**

| Subtest | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Symbol Search | 30 | 10 | 50 | 9 | 1.56 |
| Coding | 75 | 12 | 75 | 10 | 1.2 |

**Wechsler Individual Achievement Test (WIAT-II)**

| Subtest | Standard Score | Confidence Interval | %ile | Grade Equivalent |
|---|---|---|---|---|
| **Reading** | | | | |
| Word Reading | 97 | 91-103 | 42 | |
| Reading Comprehension | 103 | 97-109 | 58 | |
| Pseudoword Decoding | 91 | 86-96 | 27 | |
| Composite Score | 291 | 90-98 | 34 | |
| | | | | |
| **Mathematics** | | | | |
| Numerical Operations | 83 | 75-91 | 13 | 5:6 |
| Math Reasoning | 83 | 76-90 | 13 | 7:2 |
| Composite Score | 166 | 77-89 | 13 | |

**Smell Identification Test**

| Errors | Raw Score | %ile | Qualitative Description |
|---|---|---|---|
| 5 | 35 | 16 | Normosia (Borderline/mild impairment) |

Johnson, Angela

YNG000018

**Grooved Pegboard Test**

| Measure | Time | Standard Score |
|---|---|---|
|  |  |  |
| Dominant | 1'5" | 0 |
| Non-Dominant | 1'28" | -1 |

**Finger Tapping Test**

| Measure | Taps | Standard Score |
|---|---|---|
|  |  |  |
| Dominant | 48 | 0 |
| Non-Dominant | 38 | -1 |

**Conners' Continuous Performance Test (CPT)**

**Inattention**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Omissions | 73.33 | Severely impaired |
| Commissions | 31.63 | Average range |
| Hit RT | 82.41 | Mildly impaired |
| Hit RT Std. Error | 62.82 | Mildly impaired |
| Variability | 57.44 | Average range |
| Detectability | 16.65 | Average range |
| Hit RT ISI Change | 53.57 | Average range |
| Hit SE ISI Change | 51.61 | Average range |

**Impulsivity**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Commissions | 31.63 | Average range |
| Hit RT | 82.41 | Average range |
| Perseverations | 65.65 | Severely Impaired |

**Vigilance**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Hit RT Block Change | 35.91 | Average range |
| Hit SE Block Change | 56.45 | Average range |

**California Verbal Learning Test (CVLT-II)**

Johnson, Angela

| Subtest | Raw Score | Standard Score |
|---|---|---|
| Trial 1 | 6 | -0.5 |
| Trail 5 | 14 | 0.5 |
| Trial B | 4 | -1 |
| Short Delay-Free | 12.0 | 0.5 |
| Short Delay-Cued | 9.0 | -1.5 |
| Long Delay-Free | 11.0 | 0 |
| Long Delay-Cued | 12.0 | 0 |
| Recognition | 14 | -0.5 |
| Repetitions | 8 | 0.5 |
| Intrusions | 7 | 0.5 |
| Forced Choice | | 100% - Valid protocol |

**Wechsler Memory Scale (WMS-IV)**

**Index Score Summary**

| Index | Sum of SS | Index Score | 95% Conf Interval | %ile |
|---|---|---|---|---|
| Auditory Memory | 46 | 109 | 102-115 | 73 |
| Visual Memory | 38 | 96 | 91-102 | 39 |
| Visual Working Memory | 18 | 94 | 87-102 | 34 |
| Immediate Memory | 39 | 98 | 92-104 | 45 |
| Delayed Memory | 45 | 108 | 101-114 | 70 |

**Primary Subtest Scaled Score Summary**

| | Raw Scores | Age SS | %ile Rank |
|---|---|---|---|
| Logical Memory I | 25 | 10 | 50 |
| Logical Memory II | 27 | 12 | 75 |
| Verbal Paired Associates I | 39 | 12 | 75 |
| Verbal Paired Assoc II | 12 | 12 | 75 |
| Designs I | 61 | 8 | 25 |
| Designs II | 60 | 11 | 63 |
| Visual Reproduction I | 34 | 9 | 37 |
| Visual Reproduction II | 27 | 10 | 50 |
| Spatial Addition | 6 | 6 | 9 |
| Symbol Span | 27 | 12 | 75 |

**Rey Complex Figure Test**

| Measure | Raw Score | T Score | %ile |
|---|---|---|---|
| Copy | 31 | | 2-5 |
| Immediate Recall | 24 | 57 | 76 |
| Delayed Recall | 26 | 62 | 88 |
| Recognition | 20 | 46 | 34 |
| Time to Copy | 5'32" | | 6-10 |
| Recognition True Positive | 8 | | >16 |
| Recognition False Positive | 0 | | >16 |
| Recognition True Negative | 12 | | <1 |
| Recognition False Negative | 4 | | <1 |

Johnson, Angela

**Executive Functioning Test (EFT)**

| Measure | Raw Score | Scaled Score |
|---|---|---|
| | | |
| **Trail Making Tests** | | |
| Visual Scanning | 36 | 4 |
| Number Sequencing | 45 | 7 |
| Letter Sequencing | 45 | 7 |
| Number-Letter Switching | 90 | 9 |
| Motor Speed | 90 | 9 |
| | | |
| **Verbal Fluency Tests** | | |
| Letter Fluency | 46 | 12 |
| Category Fluency | 33 | 7 |
| Category Switching | 14 | 10 |
| Category Switching Accuracy | 7 | 5 |
| | | |
| **Design Fluency** | | |
| Filled | 10 | 10 |
| Empty | 10 | 10 |
| Switching | 6 | 9 |
| | | |
| **Color-Word Interference** | | |
| Color | 29 | 10 |
| Word | 23 | 9 |
| Inhibition | 100 | 1 |
| Inhibition-Switching | 82 | 6 |
| | | |
| **Sorting Test** | | |
| Confirmed Sorts | 10 | 11 |
| Description | 34 | 10 |
| Recognition | 26 | 7 |
| | | |
| **Twenty Questions** | | |
| Abstraction | 16 | 7 |
| Questions Asked | 28 | 10 |
| Achievement | 15 | 11 |
| | | |
| **Tower Test** | | |
| Achievement | 21 | 13 |
| Rule Violations | 0 | 100 |
| Mean-First Move Time | Ratio=7:8 | 8 |
| Time Per Move Ratio | Ratio=4:4 | 8 |

**Wisconsin Card Sorting Test**

Johnson, Angela

YNG000021

| Measure | Raw Score | T Score | %ile |
|---|---|---|---|
| | | | |
| Total Correct | 40 | | |
| Total Errors | 24 | 39 | 14 |
| Perseverative Responses | 10 | 47 | 37 |
| Persevertive Errors | 10 | 45 | 32 |
| Nonperseverative Errors | 14 | 38 | 12 |
| Conceptual Level | 27 | 37 | 9 |
| Categories Completed | 2 | | 11-16 |
| Trials to Complete | 12 | | >16 |
| Failure to Maintain Set | 0 | | |

**Category Test**

| | |
|---|---|
| Total Test Errors | 46/208 |
| T-Score equivalent | 52 |
| Percentile equivalent | 57 |
| Total Test Time | 28:13.11 |
| Average Item Latency | 3.96 |
| Average Latency – Correct Responses | 3.45 |
| Average Latency – Incorrect Responses | 5.73 |
| Bolter Validity Index | 0 |

**Comprehensive Affect Testing System (CATS)**

| Quotient | Raw Score | Z - Score |
|---|---|---|
| | | |
| Affect Recognition Quotient (ARQ) | 25 | -4.7 |
| Prosody Recognition Quotient (PRQ) | 12 | -2.9 |
| Emotion Recognition Quotient (ERQ) | 47 | -4.6 |
| | | |
| Simple Facial | 13 | -3.5 |
| Facial Matching | 12 | -3.5 |
| Prosody Discrimination | 8 | -3.8 |
| Prosody Identification | 9 | -8.2 |
| Lexical Scale | 5 | -1.6 |

Johnson, Angela

YNG000022

**MYLA H. YOUNG, Ph.D., ABPN**
**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**

CONFIDENTIAL NEUROPSYCHOLOGICAL EVALAUTION

HALSTEAD-REITAN NEUROPSYCHOLOGICAL DEFICIT SCALE

Name:   Angela Johnson
Date of Birth:   01/17/64
Dates of Evaluation:  10/06/09; 10/07/09
Age at Time of Evaluation: 45
Education:   10th
Handedness:   Right
Date of Report:   03/31/10

| Measure | Raw Score | NDS Score[1] | Classification |
|---|---|---|---|
|  |  |  |  |
| Impairment Index | 3 | 1 | Borderline/Mild Impairment |
|  |  |  |  |
| Category Test | 46 | 2 | Moderate Impairment |
| Tactual Performance Test – Total Time | 10' | 1 | Borderline/Mild impairment |
| - Memory | 9 | 0 | Average |
| -Location | 7 | 0 | Average |
| Seashore Rhythm | 25 | 1 | Borderline/Mild Impairment |
| Speech Sounds Perception | 8 | 1 | Borderline/Mild Impairment |
| Finger Tapping-Dominant (Right) | 41.8 | 2 | Moderate Impairment |
| -Non-Dominant | 34.2 | 3 | Severe Impairment |
| Trail Making Test A | 25 | 0 | Average |
| Trail Making Test B | 88 | 2 | Moderate Impairment |
| Bilateral Tactile Stimulation Errors | 0 | 0 | Average |
| Bilateral Auditory Stimulation Errors | 0 | 0 | Average |
| Bilateral Visual Stimulation Errors | 0 | 0 | Average |
| Tactile Finger Recognition Errors | 0 | 0 | Average |
| Finger Tip Number Writing Errors | 5 | 2 | Moderate Impairment |
|  |  |  |  |

