July, 2010

# *Curriculum Vitae*

### *James R. Merikangas, M.D.*

| | |
|---|---|
| **Address:** | J.R. Merikangas, M.D., L.L.C.<br>4938 Hampden Lane, # 428<br>Bethesda, MD. 20814 |
| **Phone:** | 301-654-1934 |
| **Fax:** | 301-654-1834 |
| **Email:** | neuropsych2001@hotmail.com |
| **NPI#:** | 1588728620 |
| **Tax Id:** | 05-052431 |
| **Citizenship:** | USA |
| **Education:** | B.S., Physics, Villanova University, 1960<br>M.D., Johns Hopkins University, School of Medicine, 1969 |

**Licenses:**

| | | |
|---|---|---|
| 1969 | Diplomate, National Board of Medical Examiners | #107478 |
| 1974-1976 | California M.D. License | #23318 |
| 1969-2002 | Connecticut M.D. License | #14074 |
| 1974-1981 | Pennsylvania M.D. License | #014082 |
| 2001- 2006 | Washington, D.C. M.D. License | #MD-33036 |
| 2001- | Maryland M.D. License | #D57622 |

**Military:**

| | |
|---|---|
| 1960-1963 | United States Navy, LT(J.G.) |

**Career**

| | |
|---|---|
| 2009- | Clinical Professor of Psychiatry, Virginia Commonwealth University School of Medicine Inova Campus, Falls Church, VA |
| 2009- | Consultant, Family Study of Affective Spectrum Disorder, Genetic Epidemiology Research Branch, Intramural Research Program, National Institutes Health, Bethesda, MD |

Case 3:09-cv-03064-MWB-LTS    Document 284-35    Filed 06/23/11    Page 1 of 29

MER000001

| | |
|---|---|
| 2006-2008 | Guest Researcher, National Institutes of Health, Bethesda, MD |
| 2008 | Neuropsychiatrist, War Related Injuries and Illness Study Center, Washington Veteran's Hospital, Washington, District of Columbia |
| 2002- | Clinical Professor of Psychiatry and Behavioral Sciences, George Washington University School of Medicine and Health Sciences, Washington, D.C. |
| 2002- | Clinical Associate Professor of Psychiatry Georgetown University School of Medicine, Washington, D.C. Georgetown University Hospital, Washington, D.C. |
| 2002-2003 | Director, Neuropsychiatry Program, Department of Psychiatry, Georgetown University School of Medicine, Washington, D.C. |
| 1980-2002 | Practice of Neuropsychiatry, Neurology and Psychiatry Temple Medical Center, New Haven and Woodbridge, CT. |
| 1980-2000 | Yale University School of Medicine, New Haven, CT: Lecturer (1994-2002); Assistant Clinical Professor (1980-1994) |
| 1973-1979 | University of Pittsburgh School of Medicine, Pittsburgh, PA.: Associate Professor of Psychiatry and Assistant Professor of Neurology (1977-1979); Assistant Professor of Psychiatry and Neurology (1973-1977) |
| 1969-1973 | Yale University School of Medicine, New Haven, CT; Chief Resident in Neurology (1972-1973); Assistant Resident in Neurology (1971-1972); Assistant Resident in Psychiatry (1969-1971) |
| 1968-1969 | Medical and Pediatric Internship, Washington Hospital Center, 110 Irving Street, NW, Washington, D.C. |

## Professional Honors or Recognition:

| | |
|---|---|
| 1979 | Elected Fellow, American College of Physicians |
| 1987- | Elected Counselor, Connecticut Psychiatric Society New Haven – Middlesex Chapter |
| 1988-1990 | Director, American Neuropsychiatric Association |

MER000002

| | |
|---|---|
| 1990-2001 | Advisory Board, American Neuropsychiatric Association |
| 1991 | Elected Fellow, The Royal Society of Medicine |
| 1993 | Elected Fellow, American Psychiatric Association |
| 1996 | Elected to the Board of Directors, American Academy of Clinical Psychiatrists |
| 1996 | Exemplary Psychiatrist Award, National Alliance for the Mentally Ill |
| 1998 | Elected President, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1998 | Elected President, American Academy of Clinical Psychiatrists |
| 1999 | Elected Treasurer, American Academy of Clinical Psychiatrists |
| 2000 | Elected Fellow, American Neuropsychiatric Association |
| 2004 | Elected Distinguished Life Fellow, American Psychiatric Association |
| 2005 | Elected Consultant of the Scientific Program Committee, American Psychiatric Association |
| 2008 | Elected Representative of District Branch in Assembly, American Psychiatric Association |

## Boards and Specialty Certification:

| | |
|---|---|
| 1974 | American Board of Psychiatry and Neurology  # 13424 Diplomate, Certified in Psychiatry |
| 1978 | American Board of Psychiatry and Neurology    # 17744 Diplomate, Certified in Neurology |
| 1991 | Diplomate, American Academy of Pain Management  # 2431 |

## Hospital Staff Appointments:

| | |
|---|---|
| 1973-1979 | Western Psychiatric Institute & Clinic, Pittsburgh, PA. |
| 1973-1979 | Presbyterian University Hospital, Pittsburgh, PA. |

MER000003

| | |
|---|---|
| 1979-1988 | Waterbury Hospital, Waterbury, CT. |
| 1979-2001 | Hospital of St. Raphael, New Haven, CT. |
| 1980-2001 | Yale-New Haven Hospital, New Haven, CT. |
| 1983-1993 | Veteran's Memorial Medical Center, Meriden, CT. |
| 1995-1997 | Yale Psychiatric Institute, New Haven, CT. |
| 1995-2001 | Masonic Geriatric Healthcare Center, Wallingford, CT. |
| 2001-2003 | Georgetown University Hospital, Washington, DC. |
| 2001- 2005 | The George Washington University Hospital, Washington, DC. |
| 2004-2008 | Suburban Hospital, Bethesda, MD. |
| 2008- | Veteran's Administration Hospital, Washington, D.C. |

## Consultation:

| | |
|---|---|
| 1974-1977 | Forbes Hospital System, Pittsburgh, PA. |
| 1974-1977 | Mayview State Hospital, Bridgeville, PA. |
| 1974-1977 | Veterans Administration Hospital, Pittsburgh, PA. |
| 1978-1979 | Monogahela Valley Hospital, Pittsburgh, PA. |
| 1980-1982 | Yale Psychiatric Institute, New Haven, CT. |
| 1981-1982 | Shirley Frank Foundation, Bridgeport, CT. |
| 1983-2001 | Connecticut Mental Health Center, New Haven, CT. |
| 1985-1986 | Veterans Administration Health Center, New Haven, CT. |
| 1985-2001 | Connecticut Peer Review Organization |
| 1987- 1988 | Whiting Forensic Institute, Middletown, CT. |
| 1987-1990 | Altobello State Hospital for Adolescents, Middletown, CT. |
| 1987-2001 | Saint Francis Care Behavioral Health, Portland, CT. |
| 1996-2000 | Professional Advisory Board of the Diagnostic and Assessment |

