JD      Okay.  So from '94 to 2000, you were working – you moved to get away from the Feds.  You were doing crank the whole time?

A       Uh-huh.

JD      Now, so how – if they were searching your house unexpectedly --

A       Uh-huh.

JD      -- and you were doing crank on a regular basis –

A       Uh-huh.

JD      How come they never busted you for crank?

A       They'd like to know that.

JD      Well –

A       Well, they never found any –

Q       You were smarter than them?

A       I don't know if I'd say that.

JD      You were doing it – you had to have it somewhere that was accessible so I assume it was hidden away – they couldn't find?

A       (inaudible)

JD      Did they tear up your house?

A       Uh-huh.

JD      And never found it?

A       (unspoken)

JD      How did you feel watching them look and fail?

Case 3:09-cv-03064-MWB-LTS    Document 284-36    Filed 06/23/11    Page 1 of 100

MAR000101

A       I don't know.  I just  -- first nervous and then, like, hmm.  I don't know.  Happy.

Relieved.  They would come in with people with face masks, black face masks and

running through my apartment in front of my girls.  That's like a burglar, you know.

They had – they did not give a shit one iota about my little girls being there, and the

about my kids, you know.  They didn't give a shit.  They did not – they did not care

about my children's welfare at all.

JD      Did you own a weapon at the time?

A       No.

JD      So anything noteworthy other than what you've already told me.  You're

working.  You're trying to be a mother to your two kids.  The Feds are harassing you.

You move to avoid them.  Do  they – did that work?

A       No.

JD      They found you and kept trying to get you to cooperate?

A       No, they—they were just following me around trying to set me up with a couple

of snitches and –

JD      Now, if they were – I'm still a little confused.  If they were following

you –

A       Uh-huh. I didn't realize they were following me until after I seen the evidence

and stuff.

JD:     I understand.  They were following you, and you didn't know about it?

A       Uh-huh.

JD:     They were searching your house –

MAR002102

A    Uh-huh.

JD:    -- how in the world – you had to be getting your crank somewhere.

A    I was very careful. Very careful.

JD:    I'm impressed, to be honest.

A    Thank you.

JD    I don't know if I'm smart enough to figure out a way to avoid that much scrutiny and still?

A    Never get busted with anything, ever – Not even personal use.

JD:    You seem proud when you say that? You have kind of a proud look on your face.

A    Because I know they hate that and I'm a chick and plus that I don't know I just see them as my enemy. All this because I didn't cooperate. Boy, to do it over again.

JD:    What would you do?

A    I would have cooperated. I would have told them everything I knew. Now I'm an aider and abettor with a death penalty. I've been in jail for five years doing a lot of thinking

JD:    Who is taking care of your kids?

A    My daughter, Alyssa, is 21 and lives on her own and my friend's been looking out for her and my family and then my sister in Fairbault, Minnesota has my daughter, Marvea, who was in a spelling bee today.

JD:    They keep in close (inaudible)?

A    Very close (inaudible).

MAR006103

JD:    How often do they get to visit?

A    Well, I was in Eldora, and they were coming quite often, and I had phone cards there so I could call every day if I wanted to.  But here I have to call collect, and I'm so far away that I haven't had seen anybody since I've been here.  And I probably won't until my trial starts.

JD:    The trial hasn't started yet?

A    Just the jury picking.

JD:    Oh.

A    Which we used our last strike yesterday, and the government has nine left, so you can tell who is favored going into this.   We didn't get any jurors yesterday, so we only have 15 in our pool. We need 36. So if that tells you anything.

JD:    Have you been doing a lot – learning about the law?

A    I am trying to be – to be a jailhouse lawyer?

JD:    Are you actively working with your attorneys making decisions about the case? Are they teaching you --

A    I'm definitely making it harder for them all the time.

JD:    You're not just doing what they tell you?

A    No.  My team is great.  I've made it harder for them.

JD:    How so?

A    I – just my stupid mistakes and they just get so mad at me.  But I have got a great defense team. I am really impressed with Pat Berrigan.  He is absolutely a

MAR0046104

phenomenal lawyer.  He is a legal genius and I didn't actually realize that until we started selecting the jury, and oh, my God, I'm so thankful he's on my team.

JD:     Is a federal PD?

A       He's a federal death penalty lawyer.  He's not a public defender.  All my lawyers are lawyers -- privately -- have private practices.

JD:     And they're court-appointed?

A       They're paid for by the government.

JD:     Now other than things you've been charged for -- don't say anything about that – what have you done -- you say you've done stupid things that drive them crazy. What stupid of things have you done?

A       I was manipulated when I – When I first got arrested, the marshals were going to take me to Linn County, but Pat Rhinert had called up this Archega,  head marshal up in Cedar Rapids and said, 'Hey, do me a favor and instead of taking her up to Linn County, take her up to Benton County."

Q       Who's Pat Rhinert?

A       He's the prosecuting attorney in this case.  He's the one that got me indicted.

Q       All right.

A       Archega was like, "I was going to take her to Linn –"  "Just just do me a personal favor and take her to Benton County." And so he did, and that's where he had Robert McNeese, an accomplished snitch, who has snitched in like (inaudible) cases.

JD      I think it's better if you – I think it speaks to the actual case so let's –

MAR00305

A     Right. Anyway I got manipulated by him and then he's not on my case anymore because we tried to get that evidence suppressed and we subpoenaed Pat Rhinert and he lied on the stand and say he didn't ask Archega to move me there, and Judge (?) said, "Look, Archega just testified that you did," and the next thing I know, he's not on my case anymore.

JD    Who Rhinert isn't?

A     Uh-huh. So now C.J. Williams is in charge. And then I got moved to Waterloo and I freaked out, hung myself and then I got moved to Linn County and then Eldora and now here.

JD:   Now, let's talk about -- First of all, before your arrest, I asked you if you ever had any mental health treatment?

A     Well, when I moved to Des Moines, I went and saw a doctor and got on some Prozac because I was really depressed.

JD:   What year was that do you think?

A     '95.

JD:   What kind of a doctor was that?

A     He was a psychiatrist for Mercy Health Center. I can't remember his name, but he got me on Prozac and then I was having anxiety attacks so he put me on Zoloft and I stayed on that for a while and then I stopped taking it because it would make my face break out and plus it was so fucking expensive. I just quit doing it. Crank was cheaper.

JD:   You had no health care?

MARO0G106

A No.

JD: Other than that had you ever had any mental health treatment

A No.

JD: Did you ever try to hurt yourself or kill yourself?

A When I was in Waterloo I did.

JD Waterloo is --

A Waterloo Jail after they moved me from Benton County to Waterloo.

JD: Okay. And that was in 2001.

A 2000.

JD: 2000. Somewhere. Let me see if I can find this. Was there ever a time when you tried to OD on aspirin?

A Oh, when I was young?

JD: Yeah.

A Uh-huh.

JD: When was that?

A That was when I was 14. I took a whole bunch of aspirin with Coke -- Coca-Cola, and I think I got in an argument with my stepmother on the phone and I was real depressed and it seemed like the thing to do.

JD: Did you think you were going to die or were you just messing with --

A I don't know. I'm sure I didn't want to die. But I wanted to after taking all that shit. Boy, it made me sick. Burned the lining of my stomach. I never had to get my stomach pumped but that's because I was throwing up like crazy.

MARQU00107

JD: Okay. So in 2000 you went to jail, and how did you do in jail in terms of getting along with –

A    Not good. I smoked like two packs of cigarettes a day, drank (?) Mountain Dews a day, plus coffee. So I was addicted to nicotine, addicted to caffeine and crank and had my period. And I got arrested and going through all that withdrawal, it didn't make me a nice person. I was not a happy camper. I'm sure I was a complete bitch, and I was. I was mad.

JD: So you got a lot of write ups?

A    No, I -- I got in trouble one time when Robert McNeese threw a note to me as I was walking by his cell and I picked the note up and one of the girls saw us, so I got locked down for a like a week, but he didn't get in any trouble at all.

JD: Who is Robert McNeese?

A    He's the snitch – a government informant.

JD: I actually have a summary of your write ups here so I'm going to ask you about them.

A    Okay.

JD: If you don't mind.

A    No, go ahead.

JD: You got a warning for an arguing with another inmate?

A    In Benton County?

JD: Linn County.

A    Linn County. That was like my first day there.

JD  What day were you arrested?

A  July 29, 200.

JD:  This is November.

A  Yeah, when I first got to Linn County.

JD:  Okay. And you weren't withdrawaling then?

A  No.

JD:  You got charged with assaulting another inmate, your cellmate?

A  Amy Rawhauser?

JD  Doesn't say her name.

A  Yeah. I pushed her into the bunk.

JD  Because she smelled?

A  She would not shower and she was humungous and she reeked and us girls we got her soap, deodorant soap, and we tried talking to her and finally we all wrote a grievance and she tried to convince me she didn't have a problem, and I'm like, "Amy, if you would just take a longer shower or just get in there," and she got mad at me and call me a stupid bitch. and I said "Call me a stupid bitch again," and she did. So I had to do something so I shoved her. And yeah, I had to go to the hole for that.

JD:  So you had to do something, why?

A  Because I said, "Call me a stupid bitch again,"

JD  Yeah.

A  And she did, so I had to do something so I pushed her.

JD:  What if you hadn't done that?

MAR000109

A     Then I don't know.  I would have felt like I told her to call me a bitch again just to call me a stupid bitch again.

JD:    Well, explain to me why that was important to you.

A     Because I'm not going to sit there and let her call me a stupid bitch. I'm not a stupid bitch – well, maybe I am stupid, and I am a bitch, but not together.

JD:    Unauthorized items you got written up for?

A     I had carbon paper from the library I didn't know you weren't supposed to take it back from the library.

JD:    In March of 2002, Miss Johnson was cited for disruptive contact for (inaudible) with another inmate.

A     Me and another girl from another cellblock got into a fight.

JD:    What was that about?

A     She had accused Brandy, my cell mate of signing her money order and taking her money, and  I -- I was like no, she didn't, I was sitting right there.  And we were just arguing about that.

JD:    But that was just verbal?

A     Yeah.  It was nothing physical, but I went to the hole, and she didn't, although she started it and I'm the one who got in trouble for it.

JD:    And in January of '04 you were cited another inmate for pulling her hair, hitting her on the head with your fist and pushing her into a wall.

A     She threw water at my face. She was such a little bitch.  She was in there for stabbing somebody and she was just raising all kinds of hell in her cellblock and there

MARQ006110

was 400 people in there, and she was unreasonable and she threw water in my face -- my water. And I told her you need to stay away from me, and she grabbed the phone and tried hitting me with the phone and I did punch her in the face and did toss her out of the cellblock (inaudible) and I am twice this girl's age, twice this girl's size. I'm not looking for a fight with her. She was just young and dumb. She'd already been to the hole twice before. They kept me in the max (?) So anybody who got in trouble or – caught for fighting, so I had to deal with all these people with attitudes. Of course, I'm going to get in verbal arguments. I was in jail there for four years. How do you not get in trouble? I'm – I with the bottom feeders of Cedar Rapids, Iowa, 24 hours a day.

JD:    The bottom feeders of Cedar Rapids, Iowa?

A      Yep.

JD     I have to take just a second to think about that one.

A      Bottom of the bucket people.

JD:    I think that's all (inaudible) questions.

A      Is that all. I'm sure there's got to be more.

JD:    I was just picking and choosing.

A      What about the one where I called (?) a one-armed nigger. (inaudible) my friend and she said nigger rake and she had a real thing with people saying nigger. (inaudible) nigger rake. (inaudible) And so I go, "Nigger rake?" You can say nigger rake but no one else can say it?" And she said, "No." So I go, "Nigger rake, nigger rake." (inaudible) and she got mad and told (?) I was saying nigger rake, and I said,

MAR000111

"I'm sorry.  I didn't mean to make you mad.  Well, (inaudible) so when I got in trouble again, I was having a meeting with the administrator and he was black.

JD:    And he didn't find it humorous?

A      Well, no, I go, "I think I should only get five days for this and not twenty because I haven't been getting in that much trouble" and he goes, "really," and he reads, reads, reads and (inaudible) and sees nigger and I go it wasn't like that.  But the more I talked, I sounded – just give me the fucking twenty days.  But he didn't.  He only gave me five.

JD:    Okay.

A      Sometimes the more you try to explain something (inaudible)  I was like, fuck it, it wasn't like that.  (?) and I wrote all the time and we were friends. (3:13:02)

JD     You don't have a racial issue, do you?

A      No, but the majority of women I fought with were black.

JD     Why do you think that is?

A      Because they have a tendency to be real loud and – not all of them – but a lot of them come in and they are loud and have attitudes.  They think they are going to run the shit – run the TV, run the phone.  Where I lived, you wouldn't tell people what to do.  No not in my cell block.  That is where I lived.  I wasn't just staying there for -- I was living there, and I didn't like conflict I just tried to keep everything calm.  And that – you come in and intimidate people and I was like, no, that's not going to fly with me.  Nobody runs this block.  We're all in here in jail.

JD:    But yet you were the one that was --

MARQ006112
112

A       I didn't let them intimidate me.

JD:     You were doing the fighting?

A       Uh-huh. Because I wouldn't -- they weren't intimidating me. I don't care how big and black you are. You're not running the block.

JD:     One question I forget to ask you: Your mom was -- was she Mexican decent?

A       My grandpa was. His last name was Gomez.

JD      Was his wife Mexican also?

A       Florence, no.

JD      So your mom was half Mexican and half –

A       But she doesn't look like a Mexican, I mean, she's white – she doesn't talk like a Mexican.

JD:     So you're a quarter probably –

A       (inaudible)

JD:     And when people ask your ethnicity is, what do you say?

A       Caucasian.

JD:     Bear with me one second –

A       That's okay. It's complicated, I know.

