## Military History

No military service is reported.

## Marital and Relationship History

Arlyn Johnson advised that he was married to Ms. Johnson from about 1982 until they divorced in 1985. He first met her in the spring of 1981 and they were married within a year. The couple had one daughter, Alyssa Johnson, born 8/7/1983.

Mr. Johnson further advised that Ms. Johnson was in a relationship with Terry DeGeus, but did not know how they met. During the time she was with him, Mr. Johnson saw her with bruises and knew that Mr. DeGeus beat her. He said she had a difficult time breaking off the relationship and, for a time, had taken out a restraining order during a time when she was dating Dustin Honken.

However, Mr. Johnson reported that he first met Mr. Honken a month or two after Mr. Honken started dating Ms. Johnson, in September or August 1995. He said he seemed like a "nice guy" and that he was always nice to Ms. Johnson and Alyssa. Mr. Johnson believed that Mr. Honken took good care of his daughter and, to his knowledge, never did "lay a hand" on Ms. Johnson.

Benton County Jail records indicate fiancé Rodney Nicholson, born 3/28/1965, visited Ms. Johnson while she was housed there.

## Mental Health History

On 10/13/00, while incarcerated in the Black Hawk County Jail subsequent to her arrest in the instant matter, Ms. Johnson attempted suicide by hanging. Investigation at the jail revealed that Ms. Johnson fashioned a rope and noose by tying a bed sheet to the second floor railing in her pod at the jail. She then reportedly climbed over the rail with the bed sheet secured around her neck. The site of the attempt was in an area near the restrooms and shower, and not covered by surveillance cameras. However, the attempted suicide was quickly discovered, and she was taken by ambulance to Allen Memorial Hospital.

Ms. Johnson's suicide attempt occurred after she reportedly learned from her mother or daughter during a telephone call on 10/13/00 that investigators had recovered the bodies of the five murder victims cited in her indictment. At approximately 4:05 PM, Ms. Johnson had requested permission to use the telephone. It was later reported that she spoke with her daughter, who informed Ms. Johnson that her boyfriend notified the authorities regarding the whereabouts of the bodies. Other jail reports, however, noted the murder victims' bodies were recovered using a map previously drawn by Ms. Johnson. Ms. Johnson's suicide attempt occurred at approximately 4:20pm.

Case 3:09-cv-03064-MWB-LTS   Document 284-87   Filed 06/23/11   Page 1 of 100

MAR000201

An inmate (Theresa Milton) who described herself as a friend of the defendant reported that Ms. Johnson previously asked her how she would attempt to commit suicide. The inmate told Ms. Johnson she would use a sheet. On 10/12/00, Ms. Johnson spoke with her daughter and learned her appeal had been denied. She spoke about suicide, but Ms. Milton did not believe the defendant was serious. Ms. Johnson also spoke with her sister on the day prior to the suicide attempt to make arrangements for the care of her children "if anything happened to her." On 10/13/00, Ms. Johnson reportedly acted differently, and watched the guards closely. She spoke with her daughter on the telephone, and asked Ms. Milton for paper and a pen. Shortly thereafter, the defendant attempted suicide.

While being transported to the hospital after the suicide attempt, Ms. Johnson was reportedly combative, requiring the application of restraints. Ms. Johnson continued to refuse to cooperate and remained combative and unmanageable upon arrival at the hospital. She required intubation at the ER to allow for a complete examination and examination of the neck for a C-spine injury. No C-spine injury was noted, and Ms. Johnson was transferred to the ICU for further inpatient management. She was discharged on 10/14/00.

Hospital records report Ms. Johnson has a past medical history of depression, and had been prescribed Celexa 20mg, Serzone 75mg, Excedrin PM, Advil Migraine, and Trazodone.

In a letter to her daughter dated Saturday the 7th (10/7/2000), Ms. Johnson wrote that she had seen a "real doctor" who took her off Serzone and put her on "a stronger antidepressant" and "sleeping pills".

Among items found during a search of Ms. Johnson's cell were letters to her fiancé, sister, and daughter that appear to refer to her attempted suicide:

In a letter addressed to "Rodney (My Man)" she wrote, "I'm sorry baby, there was just no other way" and assures him he and Alyssa "can get through this . . ." She asks him not to let Alyssa hate her for "this".

In a letter to Alyssa, she wrote, "I'm so sorry that everything had to turn out like it did." She also wrote that she knew that they were not going to let her out and she could not stand the thought of going to a maximum security prison and she would only do "this" as a last resort. She assured Alyssa that she (Alyssa) knows the truth and that while "someone might know about something <u>does</u> <u>not</u> mean they took part in it." She then went on to advise how some of her property was to be distributed.

In a letter to her sister Holly, she wrote the she could not go to prison and requested her body be cremated. She wrote the same message as above, asserting that "knowing about something" does not mean she took part in it.

MAR000202

<u>Substance Abuse History</u>

Ms. Johnson's ex-husband advised investigators that when he first met her, she was using marijuana. He also advised that when she was with Terry DeGeus, they "shared common powder interests." In March 1995, when he was visiting her residence, she asked Mr. Johnson if he was interested in some methamphetamine. They did "a line" of methamphetamine together. He sometimes obtained enough of the drug from her for personal use and she offered to get him more.

<u>Criminal History</u>

Prior to instant charges, Ms. Johnson has a record of numerous traffic violations which led to her being charged as a habitual violator in 1998 and again in 2000.

<u>Incarceration</u>

Ms. Johnson was indicted on five counts of aiding and abetting murder on 7/26/2000, and was arrested on 7/29/2000. She was initially incarcerated in the Benton County Jail, Vinton, IA.

She was moved to the Black Hawk County Jail on 10/3/2000.

After her attempted suicide while an inmate at Black Hawk County Jail, she was discharged from Allen Hospital on 10/14/00, to the Linn County Jail to await trial.

<u>Disciplinary History While Incarcerated</u>

Linn County Jail records indicate that from 12/07/00 to 01/29/04, Ms. Johnson received 89 "Behavior Warnings." The warnings were issued for a wide variety of infractions, and included the following: running the block; laying in bed with another inmate; failure to lay on bed during lockdown; passing letters under door to another inmate; disrespect; failure to follow order; using racial epithet; palming/hiding medication; attempting to instigate an arguments; defiant behavior; covering night light.

Ms. Johnson was the subject of several Inmate Incident Reports while at the Linn County Jail, including the following:

- On 11/15/00, Ms. Johnson was involved in an argument with another inmate. They were warned to stay away from each other or be locked down.

- On 12/28/01, Ms. Johnson was charged with assaulting another inmate. Her cellmate reported that Ms. Johnson shoved her after they engaged in an argument over the cellmate's body odor. The cellmate complained that Ms. Johnson had "taken it upon herself to control the actions . . . of other inmates" and she felt the need to press charges against her. Assault charges were filed and eventually

dropped in District Court. Ms. Johnson was found guilty in disciplinary hearing and sentenced to ten days in a Behavior Modification Cell (BMC).

- On 02/02/01, she was found to be in possession of unauthorized items, including paper, envelopes, paperclip, cardboard, and a match stick taped under her bed. She admitted having the items, but stated the match stick was "planted there to get her in trouble." She received five days in BMC, with two days suspended.

- On 03/23/02, Ms. Johnson was cited for disruptive conduct after she was observed yelling at other inmates during recreation. At her hearing, she admitted being involved in an argument, but explained that she was provoked and witnesses verified her story. She was found guilty and sentenced to five days of administrative segregation, with credit for time served.

- On 1/1/04, Ms. Johnson was given a warning after a shakedown found excessive pictures on the wall of her cell and her bedding in the day area.

- On 01/28/04, Ms. Johnson was cited for assaulting another inmate by pulling her hair, hitting her in the head with her fist, and pushing her into a wall. While acknowledging the material facts of the report, Ms. Johnson claimed there were mitigating circumstances and claimed self-defense. The report noted Ms. Johnson is "twice as big and twice as old as the other combatant." She received five days BMC, with no credit for time served.

- On 5/3/04, Ms. Johnson was given two weeks commissary restriction for having bedding in the day area.

- On 6/27/04, Ms. Johnson was given a warning after she argued about having to put her shirt on. She repeatedly stated, "Fuck you" as she put it on.

Ms. Johnson filed several grievances while incarcerated in the Linn County Jail, including the following:

- On 12/29/00, she complained about being maintained on suicide watch after the doctor recommended she be taken off the watch.

- On 3/24/2002, Ms. Johnson complained that a correctional officer had been treating her "very rudely" since she declined the officer's request that she kick another inmates "ass." By way of relief, she requested an apology.

- On 3/24/2002, Ms. Johnson complained that she was not being treated fairly. She claimed that she had recently been called "murderer" by an inmate, which she responded to by telling her those were "fighting words"

MAR000204

as she walked toward her. For that, she was put in isolation for 24 hours to "cool down."

- On 7/27/2002, she again complained about the correctional officer "being on her case." She claimed the officer yelled and swore at her and hurt her feelings every time the officer worked.

- On 10/22/2002, there was another grievance against the same correctional officer. Ms. Johnson complained that she did not turn on her television at the proper time.

- On 1/19/2004, Ms. Johnson complained that she was treated differently than other federal detainees.

## BEHAVIOR OF MS. JOHNSON PROXIMAL TO KNOWN/CHARGED OFFENSES, FROM CASE RECORDS

On 7/3/1993, Ms. Johnson reportedly filed an application to purchase a handgun in Cerro Cordo County, IA. Four days later, on 7/7/1993, she reportedly purchased a Tech-9, 9 mm semi-automatic pistol at a pawn shop in Waterloo, IA. On 7/25/1993, Mr. Nicholson, Ms. Duncan and her two daughters were killed.

Christi Gaubatz advised that she and Ms. Johnson were best friends and she frequently babysat for Ms. Johnson. During the summer of 1993, she reportedly babysat on a daily basis while Ms. Johnson and Mr. Honken were trying to locate Mr. Nicholson. On those nights they regularly returned to the residence around midnight. One evening, Ms. Johnson reportedly asked to borrow her car and did not return to the residence until about 5:00 AM the next morning. After that night, they stopped looking for Mr. Nicholson.

Ms. Gaubatz also advised that during the fall of 1993, Ms. Johnson told her that she was pregnant by Mr. Honken and she feared what Mr. DeGeus, her former boyfriend who had been "stalking" her, would do if he found out. Ms. Johnson asked Ms. Gaubatz to accompany her to a meeting with Mr. DeGeus at a restaurant in Mason City, IA, which she did. She waited in the car, but could see the couple arguing. When Ms. Johnson returned to the car, she said, "He can't be around, anymore." Ms. Gaubatz said it was soon after that that Mr. DeGeus disappeared. Later in 1993, Ms. Gaubatz reportedly found a cosmetic bag in a closet in her home and, when she looked inside, saw a "large black handgun." Believing the gun belonged to Ms. Johnson she called her and told her to remove the gun. She reported that Ms. Johnson came to the residence immediately and removed the gun.

On 11/5/1993, Ms. Johnson reportedly contacted Terry DeGeus' mother and asked that she tell him to contact her. Later that evening, Mr. DeGeus reportedly dropped his daughter at his mother's house, telling her that he had to meet Ms. Johnson and would return by 12:30 AM. Mr. DeGeus spoke to an acquaintance at a grocery store between

MAR000205

6:30 PM and 7:00 PM and told her that he was on the way to Mason City to meet Ms. Johnson. He was not seen alive after that time. Several days later, Mr. DeGeus' mother reportedly telephoned Ms. Johnson to ask about her son. She claimed he did not show up for their meeting. Sometime later, Mr. DeGeus' ex-wife allegedly called Ms. Johnson, who initially told her that Terry DeGeus did not show up that night. Later in the conversation she admitted that he did stop by to see her, but then went to Mason City to see friends.

Incident to a missing persons report filed on 11/10/1993, by Mr. DeGeus' father, Ms. Johnson was interviewed by law enforcement officers. She told them that when she got off work on 11/5/1993, Mr. DeGeus was waiting for her. She got into his car and they talked about her 10/2/1993 Grand Jury testimony. He then left, saying he had things to do and people to see in Mason City.

While in jail, Mr. Honken allegedly arranged for fellow inmate, Anthony Altimus, to kill Messrs. Cutkomp and Cobeen after he arranged for Altimus to be bailed out of jail. Mr. Honken allegedly had another inmate's wife meet with Ms. Johnson who would give her $1,000 in exchange for a methamphetamine recipe. The money was then to be used to bail out Mr. Altimus. In January 1997, Ms. Johnson reportedly appeared at a bail bond agency in Sioux City, IA, and presented herself as a relative of Mr. Altimus in an attempt to post bail for him.

## STATEMENTS AND DISCLOSURES ATTRIBUTED TO MS. JOHNSON REGARDING THE ALLEGED OFFENSES

Ms. Gaubatz, advised that in early 1994, Ms. Johnson told her she needed to get something "off her chest." She reminded her of the evening she borrowed Ms. Gaubatz' car and stated that on that night she and Mr. Honken went to a residence in Mason City, IA, where she pretended to be a sales person in need of the use of a telephone. After she was allowed entry, Mr. Honken reportedly followed her inside and, armed with a gun, forced Mr. Nicholson to make a video tape. The two then allegedly forced Mr. Nicholson, Ms. Duncan and her children to accompany them in Ms. Gaubatz' car. They drove to a wooded area where Mr. Honken allegedly shot them all, one at a time. They were then buried in one grave. Ms. Gaubatz said that as Ms. Johnson was relating the above, she was "extremely emotional."

Later, the same year, Ms. Johnson also reportedly told Ms. Gaubatz about luring Mr. DeGeus to a remote location where Mr. Honken was waiting to kill him. Ms. Gaubatz said she was not as emotional when describing Mr. DeGeus' murder.

On 6/11/1996, law enforcement officers interviewed Ms. Johnson at her place of employment. When told they wanted to talk to her about Dustin Honken, she became visibly upset and stated she felt he had done nothing wrong and was being harassed. She told the investigators she would meet them at her residence after she got off work.

She did meet them at her residence and consented to a search of the premises. Nothing was seized as a result of the search. She then agreed to meet them at the Urbandale Police Department for further, non-custodial interview.

Ms. Johnson was asked what she thought had happened to Greg Nicholson and Terry DeGeus, to which she answered she thought they had "just left the area." She claimed that the last time she saw Mr. DeGeus was a few days before he was reported missing. At that time, he was reportedly acting "strange" and "seemed depressed".

Ms. Johnson advised investigators that Mr. Honken was not making methamphetamine, but doing research for a book he was writing on precursor chemicals for making the drug. She was asked if she had given him any money for his research. She answered that she had not, but she owed his father $5,000 and had been making payments toward paying off the debt.

Ms. Johnson was asked for consent to search her house in Clear Lake, IA, to which she agreed, but only if she was there for the search. About 45 minutes into the interview, Ms. Johnson terminated the interview, but agreed to resume the interview the next morning. When she did not appear for the interview the next morning, she was contacted and advised she was "done talking" because a search warrant had been executed at her house in Clear Lake the night before.

On 6/11/1996, a search warrant was executed and chemicals used to manufacture methamphetamine were reportedly seized from a shed at Ms. Johnson's residence in Mason City, IA.

Robert McNeese and Ms. Johnson allegedly exchanged letters and conversed while both were prisoners in the Benton County jail. Mr. McNeese is a cooperating witness who advised Ms. Johnson made numerous admissions to him because she wanted his assistance in escaping from the jail and in locating a prisoner serving a life sentence to confess to committing the murders for which she is charged.

Ms. Johnson reportedly told Mr. McNeese that when she escaped, she wanted to kill one of the jail guards who treated her badly. She claimed to have had a family member take videos of the jail to assist in a plan to escape and develop information about the guard, including what kind of car she drove. She was also going to have the guard followed by a family member. She reportedly invited Mr. McNeese to escape with her.

Regarding her plan to have someone else take credit for the murders, it was necessary to provide enough information about the crimes for that person to be credible. According to Mr. McNeese, she told him she and Mr. Honken took Mr. Nicholson, Ms. Duncan and her daughters to a field where Mr. Honken shot them all. They were then buried in the same grave.

