.. Number of spontaneously given correct responses _____

!. Number of stimulus cues given _____

. Number of correct responses following a stimulus cue _____

. Number of phonemic cues _____

. Number of correct responses following the phonemic cue _____

      Total Number Correct (1 + 3) _____

      First item failed _____

      Total score: allow credit for all items preceding first item failed and add "Total Number Correct." _____

**(53)**

## Norms for Scores on Boston Naming Test Obtained by Children, Normal Adults, and Aphasics

### a. 30 Normal Children, Ages 5.5 to 10.5

| Grade | Mean Age | N | Mean | SD | Range |
|---|---|---|---|---|---|
| Kindergarten | 5.5 | 5 | 29.6 | 5.78 | 20–37 |
| 1 | 6.5 | 5 | 29.0 | 5.55 | 20–34 |
| 2 | 7.5 | 5 | 37.0 | 4.15 | 34–45 |
| 3 | 8.5 | 5 | 38.4 | 2.94 | 33–41 |
| 4 | 9.5 | 5 | 41.6 | 3.56 | 37–47 |
| 5 | 10.5 | 5 | 43.2 | 4.07 | 37–48 |

### b. 84 Normal Adults, Ages 18 to 59

| | N | Mean | SD | Range |
|---|---|---|---|---|
| Breakdown by SCHOOLING: | | | | |
| 12 years or less | 15 | 55.73 | 4.42 | 42–59 |
| More than 12 years | 31 | 55.71 | 3.33 | 46–60 |
| Breakdown by AGE: | | | | |
| 18 | 1 | 42.00 | 0.00 | — |
| 20–29 | 28 | 55.86 | 2.86 | 46–60 |
| 30–39 | 23 | 56.65 | 2.84 | 47–60 |
| 40–49 | 10 | 54.40 | 3.47 | 50–60 |
| 50–59 | 22 | 55.82 | 2.63 | 49–59 |

_WAL_

### c. 82 Aphasics

| Severity Level | N | Mean | SD | Range |
|---|---|---|---|---|
| 0 | 7 | 0.0 | 0.0 | 0 |
| 1 | 35 | 1.4 | 5.7 | 0–30 |
| 2 | 12 | 18.5 | 18.9 | 0–54 |
| 3 | 13 | 34.2 | 14.3 | 1–54 |
| 4 | 9 | 49.9 | 9.6 | 33–58 |
| 5 | 6 | 39.5 | 21.3 | 2–58 |

*Stimulus cue

Heater

$\overline{55 \geq 8}$

$T = 42$

MAR000301

## THE CALIFORNIA VERBAL LEARNING TEST

By

Dean C. Delis, Ph.D., Joel Kramer, Psy.D., Edith Kaplan, Ph.D.,
and Beth A. Ober, Ph.D.

| Patient Information | | Diagnoses[a] | Onset Date |
|---|---|---|---|
| Name | Angela Johnson | 1. | |
| SS# | | 2. | |
| Age; Ed. | | 3. | |
| Sex; Race | | 4. | |
| Handedness | | 5. | |
| Occupation | | 6. | |
| Medications | | | |
| Examiner: | | Admin. Date: 3/23/10 | |

### ADMINISTRATION GUIDELINES

1. Read the stimulus words to the patient at a rate of approximately one per second.

2. Write all of the patient's responses verbatim in the order in which they are given.

3. Provide a single prompt for guessing at the end of each trial. Mark (G) beside each additional response.

4. Present the Monday list five times.

5. Present the Tuesday list once.

6. After the Tuesday list, test for "short-delay" free recall and cued recall for the Monday list (record time of day the short-delay cued-recall trial is completed).

7. After approximately a 20-minute interval in which additional neuropsychological tests--preferably nonverbal tasks--are administered, test for long-delay free recall, cued recall, and recognition for the Monday list (record time of day free-recall test is started). Do not instruct the patient beforehand of the delayed memory testing.

(C) Copyright, 1983, by Dean C. Delis and Joel Kramer

[a] Diagnoses should include history of 1) neurological injury or disease, 2) medical illness, 3) psychiatric disorder, 4) loss of consciousness and duration of episode, and/or 5) substance abuse.

1

MAR000302

INSTRUCTIONS FOR VERBAL LIST

TRIAL 1: LET'S SUPPOSE YOU WERE GOING SHOPPING ON MONDAY. I'M GOING TO READ A LIST OF ITEMS FOR YOU TO BUY. LISTEN CAREFULLY, FOR WHEN I'M THROUGH, I WANT YOU TO SAY BACK AS MANY OF THE ITEMS AS YOU CAN. IT DOESN'T MATTER WHAT ORDER THEY ARE IN — JUST TELL ME AS MANY AS YOU CAN.

TRIALS 2-5: I'M GOING TO REPEAT MONDAY'S SHOPPING LIST. AGAIN, I WANT YOU TO SAY BACK AS MANY OF ITEMS AS YOU CAN, IN ANY ORDER, INCLUDING ITEMS YOU MAY HAVE ALREADY TOLD ME.

