50. Have you ever received ECT, also know as electroshock treatment?

Yes=1 No=2 Unsure=3 [ ]

51. Have you ever had therapy for emotional, family, or psychological problems, for more than 5 sessions in one course of treatment?

Yes=1 No=2 Unsure=3 [ ]

52. How many therapists, if any, have you seen for emotional problems or mental illness in your life.

Unsure=89 [ ]   1  =  A dr. in Mason City — save me Prine for dpression

**If subject answered No to both questions 51 and 52, go to question 54.**

53. Have you ever had a treatment for an emotional problem or mental illness which was ineffective?

Yes=1 No=2 Unsure=3 [ ]

## IV. Major Depressive Episode

**The purpose of this section is to determine whether the subject has ever had or currently has a major depressive episode.**

54. Have you ever had a period of depressed mood lasting at least two weeks in which you felt depressed, blue, hopeless, low, or down in the dumps?

Yes=1 No=2 Unsure=3 [ ]   X 6 yrs

**If subject answered No to question 54, go to question 62.**

**If subject answered Yes or Unsure, interviewer should ask,** "During this period did you experience the following symptoms nearly every day for at least two weeks?"

55. Poor appetite or significant weight loss (when not dieting) or increased appetite or significant weight gain.

Yes=1 No=2 Unsure=3 [ ]

56. Sleeping too little or too much.

Yes=1 No=2 Unsure=3 [ ]

57. Being physically and mentally slowed down, or agitated to the point where it was noticeable to other people.

Yes=1 No=2 Unsure=3 [ ]

58. Loss of interest or pleasure in usual activities, or decrease in sexual drive.

MAR000321

Yes=1 No=2 Unsure=3 [ ]

59. Loss of energy or fatigue nearly every day.

Yes=1 No=2 Unsure=3 [ ]

60. Feelings of worthlessness, self-reproach, or excessive or inappropriate guilt nearly every day.

Yes=1 No=2 Unsure=3 [ ]

61. Difficulty concentrating or difficulty making decisions.

Yes=1 No=2 Unsure=3 [ ]

62. Recurrent thoughts of death, suicidal thoughts, wishes to be dead, or attempted suicide.

Yes=1 No=2 Unsure=3 [ ]

If you have made a suicide attempt, did you:

a) take an overdose [ ]

b) slash your wrists or other body areas [ ]

c) inflict cigarette burns or other self injuries [ ]

d) use a gun, knife, or other weapons [ ]

e) attempt hanging [ ]

f) use another method [ ] _teenager - took a bunch of excedrin or aspirin → got really sick._

Yes=1 No=2 Unsure=3

63. If you have had an episode of depression as described above, is it: [ ]

currently active, first occurrence =1

currently in remission =2

currently active, recurrence =3

uncertain =4

due to a specific organic cause =5

### V. Positive Symptoms of Schizophrenia (Schneiderian First Rank Symptoms)

64. Have you ever experienced the following

Case 3:09-cv-03064-MWB-LTS    Document 284-39    Filed 06/23/11    Page 2 of 20

MAR000322

Yes=1 No=2 Unsure=3

a) voices arguing in your head [ ]

b) voices commenting on your actions [ ]

c) having your feelings made or controlled by someone or something outside you [ ]

d) having your thoughts made or controlled by someone or something outside you [ ]

e) having your actions made or controlled by someone or something outside you [4] *Dustn Honka di'l that to be alot."*

f) Influences from outside you playing on or affecting your body such as some external force or power. [ ]

g) having thoughts taken out of your mind [ ]

h) thinking thoughts which seemed to be someone else's [ ]

i) hearing your thoughts out loud [ ]

j) other people being able to hear your thoughts as if they're out loud [ ]

k) thoughts of a delusional nature that were very out of touch with reality [ ]

**If subject answered No to all schizophrenia symptoms, go to question 67, otherwise, interviewer should ask:**

**"If you have experienced any of the above symptoms are they clearly limited to one of the following:"**

65. Occurred only under the influence of drugs, or alcohol.

Yes=1 No=2 Unsure= 3 [ ]

66. Occurred only during a major depressive episode.

Yes=1 No=2 Unsure= 3 [ ]

## VI. Trances, Sleepwalking, Childhood Companions

67. Have you ever walked in your sleep?

Yes=1 No=2 Unsure= 3 [ ]

**If subject answered No to question 67, go to question 69.**

68. If you have walked in your sleep, how many times roughly?

1-10=1 ; 11-50=2 ; >50= 4 ; Unsure=3 [ ]

69. Have you ever had a trance-like episode where you stare off into space, lose awareness of what is going on around you and lose track of time?

