## PROFILE FREQUENCY

Profile interpretation can be greatly facilitated by examining the relative frequency of clinical scale patterns in various settings. The client's high-point clinical scale score (Pd) occurred in 9.5% of the MMPI-2 normative sample of women. However, only 4.7% of the sample had Pd scale peak scores at or above a T score of 65, and only 2.9% had well-defined Pd spikes. This elevated MMPI-2 profile configuration (4-6/6-4) is very rare in samples of normals, occurring in less than 1% of the MMPI-2 normative sample of women.

The relative frequency of her high-point Pd profile in outpatient settings is useful information for clinical interpretation. In the Pearson Assessments outpatient sample, this high-point clinical scale score (Pd) occurred in 15.7% of the outpatient women. Additionally, 12.3% of the outpatient women had the Pd spike at or above a T score of 65, and 7.6% had well-defined Pd peaks. This elevated MMPI-2 profile configuration (4-6/6-4) was found in 3.5% of the women in the Pearson Assessments outpatient sample.

She scored relatively high on MAC-R and AAS, suggesting the possibility of a drug- or alcohol-abuse problem. The base rate data on her profile type among residents in alcohol and drug programs should also be evaluated. This MMPI-2 profile configuration contains the most frequent high point, the Pd score, among alcohol- and drug-abusing populations. Over 26.0% of the women in substance-abuse treatment programs had this pattern (McKenna & Butcher, 1987).

## PROFILE STABILITY

The relative elevation of the highest scales in her clinical profile reflects high profile definition. If she is retested at a later date, her peak scores on Pd and Pa are likely to retain their relative salience in her retest profile.

## INTERPERSONAL RELATIONS

She has a great deal of difficulty in her social relationships. She feels that others do not understand her and do not give her enough sympathy. She is somewhat aloof, cold, nongiving, and uncompromising, attempting to advance herself at the expense of others. Rocky interpersonal relationships are the norm among individuals with this profile. Marital breakup is relatively common.

## DIAGNOSTIC CONSIDERATIONS

An individual with this profile is usually viewed as having a severe Personality Disorder, such as an Antisocial or Paranoid Personality. The possibility of a Delusional Disorder should also be considered, however. Her scores on the content scales show that she acknowledged a history of antisocial attitudes and behavior. These factors should be taken into consideration in arriving at a clinical diagnosis.

Her extremely high scores on the addiction proneness indicators suggest the possible development of an addictive disorder. In her responses to the MMPI-2, she acknowledged some problems with excessive

Case 3:09-cv-03064-MWB-LTS    Document 284-40    Filed 06/23/11    Page 1 of 20

MAR000341

use or abuse of addictive substances. Further evaluation of substance use or abuse problems is strongly recommended.

## TREATMENT CONSIDERATIONS

Individuals with this profile tend not to seek psychological treatment on their own and are usually not good candidates for psychotherapy. They resist psychological interpretation, argue, and tend to rationalize and blame others for their problems. They also tend to leave therapy prematurely and blame the therapist for their own failings.

Her acknowledged problems with alcohol or drug use should be addressed in therapy.

MAR000342

## ADDITIONAL SCALES

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Personality Psychopathology Five (PSY-5) Scales** | | | |
| Aggressiveness (AGGR) | 6 | 46 | 100 |
| Psychoticism (PSYC) | 2 | 46 | 100 |
| Disconstraint (DISC) | 20 | 79 | 100 |
| Negative Emotionality/Neuroticism (NEGE) | 23 | 72 | 97 |
| Introversion/Low Positive Emotionality (INTR) | 10 | 48 | 100 |
| **Supplementary Scales** | | | |
| Anxiety (A) | 24 | 66 | 100 |
| Repression (R) | 13 | 41 | 100 |
| Ego Strength (Es) | 30 | 41 | 100 |
| Dominance (Do) | 11 | 32 | 100 |
| Social Responsibility (Re) | 9 | 30 | 100 |

### Harris-Lingoes Subscales

| Depression Subscales | Raw Score | T Score | Resp % |
|---|---|---|---|
| Subjective Depression ($D_1$) | 13 | 63 | 100 |
| Psychomotor Retardation ($D_2$) | 4 | 41 | 100 |
| Physical Malfunctioning ($D_3$) | 5 | 63 | 100 |
| Mental Dullness ($D_4$) | 5 | 61 | 100 |
| Brooding ($D_5$) | 5 | 63 | 100 |

| Hysteria Subscales | | | |
|---|---|---|---|
| Denial of Social Anxiety ($Hy_1$) | 1 | 35 | 100 |
| Need for Affection ($Hy_2$) | 7 | 50 | 100 |
| Lassitude-Malaise ($Hy_3$) | 4 | 55 | 100 |
| Somatic Complaints ($Hy_4$) | 8 | 69 | 100 |
| Inhibition of Aggression ($Hy_5$) | 2 | 39 | 100 |

