including strained interpersonal relationships, vocational and/or legal problems, and possible medical complications.

She describes a personality style that is consistent with a number of antisocial character features. Her responses suggest that she has a history of antisocial behavior and may have manifested a conduct disorder during adolescence. She may have been involved in illegal occupations or engaged in criminal acts involving theft, destruction of property, and physical aggression toward others. Other features of the antisocial personality constellation, such as egocentricity, lack of impulse control, disregard for others, disloyalty, and recklessness, do not appear to be particularly prominent characteristics of the respondent's clinical picture by comparison.

The respondent describes a number of problematic personality traits. Her responses suggest that a major problem for her lies in her interpersonal relationships. It is likely that she has a history of involvement in intense and volatile relationships and tends to be preoccupied with consistent fears of being abandoned or rejected by those around her.

The respondent indicates that she occasionally experiences, or may experience to a mild degree, maladaptive behavior patterns aimed at controlling anxiety.

The respondent describes herself as being more wary and sensitive in interpersonal relationships than the average adult. Others are likely to see her as tough-minded, skeptical, and somewhat hostile.

According to the respondent's self-report, she describes NO significant problems in the following areas: unusual thoughts or peculiar experiences; problems with empathy; unhappiness and depression; unusually elevated mood or heightened activity; marked anxiety; difficulties with health or physical functioning.

# Self-Concept

The self-concept of the respondent appears to involve a self-evaluation that has both positive and negative aspects. Her attitudes about herself may vary from states of pessimism and self-doubt to periods of relative self-confidence and self-satisfaction. Some fluctuation in self-esteem may be observed as a function of her current circumstances, although these fluctuations will not be extreme and are comparable to those experienced by most adults. During stressful times in particular, she is prone to be somewhat self-critical, uncertain, and indecisive.

# Interpersonal and Social Environment

The respondent's interpersonal style seems best characterized as one of autonomy and balance. With both interpersonal scales scoring in the average range, her assertiveness, friendliness, and concern for others is typical for that of normal adults.

In considering the social environment of the respondent with respect to perceived stressors and the availability of social supports with which to deal with these stressors, her responses indicate that both her recent level of stress and her perceived level of social support are about

average in comparison to normal adults. The reasonably low stress environment and the intact social support system are both favorable prognostic signs for future adjustment.

# Treatment Considerations

Treatment considerations involve issues that can be important elements in case management and treatment planning. Interpretation is provided for three general areas relevant to treatment: behaviors that may serve as potential treatment complications, motivation for treatment, and aspects of the respondent's clinical picture that may complicate treatment efforts.

With respect to anger management, the respondent describes herself as being rather impatient and easily irritated. She is relatively quick-tempered at times, and she may be easily provoked by the actions of those around her. However, she does not report any specific aggressive behaviors that are recurrent problems for her.

With respect to suicidal ideation, the respondent is not reporting distress from thoughts of self-harm.

The respondent's interest in and motivation for treatment is typical of individuals being seen in treatment settings, and she appears more motivated for treatment than adults who are not being seen in a therapeutic setting. Her responses suggest an acknowledgement of important problems and the perception of a need for help in dealing with these problems. She reports a positive attitude towards the possibility of personal change, the value of therapy, and the importance of personal responsibility. However, the nature of some of these problems suggests that treatment would be fairly challenging, with a difficult treatment process and the probability of reversals.

If treatment were to be considered for this individual, particular areas of attention or concern in the early stages of treatment could include:
- She may have initial difficulty in placing trust in a treating professional as part of her more general problems in close relationships.

# *DSM-IV* Diagnostic Possibilities

Listed below are *DSM-IV* diagnostic possibilities suggested by the configuration of PAI scale scores. The following are advanced as hypotheses; all available sources of information should be considered prior to establishing final diagnoses.

MAR000362

Axis I Diagnostic Considerations:

       305.90    Other (or Unknown) Substance Dependence (Psychoactive substance abuse)

Axis II:    799.9    Diagnosis Deferred on Axis II

Axis II Rule Out:

       301.7     Antisocial Personality Disorder
       301.83    Borderline Personality Disorder

# Critical Item Endorsement

A total of 27 PAI items reflecting serious pathology have very low endorsement rates in normal samples. These items have been termed critical items. Endorsement of these critical items is not in itself diagnostic, but review of the content of these items with the respondent may help to clarify the presenting clinical picture. Significant items with item scores of 1, 2, or 3 are listed below.

