# DECLARATION OF AUTHENTICITY
## PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11)

I, _Doris Bacon_, declare under penalty of perjury under the laws of the State of Iowa and the United States that:

1. I am employed by the Mental Health Center of North Iowa, located at 235 South Eisenhower Avenue, Mason City, Iowa, 50401, and I am responsible for maintaining the records of the Mental Health Center of Iowa.

2. I have reviewed the attached six pages of records, bates-stamped MG0001490 through MG0001495, and compared those pages with the original records we have for Angela Johnson, DOB 01-17-1964, maintained in the office of the Mental Health Center of North Iowa. The attached records are a complete copy of the original records, and an exact copy with the exception of the bates-stamped numbers in the bottom right corner of each page.

3. The original records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, the persons with knowledge of those matters.

4. The original records were kept in the course of the regular activity of the Mental Health Center of Northern Iowa.

5. The original records were made as part of a regular practice of the Mental Health Center of Northern Iowa.

Executed this _18th_ day of May 2011 at _Mason City_, Iowa.

_D. Bacon_

Case 3:09-cv-03064-MWB-LTS    Document 464-42    Filed 06/23/11    Page 1 of 7

MHC000001

Phone: 641-424-2075
Fax: 641-424-9555

## Mental Health Center of North Iowa

# Fax

| | | | |
|---|---|---|---|
| **To:** | Suellen Carman, MLS | **From:** | M.E. Lassise, M. D. |
| **Fax:** | 307-733-2774 | **Date:** | January 8, 2002 |
| **Phone:** | | **Pages:** | 6 including cover sheet |
| **Re:** | Angela Johnson, 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 | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**•Comments:**   With this fax please find copies of the Intake Interview dated March 25, 1996, med notes from April 17, 1996 through May 8, 1996 and progress notes from April 8, 1996 through May 13, 1996 regarding Ms. Johnson per a signed consent to release information.

If I can be of further assistance, please feel free to contact me.

M. E. Lassise, M. D.
Mental Health Center of North Iowa

This information is disclosed to you from records where confidentiality is protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressing permitted by written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is not sufficient for this purpose.

The information in this facsimile message is privileged and confidential information intended only for the review and use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or the information contained therein is strictly prohibited. If you have received this communication in errors, please immediately notify us by telephone and return the original message to us at the above address.

These records have been sent by facsimile transmission at the request of, for the convenience of, and under the sole responsibility of the recipient. Because of possible transmission errors or illegibility, medical records sent by facsimile should not be exclusively relied upon for mental diagnosis or treatment.

PROGRESS NOTES

-1-

JOHNSON, ANGELA J.

08 April 1996:  NO SHOW - 4 units
Client failed to show for her scheduled appointment.  No show letter sent.

Steven Gordon, Psy.D./gjh

18 April 1996:  TELEPHONE CONVERSATION
Verleen Vander Poole (276-5496) who is the boss of Angela called.  Angela had told
her about coming here to the Center and seeing me.  She expressed concern regarding
Angela.  The client's medication was changed yesterday.  She started ZOLOFT.  Ms.
Vander Poole said she seems out of it for the last several days.  Client lives in
Urbandale but commutes up here for therapy.  I suggested that perhaps the boss could
talk to the client about finding counseling closer to the Urbandale area.

Steven Gordon, Psy.D./gjh

29 April 1996:  4 units
S:  Met with Angela.  Client also brought her 12 year old daughter, Alyssa.  We
    divided the session in half.  For the first part of the session I met just
    with Angela.  For the second part I met with the two of them.  Client said
    that he daughter came down to visit and it went well.  Client still finds herself
    tearful and crying, obsessing and ruminating.
O:  Client did appear depressed.  Brightened a little bit when Angela joined us.
A:  Client still has depressive symptoms.  I spoke with Dr. Lassise who increased
    the ZOLOFT to 100 mg.
T:  Support given.  Client still has no idea why her daughter chose to live with
    the father.  Thought she and the daughter had a good relationship.  Client supplied
    some background information on herself.  She was born in Wisconsin, family moved
    around quite a bit until she was in 5th grade.  Parents got a divorce when she
    was 4.  She has no idea why they got a divorce.  She and her father have never
    gotten along.  She has never thought that much of him.  He apparently remarried
    right away and focused on his new family.  Client has a younger brother, two
    younger sisters and one older sister.  She described life growing up as being
    bad.  She was mentally and physically abused by the mother.  Mother was "religiously
    unstable."  Mother is reportedly better now that she is older.  Client denies
    being the victim of rape, incest or molestation.  Highest level of education
    was 10th grade.  Client had to quit school because her mother was involved in
    a serious car accident.  Mother had just bought a cafe, could not work now so
    the client had to work in her place.  Client was married three years to Alyssa's
    father.  Reason for the divorce was he never showed any emotion.  He later turned
    out to be bipolar.  She has two children:  Alyssa, age 12; and Marvea, age 2.
    Marvea is from a relationship with a different man.  Client's jobs have included
    mostly working in restaurants.  When asked if there were any traumatic events
    in her life she admitted that there were some things but she did not want to
    talk about them at this time.  She said she had a really bad childhood.  As
    a result she has tried to be a good parent to her own children.  Client denies
    ever having any problems with drugs or alcohol.  I later heard from another
    source that she may have had some problems with chemical abuse.  Alyssa attempted
    suicide by overdosing on EXEDRIN.  This occurred when the client decided to
    move down to Urbandale.  She had not told the daughter yet but the father
    did so the daughter and her best friend decided to end it all.  After being
    released from Mercy Hospital client took her daughter down to Urbandale.  Client

CONFIDENTIAL MHC001491

PROGRESS NOTES

-2-

JOHNSON, ANGELA J.

