CAMPUS: E

# NORTH IOWA MERCY HEALTH CENTER MASON CITY, IOWA

JOHNSON, ANGELA J

**NAME AND ADDRESS**
5 S 19TH ST
CLEAR LAKE, IA 50428
JOHNSON, ANGELA J

96597182 LASSISE, M E 010
11-03-80
515/357-7496

**PHYSICIAN/CODE**
**FAMILY PHYSICIAN** LINDSTROM, L 01034
**OTHER EMPLOYER**

**REFERRING PHYSICIAN/CODE**
**ADMISSION DATE/TIME** 3/12/96 13:54
238

**NAME AND ADDRESS**
5 S 19TH ST
CLEAR LAKE, IA 50428    515/357-7496

**EMPLOYER** WATER FRONT

P: 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    G: 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

| BIRTH DATE | AGE | SEX / MS | TYPE | ARRIVED BY | P.A.T. DONE |
|---|---|---|---|---|---|
| 1/17/64 | 32Y | F D | O OP2 | | |

**PRIMARY INSURANCE**
PRIVATE PAY

| TIME PHYSICIAN PAGED | ANSWERED | ARRIVED | ADM. BY | ADMISSION NO. |
|---|---|---|---|---|
| | | | | MAR96597182 |

**ALLERGIES** NKA

**TETANUS** ☐ CURRENT < 5 yrs. ☐ >5 yrs. ☐ NEVER

**OTHER INSURANCE**
HONKEN, DUSTIN L    515-424-8787
FRIEND

**PRESENT MEDS AND/OR MEDICAL CONDITIONS**
Ø

**COMPLAINT/PROCEDURE**
AFTERCARE VISIT

**TIME** 1530 **NURSE'S ASSESSMENT** [handwritten, illegible]

**TIME** **TEMP** **PULSE** **RESP** **B/P** [handwritten]

**PER DR.** **NURSE'S SIGNATURE** [handwritten]

**GOAL EVAL** **NURSE INIT.**

**KEY**
M = Goal Met
N = Goal Not Met
* = Evaluation in nurses notes

**TIME** **PATIENT GOAL/EXPECTED OUTCOME BY DISCHARGE** [handwritten] ... will not harm self.

SOP #:

**PHYSICIAN'S HISTORY & PHYSICAL FINDINGS**

R    L

NOTICE TO RECIPIENT OF INFORMATION:
This information has been disclosed to you from records whose confidentiality is protected by federal and state law which prohibits you from making any further disclosure it pertains or an individual's representative or as otherwise permitted by such. authorization for the release of information is NOT sufficient on the purpose unauthorized disclosure of mental health information is unlawful, and civil damages and criminal penalties may be applicable to the unauthorized disclosure of mental health information.

**MED / DOSE / TIME:**

**MED / DOSE / TIME:**

**DIAGNOSIS:** Depression

**INSTRUCTIONS TO PATIENT:** Prozac 20 gAM
F/U Dr Lassise @MHC

**PHYSICIAN'S SIGNATURE** [signature]

**DATE DISMISSED** 4/12/96    **TIME:**

**MODE OF DISMISSAL** ( ) CARRIED ( ) CART ( ) WHEELCHAIR ( ) CANE ( ) CRUTCHES ( ) WALKED
**ACCOMPANIED BY:**

**CONDITION ON DISCHARGE**
( ) GOOD ( ) FAIR ( ) SERIOUS ( ) CRITICAL

**NURSE'S SIGNATURE:**

I understand the examination and treatment received has been on an emergency basis only and has not been a substitute or replacement for full medical care. I certify receipt of and understand the instructions to patient.
( ) Separate Emergency Center Instruction Sheet given to Patient

**PATIENT SIGNATURE**

**DISPOSITION**
☐ DOCTOR'S OFFICE  ☐ ADMIT TO ROOM    ☐ DISCHARGE HOME
☐ TRANSFER TO    ☐ PATIENT REFERRED TO DOCTOR

**X-RAYS**
| | |
|---|---|
| PA/lat CXR | |
| Port CXR | |
| C-spine (cra lab) | |
| C-spine routine | |
| ABD (flat & upright) | |

TO:
FROM:

**LAB** REQ
| | |
|---|---|
| Hemogram | |
| CBC | |
| Lytes | |
| BUN | |
| Creat | |
| Amylase | |
| PT, PTT | |
| Profile | |
| Enzymes | |
| EtOH | |
| UA | |
| Culture | |
| Blood & Glucose | |
| Type & Screen | |
| Type & Cross | |

units

**CV& P**
| | |
|---|---|
| EKG | |
| ABG's | |

NORTH IOWA MERCY HEALTH CENTER EMERGENCY CENTER    MEDICAL RECORD DEPT.

OUTPATIENT - EMERGENCY CENTER RECORD
MH-528 (REV. 1/94)