

# CERRO GORDO COUNTY
## SHERIFF'S DEPARTMENT

220 N Washington Ave     Mason City, IA 50401-3254     (641) 421-3000
Kevin Pals, Sheriff                                           FAX (641) 421-3135

## CONFIDENTIALITY NOTICE

The information contained in this facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile message is strictly prohibited. If you have received this facsimile message in error, please immediately notify us by telephone and return original to the address above by U.S. Postal Service

                                                         Thank You

FROM: _Cerro Gordo Co Sheriff_

TO: _Mary C. Moody Agency_

DATE: _3/22/02_             TIME: _1220_

PAGES _3_ _____ (Including this cover sheet)

From: CERRO GORDO COUNTY SHERIFF DEPARTMENT
220 N WASHINGTON
MASON CITY, IOWA 50401

VOICE: 641-421-3000     FAX: 641-421-3135

REMARKS: _This is all that is included in case file. Bruce Ausenha Record_

Case 3:09-cv-03064-MWB-LTS    Document 284-44    Filed 06/23/11    Page 1 of 2

MG005981

User Type: S      Entry #: 003161     CFS: Y     CFS #: 000508     02/22/1991    18:36

Agency: CGSD    CERRO GORDO COUNTY SHERIFF'S DEPARTMENT
To:               From:             Signal/Code:
Last Name: JOHNSON          First: ANGIE
Caller Addr: 406 W. LAKE ST VENTURA     Phone: (515) 829-3238
Caller City:                Cell Ph.:
Complainant Last Name:          First:
Business: 0               File Num:
Description: 4D-HARRASSMENT      Call Type: G    How Rcvd: T
Statute:
User Type: S     Dispatcher: 310    WILLEMSEN, JOANN
User Type: S     Shift Com: 0
Loc Code: 0         Intersection:
Location: 406 W. LAKE ST VENTURA
User Type: S     Dispatched: 9005    CLAPPER, RICHARD
Time Disp: 18:43       Time Arrive: 18:44     Time Cleared:
UCR Code: 2455    DISORDERLY CONDUCT/HARRAS/ANNOY. CALL ETC.
College Code:
Report: Y             Previous Call Ref Year: 0      Num: 0

ANGIE JOHNSON REPORTS THAT HER EX-BOYFRIEND CONTACTED HER AND THREATENED HER, EX-BOYFRIEND IS TERRY DEGRUIS. ANGIE ADVISED SHE WOULD FEEL SAFER IF SHE TOOK HER DAUGHTER AND LEFT THE RESIDENCE. ADVISED HER TO CONTACT S.O. AS SOON AS SHE GOT SOMEWHERE SAFE AND WOULD HAVE OFFICER CONTACT HER THEN. SHE REQUESTED SPECIAL ATTENTION TO HER RESIDENCE AS SHE THOUGHT TERRY MAY TRY TO TRASH HER RESIDENCE. ANGIE LATER CONTACTED S.O. AND ADVISED SHE WAS STAYING AT THE BUDGET INN ROOM 226 CLEAR LAKE. OFFICER CLAPPER NOTIFIED OF PBX # TO REACH ANGIE.

*** End of Report ***

MG005982