THE STATE OF IOWA

COUNTY OF _Cerro Gordo_

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Christina Yates_
who, being by me duly sworn, deposed as follows:

My name is _Christina Yates_, I am of sound mind, capable of making this
affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _CLEAR LAKE POLICE DEPARTMENT_.

Attached hereto are __11__ pages of records from _CLPD_. These __11__
pages of records are kept by _CLPD /Records_ in the regular course of business,
and it was the regular course of business of _CLPD_ for an
employee or representative of _CLPD_ with knowledge of the act,
event, condition, opinion, or diagnosis recorded to make the record or to transmit
information thereof to be included in such record; and the record was made at or near
the time of the act, event, condition, opinion or diagnosis. The records attached hereto
are the original or exact duplicates of the original.

_Christina Yates_

_Records - CLPD_

In witness whereof I have hereunto subscribed my name and affixed my official seal this
_17_ day of _May_, 2005.

_Daniel J. Jackson_

Notary Public in and for the State of _Iowa_

DANIEL J. JACKSON
Commission Number 122419
My Commission Expires _8-19-06_

Case 3:09-cv-03064-MWB-LTS    Document 284-45    Filed 06/23/11    Page 1 of 14

MG006001

# Confirmation Report - Memory Send

Time : May-17-2005 12:13pm
Tel line : 3078839156
Name : KEITH GOODY, ATTORNEY AT LAW

| | | |
|---|---|---|
| Job number | : | 225 |
| Date | : | May-17 12:11pm |
| To | : | 16413577172-300 |
| Document pages | : | 013 |
| Start time | : | May-17 12:11pm |
| End time | : | May-17 12:13pm |
| Pages sent | : | 013 |
| Status | : | OK |
| Job number | : 225 | |

\*\*\* SEND SUCCESSFUL \*\*\*

P.O. Box 3690
Alpine, WY 83128
(307) 883-9155
fax (307) 883-9156
email: mitigate@silverstar.com



Mary C. Goody
Mitigation Specialist

# Fax

| To: | Custodian of Records | From: | Mary Goody |
|---|---|---|---|
| | CLEAR LAKE POLICE DEPARTMENT | | |
| Fax: | 641-357-7172 | Pages: | |
| Phone: | | Date: | 5/17/05 |
| Re: | Re: Angela Johnson | CC: | |

x Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

To Whom It May Concern: In 20021we received the following records from your office by fax. Ms. Johnson's death penalty trial is ongoing and we now need the Custodian of Records to fill out the following Affidavit and return it to us by overnight mail using Federal express. Time is of the essence and we appreciate your cooperation.

My federal express charge number is 253384476. Additionally, please FAX back the Affidavit.

Thank you for your time. Please call the above number if you have questions or concerns.

Mary Goody

MG006002

P.O. Box 3690
Alpine, WY 83128
(307) 883-9155
fax (307) 883-9156

*138 Kara St.*
*Alpine, WY*
*83128*

email: mitigate@silverstar.com



**Mary C. Goody**
**Mitigation Specialist**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Custodian of Records | **From:** | Mary Goody |
| | CLEAR LAKE POLICE DEPARTMENT | | |
| **Fax:** | 641-357-7172 | **Pages:** | |
| **Phone:** | | **Date:** | 5/17/05 |
| **Re:** | Re: Angela Johnson | **CC:** | |

x **Urgent**    □ **For Review**    □ **Please Comment**    □ **Please Reply**    □ **Please Recycle**

To Whom It May Concern: In 20021we received the following records from your office by fax. Ms. Johnson's death penalty trial is ongoing and we now need the Custodian of Records to fill out the following Affidavit and return it to us by overnight mail using Federal express. Time is of the essence and we appreciate your cooperation.

My federal express charge number is 253384476. Additionally, please FAX back the Affidavit.

. Thank you for your time. Please call the above number if you have questions or concerns.

