# LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICES
## MEDICAL HISTORY

NAME _Johnson, Angela_ AGE_____ LCSD# _77651_ DATE _2-23-04_

DR. NAME _WIL WIL_ ADDRESS _____ DATE LAST SEEN_____

FAMILY HISTORY: DIABETES _____ HEART DISEASE _____ EPILEPSY _____

ALLERGIC TO ANY MEDICATION? _AUGMENTIN FISH_ TAKING ANY MEDS? _SEE LIST_

INMATE HISTORY:

| | | | |
|---|---|---|---|
| HEART TROUBLE | — | HISTORY OF SEX OFFENSES | — |
| VD/HERPES | — | VICTIM HISTORY | — |
| EPILEPSY | — | HIGH/LOW BLOOD PRESSURE | — |
| SEVERE HEADACHES | — | RHEUMATIC FEVER/HEART MURMUR | — |
| TUBERCULOSIS | — | BACK PROBLEMS | ✓ MVA |
| DIABETES | — | TRICK KNEE, SHOULDER, ETC. | — |
| PSYCHOLOGICAL TROUBLE | ✓ | TUMOR, CANCER | — |
| ASTHMA | — | STOMACH INTESTINAL TROUBLE | — |
| EYE TROUBLE | WEARS GLASSES | RECURRANT DIARRHEA | — |
| EAR, NOSE, THROAT TROUBLE | — | HERNIA | — |
| HEAD INJURY W/UNCONSCIOUSNESS | — | MENSTRUAL PROBLEMS (FEMALES ONLY) | — |

HAS YOUR PHYSICAL ACTIVITY BEEN RESTRICTED IN THE PAST ONE YEAR? HAVE YOU BEEN SERIOUSLY INJURED, ILL, HOSPITALIZED OR HAD SURGERY IN THE PAST ONE YEAR? _____

_EAR → AUGMENTIN RX(x)_

ARE YOU FEELING ILL OR HAVING ANY PAIN? IF YES, DO YOU WISH TO RECIEVE ANY MEDICAL ATTENTION?

ARE THERE ANY OTHER MEDICAL PROBLEMS YOU THINK THE JAIL SHOULD KNOW ABOUT? _____

COMMENTS_____

X INMATE SIGNATURE: _____ OFFICER: _WOS_

## RECORD OF PHYSICAL EXAM

DATE: _2-23-04_ REFUSED PHYSICAL_____ WITNESS _____

VITAL SIGNS: RBP_____ LBP _110/82_ PULSE _76_ RESP._____ TEMP._____ HT. _5'7"_ WT. _232_

PAST HOSPITALIZATIONS/SURGERIES: _CHILD BIRTHS_

DRUG OR ALCOHOL USE: _____

SUICIDE ATTEMPTS: YES_____ NO _✓_    SUICIDE THOUGHTS: YES_____ NO _✓_

GENERAL APPEARANCE: _NEAT_    DENTITION: _22 PRESENT_

LCSO 1982 - 1 Rev. '94    TETANUS STATUS: _____

JMR000001

NAME: Johnson, Angela

ID # 77651

DATE ADMINISTERED C-6-04

# LINN COUNTY CORRECTIONAL HEALTH SERVICES

## TUBERCULIN PPD TEST:

Apply TB PPD  Mantoux Tubersol 5 T.U. = 0.1ml. Intradermally
On flexor surface of forearm 4" below elbow

## READ TB TEST        48 – 72 HRS

Measure induration with mm ruler across diameter

Negative : less than 5mm   (unless HIV+)
Doubtful: 5-9 mm
Positive:   10 mm  or greater

Tuber Sol
Mfg. CIMCAAA
Lot# HUENTLS
Exp. Date 8-7-06

DATE TO BE READ   2-8 oR 2-9-04

CHECK ARM (circle one) RIGHT LEFT

CELL BLOCK 3N

I agree to have a TB test in accordance with the health and safety regulation of the Linn
County Correctional Center.

Previous Positive (circle one) Yes No

Inmate Signature

Given By    WOS

Date Read    2F –04

Results (circle one) Negative Positive

m. m. of Induration   zero mm

JMR000002

USM

LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICES

## MEDICAL HISTORY

3N

NAME _Johnson, Angela_ AGE____ LCSD# _77651_ DATE _2-23-04_

DR. NAME _WILLIT_ ADDRESS _____ DATE LAST SEEN____

FAMILY HISTORY: DIABETES _____ HEART DISEASE _____ EPILEPSY _____

ALLERGIC TO ANY MEDICATION? _AUGMENTIN_ TAKING ANY MEDS? _SEE LIST_
_FISH_

INMATE HISTORY:

| | | |
|---|---|---|
| HEART TROUBLE | HISTORY OF SEX OFFENSES | |
| VD/HERPES | VICTIM HISTORY | |
| EPILEPSY | HIGH/LOW BLOOD PRESSURE | |
| SEVERE HEADACHES | RHEUMATIC FEVER/HEART MURMUR | |
| TUBERCULOSIS | BACK PROBLEMS ✓ MVA | |
| DIABETES | TRICK KNEE, SHOULDER, ETC. | |
| PSYCHOLOGICAL TROUBLE ✓ | TUMOR, CANCER | |
| ASTHMA | STOMACH INTESTINAL TROUBLE | |
| EYE TROUBLE _WEARS GLASSES_ | RECURRANT DIARRHEA | |
| EAR, NOSE, THROAT TROUBLE | HERNIA | |
| HEAD INJURY W/UNCONSCIOUSNESS | MENSTRUAL PROBLEMS (FEMALES ONLY) | |

HAS YOUR PHYSICAL ACTIVITY BEEN RESTRICTED IN THE PAST ONE YEAR? HAVE YOU BEEN SERIOUSLY INJURED, ILL, HOSPITALIZED OR HAD SURGERY IN THE PAST ONE YEAR? _____

_EVL → AUGENTIN RXN_

ARE YOU FEELING ILL OR HAVING ANY PAIN? IF YES, DO YOU WISH TO RECIEVE ANY MEDICAL ATTENTION?

ARE THERE ANY OTHER MEDICAL PROBLEMS YOU THINK THE JAIL SHOULD KNOW ABOUT? _____

COMMENTS _____

X INMATE SIGNATURE: _____ OFFICER: _WOS_

### RECORD OF PHYSICAL EXAM

DATE: _2-23-04_ REFUSED PHYSICAL_____ WITNESS _____

VITAL SIGNS: RBP ____ LBP _110/82_ PULSE _76_ RESP. ____ TEMP. ____ HT. _5'7"_ WT. _232½_

PAST HOSPITALIZATIONS/SURGERIES: _CHILD BIRTHS_

DRUG OR ALCOHOL USE: _____

SUICIDE ATTEMPTS: YES____ NO ✓    SUICIDE THOUGHTS: YES____ NO ✓

GENERAL APPEARANCE: _NEAT_ DENTITION: _22 PRESENT_

TETANUS STATUS: _____

LCSO 1982 - 1 Rev. '94

Case 3:09-cv-03064-MWB-LTS    Document 284-6    Filed 06/23/11    Page 3 of 75
JMR000005

NAME: *Johnson, Angela*

ID # *77651*

DATE ADMINISTERED *C-6-04*

# LINN COUNTY CORRECTIONAL HEALTH SERVICES

## TUBERCULIN PPD TEST:

Apply TB PPD Mantoux Tubersol 5 T.U. = 0.1ml. Intradermally
On flexor surface of forearm 4" below elbow

## READ TB TEST        48 – 72 HRS

Measure induration with mm ruler across diameter

Negative : less than 5mm   (unless HIV+)
Doubtful: 5-9 mm
Positive:   10 mm  or greater

Tuber Sol

Mfg. *LINCCHA*

Lot# *HUGNTLS*

Exp. Date *8-7-06*

DATE TO BE READ *2-8 or 2-9-04*

CHECK ARM (circle one) RIGHT LEFT

CELL BLOCK *3N*

I agree to have a TB test in accordance with the health and safety regulation of the Linn
County Correctional Center.

Previous Positive (circle one) Yes  No

Inmate Signature _____

Given By *WOG*

Date Read *24-04*

Results (circle one) Negative  Positive

m. m. of Induration *con on in*

JMR000004

# MEDICAL HISTORY

NAME _Angela Johnson_ AGE _____ LCSD# _77651_ DATE _1-5-02_

DR. NAME _None_ ADDRESS _____ DATE LAST SEEN_____

FAMILY HISTORY: DIABETES _____ ⊖ _____ HEART DISEASE _____ ⊖ _____ EPILEPSY _____ ⊖ _____

ALLERGIC TO ANY MEDICATION? _NKA_ TAKING ANY MEDS? _Paxil, Trazadone_

INMATE HISTORY:

| | | | |
|---|---|---|---|
| HEART TROUBLE | NO | HISTORY OF SEX OFFENSES | NO |
| VD/HERPES | | VICTIM HISTORY | |
| EPILEPSY | | HIGH/LOW BLOOD PRESSURE | |
| SEVERE HEADACHES | | RHEUMATIC FEVER/HEART MURMUR | |
| TUBERCULOSIS | | BACK PROBLEMS | |
| DIABETES | | TRICK KNEE, SHOULDER, ETC. | |
| PSYCHOLOGICAL TROUBLE | | TUMOR, CANCER | |
| ASTHMA | | STOMACH INTESTINAL TROUBLE | |
| EYE TROUBLE | | RECURRANT DIARRHEA | |
| EAR, NOSE, THROAT TROUBLE | | HERNIA | |
| HEAD INJURY W/UNCONSCIOUSNESS | | MENSTRUAL PROBLEMS (FEMALES ONLY) | |

HAS YOUR PHYSICAL ACTIVITY BEEN RESTRICTED IN THE PAST ONE YEAR? HAVE YOU BEEN SERIOUSLY INJURED, ILL, HOSPITALIZED OR HAD SURGERY IN THE PAST ONE YEAR? _____

ARE YOU FEELING ILL OR HAVING ANY PAIN? IF YES, DO YOU WISH TO RECIEVE ANY MEDICAL ATTENTION? _____

ARE THERE ANY OTHER MEDICAL PROBLEMS YOU THINK THE JAIL SHOULD KNOW ABOUT? _____

COMMENTS _Excellent mood. States that everything is fine. Seemed to be OK Joking around._

INMATE SIGNATURE: _____ OFFICER:_____

## RECORD OF PHYSICAL EXAM

DATE:_____ REFUSED PHYSICAL_____ WITNESS _429_

VITAL SIGNS: RBP _____ LBP _132/82_ PULSE _84_ RESP. _20_ TEMP. _97.7_ HT. _5'7_ WT. _217_

PAST HOSPITALIZATIONS/SURGERIES: _Denies_

DRUG OR ALCOHOL USE: _meth, pot_

SUICIDE ATTEMPTS: YES _X_ NO_____ SUICIDE THOUGHTS: YES_____ NO _X_

GENERAL APPEARANCE: _good_ DENTITION: _Oct. 2001_

LCSO 1982 - 1 Rev. '94    TETANUS STATUS: _?_

JMR000005

NAME *Johnson, Angela*

DATE *12-18-01*

LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICES

TUBERCULIN PPD TEST:  APPLY TUBERCULIN PPD, APLISOL 5 T.U.0.1.
ML. INTRADERMALLY ON FLEXOR SURFACE RIGHT
FOREARM 4" BELOW ELBOW.

READING TB TEST:  48 TO 72 HOURS LATER
MEASURE INDURATION WITH A MILLIMETER RULER
ACROSS THE DIAMETER

NEGATIVE: LESS THAN 5 MM *(unless HIV +)*

DOUBTFUL: 5 - 9 MM

POSITIVE: 10 MM OR MORE

R *12-20-01* CHECK ARM

*M* CELL BLOCK

NDC 11793-7521-2     5 ml
Tuberculin Purified
Protein Derivative
(Mantoux) Tubersol®       *5*
Tween Stabilized Solution
5 U.S. units (TU) per test.
Bio-equivalent
Test Dose 0.1 ml intracutaneously.
50 Test Package
PASTEUR MÉRIEUX CONNAUGHT

I agree to have a PPD tuberculin test in accordance with the health
and safety regulations of the Linn County Correctional Center.

Tubersol®

Lot #

Expiration

Manufacturer
*Connaught*

Previous positive # *NO*

Signature X

Witness *427*

Date *12/20/01*

Result *Negative  0mm*

#133

## MEDICAL HISTORY

NAME Angela Johnson AGE 36 LCSD# MMC51 DATE 10-17-00

DR. NAME None ADDRESS _____ DATE LAST SEEN _____

FAMILY HISTORY: DIABETES ∅ HEART DISEASE ∅ EPILEPSY ∅

ALLERGIC TO ANY MEDICATION? NKA TAKING ANY MEDS? None

---

INMATE HISTORY:

| | | | |
|---|---|---|---|
| HEART TROUBLE | No | HISTORY OF SEX OFFENSES | No |
| VD/HERPES | | VICTIM HISTORY | |
| EPILEPSY | | HIGH/LOW BLOOD PRESSURE | |
| SEVERE HEADACHES | | RHEUMATIC FEVER/HEART MURMUR | |
| TUBERCULOSIS | | BACK PROBLEMS | |
| DIABETES | | TRICK KNEE, SHOULDER, ETC. | |
| PSYCHOLOGICAL TROUBLE | | TUMOR, CANCER | |
| ASTHMA | | STOMACH INTESTINAL TROUBLE | |
| EYE TROUBLE | | RECURRANT DIARRHEA | |
| EAR, NOSE, THROAT TROUBLE | | HERNIA | |
| HEAD INJURY W/UNCONSCIOUSNESS | | MENSTRUAL PROBLEMS (FEMALES ONLY) | |

HAS YOUR PHYSICAL ACTIVITY BEEN RESTRICTED IN THE PAST ONE YEAR? HAVE YOU BEEN SERIOUSLY INJURED, ILL, HOSPITALIZED OR HAD SURGERY IN THE PAST ONE YEAR? Fri noc 7/12/00 sent to hosp. for attempted suicide

ARE YOU FEELING ILL OR HAVING ANY PAIN? IF YES, DO YOU WISH TO RECIEVE ANY MEDICAL ATTENTION? c/o sorethroat, mouthpain et body aches

ARE THERE ANY OTHER MEDICAL PROBLEMS YOU THINK THE JAIL SHOULD KNOW ABOUT? None

COMMENTS _____

INMATE SIGNATURE: _____ OFFICER: _____

---

## RECORD OF PHYSICAL EXAM

DATE: 10-17-00 REFUSED PHYSICAL _____ WITNESS 428

VITAL SIGNS: RBP 120/70 LBP _____ PULSE 80 RESP. 20 TEMP. 98.6 HT 5'7 WT. _____

PAST HOSPITALIZATIONS/SURGERIES: Denies

DRUG OR ALCOHOL USE: Meth, Pot ∅ IV

SUICIDE ATTEMPTS: YES X NO _____    SUICIDE THOUGHTS: YES _____ NO X

GENERAL APPEARANCE: Good    DENTITION: Dental screening

LCSO 1982 - 1 Rev. '94    TETANUS STATUS: ?