[1]Halstead-Reitan Neurodefict Score
   0 = Normal
   1 = Borderline/Mild Impairment
   2 = Moderate Impairment
   3 = Severe Impairment

YNG000023

**MYLA H. YOUNG, PhD., ABN**
**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**

March 31, 2010

Illan Maazel, Attorney at Law
75 Rockefeller Place, 20th Floor
New York, NY 10019

Reference:  Angela Jane Johnson

Dear Mr. Maazel:

In response to your request, Angela Jane Johnson was seen for 12 hours of
neuropsychological evaluation on October 6 and October 7, 2009.  Reason for evaluation
was to provide a description of her neuropsychological functioning for your use in legal
representation.  In addition to describing her brain functioning, specific referral inquiries
were as follows:

-Is there evidence of brain dysfunction?
-If brain dysfunction exists …
    -What is the nature of that brain dysfunction?
    -What are the likely behavioral consequences of that brain dysfunction?
    -Under what circumstances would brain dysfunction be exacerbated?
-Were valid, reliable and accepted neuropsychological tests available at the time
of her trial in 2005 that would have shown that she suffered from brain
dysfunction?
-If brain dysfunction is indicated, what are likely etiologies for that neurological
impairment?

Limited records were available for review at the time this evaluation was completed.
Conclusions about her brain functioning are based primarily upon the testing results and
interviews with her.  Additional information would be considered, but there is limited
likelihood that conclusions stated in this report would need to be altered.

Information Reviewed
Neuropsychological testing data – Michael M. Gelbort, Ph.D., January 24, 2005
Psychiatric Evaluation Report – George W. Woods, M.D., October 5, 2009

1

YNG000024

<u>Procedures Relied Upon</u>:
Interviews with Angela Johnson
Consultations with legal counsel
Review of report by George W. Woods, M.D. (10/05/09)

Effort on Neuropsychological Testing
      15 Item Test
      Test of Malingering Memory (TOMM)
      California Verbal Learning Test Forced Choice (CVLT-II)
      Bolter Malingering Index

Intellectual Functioning
      Wechsler Adult Intelligence Scale (WAIS IV)

Neuropsychological Functioning
      Sensory/Motor
            Smell Identification Test
            Finger Tapping Test
            Grooved Pegboard

      Attention and Concentration
            Conners' Continuous Performance Test (CPT)
            Seashore Rhythm Test
            Speech Sounds Perception Test
            Halstead-Reitan Trail Making Test (A and B)

      Memory and Learning
            California Verbal Learning Test (CVLT II)
                  Trial Learning
                  Interference Learning
                  Short Delay-Free
                  Short Delay-Cued
                  Long Delay-Free
                  Long Delay-Cued
                  Recognition
                  Forced Choice
            Rey Complex Figure Test
                  Immediate Recall
                  Delayed Recall
                  Recognition
            Wechsler Memory Scale (WMS-IV)
                  Auditory Memory
                  Visual Memory
                  Visual Working Memory
                  Immediate Memory
                  Delayed Memory

2

YNG000025

Language
        Wechsler Individual Achievement Test (WIAT II)
                Word Reading
                Reading Comprehension
                Pseudoword Decoding
                Numerical Operations
                Math Reasoning
                Spelling

Psychomotor
        Rey Complex Figure Test Copy Trial

Executive Functioning
        Executive Functioning Test
                Trail Making Tests
                Verbal Fluency Tests
                Design Fluency Tests
                Color-Word Interference Tests
                Sorting Tests
                20 Questions Test
                Tower Test
        Wisconsin Card Sorting Test
        Comprehensive Affect Testing System (CATS)
        Tactual Performance Test
        Category Test

**Test Results**

Test Validity:
Testing was conducted over two days, was completed in a private and quiet room, was uninterrupted, and Angela Johnson was not restrained.  Food, drink and breaks were provided by correctional staff.   She consistently worked throughout the days of testing, attempted all testing tasks and was fully cooperative with all testing procedures.

There was no indication of visual or hearing limitations and no indication of peripheral neuropathy.  She indicated that she was not experiencing medical disorder or pain at the time of evaluation, and that her eating and sleeping prior to testing were typical.  She had not experienced any unusual stressors prior to evaluation.  She indicated that she had not had access to alcohol or drug for an extended period of time prior to testing and there was no indication of acute drug effects.  Although she has taken psychotrophic medications in the past, she was not taking any medications at the time of evaluation. She was advised of, understood, and agreed to limits to her confidentiality.

Effort on neuropsychological testing was evaluated using tests specifically developed to assess her effort or of any attempt to manipulate test results  (15 Item Test, Test of

3

YNG000026

Malingering Memory, California Verbal Learning Test II Forced Choice subtest, Category Test Bolter Malingering Index), through evaluation of specific test subtests within individual neuropsychological tests known to be sensitive to insufficient effort or "malingering," and through evaluation of the consistency both within and across neuropsychological testing. All of these measures indicate that she was putting forth appropriate effort to complete neuropsychological testing and was not attempting to manipulate her neuropsychological test performance. This evaluation is considered to be a valid assessment of Angela Johnson's brain functioning.

Intellectual Functioning:
Angela Johnson's general mental ability was evaluated using the Wechsler Adult Intelligence Scale III (WAIS-IV). Her performance on this test demonstrates Low Average general mental ability (FSIQ = 89 – 23rd %, 95% Confidence Index = 85 - 93), with 77% of persons her age having higher general mental ability. Her acquired knowledge, verbal reasoning, and attention to verbal material was in the Low Average – Average range (VCI = 85 – 16th %, 95% Confidence Index = 80 - 91). Her fluid reasoning, spatial processing, attentiveness to detail, and visual-motor integration was in the Low Average - Average range (PRI = 92 – 30th %ile Confidence Index). Her ability to attend to information, to hold briefly and process that information into memory, and then to formulate a response (Working Memory Index = 83 – 13th%ile, 95% Confidence Index = 77 - 91) was in the Borderline – Low Average range. Her ability to process visual information quickly was in the Average Range (PSI = 105 – 63rd%ile, 95% Confidence Index = 96 – 113). The General Ability Index (GAI) was 87 – 19th %ile (95th Confidence Index = 82 – 92). The GAI provides confidence that the general mental ability demonstrated by Angela Johnson in 2009 is significantly representative of her long-standing general mental ability and does not reflect a decline in ability since the offense in 2005.

This pattern of performance on IQ testing indicates that although Angela Johnson is an intellectually capable person she also experiences brain dysfunction that specifically manifests when she is required to attend and remember information and when she is required to process new information into memory. Working memory is highly sensitive to many different neurological disorders and indicates likelihood of brain dysfunction.

Brain Functioning and Neuropsychological Assessment

The science of clinical neuropsychology studies the relationship between the brain and behavior. Because the brain is the human organ that drives behavior, any injury or insult has the potential to adversely affect a person's actions, thought processes, cognitive abilities and psychological functioning. Conversely, observable behavioral deficits, including failure to meet developmental milestones and impaired scholastic, occupational and/or social functioning may suggest compromised brain anatomy or neurophysiology.

Evaluation of neuropsychological functioning requires administration of a battery of standardized neuropsychological tests, review of relevant records that are available and interviews with the individual being evaluated. Relevant information sought includes family, medical, psychiatric, and social histories, circumstances of prenatal development,

4

YNG000027

circumstances of childhood and adolescent development, educational, work, offense information, and description of current functioning.

A neuropsychological testing battery also includes measures of specific aspects of brain functioning, including sensory perception, motor coordination, attention and concentration, verbal and visual memory and learning, expressive and receptive language, psychomotor and executive functioning (abilities to think, organize, reason, plan, inhibit impulses, think and act flexibility). Based on knowledge of brain anatomy, brain functioning, and neurological disorders, instruments used in a neuropsychological evaluation are developed to identify and measure cognitive deficits caused by brain dysfunction, and, if impairment is demonstrated, to provide an indication of the potential cognitive and behavioral consequences of disrupted brain functioning for the individual.