MER000004

|  |  |
|---|---|
|  | Center, Landmark College, Putney, VT. |
| 2006-2007 | Consultant of the Scientific Program Committee, American Psychiatric Association, Arlington, VA |

## Administrative Appointments:

| | |
|---|---|
| 1973-1975 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Senior Physician, Neurodiagnostic Clinic |
| 1973-1975 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Emergency Services and Brief Treatment |
| 1973-1976 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Senior Physician, Mental Retardation Service |
| 1973-1978 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Electroencephalographic Laboratory |
| 1976-1977 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Office of Diagnostic Services |
| 1977-1979 | Western Psychiatric Institute and Clinic, Pittsburgh, PA. Director, Behavioral Neurology Program |
| 2002-2003 | Georgetown University Hospital, Washington, DC. Director, Neuropsychiatry Program |

## Membership:

| | |
|---|---|
| 1969- | The Johns Hopkins Medical and Surgical Society |
| 1973- | American Academy of Neurology |
| 1973- | American Psychiatric Association |
| 1973-2010 | American College of Physicians |
| 1979-2001 | Connecticut Psychiatric Society |
| 1982-2002 | The New York Academy of Science |
| 1982-2001 | New Haven County Medical Association |
| 1984-2001 | Connecticut State Medical Society |
| 1986- | American Academy of Psychiatry & the Law |

| | |
|---|---|
| 1988- | American Academy of Clinical Psychiatrists |
| 1988- | American Neuropsychiatric Association |
| 1990- | World Federation of Neurology |
| 1991-2009 | Royal Society of Medicine |
| 1994-2002 | American Academy of Child and Adolescent Psychiatry |
| 1996-2002 | American Society of Clinical Psychopharmacology |
| 1997-2002 | International Society of Transcranial Magnetic Stimulation |
| 2000-2002 | American Academy of Immunotherapy |

## Consultation to State and Federal Courts and Agencies:

| | |
|---|---|
| 1977-1978 | Consultant, Neuropsychiatric Evaluation of Juvenile Offenders, Allegheny County Juvenile Court, Pittsburgh, PA. |
| 1977-1979 | Member, Acute Psychiatric Task Force Emergency Health Services Council, Commonwealth of PA. |
| 1977-1985 | Chairman, Committee on Psychotropic Medication for the Retarded, Department of Public Welfare, Commonwealth of PA. |
| 1985-1990 | State of Connecticut, Governor's Task Force on Aging |
| 1986-1987 | Superior Court of Waterbury, CT., Court Appointed Expert |
| 1990-2001 | State of Connecticut Department of Mental Health and Addiction Services, Evaluation Psychiatrist, Probate Court for Commitment Hearings |
| 1997-1998 | Human Rights Committee, Department of Mental Retardation, South Central Region, Connecticut |

## Committees, Boards and Consultantships:

| | |
|---|---|
| 1977-1985 | Research Committee on Neuroepidemiology, World Federation of Neurology, Geneva, Switzerland |

MER000006

| | |
|---|---|
| 1982-1999 | Medical Advisory Board, Easter Seal Goodwill Industries Rehabilitation Center, New Haven, CT. |
| 1984-1988 | Board of Directors, Alzheimer's and Related Diseases Association of Southern Connecticut |
| 1985-1988 | Board of Directors, Parkinson's Disease Association of Southern Connecticut |
| 1985-1997 | Board of Advisors, Burch House, Littleton, New Hampshire |
| 1985 | American Psychiatric Association's Task force on Treatment of Psychiatric Disorders |
| 1986-1987 | Chairman, Program Committee, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1987-1990 | Membership Chair, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1987-2001 | Counselor, New Haven-Middlesex Chapter, Connecticut Psychiatric Society |
| 1988-1990 | Alternative Care Committee, Connecticut Psychiatry Society |
| 1988-1992 | Convening Member, National Task Force for Children's Constitutional Rights, Philadelphia, PA. |
| 1992-1997 | National Task Force for Children's Constitutional Rights, Director and Treasurer |
| 1992-2000 | National Board of Medical Examiners, American Board of Psychiatry and Neurology, Part I Psychiatry Written Examination Sub Committee III |
| 1992-2001 | Physician Advisory Committee of Medicare, Connecticut Neurological Society |
| 1992- | Examiner, National Board of Medical Examiners, American Board of Psychiatry and Neurology Part II Psychiatry, Oral Examination |
| 1994-1996 | Scientific Advisory Board, Neurobiological Disorders Society |

Case 3:09-cv-03064-MWB-LTS     Document 284-35     Filed 06/23/11     Page 7 of 29

MER000007

| 1994-1998 | Treasurer, New Haven/ Middlesex Chapter, Connecticut Psychiatric Society |
| 1996- | Examiner, National Board of Medical Examiners, American Board of Psychiatry and Neurology, Part II Neurology Oral Examination |
| 1996-2003 | Board of Directors, American Academy of Clinical Psychiatrists |
| 1997-2001 | Private Practice Committee, Connecticut Psychiatric Society |
| 1998-1999 | Committee Member, New Haven Jewish Federation Housing Corp., Tower One/ Tower East |
| 1999-2001 | Board of Directors, Albert Schweitzer Institute for the Humanities |

## Editorial Consultant:

| 1979- | American Journal of Psychiatry |
| 1983- | Psychosomatics |
| 1983- | American Psychiatric Association Press |
| 1987- | International Journal of Psychiatry in Medicine |
| 1987- | Toxic Emergency Medical Information Sheet, Jonathan Borak and Company, Inc. |
| 1990-2003 | Annals of Clinical Psychiatry |
| 1994- | Neurology |
| 1996- | Clinical Child Psychology and Psychiatry |
| 1998- | Harvard Review of Psychiatry |
| 2002- | Journal of the American Academy of Psychiatry and the Law |

## Editorial Boards:

| 1990-1997 | Annals of Clinical Psychiatry, Editor, Special Treatment Section |

MER000008

| | |
|---|---|
| 1997-2003 | Annals of Clinical Psychiatry, Editorial Board |
| 1999-2003 | Psychiatric Update, Editorial Advisory Board |