JD:     I am trying to make sure I follow the rules about what to ask and what not to ask. I have to be careful.

A       Uh-huh.

JD:     Why did you try to kill yourself in the jail?

MARQ000113

A       I think I just freaked out.  I was having a hard time being -- with my charges in the first place and I -- just the fact that I was in jail and arrested on these charges was hard on my family and hard on me and they arrested me at my sister's house in Klemme, and they were calling me the Klemme woman, and that town is so small.

JD:     Was your case huge news?

A       Yeah and I when I (inaudible), I thought man I should just kill myself so that all this is over and my family won't have to go through this shit, you know, and I freaked out and hung myself and --  I remember --

JD:     How long --

A       I remember talking to my sister and daughter on the phone,  and hanging up the phone and they told me the bodies had been found and stuff, and I hung up the phone and I remember when I closed my eyes, I seen like sparks flying it was weird.  And that's all I remember and I must have went up the stairs into my cell, took a sheet, tied it off on the skywalk there and just jumped off.  I don't have any memory of it at all. And then when I came to in the hospital --

JD:     I want to make sure I understand.  You're saying that the decision to kill yourself was, like, a snap judgment made impulsively –

A       Uh-huh.

JD      Any planning go into that?

A       I had thought about killing myself before thinking what is the best way to handle this, and I thought if I just kill myself, then I would spare my family all this, my kids wouldn't have to go through all this shit.

JD: Okay.

A       Which was irrational thinking, but I wasn't thinking rationally then.

JD:     You wrote a note?

A       Uh-huh.  That was like two days before.

JD:     You wrote a suicide note –

A       It wasn't a suicide letter, but it was a letter to my daughter and a letter to my sister.

JD:     So at that time, you were feeling suicidal, but you hadn't actually decided to do it?

A       Right.  And when I came to at the hospital, I thought I had gotten into a fight because I had bitten part of my tongue off because I had a – when they cut me down, I wasn't breathing – The doctor told me when -- my brain made me have a seizure and I bit part of my tongue off.

JD      Does it feel better now?

A       No, it is still off.  Anyway, they told me I had hung myself, and I thought, geez, I really fucked things up now, didn't I.  But I was feeling really bad, but I guess then the police officers said I was combative, when actually I was having a seizure and I had bruises all over from where they were trying to hold me down. And I guess they ended up giving me a sedative, but I don't have any memory of hanging myself, being taken out of the jail, in the ambulance, I don't have any memory of any of that.

JD:     Okay.  It said in your hospital records that you had been prescribed Celexa, Cerzo and Terazinol(inaudible) in the past.  Do you remember these drugs?

MAR000115

A       When I was in Benton County, I asked to be put on some antidepressants. JD So that was in jail?

A       Yeah.

JD      Those were?

A       They put me on Celexa, no, yeah, and then when I got to Waterloo, they put me on (inaudible), and then when I got to Linn County, they put me on amitriptalene(?).

JD:     And you're now taking Zoloft?

A       After I tried a series of combinations of medications, I am now taking 200 milligrams of Zoloft and 200 milligrams of the Ceracol(?) at night which helps me get a good night's sleep and a multi-vitamin, and a birth control pill.

JD:     And you're taking the birth control to regulate your flow.

A       Uh-huh, yeah.

JD:     What was the one before that?

A       A multi vitamin.

JD:     Were you having trouble with your menstrual period before the birth control?

A       Yeah. (3:20:26)

JD:     What about when you were written up for not properly taking your medication?

A       Oh, because they give you your meds at like 7 o'clock and they keep you locked out of your room. You can't lay down and go to sleep until 10:30 so then you have to (inaudible)

JD:     I understand.

MAR006116

A    So at 7 o'clock in the evening, yeah, I'm not ready to take a 200 milligrams –

JD:    I know about that. That's pretty common.

A    So then they're like –

JD:    I wasn't very good at it.  (inaudible conversation and lots of laughing.)

JD:    Should I repeat the question?

A    Because I looked guilty I guess.

JD:    Who caught you?

A    One of the guards, Cammie(?), she's a fucking Nazi anyway.  What about when the girls were making themselves faint?  Is that in there?  Where I got in trouble for watching a bunch of girls were in there standing up against the wall, and one was pressing really hard on their chest and taking really deep breaths and she would pass out -- and those girls were just crazy and I was just laughing at them. And then when Montana -- the guard, came in and one of them was passed out on the floor and I was laughing and I was trying to pick her up because I didn't want her to get caught and I got in trouble for watching, not partaking, watching.  I don't know if anybody else got in trouble for watching, but --

JD:    Let me switch gears for a second other than anything related to this particular case, have you ever owned a firearm?

A    Uh-huh.  I bought a gun when I lived in Ventura because I was  -- I loved Terry (inaudible) for my life, but he said he would kill me, and I thought he might just do it.  I never shot it.

JD:    What kind of gun was it?

MARQ006117

A       It was like a shotgun. I didn't have a gun permit for it.  I didn't know the rules and regulations. And then he ended up taking the gun anyway.

JD:     Any others not related to this case?

A       No.

JD:     (3:24:16) I'm going to stop. Can you think of anything important that I didn't ask you that you think I should know about you?

A:      Well, I've done a lot of thinking about my parenting with Alyssa and as much as I'd like to think I shielded her from a lot of the things I went through with Terry and stuff I know I didn't because when I was going through statements that people were saying, Alyssa had told Mary when she was little she could hear Terry rape me and that just made me cry for days because I never knew she knew anything like that.  That makes me feel like a really shitty fucking mom.

JD:     Did Terry rape you a lot of times?

A       Not a lot, but sometimes.  He would break in and come into my house whenever. If he wanted, he could get in.  He didn't have a key, but he knew how.  He was good when he was good, but when he was bad, he was so bad.

JD      When you mentioned the rapes by Terry, that's the first time you've shown any real emotion. What do you feel -- what are those tears for?

A       Because I hate that Alyssa knew that.

JD      So the tears are about Alyssa?

A       Uh-huh.  And I can't imagine what she was thinking, and I feel like a really shitty mom.

MAR008118

JD:    (3:26:11) As you -- since you were no longer living with your mom or grandma, do you consider yourself -- to have any religious preference?

A      I'm Christian, and I believe in God.  I believe there is a devil, and I believe  there is a heaven and a hell.

JD:    How do those beliefs make you feel?

A      Good. I believe the Bible is true. I believe Jesus died on the cross for our sins, but I'm not,  I don't take it to a fanatical level. I pray at night and sometimes I pray during the day. I know God isn't giving me any special favors, making any miracles for me, and I think that he − I believe he is there.

JD:    Did you think that all along?

A      All during my childhood, I was afraid of God.  I was probably more afraid of God than the devil.

JD:    I'm thinking about -- You were off crank for 11 months and you made a pretty conscious decision to go back to it because you liked it. That's what you explained to me before.  Were you religious at that time?

A      I've always believed in God.

JD:    How did those two things fit for you?  Did you think God minded crank?

A      No, it was good of a thing for God not to like.

JD:    I have to ask you a few questions that might be uncomfortable. In your sex life with Terry, was it good for both of you?

A      Uh-huh.

MARS009119

JD: And did he -- Was yours the kind of relationship where any time you wanted sex you could have it, or did you have to be in the mood who decided whether or not there was sex?

A     I don't know.  Sex was always a good thing for us.  I mean, it wasn't like something I didn't want to do.

JD: Do you remember him saying or coming on to you and saying he wanted to have sex with you and I'm not in the mood?

A     No, I could (inaudible) Terry with my shirt off.

JD: So what I'm trying to get at is – when he raped you --

A     That was when we weren't seeing each other.

JD: Did he ever rape you when you were seeing each other?

A:    No.

JD: And did you ever think of calling the police and charging him?

A     No, I do not believe in calling the police unless I absolutely have to I -- after Terry and I broke up he was with other women and that's why I did not want to have sex with him. I was always afraid I would get something from him.

JD: But yet he raped you?

A     Right.  He raped me.

JD: And you didn't think that was – you said you didn't call the police unless you had to.  What would the definition be of have to?

A     If it was after the fact and it's done an over with, I wasn't going to charge him.

JD: Did you not think (inaudible)?

MARUSO120

A      Yeah, but I don't think calling the police would keep him from doing it again.

JD:    What did you think would happen when somebody got arrested for rape?

A      I don't know I wasn't going to go there.

DM    How many times did it happen?

A      A couple.

JD:    A couple?

DM:    I didn't hear what you said.

A      A couple times.

JD:    Would you describe yourself as having a temper?

A      Uh-huh.

JD:    On a scale of very bad, average.

A      I can get mad quick.

JD:    More than average temper?

A      Yeah, probably. I don't like being fucked with and I don't, you know, I didn't have a temper with Terry but I did with Dustin because he was constantly lying and manipulating me and making me feel stupid.

JD:    Why –

A      I don't fucking like that shit in my life, and it pissed me off. I would not do anything about it, but there was this one time when I went to Kathy's house to kick her ass for continuously calling me.

JD    Who is Kathy?

A      The other woman in his life.

MARO20121

JD   Terry's?

A    Dustin's. And it wasn't because I was jealous or mad because Dustin and her were together.  I told them to go ahead.  Have at it. Be with her.  I don't want to be you in my life, but I mean I never really –

JD   (inaudible)

A    I called her.  I'm coming over and when I get of work to kick your ass once and for all, I'll be there about 2:30.  Be home. So I gave her fair warning.  I went there to kick her ass, but she wasn't there.

JD:  So when they told you that Dustin was trying to have you killed, you said that kind of without any feeling. I'm getting the impression that you never felt very connected to him emotionally.

A    Oh, yeah.

JD:  Yeah, that's right?

A    I figured he would try to kill me, so I did what I figured I better to do keep myself alive where I was concerned.

JD:  I asked this once before and ask you once again: anything else that I haven't asked you that you think is important for me to know about?  Anything at all, your history, who you are, your character.

A    I don't know.  I don't know what kind of person you think I am. I don't -- it's hard to see what you've gotten from me.  It's hard to know what you see when you look at me and talk to me.

MAR000122

JD:   Can you think of anything that you think is important for us to know, feel free to speak up now or after Dr. Martell --?

A     There's lot of things in my life that I don't think are important that you might think are important. It would take days. You know, I just don't know. I don't --

JD:   Well, I've asked you about the things that I think might be important, but if anything comes to your mind, don't hesitate to let us know.  I'm going to shut up for a while and Dr. Martell has some questions for you.

DM:   Would you like to take another break before we –

A     Do you?

DM:   No, I'm fine.

JD:   How about another –

A     Yeah, I'll take another Miller Light (laughing).

JD    (inaudible conversation)  Do you want to switch seats?

DM:   Sure.

JD    And I'll be right back.

DM:   We'll wait a minute for Dr. Dvoskin to come back so he can hear. (inaudible) Like I said, I'll be a lot more quick.

A     Okay.

JD    I've heard a lot of things I would have asked you about anyways—so I don't need to do that again.

A     So do you think I'm a (inaudible) human being?

DM    No.

MAR000123

A    No.

DM    See where I'm going to go here.  This shouldn't take very long?

A    Where you guys from?

DM    I'm from California and he's from Arizona.

A    Oh, he is.

DM    Thank you.

Jailor:  Uh-huh.

Jailor:  I thought he said napkins (inaudible).

DM:    I didn't hear that part. I don't think so.

A    I don't know.  Must be his accent.  I've been to California once.  I went to visit a friend in Orange County.

DM    That's where I live?

A    In Anaheim?

DM    Near Anaheim, about 20 minutes from there.

A    Beautiful

12346789 Yeah, it's a nice place. I like it a lot.

A    Yeah. I went to Knots Berry Farms, Disneyland, and all those fun places.  DM That's great.

A    And I had a friend that lived in Santa Anna.  It was beautiful there. I've never seen so many hot air balloons in the sky at one time.  It was the coolest thing.

DM:    I haven't seen a lot of hot air balloons, but the Good Year Blimp is tethered in the region and you see that from time to time.

MAR006124

A   I don't know.  They must have been having like a hot air balloon race or competition because there was so many. I don't remember where we were going, but we on a road by a mountain, and they were just all over the sky. It was the coolest thing.

DM:   Did you want some lunch?

A   No, I'm good.

DM:   I'm just realizing it's like quarter to two.  I'm sure they'll get a plate.  I just don't want to make you uncomfortable or have you not –

A   It's not easy to eat when you talk about this stuff anyway.

DM   Perhaps (inaudible) little less personal, medical history, and little bit about how you're feeling, but not much else. I've learned a lot about your history.

A   What do you think about Zoloft?

DM   Great medicine.

A   I think so too.  I think I should have been on that my whole life. I don't think I'll ever go off it.

DM:   Yeah.

A   Uh-huh.

DM   When did you first start on it?

A   Probably a year ago.

DM   Hmm.

A   I take 200 milligrams.  I was thinking I should get that upped. Do you think that's too much?

MAR000125

DM    It's hard for me to say.  You seem to be doing pretty well.

A    Yeah, I was thinking I should get another 100 milligrams. I requested it. I have to see the doctor first.

DM:    It would be the doctor's call.

A    Yeah, but I don't want to overmedicate. (inaudible)

DM:    I'm not a psychiatrist, so I wouldn't go there.

A    Thank you.

JD:    You're very welcome.

A    What do you think of Zoloft?

JD    I'm not a psychiatrist?

A    What are you guys anyway?

JD    We're psychologists.  Zoloft is a very good drug for people that (inaudible) appropriate to prescribe (inaudible) overdose. (inaudible discussion)

JD    We're not trying to be cute.  It's not appropriate for us -- it's a great drug it's appropriate when prescribed for people.

DM    Okay. So tell me your birth date again.

A    1-17-64.

DM    Do you know the date today?

A    24th?

DM    Of?