MAR000207

Regarding the murder of Mr. DeGeus, she reportedly said that she shot him several times after making him get on his knees, "like he used to do to her when he previously beat her."

Ms. Johnson allegedly drew maps of both burial sites for Mr. McNeese, which included landmarks and named roads. The maps were turned over to authorities and search warrants were obtained for both sites. A search for the sites commenced on 10/12/2000, and all bodies were ultimately located.

It was noted that the complete remains of an opossum and the head of a shrew were found in the grave with multiple bodies. The animal remains were separated from the bodies by a layer of decomposed plant material, suggesting the animals were placed in the grave sometime after the victims. It was also noted that Ms. Johnson "is known to be a follower of witchcraft and other occult-type religious practices".


## STATEMENTS ATTRIBUTED TO MR. HONKEN REGARDING MS. JOHNSON

### Timothy Cutcomp

Mr. Cutcomp, a co-conspirator in drug charges against Mr. Honken, reported that after their arrests in 1996, Mr. Honken told him that they would have nothing to worry about (regarding charges against them) if Mr. Cobeen disappeared. He also told him that Ms. Johnson was urging him to "take care of business".

Mr. Cutcomp advised he was told by Mr. Honken that Ms. Johnson had invested between $2,500 and $3,000 in the Mason City methamphetamine laboratory. It was also reported that Mr. Honken told Mr. Cutcomp he would have to meet with Ms. Johnson so she could approve of his working in the laboratory.

### Dean Donaldson

Mr. Donaldson, a witness who was an inmate with Mr. Honken, reported that Mr. Honken told him his girlfriend, Angie, would "kill anyone in a minute." Mr. Honken also told him he was concerned about Ms. Johnson because "her downfall was drugs." Mr. Honken intended to kill her, in addition to other witnesses against him, a prosecutor, and law enforcement personnel.

According to Mr. Donaldson, Mr. Honken told him that it was Ms. Johnson's idea to murder Gregory Nicholson, Lori Duncan, and Ms. Duncan's children.

### Fredric Tokars

Mr. Tokars is a federal inmate and cooperating witness who was incarcerated with Mr. Honken in 1998. According to Mr. Tokars, during discussions he had with Mr. Honken

in which Mr. Honken told him he knew that he had killed witnesses in his (Mr. Tokars') case and asked for assistance with his case. He said that he wanted Mr. Cobeen killed and Messrs. Cutcomp and Donaldson intimidated. He said that Ms. Johnson helped him the last time and would help him again. He also told him he was concerned that Ms. Johnson might incriminate him in the earlier murders. He wanted Mr. Tokars to find someone to kill Mr. Cobeen and then kill Ms. Johnson to "tie up all loose ends."

Mr. Honken reportedly also told him that he and Ms. Johnson had purchased a gun at a pawn shop and he was worried that the gun used in the murders was linked to Ms. Johnson.

Regarding the murders, Mr. Honken allegedly told Mr. Tokars that he and Ms. Johnson parked down the street from the residence and, carrying a camera in a bag, walked down the street "like a couple on a walk." Once they were "easily" able to enter the house, he remained in one room with Mr. Nicholson where he forced Mr. Nicholson to recant his allegations in front of the video camera, after which he hit him in the head with the gun and strangled him with a cord. He said he then went into the room where Ms. Johnson was holding Ms. Duncan and her daughters. He hit Ms. Duncan with the gun and strangled her while Ms. Johnson restrained the children. Ms. Johnson then strangled the children. They used Ms. Johnson's car to transport the bodies to a prearranged location where they were buried in a common grave.

Mr. Honken reportedly said that Ms. Johnson was a full participant in the murders and "fully capable of doing anything" he could do.

Regarding the murder of Mr. DeGeus, Mr. Honken allegedly told Mr. Tokars that he learned that Mr. DeGeus was going to testify against him. Ms. Johnson reportedly lured Mr. DeGeus to a remote site, telling him that she and Mr. Honken were not getting along and she wanted to meet him. She also told him she had some drugs. He said he and Ms. Johnson arrived at the scene before Mr. DeGeus. When he did arrive, Mr. Honken shot him. They then placed his body in the trunk of Ms. Johnson's car and drove him to the burial site.

William LeBaron

Mr. LeBaron is a federal inmate and cooperating witness who was incarcerated with Mr. Honken. He reported that Mr. Honken told him about the murder of Mr. Nicholson, Ms. Duncan, and her children and said that Ms. Johnson helped him dig the grave where the bodies were buried.

Steven Vest

Mr. Vest is a federal inmate and cooperating witness who was incarcerated with Mr. Honken in 2000. He reported that Mr. Honken told him that he manufactured methamphetamine in Arizona and transported it to Iowa to sell. One of his customers

MAR000209

was Terry DeGeus, who was dating Ms. Johnson. Mr. DeGeus owed Mr. Honken $30,000 and Ms. Johnson brought him (Mr. Honken) $10,000 in partial payment of the debt. She told him she was selling drugs for Mr. DeGeus. He said that he developed a personal relationship with Ms. Johnson and they started dating.

Mr. Honken also allegedly told Mr. Vest that when he was released after arrest on drug charges, he and Ms. Johnson determined Mr. Nicholson would have to be killed in order for Mr. Honken to avoid conviction. He said Ms. Johnson gained entry into the residence before him and held the occupants hostage until he entered. He then forced Mr. Nicholson to record a statement exonerating him. He then forced Ms. Duncan to write a note telling a neighbor they were leaving. They took the victims to a field where Mr. Nicholson and Ms. Duncan were shot while Ms. Johnson stayed at the car with the children. Mr. Honken returned to the car, removed the children, and shot them in the back of the head.

Regarding the murder of Mr. DeGeus, Mr. Vest reported that Mr. Honken told him that Ms. Johnson lured him to a remote area where Mr. Honken was waiting. He said he and Mr. DeGeus were in the car talking when Ms. Johnson entered the car and told him she was cold. He took that as "guidance" from her to do what they planned (kill Mr. DeGeus). He shot him multiple times and beat him with a baseball bat. He and Ms. Johnson buried Mr. DeGeus' body at the scene and drove his car to a car wash to wash blood spatter from the exterior of the car.

## LAY WITNESSES' SIGNIFICANT OBSERVATIONS ABOUT MS. JOHNSON

Arlyn Johnson

Mr. Johnson advised that Ms. Johnson had "a very hot temper" that Dustin Honken was most capable of handling. He said Mr. Honken would listen to her, let her vent, and give her time before trying to talk to her. Ms. Johnson's ex-husband advised that Ms. Johnson was "never wrong" when arguing.

Carol Lou Steiner

Ms. Stenier advised that she was an inmate in the Benton County Jail for about three weeks after Ms. Johnson was first housed there upon her arrest in July 2000. Ms. Steiner opined that Ms. Johnson had a "mean streak," though she never "showed it" while they were in jail together. She said Ms. Johnson cried a lot. She recalled that near the end of her stay in jail, Ms. Johnson's attorney gave her some depositions to read and, while reading one, she commented without elaboration that her boyfriend was planning on killing her.

Kimberly K. Young

Ms. Young advised that she was a weekend inmate at the Benton County Jail when Ms. Johnson was brought there on 7/29/04. They shared a cell for two weekends. She described Ms. Johnson as having "an attitude." Ms. Johnson never told her what she was arrested for, only that she had been arrested at her sister's house and that, in the past, the police had searched her house for drugs. She said that she was always very secretive, never mentioning names, even when talking on the telephone.

## EXPERT OPINIONS

### Neuropsychological impairment and Attention Deficit Disorder

Please refer to the expert report of Daniel Martell, Ph.D., ABPP, below.

### Ms. Johnson's Alleged History of Physical, Emotional, and Possibly Sexual Abuse as a Child

So far, my opinions regarding this issue are based entirely on Ms. Johnson's self-report during our interview of April 23, 2005.

Ms. Johnson reported that during or after her parents divorce, she was sleeping in her mother's bed, and heard a noise that turned out to be her father, who was hiding under the bed. She reported that her father had broken in, and assumed that he meant harm to his estranged wife. However, no harm came to Ms. Johnson as a result of this event, and she related it without expressing on any belief that she had been emotionally traumatized.

Ms. Johnson reported that she "never liked school, ever." She states that she thinks she "had ADD." She states that she "got bullied a lot," but denies knowing why, stating, "Some kids didn't like me."

Ms. Johnson stated that the only positive male figure in her life was her "Dad's Mom's husband" (i.e., her father's stepfather.) She called this man "Grandpa," despite the fact that she report seeing him only once per year.

Ms. Johnson reports that her mother disciplined her often, stating, "She was a hitter. She used a thick, wide belt. It seems like it was every day, but it wasn't." Ms. Johnson went on to say, "she'd lose her temper when we 'fucked up' (sic)." Ms. Johnson proclaimed somewhat proudly that she was a "noble child" who would confess to things she had not done to protect her siblings from these beatings. She stated, "I always want to protect everybody. I am always for the underdog."

During her elementary school years, Ms. Johnson reports that her maternal grandmother, Florence Jensen, and her husband came to live with Ms. Johnson's family. She reports that they and her mother, believing her to be troubled by "evil spirits," would hold her down for hours at a time and pray loudly over her. These episodes were called

"rebukings." Looking back, Ms. Johnson refers to this as the period during which her mother had a "religious disorder."

In discussing these "rebukings," Ms. Johnson described herself as having control over their duration. Early on, she would stubbornly refuse to say the things that mother and grandmother wanted to hear. Soon, however, she realized that it was easier to simply tell them what they wanted to hear and each episode would end rather quickly. Nevertheless, by her self-report, it appears that Ms. Johnson experienced these episodes as abusive.

With the exception of her "religious disorder," Ms. Johnson describes her mother as a good and caring parent. Nevertheless, the family moved quite a bit. At one point Ms. Johnson claims that her mother took the family to live in a place called the "Teardrop Orphanage," run by Ted and Bob Dillo. She described it as a "terrible place." Apparently, because the orphanage was a working farm, she was forced to take care of farm animals, including pet rabbits. She described one experience that she calls "traumatizing" where a rabbit was killed, skinned, and gutted, and then she was forced to eat it for dinner. She states that they knew that she was afraid of pigs, and nevertheless made her take food scraps to add to the pig slop. She described this as playing "mind games" with her.

Ms. Johnson states that Ted molested her older sister, Wendy. She adds, "Wendy said he molested me too, but I don't remember. I don't think I was molested. Wendy said us girls had to take turns going into Ted's room to take 'naps' but I don't remember that. At one time he made me feel uncomfortable, but I told him to never get near me again, to never touch me again. I don't think he ever did. That was in the third grade."

Ms. Johnson described an incident in approximately the third grade were a "boy's knee accidentally broke my nose. They thought it was my mother (i.e., child abuse.) They made me go to the retard school (sic), but I was not there long." (This account frankly made little sense to me, but without the opportunity to interview collateral informants, I have no way to know what if anything actually happened.)

Ms. Johnson reported that during grade school, as part of her mother's "religious disorder," the family was required to fast "all the time."

In grade school, Ms. Johnson reports that her grades were not good, that she was smoking cigarettes, and hanging out with her older sister, Wendy. During this time she began to use beer and marijuana and reports that she "liked being high." However, she reports that she "always got caught," and that her mother would ground and hit her. However, at age 14, she states "we came to an understanding that she wasn't going to hit me any more."

Ms. Johnson reports that she would visit her father in the summer, but did not get along with her stepmother, named Cookie, who reportedly said "terrible things" to her.

MAR0002127

**Opinion:**

**Without the ability to confirm these self-reported experiences with collateral interviews, the following opinion is based solely on Ms. Johnson's self-report:**

**If these experiences actually occurred in the manner described by Ms. Johnson, or if these are her sincere recollections of those experiences, it is very likely that she experienced her "rebukings" as abusive, confusing, and traumatic. Research suggests that children who are physically or sexually abused or severely neglected are at increased risk of delinquent behavior or adult crime. In an inner-city sample, that risk rose from 20% in the control group to 30% in the group that was abused or neglected. Thus, while there is an increased risk of crime and delinquency, it is also true that 70% of the abused and neglected sample were not detected as committing delinquent or criminal acts.**

Ms. Johnson's Self-Reported History of Domestic Violence as an Adult

According to Ms. Johnson, her first marriage, at age 16 to Steve (LNU), lasted only nine months. She reported no abuse during this marriage.

According to Ms. Johnson, her second husband was Arlyn Johnson (AJ), who she started dating at approximately age 18. She had been taking birth-control pills, but reports that she "ran out." She did not refill the prescription, and subsequently became pregnant with her first child, Alyssa. She describes AJ as a "good guy," but states that she was not in love with him. She reported no abuse during this marriage. She describes him as "mellow" and a good provider, but complains that "life was boring." When asked if she preferred men who "lived closer to the edge," Ms. Johnson smiled and said "yes."

While still married to AJ, Ms. Johnson reports that she had an affair with Kirby Thompson, who, she states, "turned me onto cocaine." She recited a long list of drug she had tried, and stated that cocaine did not "impress" her. It was at this time that Ms. Johnson reports that she first began to use "crank." Smiling broadly, Ms. Johnson stated, "Crank made me feel like I could jump tall buildings in a single bound. I liked it." Later, she stated that she "loved" crank. Except when she was pregnant, Ms. Johnson went on to report that she has been using crank regularly ever since. She describes herself as having been a "functional user," and denies that her drug use ever prevented her from being a good worker or a good mother.

When she told AJ that she wanted to leave him, Ms. Johnson reports that he "made her" see a psychiatrist. She reports that the psychiatrist "said I just didn't love him." However, Ms. Johnson also states that she was told that she was depressed and "not a happy person."

Case 3:09-cv-03064-MWB-LTS     Document 84-7     Filed 06/23/11     Page 13 of 100

MAR000213

Ms. Johnson reports that she met Terry DeGeus in 1989. She reports that he "took (her) breath away. He was the sexiest man in the world. He was married and had a daughter (Ashley) who was the same age as Alyssa. He worked construction and drove a truck. He was handsome and buff." Regarding his physique, Ms. Johnson described Mr.DeGeus as "ripped."

It was during her relationship with Mr. DeGeus that Ms. Johnson first reports experiencing domestic violence as an adult;

> "(Terry) was good with Alyssa, and a good father to Ashley. But we both got into crank, big. He got a little bit out of control. He got paranoid and obsessive about me, very jealous. Most of my friends were guys, and Terry was possessive and abusive. He hit me, openhanded at first, then progressed to hitting me with fists. No broken bones."

Ms. Johnson described one severe beating, which brought the police. She states that her "face was a bloody mess." Somehow, her ex-husband and friend "A.J. got involved." She reports that Terry was later apologetic. Nevertheless, Ms. Johnson reports that she "left the next day for three months in Wisconsin." Eventually, she "forgave Terry and got back with him. He really was sorry." Later she reports the abuse began again, so she moved to Ventura, and that she tried to "ease off" of her relationship with Mr. DeGeus; "not a breakup, just to slow it down."

However, Ms. Johnson reports that Mr. DeGeus began to "stalk" her. He would block her car so that she could not leave for work, and demand to talk with her. He would reportedly follow her home. Ms. Johnson moved again, to Clear Lake, and began to see other men "on the down low," so Mr. DeGeus would not find out about it.

During this period of separation, Ms. Johnson described being raped by Mr. DeGeus, and reports that she feels bad because her daughter could hear it happening. This was one of only three times during the interview that Ms. Johnson appeared to cry. (The other times were when she talked about not getting to see her children, and when she recounted the prospective jurors being asked if they could "kill her.")

Note – Mr. DeGeus' abuse of Ms. Johnson is corroborated by a restraining order she obtained against him, and the interview of her ex-husband, Arlyn Johnson.

According to Ms. Johnson, Mr. DeGeus owed Dustin Honken $20,000 for drugs. Mr. DeGeus gave Ms. Johnson $8,000 to give to Mr. Honken in partial payment of the debt. Ms. Johnson met Mr. Honken, who she had never met before, at the Burger King, where she gave him the money. She asked him not to give any more drugs to Mr. DeGeus. Mr. Honken asked Ms. Johnson to begin to deal drugs for him, and she reports that she agreed "to help with Terry's debts."