Heather

| | SS | T |
|---|---|---|
| Tot. | 14 | 60 |
| SPPR | 12 | 56 |
| CDFR | 10 | 47 |

| Monday List | order of recall 1 | 2 | 3 | 4 | 5 | Trial 1 | Cl | Trial 2 | Cl | Trial 3 | Cl | Trial 4 | Cl | Trial 5 | Cl. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| drill | | | | | | slacks | | apricots | | slacks | | apricots | | chisel | |
| plums | | | | | | pliers | | pliers | ✓ | pliers | | pliers | | wrench | |
| vest | | | | | | sweater | | slacks | | apricots | ✓ | slacks | | pliers | |
| parsley | | | | | | drill | | drill | | drill | | drill | | slacks | |
| grapes | | | | | | plums | | chisel | ✓ | wrench | | wrench | ✓ | drill | |
| paprika | | | | | | tangerines | ✓ | tangerines | | vest | | pliers | Ⓟ | wrench | ✓ |
| sweater | | | | | | nutmeg | | plums | Ⓟ | sweater | ✓ | vest | | chisel | ✓ |
| wrench | | | | | | chives | ✓ | grapes | ✓ | tangerines | | sweater | ✓ | sweater | |
| chives | | | | | | parsley | ✓ | sweater | | pliers | ✓ | tangerines | | vest | ✓ |
| tangerines | | | | | | drill | Ⓟ | chisel | | grapes | ✓ | plums | ✓ | plums | |
| chisel | | | | | | | | paprika | ✓ | chisel | | grapes | ✓ | grapes | ✓ |
| jacket | | | | | | | | nutmeg | ✓ | nutmeg | | paprika | | chisel | |
| nutmeg | | | | | | | | pliers | | parsley | ✓ | nutmeg | ✓ | paprika | ✓ |
| apricots | | | | | | | | vest | | drill | Ⓟ | chives | ✓ | nutmeg | ✓ |
| pliers | | | | | | | | parsley | | chisel | | | | nutmeg | ✓ |
| slacks | | | | | | | | | | | | | | parsley | |

T=58 65 ∅ 4

eval=3 fre=3 ∅ ∅

f2

| | Trial 1 | | Trial 2 | | Trial 3 | | Trial 4 | | Trial 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| # CORR | 9 | | 14 | | 14 | | 13 | | 15 | |
| # PERS | 1 | | 1 | | 1 | | 1 | | ∅ | |
| # INTRU | ∅ | | ∅ | | ∅ | | ∅ | | ∅ | |
| CLUSTER | | 3 | | 5 | | 7 | | 6 | | 6 |

∅

71

Case 3:09-cv-03064-MWB-LTS   DMV Doc00030438   Filed 06/23/11   Page 3 of 20

J 15 xa

Case 3:09-cv-03064-MWB-LTS  Document 28-44  Filed 06/23/11  Page 4 of 20

NOW LET'S SUPPOSE THAT YOU PLANNED TO GO SHOPPING AGAIN ON TUESDAY. I'M GOING TO READ A NEW LIST OF ITEMS FOR YOU TO BUY. WHEN I'M THROUGH, I WANT YOU TO SAY BACK AS MANY AS YOU CAN, IN ANY ORDER.

SHORT DELAY FREE RECALL

NOW I'D LIKE YOU TO TELL ME ALL OF THE SHOPPING ITEMS YOU CAN FROM THE MONDAY LIST.

SHORT DELAY CUED RECALL

TELL ME ALL OF THE SHOPPING ITEMS FROM THE MONDAY LIST THAT ARE: (Category)

| Tuesday List | | C |
|---|---|---|
| toaster | Cinnamon | |
| cherries | bowl | |
| halibut | halibut | |
| ginger | cod | ✓ |
| pineapple | salmon | ✓ |
| spatula | cherries | |
| oregano | skillet | |
| flounder | toaster | |
| sage | | |
| lemons | | |
| cod | | |
| skillet | | |
| peaches | | |
| salmon | | |
| cinnamon | | |
| bowl | | |

| | C |
|---|---|
| and | |
| plus | ✓ |
| chisel | ✓ |
| tagine | |
| grape | ✓ |
| plus | |
| apricot | ✓ |
| sweater | |
| vest | ✓ |
| pants (I) | ✓ |
| nutmeg | |
| parsley | ✓ |
| oregano | I |
| chives | ✓ |

| SPICES & HERBS | FRUITS |
|---|---|
| parsley | grapes |
| chives | plus |
| nutmeg | tangerines |
| oregano (D) | |

| TOOLS | CLOTHING |
|---|---|
| awl | vest |
| wrench | sweater |
| pliers | pants (I) |
| chisel | |

| | Col1 | | Col2 | | Col3 |
|---|---|---|---|---|---|
| # CORRECT | 8 | # CORRECT | 12 | # CORRECT | 12 |
| # PERSEV | 0 | # PERSEV | 0 | # PERSEV | 0 |
| # INTRU | 0 | # INTRU | 2 | # INTRU | 2 |
| CLUSTER | 2 | CLUSTER | 9 | | |
| | Ø | | Ø | | Ø |

Time of day cued recall completed:

12⁻

J 15 Xb

DMAPR00128438    Filed 06/23/11    Page 5 of 20    Case 3:09-cv-03064-MWB-LTS

Time of day
Long Delay
Free Recall
begun:

**12:20**

Time of day
Short Delay
Cued Recall
completed:

**12:00**

Total delay:

**70 min**

---

I READ SOME SHOPPING ITEMS TO YOU EARLIER. I'D LIKE YOU TO TELL ME ALL THE ITEMS YOU CAN FROM THE "MONDAY" LIST — THAT WAS THE FIRST LIST I GAVE YOU.

| Item | C |
|---|---|
| drill | |
| pliers | ✓ |
| chisel | ✓ |
| sweatr | |
| veil | ✓ |
| pants (I) | ✓ |
| chives | |
| parsley | ✓ |
| paprika | ✓ |
| nutmeg | ✓ |
| plums | |
| grapes | ✓ |
| tangerines | ✓ |