*(1st?) I think I've always done that. Do it a lot, 2-7/wk a st. prnly. I make a joke about it by a "trance" but may be short wnt it is (leads?) A few words.*

Yes=1 No=2 Unsure= 3 [ ]

If subject answered No to question 69, go to question 71.  *(Physically active?) ☺*

70. If you have had this experience, how many times, roughly?  *(Come out?) wln s.b. touches me/ dk - drool. (Feel after?) surprised.*

1-10=1 ; 11-50=2 ; >50=3 ; Unsure=4 [ ]

71. Did you have imaginary playmates as a child?

Yes=1 No=2 Unsure= 3 [ ]

If subject answered No to question 71, go to question 73.

72. If you had imaginary playmates, how old were you when they stopped. Unsure=0 [ ]

If subject still has imaginary companions score subject's current age.

## VIII. Childhood Abuse

73. Were you physically abused as a child or adolescent?

*By Ma - hit choke pull hair, hit by dad a few times couple x/wk (what?) d. room w wt dry it. DR about of it.*

Yes=1 No=2 Unsure= 3 [ ]

*- DR anytg good - only bad thngs. Some real bad thngs I dr enter.*

If subject answered No to question 73, go to question 78.

74. Was the physical abuse independent of episodes of sexual abuse? *(Trigger?) Anytg. Not shtty (my Smart mouth) abroad, disobey - very violent.*

Yes=1 No=2 Unsure= 3 [ ]

75. If you were physically abused, was it by:

*(Q. Psych/physical?) Exorcism type stuff. Tapered off as we got older. (Start?) Never wen too wt dog it. (Fq?) Daily seemed like - at least 1-2/week. (Duration?) Hours. Make us fast for days. (a) dk. (Taper?) last w 14yo - getty hard to hold down.*

a) father [ ]

b) mother [ ]

c) stepfather [ ]

d) stepmother [ ]

e) brother [ ]

f) sister [ ]

MAR000324

g) male relative [ ]

h) female relative [ ]

i) other male [ ]

j) other female [ ]

Yes=1 No=2 Unsure= 3

76. If you were physically abused, how old were you when it started?

Unsure=89. **If less than 1 year, score 0.** [ ]   13rd grade 10-9 yr.

77. If you were physically abused how old were you when it stopped? Our a Summer e orphage
(Freq.?) cant say

Unsure=89 **If less than 1 year, score 0. If ongoing score subject's current age.** [ ]

78. Were you sexually abused as a child or adolescent? Sexual abuse includes rape, or any type of unwanted sexual touching or fondling that you may have experienced.

Yes=1 No=2 Unsure= 3 [ ]

**If the subject answered No to question 78, go to question 85. If the**

**subject answered Yes or Unsure to question 78, the interviewer should state the following before asking further questions on sexual abuse:**

**"The following questions concern detailed examples of the types of sexual abuse you may or may not have experienced. Because of the explicit nature of these questions, you have the option not to answer any or all of them. The reason I am asking these questions is to try to determine the severity of the abuse that you experienced. You may answer Yes, No, Unsure or not give an answer to each question."**

79. If you were sexually abused, was it by:

a) father [ ]

b) mother [ ]

c) stepfather [ ]

d) stepmother [ ]

e) brother [ ]

f) sister [ ]

g) male relative [ ]

Case 3:09-cv-03064-MWB-LTS   Document 284-39   Filed 06/23/11   Page 5 of 20

MAR000325

h) female relative [ ]

i) other male [1]   ~~Bob Dillow~~

j) other female [ ]