| Psychopathic Deviate Subscales | | | |
|---|---|---|---|
| Familial Discord ($Pd_1$) | 4 | 62 | 89 |
| Authority Problems ($Pd_2$) | 7 | 84 | 100 |
| Social Imperturbability ($Pd_3$) | 3 | 47 | 100 |
| Social Alienation ($Pd_4$) | 9 | 75 | 100 |
| Self-Alienation ($Pd_5$) | 7 | 68 | 100 |

| Paranoia Subscales | | | |
|---|---|---|---|
| Persecutory Ideas ($Pa_1$) | 8 | 87 | 100 |
| Poignancy ($Pa_2$) | 4 | 59 | 100 |
| Naivete ($Pa_3$) | 5 | 50 | 100 |

MAR000343

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Schizophrenia Subscales** | | | |
| Social Alienation ($Sc_1$) | 8 | 69 | 100 |
| Emotional Alienation ($Sc_2$) | 1 | 49 | 100 |
| Lack of Ego Mastery, Cognitive ($Sc_3$) | 5 | 74 | 100 |
| Lack of Ego Mastery, Conative ($Sc_4$) | 3 | 54 | 100 |
| Lack of Ego Mastery, Defective Inhibition ($Sc_5$) | 4 | 65 | 100 |
| Bizarre Sensory Experiences ($Sc_6$) | 6 | 68 | 100 |
| **Hypomania Subscales** | | | |
| Amorality ($Ma_1$) | 2 | 54 | 100 |
| Psychomotor Acceleration ($Ma_2$) | 7 | 60 | 100 |
| Imperturbability ($Ma_3$) | 3 | 50 | 100 |
| Ego Inflation ($Ma_4$) | 6 | 68 | 89 |

**Social Introversion Subscales (Ben-Porath, Hostetler, Butcher, & Graham)**

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| Shyness/Self-Consciousness ($Si_1$) | 8 | 57 | 100 |
| Social Avoidance ($Si_2$) | 0 | 37 | 100 |
| Alienation--Self and Others ($Si_3$) | 8 | 58 | 100 |

**Content Component Scales (Ben-Porath & Sherwood)**

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Fears Subscales** | | | |
| Generalized Fearfulness ($FRS_1$) | 2 | 55 | 100 |
| Multiple Fears ($FRS_2$) | 5 | 49 | 100 |
| **Depression Subscales** | | | |
| Lack of Drive ($DEP_1$) | 4 | 60 | 100 |
| Dysphoria ($DEP_2$) | 2 | 53 | 100 |
| Self-Depreciation ($DEP_3$) | 6 | 82 | 100 |
| Suicidal Ideation ($DEP_4$) | 0 | 45 | 100 |
| **Health Concerns Subscales** | | | |
| Gastrointestinal Symptoms ($HEA_1$) | 1 | 54 | 100 |
| Neurological Symptoms ($HEA_2$) | 6 | 72 | 100 |
| General Health Concerns ($HEA_3$) | 2 | 56 | 100 |
| **Bizarre Mentation Subscales** | | | |
| Psychotic Symptomatology ($BIZ_1$) | 0 | 44 | 100 |
| Schizotypal Characteristics ($BIZ_2$) | 4 | 66 | 100 |
| **Anger Subscales** | | | |
| Explosive Behavior ($ANG_1$) | 3 | 61 | 86 |
| Irritability ($ANG_2$) | 5 | 59 | 100 |
| **Cynicism Subscales** | | | |
| Misanthropic Beliefs ($CYN_1$) | 4 | 45 | 100 |
| Interpersonal Suspiciousness ($CYN_2$) | 3 | 49 | 100 |

MAR000344

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Antisocial Practices Subscales** | | | |
| Antisocial Attitudes ($ASP_1$) | 7 | 55 | 100 |
| Antisocial Behavior ($ASP_2$) | 5 | 90 | 100 |
| **Type A Subscales** | | | |
| Impatience ($TPA_1$) | 4 | 58 | 100 |
| Competitive Drive ($TPA_2$) | 4 | 58 | 100 |
| **Low Self-Esteem Subscales** | | | |
| Self-Doubt ($LSE_1$) | 6 | 66 | 100 |
| Submissiveness ($LSE_2$) | 3 | 57 | 100 |
| **Social Discomfort Subscales** | | | |
| Introversion ($SOD_1$) | 2 | 43 | 100 |
| Shyness ($SOD_2$) | 4 | 55 | 100 |
| **Family Problems Subscales** | | | |
| Family Discord ($FAM_1$) | 3 | 47 | 100 |
| Familial Alienation ($FAM_2$) | 2 | 59 | 100 |
| **Negative Treatment Indicators Subscales** | | | |
| Low Motivation ($TRT_1$) | 4 | 61 | 100 |
| Inability to Disclose ($TRT_2$) | 2 | 53 | 100 |

Uniform T scores are used for Hs, D, Hy, Pd, Pa, Pt, Sc, Ma, the content scales, the content component scales, and the PSY-5 scales. The remaining scales and subscales use linear T scores.