### Delusions and Hallucinations

309.     I'm the target of a conspiracy. (ST, 1)

### Potential for Aggression

61.      Sometimes my temper explodes and I completely lose control. (ST, 1)
181.    I've threatened to hurt people. (ST, 1)

### Potential Malingering

249.    Sometimes my vision is only in black and white. (ST, 1)

### Traumatic Stressors

114.    I've been troubled by memories of a bad experience for a long time. (ST, 1)
194.    I have had some horrible experiences that make me feel guilty. (ST, 1)
274.    Since I had a very bad experience, I am no longer interested in some things that I used to enjoy. (ST, 1)

MAR000363

# PAI Item Responses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MT | 44. ST | 87. ST | 130. F | 173. MT | 216. ST | 259. ST | 302. F |
| 2. MT | 45. ST | 88. MT | 131. ST | 174. ST | 217. ST | 260. F | 303. ST |
| 3. F | 46. ST | 89. F | 132. F | 175. F | 218. ST | 261. F | 304. VT |
| 4. ST | 47. F | 90. F | 133. MT | 176. F | 219. MT | 262. F | 305. F |
| 5. ST | 48. VT | 91. VT | 134. ST | 177. VT | 220. F | 263. ST | 306. MT |
| 6. F | 49. F | 92. F | 135. F | 178. ST | 221. F | 264. F | 307. MT |
| 7. ST | 50. F | 93. MT | 136. ST | 179. VT | 222. F | 265. ST | 308. F |
| 8. ST | 51. VT | 94. MT | 137. MT | 180. F | 223. MT | 266. F | 309. ST |
| 9. F | 52. F | 95. F | 138. MT | 181. ST | 224. ST | 267. MT | 310. MT |
| 10. ST | 53. ST | 96. ST | 139. ST | 182. F | 225. ST | 268. F | 311. F |
| 11. F | 54. F | 97. VT | 140. F | 183. F | 226. MT | 269. ST | 312. F |
| 12. VT | 55. F | 98. F | 141. F | 184. F | 227. MT | 270. MT | 313. VT |
| 13. MT | 56. ST | 99. VT | 142. F | 185. ST | 228. MT | 271. F | 314. MT |
| 14. ST | 57. ST | 100. F | 143. VT | 186. MT | 229. MT | 272. MT | 315. MT |
| 15. F | 58. ST | 101. F | 144. VT | 187. F | 230. MT | 273. F | 316. ST |
| 16. MT | 59. MT | 102. ST | 145. ST | 188. F | 231. F | 274. ST | 317. MT |
| 17. F | 60. MT | 103. F | 146. ST | 189. ST | 232. ST | 275. MT | 318. MT |
| 18. F | 61. ST | 104. MT | 147. ST | 190. MT | 233. F | 276. ST | 319. MT |
| 19. VT | 62. VT | 105. F | 148. F | 191. F | 234. F | 277. F | 320. MT |
| 20. F | 63. F | 106. ST | 149. F | 192. MT | 235. MT | 278. ST | 321. ST |
| 21. F | 64. VT | 107. F | 150. F | 193. MT | 236. MT | 279. F | 322. F |
| 22. F | 65. ST | 108. F | 151. F | 194. ST | 237. VT | 280. F | 323. F |
| 23. ST | 66. F | 109. ST | 152. MT | 195. F | 238. F | 281. VT | 324. F |
| 24. MT | 67. VT | 110. ST | 153. F | 196. F | 239. VT | 282. ST | 325. F |
| 25. ST | 68. MT | 111. MT | 154. ST | 197. MT | 240. VT | 283. F | 326. F |
| 26. VT | 69. F | 112. MT | 155. F | 198. ST | 241. ST | 284. ST | 327. ST |
| 27. VT | 70. ST | 113. ST | 156. F | 199. F | 242. VT | 285. ST | 328. F |
| 28. F | 71. F | 114. ST | 157. F | 200. F | 243. F | 286. MT | 329. F |
| 29. ST | 72. F | 115. MT | 158. F | 201. MT | 244. ST | 287. MT | 330. MT |
| 30. F | 73. F | 116. F | 159. F | 202. MT | 245. VT | 288. VT | 331. VT |
| 31. F | 74. ST | 117. ST | 160. MT | 203. F | 246. MT | 289. VT | 332. ST |
| 32. F | 75. MT | 118. F | 161. VT | 204. F | 247. F | 290. ST | 333. F |
| 33. F | 76. MT | 119. MT | 162. MT | 205. MT | 248. MT | 291. F | 334. MT |
| 34. F | 77. MT | 120. F | 163. F | 206. F | 249. ST | 292. F | 335. F |
| 35. ST | 78. ST | 121. ST | 164. F | 207. F | 250. F | 293. MT | 336. F |
| 36. MT | 79. MT | 122. ST | 165. MT | 208. ST | 251. F | 294. VT | 337. MT |
| 37. MT | 80. F | 123. F | 166. F | 209. F | 252. VT | 295. VT | 338. ST |
| 38. VT | 81. MT | 124. ST | 167. F | 210. F | 253. MT | 296. MT | 339. MT |
| 39. MT | 82. VT | 125. F | 168. F | 211. F | 254. F | 297. F | 340. F |
| 40. F | 83. F | 126. F | 169. F | 212. F | 255. F | 298. F | 341. F |
| 41. VT | 84. ST | 127. ST | 170. F | 213. ST | 256. ST | 299. F | 342. F |
| 42. MT | 85. VT | 128. MT | 171. F | 214. ST | 257. ST | 300. ST | 343. VT |
| 43. MT | 86. F | 129. F | 172. MT | 215. F | 258. ST | 301. VT | 344. MT |

## *** End of Report ***

# STRUCTURED NEUROPSYCHOLOGICAL INTERVIEW
## Rex M. Swanda, Ph.D. (1987)

Name _Angela Johnson_    #_____    Date _4/23/10_

Informant_____    Examr _DAm_    Birth _1/17/64_

Referrant_____    Unit_____    Age _46_

Current Residence & Co-habitants:

**CURRENT HOSPITALIZATION**
**Reason for referral:**

**Patient's account:**

MENTAL STATUS EXAMINATION
Level of Consciousness & Orientation:
    Person:
    Place:    } +3
    Time:
Attitude (cooperative arrogant threatening fearful evasive apathetic hostile...)