29 April 1996: continuing....
rebelled. She finally let her come back and live with the father in Crystal Lake.

When I met with Alyssa she presented as being quite mature for her age. She admits she got in with the wrong crowd this past summer. This was a transition year going from middle school to junior high school in Clear Lake. When she entered junior high school this past fall she had more problems being teased and picked on by some of the other girls. She gravitated toward those kids who have problems. She stayed out late and drank. Mother began yelling more at her. Client then rebelled and yelled back. Feels now that she has a temper because of the mother. Alyssa admits she is depressed. She responded affirmative to depressive symptoms. She had been on antidepressant medication at one time. Her father doesn't believe in medication so it has never been renewed. I suggested that she talk to him about getting back on the medication. She had a bad experience with a counselor in Educare who was overbearing and now she is somewhat hesitant about meeting with anyone. She did agree to meet with her mom and I to work on improving family situation. Mother said that she has always been unusually close to her daughter. Mother has never allowed herself to get close to anyone other than the daughter and so it is the daughter who is able to hurt the mother. Client said that she likes living in Crystal Lake with the father. She doesn't like the fact that the two of them have to live with a male friend of the father's because of financial reasons. She is quite rebellious and doesn't like to be told what to do by this other guy, even though it is his house.

P: Continue providing support.

Steven Gordon, Psy.D./gjh


09 May 1996: TELEPHONE CONVERSATION
The client called (252-0151) saying that she ran out of her ZOLOFT. She would like to try something different as it made it her face break out. She gave me the number of her pharmacy at the HyVee in Urbandale (515-270-2572). This information was passed along to Dr. Lassise.

Steven Gordon, Psy. D./rkh


13 May 1996: CANCEL - 4 units
Client cancelled her appointment for today.

Steven Gordon, Psy.D./gjh

Case 3:09-cv-03064-MWB-LTS    Document 284-42    Filed 06/23/11    Page 4 of 7

MHC000004

MG001492

MEDICAL NOTES

JOHNSON, ANGELA

17 April 1996:  The patient has a history of DEPRESSION and called stating that the PROZAC is not working.  She is still having panic attacks and not sleeping.  Will switch PROZAC to the ZOLOFT 50 mg. q. h.s.  One months supply times one called in and she's to reschedule with Dr. Gordon, whom she missed her last appointment with recently.

M.E. Lassise, M.D./rkh

29 April 1996:  Spoke with Dr. Lassise regarding Angela continuing to be upset, tearful, etc.  He increased the ZOLOFT to 100 mg.

Steven Gordon, Psy.D./gjh

08 May 1996:  The patient calls stating that the ZOLOFT caused her face to break out and she wants a different medication.  Therefore, PAXIL 20 mg. q. a.m. #30 times one prescripti called in.

M. E. Lassise, M.D./rkh

17 June 1996:  NO SHOW--1 UNITS

M. E. Lassise, M.D./rkh

CONFIDENTIAL
For Your Files Only

MHC000005

MG001493

MENTAL HEALTH CENTER OF NORTH IOWA, INC.
235 SOUTH EISENHOWER AVENUE
MASON CITY, IA 50401
TELEPHONE: 515-424-2075

INTAKE INTERVIEW

JOHNSON, ANGELA J.
DOB: 01-17-64
AGE: 32

3256 86th St. Apt. 710
Urbandale, IA 50322
Polk County
Home Phone: 252-0151
County of Legal Residence: Cerro Gordo

25 March 1996
INS: None
OCC: Urbandale Country
Club

IDENTIFICATION: The patient is a 32 year old, divorced white female stating her reason for coming as, "my daughter".

HISTORY OF PRESENT ILLNESS: The patient has two daughters, one age 2 and the other age 12. Her oldest daughter has had recent difficulties with peer group and depression. The daughter made suicidal gestures and since that time, the client and daughter have marked interpersonal difficulties. Ms. Johnson is very distraught as she says the daughter tells her that she hates her since Angela has decided to move to Urbandale and this is upsetting to her daughter who wants to stay with her peer group. Ms. Johnson is having difficulty setting limits and is distraught that her daughter is putting her peers in front of her mother. Angela was seen in Ambulatory Psych. clinic and started on Prozac 20 mg. q.d. Since then she has noted some improvement in mood lability, panic attacks and energy. She also notes that she has not hyperventilated since being started on this medicine.

PAST MEDICAL HISTORY: negative.

MEDICATIONS: PROZAC 20 mg. q.d.

ALLERGIES: no known allergies.

SOCIAL HISTORY: The patient has two daughter, both from different fathers. She is not, at present, married and says both daughters are with their respective fathers at present as the patient is very distraught and not able to deal with custody of her children at present.

MENTAL STATUS EXAMINATION: The patient is oriented X 3, affect is tearful with moderate lability and cognition/memory grossly intact. Reality testing unimpaired and she denies suicidal or homicidal thoughts. Rate of speech mildly decreased, flow of thought is circumstantial and thought content dependent. Mood is low and insight poor.

IMPRESSION:
    AXIS I:    MAJOR DEPRESSION. 296.2
    AXIS II:   DEPENDENT PERSONALITY FEATURES. 301.6
    AXIS III:  NO DIAGNOSIS.

CONFIDENTIAL

MHC000006   MG081494

JOHNSON, ANGELA J.
PAGE 2

AXIS IV: INTERPERSONAL DIFFICULTIES.
AXIS V: GAF: 48

PLAN: Will maintain the patient on PROZAC 20 mg. q.d. and she's to follow up either here or in Urbandale for these meds. Also scheduled her with Dr. Gordon for more intensive psychotherapy.

TIME: 3 units.

M. E. Lassise, M.D./rkh

MHC000007    MG001495