Mary Goody

MG086003

THE STATE OF IOWA

COUNTY OF _____

AFFIDAVIT

Before me, the undersigned authority, personally appeared _____
who, being by me duly sworn, deposed as follows:

My name is _____, I am of sound mind, capable of making this
affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _CLEAR LAKE POLICE DEPARTMENT.

Attached hereto are _____ pages of records from _____. These _____
pages of records are kept by _____ in the regular course of business,
and it was the regular course of business of_____ for an
employee or representative of_____ with knowledge of the act,
event, condition, opinion, or diagnosis recorded to make the record or to transmit
information thereof to be included in such record; and the record was made at or near
the time of the act, event, condition, opinion or diagnosis. The records attached hereto
are the original or exact duplicates of the original.

_____


_____


In witness whereof I have hereunto subscribed my name and affixed my official seal this
_____ day of _____, 2005 .


_____
Notary Public in and for the State of _____

Case 3:09-cv-03064-MWB-LTS    Document 284-45    Filed 06/23/11    Page 4 of 14    MG006004



**TO PROTECT AND SERVE**

*Clear Lake Police Department*

511 1st Ave. No.
P.O. Box 291
CLEAR LAKE, IOWA 50428

Ph. (641) 357-2186
FAX (641) 357-7172

November 29,2001

**RE:** Angela Johnson
SSN 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
DOB 01-17-64

To Whom It May Concern:

This is the information you requested.

Christina L. Yates
Civilian Support Supervisor
Records Clear Lake Police Dept.

Case 3:09-cv-03064-MWB-LTS   Document 284-45   Filed 06/23/11   Page 5 of 14   MG006005

11/29/2001 Clear Lake Police Department Page 1 of 1
Single Call For Service

User Type: P      Entry #: 017408      CFS: Y      CFS #: 005235      07/08/1996      11:15

Agency:
  To:                                    From:                      Signal/Code:
Last Name: Johnson                          First: Angela
Caller Addr: 3527 86 St                     Phone: (515) 252-0151
Caller City: Urbandale                      Cell Ph.:
Complainant Last Name:                      First:
  Business: 0                               File Num:
  Description: 15 B&E/res & shed            Call Type: 08    How Rcvd: T
  Statute:
User Type: P      Dispatcher: 47    Black, Pamela
User Type: P      Shift Com: 20     Jackson, Daniel
Loc Code: 9            Intersection: 8 St to I35/4 Av S & 27 Av S
  Location: 5 S 19th St
User Type: P      Dispatched: 27    Green, John
  Time Disp: 11:15      Time Arrive:           Time Cleared:
UCR Code: 0
College Code:
  Report: Y                    Previous Call Ref Year: 0        Num: 0

Angela called the PD to report that sometime between 6-3-96 and 7-3-96 unknown subj(s) entered res
and shed and took several items. Angela was at her CL res over the 4th of July weekend, but did not
report this then. Angela advd she will be returning to CL area poss weekend of 7-12-96 she will come
to PD to file a report. Items taken from shed. Webster gas grill//GE window Air Conditioner//12 sp
Huffy girls bike no lic/// GE Microwave//Sears tool box with misc tools//door way frame damaged,
padalock was on door, but not locked.    Items taken from residence    JBC tape deck//CD player//2
tinted glass shelves broken//arm weighs//window screen damage to the rear house basement window.
DATE: 07/14/96 TIME: 6:30 PM Report taken by #4   BR #96-40

*** End of Report ***

Case 3:09-cv-03064-MWB-LTS    Document 284-45    Filed 06/23/11    Page 6 of 14    MG006006

11/29/2001 Clear Lake Police Department Page 1 of 1
Single Call For Service

User Type: P    Entry #: 004969    CFS: Y    CFS #: 001453    03/07/1993    13:35