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 7 of 75    JMR000007

NAME: Angela Johnson

DATE: 10-17-00

# LINN COUNTY CORRECTIONAL HEALTH SERVICES

## TUBERCULIN PPD TEST:

Apply TB PPD Mantoux Tubersol 5 T.U. = 1ml. Intradermally
On flexor surface of right forearm 4" below elbow

## READ TB TEST     48 – 72 HRS

Measure induration with mm ruler across diameter

Negative : less than 5mm   (unless HIV+)
Doubtful:  5-9 mm
Positive:   10 mm  or greater

✓ Thurs    10/19 CHECK ARM

M            CELL BLOCK

I agree to have a TB test in accordance with the health and safety regulation of the Linn
County Correctional Center.

NO            Previous Positive

            Signature

            Witness

10/19/2000            Date

Neg            Result

Jan Dolley, RN

JMR000008

Name JOHNSON, ANGELA JANE

| OFFICER - INMATE QUESTIONNAIRE | Y/N/R |
|---|---|
| 13. Has your physical activity been restricted in the past one year? | N |
| 14. Have you been seriously injured, ill, hospitalized or had surgery | N |
| 15. in the past one year? | N |
| 16. Have you been exposed to or diagnosed as having aids/hepatitis? | N |
| 17. Are you feeling ill or having any pain? | Y |
|     Describe:        TONGUE CUT | |
| 18. Have you ever tried to hurt yourself? | Y |
|    10-13-00 FRIDAY HUNG HERSELVE IN WATERLOO JAIL | |
| 19. Do you wish to have medical attention at this time? | N |
| 20. Are you thinking about killing yourself now? | N |
| 21. Describe allergies ? (i.e. medicine,food, or environmental) | Y |
|                   FISH | |
| 22. | |

F3=Exit      Enter to Continue      F9=Print Report      F12=Previous

JMR000009

JNSINQE          LINN COUNTY CORRECTIONAL CENTER          10/16/00 N01
                    MEDICAL SCREENING INQUIRY             18:58:03 N02

Name JOHNSON, ANGELA JANE

OFFICER - INMATE QUESTIONNAIRE                                      Y/N/R
10. Have you ever had/have any of the following illnesses or cond.?
a) Heart Trouble        N b) VD/Herpes        N c) Epilepsy          N
d) Headaches            N e) Tuberculosis     N f) Diabetes          N
g) Allergies            N h) Asthma           N i) Eye Trouble       N
j) Ear/Nose/Throat      N k) Psych Trouble     Y l) Head Inj W/Unconsc N
m) High/Low Blood Press N n) Rheumatic Fever  N o) Heart Murmur      N
p) Back Problems        N q) Trick Knee/Shoulder N r) Tumor/Cancer   N
s) Stomach Trouble      N t) Intestinal Problem N u) Recurr Diarrhea  N
v) Hernia               N w) Menstral (females) N x) Skin Problems   N
   If yes to any, desc. K-SEEN PSYCHIATRIST IN WATERLOO DOES NOT REMEMBER
   NAME,SEEN IN JAIL/CUT TONGUE,SEEN DOCTOR IN VINTON FOR DEPRESSION
11. Are you under a doctor's care?                                   Y
    Last Seen  1 MTH AGO
    Doctor's Name   VINTON JAIL DOCTOR      Doctor Address  VINTON IA
12. Current Meds used?                                               Y
    Type/amt.? ZERZONE,
    add'l Types/Amts 2 X A DAY            When was last?  3 DAYS AGO
F3=Exit       Enter to Continue       F9=Print Report          F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 10 of 75
JMR000010

JNSINQD        LINN COUNTY CORRECTIONAL CENTER     10/16/00 N01
             MEDICAL SCREENING INQUIRY      18:57:55 N02

Name JOHNSON, ANGELA JANE
Linn Co#  77651          Cell 3 M   01  10
Booking Number 00-0009557

ADMISSION OBSERVATIONS                             Y/N/A
1. Does the inmate show signs of depression?             N
2. Does the inmate appear overly anxious, afraid or angry?   N
   If yes, describe:
3. Does the inmate appear unusually embarrased or ashamed?  N
4. Is the inmate talking or acting in a strange manner?    N
5. Does the Inmate appear to be under the influence of alcohol/drug?  N
6. Does the inmate have scars that indicate a previous suicide att?  N
7. Does the inmates behavior suggest the risk of suicide?    N
8. Does the inmate have a persistant cough or seem lethargic?  N

9. DESCRIBE OTHER OBSERVATIONS WHICH MAY BE OF CONCERN:

F3=Exit     Enter to Continue     F9=Print Report      F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 284-46   Filed 06/23/11   Page 11 of 75

JMR000011

# MEDICAL HISTORY

JOHNSON,ANGELA JANE

WHITE FEMALE BRO 5'07 145#  36 yrs

Evidence of recent physical injury seen on inmate & how received:
Allergies, medications, or current medical problems that need attention:

    ALLERGIC TO FISH
    MEDS BROUGHT WITH HER
    HEADACHES
Current medications:

Blood Alcohol
Hospital Pref NO PREF
Ins Company    NONE
Emergency contacts:
    HOLLY DIRKSEN
    PO BOX 174
    KLEMME        IA
    515-587-2294    SISTER

Patient No
Policy No

000-000-0000

| Ever treated for: | Date | Treatment |
|---|---|---|
| ASTHMA | N | |
| HEART TROUBLE | N | |
| HYPERTENSION | N | |
| DIABETES | N | |
| EPILEPSY/SEIZURES | N | |
| DRUG ADDICTION | N | |
| ALCOHOLISM | N | |
| MENTAL ILLNESS | 10/03/00 | CURRENTLY |
| VENEREAL DISEASE | N | |
| TUBERCULOSIS | N | |
| TETANUS INOCULATION | N | |
| SPECIAL DIET | N | |
| INTRAVENOUS DRUG USE | N | |
| HAD HOMOSEXUAL ENCOUNTER | N | |
| HAD CHRONIC PNEUMONIA | N | |
| HAD CHRONIC DIARRHEA | N | |
| HAVE MEDICAL INSURANCE | N | |
| IS THE ARRESTEE DEPRESSES? | N | |
| ANXIOUS OR AFRAID? | N | |
| EMBARRASSED OR ASHAMED? | N | |
| TALKING IN A STRANGE MANNER? | N | |
| INFLUENCED BY ALCOHOL? | N | |
| INFLUENCED BY DRUGS? | N | |
| PREVIOUS SUICIDE ATTEMPT? | N | |
| EVER HURT YOURSELF? | N | |
| THINKING OF HURTING YOURSELF? | N | |
| SUICIDAL HISTORY | N | |

HISTORY OF SEX OFFENCES
HISTORY OF VIOLENT BEHAVIOR
VICTIM DUE TO CRIMINAL BEHAVIO
SPECIAL EDUCATION PLACEMENT
HIS OF CEREBRAL TRAUMA/SEIZURE
EMOTIONAL RESPONSE TO JAIL

Medical history taken on 10/03/00 by 00C34 M. WOOCK

## MEDICAL RELEASE

I am an inmate presently in custody and do hereby authorize the release
my medical records pertaining to my treatment while in the custody of th
B. H. CO. SHERIFF'S OFFICE

10/03/00

JOHNSON,ANGELA JANE

# INMATE MEDICAL HISTORY QUESTIONNAIRE

Inmate Name: ANGELA JOHNSON   Race: W   Sex: F   Age: 36
SS#: 481 86 2690   DOB: 1 17 64   Hgt: 5'7"   Wgt. 145   Eyes: BRN
Doctor's Name: —

Please answer the questions below to the very best of your ability. This information is confidential and is to protect you while you are an inmate of the Black Hawk County Jail.

Are you injured? Y (N)   If yes, please explain: _____

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Asthma |
| ☐ | ☑ | Heart trouble |
| ☐ | ☑ | Hypertension |
| ☐ | ☑ | Hepatitis |
| ☐ | ☑ | HIV/AIDS (optional) |
| ☐ | ☑ | Diabetes |
| ☐ | ☑ | Epilepsy/seizures |
| ☐ | ☑ | Sexually Transmitted Disease |
| ☐ | ☑ | Had same sex encounter (Man to man, woman to woman) |
| ☐ | ☑ | If female, are you pregnant? |
| ☐ | ☑ | If female, could you be pregnant? |
| ☐ | ☑ | Do you have a cough? |
| ☐ | ☑ | Has your cough lasted longer than 3 months? |
| ☐ | ☑ | Are you coughing up blood? |
| ☐ | ☑ | Do you smoke? |
| ☐ | ☑ | Special diet? |
| ☐ | ☑ | Alcohol addiction |
| ☐ | ☑ | Drug addiction |
| ☐ | ☑ | Have you ever been in a drug or Alcohol treatment program? |
| ☐ | ☑ | Intravenous drug use |
| ☐ | ☑ | Are you depressed? |
| ☐ | ☑ | Are you anxious? |
| ☐ | ☑ | Are you afraid? |
| ☐ | ☑ | Are you embarrassed or ashamed? |

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Are you under the influence Of alcohol? |
| ☐ | ☐ | Are you under the influence of Drugs? |
| ☐ | ☑ | Have you ever tried to hurt Yourself? |
| ☐ | ☑ | Have you ever attempted Suicide? If so, when?_____ |
| ☐ | ☑ | Are you thinking of hurting Yourself? |
| ☐ | ☑ | Have you been treated for or had problems with hearing voices that no one else could hear? |
| ☐ | ☑ | Have you been treated for or had problems seeing things that no one else could see? |
| ☐ | ☑ | Have you ever been hospitalized in a mental health Unit? |
| ☑ | ☐ | Are you now or ever been treated for mental health or emotional problems? |
| ☐ | ☑ | Any history of sex offenses? |
| ☐ | ☐ | Any history of violent behavior? |
| ☑ | ☐ | Have you ever been the victim of criminal behavior? |

Are there any other Medical or Mental conditions, existing or in the past, that you need to explain to the staff of the Black Hawk County Jail? I AM TAKING SERZON, I WAS DEPRESSED & REALLY MISS MY GIRLS, I WAS RLX WEEPY.

Do you have Medical Insurance? If yes, with whom? No

Do you have any allergies? FISH

LEASED BED INMATE

US Marshall North

OVER

**Booking Report #:**  2000000465

**Booking Date/Time:** 07/29/00　13:33

**Name:** JOHNSON,ANGELA JANE

**Case #:** FED

# 000002



| | |
|---|---|
| **DOB:** 01/17/64 | **Age:** 36 |
| **Addr:** 411 E MAIN ST | **Race:** W |
| **Addr:** | **Sex:** F |
| **City:** KLEMME,IA UKN | **Ethnic:** N |
| **Phone:** . . | **Height:** 5'07" |
| | **Weight:** 145 |
| **OLN:** 481862690　　**St:** IA | **Hair:** BRO |
| **SSN:** 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 | **Eyes:** BRO |
| **POB:** BURLINGTON,IA | **Skin:** FAR |
| **School** NONE | **Facial:** FAR |

**Grade:** 9　**Stat:** DIVORCED　**GED:**　**APS:**

**Dangerous:** 0　**Hate/Bias:** NONE

**Gang:** NONE

**Gang Moniker**

**Scars / Tattoos** TAT: LT ARM TRIBAL ART

| | | | Date | Time |
|---|---|---|---|---|
| **Custody Officer** | US | - US MARSHAL TRANSPORT | | |
| **Arresting Officer** | US | - US MARSHAL TRANSPORT | 07/29/00 | 00:00 |
| **Transport Officer** | US | - US MARSHAL TRANSPORT | | |
| **Probation Officer** | | - | | |
| **Admitting Officer** | 6-89 | - JEFF JOHNSON | | |
| **Fingerprint Officer** | | - NONE TAKEN | | |
| **Detain Auth Officer** | 6-89 | - JEFF JOHNSON | 07/29/00 | 13:33 |

| | | | Time |
|---|---|---|---|
| **Release Auth Office** | - | | 00:00 |
| **Release Officer** | - | | 00:00 |
| **Release Type:** | **Release To:** | | |

**Detainer 1:**
**2:**

**Billing Agency #**　US　US MARSHALS
**Custody Agency #**　US　- US MARSHALS
**Housing Facility**　BCSO
**Arrest Location**　TRANSFERRED IN
**Offense Location**　SAME AS LISTED ABOVE
**JRN:**　007234
**FBI:**　758033DB6
**MID:**　NONE FOUND
**Finger**
**Mug #:**　2000465F.JPG
**Class:**
**Points:**　0
**Reason**

**ACTIVE:** Y　　**Work Release:** N　　**Community Service:** N　　**Interpretor:**

**Comments**

## CHARGES/COURT INFORMATION

| IBR # | NCIC # | Violation | Statute | Disposition | Date | Bond Amt/Type | Warrant # | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | FEDERAL CHARGES | 1512 & 373 | AWAITING COURT | 07/29/00 | 0.00 | 00-3034 | |

## ROOM

| # | Unit | Room | Date In | Date Out | Comments |
|---|---|---|---|---|---|
| 1 | 2 | B | 07/29/00 | | INITIAL PLACEMENT |

## CONTACTS

| # | Name | DOB | Address | City,State Zip | Phone | Relationship |
|---|---|---|---|---|---|---|
| 1 | DIRKSON,HOLLY | | | | 515-587-2294 | SISTER |

## ALIAS

| Name | DOB |
|---|---|
| ANGIE | |
| JOHNSTON,ANGELA ELLEN 01/06/77 | |

Case 3:09-cv-03064-MWB-LTS　　Document 284-46　　Filed 06/23/11　　Page 14 of 75

JMR000014

*Booking Date/Time:* 07/29/00    13:33
*Name:* JOHNSON,ANGELA JANE

000003

### PROPERTY

*Cash on Entry:*        0.00    *Cash Balance:*        0.00

| # | Qty | Item | Property Desc | Make | Model | Date Returned | Property Returned To |
|---|-----|------|---------------|------|-------|---------------|----------------------|
| 1 | 1 | SHIRT | WHITE T | | | | |
| | | | *Inmate Signature* | | | | |
| 2 | 1 | SHORTS | BLU | | | | |
| | | | *Inmate Signature* | | | | |

I certify that the above is a correct list of all
items removed from my possession at the time I
was placed in detention.........*Inmate Signature* _____
                                     *Date* ___/__
I certify that I received all of the above listed
property (minus previously released property
indicated above)....................*Inmate Signature* _____
                                     *Date* ___/__

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 15 of 75

JMR000015

*Booking Date/Time:* 07/29/00    13:33
*Name:*  JOHNSON,ANGELA JANE                                              000004