Neuropsychological testing is guided by understanding of the phylogenetic organization of brain structures and brain connecting systems. One such developmental understanding was proposed by Ivan Yakovlev in 1967 and is supported and relied upon by contemporary neuroscientists in understanding brain function and dysfunction. Yakovlev described the brain as organized in three separate but related systems, with three primary connecting systems. There is a primitive nuclear core of the brain, the allocortex, which includes the brain stem, reticular activating system, pons, medulla and cranial nerves, hypothalamus and functions to maintain consciousness, metabolism, respiration, and circulation and to filter stimuli received from the environment. The middle system, the neocortex, includes the temporal cortex and limbic ring and includes the temporal cortex, hypothalamus, hippocampus, thalamus, basal ganglia and amygdala, serves primary functions of motivation, memory, arousal, emotion, affect and mood. The outer layer, the mesocortex, includes the primary sensory and motor cortices, corpus callosum, cerebrum (occipital, parietal, temporal, and frontal lobes) and cerebellum. Orbitofrontal-paralimbic, hippocampal-paralimbic and subcortical-limbic connection circuits provide a "flow" of information throughout the brain (Yakovlev & Lacours, 1964/1967; Bear, Connors & Paradiso, 2001). The brain is divided by the corpus callosum into two hemispheres, right and left. In right handed, and most left handed persons, the left brain hemisphere primarily mediate language, speech, writing and reading. The right brain hemisphere predominantly mediates spatial abilities, recognition of information and musical abilities including singing and playing musical instruments.

In addition to knowledge of the phylogenetic organization of the brain, neuroscientists have known for many years that the normal brain develops in a predictable and unchangeable sequence. Brain regions responsible for arousal, filtering information, auditory, visual, and tactile/kinesthetic abilities develop first; brain regions responsible for analyzing and integrating information sequentially develop next; and brain regions responsible for simultaneously analyzing and integrating information develop last, with the brain continuing to develop through adolescence and into young adulthood.

In early childhood, the primary portions of the brain that function for motor, sensory, attention filtering, visual dimension and color, and analyzing language sounds undergo the greatest maturation. In middle childhood, the secondary portions of the brain that

5

YNG000028

function to develop abilities for reading, writing, spelling, arithmetic and other secondary language academic skills undergo the greatest maturation. In adolescence and into young adulthood, the tertiary portions of the cerebrum, particularly the temporal and frontal cortices undergo the greatest maturation (Luria, 1966/1973/1986).

As the brain develops, those brain regions that are maturing the most are also those brain regions that are most vulnerable to brain damage, identified as the "vulnerability hypothesis." Consequently, the child who experiences brain trauma between the ages of approximately 8 – 12 years is most vulnerable to subsequent severe learning disabilities. The adolescent who experiences brain injury between the ages of 12 and 16 years is most vulnerable to subsequently impaired executive functions. Additionally, brain insult(s) as a child interferes with further development of all other brain systems and structures (Pfefferhan, 1994; Gied, 1999; Sowell, 2000/2001/2003; Adelman, 2002; Casey, 2000/2005; Durston, 2001; Gogtay, 2004).

<u>Neuropsychological Functioning</u>

 Angela Johnson's neuropsychological functioning was evaluated using a series of tests selected to evaluate her sensory/motor, attention and concentration, memory and learning, language, psychomotor, and executive functioning. Her performance across neuropsychological testing is summarized in this section. An Addendum to this report provides further description of her test performance.

   <u>Sensory/Motor</u>: Angela Johnson's sensory perception was evaluated using the Smell Identification Test and the Reitan-Klove Sensory Perceptual Examination. Her motor coordination was evaluated using Finger Tapping and Grooved Pegboard. Primary sensory perception and motor coordination are mediated by mesocortex motor and sensory strips in coordination with regions of the prefrontal cortex.

Angela Johnson made five (5) errors on Smell Identification, which places her in the 16th %ile indicating boderline/mild olfactory impairment. Bi-lateral impairment of motor coordination indicated brain dysfunction of mesocortex motor and sensory strips in coordination with motor coordination and olfactory discrimination regions of the prefrontal cortex.

   <u>Attention and Concentration:</u> Angela Johnson's attention and concentration were evaluated using the Conners' Continuous Performance Test (CPT), Seashore Rhythm, Speech Perception Test and Halstead-Reitan Trail Making Tests (A and B). Although the pattern of her abilities indicates significant attention problems with both impaired attention and impulsivity like that of individuals who experience Attention Deficit Hyperactivity Disorder (ADHD) and neurological disorder, specific classification of disorder cannot be determined based on this test alone. The patterns of her disabilities on this test were, however, slow and inaccurate, and are strong indications of attention-related deficits. Attention and concentration are mediated by the allocortex reticular activation region and coordination of information between the mesocortex prefrontal cortex and the subcortical brain.

6

YNG000029

CPT is a computer administered neuropsychological test which requires the person to sustain their attention for approximately 15 minutes.   Angela Johnson was unable to respond to many of the attention targets, making a large number of omission errors (Omissions).  Her reaction times were significantly slowed (Hit Rate) and significantly inconsistent (Hit Rate Standard Error).  She persisted in providing the same response regardless of the changing demands of the test (Perseveration) responding repeatedly without the ability to consider changes in the demands of the test.  On Seashore Rhythm and Speech Perception Tests her abilities were in the range of borderline impairment (Seashore Rhythm NDS = 1; Speech Perception Test NDS = 1).   This indicates that when Angela Johnson is required to sustain her attention for a brief time, her ability is limited, but generally adequate.  When she is required to sustain her attention for longer periods of time, however, her attention is significantly impaired and like that of persons who experience attention deficit disorder and/or attention problems associated with many neurological disorders.  Impairment within the allocortex reticular activation system, mesocortex prefrontal cortex and orbito-frontal brain connecting system is indicated.

Memory and Learning:    Angela Johnson's memory and learning were evaluated using the Wechsler Memory Test (WMS-III), the California Verbal Learning Test (CVLT II), memory trials of the Rey Complex Figure Test (Rey) and memory trials of the Tactual Performance Test (TPT).  Although she was successfully able to complete some of these memory tasks, her abilities were significantly lower than average, and often in the impaired range.  Impairment severity ranged from mild to moderate.

On the CVLT-II, she experienced borderline-mild impairment in her ability to immediately learn new verbal information (Trial 1) and to recognize information that had previously been presented (Recognition).  Her ability to remember information after a brief delay was moderately impaired (Short Delay).   Her abilities on other CVLT-II measures of verbal learning and memory were low but in the average range.

On the Rey Complex Figure Test (Rey) her ability to recognize information that she had previously seen was in the range of mild impairment (Recognition).  Her abilities for immediate and delayed recall of visual information on the Rey Complex Figure test were in the average range.  It is relevant to note, however, that she took significantly longer to reproduce the complex figure that she was trying to remember (Copy Time = 5 minutes 32" ) providing her greater advantage in recalling this information and suggesting that, like that of some persons with neurological disorder, when she is provided more time her abilities may improve.

On the Wechsler Memory Scale (WMS-IV) her visual memory index was in the lower than that of most individual of her age and education (Visual Memory; Visual Working Memory).  Her abilities on other measures of memory on this test were in the average range.

7

YNG000030

When she was asked to remember information that she had experienced by touching the stimuli (Tactual Performance Test), her ability was improved and in the average range (Tactual Performance Test-Memory; Tactual Performance Test-Location).

Memory and learning are mediated primarily by the neocortex temporal hippocampus region, neocortex limbic system amygdala region, mesocortex prefrontal cortex and frontal-hippocampal-limbic connecting system, indicating impairment of these brain regions for Angela Johnson.

Language: Angela Johnson's secondary language was evaluated using the Wechsler Individual Achievement Test (WIAT II). She reports that she attended school through the 10th grade. Her reading abilities were generally lower than expected. Her arithmetic and mathematical abilities were, however, significantly lower than expected. .

Her ability to phonetically identify words was significantly impaired (Pseudoword Decoding). Her ability to recognize a written word and comprehend what she had read was low, but in the average range. Overall, her reading abilities were low, but within the average range. Her abilities for numerical operations (5th grade equivalent) and math reasoning (7th grade equivalent), however, were significantly lower than expected.

Secondary language is primarily mediated by the mesocortex parietal, occipital and temporal cortices, as well as orbito-frontal and prefrontal hippocampal connecting system.

Visual-Perceptual-Motor: Angela Johnson's visual-perceptual-motor abilities were evaluated using the copy trial of the Rey Complex Figure Test (Rey) and the Tactual Performance Test (TPT). Despite taking longer time (5 minutes 32 seconds), than is taken by persons her age that do not experience neurological order, her ability to copy a complex figure was moderately impaired. Her ability to perform a simple task which required tactual identification without benefit of sight was borderline-mildly impaired (Tactual Performance Test-Total Time).

Visual-perceptual-motor is primarily mediated by the mesocortex occipital, parietal and prefrontal motor region and orbitofrontal connecting system.

Executive Functioning: Executive functioning is the ability to think, reason, problem solve, anticipate consequences of actions, and change actions based on information received from the environment. Executive functioning is also the ability to think, reason, problem solve, inhibit impulses and monitor actions, and is needed for planning, impulse control and self-regulation.

Executive functioning is mediated by the prefrontal cortex and connections from the prefrontal cortex to all other brain regions. The prefrontal cortex is the largest and most complex brain structure making up approximately 25% of all brain tissue, and is comprised of four separate prefrontal regions. The dorsolateral prefrontal region is primarily responsible for memory, learning, and cognitive flexibility. The orbitofrontal

8

YNG000031

prefrontal region is primarily responsible for learning new information, discriminating voice prosody (tone of voice), planning, anticipating consequences of actions, and inhibition of impulses. The mesial prefrontal region is primarily responsible for monitoring actions, motivation and apathy.