## University Activities:

Teaching:

| | |
|---|---|
| 2009 | The Fielding Graduate School, Bethesda, MD. Neuropsychology Course |
| 1983-2000 | Connecticut Mental Health Center, New Haven, CT. Neuropsychiatric Consultant |
| 1984-1985 | Yale University School of Medicine, Physicians Associate Program Thesis Supervision |
| 1985 | Geriatric Psychiatry, Elective for Psychiatric Residency Program, Yale University School of Medicine |
| 1985-1987 | Consultation-Liaison Rounds, Yale-New Haven Hospital |
| 1985-1987 | Yale University School of Medicine, Supervision of Medical Student Thesis |
| 1985-1988 | Yale University Third-Year Medical Students, Supervision of Neurology Clerkship |
| 1986-1987 | University of Connecticut School of Social Work, Clinical Internship Supervisor |
| 1987-2001 | Yale University School of Public Health, Division of Chronic Disease Epidemiology, Supervision of Clinical Practicum |
| 1989 | Institute of Living Residency Program, Neuropsychiatry Elective |
| 1992-2001 | Yale University School of Medicine, Department of Psychiatry, Genetic Epidemiology Research Unit, Supervision of PGY III and PGY IV Residents on Neurological Examination |
| 1993 | Yale University School of Medicine, Department of Psychiatry, Neuropsychiatry, PGY II Integrated Psychopathology Course |
| 1993-2001 | Yale University School of Medicine, Neurology Training Rotation |

MER000009

Psychiatry Residents

| | |
|---|---|
| 1994-1996 | Connecticut Mental Health Center, Dual Diagnosis Clinic, Training and Supervision of Psychiatry Residents |
| 1996-1998 | Connecticut Mental Health Center, Yale Medical Students, Psychiatry Clerkship |
| 1998-2001 | Yale University of Medicine, Psychiatric Residency, Neuropsychiatry Elective |
| 2000-2001 | Yale University School of Medicine, Neuropsychology Fellows, Neuropsychiatry Elective |
| 2002 | Georgetown University School of Medicine, Neuropsychiatry, Medical Students and Residents |
| 2007-Present | Inova Fairfax Hospital/George Washington University Psychosomatic Medicine Fellowship, Residents |

## Research:

| | |
|---|---|
| 1965 | Medical Student Training Grant "Sensory Motor Feedback in the Temporal Lobe of the Brain"  Neurocommunications Laboratory, Department of Psychiatry, Johns Hopkins Hospital, Principal Investigator – Richard Chase, M.D. |
| 1966 | Principal Investigator, Grant form the Moses Family Fund for Research On Myasthenia Gravis, "The Elctromyographic Effect of Guanidine" Department of Medicine, Johns Hopkins Hospital |
| 1977 | Co-Investigator, "Involvement of Cholinergic Mechanisms in Mental Disease," MH26320, National Institute of Mental Health, University of Pittsburgh School of Medicine Principal Investigator: I. Hanin, Ph.D. |
| 1977 | Consultant. "Mental Health Clinical Research Center for Affective Disorders," MH30915, National Institute of Mental Health, University of Pittsburgh School of Medicine, Principal Investigator: David Kupfer, M.D. |
| 1977 | Consultant, "Multi-Institutionalized Controlled Study of Brain Resuscitation," Resuscitation Research Institute, University of |

MER000610

Pittsburgh School of Medicine, Principal Investigator: Peter Safer, M.D.

1978          Consultant, "Environmental Personal Treatment Interaction in the Course of Schizophrenia," MH30750, National Institute of Mental Health, University of Pittsburgh School of Medicine, Principal Investigator: GE Hogarty, M.S.W.

1986          Consultant, "Alcoholism and Anxiety: A Genetic Epidemiologic Approach," AA 07080, January 1, 1987 – December 31, 1991, Yale University School of Medicine, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1987          Consultant, "Specificity of Transmission of Substance Abuse," DA0534, October 1, 1987 – September 30, 1992, Yale University School of Medicine, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1989          Consultant, "Family Study of Co-Segregation of Affective Disorders and Migraine," MacArthur Foundation Research Network I on the Psychobiology of Affective Disorder, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1994          Consultant, "Minority Children at High Risk for Alcohol-Related Problems," Department of Health and Human Services, Principal Investigator: Kathleen R. Merikangas, Ph.D.

1996          Co-Investigator "Bipolar Affective Disorder in Migraine," Collaborative study at Harvard University and Yale University, Principal Investigator: Kathleen R. Merikangas, Ph. D.

## Grant Reviews:

1991          Ad Hoc Reviewer, the Harry Frank Guggenheim Foundation for a Research Grant 1991

## Publications:

MER000611

## Original Articles:

Merikangas JR, Johns RJ.  The effect of guanidine on the muscle action potential.  *Johns Hopkins Med. J.*; 1968; 122:37-41.

Foster G, Coble P, Merikangas JR, McPartland R, Ingenito G, Kupfer D. Disorder of arousal or psychomotor epilepsy; differential diagnosis and treatment of a rare heredofamilial disease. *Sleep Research*. 1975; 4:214.

Glass J, Kennerdell J, Merikangas JR.  Frontal and occipital visual evoked potentials in visually deprived humans.  *Neurosci Abst.* 1975; 1:93.

Merikangas JR.  Common neurologic syndromes in medical practice. *Med Clin North Am.* 1977; 61:723-736.

Glass J, Crowder J, Kennerdell J, Merikangas JR.  Visually evoked potentials from occipital and pre-central cortex in visually deprived humans.  *Electroencephalog Clin Neurophysiol*. 1977; 43:207-217.

Hanin I, Kopp U, Zahniser NR, Shih TM, Spiker DG, Merikangas JR, Kupfer DG, Foster FG. Acetylcholine and choline in human plasma and red blood cells: A gas chromatograph/mass spectrometric evaluation.  *Cholinergic Mechanisms and Psychopharmacology*.  New York: Plenum. 1977:181-195.

Merikangas, JR, Merikangas KR, Katz L, Pan S. Chromosome banding analysis in cornelia deLange syndrome. *Hum Genet*. 1977; 39:217-219.

Merikangas JR, Auchenbach R.  Carbamazepine in raynaud's disease. *Lancet*. December. 1977; 3:2:1186.

Neil JF, Merikangas JR, Davies RK, Himmelhoch JM.  Validity and clinical utility of neuroleptic-facilitated electroencephalography in psychotic patients. *Clin Electroencephalography*. 1978; 9:38-48.
Merikangas JR.  Neurodiagnostic methods for the aged. *Audio-Digest* Glendale, Psychiatry, Vol. 7, Number 12, Side B, June 26, 1978.

Merikangas JR.  Skew deviation in pseudotumor cerebri. *Ann Neurol*. 1978; 4:583.

Hanin I., Merikangas JR., Merikangas KR., Kopp U.  Red cell choline and Gilles de la Tourette syndrome. *N Engl J Med,* 1979; 1301:661-662.

Merikangas JR, Reynolds CF.  Blepharospasm: Successful treatment with clonazepam. *Ann Neurol*, 1979; 15:401-402.