A    April.

DM:    Good.

MAR000126

A       I have no sense time.

DM:     Do you know what year it is?

A       It's 0-5.

DM:     Okay.  All right.

A       But I don't know who the President is – I'm just kidding. I do.

DM      How old are you, ma'am?

A       Forty-one.

DM:     Yeah.

A       I know we just got a new pope.

DM:     All right.

A       Benedict the XVI.

DM:     (inaudible) Where were you born?

A       I haven't been in a cave?

DM:     You keep up with current events.

A       Burlington, Iowa – or Burlington, Wisconsin.

Q       How do you know about current events?  Do you read the paper, watch TV or --

A       Well, I don't watch TV.  I just heard my lawyers talking about it, and I was like, Benedict the XVI.  I was thinking, hmm, I never knew Benedict the I through the XV.

DM:     Why don't you watch T.V.?

A       Well, I did in Eldora, but I don't here because it's so loud and it's not usually stuff I want to watch.  I don't -- They have it on one station all day long so it's on like V.H. 1 or whatever the girls want it on and I don't have a preference because I'm not

MAR000127

going to watch it because it's so loud. I'd much rather read a book, be in my own cell, back in H Block. I have my own dell so I'm really happy about that.

DM: Your mother, Pearl, is she still alive?

A Uh-huh.

JD: How old is she now?

A 66.

Q Did she ever work?

A She works right now. She does in-home care for Mary, she has, like, her own living space, but like she lives there and has been doing that for quite a while.

DM: In the past did she run restaurants?

A Yeah.

DM: Did she actually manage it or what?

A She was the proprierto and then after that, she worked in a restaurants, cooking and – mom's such a wonderful cook.

DM: Okay. How far did she go in school?

A I think the ninth grade.

DM: Ninth grade. Do you know why she stopped?

A No, I didn't actually know that until I was reading through my chronology thing when they were going back and I didn't know my dad's dad's name until I read that. I learned a lot about myself and my family that I didn't know before.

DM: Do you know anything about how your mom did in school?

A No, But I'm sure she did good because she's smart.

MAR000128

DM:   Does she have any medical problems?

A     I think, yeah.  I think that – I don't know what you call it when you don't want to leave the house.

DM    Agorphobia?

A     Yeah, she doesn't like to be around people.  That's what I'm real concerned about during my trial cause I don' t know how she's going to do it.  She feels really uncomfortable around people she doesn't know.  Even going into a store.  Maybe she needs some Zoloft.

DM:   Does she stay in the house?

A     If she didn't ever have to leave, she would never leave, she would never go anywhere.  But she makes herself,

DM:   She's able to go?

A     I could see really easily where she would get to the point where, like, she would never ever leave if she didn't need to.  I know she wouldn't.

DM:   Any medical problems with her?

A     No.

DM:   Okay.

A     She's really healthy.

DM:   You said you just found out your father's name – you didn't grow up with him?

A     My grandpa, my dad'd dad – he died before my dad was born, but I never knew his name was Merlin.

MAR000129

DM: Okay. Your dad James -- you grew up with him for the first four years, and then he was around?

A Right. We would go see him ever now and again, but my summers with him were never very good because I didn't get along with my stepmom at all.

DM: (inaudible) You said in talking with Dr. Logan and Dr. Hutchinson, they talked with you a lot about your relationship with your dad?

A You know, even when I got older, I chose not to have a relationship with him, and I really feel like a cheated myself out of that. I have a lot of regret. If I would have just, you know, tried to bury the hatchet with Cookie and tried not to keep hard feelings and I don't think she ever made an attempt to get along with me either, but if I would have just done that then my children would know my dad, and I would have some kind of a relationship – I do have a relationship now but I think she's a really great guy, and I think he would really like me too if we would had the opportunity and not cheat myself out of that, and that's a big regret for me.

DM: How old is he now?

A He's 64.

DM: What kind of work does he do?

A He's always worked like for – Uniroyal, and I know he's had a bar for a long time. He's retired right now. That's a real nice place. He's a real nice guy.

DM: What did he do at Uniroyal?

A I'm not sure –

DM: Did he sell tires?

Case 3:09-cv-03064-MWB-LTS   Document 29-36   Filed 06/23/11   Page 30 of 100

MAR000130

A    I think – he worked at the plant. I think he was like a foreman or something, lead man or something.

DM:   Okay.  And a bar owner?  Was he onsite managing.

A    Yeah, they lived there.  It was like a house attached to a bar.

DM:   How far did he go in school?

A    I don't know that.

DM:   Do you think he graduated high school?

A    I don't know. Maybe.  I don't want to say no, because I think he probable did.

DM    Does he have any medical problems that you're aware of?

A    Yeah, he has heart arythmia, and I think he has ADD too, he's got like a learning disorder.

DM:   Why do you think so he has that?

A    I know he has that.

DM:   Based on what?

A    Well, I don't know.  I've always known he's had that, I guess, and I know it's been confirmed in the last four years.  He said it -- I read it somewhere.  And yeah, I'm sure that's probably why I have it – where I got it from.

DM    You said t's been confirmed like some doctor saw him or --

A    I think he told Mary Goody that when she was doing my chronological.

DM:   Okay.  All right.

JD:   Who is Mary Goody?

MAR000131

A        She's a mitigation specialist.  She's a wonderful, wonderful person. I love her. She's just really -- she is a master at her job. I know that.

JD:      So she's been around interviewing your family –

A        Right –

JD       Doing a family history on you --

A        She got me to get my G.E.D.

JD       I was going to ask you about that.  Good.

A        You know I always lied and told people I had my G.E.D. on my applications.  I'd put down a couple years of college.  Whatever I felt like at the time.  I actually did get my G.E.D.

JD       I guess no one ever checks.

A        Yeah.

DM       What makes you think you have ADD?

A        I know I do.  I have -- all through school I would be there but I could not -- they could tell me exactly what to do, and I would do it -- not knowing what to do after I did it.  I did not -- I could not pay attention.  I just -- I was not there.

DM:      Is that something you've come to realize recently or --

A        No, I think I've always known it, but I don't think I'd ever admitted it.  I'd never read a book until I came to jail.  Now I can breeze through a book in a day. I love reading. I can't get enough reading.  In fact, I can't wait to go read "The Grapes of Wrath."  I just got that book yesterday from Pat Berrigan.

DM:      Great book.

MAR000132

A       I know.  I can't wait to read it.

DM:    Let me just ask you quickly about your sisters or brother.  Did Wendy – did she have any trouble in school.

A       Very smart in school.

DM:    Does she have any medical problems?

A       She's got real bad eyes. She's got glaucoma in her eyes. I know she's had a hysterectomy, and she -- I think she's okay.  I don't know.

DM:    How about Jamie?

A       She was all right in school.

DM     Does she have any health problems.

A       I think her's is more psychological.

DM:    Yeah?  Like what? What's up with her?

A       She thinks  -- she doesn't take constructive criticism well.  She thinks that she's God's gift and everyone else needs improving.  She gets offensive at any little thing, you know, you can't just --

JD:    Offensive or offended?

A       Offended.  She can't – and then she offensive – she thinks she's being attacked. When really – I don' t know how to explain it.  I love her and she's a good person, but she's very religious, not like Mom or anything, but she's got some hang ups, but by golly not if you ask her.

DM:    Right.  How about Jimmy?

MAR000133

A       My brother – He's the all-around good guy he graduated, played college football for the Iowa Hawkeyes.  He had a free ride.  He's married, got a couple kids.  He's just a real good guy.  Him and I have always been really close, but until all this shit started happening with me, and the FBI and the cops and stuff, I just kind of really alienated myself from everybody.  I really regret that with him because I miss him so much.  I just didn't want to subject him to any of that.  I just kind of, you know --

JD:     You purposely did that?

A       From everybody.

DM:     How's this help?

A       Last time I talked to him he said that life was good, his liver was large, but other than that, good. He has ADD too.  Him and I both got it.

DM:     How did he get diagnosed.

A       I don't think he got diagnosed, but I think he -- I know he has it – both him and I.

DM:     And then little Holly? Not so little anymore.

A       No.

(inaudible)

JD:     Does Jamie drink quite a bit?

A       Jamie doesn't.  Shes totally religious.

JD:     I'm sorry.  Not Jamie, Jimmy?

A       Jimmy.  No.

JD:     Did he say anything more about his liver?

MAR000134

A        No, just that it was – the nurse said it was a large fatty liver.

JD:      But did she say it in a way that suggested that it –

A        No. I shouldn't even have said it.

DM:      It's not that he has liver disease –

A        Right. No, no. He's never done drugs. He doesn't drink – I mean he drinks occasionally when he goes deer hunting with my dad. They don't actually leave the cabin. I think they just drink beer and eat pizza.

JD       He a big guy?

A        Uh-huh. 6'4". Big guy.

DM:      How about Holly? Did she do okay in school?

A        She quit school in – (inaudible) She's in the process now of getting her GED.

DM       Did she have any learning problems in school?

A        I don't think so.

DM:      How about her health -- is there any problems there?

A        No, she's healthy. She had a tumor removed -- a fibroid tumor – size of a grapefruit from her uterus – last year, but they had to surgically remove it. So she's pregnant now – little girl, she's already got a little girl, Hailey. Hailey and Marvea are the same age. Her husband is in Special Forces for the National Guard. He's been there for the long time. He just got his orders to go to Iraq.

DM:      How stressful.

A        Yeah. I just found that out. I hope he doesn't have to go before the baby is born. That would really suck.

DM: You kind of alluded a little bit to some of your family members having maybe some psychological problems. Do you know if any of them have ever been in treatment or hospitalized for psychiatric problems.

A No, you know I really think my sister Wendy should be on something and my sister, Jamie, but you know – I talked to them once about it, but neither one of them think that they benefit from it, and if anybody would have tried to tell me that, I would not have thought either, except now that I'm on it, I know that it is definitely to my benefit to be on them.

DM: How about your parents or grandparents, going back? Does anybody have a history of mental disorders?

A Definitely my mom and definitely my mom's mom.

DM: Did your mom ever see a psychologist or psychiatrist?

JD What is issue with your mom? Religious issues? Did she ever get any treatment?

A Oh, no.

DM You kind of shared those –

A My mom was always much worse when my grandma was around, but –

DM Uh-huh.

A I don't know why my mom got so – fanatical at times, but you know, it was bad. It was definitely a bad thing.

DM: How did that resolve?

MAR006136
136

A      I think my mom grew out of it, matured out of it.  I think she realized that that wasn't quite the right thing.

DM:    Your grandma still alive?

A      No, she died when I was – 16.

JD:    Was your mom's mom – What religion was she.

A      I think she was Catholic, and then she just went Pentecostal and nuts from there I don't know.  My mom is so not like she used to be.  She – She's the most gentle kindest, loving, caring woman. I would have no problems leaving my kids with her.  You know, I mean, she is just not the same person and neither am I.

JD     They would do the exorcisms on what would they say?  I've got this image of them laying around you with their hands on you -- what were they doing or saying?

A      They would – I hate talking about these things – they would rebuke demons out of me (inaudible) speak in tongues and wrap snakes around their arms –no, I'm just kidding

JD     How long would that last?

A      Until I would just finally give up and finally they would –

JD:    They were looking to you for recuse –

A      As long as I kept fighting, and a fighter I was –

JD:    I think I heard you say that it could go on for more than a day.

A      Yeah, but then after I got older, I was more in tune with what I had to do to get it over with, and I would just roll with it and I'd say, "I feel so much better, Mom. Thank you."

MAR000137
137

JD    Are you right handed?

A    Right handed.

JD    What hand do you write with?

A    Right.

JD    (inaudible) do you throw a ball?

A    Underhand or overhand.

JD    Either.

A    With my right.

JD    Do you speak a language other than English?

A    No.

JD    And you went to the ninth grade?

A    Yeah.

JD    And did you complete the ninth grade?

A    No.

JD    So you finished eighth and how far did you get in ninth before you left?

A    Halfway through the year.  I was so glad to walk out of there and not have to not walk in there again. I was free.

JD    My impression about your academic history that I get from is that you did really good in elementary school –

A    I  was really good in –

JD    Grades, I mean.

A    Oh, yeah.

MAR000138
138

JD      -- performance and not so good in junior high?

A       As I got older, yeah.  It got real hard for me.

JD      Why do you think that is?

A       I think now that I look back, I think it was because my home life was so disrupted that I just couldn't concentrate, you know --  a lot of things going through my head all the time, I just was really –

JD      What was going through your head?

A       I don't know -- it just seemed like every fucking day there was some kind off drama or – I don't know.  It just wasn't good.  I think I had a hard time. I think I would always try to figure it out, you know.  I would spend my time at school trying to figure out things I should not have been figuring out.  (inaudible) take advantage of being at school, but it didn't.

DM      I know you moved a lot --

A       Uh-huh.

DM:     Was that kind of consistent with all your life or –

A       Yeah.

DM:     -- was that more during junior high time?

A       We moved a lot.  And then – We moved a lot always.  And I really wanted to make sure I didn't do that with Alyssa – when I bought my house, I thought this is the last time we are ever moving, and then I moved her to Des Moines, and –

DM:     When you moved, would you go to different school, different school?

A       Uh-huh.

MAR000139
139

DM: Did you have any learning problems in school?

A   Uh-huh.

DM: How did you get straight A's if couldn't learn?

A   I don't know.

DM: You mentioned you took the short bus to school but that was just for a couple days?

A   Yeah.

DM: Did they ever put you in a special class or –

A   For like those two days, and I was like I'm not going back there.

DM: What prompted that?  Why did they send you there?

A   I don' t know.

DM: You gotta know – When you were talking to Dr. Dvoskin, you said something about getting in a fight or getting a black eye or –

A   A boy hit me accidentally.

DM: And then the next thing I knew, you were off to special school.  Is there some special connection to those?