Shortly thereafter. Ms. Johnson and Mr. Honken began to date "lightly." Mr. Honken lived in Arizona. Regarding Mr. Honken, Ms. Johnson stated:

> "We first slept together the night Dustin got busted. Dustin was going to relocate me to Arizona. He made the crank. It was good. Dustin was a book smart. Did I like him? He was all right. He was going to be my dope connection. I figured he was going to be my sleeping-together dope guy."

Later, in an apparent contradiction. Ms. Johnson denied that she had ever received crank from Mr. Honken.

After Mr. Honken was arrested, Ms. Johnson visited him in jail and picked him up when he was released because she didn't want him to think that she had "set him up." Ms. Johnson stated that Mr. Honken was never violent with her, though she is quite angry at him because he "had another girl on the side." and "mind-fucked" (sic) her by manipulating and lying. In 1994, Ms. Johnson gave birth to their child, Marvea.

Interestingly, Ms. Johnson reports that she has "more than an average temper. I get mad quick. I don't like being fucked (sic) with. I didn't have a temper with Terry, but I did have a temper with Dustin."

**Opinion:**

**It appears clear that Ms. Johnson was the victim of domestic violence as an adult, but only at the hands of her boyfriend Terry DeGeus, who is one of the victims of the alleged instant offenses. However, unlike some victims of domestic violence, Ms. Johnson retained a sense of autonomy. For example, she left him successfully the day after his first assault, and returned to him three months later after forgiving him. Later, he appeared to influence her behavior, by forcing her to hide her other relationships out of fear of his reaction, and by stalking her.**

**Even by her own self-report, there is no reason to believe that Ms. Johnson was ever the victim of violence at the hands of defendant Dustin Honken. There is no reason so far to believe that domestic violence played any role in the instant offenses, with one exception: It is possible that Mr. DeGeus's murder was in part committed in retribution for his violence against Ms. Johnson, but without the ability to interview her or Mr. Honken regarding the instant offense, this inference is tentative at best.**

Can Ms. Johnson Be Safely Managed within a Federal Prison?

As noted above. Ms. Johnson has at times been a challenging inmate. Both by her self-report and a review of correctional records, she clearly appears to have become comfortable within a correctional environment. Most of her disciplinary violations appear typical of jail detainees and inmates who try to "work the system" to make their

lives as comfortable as possible. Despite the fact that the instant offense marked her first incarceration, her frequent rule violations are of the type commonly found among experienced inmates, suggesting that she adapted rather quickly to the correctional environment.

Ms. Johnson made it clear to me that she is quite able to protect yourself within a correctional setting. She probably spoke of her ability and willingness to stand up to other inmates who might try to "run something on her unit." Clearly, even by her self-report, Ms. Johnson has achieved a level of leadership, not necessarily positive, within the correctional environment.

Ms. Johnson states that she "never had a problem with (correctional officers). "I had problems with other inmates that mattered in this jail. But I'm not in with the 'bottom feeders' here." She explained that she has a very low opinion of certain types of inmates, and suggested that the African-American inmates were more likely to "run games," but that they would not be allowed to do so on "(her) unit."

On the other hand, these behaviors are very typical within any correctional setting, and are typically easily managed by a skilled and experienced correctional staff, such as one would find in a federal prison. Thus, it is my opinion that there is no reason to believe that Ms. Johnson could not be safely managed within a federal correctional facility if that is her sentence.

I should add a cautionary note about the possibility of an impulsive suicide attempt, similar to that made by Ms. Johnson after she became aware that the bodies of her alleged victims had been discovered. It is certainly not unlikely that Ms. Johnson would pose an acute suicide risk soon after receiving bad news, such as a finding of guilt or a severe sentence, until she has time to process this bad news and adjust to it.

**Opinion:**

**Despite the fact that Ms. Johnson appears to have relatively little respect for correctional rules, there is no reason known to me that she should not be relatively typical of most female inmates in that regard. Nor is there any reason known to me to believe that she would not be safely manageable by a skilled and experienced correctional staff.**

Does Ms. Johnson Suffer From a Serious Mental Illness?

Ms. Johnson presented herself as an attractive, moderately obese woman who appears her stated age. She communicates in a somewhat seductive style that suggests a histrionic personal style; however, she was quite pleasant and apparently cooperative with the interviewers. Her speech was normal in form, rate, and volume. She was oriented to time, person, place, and situation. Her affect was generally appropriate to the situation.

Case 3:09-cv-03064-MWB-LTS     Document 284-7     Filed 06/23/11     Page 16 of 100
MAR000216

She reported that she is "better at figuring stuff out and taking complex instructions." She reported a belief that she has suffered from attention deficit disorder for most of her life, but believes that her current medication (Zoloft) has "cured" her ADD. She claimed to have received her GED three years ago, though she stated that she had previously lied about having achieved her GED.

Ms. Johnson claimed to have memory problems, but on interview and according to psychological testing, her memory is excellent. (See Dr. Martell's report.) She stated that she has "always been very impulsive." She described herself as not excitable or hyperactive, but very stubborn. She reported no problem in making and keeping friends. She described herself as "very organized," and stated that she tries to control her emotions.

Ms. Johnson described herself as suffering from a longstanding depression, dating back to her childhood, which she described as "exhausting." She stated that she is currently taking Zoloft, which she "loves." I note that she reported a history of two prior suicide attempts. These are discussed in greater detail by Dr. Martell below.

Ms. Johnson is also taking Seroquel, which she reported to have been prescribed to help her sleep. Sleep difficulties are common in jails, both because of noise as well as depression. Ms. Johnson reported that she first became aware of Seroquel when she obtained some from another inmate for whom it had been prescribed.

Ms. Johnson stated that at age 13, "I think when I was younger, it seemed like there was always something going on, some activity in my head like a motor running. It didn't bother me, but it stopped when I started taking. I thought it was in my head. I could ignore it, but it got worse when I was upset. It is gone now, because of the Seroquel. Crank also made it go away." Otherwise Ms. Johnson denied any auditory or visual hallucinations or delusions.

**Opinion:**

**Because of the circumstances, and without interviewing collateral informants, it is difficult to know the source of Ms. Johnson's stated experience of "hearing a motor running" in her head. There is no other evidence of thought disorder, either in regard to form or content.**

**Again, without the ability to interview collateral informants, it is difficult to be sure, but it seems quite likely that Ms. Johnson has been depressed, at least on and off, at various times in her life. This would be especially likely after her arrest on potentially capital charges. Her depression appears to be in good remission at the present time.**

**There is no evidence that either of these possible psychological experiences or conditions have interfered with her ability to function in any significant way. By**

MAR000217

her self-report, Ms. Johnson has been a successful employee at a variety of jobs and a successful parent.

Other than the instant offense, the one area of her life that could be described as especially unsuccessful is Ms. Johnson's frequent and continuous use of methamphetamine. Ms. Johnson gave two different reasons for using crank. Quoting defense experts, she reports that she was "self-medicating" her depression. However, she also told us quite convincingly that she takes this drug because she "loves it." She was able to voluntarily stop taking crank during her pregnancies, and just as voluntarily resumed as soon as she believed that it would not hurt her children.

There is no reason known to me that Ms. Johnson would be characterized as having a serious mental illness. Nor is there any reason to believe that mental illness played a significant role in the instant offenses.

## CONCLUSIONS

Please note that the information and opinions contained in the report are based entirely on the case materials I was allowed to review and the interview with Ms. Johnson. It is possible that additional or contradictory information could result in different conclusions.

Thank you for the opportunity to review this interesting case.

MAR000218

## Expert Report of Daniel A. Martell, Ph.D., ABPP

### Referral Question

This examiner has been asked to review the neuropsychological test data and notes from Dr. Gelbort's examination of Ms. Johnson, and to conduct an independent examination of her in order to provide rebuttal testimony, should her case proceed to a penalty phase in which she places her mental condition at issue.

### Scope of Information and Limitations of Opinion

This report is being generated without the benefit of significant background data and corroborative information regarding Ms. Johnson, including reports from other experts, which may become available in the future.  Should these additional data become available, the findings and opinions expressed herein are subject to change or modification based on the new information.

In addition to the materials listed at the beginning of this report, I have had the opportunity to review Dr. Gelbort's interview notes and raw neuropsychological test protocols, including:

(1)     Wechsler Adult Intelligence Scale – III (WAIS-3)
(2)     Wechsler Memory Scale – III (WMS-3)
(3)     Halstead Category Test
(4)     Trail Making Test Parts A & B
(5)     Wide Range Achievement Test – III  (WRAT-3)

### Review of Dr. Gelbort's History and Neuropsychological Test Data

Ms. Johnson was examined at the Hardin County Jail by Dr. Gelbort on 1/24/2005.  She was 41-years-old at that time.  He provided copies of his notes and raw test data for review prior to this writer's examination of her.  His notes reflect the following history obtained from her and behavioral observations at the time of testing:

**Birth and development**.  Ms. Johnson reported being the product of a normal pregnancy, but a breach birth following a long labor.  She reported achieving developmental milestones such as walking and talking within normal limits.

**Education and work history**.  She reported dropping out of school in the 9th grade, but obtaining her GED two years prior to Dr. Gelbort's examination.  During school, she reported getting into trouble for fighting, smoking, and cutting class.  She reported that her employment history included waitressing most of the time, although she worked as an exotic dancer in Des Moines for one year, from 1988-89.

Case 3:09-cv-03064-MWB-LTS     Document 84-7     Filed 06/23/11     Page 19 of 100
MAR0002199

**Neuropsychiatric history**.  She reported a history of headaches that may have been diagnosed as migraines, during which she feels nauseated.  She stated that these have occurred throughout her life, and continue approximately one time per week.  She treats them with Tylenol.

With regard to head injury, she reported to Dr. Gelbort that she was in an abusive relationship from 1989 through 1992, and that her boyfriend would hit her in the head, leading to periods of confusion, although she did not know if she ever lost consciousness during these events.

Approximately one year prior to Dr. Gelbort's exam, she stated that she was rushed to the ER following an allergic reaction to an antibiotic, relating that her "heart stopped and [she] quit breathing."  Dr. Gelbort's notes state that she had an altered sensorium and awareness, dissociated, and was admitted for "about 4 hours."

She also reported a positive history of suicidal behavior.  She told Dr. Gelbort that while she was in the Waterloo Jail, "I hung myself.  I don't remember it, when they tried to resuscitate me I had a seizure and bit off part of my tongue."  She reported being taken to the ER.  She also reported an overdose when she was 15-years-old during which she took a bottle of aspirin (circa 50) that "made me sick."

With regard to substance abuse, Ms. Johnson also told Dr. Gelbort that she has a long history of using Methamphetamine, beginning at age 22-23; and that she has used it regularly since 1989, "every day."  She referred to it as "my antidepressant," and indicated that she used it until time of her arrest; one line a day or several times a day.

Finally, Dr. Gelbort's notes reflect evidence of depression.  Mr. Johnson reported, "I am very depressed," and stated that she was being treated with Zoloft 200 mg (her preferred antidepressant) x 2 years, and with Seroquel, 200 mg (for sleep).

**Neuropsychological Test Findings**

Analysis of the test data collected by Dr. Gelbort proceeded in the following manner. First, I inspected each available test protocol to establish that the test had been administered in a manner consistent with standard practice.  Then I double-checked the scoring of test items and the mathematical calculations required in order to arrive at raw test scores and indexes.  Finally, I checked to be sure that all the raw test scores had been converted to standardized scores on the basis of proper norms.  I was guided in this process by the American Psychological Association's Standards for Educational and Psychological Testing and the Specialty Guidelines for Forensic Psychologists.

Two minor scoring problems were identified in the administration of the WAIS-3 Vocabulary subtest (no credit was given for items #9 and #20, despite Mr. Johnson providing 1-point answers), but correcting this had no impact on her overall IQ scores.

Case 3:09-cv-03064-MWB-LTS      Document 34-7      Filed 06/23/11      Page 20 of 100

MAR000220

Also, Dr. Gelbort chose not to administer some subtests in both the Wechsler IQ and memory scales – which made calculation of some index scores impossible.

A table is appended at the end of this report that summarizes Ms. Johnson's test scores in graphic form as compared to other women of her age and education.

**Academic achievement.** On the WRAT-3, Ms. Johnson demonstrated Reading and Spelling abilities at the High School level. However, her arithmetic abilities are not as well developed, falling at the 6th grade level, and hence represent an area of weakness for her.

**Intellectual functioning.** Testing with the WAIS-3 revealed that Ms. Johnson has a Full Scale IQ in the "Average" range (91), with a Verbal IQ in the "Low Average" range (84) and a Performance IQ in the "Average" range (102). The 18-point difference between her verbal and performance IQ scores is statistically significant (p < .05), occurring in only 10.7% of the normative population. This finding indicates that her verbal abilities are not as well developed as her visual-spatial problem solving skills, and reflects her lack of formal education after the 9th grade.

There was no significant "scatter" among the subtest scores that make up either her Verbal or Performance IQ scores, indicating that her skills are consistent and evenly developed within each of these fundamental intellectual domains.

**Memory functioning.** Ms. Johnson's performance on the WMS-II revealed a significant strength in her memory abilities, when compared to her "Average" overall intellectual functioning. Her General Memory score fell in the "Very Superior" range (130). Within her extremely high level of functioning however, it is notable that her Visual Memory abilities are operating at a significantly higher level than her Auditory Memory abilities. This pattern is observed for both immediate and delayed recall, reflecting the overall superiority of her visual memory skills.

**Executive functioning**. Ms. Johnson completed several tests that tap executive functioning, including her higher-order problem-solving ability [Halstead Categories Test] and ability to switch quickly and efficiently between competing stimuli (multi-task) [Trails A&B]. Scores on each of these tests was within normal limits, indicating no impairment in her executive control functions.

### Dr. Martell's Examination Findings

Ms. Johnson was examined jointly by Dr. Martell and Dr. Dvoskin on April 24, 2005 in a quite, private room at the Woodbury County Jail in Sioux City, Iowa. The examination was audio-taped in its entirety with Ms. Johnson's informed consent. The nature and purpose of the examination, as well as the lack of confidentiality were explained to her, and her consent for the examination was obtained by Dr. Dvoskin at the beginning of the day, and reiterated by this examiner during the afternoon.

**Behavioral Observations and Mental Status Examination**

Angela Johnson is a 41-year-old, right-handed Caucasian woman who presented for this examination well groomed and neatly dressed in an orange jail-issued scrubs and sandals. She had long light-brown hair that extended well down her back. Her hands were unrestrained. She was cooperative, outgoing, and friendly throughout the examination.

Her motor behavior was remarkable for intermittent restlessness and nervous shaking of the right leg and foot, which she was aware of and attributed to anxiety. She made good eye contact.

Her speech was produced at a normal rate and volume, with clear articulation and a normal quantity of output. Her thoughts were expressed in a logical, coherent, and goal-directed fashion, with no tangentiality, loosening of associations, or other indicia of formal thought disorder. There was no current evidence of obsessive thinking, although she did seem preoccupied with thoughts of her children at times. The content of her thoughts was free from fixed, false beliefs (delusions) and significantly unusual sensory experiences (i.e., auditory, visual, gustatory, olfactory or tactile hallucinations). However, she did describe when she was younger hearing "like a motor running in my head. ... I can hear it, but not with my ears." She stated that this began when she was 13-years-old, and stopped when she began taking Seroquel while in jail. She stated that she did not have the ability to voluntarily control or stop it, but that, "I can ignore it." She also reported that the experience was worse when she was lying down.

Her observable affect impressed as broad, bright, and comfortable. She was affable, easy-going, and laughed easily during the examination. However, there were also periods of emotional lability during which she cried openly, particularly when discussing her court proceedings and her children. Overall, her affect was appropriately tied to her mood and the content of her thoughts. She described decreased appetite and weight loss secondary to trying to lose weight. She stated that she has gone from a high of 240 pounds, to approximately 190 pounds at the time of this examination. She described her sleep as good secondary to taking Seroquel. Without the sleeping medication, she stated that she is prone to obsessive thoughts that keep her up at night. She stated that she has had no sex drive since her incarceration, which she attributed to the side-effects of taking Zoloft. Her underlying mood impressed as euthymic and slightly expansive. Her insight into her current situation was good.