**# CORRECT** 12
**# PERSEV** 0
**# INTRU** 1
**CLUSTER** 8

0

---

LONG DELAY CUED RECALL

TELL ME ALL OF THE SHOPPING ITEMS FROM THE MONDAY LIST THAT ARE: ___(Category)___

| CLOTHING | TOOLS |
|---|---|
| vest | drill |
| sweater | pliers |
| pants (I) | chisel |

| FRUITS | SPICES & HERBS |
|---|---|
| plums | nutmeg |
| grapes | paprika |
| tangerines | chives |

**# CORRECT** 11
**# PERSEV** 0
**# INTRU** 1

−1

−1

PR=0

---

LONG DELAY RECOGNITION

I'M GOING TO READ A LIST OF SHOPPING ITEMS. AFTER I READ EACH ITEM, SAY "YES" IF THE ITEM WAS FROM THE "MONDAY" LIST AND "NO" IF IT WAS NOT.

| | M | TS | TH | NP | UN | PS |
|---|---|---|---|---|---|---|
| sweater | | | | | | |
| oregano | | ✓ | | | | |
| flounder | | | | | | |
| rug | | | | | | |
| tires | | | | | | |
| pepper | | | | | | |
| jacket | | | | | | |
| aspirin | | | | | | |
| wax | | | | | | |
| drill | ✓ | | | | | |
| apricots | ✓ | | | | | |
| spatula | ✓ | | | | | |
| cherries | | | | | | |
| drums | | | | | | |
| chives | ✓ | | | | | |
| film | | | | | | |
| chisel | ✓ | | | | | |
| briefcase | | | | | | |
| pastry | | | | | | |
| tangerines | ✓ | | | | | |
| clock | | | | | | |
| shoes | | | | | | |
| grapes | ✓ | | | | | |
| salmon | | | | | | |
| paprika | ✓ | | | | | |
| racket | | | | | | |
| ginger | | | | | | |
| slacks | | | | | | |
| books | | | | | | |
| parsley | ✓ | | | | | |
| vest | ✓ | | | | | |
| apples | | | | | | |
| grill | | | | | | |
| plums | ✓ | | | | | |
| wrench | | | | | | |
| lemons | | | | | | |
| tapes | | | | | | |
| vitamins | | | | | | |
| pliers | ✓ | | | | | |
| bowl | | | | | | |
| hammer | | | | | | |
| nutmeg | ✓ | | | | | |
| chimes | | | | | | |
| soap | | | | | | |

| | M | TS | TH | NP | UN | PS |
|---|---|---|---|---|---|---|
| # CORR | 14 | | | | | |
| TS | | 0 | 0 | | | |
| TH | | | 0 | 0 | | |
| NP | | | | 0 | 0 | |
| UN | | | | | 0 | 0 |
| PS | | | | | | 0 |

# MANUAL SCORING GUIDELINES

1. Sum all correct words, intrusions, and perseverations for each free-recall and cued-recall trial. An intrusion is defined as a response not on the target list. Synonyms (e.g., "coat" for "jacket") are scored as intrusions but should be noted. A perseveration is defined as a repetition of any response. If it is clear that a patient is repeating some responses as a way of cueing himself (e.g., "Let me see, I've said 'drill,' 'plums,' etc."), then these responses need not be recorded. If it is unclear why he is repeating a response, then record it and inquire whether he thinks he said it before. If he says "No" or "I don't know," score it as a perseveration; otherwise, regard it as an informed repetition.

2. The narrow column to the right of the responses on each trial is for recording the correct semantic cluster score. Place a "1" whenever a correct response follows another correct response from the same category. The maximum correct semantic cluster score for each trial is "12".

3. From the verbatim record of the patient's responses, note the order in which the words were recalled for each of the five trials using the five narrow columns to the immediate right of the stimulus words (e.g., if the patient recalls "grapes," "drill," etc., on the first trial, put "1" after grapes, "2" after drill, etc., in the first narrow column).

4. On the recognition test, if the patient responds "yes" to a word, check the one blank space to the right of the word; if he responds "no", encircle this space. Add the number of checks for each column. The "M" score is the number of correctly recognized Monday-list words. The "TS" score is the number of false positives from the Tuesday list that are from categories shared with the Monday list. The "TN" score is the number of false positives from the Tuesday list that are from categories not shared with the Monday list. The "NP" score is the number of false positives that are found on neither list but that are prototypical of categories on the Monday list. The "PS" score is the number of false positives that are phonemically similar to words on the Monday list. The "UN" score is the number of false positives that are unrelated semantically or phonemically to items on either the Monday or the Tuesday list.

5

Case 3:09-cv-03064-MWB-LTS   Document 284-38   Filed 06/23/11   Page 6 of 20
MAR000306

# CVLT SUMMARY RESULTS

*Immediate Recall*

    Total # correct, trials 1-5 of Monday list.......................____/80
    Total semantic cluster score, trials 1-5 of Monday list..........____/60
    Total # perseverations, trials 1-5 of Monday list................____
    Total # intrusions, trials 1-5 of Monday list....................____
    # correct, Tuesday list..........................................____/16

*Short Delay*

    # correct, free recall of Monday list............................____/16
    % decrement on short-delay free recall re: Trial 5...............____%

        # correct Trial 5  -  # correct short delay
        -------------------------------------------- X 100%
                   # correct trial 5

    # Correct, cued recall of Monday list............................____/16

*Long Delay*

    # correct, free recall of Monday list............................____/16
    % decr. on long-delay free recall re: short-delay free recall....____%
    # correct, cued recall of Monday list............................____/16
    # correct, recognition memory of Monday list.....................____/16
    # of false positives on recognition test.........................____/28

*Other Questions*

1.  Is memory for the Tuesday list notably worse than for trial 1 of the Monday list (reflecting proactive interference)?