Yes=1 No=2 Unsure= 3 No Answer=4

**If subject is female skip question 80. If male skip question 81.**

80. If you are male and were sexually abused, did the abuse involve:

a) hand to genital touching [ ]

b) other types of fondling [ ]

c) intercourse with a female [ ]

d) anal intercourse with a male - you active [ ]

e) you performing oral sex on a male [ ]

f) you performing oral sex on a female [ ]

g) oral sex done to you by a male [ ]

h) oral sex done to you by a female [ ]

i) anal intercourse - you passive [ ]

j) enforced sex with animals [ ]

k) pornographic photography [ ]

l.) other (specify) _____ [ ]

Yes=1 No=2 Unsure=3 No Answer=4

81. If you are female and were sexually abused, did the abuse involve:

a) hand to genital touching [1]

b) other types of fondling [1]

c) intercourse with a male [ ]

d) simulated intercourse with a female [ ]

e) you performing oral sex on a male [ ]

f) you performing oral sex on a female [ ]

g) oral sex done to you by a male [ ]

h) oral sex done to you by a female [ ]

i) anal intercourse with a male [ ]

j) enforced sex with animals [ ]

k) pornographic photography [ ]

l) other (specify) _____ [ ]

Yes=1 No=2 Unsure=3 No Answer=4

*Anter imucate @ Dad's*
*~ 13 yu. Ref = visit*

82. If you were sexually abused, how old were you when it started?

Unsure=89. **If less than 1 year, score 0.** [ ]

83. If you were sexually abused, how old were you when it stopped?

Unsure=89 **If less than 1 year, score 0. If ongoing score subject's current age.** [ ]

84. How many separate incidents of sexual abuse were you subjected to up until the age of 18?

1/5=1 ; 6-10=2 ; 11-50=3 ; >50=4 ; Unsure=5 ; [ ]

85. How many separate incidents of sexual abuse were you subjected to after the age of 18?

*De (few) "several times" physically forced sex after break-up*

0=1 ; 1-5=2 ; 6-10=3 ; 11-50=4 ; >50=5 ; Unsure=6 [ ]

## VIII. Features Associated with Dissociative Identity Disorder

**For questions 86-95, if subject answers Yes, ask subject to specify whether it is occasionally, fairly often or frequently, excluding question 93.**

86. Have you ever noticed that things are missing from your personal possessions or where you live?
*drugs - jewelry - money - stolen - Thought Tom took it.*
Never=1 ; Occasionally=2 Fairly Often=3 ; Frequently=4 ; Unsure=5 ; [ ]

87. Have you ever noticed that there are things present where you live, and you don't know where they came from or how they got there? e.g. clothes jewelry, books, furniture.

Never=1 Occasionally=2 Fairly Often=3 Frequently=4 Unsure=5 [ ]

88. Have you ever noticed that your handwriting changes drastically or that there are things around in handwriting you don't recognize?

MAR000327

*Print, penmanship will change — rip up & tear any - first try*

Never=1 Occasionally=2 Fairly Often=3 Frequently=④ Unsure=5 [ ]

*(Last?) not long ago      (First) always   — changed schools alot was younger = because*

89. Do people ever come up and talk to you as if they know you but you don't know them, or only know them faintly?

Never=①Occasionally=2 Fairly Often=3 Frequently=4 Unsure=5 [ ]

90. Do people ever tell you about things you've done or said, that you can't remember, not counting times you have been using drugs or alcohol?

Never=①Occasionally=2 Fairly Often=3 Frequently=4 Unsure=5 [ ]

91. Do you ever have blank spells or periods of missing time that you can't remember, not counting times you have been using drugs or alcohol?

Never=①Occasionally=2 Fairly Often=3 Frequently=4 Unsure=5 [ ]

92. Do you ever find yourself coming to in an unfamiliar place, wide awake, not sure how you got there, and not sure what has been happening for the past while, not counting times when you have been using drugs or alcohol?