MAR000345

## CRITICAL ITEMS

The following critical items have been found to have possible significance in analyzing a client's problem situation. Although these items may serve as a source of hypotheses for further investigation, caution should be used in interpreting individual items because they may have been checked inadvertently.

The percentages of endorsement for each critical item by various reference groups are presented in brackets following the listing of the item. The endorsement percentage labeled "N" is the percentage of the MMPI-2 normative sample of 1,462 women who endorsed the item in the scored direction. Endorsement percentages for the normative sample are reported for all critical items. When available, endorsement percentages for the setting are also reported. The designation "Op" refers to a sample of 10,089 female outpatients (Pearson Assessments, 1993).

**Acute Anxiety State (Koss-Butcher Critical Items)**

Of the 17 possible items in this section, 5 were endorsed in the scored direction:

   5.  I am easily awakened by noise. (True)
      [N = 54; Op = 62]
218.  I have periods of such great restlessness that I cannot sit long in a chair. (True)
      [N = 24; Op = 42]
223.  I believe I am no more nervous than most others. (False)
      [N = 18; Op = 43]
444.  I am a high-strung person. (True)
      [N = 28; Op = 38]
469.  I sometimes feel that I am about to go to pieces. (True)
      [N = 31; Op = 58]

**Depressed Suicidal Ideation (Koss-Butcher Critical Items)**

Of the 22 possible items in this section, 7 were endorsed in the scored direction:

  38.  I have had periods of days, weeks, or months when I couldn't take care of things because I couldn't "get going." (True)
      [N = 28; Op = 49]
  71.  These days I find it hard not to give up hope of amounting to something. (True)
      [N = 32; Op = 44]
130.  I certainly feel useless at times. (True)
      [N = 38; Op = 56]
146.  I cry easily. (True)
      [N = 46; Op = 58]
411.  At times I think I am no good at all. (True)
      [N = 25; Op = 42]
485.  I often feel that I'm not as good as other people. (True)
      [N = 23; Op = 41]

MAR000346

518. I have made lots of bad mistakes in my life. (True)
     [N = 21; Op = 41]

### Threatened Assault (Koss-Butcher Critical Items)

Of the 5 possible items in this section, 2 were endorsed in the scored direction:

37. At times I feel like smashing things. (True)
     [N = 38; Op = 42]
213. I get mad easily and then get over it soon. (True)
     [N = 42; Op = 39]

### Situational Stress Due to Alcoholism (Koss-Butcher Critical Items)

Of the 7 possible items in this section, 4 were endorsed in the scored direction:

125. I believe that my home life is as pleasant as that of most people I know. (False)
     [N = 13; Op = 37]
487. I have enjoyed using marijuana. (True)
     [N = 25; Op = 20]
489. I have a drug or alcohol problem. (True)
     [N = 4; Op = 8]
518. I have made lots of bad mistakes in my life. (True)
     [N = 21; Op = 41]

### Mental Confusion (Koss-Butcher Critical Items)

Of the 11 possible items in this section, 3 were endorsed in the scored direction:

32. I have had very peculiar and strange experiences. (True)
     [N = 18; Op = 28]
180. There is something wrong with my mind. (True)
     [N = 3; Op = 21]
325. I have more trouble concentrating than others seem to have. (True)
     [N = 17; Op = 41]

### Persecutory Ideas (Koss-Butcher Critical Items)

Of the 16 possible items in this section, 6 were endorsed in the scored direction:

17. I am sure I get a raw deal from life. (True)
     [N = 6; Op= 18]
145. I feel that I have often been punished without cause. (True)
     [N = 11; Op = 27]
251. I have often felt that strangers were looking at me critically. (True)
     [N = 25; Op = 36]
259. I am sure I am being talked about. (True)

[N = 17; Op = 29]
314. I have no enemies who really wish to harm me. (False)
[N = 8; Op = 18]
333. People say insulting and vulgar things about me. (True)
[N = 5; Op = 13]

**Antisocial Attitude (Lachar-Wrobel Critical Items)**

Of the 9 possible items in this section, 4 were endorsed in the scored direction:

35. Sometimes when I was young I stole things. (True)
[N = 37; Op = 38]
84. I was suspended from school one or more times for bad behavior. (True)
[N = 7; Op = 11]
105. In school I was sometimes sent to the principal for bad behavior. (True)
[N = 10; Op = 16]
266. I have never been in trouble with the law. (False)
[N = 16; Op = 23]