Appearance (dress, grooming, eye contact, or physical abnormalities)
(long brown hair past shoulders, clean, fair prise ise
Motor Behavior (restless energetic slow clumsy graceful).. abnormalities?)
*No evidence of leg tremor/bouncing*
Speech
    Fluency: rate _wnl_    articulation _nnc_    quantity of output _wnc_

    Comprehension _ok_    Repetition _ok_    Naming _ok_

**Thought**
    Content (delusions, hallucinations, phobias, obsessive thoughts, preoccupations) _(kids)_

    Form / Process: coherence   goal-directedness   logicality

**Emotion**
    Affect:
        type(s) of emotion observed (bright anger sadness elation tearful...)
        range and intensity ( flat   constricted   blunted   broad )
        consistency ( stable  . . . (X) labile ) - cries when discussing kids
        appropriateness and relatedness to mood and content of thought

    Mood:
        interpretation of overall emtional state, inferred from pt.'s description
           dysphoric   depressed   angry   suspicious   anxious   irritable
           euphoric   elevated   elated   expansive   euthymic   ("normal")

Insight (understanding of current situation)
    good

**BACKGROUND**

**Family of Origin**
Place of Birth / Development_____ _____
Father's Age (at death)____ Health/Cause of Death_____
   Occupation_____ Education_____
Mother's Age (at deth)____ Health/Cause of Death_____
   Occupation_____ Education_____
Siglings:_____ Age     Sex     State of Health

| | | |
|---|---|---|
| ___ | ___ | _____ |
| ___ | ___ | _____ |
| ___ | ___ | _____ |
| ___ | ___ | _____ |

**Intimate Relationships:**
Marital Status:  S    M    Sep    D    W    ULT    Previous?_____
   Describe:

   Children:

**Family Religion**_____ Present Affiliation_____

**Handedness**_____     **Language**_____
   patient's report   R   Ambi   L      Preferred (best):
   writing            R   Ambi   L      1st language learned:
   throw a ball       R   Ambi   L      Age 2nd language learned:
   familial L- or Ambi:

**Education attained**_____
   Performance?                      Learning Problems?

   Best/Preferred Subjects?          Worst/Disliked Subjects?

**Employment**
   Most Recent to Previous?

   Military Service?

   Hobbies/Interests?

**Legal Problems** (litigation, charges, convictions)

*3rd week Jan show*
*"biggest loss" contest V/Y*

**RECENT CHANGES IN HABITS / BEHAVIORS** (past few weeks to months):
   appetite/weight _pretty good   lost ↓ 30-40 better diet ↓ carbs + exercise_
   sleep _good-_
   social relationships & activities _almost everybody I feel along w/_
   sexual (interest / ability) ⌒
   emotional _more emotional @ off all meds. I'm in my kids (weeps)_
   cognitive/memory _alot in my past I dr - b/t I can empty that happy w/_
   speech/language ⌒
   motor ↑ _exersic_
   sensory (ⓥis., ⓐud., ⓢom-sen., gust., ⓞlf.) _____
   _____
   continence_____
   other_____

MAR000366

**MEDICAL HISTORY** (Note relevant family history or risk factors)
**Development** (mother's pregnancy, delivery, developmental milestones):

**Medical Illness, Surgery, Accidents, Hospitalizations** (dates, dx, trmt):

None that I can think of.

**Specific Neurologic Risk Factors** (dates, dx, trmts, clues to focal/laterality)
Head Trauma _____
Seizure _____
Cerebrovascular _____
Hypertension _____
Diabetes _____
Other _____

**Psychiatric** (dates, dx, trmts, relevant family history):

Dr Kepke — rounds 1/mo. — MD — Rx

Suicidal Ideation (describe, present or past, including specific plan):

denies.

**Drug Use** (approximate qty/freq - not "a little", or "occasionally")
tobacco_____ Caffeine_____

alcohol_____ Drugs_____

**Current Medical Examination** (from chart)
General Physical Exam:

Neurological Exam:

Lab Studies:
EEG:
CT/MR:
angiogram:
other:

Physical Limitations (vision, hearing, motor, etc.):

| Current Medications | dosage | duration | intended effects |
|---|---|---|---|
| Wellbutrin | 150mg | am & bwo1 for bid | so I'm not so weary |
| | | | |
| | | | |
| | | | |

| Relevant Past Medications | | | |
|---|---|---|---|
| Serzone | 700 | "couple years" | County jail was Lomota, |
| Zoloft | 300 | | was I put term 5 cl. feel |
| | | | I guided all that to |
| | | | sit thru tuely. I just |

Case 3:09-cv-03064-MWB-LTS  Document 284-41  Filed 06/23/11  Page 7 of 24
MAR00036741



VALIDITY
INDICATOR
PROFILE

---

# Verbal Subtest

---

VIP®

Validity Indicator Profile

Profile Report

*Richard I. Frederick, PhD*

---

| | |
|---|---|
| Name: | Angela Johnson |
| ID Number: | 97151 |
| Age: | 46 |
| Gender: | Female |
| Years of Education: | Grade 8 or less |
| Date Assessed: | 03/23/2010 |

## PEARSON

Copyright © 1997, 2003 NCS Pearson, Inc. All rights reserved.
"VIP" is a registered trademark of NCS Pearson, Inc.