Agency:
To:    From:    Signal/Code:
Last Name: Johnson    First: Angie
Caller Addr: 5 South 19 St    Phone:
Caller City: CL    Cell Ph.:
Complainant Last Name:    First:
Business: 0    File Num:
Description: 6 10-43 Stalking Law    Call Type: 18    How Rcvd: P
Statute:
User Type: P    Dispatcher: 43    Dunn, Geri
User Type: P    Shift Com: 26    Hanson, James
Loc Code: 4    Intersection: Lkvw E to 8 St/2 Av N & 4 Av S
Location: CLPD
User Type: P    Dispatched: 29    Knebel, Kevin
Time Disp: 13:35    Time Arrive: 13:35    Time Cleared: 13:37
UCR Code: 0
College Code:
Report: Y    Previous Call Ref Year: 0    Num: 0

Angie Johnson drove to PD (right up on sidewalk) in VIF159  Came into PD  and requested information
on stalking law   Talked to #6   Apparently was  being stalked by male subject  // #6 KDK   She did not
want to tell me who was doing this.  She just wanted info on  stalking law.  I gave her a copy of the
housefile and she left. #6kdk

*** End of Report ***

MG006007

Clear Lake Police Department
Single Call For Service

User Type: P        Entry #: 005489      CFS: Y      CFS #: 001612      03/14/1993   03:46

        Agency:
            To:                        From:                        Signal/Code:
    Last Name: Johnson                     First: Angie
    Caller Addr: 5 S 19                     Phone: (515) 357-6374
    Caller City: CL                        Cell Ph.:
Complainant Last Name:                     First:
    Business: 0                            File Num:
    Description: 14 10-37/Degeus           Call Type: 64      How Rcvd: E
        Statute:
    User Type: P       Dispatcher: 45    Havill, Barbara
    User Type: P       Shift Com: 24     Lyster, James
    Loc Code: 6              Intersection: 8 St to I35/Main & 4 Av S
    Location: 5 S 19
    User Type: P       Dispatched: 24    Lyster, James
    Time Disp: 03:46        Time Arrive: 03:51        Time Cleared: 03:53
    UCR Code: 0
College Code:
    Report: Y                     Previous Call Ref Year: 0        Num: 0

Bro veh by comps res She would like it to leave  TNE330 Bro/tan 78 Olds to Edward Degeus RR2 Box 51 Britt  Talked to Terry Degeus & told him to leave & he did #14JL

\*\*\* **End of Report** \*\*\*

Clear Lake Police Department
Single Call For Service

User Type: P          Entry #: 005505          CFS: Y          CFS #: 001618          03/14/1993          13:39

Agency:
To:                                      From:                                 Signal/Code:
Last Name: Johnson                           First: Angie
Caller Addr: 5 S 19 St                       Phone: (515) 357-6374
Caller City: CL                              Cell Ph.:
Complainant Last Name:                       First:
  Business: 0                                File Num:
  Description: 10 Harrassment/Degeus         Call Type: 45          How Rcvd: E
  Statute:
User Type: P      Dispatcher: 43   Dunn, Geri
User Type: P      Shift Com: 26    Hanson, James
  Loc Code: 6              Intersection: 8 St to I35/Main & 4 Av S
  Location: 5 S 19 St
User Type: P      Dispatched: 26   Hanson, James
  Time Disp: 13:39       Time Arrive: 13:44      Time Cleared: 13:51
  UCR Code: 0
College Code:
  Report: Y                     Previous Call Ref Year: 93          Num: 1612

Backup Officers:

| Type | Off Num | Name | Disp | Arrive | Clear |
|------|---------|------|------|--------|-------|
| P | 31 | Chizek, Paul A | 13:52 | | |

Terry Degeus has been harrassing Angie since last night  Calling and  stopping by res  Trying to get into
res   Angie would like to file charges  Subject had left when #10 arrived but said he would come back as
soon as  officer left res   #10 took report and told Angie to call if he returned  VIF159 blu 92 Toyota
Angie Johnson  5 S 19 St  CL  #10 jh

*** End of Report ***

MG086009

Clear Lake Police Department
Single Call For Service

User Type: P        Entry #: 005507    CFS: Y    CFS #: 001620    03/14/1993    13:56