## MEDICAL

| Question: #/Part/Text | | | Answer - Text |
|---|---|---|---|
| 0 | 1 | BOOKING OFFICER/INMATE QUESTIONNAIRE - MEDICAL PART 1 | |
| 0 | 2 | | |
| 1 | 0 | Recently seen a medical doctor for any reason? | N |
| 2 | 0 | Currently taking medications prescribed by a doctor? | N |
| 3 | 0 | Allergic to any medications or foods? | Y    FISH |
| 4 | 0 | Special diet prescribed by a doctor? | N |
| 5 | 0 | Handicaps or conditions that limit activity? | N |
| 6 | 0 | Regularly use alcohol or street drugs? | N |
| 7 | 0 | Any problems when stop drinking or using drugs? | N |
| 8 | 0 | Fainted or a recent head injury? | N |
| 9 | 0 | Weight loss of more than 10 pounds without dieting? | N |
| 10 | 0 | Recent loss of appetite? | N |
| 11 | 0 | Problems or pain with teeth? | N |
| 12 | 0 | Shortness of breath not related to smoking? | N |
| 13 | 0 | Sore throat? | N |
| 14 | 0 | Shaking chills or night sweats? | N |
| 15 | 0 | a. Abnormal discharge   b. AIDS          c. Allergies | N |
| 16 | 0 | d. Arthritis          e. Asthma     f. diabetes | N |
| 17 | 0 | g. Epilepsy      h. Fainting spells   i. Hepatitis | N |
| 18 | 0 | j. Heart condition    k. High blood pressure  l. Stroke | N |
| 19 | 0 | m. Seizures        n. Tuberculosis     o. Ulcers | N |
| 20 | 0 | p. Venereal disease    q. Other (specify) | N |
| 21 | 0 | Unexplained bleeding from any opening or growth on skin? | N |
| 22 | 0 | Current or past treatment from a psychiatric doctor? | N |
| 23 | 0 | Any other medical problems not covered above? | N |
| 24 | 0 | Ever attempted to hurt self or attempted suicide? | N |
| 25 | 0 | Thinking about hurting self or suicide now? | N |
| 26 | 0 | If Female: Pregnant at this time or recently delivered? | N |
| 27 | 0 | If Female: Currently taking birth control? | N |
| 28 | 1 | | |
| 28 | 2 | | |
| 28 | 3 | | |
| 28 | 4 | | |
| 28 | 5 | | |
| 28 | 6 | | |
| 28 | 7 | | |
| 28 | 8 | | |
| 28 | 9 | | |
| 28 | 10 | | |
| 28 | 11 | I have truthfully answered these questions about my health. | |
| 28 | 12 | | |
| 28 | 13 | | |
| 28 | 14 | | |
| 28 | 16 | _____   _____ | |
| 28 | 17 | Signature of Inmate              Date | |
| 28 | 18 | | |
| 28 | 19 | | |
| 28 | 20 | _____   _____ | |
| 28 | 21 | Signature of Booking Officer         ID# | |
| 29 | 1 | BOOKING OFFICER VISUAL ASSESMENT- PART 2 | |
| 30 | 0 | Inmate conscious? | Y |
| 31 | 0 | Pain/bleeding suggesting the need for emergency care? | N |
| 32 | 0 | Visible signs of trauma/illness suggesting emergency care? | N |
| 33 | 0 | Obvious fever/swollen lymph nodes/jaundice? | N |
| 34 | 0 | Evidence of infection which might spread through facility? | N |
| 35 | 0 | Skin in good condition and free of vermin? | Y |
| 36 | 0 | Persistant dry cough? | N |
| 37 | 0 | Purple blotches/discoloration under skin/mucous membrane? | N |
| 38 | 0 | White patches in mouth? | N |

Case 3:09-cv-03064-MWB-LTS     Document 284-46     Filed 06/23/11     Page 16 of 75

JMR000016

000005

## MEDICAL

| Question: #/Part/Text | Answer - Text |
|---|---|
| 40 | 0 Appear to be under the influence of drugs? | N |
| 41 | 0 Signs of visible alcohol or drug withdrawl? | N |
| 42 | 0 Carrying medications to be continously available? | N |
| 43 | 0 Signs of depression present? | N |
| 44 | 0 Appear unusually embarrassed or ashamed? | N |
| 45 | 0 Appear to be acting or talking in a strange manner? | N |
| 46 | 0 Appear overly anxious/afraid/angry? | N |
| 47 | 0 Scars/marks which may indicate previous suicide attempt? | N |
| 48 | 0 Behavior suggest the risk of suicide? | N |
| 49 | 0 Behavior suggest the risk of assault to staff/inmates? | N |
| 50 | 0 Physical deformities? | N |
| 51 | 0 Appear to have psychiatric disorder? | N |
| 52 | 0 END OF QUESTIONS | |
| 53 | 0 END OF QUESTIONS | |
| 54 | 0 END OF QUESTIONS | |
| 55 | 0 END OF QUESTIONS | |

JMR000017



000006

Case 3:09-cv-03064-MWB-LTS   Document 284-46   Filed 06/23/11   Page 18 of 75

JMR000018



# S I O U X L A N D
### MENTAL  HEALTH  CENTER

## PSYCHIATRIC MEDICAL EVALUATION   [>]

**NAME:**    Angela Johnson                        **DATE:**   May 6, 2005
**DOB:**     01-17-64                              **TIME:**   one hour

The patient was seen for a formal intake during rounds at the
Woodbury County Jail.

**IDENTIFYING DATA:**
Angela is a 41 year old divorced Caucasian female currently
residing in Woodbury County Jail and requesting for assistance
with depression and anxiety.

**HISTORY OF PRESENT ILLNESS:**
Please note that Angela was resistant to this evaluation. She
would not willingly offer any information and reluctantly offered
answers to any questions.  She stated frequently throughout the
interview that she didn't see the point in doing this, all she
wanted was to get her meds increased, not have an evaluation.  I
did explain to Angela the reason for doing the evaluation several
times and did offer to end the session if this was making her
uncomfortable. She did, however, want to continue so that we
could adjust her medication, but as stated above, was reluctant
to answer any questions. I cannot guarantee the validity of the
information.  Angela reports that she wanted help because her
stress level is too high as she is currently on trial.  She is
specifically asking for her Zoloft to be increased because she
believes it will help her stress level and help her get through
her trial.  When asked why the Zoloft was originally prescribed,
Angela states "I've been on it for years because I have been in
jail a long time."  "I've been terribly depressed and have been
having a hard time even helping in my own defense."  Currently,
Angela is taking Zoloft 200 mg daily and Seroquel 200 mg q hs.
These were prescribed by Dr. Saftar at the Abby Center in Cedar
Rapids, Iowa. She has been on these doses of the current
medications for about a year. She reports that the medications
have been working, but she noticed they weren't working as well
the last couple of months. She has been in Woodbury County Jail
for three weeks. She is charged with five counts of murder.  Her
trial started three weeks ago.

**PAST MEDICAL HISTORY:**
Angela reports being **ALLERGIC TO AUGMENTIN.** She denies any
history of surgery. She denies any history of major illnesses or
injuries and denies any chronic illnesses. She is currently on
the above medications plus an oral contraceptive.

_Making a Difference in People's Lives_

**PAST PSYCHIATRIC HISTORY:**
Angela reports that she had seen a Dr. Logan and Mary Hodges, both of them are in Kansas City, Missouri. They both did evaluations for her defense team. She states that Dr. Logan evaluated her medication at the time of his evaluation and thought that they were appropriate. This was 6 months ago. Angela reports that her last visit with Dr. Saftar was about one year ago. She saw him for a total of 4 years. She denies any other prior psychiatric history.

**SOCIAL HISTORY:**
Angela reports that she was living Clear Lake, Iowa before her arrest with her two children who are now ages 21 and 11. They are both daughters. She has been married one time from 1981 to 1986. She was employed at the time of her arrest. She had been working at North Beach Restaurant in Clear Lake, Iowa.  When asked what she did at the restaurant, she replies "I did everything."  She worked there for two years. Angela's highest level of education is 9th grade plus GED. She has no military history.  Legal history includes only the current charges. She was arrested originally in July 2000. She has been incarcerated in various county jails since that time. She has been in Harden County, Lynn County, and Benton County prior to coming to Woodbury County to stand trial. She is possibly facing the death sentence.  In regards to substances, she reports starting to drink alcohol at age 16. Her last drink was some time in the year 2000. Prior to her arrest, Angela reports that she would drink a glass of wine once every couple of months.  She has a history of using methamphetamine beginning at age 21. Her last use was in the year 2000. She did use daily. She denies any IV use.

**FAMILY HISTORY:**
Angela reports that her mother is healthy.  She has no psychiatric history or substance abuse history. Her father has a heart arrhythmia. He has no psychiatric or substance abuse history.  Angela has one brother and three sisters all of whom are healthy without psychiatric histories or substance abuse problems. She reports her children are healthy.

**MENTAL STATUS EXAMINATION:**
Angela is alert and oriented times three. She is minimally cooperative. She is in no acute distress. She is moderately groomed, well nourished. She appears her stated age.  Mood is described as depressed and anxious. Affect is mood congruent and appropriate. She is also noted to be irritable. Thought processes are logical and goal oriented. Concentration is intact. Psychomotor activity within normal limits.  Speech is of a normal rate and volume. Thought content is negative for any obsessions, compulsions, phobias, hallucinations, or delusions. She denies any suicidal or homicidal ideation. Abstractions are noted to be within normal limits.  IQ appears to be average. Immediate, recent, and remote memories are intact. Judgement and insight appear to be average as she does recognize her mental illness and need for further treatment.

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 20 of 75
JMR000020

**INITIAL FORMULATION:**
Angela is a 41 year old divorced Caucasian female currently on trial for five counts of murder. She is facing the death penalty. Since her trial began, she has noticed an increase in depression and anxiety and is asking for assistance for medication.

**DIAGNOSTIC IMPRESSION: [{]**

Axis I:     Major Depressive Disorder
            Generalized Anxiety Disorder both of these recently
                exacerbated by beginning her trial

Axis II:   No diagnosis

Axis III:   Without acute illness

Axis IV:   Problems with the legal system

Axis V:    Current GAF 50

**PLAN:**
I reviewed my impressions with Angela including diagnosis and need for treatment. We discussed the risks and benefits of medication including side effects and at this time, mutually agreed to an increase in her Zoloft to 300 mg daily. We will continue the Seroquel 200 mg q hs.  I will follow up with Angela as needed.

Dawn Nolan, PA-C

DN/tj

Date Transcribed: May 6, 2005
Date Filed: _____

Case 3:09-cv-03064-MWB-LTS     Document 284-46     Filed 06/23/11     Page 21 of 75

JMR000021

PHYSICIAN'S TELEPHONE ORDERS

| Facility Name WC Jail | | Address | | | |
|---|---|---|---|---|---|
| Last Name _Johnson_ | First Name _Angela_ | Attending Physician _Ben Roley PA_ | | Room No. | Admission No. |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5-6-05 | | ↑ Zoloft to 300mg PO daily. |
| | | |
| | | |
| | | |
| | | |

Signature of Nurse Receiving Order _DN RN_    1010    Signature of Physician _____    5-6-05 Date

JMR000622

Form 990 © BRIGGS Des Moines, IA 50306 (800) 247-2343

**Classification:** <no entry>   **INTAKE DATE:** 10/18/2005 11:39:00 AM
**JAIL:** LCSD  **BOOKING NR:** 200500011702   **DOCTOR DISPOSITION:** <no entry>
**COMPLAINT:** CONVERSATION WITH INMATE REGARDING   **DOCTOR:** <no entry>
**Doctor Disposition 2:** <no entry>   **DATE:** 11/23/2005   **TIME:** 15:59:00
**BY:** N02FC
**Comment:** MENTAL HEALTH. NOTABLY UNCOMFORTABLE. STATES "WHAT DO YOU WANT ME TO SAY?" REASSUR
AND OFFERED OUTLET TO LET STAFF KNOW IF SHE WAS FEELING INCREASINGLY DEPRESSED
OR SUICIDAL. ADAMANTLY DENIES FEELING SUICIDAL STATING "I'M MORE HOMICIDAL
THAN SUICIDAL." DID VERBALLY CONTRACT TO LET STAFF KNOW IF WAS FEELING LIKE
HARMING HERSELF. RELATES PAST SUICIDE ATTEMPT BY HANGING WAS "IMPULSIVE AND
NOT PLANNED OUT, I DON'T EVEN REMEMBER IT." GIDDY AND FORCIBLY LAUGHING. STATES
"I WILL LET YOU KNOW IF I NEED MY MEDS INCREASED." REMINDED WAS MAXED OUT
ON ANTI-DEPRESSANT AND IS POSSIBLE TO ADD ANOTHER MEDICATION IF NECESSARY. INMATE
STATED SHE WAS "OK." PLEASANT.

*Letter written by Angela Johnson. Given to psych nurse & ask if she feels there are any comments we need to be concerned with. #/10*

*No suicidal statements or intent. Seems to be simply an apology letter.*

(c) 2005, Computer Information Systems Inc.

Hi Lyssa Love

11·21·05

Thank you for doing this for me sweet—
heart.

I'd like to apologize to the Duncans and DeGeus's
for not coming forward with the information I had, but
I felt for the safty of my own children, I simply
couldn't.

Under different circumstances this case could
have been put to rest years ago. But instead of
offering me protection to cooperate, I was told Dustin
had a hit out on me and my life was in danger. I
am a single mother with two daughters of my own
counting on me to keep myself safe. I was continually
harassed by local athoritys, DCI and The served
several searchwarents on my residence, dressed in
black ski masks in order to provoke more fear.
I was harrassed at work, my employors were lied
too, I was never at any time offered protection from
Dustin Honken. Until a year ago when I had
to be secretly housed in an undesclosed location
because of more threats from Dustin Honken.
It sickened me to know what happend to the
victims and not be able to tell anyone. I have
shed many tears for the Duncans and Terry Degues.
I was a pawn in Dustons manipulative life style.
He lied and lied to me over and over again. He only
knows how to manipulate and sceme. He has no
concience and I am sorry he is the father of my
young daughter. I hope she never knows him for what

JMR000024

He truly is, a monster.

I must take this opprotunity to clear up another falsehood the Government would like you to believe. Terry DeGeus has never ever under any circumstances had an agreement with them to cooperate with law enforcement. Terry was no snitch. He never even went before the Grand jury. Terry DeGeus was a good man with a drug and anger problem. Never ever did I ever wish any harm to come to him. Yes, I was used to lure Terry to his death, but I did it unknowingly at the time and regret it to this day and I will forever. I know that Terry doesn't blame me and I understand that Ashley can't help but to. Your dad was no snitch!

I am so sorry for my role in these terrible events. I regret I wasn't smarter to see thru Dustin and a stronger person to not be munipulated by him.

I long for the day when the whole world knows the truth, what really happend. It has never been my intention to keep the truth from the victim world or my family.

I'd like to take these last few minutes to thank my wonder ful family and my devoted daughters and friends for their endless support. Its bein a long hard road and my children and family are victims too.

JMR000025

I know how hard this has been on my daughters to be away from me, but I am so privileged to still have a close and intimate loving relationship with them both. That would not have been possible with out the financial support of my mom, dad, brother, sisters and my best friend Dave. I cherish all these relation ships and love appreciate them all.