The frontal cortex is comprised of four regions, the motor, orbitofrontal, dorsolateral, and mesial region. Each of these regions is responsible for executive functioning, but each region provides for differing aspects of executive functioning. The motor region is primarily responsible for fine motor movement, motor speed, and strength. The dorsolateral region is primarily responsible for problem solving, planning, monitoring actions, and cognitive flexibility. The orbitofrontal region is primarily responsible for judgment, inhibition of actions, and affective experiences (irritability, euphoria, lability, hypomania). The mesial region is primarily responsible for motivation, spontaneity, demeanor).

Angela Johnson's executive functioning was evaluated using subtests from the Executive Functioning Test (EFT), Wisconsin Card Sorting Test (WCST), Comprehensive Affective Testing System (CATS), Tactual Performance Test (TPT) and Category Test. Although she was successfully able to complete some of these executive functioning tasks, her ability across most tests was significantly impaired. Impairment ranged from mild to severe.

Although her abilities on several EFT tests were within the average range, her ability to scan, and sequence both numbers and letters was significantly impaired (Trail Making Tests). Her ability to initiate, simultaneously and flexibly process verbal information was significantly impaired (Verbal Fluency). Her ability to inhibit and flexibly shift thinking was significantly impaired (Color-Word Interference). Her ability to categorize and use information that was provided to solve a problem was significantly impaired (20 Questions). Impairment ranged from mild to severe.

Angela Johnson's abilities on WCST variables were also significantly impaired. She made a significant number of errors in her ability to respond to information that she was provided by the test. Her ability to identify the problem, respond in a way which accurately solved the problem, and flexibly change her problem solving actions based on information as to whether her actions were accurate or inaccurate were significantly impaired.

On the CATS, her ability was significantly impaired. Overall facial recognition (ARQ), overall emotional recognition (ERQ) and overall ability to identify emotion by the tone of voice (PRQ) were all in the impaired range. Her ability to discriminate facial affect, match facial affects, process emotional tone of voice, match tone of voice with facial emotional expression, identify emotional tone, identify meaning of emotional tones, match emotional tone with facial expression, and identify emotional content with congruent or conflicting emotional tone were all impaired. Prefrontal, anterior temporal, limbic amygdala dysfunctions are indicated. Impairment within orbitofrontal,

9

YNG000032

dorsolateral, and mesial prefrontal cortex was indicated, with impairment ranging from mild to severe.

Halstead-Reitan Neuropsychological Battery:  The Halstead-Reitan is a comprehensive neuropsychological battery which was developed in the 1970's and statistically standardized in 1985 (Reitan & Wolfson, 1985).  The Halstead-Reitan battery includes a series of individual tests which evaluate sensory perception, motor coordination, attention, memory, language, psychomotor and executive functioning. Tests within each of these functions are individually scored, and an overall impairment index is calculated.

Angela Johnson's abilities across Halstead-Reitan tests were significantly impaired, with impairment ranging from borderline/mild to severe.  Using the Reitan-Wolfson Neuropsychological Deficit Scale (1985), her abilities on the Tactual Performance Test, Seashore Rhythm Test, and Speech Sounds Perception Test were in the range of mild/borderline impairment.  Her abilities on Category Test, Finger Tapping Dominant Hand, Trail Making B, and Finger Tip Number Writing were in the range of moderate impairment.  Her Finger Tapping-Non-Dominant Hand was severely impaired. Using the proportion of tests which have been demonstrated to be most sensitive to differentiating brain damaged from non-brain damaged persons, her abilities were in the range of borderline/mild impairment (Impairment Index).

**Response to Inquiries**

*-Is there evidence of brain dysfunction?  If so, what is the nature of that brain dysfunction?*

Angela Johnson's performance on neuropsychological testing indicates that her general mental ability is in the low average range (Full = 89, 23rd % ile).  Her strength was in fluid reasoning, spatial processing and visual-motor integration (PRI = 92, 30th %ile). Her greatest weakness was in the ability to process information into memory and then formulate a response to that information (WMI = 83, 13th %ile).   Many persons with this level of general mental ability are able to work, live independently, generally manage their financial needs, and reasonably maintain social, interpersonal and family relationships.  To accomplish this, however, the demands on them need to be simple and limited to match their general mental ability.  They typically require supervision and they typically require intervention by others when the demands on them are greater than they are able to understand or to accommodate.

Although her abilities on several tests of neuropsychological functioning were in the average range, she demonstrates some level of impairment across all brain functions. Impairments in sensory, motor, attention, memory, psychomotor and executive functioning are all significantly impaired.  Diffuse brain impairment which affects all brain regions is indicated, but with the greatest impairment in pre-frontal cortex, temporal cortex, and limbic cortex structures, as well as significant impairments in all connecting

10

YNG000033

systems among these brain structures. Although both right and left brain hemisphere dysfunction is indicated, the most severe impairment for Angela Johnson is for the left brain hemisphere. Neurological disorder is indicated and temporal lobe seizure activity is a distinct possibility.

*-What are the likely behavioral consequences of that brain dysfunction?*

The prefrontal cortex mediates a wide range of behaviors identified as executive functioning. Executive functioning is the ability to think, reason, problem solve, anticipate consequences of actions, and change actions based on information received from the environment. Executive functioning is also the ability to monitor and inhibit thinking and actions, control impulses and self-regulate actions. The temporal cortex also mediates a wide range of abilities, including memory and learning, language learning and comprehension, facial emotional expression and emotional voice tone. The limbic system is an extension of the temporal cortex and includes, among other brain structures, the hippocampus and amygdala. The hippocampus primarily mediates memory and learning and the amygdala primarily mediates emotion and affect.

The prefrontal, temporal, and limbic systems work together by transferring information to and from the structures across brain connecting systems. The limbic system amygdala provides immediate emotional response and transfers the information to the prefrontal cortex. Using memory from the temporal cortex and hippocampus, the prefrontal cortex organizes and classifies the information and responds in ways that are needed and appropriate for the situation. When impairment is in all of these brain structures the person is vulnerable to experiencing extreme unrealistic emotion, is unable to recall similar situations in the past and is unable to use this prior information to guide and change their actions when change is needed to accommodate the current situation. Their ability to organize and alter their emotions and their reactions to these emotions to be appropriate to the situation is vulnerable to unexpected, often inappropriate and sometimes socially unacceptable or even physically aggressive behavior. Many behaviors required for daily functioning, appropriate actions and expected behavioral control are associated with these brain structures and the interaction among these structures.

Metaphorically, the amygdala is like the gas pedal of an automobile. The prefrontal cortex is like the brake. When the gas pedal and brake work together the automobile can be controlled and appropriately meet the needs of the situation. When the brake is impaired, the automobile can be out of control and respond in unanticipated, often disastrous consequence. It is the same for the amygdala and prefrontal cortex. When the amygdala is stimulated the information is transferred to the prefrontal cortex. Using information that has been initiated in the amygdala and stored in the hippocampus, the prefrontal cortex responds.

Behavioral consequences of impairment of brain structures such as that indicated across Angela Johnson's neuropsychological testing, results in the individual over-reacting (or

11

YNG000034

under-reacting) to a situation, unable to accurately assess and alter their reactions in appropriate ways, and respond in unanticipated, inaccurate or inappropriate ways, sometimes resulting in aggressive or even violent actions.

*-Under what circumstances would brain dysfunction be worsened?*

Persons with brain damage associated with these brain regions have histories of impaired ability to assess a situation, problem solve to find ways to deal with the situation, act according to plan, and also to change actions when the environment is telling them that their plan is not working. They frequently use poor judgment, are labile and act in inappropriate or unacceptable ways, and are unable to develop insight into their actions.

In situations which are reasonably simple, reasonably structured, and which provide reasonable intervention as needed, persons with brain impairment like that indicated for Angela Johnson often function adequately. In complex or highly stressful situations or in situations which place greater demand on them than they are able to accommodate, they are quite likely to act in uncontrolled, unreasoned, and inappropriate ways. They are frequently unable to change their actions despite repeated interventions by others. When they are able to change their actions, they are frequently unable to sustain that change, regressing to previously uncontrolled and inappropriate actions. They often misunderstand situations, over respond, and are unable to remember and associate past experiences and consequences in similar situation with the current situation and, therefore, act impulsively. Additionally, the already damaged brain is more vulnerable to any future trauma, and subsequent incidences of trauma predictably result in greater consequence than is anticipated for the normal brain. There is a wealth of research documenting relationships between dysfunctional Frontal-Temporal-Orbito-Frontal Limbic cortexes and aggression and violence.

*-Were valid, reliable and accepted neuropsychological tests available by the time of Angela Johnson's trial in 2005 that would have shown that she suffered from brain dysfunction?*

As would be expected, we know more about brain functioning and neuropsychological assessment in 2009 and 2010 than was known in 2005. The specialty of neuropsychology was, however, well-established by 2005 and most of the tests used in this evaluation were available at that time. Using only tests that were available and commonly used by neuropsychologists in or prior to 2005 would have provided test results showing that Angela Johnson suffered from significant brain dysfunction.