MER000012

Merikangas JR, Marasco JA, Feszko W. Basal ganglia calcification in Down's syndrome. *Computerized Tomography*. 1979; 13:111-113.

Neil JF, Merikangas JR, Glew RH.  EEG findings in adult neuronopathic Gaucher's disease. *Clinical Electroencephalography*. 1979; 10:198-205.

Neil JF, Hanin I, Merikangas JR, Merikangas KR, Foster G, Spiker DG, Kupfer D. Walking and all-night sleep EEG's in anorexia nervosa. *Clinical Electroencephalography*. 1980; 11:9-15.

Merikangas KR, Risch NJ, Merikangas JR, Weissman MM.  Association between depression and migraine.  *Amer J Epid (Abst)*. 1985; 122:538-539.

Manuelidis EE, Kim JH, Merikangas JR, Manuelidis L.  Transmission to animals of Creutzfeldt-Jacob disease from human blood. *Lancet ii*. 1985; 8460:896-897.

Merikangas JR, Merikangas KR, Kopp U, Hanin I.  Blood choline and response to clonazepam and haloperidol in Gilles de la Tourette's syndrome. *Acta Psychiatrica Scand*. 1985; 72:395-399.

Merikangas KR, Risch NJ, Merikangas JR, Weissman MN, Kidd KK.  Migraine and depression: Association and familial transmission. *J Psychiatric Res*. 1988; 22:119-129.

Merikangas JR, Merikangas KR, Calcium channel blockers in MAOI-induced hypertensive crises. *Psychopharmacology* 96 (supp): 1988: 229.

Merikangas KR, Merikangas JR.  Advances in the pharmacologic treatment of migraine. Psychopharmacology, 96 (supp): 1988: 145.

Katz LJ, Lester RL, Merikangas JR, Silverman JP.  Ocular myasthenia gravis after D-penicillamine administration. *Brit J Ophthalmology*. 1989; 73:12:1015-1018.

Merikangas JR, Seminars in Treatment: Introduction to serotonergic drugs. *Annals Clin Psychiatry*. 1990; 2:3:2-3.

Merikangas JR.  Seminars in Treatment: Introduction to child psychiatry. *Annals Clin Psychiatry*. 1991; 3:1:1-3.

Merikangas JR. Routine tests of drugs. *Am J Psychiatry*. 1991 Jul; 148 (7):947.

Merikangas JR.  Seminars in Treatment: Introduction to hospital psychiatry. *Annals Clin Psychiatry*. 1992; 4:1:1.

Merikangas KR, Merikangas JR, Angst J.  Headache syndromes and psychiatric disorders: Association and familial transmission. *J Psychiat Res*. 1993; 27:197-210.

MER000613

Sananes C, Grillon C, Merikangas JR, Merikangas KR.  Eyeblink reflex and migraine. Proceedings Vlth Congress of the International Headache Society. 148, 1993.

Merikangas KR, Stevens D, Merikangas JR, Cooper T, Glover V, Sanlder M.  Tyramine conjugation deficit in  migraine and tension type-headache.  Proceedings Vlth Congress of the International Headache Society. p. 236, August 26-29, 1993.

Merikangas JR, Rojahn J.  Seminars in Treatment: Introduction to the treatment of the mentally retarded. *Ann Clin Psychiatry*. 1993; 5:3:149-150.

Merikangas KR, Stevens D, Merikangas JR, Katz C, Glover V, Sandler M.  Tyramine conjugation deficit in migraine, tension-type headache and depression. *Biol Psychatry*. 1995; 38:730-736.

Merikangas KR, Merikangas JR.  Combination monoamine oxidase inhibitor and beta-blocker treatment of migraine with anxiety and depression. *Biol Psychiarty*.  1995; 38: 603-610.

Merikangas JR, Stevens D, Merikangas KR, Enalapril prophylaxis of migraine. *Schwizer Archiv for Neurologie and Psychiartie*. 1996; 147:118-123.

Merikangas KR, Stevens D, Merikangas JR.  Treatments of migraine and tension-type headaches with concomitant depression. Directions in Psychiatry, Vol. 17. Summer, 1997.

Davalos D, Merikangas JR, Bender S.  Psychosis in hypomelanosis of Ito. *Jounal of the Royal Society of Medicine*. 2001; 94:140-141.

Shur-Fen SG, Merikangas JR, Merikangas KR.  Specificity of neurological and neurocognitive function in children with attention-deficit/hyperactivity disorder. J Neuropsychiatry Clin Neuroscience. 2002; 14:1:105.

Low NCP, Merikangas JR, Merikangas KR.  Migraine and mood disorders. Psychiatric Annals. 2004; 34:1:33-40.


**Chapters, Books**:

Merikangas JR (Ed.)  Brain-behavior relationships. Lexington: Health 1981.

Merikangas JR.  The neurology of violence. In Merikangas JR (Ed.)  Brain-behavior relationships. Lexington: Health 155-185, 1981.

Merikangas JR, Merikangas KR, Black HR.  Clonidine and beta-blockers in psychiatry. In Giannini J (Ed.): Biological Foundations of Clinical Psychiatry, New York: Elsevier, 289-309, 1986.

Merikangas JR.  Headache syndromes. In Stoudemeier A. Fogel B, (Eds.) medical Psychiatric Practice Vol. 1, Washington D.C.: American Psychiatric Press, 393-424, 1991.

Stevens DE, Merikangas KR, Merikangas JR.  Comorbidity of depression and other medical conditions. In Weingarten S. (Ed.) Handbook of Depression, New York: Guilford Publications, 147-199. 1995.

Merikangas KR, Stevens DE, Merikangas JR.  Migraine and headache disorders.  In Robinson RG and Yates WR (Eds.) Psychiatric Treatment of the Medically Ill. New York, Marcel Dekker, Inc., 425-442. 1999.

Davalos, D.B., Hayes, A. & Merikangas, J.  Autism and Hypomelanosis of Ito.  In O. Ryanskin,  (Ed.),  Focus on Autism Research.  (pp. 309-338).  New York: Nova Science Publishers. 2005.

Merikangas KR, Merikangas JR.  Neuropsychiatric aspects of headache.  In Comprehensive Text Book of Psychiatry.  Lippincott, Williams and Wilkins, 480-487. 2006.
Merikangas JR. Forensic Neuropsychiatry. In Guide to Neuropsychiatric Therapeutics. Lippincott, Williams and Wilkins, 388-402. 2006.

Wise, T., Merikangas, JR. The Interface of Neurology & Internal Medicine. Somatoform Disorders. Lippincott, Williams and Wilkins, 969-977. 2008.

**Book Reviews:**

Merikangas JR. Gilles de la Tourette Syndrome. Shapiro AK, Shapiro ES, Bruun RD, Sweet RD. *J Clin Psychiatry*, 1981; 42:482-483.