A   I don' t know.  I don't think so.  In fact, I don't know if that was even before or after that.

DM: Do you have any idea why they referred you over there?

A   I don't know.  They probably called my mom and said,"Your daughter's so stupid.  She doesn't know how to do –"

DM   What grade was that?

MAR000140
140

A    I think third.

JD:    That was still when you were getting straight A's?

A    I don't know.  I was watching rabbits getting skinned alive.

DM:    That's right. That's while you were at the orphanage.

A    Yeah, it was while I was there.

DM:    Any of your other schools put you in special classes?

A    No, no.

(inaudible)

DM:    What was your favorite subject in school?

A    Gym.

DM:    Gym.  And what was your least favorite or what was the hardest thing for you in school?

A    I think they were all equally as hard.  I think I struggled in every class.  I liked art.  When we got, like, into seventh grade, we started – we had a drafting class and I really liked that and industrial arts, I really enjoyed those two classes.  I mean, they really sparked my interest.

DM:    What kinds of things did you do in industrial arts?

A    We built like model homes and stuff, like little bitty –

DM:    Models?

A    And we built (inaudible).  I can't remember what else we made, but I just really enjoyed that, and the teacher was just a really cool guy.  And he ended up getting fired for getting busted with weed or something like that.

MAR000141
141

DM:   So I'd like to ask you a little bit about how you have been going over the last month or so I heard you say you put on some weight and lost some weight since you've been here.  How has your appetite been in the last month?

A      I don't really have much of an appetite.

DM:   Is that a change?

A      No, with me, I think I need regular hours.  You have to eat breakfast at (inaudible), you eat lunch at 11, you eat again at 5, 4 or 5 or whatever, and if you don't eat then, you're not going to eat later unless you have commissary. And I tried not to – and the food here is really bad – I haven't been here very long, but over at the Federal Building they give me like a roast beef sandwich and I eat that, so I just don't eat the bread and and apple, and I love that.  I just crave fruits and vegetables like crazy. Once I get out of here, I'll only eat fruits and vegetables.  You don't get any of that here.

DM:   Let me make sure I understand.  Is it that you've lost your appetite or that the food in unappealing?

A      It's bad.

DM:   So you don't eat because it's nasty.

A      Yeah.  Unless it's a cold meat sandwich.  I don't mind that.

DM:   So if it's foods you like, you've got an appetite to eat it.

A      Right.

DM:   Do you go around hungry?

A      No.

MAR000142

DM    Have you lost weight?

A    I did, I lost weight in Eldora. I tried losing weight in Linn County, but their food is actually good there, and I did, I'd say I lost about 40 pounds and, since I've been going from court thing to court thing to court thing and traveling around, I put some more weight back on. I can tell. I haven't heard anybody say that, but I can just tell myself.

DM:    When you lost 40 pounds, was that because you were trying to?

A    Uh-huh.

JD    So when you lost 40 pounds how much less than that than now?

A    About 40 pounds.

JD    So you've gained it all back?

A    No, I guess I'm not understanding.

JD    Is this the lower weight? Did you weigh 40 more pounds than this?

A    I probably lost – I think I was up to 240 pounds. I think I'm at 190 now.

JD:    I see. And when you were dancing, I assume that was your lowest weight as an adult, and you said you were really thin. How much do you think you weighed then?

A    120, 125, maybe. There was as near perfect as you can get. No, just teasing. (laughing.)

JD:    And just one more question from me, if you had to say what weight you think would be a good healthy weight for you right now, what would you –

A    145 to 150. It's hard to lose wait in jail. There's no place to go, no place to –

JD    Do you take rec?

MAR000143
143

A       Yeah, but rec here is riding a bike in a cell block for a few hours twice a week and all the girls use it so there's ten minutes but I got myself a room at the top of the stairs and I get to go up and down the stairs, and I just love it.  I just go up and down it.

DM:     Do you get exercise?

A       Uh-huh.

DM:     Good.  How has your sleep?

A       Good since I've been taking Ceracol(?).

DM:     Without the Ceracol(?) –

A       No sleep.

DM:     What happens?

A       I can't stop thinking.  Every little thing keeps me awake.  If it wasn't for Ceracol(?), I wouldn't get any sleep at all.  And since I've been here, I don't do real well in dorm style settings, and I was in dorm style settings all through – since I got here two weeks ago, until just the other day I got moved back up to H Block where I got my own room, and I just love it.  I can shut my door, shut my light off, "Aaah."  It's just my own private place.

JD      Why did they move you?

A       I had my attorneys hound them and hound them.

DM      The problems with the thoughts keeping you from sleeping would that make it hard to fall asleep at night?  Would you wake up early in the morning thinking and couldn't go back to sleep?

A    I would just constantly think. Everytime I shut my mind off, I would constantly go over things trying to analyze myself, you know. When I realized I could get something for sleep at Linn County, I went on amitriptalene(?) (inaudible) and the (?) made me really hungry at night. And then I took a Ceracol(?) from another girl that had it, and that's the thing for me. So I had – I called – I wrote a letter to the Dr. Safgar(?), the jail doctor, "Please give me Ceracol instead of (?)." He gave me 100 milligrams, and I had up to 200, and I'm happy there.

DM:   How long have you been on it?

A    It's hard to say -- close to a year. Maybe even more, I don't know. I have no time.

DM:   How long have you been on the Zoloft?

A    Same amount.

DM:   Same amount. Have you noticed any changes in how you get along with COs or other –

A    I've always gotten along with COs. I've never really had a problem there. But I do have a  problem with other --

DM:   Has it gotten better or worse or changed in the last month or so?

A    I guess just depends on who I'm with. I haven't had a single problem since I've been here, I didn't have a single problem in Eldora, but I'm not in with the bottom feeders, so –

DM:   What do you do during the day?

A      A lot of drawing and writing and – I write a lot of letters and I read as much as I possibly can.

DM:    And you find that interesting and fulfilling?

A      Yeah.  It just takes me away.  I can just get right into a book, get right in there. You know I heard people say that before, that they really can get into a book, you really can get into a book.  You can jump right in and be gone.  You just really get in it.

DM:    Have you lost interest in things that you used to enjoy?

A      In jail?

DM:    Yeah.

A      Well, I know when I was in Linn County, they had a nice new versatile gym, and I worked out everyday and I loved it.  I miss that.

DM:    You miss it, but it's not that you lost interest in it.  You just moved.

A      Right. (inaudible)

DM:    This is a very personal question.

A      Okay.

DM:    Have you noticed anything about your sex drive?

A      I don't have sex drive.  I take Zoloft.

DM:    Does Zoloft take that away?

A      I guess.

DM:    How long have you had no sex drive?

A      Probably since I have been in jail.

JD:    So that happened before you took the Zoloft?

Case 3:09-cv-03064-MWB-LTS   Document 94-36   Filed 06/23/11   Page 46 of 100

MAR000146
146

A       Uh-huh.  But I was on Prozac, and then Paxel and then – I've been on something
–

DM:   Since you got in?

A       Yeah.  Staring with the (?) –

DM:   You started with the (?) –

A       No –

DM:   Did you say you saw a psychiatrist –

A       But I went off that because it was so expensive and crank was so much less.

DM:   Did you notice a loss of sex drive on the street when you were on those meds?

(inaudible)

A       I don't think so. I don't know. I guess I didn't really give it a thought.

JD:    Did when you were taking crank did you find that increased your sex drive,

decreased your sex drive or had no effect?

A       When you have sex on crank, you can have sex all night long (inaudible)

JD:    For you?

A       Uh-huh.

JD:    And that was not true when you were on crank?

A       You know, I mean, I – It's just different when you're on crank because it just.  I

don' t know how to explain it.

JD:    So you liked it better when you were on crank?

A       Yeah, because it is better when you're on crank.

MAR000147
147

JD: Did you initiate sex – in other words, if you were minding your business and a man said, "Come on, let's go to bed," Would you – Let's say you were with him, would you have more often have sexual thoughts or desires on crank than --

A If I were on crank, would I initiate it?

JD: Well, when you were not with somebody would you want it or think about sex or --

A No, I never -- I didn't really feel like I had to out looking for it. I mean, I never felt like, "Oh, my I better go have me some sex." And go to a bar and pick someone up. No, I never felt like that.

JD: When you were alone, which for some significant periods that you weren't dating anybody --

A Which wasn't very often.

JD: But you described some period (inaudible) would you masturbate or would you just do without?

A No, if I wanted to have sex, I could go get sex, but it wasn't a big thing in my life. Unless I was with someone I really enjoyed, then it was great.

DM: How have you been going emotionally?

A These last couple of weeks have been really hard for me. Picking the jury every day from eight to five, listening to, "Could you kill this woman?" It's not an easy thing.

DM: I appreciate that must be hard. (inaudible)

A Okay.

DM: Do you get choked up in court?

MAR000148

A     No.

DM:   How about when you come home at night?

A     Come back to the jail?

DM:   Uh-huh.

A     Yeah, when I take a shower or something.  I mean I don't get emotional in front

of people, or I try not to.

DM:   (inaudible) to make you more uncomfortable.

A     Thanks.

(Inaudible conversation with the jail concerning closing the door.)

DM:   Notice any changes in the last month or so with your thinking

 or your memory?

A     (inaudible)

DM:   Any changes in your ability to track what's going on in your case or to remember

where you're supposed to be?

A     No.

DM:   Things that happened.  What you had for dinner last night?

A     No.

JD:   Any changes in your speech or language abilities?

A     No.

DM:   Finding words you want to express yourself?

A     No. Does it seem like I have a hard time now?

(inaudible)

MAR000149
149

DM:    I'm going to ask you about a million things that will mean nothing to you.  Any problems with balance, coordination.

A      No, but I have been noticing one thing.  I've been picking at my fingers like this. I've been doing that since the beginning of the jury taking, and I never did that before.

JD:    Since (inaudible)?

A      Before picking the jury.  When I notcie people doing that, I hate that, and I've been going it.  I'll do it till it's raw.

DM:    (inaudible) Anxiety.  Get a Band-Aid to keep the –

A      Yeah. This is just from drawing.

DM:    So no problems with balance or coordination or motor skills?

A      Huh-uh.

DM:    How's your eyesight?

A      I can't see far away.

DM:    Do you wear glasses?

A      Uh-huh.

DM:    Do you ever see things that other people don't seem to see?

A      Like a ghost?  (inaudible conversation) No, I don't see stuff.

DM:    How is your hearing?

A      Good.

DM:    No problems?  You ever hear things other people don't seem to be hearing?

A      Nope.

MAR000150
150

JD:  Can I just ask one question: have you ever heard things that other people couldn't hear or understand, see things other people couldn't see?

A  No, but I think when I was younger -- I can't say that I heard voices, but I felt like there was always something going on.

DM:  What do you mean?

A  It seemed like there -- there was activity going on in my head that I could get a number or –

DM:  What kind of activity?

A  I don't know what kind off activity -- like a motor running.  I didn't know where it was coming from. I don't know. I still don't know how to explain that. (inaudible)

DM:  How old where you when this happened?

A  I think I really started noticing it when I was like 13.

DM:  13.  How long did that go on for before it stopped bothering you?

A  It never bothered me because I could like tune it out, but I think it really stopped when I came to jail (inaudible) sometimes I don't want to make myself think that I make it happen because would I notice  it more if I would really concentrate on it.  It would get louder and louder and I haven't noticed it since I've been on Ceracol(?).

DM:  So it's a sound?

A  It's like a motor running.

DM:  You mean literally like a motor running?

A  Yeah.

JD: Can you hear it?

A    Not with (inaudible) or anything like that.  It's not realliy humming either.  I don't know what it is.

JD    I know.  It's hard to describe.  Can you hear it?  Could you hear it?

A    I can hear it, but I don't think I hear it with my ears.  Isn't that crazy or what.

JD:    At the time did –

A    This is something I've never talked about so I don't know.

JD    Well, let's talk about it.  At the time, did you think it was in your ears or did you think it was your head?

A    I thought it was in my head.

DM    Did you make it stop?

A    I can ignore it but I think when I'm really upset or something is when it's really bad and like if I would lay down or something it could get real loud.  It seemed like it— it only seemed like if I wanted to I could let it really go.  It was pretty loud.  I've never let it go.

JD    Do you have some sense of being able to control it?

A    Right, right.

JD    Was it worse in the morning or night?

A    No.

JD    Any particular part of the day?

A    You know, the only time I really hear it is when I'm laying down.

JD    You're on Ceracol now.  Do you hear anything now.

MAR006152
152

A       Huh-uh.

JD:     And when you were 13, that's about when you started taking drugs, marijuana. (inaudible)

A       No.  I think I—I don't think it has anything to do with it.  I mean it wasn't like I was high all the time.  If I had the opportunity to smoke a drug, boy I was on it.

JD      Right.

A       Because you laugh and things are good, but no, I don't think it had anything to do with it.  Maybe I always had it, but I just started noticing it as being peculiar. (inaudible).  And I don't think that I'm sckizophrenic.

JD      You don't seem sckizophrenic to me.  That's not unusual.

A       Yeah.  I think-- I have a girlfriend that's schizophrenic.  She'd tell me that she'd heard voices and stuff like that and I was like (inaudible), but I'm not telling anybody that, but I don't—

JD      Does is get better, worse or stay the same when you were using crank?

A       I don't think I ever really noticed it.

JD      You don't notice it?

A       Yeah.

JD      Does it make it go a way?

A       I don't know.  I don't think I had it all the time.

JD      Unless you were under stress you said.

A       Uh-huh.

MAR000153
153

JD    At any time when you were using drugs have you heard voices or seen visions where you'd gotten paranoid?

A    Huh-uh.

JD:    How about when you were (inaudible)?

A    No. But you know what they say about people who do crank, they always have sex doggie style. You know why?