She continues to be treated with Zoloft, 200 mg. for depression, and Seroquel, 200 mg. for sleep, with good effect.

**Additional Neuropsychiatric History Obtained**

In addition to the history obtained by Dr. Gelbort and Dr. Dvoskin, which will not be reiterated here, Ms. Johnson did report greater than 20 beatings to her head during her abusive relationship, but stated that none resulted in a loss of consciousness.

When asked about her childhood development, she clarified that her mother did not smoke, drink, or use drugs while pregnant with her. She did endorse a number of behavioral symptoms in childhood, including:

- o Behavioral problems at home: leading to multiple "rebukings" from her hyper-religious mother and grandmother
- o Behavioral problems at school: including difficulty paying attention
- o Bedwetting 2x per week until the 4th grade
- o Nail biting and picking at her fingers
- o Difficulty paying attention
- o Depression: "I'm sure I was depressed my whole life."
- o Aggression: Fights with her sister, and at school
- o Shyness: "Came as I got older."
- o Nightmares: "Bad dreams about my mother; pig and rabbit things."
- o Poor self-esteem: "Mom beating devils out of me; made me feel stupid and ugly."
- o Unpredictable: "I've always been impulsive."
- o Frustrates easily: "If I couldn't do or accomplish something."
- o Daydreaming
- o Easily distracted: "Couldn't concentrate; now it's OK."
- o Fidgety / Trouble sitting still: "foot rocking"

She also endorsed a number of medical problems, including:

- o Childhood headaches
- o Fainting spells while pregnant with Alyssa
- o Near drowning at age 12, pushed under water while sick, doesn't remember if she lost consciousness
- o Broken right ear drum at age 6 with mild hearing loss
- o Eczema below her left eye when under stress
- o Adult-onset of allergy to freshwater fish, resulting in hives, restricted airway, and swollen eyes
- o Broken nose in the third grade when a boy hit her with his knee

### Diagnostic Impression

| | | |
|---|---|---|
| Axis I: | 304.40 | Amphetamine Dependence, In a Controlled Environment |
| | 296.3 | Major Depressive Disorder, by history, in partial to full remission |
| | R/O 315.1 | Mathematics Disorder |
| | R/O 314.00 | Attention-Deficit/Hyperactivity Disorder |
| Axis II: | | Deferred |
| Axis III: | | R/O anoxia due to hanging and allergic reaction to antibiotic |
| Axis IV: | | Incarceration; Capitol litigation; separation from children and family |
| Axis V: | | GAF = 80 |

### Summary and Conclusions

Angela Johnson is a 41-year-old Caucasian woman with a longstanding history of methamphetamine abuse and major depression. As noted by Dr. Dvoskin, she reports a history of ritualistic religious "rebukings" by her mother and grandmother as a girl, and possible psychological and sexual abuse (which she states does not recall) while at the Teardrop Orphanage with her mother and sister.

Her neuropsychological testing reveals a pattern of strengths and weaknesses, but no significant brain impairment. She has an average IQ, but with her visual-spatial problems solving abilities functioning at a higher level than her verbally-mediated cognitive skills. Her greatest relative strength is that she has very superior memory functioning, especially for visual stimuli. Her greatest relative weakness is a mild impairment in her mathematics achievement. Further information would be needed in order to rule-out a history of Mathematics Disorder, and/or Attention-Deficit/Hyperactivity Disorder.

Case 3:09-cv-03064-MWB-LTS　　Document 284-7　　Filed 06/23/11　　Page 24 of 100

MAR000224

Normative Neuropsychological Profile: Angela Johnson
\* = Testing by Dr. Gelbort, 1/24/2005
(Scores Normed for Sex=Female, Age=41, Education=9th/GED, IQ=91)

```
Test                Score   -3      -2      -1    Average  +1      +2      +3
INTELLIGENCE(WAIS-3)          .       .      |       |      |       .       .
Full Scale IQ         91      .       .      |    *  |      |       .       .
                              .       .      |       |      |       .       .
 Verbal IQ            84      .       .    * |       |      |       .       .
  Vocabulary           6      .       .    * |       |      |       .       .
  Similarities         5      .       . *    |       |      |       .       .
  Arithmetic           7      .       .    * |       |      |       .       .
  Digit Span           9      .       .      |    *  |      |       .       .
  Information          8      .       .      | *     |      |       .       .
  Comprehension        9      .       .      |    *  |      |       .       .
  Letter-Number Seq.  --      .       .      |       |      |       .       .
                              .       .      |       |      |       .       .
 Performance IQ      102      .       .      |       |*     |       .       .
  Pict. Completion    12      .       .      |       |    * |       .       .
  Digit Symbol         9      .       .      |    *  |      |       .       .
  Block Design         9      .       .      |    *  |      |       .       .
  Matrix Reasoning    12      .       .      |       |    * |       .       .
  Pict. Arrangement   10      .       .      |       *      |       .       .
  Symbol Search        -      .       .      |       |      |       .       .
                              .       .      |       |      |       .       .
Verbal Comp.          80      .       .    * |       |      |       .       .
Perceptual Org.      105      .       .      |       | *    |       .       .
Working Memory        --      .       .      |       |      |       .       .
Processing Speed      --      .       .      |       |      |       .       .
                              .       .      |       |      |       .       .
MEMORY FUNCTIONING  (WMS-3)   .       .      |       |      |       .       .
General Memory       130      .       .      |       |      |       *       .
                              .       .      |       |      |       .       .
  Auditory Imm.      108      .       .      |       | *    |       .       .
  Visual Imm.        127      .       .      |       |      |       *.      .
  Immediate Memory   122      .       .      |       |      |     * .       .
  Auditory Delayed   117      .       .      |       |      |*      .       .
  Visual Delayed     132      .       .      |       |      |       .*      .
  Aud. Recog. Delay  120      .       .      |       |      | *     .       .
  Working Memory      --      .       .      |       |      |       .       .
                              .       .      |       |      |       .       .
HALSTEAD-REITAN BATTERY       .       .      |       |      |       .       .
  Categories Test  52 err.    .       .      | *     |      |       .       .
  Trails A         25sec      .       .      |       |*     |       .       .
  Trails B         54sec      .       .      |       |  *   |       .       .
                              .       .      |       |      |       .       .
ACHEIVEMENT TESTING (WRAT-3)  .       .      |       |      |       .       .
  Reading         94 HS       .       .      |    *  |      |       .       .
  Spelling        90 HS       .       .      |  *    |      |       .       .
  Arithmetic      79 6 gr.    .       .    * |       |      |       .       .
```

Case 3:09-cv-03064-MWB-LTS    Document 284-7    Filed 06/23/11    Page 25 of 100
MAR000225

**Angela Johnson - title Exam, but 4th disc**

Q:    First thing, I've got the video camera on.  So, even though I'm not on your side, I don't have anything against your.  I'm just here and calling it the way I see it.  Okay?  Also _____ _____.  I'm going to put you through your paces. _____ Just do your best on everything that will show you _____ _____.  Nobody gets all of the answers right.  So, just do your best. _____.  Any questions?  We hadn't done it before _____ history _____.  But I do want to ask you a little bit about how you _____ I saw you before and _____.  We'll start with that.  And then we'll beam into _____  Any questions?  Remind me of your birthday again.

A:    1, 17, 64.

Q:    And the date today?

A:    The 23rd.

Q:    Of?

A:    March.

Q:    And what year is it?

A:    2010.

Q:    How old are you?

A:    46.

Q:

A:    Already these questions are hard.

Q:    Let me ask this – are ____ psychologist come in to test you recently?

1

MAR000226

A:   That's one of them, yeah. _____

Q:   How long ago, do you remember?

A:   I think a few months.

Q:   A few months ago?

A:   Yeah.

Q:   If I showed you the test, would you recognize it if you did it with that person?

A:   _____.

Q:   _____ practice events – you take the same test multiple times.  I'm concerned about the way _____. _____ How's your appetite?

A:   Pretty good.

Q:   I think you've lost weight.

A:   I've lost weight.

Q:   How much have you lost?

A:   Since I've been here _____.  Um, ____ and overall _____.

Q:   Why do you think you lost the weight?

A:   'Cause in County Jail, I was there for 6 years and all they feed you is carbs.  And I was kind of worshiping the Milky Way God.  And since I've been here, you know, eating fruit and vegetables and commissary items, you don't really have to eat all the carbs.

Q:   So, it's a better diet?

A:   Yeah.

2

MAR000227

Q:   You exercise?

A:   Yeah.

Q:   Were you trying to loose weight or did it just happen
     naturally?
A:   Well, we just started the 'biggest loser' here.  It's a
     contest.  You have a team, 4 people that are on it.
     So, I started doing it.  So, we're trying to loose as
     much weight as we possibly can in allotted time period.


Q:   How much have you lost so far?

A:   14.  It's awesome.

Q:   How long ago did you start doing it.

A:   We started it the 3rd week in January.     _____ may
     have lost maybe _____.  45 lbs.

Q:   How's your sleep?

A:   I sleep good.

Q:   How do you get along with the other folks in prison?

A:   I get along with almost everybody.

Q:   Almost?

A:   Almost.  Some people you just can't get along with.

Q:   Personal question.  Notice any change in your sense of
     _____?

A:   No.

Q:   How about emotional _____?

3

A:   I find I'm more emotional.

Q:   In what way?

A:   Since I've been in here, I've weaned myself off almost all my medications. _____ in jail.  And I miss my kids.  (Cries. He gives her a tissue.)  I'm just trying to stay away from that stuff.

Q:   I understand.  Do you get to visit or see them?
A:   I've seen my 15 year old. Well, she's 16.  She just turned 16.  I've seen her once since I've been here.  Never seen Melissa up here. _____ _____.  If we go back up, I'll see then all.  I'm really looking forward to that.

Q:   Do you notice any changes in your thinking or your memory recently?

A:   I don't really understand.

Q:   Any problems with your memory?

A:   _____ I can't remember everything that's happening to me on a daily basis. I don't think I'm having any lapses or anything like that.

Q:   Notice any changes in your speech or your language ability?

A:   No.

Q:   How about motor skills _____ coordination increase in the arms or legs?

A:   Since I've been here?

Q:   Yeah.

A:   Yeah, I use them more.

4

MAR000229

Q    What kind of exercise are you doing?

A:   Well, actually, every morning I get up and I have my
     coffee _____.  And at 10:30, I go _____ and
     every other day, I'm supposed to do my abs and my
     thighs.  Abs _____ and thighs _____.  And after
     lunch around noon, I go and I do treadmill for 45
     minutes.  And the I'll do a ball video, exercise ball.
     I'll do that for an hour.  And then at 3 o'clock,
     _____ for 45 minutes or I do it over again.


Q:   You're ___ all day long.

A:   Yeah.

Q:   How's your vision?

A:   My vision's good up close, but far away I can't see
     ___.

Q:    So, you need glasses for reading?

A:   No.

Q:   Ever have a problem seeing things that other people do?

A:   Doesn't seem that I do.

Q:   How's your hearing?

A:   Good.

Q:   You ever find you hear things that other people don't
     seem to hear at all?

A:   No.

Q:   Do you get strange smells or tastes that don't make
     sense, sensations in your body that don't make sense?

5

MAR000230

A:   No.

Q:   So, you're on no medications now?

A:   I am.  I take Albuterin in the mornings.

Q:   How long have you been taking that?

A:   I just started taking it about 6 months ago.

Q:   Do you know what you're taking it for?

A:   I take it so I'm not so, you know (spinning her hands).

Q:   Do you know what your dosage is?
A:   150 milligrams

Q:   Do you take anything else?

A:   No.

Q:   What were you on in the past that you weaned yourself
     off of?

A:   When I got here, I was on 300 milligrams of Circa(?)
     and 300 milligrams of Zoloft.

Q:   How long had you been taking those?

A:   Three years.

Q:   Why'd you quit?

A:   I guess County Jail is work.  It was _____ for 6
     years.  And when I got here, oh, my God (ha ha).  It
     was like I just didn't feel like I needed it _____
     to get through the day.  I should just be myself
     _____.   I just feel so much better.

Q:   Do you see a mental health professional in here?

6

MAR000231

A:  Yes.  Dr. Kendeen.  She comes ...  She makes her rounds once a month. _____ want to talk to her, discuss things with her, I can get them to stop her.

Q:  Is she a psychiatrist?

A:  Ahem.

Q:  _____

A:  Yes. Until the week comes _____ 'cause she knows I'm not going to _____ a lot of stuff _____ Wellbutin _____ I was taking it twice a day and cut back to just once.

Q:  Were you taking 150 twice a day?

A:  Yes.
Q:  And _____ problems since I saw you last?

A:  No. Not that I can think of.

Q:  Had any head injuries, seizures or anything like that? Blood pressure?

A:  No.

Q:  You're not diabetic, right?

A:  No.

Q:  Ever think about trying to break something?

A   No.

Q:  Okay.  I'm going to start you out with a big, long testing tape.  Here's the instructions.  You're going to read each question and decide if it's true, mostly true, and you fill in a T.  If it's false or not usually true, put in an F. _____ how you feel now.  I understand some of these questions

7

MAR000232

_____. Just give your best answer. If you feel that you can't, _____. Try to answer as much as you can. Okay. (Tape paused.) Okay, I turned the tape back on. It's now five minutes before one o'clock. And we have not been interviewing; we've been testing. And we discovered that Dr. Gum gave you most everything else _____. Right?

A: Right.

Q: So, what I'd like to do is stop here for today and then tomorrow, I think once I come up with something overnight, we're finished with testing. And what I'll do tomorrow is _____ and then talk about the crime and what happened. I expect it should be relatively brief; we should be done by lunch. Okay? Any questions?

A: No, but I've never discussed the crime with anyone. I've never discussed with anybody how it's effected me or anything like that. _____

Q: That's fine. Have the rest of the day to concentrate, check that out _____. My understanding is that's part of the issue that's in front of the board. I know Dr. Woods on your side has made some opinions about the crime _____ and so _____. All right. Okay, cool. We'll stop here. It's just before 1 o'clock and I'll see you tomorrow between 8 and 9, whatever _____.

A: Okay.

Q: Thanks for working so hard.

End.

8

MAR000233

Angela Johnson Exam I      FMC Consult

3/23/10    got @ 105      Visity Area

start @ 9⁰⁰ → related interviews

Interv      not testg


N+ Int

MMPI

Reys 15

WAIS subtests

Already did | Speech Sounds + Rythm w/ Dr Young
            | Tommm / WCST / Reys CF / Hole Battery / Sentance Recall

But | CVLT

Hoopr |


Angela Johnson Exam II
   start @ 9⁴⁰ - 12³⁰

MAR000234

| | F | A | S | Animals |
|---|---|---|---|---|
| | friend | always | smile | cat dog |
| | family | afterward | snail | horse cow |
| | fruit | anyway | snake | lamb hipp |
| | farmer | army | sneeze | rhino giraffe |
| | freak | atmosphere | snore | eagle |
| 15 | grave | anatomy | schoops | |
| | found | astronomy | symptom | tiger |
| | forest | after | sympathy | antelope |
| | squirrel | | snuggle | squirrel |
| | fever | | steer | chipmunk |
| | forward | added | sniff | rabbit |
| 30 | front | | snap | |
| | from | antifreeze | sizzle | alligator |
| | frontier | | simple | fish |
| | forget | apple | size | donkey |
| | | aquarium | seizure | ostrich |
| | | | | bird |
| 45 | | cart | sneeze | |
| | freeze | arm | skimp | |
| | fork | | | rat |
| | forture | attache case | shift | mouse |
| | | | show | racoon |
| | | | sneak | |
| 60 | forward | | snappy | chipmunk |

MAR000235

Forsee Eden

<u>Reasonably</u> <u>Forsee</u> what Hanks we doing?

<u>Insanity</u> light?

<u>Duress</u>?

<u>Assist Counsel</u>? Reh @ dur (2° meds?)

Story / (Clarifications) / Inquiry

→ R/O ADHD / Mathematics LD

I was Dyslexic — (@) 4-5th grade, maybe younger
really struggled in school

MAR000236

**Angela Johnson - Disc 1, Side 1**

Q:  Did you get to talk to your attorney?

A:  Yes.