2.  Is memory for short-delay free recall of Monday list notably worse than for trial 5 of Monday list (reflecting an inseparable combination of the short delay and retroactive interference)?

3.  Does cued recall enhance memory performance over free recall (which has implications for encoding and retrieval processes)?

4.  Do more perseverations and intrusions occur on cued recall than free recall?

5.  Does recognition enhance memory performance over free recall and cued recall (which has implications for encoding and retrieval processes)?

6.  Do false positives occur on recognition? If so, what types (e.g., semantically related?; phonemically related?; from the Tuesday list?; etc.)?

7.  Other observations (e.g., semantic clustering versus serial-order clustering?; serial position recall?; perseverations and intrusions on free recall versus cued recall?; etc.):

6

MAR000307

# DAPS™  Scoring Sheet

ID No. _____

Date **3/23/10**

Name **Angela Johnson**    Age **46**  Sex **F**  Race/Ethnicity **W**

Please fill in your name, your age, your sex, your race/ethnicity, and today's date in the spaces provided above. Follow the instructions in the DAPS Item Booklet and mark all of your answers on this Answer Sheet. Indicate your answers by circling the appropriate response for each item.

## Part 1

| | Check only one | Trauma type* |
|---|---|---|
| 1 | (Yes) No | ☐ MVA |
| 2 | Yes (No) | ☐ DIS |
| 3 | (Yes) No | ☐ ACC |
| 4 | (Yes) No | ☐ VIOL |
| 5 | (Yes) No | ☑ THR |
| 6 | (Yes) No | ☐ HOM |
| 7 | Yes (No) | ☐ WAR |
| 8 | Yes (No) | ☐ ROB |
| 9 | (Yes) No | ☐ SA |
| 10 | (Yes) No | ☐ CSA |
| 11 | (Yes) No | ☐ OTH |
| 12 | Yes (No) | ☐ WIT |
| 13 | (Yes) No | CPA |

| | None | A little | Some | Quite a bit | Very much |
|---|---|---|---|---|---|
| 15 | 1 | 2 | 3 | 4 | (5) |
| 16 | 1 | 2 | 3 | 4 | (5) |
| 17 | 1 | 2 | 3 | 4 | (5) |
| 18 | 1 | 2 | 3 | 4 | (5) |
| 19 | 1 | 2 | 3 | 4 | (5) |
| 20 | 1 | 2 | 3 | 4 | (5) |
| 21 | 1 | 2 | 3 | 4 | (5) |
| 22 | 1 | 2 | 3 | 4 | (5) |

| | Not at all | A little | Some | Quite a bit | Very much |
|---|---|---|---|---|---|
| 23 | 1 | 2 | 3 | (4) | 5 |
| 24 | 1 | 2 | (3) | 4 | 5 |
| 25 | 1 | 2 | 3 | 4 | (5) |
| 26 | 1 | 2 | (3) | 4 | 5 |
| 27 | 1 | 2 | 3 | 4 | (5) |
| 28 | 1 | (2) | 3 | 4 | 5 |

| | In the last day | More than a day but in last month | Between 1 and 3 months | More than 3 months ago | A year ago or longer |
|---|---|---|---|---|---|
| 29 | 1 | 2 | 3 | 4 | (5) |

| 14 | Check the box next to the item number (1-12) of the experience that bothers you most now. Please describe the experience: |
|---|---|
| | Threats made to me by another to not share information that resulted in my current situation. I think about it every single day |

*MVA = Motor Vehicle Accident, DIS = Disaster, ACC = Accident, VIOL = Violence/Assault, THR = Threat of Violence, HOM = Attempted Homicide, WAR = Military Conflict, ROB = Robbery/Mugging, SA = Sexual Assault/Abuse, CSA = Childhood Sexual Assault/Abuse, OTH = Other Trauma, WIT = Witnessing the Trauma of Other(s), CPA = Childhood Physical Abuse.

Total number of items (1-12) endorsed as "Yes": **9** = RTE

**Transfer the specified item raw scores to the spaces provided. Then sum the item raw scores to derive the scale raw score.**

Item 15 **5** + Item 16 **5** + Item 17 **5** + Item 18 **5** + Item 19 **5** + Item 20 **5** + Item 21 **5** + Item 22 **5** = **40** = PDST

Item 23 **4** + Item 24 **3** + Item 25 **5** + Item 26 **3** + Item 27 **5** + Item 28 **2** = **22** = PDIS

Total Missing =

Item 29 raw score: **5** = Onset

Case 3:09-cv-03064-MWB-LTS    Document 284-38    Filed 06/23/11    Page 8 of 20

MAR000308

MAR000309

## Part 3 (continued)

Transfer the specified item raw scores to the spaces provided. Then sum the item raw scores to derive the scale raw score.



| Item 69 | Item 75 | Item 81 | Item 85 | Item 89 | Item 93 | Item 98 | Item 102 | Total 1s only: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4 | 2 | 2 | 3 | 2 | 1 | 2 | | 1 | = PB |

| Item 71 | Item 78 | Item 82 | Item 86 | Item 90 | Item 95 | Item 99 | Item 103 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 = | | 8 | = NB |

| Item 33 | Item 41 | Item 49 | Item 57 | | | |
|---|---|---|---|---|---|---|
| 1 + | 5 + | 1 + | 1 = | | 8 | = T-DIS |

| Item 70 | Item 73 | Item 76 | Item 79 | Item 83 | Item 87 | Item 91 | Item 94 | Item 97 | Item 101 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 = | | 10 | = SUB |

| Item 72 | Item 74 | Item 77 | Item 80 | Item 84 | Item 88 | Item 92 | Item 96 | Item 100 | Item 104 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 + | 1 = | | 10 | = SUI |