Never=①Occasionally=2 Fairly Often=3 Frequently=4 Unsure=5 [ ]

93. Are there large parts of your childhood after age 5 which you can't remember?

Yes=①No=2 Unsure=3 [ ]   *Big parts (Q) alot of it. Theres whole years I d-r. (Qwhy?) dk*

94. Do you ever have memories come back to you all of a sudden, in a flood or like flashbacks?

*why gun in chest  (connect the dots) walk around*

Never=1 Occasionally=②Fairly Often=3 Frequently=4 Unsure=5 [ ]  *b linders on alot. - gets me in trouble.*

95. Do you ever have long periods when you feel unreal, as if in a dream, or as if you're not really there, not counting when you are using drugs or alcohol?   *alot as a child and alot day*

Never=1 Occasionally=2 Fairly Often=3 Frequently=④ Unsure=5 [ ]  *wz trial*

96. Do you hear voices talking to you sometimes or talking inside your head?

Yes=①No=2 Unsure=3 [ ]

**If subject answered No to question 96, go to question 98.**

97. If you hear voices, do they seem to come from inside you?

Yes=1 No=2 Unsure=3 [ ]

98. Do you ever speak about yourself as "we" or "us"?

Yes=①No=2 Unsure=3 [ ]

Case 3:09-cv-03064-MWB-LTS    Document 284-39    Filed 06/23/11    Page 8 of 20

MAR000328

99. Do you ever feel that there is another person or persons inside you?

Yes=1 No=2 Unsure=3 [ ]

**If subject answered No to question 99, go to question 102.**

100. Is there another person or person inside you that has a name?

Yes=1 No=2 Unsure=3 [ ]

101. If there is another person inside you, does he or she ever come out and take control of your body?

Yes=1 No=2 Unsure=3 [ ]

### IX. Supernatural/Possession/ESP Experiences/Cults

102. Have you ever had any kind of supernatural experience?

Yes=1 No=2 Unsure=3 [ ]

103. Have you ever had any extrasensory perception experiences such as:

a) mental telepathy [ ]

b) seeing the future while awake [ ]

c) moving objects with your mind [ ]

d) seeing the future in dreams [ ]

e) deja vu (the feeling that what is happening to you has happened before) [ ]

f) other (specify) _____ [ ]

Yes=1 No=2 Unsure=3

104. Have you ever felt you were possessed by a:

a) demon [ ]

b) dead person [ ]

c) living person [ ]

d) some other power or force [ ]

Yes=1 No=2 Unsure=3

105. Have you ever had any contact with:

a) ghosts [ ]

b) poltergeists (cause noises or objects to move around) [ ]

c) spirits of any kind [ ]

Yes=1 No=2 Unsure=3

106. Have you ever felt you know something about past lives or incarnations of yours?

Yes=1 No=2 Unsure=3 [ ]

107. Have you ever been involved in cult activities?

Yes=1 No=2 Unsure=3 [ ]

## X. Borderline Personality Disorder

**Interviewer should state, "For the following nine questions, please answer Yes only if you have been this way much of the time for much of your life."**

Have you experienced:

108. Impulsive or unpredictable behavior in at least two areas that are potentially self-damaging, e.g., spending, sex, substance use, reckless driving, binge eating.

Yes=1 No=2 Unsure=3 [ ]

109. A pattern of intense, unstable personal relationships characterized by your alternating between extremes of positive and negative feelings.

Yes=1 No=2 Unsure=3 [ ]

110. Intense anger or lack of control of anger, e.g., frequent displays of temper, constant anger, recurrent physical fights.

Yes=1 No=2 Unsure=3 [ ]

111. Unstable identity, self-image, or sense of self.

Yes=1 No=2 Unsure=3 [ ]

112. Frequent mood swings: noticeable shifts from normal mood to depression, irritability or anxiety, usually lasting only a few hours and rarely more than a few days.

Yes=1 No=2 Unsure=3 [ ]

113. Frantic efforts to avoid real or imagined abandonment.

Yes=1 No=2 Unsure=3 [ ]

114. Recurrent suicidal behavior, e.g., suicidal attempts, self-mutilation, or threats of suicide.

Yes=1 No=2 Unsure=3 [ ]

115. Chronic feelings of emptiness.

Yes=1 No=2 Unsure=3 [ ]

116. Transient, stress-related paranoia or severe dissociative symptoms. [ ]

Yes=1 No=2 Unsure=3 [ ]

**If subject answered No or Unsure to question 116, go to 118.**

## XI. Dissociative Amnesia

117. Have you ever experienced inability to recall important personal information, particularly of a traumatic or stressful nature, that is too extensive to be explained by ordinary forgetfulness?