**Family Conflict (Lachar-Wrobel Critical Items)**

Of the 4 possible items in this section, 2 were endorsed in the scored direction:

21. At times I have very much wanted to leave home. (True)
[N = 41; Op = 52]
125. I believe that my home life is as pleasant as that of most people I know. (False)
[N = 13; Op = 37]

**Somatic Symptoms (Lachar-Wrobel Critical Items)**

Of the 23 possible items in this section, 10 were endorsed in the scored direction:

44. Once a week or oftener I suddenly feel hot all over, for no real reason. (True)
[N = 13; Op = 21]
101. Often I feel as if there is a tight band around my head. (True)
[N = 7; Op = 21]
142. I have never had a fit or convulsion. (False)
[N = 7; Op = 14]
159. I have never had a fainting spell. (False)
[N = 46; Op = 44]
164. I seldom or never have dizzy spells. (False)
[N = 16; Op = 29]
176. I have very few headaches. (False)
[N = 26; Op = 46]
182. I have had attacks in which I could not control my movements or speech but in which I knew what was going on around me. (True)
[N = 4; Op = 9]

Case 3:09-cv-03064-MWB-LTS    Document 284-40    Filed 06/23/11    Page 8 of 20
MAR000348

224. I have few or no pains. (False)
[N = 19; Op = 43]
229. I have had blank spells in which my activities were interrupted and I did not know what was going on around me. (True)
[N = 5; Op = 14]
295. I have never been paralyzed or had any unusual weakness of any of my muscles. (False)
[N = 16; Op = 26]

## Sexual Concern and Deviation (Lachar-Wrobel Critical Items)

Of the 6 possible items in this section, 3 were endorsed in the scored direction:

12. My sex life is satisfactory. (False)
[N = 26; Op = 45]
34. I have never been in trouble because of my sex behavior. (False)
[N = 19; Op = 24]
121. I have never indulged in any unusual sex practices. (False)
[N = 23; Op = 21]

## Anxiety and Tension (Lachar-Wrobel Critical Items)

Of the 11 possible items in this section, 6 were endorsed in the scored direction:

17. I am sure I get a raw deal from life. (True)
[N = 6; Op= 18]
218. I have periods of such great restlessness that I cannot sit long in a chair. (True)
[N = 24; Op = 42]
223. I believe I am no more nervous than most others. (False)
[N = 18; Op = 43]
261. I have very few fears compared to my friends. (False)
[N = 48]
320. I have been afraid of things or people that I knew could not hurt me. (True)
[N = 17]
405. I am usually calm and not easily upset. (False)
[N = 23]

## Sleep Disturbance (Lachar-Wrobel Critical Items)

Of the 6 possible items in this section, 2 were endorsed in the scored direction:

5. I am easily awakened by noise. (True)
[N = 54; Op = 62]
328. Sometimes some unimportant thought will run through my mind and bother me for days. (True)
[N = 30]

MAR000349

## Deviant Thinking and Experience (Lachar-Wrobel Critical Items)

Of the 10 possible items in this section, 2 were endorsed in the scored direction:

  32. I have had very peculiar and strange experiences. (True)
      [N = 18; Op = 28]
122. At times my thoughts have raced ahead faster than I could speak them. (True)
      [N = 82]

## Depression and Worry (Lachar-Wrobel Critical Items)

Of the 16 possible items in this section, 7 were endorsed in the scored direction:

  73. I am certainly lacking in self-confidence. (True)
      [N = 28]
130. I certainly feel useless at times. (True)
      [N = 38; Op = 56]
165. My memory seems to be all right. (False)
      [N = 10]
180. There is something wrong with my mind. (True)
      [N = 3; Op = 21]
339. I have sometimes felt that difficulties were piling up so high that I could not overcome them. (True)
      [N = 43]
411. At times I think I am no good at all. (True)
      [N = 25; Op = 42]
415. I worry quite a bit over possible misfortunes. (True)
      [N = 29]

## Deviant Beliefs (Lachar-Wrobel Critical Items)

Of the 15 possible items in this section, 3 were endorsed in the scored direction:

259. I am sure I am being talked about. (True)
      [N = 17; Op = 29]
314. I have no enemies who really wish to harm me. (False)
      [N = 8; Op = 18]
333. People say insulting and vulgar things about me. (True)
      [N = 5; Op = 13]

## Substance Abuse (Lachar-Wrobel Critical Items)

Of the 3 possible items in this section, 1 was endorsed in the scored direction:

429. Except by doctor's orders I never take drugs or sleeping pills. (False)
      [N = 25]

**Problematic Anger (Lachar-Wrobel Critical Items)**

Of the 4 possible items in this section, 1 was endorsed in the scored direction:

213. I get mad easily and then get over it soon. (True)
[N = 42; Op = 39]

## OMITTED ITEMS

The following items were omitted by the client. It may be helpful to discuss these item omissions with this individual to determine the reason for noncompliance with the test instructions.