**TRADE SECRET INFORMATION**
Not for release under HIPAA or other data disclosure laws that exempt trade secrets from disclosure.

[ 2.9 / 1 / 2.2.22 ]

## VERBAL SUBTEST

**Performance Curve**

Response Style: **Valid/Compliant**



### Summary of Scores

Total Score.............................................. 65          Adjusted Score................................................ 52

*Performance Curve Measures*

Sector 1 Distance..................................... 52          Slope....................................................... –0.0063
Sector 2 Distance..................................... 15          Point of Entry................................................ 1.0
Sector 3 Distance.................................... NA          Tail Score........................................................ 2
Sector 1 Residual................................. 0.020          Peak Performance Interval............................. 22
Suppression Sector................................... No          Patterned Responding.................................... NA

## SCORED RESPONSES BY DIFFICULTY

**Verbal Subtest**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 1 | 2: 1 | 3: 1 | 4: 1 | 5: 1 | 6: 1 | 7: 1 | 8: 1 | 9: 1 | 10: 1 |
| 11: 1 | 12: 1 | 13: 1 | 14: 1 | 15: 1 | 16: 1 | 17: 1 | 18: 1 | 19: 1 | 20: 1 |
| 21: 1 | 22: 1 | 23: 1 | 24: 1 | 25: 1 | 26: 1 | 27: 1 | 28: 1 | 29: 1 | 30: 1 |
| 31: 1 | 32: 0 | 33: 1 | 34: 1 | 35: 1 | 36: 1 | 37: 1 | 38: 1 | 39: 1 | 40: 1 |
| 41: 0 | 42: 0 | 43: 1 | 44: 1 | 45: 1 | 46: 1 | 47: 1 | 48: 1 | 49: 1 | 50: 1 |
| 51: 1 | 52: 1 | 53: 1 | 54: 1 | 55: 1 | 56: 1 | 57: 1 | 58: 1 | 59: 1 | 60: 0 |
| 61: 0 | 62: 0 | 63: 1 | 64: 1 | 65: 1 | 66: 1 | 67: 1 | 68: 0 | 69: 1 | 70: 1 |
| 71: 1 | 72: 0 | 73: 0 | 74: 0 | 75: 0 | 76: 0 | 77: 1 | 78: 0 | | |

*Note.* 1 = correct response, 0 = incorrect response, / = omitted response.
In this section, items are listed in order from easiest to most difficult.

## RUNNING MEANS

**Verbal Subtest**

| | | | | |
|---|---|---|---|---|
| VY1: 1.00 | VY2: 1.00 | VY3: 1.00 | VY4: 1.00 | VY5: 1.00 |
| VY6: 1.00 | VY7: 1.00 | VY8: 1.00 | VY9: 1.00 | VY10: 1.00 |
| VY11: 1.00 | VY12: 1.00 | VY13: 1.00 | VY14: 1.00 | VY15: 1.00 |
| VY16: 1.00 | VY17: 1.00 | VY18: 1.00 | VY19: 1.00 | VY20: 1.00 |
| VY21: 1.00 | VY22: 1.00 | VY23: 0.90 | VY24: 0.90 | VY25: 0.90 |
| VY26: 0.90 | VY27: 0.90 | VY28: 0.90 | VY29: 0.90 | VY30: 0.90 |
| VY31: 0.90 | VY32: 0.80 | VY33: 0.80 | VY34: 0.80 | VY35: 0.80 |
| VY36: 0.80 | VY37: 0.80 | VY38: 0.80 | VY39: 0.80 | VY40: 0.80 |
| VY41: 0.80 | VY42: 0.90 | VY43: 1.00 | VY44: 1.00 | VY45: 1.00 |
| VY46: 1.00 | VY47: 1.00 | VY48: 1.00 | VY49: 1.00 | VY50: 1.00 |
| VY51: 0.90 | VY52: 0.80 | VY53: 0.70 | VY54: 0.70 | VY55: 0.70 |
| VY56: 0.70 | VY57: 0.70 | VY58: 0.70 | VY59: 0.60 | VY60: 0.60 |
| VY61: 0.70 | VY62: 0.80 | VY63: 0.80 | VY64: 0.70 | VY65: 0.60 |
| VY66: 0.50 | VY67: 0.40 | VY68: 0.40 | VY69: 0.40 | |

## End of Report

NOTE: This and previous pages of this report contain trade secrets and are not to be released in response to requests under HIPAA (or any other data disclosure law that exempts trade secret information from release). Further, release in response to litigation discovery demands should be made only in accordance with your profession's ethical guidelines and under an appropriate protective order.