Agency:
    To:                                           From:                                      Signal/Code:
Last Name: Johnson                                  First: Angie
Caller Addr: 5 S 19 St                              Phone: (515) 357-6374
Caller City: CL                                     Cell Ph.:
Complainant Last Name:                              First:
    Business: 0                                     File Num:
Description: 9 Stalking Arrest/Degeus               Call Type: 45    How Rcvd: E
    Statute:
User Type: P      Dispatcher: 43      Dunn, Geri
User Type: P      Shift Com: 26       Hanson, James
    Loc Code: 6            Intersection: 8 St to I35/Main & 4 Av S
    Location: 5 S 19 St
User Type: P      Dispatched: 31      Chizek, Paul
    Time Disp: 13:56      Time Arrive: 13:58      Time Cleared: 14:04
    UCR Code: 0
College Code:
    Report: Y                        Previous Call Ref Year: 93        Num: 1618

Backup Officers:

| Type | Off Num | Name | Disp | Arrive | Clear |
|------|---------|------|------|--------|-------|
| P | 26 | Hanson, James LeRoy | 13:56 | 13:58 | |

Angie called on 911 to report that Terry Degeus was back at res   Parked  in front drive  Brought a
friend with him who came into house and told  Angie he did not want to go back out to car with Degeus
TNE330 brotan 78 Olds  Edward Degeus  Britt IA  ARRESTED: DEGEUS, TERRY SCOTT  OLN/480
90 1262 DOB/11-19-60  WM 507 170  1402 #9 10-76 PD with subject  1404 #9 10-6 PD with Degeus
AR #93-60  OR #93-14  AS #93-15  TERRY DEGEUS WAS AT ANGIE JOHNSONS HOUSE AND WAS
TOLD MORE THAN ONCE NOT TO  BE AT THE RES. AFTER THE SECOND CALL THAT TERRY
WAS AT THE HOUSE HARRASSING  ANGIE HE WAS PLACED UNDER ARREST FOR STALKING.
TERRY WAS BROGHT TO THE PD. AND PROCESSED AND RELEASED ON HIS OWN. #9PC

*** End of Report ***

MG006010

Single Call For Service

User Type: P     Entry #: 004221     CFS: Y     CFS #: 001019     02/23/1992   02:07

Agency:
To:            From:            Signal/Code:
Last Name: Johnson            First: Angie
Caller Addr: 5 S 19            Phone: (515) 357-6374
Caller City: CL            Cell Ph.:
Complainant Last Name:            First:
Business: 0            File Num:
Description: 8 10-16/Degues            Call Type: 44     How Rcvd: E
Statute:
User Type: P     Dispatcher: 45     Havill, Barbara
User Type: P     Shift Com: 24     Lyster, James
Loc Code: 6            Intersection: 8 St to I35/Main & 4 Av S
Location: 5 S 19
User Type: P     Dispatched: 50     ALL,
Time Disp: 02:08       Time Arrive: 02:11       Time Cleared: 02:32
UCR Code: 0
College Code:
Report: Y            Previous Call Ref Year: 0       Num: 0

Backup Officers:

| Type | Off Num | Name | Disp | Arrive | Clear |
|------|---------|------|------|--------|-------|
| P | 24 | Lyster, James William | 02:08 | | 02:32 |
| P | 28 | Asbe, Kenneth Eugene | 02:08 | 02:11 | 02:17 |

Comp calling from Angie Johnson res advised her ex-boyfriend was outside pounding on door & they would not let him in Would like him removed #5 advised ex had left in gm older (72?) Chev p/up with topper Poss 10-55 (Put out on LEA Make your own case) Rodney Nicholson called in for Angie.