~~For no~~ At no fault of my attorneys My trial was a joke. I had no doubt, I'd be found guilty, You don't win in Federal court, but I never actually believed I'd receive the death penalty, until I met my jury. They all had their minds made up before we even got started. Not one court would look me in the eye. Now they have blood on their hands for putting to death an innocent woman and mother, sister and daughter. The Government kills at will.

My attorneys have worked endless hours to save my life. To them it was more than Just their job. The people on my legal team truely care about me and my daughters as we do them. Please know that I don't blame ~~you~~ any of you and love everyone of you.

Also here just in some place that I was a ~~functioning~~ functioning drug addict for almost ~~15~~ 15 years.

They have been nothing less than ~~brave and~~ strong thru this nightmare and never doubted me. I love you ~~Alyssa and~~ Marvea Jane

— And my regret and ~~remorse~~ remorse runs deep and over flowing. It always will.

And anything you think I should add.
(and)

love you Lou,

XOXOX ~~yours~~

Doug Book the chief of police ~~for~~ Winnebago co. I wont even acknowledge his ~~~~ lies on the stand. Anyone with ~~ours~~ could see he is a liar

love of Mommy

add — I've been in County Jail over 5 long-years. And all this time my own family have lived with unanswered questions, that I've legally been unable to answer. That hasn't stop them from believing in me. I promise the answer, it's true.

add — I have so many regrets. I wish I never would have gotten envolved with drugs and for bringing this ~~Shame~~ blanket of shame to my loved ones,

Case 3:09-cv-03064-MWB-LTS   Document 284-6   Filed 06/23/11   Page 27 of 75
JMR000027

DONALD D. ZELLER–SHERIFF

MICHAEL J. CARR
JAIL ADMINISTRATOR
michael.carr@linncounty.org

53 THIRD AVENUE BRIDGE
P.O. BOX 608
CEDAR RAPIDS, IA 52406-0608
(319) 892-6300
FAX (319) 892-6279

CAPT. BRIAN D. GARDNER
ASST. JAIL ADMINISTRATOR
brian.gardner@linncounty.org

February 26, 2001

Alfred E. Willett
Attorney at Law
118 Third Avenue SE, Suite 500
Cedar Rapids, Iowa 52401-1424

Dear Sir:

This brief correspondence is in reply to your letter dated February 15, 2001, relative to inference that your client is in need of medical treatment and it is not forthcoming.

In response to problem #1 – an infected swollen left eye. Cause – using Magic Shave to remove eyebrows. Result – chemical burn.

Was first by medical staff on 01/15/01 for problem. Again on 02/04/01 and 02/05/01. On 02/06/01 was seen by physician (order sheet and plan attached). On 02/11/01 and 02/14/01, still complaining about eye and accusing nursing staff of discontinuing medication. Medical staff informs me that medication was not discontinued in that it was only a moisturizer cream.

In response to problem #2 – that a Dr. William Logan suggested a change in her medication which, "although ordered more some four weeks ago, has still not been implemented." Inmates in this facility are under the care of this facility's contracted physicians and psychiatrist staff. They are not required to follow any other treatment professional's recommendation or order if they are not in agreement.

However, on February 22, 2001, this facility's psychiatrist saw inmate Johnson and ordered the recommended medication change.

The last part of this problem is that "Angela need not be kept on suicide watch," and your understanding that "Angela is still on suicide watch."

As long as she is an inmate in this facility, I will determine who is and who is not on "suicide watch" regardless of the recommendations. I always solicit professional

Providing a Safe and Secure Environment is Our Mission.

JMR000028

opinions, however I reserve the last call, and I cannot believe that anyone will positively assure me a person that has seriously attempted suicide, will never again repeat the attempted act and if so, they themselves will assume full responsibility.

Hopefully, this provides you the most recent information and my position relative to your client.

Sincerely,

Michael L. Carr, Jail Administrator
Linn County Correctional Center

MJC:lh

JMR000029

# TERPSTRA, EPPING & WILLETT

## AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
116 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA 52401-1424

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

February 15, 2001

## VIA TELEFAX AND U.S. MAIL

Mr. Michael Carr
Jail Administrator
Linn County Jail
53 Third Avenue Bridge
Cedar Rapids, IA 52401-1705

Re:     U.S. v. Angela Johnson
        Medical Treatment for Angela Johnson

Dear Mr. Carr:

Our client, Angela Johnson, is in need of medical attention which, for some unknown reason, she is having difficulty obtaining. Her medical problems include:

1.      An infected, swollen left eye. The jail doctor briefly treated this condition but, unfortunately, the cream medication was prematurely discontinued. Now the infection and swelling have returned and are increasing.

2.      Dr. William Logan, a psychiatrist we retained from Kansas City, suggested a change in Angela's medications which, although ordered some four weeks ago, has still not been implemented. The changes include discontinuing Angela's sleeping medication, Amitriptilene, and substituting Trazadone, as well new prescriptions for either Prozac or Paxil (Dr. Logan also acknowledged that Angela need not be kept on suicide watch). It is my current understanding that Angela is still on suicide watch.

Case 3:09-cv-03064-MWB-LTS     Document 284-46     Filed 06/23/11     Page 30 of 75
JMR000030

If you need further information regarding these medical problems, please do not hesitate to contact me. You can reach Dr. Logan directly at telephone no. (816) 842-2500.

We trust these issues will receive your immediate attention and be quickly resolved. Thank you in advance for your kind intervention in this matter.

Respectfully,

TERPSTRA, EPPING & WILLETT

Alfred E. Willett

AEW:ndl

CC:    Angela Johnson
       Patrick J. Berrigan
       U.S. Marshall Dennis Blome

JMR000031

# TERPSTRA, EPPING & WILLETT
### AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA  52401-1424

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

## FACSIMILE TRANSMISSION

DATE: _1/29/01_          TIME: _____ A.M./P.M.

TO: _Capt Brian Gardner_

FAX NO: _892-6279_          PHONE NUMBER: _398-3431_

FROM: **ALFRED E. WILLETT**          TRANSMITTING _3_ PAGES
(EXCLUDING THIS PAGE)

CLIENT/MATTER: _____

MEMO: _____

_____

_____

CAUTION: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

If you did not receive all of the pages as stated above, please contact our office immediately. Thank you.

This facsimile is transmitted by: __NANCY LANOUE__

Document also being mailed: _____ yes _____ no

_Info provided to psych Dr/Nurse for next visit on 1-31-01._

JMR000032

# TERPSTRA, EPPING & WILLETT
### AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA 52401-1424

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

January 29, 2001

## VIA TELEFAX AND U.S. MAIL

Capt. Brian Gardner
53 Third Avenue Bridge
Linn County Jail
Cedar Rapids, IA 52401

Re:   U.S. v. Angela Johnson

Dear Capt. Gardner:

Please find enclosed a copy of Dr. Logan's letter concerning his mental health evaluation of Angela Johnson.

I would request that Angela Johnson be removed from suicide watch and be allowed to be a part of the general population without restrictions.

If you have any questions or concerns about this matter, please don't hesitate to contact me.

Respectfully,

TERPSTRA, EPPING & WILLETT

Alfred E. Willett

AEW:ndl

Enclosure
CC:   Angela Johnson

JMR000033

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

NO3 to

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

## FACSIMILE TRANSMISSION

DATE: _1/29/01_                        TIME:_____ A.M./P.M.

TO: _Capt Brian Gardner_

FAX NO: _892-6279_            PHONE NUMBER: _398-3431_

FROM:    _ALFRED E. WILLETT_        TRANSMITTING __3__ PAGES
                                    (EXCLUDING THIS PAGE)

CLIENT/MATTER: _____

MEMO: _____

_____

_____

CAUTION: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

If you did not receive all of the pages as stated above, please contact our office immediately. Thank you.

This facsimile is transmitted by: ___NANCY LANOUE_____

Document also being mailed: _____ yes _____ no

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 34 of 75
JMR000034

AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA 52401-1424

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

January 29, 2001

**VIA TELEFAX AND U.S. MAIL**

Capt. Brian Gardner
53 Third Avenue Bridge
Linn County Jail
Cedar Rapids, IA  52401

**Re:   U.S. v. Angela Johnson**

Dear Capt. Gardner:

Please find enclosed a copy of Dr. Logan's letter concerning his mental health evaluation of Angela Johnson.

I would request that Angela Johnson be removed from suicide watch and be allowed to be a part of the general population without restrictions.

If you have any questions or concerns about this matter, please don't hesitate to contact me.

Respectfully,

TERPSTRA, EPPING & WILLETT

Alfred E. Willett

AEW:ndl

Enclosure
CC:    Angela Johnson

Case 3:09-cv-03064-MWB-LTS    Document 384-6    Filed 06/23/11    Page 35 of 75

JMR000035

# LOGAN & PETERSON, PC

FORENSIC, ADOLESCENT AND ADULT PSYCHIATRY

### WILLIAM S. LOGAN, MD
### STEPHEN E. PETERSON, MD

❏ 228 WEST 4TH STREET
KANSAS CITY, MISSOURI 64105
TELEPHONE: (816) 842-2500
FAX:          (816) 842-9980

❏ 7733 FORSYTH BLVD, SUITE 1450
CLAYTON, MISSOURI 63105
TELEPHONE: (314) 236-4914
FAX:          (314) 236-4890

3600 BURLINGAME, SUITE 1A
TOPEKA, KANSAS 66611

## MEMORANDUM

**TO:**      Captain Brian Gardner
          53 3rd Avenue Bridge
          Linn County Jail
          Cedar Rapids, Iowa 52401
**c/o**      Alfred E. Willett
          Fax: 319-364-2460

**FROM:**   William S. Logan, MD

**DATE:**   January 22, 2001

**SUBJECT:**   ANGELA JOHNSON-SUICIDE PRECAUTIONS

Dear Captain Gardner:

I met with Angela Johnson for 2.5 hours at the Linn County Jail on Friday, January 19, 2001 at the request of her attorney, Alfred Willett. One purpose of the examination was to evaluate Ms. Johnson's suicide risk. Mr. Willett suggested I talk to Sgt. Lynn Johnson following my meeting with Angela Johnson to provide information concerning the need for ongoing suicide precautions. Sgt. Johnson suggested I write to you concerning this issue.

Ms. Johnson had a serious suicide attempt by hanging and was found in an unconscious state on October 13, 2000. She has been on suicide precaution since that time. Ms. Johnson had suicidal thoughts several weeks prior to her attempt and had written "goodbye letters" to those close to her. The suicide attempt was prompted by her receiving news that indicated she could be separated from her daughter's indefinitely.

JMR000036

Over the last several months, Ms. Johnson's level of depression has improved. Several factors have contributed to this improvement including contact with her daughters, support from her sister, the passage of time and antidepressant medication. Most recently Ms. Johnson has taken Amitriptyline (Elavil) which caused her some concern about weight gain. Recently the psychiatric nurse changed her prescription to Trazodone.

Ms. Johnson 's sleep has improved. She has resolved that suicide would send her daughter's the wrong message about how to face problems. She still recognizes the seriousness of her legal situation, but has a good relationship with her attorneys. She is invested in remaining mentally stable for herself and her daughters and to competently face her legal situation. She intends to be compliant with treatment. She denies suicidal thoughts or intent.

It is my opinion as a psychiatrist that suicide precautions are no longer necessary for her safety. This information should be shared with Dr. Sattar, the psychiatrist responsible for her psychiatric treatment of inmates of the Linn County Jail. As an additional recommendation Ms. Johnson's depression also could benefit from the additional of an SSRI antidepressant, such as Paxil 20 mg/day.

If there are any questions or concerns, please do not hesitate to contact me.

Sincerely,

William S. Logan, MD

JMR000037

# TERPSTRA & EPPING

AN ASSOCIATION OF SOLE PRACTITIONERS

ATTORNEYS AT LAW
HIGLEY BUILDING
118 THIRD AVENUE SE, SUITE 500
CEDAR RAPIDS, IOWA 52401-1424

HARRY R. TERPSTRA 1929-1998
H. RAYMOND TERPSTRA II
GREGORY J. EPPING
ALFRED E. WILLETT
JOHN D. HEDGECOTH
TROY L. SPRINGSTON

TELEPHONE
(319) 364-2467
FAX
(319) 364-2460

December 6, 2000

Michael Carr
Linn County Jail
53 Third Avenue Bridge
Cedar Rapids, IA 52401-1705

### Re: Angela Johnson

Dear Mr. Carr:

I am the defense attorney for Ms. Angela Johnson in the case of United States v. Angela Johnson.

As you are aware, my client has been incarcerated in your jail since October of this year awaiting trial on Federal Murder charges in the United States District Court for the Northern District of Iowa.

As I am sure you are also aware, Ms. Johnson has been on suicide watch in the ladies' cell block since her arrival in your jail. Angela has requested of me that I make an inquiry as to whether, or not, she could be removed from suicide watch. She has tried to arrange an appointment with Dr. Ali Safdar who is the psychiatrist who visits inmates at the Linn County Jail and she has been unable to accomplish this task.

I am copying Dr. Safdar on this letter so that he can be made aware of my client's request and hopefully see her in the near future so that he can give you his professional opinion on the matter.

If there is anything I can do to facilitate Angela's removal from suicide watch at the Linn County Jail, please advise me. I have every intention of having a forensic psychiatrist, Dr. William Logan from Kansas City, Missouri

Case 3:09-cv-03064-MWB-LTS   Document 284-6   Filed 06/23/11   Page 38 of 75

JMR000038

come to the Linn County Jail in the near future to examine Angela himself for purposes of trial.

If you have any questions or concerns about my request, please don't hesitate to contact me.

Respectfully,

TERPSTRA & EPPING

Alfred E. Willett

AEW:ndl

CC:  Angela Johnson
     Dr. Ali Safdar
     Dr. William Logan

Case 3:09-cv-03064-MWB-LTS     Document 84-46     Filed 06/23/11     Page 39 of 75

JMR000039

# ACCMH PROGRESS NOTE

Clinician 1 #: _Say Bloom?_ Clinician 2 #: _____ Session type: 01 03 10 ___
Client name: _____ Angela Johnson Client #: _____
Today's date: 12-6-00 Session/length: _____

### Current session notes

Saw inmate per request. Inmate wants off of suicide watch. Informed inmate we will not due to the very serious attempt she made in Black Hawk Jail. This inmate is possibly facing the death penalty + is up for murder 5 counts. This lady does not appear depressed, but is very adament she not be on suicide watch - I don't trust her. WILL MAINTAIN WATCH at this time.