*-If brain dysfunction is indicated, what are likely etiologies for that neurological impairment?*

12

YNG000035

Even considering the limited information that is currently available about Angela Johnson's developmental history that which is available offers several likely etiologies for the brain dysfunction that she currently experiences.

Severe early childhood abuse: It is reported that Angela Johnson was the victim of extreme religious practices in which she was the target of ritualized exorcisms perpetrated by her mother, grandmother and other adults. During these rituals she is described as being thrown down, physically restrained against her will, hit, shaken, and severely beaten for the stated purpose of "curing" "deaf and dumb demons." These rituals reportedly occurred throughout her childhood, beginning as a young child and continuing through most of her childhood. Although she was reluctant to discuss her childhood in interviews with me asking me instead to obtain the information from her records, she did report physical abuse in which she was hit on the back of the head with unknown objects on multiple occasions, resulting in severe headaches, vomiting, dizziness and indicating likely loss of consciousness. She reported instances of being suffocated to the point of likely loss of consciousness during these times.

There is substantial research associating childhood abuse and subsequent brain dysfunction (Ito, Teicher, Glod, Harper, Magnusis and Gelband, 1993; Teicher, Anderson and Polcari, 2002; Van der Kolk and Fisler, 1994; Van der Kolk, 2006). For Angela Johnson, the permanent brain impairment resulting from the persistent stress of childhood abuse would have been worsened by the nature of her abuse which predictably resulted in traumatic brain injury, as well as the damaging effects of persistent emotional stress on the developing brain.

Drug abuse: Alcohol abuse at a young age is described by Angela Johnson. She indicated that she first used alcohol when she was 12-13 years old, drinking alcohol to the point of vomiting.

As previously described, executive functioning is the ability to think, reason, problem solve, anticipate consequences of actions and change actions based on information from the environment. Executive functioning is mediated by the brain's pre-frontal cortex. In normal brain development the pre-frontal cortex is the brain structure that is undergoing the greatest development and maturation, and consequently the brain structure that is most vulnerable to permanent damage. Angela Johnson's use of alcohol at 12-13 years old would have, therefore, predictably resulted in damage to her developing prefrontal cortex.

In addition to alcohol abuse at 12-13 years old, Angela Johnson described adult polydrug abuse including marijuana, heroin, LSD, cocaine and methamphetamine abuse—"I have probably done them all except for crack." Methamphetamine abuse is the drug that was most severely abused. There is substantial research documenting the permanent effects of heroin, LSD, cocaine and methamphetamine abuse. There also is substantial research documenting the severe consequences of drug abuse during childhood and adolescence. (Casey et al, 2000; 2005; Durston et al, 2001; Tapert & Brown, 1999; Gied et al, 1999

13

YNG000036

Gogtay et al, 2006; Sowell et al 1999; 2001; 2004; Woods et al 2005; Bechara & Martin, 2004; Savitx et al 2008).

Psychiatric Disorder: A family history of likely psychiatric disorder is reported for Angela Johnson's mother, with reports that she experienced auditory hallucinations, visual hallucinations and profound religiosity like that experienced by individuals with a psychotic disorder. Labile affect, heightened affect, poor social functioning, heightened suggestibility and inability to effectively solve problems in daily life are also described for her mother, also consistent with psychiatric disorder. Symptoms of psychiatric disorder are also suggested for Angela Johnson. Although she was not taking psychotrophic medications at the time of evaluation, she has been prescribed medications used to treat major depression, bipolar disorder, and schizophrenia (Paxil, Prozac, Trazadone, Amitriptyline, Seroquel). Angela Johnson did not demonstrated symptoms of psychiatric disorder during testing. Untreated psychiatric disorder would not have accounted for her impairment in current testing. However, she has been previously prescribed psychotropic medications and psychiatric disorder, if experienced, would provide further understanding of the brain dysfunction demonstrated in the testing. There is also the possibility of Posttraumatic Stress Disorder (PTSD). Early childhood abuse resulting in Developmental Trauma Disorder, with subsequent progression to adult Posttraumatic Stress Disorder (PTSD) is described by Van der Kolk (2009).

Angela Johnson's neuropsychological testing is consistent with that of individuals who experience psychiatric disorder. Mood disorder, psychotic disorder and/or PTSD therefore, may contribute to her impaired brain functioning.

Closed Head Injury: Head injuries with and without likely loss of consciousness are reported for Angela Johnson. As previously indicated, she describes multiple likely brain traumas caused by being hit on the head as a result of childhood abuse. She further reports multiple instances of spousal abuse in which she was hit on the head or being knocked down, hitting her head. She reports two moving vehicle accidents occurring in close time proximity when she was 20 years old, with symptoms consistent with post concussion syndrome following both of these vehicle accidents. She reports another likely traumatic head injury with symptoms of likely post concussion syndrome as a result of a moving vehicle accident when she was approximately 23 years old. Any one of these events could have, and likely did, result in traumatic brain injury and subsequent permanent brain damage.

All of these factors—early childhood abuse, drug abuse, toxin exposure, psychiatric disorder, and closed head trauma—were known for Angela Johnson in 2005, and should have alerted her counsel of the likelihood of brain dysfunction which would have provided relevant information to the court. Need for comprehensive neuropsychological testing was clearly indicated.

14

YNG000037

I hope that this information is helpful to you in understanding Angela Johnson.  If additional information is needed, please contact me.

Myla H. Young, PhD., ABN
Clinical Neuropsychology

Office:                                                    Mailing:
1475 North Broadway, Suite #335            1630 North Main Street #357
Walnut Creek, CA 94596                        Walnut Creek, CA 94596
(925)  952-4350

15

YNG000038

# Law Office of Michael Burt

600 Townsend Street, Suite 329-E
San Francisco, California 94103
415-522-1508 phone; 415-522-1506 fax
michael.burt@prodigy.net

June 7, 20011

Dr. Myla Young
1630 North Main Street # 357
Walnut Creek, CA 94596

Re: United States v. Angela Johnson

Dear Dr. Young

In preparation for our hearing next week, I have been reviewing your report and notes as well as other materials and I have a number of questions which I would like you to address in writing so I can provide the government with some notice of what your opinions will be on the issues discussed herein. I will need your response as quickly as possible as we need to have all reports and Powerpoints to the judge by this Friday, which means they have to be at the Fed Ex by Thursday. My questions are as follows:

First, you state in your report of March 31, 2010 at page 3-4 that "[a]lthough she has taken psychotropic medications in the past, she was not taking any medications at the time of evaluation." This statement seems inconsistent with your notes of October 6, 2009 in which you appear to state that Angela told you that today she took 300 mg of Wellbutrin, Ibuprophen, and Naprosin". Can you clarify what Ms. Johnson told you in regard to drug usage ? Her attached BOP medical records for that time period would seem to indicate that she was taking one or more of the three drugs she mentioned at the time of your examination. What effect, if any, would these drugs at the dosages indicated in her medical records have on your testing results ? Are the

YNG000039

pattern of your test scores consistent with someone who was being effected by drugs ?

Second, your report indicates at page 3 that Ms. Johnson told you that "she had not experienced any stressors prior to evaluation." Your notes for October 6, 2009 similarly state that Ms. Johnson stated there were "[n]o unusual situation circumstances." Your note on the 7th indicate that Ms. Johnson told you that there were "no situational changes", and that she had gone to bed early and slept for 7 hours, although she also stated that she had some anxiety over testing. The attached medical records indicates that on October 9, 2009, Ms. Johnson was diagnosed with post-traumatic stress disorder because of "[i]ncreased stress related to frequent irratable behviors of new next cell mate. " It indicates that she complained of being "constantly on edge and anxious." (BOP medical records, p. 18). Did Ms. Johnson say anything to you about a problem with another inmate. Assuming she was having such a problem on October 6-7, 2009 when you tested her, what impact would such strees have on your test results ? Are the pattern of your test scores consistent with someone who was being effected by extreme stress ?

Third, you stae in your repot at page 9 that her abalities on the WCST "were...significantly impaired." You state at page 10 that "[h]er abilities on Category Test...were in the range of moderate impairment." Are these statements accurate ? To your knowledge, are there any errors in your report regarding these two tests or any other tests ?

Fourth, I sent you Dr. Gelbort's raw testing data. Do any of the tests that Dr. Gelbort gave show any impairments ? You both gave a Category Test. Is it the same test ? On Dr. Gelbort's Category Test she made 52 errors . Is this impaired ? On your Category Test she made 46 errors. Is there an explanation for the differance in perfomance ?

Fifth, based on Dr. Martell's reports and testimony in other case, we expect he will say

2

YNG000040

that your test interpretation is flawed because you did not utilize the Heaton norms. Are the use of such norms appropriate in a capital case ? Assuming they should be used, would they make any difference in this case ?

Lastly, I believe I previously sent you Ms. Johnson's school records. If not they are attached. As you will see, in first grade at Mason City School, Ms. Johnson achieved "acceptable progress", as opposed to "outstanding progress" in the area of achievement. The separate areas of attitude and application were not evaluated in any subject.