Merikangas JR.  Progress in Aphasiology.  Rose CR (Ed.), New York: Raven, *Am. J. Psychiatry,* 1986; 143:1046-1047.

Merikangas JR. The Bridge Between Neurology & Psychiatry.  In Reynolds EH and Trimble MR, *Am. J. Psychiatry*, 1991; 148:1.

Merikangas Jr.  Merritt's Textbook of Neurology Eighth Edition, Rowland LP (Ed.), *Am. J. Psychiatry*, February 1992; 149:2.

Merikangas JR.  Brain and Behavior in Child Psychiatry, Rothenberger A (Ed.) *Am. J. Psychiatry*, January 1993; 150:1.

Merikangas JR.  The Butcher Boy, Patrick McCabe. *Am. J. Psychiatry*,  December 1994; 151:12.

MER000015

Merikangas JR.  Johnny, I Hardly Knew You, Edna O'Brien in "Edna O'Brien Reader," *Am. J. Psychiatry*, December 1994; 151:12.

Merikangas JR.  Molecular and Genetic Basis of Neurological Disease, Ronsenberg R, Prusnier S, DiMauro S, Barchi R, Kunkel L. (Eds.) *Am. J. Psychiatry*, January 1995; 152:1.

Merikangas JR.  Marabou Stork Nightmares: A Novel, Irvine Welsh, *Am. J. Psychiatry*, December 1996; 153:12.

Merikangas JR.  The Eighties: A Reader, Gilbert T. Sewall (Ed.), *Am. J. Psychiatry*, February 1999; 156:2:329-330

Merikangas JR.  The Law & Mental Health Professionals – Connecticut, Sheila Taub. *Connecticut Psychiatrist*, Summer 1999; 41:3:13

Merikangas JR.  Bad Boys, Bad Men: Confronting Antisocial Personality Disorder, Donald W. Black and C. Lindon Larson. *Am. J. Psychiatry*, December 1999; 156:12:2011-2012.

Merikangas JR.  Child and Adolescent Neurology, Ronald B. David (Ed.), *Am. J. Psychiatry*, August 2000; 157:8:1356-1357.

Merikangas JR.  Neurodevelopmental Approach to Specific Learning Disorder:  Clinics in Developmental Medicine 145, Kingsley Whitmore, Hillary Hart and Guy Willems (Eds.), *Amer J Psychiatry*, March 2001; 158:3:510-512.

Merikangas JR.  The Brain and Behavior An Introduction to Behavioral Anatomy, David I. Clark and Nashaat N. Boutros. *J Neuropsychiatry Clin Neurosci*, Fall 2001; 13:4:525-526.

Merikangas JR.  Translated Accounts: A Novel, by James Kelman. *Am. J. Psychiatry*, 2002; 159:12:2120.

Merikangas JR.  The Curious Incident of the dog in the Night-Time: A Novel. *Am. J. Psychiatry*, Dec 2003; 160:2245-2246.

Merikangas JR.  The Developmental of Psychopathology: Nature and Nurture, Bruce f. Pennington. *Am. J. Psychiatry*, October 2004; 161:10:1932-1934.

Merikangas JR.  Hitler: Diagnosis of a Destructive Prophet. *Am. J. Psychiatry,* Jun 2002; 159: 1760-1766.

Merikangas JR.  The Cave. *Am. J. Psychiatry*, Dec 2004; 161: 2335-2336.

Merikangas JR. Transmission: A Novel. *Am. J. Psychiatry,* Dec 2005; 162: 2411-2412.

Merikangas JR. Neuropsychiatry and Behavioral Neurology Explained. *Psychosomatics,* March-April 2007; 48.2: 181-182

**Miscellaneous Publications:**

Merikangas JR.  Neuropsychiatrist – Who qualifies as one? Letter to the Editor. *J Neuropsychiatry*. 1990; 2:3:354.

Merikangas JR.  Routine tests of drugs. Letter to the Editor. *Amer J Psychiatry*. 1991; 148:7:974.

Merikangas JR.  Violence and the Brain. Letter to the Editor. *The Sciences*. November/December 1992.

Merikangas JR.  Commentary regarding "The Treatment of Clinical Aggression: An Integrative Approach" by Ratey JJ and Leveroni CL. *Integrative Psychiatry*. 1992; 8:75-176.

Merikangas JR.  "Changing over-the-counter drugs while retaining the brand name." Letter to the Editor. *Annals of Internal Medicine*. 1993; 118:12:988.

Merikangas JR.  "Resolved: Managed Care Violates Medical Ethics", Letter to the Editor, *Connecticut Medicine*. August 1996:60:8:505-509.

Merikangas JR.  "Confidentiality: A Vanishing Right?", Letter to the Editor, ACP Observer, p 6. December, 1996.

Merikangas JR.  "Ethics in Managed Care-A Response to Maria Lenaz's Article", Letter to the Editor, *Connecticut Medicine*, 62, 2, p 108. February 1998.

Merikangas JR.  "Shortfall of Physicians?" Letter to the Editor, *Connecticut Medicine*, 62, 7. July, 1998.

Merikangas JR.  "Das Warten auf den Tod ist Folter", "Waiting for Death is Torture" Interview, *Der Spiegel*, Vol. 48, pp 176-180, October 18, 1999.

Merikangas JR.  "A Review of Stephen Soderbergh's Movie Traffic", *J Amer Acad Psychiatry Law*, 29.2, pp 241-242, 2001.

Merikangas JR.  "Commentary: Alcoholic Blackout – Does It Remove Mens Rea?", *J Am Acad Psychiatry Law*, 32:375-7, 2004.

Merikangas JR. "A Lesson of Columbine, 10 Years Later" Letter to the Editor, *New York Times*, 18 April, 2009.

**National and International Lectures:**

"Frontal and Occipital Evoked Potentials in Visually Deprived Humans", Society of Neurosciences, New York, December 5, 1975.

"Diagnosis and Management of Pain", American Psychosomatic Society, Continuing Education Course, Pittsburgh, P.A. April 1976.

"Psychosis and Movement Disorder: Interrelations", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Total Care of the Psychiatrically Ill Retarded", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Medication of the Mentally Retarded in an Outpatient Setting: Rationale and Consistencies", American Psychiatric Association Annual Meeting, Miami, FL, May 1976.

"Medical Considerations at Intake", The Association Psychiatric Outpatient Centers of American, Regional Meeting, Pittsburgh, PA, October 1977.

"Seizure Disorder and Headache", Practical Medicine for the General Psychiatrist. Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA, November 6, 1977.

"Neurodiagnostic Methods for the Aged", American Psychiatric Association Annual Meeting, Atlanta, GA, May 8, 1978
Industrial Health Foundation, Inc., Pittsburgh, PA, September 18, 1978.