JD    They always what?

A    Have sex doggie style. You know why. So they can both look out the window. No. That was just a joke. I'm the only one laughing.

JD    I'm just trying to find that.

A    (laughing)

JD:    Did you ever get strange smells or tastes? Does that make sense to you?

A    Huh-uh.

JD    How about sensations on your body, tingling, creepy crawlies?

A    No.

JD    Nothing like that?

A    No.

JD    Good. Any problems using the bathroom?

A    (inaudible)

JD    I want to ask you a little bit about your about medical history. Dr. Dvoskin already asked you about your mother's pregnancy. Do you know, did she drink?

A    Huh-uh.

MAR000154
154

JD      You said before she didn't drink.

A       Uh-uh.

JD      (inaudible) clean liver?

A       Uh-huh

JD      (inaudible)

A       Uh-huh.  Yeah.

JD      Okay.  And other than being breech delivery, there were no other problems. You learned to walk and talk and use the toilet at a normal time?

A       Uh-huh.

JD      Have any serious medical illness?

A       Huh-uh.

JD      Ever had surgery?

A       I had my tonsils out.  Alyssa was a breech birth and the last time I was in the hospital was-- I had an allergic reaction to augmentin and that was when I was in Linn County.

DM:     How old were you when you had your tonsils out?

A       Twelve, I think.

DM:     You ever been in an accident?

A       Like car accident?

DM:     or any other accident where you got hurt badly.

A       I have been in a couple car accidents and one I got hurt pretty bad.  My back was pretty messed up for a while and (inaudible) I've been I was phsycially hurt by Terry.

DM:    I notice you've got a scar on your forehead.

A       Uh-huh.

DM:    What's the story behind that?

A       I have no idea.

DM:    You don't know where you got it?

A       No.

JD:    What's the -- When Terry assaulted and you did he ever knock you unconscious?

A       I know I was dazed, good and dazed.  I don't think I ever lost consciousness.

DM:    Have you ever been knocked unconscious?  Ever have other trauma to your head besides the beatings.

A       I don't think so.

DM:    How long – sounds like he targeted your face or your head when he would go after you?

A       Uh-huh. (inaudible)

DM:    Did he (inaudible) wall?

A       No.

DM:    Would he punch you?  He (inaudible)

DM:    How many times do you think he beat you (inaudible) in the head.(inaudible)

MAR000156
156

A    I don't know.  I think it's hard to put a number on it, whenever he did hit me, it was always in the face.

DM:   How many times did he, if you can approximate, whack you where you got dazed?

A    There would be too many times (inaudible)

DM:   Every time he hit me (inaudible)

DM:   More than ten?

A    Oh, yeah.

DM:   More than twenty?

A    Yeah.

DM:   More than thirty?

A    I don't know.  I can't put a number on it.

DM:   How long a period was he abusive with you?

A    After the first year, the second year was really bad, and then it kind of tappered off over the years –

DM:   As you pulled away and didn't have access to you?

A    Right.

DM:   So it was mostly during the second year? Or the brunt of it?

A    Yeah.

DM:   You ever had a seizure?

A    Uh-huh.

DM:   Tell me about that.

A       When I was Waterloo, when I hung myself,  I had a seizure when they gave me oxygen.

DM:     Any other seizures?

A       Nope.

DM:     Was that before or after Dr. Gelbort saw you?

A       Before.

DM:     Before. You ever had a stroke –

A:      Have high blood pressure?

DM      Diabetes?

A       No.

DM:     (Inaudible)  I think Dr. Dvoskin has covered (inaudible) thoroughly your drug history. We can talk a little  bit more about school.  I know we covered most of this. Did you ever fail a grade?

A       No.

DM:     Were you ever told as a kid that you were hyperactive or had ADD?

A       No.

DM:     But you always suspected that you did?  What's the basis that you suspected – symptoms or problems -- you mentioned people would tell you to do something and – (inaudible).

A       There's commercials that say, "If you can't concentrate, you may have adult ADD."  I don' t think I have it anymore.  I think since I started taking antidistressants, it took that away or helped it. I don't thing I have it now because I can pretty much

MAR000158
158

understand. I got my G.E.D. pretty easily, and I took my tests, I took a test every two weeks just passed it and passed it, and I don't think I would have been able to concentrate enough to study and read what I need to read to achieve that if I wouldn't have been on some kind of antidepressants. I'll never go off Zoloft. I'm going to be on it forever.

DM: Remind when you got your G.E.D. again.

A Probably three years ago.

DM: So when do you think you're A.D.D. was off, when the antidistressants, like after your arrest?

A Yeah. And I can take them apart and fix it and make stuff and do stuff, but I can't follow direction. If you told me, now I can, but if you told me how to do something, and said, "Okay do this part and then this part to get to this part to achieve this certain thing," I wouldn't be able to remember how to do that on my own. But if I had to figure it out on my own, I can figure it out like that.

DM: When you were working as a waitress, did you have trouble remembering orders?

A No.

DM: Would you write them down or –

A Sometimes I'd write them down.

DM: If you're cooking a recipe,could you follow a recipe (inaudible)?

A I can follow the recipe, I don't know. It's kind of hard to explain. I can't grasp when someone's trying to explain something to. I'm better now, I mean, when my

attorney, Dean Stowers started on my defense, I couldn't understand a single thing he said. It would be "fooo" way over my head.

JD      Are you sure that was you? (laughing)

JD      I wasn't trying to be funny.  But not everybody is equally as –

A       Right.  Now it's not so bad. I can grasp it now, but –

DM:     You've learned more about the law.

A       Right, but I'll really an uneducated person, too, so –

JD:     When was the very first time that you thought you may have ADD, do you remember?

A       I always knew I had some kind of learning difficulty in school.  I knew I did.  I understand there's nothing you can do about it.

DM      And you thought that because –

A       I was stupid.  I couldn't think.  I don't think I could learn anything.  It was difficult for me because Wendy was so smart and she was -- when I was in second grade, I couldn't learn to tell time.  The teacher was teaching us to tell time, all the other kids were getting it, but I couldn't get it. I remember going home frustrated because I couldn't tell time, and telling Wendy, "I don't know why I am so stupid, and I don't know why I can't tell time," and within an hour Wendy taught me how to tell time. She just taught me how to do it in language I could understand and anytime I ever came across something where I couldn't learn Wendy could teach me like that.  Weird, huh? And—like -- that's probably why I got good A's. I'd bring home work and Wendy

MARO000160
160

would tell me how to do it, and I'd do it, but -- If a teacher was to tell me that, I couldn't get it. But if Wendy, I'd get it like that (snaps) she could teach me.

DM:    I guess what I'm struggling with right now is your impression that you couldn't learn and couldn't learn remember versus getting such good grades when you were younger.

A    Right.

DM:    How do you account for that?

A    I don't know. I really don't know. When they asked me how I did in school, I said I got straight F's all through school, and they go, "Angie, that's not consistent of what your grades say." I'm like let me see that. This has to be a different Angie Johnson. (inaudible) I just don't remember it that way.

JD:    Let me ask you a similar question. Why do you learn better from Wendy than from the teachers?

A    Maybe because it was a one-on-one thing. I knew Wendy. I don't know. She just -- I guess she knew me and knew my language I don't know but she taught me how to tell time and like it was confusing to me I thought a quarter after I thought should be 25 minutes. Wendy explained things to me. And I'm terrible speller and she would give me the little hints on how to spell better and she helped me a lot. She should be a teacher.

DM:    Did your mother smoke?

A    No.

DM:    Clean liver all around.

MAR000161

A       Yeah.

DM:     She take any medications during pregnancy?

A       I don't think so.

DM:     Did you have any behavior problems at school?

A       Yeah I couldn't pay attention.  I would get disturbed a lot.

DM:     Did you have any behavior problems at home as youngster?

A       I had demons (laughs).  How good can a girl be?  That's what she told us all the time. I'm not liking the prosecution hearing this tape cause I don't want them to know all this stuff about me.

DM:     They don't get to hear this tape.

A       I thought you said –

DM:     They may never hear this tape.  Your whole defense gets it.

JD:     We can't say for sure what is going to happen with the tape.  Our understanding is that it doesn't go to the prosecution.  It goes directly to the defense, but since it's not under our control –

DM:     It doesn't mean it will never go there.

A       Right.  I would really not like for them to hear –

JD      That's not up to us.

A       I know it isn't, but that's what I'm thinking.

DM:     Going back to that for a minute.  It's my suspicion sitting here listening to you today, you go exorcised every couple of weeks because your mom and your grandma had strange beliefs.

MAR000162
162

A    Right.

DM:   But now I'm wondering, what's the flipside. Were you naughty?  Did you need to be exorcised?

A    Well, I would get headaches a lot and seemed like every time I had an ailment or something I had a good rebuking. And I'm sure I was nothing close to being the perfect child I often would admit to doing things –

DM:   To protect your siblings?

A    Right, and that caused me to get in trouble a lot – made me look worse than I was.

DM:    Do you think that was altruistic? Or did you like the attention?

A    I could handle a good spanking, and I wouldn't cry. I would take it.  And she could hit me and hit me and I wouldn't cry. (inaudible)

JD:   I'm sorry, Dr. Martell, (inaudible) How often did you get an exorcism or if you can in a year how many times an exorcism or rebuking?

A    In my fifth grade year, my grandma Jensen lived with us, and it was a lot.

JD:   (inaudible) I want to know how much a lot is.

A    Well, more than once is a lot.

JD:   Was it like once a week, twice a week?

A    It was several times.  It would be at least a couple times a week, I'm sure.

JD:   A couple times each week.  Let's think about this.  Lasting more than a day.

A    No.   That one time was the only time it lasted a (inaudible) days.  After I got into it –

MAR000163
163

DM:    Got into the groove –

A      Right. Instead of being fighting, fighting back, you know, (inaudible) duh, if you just lay there and say, "Oh, I feel much better." (inaudible) Then it would be over.

DM:    So maybe twice a week?

A      Uh-huh.

DM     And once you got into the groove with it, it could be less than one hour?

A      Oh, it could be less than an hour.

JD:    And the worst times was when grandma came to live?

A      (inaudible) My mom still did it, and as we got older it wasn't quite as frequently. And when mom had the urge to do it, we'd just go on to appease her.

DM     Well I guess if you didn't go along it would just last longer?

A      Right and it would be an offense to God to not want to rid yourself of the demons.

DM:    Did you have any trouble with bedwetting?

A      I wet the bed up until I was in 4th grade, I think.

DM:    How often?

A      Not all the time.

DM:    Once a week or once a month –

A      Probably a couple times a week

DM:    How did you get over that?

A      I finally just-- I hated it every time I did it.  And then I just stopped.

DM    You'd showed me where you bitten on your thumbs.  Did you have a problem with nail biting as a kid?

A    No, but I would pick around my fingers.  I hated that. I haven't had that problem.

Q    Did your mom ever get mad at you when you wet the bed?

A    I don't remember that, but Alyssa wet the bed and I'd get mad at her when she did.

Q    Who cleaned it up?

A    Me.

Q    Oh, your daughter Alyssa.

A    Uh-huh.  Cause she'd crawl in bed with me and she'd wet the bed at night and I'd get mad at her.

Q    When you wet to bed at night, who would clean it up as a kid?

A    I wouldn't let mom know.  I wouldn't have to.

Q    Did she make your bed?

A    No.  I would sleep in it wet if I had to.

Q    When you said you wouldn't let her know, the smell of urine is pretty undistinguishable, so she probably knew it.

A    My mom was a really good housekeeper so she would change the sheets a lot. I'm sure she noticed it sometimes and sometimes she didn't say anything.  I don't know.  I can't remember.

Q    But you don't remember for example-

A    Her beating me—

Q    --beating you up for that.

A    No.  But I'm not saying that I didn't.  I could have been.

Q    As a child, did you have difficulty paying attention?  Were you not paying attention or having a hard time remembering—

A    I think I had a real hard time paying attention.

Q    Have any memory problems as it child?

A    What do you mean, like remembering-

Q    Like remembering whatever, your chores, your address, your homework your, --

A    I could never remember homework.  I still have a terrible time with names, terrible time with-- terrible time-- I still have a terrible time remembering phone numbers and stuff.

Q    You obviously have a very good memory from the testing Dr. (inaudible) did.

A    And you know—

Q    You have a remarkably good memory.

A    And you know when we were in court the other day and I asked Al to have Bobby call my mom or have someone call my mom just so that she knows I'm okay because I called her the night before and I cried.  I didn't want her to worry all afternoon.  I wanted to let her know I was okay and he'd said he'd have Bobby call her and I wrote the phone number down and I wrote it down wrong and I kept thinking about it and thinking about it.  And I thought god what number is wrong so then I

MAR000166
166

rewrote down and said this is the real number. And I've been calling my mom at that number for a long time and why can I not get number right. You know what I mean.

Q    Yeah, I know. You might have been a little upset from everything that's going on. Stress can do that to you especially when you in get into your 40's

DM:   Okay. Keep moving here. Did you have any problems being depressed when you were a kid?

A    Oh, I'm sure I was depressed my whole life.

DM:   Why do you say?

A    Because I was  that my happy my whole life I don't remember being happy what was I little, I just remember always struggling and having to defend myself and I don't know it was an exhastining childhood.

DM:   Did you have any problems with being overly aggressive as a child?

A    Probably.  I think me and Wendy would go around and around.  We would physically fight.

DM:   You would fight with your sister and you also got in fights at school?

A    Sometimes.

DM:   Did you have any trouble being shy as a child?

A    That came as I got older.

DM:   Tell me a little bit about that.

A    When I was younger, I think as a got older and started getting pretty, I would get embarassed when people would pay attention to me, I would feel, uncomfortability

DM:   What about tantrums?