Q:  Let me just remind you of the things we talked at the start of the day yesterday.  Nothing's confidential here.  And I've been retained by the U.S. Attorney's office.  Even though I'm working for them, I just call them the way I see them.  I got nothing against you. I got nothing for you.  I'm just here to do an evaluation for the Court.  Okay?  What I'd like to do today in the Morton paper and pencil testing...  I've got a couple of interviews and I just want to talk about what happened.  Are you going to be able to do that?

A:  Yes.

Q:  Okay, good.  Any thoughts about what we did yesterday?  No?  I wanted to start by asking you a few questions.  Tell me how old are you again?  Forty...?

A:  6.

Q:  Six.  Now, what's your marital status?  Are you single, divorced?

A:  I'm divorced.

Q:  How many kids do you have?

A;  Two.

Q:  Prior to coming here on this, had you ever been in jail before?

A:  No.

Q:  Do you know if the jail has a psychiatric diagnosis for you?

1

MAR000237

Blaring sound

A: Why answer?  Ha ha.  No, I don't think so.

Q: Whaat would be the basis of giving you the medication?

A: Oh, you mean here in this prison?

Q: Right.

A: They actually do.  I don't know....

Q: You don't know what it is?

A: No, I don't.  Yes, it's...  When I was in County Jail in here, he kind of just....  When I was in County Jail, I just kind of went through all the medications they could think of.  And I heard about they were trying to find some kind of way to deal with this situation -  conditions, living conditions were _____.  And here, you know, I'm just.... mostly me, myself ____ trying new stuff.  I think that the Wellbutrin and the other things I've had just had some minor antidepressant _____.  I don't know _____ _____.  Ha ha.  I'm rambling.

Q; Okay.  Most of the questions I will ask can be answered yes or no.

(Blaring)

Q: If you're not sure, you can say you're unsure.  A few of the questions have different answers and I'll explain those as we go along.  Do you suffer from headaches?

A: Yeah, I get headaches a lot

Q: Tell me a little about that.

2

MAR000258

A: I don't ... I don't get headaches unless... that's where I used to get a headache for a couple hours or something. When I get a headache, I get a headache...

(blaring)

A: I'll get a headache so bad I will have to lay down, and sometimes it will last a couple of days.

Q: Have you ever been diagnosed with migraines?

A: Never diagnosed, but I've had, I've had people say they're migraine headaches _____. A doctor in the jail ____ _____ was migraine headaches.

Q: Did he give you any special medication? Is there anything that helps it go away?

A: No, I just kind of _____. Of course, I'll take _____ Ibuprofen, Tylenol, aspirin, whatever I can to try to relieve the pain.

Q: So, the jail doctor told you he thought you might have migraines?

A: I don't know (blaring) I feel one coming on now. Ha ha. I don't know if it was the doctor here or in Florida. I think they're migraines. I've been told that, but I can't really say. (Blaring) That's a little _____. We should go in there.

Q: I asked her, but status quo here. I'm going to ask you about a series of physical symptoms now. (Blaring) To count if a symptom is present, to say you have it and to answer yes to these questions, the following criteria have to be met. First, no physical disorder or medical condition has been found to account for the symptom. Okay? Second, if there is a related general medical condition, the problems the symptom causes in terms of occupational or social impairment are more than (blaring) are more than what would be expected.

3

MAR000239

So, if there is a medical problem, the symptom is more than you would expect for that problem. (Blaring) And finally, the symptom is not caused by a street drug or medication you are taking. So, those three things. Either there's no physical or medical disorder that the doctors can find to account for the symptom. Or if there is a condition that could account for it, the symptom is bigger than the condition would expect. And three, it's not being caused by drugs (blare) or medication. First symptom: abdominal pain other than menstrual cramps? No? Nausea other than motion sickness? (Blare)

A: No.

Q: Thank you. Vomiting other than motion sickness.?

A: No.

Q: Bloating, gassiness?

A: No.

Q: Diarrhea? (blare)

A: No.

Q: Intolerance of several different foods that you get sick if that you eat?

A: No.

Q: Back pain?

A: Yes.

Q: Yes? That they can't find a physical reason for?

A: At one time many years ago, I had a ruptured disc and my back is always giving me problems. It doesn't always hurt now. It used to always hurt. But now it's

4

MAR000240

tolerable, but if it starts really aching me, I'll take an Ibuprofen a couple of times.  (Blare) It's nothing I'd see a doctor for.  It's just that....

Q:  But there is a medical condition that accounts for it, right?  Okay.  Joint pain?

A:  Joint pain?  Just in my elbows and shoulders.

Q:  Okay.  And is the doctor able to say what's causing that?

A:  Yeah, I have tendinosis.

Q:  Tendinosis.  Okay.  Pain in your hands or feet, your extremities?

A:  No.

Q:  In the genitals other than during your (blare) ...?
A:  No.

Q:  Pain during urination?

A:  No.

Q:  Other pain other than headaches?

A:  No.

Q:  Shortness of breath when not exerting yourself?

A:  No.  But I do have to take an inhaler now because all (blare) all my years of slothdom — _____ which is a sloth.  I had quit smoking when they arrested me, indicted me.  And I was a pretty heavy smoker.   And I think that just sitting around all those years made my lungs just really weak.  And then when I started working out, I would get a really shortness of breath. I couldn't hardly breathe so that Katey gave me an inhaler.  So, if I hit the inhaler before I get on the

5

MAR000241

treadmill, whatever, I can do 25 minutes and still breathe fine, and then (blare) ...  Then a couple of hours later, I'll take another hit off it 'cause my lungs are starting to wheezing a little bit.  But other than that, no, it's good.

Q:  Palpitations, feeling your heart is beating very strongly?

A:  You mean just in normal sitting here?

Q:  Right.

A:  No.

Q:  Chest pain (blare)?

A:  No.

Q:  Dizziness?

A:  No.

Q:  Difficulty swallowing?
A:  No.

Q:  Loss of weight?

A:  No.

Q:  Deafness?

A:  No.

Q:  Double vision?

A:  No.

Q:  Blurred vision?

A:  No.

6

Case 3:09-cv-03064-MWB-LTS    Document 284-37    Filed 06/23/11    Page 42 of 100

MAR000242

Q: Blindness?

A: No.

Q: Fainting or loss of consciousness?

A: No.

Q: Amnesia?

A: No.

Q: Seizures or convulsions?

A: No.

Q: Trouble walking?

A: No.

Q: Paralysis or muscle weakness?

A: No.
Q: Urinary retention or difficulty (blare) urinating?

A: No.

Q: Long periods with no sexual desire?

A: Yeah, I don't have sexual desire. (Blare)

Q: Pain during intercourse?

A: No.

Q: Painful menstruation?

A: Yes.

Q: Is there a medical reason for it?

7

MAR000243

A: Yeah, I have endometriosis.

Q: Excessive menstrual bleeding?

A: Yeah, I take medication for that. ____ the pills keeps it under control. Otherwise, yes.

Q: Also tied to endometriosis?

A: Yes.

Q: Vomiting throughout pregnancy? (Blare)

A: Yes. And go back to the seizure question. Is that have I ever had a seizure?

Q: Have you ever had a seizure that wasn't medically explainable?

A: Okay.

Q: So, vomiting throughout pregnancy?

A: Yes.
Q: Was there a medical (blare) ...?

A: Yeah, I was pregnant.

Q: A lot of women get morning sickness early in their pregnancy and then it kind of goes away later. This is like throughout the entire 9 months of vomiting.

A: No.

Q: Have you had many physical symptoms over a period of several years beginning before the age of 30 that resulted in you seeking treatment or which caused (blare) ...?

A: Yeah.

8

MAR000244

Q:	Have you had many physical symptoms over a period of several years beginning before the age of 30 that resulted in you seeking treatment or which caused occupational or social impairment?

A:	You mean like depression?

Q:	More physical (blare).  With the physical.  So, you didn't describe any physical symptoms, so it doesn't apply.  Ever had a drinking problem?

A:	No.

Q:	I know you used methamphetamine extensively.

A:	Yeah.

Q:	Ever injected drugs intravenously?

A:	No.  (Blare)

Q:	Ever had treatment for a drug or alcohol problem?

A:	No.

Q:	Ever had treatment for an emotional problem or mental disorder?
A:	Officially?  No.

Q:	You've had treatment in jail?

A:	Well, I med... (blare) But if you're talking like laying on a couch talking to somebody, no, never.

Q:	No talk therapy?

A:	No.  Which is _____ like discussing something like that.

Q:	Do you know what psychiatric diagnoses, if any, you've

9

MAR000245

been given in the past?

A:   Manic depressive.

Q:   Any other?  (Blare)

A:   Not that I know of.  I'm sure there's more.  Ha ha.

Q:   Have you ever been diagnosed has having depression?

A:   Yes.

Q:   Mania?

A:   I don't know that.

Q:   How about schizophrenia?

A:   No.

Q:   Anxiety disorder?

A:   Possibly.  (Blare) Yeah, definitely high grade, I'm
     sure I've heard that.

Q:   Any other psychiatric disorder?  (Blare) Have you ever
     received ECT, also known as electric shock treatment?
     Have you ever had therapy for an emotional family or
     psychological problems for more than 5 sessions?  How
     many therapists, if any, have you seen or emotional
     problems or mental illness in the past?

A:   One.

Q:   Who was that?

A:   It was a doctor in Mason City, but I don't remember his
     name.  That was my first trip to the doctor , talking
     _____ about my depression.  And he gave me Prozac I
     think.

10

MAR000246

Q: Did you ever have treatment for emotional problem or mental illness that was ineffective? (Blare) Have you ever had treatment for a psychiatric or emotional problem or mental illness that was not effective?

A: Well, I've never had treatment. (Blare) Other than taking the pills? No, everything seems to help.

Q: Have you ever had a period of depressed mood lasting at least 2 weeks in which you felt depressed, blue, hopeless, low or down in the dumps?

A: Yes, ha ha. About 6 years' worth.

Q: During the period when you were feeling down in the dumps, did you experience the following symptoms nearly everyday for at least 2 weeks? Poor appetite, significant weight loss, or increase appetite or significant weight gain?

A: Yes.

Q: Sleeping too little or too much?

A: Too much.

Q: Being physically or mentally slowed down.

A: _____ what?

Q: (many minutes of blare) We were talking about periods where you've been depressed for at least 2 weeks. Your mood's been low, blue, down in the dumps. And I'm asking about other symptoms that occurred nearly every day during those two weeks. Were you physically and mentally slowed down or agitated to the point where it was noticeable to other people?

A: Yes.

Q: Loss of interest or pleasure to usual activities or a

11

MAR000247

decrease in sexual drive?

A:   Yes.

Q:   Loss of energy or fatigue nearly every day?  Feelings of worthlessness, self-reproach or excessive or inappropriate guilt nearly every day?  Difficulty concentrating or making decisions?  Shall I take your nod for yes?

A:   Yes, yes, yes, yes.  Sorry.

Q:   Recurrent thoughts of death, suicidal thoughts, wishes to be dead or attempted suicide?

A:   Yes.

Q:   Have you ever made a suicide attempt?

A:   Yes.

Q:   Did you take an overdose?

A:   No, I hung myself.

Q:   Ever slash your wrists or other body parts?  Ever inflict cigarette burns or other _____?  Ever use a gun or a knife or other weapons?  You attempted to hang yourself with a sheet in jail?  Any other methods that you tried to kill yourself?

A:   When I was a teenager, I took a bunch of Excedrin _____.

Q:   What happened?

A:   I got really sick.

Q:   Is your depression currently active?  Have you ever experienced the following:  voices arguing in your head, voices commenting on your actions?  Are your

12

MAR000248

feelings made or controlled by someone or something outside you?

A:   You mean like another person?

Q:   Yeah.

A:   No.

Q:   Let me say that again.  Having your feelings made or controlled by someone or something outside you?

A:   No.

Q:   Having your thoughts made or controlled by someone or something outside you, your thoughts?

A:   You mean like a mind control thing?

Q:   Kind of, yeah.  Having your actions made or controlled by someone or something outside of you.

A:   Yes.

Q:   Tell me about that.

A:   You mean like when?

Q:   Yeah.

A:   The first time _____ alive.  I've seen him, yeah.

Q:   Can you tell me a little more about him?

A:   He would control my ... the way I would normally handle situations in a different way (Blare) out of fear.  He would control me by fear.

Q:   In what way?

A:   You know, threats against my children, incarceration.

13

MAR000249

Q: _____?

A: Probably.  I really have a hard time talking about this when  other people re around.

Q: I understand.

A: Because every single woman that works in here will go and talk to the other women in here.  Pretty soon everything I say will be all over this prison and I really don't _____walking through.

Q: That's why I'm asking you if they were in here.  It sounded like they were.

A: Yeah, I didn't know if they were in there, but yeah. They were in here.

Q: (long pause) Sorry.

A: I'm sorry, too.

Q: I'm just a visitor.

A: I know.

Q: Okay, so we were talking about ways that Justin controls your actions. So, he would use threats.  An you give an example?  When's the first time he did that to you?

A: Justin is really, a really good manipulator.  He manipulated me for a long time without me even really realizing it.  And when it was the end of our relationship, he actually verbally told me that if I did cooperate with the police or ever talk to them about anything that I ever knew that he would kill my daughter, Alissa.

Q: If you didn't talk to the police?

14

MAR000250

A:    If I did.  And I would be in prison _____, which
      is true.  (Blare)

Q:    We may come back and talk about that.  Would you like a
      tissue?

A:    Thank you.  You are the first man I control how I ....
      'Cause, you know, I was in a relationship with
      _____, he would physically abuse me (blare) doing
      and saying certain things, you know, you just try to
      avoid as much as possible.  (Blare).  It's only going
      to be a few minutes.

Q:    'Cause that would trigger his acting out against you?

A:    Yeah.  But really, in reality, it was mostly just the
      drugs.  Nothing he would do or didn't do is going, you
      know, make everything good.  He would get mad abpit
      anything.  You know, when you do methamphetamine, it
      really intensifies your emotions, it makes you angrier
      _____you  can't control yourself.  When you're doing
      it, you don't see that.  Now, I was in County Jail for
      almost 3 years before I really realized the fact that
      drugs _____ really, they really mess up the way you
      think.  And you just don't think like a rational _____.
      You really just don't.  And ... when you're doing
      drugs, someone from the outside, you know, tells you
      things, you absolutely will not hear it.  You won't
      hear the truth because you have a delusion of grandeur.
      You think everything you think, everything you do,
      you're right.  You know, you're trying to do right.
      You think you're doing right.  And if it's not going
      right, it isn't your fault.  You can ...  You're doing
      what you think it right.  And, boy, once you get off
      that stuff...  After I got clean in the County Jail, it
      took me many years to really realize the effects that
      it had on me.  And to actually admit, you know, that
      decisions I made and things I did, how I reacted to
      stuff was just irrational because I couldn't think
      straight because of the drug.  And, boy, I was

15

MAR000251

_____ of that.  It feels good to know now to get to admit that.  Really, this is the way you think.  You just can't think straight.  Just can't.  I try and... When I was County Jail I would try to talk to the girls and say, 'You know,' the girls that would come back over and over again, and they would say, 'I'm not going to do drugs again.'  And I would feel so bad for them because I knew they would.  I mean, they just keep coming back.  The hold it has on you, it can controls your whole life.  I don't know how to explain it.  I know that I would never do methamphetamine  again.  I loved it.  I didn't think I would ever go a day, ever go a day without it.  I didn't want to go a day without it.  I wanted you to line a day for the rest of my life from the day I did it.  And when I was in County Jail, I thought yeah, I might do it.  I would say, 'No, I ....'  But I wouldn't do it.  I would have done it. Until I get _____ really  realization of how it effected me that I know today I would never do it.  It would ruin my life.  And I know that if I did do it, it would be over for me.  I know I would continue to do it.  But I ... I think now that _____ I know that I'll be tested for drugs.  It's just anything.  They totally controlled my life and I hate _____.  'Cause I always thought I was a woman in control of my own life _____.  I was so out of control.  I had no control over anything I did at all.  And I was controlled by drugs.  Controlled my whole life.  I used to always tell myself I was such a good mom, and I always wanted to be the best mom.  It just makes me so angry because ... _____ thought I was being ... That makes me mad.  It makes me mad at myself.  Because of the drugs, I cheated myself out of the one thing I loved more _____.