## PTSD Diagnostic Work Area

| DSM-IV Criterion | DAPS rule | Criteria met? (circle one) | |
|---|---|---|---|
| A1 | At least one trauma exposure endorsed as "Yes" (Items 1-12) | **Yes** | No |
| A2 | Fear (Item 15) **or** Helplessness (Item 16) **or** Horror (Item 17) > 2 | **Yes** | No |
| B, C, and D | $RE \geq 15$ **and** $AV \geq 20$ **and** $AR \geq 15$ | **Yes** | No |
| E | Onset of Exposure (Item 29) > 2 | **Yes** | No |
| F | At least one of *IMP* Items 45 **or** 53 **or** 61 > 2 | **Yes** | No |
| | **Are all 5 criteria met?** | If **Yes**, then **PTSD** is likely **present** | If **No**, then **PTSD** is likely **not present** |

## ASD Diagnostic Work Area

| DSM-IV Criterion | DAPS rule | Criteria met? (circle one) | |
|---|---|---|---|
| A1 | At least one trauma exposure endorsed as "Yes" (Items 1-12) | **Yes** | No |
| A2 | Fear (Item 15) **or** Helplessness (Item 16) **or** Horror (Item 17) > 2 | **Yes** | No |
| B | At least three of Items 23 **or** 24 **or** 25 **or** 26 **or** 27 **or** 28 **or** 39 > 1 | **Yes** | No |
| C | At least one *RE* item > 1 | **Yes** | No |
| D | At least one *AV* item > 1 | **Yes** | No |
| E | At least one *AR* item > 1 | **Yes** | No |
| F | At least one of *IMP* Items 45 **or** 53 **or** 61 > 2 | **Yes** | No |
| G | Onset of Exposure (Item 29) < 3 | **Yes** | No |
| | **Are all 8 criteria met?** | If **Yes**, then **ASD** is likely **present** | If **No**, then **ASD** is likely **not present** |

## Part 2

| # | Never | Less than once a week | About once a week | 2 or 3 times a week | 4 or more times a week |
|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | **(5)** |
| 31 | **(1)** | 2 | 3 | 4 | 5 |
| 32 | **(1)** | 2 | 3 | 4 | 5 |
| 33 | **(1)** | 2 | 3 | 4 | 5 |
| 34 | 1 | 2 | 3 | 4 | **(5)** |
| 35 | **(1)** | 2 | 3 | 4 | 5 |
| 36 | 1 | 2 | 3 | 4 | **(5)** |
| 37 | **(1)** | 2 | 3 | 4 | 5 |
| 38 | 1 | 2 | 3 | 4 | **(5)** |
| 39 | 1 | 2 | 3 | 4 | **(5)** |
| 40 | **(1)** | 2 | 3 | 4 | 5 |
| 41 | 1 | 2 | 3 | 4 | **(5)** |
| 42 | 1 | 2 | 3 | 4 | **(5)** |
| 43 | **(1)** | 2 | 3 | 4 | 5 |

| # | Never | Less than once a week | About once a week | 2 or 3 times a week | 4 or more times a week |
|---|---|---|---|---|---|
| 44 | 1 | **(2)** | 3 | 4 | 5 |
| 45 | ~~1~~ | 2 | 3 | 4 | **(5)** |
| 46 | 1 | 2 | 3 | 4 | **(5)** |
| 47 | **(1)** | 2 | 3 | 4 | 5 |
| 48 | **(1)** | 2 | 3 | 4 | 5 |
| 49 | **(1)** | 2 | 3 | 4 | 5 |
| 50 | **(1)** | 2 | 3 | 4 | 5 |
| 51 | **(1)** | 2 | 3 | 4 | 5 |
| 52 | **(1)** | 2 | 3 | 4 | ~~5~~ |
| 53 | **(1)** | 2 | 3 | 4 | 5 |
| 54 | **(1)** | 2 | 3 | 4 | 5 |
| 55 | 1 | 2 | 3 | 4 | **(5)** |
| 56 | **(1)** | 2 | 3 | 4 | 5 |
| 57 | **(1)** | 2 | 3 | 4 | 5 |

| # | Never | Less than once a week | About once a week | 2 or 3 times a week | 4 or more times a week |
|---|---|---|---|---|---|
| 58 | 1 | 2 | 3 | **(4)** | 5 |
| 59 | **(1)** | 2 | 3 | 4 | 5 |
| 60 | **(1)** | 2 | 3 | 4 | 5 |
| 61 | **(1)** | 2 | 3 | 4 | 5 |
| 62 | **(1)** | 2 | 3 | 4 | 5 |
| 63 | **(1)** | 2 | 3 | 4 | 5 |
| 64 | **(1)** | 2 | 3 | 4 | 5 |
| 65 | **(1)** | 2 | 3 | 4 | 5 |
| 66 | 1 | 2 | 3 | **(4)** | 5 |
| 67 | 1 | 2 | 3 | 4 | **(5)** |
| 68 | **(1)** | 2 | 3 | 4 | 5 |