Yes=1 No=2 Unsure=3 [ ]

118. If you answered Yes to the previous question was the disturbance due to known physical disorder (e.g., blackouts during alcohol intoxication, or stroke), substance abuse, or another psychiatric disorder?

Yes=1 No=2 Unsure=3 [ ]

119. Did the symptoms cause you significant distress or impairment in social or occupational function?

Yes=1 No=2 Unsure=3 [ ]

## XII. Dissociative Fugue

**If subject answered No to one or both of questions 118 and 119, go to 121.**

120. Have you ever experienced sudden unexpected travel away from your home or customary place of work, with inability to recall your past?

Yes=1 No=2 Unsure=3 [ ]

121. During this period did you experience confusion about your identity or assume a partial or complete new identity?

Yes=1 No=2 Unsure=3 [ ]

122. If you answered Yes to both the previous two questions was the disturbance due to a known physical disorder? (e.g., blackouts during alcohol intoxication or stroke)?

Yes=1 No=2 Unsure=3 [ ]

123. Did the symptoms cause you significant distress or impairment in occupational or social function?

Yes=1 No=2 Unsure=3 [ ]

### XIII. Depersonalization Disorder

124. **Interviewer should say,** "I am now going to ask you a series of questions about depersonalization. Depersonalization means feeling unreal, feeling as if you're in a dream, seeing yourself from outside your body or similar experiences."

a) Have you had one or more episodes of depersonalization sufficient

to cause problems in your work or social life?

Yes=1 No=2 Unsure=3 [ ]

b) Have you ever had the feeling that your feet and hands or other parts of your body have changed in size?

Yes=1 No=2 Unsure=3 [ ]

c) Have you ever experienced seeing yourself from outside your body?

Yes=1 No=2 Unsure=3 [ ]   *One time w/ a little pot I did + went oop + looked Down on yself. (act?) 6-7 (Drul?) dk. (Recur?)○*

d) Have you ever had a strong feeling of unreality that lasted for a period of time, not counting when you are using drugs or alcohol?

Yes=1 No=2 Unsure=3 [ ]   *All through my trial. Like it wasn't even real.*

**If subject did not answer Yes to any of 124 a-d, go to question 127.**

125. **If you answered Yes to any of the previous questions about depersonalization was the disturbance due to another disorder, such as Schizophrenia, Anxiety Disorder, or epilepsy, substance abuse, or a general medical condition?**

Yes=1 No=2 Unsure=3 [ ]

126. During the periods of depersonalization, did you stay in touch with reality and maintain your ability to think rationally?

Yes=1 No=2 Unsure=3 [ ]

## XIV. Dissociative Identity Disorder

127. Have you ever felt like there are two or more distinct identities or personalities within yourself, each of which has its own pattern of perceiving, thinking, and relating to self and others?

Yes=1 No=2 Unsure=3 [ ]

**If subject answered No to question 127, go to question 131.**

128. Do at least two of the identities or personalities recurrently take control of your behavior?

Yes=1 No=2 Unsure=3 [ ]

**Interviewer should score question 129 based on the subject's response to Question 117, and should not read question 129 aloud.**

129. Have you experienced inability to recall important personal information that is too extensive to be explained by ordinary forgetfulness?

Yes=1 No=2 Unsure=3 [ ]

130. Is the problem with different identities or personalities due to substance abuse (e.g. alcohol blackouts) or a general medical condition?

Yes=1 No=2 Unsure=3 [ ]

**INTERVIEWER SHOULD NOT READ THE FOLLOWING 2 QUESTIONS ALOUD XV. Dissociative Disorder Not Otherwise Specified**

131. Subject appears to have a dissociative disorder but does not satisfy the criteria for a specific dissociative disorder. Examples include trance-like states, derealization unaccompanied by depersonalization, and those more prolonged dissociated states that may occur in persons who have been subjected to periods of prolonged and intense coercive persuasion (brainwashing, thought reform, and indoctrination while captive).