211. I have been inspired to a program of life based on duty which I have since carefully followed.
214. I have been quite independent and free from family rule.
389. I am often said to be hotheaded.

### End of Report

NOTE: This MMPI-2 interpretation can serve as a useful source of hypotheses about clients. This report is based on objectively derived scale indices and scale interpretations that have been developed in diverse groups of patients. The personality descriptions, inferences, and recommendations contained herein need to be verified by other sources of clinical information because individual clients may not fully match the prototype. The information in this report should only be used by a trained and qualified test interpreter. The report was not designed or intended to be provided directly to clients. The information contained in the report is technical and was developed to aid professional interpretation.

This and previous pages of this report contain trade secrets and are not to be released in response to requests under HIPAA (or any other data disclosure law that exempts trade secret information from release). Further, release in response to litigation discovery demands should be made only in accordance with your profession's ethical guidelines and under an appropriate protective order.

## ITEM RESPONSES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 1 | 2: 1 | 3: 1 | 4: 2 | 5: 1 | 6: 1 | 7: 1 | 8: 1 | 9: 1 | 10: 1 |
| 11: 1 | 12: 2 | 13: 2 | 14: 1 | 15: 2 | 16: 2 | 17: 1 | 18: 2 | 19: 2 | 20: 2 |
| 21: 1 | 22: 2 | 23: 1 | 24: 2 | 25: 2 | 26: 1 | 27: 2 | 28: 2 | 29: 1 | 30: 2 |
| 31: 2 | 32: 1 | 33: 1 | 34: 2 | 35: 1 | 36: 2 | 37: 1 | 38: 1 | 39: 2 | 40: 2 |
| 41: 2 | 42: 2 | 43: 1 | 44: 1 | 45: 1 | 46: 1 | 47: 1 | 48: 2 | 49: 1 | 50: 1 |
| 51: 1 | 52: 1 | 53: 2 | 54: 2 | 55: 1 | 56: 1 | 57: 1 | 58: 2 | 59: 2 | 60: 2 |
| 61: 1 | 62: 1 | 63: 2 | 64: 2 | 65: 2 | 66: 2 | 67: 2 | 68: 2 | 69: 1 | 70: 2 |
| 71: 1 | 72: 2 | 73: 1 | 74: 1 | 75: 1 | 76: 1 | 77: 1 | 78: 1 | 79: 1 | 80: 2 |
| 81: 2 | 82: 1 | 83: 1 | 84: 1 | 85: 2 | 86: 1 | 87: 1 | 88: 1 | 89: 1 | 90: 1 |
| 91: 1 | 92: 2 | 93: 1 | 94: 2 | 95: 1 | 96: 2 | 97: 2 | 98: 1 | 99: 2 | 100: 2 |
| 101: 1 | 102: 1 | 103: 2 | 104: 2 | 105: 1 | 106: 1 | 107: 2 | 108: 1 | 109: 2 | 110: 1 |
| 111: 2 | 112: 2 | 113: 1 | 114: 2 | 115: 2 | 116: 1 | 117: 1 | 118: 2 | 119: 1 | 120: 1 |
| 121: 2 | 122: 1 | 123: 1 | 124: 2 | 125: 2 | 126: 1 | 127: 2 | 128: 1 | 129: 1 | 130: 1 |
| 131: 2 | 132: 1 | 133: 2 | 134: 2 | 135: 1 | 136: 2 | 137: 2 | 138: 2 | 139: 1 | 140: 1 |
| 141: 1 | 142: 2 | 143: 2 | 144: 2 | 145: 1 | 146: 1 | 147: 2 | 148: 2 | 149: 2 | 150: 2 |