MAR000371

## ITEM RESPONSES

**Verbal Subtest**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1: 2 | 2: 2 | 3: 2 | 4: 1 | 5: 1 | 6: 2 | 7: 2 | 8: 1 | 9: 2 | 10: 1 |
| 11: 2 | 12: 2 | 13: 2 | 14: 1 | 15: 2 | 16: 2 | 17: 1 | 18: 2 | 19: 2 | 20: 1 |
| 21: 1 | 22: 1 | 23: 2 | 24: 2 | 25: 1 | 26: 1 | 27: 2 | 28: 1 | 29: 1 | 30: 1 |
| 31: 1 | 32: 2 | 33: 2 | 34: 2 | 35: 2 | 36: 2 | 37: 1 | 38: 1 | 39: 2 | 40: 2 |
| 41: 2 | 42: 1 | 43: 2 | 44: 1 | 45: 2 | 46: 2 | 47: 1 | 48: 1 | 49: 1 | 50: 2 |
| 51: 1 | 52: 1 | 53: 2 | 54: 2 | 55: 2 | 56: 2 | 57: 1 | 58: 2 | 59: 2 | 60: 1 |
| 61: 2 | 62: 1 | 63: 1 | 64: 1 | 65: 2 | 66: 2 | 67: 2 | 68: 1 | 69: 1 | 70: 2 |
| 71: 1 | 72: 2 | 73: 1 | 74: 1 | 75: 2 | 76: 1 | 77: 2 | 78: 1 | | |

MAR000372

 **WAIS-III**

WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION

Name __Angela Johnson__
Examiner __DAM__
Age __46__  Date of Testing __3/23/10__

# 1. Picture Completion

 **TIME LIMIT**
20 seconds each item

 **REVERSE RULE**
Score of 0 on Item 6 or 7, administer Items 1–5 in reverse sequence until two consecutive perfect scores are obtained.

 **DISCONTINUE RULE**
5 consecutive scores of 0

| Examinee Response to Item | Examiner Query (Say each query only once for the entire administration) |
|---|---|
| Names object pictured rather than missing part | *Yes, but what is missing?* |
| Mentions part of the picture that is off the page (e.g., the legs of the man in Item 14) | *Something is missing in the picture. What is it that is missing?* |
| Mentions an unessential missing part | *Yes, but what is the most important part that is missing?* |

If the examinee responds correctly after any of the above queries, score 1 point for the response.

| Item | Response | Score (0 or 1) |
|---|---|---|
| 1. | Comb | |
| 2. | Table | |
| 3. | Face | |
| 4. | Briefcase | |
| 5. | Train | |
| **START** 6. | Door | |
| 7. | Glasses | |
| 8. | Pitcher | |
| 9. | Pliers | |

| Item | Response | Score (0 or 1) |
|---|---|---|
| 10. | Leaf | |
| 11. | Fie | |
| 12. | Jogging | |
| 13. | Fireplace | |
| 14. | Mirror | |
| 15. | Chair | |
| 16. | Roses | |
| 17. | Knife | |
| 18. | Boat | |

| Item | Response | Score (0 or 1) |
|---|---|---|
| 19. | Basket | |
| 20. | Clothing | |
| 21. | Lockers | |
| 22. | Cow | |
| 23. | Tennis Shoes | |
| 24. | Woman | |
| 25. | Barn | |
| | **Total Raw Score** (Maximum = 25) | |

# 2. Vocabulary

 **REVERSE RULE**
Score of 0 or 1 on Item 4 or 5, administer Items 1–3 in reverse sequence until two consecutive perfect scores are obtained.

 **DISCONTINUE RULE**
6 consecutive scores of 0

 **SCORING RULE**
All Items: 0,1, or 2 pts.

| Item | Response | Score (0, 1, or 2) |
|---|---|---|
| 1. | Bed | |
| 2. | Ship | |
| 3. | Penny | (3) |
| **START** 4. | Winter — Season (Q) cold, comes once a year | 2 |
| 5. | Breakfast — Meal (R) a time of day - 1st meal of the day | 2 |
| 6. | Repair — to fix s-thing thats broken | 2 |
| 7. | Assemble — to put sthg together | 2 |