-------------------------------------------------------------------

\*\*\* **End of Report** \*\*\*

Case 3:09-cv-03064-MWB-LTS    Document 284-45    Filed 06/23/11    Page 11 of 14    MG006011

Clear Lake Police Department
Single Call For Service

User Type: P      Entry #: 006953      CFS: Y      CFS #: 001811      03/29/1992      17:48

Agency:
       To:                          From:                          Signal/Code:
Last Name: Johnson                  First: Angie
Caller Addr: 5 S 19 St              Phone: (515) 357-6374
Caller City: Clear Lake             Cell Ph.:
Complainant Last Name:              First:
   Business: 0                          File Num:
   Description: 9 Remove Subj/DeGues    Call Type: 45      How Rcvd: E
   Statute:
User Type: P      Dispatcher: 41    Meyers, Mary
User Type: P      Shift Com: 23     Cookman, Michael
   Loc Code: 6            Intersection: 8 St to I35/Main & 4 Av S
   Location: 5 S 19 St
User Type: P      Dispatched: 31    Chizek, Paul
   Time Disp: 17:48      Time Arrive:           Time Cleared:
   UCR Code: 0
College Code:
   Report: Y                 Previous Call Ref Year: 0      Num: 0

Angie Johnson called on 911 and then advised that she had no problem  She called right back and said
that Terry DeGues was knocking on her door  and she wanted him removed.   Then she advised that
Police need not come  down, that DeGues had left the area in a black car  Unknown direction of  travel.
If he comes back  she will call us. Contacted by #9   SHe advised no problem now. If he comes back
she will  call us. #9

*** End of Report ***

11/29/2001        Clear Lake Police Department       Page 1 of 1
                    Single Call For Service

User Type: P      Entry #: 007040    CFS: Y     CFS #: 001833     03/30/1992   16:21

Agency:
       To:                  From:              Signal/Code:
Last Name: Johnson            First: Angie
Caller Addr: 5 S 19 St          Phone: (515) 357-6374
Caller City: CL                Cell Ph.:
Complainant Last Name:          First:
Business: 0                   File Num:
Description: Harrassment/DeGeus      Call Type: 45    How Rcvd: T
Statute:
User Type: P     Dispatcher: 43    Dunn, Geri
User Type: P     Shift Com: 24    Lyster, James
Loc Code: 6          Intersection: 8 St to I35/Main & 4 Av S
Location: 5 S 19 St
User Type: P     Dispatched: 50    ALL,
Time Disp:         Time Arrive:        Time Cleared:
UCR Code: 0
College Code:
Report: Y            Previous Call Ref Year: 92      Num: 1824

Angie Johnson has been harrassed by old boyfriend, Terry DeGeus, several times he has called &
threatened her and harrassed her at her workplace, Cty Kitchen. She talked to #1 & he told Angie to
call us if it happened again and we would file charges whether at her residence or somewhere else.
Ref CR 92-1824   Terry DeGeus lives in Britt w/parents 843-3071

*** End of Report ***

Case 3:09-cv-03064-MWB-LTS    Document 284-45    Filed 06/23/11    Page 13 of 14

MG006013

11/29/2001

Clear Lake Police Department
Single Call For Service

Page 1 of 1

User Type: P  Entry #: 007934  CFS: Y  CFS #: 002061  04/10/1992  05:19

Agency:
  To:  From:  Signal/Code:
Last Name: Johnson  First: Angie
Caller Addr: 5 S 19th St  Phone: (515) 357-6374
Caller City: Clear Lake, IA  Cell Ph.:
Complainant Last Name:  First:
  Business: 0  File Num:
Description: 12 Harassment/Degeus  Call Type: 45  How Rcvd: E
  Statute:
User Type: P  Dispatcher: 44  Ashby, Carol
User Type: P  Shift Com: 22  Callaway, Gene (Eugene)
  Loc Code: 6  Intersection: 8 St to I35/Main & 4 Av S
  Location: 5 S 19 St
User Type: P  Dispatched: 22  Callaway, Gene (Eugene)
  Time Disp: 05:19  Time Arrive: 05:20  Time Cleared: 05:32
  UCR Code: 0
College Code:
  Report: Y  Previous Call Ref Year: 0  Num: 0

Terry Degeus & a female are on Johnson's lawn, harrassing her.

*** End of Report ***

Case 3:09-cv-03064-MWB-LTS  Document 284-45  Filed 06/23/11  Page 14 of 14  MG006014