Community Involvement [X] N [ ] Y _____
Family Involvement [X] N [ ] Y _____

### Current Mental Status

Please circle all that apply:

| Mood: | Affect: | Ideas of Reference: | Children/Adol: | Daily patterns |
|---|---|---|---|---|
| Depressed/Sad | Broad (Normal) | Flight of ideas | Behav probs. at school | Sleep disturbance |
| Euphoric/Elated | Flat | Loose associations | Behav. probs. at home | Social withdrawal |
| Anxious | Blunted | Compulsions | Academic difficulty | Increased appetite |
| Irritable | Labile | Obsessions | Peer relationship prob. | Decreased appetite |
| Pleasant | | Illusions | | Increased sex interest |
| Angry/hostile | | None | | |
| Elevated | | | | Decreased sex interest |
| Anhedonia | | | | |
| Euthymic | | | | Hypersomnia |
| | | | | Hyposomnia |

_Will maintain suicide watch_

Thought/perceptual content:
Hallucinations: Delusions: None
 Auditory    Grandiose
 Visual      Bizarre
 Olfactory   Erotic
 Tactile     Paranoid

Decreased work perform.
Nightmares
Bingeing
Purging
Decreased self care
Family/marital conflicts
Altered energy

Suicidal: Ideation N [ ] Y [ ] If yes, explain _____

Homicidal: Ideation N [ ] Y [ ] explain _____

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 40 of 75
JMR000040

| DATE | TIME | PACING | SLEEPING | SITTING | AT DOOR | VERBALLY DISRUPTIVE | RESTING | READING | WRITING | OTHER | Circle Appropriate Observation / Documentation INTERVAL: 15 min. 30 min. 1 Hour 2 Hours 4 Hours Other: _____ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | OBSERV BY IL |
| 10/15/00 | 0600 | | | | | | X | | | Moving around under blanket | 51 |
| | 0630 | | | | | | X | | | | 51 |
| | 0700 | | | | | | X | | | | 51 |
| | 0730 | | | | | | X | | | | 69 |
| | 0800 | | | | | | X | | | JUST AFTER BREAKFAST | 92 |
| | 0830 | | | X | | | | | | SITTING UP | 107 |
| | 0900 | | | X | | | | | | Talking | 69 |
| | 0930 | | | X | | | | | | | 69 |
| | 0945 | | | | | | | | | took a shower/req. medical | 110 |
| | 1000 | | | | | | | | | Talking to nurse | 69 |
| | 1030 | | | | | | X | | | | 92 |
| | 1100 | | | | | | | | | Leaving with Marshals | 93 |
| | | | | | | | | | | | |

INMATE NAME Case 3:09-cv-03064-MWB-LTS Document 284-46 Filed 06/23/11 Page 41 of 75 (CIRCLE) YES NO

JMR000041

000057

18-1610
Rev. 4/97

## ALLEN MEMORIAL HOSPITAL
### 1825 LOGAN AVENUE
### WATERLOO, IOWA 50703
**DISCHARGE INSTRUCTION PLAN**

**ACTIVITY**
[✓] Up
[ ] Restricted
[ ] Return To School Or Work On _____

**DIET**
[✓] Regular
[ ] Special
[ ] Diet Instructions Given By Dietitian

**ACTIVITIES OF DAILY LIVING**
[✓] Independent
[ ] Needs Assistance
[ ] Assistive Devices _____

**MEDICATIONS**

[ ] Prescriptions

[ ] Resume Medications At Home

| Name | Dosage and Schedule | Reason | Drug Sheet Given |
|---|---|---|---|
| N/A | | | [ ] |
| | | | [ ] |
| BMP + UA Mon. | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

**APPOINTMENTS**

| Physician | Date/Time/Location | Phone Number |
|---|---|---|
| N/A | | |

ADDITIONAL INSTRUCTIONS: Consult your physician for questions.

Patient Signature: X _____
ficant Other Present/Relationship To Patient: _____
RN Signature: _Carolyn d Ortmann RN_ Date: 10/14/00

Original Copy: Patient's Chart     Yellow Copy: Patient     Pink Copy: Physician

JMR000042


| Date and Time | | Nurse's Name |
|---|---|---|
| 3-00 1320 | Inmate here transported per Fed. North. Leave her - Serzone, Excedrin PM et Advil migraine here c̄ her - | |
| 10-10-00 2100 | Decline Health assessment | D Rhoads RN |
| 10-13-00 1630 — 1635 | This nurse in Housing Unit F doing medication pass. While in the process to do medication pass in F-3 This nurse heard female inmate yelling and screaming, hitting on door. Per Deputy who watching camera, and inmate was laying on bed. Deputy allow inmate to exit cell. Upon observation deputy observed something on camera. Found inmate with a sheet wrapped around neck and was hanging from the ceiling. Inmate was released immediately by Deputy and other Deputies lower to floor. Inmate was unconscious, face blue in color and foaming at mouth. Airway opened and C-spine maintained. Able to auscultate Apical who weak, and able to palpate carotid, brachial and radial pulse. Periphery pink. Had snoring respiration. perobseuction red mark to anterior neck, throat area from sheet. Pulse - 50-100 BP 80/P pupils dilated and reactive. Applied O₂ NRB. Ambulance was called. Maintained C-spine and airway. Continue to monitor pulse, BP, maintain airway. | |
| 1640 | Ambulance arrived and was transfer to Allen ER | Donna Rhoads RN |
| 1730 | Recieved word from Lt Baier that inmate was going to ICU at Allen Hospital. | Donna Rhoads RN |
| 1845 | Recieved telephone call from Lt Corson that inmate is in ICU and condition is stable. | Donna Rhoads RN |
| 1845 | message left for medical supervisor to inform her | Donna Rhoads RN |
| 2000 | medical supervisor may return phone call and was inform of incident. | Donna Rhoads RN |
| 2107 | Dr Lyseni (Naph Care) notified | M. Nielsen RN |
| 2115 | Dr Schmidt notified | M. Nielsen RN |
| 2130 | Bob Milon notified | M. Nielsen RN |
| 10·14·00 | Returned from Allen Hospital; recieved orders for BMP & UA on monday, & medication orders _____ Inmate in intake holding cell. paper gown _____ water | Snell RN |

Case 3:09-cv-03064-MWB-LTS   Document 84-46   Filed 06/23/11   Page 43 of 75
JMR000043

| ame - Last | First | Middle | Inmate No. |
|---|---|---|---|
| Johnson | Angela | | 0010534 7 |



# Department of Corrections
## Emergency/_____ Treatment Record
(Other)

| Date | Time | AM PM | Facility BLACK HAWK CO JAIL | ☑ Emergency |
|------|------|-------|------|------|
| October 13 2000 | 1630 | | ☐ SIR ☐ PDL ☐ Escapee ☐ | ☐ Other |

**Allergies**

Fish

**Condition on Admission**
☐ Good  ☐ Fair  ☐ Poor  ☐ Shock  ☐ Hemorrhage  ☐ Coma

**Vital Signs:**

Temp _____ Oral Rectal   Resp. snorting   Pulse 60   B/P 80 / P

Recheck if Systolic < 100 > 50 _____

**Nature of Injury or Illness**

Inmate was found in Housing Unit F with a sheet wrapped around neck and was hanging from the railing. Inmate was released and layed to floor. and the sheet was removed from inmates neck. Unconscious, face bluish color and foaming from mouth. Airway opened and maintained. Able to auscultate apical and palpate carotid pulse, brachial and radial pulse. BP 80/P

| Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |

**Physical Examination**

and pulse 50-60 pupils were dilated and reactive to light. per observation a red mark around neck. Skin intact.

Airway maintain. Apply O₂ on NRB mask until Ambulance personel arrived. no response to stimuli. Inmate Transfer to Allen ER.

**Orders, Medication, etc.**

Inmate medications— Excedrin PM- 2 at night. 2000
Avid migraines 2 tabs PRN ; Celexa 20mg every Am- 0800
Serozone 75mg every HS   Trazodone 75mg at HS to start when serozon meds are done.

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date | Time | AM PM | Release/Transfer Date ○ Doc ☒ Ambulance ○ | Condition on Discharge ○ Satisfactory ○ Fair | ○ Poor ☒ Critical |
|------|------|------|------|------|------|
| / / | | | | | |
| e's Signature | Date | Physician's Signature | Date | Consultation | |

**Patient's Name (Last, First, Middle)**

Johnson, Angela

| Age | Date of Birth | R/S | AIS # |
|-----|-----|-----|-----|
| 36 | 1/17/64 | | |

Case 3:09-cv-03064-MWB-LTS   Document 84-46   Filed 06/23/11   Page 44 of 75
JMR000044

Original - Medical Record      Yellow - Transfer Agent

# Black Hawk County Sheriff's Office
## Offense Form

**ORIGINAL**

| Incident Number: 00-87340 | Date and Time Reported: 10-13-00 1625 |
|---|---|

Incident Type: 9934 Attempted Suicide

☐ Juvenile Involved

| Location of Incident: 225 E 6th St | | | | Related Incident Number: | Incident Status | Exceptional Status |
|---|---|---|---|---|---|---|

| City | Grid | Area | Shift | Number of Officers Killed by Accident/Negligence: 00 | Incident Status: ☐ Unfounded ☐ Active ☒ Inactive ☐ Adult Arrest ☐ Juvenile Custody ☐ Exception | Exceptional Status: ☐ Death of Offend. ☐ Pros. Declined ☐ Extra. Declined ☐ Refused Coop. ☐ Juv. No custody ☐ Warrant |
|---|---|---|---|---|---|---|
| Waterloo | 1000 | 06 | 2 | | | |

| Earliest Date & Time Occurred | Latest Date & Time Occurred | Incident Status Date |
|---|---|---|
| 10-13-00 1620 | 10-13-00 1625 | 10-13-00 |

| Reported By (Last, First, Middle): Sgt. K. Boldt | ☐ Victim | Home Phone | Work Phone: 319-291-2587 |
|---|---|---|---|

| Address: 225 E 6th St | City, State, Zip: Waterloo, IA 50703 |
|---|---|

## Victim Information

| Victim (Last, First, Middle) | Victim (Last, First, Middle) |
|---|---|
| Address | Address |
| City, State, Zip | City, State, Zip |
| Phone / Social Security Number | Phone / Social Security Number |
| Employer | Employer |
| Employer's Address | Employer's Address |
| City, State, Zip | City, State, Zip |
| Phone / Extension | Phone / Extension |
| Race / Sex / DOB / Hispanic? | Race / Sex / DOB / Hispanic? |

Victim Type: ☐ Individual ☐ Financial ☐ Religious ☐ Other ☐ Business ☐ Government ☐ Society ☐ Unknown

Victim Type: ☐ Individual ☐ Financial ☐ Religious ☐ Other ☐ Business ☐ Government ☐ Society ☐ Unknown

Type of Injury: ☐ Broken Bones ☐ Loss of Teeth ☐ Other Major Injury ☐ Internal Injury ☐ Scalds/Burns ☐ Minor Injury ☐ Severe Laceration ☐ Unconsciousness ☐ None

Type of Injury: ☐ Broken Bones ☐ Loss of Teeth ☐ Other Major Injury ☐ Internal Injury ☐ Scalds/Burns ☐ Minor Injury ☐ Severe Laceration ☐ Unconsciousness ☐ None

## Offenses

| Info Only | UCR Code | Offense | Status | Location Type | Premise Entered | Forced Entry? | Criminal Activity | Type Weapon Or Force Used | Federal/State/City Statute |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | ☐ attempt ☐ complete | | | | | | |
| ☐ | | | ☐ attempt ☐ complete | | | | | | |
| ☐ | | | ☐ attempt ☐ complete | | | | | | |
| ☐ | | | ☐ attempt ☐ complete | | | | | | |

### Location Type

01-Air/Bus/Train Terminal
04-Church/Synagogue
07-Convenience Store
10-Field/Woods
13-Highway/Road/Alley
16-Lake/Waterway
19-Rental/Storage Facility
22-School/College
25-Other/Unknown
28-Farm Building
02-Bank/Savings & Loan
05-Comercial/Office Building
08-Department Store
11-Government/Public Bldg.
14-Hotel/Motel/Etc.
17-Liquor Store
20-Residence/Home
23-Service/Gas Station
26-Park
29-Farm Other
03-Bar/Night Club
06-Construction Site
09-Drug Store/Dr Off
12-Grocery/Supermrkt
15-Jail/Penitentiary
18-Parking Lot/Garage
21-Resturant
24-Speciality Store
27-Farm Residence

### Criminal Activity

B- Buying
C- Cultivate/Manufacture /Publish
D- Distributing/Selling
E- Exploiting Children
O- Operating/Promoting /Assisting
P- Possessing/Concealin
T- Transporting/Transmit
U- Using/Consuming

### Type of Weapon/Force Used

11-Firearm
13-Rifle
15-Other Firearm
30-Blunt Object
40-Personal Wpn
60-Explosives
65-Fire/Incendiary Device
70-Narc/Drugs/Sleeping Pills
90-Other
99-None
12-Handgun
14-Shotgun
20-Knife/Axe
35-Motor Veh.
50-Posion
95-Unknown

| Domestic Abuse Only | Children: ☐ Harmed ☐ Unharmed ☐ Not Present | Referrals: ☐ Counseling ☐ Financial ☐ Legal ☐ Medical ☐ Shelter ☐ Other ☐ None | Reporter ☐ Victim ☐ Other |
|---|---|---|---|

## Vehicle

| Type Loss | Year | Color | Make | Model | Style | LIY | LIS | LIC | LIT | VIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Description | | Date Recovered | Property Code | Value |
|---|---|---|---|---|

JMR000045

## Property

| Type Loss | Qty | Description | Prop. Code | Brand/Make/Model | Color | Size | Serial/OAM | Value |
|-----------|-----|-------------|-----------|------------------|-------|------|-----------|-------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Type Loss**
B-Burned
E-Evidence
F-Forged/Counterfeited
N-None
O-Other
R-Recovered
S-Stolen
U-Unknown
V-Vandalized/Damaged Destroyed
Z-Seized

**Property Codes**

01-Aircraft   02-Alcohol   03-Automobiles   04-Bicycles   05-Buses
06-Clothes/Furs   07-Computer Equipment   08-Consum. Goods   09-Credit/Dbt Card   10-Drugs/Narcotics
11-Drug/Narc Eqpt.   12-Farm Equipment   13-Firearms   14-Gambling Equip   15-Hvy Const Equip
16-House Goods   17-Jewelry/Prec. Metals   18-Livestock   19-Merchandise   20-Money
21-Negotiable Inst.   22-Nonnegotiable Inst.   23-Office-type Equip   24-Oth Motor Veh.   25-Purse/Wallet
26-Radio/TV/VCR   27-Recording-Aud/Video   28-Recreational Vehicle
29-Structure-Single Occupt Dwelling   30-Structure-Other Dwelling
31-Structure-Commercial Building/Business   32-Structure-Industrial/Manufacture
33-Structure-Public/Community   34-Structure-Storage
35-Structure-Other   36-Tools   37-Trucks   38-Veh Parts/Acc   39-Watercraft
50-Tractors   51-Combines   52-Oth Farm Mach   53-Farm Chemicals   54-Farm Supplies
55-Grain   56-Cattle   57-Hogs   58-Other Livestock   77-Other
88-Pending Inventory   99-Special Category

## Suspect

**Suspect (Last,First,Middle)**
Johnson, Angela Jane

**AKA (Last,First,Middle)**

**Address**
PO Box 174

**DOB (Month/Day/Year) or Age Range**
01-17-64

**City,State,Zip**
Klemme, IA 50449

| Race | Sex | Height | Weight | Hair | Eye | Hispanic |
|------|-----|--------|--------|------|-----|----------|
| W | F | 507 | 145 | BR | BRO | ☐Yes ☒No |

**Phone**
515-587-2294

**Social Security Number**
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

OLN          OLS          OLY

**Employer**
Unemployed

**Offender Suspected of Using**
☐Alcohol ☐Drugs ☐Computer

**Offender Present During Initial Invest?** ☒Yes ☐No

**Employer's Address**

**Victim Related to Offender as:**
☐Spouse   ☐Stepparent   ☐Boy/Girlfriend
☐Common-Law   ☐Stepchild   ☐Child of Boy/Girlfriend
☐Parent   ☐Stepsibling   ☐Homosexual Relation
☐Sibling   ☐Other Family Mbr   ☐Ex-Spouse
☐Child   ☐Acquaintance   ☐Employee
☐Grandparent   ☐Friend   ☐Employer
☐Grandchild   ☐Neighbor   ☐Otherwise Known
☐In-Law   ☐Babysitee   ☐Relation Unknown
   ☐Stranger

**City,State,Zip**

**Phone**          **Extension**

**Scars/Marks/Tatoos**

## Special Reports

☐Aggravated Assault/Homicide   ☐Bias Crime   ☐LEOKA   ☐Drugs

## Narrative

Inmate Johnson was in Pod F-3 and was located attempting to harm herself. Officers arrived in F-3 with medical staff. Emergency medical services were performed until Waterloo Fire Paramedics arrived who transported her to Allen Hospital.

| Reporting Officer: Sgt. K. Boldt  40 | Supervisor (ID & Name): | Entered by (ID & Name): |
|---|---|---|

Filing a False Report with a Law Enforcement Agency is a Criminal Offense: I hereby certify that the information contained in this report is accurate to the best of my knowledge and I will prosecute the offender if found.