In the second and third grades at Meservey School District she achieved S (Satisfactory) in all her grades. The Iowa Test of Basic Skills and the Standardized Test Record vis blank in these records. These records indicate that she attended the third grade in 72-73, but somewhat inconsistently we have an attendance record for the Chanute, Kansas school district which indicates she attended school there beginning in August 1972. No grades are listed,

We do not have any records opf where she attended the 4th grade.

Her fifth grade (74-75) record from Forest City Community School District indicates that although she was absent 23 and one half days she nevertheless acheived in "A" in all subjects. We were curious about this result until we learned from examining her siblings school records from the same school (also enclosed) that in the Forest City School District an "A" means acceptable, as opposed to an "N", which means "Not Acceptable". In the sixth grade (75-76), Ms. Johnson acheived an "N" in reading and arithmetic, and an "A" in all other subjects.

In the seventh grade (76-77) at Thompson Community School District, which is the only school that Ms. Johnson attended that had a more sophisticated grading system, Ms. Johnson acheived a C in arithmetic, a D in reading and language, and an F in science, social studies, and

3

YNG000041

music. She did get a B in health and physical education. She repeated the 7th grade at Forest City (76-77) and then completed the eighth grade, achieving an S in all subjects, although she was absent 21 and one half days in the seventh grade and 44 days in the eighth grade. She began the ninth grade but the records indicate she dropped out in October 1978 without completing her courses. She did receive her GED while incarcerated in 2002.

Nowhere in these records is there any indication that Ms. Johnson was given an IQ or other achievement test. The records are sketchy at best. We were able to determine form interviewing school teachers that "Ms. Johnson was a 'resource' student, a designation term that replaced 'special ed." (Declaration of Leonard Post, attached). The records custodian of special education records in Forest City informed us that after Ms. Johnson went through the school system they started keeping index cards and records on all special education students. The records have been destroyed, but the custodian found special education index cards for Ms. Johnson's siblings Jim Johnson and Holly Johnson. These index cards are included in the siblings school records.

Are these educational records consistent or inconsistent with your testing results ?

Thank you Dr. Young for addressing these issues. I look forward to your response.


Sincerely,


Michael N. Burt
Attorney at Law


4

YNG000042

**MYLA H. YOUNG, Ph.D., ABN**

**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**

CONFIDENTIAL NEUROPSYCHOLOGICAL EVALAUTION

TEST SCORES

Name:   Angela Jane Johnson
Date of Birth:   01/17/64
Date of Evaluation:   10/06/09; 10/07/09
Age at Time of Evaluation:   45
Education:   10th grade
Handedness:   Right
Date of Report:   03/31/10

**Attitude towards Evaluation**

| Test | Score | Qualitative Description |
|------|-------|------------------------|
| | | |
| 15 Item Test | 15/15 | Adequate effort |
| Test of Malingering Memory (TOMM) | 49/50 | Adequate effort |
| CVLT II Forced Choice | 100% | Adequate effort |
| Bolter Validity Index | 0 | Adequate effort |

**Wechsler Adult Scale of Intelligence (WAIS IV)**

**Composite Score Summary**

| Scale | Sum of SS | Composite Score | | Percentile Rank | 95% Confidence | Qualitative Description |
|-------|-----------|-----------|------|-----------------|----------------|------------------------|
| | | | | | | |
| Verbal Comprehension | 22 | VCI | 85 | 16 | 80-91 | Low Average |
| Perceptual Reasoning | 26 | PRI | 92 | 30 | 86-99 | Average |
| Working Memory | 14 | WMI | 83 | 13 | 77-91 | Low Average |
| Processing Speed | 22 | PSI | 105 | 63 | 96-113 | Average |
| Full Scale | 84 | FSIQ | 89 | 23 | 85-93 | Low Average |
| General Ability | 48 | GAI | 87 | 19 | 82-92 | Low Average |

**Verbal Comprehensive Subtests Summary**

| Subtest | Raw Score | Scaled Score | %ile Rank | Ref Grp Scaled Score | *SEM* |
|---------|-----------|--------------|-----------|----------------------|-------|
| | | | | | |
| Similarities | 23 | 9 | 37 | 9 | 1.04 |
| Vocabulary | 19 | 5 | 5 | 6 | 0.73 |
| Information | 10 | 8 | 25 | 8 | 0.73 |

Johnson, Angela

**Wechsler Adult Scale of Intelligence (WAIS IV) (Con't)**

**Perceptual Reasoning Subtests Summary**

| Subtests | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Block Design | 32 | 8 | 25 | 7 | 0.95 |
| Matrix Reasoning | 15 | 9 | 37 | 8 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

**Working Memory Subtests Summary**

| Subtests | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Digit Span | 22 | 7 | 16 | 7 | 0.73 |
| Arithmetic | 10 | 7 | 16 | 7 | 0.9 |

**Processing Speed Subtests Summary**

| Subtest | Raw Score | Scaled Score | %ile Rank | Reference Grp Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Symbol Search | 30 | 10 | 50 | 9 | 1.56 |
| Coding | 75 | 12 | 75 | 10 | 1.2 |

**Wechsler Individual Achievement Test (WIAT-II)**

| Subtest | Standard Score | Confidence Interval | %ile | Grade Equivalent |
|---|---|---|---|---|
| **Reading** | | | | |
| Word Reading | 97 | 91-103 | 42 | |
| Reading Comprehension | 103 | 97-109 | 58 | 8.8 |
| Pseudoword Decoding | 91 | 86-96 | 27 | 6.8 |
| Composite Score | 291 | 90-98 | 34 | |
| | | | | |
| **Mathematics** | | | | |
| Numerical Operations | 83 | 75-91 | 13 | 5:6 |
| Math Reasoning | 83 | 76-90 | 13 | 7:2 |
| Composite Score | 166 | 77-89 | 13 | |

**Smell Identification Test**

| Errors | Raw Score | %ile | Qualitative Description |
|---|---|---|---|
| 5 | 35 | 16 | Normosia (Borderline/mild impairment) |

Johnson, Angela

**Grooved Pegboard Test**

| Measure | Time | Standard Score |
|---|---|---|
|  |  |  |
| Dominant | 1'5" | -1 |
| Non-Dominant | 1'28" | -1 |

**Finger Tapping Test**

| Measure | Taps | Standard Score |
|---|---|---|
|  |  |  |
| Dominant | 39 | -1 |
| Non-Dominant | 34 | -1 |

**Conners' Continuous Performance Test (CPT)**

**Inattention**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Omissions | 73.33 | Severely impaired |
| Commissions | 31.63 | Average range |
| Hit RT | 82.41 | Mildly impaired |
| Hit RT Std. Error | 62.82 | Mildly impaired |
| Variability | 57.44 | Average range |
| Detectability | 16.65 | Average range |
| Hit RT ISI Change | 53.57 | Average range |
| Hit SE ISI Change | 51.61 | Average range |

**Impulsivity**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Commissions | 31.63 | Average range |
| Hit RT | 82.41 | Average range |
| Perseverations | 65.65 | Severely Impaired |

**Vigilance**

| Measure | T Score | Qualitative Description |
|---|---|---|
|  |  |  |
| Hit RT Block Change | 35.91 | Average range |
| Hit SE Block Change | 56.45 | Average range |

Johnson, Angela

YNG000045

**California Verbal Learning Test (CVLT-II)**

| Subtest | Raw Score | Standard Score |
|---|---|---|
| Trial 1 | 6 | -0.5 |
| Trail 5 | 14 | 0.5 |
| Trial B | 4 | -1 |
| Short Delay-Free | 12.0 | 0.5 |
| Short Delay-Cued | 9.0 | -1.5 |
| Long Delay-Free | 11.0 | 0 |
| Long Delay-Cued | 12.0 | 0 |
| Recognition | 14 | -0.5 |
| Repetitions | 8 | 0.5 |
| Intrusions | 7 | 0.5 |
| Forced Choice | | 100%  - Valid protocol |

**Wechsler Memory Scale (WMS-IV)**

### Index Score Summary

| Index | Sum of SS | Index Score | 95% Conf Interval | %ile |
|---|---|---|---|---|
| Auditory Memory | 46 | 109 | 102-115 | 73 |
| Visual Memory | 38 | 96 | 91-102 | 39 |
| Visual Working Memory | 18 | 94 | 87-102 | 34 |
| Immediate Memory | 39 | 98 | 92-104 | 45 |
| Delayed Memory | 45 | 108 | 101-114 | 70 |

### Primary Subtest Scaled Score Summary

| | Raw Scores | Age SS | %ile Rank |
|---|---|---|---|
| Logical Memory I | 25 | 10 | 50 |
| Logical Memory II | 27 | 12 | 75 |
| Verbal Paired Associates I | 39 | 12 | 75 |
| Verbal Paired Assoc II | 12 | 12 | 75 |
| Designs I | 61 | 8 | 25 |
| Designs II | 60 | 11 | 63 |
| Visual Reproduction I | 34 | 9 | 37 |
| Visual Reproduction II | 27 | 10 | 50 |
| Spatial Addition | 6 | 6 | 9 |
| Symbol Span | 27 | 12 | 75 |