"Seizure Disorder", Practical Medicine for the General Psychiatrist, Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA, November 9, 1978.

"Psychosomatic Illness-Evaluation and Treatment", Industrial Health Foundation, Inc. Pittsburgh, PA, May 1979.

"Psychological Aspects of Stress and "Overview of Psychosis and Neurosis", Industrial Health Foundation, Pittsburgh, PA, September 1980.

"Children with Neurological Problems Presenting as Psychiatric Problems", Continuing Educational Program, Dartmouth Hitchcock Medical Center, Brattleboro Retreat, Brattleboro, VT, October 1980.

"Neurophysiology of Violence", Psychosomatic Grand Rounds, Yale-New Haven Hospital, New Haven, CT, February 18, 1981.

MER000018

"Behavioral Emergencies", Connecticut Emergency Medical Services Annual Educational Seminar, New Britain, CT, March 13, 1981.

"Mental Retardation", Yale Law School, Yale University, New Haven, CT, April 2, 1981.

"Organic Brain Disorders", South Central Community College, New Haven, CT, April 29, 1981.

"Behavioral Manifestations and Treatment of Chronic Organic Brain Syndrome", Chapel Haven Center for Brain Damaged Adults, New Haven, CT, November 10, 1981.

"Neurological and Psychiatric Considerations in Parkinson's Disease", East Shore Parkinson's Support Group, East Haven, CT, November 19, 1981.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 15, 1981.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 19, 1982.

"Psychiatric Problems of Epileptics" and "Atypical Psychiatric Syndromes and Pharmacological Treatment", Course on Psychopharmacology in Children and Adolescents. American Psychiatric Association, Toronto, Canada, May 20, 1982.

"Neurological Complications of Alcohol", Shirley Frank Foundation, New Haven, Ct, June 4, 1982.

"Psychotropic Medication", Conference on Mental Health and Developmental Disability Consortium of New Haven, Clifford Beers Child Guidance Center, New Haven, CT, October 9, 1982.

"Medical Problems in Arbitration", National Academy of Arbitrators, Northeast Regional Meeting, Southbury, CT, October 20, 1982.

"Pharmacology of Neuroleptic Induced Movement Disorder, II", Institute of Living, Hartford, CT, November 8, 1982.

"Headaches", Healthwise Television Broadcast, Storer Cable TV, Channel U-24, New Haven, CT, November 16, 1982.

"Psychiatric Complications of Medical Drugs", Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 14, 1983.

MER000019

"Choline and Drug Response in Tourette's Syndrome", VII World Congress of Psychiatry, Vienna, Austria, July 15, 1983.

"Psychiatric and Family Aspects of Parkinson's Disease", Parkinson Enlightenment Program, Hamden, CT, February 1, 1983.

"Headaches", Healthwise Television Broadcast, Storer Cable TV, Channel U-24, New Haven, CT, February 16, 18, 1983.

"Violence and Atypical Psychosis", Connecticut Valley Hospital, Middletown, CT, March 9, 1983.

"Hysteria and Neurological Conditions", Mental Health Clinic, Hospital of St. Raphael, New Haven, CT, March 11, 1983.

"Neuropsychiatric Assessment in Childhood", West Haven Division of Connecticut Mental Health Center, West Haven, CT, April 14, 1983.

"Parietal Lobe Disorders, Part I", Integrated Seminar in Psychiatry and Psychosomatic Medicine, Yale-New Haven Hospital, New Haven, CT, April 18, 1983.

"Parietal Lobe Disorders, Part II", Integrated Seminar in Psychiatry and Psychosomatic Medicine, Yale-New Haven Hospital, New Haven, CT, April 25, 1983.

"Stress and Headache in Business", Combined Resources, Stone School of Business, New Haven, CT, May 26, 1983.

"Job Stress", Hospital of St. Raphael, New Haven, CT, June 3, 1983.

"Neurological Considerations in Psychiatry", Connecticut Valley Hospital, Middletown, CT, November 17, 1983.

"Psychiatric Complications of Medical Treatment", Neurology and Psychiatry Board Review Course, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, March 14, 1984.

"Psychopharmacology of Children and Adolescents", Course Presentation at Annual Meeting of the American Psychiatric Association, Los Angeles, CA, May 10, 1984.

"Temporal Lobe Epilepsy", Connecticut Mental Health Center, New Haven, CT, January 12, 1984.

"Face Pain", Grand Rounds in Oral Surgery, Hospital of St. Raphael, New Haven, CT, March 13, 1984.

MER000020

"Beta Blockers in Psychiatry", Connecticut Valley Hospital, Middletown, CT, April 11, 1984.

"On the Insanity Defense", University of Bridgeport School of Law, Bridgeport, CT, April 19, 1984.

"Altered Mental States and the Interface Between Neurology and Psychiatry", Griffin Hospital, Derby, CT, November 10, 1984.

"Distinguishing Neurologic and Psychiatric disease", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, December 18, 1984.

"Association Between Depression and Migraine", Annual Meeting of The Society for Epidemiologic Research, Chapel Hill, NC, June 20, 1985.

"Altered States", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 17, 1986.

"Anticonvulsants in Psychiatric Disorders", Jefferson Medical College, Philadelphia, PA April, 1986.

"Facial Pain", Residents in Oral and Maxillofacial Surgery, Hospital of St. Raphael, New Haven, CT, July 15, 1986.

"Seizures and Affective Disorder", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, July 25, 1986.

"Management of the Difficult Patient", Memorial Hospital, Meriden, CT, September 18, 1986.

"Psychological Consequences of Multiple Trauma", International Rehabilitation Associates, Inc., Berlin, CT, November 1986.

"Mental Status Examination", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 16, 1987.

"Altered States of Consciousness", Neuropsychiatric Rounds, Yale-New Haven Hospital, January 17, 1987.

"The Neuropsychiatric Work-Up", Consultation Liaison Service, Yale-New Haven Hospital, New Haven, CT, January 23, 1987.

"Blepharospasm", Connecticut Blepharospasm Support Group Annual Meeting, Southbury, CT, April 26, 1987.

MER000021

"Neuropsychiatry on Death Row", Rhode Island Hospital, Brown University, Providence, RI, October 27, 1987.

"MRI, Thermography and Evoked Potentials in the Evaluation of Low Back Pain", International Rehabilitation Associates, November 17, 1987.

"Neuropsychiatric Manifestations of Migraine", Connecticut Valley Hospital, Middletown, CT, February 3, 1988.

"Advances in the Pharmacologic Treatment of Migraine", Collegium Internationale Neuro-Psychopharmacologicum, Munich, West Germany, August 16, 1988.