Case 3:09-cv-03064-MWB-LTS    Document 94-36    Filed 06/23/11    Page 67 of 100

MAR0006167
167

A       No tantrums.

DM:     Nightmares?

A       Yeah.

DM      Tell me a little bit more about that.

A       I had really bad dreams about my mom when I was young and I would have dreams about things that happened at the Dillows, the whole rabbit thing and the pig thing.

DM:     What were the the bad dreams about Ted?

A       Well I had one I still remember.  Want me to tell you about it?

DM:     Sure, quickly.

A        I remember when we lived in Thornton, my mom would stand at the end of the stairs and we would be there waiting, and she would call for us and go to the landing and see what she wanted.  Well, in my dream she's standing there and she's all white like she has flour all over her or something, and she's yelling for me, "Angie, Angela Jane come down here."  I would get out of my bed and walk over there over there and and I look down and she's standing there telling me, "Come here, Angie."  And I'm like, no way, and I'd run back to my room and she'd call me again and this time she'd have like dirt like she was buried or something and came out of the ground, she had mud all over her, she would say, "Come here, Angela, Angela Jane come here," and I was like, no way.  And she'd call me back again, and she was on fire, saying, "Come on, Angie," I was like no, no and go back to my room, and I would wake up and think did that

really happen.  So everytime my mom would go to the end of the stairs and call for me I would think about that dream and get scared.

DM:    What did you think it meant?

A      I don't know but I still remember it.

DM:    That is a nightmare.

A      It is a nightmare.

DM:    Did you have a problem with poor self esteem as a child?

A      Yes.

DM:    Tell  me a little bit about that.

A      Well, Cookie always told me I was stupid and ugly and that immediate me feel stupid and ugly.  (inaudible) My mom (inaudible) and I just thought I was a poor excuse for a kid. I couldn't do anything right. Couldn't please anybody.

DM:    Your mom was beating devils out of you.  Was that with the wide belt?

A       (inaudible)  She did beat us with the belt then. (inaudible)

JD:    You said rebuking.

DM:    Oh, I thought she said beating the devils out of her.

DM:    Were beating and rebuking ever overlapped?

A      No.

DM:    Separate for different reasons?

A      Right.

DM:    Any problems being unpredictable as a child?

A      I've always been very impulsive.

MAR000169
169

DM:    Why do you think that is?

A      I don't know, but Dr. Gelbort told me that, "You're a very impulsive person." I thought, I am impulsive. I don't think anything through. I just act. I am very impulsive. I try not to be that way anymore.

DM:    Give me an example of something done that was impulsive.

A      Well, like if I -- if I was going to send something to a girlfriend in the mail and I think that it's privileged mail, (inaudible) I'll if I would think through it, I would think, duh, they're not going to copy that or get their hands on it or send it to the prosecution. I'm just impulsive and don't think about it, just do it.

DM:    So it's not legal mail (inaudible)

A:     It actually was legal mail, in the envelope though, you know what I mean?

JD:    No, I don't.

A      I put legal mail in an envelope to my girlfriend and wrote legal mail on it and sealed it because it says in the rule book that if you write legal mail on the envelope --

JD:    They won't open it.

A      Right.

JD     So why did you send it to the girlfriend instead of to your lawyer?

A      Because I wanted her to read it.

JD     What is it that you sent to her?

A      It was a chronological thing.

DM:    Oh, got it. Okay. I might come back to impulsivity.

MAR006170
170

A       Okay.  Let me just tell you.  I asked her to write my life story because I've always wanted to write a book about my life because it's been pretty incredible.  Even from the time of being a little girl until being arrested and not about the crime, but that's not what the book was about.  I wanted her to have my background information my mom and my dad, and so she'd have that for a reference for the book, and my lawyers got all pissed off at me because they said the prosecution is now going to trying to try and say that I am trying to benefit from the crimes in a book, and that is not what the -- I fuck up like that all the time.  And that is not just what my intentions were at all.

DM:     I'm not so sure that's an (inaudible) as a mistake in the context (inaudible) You may not appreciate or (?) at it the way your lawyers do.

A       I'm very impulsive that way.  I'll just do -- I never should have don't that, you know.  Like in Benton County I was rushed and impulsive and got myself in deeper trouble. I'm just -- try not to be –

JD:     This is something still related to the case?

A       Right.

JD      I try to not to be so impulsive.  I didn't actually realize I was impulsive until he said, "You're very impulsive."  It's like I am. That's exactly what I am

DM:     Did you have any problems as a child crying easily or crying too often?

A       No. I if I cried it had to be big and I'd try to do it alone.  No.  I wasn't going to let my mom know she beat me till I cried. She'd spank me all night long.

DM:     Any problems acting too young for your age?

MAR000173
171

A       No.

DM:    Probably acting too old for your age?

A       Right. Right on.

DM:    Being easily frustrated?

A       Yeah.

DM:    Yes. Tell me a little bit about that.

A       I would get frustrated if I couldn't do something or accomplish something or like I'm trying to hang the drapes, and I can't, I'll tear the whole thing down. It's just curtains, Angie.  You can handle it.

DM:    Do you think you would get more frustrated than your brother or sisters or other kids your age.

A       Yeah, probably.

DM:    Any problems being exciteable?

A       Excited from using crank, no.

DM:    Well, I guess you did kind of start at childhood.  But I'm thinking --

A       I don't think so, no.

DM:    Being too stubborn?

A       Yeah, very stubborn.

DM:     Having poor coordination?

A       No.

DM:    Hyperactivity?

A       No.

DM: Having blind spells or staring spells?

A Like gazing and drifting off into space? I did that a lot in school.

DM: I'll put that down as daydreaming. Which is probably different than what I'm asking. That what I'm asking sometimes they call them absent attacks where you're just like staring, you're kind of zoned out..

A (inaudible) ...hey I was in a trance.

DM: Exactly. That kind of thing.

A Sometimes I'll go into a little thinking mode. And then someone will go, "Hey, Angie," ...don't interrupt a trance.

DM: Okay. Any difficulty making friends?

A No.

DM: Impulsivity coming up again. We got to impulsivity from one predictable before, but also (inaudible)

A Definitely two Xs by that.

DM: How about organization?

A Very organized.

DM: Very organized.

DM: How about controlling your emotions?

A I try to.

DM: No difficulty controlling them as a kid?

A I don't want to cry in here.

DM:   Daydreaming, we kind of touched on that already. Have any problems with distractability?

A     You mean if I'm trying to do something and get distracted?

DM:   And again here, I'm talking more about your childhood.  Would you be easily distracted from something, easily distracted in school, easily distracted at home?

A     Yeah.

DM:   Tell me about that.

A     I would have said no if I knew you were going to say tell me about it.  No, I don't know I mean —

DM:   Why did you say yes?

A     I couldn't concentrate.  I would easily get distracted like the bird in the window sill, now I can't finish my test.  I gotta watch that bird. (inaudible)

DM:   Any trouble sitting still when you were a kid?

A     On yeah.

DM:   I notice today you were doing a lot of this.

A     Not nearly as bad.

DM:   Did you do that when you were a kid?

A     Uh-huh.

JD:   Do you have any trouble finishing projects that you would start?

A     No.

DM:   Any problems with your attention wandering?

A     I suppose.

MAR000174
174

DM: Being fidgety?

A Yeah.

DM: Tell me a little bit about fidgety.

A Well, my mom made me stand in the corner a lot and I couldn't stand it. I hate being –

DM: Well, who can?

A I hate being confined to an area, you know what I mean? I can drive in a I car for a long time if I'm driving, but I can't sit in a car for a long time. It would be better if I was driving. Does that make sense? I'm going ask her to take me to the bathroom if that's okay.

DM: That's fine. You guys can whisper among yourself.

JD: Shut off the –(inaudible) it's now 3:00 p.m., and I'm turning off the recorder while miss Johnson goes to the ladies room.

JD It's now 3:02 and turning the recorder back everyone having returned from it restroom.

DM: Are you comfortable with having the door open?

A Yeah.

DM Cool air would be a lot better. I just want to ask you bunch of medical questions about things you may or may not have had, and I think I'm just about done.

A Okay.

DM Ever had the measles?

A Huh-uh.

MAR000175
175

DM:     German measles?

A       No.

DM:     Mumps?

A       I don't think so.

DM:     Chicken pox?

A       Yep.

DM:     Whooping cough?

A       I don't think so.

DM:     Do you know how old you were when you had the chicken pox?

A       I don't know.

JD:     Don't know.  Was it as a child?

A       Uh-huh.

JD:     Diptheria?

A       I don' t think so.

DM      Scarlet fever?

A       No.

DM:     Rheumatic fever?

A       No.

DM:     Malaria?

A       No.

DM:     Headaches?

A       I had a lot of headaches when I was a kid.

MAR006176

DM: Have you ever been diagnosed with migraines?

A When I got a little bit older, and I guess I'd been having them my whole life.

DM: How old were you?

A Instead of going to the doctor I got a rebuking.

DM: How old were you when you got diagnosed with migraines?

A I think I was – It was around the time I had Alyssa, around 20.

DM: Were you given medication, or how was it treated?

A No, I would get headaches really, and if I would squeeze my head as hard as I could it would make it feel better, and sometimes I still have to do that. They said that's a migraine and lights bother you – lights always bother me and under fluorescent lights continuously. I just take regular Tylenol or something for it.

DM: Ever had extreme tiredness or weakness?

A Like you just don't want to get up?

DM: Like the extreme (inaudible) don't have the --

JD: You don't have the strength to do certain things.

A No.

DM: High fever?

A No.

DM: Meningitis?

A No.

DM: Encephalitis?

A I don't even know what that is.

MAR000177
177

DM: If you had it, you would know it. We talked about seizures. Ever been in a coma.

A No.

DM: Ever had tuberculousis?

A No.

DM: Haven't had polio?

A No.

DM: Fainting spells?

A I fainted when I was pregnant with Alyssa a few times.

DM: Did the doctor say why that might have been?

A Sometimes that happens.

DM: High blood pressure?

A No.

DM: Stroke I asked you about that already. Chest pain?

A No.

DM: Heart disease?

A No.

DM: Heart attack?

A No.

DM: Bone or joint disease.

A No.

MAR000178

JD: Muscle disease?  Bleeding problems?  Anemia?  Sexually transmitted disease? HIV?  Ever had a sunstroke?

A I don't think so.

JD: I don't think you can get that in Iowa.

DM: You can only can get that in Arizona.

JD: Near drowning?

A Well, one time I think I came close to drowning. I was really sick and I didn't want to go to the beach. I had really bad tonsillitis and my evil stepmother wouldn't give me my medication and made me go the beach and I was sitting on the dock and I don't know if she pushed me, but someone pushed me and I wasn't expecting and I sucked in a bunch of water and because of my throat being swollen, I couldn't get my bearings and I almost drowned.  When I -- at the end of the day when my dad came home from work, he took me straight to the hospital.  I was so sick.  And I was in the hospital for several days. They said I was breathing out of a hole the size of a pencil eraser.

DM: So kind of a chicken under the egg thing.  Was -- Did you go to the hospital because of the drowning or because of the illness?

A Because I was so sick.

JD: Did you lose consciousness while you were drowning? Were you blacked out? Were you underwater for a long period?

A I felt like I was drowning cause I couldn't get air and I was under the water and I had my eyes open and I was close – I was off the dock and there was lots of weeds.

MAR000179

And yeah, I don't know if I took myself out of the water or if someone else took me out.

DM:  Were you rendered unconscious?

A  I don't remember.  That was when I was like 12.

DM:  Ever had altitude sickness?

A  No.

DM:  Electrical shock?

A  No.

DM:  We talked about head injury.  Have you ever had a tumor?

A  No.

DM:  No cancer?  Paralysis?  Any problems with your eyes -- your vision?

A  Not until just recently when I came to jail, I had to get glasses.

Q  Is that for reading?

A  I can't see far away.  I always had 20/20 vision and then my vision started going really bad.  I think it's because of the florescent lights all the time, but I don't know. Probable not, just old age.

Q  Any ear or hearing problems?

A  I busted my ear drum in my ear when I was like six and I kind of had a little hearing loss with that, but I can hear fine.  I hear people whispering about me all the time.

Q  So you have a mild  hearing loss?  Is that right ear or left ear?

A  Right ear.

MAR000180
180

Q    Any loss of your sense of touch?

A    (inaudible)

Q    I've asked you about that already.  Any loss of sense of smell or taste?

A    No.

Q    Any difficulty with balance?

A    Huh-uh.

Q    Any problem with exema or hives?

A    Yeah.  I get exema in this eye when I get real stressed out.  (Inaudible) yesterday and a little bit today.  It would get all (inaudible) and swell shut It looks like I got punched in the eye, but it's not.  My eye gets real swollen if I don't put some stuff on it?

Q    I see, underneath there.

A    Uh-huh.

Q    Allergies?

A    No, but I'm allergic to Augmentin and fish, but I'm not allergic to the hayfever.

Q    You have allergy to fish?

A    Uh-huh.

Q    Okay.  What else?

A    It's not all fish.  If it's fresh water fish, I can't eat it, but if it's like seafood, I can eat it if its saltwater or shellfish.  I can't eat like walleye or orange roughy or something like that.

Q    Okay.  What happens if you do?

MAR000181
181

A      I get– I break out in hives and my throat will close and my hands swell up my eyes.

Q      How old were you when you discovered that?

A      It just happened like when I was-- I always could eat fish and then all of a sudden, I couldn't and it was like. I noticed it because I was serving it in Urbandale so it had to have been when Marvea was about two so.

Q      How did you figure out that it was just fresh water fish?

A      Because I was serving orange roughy and I served 42 plates of it and just from getting it–a little bit on the plate on my hand, my hand swelled up. I felt like I had poison ivy in my-- my throat swelled up and I knew that was the reaction when you're allergic to fish. I was really shocked by that. And then I made tuna casserole or something and I thought hey how can I eat this tuna if I'm allergic to that fish. So then I made the connection that--

Q      Fresh water fish.