Q:  What would you think now as the biggest problem?

A:  I wasn't there for them.  I mean I thought I was.  Just because I was home, I wasn't there.  They never really had me.  They had the methamphetamine mom. _____.  I really want to have kids.  (To

16

MAR000252

employee) Are you guys going to see _____?

Q: Did you have any experience influences from outside playing on or effecting your body – such as some external force you _____? Did you ever experience happy thoughts taken out of your mind? Thinking thoughts which seemed to be someone else's? Hearing your thoughts out loud? Other people in you who can hear your thoughts as if they were aloud? Thoughts of a delusional nature that were very out of touch with reality?

A: I thought I was _____? Ha ha, No.

Q: I don't think that's really delusional. It's hopped up on crank.

A: I just like to hear you call it crank. Usually, people in the professional field always just call it methamphetamine instead of crank. Ha ha.

Q: I'm not totally _____. You talked about feeling your actions were being controlled by something or someone outside you, specifically Justin.

A: Yeah.

Q: Did that occur only while you were under the influence of drugs or alcohol?

A: Yeah.

Q: Did it occur only when you were having the depressive episode?

A: Yeah.

Q: Ever walk in your sleep?

A: No.

17

MAR000253

Q: Ever had a trance-like episode where you stare off into space, loose awareness of what's going on around you, or loose track of time?

A: Yeah.

Q: Tell me about that.

A: I do that a lot actually lately. ____ a lot.  I actually joke about it because I'll be doing it and somebody will say, "Angie, Angie..."  And I'll say, "Ah, can't you see I'm in a trance?  You know I could slip right into a coma when you disturb me."  You know, I make a joke about it.  But yeah.

Q: When was the first time that ever happened?

A: I think I've always done that.  Yeah, I'd make a joke about it.  Like, yeah, it happens a lot.  Not every day, but if they come 2, 3 times a week I would do it. It would be a couple of times a day.  You know what I mean?   It's hard to explain.  I don't like to say it's a trance.  I make a joke about it being a trance.  But I guess actually it is

Q: How long do they last?

A: Usually till someone comes and says, "Angie, Angie."
Q: How long is that?

A: A few minutes.

Q: Where do you go with your mind?

A: I don't know.  But it feels good.

Q: When's the last time you had one?

A: A couple of days ago.

Q: What were you doing?

18

Case 3:09-cv-03064-MWB-LTS    Document 284-27    Filed 06/23/11    Page 54 of 100

MAR0000254

A: I was sitting on the table in the ... You know, I sit with the same girls, you know. We're all institutionalized. We all have our tables and people that we eat with every meal and stuff. That's were I was, 8 of us sitting at that table. I'll be like crocheting or knitting or my needlework, whatever I'm doing, and sometimes I'll just get a thought and whoever's sitting next to me or someone comes up and talk to me, whatever, and I ___ stop ___ "Angie," and it's like _____ I'd say, "Can't you see that I was in a trance." Make a joke about it.

Q: Does it ever happen eriods when you're more _____?

A: You mean like standing up, moving around?

Q: Yeah.

A: I don't think so.

Q: How about when you're jogging or running?

A: I don't know that. I don't think so. I know I can really get into it when I'm doing something like on the treadmill or something like not even be on the treadmill, but still be on the treadmill. But I'm not that considerate _____.

Q: Are the episodes something that you can control?

A: You mean make it happen?

Q: Make it happen. Can you make it stop?

A: Yeah, I can come out of it.

Q: How do you do that?

A: Someone say, "Angie, Angie." Ha ha.

19

MAR000255

Q: If someone isn't there to snap you out of it, how do you get out of it?

A: I don't know. I think maybe I might drool. Ha ha.

Q: Seriously, when's the last time you drooled?

A: Lifetime ago. Sounds terrible.

Q: How do you feel when it's over?

A: Surprised, like oh!

Q: Did you have imaginary playmates as a child ?

A: I don't think so.

Q: Were you physically abused as a child or adolescent?

A: Physically and mentally abused by my mom, my mother.

Q: What would she do to you?

A: She would get physical and also, she was really religiouis. She had a like what you refer to as a religious disorder. And she would have seance and everybody would come. Not seances, but exorcisms.

Q: For now let's talk about physical abuse. What did she do that was physically abusive?

A: Hit, throat, bone, hair. Just, you know, real physical. And I would sit by my dad and he's high. I mean, nothing like my what my mom did.
Q: How often would she do that?

A: Quite a lot. Sometimes we ... Probably seemed like everyday when you are kid. Ha ha.

Q: How old were you when it started?

20

MAR000256

A:    I don't ever remember not doing it.  But I don't have a
      lot of memories from my childhood.  I don't....  I
      don't remember a lot of it.

Q:    Why not?

A:    I don't know why.  I don't know if I chose not to or id
      I just put it out of my mind.  But I don't remember it,
      and I don't remember a lot of school.  I don't remember
      ...   I just really don't remember a lot of my
      childhood.

Q:    How do you know these things happened if you don't
      remember?

A:    I can't remember a lot of bad things.  I just... I
      don't remember birthdays.  I don't remember anything
      good.  I don't remember anything ....  I think I just
      don't remember anything of a good _____. The only
      things I really remember were really bad things.  Some
      of the real bad things, I don't  remember either.
      Things that you remember that are pretty bad.

Q:    What would trigger your mother to do that, to
      physically abuse you?

A:    Anything, boy.

Q:    Like what?  Is it just walking into the room?

A:    Not shut the cupboard all the way or leaving something
      laying out.  Not doing something she wanted me to do.
      It was very violent.

Q:    Where there things you could do to avoid having it
      happen

A:    No, I don't think so.  My mom was real...  I think she
      was real depressed.  I think she took out a lot of her
      frustration, anger out on us kids without really
      realizing what she was doing.  She was _____ was

21

MAR000257

feeling really terrible about me.  She's not the same person she was.  You can't take that shit back.  Just like I can't take back being a meth mom.

Q:    We were talking about physical things she would do. Tell me a little about I think you called it psychological?

END OF DISC 1, Side 1

22

MAR000258

# Angela Johnson - Disc 1, Side 2

Q:  So, we were talking about the exorcisms.  How often did that happen?

A:  More...  It tapered off as we got older, but I think it would be like...  It seemed like everyday. I'm sure it wasn't, but it seemed like everyday.  I'm sure it wasn't.

Q:  When did this start?

A:  I don't ever remember when we were not doing it.

Q:  So, from the time you were an infant ...?

A:  No one remembers when you're an infant, but I don't ever remember a time in my life when she didn't do that.

Q:  And how often was she doing it?

A:  It seemed like everyday.  I'm sure it wasn't, but probably at least once or twice a week.  I don't know.

Q:  How long did that exorcism last?

A:  You mean the act of it?

Q:  Yeah.

A:  Oh, hours. She would make us fast sometimes for days at a time.  Ha ha.

Q:  So, she did this to your siblings also?

A:  Yeah.

Q:  I can't remember now.  You have brothers, your sisters?

A:  I had one brother and three sisters.

Q:  Did you all get the exorcism together or would Tuesday

MAR000259

be your day and Wednesday be somebody else's day?  How did it work?

A:  It would be a different person usually every day, every time.  It wouldn't be like two people at one time.

Q:  It was always one child at a time?

A:  Yeah.

Q:  The reason I ask is you said that she would make you fast for days.  All of you?

A:  All of us would fast. We had to fast.

Q:  What was the purpose of fasting?

A:  I didn't know and I don't know.  So, I think it was so it would bring you closer to God, I guess.  I don't know.

Q:  You mentioned it tapered off as you got older.  How old were you when it started to taper?

A:  I think she probably did her last when I was 14.

Q:  Why do you think she stopped?

A:  I think I was getting a little hard on _____.

Q:  Did she continue to do it with your siblings?

A:  Yeah, I was the second oldest.

Q:  So, did she keep doing it?

A:  Yeah.

Q:  Did it kind of just stop?

A:  She continued to do it for _____ and then it really kind of tapered off.  'Cause I think she...  I don't really remember having a conversation with her about ... I really never had any conversation with her about it being wrong and, you know, this is child abuse.  But

MAR000260

I think she, as Wendy and I got older, she tapered off doing it because I think she realized that this might not be the right thing to be doing to your kids. And then my sister Holly, I don't think she ever did it to Holly. She was 9 years younger than me.

Q: She never got an exorcism?

A: I don't think so, but my little brother did. He's 4 years, 4 or 5 years younger than me. But we she got older, she tapered off. And then the kid, the younger kids really didn't have _____ like Wendy did and Jake and I did.

Q: So, you got it more than others?

A: Yeah.

Q: Why do you think you three and not the others.

A: We were the oldest and probably got in more trouble. I got it _____ than any of us did.

Q: I asked you what would trigger it, and you said...

A: Well, my ...

Q: Would she ... Let me ask this while I've got it in my mind. In other places, and I think last time we talked about it, you used the term 'rebutings.' Is that the same as this?

A: Yeah, yeah, yeah. Same thing.

Q: How often that it happened or as many years as it happened... Let me ask you another thing first. Was there a particular time of day that she would do this?

A: Lots of times, it was during the day, but it would go into the night. There really no rhyme or reason for it. I mean, I wracked my brain trying to figure it.

Q: Did she keep you home from school to rebuke you?

MAR000261

A:  I'm going to say yes to that.  I can't really remember a specific time. But, yeah, I'm sure.

Q:  Take me through what she would have you do, what would she do?  What was the experience?

A:  You'd be laid out on the floor and ...

Q:  What room of the house?

A:  Lots of times the living room, always the living area of the house would be part, the biggest part of the house.  And she would make ... Like she's going to do what I need to make the other kids hold me down and she would ...  I would always struggle and fight 'cause I didn't like to submit to that kind of shit.  I just wasn't...  I was a fighter.  I would struggle.  I would fight.  I'd be like "Oh, no, you're not doing stuff to me today."  It would just make it a long, drawn out ordeal.  Usually the other kids, when they rebuke, she would do it to them, they would just lay in there whether it be the whole thing.  She thought that they were good,  the spirits were gone or she rid them.  They wouldn't last long, as long as with _____.  I would fight every time.

Q:  And you were resisting her?

A:  Yeah.  Which made it...  You know.

Q:  Why would you resist her?

A:  I don't know.  I should have just .... I don't know.  I should have just let _____.

Q:  What would she do when you resisted?

A:  She would just scream and yell and it seemed like it would go on for just hours and hours.  Holding me down, struggling with me.  Whatever she could do to keep me held down.

MAR000262

Q: Did she sit on top of you?

A: Oh, yeah.

Q: Where would she sit?
A: On your legs or on your stomach.

Q: You'd be on your back?

A: Yeah.

Q: She'd sit on your stomach, your legs.  Would she hold onto you somewhere else with her hands?

A: Oh, yeah.

Q: What did she hold onto?  Did she hold your back?

A: No.  I suppose my throat and my shoulders. _____.

Q: So, she _____with one hand and another somewhere?

A: Yeah.

Q: Did you ever bite her?

A Yeah.

Q: And what would she do while she was...?

A: I was trying everything to get up.  You know, just try to _____.  You know.  It was never _____.  I just didn't.

Q: Were you ever successful in getting up?

A: No.

Q: And would she strike you during this process?

A: Um, yeah.

MAR000263

Q:  Tell me about it.

A:  Well, you know, she would hit me in the face, slap me
    _____ closed fist.

Q:  She would hit you with a bible?
A:  Not really. _____.

Q:  Did she read from the bible?  Or she held onto it?

A:  Oh, yeah.  She would read, she'd read.  She read...
    "You shun that door."  She didn't realize that door is
    still open.  _____.  I didn't want that shit
    going around in this prison.  We are a small unit right
    here.

Q:  How often did this happen it seems to me at some point
    , I would get used to it.

A:  Yeah.  Well, I really.  The kids, they did. They you
    would get used to it.  I would just still struggle and
    fight every time.  I never wanted to give in to it.

Q:  Did you ever give into it?

A:  Oh, eventually, every time.  Ha ha.  Eventually, you
    just have to otherwise it would never end. _____
    exhausted.

Q:  So, the only way to make it stop was to submit?

A:  Yes.

Q:  So, what would you do when you would submit?

A:  I would just collapse with exhaustion and say, "Ahh.
    Fine, just fine." You know.  And then to her that would
    that would be me releasing the demon.

Q:  So, after a while, you'd figure out "oh well, I just
    fight for a minute and then relax, she'll be done with
    it."

A:  Well, yes.  I really didn't do that.

MAR000264

Q:   I'm trying to understand how this would go on for
     hours.

A:   Hours.

Q:   How often would it go on for hours?  Was everyone
     multiple hours or just the bad ones that went on that
     long?
A:   Just the bad ones that would go on for hours.  But my
     sisters and my brother, it would just be quick because,
     you know, be like "God, sorry _____" because they
     would be like ....

Q:   Playing the game?

A:   Yeah.  They were just playing along with it.

Q;   How often did you play the game and get ....?

A:   I would never play the game.  Ha ha.  And my sister
     Wendy would tell me, "Angie, just, just lay there and
     just let it call you."  I'd be "No way."  She said,
     "Yes." _____.

Q:   Was there sexual abuse in your home?

A:   _____ With my mom, no.

Q:   Were you sexually abused?

A:   Yes.

Q:   By someone other than your mom?

A:   Yes.

Q:   Was it your father?

A:   In Kansas, Shinoo Kansas.  We had a laundry list
     _____ orphanage place ___. _____ And I
     remember he touched me _____ .  Had a
     very harsh _____.  But, I just don't
     remember it _____.  I've _____ stuff in my life

MAR000265

_____. He sexually abused my sister and me. I think my sister and sister had _____. I remember him touching me _____ many years child _____. Had an inner _____. There's a lot of things I don't remember.

Q: So, that was independent of the physical abuse? How old were you when that started?

A: I think I was in.... Must have been like 3rd grade _____. 10, 9.

Q: How old were you were it stopped?

A: I think it was just like for the summer. I think he was just like a perverted old guy that _____ everyday thing.

Q: How many times do you think it happened over the summer?

A: I really couldn't say. I don't really remember a lot about being there. It was a really horrible experience.

Q: The following questions concern detailed examples of the types of sexual abuse you may or may not have experienced. Because of the explicit nature of these questions, you have the option not to answer them. Any or all of them. The reason I'm asking you these questions is to try to determine the severity of the abuse that you experienced. You can answer yes, no or unsure or not give an answer to any one you choose. So, if I understand this correctly, the abuse happened from another male non-family member unrelated male.

A: Right.

Q: What was his name again?

A: Bob Villo, which is surprisingly I can remember his name because I have the worst memory, the worst memory for names and dates and _____.

Q: Did the abuse involve hand to genital touching?

MAR000266

A:

Q:   Other types of fondling?

A:   I don't know what that means.

Q:   Touching you other places than your genitals.

A:   You mean like ....

Q:   Stroking your hair, rubbing your back, rubbing your legs.  Yes?

A:
Q:   Intercourse with a male?

A:

Q:   Simulated intercourse with a female?  No. _____

A:   No.

Q:   You performing oral sex on a male?

A:

Q:   Oral sex done to you by a man?  Anal intercourse?  Sex with animals?  Pornographic _____?  Anything other than just the touching?  How many separate incidents do you think you were subjected to over the course of that summer?  Just one?

A:   _____.

Q:   Like 5, 6 to 10?

A:   Probably 5, maybe more.  And there was another time where I was hurt by a guy when I was up at my dad's that I don't ever talk with him _____ my dad's _____.

Q:   How old were you then?

MAR000267

A: 13.

Q: Who was the _____?

A: It was somebody visiting my dad, but I _____.
   _____ I'm not going to say any more about it
   because I  wanted _____.

Q: Were you sexually abused at all after he changed
   _____?

A: Yeah.  I mean like physically rape?  Yeah.

Q: How many separate incidents of sexual abuse were you
   subjected to after the _____?

A: I was sexually abused by _____ several times.  Made
   me _____ _____

Q: So, he forced sex after you _____?  How many
   times?