## Part 3

| # | Never | Once or twice | Sometimes | Often | Very often |
|---|---|---|---|---|---|
| 69 | 1 | **(2)** | 3 | 4 | 5 |
| 70 | **(1)** | 2 | 3 | 4 | 5 |
| 71 | **(1)** | 2 | 3 | 4 | 5 |
| 72 | **(1)** | 2 | 3 | 4 | 5 |
| 73 | **(1)** | 2 | 3 | 4 | 5 |
| 74 | **(1)** | 2 | 3 | 4 | 5 |
| 75 | 1 | 2 | 3 | **(4)** | 5 |
| 76 | **(1)** | 2 | 3 | 4 | 5 |
| 77 | **(1)** | 2 | 3 | 4 | 5 |
| 78 | **(1)** | 2 | 3 | 4 | 5 |
| 79 | **(1)** | 2 | 3 | 4 | 5 |
| 80 | **(1)** | 2 | 3 | 4 | 5 |

| # | Never | Once or twice | Sometimes | Often | Very often |
|---|---|---|---|---|---|
| 81 | 1 | **(2)** | 3 | 4 | 5 |
| 82 | **(1)** | 2 | 3 | 4 | 5 |
| 83 | **(1)** | 2 | 3 | 4 | 5 |
| 84 | **(1)** | 2 | 3 | 4 | 5 |
| 85 | 1 | **(2)** | 3 | 4 | 5 |
| 86 | **(1)** | 2 | 3 | 4 | 5 |
| 87 | **(1)** | 2 | 3 | 4 | 5 |
| 88 | **(1)** | 2 | 3 | 4 | 5 |
| 89 | 1 | 2 | **(3)** | 4 | 5 |
| 90 | **(1)** | 2 | 3 | 4 | 5 |
| 91 | **(1)** | 2 | 3 | 4 | 5 |
| 92 | **(1)** | 2 | 3 | 4 | 5 |

| # | Never | Once or twice | Sometimes | Often | Very often |
|---|---|---|---|---|---|
| 93 | 1 | **(2)** | 3 | 4 | 5 |
| 94 | **(1)** | 2 | 3 | 4 | 5 |
| 95 | **(1)** | 2 | 3 | 4 | 5 |
| 96 | **(1)** | 2 | 3 | 4 | 5 |
| 97 | **(1)** | 2 | 3 | 4 | 5 |
| 98 | **(1)** | 2 | 3 | 4 | 5 |
| 99 | **(1)** | 2 | 3 | 4 | 5 |
| 100 | **(1)** | 2 | 3 | 4 | 5 |
| 101 | **(1)** | 2 | 3 | 4 | 5 |
| 102 | 1 | **(2)** | 3 | 4 | 5 |
| 103 | **(1)** | 2 | 3 | 4 | 5 |
| 104 | **(1)** | 2 | 3 | 4 | 5 |

Case 3:09-cv-03064-MWB-LTS   Document 234-38   Filed 06/23/11   Page 10 of 20

MAR000310

# Part 3 (continued)

Transfer the specified item raw scores to the spaces provided. Then sum the item raw scores to derive the scale raw score.



| Item 69 | Item 75 | Item 81 | Item 85 | Item 89 | Item 93 | Item 98 | Item 102 | | Total 1s only: | 1 | = PB |

2 4 2 2 3 2 1 2

Item 71 `1` + Item 78 `1` + Item 82 `1` + Item 86 `1` + Item 90 `1` + Item 95 `1` + Item 99 `1` + Item 103 `1` = 8 = NB

Item 33 `1` + Item 41 `5` + Item 49 `1` + Item 57 `1` = 8 = T-DIS

Item 70 `1` + Item 73 `1` + Item 76 `1` + Item 79 `1` + Item 83 `1` + Item 87 `1` + Item 91 `1` + Item 94 `1` + Item 97 `1` + Item 101 `1` = 10 = SUB

Item 72 `1` + Item 74 `1` + Item 77 `1` + Item 80 `1` + Item 84 `1` + Item 88 `1` + Item 92 `1` + Item 96 `1` + Item 100 `1` + Item 104 `1` = 10 = SUI

## PTSD Diagnostic Work Area

| DSM-IV Criterion | DAPS rule | Criteria met? (circle one) | |
|---|---|---|---|
| A1 | At least one trauma exposure endorsed as "Yes" (Items 1-12) | (Yes) | No |
| A2 | Fear (Item 15) or Helplessness (Item 16) or Horror (Item 17) > 2 | (Yes) | No |
| B, C, and D | $RE \geq 15$ and $AV \geq 20$ and $AR \geq 15$ | (Yes) | No |
| E | Onset of Exposure (Item 29) > 2 | (Yes) | No |
| F | At least one of IMP Items 45 or 53 or 61 > 2 | (Yes) | No |
| | Are all 5 criteria met? | If Yes, then PTSD is likely present | If No, then PTSD is likely not present |

## ASD Diagnostic Work Area

| DSM-IV Criterion | DAPS rule | Criteria met? (circle one) | |
|---|---|---|---|
| A1 | At least one trauma exposure endorsed as "Yes" (Items 1-12) | (Yes) | No |
| A2 | Fear (Item 15) or Helplessness (Item 16) or Horror (Item 17) > 2 | (Yes) | No |
| B | At least three of Items 23 or 24 or 25 or 26 or 27 or 28 or 39 > 1 | (Yes) | No |
| C | At least one RE item > 1 | (Yes) | No |
| D | At least one AV item > 1 | (Yes) | No |
| E | At least one AR item > 1 | (Yes) | No |
| F | At least one of IMP Items 45 or 53 or 61 > 2 | (Yes) | No |
| G | Onset of Exposure (Item 29) < 3 | (Yes) | No |
| | Are all 8 criteria met? | If Yes, then ASD is likely present | If No, then ASD is likely not present |

MAR000311

# DAPS™ Profile Form: Women

Date _____ / _____ / _____

Name **Angela Johnson**   ID No. _____   Age _____   Sex _____   Race/Ethnicity _____

| | PB | NB | RTE | PDST | PDIS | RE | AV | AR | PTS-T | IMP | T-DIS | SUB | SUI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw score | 1 | 8 | 9 | 40 | 22 | 36 | 22 | 15 | 73 | 9 | 8 | 10 | 10 | Raw score |
| T score | 36 | 46 | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | T score |

**PAR** Psychological Assessment Resources, Inc./16204 N. Florida Avenue/Lutz, FL 33549/Toll-Free 1.800.331.TEST/www.parinc.com

Copyright © 1998, 2000, 2001 by Psychological Assessment Resources, Inc. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of Psychological Assessment Resources, Inc. This form is printed in red and blue ink on white paper. Any other version is unauthorized.