Yes=1 No=2 Unsure=3 [ ]

## XVI. Concluding Item

132. During the interview, did the subject display unusual, illogical, or idiosyncratic thought processes?

Yes=1 No=2 Unsure=3 [ ]

**Interviewer should make a brief concluding statement telling subject that there are no more questions, and thanking the subject for his/her participation.**

# Hooper Visual Organization Test (VOT)
## Answer Sheet

Published by



WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025

Name: _Angela Johnson_    Sex: M (F) Date: _3/23/00_

Age: _____ Education (Number of Years Completed): _____ Marital Status: _____

Usual Occupation: _____ School or Institution: _____

---

### DIRECTIONS

This is a test of your ability to recognize pictures of objects when the pictures have been cut up and rearranged. Look at each picture in the separate booklet of pictures and decide what it might be if it were put together. Write the name of the object on the back of this form next to the number of the picture.

For example, look at the first picture. What would it be if it were put together? The correct answer is "fish." Write the word "fish" on the back of this form next to the number 1.

Now do the other pictures in the same way. Toward the end they become rather hard. Try to give an answer even if you are not sure of it.

---

| | |
|---|---|
| Total Raw Score | 28 |
| Corrected Raw Score | |
| T-Score | 45 |

Copyright © 1983 by WESTERN PSYCHOLOGICAL SERVICES
Based on the original Protocol Booklet © 1957 by H. Elston Hooper.
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.    1 2 3 4 5 6 7 8 9    Printed in U.S.A.

| Picture Number | Response |
|---|---|
| 1. | fish |
| 2. | saw |
| 3. | table |
| 4. | airplane |
| 5. | ball |
| 6. | hammer |
| 7. | dog |
| 8. | truck |
| 9. | cup |
| 10. | hand |
| 11. | apple |
| 12. | basket |
| 13. | scissors |
| 14. | cane |
| 15. | dk |
| 16. | teapot |
| 17. | chair |
| 18. | candle |
| 19. | teapot |
| 20. | cat |
| 21. | flower |
| 22. | house |
| 23. | book |
| 24. | rabbit |
| 25. | block |
| 26. | lighthouse |
| 27. | iron |
| 28. | key |
| 29. | ring |
| 30. | dk |

**Credit**

DO NOT WRITE IN THESE BOXES



**Minnesota Multiphasic
Personality Inventory-2™**

# Outpatient Mental Health Interpretive Report

MMPI-2™

The Minnesota Report™: Adult Clinical System-Revised, 4th Edition

*James N. Butcher, PhD*

| | |
|---|---|
| Name: | Angela Johnson |
| ID Number: | 05548 |
| Age: | 46 |
| Gender: | Female |
| Marital Status: | Divorced |
| Years of Education: | 8 |
| Date Assessed: | 03/25/2010 |

**Setting was not specified. This report was processed for an "Outpatient Mental Health" setting.**

## PEARSON

Copyright © 1989, 1993, 2001, 2005 by the Regents of the University of Minnesota. All rights reserved.
Portions reproduced from the MMPI-2 test booklet. Copyright © 1942, 1943 (renewed 1970), 1989 by the Regents of the University of Minnesota. All rights reserved.
Portions excerpted from the *MMPI-2 Manual for Administration, Scoring, and Interpretation, Revised Edition.* Copyright © 2001 by the Regents of the University of Minnesota. All rights reserved.
Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc.
"MMPI-2," "Minnesota Multiphasic Personality Inventory-2," and "The Minnesota Report" are trademarks of the University of Minnesota.

**TRADE SECRET INFORMATION**
Not for release under HIPAA or other data disclosure laws that exempt trade secrets from disclosure.

[ 9.3 / 1 / 2.2.22 ]



## MMPI-2 VALIDITY PATTERN

|  | VRIN | TRIN | F | $F_B$ | $F_P$ | L | K | S |
|---|---|---|---|---|---|---|---|---|
| Raw Score: | 7 | 6 | 6 | 4 | 1 | 5 | 13 | 18 |
| T Score: | 58 | 73F | 58 | 58 | 49 | 57 | 46 | 41 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Cannot Say (Raw): 3
Percent True: 46
Percent False: 54

|  | Raw Score | T Score | Resp. % |
|---|---|---|---|
| $S_1$ - Beliefs in Human Goodness | 8 | 50 | 100 |
| $S_2$ - Serenity | 4 | 44 | 100 |
| $S_3$ - Contentment with Life | 2 | 42 | 100 |
| $S_4$ - Patience/Denial of Irritability | 1 | 33 | 100 |
| $S_5$ - Denial of Moral Flaws | 2 | 37 | 100 |