| 151: 2 | 152: 2 | 153: 2 | 154: 1 | 155: 2 | 156: 2 | 157: 2 | 158: 2 | 159: 2 | 160: 2 |
| 161: 1 | 162: 2 | 163: 1 | 164: 2 | 165: 2 | 166: 2 | 167: 1 | 168: 2 | 169: 1 | 170: 1 |
| 171: 2 | 172: 2 | 173: 1 | 174: 1 | 175: 2 | 176: 2 | 177: 1 | 178: 2 | 179: 1 | 180: 1 |
| 181: 2 | 182: 1 | 183: 1 | 184: 1 | 185: 2 | 186: 1 | 187: 2 | 188: 1 | 189: 1 | 190: 2 |
| 191: 2 | 192: 1 | 193: 1 | 194: 2 | 195: 2 | 196: 1 | 197: 2 | 198: 2 | 199: 2 | 200: 1 |
| 201: 2 | 202: 1 | 203: 1 | 204: 2 | 205: 2 | 206: 1 | 207: 2 | 208: 1 | 209: 2 | 210: 1 |
| 211: / | 212: 1 | 213: 1 | 214: / | 215: 2 | 216: 2 | 217: 2 | 218: 1 | 219: 1 | 220: 2 |
| 221: 2 | 222: 2 | 223: 2 | 224: 2 | 225: 1 | 226: 2 | 227: 2 | 228: 2 | 229: 1 | 230: 1 |
| 231: 1 | 232: 2 | 233: 2 | 234: 1 | 235: 1 | 236: 1 | 237: 2 | 238: 1 | 239: 2 | 240: 2 |
| 241: 2 | 242: 2 | 243: 1 | 244: 1 | 245: 1 | 246: 2 | 247: 2 | 248: 2 | 249: 2 | 250: 1 |
| 251: 1 | 252: 2 | 253: 2 | 254: 2 | 255: 1 | 256: 2 | 257: 2 | 258: 2 | 259: 1 | 260: 1 |
| 261: 2 | 262: 2 | 263: 2 | 264: 2 | 265: 1 | 266: 2 | 267: 2 | 268: 2 | 269: 2 | 270: 2 |
| 271: 1 | 272: 2 | 273: 2 | 274: 2 | 275: 1 | 276: 1 | 277: 1 | 278: 1 | 279: 1 | 280: 1 |
| 281: 2 | 282: 2 | 283: 1 | 284: 2 | 285: 2 | 286: 2 | 287: 2 | 288: 2 | 289: 1 | 290: 1 |
| 291: 2 | 292: 1 | 293: 2 | 294: 2 | 295: 2 | 296: 2 | 297: 1 | 298: 2 | 299: 2 | 300: 2 |
| 301: 2 | 302: 2 | 303: 2 | 304: 2 | 305: 1 | 306: 2 | 307: 2 | 308: 2 | 309: 1 | 310: 1 |
| 311: 2 | 312: 2 | 313: 1 | 314: 2 | 315: 2 | 316: 2 | 317: 2 | 318: 1 | 319: 2 | 320: 1 |
| 321: 2 | 322: 2 | 323: 2 | 324: 2 | 325: 1 | 326: 2 | 327: 2 | 328: 1 | 329: 2 | 330: 1 |
| 331: 1 | 332: 2 | 333: 1 | 334: 2 | 335: 2 | 336: 2 | 337: 2 | 338: 2 | 339: 1 | 340: 1 |
| 341: 1 | 342: 1 | 343: 1 | 344: 1 | 345: 2 | 346: 2 | 347: 2 | 348: 1 | 349: 2 | 350: 2 |
| 351: 2 | 352: 1 | 353: 1 | 354: 1 | 355: 2 | 356: 2 | 357: 2 | 358: 2 | 359: 1 | 360: 1 |
| 361: 2 | 362: 1 | 363: 1 | 364: 1 | 365: 1 | 366: 2 | 367: 2 | 368: 1 | 369: 1 | 370: 1 |
| 371: 2 | 372: 2 | 373: 2 | 374: 2 | 375: 1 | 376: 1 | 377: 1 | 378: 2 | 379: 1 | 380: 2 |
| 381: 2 | 382: 2 | 383: 1 | 384: 1 | 385: 2 | 386: 1 | 387: 2 | 388: 1 | 389: / | 390: 1 |
| 391: 1 | 392: 2 | 393: 1 | 394: 1 | 395: 2 | 396: 1 | 397: 2 | 398: 1 | 399: 2 | 400: 2 |
| 401: 2 | 402: 2 | 403: 1 | 404: 1 | 405: 2 | 406: 1 | 407: 2 | 408: 1 | 409: 1 | 410: 2 |
| 411: 1 | 412: 1 | 413: 1 | 414: 2 | 415: 1 | 416: 2 | 417: 1 | 418: 1 | 419: 1 | 420: 1 |
| 421: 1 | 422: 1 | 423: 1 | 424: 1 | 425: 2 | 426: 1 | 427: 1 | 428: 1 | 429: 2 | 430: 1 |
| 431: 1 | 432: 2 | 433: 2 | 434: 1 | 435: 1 | 436: 2 | 437: 1 | 438: 2 | 439: 1 | 440: 1 |