©MAR000373

# 2. Vocabulary (continued)

| Item | Response | Score (0, 1, or 2) |
|---|---|---|
| 8. Yesterday | the day B4 today | 2 |
| 9. Terminate | to make gone (Q) to fire, to get rid of | 1 |
| 10. Consume | s.thg you take inside yourself, eat drink | 2 |
| 11. Sentence | part of a paragraph (Q) has a period @ the end of it (Q) — | 0 |
| 12. Confide | tell s.body s.thg you trust they will keep it to themselves | 2 |
| 13. Remorse | feel sad/bad about s.thg (done or said s.thg you did) (Q) wish you wouldn't have | 1 |
| 14. Ponder | when you think about s.thg | 2 |
| 15. Compassion | a feeling — how you feel re. s.thg | 1 |
| 16. Tranquil | also an emotion — when you don't feel empty — b4ze (Q) — | 0+ |
| 17. Sanctuary | a safe place | 2 |
| 18. Designate | where you are supposed 2B. when s.one tells you where 2 go, what 2 do, a designated area | 1 |
| 19. Reluctant | it's decision making — never not to sue you must 2do s.thg. not sure if you really want to do this or do that (Q) | 1+ |
| 20. Colony | mind-set — they all agree on a certain way of life. how s.thg or a group of ppl live — one place, with the same | 2 |
| 21. Generate | to produce energy — make energy, get started | 1 |
| 22. Ballad | to score s.thg or make music (Q) — | 0 |
| 23. Pout | you don't get your way. an expression (Q) to show unpleasantness, pout when | 2- |
| 24. Plagiarize | to copy s.thg & claim it as your own | 2 |
| 25. Diverse | an opinion (Q) you're divided on this or that | 0 |
| 26. Evolve | to grow or change into s.thg more — better | 2 |
| 27. Tangible | either/or | 0 |
| 28. Fortitude | s.thg to give help, nourishments make s.thg better | 0 |
| 29. Epic | a monumental thing — a huge thing of epic proportions | 2 |
| 30. Audacious | Idk | 0 |
| 31. Ominous | ↺ | 0 |
| 32. Encumber | s.thg that keeps you from obtaining or doing s.thg | 1 |
| 33. Tirade | state of mind when you're angry & out of control | 0 |
| | **Total Raw Score (Maximum = 66)** (Include 2 credit for item previously of 24.) | 38 |

Case 3:09-cv-03064-MWB-LTS    Document 234-41    Filed 06/23/11    Page 14 of 24
MAR000374

**Coding (previous page)**

**Incidental Learning (Optional)
(Response Booklet)**

**Copy (Optional)
(Response Booklet)**

DISCONTINUE RULE
120 seconds
(or 4 rows)

DISCONTINUE RULE
Administer both rows.

DISCONTINUE RULE
90 seconds

| Time Limit | 120" |
|---|---|
| Completion Time | |
| Total Raw Score | Maximum=133 |

| | Total Score |
|---|---|
| Pairing | Maximum=18 |
| Free Recall | Maximum=9 |

| Time Limit | 90" |
|---|---|
| Completion Time | |
| Total Raw Score | Maximum=133 |

# 4. Similarities

 **REVERSE RULE**
Score of 0 or 1 on Item 6 or 7, administer Items 1–5 in reverse sequence until two consecutive perfect scores are obtained.

 **DISCONTINUE RULE**
4 consecutive scores of 0

 **SCORING RULE**
Items 1–5: 0 or 1 pt. for each response. Items 6–19: 0, 1, or 2 pts. for each response.

| Item | Response | Score (0 or 1) |
|---|---|---|
| 1. Fork–Spoon | | |
| 2. Socks–Shoes | | |
| 3. Yellow–Green | | ③ |
| 4. Dog–Lion | 4. animals | 1 |
| 5. Coat–Suit | 5. thg you wear (Q) wear them occasionally | 1 |
| 6. Piano–Drum | 6. make music (Q) takes a person to play them | 1 (0, 1, or 2) |
| 7. Orange–Banana | fruit | 2 |
| 8. Eye–Ear | on your head (Q) | 1 |
| 9. Boat–Automobile | transportation | 2 |
| 10. Table–Chair | furniture | 2 |
| 11. Work–Play | 5. thg you do in everyday life | 1 |
| 12. Steam–Fog | they cause density in the air (Q) can't see thr' them very well | 1⁻ |
| 13. Egg–Seed | 5. produce life | 2 |
| 14. Democracy–Monarchy | b. .th close in whats safe an –whts say 2 happn (Q) ths a govt thg – you have | 0 |
| 15. Poem–Statue | art | 2 |
| 16. Praise–Punishment | to encourage behavior | 2 |
| 17. Fly–Tree | 5. living | 2 |
| 18. Hibernation–Migration | a way of life – change in life | 0 |
| 19. Enemy–Friend | you're gonna have em – part of life | 0 |
| | Total Raw Score (Maximum = 33) | 23 |

# 6. Arithmetic

**REVERSE RULE**
Score of 0 on Item 5 or 6, administer Items 1–4 in reverse sequence until two consecutive perfect scores are obtained.

 **DISCONTINUE RULE**
4 consecutive scores of 0

 **SCORING RULE**
Items 1–18: 0 or 1 pt. for each response
Items 19–20: 0, 1, or 2 pts.

| Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0 or 1) | Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0 or 1) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.** | 15" | | 3 | | | 11. | 30" | | $10.50 | 11 00 | O | | |
| **2.** | 15" | | 7 | | | 12. | 60" | | 30¢ | dk | O | | |
| **3.** | 15" | | 5 | | | 13. | 60" | | $186.00 | 120 | O | | |
| **4.** | 15" | | 2 | | (4) | 14. | 60" | | 10 | | | | |
| 5. START | 15" | | $9.00 | 9 | 1 | 15. | 60" | | $600.00 | | | | |
| 6. | 15" | | $4.00 | 4 | 1 | 16. | 60" | | 43 | | | | |
| 7. | 30" | | 5 | 5 | 1 | 17. | 60" | | $51.00 | | | | |
| 8. | 30" | | $1.50 | 3 00 | 0 | 18. | 60" | | $49.50 | | | | |
| 9. | 30" | | 8 | 8 | 1 | 19. | 60" | | 1 of 4 or 5 of 20 | | (0, 1, or 2) 0 / 11"–60" 1 / 1"–10" 2 | | |
| 10. | 30" | | $3.60 | 3.80 | 0 | 20. | 120" | | 96 | | 0 / 11"–120" 1 / 1"–10" 2 | | |

**Total Raw Score (Maximum = 22)** 8

# 7. Matrix Reasoning

**REVERSE RULE**
Score of 0 on Item 4 or 5, administer Items 1–3 in reverse sequence until two consecutive perfect scores are obtained.