Date:          Signature:

JMR000046

| | |
|---|---|
| INCIDENT NUMBER: | 00-87340 |
| DATE: | 10-13-00 |
| CLASSIFICATION: | Attempted Suicide |
| SUBJECT: | Johnson, Angela |
| VICTIM: | |
| OFFICER: | Sgt. K. Boldt, 40 |
| CONNECTING INCIDENT: | |

On 10-13-00 I arrived for work at the Black Hawk County Jail assigned to the Housing Unit. I was made aware that inmate Angela Johnson had made contact with relatives over the phone and had learned evidence had been uncovered regarding her case.

At approximately 1625 hours I heard yelling coming from the F-Pod area. At this same time I heard F-Pod officer Deputy Kemp requesting assistance in F-Pod. Myself, Deputies Tuecke and Sidles arrived at the F-Pod door and entered where we were directed to F-3. I stepped inside and observed a female later identified as Theresa Milton pointing to the area around the corner near room 2A29. Milton was told to lock down and all officers went immediately to the area directed to. I observed a WF later identified as Angela Johnson hanging by the neck with a bed sheet. Officers lifted Johnson to take the weight off her. We then also attempted to untie the knot around her neck. Officers were unable to untie this knot and Deputy Tuecke then went to the 2nd floor of F-Pod to untie the sheet from the hand rail. Deputy T. Newgren had now arrived and was also holding Johnson up to take any weight off her neck.

Deputy Tuecke was able to untie the knot from the hand rail. Johnson was placed on the floor of F-3 where I was able to loosen the sheet from around her neck. Johnson was unresponsive but was breathing on her own. I was able to see her chest and stomach rising and she was foaming from the mouth. Medical staff Donna Rhoads arrived and immediately checked vitals. It was determined Johnson was breathing on her own and had a pulse. During this time the sheet was cut off from around Johnson's neck.

While vitals were being checked Johnson began spitting and was attempting to swing her arms and kick with her feet. Officers held her down as oxygen was being administered. Nurse Rhoads was attempting to stabilize Johnson's head but Johnson was turning her head and trying to raise it from the floor.

Johnson was monitored until Waterloo Fire Paramedics arrived. Waterloo Fire was able to continue monitoring and placed a C-collar on her to prevent any further injury to her neck as she was still raising her head and moving it about. Johnson was then placed on a back board and shackled to prepare for transport. Johnson continued her spitting at staff and a towel was placed over her head by paramedics.

Case 3:09-cv-03064-MWB-LTS   Document 47-6   Filed 06/23/11   Page 47 of 75
JMR000047

Johnson was placed on a gurney and was transported to Allen Hospital. I had no further contact with Johnson after she was removed from F-Pod.

000018

Detective Sgt. Petersen had been requested to photograph the scene. He arrived and I advised him of the incident and where Johnson had been located. He photographed the Pod and Johnson's cell (3A29) and seized the sheet along with letters. See Sgt. Petersen's report.

I was advised by Deputy Sidles that he had briefly spoken to inmate Theresa Milton. He had learned Milton had been talking to Johnson just moments before she was found hanging. I went to speak to Milton and requested she come to the Sgt.'s office where a statement could be taken. She did this voluntarily. While speaking to Milton I learned Johnson apparently had been talking about committing suicide and was watching the officers for the most opportune time. See statement of Milton.

Deputies Newgren and Tuecke spoke to inmate Susan Williams. Williliams was the first to discover Johnson. A statement was taken from Williams also.

Capt. M. Johnson, Lt's Baker and Corson were contacted and advised. They arrived and assisted with the incident.

JMR000048

| | |
|---|---|
| INCIDENT NUMBER: | 00-087340 |
| DATE: | 10-13-00 |
| CLASSIFICATION: | 9934  Attempted Suicide |
| SUBJECT: | Johnson, Angela |
| VICTIM: | |
| OFFICER: | J. Tuecke |
| CONNECTING INCIDENT: | |

On 10-13-00 I was assigned as a housing unit rover in the Black Hawk County Jail. At about 1625 hours I was at the entrance to the housing sergeants office when I heard females screaming. Myself, Sergeant Boldt, and Deputy Sidles responded to F Pod. Upon arrival to F Pod we were directed into F-3. Upon entering F3 we discovered inmate Angela Johnson hanging from a sheet tied to the third floor railing above the toilet, and shower area. Inmate Johnson was hanging with her feet off the floor with the sheet tied around her neck. Sergeant Boldt, and I immediately lifted her up while Deputy Sidles attempted to untie the knot in the sheet around her neck. Deputy Newgren arrived and also helped lift Johnson up. We were unable to get the knot undone. I then went to the top of the steps and was able to release the knot that was tied to the railing. Once the knot was released she was directed to the ground and we observed her gasping for air. At about this time Donna from the jail medical staff arrived, as well as other deputies, and an ambulance had been called. Inmate Johnson was breathing on her own, but was having a difficult time doing so. Deputies and Donna treated Johnson until the fire department personnel arrived. She was administered oxygen and vitals monitored. Inmate Johnson was then secured and transported to Allen Hospital by ambulance.

Once Johnson had been transported to the hospital the area was kept secure. Captain Johnson and Lieutenant Baker had been notified and had arrived. The area had been kept secure. Sgt. Peterson arrived and took photographs and secured the sheet Johnson had used.

Lieutenant Baker then asked that I obtain a statement from inmate Susan Williams. Williams was in F3 with Johnson. She stated she had not been out of her cell since the end of first shift. She said when she came out to get her medication she noticed Johnson hanging, and began to yell for help. (See statement of Williams)

Deputy J. Tuecke   7-45                    10-13-00

INCIDENT NUMBER: 00-87340
DATE: 10/13/00
CLASSIFICATION: 9934-Attempted Suicide
SUBJECT: Johnson, Angela
VICTIM:
OFFICER: Deputy Todd Newgren #74
CONNECTING INCIDENT:

On this date I was a rover in the Black Hawk County Jail. At approximately 1625 hours I heard Deputy Kemp ask for rovers and medical to F-3 (which is the female pod). I ran down the hall to F-pod, as I entered F-3 I noticed Deputy Sidles, Deputy Tuecke and Sgt. Boldt were trying to lift Johnson, Angela in an upward position because she had tied a sheet around her neck and the other end of the sheet around the 2nd floor railing and was trying to hang herself. I quickly took hold of her legs and lifted her up so the tension of the sheet wasn't tight around her neck so she could get air to breathe. Deputy Tuecke then went to the 2nd floor of F-3 and began to untie the sheet from around the railing so we could get her down.

Once she was untied, myself, Sgt Boldt and Deputy Sidles laid her down on the floor and positioned her head so she could get air. Sgt Boldt was trying to get the sheet from around her neck untied but could not because of how it was tied. I took hold of the sheet and brought it away from her neck as Sgt. Boldt cut it off. Donna from medical was on scene as Waterloo Fire and Rescue was enroute to the jail. Medical care was given to Johnson as Waterloo Fire and Rescue arrived on scene. Johnson was breathing on her own as her pulse and blood pressures were checked.

Waterloo Fire and Rescue arrived on scene and started to provide care for Johnson. Johnson was spitting and taking breaths. Deputy Chase and myself held down her legs so she could not kick, as it appeared she was resisting. Sgt. Boots handed me the shackles and I placed them on her ankles (doubled locked for her safety).

I later learned that inmate Williams, Susan found Johnson hanging from the railing. I advised William of her rights and she understood them and gave me a written voluntary statement (see statement) of what had transpired leading up to the incident.

Nothing further this officer.

Deputy Todd Newgren #74

| | |
|---|---|
| INCIDENT NUMBER: | SO-87340 |
| DATE: | 10-13-00 |
| CLASSIFICATION: | 9934-INMATE SUICIDE ATTEMPT |
| SUBJECT: | JOHNSON, ANGELA JANE (DOB 01-17-64) |
| VICTIM: | |
| OFFICER: | W. SIDLES 7-109 |
| CONNECTING INCIDENT: | |

On this date I was assigned as a rover in the Black Hawk County Jail and at approximately 1625 hrs Sgt. Boldt, Deputy Tuecke, and myself were in the housing Sgt's Office. We heard what sounded like females screaming and started toward F-pod, at this time Deputy Kemp called for rovers and medical to F3. We ran to F3 and found inmate's Williams, Susan and Milton, Theresa screaming, "help her, she is trying to hang herself". The two inmates were pointing to the shower and toilet area around the corner. We proceeded around the corner and found inmate Johnson, Angela Jane (DOB 01-17-64) hanging near the toilet in front of cell (2A29). She was not moving and did not appear to be breathing.

Johnson had tied one end of the sheet around her neck and the other end to the railing on the second floor of F3. She had apparently climbed over the rail and dropped down as far as the sheet would allow, her feet were not touching the ground. Sgt. Boldt and Deputy Tuecke lifted Johnson upwards to loosen the tension on the sheet while I started to loosen the knot so that she could breathe. An ambulance was requested. Deputy Newgren entered and assisted with lifting Johnson. Deputy Tuecke went to the second floor and untied the sheet. Johnson was lowered to the floor and the sheet was removed. It was apparent that she was breathing because she was gasping and I could see her chest rise and fall. A pulse check was done and she did have a pulse.

Jail medical staff (Donna) entered and began to assess Johnson. Oxygen was administered and her vitals were monitored until Waterloo Fire Rescue arrived. I escorted the first group of paramedics to F3. I obtained a copy of Johnson's medical intake sheet and gave it to the paramedics. The paramedics were asking if she had jumped from the railing or not. I went to speak with inmates Williams, Susan and Milton, Theresa whom also reside in F3. It could not be determined whether she had jumped or not by speaking to these inmates.

Capt. Johnson and Lt. Baker arrived and assisted with the incident. Inmate Johnson was secured (cuffed and shackled) and transported by Waterloo Fire Rescue to Allen Memorial Hospital. Deputies also went to the hospital to secure Johnson.

F3 was secured and Sgt. Petersen arrived to photograph the scene and secure all pertinent items. Voluntary statements were taken from Milton, Theresa and Williams, Susan.

NOTHING FURTHER THIS OFFICER

Case 3:09-cv-03064-MWB-LTS    Document 64-46    Filed 06/23/11    Page 51 of 75

| | |
|---|---|
| INCIDENT NUMBER: | 00-08730 |
| DATE: | 10/13/00 |
| CLASSIFICATION: | 9934 (Suicide Attempt) |
| SUBJECT: | Angela Johnson |
| VICTIM: | |
| OFFICER: | G. Kemp |
| CONNECTING INCIDENT: | |

On 10/13/00, I was assigned as the Pod Officer in F Pod. At approximately 1525 hours I received my briefing from the 1st shift pod officer. He advised me that Johnson, Angela (3A29) was doing fine but to keep an eye on her. She had received a professional visit earlier in the day but refused to go.

As I entered F Pod to begin my headcount I noticed Johnson on camera and she appeared to be fine. She was lying down on her bunk.

At approximately 1555 hours, the front desk called to inform me that Johnson had a professional visit on the 3rd floor. I intercomed her to see if she wanted to go. She refused.

At approximately 1605 hours, the doors in F3 were opened. Johnson asked if she could use the phone. I advised her she could and called Master Control to have them monitor the call. Master Control called me back and informed me that Johnson was speaking with her daughter. Her daughter told her that Johnson's boyfriend had notified authorities the whereabouts of the other bodies. I then called Sgt. Mossman to let him know.

Johnson then went and sat at the table next to the entrance door to F3 where Inmate Milton, Theresa (3A28) had been sitting. As I watched her, she didn't appear to be acting any different than she was earlier. After sitting at the table with Milton, Johnson went upstairs to her room and laid down on her bunk under her covers.

At approximately 1625 hours, Donna with the jail medical staff entered F1 to begin to distribute medication. She informed me that she had medication for Inmates Wise, Bonnie (2A28) and Williams, Susan (2A29).

Before calling Wise and Williams, I noticed Johnson exit her cell. I then intercomed Wise and Williams to come out of their cells to get their medication. After calling them for their medication, I noticed what appeared to be someone over by the toilet and shower in F3. The camera in F3 does not allow you to view the area by the toilet and shower just outside of cell 2A29 nor does it allow you to view the area just outside cell 3A29.

While waiting for Wise and Williams to come up and get their medication I told Donna that we would administer medication in the sally port of F pod. Just then, inmates Milton (3A28) and Williams were at the entrance door to F3 screaming and yelling.

Rovers were then called to F3 and the entire pod was instructed to lock down which they did without further incident. Inmate Williams was unable to return to her cell so she was escorted to F1, cell 2A08.

NOTHING FURTHER FROM THIS OFFICER

G. Kemp #111

*G Kemp #111*

| | |
|---|---|
| INCIDENT NUMBER: | 00-87340 |
| DATE: | 10/13/00 |
| CLASSIFICATION: | 9934 ATTEMPT |
| SUBJECT: | JOHNSON, ANGELA |
| VICTIM: | |
| OFFICER: | J.A. CHASE |
| CONNECTING INCIDENT: | NONE |

On the above date at approximately 1625Hrs, I was working as a pod officer in D-pod. At this time Deputy Kemp called for rovers and medical to F3 in F-pod. I told my inmates to lockdown. As soon as they were locked down I ran to F-pod where in F3 I was met by Deputies Hoffman, Newgren, Tuecke, and Sgt. Boldt. Inmate Johnson, Angela was laying on the floor with a sheet around her neck which Nurse Donna was attempting to remove.