**Rey Complex Figure Test**

| Measure | Raw Score | T Score | %ile |
|---|---|---|---|
| Copy | 31 | | 2-5 |
| Immediate Recall | 25 | 59 | 82 |
| Delayed Recall | 26 | 62 | 88 |
| Recognition | 20 | 46 | 34 |
| Time to Copy | 5'32" | | 6-10 |
| Recognition True Positive | 8 | | >16 |
| Recognition False Positive | 0 | | >16 |
| Recognition True Negative | 12 | | >16 |
| Recognition False Negative | 4 | | >16 |

Johnson, Angela

YNG000046

**Executive Functioning Test (EFT)**

| Measure | Raw Score | Scaled Score |
|---|---|---|
|  |  |  |
| **Trail Making Tests** |  |  |
| Visual Scanning | 36 | 4 |
| Number Sequencing | 45 | 7 |
| Letter Sequencing | 45 | 7 |
| Number-Letter Switching | 90 | 9 |
| Motor Speed |  |  |
|  |  |  |
| **Verbal Fluency Tests** |  |  |
| Letter Fluency | 46 | 12 |
| Category Fluency | 33 | 7 |
| Category Switching | 14 | 10 |
| Category Switching Accuracy | 7 | 5 |
|  |  |  |
| **Design Fluency** |  |  |
| Filled | 10 | 10 |
| Empty | 10 | 10 |
| Switching | 6 | 9 |
|  |  |  |
| **Color-Word Interference** |  |  |
| Color | 29 | 10 |
| Word | 23 | 9 |
| Inhibition | 100 | 1 |
| Inhibition-Switching | 82 | 6 |
|  |  |  |
| **Sorting Test** |  |  |
| Confirmed Sorts | 11 | 12 |
| Description | 38 | 11 |
| Recognition | 26 | 7 |
|  |  |  |
| **Twenty Questions** |  |  |
| Abstraction | 18 | 8 |
| Questions Asked | 28 | 10 |
| Achievement | 15 | 11 |
|  |  |  |
| **Tower Test** |  |  |
| Achievement | 21 | 13 |
| Rule Violations | 0 | 100 |
| Mean-First Move Time | Ratio=7:8 | 8 |
| Time Per Move Ratio | Ratio=4:4 | 8 |

Johnson, Angela

YNG000047

**Wisconsin Card Sorting Test**

| Measure | Raw Score | T Score | %ile |
|---|---|---|---|
| | | | |
| Total Correct | 40 | | |
| Total Errors | 24 | 39 | 14 |
| Perseverative Responses | 10 | 47 | 37 |
| Persevertive Errors | 10 | 45 | 32 |
| Nonperseverative Errors | 14 | 38 | 12 |
| Conceptual Level | 27 | 37 | 9 |
| Categories Completed | 2 | | 11-16 |
| Trials to Complete | 12 | | >16 |
| Failure to Maintain Set | 0 | | |

**Category Test**

| | |
|---|---|
| Total Test Errors | 46/208 |
| T-Score equivalent | 52 |
| Percentile equivalent | 57 |
| Total Test Time | 28:13.11 |
| Average Item Latency | 3.96 |
| Average Latency – Correct Responses | 3.45 |
| Average Latency – Incorrect Responses | 5.73 |
| Bolter Validity Index | 0 |

**Comprehensive Affect Testing System (CATS)**

| Quotient | Raw Score | Z - Score |
|---|---|---|
| | | |
| Affect Recognition Quotient (ARQ) | 25 | -4.7 |
| Prosody Recognition Quotient (PRQ) | 12 | -2.9 |
| Emotion Recognition Quotient (ERQ) | 47 | -4.6 |
| | | |
| Simple Facial | 13 | -3.5 |
| Facial Matching | 12 | -3.5 |
| Prosody Discrimination | 8 | -3.8 |
| Prosody Identification | 9 | -8.2 |
| Lexical Scale | 5 | -1.6 |

Johnson, Angela

**MYLA H. YOUNG, Ph.D., ABN**
**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**


June 9, 2011


Michael Burt, Attorney at Law
600 Townsend Street, Suite 329-E
San Francisco, CA 94103


Reference:  United States v Angela Johnson

In response to your request I have reviewed the neuropsychological testing data, summary of test scores and my report for Angela Johnson.   The following considerations to these documents are as follows:

Neuropsychological Report:

The following report modifications may, or may not, be useful.  These modifications are only provided for your consideration in making difficult legal decisions.

It was reported that Angela Johnson had not experienced any unusual stressors prior to evaluation.   I do recall that in interview she stated that she had been upset by an inmate who had been move to a cell next to her.  She, however, denied experiencing significant stress or irritation immediately prior to this evaluation.  Irrespective of this significant stressor, the pattern of her functioning across neuropsychological testing is not like that of individuals whose testing ability has been impaired because of extreme or severe stress.  The pattern of her functioning indicates that is an accurate picture of her brain functioning and stressors caused by this would not have affected her abilities on neuropsychological testing.

My report indicates that Angela Johnson was not taking medication at the time of the evaluation. She was, however, taking antidepressant medication and had advised me of that medication. This was my reporting error.

The report indicated non-dominant motor coordination impairment.  The data does, however, indicate that she experiences bi-lateral motor coordination impairment, consistent with all other neuropsychological measures.

Although not reflected in the report, when the neuropsychological testing was rescored and the Test Score Table was reviewed, there were several times that the data and Test Score Table reflected some differences.  These differences are described in substantial detail in the Addendum to this letter.   It is noteworthy that the predominance of these differences do not have any meaningful interpretative value.   I do recall that in interview she stated that she had been

Case 3:09-cv-03064-MWB-LTS    Document 284    Filed 06/23/11    Page 49 of 99
YNG000049

upset by an inmate who had been moved to a cell next to her. She, however, denied experiencing significant stress or irritation immediately prior to this testing. Overall, these differences do not have meaningful interpretative value, and do not in any way change conclusions about her brain functioning.

One factors of Angela Johnson's life that was not completely described in this report was her educational history and her neuropsychological performance on educational measures. Having reviewed multiple educational records for both Angela Johnson and her siblings, as well as statements made by her former teachers, there is indication that she experienced long-standing learning deficiencies. It is possible and reasonable to conclude that she received educational resource intervention. Her school records are unclear and may be misleading. For example, one her Forest City Community School District records indicate that she received an "A" in all subjects. This is an atypical educational description in that receiving an "A" typically means exceptionally good performance. In this school, however, there were two grades "A" and "N". "A" means that performance was "Acceptable"; "N" means that performance was "Not Acceptable". Angela Johnson's receiving "A" grades, therefore, have an atypical meaning, and do not indicate educational talent.

Consistent with this school history, on neuropsychological testing her learning abilities are significantly impaired, with her neuropsychological performance ranging from 5th grade to 8th grade equivalent. She received a General Educational Degree (GED) while in prison. Having worked in a prison for many years, GED testing in prison is frequently not standard, and alterations in test conditions and scoring have been described, allowing inmates to receive GED diplomas in prison that they would not have been able to achieve in the community. Her performance on neuropsychological testing is like that of individuals who experience learning disabilities that present many functioning inabilities and disabilities. To my knowledge general mental ability (IQ Testing) was not administered throughout her education.

In my report I conclude that Angela Johns experiences significant prefrontal cortex impairment. Although she was able to successfully complete several tests of prefrontal executive functioning, she was also impaired on many of these tests. Despite being able to successfully complete some executive functioning tests, the pattern of her impairment is like that of individuals who experience clinically significant prefrontal brain damage, with severity ranging from mild to severe.

One example of support of this conclusion is that she was able to successfully complete one executive functioning test, Category Test. Having had the advantage of previously been administered this test by Dr. Michael Gelbort, her current ability was somewhat, but not significantly, better. This test-re-test effect is not infrequent in this type of problem solving test. Once you know what the test problem is, and are asked to do the test again, your prior learning serves you well. This is further supported by the finding that her abilities on quite similar test of executive functioning, the Wisconsin Card Sorting Test, was consistently impaired across all measures. Overall, all neuropsychological testing indicates that Angela Johnson experiences significant brain dysfunction, with diffuse impairment, but particular impairment within the prefrontal and temporal/limbic cortices.

2

YNG000050

It is also relevant to note that I reported Angela Johnson's abilities across Halstead-Reitan Neuropsychology tests using the Neuropsychological Deficit Scale (NDS) normative standards rather than Demographically Adjusted Neuropsychological Norms published by Robert Heaton, Walden Miller, Michael Taylor and Igor Grant (Heaton, 2004).  I have completed both NDS and Heaton scoring standards.  The consistencies between these two scoring systems do not significantly differ.   There are some current concerns for use of the Heaton Standards within the criminal justice setting.  NDS standards were, therefore, considered the most sensitive description of her abilities on these tests.

I hope that this information is of use to you.  I am, of course, always available to respond to any questions that remain about my neuropsychological testing and reporting for Angela Johnson.