"Calcium Channel Blockers in MAO-I Induced Hypertensive Crisis", Collegium Internationale Neuro-Psychopharmacologicum, Munich, West Germany, August 17, 1988.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, San Francisco, CA, May 8, 1989.

"Dangerous Headaches", Swiss Headache Society, Solothurn, Switzerland, December 2, 1989.

"Neuropsychiatry and the Violent Criminal", The Institute of Living, Hartford, CT, February 8, 1989.

"Medical Testimony in Malpractice Actions", Connecticut Trail Lawyers Association, New Haven, CT, April 1989.

"Objective Testing to Determine Rehabilitation Potential for Appropriate Therapy for Traumatic Brain Injury", Intracorp, Glastonbury, CT, May 24, 1989.

"Neuropsychiatry", CROSSTALK, Television broadcast, Channel 28, New Haven, CT, May 24, 1989.

"Medical Ethics and the Care of Children", University of Pennsylvania School of Nursing, Philadelphia, PA, December 5, 1989.

"Thermography", Trial Strategies Seminar, Travelers Insurance Company, Orlando, FL, February 14, 1990.

"Death Row Criminals", Breakthrough with Dr. Larkin, Radio broadcast, Pastoral Theological Institute, Hamden, CT, March 21, 1990.

"Alcoholism", Breakthrough with Dr. Larkin, Radio broadcast, Pastoral Theological Institute, Hamden, CT, March 21, 1990.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, New York City, New York, May 13, 1990.

"A Practical Clinical Laboratory Guide for Psychiatrists", American Psychiatric Association Annual Meeting, New York City, NY, May 15, 1990.

"Neuropsychiatric Considerations and the Insanity Defense for Murder", Georgia Resource Center, Atlanta, GA, July 12, 1990.

"Painful Neuropathies", Bristol Hospital, Bristol, CT, January 29, 1991.

"Painful Neuropathies", Charlotte Hungerford Hospital, Torrington, CT, February 1, 1991.

"Behavioral Management for the TBI Client Via Pharmacological Intervention", New Medico Head Injury Systems, Meriden, CT, March 22, 1991.

"Children as Witnesses in Child Abuse Cases", Eyewitness News, WFSB Channel 3, April 29, 1991.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, New Orleans, LA, May 14, 1991.

"Serial Killers", Eyewitness News, WFSB Channel 3, July 26, 1991.

"The Neuropsychiatric Evaluation of Violent Behavior", National Alliance for the Mentally Ill Children & Adolescent Network, Woodbridge, CT, November 13, 1991.

"Homicide Task Force", Eyewitness News, WFSB Channel 3, November 19, 1991.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, Washington, DC, May 3, 1992.

"Evaluation and Treatment of Violent Youth", Community Action for the Mentally Ill Offender, Seattle, WA, May 28, 1992.

"Neuropsychiatric Evaluation of Juvenile Offenders", National Coalition for the Mentally Ill in the Criminal Justice System, Seattle, WA, May 28, 1992.

"The Phoenix Park Murders", James Joyce Symposium, Dublin, Ireland, June 18, 1992.

"The Neurological Basis for Violent Behavior: Children and Adults", National Alliance for the Mentally Ill National Meeting, Washington, DC, September 12, 1992.

"Who's on Death Row? Psychiatric Portraits", Violence in America Psychological and Sociological Perspectives, Washington, DC, October 16, 1992.

MER000023

"Radiology and Neurology Consultation", PGY II Integrated Psychopathology Course, Veterans Administration Hospital, West Haven, CT, February 18, 1993.

"Epilepsy", PGY II Integrated Psychopathology Course, Veterans Administration Hospital, West Haven, CT, February 22, 1993.

"Diagnostic Imaging", PGY II Integrated Psychopathology Course, Yale-New Haven Hospital, New Haven, CT, March 15, 1993.

"Epilepsy", PGY II Integrated Psychopathology Course, Yale-New Haven Hospital, March 22, 1993.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, San Francisco, CA, May 23, 1993.

"Post Traumatic Headaches", Swiss Neurological Society, Flims, Switzerland, June 5, 1993.

"Pharmacotherapy of Traumatic Brain Injury in Children", American Academy of Child Psychiatry National Meeting, San Antonio, TX, October 28, 1993.

"Specialty Clinics in Child Psychiatry", American Academy of Child Psychiatry National Meeting, San Antonio, TX, October 28, 1993.

"Evaluation of the Violent Offender", Second International Conference on Treatment and Diversion of Mentally Disordered Offenders, Tempe, AZ, November 8, 1993.

"The Clinton Health Care Package", with Senator Joseph Crisco, Commissioner Donald Pogue and Professor Theodore Marmer. Public Service Cable Television broadcast, Seymour, CT, November 12, 1993.

"The Neurobiology of the Attention Deficit Disorder and Learning Disabled Brain", Children and Adults with Attention Deficit Disorders Support Organization, Berlin, CT, November 13, 1993.

"The Clinton Health Care Package – Part II", with Senator Joseph Crisco, Commissioner Donald Pogue, Professor Robert A. Burt and State Senator Kenneth Przybysz. Public Service Cable Television broadcast, Seymour, CT, January 24, 1994.

"A Review of Physical Diagnosis for Psychiatrists", American Psychiatric Association Annual Meeting, Philadelphia, PA, May 22, 1994.

"Pharmacotherapy of Traumatic Brain Injury in Children", American Psychiatric Association Annual Meeting, Philadelphia, PA, May 23, 1994.

"SPECT, CT, MRI & EEG in Psychiatry", Yale University Psychiatric Residents, March 31, 1994.

"Anticonvulsants in Psychiatry", Yale University PGY III and PGY IV students, Veterans Administration Hospital, West Haven, CT, May 17, 1994.

"Preparing for a Career in Neuropsychiatry", American Psychiatric Association Annual Meeting, Miami, FL, May 24, 1995.

"Managed Care: The Psychiatrist and Neurologist in Private Practice", Department of Psychiatry, University Hospital, Bern, Switzerland, June 20, 1995.

"Mental Health Services to Youth Detained in Juvenile Justice Facilities", American Academy of Child and Adolescent Psychiatry Annual Meeting, New Orleans, LA, October 19, 1995.

"Vulnerability for Substance Abuse and Anxiety: A Family Study", American Academy of Child and Adolescent Psychiatry Annual Meeting, New Orleans, LA, October 21, 1995.

"Neuropsychiatric Evaluation of Death Row Criminals", University of Texas Medical Branch, Galveston, TX, January 31, 1995.

"Chronic Pain", Masonic Home and Hospital, Wallingford, CT, February 2, 1995.

"Swiss Psychiatry and the Mental Illness of Lucia Joyce", 15th Annual James Joyce Symposium, Zurich, Switzerland, June 21, 1996.