A      Yeah.

Q      Any lung disease?

A      No.

Q      Liver disease?

A      No diseases.

Q      No kidney, dialysis, stomach problems.

A      Huh-uh.

Q      Thyroid problems?

MAR000182
182

A    Yeah, I think it's making me fat.

Q    Your joking, right?

A    I've never had my thyroids checked, so I don't know.

Q    Ever had lupus?

A    No.

Q    I guess I shouldn't make any assumptions here.  Electric shock therapy?

A    No.

Q    Lead poisoning?

A    No.

Q    Any exposure to toxic chemicals?

A    Just in the crank.   Never in the making of it though, but--.

Q    No lab work?

A    No.  Never been around anything like that.

Q    Exposure to pesticides?

A    Only my overreaction to spiders and a chronic raid sprayer and a--

Q    Okay.

A    – And a house bomber because I can't handle a spider.

Q    Okay.  Carbon monoxide poisoning?

A    (inaudible)

Q    Any  nutritional deficiencies?

A    Yeah.  The last five years I haven't ate.  I haven't had any fruits or vegetables and I really crave that.  I'll never eat anything but that when I get out of here.

MAR000183
183

Q    Alcoholism?

A    No.

Q    Broken bones?

A    No.  Broke my nose one time.

Q    How did you break your nose?

A    The boy, with his knee hurt my nose.

Q    How old were you then?

A    Third grade so, what, ten.

Q    Okay.  Now hospitalizations and operations I asked you about already.

Migranes, did we talk about that?  Anything important about your medical history

that I haven't asked you about that I should know.

A    I don't think so.

Q    In looking at your psychological testing, do you have any arithmetic as a

weakness?

A    I hate math.

Q    Is that kind of a lifelong thing?

A    Yeah.  I just as soon not do it.  And he gave me the choice.  And I said I'm not

doing it.  I don't want to.

Q    What practical--

A    I've never had problems with my checkbook. I've never had a bad check or

things like that-- I can do math but I don't want to.  I mean don't want to.

Q    What's the hard part about it for you?

MAR0000184
184

A       I don't like time tables.  I don't like division. I don't like algebra.  I don't like

anything other than adding and subtracting.  I don't want it.

Q       Do you compensate by using calculator or--

A       If I have to, I will.

Q       Practical (inaudible) you can make change at Mc Donalds?

A       Oh, yeah.  I can do that.  I am very good with money.  Money isn't math, it's just

numbers.  I have no problems with money.

DM      (5:04:54) Well, I think that's all I've got.

JD      I have a few more questions I want to ask you about.

A       Okay.

Q       You talk before about your attorneys.  You respect them?  Do you trust that they

have your best interest in heart, that they are trying to help you?

A       I guess I kind of questioned that in it past a little bit and till we actually got in

the courtroom and I have no doubt that they are very dedicated to my defense.

Q       What did you think before then?

A       I think I felt like they were just going through the motions of, you know.  And I

know I'm frustrated because I keep making stupid mistakes and I think, I just think of

the– I  thought then that they doing their job. Me and Pat Berrigan were continuously

knocking heads together and after seeing him in the courtroom the very first day I had

a whole renewed opinion of him.  I mean, he has made lots of sacrifices in the last two

weeks.  He hasn't been home.  He didn't go home this weekend.  I feel terrible about

that. I know he's working on my case at night.  I mean it's not that we're in the

MAR000185

courtroom.  He argues with the judge over every little point.  He doesn't let anything slid.  I'm not sure that my Al Willet, although I think the world of him, I don't think he would argue points.

Q     So you respect your attorneys and you trust them?

A     Right.  Yeah, I do.

Q     And do you understand what's going on?  Do they explain stuff to you?  Do you have any trouble understanding what's going on.

A     No.  If I can't-- if I don't know something they usually can tell by the dumb look on my face.  But they explain things really– Al explains things to me so well and he handles me so well.  I don't know how-- he is just– He's a very good people person.

Q     You said earlier that you– you were upset when they asking the jury questions about the death penalty?

A     It's hard to listen to that all day long.

Q     Do you understand what that means about the possible penalties in the case?

A     Oh, I know the government wants to kill me.  They want me dead.

Q     And do you know– again please don't say anything about your case.  Do you understand what they're claiming?

A     Oh, absolutely.  It's really hard for me.

Q     And is there anything that you're aware of that prevents you from helping your attorneys do their job to the best of their ability other than you still talk about your stupid mistakes?

A     Yeah, if I'd quit fucking things up and adding more work to their pile aleray.

Q    Do you think you're doing better with that?

A    I'm really trying. I've never intentionally done anything to hinder my case--

Q    I understand.

A    But I know, but I'm in jail a long time. I miss my kids. I want to— I miss them so such going outside. I don't think they realize what it's like for me and how could they because they don't want me to talk to phone if I don't have to absolutely talk to anybody and how can I just not talk to my mom  (Inaudible)

Q    This jail ia (inaudible) contact vists.

A    I haven't ever gotten to hold my granddaughter.

Q    Oh.  Alyssa has a child?

A    Uh-huh.  She's two, Angeleha.  I've never held her, touched her.  It's hard for me.

Q    I understand.  (Angela crying) Feel free to take a second.  I can't think of anything else.  We got started today about doctors who have come to see you? Has a Dr. Cunningham come to see you?

A    I think so .

Q    Yeah.

A    I was in Eldora, I think.  I don't know.  I've seen so many.

Q    You've seen quite a few.

A    It's hard to keep track with my ADD.  I don't know, yeah.  I can't remember what it all entailed though, but I do remember specifically Dr. Gelbort because we had did all that testing which actually was kind of fun

MAR000187
187

Q      So nothing stands out in your mind about Dr. Cunningham.  What you talked about or anything that he told you like what he had found.  No?

A.      Huh-uh.

Q      I think we're all done.  Thank you so much.  I know this was not always so easy for you.

A      So, am I crazy?

Q      You're in a hard spot.  We're not big on judging.  It's now 3:20 and I'm going to end the tape.   This is Joel Dvoskin and Dan Martell's evaluation of Angela Johnson and this is the end of the tape.

MAR006188
188

## Ketchmark, Roseann

| | |
|---|---|
| **From:** | Whitworth, Matt |
| **Sent:** | Friday, May 20, 2005 3:25 PM |
| **To:** | Ketchmark, Roseann |
| **Subject:** | Fw: Johnson materials? |

---

Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: DAMartell@aol.com <DAMartell@aol.com>
To: Whitworth, Matt <Matt.Whitworth@usdoj.gov>
Sent: Fri May 20 15:29:49 2005
Subject: Johnson materials?

tmp.htm

Dear Mr.          Whitworth,

I am writing to request that you approach Ms. Johnson's defense attorneys
and ask them if there is any additional information regarding their client that
they would like me to consider in rendering my opinions should her case
proceed. Specifically, it would be helpful for me to be able to  review:

    (1) any life history / timeline documents they  might have prepared;

    (2) any of her school, medical, or psychiatric  records they possess;

    (3) the names, telephone numbers, and relationships  to Mr. Johnson of
any collateral
        witnesses who have important  background information they want me to
aware of; and;

    (4) any other documents or materials their experts  have reviewed that
would assist me in
        coming to a full  appreciation of her history, background, and
related mitigation
        evidence.

Thanks for your efforts to obtain these materials.

Sincerely,

Daniel A. Martell, Ph.D., ABPP

1

## Whitworth, Matt

**From:**     JoeltheD@aol.com
**Sent:**     Monday, May 23, 2005 6:52 PM
**To:**       Whitworth, Matt
**Cc:**       DAMartell@aol.com
**Subject:**  Re: FW: Johnson Trial


tmp.htm

     In addition to Dan's note to you, I would add that we would like to speak with anyone that their experts spoke with and relied upon in forming any opinions to which they will testify.

Two people of particular interest that we might profit from interviewing would be Ms. Johnson ex-husband (Arlin Johnson) and her older sister (Wendy).

Thanks,
Joel

Joel A. Dvoskin, Ph.D., ABPP
Diplomate in Forensic Psychology

The information transmitted herewith is sensitive information intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

1



**U. S. Department of Justice**

*Todd P. Graves*
*United States Attorney*
*Western District of Missouri*

*Office of the United States Attorney          (816) 426-3122*
*Charles Evans Whittaker Courthouse  FAX (816) 426-4210*
*400 East 9th Street, Fifth Floor*
*Kansas City, Missouri 64106*

May 23, 2005

*SENT VIA FACSIMILE (816) 221-1636*

Mr. Patrick Berrigan
Watson & Dameron, LLP
2500 Holmes
Kansas City, Missouri 64108-2743

          Re:   **United States v. Angela Johnson**

Dear Pat:

     Before Dr. Martell and Dr. Dvoskin render their opinion regarding Ms. Johnson, they want to insure they consider all available relevant information, and must request your assistance. Generally, they would like to know if there is any additional information at your disposal that would assist them in coming to a more full understanding of Ms. Johnson's background and related mitigation evidence.

     Specifically, they would appreciate your sharing any relevant life history, school records, medical records, and psychiatric records in your possession. Additionally, if there are collateral witnesses who have important background information of Ms. Johnson, please provide Dr. Martell and Dr. Dvoskin with those names and telephone numbers so they may also have a chance to visit with them.

     I have attached the email request that our office received this morning from Dr. Martell. Pat, thank you in advance for your assistance. You may contact Dr. Martell and Dr. Dvoskin directly by email or telephone, or feel free to call Matt or me to coordinate your response.

                              Sincerely,

                              Roseann A. Ketchmark
                              First Assistant
                              United States Attorney

cc:   Dr. Daniel Martell
      Dr. Joel Dvoskin
      Matt Whitworth

                                        ** TOTAL PAGE.02 **



**U. S. Department of Justice**

*Todd P. Graves*
*United States Attorney*
*Western District of Missouri*

*Office of the United States Attorney    (816) 426-3122*
*Charles Evans Whittaker Courthouse  FAX (816) 426-4210*
*400 East 9th Street, Fifth Floor*
*Kansas City, Missouri 64106*

May 24, 2005

__*SENT VIA FACSIMILE (816) 221-1636*__

Mr. Patrick Berrigan
Watson & Dameron, LLP
2500 Holmes
Kansas City, Missouri 64108-2743

  Re: __United States v. Angela Johnson__

Dear Pat:

  In addition to yesterday's request by Dr. Martell, this morning I received a more specific request from Dr. Dvoskin. I am likewise attaching his email request.

  Specifically, Dr. Dvoskin is requesting to speak with anyone that your experts talked to that form any part of the basis for their opinions to which they will testify. Of particular interest is allowing Dr. Martell and Dr. Dvoskin an opportunity to speak with your client's ex-husband (Arlin Johnson) and her older sister (Wendy).

  Pat, please forward contact information of these persons (names and telephone numbers) directly by email or telephone to Dr. Martell and Dr. Dvoskin, or call Matt or me to coordinate your response.

Sincerely,

Roseann A. Ketchmark
First Assistant
United States Attorney

cc: Dr. Daniel Martell
  Dr. Joel Dvoskin
  Matt Whitworth

MAR000192

Dear Matt and Roseanne:

Please see attached. Dan will be sending you a signed copy of the cover page. Please let us know if you need anything else. It is fine to call me over the weekend at 520-577-3051.

Thanks,
Joel

Joel A. Dvoskin, Ph.D., ABPP
Diplomate in Forensic Psychology

The information transmitted herewith is sensitive information intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Consultants in Medicine and the Behavioral Sciences

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

**Forensic Psychiatry**

Park Dietz, MD, MPH, PhD
    President
Eugene Beresin, MD
Bennett Blum, MD
John Bradford, MB, ChB
Andre Derdeyn, MD
Graham Glancy, MB, ChB
Bruce Harry, MD
Mark J. Hauser, MD
Joseph Kenan, MD
Stuart Kleinman, MD
Daryl Matthews, MD, PhD
Steven Pitt, DO
Richard T. Rada, MD
Gregory Saathoff, MD

**Forensic Pathology**

Tracey S. Corey, MD
George R. Nichols II, MD

**Forensic Neurology**

David Griesemer, MD
Helen Mayberg, MD

**Forensic Psychology**

Joel Dvoskin, PhD
Thomas Grisso, PhD
Stephen D. Hart, PhD
Kirk Heilbrun, PhD
Elizabeth Loftus, PhD
Daniel A. Martell, PhD
Ronald Roesch, PhD

**Forensic Social Work**

Cheryl Regehr, PhD
Janet I. Warren, DSW

**Criminology**

Kenneth Lanning, MS (FBI ret.)
Gregg McCrary, MA (FBI ret.)
Ronald Walker, MA (FBI ret.)
James Wright, MPA (FBI ret.)
John Yarbrough (LASD ret.)

**Security**

Robert Hayes, CPP, CFE
Bernard Banahan

May 27, 2005

Matt Whitworth, Esq.
Roseanne Ketchmark, Esq.
Office of the United States Attorney,
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106

re: US v. Angela Johnson

Dear Mr. Whitworth and Ms. Ketchmark:

Please see the attached report of our expert opinions concerning the above referenced case. Based so far solely upon the case materials we were sent and our interview with the defendant, we were asked to offer our respective expert opinions in possible rebuttal to expert testimony in favor of mitigation if she is ultimately found guilty of a potentially capital crime.

As you know, we were not allowed to review a great deal of the evidence that related to the instant offense. We were also unable to review any expert reports from mitigation experts who will be testifying in the penalty phase of Ms. Johnson's trial, assuming that she is found guilty. Thus, we have no idea what the defense mitigation experts will offer as their expert opinions, or whether we will agree with them. Finally, though we have requested the ability to interview several collateral sources of information, so far this has not been possible.