A: Several times. Maybe 5.  You know, I wouldn't make him
   beat me up for it.

Q: _____.

A: Yeah.  He would get rough. You know it's going to
   happen, it's going to happen.

Q: Did you ever notice that things were missing from your
   personal possessions _____?

A: Yeah.

Q: Tell me about that.

A: Some of it gets stolen: jewelry, money.

Q: Who would steal it?

A: I tried, I tried _____.  I know I've seen Carey
   _____ but I don't know, maybe _____.

MAR000268

Q: Is that something that would happen occasionally or
   fairly often, frequently?

A: Occasionally.

Q: Ever notice that there were things present where you
   live and you don't know where they came from or how
   they got there?  For example, clothes, jewelry, books,
   furniture?  Have you ever noticed that your handwriting
   hand changed drastically, that there are things about,
   there are things around you you don't recognize?

A: My handwriting changes drastically.

Q: Tell me about that.  Does it happen occasionally,
   fairly often or frequently?
A: Yeah. It was really disturbing to me.  I hate it.  Ha
   ha.  'Cause I have ...  It's the strangest thing.  I
   mean, I print all the time because I can be writing a
   letter and all of a sudden my penmanship will change
   and so _____ the same person is writing the same
   letter.  I'll just rip it up, throw it away, start over
   and just print.  It's just frustrating.

Q: What changes about your penmanship?

A: The way I make the letters, the way... The size,
   everything.  Is there an explanation for that?  'Cause
   I just, I hate that.  Nobody ever asked me that
   before.

Q: How often does it happen?

A: A lot.

Q: Frequently, fairly often, continually, everyday?

A: I'd say it happens everyday.  It happens frequently.
   There are times where ....  Nobody ever anybody ever
   ask me that before.  It is the strangest thing.

Q: When was the last time that happened?

A: It just happened not very long ago.  I was writing a

MAR000269

letter and...  You know, you're writing a letter and you're writing and you think of something else to say and what else you want to say and then you start writing again and it's like, oh.  It's like you used a whole different pen.

Q:  When's the first time you noticed that?

A:  I have always noticed that.  I asked somebody about that and they said it's because you changed schools a lot when you're young. And you change schools a lot when you're younger, then your penmanship will be inconsistent.  But I don't know.  It's just like _____.

Q:  Do people ever come out and talk to you as if they know you, but you don't really know them or know then only faintly?

A:  No.
Q:  People ever tell you about things you've done or said that you can't remember – like how many times you've been using drugs or alcohol?

A:  No.

Q:  Do you ever have blind spells or periods of missing time and you can't remember, not counting times you've been using drugs or alcohol?

A:  Not counting times I've been using drugs or alcohol?

Q:  Correct.

A:  I use drugs like every day in my life.  I mean, since I was 20 years, 21 years old.

Q:  How about  since you've been in here?

A:  No.

Q:  Do you ever find yourself coming to an unfamiliar place wide awake, not sure how you got there, not sure what is happening for the past while, not counting times

MAR000270

when you've been using drugs or alcohol?

A:  No.

Q:  Are there large parts of your childhood after age 5 you can't remember?

A:  Yes.  Big parts.

Q:  Like what?

A:  A lot of it.  I (don't) remember a lot of it.

Q:  I think you told me earlier you remember the bad things, but not the good things.

A:  I remember a lot of bad things.

Q:  Some of the really bad things you don't remember.
A:  There's a lot of (people) I don't remember.  There's whole years I won't remember.

Q:  Why do you think that I?

A:  I don't know.  I would talk to my sister, Wendy, who remembers everything about everything always and she'll say, "Do you remember when we lived here and went to school here?"  And I'd say, "No."  She'd say "You don't remember that?"  We're 9 and 2 years apart.  "No."  I just don't remember a lot of stuff.  I don't remember it.

Q;  Do you ever have memories going back to the son, _____ flashbacks?

A:  Yeah.  I _____.

Q:  Does that happen occasionally, fairly often, frequently?

A:  Not frequently.  Sometimes I'll put something together and I'll think, "Oh, why didn't I know that?"  And I'll think, "How could I not know that?  It's right there in front of my face for a long time.  How could I not know

MAR000271

that?"  I do that a lot.

Q:   Can you give me an example?

A:   Well, if I'm thinking about someone, like I've been
     thinking about Justin and Karen, the whole scene and
     everything ... how I ended up here....  Lately I've
     been thinking a lot about them because  - why you're
     here and _____.  So, I'll be in my room
     and I swear to you it's so stupid sometimes.  And ... I
     couldn't figure out for the life of me... One time, I
     don't know if I should tell you this.    One time,
     Chris _____ called me and said, "Why is your gun in
     my closet?"  I was just thinking this last night and I
     couldn't for the life of me figure out why was there...
     People have asked why didn't you call, how did you get
     there?  And I knew they were put there, and I know
     Justin did.  But why would you take it and put it there
     and leave it there?  And _____ several times, and
     then last night, it was cooking in my head why he would
     do that.  Because, dah, that was all part of his whole
     scheme of ....  He did this specifically so Christy
     would find it and call me and then, therefore, that it
     would be used against me if ever need be.  And it was.
Q:   So, that's kind of connecting the dots, which I think
     is different than my question.

A:   But how many years did it take me to figure that out?
     And then all of a sudden, it just hit me.  His bluff.
     Last night I was thinking, I was thinking, "That is
     why.  How could a person be so stupid?"  And now I see,
     "Yeah, I _____."  I think I walk around
     with blinders on a lot.  It gets me where I wanted to
     see when I don't  see.  And I think I don't want to
     see.  That's really gotten me in trouble.

Q:   Did you ever have long periods where you feel unreal,
     as if in a dream or as if you're not really there, not
     counting when you're using drugs or alcohol?  How often
     does that happen?

A:   It happens to me a lot.  As a child and it happened to
     me a lot during my trial.

MAR0000272

Q:  Do you hear voices talking to you sometimes or talking inside your head?

A:

Q:  Do you ever speak about yourself as we or us?

A:

Q:  Do you ever feel that there is another person or persons inside you?

A:

Q:  Do you ever have any kind of supernatural experience?

A:  What do you mean a supernatural experience?  I guess. _____ .

Q:  I think more like extra sensory perception, supernatural abilities.

A:  _____ shoot your mind stuff?

Q:  Yeah.

A:  No.
Q:  Ever had any extrasensory perception experiences such as mental telepathy, seeing the future while awake, moving objects with your mind?

A:  I wish.

Q:  Seeing the future in dreams, deja vu, feeling that what is happening to you is not _____?

A:  Yeah, I've had that.

Q:  Ever felt that you were possessed by a demon?

A:  No.

Q:  A dead person?

MAR000273

A: No.

Q: A living person, some other power or force?

A: No.

Q: Have you ever had any contact with ghosts?

A: No.

Q: Poltergeists?

A: No.

Q: Spirits of any kind?

A: No.

Q: Have you ever felt that you know something about past lives or reincarnations _____? Have you ever been involved in cult activities?

A: In what?

Q: Cult activities?

A: No.

Q: For the following 9 questions, please answer yes only if you have been this way much of the time for much of your life.

A: Okay, say it one more time.

Q: For the next 9 questions, only say yes if you've been this way much of the time for most of your life. Have you ever experienced impulsive or unpredictable behavior in at least 2 areas that potentially sought damage? For example, spending, sex, substance abuse, reckless driving, binge eating.

A: Yes.

MAR000274

Q: Have you ever experienced a pattern of intense unstable personal relationships characterized by your alternating between the extremes of positive and negative feelings?

A: Yes.

Q: Did you ever experience intense anger or lack of control of anger? For example, frequent explosive temper, constant anger, recurrent physical thoughts of death?

A:

Q: Have you ever experienced unstable identity, self-image or sense of self?

A: Read it one more time.

Q: Unstable identity, self-image of sense of self.

A: Yes.

Q: Have you experienced frequent mood swings, notable shifts from normal mood to depression, irritability and anxiety, usually lasting only a few hours and rarely more than a few days?

A: Can you give me a no on....? Ha ha. 'Cause that one can give to the whole _____.

Q: Have you ever experienced frantic efforts to avoid real or imagined abandonment?

A: Read it one more time.

Q: Have you ever experienced frantic efforts to avoid real or imagined abandonment?

A: You mean do something about it or be afraid of it?

Q: Made frantic efforts to avoid being abandoned.

A: Um, no.

MAR000275

Q:   Recurrent suicidal behavior. For example, suicidal attempts, self-mutilation with threats of suicide?

A:   Yes.

Q:   Chronic feelings of emptiness?

A:

Q:   Transient stress related paranoia or severe disassociative symptoms?

A:

Q:   Did you ever experience some unexpected trauma away from your home or customary place of work with an inability to recall your past?

A:

Q:   I'm going to ask you a series of questions about depersonalization. Depersonalization means feeling unreal, feeling as if you're in a dream, seeing yourself from outside your body or similar experience. Okay?  Have you had one or more episodes of depersonalization sufficient to cause problems in your work or social _____?

A:   No.  (Blare) That scared the shit out of me.

Q:   Have you ever had the feeling that your feet or hands or other parts of your body have changed in size?

A:   No.

Q:   Have you ever experienced seeing yourself from outside your body?

A:   Have I ever experienced that?  Yes.

Q:   Tell me about that.

A:   One time I was a little girl,  I died and I went out of

MAR000276

my body up into the corner of the room, looked down at myself. It was the craziest thing. I remember it like I will never forget it. I remember it clear as day. I had really long hair.

Q: How old were you?

A: I don't know. Six? Seven maybe, six.

Q: Why do you think you died?

A: I don't know why I died, but I did. I definitely died.

Q: Did this ever happen again?

A: No.

Q: What was going on when that happened?

A: I don't know _____ anything right before or after it. But I think my mom did something. My mom was the one who was holding me like _____ the ceiling.

Q: When you died?

A: Yeah. She was crying.

Q: Could you see her?

A:

Q: Ever have strong feelings of unreality that lasted for a period of time, not counting when you were using drugs or alcohol?

A: I don't think I understand the questions.

Q: Have you ever had a strong feeling of unreality that lasted for a period of time, not counting when you were using drugs or alcohol?

A: You mean like - this can't be happening _____?

Q: Isn't real.

MAR000277

A:   Yeah.

Q:   Yes or no?

A:   Yes.

Q:   Tell me about that.

A:   I had that all through my trial.  Ha ha.  It was like it wasn't even real/  I just can't even.  I guess ... I was just like it wasn't even real.

Q:   If you answered yes to any of the previous questions about depersonalization, was this disturbance due to another disorder such as an anxiety disorder or substance abuse or you're a general _____ addiction?

A:   Pertaining to what?

Q:   Pertaining to feeling unreality during your trial or seeing yourself outside your body.

A:   No, I don't think it was from drugs.

Q:   During the periods of depersonalization, out of body during your trial, did you stay in touch with reality and retain your ability to think rationally?
A:   Yeah.

Q:   Have you ever felt like there are two or more distinct identities or personalities within yourself each of which has its own pattern, perceiving, thinking or relating to self and others?

A:   You mean like a dead end _____?  No.  God, it's got to be like one o'clock, isn't it?  Ha ha.

Q:   It's noon.  Now comes the, maybe the hard part.  I want to talk about what happened.  Why don't you just start in the morning of that day and just take me through the events.  Tell me your story _____ when that happened.

A:   You mean the day of the crime?

MAR000278

Q: Yeah.

A: Well, I really can't do that because I wasn't there when the crime happened. But I know about it because I was told about it. And I can tell you what I was told about it.

Q: Okay. I'd like to hear your experience that day starting from when you got up in the morning. What happened?

A: I can't tell you that because I don't remember that day.

Q: You don't remember that day?

A: The day when these people were killed, I don't... It's not a monumental day for me because I didn't know it happened until like a year after the fact.

Q: Okay, so you don't really remember the day or what happened that day? Not so much because you blacked it out as it was just another day?

A: Right.

Q: So, anything you could tell me about the crime that is based on what other people have told you, not based on anything that you remember because you weren't there?
A: Correct.

Q: Does that include ... If I recall correctly, you were accused of killing Terry _____.

A: Right.

Q: That's a separate event?

A: Right.

Q: What can you tell me about that?

A: You remember it.

MAR0000279

Q: Okay. Let's start first thing in the morning and go through that.

A: There was a restraining order against, a no contact order against Terry Undesk. And so, there would be several times where I would call Terry and arrange for him to meet with Justin on the down low and they would discuss their business, whatever. Terry owed Justin $20,000 for selling, for drug ____. And I had called Terry earlier in the day and said, "Justin wants to meet you at midnight at the country club parking lot." And this is another _____ had a thing for me, too. But I'll get into that. And ... I had ... I was seven months pregnant and I had to work shift that day, double shift, the whole day shift and went home to unwind and came back and worked until almost midnight. When I got off work, Terry was in the parking lot in a car I've never seen before. And he was parked by my car. I walked over to it and to him and said, "Justin should be here any minute. You know, I'm going home." Justin showed up. I left and I was pulling out of the country club driveway. There is two driveways. They were pulling out and going in the opposite direction. They were like _____ . That's the last I know about that, except for ____ know what happened.

Q: I guess there's not a lot to talk about.

A: Ha ha. I'm sorry, and you know, I really ... I really feel bad about the families, the deaths and stuff, and I hate that .... It's too bad.

Q: Is that your lunch?
A: No, it's yours. (Talking to lunch person) Yeah, I think K____ is going to make me some rice.

Q: You were saying you felt bad about what happened.

A: I really feel bad about what happened. I really feel bad about keeping what I feel myself for so long. And then how it came about. And I know the prosecution thinks that I haven't any remorse. I had a big part in that _____ the way things played out. And I feel

MAR000280

real bad about that.

Q:   How did you play a big part in it?  What happened?

A:   Um, you know, I hurt just thinking for Justin.  I kept
     secrets for so long. _____ I was only thinking about
     myself and my kids _____ think about Justin or
     Terry's mom _____ or his family and her kids and
     this.  We knew what was done was done couldn't be taken
     back.  And I should have acted now.  I look back now
     and I feel so bad because I was so selfish and scared.

Q:   When you say you kept the secrets for so long, what are
     you talking about?

A:   Well, when I found  ___ back.  They were killed.  Like
     I imagine what their families are going through.  You
     know that _____ and I didn't know any
     _____.  I just justified everything.  My
     reasons for lying to the grand jury and _____
     stuff, I justified by being scared and by protecting
     myself and my own kids.  I have a lot of guilt for
     that.

Q:   So, if some of the charges say how you were there and
     you did participate and you controlled the children
     while the parents got shot, where does that come from?

A:   I'm not really sure where that, who came up with that
     story,. But it's so far from the truth that ...  It's
     just heart sick.  It hurts my heart.  And not feel ___
     defend myself.  Not be able to tell what really
     happened as I knew it.

Q:   What really happened?

A:   Marie found Candy was with her neighbor Phyllis
     from early that afternoon until 10:30 at night.  And
     Laurie Saber Phyllis made a statement to the police
     about that.  And the prosecution says that I went into

MAR000281

her house some time during the day as a Avon lady and if my attorneys would have investigated that, they would have been on top of Phyllis before she died and would have found out that would have been impossible because she had been over at her neighbor's house well into the night. And she was upset, and this is on record, it's in the evidence, that she was upset because Greg Latenson was breaking up with her and moving out that night, the night they were ...

Q:   The night that you were selling Avon products?

A:   Yeah.

Q:   Okay.

A:   She was upset. She was crying and really upset because she loved Greg, didn't want Greg to leave her. And once she was there, Greg showed up at her house. They lived right next door _____ witness  say Greg was there. And she said that Laurie Black and might call and then he called Phyllis on her phone and _____ talked and said "It's okay. Everything's all right. It's worked out." I don't remember if she said that he's not moving or whatever or they're not breaking up. I can't remember what he said, but _____. She had called Phyllis at 11 o'clock at night. Well, if I'm there holding a gun to her head, I'm certainly not going to be letting her make phone calls to her next door neighbor. It was just ridiculous and I know that um Greg was supposed to meet Justin...

END OF DISC

MAR000282

**Angela Johnson - title Disc 2 , but 3rd disc**

Q:     _____?