9 8 7 6 5 4 3   Reorder #RO-4745   Printed in the U.S.A.

Case 3:09-cv-03064-MWB-LTS   Document 234-38   Filed 06/23/11   Page 12 of 20
MAR000312



# DIAGNOSING TRAUMA-RELATED DISORDERS

Like all psychiatric disorders, the gold standard for diagnosing trauma-related disorders is the clinical interview. Throughout psychiatry, standarized methods of history taking are also employed for systematic clinical assessment and research – these are called structured interviews. In the trauma field there are several structured interviews in use, including the Dissociative Disorders Interview Schedule (DDIS), developed by Dr. Ross.

Data from the DDIS appear in many of the scientific papers listed under Publications on this web site.

The full text and scoring rules of the DDIS appear below. Clinical diagnoses should not be made using the DDIS alone. The DDIS should not be used for making clinical or research diagnoses by persons who are not mental health professionals or who are not acting under the supervision or in consultation with qualified mental health professionals. The DDIS has been placed on this web site as an educational service only.

## The Dissociative Disorders Interview Schedule – DSM-IV Version

The Dissociative Disorders Interview Schedule (DDIS) is a highly structured interview which makes DSM-IV diagnoses of somatization disorder, borderline personality disorder and major depressive disorder, as well as all the dissociative disorders. It inquires about positive symptoms of schizophrenia, secondary features of DID, extrasensory experiences, substance abuse and other items relevant to the dissociative disorders.

The DDIS can usually be administered in 30-45 minutes.

Permission to copy and distribute is granted by Colin A. Ross, M.D.

## Consent Form for the Dissociative Disorders Interview Schedule

I agree to be interviewed as part of a research project on dissociative disorders. Dissociative disorders involve problems with memory.

I understand that the interview contains some personal questions about my sexual and psychological history, however, all information that I give will be kept confidential. My name will not appear on

MAR000313

the research questionnaire.

I understand that my answers will have no direct effect on how I am treated in the future.

I understand that the overall results of this research will be published and these results will be available to authorities or therapists involved with me.

I understand that the interviewer and other researchers cannot offer me treatment.

I understand that the purpose of this interview is for research and that I cannot expect any direct benefit to myself other than knowing that I have helped the researchers understand dissociative disorders better.

I agree to answer the interviewer's questions as well as I can but I know that I am free not to answer any particular questions I do not want to answer.

Although I have signed my name to this form, I know that it will be kept separate from my answers and that my answers cannot be connected to my name, except by the interviewer and his/her research colleagues.

I also understand that I may be asked to participate in further dissociative disorders interviews in the future, but that I will be free to say no. If I do say no this will have no consequences for me and any authorities or therapists involved with me willnot be told of my decision not to be interviewed again.

Signed: _____ Witness: _____

Date: _____

_____

## Demographic Data for Dissociative Disorders

### INTERVIEW SCHEDULE

Age: [41]

Male=1 Female=2 [2]

Single = 1 Married (including common-law) = 2

Status: Separated/Divorced = 3 Widowed = 4 [ ]

Number of Children: (If no children, score 0) [2]

Occupational Status: Employed = 1 Unemployed = 2 [1]

MAR000314

Have you been in jail in the past?

Yes = 1 No = 2 Unsure = 3 [ ] *Not Bede D/O*

Physical diagnoses currently active: [ ]

[ ]

[ ]

Current and past diagnoses must consist of written diagnoses provided by the referring physician or available in the patient's chart (give DSM-IV codes if possible, if not write DSM-IV diagnoses to the right of the brackets).

Psychiatric diagnoses currently active: [ ]

[ ]

[ ]

Psychiatric diagnoses currently in remission: [ ]

[ ]

---

## Dissociative Disorders Interview Schedule

## DSM-IV Version

Questions in the Dissociative Disorders Interview Schedule must be asked in the order they occur in the Schedule. All the items in the Schedule, including all the items in the DSM-IV diagnostic criteria for dissociative disorders, somatization disorder, and borderline personality disorder must be inquired about. The wording of the questions should be exactly as written in order to standardize the information gathered by different interviewers. The interviewer should not read the section headings aloud. The interviewer should open the interview by thanking the subject for his/her participation and then should say:

"Most of the questions I will ask can be answered Yes, No, or or Unsure. A few of the questions have different answers and I will explain those as we go along."

### 1. Somatic Complaints

1. Do you suffer from headaches? Yes=1 No=2 Unsure=3 [ ] *Alot. Have to ly down, sometimes last a couple days.*

**If subject answered No to question 1, go to question 3:**

2. Have you been told by a doctor that you have migraine headaches? *Might have been told that by jail Dr.*

MAR000345

Yes=1 No=2 Unsure=3 [ ]

**Interviewer should read the following to the subject:**

"I am going to ask you about a series of physical symptoms now. To count a symptom as present and to answer yes to these questions, the following must be met:

a) no physical disorder or medical condition has been found to account for the symptom.

b) if there is a related general medical condition, the problems the symptom causes in terms of occupational or social impairment are more than would be expected.

c) the symptom is not caused by a street drug or medication."