## MMPI-2 CLINICAL AND SUPPLEMENTARY SCALES PROFILE



| | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | | MAC-R | APS | AAS | PK | Ho | MDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 8 | 24 | 23 | 32 | 32 | 19 | 25 | 25 | 25 | 30 | | 28 | 28 | 5 | 16 | 19 | * |
| K Correction: | 7 | | | 5 | | | 13 | 13 | 3 | | | | | | | | |
| T Score: | 54 | 57 | 51 | 87 | 60 | 81 | 70 | 69 | 74 | 53 | | 75 | 63 | 67 | 61 | 52 | * |
| Response %: | 100 | 100 | 100 | 98 | 100 | 100 | 100 | 100 | 98 | 100 | | 98 | 100 | 100 | 100 | 100 | * |

Welsh Code:  46"97'8+5-2103/ FL/K:

Profile Elevation:  67.9

*MDS scores are reported only for clients who indicate that they are married or separated.



## MMPI-2 CONTENT SCALES PROFILE

|  | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 12 | 7 | 11 | 14 | 15 | 5 | 9 | 7 | 12 | 9 | 13 | 6 | 11 | 14 | 9 |
| T Score: | 61 | 51 | 67 | 65 | 68 | 61 | 60 | 47 | 66 | 53 | 68 | 48 | 62 | 59 | 59 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 94 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## PROFILE VALIDITY

Her MMPI-2 clinical profile is probably valid. The client's responses to the MMPI-2 validity items suggest that she cooperated with the evaluation enough to provide useful interpretive information. The resulting clinical profile is an adequate indication of her present personality functioning. In addition, please note that the client's approach to the MMPI-2 items was somewhat inconsistent. She tended to endorse items False regardless of their content. This pattern suggests some carelessness or inattention to content.

The clinical setting in which this MMPI-2 was taken has not been indicated. The report has been processed as though "Outpatient Mental Health Program" was indicated. The report may not be as specific as it would have been if the actual assessment setting had been designated.

## SYMPTOMATIC PATTERNS

The personality characteristics and symptoms provided in the symptom pattern section of this report are probably good indications of the client's present personality functioning. Correlates of Pd and Pa were used as the report prototype, and this scale configuration shows high profile definition. Individuals with this MMPI-2 clinical profile tend to show an extreme pattern of chronic psychological maladjustment. The client appears to be very immature and alienated, tending to manipulate others for her own gratification. She also seems quite self-indulgent, hedonistic, and narcissistic, with a grandiose conception of her capabilities. She may be quite aggressive with others, tends to be very impulsive, and acts out her problems. She rationalizes her difficulties and denies responsibility for her actions, preferring instead to blame other people. She tends to be very hostile, resentful, and irritable.

In addition, the following description is suggested by the client's scores on the content scales. She endorsed a number of items suggesting that she is experiencing low morale and a depressed mood. The client's recent thinking is likely to be characterized by obsessiveness and indecision. Although she may be socially assertive and may project a positive image to others, her response content indicates a rather negative self-image. She reports some antisocial beliefs and attitudes, admits to rule violations, and acknowledges antisocial behavior in the past. She views the world as a threatening place, sees herself as having been unjustly blamed for others' problems, and feels that she is getting a raw deal out of life.

An examination of her underlying personality factors with the PSY-5 scales may help in understanding the psychological problems she is presently experiencing. She shows an extreme pattern of disinhibition on the DISC (Disconstraint) scale that can lead to high risk-taking and impulsive behavior. She appears to be less bound by moral restraints than other people and shows callous disregard for others. According to her score on NEGE (Negative Emotionality/Neuroticism), she reports that she views the world in a highly negative manner, as shown by her high score on NEGE (Negative Emotionality/Neuroticism). High scorers typically develop a worst-case scenario to explain events affecting them. There is some suggestion that she tends to worry to excess and may view even neutral events as problematic. Her characteristic self-critical nature prevents her from viewing relationships in a positive manner.