441: 1   442: 1   443: 1   444: 1   445: 2   446: 2   447: 2   448: 2   449: 1   450: 2
451: 2   452: 2   453: 2   454: 2   455: 2   456: 1   457: 2   458: 2   459: 1   460: 1
461: 1   462: 1   463: 2   464: 2   465: 1   466: 2   467: 2   468: 2   469: 1   470: 2
471: 2   472: 2   473: 1   474: 1   475: 2   476: 2   477: 2   478: 2   479: 2   480: 2
481: 1   482: 1   483: 1   484: 2   485: 1   486: 1   487: 1   488: 2   489: 1   490: 1
491: 2   492: 1   493: 1   494: 1   495: 2   496: 2   497: 2   498: 2   499: 1   500: 2
501: 1   502: 2   503: 2   504: 2   505: 2   506: 2   507: 2   508: 2   509: 1   510: 1
511: 2   512: 1   513: 2   514: 1   515: 2   516: 2   517: 2   518: 1   519: 1   520: 2
521: 2   522: 2   523: 1   524: 2   525: 2   526: 1   527: 2   528: 2   529: 2   530: 2
531: 2   532: 1   533: 2   534: 2   535: 1   536: 1   537: 2   538: 2   539: 2   540: 2
541: 2   542: 1   543: 1   544: 2   545: 2   546: 2   547: 2   548: 1   549: 2   550: 2
551: 2   552: 1   553: 2   554: 1   555: 2   556: 2   557: 1   558: 2   559: 2   560: 2
561: 1   562: 1   563: 1   564: 2   565: 2   566: 2   567: 2

MAR000354

# PERSONALITY ASSESSMENT INVENTORY™

## Clinical Interpretive Report

by

Leslie C. Morey, PhD
and PAR Staff

## Client Information

| | | |
|---|---|---|
| Client Name | : | Angela Johnson |
| Client ID | : | 20100323 |
| Age | : | 46 |
| Gender | : | Female |
| Education | : | 8 |
| Marital Status | : | Divorced |
| Test Date | : | 03/23/2010 |
| Prepared For | : | Daniel A. Martell, Ph.D., A.B.P.P. |

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual.

This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

**PAR Psychological Assessment Resources, Inc. • 16204 North Florida Ave. • Lutz, FL 33549 • 1.800.331.8378 • www.parinc.com**
Personality Assessment Inventory™ copyright © 1989, 1990, 1991 by Psychological Assessment Resources, Inc. All rights reserved. PAI Clinical Interpretive Report copyright © 1990, 1991, 1993, 1995, 1998, 2000 by Psychological Assessment Resources, Inc. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of Psychological Assessment Resources, Inc. "Personality Assessment Inventory" is a trademark and "PAI" is a registered trademark owned by Psychological Assessment Resources, Inc.

MAR000355

# Full Scale Profile



Plotted *T* scores are based upon a census matched standardization sample of 1,000 normal adults.

■ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.

◆ indicates that the scale has more than 20% missing items.

# Subscale Profile



| | | Score Raw | T |
|---|---|---|---|
| SOM-C | Conversion | 2 | 49 |
| SOM-S | Somatization | 7 | 57 |
| SOM-H | Health Concerns | 4 | 50 |
| ANX-C | Cognitive | 8 | 55 |
| ANX-A | Affective | 11 | 62 |
| ANX-P | Physiological | 2 | 44 |
| ARD-O | Obsessive-Compulsive | 16 | 68 |
| ARD-P | Phobias | 9 | 56 |
| ARD-T | Traumatic Stress | 7 | 58 |
| DEP-C | Cognitive | 10 | 67 |
| DEP-A | Affective | 3 | 47 |
| DEP-P | Physiological | 8 | 55 |
| MAN-A | Activity Level | 4 | 42 |
| MAN-G | Grandiosity | 7 | 47 |
| MAN-I | Irritability | 8 | 50 |
| PAR-H | Hypervigilance | 13 | 66 |
| PAR-P | Persecution | 7 | 60 |
| PAR-R | Resentment | 8 | 52 |
| SCZ-P | Psychotic Experiences | 3 | 46 |
| SCZ-S | Social Detachment | 6 | 51 |
| SCZ-T | Thought Disorder | 7 | 58 |
| BOR-A | Affective Instability | 6 | 54 |
| BOR-I | Identity Problems | 11 | 68 |
| BOR-N | Negative Relationships | 14 | 78 |
| BOR-S | Self-Harm | 7 | 64 |
| ANT-A | Antisocial Behaviors | 19 | 82 |
| ANT-E | Egocentricity | 2 | 45 |
| ANT-S | Stimulus-Seeking | 10 | 64 |
| AGG-A | Aggressive Attitude | 12 | 67 |
| AGG-V | Verbal Aggression | 10 | 59 |
| AGG-P | Physical Aggression | 5 | 59 |

Missing Items = 0

Plotted *T* scores are based upon a census matched standardization sample of 1,000 normal adults.
■ indicates that the score is more than two standard deviations above the mean for a sample of 1,246 clinical patients.
◆ indicates that the scale has more than 20% missing items.