 **DISCONTINUE RULE**
4 consecutive scores of 0 or 4 scores of 0 on 5 consecutive items

 **SCORING RULE**
All Items: 0 or 1 pt. for each response
Do not score Sample Items A–C.

*Note:* Correct response appears in ***bold italic.*** Administer Sample Items A–C to all examinees.

| Item | Response Options (Circle one) | | | | | | Score (0 or 1) |
|---|---|---|---|---|---|---|---|
| A. | 1 | **2** | 3 | 4 | 5 | DK | |
| B. | 1 | 2 | 3 | 4 | **5** | DK | |
| C. | 1 | 2 | 3 | **4** | 5 | DK | |
| **1.** | 1 | 2 | **3** | 4 | 5 | DK | |
| **2.** | 1 | 2 | **3** | 4 | 5 | DK | |
| **3.** | 1 | **2** | 3 | 4 | 5 | DK | |
| 4. START | 1 | **2** | 3 | 4 | 5 | DK | |
| 5. | 1 | 2 | **3** | 4 | 5 | DK | |
| 6. | ***1*** | 2 | 3 | 4 | 5 | DK | |
| 7. | 1 | 2 | 3 | 4 | **5** | DK | |
| 8. | ***1*** | 2 | 3 | 4 | 5 | DK | |
| 9. | 1 | **2** | 3 | 4 | 5 | DK | |
| 10. | 1 | 2 | 3 | **4** | 5 | DK | |
| 11. | 1 | 2 | 3 | 4 | **5** | DK | |
| 12. | ***1*** | 2 | 3 | 4 | 5 | DK | |

| Item | Response Options (Circle one) | | | | | | Score (0 or 1) |
|---|---|---|---|---|---|---|---|
| 13. | 1 | 2 | 3 | **4** | 5 | DK | |
| 14. | 1 | 2 | **3** | 4 | 5 | DK | |
| 15. | 1 | **2** | 3 | 4 | 5 | DK | |
| 16. | 1 | **2** | 3 | 4 | 5 | DK | |
| 17. | ***1*** | 2 | 3 | 4 | 5 | DK | |
| 18. | 1 | 2 | 3 | 4 | **5** | DK | |
| 19. | 1 | 2 | **3** | 4 | 5 | DK | |
| 20. | 1 | 2 | 3 | **4** | 5 | DK | |
| 21. | 1 | 2 | **3** | 4 | 5 | DK | |
| 22. | 1 | 2 | **3** | 4 | 5 | DK | |
| 23. | 1 | **2** | 3 | 4 | 5 | DK | |
| 24. | ***1*** | 2 | 3 | 4 | 5 | DK | |
| 25. | 1 | **2** | 3 | 4 | 5 | DK | |
| 26. | 1 | 2 | 3 | 4 | **5** | DK | |

**Total Raw Score (Maximum = 26)**

# WAIS-III Summary Report
# The Psychological Corporation

NAME: Angela Johnson
AGE: 46 years, 2 months, 6 days
DATE OF BIRTH: 01/17/1964
SEX: Male
ID:

REPORT DATE: 03/25/2010
EXAMINER: Dr. Martell
TITLE:
LIC/CERT:
TEST SITE: FMC Carswell

**Test Administered:** WAIS-III (03/23/2010)

## IQ Scores Summary

| Scale | Sum of SS | IQ Score | 95% Conf. Interval | PR | Qualitative Description |
|---|---|---|---|---|---|
| Verbal | | | | | |
| Performance | | | | | |
| Full Scale | | | | | |

## Index Scores Summary

| | Sum of SS | Index Score | 95% Conf. Interval | PR |
|---|---|---|---|---|
| Verbal Comprehension | | | | |
| Perceptual Organization | | | | |
| Working Memory | | | | |
| Processing Speed | | | | |

MAR000377

## Graph of WAIS-III IQ and Index Scores



VIQ Verbal IQ      VCI Verbal Comprehension Index
PIQ Performance IQ    POI Perceptual Organization Index
FSIQ Full Scale IQ     WMI Working Memory Index
            PSI Processing Speed Index