Deputy Newgren was at Johnson's feet holding her legs from kicking I went over and helped Newgren hold down her legs. Nurse Donna requested a CPR mask. I had one in my pocket which I then gave to her in case it was needed. Deputy Hoffman located a pulse and advised the nurse. Inmate Johnson was foaming at the mouth but was breathing on her own. Paramedics then soon arrived and helped take over the upper body. Deputy Newgren and I helped slide Johnson onto a board then I held down her legs while Newgren placed shackles on her legs. We then helped the paramedics lift the board with Johnson on it onto a stretcher. The paramedics then transported inmate Johnson to the hospital.

THAT IS ALL AT THIS TIME

J.A. CHASE #79

Case 3:09-cv-03064-MWB-LTS    Document 84-46    Filed 06/23/11    Page 53 of 75
JMR000053

# BLACK HAWK COUNTY SHERIFF'S OFFICE
## NARRATIVE REPORT

| | |
|---|---|
| INCIDENT NUMBER: | S00-87340 |
| DATE: | 10/13/00 |
| CLASSIFICATION: | 9934 Suicide attempt |
| SUBJECT: | |
| VICTIM: | Johnson, Angela |
| OFFICER: | Deputy J.D. Jolley |
| CONNECTING INCIDENT: | |

On the above date at approximately 1625 hours I received radio traffic stating "rovers to F3". While working as the C-pod officer I waited until I received radio traffic from Sgt Boldt stating to "lock down the entire jail". I told C-pod at that point to lock down and I exited the pod and headed to F-pod to see if I could assist.

Upon entering F3 I noticed 4 or 5 deputies along with the jail medical staff assisting an inmate on the floor in F3. At that point I realized that the inmate being assisted was Angela Johnson. Knowing that Sgt. Boldt had previously called for an ambulance I exited F3 and went downstairs to meet the paramedics to escort them to the second floor. When I passed the intake area I stopped to pick up the medical sheet for a inmate Johnson to give to the paramedics. I then proceeded out the 6th street medical door and waited for the paramedics and ambulance to arrive.

When the paramedics arrived I escorted them to the elevators and up to F-pod on the second floor. I then went back to the elevators and waited on the 2nd floor for the ambulance crew to come up. Deputy Jelinek had gone out to meet the ambulance crew and get them on the elevators. When they arrived on 2nd floor I escorted them to F3 and stood by to assist if needed.

After a few minutes I escorted the paramedics and ambulance crew, along with inmate Johnson, back to 1st floor and out the 6th street door. I then waited until inmate Johnson was inside the ambulance and Deputy Eilderts was also in the ambulance to escort her to the hospital. At that point I came back into the jail through the 6th street door and proceeded back to 2nd floor.

At that point I was asked to assisted Investigator Peterson by making copies of some of Inmate Johnson's' mail that she had received. The copied mail was placed in chain of custody envelopes and was all returned to investigator Peterson.

At this time Inmate Johnson still remains at Covenant Medical center.

Deputy J.D. Jolley 7-67

| | |
|---|---|
| INCIDENT NUMBER: | SOO-87340 |
| DATE: | 10-13-00 |
| CLASSIFICATION: | SUICIDE ATTEMPT 9934 |
| SUBJECT: | ANGELA JOHNSON |
| VICTIM: | |
| OFFICER: | H.M. EILDERTS 7-110 |
| CONNECTING INCIDENT: | |

On 10-13-00 I was working in the intake area of the jail. At approximately 1630hrs Deputy Kemp called for rovers and medical to come to F pod. Shortly after this request for assistance, another request for an ambulance was requested. Sgt. Boots advised me that I would be riding with the paramedics to Allen Memorial Hospital with a female inmate by the name of Angela Johnson. The information I received reference Johnson was that she was a leased bed from the Federal Marshalls. After receiving Johnson's booking information I was made aware that she has a history of violent behavior. Sgt. Reicherts followed the ambulance to the hospital for additional security.

While in the ambulance with Johnson and paramedics, Johnson was very resistive and acting in a violent manor. Johnson had been restrained with shackles on her ankles and handcuffs on her wrists and continued to struggle. Johnson continuously screamed and raised her chest. Johnson kept her hands in a tight fist and tried to free herself of the handcuffs.

After arriving at the Allen Hospital Emergency Room Nurse Janell and Officer Bartlett met us and took us to a room. Nurses Maria, Colleen, and Diane assisted with treating Johnson. Dr J.L. Browne later arrived and asked if Johnson would cooperate so x-rays could be done. Johnson refused to cooperate and continued her violent behavior and screaming. Dr Browne sedated Johnson so x-rays could be done. Other medical staff in the room included Scott from radiology, Jamie, and Sue in X-ray.

Deputies McDonald and Rathe also assisted at the Emergency Room to with security on Johnson. Later Capt. Johnson, jail administrator, arrived and was given information to give the Federal Marshalls.

Johnson was taken to the intensive care unit to be monitored and I had no further contact with this inmate. Nothing further this officer.

H.M. Eilderts #110

| | |
|---|---|
| INCIDENT NUMBER: | S00-87340 |
| DATE: | 101300 |
| CLASSIFICATION: | Attempted Suicide |
| SUBJECT: | |
| VICTIM: | |
| OFFICER: | Lt. R. Corson |
| CONNECTING INCIDENT: | |

On 101300 at approximately 1630 hrs I was contacted by phone by Lt. M. Baker, who had called my residence and requested that I come to the Black Hawk County Sheriff's Office reference an attempted suicide. I arrived and made contact with Lt. Baker and a short time later with Capt. M. Johnson. I was advised that Inmate Angela Johnson had attempted suicide by hanging with a sheet in F Pod. I was further advised that the five suspected bodies were found and that she had been talking with her mother regarding this. Note that she is charged with 5 counts of murder by the Federal Government. I made contact with Sgt. Petersen who was photographing the scene and collecting any possible evidence. I assisted in various ways and was then instructed by Capt. Johnson to go to Allen Hospital. Upon arrival at Allen Hospital I met with Deputies M. McDonald and T. Rathe, as well as off-duty Waterloo Police Officer J. Bartlett who was working security. At that time, Inmate Johnson was in the Emergency room and was being attended by medical staff. I was advised that she would be moved to ICU shortly, and Deputy Rathe and I went to ICU and secured the area and advised medical staff there of Inmate Johnson's history. At approximately 2145 hrs., Inmate Johnson was settled in her room in ICU and I had opportunity to speak with her. I advised her who I was and she stated "Didn't I do it right?", eluding to the suicide attempt I asked her if she was hurt or felt any pain and she stated "I only hurt in my heart." Further conversation was that we did not want her to hurt herself and she advised that she would not do anything further. Deputy T. Rathe was now in charge of Inmate Johnson with Patrol Deputies checking on her as well and Officer Bartlett assisting.

_Lt. R.T. Corson_

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 56 of 75

JMR000056

| | |
|---|---|
| INCIDENT NUMBER: | 00-87340 |
| DATE: | 13 OCTOBER 2000 |
| CLASSIFICATION: | SUICIDE ATTEMPT |
| SUBJECT: | |
| VICTIM: | ANGELA JOHNSON |
| OFFICER: | SGT. STEVEN L. PETERSEN |
| CONNECTING INCIDENT: | |

October 13, 2000 at approximately 1635 hrs I was advised an inmate attempted suicide. I arrived at the jail where I met with Sgt. Boldt. He told me the inmate was Angela Johnson. Sgt. Boldt told me the inmate was transported to Allen Hospital for treatment of injuries created by hanging. He described the injuries as possibly life threatening. He took me to the female housing unit and showed me where the deputies had found the inmate hanging at and described their efforts to get her removed from the bed sheets.

The area of the female housing unit where this occurred is in the area of cell 3A29 and 2A28. This area of the cellblock has a corner that is not covered by security cameras. I was told the sheet was tied to the railing on the second level and the victim was reached from the first level. I was also told the deputies had untied the sheet to get the victim down for rescue attempts. This area was photographed and the sheet was placed in a paper sack.

I entered the cell and made photographic record of the cell that Angela Johnson was assigned. The cell area was orderly and the bed was not made. There was some letters on the steel table. One of the letters was address to Angela Johnson from an attorney. There was an envelope addressed to Alyssa Dale Johnson and had not been postmarked. This envelope contained three letters. One was addressed to Rodney, last name unknown. Another letter·was addressed to My Sweet Little Sister. The third was addressed to My Dear Sweet Alyssa. One paragraph in the letter to her sister, possibly named Holly, the writer states, "Make sure they know the truth. I may know about some things, but that doesn't mean I had anything to do with it." These letters were seized and copies made.

On the floor under the table was a cardboard box with more papers. I went through this box of papers and the contents appeared to be from lawyers. This box of papers was not seized as evidence.

The cell was left to jail staff to clean up or secure pending the disposition of the victim.

END

# Black Hawk County Sheriff's Office
## Voluntary Statement

**Complaint:** Attempted Suicide
**Beginning Time:** 1720

**INCIDENT NO:** 00-87340

**Statement Date:** 10/13/00

I, the undersigned, Theresa Milton, wish to make the following voluntary signed statement to Sgt. K. Boldt, a Deputy with the Black Hawk County Sheriff's Office. No threats or promises have been made to me or hopes of reward have been offered prior to this statement and I give this statement of my own free will.

I am 36 years of age, and I was born on 9/10/64.
I was born at: Canton MS.
I presently reside at: 624 Newell St., Waterloo.
My home phone number is: 226-4438.
I am presently employed at: Unemployed.

You have the right to remain silent. Anything you say can and will be used as evidence against you. You have the right to talk to an attorney before or during questioning. If you cannot afford an attorney, one will be provided for you without cost.

Miranda Signature: _Theresa Milton_                    Witness: _Sgt K Boldt_

## STATEMENT:

I have been in the Black Hawk County Jail for a week. I have been in F-3 Pod the whole time. Angela Johnson was in F-3 when I got here. I talked to her every day and we started to become friends. I like her a lot. At first she was sweet and we got along together real well. A couple of days ago the deputies said they would move me to one of the other sides of F-Pod. I told them I wanted to stay in F-3 because I have problems being around a lot of people. I later went down to medical and talked to the nurse. I came back from the nurse and we were talking and I said I had been suicidal. Angela asked me then how I would commit suicide if I wanted to do it. I told her that I would use a sheet. I did not get the impression that she would do anything to herself.

Last night she called her daughter and found out the judge had turned down her appeal. Angela started crying on the phone then. She also got a letter that said the appeal had been turned down. This was all before supper yesterday. She said last night that she was worried the tall guard and Susan would interfere. When I asked her about what she was talking about she laughed it off. She talked about suicide but I did not think she was serious so I did not mention it to any of the gaurds. I did tell her last night that she would not go to heaven if she killed herself. She told me also that she would not tell me anything about it if she decided to do anything.

I also want to say that yesterday she was on the phone and had made arrangments for her sister to take care of her kids if anything happened to her.

1

This morning during breakfast she said she could not find anything in the Bible saying she would not go to heaven. She was acting different today watching the gaurds and not allowing anyone to use the intercom. She was antsy too. After the shift change we were let out of our cells and she told me that her attorney had been there and she did not want to talk to him she only wanted to talk to me and her kids. Shortly after this she made a phone call to her daughter and I heard her say several times that she loved them. She hung up the phone and I asked if she had any paper. She brought me some paper and a pen. I then asked her about an envelope and she went to get one. I was downstairs at the small table and she walked up to her room to get the envelope. She did not come back while I was writing. I heard the intercom and then Susan came out the door and started yelling. I got up and I saw something hanging around the corner and me and Susan both started banging on the door and yelling.

From the time that I asked about an envelope and when Susan started yelling had to have been less than a minute. I did hear labored or raspy breathing but I thought it was Bonnie Wise because she breathes like that. I did not hear anything else.

The gaurds came running in and told me to go to my room. I did see them holding her up and trying to get her down. I went to my room and locked the door.

I was just asked about the cleaning solvent. We did have this in the pod this morning. Angela did not want me to give it back to the officers. I told her I would get in trouble. She took the blue bottle to her room but it was given back to the gaurds. I don't know if Angela kept any or not.

I want to say that Angela was talking about it being Friday the 13th and bad things were going to happen. She did not say what, only it was going to be a bad day.

I have read, or I have had read to me, the above statement consisting of 2 pages and I say that it is correct and I sign it of my own free will on 10/13/00.

Ending Time: 1810.

Witness:

_[signature]_

Signed:

_[signature]_

2

JMR000059

# Black Hawk County Sheriff's Office
## Voluntary Statement

INCIDENT NO: OO-87

Complaint:

Beginning Time: 1715                    Statement Date: 10/13/00

I, the undersigned, Susan, wish to make the following voluntary signed statement to Tod, a Deputy with the Black Hawk County Sheriff's Office. No threats or promises have been made to me or hopes of reward have been offered prior to this statement and I give this statement of my own free will.

I am 39 years of age, and I was born on 4/10/61.
I was born at: Wlℴ.
I presently reside at: Homeless
My home phone number is: 232-0753
I am presently employed at: DISABLED

You have the right to remain silent. Anything you say can and will be used as evidence against you. You have the right to talk to an attorney before or during questioning. If you cannot afford an attorney, one will be provided for you without cost.

Miranda Signature: Susan Williams            Witness x J. Tueck

**STATEMENT:**

I have read, or I have had read to me, the above statement consisting of          pages and I say that it is correct and I sign it of my own free will on                 .

1

Case 3:09-cv-03064-MWB-LTS    Document 38-46    Filed 06/23/11    Page 60 of 75
JMR000060

10/13/00

I Susan Williams will explain all that happen today in pod F-3. I think it was about 9:05 they (brand)told Angele she had a profactiond visit she said she didn't want the visit so she sit down and I told here that it might be some good news. But she said it was Feiday the 13th and she wasn't going to the visit. So then later she made a phone call I don't know who two. But she was cring and I wasing trug to hear her commisation. But after the phone call she went to her room. and got to letter and came back down stair with then hehid her back. She walked over to the bath room and tore the lettis up and flushed then down the tolit. Then came doch up. and off after loch-up when the guards unloch the door to aeu cells I didn't come out. I was reading a book and the one of the guards came across the speckea and said the meds was and I told hin I was coming and then he said don't forget your cup and I said I was getting it _ so after I fulled my cup with water I came out the cell and I saw Angele hanging there and so I started puching bottons and telling then to

JMR000061

help her that she had hung herse[lf]
and I just keep on pushing the botto[n]
and then they came, and they tol[d]
us to go to our room. But I coul[d]
get to my room because she was in
front of my cell. and then they cu[t]
her down and started to take the sh[eet]
from around her neck. and I hear[d]
her start breathen again so I wa[s]
relieved and but the gaurds was stil[l]
yelling at me to go to my room.
one of them finly to me across [to]
F-1 and put me in a cell over here.