Myla H. Young, Ph.D., ABN
Clinical Neuropsychology


Mailing:                                                    Office:
3941 Park Drive, Suite 20                     1020 Suncast Lane, Suites 4 & 5
El Dorado Hills, CA 95762-4549           El Dorado Hills, CA 95762

3

YNG000051

**ADDENDUM** A

Neuropsychological Test Score Table

The following changes have been made to the Neuropsychological Test Scores table previously submitted.   Measures within parentheses reflect information on prior table.

| Test Measure | Nature of Change | Interpretation Meaning |
|---|---|---|
| WAIS-IV Processing Speed | 96-113 (19 – 113) | No meaning - typographical error |
| WIAT II | 8.8 GE (Not Identified | Manual Score –Other scores Computer generated – No Interpretative meaning |
| Finger Tapping Non-dominant – | 34.3 (48) | More severe impairment than previously identified |
| Rey Complex Figure Copy | 59 (57) | No interpretive meaning |
| Executive Functioning Test: | | |
| Trail Making Test Motor | Score on table not administered | Accurate administration Typographical error No interpretative meaning |
| Sorting Card Set | 11 (12) | One subscale lower No interpretative meaning |
| Twenty Questions Abstraction | 8 (7) | One subscale higher No interpretative meaning |

4

YNG000052

Halstead-Reitan Neuropsychological Battery

| | | |
|---|---|---|
| Category Test | NDS 2<br>(NDS 0) | Interpretation meaningful<br>Identifies higher severity<br>of  impairment |
| Tactual Performance | NDS 2<br>(NDS 1) | Interpretation is meaningful<br>Identifies higher severity<br>of impairment |
| Trail Making B | NDS 0<br>NDS (2) | Interpretation is meaningful<br>Identifies less severity<br>of impairment |
| Finger Tapping Dominant | NDS 1<br>NDS (2) | Interpretation is meaningful<br>Identifies less severity<br>of impairment |
| Finger tip Number Writing | NDS  2<br>NDS  (1) | Interpretation is meaningful<br>Identifies greater severity |

It is emphasized that the differences do not in any way establish change in conclusions about Angela Johnson's brain functioning as reported.

Myla H. Young, Ph.D., ABN
Clinical Neuropsychology

Mailing:
3941 Park Drive, Suite 20
El Dorado Hills, CA 95762-4549

Office:
1020 Suncast Lane, Suites 4 & 5
El Dorado Hills, CA 95762

5

YNG000053

6

YNG000054

# Angela Jane Johnson

## Myla H. Young, PhD, ABN

## May 24, 2011

Case 3:09-cv-03064-MWB-LTS     Document 234-34     Filed 06/23/11     Page 55 of 99

YNG000055

1

Angela Johnson

Date of Birth:  1/17/64

Dates of Evaluation: 10/6/09; 10/7/09

Age at Evaluation:  45 years

Education:  10th Grade

Ethnic Identity:  White

Case 3:09-cv-03064-MWB-LTS    Document 284-84    Filed 06/23/11    Page 56 of 99

TNG000056

2

# Brain Organization

Mesocortex

Neocortex

Allocortex



Bear, et al (2001); Yakovlev (1967)

Case 3:09-cv-03064-MWB-LTS Document 204-4 Filed 06/13/11 Page 57 of 99

3

A. Johnson

# Brain Connections



Orbitofrontal

Frontal Subcortical

Hippocampal

Bear, et al. (2001), Yakovlev (1967)

Case 3:09-cv-03064-MWB   Document 264-4   Filed 10/29/12   Page 58 of 99

4

A. Johnson

# Neuron



YNG000059

A. Johnson

# Brain Development



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 60 of 99

TNG000060

6

A. Johnson

# Brain Development



YNG000061

A. Johnson



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 62 of 99
YNG000062

# Test and Validity



**Not Malingering**      *15/15*      *49/50*      *100%*      *Index = 0*

**Malingering**

15 Item      TOMM      CVLT II      Bolton Validity Index

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 63 of 99

ING000063

9

A. Johnson

# Purpose of Evaluation

Is there evidence of brain dysfunction?

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 64 of 99

TNG000064

10

A. Johnson



TNG000065

A. Johnson

# Intellectual Functioning
## WAIS IV



FSIQ **89** (23%)

50  60  70  80  90  100  110  120  130  140  150

IQ = 89 – 23%

Low Average

Case 3:09-cv-03064-MWB-LTS     Document 284-34     Filed 06/23/11     Page 66 of 99

YNG000066

A. Johnson

# Intellectual Functioning
## WAIS IV Composite Scores



PRI 92 (30%)    PSI 105 (63%)

Verbal Comprehension 85 (16%)

Working Memory 83 (13%)

30  40  50  60  70  80  90  100  110  120  130  140  150

Exceptionally Low

Average

Very Superior

Low Average

TNG000067

A. Johnson

# WAIS IV



FSIQ  89 (23%)

GAI  87 (19%)

50 60 70 80 90 100 110 120 130 140 150

Low Average

YNG000068

A. Johnson



Illustrative Model

Case 3:09-cv-03064-MWB-LTS    Document 284-84    Filed 06/23/11    Page 69 of 99

15

A. Johnson



YNG000070

A. Johnson

# Sensory - Motor



Case 3:09-cv-03064-MWB-LTS   Document 284-34   Filed 06/23/11   Page 71 of 99

A. Johnson

 

YNG000072

A. Johnson

# Attention and Concentration
## Conner's Continuous Performance Test



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 73 of 99

YNG000073

19

A. Johnson



TNG000074

20

A. Johnson

# Memory and Learning
## California Verbal Learning Test (CVLT II)



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 75 of 99

TNG000075

21

A. Johnson

# Memory and Learning
## (CVLT II)
## Perseveration

TNG000076

22

A. Johnson



# Memory and Learning
## Wechsler Memory Scale – (WMS IV)
### Index Score Summary

Case 3:09-cv-03064-MWB-LTS   Document 284-34   Filed 06/23/11   Page 77 of 99

TNG0000774

23

A. Johnson



# Memory and Learning
## Wechsler Memory Scale – (WMS IV)
### Primary Subtest Summary

Case 3:09-cv-03064-MWB-LTS    Document 284-84    Filed 06/23/11    Page 78 of 99

ING000078

A. Johnson



# Memory and Learning
## Visual – Perceptual
## Rey Complex Figure

Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 79 of 99

ING000079

25

A. Johnson

# Memory & Learning
## Tactile Performance Test
### Memory Trials



Case 3:09-cv-03064-MWB-LTS     Document 284-34     Filed 06/23/11     Page 80 of 99

TNG000080

26

A. Johnson



Case 3:09-cv-03064-MWB-LTS   Document 284-34   Filed 06/23/11   Page 81 of 99

TNG000081

27

A. Johnson

# Language
## Wechsler Individual Achievement Test (WIAT II)
### Mathematics



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 82 of 99

TNG000082

28

A. Johnson



# Language
## Wechsler Individual Achievement Test (WIAT II)
### Reading

Case 3:09-cv-03064-MWB-LTS Document 284-34 Filed 06/23/11 Page 83 of 95 ING000083

A. Johnson



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 84 of 99    30

YNG000084

# Visual Perception



Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 85 of 99

A. Johnson



TNG000086

A. Johnson

# Prefrontal Cortex Regions



Motor

Dorsolateral

Orbitofrontal

Mesial

Bear, et al (2001); Yakovlev (1967)

Case 3:09-cv-03064-MWB-TS   Document 334-24   Filed 06/23/11   Page 87 of 99

33

A. Johnson

# Executive Functioning
## Trail Making Tests



Case 3:09-cv-03064-MWB-LTS    Document 284-34    Filed 06/23/11    Page 88 of 99

A. Johnson

# Executive Functioning

## Verbal Fluency Tests




Scaled Score

10

12

10

7

5

1  2  3  4

Category
Naming

Switching
Accuracy
(Perseveration)

Case 3:09-cv-03064-MWB-LTS   Document 284   Filed 06/23/11   Page 89 of 99

35

A. Johnson



# Executive Functioning

## Design Fluency Tests

TNG000090

36

A. Johnson

# Executive Functioning
## Color – Word Interference



Case 3:09-cv-03064-MWB-LTS    Document 384-1    Filed 06/23/11    Page 91 of 99

A. Johnson





Case 3:09-cv-03064-MWB-LTS   Document 284-34   Filed 06/23/11   Page 93 of 99

TNG000093

A. Johnson



Case 3:09-cv-03064-MWB-LTS   Document 266-34   Filed 06/23/11   Page 94 of 99   YNG000094

A. Johnson

# Executive Functioning
## Comprehensive Affect Testing System (CATS)



TNG000095

41

A. Johnson



# Executive Functioning
## Wisconsin Card Sort

ING000096

A. Johnson

# Halstead-Reitan Neuropsychological Battery

A. Johnson

YNG000097

# Halstead-Reitan Neuropsychological Battery
## (Neurodeficit Index Scale)



Case 3:09-cv-03064-MWB-LTS  Document 284-84  Filed 06/23/11  Page 98 of 99

A. Johnson

# Possible Etiologies for Angel Johnson's Brain Damage

Childhood Victimization
Traumatic Brain Injury
Youthful Alcohol Abuse
Adult Alcohol/Drug Use
Family History of Psychiatric Disorder

Provisional Psychiatric Disorders
Developmental Trauma Disorder
Mood Disorder
Anxiety Trauma Disorder
Substance Abuse Disorder

YNG000099