"Update on Headache", University of Massachusetts Medical Center, Worcester, MA, January 16, 1996.

"Medico-Legal Aspects of Headache Treatment", Headache Consortium of New England, Stowe, VT, March 2, 1996.

"Traumatic Brain Injuries and Its Consequences", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 27, 1997.

"Behavioral Problems of Epileptics", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 28, 1997.

"Neuromuscular Disorders", Child Neurology and Psychiatry Conference, Vilnius, Lithuania, June 29, 1997.

"Traumatic Brain Injury and Its Consequences", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 1, 1997.

MER000025

"Behavioral Problems in Epileptics", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 2, 1997.

"Neuromuscular Disorders", Child Neurology and Psychiatry Conference, Tartu, Estonia, July 3, 1997.

"Serial Killers", Eye Witness News, WFSB News, Hartford, CT, July 18, 1997.

"Brain Abnormalities in Violent Criminals", Dateline NBC, July 20, 1997.

"Genetics of Crime", MSNBC, July 21, 1997.

"Cortical Stimulation and Response-Brain Behavior Relationships", Transcranial Magnetic Stimulation Conference, Interlaken, Switzerland, August 14, 1997.

"Mental Health Issues in Death Penalty Defense", National Institute for Trail Advocacy Meeting, Temple University School of Law, Philadelphia, PA, January 31, 1998.

"Mental Health Issues in Habeas Appeals", National Institute for Trail Advocacy Meeting, University of Texas School of Law, Austin, TX, June 27, 1998.

"James Joyce: Manic Genius and the Family Triangle", The Program for Humanities and Medicine, Yale University School of Medicine, May 7, 1998.

"Koskoff Inn of Court: Admissibility of Evidence: Porter and Daubert Decisions", Tyler, Cooper, and Alcorn, 205 Church Street, New Haven, CT, November 17, 1988.

"Introduction to the Multi-Axial System of DSM-IV", Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"Personality Disorder Diagnosis", Fourth Annual National Habeus Corpus Seminar, Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"Substance Abuse: A Medical Disease", Fourth Annual National Habeus Corpus Seminar, Federal Defender Training Group, Atlanta, GA, August 28, 1999.

"The Mental Illness of Lucia Joyce", Neurosciences and Psychiatry Congress of History, Joint Meeting of European Association for the History of Medicine, International Society for the History of the Neurosciences and European Club for the History of Neurology, Zurich, Switzerland, September 15, 1999.

"The Adolph Meyer Lecture: Crossing, Uncrossing, and Re-crossing of Neuropsychiatry in the USA", Neurosciences and Psychiatry Congress of History, Joint Meeting of European Association for the History of Medicine, International Society for the History of the Neurosciences and European Club for the History of Neurology, Zurich, Switzerland, September 16, 1999.

MER000026

"Representing a Death-Sentenced Client in Federal Post-Conviction Proceedings", National Institute for Trial Advocacy Meeting, University of Houston Law Center, Houston, TX. January 20-23, 2000.

"Representing a Death-Sentenced Client in Federal Post-Conviction Proceedings", National Institute for Trial Advocacy Meeting, University of North Carolina School of Law, Chapel Hill, NC, January 18-20, 2001.

"Understanding Forensic Mental Health Issues", National Defender Investigator Association 2001 National Conference, Kansas City, MO, March 28, 2001.

"A New Look at Forensic Mental Health Issues, Missouri State Public Defender 2001 Capital Conference, Kansas City, MO. May 17, 2001.

"Understanding Forensic Mental Health Issues", National Defender Investigator Association, Northeast Regional Conference, Philadelphia, PA, September 27, 2002.

"How the Brain Works", Third National Seminar on Mental Health in Criminal Law, Atlanta, GA, November 2, 2002.

"Neuroscience of Music", Humanities in Medicine Series, Yale University School of Medicine, New Haven, CT, March 20, 2003.

"Mental Health Issues in Criminal Defense", D.C. Association of Criminal Defense Attorneys, Washington, DC, April 5, 2003.

"Applying Brain Imaging to Clinical Practice: A Master Clinician's View-Opening the Mind – The Clinical Application of Brain SPECT Imaging in Psychiatry", University of California Irvine College of Medicine and the Amen Clinics, Irvine, CA, May 3, 2003.

"Familial and Longitudinal Patterns of Comoborbidity of Migraine and Mental Disorders", XXIV CINP Congress, The International Journal of Neuropsychopharamacology, Paris, June 20-24, 2004

"Prosecutorial Misconduct in Capital Cases- Hubris, Arrogance and the Abuse of Power", XXIXth International Congress on Law and Mental Health, Paris, France, July 8, 2005

"Neurodiagnosis of Child Murderers" and "US Supreme Court Revisits the Juvenile Death Penalty" panel member, 36th Annual Meeting of American Academy of Psychiatry and the Law, Montreal, PQ, Canada October 30, 2005.

"Brain Behavior and Cognition", National Seminar on the Development and Integration of Mitigation Evidence, Washington D.C., April 1, 2006

MER000027

"Brain Imaging" and "Prosecutorial Misconduct", National Seminar on the Development and Integration of Mitigation Evidence, Washington D.C., March 30, 2007

"Migraine and Depression", Annual Meeting for American Academy of Clinical Psychiatrists, Washington D.C., March 31, 2007

"Neuropsychiatry on Death Row" Grand Rounds, Dept of Psychiatry, University of Southern California, Los Angeles, September 15, 2009

MER000028

## Michael Burt

**From:** "James Merikangas, MD" <neuropsych2001@hotmail.com>
**Date:** Wednesday, May 25, 2011 7:09 AM
**To:** "George Woods" <gwoods@georgewoodsmd.com>; "george woods" <gwwoods@comcast.net>; "george woods" <gwwoods@gwwoods.cnc.net>; "Michael Burt" <michael.burt@prodigy.net>; "michael burt" <michael@michaelburtlaw.com>
**Subject:** RE: mri

James R. Merikangas, M.D. 4938 Hampden Lane #428 Bethesda, MD 20814 (301) 654-1934 (office) (301) 654-1834 (fax)

---

From: neuropsych2001@hotmail.com
To: gwoods@georgewoodsmd.com; gwwoods@comcast.net; gwwoods@gwwoods.cnc.net; michael.burt@prodigy.net; michael@michaelburtlaw.com
Subject: mri
Date: Mon, 23 May 2011 11:21:44 -0400

I concur with the radiologist's reading of the MRI of the brain of Angela Johnson,and by my reading the PET and EEG were both abnormal with left temporal and frontal dysfunction.

James R. Merikangas, M.D. 4938 Hampden Lane #428 Bethesda, MD 20814 (301) 654-1934 (office) (301) 654-1834 (fax)

MER000029

5/31/2011