Without reviewing the reports of mitigation experts, we are in the unusual position of having to make informed guesses about the testimony we may be asked to rebut.

Despite these limitations, we hope that the attached report is useful to you, and look forward to hearing from you at your earliest convenience.

Sincerely,


Joel A. Dvoskin, Ph.D., ABPP          Daniel Martell, Ph.D., ABPP
Diplomate in Forensic Psychology      Diplomate in Forensic Psychology

## Expert Report of Joel A. Dvoskin, Ph.D., ABPP

At the request of U.S. Attorneys Roseanne Ketchmark and Matt Whitworth, I was asked to review case materials concerning the case of U.S. v Angela Johnson, and to offer my expert opinions in possible rebuttal to expert testimony in favor of mitigation if she is ultimately found guilty of a potentially capital crime. For legal reasons that were not entirely clear to me, I was not allowed to review a great deal of the evidence that related to the instant offense. More importantly, I was also unable to review any expert reports from mitigation experts who will be testifying in the penalty phase of Ms. Johnson's trial, assuming that she is found guilty.

Without reviewing the reports of mitigation experts, I am in the unusual position of having to make informed guesses about the testimony I may be asked to rebut. It is, of course, also likely that in some ways I will agree with the opinions of mitigation experts.

That being said, there are several likely areas in which mitigation experts might be expected to testify. Because Ms. Johnson was asked to take several neuropsychological screening tests, it seems not unlikely that the defense may offer evidence of alleged neuropathology, including possibly the Attention Deficit Disorder from which she claims to suffer. Because I do not specialize in neuropsychology, I referred these issues to my colleague and neuropsychologist Daniel Martell, Ph.D., ABPP. Dr. Martell's expert report can be found below.

A second issue that is likely to be raised by the defense in the penalty phase concerns Ms. Johnson's self-reported history of physical, emotional and possibly sexual abuse as a child.

A third issue that is likely to be raised in mitigation is Ms. Johnson's self-reported history of abuse at the hands of an intimate partner, Terry DeGeus. This abuse is corroborated by a restraining order obtained by Ms. Johnson against Mr. DeGeus, and the interview of her ex-husband, Arlyn Johnson.

A fourth issue that is likely to be raised in mitigation is whether or not Ms. Johnson will be safely manageable within a federal prison.

Finally, it is possible that a mitigation expert might opine that Ms. Johnson suffers from some sort of serious mental illness.

I will speak to these issues below. Please note that the information and opinions contained in the report are based entirely on the case materials I was allowed to review and the interview with Ms. Johnson. It is possible that additional or contradictory information could result in different conclusions.

MAR000195

## Sources of Information

[1]   Superseding Indictment, CR00-3034, 08/23/02

[2]   Superseding Indictment, CR01-3046, 08/23/02

[3]   Prosecution Memorandum, 05/18/01

[4]   Addendum to Prosecution Memorandum, 02/12/01

[5]   Benton County Jail records

[6]   Blackhawk County Jail records

[7]   Linn County Jail records

[8]   Educational Records of Angela Johnson

[9]   Police Interview of Angela Johnson, 06/11/96

[10]  Clear Lake, IA, Police Department records

[11]  Drug Enforcement Administration reports

[12]  Iowa Division of Criminal Investigation reports

[13]  Allen Memorial Hospital records regarding Angela Johnson

In preparing thus report, Dr. Martell and I relied in part on summaries of the information sources listed above, prepared by Ronald P. Walker, M.A. (FBI, ret.) and James A. Wright, M.P.A. (FBI, ret.).

In addition to the sources of information listed above, Dr. Martell and I interviewed Angela Johnson on April 23, 2005 at the Woodbury County Jail, in Sioux City, Iowa. The interview lasted approximately 5 hours, and was preceded by our disclosure of our roles in the case, the circumstances of the interview, the purposes of the interview, and the fact that we would have no confidential therapeutic relationship with Ms. Johnson. She acknowledged that she was aware that the results of our interview and our expert opinions would not be held confidential, and were likely to be offered by the US Attorney in court. After acknowledging that she understood all of the above, Ms. Johnson agreed to the interview.

Pursuant to an agreement between the parties, Dr. Martell and I created a digital audio recording of our entire interview with Ms. Johnson. A copy of this was shared with

defense counsel, however, per our instructions, we did not share a copy with the US Attorney's Office.

As instructed, we also did not question Ms. Johnson about the instant offense itself.

Ms. Johnson informed us that she had seen three defense experts prior to our interview. These included a Dr. Logan, a Mary Hutchinson – Ms. Johnson was unclear about the appropriate honorific, so I will refer to her as Dr. Hutchinson -- and a Dr. Gelbort. She reported that she discussed with Dr. Logan her childhood and her problems with men. With Dr. Hutchinson, Ms. Johnson reported that she discussed her "relationship with (her) Dad" and took several tests, one of which she described as the "London Towers." Finally, she reported that she and Dr. Gelbort "did not talk a lot." She stated, "He just gave me tests." Ms. Johnson stated that she did not recall ever meeting with Dr. Mark Cunningham, who we had been told was to be a mitigation expert witness.

Ms. Johnson was asked if she had been informed of any expert findings. She reported that Dr. Logan told her that she was "always looking for love," that she was "easily manipulated by men." She reported that she agreed with these findings, though she stated, "I hate to admit it." She added that Dr. Logan told her that she took methamphetamines as "self-medication" for an untreated depression.

Regarding the findings of Dr. Hutchinson, Ms. Johnson laughingly stated that Dr. Hutchinson found her to be a "super person." Turning more serious, Ms. Johnson reported that Dr. Hutchinson told her that she "had problems with men stemming from the relationship (she) never had with (her) father."

Ms. Johnson reported that Dr. Gelbort "gave (her) no findings."


## BRIEF SYNOPSIS OF INSTANT CHARGED OFFENSE

In March 1993, Dustin Honken was arrested during a controlled meeting with a cooperating witness (Gregory Nicholson) and was subsequently charged with a methamphetamine trafficking conspiracy in violation of 21 U.S.C, Section 846. Mr. Honken was subject to a 10-year mandatory minimum penalty. He was released on pretrial release with the special condition that he have no contact with the cooperating witness. On 07/25/93, Mr. Honken and Angela Johnson allegedly located Mr. Nicholson at the home of Lori Duncan. Also present in the home were Ms. Duncan's two small children, ages six and ten. Mr. Honken allegedly forced Mr. Nicholson to make a videotape in which Mr. Nicholson exonerated Mr. Honken. Mr. Honken and Ms. Johnson then allegedly took Mr. Nicholson, Ms. Duncan, and her two daughters to a remote location near Mason City, IA, where Mr. Honken allegedly murdered the two adults and two children with a firearm previously purchased by Ms. Johnson. Each of the victims was shot in the head execution style. Ms. Johnson allegedly assisted by controlling the children while Mr. Honken killed the adults. The four bodies were

allegedly buried by Mr. Honken and Ms. Johnson in a mass grave and were successfully hidden until they were discovered in the fall of 2000. Because of Mr. Nicholson's disappearance, the charges against Mr. Honken were dismissed in March 1995. Mr. Honken and Ms. Johnson reportedly have each made admissions about the murders.

The federal Grand Jury continued its investigation into Mr. Honken's drug trafficking, identifying Terry DeGeus as a drug co-conspirator. During the fall of 1993, Mr. DeGeus reportedly expressed concerns that he would be charged or called to testify before the federal Grand Jury. Ms. Johnson was called before the Grand Jury in October 1993. On 11/05/93, Ms. Johnson allegedly contacted Mr. DeGeus (a former boyfriend) with a message to meet her that evening. Mr. DeGeus went to meet with Ms. Johnson, and never returned. Ms. Johnson allegedly lured Mr. DeGeus to a remote location where Mr. Honken, armed with a firearm and baseball bat, waited. Mr. Honken allegedly killed Mr. DeGeus by shooting and beating him, and then buried the body in a shallow grave near Mason City, IA with Ms. Johnson's assistance. Mr. DeGeus' skeletal remains were recovered in the fall of 2000. Mr. Honken and Ms. Johnson have reportedly made admissions regarding the murder of Mr. DeGeus.

A joint state/federal investigation in 1995 revealed that Mr. Honken and a co-conspirator (Timothy Cutcomp) continued to manufacture methamphetamine. Mr. Honken allegedly recruited Daniel Cobeen to assist in the methamphetamine manufacturing. A methamphetamine laboratory was ultimately seized at Mr. Honken's residence, and he was arrested. While jailed in the Woodbury County Jail, Mr. Honken allegedly solicited inmates to murder Mr. Cutcomp and Mr. Cobeen. While incarcerated in federal prison beginning in 1998, he reportedly expressed plans to various inmates and solicited various inmates to escape from custody and kill witnesses and others involved in the investigation and prosecution of his case. He also reportedly made admissions about his murders of Mr. Nicholson, Mr. DeGeus, and the Duncan family.

On 08/30/01, a federal Grand Jury returned a seventeen-count indictment charging Mr. Honken with the murders of three adults and two children in order to avoid prosecution for a methamphetamine manufacturing and distribution conspiracy originally charged in March 1993, and to further his drug trafficking conspiracy and continuing criminal enterprise. The indictment also charged that Mr. Honken solicited others in a murder for hire scheme intended to result in the death of additional witnesses.

On 08/23/02, a federal Grand Jury returned a similar seven-count indictment against Angela Johnson. A ten-count superseding indictment dated 08/23/02 charged Ms. Johnson with the manufacture and distribution of methamphetamine in addition to charges she aided and abetted Mr. Honken in the murders of Gregory Nicholson, Terry DeGeus, and Lori Duncan and the two Duncan children.

## MEDICAL EXAMINER'S REPORT

Dennis Klein, M.D., a forensic pathologist employed by the Iowa State Medical Examiner's Office, conducted the post-mortem examinations of the remains of Gregory Nicholson, Lori Duncan, Kandi Duncan, and Amber Duncan. Julia Goodin, M.D. is the Medical Examiner for the State of Iowa, and conducted the post-mortem examination of the remains of Terry DeGeus. The results of these autopsies are summarized in an Addendum to Prosecution Memorandum, and are noted as follows:

- Gregory Nicholson was bound with a clothesline-type cord around his wrists. A gag consisting of a green sock was secured to his head by duct tape; the tape was wrapped around his head, covering the eyes and mouth. Mr. Nicholson was shot once in the back of the head and once in his upper-right back. Multiple perimortem fractures to neck vertebrae, consistent with a twisting or rotational injury, were also noted.

- Lori Duncan was gagged with a sock held in place by duct tape. The tape was wrapped around her head, covering her eyes as well as her mouth. Her hands and feet were bound with a clothesline-type rope. Ms. Duncan was shot once in the head, with the entry wound located behind the right eye and an exit wound on the left forehead. Ms. Duncan was also shot from behind in her upper back at least once, and possibly twice. A bullet wound to her forearm was also observed, which may have resulted from the bullet that entered her back. Two perimortem hairline fractures were noted; one was located on a bone in her left hand, possibly caused by a twisting injury, and the other was located on her upper-right pelvis bone, probably resulting from a fall or compression.

- Kandi Duncan was not bound or gagged. A single bullet wound was noted to the back of her head.

- Amber Duncan was not gagged, but appeared to have been bound with a pair of men's underwear briefs. Her arms were placed through the leg holes of the briefs, and the briefs were pulled down over her head. She had a single bullet wound to the back of her head.

Terry DeGeus' skull was very badly fractured. He was shot in the head at least once, but the location of the entry wound could not be determined due to the extensive skull fracture. The skull fractures did not appear consistent with blunt force trauma. It appeared as if the fractures resulted from the gunshot. Mr. DeGeus was also shot once in the lower left arm and possibly once in the mid-section and once at his waist.

MAR000199

## PERSONAL HISTORY OF MS. JOHNSON, ACCORDING TO CASE RECORDS

Family History

Angela Jane Johnson was born in Burlington, WI on 01/17/64 to James Jeffery Johnson and Pearl Jean Johnson, nee Gomez. At the time of her birth, her mother was 24 years of age. Her father was 22 and employed as a laborer at American Motors.

She has four siblings, Wendy Jean, born 1/4/1962; Jamie Jo, born 11/24/1965; James Jeffrey, Jr., born 3/2/1967; and Holly Justine, born 2/5/1973.

Education History

Education records made available for review reveal that Ms. Johnson attended Forest City Community School in Forest City, IA, first enrolling on 01/03/72. School records for 5th and 6th grades indicate Ms. Johnson achieved grades of "A" in virtually all subjects during both academic years. She attended 7th and 8th grades at Forest City Community School, achieving predominantly grades of "S" in most academic subjects. It was noted she withdrew from school on 10/09/98.

Employment History

Ms. Johnson's ex-husband (Arlyn Johnson) advised that he knew that she had been a dancer at one time and that she was careful where she danced so as not to ruin her reputation.

Norman Olson advised that Ms. Johnson worked for him for three years, between 1990 and 1992, at the Country Kitchen restaurant in Clear Lake, IA. He described her as a "great employee." Ms. Johnson left his restaurant to work at the Country Club in Mason City, IA.

Mr. Olson was aware that when the manager at the Mason City County Club moved to the Urbandale Country Club, Ms. Johnson moved to Urbandale to work for him. No dates of employment were provided.

George Barlas advised that Ms. Johnson began working at the North Beach Restaurant in September or October 1998 and moved into an apartment over the restaurant. Rent for the apartment was $250 per month. Mr. Barlas reported that Ms. Johnson was a "very good" employee during her first year. After that, she traveled to be with her new boyfriend whose name he could not recall. Ms. Johnson was terminated in June 2000 after she did not show up for work on a Saturday night. Mr. Barlas recalled that she became "very cranky" toward the end of her employment.

MAR0000200