A:     They _____ together.  Greg knew he was going to meet
       Terry and Dustin and Dustin, and Dustin had told him he
       wanted me to make this videotape exonerating him.
       Dustin was going to give him this funny, he was going
       to go off, take off until the _____ were documenting
       there was no witness, there was going to be no case
       against him.  And then eventually his charges would be
       dropped.  He could come home and there would be no
       problem.  Well, he must have told Laurie that he was
       leaving and he wasn't going to come back for a long
       time.  Whatever.  So, therefore, she was upset and I
       think when he came home, Laurie talked him into taking
       her and the girls with him.  And then when he went to
       meet with Dustin and Terry to give them that video
       exonerating him, there was no money. Dustin was getting
       hot. Terry killed him for that $20,000 debt.  So,
       Laurie and the kids being there was a unexpected event,
       and as Dustin put it, _____ .  And that's how Greg
       _____ killed.  Terry killed Greg.  And Dustin killed the
       mom and two little girls.

Q:     Give me a couple of second here to look at some
       paperwork.  Tell me a little bit about your trial.
       What do you remember about it?  You already told me you
       felt like it wasn't real.  What do you think about
       that?

A:     Because ... I knew I was going to be convicted.  I knew
       that they could find a juror during the voir dire that
       hadn't heard about my case.  And you know, when you're
       locked in your room and people are looking at you like
       you're the scum of the earth, you know things aren't
       going to go great for you.  And that's how the jury
       looked at me everyday.  And ...  I'm not a good judge
       from the people.  I have the worst judgment of people,
       but I know when someone doesn't like me.  And that jury
       did not like me, and they couldn't wait to convict me.
       And I knew it.  When my _____ said I was there, it's
       like my ... It's like my ...  It's like I got up and

MAR000283

left.  It's like I wasn't even there.  And no idea if I if _____ say that. _____ there with no warning to get out.

Q:  Why would they do that?

A:  I don't know.  The last ... My attorneys never once did any _____ .  They never once never asked me what happened.  Never once.  And _____ anything I asked them to.  They thought I was guilty.  They thought I was guilty and they were going to try and save my life.  So, the trial, they could have just skipped that and went right into the sentencing phase.  It's when they were looking at it.  And ... right before the trial started, Pat talked me into taking a plea and said, "If you take a plea, you know, plead guilty, we'll get you a light sentence rather than the death penalty.  The other way, you're going to _____."  So, I said, "Okay, fine. I'll plead guilty and be done with it.  We won't have to try or anything." _____ wouldn't take a guilty plea.  So, I said, "Okay, fine.  I'm not pleading guilty to anything then if they're not going to say it."  You know?  I had no idea.  They never once told me that they were going to stand up there and say I was there.  But they did.  They said that.  That was the first I heard of it.  To say to the jury.  I couldn't believe it.  It was like an explosion went off in my head.  It was like _____ rail.  It was like ..... I was so shocked and so hurt.  I just felt betrayed and ...  And I felt like I wasn't even there.

Q:  Had you been able to work with the attorneys?

A:  No.

Q:  Why not?

A:  They ... _____ we'd go through evidence and stuff.  We never...  I was in County Jail for security.  I never saw the discovery.  I just sat there in house like a fucking cow waiting to be slaughtered.  And then I was.  My trial team was a joke.  It's like I wasn't even there.  I was so medicated that ....  It was like I just totally removed myself from them.  I sat there

MAR000284

in that courtroom struggling to stay awake.  I can
hardly stay awake through any of it I was so tired.
They wouldn't let me have any coffee or anything that
even helped me stay awake.  And I tell you, I was
pretty medicated, and that stuff is ...  If I take 300
mg (sodium chloride) now, I'd probably be down for
days.  And I was taking 300 mg and I'd never see light.
And I don't think I cried once during the trial.  I
think if you had poked me in one of my eyes, _____
get a chair out of me.  I just was emotionless.  I
didn't feel anything the whole trial.

Q:   You were emotionally shut down?

A:   Yeah.  And the only time...  The only time I felt any
     emotions while I was on trial was when my _____
     testified during my sentencing.

Q:   Why do you think you were emotionally shut down?

A:   I was so removed from it.  I just didn't
     reg_____, and it just didn't seem real.

Q:   How did you behave during the trial?

A:   I was very happy to see my family.  My sister made me
     promise like, "Angie, _____.  It's like
     you were on trial for your life and it didn't seem like
     you realized you were on trial _____."   I said, "Oh,
     I know I was."  I said, "But I was just so happy to see
     you guys."  See my daughter, my family, my father, my
     dad, my sisters and my brother..  It was like a really,
     really good part of a real, real bad thing.  And I just
     focused on that. The marsh _____ come back into the
     trains _____ area.  Sit in there and talk during
     the breaks.

Q:   So, you did have the ...

A:   The judge gave a contact and it was like both my
     daughters. _____ in six years.  And it was just
     ... _____ without j_____ blast between us.   I mean
     it was a mesh _____ I could actually smell her breath
     and her hair.  It was very _____.  It was just

MAR000285

wonderful.  I know that sounds crazy, but ...

Q:  It doesn't sound crazy.

A:  It was just wonderful.  During a really horrible time.
    I knew I would...  I was resigned to get the death
    penalty.  I knew I was going it.  I knew it.

Q:  Did you _____ about it?

A:  No.  I just knew I was flocked and sat with it.  And
    wanted it to be over with.

Q:  Dead you swear or threaten people during your trial?

A:  No.  I swear a lot.

Q:  I've noticed that.
A:  I swear a lot now.  I swear lot.  But, I mean, no.
    (pause) I think I called Pat, I don't know which one...
    Wasn't it _____ called him an asshole.  When he
    walked by me, it was like, "An asshole."  I think I did
    do that.  But never anything else.  I don't cuss in
    front of my mom or my dad.  Who was...  They were both
    there.  My dad came and my dad, he came without his
    wife, without Cookie.  He came in and it was like, oh,
    my God. It was so huge.  I couldn't believe it.  To my
    _____.  He just was there.  It's great.

Q:  Happy moments in a dark time.

A:  Yeah.

Q:  And you were able to take some private time with them
    and relate as you normally...

A:  Just to....  My dad was sitting there.  It was just ...

Q:  How did that make you feel?

A:  Great.  Wonderful.  It made me feel like my ... he
    loved me. _____ just great.

Q:  Totally unrelated question.  In school, did you get any

MAR000286

Q: special help in math?  Were you in special classes or special ed?

A: No.

Q: Anything.  Were you diagnosed with a learning disability?

A: I was dyslexic and ...  I can do math on paper.  I just can't do it in my head.  Ha ha.

Q: Were you diagnosed with Dyslexia?

A: I think so.

Q: Do you know how old you were?

A: I think I was in 5th grade.  4th or 5th grade.  Maybe even ___ grade. I don't really remember.  I really struggled in school.  Wasn't _____. I don't think I learned anything in school.  I think anything I learned I learned from my sister.  She was the only one that could teach me anything.

Q: That's all I've got.  Do you have any questions for me?

A: Yeah.  What's your diagnosis?  Pretty bad, huh?

Q: I got to go home and score the testing and make a decision about it at that point.  I know in the past, I _____ depression and I think that's probably correct. And I'm glad to see you've restructured your medication in a way that's helping you.  I think that's a great aid.  I told you we'd be done by lunch.

A: That was exhausting.  Shit.

Q: I know.  I appreciate your hard work.  Thanks.  I'm going to turn this off when the lunch _____.

MAR000287

MAR000288

Angela Johnson
3.23.10

A    B    C

1    2    3

a    b    c

0    △    ▢

1    ||    |||

Case 3:09-cv-03064-MWB-LTS    Document 284-37    Filed 06/23/11    Page 89 of 100
MAR000289

# VISUAL RETENTION TEST

## Arthur L. Benton
### RECORD FORM

NO._____

NAME _Angela Johnson_  AGE _____ SEX _____

PLACE OF TESTING_____  EXAMINER_____

| FIRST TESTING | | DATE _3/28/10_ | |
|---|---|---|---|
| FORM _C_ | | ADMINISTRATION _A_ | |
| Design | Score (0 or 1) | Errors* | Number of Errors |
| I | 1 | | |
| II | 1 | | |
| III | 1 | | |
| IV | 1 | | |
| V | 1 | | |
| VI | 1 | | |
| VII | 1 | | |
| VIII | 1 | | |
| IX | 1 | | |
| X | 0 | IML | 1 |
| Number Correct Score | 9 | Error Score | 1 |

*Use symbols; see Chapter 2 of manual.

ERROR CATEGORIES:

Omissions_____
Distortions_ 1 _
Perseverations_____
Rotations_____
Misplacements_____
Size Errors_____
Left Errors_ 1 _
Right Errors_____

| SECOND TESTING | | DATE_____ | |
|---|---|---|---|
| FORM_____ | | ADMINISTRATION_____ | |
| Design | Score (0 or 1) | Errors* | Number of Errors |
| I | | | |
| II | | | |
| III | | | |
| IV | | | |
| V | | | |
| VI | | | |
| VII | | | |
| VIII | | | |
| IX | | | |
| X | | | |
| Number Correct Score | | Error Score | |

*Use symbols; see Chapter 2 of manual.

ERROR CATEGORIES:

Omissions_____
Distortions_____
Perseverations_____
Rotations_____
Misplacements_____
Size Errors_____
Left Errors_____
Right Errors_____

REMARKS _ WNL _

INTERPRETATION_____

Copyright 1955, © 1974 by The Psychological Corporation
Copyright 1946 by Arthur L. Benton
All rights reserved.
Printed in the U.S.A.





MAR000291





MAR000292



MAR000293





MAR000294





Case 3:09-cv-03064-MWB-LTS    Document 28-17    Filed 06/23/11    Page 95 of 100

MAR000295

Name: Angela Johnson    Age: _____

ID Number _____    Date: 3/23/10

## BOSTON NAMING TEST

| PICTURE | Correct Without Cue | Latency Secs | With Stimulus Cue | | With Phonemic Cue | |
|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect |
| 1. bed (a piece of furniture) | | | | | | |
| 2. tree (something that grows outdoors) | | | | | | |
| 3. pencil (used for writing) | | | | | | |
| 4. house (a kind of building) | | | | | | |
| 5. whistle (used for blowing) | | | | | | |
| 6. scissors (used for cutting) | | | | | | |
| 7. comb (used for fixing hair) | | | | | | |
| 8. flower (grows in a garden) | | | | | | |
| 9. saw (used by a carpenter) | | | | | | |
| 10. toothbrush (used in the mouth) | | | | | | |

PICTURE

11. heli

12. bro

13. octo

14. mus

15. han

16. whe

17. cam

18. mas

19. pret

20. ben

21. rac

22. sna

23. vol

MAR000296

| PICTURE | Correct Without Cue | Latency Secs | With Stimulus Cue | | With Phonemic Cue | |
|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect |
| 11. helicopter .................... (used for air travel) | ___ | ___ | ___ | ___ | ___ | ___ |
| 12. broom .................... (used for cleaning) | ___ | ___ | ___ | ___ | ___ | ___ |
| 13. octopus .................... (an ocean animal) | ___ | ___ | ___ | ___ | ___ | ___ |
| 14. mushroom .................... (something to eat) | ___ | ___ | ___ | ___ | ___ | ___ |
| 15. hanger .................... (found in a closet) | ___ | ___ | ___ | ___ | ___ | ___ |
| 16. wheelchair .................... (found in a hospital) | ___ | ___ | ___ | ___ | ___ | ___ |
| 17. camel .................... (an animal) | ___ | ___ | ___ | ___ | ___ | ___ |
| 18. mask .................... (part of a costume) | ___ | ___ | ___ | ___ | ___ | ___ |
| 19. pretzel .................... (something to eat) | ___ | ___ | ___ | ___ | ___ | ___ |
| 20. bench .................... (used for sitting) | ___ | ___ | ___ | ___ | ___ | ___ |
| 21. racquet .................... (used for sports) | ___ | ___ | ___ | ___ | ___ | ___ |
| 22. snail .................... (an animal) | ___ | ___ | ___ | ___ | ___ | ___ |
| 23. volcano .................... (a kind of mountain) | ___ | ___ | ___ | ___ | ___ | ___ |

MAR000297

| PICTURE | Correct Without Cue | Latency Secs | With Stimulus Cue | | With Phonemic Cue | | PICTURE |
|---|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect | |
| 24. seahorse (an ocean animal) | | | | | | | 37. escala: (yc |
| 25. dart (you throw it) | | | | | | | 38. harp (a |
| 26. canoe (used in the water) | | | | | | | 39. hamm (yc |
| 27. globe (a kind of map) | | | | | | | 40. knocke (it's |
| 28. wreath (an X-mas decoration) | | | | | | | 41. pelicar (a |
| 29. beaver (an animal) | | | | | | | 42. stethos (use |
| 30. harmonica (musical instrument) | ✓ | 2 | | | | | 43. pyrami (fou |
| 31. rhinoceros (an animal) | ✓ | 1 | | | | | 44. muzzle (use |
| 32. acorn (it comes from a tree) | ✓ | 1 | | | | | 45. unicorr (my |
| 33. igloo (type of house) | ✓ | 1 | | | | | 46. funnel (use |
| 34. stilts (used to make you taller) | ✓ | 2 | | | | | 47. accordi (a n |
| 35. dominoes (a game) | ✓ | 2 | | | | | 48. noose (use |
| 36. cactus (something that grows) | ✓ | 1 | | | | | 49. asparag (son |

-4-

Case 3:09-cv-03064-MWB-LTS     Document 284-37     Filed 06/23/11     Page 98 of 100

MAR000298

| PICTURE | Correct Without Cue | Latency Secs | With Stimulus Cue | | With Phonemic Cue | |
|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect |
| 37. escalator (you go up on it) | ✓ | 1 | | | | |
| 38. harp (a musical instrument) | ✓ | 1 | | | | |
| 39. hammock (you lie on it) | ✓ | 1 | | | | |
| 40. knocker (it's on a door) | ✓ | 2 | | | | |
| 41. pelican (a bird) | ✓ | 2 | | | | |
| 42. stethoscope (used by doctors and nurses) "Hesiscope" | | 2 | | | | ✓ |
| 43. pyramid (found in Egypt) | ✓ | 2 | | | | |
| 44. muzzle (used on dogs) | ✓ | 2 | | | | |
| 45. unicorn (mythical animal) | ✓ | 1 | | | | |
| 46. funnel (used for pouring) "thunnel"/funnel ✓ | | | ✓ | | | |
| 47. accordion (a musical instrument) I fryd | | | | ✗ | ✓ | |
| 48. noose (used for hanging) | ✓ | 1 | | | | |
| 49. asparagus (something to eat) | ✓ | 2 | | | | |

(5)

MAR000299

| PICTURE | Correct Without Cue | Latency Secs | With Stimulus Cue | | With Phonemic Cue | | Summary |
|---|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect | |
| 50. <u>com</u>pass (for drawing) | dr | | | X | | X | 1. Numbe |
| 51. <u>la</u>tch   lock (part of a door) | ✓ | | bracket | α | ✓ | | 2. Numbe |
| 52. <u>tri</u>pod (photographers or surveyers use it) | ✓ | 2 | | | | | 3. Numbe |
| 53. <u>scr</u>oll (a document) | ✓ | 2 | | | | | 4. Numbe |
| 54. <u>tongs</u>  "hongs"/tongs" (a' utensil) | ✓ | 4 | | | | | 5. Numbe |
| 55. <u>sph</u>ynx  "Spinx" (it's found in Egypt) | ✓ | 2 | X | | ✓ | | |
| 56. <u>yo</u>ke  bridle (used on farm animals) | ✓ | 3 | | | | | |
| 57. <u>tre</u>llis (used in a garden) | ✓ | 2 | | | | | |
| 58. <u>pa</u>lette (artists use it) | ✓ | 3 | | | | | |
| 59. <u>pro</u>tractor  ruler (measures angles) | X | | X | | prowanster | α | |
| 60. <u>ab</u>acus (it's used for counting) | dk | | X | | | α | |

("don(document) annotation)" [note near 54]

didn't kw correct pronunciation but knew obj. [note near 55]

(b)

MAR000300