**Interviewer should now ask the subject,** "Have you ever had the following physical symptoms for which doctors could find no physical explanation?"

**The interviewer should review criteria a-c for the subject immediately following the first positive response to ensure that the subject has understood.**

3. Abdominal pain (other than when menstruating)

Yes=1 No=2 Unsure=3 [ ]

4. Nausea (other than motion sickness)

Yes=1 No=2 Unsure=3 [ ]

5. Vomiting (other than motion sickness)

Yes=1 No=2 Unsure=3 [ ]

6. Bloating (gassy)

Yes=1 No=2 Unsure=3 [ ]

7. Diarrhea

Yes=1 No=2 Unsure=3 [ ]

8. Intolerance of (gets sick on) several different foods

Yes=1 No=2 Unsure=3 [ ]

9. Back pain

Yes=1 No=2 Unsure=3 [ ]    ruptured disk

10. Joint pain

MAR000316

Yes=1 No=2 Unsure=3 [ ]    *tenderosis*

11. Pain in extremities (the hands and feet)

Yes=1 No=2 Unsure=3 [ ]

12. Pain in genitals other than during intercourse

Yes=1 No=2 Unsure=3 [ ]

13. Pain during urination

Yes=1 No=2 Unsure=3 [ ]

14. Other pain (other than headaches)

Yes=1 No=2 Unsure=3 [ ]

15. Shortness of breath when not exerting oneself

Yes=1 No=2 Unsure=3 [ ]    *Uses inhaler –*

16. Palpitations (a feeling that your heart is beating very strongly)

Yes=1 No=2 Unsure=3 [ ]

17. Chest pain

Yes=1 No=2 Unsure=3 [ ]

18. Dizziness

Yes=1 No=2 Unsure=3 [ ]

19. Difficulty swallowing

Yes=1 No=2 Unsure=3 [ ]

20. Loss of voice

Yes=1 No=2 Unsure=3 [ ]

21. Deafness

Yes=1 No=2 Unsure=3 [ ]

22. Double vision

Yes=1 No=2 Unsure=3 [ ]

23. Blurred vision

Yes=1 No=2 Unsure=3 [ ]

24. Blindness

Yes=1 No=2 Unsure=3 [ ]

25. Fainting or loss of consciousness

Yes=1 No=2 Unsure=3 [ ]

26. Amnesia

Yes=1 No=2 Unsure=3 [ ]

27. Seizure or convulsion

Yes=1 No=2 Unsure=3 [ ]

28. Trouble walking

Yes=1 No=2 Unsure=3 [ ]

29. Paralysis or muscle weakness

Yes=1 No=2 Unsure=3 [ ]

30. Urinary retention or difficulty urinating

Yes=1 No=2 Unsure=3 [ ]

31. Long periods with no sexual desire

Yes=1 No=2 Unsure=3 [ ]

32. Pain during intercourse

Yes=1 No=2 Unsure=3 [ ]

**Note: If subject is male ask question 33 and then go to question 38. If female, go to question 34.**

33. Impotence

Yes=1 No=2 Unsure=3 [ ]

34. Irregular menstrual periods

Yes=1 No=2 Unsure=3 [ ]

35. Painful menstruation

Yes=1 No=2 Unsure=3 [ ]    *Edometriosis*

36. Excessive menstrual bleeding

Yes=1 No=2 Unsure=3 [ ]

37. Vomiting throughout pregnancy

Yes=1 No=2 Unsure=3 [ ]

38. Have you had many physical symptoms over a period of several years beginning before the age of 30 that resulted in your seeking treatment or which caused occupational or social impairment?

Yes=1 No=2 Unsure=3 [ ]

39. Were the physical symptoms you described deliberately produced by you?

Yes=1 No=2 Unsure=3 [ ]

## II. Substance Abuse

40. Have you ever had a drinking problem?

Yes=1 No=2 Unsure=3 [ ]

41. Have you ever used street drugs extensively?

Yes=1 No=2 Unsure=3 [ ]

42. Have you ever injected drugs intravenously?

Yes=1 No=2 Unsure=3 [ ]

43. Have you ever had treatment for a drug or alcohol problem?

Yes=1 No=2 Unsure=3 [ ]

## III. Psychiatric History

44. Have you ever had treatment for an emotional problem or mental disorder?

Yes=1 No=2 Unsure=3 [ ]    *Medicated in jail — No talk therapy*

45. Do you know what psychiatric diagnoses, if any, you have been given in the past?

Yes=1 No=2 Unsure=3 [ ]    *Manic Depressive*

MAR000349

46. Have you ever been diagnosed as having:

a) depression [✓]

b) mania [ ]

c) schizophrenia [ ]

d) anxiety disorder [ ] *possibly – definitely high anxiety*

e) other psychiatric disorder (specify) [ ]

_____

Yes=1 No=2 Unsure=3

**If subject did not volunteer a diagnosis for 46 (e) go to question 48.**

47. **If the subject volunteered diagnoses for (e), did the subject volunteer any of the following:**

a) dissociative amnesia [ ]

b) dissociative fugue [ ]

c) dissociative identity disorder (multiple personality disorder) [ ]

d) depersonalization disorder [ ]

e) dissociative disorder not otherwise specified [ ]

Yes=1 No=2 Unsure=3

48. Have you ever been prescribed psychiatric medication?

Yes=1 No=2 Unsure=3 [ ]

49. Have you ever been prescribed one of the following medications?

a) antipsychotic [ ]

b) antidepressant [ ]

c) lithium [ ]

d) anti-anxiety or sleeping medication [ ]

e) other (specify) _____ [ ]

Yes=1 No=2 Unsure=3