Case 3:09-cv-03064-MWB-LTS       Document 234-40       Filed 06/23/11       Page 17 of 20
MAR000357

# Additional Profile Information

## Supplemental PAI Indexes

| Index | Value | T Score | |
|---|---|---|---|
| Defensiveness Index | 0 | 32 | |
| Cashel Discriminant Function | 159.53 | 64 | |
| Malingering Index | 0 | 44 | |
| Rogers Discriminant Function | -1.09 | 49 | |
| Suicide Potential Index | 6 | 59 | |
| Violence Potential Index | 4 | 61 | |
| Treatment Process Index | 4 | 65 | |
| ALC Estimated Score | --- | 65 | (22T higher than ALC) |
| DRG Estimated Score | --- | 66 | (10T lower than DRG) |
| Mean Clinical Elevation | --- | 59 | |

## Coefficients of Fit with Profiles of Known Clinical Groups

| Database Profile | Coefficient of Fit |
|---|---|
| Rapists | 0.764 |
| Antisocial Personality Disorder | 0.734 |
| Prisoners | 0.723 |
| Drug abuse | 0.683 |
| Current aggression | 0.661 |
| Assault history | 0.651 |
| Cluster 6 | 0.634 |
| Self-Mutilation | 0.626 |
| Random responding | 0.588 |
| Borderline Personality Disorder | 0.583 |
| NIM Predicted | 0.581 |
| Schizoaffective Disorder | 0.531 |
| Fake Bad | 0.523 |
| Suicide history | 0.512 |
| Cluster 4 | 0.509 |
| All "Slightly True" | 0.487 |

MAR000358

| Database Profile | Coefficient of Fit |
|---|---|
| All "Mainly True" | 0.469 |
| Mania | 0.469 |
| PIM Predicted | 0.468 |
| Auditory hallucinations | 0.455 |
| Cluster 10 | 0.454 |
| Paranoid delusions | 0.451 |
| Antipsychotic medications | 0.448 |
| All "Very True" | 0.448 |
| Dysthymic Disorder | 0.438 |
| Current suicide | 0.434 |
| Posttraumatic Stress Disorder | 0.431 |
| Spouse abusers | 0.424 |
| Anxiety Disorder | 0.410 |
| Major Depressive Disorder | 0.407 |
| Cluster 7 | 0.399 |
| Alcoholic | 0.393 |
| Cluster 2 | 0.390 |
| Cluster 5 | 0.385 |
| Schizophrenia | 0.353 |
| Adjustment reaction | 0.317 |
| All "False" | 0.279 |
| Cluster 1 | 0.269 |
| Cluster 8 | 0.242 |
| Cluster 3 | 0.230 |
| Cluster 9 | 0.226 |
| Somatoform Disorder | 0.185 |
| Fake Good | -0.574 |

MAR000359

# Validity of Test Results

The PAI provides a number of validity indices that are designed to provide an assessment of factors that could distort the results of testing. Such factors could include failure to complete test items properly, carelessness, reading difficulties, confusion, exaggeration, malingering, or defensiveness. For this protocol, the number of uncompleted items is within acceptable limits.

Also evaluated is the extent to which the respondent attended appropriately and responded consistently to the content of test items. The respondent's scores suggest that she did attend appropriately to item content and responded in a consistent fashion to similar items.

The degree to which response styles may have affected or distorted the report of symptomatology on the inventory is also assessed. Certain of these indicators fall outside of the normal range, suggesting that the respondent may not have answered in a completely forthright manner; the nature of her responses might lead the evaluator to form a somewhat inaccurate impression of the client based upon the style of responding described below. With respect to positive impression management, there is no evidence to suggest that the respondent was generally motivated to portray herself as being relatively free of common shortcomings or minor faults. However, certain aspects of the profile raise the possibility of denial of problems with drinking or drug use, as individuals with similar personality characteristics typically report greater involvement with alcohol or drugs than was described by this client. Interpretive hypotheses in this report regarding the abuse of these substances should be reviewed with caution.

With respect to negative impression management, there is no evidence to suggest that the respondent was motivated to portray herself in a more negative or pathological light than the clinical picture would warrant.

# Clinical Features

The PAI clinical profile is marked by significant elevations across a number of different scales, indicating a broad range of clinical features and increasing the possibility of multiple diagnoses. The configuration of the clinical scales suggests a person with a history of acting-out behavior, most notably in the area of substance abuse but probably involving other behaviors as well. Her impulsivity and drug use have likely led to severe impairment in her ability to maintain social role expectations, and her recklessness has probably alienated most of the people who were once close to her. Generally impulsive and thrill-seeking, her use of drugs will likely further impair her already suspect judgment. Her interpersonal relationships are likely to be volatile and short-lived; even those relationships that have been maintained will have suffered some strain from her egocentricity and from the consequences of her drug use.

The respondent indicates that her use of drugs has been sufficient to have had negative consequences on her life. Problems associated with drug use appear to be noteworthy,