MAR000378

## *Subtest Scores Summary*

| Verbal Subtests | Raw Score | Age SS | PR | Ref SS |
|---|---|---|---|---|
| Vocabulary | 38 | 8 | 25 | 10 |
| Similarities | 23 | 10 | 50 | 10 |
| Arithmetic | 8 | 5 | 5 | 6 |
| Digit Span | | | | |
| Information | | | | |
| Comprehension | | | | |
| Letter-Number Sequencing | | | | |

| Performance Subtests | Raw Score | Age SS | PR | Ref SS |
|---|---|---|---|---|
| Picture Completion | | | | |
| Digit Symbol-Coding | | | | |
| Block Design | | | | |
| Matrix Reasoning | | | | |
| Picture Arrangement | | | | |
| Symbol Search | | | | |
| Object Assembly | | | | |

MAR000379

## Graph of WAIS-III Subtest Scaled Scores by Scale



| V | Vocabulary (8) | PC | Picture Completion |
|---|---|---|---|
| S | Similarities (10) | CD | Digit Symbol-Coding |
| A | Arithmetic (5) | BD | Block Design |
| DS | Digit Span | MR | Matrix Reasoning |
| I | Information | PA | Picture Arrangement |
| C | Comprehension | SS | Symbol Search |
| LN | Letter-Number Sequencing | OA | Object Assembly |

## *Graph of WAIS-III Subtest Scaled Scores by Index*



| V | Vocabulary (8) | PC | Picture Completion | VCI | Verbal Comprehension Index |
|---|---|---|---|---|---|
| S | Similarities (10) | CD | Digit Symbol-Coding | WMI | Working Memory Index |
| A | Arithmetic (5) | BD | Block Design | POI | Perceptual Organization Index |
| DS | Digit Span | MR | Matrix Reasoning | PSI | Processing Speed Index |
| I | Information | PA | Picture Arrangement | | |
| C | Comprehension | SS | Symbol Search | | |
| LN | Letter-Number Sequencing | OA | Object Assembly | | |

## Differences Between Subtest and Mean of Subtest Scores

| Verbal Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Vocabulary | 8 | | | | | |
| Similarities | 10 | | | | | |
| Arithmetic | 5 | | | | | |
| Digit Span | | | | | | |
| Information | | | | | | |
| Comprehension | | | | | | |
| Letter-Number Sequencing | | | | | | |

Difference from Verbal Mean used to determine strengths and weaknesses.

| Performance Subtests | Scaled Score | Mean Score | Diff. | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| Picture Completion | | | | | | |
| Digit Symbol | | | | | | |
| Block Design | | | | | | |
| Matrix Reasoning | | | | | | |
| Picture Arrangement | | | | | | |
| Symbol Search | | | | | | |
| Object Assembly | | | | | | |

Difference from Performance Mean used to determine strengths and weaknesses.

## Digit Span Discrepancies

| Subtest Level | Raw Score | Cumulative Percentage |
|---|---|---|
| Longest Digit Span Forward* | | |
| Longest Digit Span Backward* | | |
| Digits Forward - Backward** | | |

* A low cumulative percentage reflects a relatively high span capacity.

** A low cumulative percentage reflects a higher scatter.

MAR000382

## *Digit Symbol Optional Procedures*

| Optional Procedure | Raw Score | Cumulative Percentage |
|---|---|---|
| Incidental Learning - Pairing | | |
| Incidental Learning - Free Recall | | |
| Copy | | |

MAR000383

## *WAIS-III Raw Scores*

| Name: Angela Johnson | Age: 46 years, 2 months, 6 days | |
|---|---|---|
| Examiner: Dr. Martell | Sex: Male | |
| Date Tested: 03/23/2010 | Date of Birth: 01/17/1964 | |
| **Subtest** | | **Raw Score** |
| 1. Picture Completion | | |
|     Total Raw Score (0 to 25) | | |
| 2. Vocabulary | | |
|     Total Raw Score (0 to 66) | | 38 |
| 3. Digit Symbol | | |
|     Coding (0 to 133) | | |
|     Pairing (0 to 18) (Optional) | | |
|     Free Recall (0 to 9) (Optional) | | |
|     Copy (0 to 133) (Optional) | | |
| 4. Similarities | | |
|     Total Raw Score (0 to 33) | | 23 |
| 5. Block Design | | |
|     Total Raw Score (0 to 68) | | |
| 6. Arithmetic | | |
|     Total Raw Score (0 to 22) | | 8 |
| 7. Matrix Reasoning | | |
|     Total Raw Score (0 to 26) | | |
| 8. Digit Span | | |
|     Digits Forward Total Score (0 to 16) | | |
|     Digits Backward Total Score (0 to 14) | | |
|     Longest Digit Forward (0, 2 to 9) | | |
|     Longest Digit Backward (0, 2 to 8) | | |
| 9. Information | | |
|     Total Raw Score (0 to 28) | | |
| 10. Picture Arrangement | | |
|     Total Raw Score (0 to 22) | | |
| 11. Comprehension | | |
|     Total Raw Score (0 to 33) | | |
| 12. Symbol Search (Optional) | | |
|     Total Raw Score (0 to 60) | | |
| 13. Letter-Number Sequencing (Optional) | | |
|     Total Raw Score (0 to 21) | | |
| 14. Object Assembly (Optional) | | |
|     Total Raw Score (0 to 52) | | |

Portions of this report are protected by Copyright
Copyright 1997 by The Psychological Corporation
SAWS-A version 1.1