At the end of 1st shift was the time
that angle was sitting on the tolet tr[ying]
up the letters and I just went u[p]
my cell. And at 2nd shift when [I]
came out to get my meds she was
hanging there.

10/13/00

Susan Williams

J. Tucka 7-45

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 62 of 75

JMR000062

000034

IOWA DEPARTMENT OF PUBLIC SAFETY
DIVISION OF CRIMINAL INVESTIGATION

**LABORATORY RECEIPT**

| DCI OFFICE USE ONLY | 2. STATUS | 3. CASE NUMBER | DCI CASE # 9605382 |
|---|---|---|---|
| 1. DATE ASSIGNED    TIME<br>MO    DAY    YR    __:__<br> -        - | ☐    ☐<br>OPEN  ASSIST | ☐☐-☐☐☐-☐-☐☐-☐☐-☐☐☐☐☐☐<br>COUNTY CLASS UNIT AUTH YEAR    SEQUENCE NO. | |

***ALL INFORMATION BELOW THIS LINE MUST BE COMPLETED; TYPE OR PRINT CLEARLY***

CRIME ___Suicide Attempt___

DATE OF OCCURRENCE ___10-13-00___

LOCATION OF OFFENSE ___225 E 6th St___

CITY AND COUNTY ___Waterloo   Black Hawk___

METHOD _____ WEAPON _____

HOW RECEIVED AT LAB _____

NAME OF CASE OFFICER ___Sgt Steven L Petersen___

AGENCY NAME ___Black Hawk County Sheriff's Office___

AGENCY ADDRESS ___225 E 6th St___

CITY ___Waterloo___          ZIP CODE ___50703___

AGENCY PHONE NUMBER ___319-291-2587 x 121___

AGENCY CASE NO. ___00-87340___

| VICTIM/S | RACE / SEX / D.O.B. | SUSPECT/S    RACE/SEX/D.O.B.    (INCLUDE DCI # IF AVAILABLE) | LAB SECTIONS |
|---|---|---|---|
| | | Angela Jane Johnson   w/F/01-17-64   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 | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

_Steven Petersen_
SIGNATURE OF SUBMITTING OFFICER                    RECEIVED IN LABORATORY BY

SPECIAL REQUESTS OR INFORMATION:                    (3½ x 5 or 4 x 6 — Whatever normally Printed)

Print four (4) sets of Photographs per Request of Agent John Grahm + Bill Basler
Mail Prints to: Iowa DCI - Mason City office 355 East Eisenhower, Mason City IA 50401
RETURN NEGATIVES TO Black Hawk County Sheriff.

THIS MATERIAL MAY ☐ MAY NOT ☒ BE DESTROYED      INITIALS _SP_

| LABORATORY DESIGNATION | QUANTITY | DESCRIPTION OF EVIDENCE    (INCLUDE SERIAL NUMBERS IF KNOWN) | AGENCY DESIGNATION | SECTION INVOLVED |
|---|---|---|---|---|
| | 07 | Negatives in Evidence Envelope | A | Photo's |
| | 11 | Negatives in Evidence Envelope | A | Photo's |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DCI - 15 APPROVED 4/1/95

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 63 of 75
JMR000663

10-13-00

On break Sgt. Mossman informed medical that bodies have been found et inmates County called concerned about inmate (suicidal) once aware of this.

Misc (master control reports that he listened in on conversation between inmate et daughter stating that it sounded like final goodbye Sgt notified — hanging dept 5 min later



# Physical Exam

000036

| Offender Name | Number | Admission Date |
|---|---|---|
| Johnson Angela Jane | 00105347 | 10 3-00 |

## I. Identifying Marks (note any scars on diagram and explain)

Decline

| Laboratory Findings | Sex: ○ M ⊘ F |
|---|---|
| Urine | |
| VDRL | |
| CBC | |
| GC/Chlamydia | |
| Chest X-Ray | |
| EKG | |
| HBV | |
| HIV | |
| Pap Smear | |

## II. General Condition

| Temperature | Pulse | Respiration | Blood Pressure |
|---|---|---|---|

| Nutrition | Wgt. | Hgt. |
|---|---|---|

Development

## III. Physical Examination

CODE:  N = Normal     U = Unable to test     NEG = Negative     NT = Not tested     NA = Not applicable     R = Refused
+ = Abnormal Finding – **ALL ABNORMAL** findings must be commented on in spaces provided.

| | | | | | |
|---|---|---|---|---|---|
| **Head** | Shape | Trauma | Comments | | |
| **Eyes** | Conjunctiva & Sclera | | Pupils | Fundi | EOM |
| | Comments | | | | |
| **Ears** | External | Canal | TM | Comments | |
| **Nose** | Mucosa | Septum | Comments | | |
| **Mouth** | Mucosa | Dentition | Tonsils | Pharynx | Comments |
| **Breasts** | Masses | Nipple | Discharge | Symmetry | |
| | Comments | | | | |
| **Lungs** | Ausculation | | Comments | | |
| **Heart** | Rate | Rhythm | Sounds | Murmur | JVD |

Comments:

Case 3:09-cv-03064-MWB-LTS     Document 284-6     Filed 06/23/11     Page 65 of 75
JMR000065

**Physical Exam** - *Continued on back*

CODE: N = Normal   U = Unable to test   NEG = Negative   NT = Not tested   NA = Not applicable   R = Refused
+ = Abnormal Finding – ALL ABNORMAL findings must be commented on in spaces provided.

| Peripheral Vascular | Carotid | Radial | Femoral | Dorsalis Pedis |
|---|---|---|---|---|
| | Comments | | | |
| **Abdomen** | Masses | Bowel Sounds | Percussion | Tenderness |
| | Organomegaly | Comments | | |
| **Rectal** | Sphincter Tone | Prostate | Hemorrhoids | Comments |
| **Genitalia** | | | Comments | |
| | Cervical | Axillary | Inguinal | |
| **Musculo-Skeletal** | Comments | Thorax | | Back |
| | Neck | | | |
| **Joints** | Comments | | | |
| **Extremities** | Upper | Lower | Comments | |
| **Skin** | Peripheral Varicosities | Edema | Deformities | Comments |
| **Neurological** | | | **General Psychiatric** | |

**Assessment**

Current Medical Problems

Initial Plan of Care

꙳ An initial progress note must be made summarizing the information in this form

| Physician / Physician Assistant / Registered Nurse | Date Signed |
|---|---|
| *Donna Rhoads RN* | 10 - 10 - 00 |

Case 3:09-cv-03064-MWB-LTS    Document 284-46    Filed 06/23/11    Page 66 of 75

JMR000066

**Physical Exam**

NC005



# Referral to Mental Health

| Inmate Name: | ID #: | Location: | DOB: |
|---|---|---|---|
| Johnson, Angela | 00105347 | F | 1-17-64 |

**Reason for Referral**

○ *Crisis Intervention*
    ○ Family problems:_____
    ○ Problems with peers:_____
    ○ Recent stress:_____
    ○ Other:_____

○ *Evaluation of Mental Condition*
    ○ Suicidal    ○ Anxious    ○ Physical complaints    ○ Impassivity
    ○ Homicidal    ○ Depressed    ○ Sleep disturbance    ○ Grandiosity
    ○ Mutilative    ○ Withdrawn    ○ Hallucinations/delusions    ○ Hyperactivity
    ○ Hostile, angry    ○ Poor hygiene    ○ Suspicious
    ○ Other inappropriate behavior

○ *Evaluation of Need for Psychiatric Intervention*
◉ *History of Psychotropic Medication prior to Intake*
○ *Other*_____

Comments: _Brought in as wais beds (Federal) Non-Formulary_

| Referred by: | Department: | Date: |
|---|---|---|
| M. Quelan RN | Nursing | 10-3-00 |

## Mental Health Follow-up: Evaluation / Treatment / Disposition

Ct. met with MH and Dr. Khokhar on 10-7-00. Refer to physician's psych. eval. for assessment and recommendations.

Referral to Mental Health

000037

BENTON COUNTY CORRECTIONAL CENTER
PRISONER HEALTH VISIT REPORT

PHYSICAL / MENTAL

Inmate Name: Angela Jane Johnson       Booking #: 70-465

DOB: 1-17-64       SSN: 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       Sex: M / F

Insurance (if applicable): _____

Date of Visit: 9-13-00       Time of Visit: 1100

Attending Name: Jim Bowd       Phone: 477-5226

Clinic or Hospital: ABBE Center

Address: 1701 2nd ave       City: Vinton

Inmate Problem: Mental Eval

Treatment Given: _____

Special Instructions: _____

Medication Information: _____

Billable Agency: United States Marshals Service Auth: 6.2

Address: Federal Building Room 320 101 First St SE

City: Cedar Rapids       State: IA       Zip: 52401

[No Transport]

Transport Authorization: _____

Transport Officer: _____

Case 3:09-cv-03064-MWB-LTS     Document 384-46     Filed 06/23/11     Page 68 of 75
JMR000068

BENTON COUNTY CORRECTIONAL CENTER          000028   PHYSICAL / MENTAL
PRISONER HEALTH VISIT REPORT

Inmate Name: _Angela Jane Johnson_          Booking #: _ZO-465_

DOB: _1-17-64_        SSN: _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_          Sex:   M  / F

Insurance (if applicable): _____

Date of Visit: _9-11-00_          Time of Visit: _0800_

Attending Name: _David Boudewyk_          Phone: _472-5962_

Clinic or Hospital: _Vinton Family Med Clinic_

Address: _309 1st Ave_          City: _Vinton, IA 52349_

Inmate Problem: _Insomnia, Anxiety. Inmate has elements_
_of depression with anxiety_

Treatment Given: _Will start on Serzone 150 mg twice_
_daily._

Special Instructions: _____

Medication Information: _____

Billable Agency: _US Marshals_          Auth: _6-2_

Address: _101 1st SE_

City: _CEDAR Rapids_          State: _IA_   Zip: _52349_

Transport Authorization: _____          [No Transport]

Transport Officer: _____   _6-5_          [In house    ]

Case 3:09-cv-03064-MWB-LTS   Document 84-6   Filed 06/23/11   Page 69 of 75
JMR000069

000034



# UNITED STATES MARSHALS SERVICE
## Northern District of Iowa

101 1st Street SE, Room 320
Cedar Rapids, IA 52401
Office: (319) 362-4411, Facsimile: (319) 362-7098


TO: _Mike_, _JAILER_

FROM: ___ _Roger Arechiga_

DATE: _____ _9-7-00_

NUMBER OF PAGES: _0_ EXCLUDING COVER SHEET

COMMENTS: _At your convenience, could you please ask a doctor or nurse from the hospital to come to the jail to see Angela Johnson reference anxiety and inability to sleep (per her Defense Atty) But do not take her to the hospital — Any problems, please call ___

WARNING: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.

JMR000070

** TOTAL PAGE.01 **

# LINN COUNTY CORRECTIONAL CENTER HEALTH DEPARTMENT
Thursday, December 1, 2005

**NAME:** Johnson, Angela                                             **AGE:** 41
White Female

**SUBJECTIVE:**
Here for a recheck of her nail plate infection. She has been doing well and it is back to normal.

**OBJECTIVE:**
The nail plate looks fine.

**ASSESSMENT:**
Nail infection stable.

**PLAN:**
Recheck prn.

Dr. T. Nash, MD/dma

77651

# LINN COUNTY CORRECTIONAL CENTER HEALTH DEPARTMENT
Tuesday, November 15, 2005

**NAME:** Johnson, Angela
White Female

**AGE:** 41

**SUBJECTIVE:**
Chief complaint: left nail deformity. She has had a nail injury which she caught her left thumb in a door about twenty years ago. She has been complaining of some increased pain to the thumbnail.

**OBJECTIVE:**
Examination of the thumbnail reveals she has had some abnormal growth to that thumbnail for the last six to eight months. The distal portion of the nail appears to be smooth but it is very irregular leading up into the cuticle bed. She has what looks like from the cuticle bed a possible granuloma that it is emanating from that area at this point in time. It does seem a little more edematous but there is real no red-hot erythema or fluctuants. I don't see any signs of a felon and there is good capillary refill at this point. She was started on Duricef 500 mg po bid for ten days. She has been soaking it because it hurts her so much.

**ASSESSMENT:**
Possible nail bed infection with abnormal nail growth.

**PLAN:**
Continue the Duricef and some antibiotic ointment to the left thumbnail twice a day for fourteen days and re-evaluate as needed. We may have to see how this does in the next one month to two months to see if it is getting better and then re-evaluate with a possible referral on.

Dr. B. Wisnousky, MD/dma

JMR000072

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

DRUG ALLERGIES: _____

LINN COUNTY CORRECTIONAL CENTER

77657

Angela Johnson

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|------|----------------|-------------------|------|
| 11/8/05 | | Ibuprofen 600-800 mg PO BID X 14D ap | R. Fazaman | |
| | | Noted Scanton 11/8/05 | | |
| 11/14/05 | | Duricef 500mg ; PO QD X 10D ᴮᶻᴰ | | |
| 11/14/ | | Noted | M. Fazman | |
| 11/15/05 | | Neosporin or Abx oint to Other nail BID X 14D. | | |
| | | Noted Murray 12-1-05 | | |

1  2    3 ( REMOVE SNAP & REPLACE / WITH NEW FORM SET )

**CHART COPY**

**A-1 ORDER SHEET**

070430 Rev 4/91

JMR000073

authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

_____

DRUG ALLERGIES: _____

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela
#77651

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 8/24/05 | | Seasonale 91 day BCP<br>MTV one/day<br>seroquel 200mg tab/HS<br>Ibuprofen 800mg tid PRN<br>Zoloft 100mg ③ tabs HS<br>per Rx: Dr. Nolan / J Contentor RN | Nita Carpenter<br>8/24/05 | |
| 9-14-05 | | ↑ SEROQUEL TO 300MG QHS<br>TO DR SAFVOIR / SALOME RN / B Murray R<br>Nita Murray | | |

# MEDICAL ASSOCIATES, PC
## 194 6TH AVE NE   LE MARS IA 51031



## FAX TRANSMISSION

TO: _Dept. of Health Services Linn Co. Jail_
FAX NUMBER: _319-892-5096 fx ; 319-892-6303 ph_
DATE: _Mon., Aug 29, 2005_
FROM:
- [ ] Cheryl Cronin, PA-C
- [ ] Mary Derocher, RN
- [x] Jamie Cockburn
- [ ] Other _____

PHONE NUMBER: 712-546-3625   FAX NUMBER: 712-546-3674

No. of pages including this cover sheet: _5_

SUBJECT: _Angela Johnson DoB 1/17/64_

INSTRUCTIONS: _____

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

If the reader of this communication is not the intended recipient or the employee of Agent responsible for delivering the communication, you are hereby notified that any Dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the communication to us at the above address via the U.S. Postal Services at our expense.  Thank you.

U:\Julie's Shared Files\Desktops\Nurse Forms\Fax Cover Sheets\Cronin Fax.doc

08/29/2005