# Siouxland Cytology Consultants, LLC

*55200.00*

2730 Pierce St. Suite 405
Sioux City, IA 51104
Ph:(712) 255-8063   FAX:(712) 255-6093

## Johnson, Angela J.

101 1st St SE Ste 320
Cedar Rapids, IA 52401
712 546-4419

Accession #: **G05-10553**

| | | | |
|---|---|---|---|
| Med. Rec. #: | S86305 | Client: | Medical Associates |
| DOB: | 1/17/1964 (Age: 41) | Collected: | 7/18/05 |
| Soc. Sec. #: | 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 | Received: | 7/19/05 |
| Physician(s): | Cheryl Cronin, PA-C | Reported: | 7/20/05 |
| | | Copy To: | |

**Specimen Type/Source:** A: ThinPrep with image analysis - cervical

## Final Cytologic Result

Specimen Adequacy:
Satisfactory for evaluation - endocervical/transformation zone component present.

Interpretation:
Negative for intraepithelial lesion or malignancy.

Comment: Based on the cytology results, high risk HPV DNA Probe testing will not be performed. Follow-up as clinically indicated.

***Electronically Signed Out***
Priscilla L. Wyman, CT(ASCP)

plw/7/20/05

## Clinical history

Date of last menstrual period: 1 month ago
Hormonal therapy: Oral contraceptives
Other clinical conditions: HPV reflex requested

CPT codes: 88175

*8-25-05 WPL CC*

This ThinPrep specimen has been evaluated with the assistance of the ThinPrep Imaging System.

The PAP test is subject to both false negative and false positive results. These results should be interpreted in the context of your patient's history and clinical findings. Please consult this laboratory for further information on this subject.

Page 1 of 1

Johnson, Angela J.                         END OF REPORT

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 1 of 75
JMR000076

# LINN COUNTY CORRECTIONAL CENTER

## HEALTH CARE

## P.O. Box 608

## 53 3rd Avenue Bridge

## Cedar Rapids, Iowa 52407-4740

## (319) 892-6303

# FAX COVER SHEET

DATE: _8-25-05_

Number of pages including cover sheet: _2_

TO:
Name: _MEDICAL ASSOC._

FROM:
Name: _DANA RN_

Phone
Fax Phone _712-546-3674_

Fax Phone: (319) 892 5096

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

RE: _Johnson, Angela_

## STATEMENT OF CONFIDENTIALITY

The documents included with this facsimile transmittal sheet contain information from the Linn County Sheriff's Department which is confidential and/or privileged. This information is intended to be for the use of the addressee named on this sheet. If you are not the addressee, note that any disclosure, photocopying, distribution, or use of the contents of this faxed information is PROHIBITED. If you have received this facsimile in error, please notify by telephone immediately so that we can arrange for the retrieval of the original documents at no charge to you.

# AUTHORIZATION TO DISCLOSE
# PROTECTED HEALTH INFORMATION

I authorize the use/disclosure of protected health information about me as described below.

## PATIENT IDENTIFICATION (Please print or type)

Name __JOHNSON, ANGELA JANE__  Med. Rec. # _____

Date of Birth __1-17-64__  Social Security # __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__

Address _____  City _____  State _____  Zip _____
Street/P.O. Box

Telephone # (Home) ____ ( ____ ) _____  (Work) ____ ( ____ ) _____

## REQUESTED INFORMATION TO BE DISCLOSED

For dates of service from (date) _____ to (date) _____

- ☐ Discharge Summary
- ☐ Laboratory Report
- ☐ Pathology Report
- ☒ Other (specify) __MEDICATION__
- ☒ History & Physical Report
- ☐ X-ray Report  ☐ Film
- ☐ Physical Therapy Report __RECENT PAP RESULTS__
- ☐ Emergency Room Report
- ☐ Operative Report
- ☐ Abstract "Summary" Data

## PERSON TO WHOM INFORMATION IS TO BE DISCLOSED (check only one)

☒ This information is to be released __FROM__ to the facility or individual specified below:

__PA CRONIN__

(Name of facility or individual)

__LE MARS, IA__

(Address)

☒ This information is to be released __TO__ Department of __HEALTH SERVICES__ from the facility or individual specified below:

__LINN CO JAIL__

(Name of facility or individual)

__CEDAR RAPIDS, IA 52405__

(Address)

## PURPOSE OF RELEASE

The information will be used/disclosed for the purpose of:
- ☒ Patient Care
- ☐ Insurance Claim
- ☐ Personal Use
- ☐ Legal Review

☐ Other (specify) _____

I understand that I may cancel (revoke) this authorization at any time by sending a written notice to Mercy's Health Information (Medical Records) department and that my cancellation will take effect when the written notice is received and it will not apply to information that has already been released in response to this authorization. This authorization will expire six (6) months from the date of signature, except as specified. (Specify, expiration date, event or condition: _____ )

I understand that authorizing the disclosure of this health information is voluntary. I need not sign this form in order to receive treatment. I understand that I may inspect or copy the information to be used or disclosed. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information may be redisclosed and no longer protected by federal privacy regulations, unless otherwise prohibited from redisclosure under other federal and/or state laws or regulations.

X(____) (initial) I give permission to fax this information to the requester. (For immediate & emergency patient care needs.)
(A copy of the signed form will be provided to the patient.)

X _____
Signature (Patient or Legal Representative)

__8·25·05__
Date

_____
Relationship, if not the patient

_____
Witness

## SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION FURTHER PROTECTED BY STATE OR FEDERAL LAW

I specifically authorize the release of data and information relating to: (initial appropriate box(es)
- ☐ acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV)
- ☐ alcohol and drug abuse treatment  ☐ behavioral or mental health services

X _____
Signature (Patient or Legal Representative)
(For the above information to be released, you must sign here AND above.)

☐ Information processed and sent (date and initials) _____

Original - Medical Record    Pink Copy - Patient

Form #070262 (Rev. 4/03)

# MEDICAL ASSOCIATES, P.C.
**194 6th Avenue N.E.**
**Le Mars, IA 51031**
Phone (712) 546-8113  Fax (712) 546-9307

Patient #: 5520002
Patient Name: ANGELA JOHNSON
Patient DOB: 01/17/1964

## LEVEL III (ESTABLISHED)

Date of Service: 07/18/2005  02:44 pm CHERYL CRONIN PA-C

PATIENT'S AGE:  41 yrs, 6 mths, 0 wks, 1 day

> CHIEF COMPLAINT:  The patient is seen for a complete annual physical examination. The patient is seen for an annual gynecological examination. The patient is seen for a routine PAP smear. NEEDS REFILL OF BCP. CURRENTLY TAKES ORTHTRICYCLINE.

VITALS SIGNS:
> HEIGHT:  67 1/2in
> WEIGHT:  226lbs
> PULSE:  72 Right Radial, Regular
> BLOOD PRESSURE:  136/88 Left Arm Sitting

MEDICATIONS LIST:
> ORTHOTRICYCLEN, AS DIRECTED, 1 Dispensed, status: NEW HISTORY, 07/18/2005.

CURRENT MEDICATION LIST:
> ZOLOFT ORAL TABLET 100 MG, 3 AT HS  (300MG)
> SEROQUEL ORAL TABLET 200 MG, 1 QHS
> IBUPROFEN ORAL TABLET 800 MG, PRN DURING MENSES
> MULTIVITAMIN, 1 DAILY

CURRENT ALLERGY LIST:
> AUGMENTIN

NOTE BY: Mary DeRocher, RN.

GYN HISTORY:
> MENSTRUAL HISTORY:
> > DATE LAST PERIOD:  06/18/2005.
> PAP HISTORY:
> > LAST:  Performed  approximately 7 years ago.
> > RESULTS:  Normal.

HISTORY:
PAST MEDICAL HISTORY:  She was hospitalized because of an **ALLERGIC REACTION TO AUGMENTIN**; otherwise, no other admissions.
SURGICAL HISTORY:  No surgeries
OB/GYN HISTORY:   Gravida-2, Para-2, AB-O; both vaginal deliveries; however, the first delivery was a breech delivery.
**ALLERGIES: AUGMENTIN.**
SOCIAL HISTORY:  Quit smoking 5 years ago.  No drug or alcohol use in the last 5 years. She has been incarcerated for 5 years.  She did have problems with drug abuse and that is at least part of the reason why she is incarcerated.  She is single.
FAMILY HISTORY:   Parents are both alive and in good health.   Father has Cardiac Arrhythmia, but has never had a heart attack.  Mother had a Stroke several years ago.  No family history of diabetes or cancer.  She has 4 siblings, who are all in good health.

Case 3:09-cv-03064-MWB-LTS   Document 284-47   Filed 06/23/11   Page 4 of 75
JMR000079

Patient #: 5520002
Patient Name: ANGELA JOHNSON
Patient DOB: 01/17/1964

LEVEL III (ESTABLISHED)

Date of Service: 07/18/2005 02:44 pm CHERYL CRONIN PA-C

Cheryl A. Cronin, PA-C 07/18/2005 CC/br

Angela Johnson          55200-02 07/18/2005 CC/br

S: Angela is an inmate at the Plymouth County Jail under the State Marshal's Office. She comes in today because she needs her BCP's refilled. She has not had a Pap smear done for 7 years. She is currently using OrthoTri-Cyclen, primarily because of heavy, irregular menses and a lot of cramping. She states that her periods are improved, but she still has a moderate amount of cramping, necessitating the use of Ibuprofen with her periods.

PAST MEDICAL HISTORY: She was hospitalized because of an **ALLERGIC REACTION TO AUGMENTIN**; otherwise, no other admissions.

SURGICAL HISTORY: No surgeries

OB/GYN HISTORY: Gravida-2, Para-2, AB-O; both vaginal deliveries; however, the first delivery was a breech delivery.

**ALLERGIES: AUGMENTIN.**

SOCIAL HISTORY: Quit smoking 5 years ago. No drug or alcohol use in the last 5 years. She has been incarcerated for 5 years. She did have problems with drug abuse and that is at least part of the reason why she is incarcerated. She is single.

FAMILY HISTORY: Parents are both alive and in good health. Father has Cardiac Arrhythmia, but has never had a heart attack. Mother had a Stroke several years ago. No family history of diabetes or cancer. She has 4 siblings, who are all in good health.

REVIEW OF SYSTEMS: Constitutional; No fever or chills. She does have headaches on a regular basis. HEENT; No recurrent sore throats or sinus problems. Cardiopulmonary; Denies any chest pain or chest discomfort, SOB or difficulty breathing. Breasts; She has not noticed any changes. She does try to do self-breast exams. She states she had a Mammogram done approximately 10 years ago. GI; No nausea or vomiting. No problems with constipation or diarrhea. No abdominal pain. GU; Menses as above. Denies any vaginal itching, discharge or bleeding between periods.

O: PE reveals an alert and cooperative female in no apparent distress. She is accompanied by a female deputy from the sheriff's office. HEENT examination is unremarkable. Neck is soft and supple without lymphadenopathy; thyroid is palpably normal. Lung sounds are clear. Heart sounds are RRR without murmur. Breasts are very large, but no masses are noted; nipples are everted bilaterally; no axillary nodes are noted. Abdomen: Soft and nontender; moderately obese; no masses noted. Pelvic Examination: External genitalia is WNL. Cervix is visualized and WNL; Pap smear is done using brush and spatula; she has a small amount of bleeding noted from the cervical os after collection of the Pap smear. Bimanual examination reveals no tenderness with motion of the cervix. Adnexa are not felt due to obesity. Extremities: No cyanosis, clubbing or edema; good DTR's.

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 5 of 75

JMR000080

## MEDICAL ASSOCIATES, P.C.
### 194 6th Avenue N.E.
### Le Mars, IA  51031
Phone (712) 546-8113  Fax (712) 546-9307

Patient #: 5520002
Patient Name: ANGELA JOHNSON
Patient DOB: 01/17/1964

### LEVEL III (ESTABLISHED)

Date of Service: 07/18/2005  02:44 pm  CHERYL CRONIN PA-C

A:  Well woman exam with Hx of Dysmenorrhea.
P:  We will switch her to Seasonelle, per her request; however, I did tell the jailer here with her that if there is a problem getting payment for the Seasonelle, we can certainly go back to a generic form of Ortho Tri-Cyclen.  I also recommended that she continue using Ibuprofen 800 mg as needed for cramping.  I would recommend a Mammogram be done within the next 6 months.
Cheryl A. Cronin, PA-C  07/18/2005  CC/br

Case 3:09-cv-03064-MWB-LTS    Document 84-47    Filed 06/23/11    Page 6 of 75

JMR000081

77651

# Linn County Correctional Center Health Department
Friday, April 23, 2004

**Name: Johnson, Angela**                                **Age: 40**

White Female

## Subjective:

Chief complaint: left knee pain. This is a female who apparently twisted her knee several months ago. She's had intermittent left knee pain since. She's feels like she hears some popping underneath the knee cap on occasion. Currently she's completely pain free.

## Objective:

On exam she has a non swollen left knee. She's got excellent ligamentous stability with all drawer signs normal. There is no medial or lateral collateral ligamentous instability. Once again no effusion, no erythema, no redness, no masses or swelling. Examination of the calf is a normal calf with no swelling.

## Assessment:

1. Musculoskeletal left knee pain. Differential includes meniscal injury from previous twist. She could also have what's more likely is a little bit of early arthritis in that knee.

## Plan:

We will continue to treat her with Ibuprofen. She's activity as tolerated and she can ice the knee if it does swell. She is to get evaluated immediately if the knee turns red or inflamed or she gets a fever.

Dr. Braksiek, MD/dma

JMR000082

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

DRUG ALLERGIES: _____

LINN COUNTY CORRECTIONAL CENTER.

Johnson, Angela

IMPRINT MUST BE BELOW THIS LINE ⟶

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 1/8/04 | | ↑ Seroquel to 200 mg H.S. | | |
| 1/27/04 | | Doxycycline 100mg ÷ po BID x 10 days. written Rx per Dr. Aafabakhsh @ Gentle Dental approved by jail doctors / Deltoven MD | noted Deltoven 1/27/04 | |
| 7/15/04 | | 1 Multi Vitamin PO Q Day RN | noted Jacobski 7-15-04 | |
| 7-16-04 | | ↑ Zoloft to 200 mg t.o. Dr Safdar / SBLune RN / Jacobski | noted Stark 7-16-04 | |

1  2     3 ( REMOVE SNAP & REPLACE WITH NEW FORM SET )

**CHART COPY**

**A-1 ORDER SHEET**     070430 Rev 4/91

Case 3:09-cv-03064-MWB-LTS     Document 284-7     Filed 06/23/11     Page 8 of 75

JMR000085

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

_____

DRUG ALLERGIES: _____

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|--------|----------------|-------------------|------|
| 1/8/04 | | ↑ Seriquel to 200 mg H.S. | | |
| 1/27/04 | | Doxycycline 100mg ī po BID x 10 days. written RX per Dr. Aafabakhsh @ Gentle Dental approved by jail doctors / Deltarea ___ MD | | 1/27/04 |
| 7/15/04 | | 1 Multi Vitamin PO QDay RN | | 7/15/01 |
| 7-16-04 | | ↑ zoloft to 200mg t.o. Dr Snyder / SBlume RN / Dale RN | | |

1  2   3 ( REMOVE SNAP & REPLACE / WITH NEW FORM SET )

JMR000084

77651

# Linn County Correctional Center Health Department

Monday, November 17, 2003

**Name: Johnson, Angela**                                        **Age: 39**

White Female

### Subjective:

Chief complaint for Angela Johnson is vaginal bleeding. This is a pleasant female which represents for evaluation of multiple complaints including acne on her back as well as cracking rash on her feet. She also states that her period has been quite irregular. She notes that her menstrual periods last about three days and have been fairly regular although there at times she will have some bleeding, cramping in between periods. She's been incarcerated for three years now and denies any possibility of being pregnant. She is requesting to be started on some birth control pills. No family history of blood clotting disorder or stroke.

### Assessment:

1. Disfunctional ~~urine~~ uterine bleeding.

### Plan:

We will start her on a birth control pill daily and she should return if she gets worsening cramping or bleeding. Again she has no bleeding or pain or medical complaints at this time.

_____

Dr. Braksiek, MD/dma

Case 3:09-cv-03064-MWB-LTS    Document 28-7    Filed 06/23/11    Page 10 of 75    JMR000085

IMPRINT ... T BE BELOW THIS LINE →

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela
77651

...ration is given for dispensing approved equivalent brand drug unless checked here: ☐

IAGNOSIS: _____

RUG ALLERGIES: _____

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|------|----------------|-------------------|------|

**10-1-03**

DC Augmentin
Benadryl 50mg Q6hr × 72hr  48hr RS
Prednisone 40mg QAm ×5D
Epipen xT PRN Resp distress/Hypotension
Flu Jael DI if needed
DI Braksiell / Jacobs RN

**10/29/03**

↑ Zoloft 150mg QAm
Dr. Safdar / contentos RN

noted
Belperio
10/29/03

**11/17/03**

ORTHO-TRYCYCLIN QD

**12/11/03**

DC Trazodone
Seroquel 100 mg HS.

Case 3:09-cv-03064-MWB-LTS     Document 284-47     Filed 06/23/11     Page 11 of 75

JMR000086

orization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

DRUG ALLERGIES: _____

| DATE | ✓ MED. | | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 10/1/03 0300 | | Transfer to Jail | | |
| | | Dx: allergic reaction | | |
| | | Stable p̄ 3hrs observation | | |
| | | Benadryl 50mg PO q6° x 7d° | | |
| | | Prednisone 40mg PO qam x 5d | | |
| | | Epipen x 1 prn Resp distress or hypotension | | |
| | | F/U Jail MD as needed | | |
| | | Stop Augmentin | | |
| | | B Babwich MD | | |

IMPRINT MUST BE BELOW THIS LINE ↘

### A-1 ORDER SHEET

✝ **MERCY**
MEDICAL CENTER
Cedar Rapids, Iowa

JOHNSON, ANGELA J          39      F
32072761          10/01/03
U# 430121

JMR000087

IF NOT LABELED, PLEASE PRINT ACCOUNT NUMBER & NAME

FORM #070430 (6/01)          PRINTED BY STANDARD REGISTER U.S.A.

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

_____

DRUG ALLERGIES: _____

# CHART COPY
# A-1 ORDER SHEET

| DATE | √ MED. | | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 10/1/03 2300 | | Transfer to Jail<br>Dx: allergic reaction<br>Stable p̄ 3hrs observation<br>Benadryl 50mg PO q6° × 72°<br>Prednisone 40mg PO qam × 5d<br>Epipen × T prn Resp distress<br>or hypotension<br>F/U Jail MD as needed<br>Stop Augmentin<br><br>B. Rahuich MD | | |

IMPRINT MUST BE BELOW THIS LINE ⬎

## A-1 ORDER SHEET

✝ **MERCY**
MEDICAL CENTER
Cedar Rapids, Iowa

JOHNSON, ANGELA J
32072761          10/01/03          39          F
U# 430121

FORM #070430 (6/01)     PRINTED BY STANDARD REGISTER U.S.A.     JMR000088     IF NOT LABELED, PLEASE PRINT ACCOUNT NUMBER & NAME

MERCY MEDICAL CENTER - CEDAR RAPIDS, IOWA
Emergency and Trauma Services
Patient Discharge Instructions

Date: 10/01/03
Account #: 32072837

JOHNSON,BRANDY S
Unit #: 141511

Additional Instructions
PATIENT: JOHNSON,BRANDY S
ER Room: Room 3
Family Provider: CAHALAN PA-C,SUSAN
Time: 2316

FOLLOW-UP INFORMATION:
  When:  WITH JAIL MD AS NEEDED
  Where: CAHALAN PA-C,SUSAN office--or call him/her if concerns.
  Other:

PRESCRIPTIONS SENT WITH PATIENT:
  * DELTASONE (PREDNISONE) 20MG ONE TABLET FOR 5 DAYS (#10)
  * BENEDRYL 50MG EVERY 4-6 HOURS AS NEEDED FOR 72 HOURS
  * EPIPEN 0.3 MG INTRAMUSCULAR AS NEEDED FOR ALLERGIC REACTION
  *

OTHER INSTRUCTIONS:
  * RETURN IF WORSENING SYMPTOMS, FEVER, SHORTNESS OF BREATH, CHEST PAIN, ABDOMINAL PAIN,
THROAT SYMPTOMS.
  *

Mercy Medical Center Emergency Department is open 24 hours a day, 7 days a week.  You
are encouraged to return for a re-evaluation or call your primary care provider if you
feel your symptoms are worse, if new symptoms develop, or if you have concerns about
your condition.

I have received and understand these instructions_____



THE FACE OF THIS DOCUMENT HAS COLORED BACKGROUND ON WHITE PAPER

**✝ MERCY**
MEDICAL CENTER

EMERGENCY DEPARTMENT
Cedar Rapids, Iowa
(319) 398-6011

JOHNSON ANGELA J
LINN COUNTY JAIL
3RD AVE SE
CEDAR RAPIDS, IA 52403

Rx 0000001024
Date Issued 10/01/03

RX
Deltasone (20 MG TABLET)
Generic: Prednisone
Dispense 10 (TEN) TABS
Dose: 20 MG
PO
QD X 5 DAYS (BREAK)
No Refills

2 tablets PO QD x 5 days

Provider Signature: BRAKSTEK, ROBERT J

DEA No.:

APIDS, IOWA
rices
tions

Date: 10/01/03
Account #: 32072837

-----------------------------

concerns.

#10)
:S
REACTION

BREATH, CHEST PAIN, ABDOMINAL PAIN,

Mercy Medical Center Emergency Department is open 24 hours a day, 7 days a week.  You are encouraged to return for a re-evaluation or call your primary care provider if you feel your symptoms are worse, if new symptoms develop, or if you have concerns about your condition.

I have received and understand these instructions_____

# 77651

# Linn County Correctional Center Health Department
Tuesday August 12th, 2003

**Name: Johnson, Angela**                    **Age: 39**
White female

## Subjective:
Chief complaint of reevaluation status post apparent left periorbital cellulitis. The patient in general feels like she has gotten better. She says there is actually much decreased swelling even over yesterday. She finished her 10 day course of Augmentin. She wanted to know if she shouldn't be on more Augmentin.

## Objective:
She has what appears like more allergic shiners beneath each eye, slightly worse on the left side. There is no gross swelling periorbitally, though. She has no tenderness over the side, certainly no vesiculations or any skin breakdown. There is no discharge from the eye, she is obviously quite active today almost euphoric/manic. Certainly non-toxic.

## Assessment:
Reevaluation status post periorbital cellulitis resolved.

## Plan:
Recheck PRN.

Dr. Nash, MD/kmb

Case 3:09-cv-03064-MWB-LTS    Document 84-47    Filed 06/23/11    Page 16 of 75
JMR000091

<center>77651</center>

# Linn County Correctional Center Health Department
<center>Thursday July 31, 2003</center>

**Name: Johnson, Angela**               **Age: 39**
White female

## Subjective:
Chief complaint: Left eye itching and swelling. This is a young female who presents for evaluation of a couple day history of her left eye swelling and itching. She states that the tissue below and above her eye is very itchy and appears to be puffy. She had not noticed any drainage or problems with the eye itself. She has had no mattering or visual acuity changes. She denies any fevers. She is not diabetic. She denies any recent URI or sinus infection type symptoms.

## Objective:
On physical exam she does have some small but puffy swelling below the eye. I do not see any evidence of a periorbital cellulitis at this time. There is no warmth or significant redness or tenderness.

## Assessment:
Diagnosis: I suspect allergic reaction.

## Plan:
We will start her on Benadryl 50 mg TID as needed. If she has increase in redness, fevers, or anything changes we want her to see a physician and I've written an order that if she doesn't improve to start her on Augmentin 875 mg twice a day for 10 days as needed.

<div align="right">Dr. Braksiek, MD/kmb</div>

JMR000092

COPY

77651

# Linn County Correctional Center Health Department
Thursday July 31, 2003

**Name: Johnson, Angela**                    **Age: 39**
White female

## Subjective:
Chief complaint: Left eye itching and swelling. This is a young female who presents for evaluation of a couple day history of her left eye swelling and itching. She states that the tissue below and above her eye is very itchy and appears to be puffy. She had not noticed any drainage or problems with the eye itself. She has had no mattering or visual acuity changes. She denies any fevers. She is not diabetic. She denies any recent URI or sinus infection type symptoms.

## Objective:
On physical exam she does have some small but puffy swelling below the eye. I do not see any evidence of a periorbital cellulitis at this time. There is no warmth or significant redness or tenderness.

## Assessment:
Diagnosis: I suspect allergic reaction.

## Plan:
We will start her on Benadryl 50 mg TID as needed. If she has increase in redness, fevers, or anything changes we want her to see a physician and I've written an order that if she doesn't improve to start her on Augmentin 875 mg twice a day for 10 days as needed.

Dr. Braksiek, MD/kmb

Case 3:09-cv-03064-MWB-LTS    Document 284-7    Filed 06/23/11    Page 18 of 75
JMR000093

Johnson, Angela

77651

...ization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: _____

DRUG ALLERGIES: _____

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|------|----------------|-------------------|------|
| 2/20/03 | | Doxycycline 100 mg po BID x 10 days — Mark, MD. | Noted AllotsoriRN 2-20-03 | |
| 2/6/03 | | Doxycycline 100 mg po BID x 4 days more. — Mak, MD | Noted SJacobs RN 3-6-03 | |
| 1-11-03 | | Zoloft 50 mg Q Am t.o. Dr Safdar / SBloomRN / SJacobs | Jacobs SJacobs 4-11-03 | |
| 5/29/03 | | ↑ Zoloft to 100 mg day | noted Delta 5/29/0 | |
| 7/31/03 | | Benadryl 50mg TID prn x 1 wk if ↑ redness start Augmentin 875mg PO BID x 10d   RB | noted Jacobs 7-31-0 | |

1  2   3 ( REMOVE SNAP & REPLACE WITH NEW FORM SET )

CHART COPY

A-1 ORDER SHEET

JMR000094

77651

# Linn County Correctional Center Health Department

Thursday, February 20, 2003

**Name: Johnson, Angella**                                          **Age: 39**

White Female

## Subjective:

Patient complains of acne form lesions on her mid spine.  No allergy to medications.

## Objective:

She has an acne form lesions in her mid Thoracic spine.

## Plan:

Doxycycline 100 mg po bid for next 10 days.  Re-check prn.

_____
Dr. T. Nash, MD/dma

Case 3:09-cv-03064-MWB-LTS    Document 284-7    Filed 06/23/11    Page 20 of 75

JMR000095

...ization is given for dispensing approved equivalent brand drug unless checked here: ☐

LINN COUNTY CORRECTIONAL CENTER

*Johnson, Angela*

TAGNOSIS _____

_____

IRUG ALLERGIES: _____

| DATE | MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|------|----------------|-------------------|------|
| 6/28/02 | | Pt may have Tylenol or Ibuprofen 800mg po BID prn _____ _____ | noted _____ 6-25-2 _____ | |
| 7/24/02 | | D/c paxil V.O. Dr. Safdar / _____ | _____ | |

1  2       3 ( REMOVE SNAP & REPLACE
                WITH NEW FORM SET )

CHART COPY

A-1 ORDER SHEET

JMR000096

Copy RSS Optical ...

Fax # 366·8342

Iowa Eye, P.C.
Steven J. Jacobs, M.D.
Robert R. Keller, M.D.
David B. Muller, M.D.
David E. Puk, M.D.
Sanjay S. Shah, M.D.
Alex G. Smith, M.D.



**IOWA EYE CENTER**
1650 First Avenue N.E.
Cedar Rapids, Iowa 52402
319-362-EYES (3937)

Name _Angela Johnson_ Date _5-28-02_

| ℞ | SPH. | CYL. | AXIS | PRISM | BASE |
|---|------|------|------|-------|------|
| DISTANCE R | -.75 | | | | |
| DISTANCE L | -1.00 | | | | |
| READING ADDITION R | | | | TRIFOCAL ☐ | |
| READING ADDITION L | | | | VERTEX | |

Implant Date:  O.D. _____  O.S. _____  V43.1 Pseudophakia

Supplementary Date _____

This Rx expires in one year                    _M. Keller_  M.D.

Inmate name: Angela Johnson
Pupil: 6.25mm  distance between centers of pupils

Mail to: Joan Feltes, RN
Linn County Correctional Center
53 Third Ave Bridge
P.O. Box 608
Cedar Rapids, IA  52406-0608
Phone: (314) 892-6303

* US Marsha
* to pay before
filing

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 23 of 75

JMR000098

## Left Form

Name: Angela Johnson M

Date Requested: __/__/__    Date Rec'd __/__/__

Officer # _____

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* XXX
- Trusty _____
- Law Library _____
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

need have
medication
problem

please see
me son

(wants to see DR about)
her mole

Action taken:

Officer #: _____

Date: __/__/__

Time: _____

## Right Form

Name: Johnson    Cellblock ___

Date Requested: 6/31/02    Date Rec'd 6/23/02

Officer # 429

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* X X X
- Trusty _____
- Law Library _____
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

_(illegible handwriting)_

Action taken: Thanx

Officer #: _____

Date: __/__  Its done a case

## Handwritten notes (lower right)

Put in Angella's file

Payless Optical Outlet

single 29⁹⁵
frames + lens

Cindy

366 - 8388    Town + Country
Shopping
3637 1ˢᵗ Ave SE    Center

366 - 8342 Fax

pay 1ˢᵗ $5⁰⁰ for shipping

Center to center = mm

Luks
on order

77651

## Linn County Correctional Center Health Department
Thursday, May 9, 2002

**Name: Johnson, Angela**

**Age: 38**

White Female

### Subjective:
The patient complains of a rash on her right arm and also migraine headaches which she says her because her vision has been getting worse. Says she needs to see an eye doctor. This has been going on for the past few weeks. She has no previous history of eye problems. As far as the rash is concerned, she has been using Tolnaftate cream on that since 04/25/02. Says it is itchy, scaly. It is on her inner aspect of her right upper arm.

### Objective:
Is an adult female, no acute distress. HEENT PERRL EOMI. Eye exam patient could read 20/50 with the right eye and 20/70 with the left eye. The rash on the right upper arm appear to be a tinea corporis and we will continue Tolnaftate cream for that.

### Assessment:
1. Headaches secondary to the patients new vision problem.
2. Tinea Corporis.

### Plan:
We will continue to use Tolnaftate and number two: we will refer the patient to an optometrist or a ophthalmologist for a eye check.

Dr. Edeker, MD/dma

JMR000099

...ization is given for dispensing approved equivalent brand drug unless checked here: ☐

..NOSIS _Depression_

..G ALLERGIES: _____

Johnson, Angela
#77651

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|--------|----------------|-------------------|------|
| 4/25/02 | | Tolnaftate cream to arm BID x10d | Noted 4/25/02 | |
| 5/9/02 | ✓ | Ibuprofen 800mg po BID | Noted/Charted | |
| 5/9/02 | ✓ | Increase Trazodone to 150 mg po c HS, V.O. Dr. Safdar/ABlomekN | Noted/Charted | |
| 6/3/02 | | D/c Ibuprofen when new glasses arrive | Noted | |
| | | 6/13/02 Resume Trazodone 150 mg { HS | Noted/Charted 6/13/02 | |

1  2      3 ( REMOVE SNAP & REPLACE
                WITH NEW FORM SET )

CHART COPY
A-1 ORDER SHEET

JMR000100

# LINN COUNTY CORRECTIONA L CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:  Linn County Correctional Center

TO:  U. S. Marshals Service
Attn: Criminal Section

DATE:  _O1-17-02_

SUBJ:  Pre-approval of medical services

Upon the recommendation of Dr. _Pospisil_, federal inmate

_Johnson, Angela_, USMS # ___, has been diagnosed

with _rash (fungal)_, and the following

medical treatment is recommended: _Triamcinolone 0.25% cream_

_apply two times a day for 10 days_

An appointment with _Meds from Sample Pharmacy_

has been scheduled for _O1-17-02_
<div align="center">Date and Time</div>

FROM:  U. S. Marshal

TO:  Linn County Correctional Center
Attn: Nurse

DATE:  ___

SUBJ:  Your request for Pre-Approval of medical services is:

Approved  _____  _____
<div align="center">Signature</div> Date

Disapproved  _____  _____
<div align="center">Signature</div> Date

Comments  _____

*** TOTAL PAGE.02 ***

77651

# Linn County Correctional Center Health Department
Thursday, January 17, 2002

**Name:  Johnson, Angela**

**Age:  38**

White Female

## Subjective:
Puretic rash in right posterior arm for about two months.  Partial response to hydrocortisone although nothing lasting.

## Objective:
Alert.  Macular papular rash, some excoriation.  Two by three centimeter area.  No surrounding erythema.

## Assessment:
1.  Eczema.

## Plan:
Triamcinolone 0.25% cream bid for ten days.  I suspect she just needs more potent steroid cream.

Dr. M. Pospisil, MD/dma

IMPRINT MUST BE BELOW THIS LINE ——→

LINN COUNTY CORRECTIONAL CENTER

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: Depression

Johnson, Angela

DRUG ALLERGIES: NKA

# 77651

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 6/28/01 | | ↑ Trazodone to 100 mg ℞ HS. | | |
| 7-12-01 | ✓ | Discontinue the Celexa in AM, but continue the Trazodone @ HS V.O. Dr. Safdar /Amy Cullough | | |
| 10/10/01 | ✓ | Z-pak 6 tabs in 5 days. Motrin 800mg ½ tab po BID PRN x 10 days. written orders per Dr. Knight / Gentle Dental / approved by jail doctor. Joseph, NP. | noted 10/10/01 1400 | |
| 11/29/01 | | Paxil 20 mg daily | noted 11/29/01 | |
| 12-26-01 | | Increase Paxil to 30mg QD. Med change approved by Jail Doctor | | |
| 12/27/01 | | ↑ Paxil to 40 mg daily | | |
| 1/17/02 | | Triamcinolone 0.25% cream BID x 10 days | | |

1  2     3 ( REMOVE SNAP & REPLACE )
         (   WITH NEW FORM SET    )

CHART COPY

A-1 ORDER SHEET

070430 Rev

Case 3:09-cv-03064-MWB-LTS     Document 284-47     Filed 06/23/11     Page 28 of 75
JMR000103

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:   Linn County Correctional Center

TO:   U. S. Marshals Service
Attn: Criminal Section

DATE:   31 ~~Impeqp~~ O1

SUBJ:   Pre-approval of medical services

Upon the recommendation of Dr. _Safder_ , federal inmate

_Angela Johnson_ , USMS # _____ , has been diagnosed

with _depression_ , and the following

medical treatment is recommended: _stop Prozac, start Celexa_

_long Daily_

An appointment with _____

has been scheduled for _____
                              Date and Time

FROM:   U. S. Marshal

TO:   Linn County Correctional Center
Attn: Nurse

DATE:   _____

SUBJ:   Your request for Pre-Approval of medical services is:

Approved   _____        _____
                        Signature                              Date
Disapproved   _____        _____
                        Signature                              Date
Comments   _____

** TOTAL PAGE.02 **

# LINN COUNTY CORRECTIONAL HEALTH CENTER

Tuesday, February 6, 2001

**Name: Johnson, Angela**                    **Age: 37**

White Female

### Subjective:

She complains of burning, itchy area above her left eye for the past month, now it feels it is worse below her eye. Apparently she has been seen using an exfoliative cream, although she completely denies that. No gross disturbance in her vision has been noted, she has had no discharge from the eye, no fever, no cold symptoms.

### Objective:

She has a small area with edema and mild epidermal scaling above her left eye lid and really not impressively notable in her lower eye lid region. She has no discharge in the eye ball itself which otherwise looks not grossly injected. There is no chemosis.

She has full range of motion of her eyes and no apparent visual disturbance problems by her report. No gross evidence of cellulitis.

### Assessment:

1. Contact dermatitis consistent with the use of the exfoliative as described by RN.

### Plan:

We will try to treat this in benign fashion with aquaphyllic, avoid facial steroids. Could consider oral steroids unless she states her stomach has been upset somewhat lately. May use benadryl for itching, can recheck is worse.

Dr. Nash, MD/dma

Case 3:09-cv-03064-MWB-LTS   Document 284-7   Filed 06/23/11   Page 30 of 75

JMR000105

IMPRINT MUST BE BELOW THIS LINE ——→

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: Depression

DRUG ALLERGIES: NKA

LINN COUNTY CORRECTIONAL CENTER

Johnson, Angela

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| 7/23/01 | | D/C Amitriptyline<br>Prozac 20 mg ₸ / AM<br>Trazodone 50 mg ₸ / H.S.<br>Tabled for Nurse/PN | Called Stingphermacy | |
| 5/31/01 | | D/C Prozac<br>Celexa 20 mg ₸ / AM | _____, M.D. | |

1  2    3 ( REMOVE SNAP & REPLACE )
              WITH NEW FORM SET

**CHART COPY**

**A-1 ORDER SHEET**

070430 Rev 4/91

# LINN COUNTY CORRECTIONAL HEALTH CENTER

October 17, 2000

**NAME: Johnson,Angela**

**AGE: 36**

White female

### SUBJECTIVE:

She is here for a recheck of her apparent tongue laceration suffered when she attempted to hang herself in Blackhawk Jail this past Friday. She says she is actually feeling quit a bit better today  Also requests a sleep medication. She is scheduled to see a physiatrist this coming Thursday, a couple of days from now.

### OBJECTIVE:

She appears relatively comfortable. She has good eye contact. She only has minor speech impediment from her right side tongue abrasion which is relatively significant but seems to be healing and scarring up well. There is no gross evidence of infectious process.

### ASSESSMENT:

1. Stable right tongue laceration/abrasion.

2. Insomnia.

### PLAN:

Will try her on some amitriptyline 50 mg po qhs.
If she has problems with her tongue we will have her rechecked.
She will see physiatrist Thursday as scheduled.

Dr.Nash,MD/dma

Case 3:09-cv-03064-MWB-LTS    Document 264-7    Filed 06/23/11    Page 32 of 75
JMR000107

LINN COUNTY CORRECTIONAL CENTER

Angela   Johnson
#  77651

Authorization is given for dispensing approved equivalent brand drug unless checked here: ☐

DIAGNOSIS: ? Depression

DRUG ALLERGIES: NKA

| DATE | ✓ MED. | DOCTORS ORDERS | NURSE'S SIGNATURE | TIME |
|------|--------|----------------|-------------------|------|
| 10-17-00 | | Amitriptyline  50 mg   HS   Dr. Nach, MD  *[signatures]*  called to Sample Phcm | | |
| 12-18-00 | | Cortisporin  Otic  Suspension  both  ears   BID  x  7 d  *[signature]* | | |

JAIL DR
Wants
stronger different
sleeping pills?

AGGRASTAT®
(tirofiban HCl)

933257(1)-12-AGG

1  2  :  3 ( REMOVE SNAP & REPLACE
            WITH NEW FORM SET )

**CHART COPY**

**A-1 ORDER SHEET**

070430 Rev 4/91

JMR000108

# LINN COUNTY CORRECTIONAL CENTER
## HEALTH SERVICES.

NAME Johnsen, Angela

I.D#

DATE

| | | |
|---|---|---|
| 9/19/05 | | Saw inmate per request by inmate. Reports she is having difficulty ē ?? in sleep disturbance & feeling depressed. Is currently on Zoloft 300 mg daily & Seroquel 200 mg @ H.S. Reports appetite is okay. Denies any side effects. Denies any allergies. Affect is sl. flat. Eye contact good. Is alert + oriented x3. Will discuss ē Dr. Soffar any potential change to her Seroquel at HS. (SH) Denies any suicidal ideation. (SH) ___ RN |

Case 3:09-cv-03064-MWB-LTS    Document 34-47    Filed 06/23/11    Page 34 of 75

JMR000109

Hardin Co. Sheriffs Office

# Jail Medical Log
## 2004001125

| Date | Time | Name | DOB | Physician | Treatment | Booking# | Bill Amount |
|------|------|------|-----|-----------|-----------|----------|-------------|
| | | | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 35 of 75

JMR000110

025

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 8-6-04 1350 | Detainee came in on the following medications: Seroquel 200 mg 1 tab @ HS for sleep; MVI 1 tab @ HS; Zoloft 100 mg 2 tabs @ HS for DP; ibuprofen 800 mg BID prn (takes BID the week of her period) + ortho tri-cyclen 28 tablet to regulate her periods — Been taking meds for sometime. Been in Penn Co. facility for 4 years. Will continue meds as prescribed. D. Hask RN |
| 8-6-04 1400 | Detainee allergic to fish - Special diet order sheet provided to Kitchen. — D. Hask |
| 3-10-05 | Angela has a broken bottom rt molar - will refer to dentist. — D. Hask RN |

Medical
Confidential

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | | RECORDS MAINTAINED AT |
| --- | --- | --- | --- | --- | --- |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | | |

PATIENT'S IDENTIFICATION: (For typed or written entries..give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | | WARD NO. |
| --- | --- | --- | --- |

Johnson, Angela Jane

Case 3:09-cv-03064-MWB-LTS    Document 84-47    Filed 06/23/11    Page 36 of 75

JMR000111

087

# PHYSICIANS ORDERS SHEET

**Name:** Johnson, Angela Gene                **Number:** 5726

| Date | Orders/Instructions    Allergies: Fish |
|---|---|
| 8-6-04 | Detainee come in from Linn County Correctional facility where she had resided for 4 years. Came in on the following meds: Ortho tri-cyclen 28 tablets to regulate her menustration; seroquel 700 @ HS for sleep disturbance; MVI 1 tab @ HS; Zoloft 100mg 2 tab @ HS for DP + ibuprofen 800mg BID just during the week of her period. V.O. Dr. Brown / Dea Haske RN |

Medical Confidential

NAME Angela Johnson

I.D# _____

| DATE | |
|------|---|
| 4/14/04 | Inmate seen per protocol/request. Req. a med $\Delta$ from Zoloft to Lexapro. States "the Lexapro ↑ my metabolism." mood good. Will see if Dr. Safdar will assess her or meds — Simon Contentose |

Jan psych

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name H. Johnson

Cellblock N BLOCK

Date Requested 4/13/04

Date Received 4/13/04

Officers ID # 428

Trusty _____

Haircut _____

Chaplain _____

Sick Call XXX

Sergeant _____

Good Time _____

Law Library _____

Maintenance _____

Religious Service _____

**Action Taken**

Officer # _____ Time _____

Date ___/___/___

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

JOAN: This is my second kite. I'd really appreciate it if you could get my 150ml of Zoloft switched to Lexapro. I understand that Lexapro will help to boost my metabolism and I could really use that. I've already written to Dr. Safdar about this too. Maybe this is something you can do over the phone?

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date 4/13/04

THANKS A TON!! AS SOON AS POSSIBLE PRETTY PLEASE ☺

NAME Angela Johnson

I.D# _____

DATE

1/7/04  Inmate seen per kite. pleasant/coop. –
req. ↑ in Seroquel. Denies SI. c/o
↑ depression. will have Dr. Jay das
eval. meds. — I May Crittenton

LINN COUNTY CORRECTIONAL CENTER
HEALTH SERVICES.

NAME Angela Johnson

I.D# _____

| DATE | |
|---|---|
| 1/7/04 | Inmate seen per kite. pleasant/coop. — re Q. ↑ in seroquel. Denies SI. c/o ↑ depression. Will have Dr. Safdar eval. meds. — Emmy Coulenton |

Case 3:09-cv-03064-MWB LTS    Document 284-7    Filed 06/23/11    Page 40 of 75

JMR000713
PROGRESS NOTES

NAME  Angela Johnson

I.D#

DATE

2/11/03

Not sleeping at all, still
"miserable" etc. on.
Denies s/f to meds. wants to
try seroquel. Sister is taking it.
No s/I

Dear Dr. Safdar,                    see note
    Its me Angela Johnson
again. I'm still here at the
Linn County jail, over three      trazodone
years now.                        put on seroquel 100 mg H.S.
    I'm writing you today
concerning my trazadone. I
currently take 150 m. grms.
right now.
    I'm not happy with it.
I don't feel like it is help-
ing me. It is also making
feel "hung over and groggy"
in the mornings. I don't want
to up the dosage in fact I'd
like to switch to something
else entirely.
    My sister did a little
research for me and I under-
stand that seraguil is
another option. Would it be
alright to switch me to 150ml
seraguil?

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 41 of 75
JMR000116

PROGRESS NOTES

NAME  Angela Johnson

I.D#

DATE

| 12/11/03 | | Not sleep at all, see "miserable" feel or. Demg stp to meds - wants to try seraqul · sister is trying |
| | | No stp |

see store

try done
put on Seroqil 100 mg HS

Dear Dr. Safdar,
        Its me Angela Johnson again. I'm still here at the Linn County jail, over three years now.
        I'm writing you today concerning my trazadone. I currently take 100 Mr. grms. right now.
        I'm not happy with it. I don't feel like it is helping me. It is also making feel "hung over and groggy" in the mornings. I don't want to up the dosage in fact I'd like to switch to something else entirely.
        My sister did a little research for me and I understand that seraquil is another option. Would it be alright to switch me to 150ml seraquil?

NAME Angela Johnson

I.D# _____

| DATE | |
|------|---|
| 10/29/03 | Inmate seen per Kite. Requests ↑ in Zoloft. States "I'm having troubles lately." ⊕ depression. ⊖ SI. States "I'd never hurt myself but ↓ might someone else" — then laughs. — Will ↑ med per Dr. Safdar and follow prn — Amor Contentos |

NAME Angela Johnson

I.D# _____

| DATE | |
|------|---|
| 10/29/03 | Inmate seen per Kite. Requests ↑ in Zoloft. States "I'm having troubles lately." ⊕ depression. ⊖ SI. States "I'll never hurt myself but I might someone else" — then laughs. — will ↑ med per Dr. Safdar and follow pm — Amon Contentos |

PROVIDER000195

NAME Angie Johnson

I.D# _____

| DATE | |
|------|---|
| 5/28/03 | Inmate seen per Rite. Would like an ↑ in Zoloft. Currently takes Zoloft 50mg QD. Will check ē Dr. Safdar re ↑. — Simon Contento |

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 45 of 75

JMR000120

PROGRESS NOTES

NAME Angie Johnson

I.D# _____

| DATE | | |
|------|---|---|
| 5/28/03 | | Inmate seen per Kite. Would like an ↑ in Zoloft. Currently takes Zoloft 50mg QD. Will check c̄ Dr. Safdar re ↑. _Q_ Simon Conterto |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NAME **Angela Johnson**

I.D# _____

DATE

**6/5/02** — Inmate seen per Kite. Has refused Trazodone due to Time Administered. Pills is "too early." Req. to be on Zyprexa. Informed needs to be seen by Dr. Safdar for that. Accepting. Denies SI. ④ depr. — will have Dr. Safdar eval. — Renew Couldent

**6/13/02** — [illegible handwritten notes]
... not sleep ... a sleep well c̄ Trazodone ... she was not taking it because it was too early ... Also SI not positive ... wants Zyprexa so was ... it is an duplicate

Plan — Resume T. regimen 150 mg c̄ labs.

[signature]

JMR000122

NAME *Johnson, Angela*

I.D# _____

DATE

| | |
|---|---|
| 1-17-02 | Saw inmate per request for re-assessment of suicide precautions. Affect is full & appropriate. Eye contact good, oriented x3. Spontaneous in conversation. Reports sleep & appetite are good. Mood is good. Reports children visit on a regular basis. Reports medications are helping, denies any side effects. Will talk c̄ Dr. Safdar & request discontinuing suicide watch at this time. (S. Klomekruk) |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS   Document 284-7   Filed 06/23/11   Page 48 of 75

JMR000123

NAME Angela Johnson

I.D#

DATE

| | | |
|---|---|---|
| 12/26/01 | | Inmate seen per kite. Is requesting an ↑ in her paxil. Currently takes paxil 20mg QAm and feels an ↑ would be beneficial. Admits to feeling depressed. $\emptyset$ SI. Mood good. Will speak $\bar{c}$ Dr. Safdar re an increase. 9Contentosaw — |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 49 of 75

JMR000124

NAME Angela Johnson

I.D# 

DATE

| | | |
|---|---|---|
| 11/14/01 | | Inmate seen per Kite for c/o Anxiety. Feeling "worried." Appears to be giddy and talkative. Reports poor sleep. Noted to be very social c̄ staff. ⊖ SI. ⊖ depression will follow. See if Dr. Saqdar wants to ↑ Trazodone at HS - Than Contentive — |
| | | |
| 11/29/01 | | Pans very am. Feels depressed irritable & doesn't want to do much of anything. Mood is dysphoric. Sleep & appetite is variable. No H/o or S/I. NA psychotic. Depression — Depression. Plan - walt place on Paxil on her own request & will continue c̄ Trazodone. |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 50 of 75

JMR000125

NAME Johnson, Angela

I.D# 77651

DATE

| | | |
|---|---|---|
| 6/28/01 | | Saw today. Am. wants Trazadone increased. Not sleeping as well. feeling fair & well. No D/w or S/I. Denies problems c meds. Neat PBC/MC. is in pleasant mood |
| | | impression - still isolated & insomnia. |
| | | Plan - ↑ Trazadone → 100 wf fl H·S |

LCSO 1987-2

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 51 of 75

JMR000126

NAME Angela Johnson

I.D# _____

DATE

| | | |
|---|---|---|
| 5/31/01 | | feeling depressed & more weepy. Also SI. on Prozac hasn't seen Jamey hazel in her. Not sleeping as well. wants to switch from Prozac because it makes her more agitated. Not psychotic |
| | | Plan - wants switch from Prozac to Celexa. SI. discussed [with] pt. _[signature]_ |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 52 of 75

JMR000127

NAME Angela Johnson

I.D#

| DATE | | |
|---|---|---|
| 2/23/01 | | Seen as [illegible] Dr. Logan [illegible] [illegible] |
| | | [illegible] in Jan. [illegible] Prozac or |
| | | Trazodone. Reports [illegible] [illegible] [illegible] |
| | | on [illegible] |
| | | MSE. |
| | | [illegible] x3. NOT psychotic |
| | | Denies S/I. Speech is |
| | | logical & [illegible] [illegible] |
| | | Plan D/C [illegible] |
| | | Start Prozac 20mg [illegible] |
| | | & Trazodone 50 mg [illegible] H.S. |
| | | [illegible signature] |

PROGRESS NOTES

# Progress Notes

## LINN COUNTY CORRECTIONAL HEALTH CENTER

DATE 2/4/01                                  NAME Johnson, Angela

| | | |
|---|---|---|
| 2/4/01 | | Inmate seen in sick call: She states her L eye was swollen shut this AM & is painful. Inmate had a similar episode January 14th/15th in which her eyes were red & swollen, thought to be contact dermatitis from the magic shave (from commissary) she used on here eyebrows. Today, noted slight edema & redness to R eye area & gross edema to L eye. Sclera were white (O.U.) Inmate denies using anything for her eyebrows; very angry, swearing & threatening lawsuits. #426 ended sick call due to inmate's hostile attitude, took her away, then brought her back. Inmate then was upset crying as she stated she was afraid she'd lose her ~~eyesite~~ eyesight KMB. She states "I caught something here" and again talked of lawsuits & wanting to see a doctor. Inmate was given ice & Benadryl 25mg @ 1520 will see her at 2000 med rounds to reevaluate. Inmate denies injury to eyes, only allergy is to fish. —K Brandt EMT-1 |
| 2/4/01 | 2000 | Inmate's edema has decreased. Given 50mg Benadryl and ice for L eye. She states something needs to be done and that she'll be contacting her attorney.— R Berard (?) EMT-1 |

JMR000129

NAME *Johnson, Angela*

I.D# _____

DATE

| | | |
|---|---|---|
| 1-18-01 | | Saw inmate per request for a medication problem. Says she thinks the Amitriptyline is causing weight gain & would like to stop it. Says she has taken Trazodone in the past ē problems of weight gain. Will check ē Dr. Saldar. Denies any other problems. (S.Blome BSN RN) |
| 1-31-01 | | Reviewed letter from attorney Alfred Willett but due to article in CR newspaper indicating the US attorney is seeking the death penalty it is the recommendation of this psych nurse to error on the side of caution & will continue suicide precautions at this time. (S.Blome BSN RN) |

PROGRESS NOTES

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 55 of 75

JMR000130

| No. | Problem | Date Identified | Date Resolved |
|-----|---------|-----------------|---------------|
| 1. | Suicidal / hanging attempt in JAIL | | |
| 2. | Excossive ear cleaning / red canals | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Johnson, Angela

**C-1 PROBLEM LIST**

Case 3:09-cv-03064-MWB-LTS     Document 28-47     Filed 06/23/11     Page 56 of 75

JMR000131

Cedar Rapids, Iowa

NAME Johnson, Angela

I.D# _____

DATE

| | | |
|---|---|---|
| 10/13/00 | | Saw [illegible] am. Reports [illegible] sleeping [illegible] meds ?x3. Says she doesn't remember if she tried to kill self. Says "freaks out" when she [illegible] & [illegible] she did. Denies [illegible] cognition, speech & [illegible] |
| | | 2pm - Depression |
| | | Plan - Continue [illegible] 50 mg [illegible] |
| 12/28/00 | | Saw [illegible] am on her request. [illegible] of S/P. Feeling well & sleeping well. No [illegible] or S/P. Is in good spirits. Denies S/E to meds. |

LCSO 1987-2

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 57 of 75

JMR000132



Angela Johnson

| Date | Time | Notes Must Be Signed By Physician |
|---|---|---|

10/9/00 — 38 y/o ♀ visited by me in Jail as [illegible] pt is being charged ē conspiracy ē # Count of Murder. I did not do anything. I am depressed I cry a lot to sleep [illegible] appetite I feel [illegible] to helpless helpless & worthless B [illegible] idea [illegible] [illegible] visions [illegible] idea H/o sleeping Psychiatrist.

My daughter was having hard [illegible] to adjustment to move [illegible] saw Psychiatrist & been put on Prozac & Changed to Zoloft & changed to Paxil & Now [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] H/o Drugs / ETOH [illegible] [illegible] Smoking 2 pack a day.

[illegible] married p 3 yrs & now divorced p 15 yrs, two children 6 yr + 17yr. Now [illegible] going to be married in short future.

H/o History at [illegible] beach class later in [illegible] .03 yr. Ø problems on Job.

MSE: A&O×3. Mood is depressed affect [illegible] Ø Delusion/ [illegible] [illegible] has suicidal idea But pt said she will not [illegible] to do anything here.

| Name - Last | First | Middle | Inmate No. |
|---|---|---|---|

Case 3:09-cv-03064-MWB-LTS    Document 28-47    Filed 06/23/11    Page 58 of 75

JMR000133

## MEDICATION SHEET

| DATE BEGINNING | 12/01/05 | ROOM NO. | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | v | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | C | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | C | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seasonale 91 day birth Control (1) tab | 20 | C | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 800 mg 2-3xd as need | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 20 | C | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Crackers (2) if need | 20 | C | N | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antibidic oint /Hydrocortisone 2xd as need | | C | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 12/01/05 | 10/17/2000 | 3N | JOHNSON, ANGELA | POSPTSIT, M |

Case 3:09-cv-02064-MWB-LTS    Document 281-47    Filed 06/23/11    Page 59 of 75

JMR000154

# MEDICATION SHEET

| DATE BEGINNING | ROOM NO. | | PATIENT NAME |
|---|---|---|---|
| 11/01/05 | | | JOHNSON, ANGELA |

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | 2 | 2 | 2 | 2 | | | | | | 2 | 2 | 2 | 2 | | | | | | | 2 | 2 | 2 | 2 | | | 2 | 2 | 2 | 2 | 2 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] | X | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] | 20 | | | | | C | C | C | | | | C | C | C | C | | | | C | C | | | | | C | | | C | | C | C |
| [illegible] | 9:00 | | | | C | C | C | C | | | | C | C | C | C | | | | C | C | | | | | C | | | C | | C | |
| Seasonale 91 day birth control | 20 | | | | C | C | C | C | | | | C | C | C | C | | | | C | C | | | | | C | | | C | | C | |
| Ibu .800mg 2-3 tab as need | | | | | C | C | C | C | | | | C | C | C | | | | | C | C | | | | | C | | | C | | C | |
| Hydrocortisone 1% 2xD as need | | | | | C | C | C | C | | | | C | C | C | C | | | | | C | C | | | | | C | | | | | C | |
| Crackers (2) if need | | | | | C | C | | C | C | | | | C | C | | | | | C | C | | | | | C | | | C | | C | |

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[illegible]

[illegible]

** NURSES NOTES **

(PS)

Case 3:09-cv-03064-MWB-LTS    Document 28-47    Filed 06/23/11    Page 60 of 75
JMR000155

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 11/01/05 | 10/17/2000 | 3N | JOHNSON, ANGELA | POSPISIL, M |

PHARMACY NA.

DATE: November 2005

| MEDICATION | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (cefadroxil) Duricef 500mg 2X 1day X10 | OB 20 | | | | | | | | | | | | | | | M | MM | | | | 2 2 m | | | | | | | | | | | |
| | | | | | | | | | | | | | | | C ~ ~ | | C C M | ~C ~ | | | | | | | | | | | |
| 2. Antibiotic ointment + Bandaid 2X's day. | | | | | | | | | | | | | | | M | M | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#:

SCHEDULE:

DB:

(P82)

Case 3:09-cv-03064-MWB-LTS    Document 281-47    Filed 06/23/11    Page 61 of 75
JMR000136

NAME: Johnson, Angela

CB: 3N

ALLERGIES:

LTC PHARMACY

## MEDICATION SHEET

| DATE BEGINNING | ROOM NO. | | PATIENT NAME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ** MEDICATION ORDER ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Seasonale 91 day birth control — 20

multivitamin 1 tab per day — 20

Ibu. 800mg 1 tab 2×D as need — 08 / 20

Hydrocortisone 1% 2×D as need

JMR000137

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 10/01/05 | 10/17/2005 | 3N | JOHNSON, ANGELA | FOSHTSIE, M |

**LINN COUNTY COᴿᴿ...ᴵONAL CENTER**
**HEALTH ...VICES**
**MEDICATION RECORD**

PHARMᴬ ᴬME:

DATE: September 2005

LCSO #1986-1

| MEDICATION | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Zoloft 100mg 3 tabs in Am | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Seasonale 91 day birth control | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Seroquel 200mg 1 tab @ Bedtime | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. Multivitamin 1 tab per day | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Ibuprofen 800mg 1 tab 2x/Day as need | 08 / 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. Hydrocortisone 2XD as need - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. SEROQUEL 100MG 1 TAB @ PM IN ADDITION to 200mg tab | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#: 77651

SCHEDULE:

NAME: Johnson, Angela

CB: 3-N

DR:

ALLERGIES:

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 63 of 75

JMR000138

PHARMACY NAME:

DATE: aug 05

LCSO #1986-1

| MEDICATION | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Seasonale 91 day birth control | 00 20 | | | | | | | | | | | | | | | | | | | | | | | | N | ~ | ~ | C | C | C | ~ | ~ | |
| 2. Zoloft 100mg tabs (3) 1 AM | 08 200 | | | | | | | | | | | | | | | | | | | | | | | | L | X | | | | | | | |
| 3. Seroquel 200mg tab 1 /bed | 20 | | | | | | | | | | | | | | | | | | | | | | | | L | ~ | ~ | C | C | C | ~ | ~ | |
| 4. multivitamin one / day | 20 | | | | | | | | | | | | | | | | | | | | | | | | N | | ~ | C | C | C | ~ | ~ | |
| 5. Ibuprofen 800mg AS need | | | | | | | | | | | | | | | | | | | | | | | | | | W | r | C | C | C | ~ | ~ | |
| 6. HYDROCORTISONE 1 PK DAILY AS NEED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ~ | ~ | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#: # 77651

SCHEDULE:

DR.:

NAME: Johnson, Angela   CB: 3N

ALLERGIES:

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 64 of 75

JMR000139

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. **6**  YR. **05**

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R. = REFUSED | SL | | SMS | Shawn Smith | Cyf | |
| V = VOMITED | JJ | | Ael | A Edwards | | |
| O = HELD | sm | S Michaud | | | | |
| Ø = HOME | BSA | B Singh Anand RN | RO | | MP | Mark Perry |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200mg tablets ① tab po @ HS | 2000 | | BSA | BSA | sm | | sm | | | sm | | | | Ser | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | | | | sm | | | sm | | |
| | multivitamin tablets ① tab po @ HS | 2000 | BSA | BSA | BSA | sm | | sm | | | sm | | | | Ser | BSA | BSA | BSA | Ael | | sm | sm | sm | | | | | | sm | | | |
| | trinessa tablets ① tab po @ HS | 2000 | BSA | BSA | | sm | | sm | sm | | sm | | | | | BSA | BSA | BSA | BSA | Ael | | sm | sm | sm | | | | | | sm | | | |
| 5/6/05 | zoloft 100mg tablets ③ tabs po @ HS (total = 300mg) | 2000 | BSA | BSA | BSA | sm | | sm | | | sm | | | | | BSA | BSA | BSA | Ael | | sm | sm | sm | | | | | | sm | | | |
| | ibuprofen 200mg tablets ④ tabs po BID during menstrual period | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | sm | | sm | sm | | sm | | | | BSA | BSA | BSA | BSA | R | R | sm | sm | sm | | | | | | sm | | | |
| | tylenol 500mg tablets ② tabs po BID PRN | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1600 | | | | | | | | | | | 16 | | | | | R | | | | | | | | | | | | | | | |
| | | 2000 | BSA | BSA | BSA | sm | | sm | sm | | sm | | | | BSA | BSA | BSA | BSA | R | | sm | sm | | | | | | | sm | | | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DIAGNOSIS AND SPECIAL NOTES: | | | | (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH |
|---|---|---|---|---|---|---|
| augmentin | depression dysmenorrha | Craicus w/ meds @ HS | federal – booked 4/6/05 | | R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| | | | | | L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| | | | | | I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| | | | | | MED. REVIEW BY – SEE REVERSE FOR COMMENT. |

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # | |
|---|---|---|---|---|---|---|---|
| Johnson, Angela | | | | | | | Nolan PA-C |

AM 1 2 3 4 5 6 7 8 9  12 PM 1 2 3 4 5 6 7 8 9 10 11 12 PRN

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 65 of 75

JMR000140

07/23/2009  11:00 FAX 3014743406    LAWLOR & ENGLERT, LLC

Case 3:09-cv-03064-MWB-LTS    Document 284-12    Filed 06/23/11    Page 66 of 75
JMR00014 153S 1

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. 5   YR. 05

PRESS HARD USING BALL POINT PEN

| INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|
| R = REFUSED | CH | | JM | Dan Japp | RD | |
| V = VOMITED | | | JM | JMichael | | |
| O = HELD | Kn | | CS | Smith | | |
| Ø = HOME | BSA | B Singh Anand RN | RRL | AS Cwaics | CH | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200 mg tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | JM | BSA |
| | multivitamin tablets ① tab po @ HS | 2000 | | Ø | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | JM | BSA |
| | Zoloft 100 mg tablets ② tabs po @ HS | 2000 | | Ø | BSA | BSA | | | Discontinue | | | | | | | | | | | | | | | | | | | | | | | | |
| | ortho tri-cyclen tablets ① tab po @ HS (same as trinessa tablets) | 2000 | | Ø | BSA | BSA | BSA | BSA | | | Ø | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | JM | |
| | ibuprofen 200 mg tablet ④ tabs po BID during week of menstruation | 1200 / 2000 | | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | BSA | | CS | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | R | R |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 / 1200 / 1600 / 2000 | | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | R | | | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | | |
| 5/6/05 | Zoloft 100 mg tablets ③ tabs po daily (300 mg total) | 2000 | | | | | BSA | BSA | | | Ø | BSA | BSA | BSA | BSA | CS | NS | | BSA | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | B | JM |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: augmentin | DIAGNOSIS AND SPECIAL NOTES: depression dysmenorrhea | federal – booked 4/6/05 | (ABBREVIATIONS) R.L.T. – RIGHT LATERAL THIGH |
|---|---|---|---|
| | | | R.D. – RIGHT DELTOID   L.L.T. – LEFT LATERAL THIGH |
| | | | L.D. – LEFT DELTOID   R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| | | | I.V. – I.V. TUBING   L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| | | | MED. REVIEW BY – SEE REVERSE FOR COMMENT. |

LAST NAME: Johnson   FIRST: Angela   INIT.   SEX: F   BIRTHDAY: 1/1/64   DIET

(AM) 1 2 3 4 5 6 7 8 9   12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

07/23/2009 10:59 FAX 3014743406   LAWLOR & ENGLERT, LLC   ☑009

07/23/2009 10:58 FAX 3014743408    LAWLOR & ENGLERT, LLC    ☒008

# MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

| | | | |
|---|---|---|---|
| INIT. = GIVEN | INIT. | SIGNATURE | |
| R = REFUSED | DN | DNittleton (?) | |
| V = VOMITED | | | |
| O = HELD | ACL | A EClarkee DS | |
| Ø = HOME | BSA | B Singh (?)and RN | |

**MO.** 4  **YR.** 05  — Woodbury County Jail

PRESS HARD USING BALL POINT PEN

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | | | BSA | BSA | BSA | ACL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | |
| | multivitamin tablets ① tab po @ HS | 2000 | | | | | | | BSA | BSA | BSA | ACL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | |
| | Zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | | | BSA | BSA | BSA | ACL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | |
| | ortho tri-cyclen tablets ① tab po @ HS | 2000 | | | | | | | BSA | BSA | BSA | ACL | R | R | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstruation | 1200 2000 | | | | | | | R | R | R | | | | BSA | BSA | BSA | | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | |
| | tylenol 500 mg tablets ② tabs po QID PRN | 0800 1200 1600 2000 | | | | | | | | | BSA | BSA | BSA | | | | | | | BSA | BSA | BSA | BSA | | | BSA | BSA | BSA | BSA | |
| | | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** augmentin

**DIAGNOSIS AND SPECIAL NOTES:** depression / dysmenorrhea

federal - booked 4/6/05

| (ABBREVIATIONS) | |
|---|---|
| | R.L.T. – RIGHT LATERAL THIGH |
| R.D. – RIGHT DELTOID | L.L.T – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| | MED. REVIEW BY – SEE REVERSE FOR COMMENT. |

**LAST NAME** Johnson **FIRST** Angela **INIT.**

**SEX** (AM)

**BIRTHDAY**

**DIET**

**CASE # – ADMISSION #** JMR000142

| (AM) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 | 12 | (PM) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

JAIL DIVISION



## Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

PHONE: (712)279-6040
FAX: (712)279-6045

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

# FAX COVER SHEET

DATE: 4/7/05

TIME:

PHONE:

TO: Drilling

FAX: 274-1293

PHONE: (712)279-6040
FAX:      (712)279-6045

FROM: Dan

RE: Johnson, Angela   DoB 1/17/64            D. 6Rate PAC
See med orders     Allergy to Augmentin
We will take care of the IBU et vitamins

Number of pages including cover sheet: 2

NOTES: Betsy will also pick these up later tonight

Case 3:09-cv-03064-MWB-LTS     Document 284-7     Filed 06/23/11     Page 68 of 75
JMR000143



07/23/2009 10:54 FAX 3014743408 APR-06-2005 WED 01:26 PM HARDIN COUNTY JAIL LAWLOR & ENGLERT, LLC FAX NO. 841 939 8212 P. 01 @004

## Hardin County Correctional Center — Medication Administration Record

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ortho tri-cyclen 1 tab daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | H | O | D | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | O | O | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

**Name: Johnson, Angela**     **Month: April**     **Cell: C3**

# Medical Request Form
## Woodbury County Sheriff's Office

Name: Angie Johnson    Date of Request: Sat 2·12·05

Date of Birth: 1·17·64    Section: I ·14

Nature of Problem or Request: Swollen tooth (BAJ)

How Long Have You Had This Condition? two days

Name of Treating Physician(s): NONE

Do You Have Any Allergies? Augmentin

I CONSENT TO BE TREATED BY THE MEDICAL STAFF FOR THE CONDITION DESCRIBED. I UNDERSTAND THAT THE WOODBURY COUNTY JAIL MAY CHARGE ME FOR SOME OF THESE SERVICES AND DEDUCT THE AMOUNT FROM MY COMMISSARY ACCOUNT. I UNDERSTAND THAT IF I DO NOT HAVE THE MONEY TO PAY THESE CHARGES THAT THE AMOUNT DUE MAY BE DEDUCTED DURING ANY FUTURE STAY AT THE WOODBURY COUNTY JAIL. I ALSO **UNDERSTAND THAT I WILL GET HEALTH CARE EVEN IF I CANNOT PAY.**

Inmate Signature (Required): Angie Johnson

GIVE THIS REQUEST TO AN OFFICER OR A NURSE WHEN THEY VISIT YOUR SECTION. YOUR CONDITION WILL BE EVALUATED BY THE NURSING STAFF. YOU MAYBE REFERRED TO THE DOCTOR UPON THE NURSES RECOMMENDATION.

## DO NOT WRITE BELOW THIS LINE
### Nurses Notes

Date: 2|14|05
Allergies: See Above
BP _____ P _____ R _____ T _____
Plan: (L) cuville discomfort. No Treatment indicated. No swelling Noted tooky. Will Monitor ———— Pw RN

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B (2) | 3/1 | 1800 | Toothache | eff | 926 | | | | | | 01 |
| B ( | 3/04 | 0800 | Cramps | eff | 909CH | | | | | | 01 |
| | 3/9 | 2200 | Toothache | eff | 905 | | | | | | |
| | 3/10 | 2200 | Toothache | eff | 926 | | | | | | |
| | 3/11 | 2200 | " " | eff | 905 | | | | | | |
| B-F | 3/11 | 2200 | Toothache / Constipation | eff | 905 | | | | | | |
| B-F | 3/13 | 2200 | " " | eff | 905 | | | | | | |
| | 3/14 | 2200 | " | eff | 926 | | | | | | |
| | 3/15 | 2200 | " | eff | 907 | | | | | | |
| | 3/16 | 1200 | " " | eff | 909CH | | | | | | |
| | 3/16 | 2200 | " " | eff | 926 | | | | | | |
| | 3/17 | 2200 | " " | eff | 905 | | | | | | |
| | 3/18 | 2200 | " | eff | 926 | | | | | | |
| | 3/19 | 2200 | | eff | 923-DM | | | | | | |
| | 3/20 | 2200 | Tooth Ache | eff | 905 | | | | | | |
| | 3/21 | 2200 | Toothache | eff | 926 | | | | | | |
| | 3/22 | 2200 | Toothache | eff | 904 | | | | | | |
| | 3/23 | 1300 | tooth pulled | Eff | 914 | | | | | | |
| | 3/23 | 2200 | Tooth pulled | eff | 926 | | | | | | |
| | 3/31 | 0800 | Cramps | eff | 913 | | | | | | |

Medical Confidential

= Non Aspirin 500mg     B = Ibuprofen 200mg     C = Antacid 420mg     D = Hydrocortisone 1%     E = Triple Antibiotic Ont

Name:               F = LAXAtive OTC        Cell:

Case 3:09-cv-03004-MWB-LTS Document 28-11 Filed 06/23/11 Page 71 of 75

Medication Administration Record

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ← |
| | 2200 | ML | TC | TR | BM | M | MH | BB | BB | MH | MC | MH | MA | MH | MC | RB | MC | MH | MC | DD | MH | ML | TC | MC | BB | MH | MC | BM | MC | RB | BB | CB |
| multivitamin daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | ML | TC | TC | BM | BB | MH | BB | BB | MH | MC | MH | MH | MH | MC | RB | MC | MH | MC | BB | MC | MC | TC | MC | BB | MH | MC | BM | MC | RB | BB | BB |
| zoloft 200 mgm daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | ML | TC | TC | BM | BM | MH | BB | BB | MH | MC | MH | MH | MH | MC | BB | MC | MH | MC | DD | MH | MC | TR | MC | BB | MH | MC | BM | MC | RB | BB | BB |
| ori-cyclen 1 tab daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | ML | TC | TC | BM | BB | MH | BB | BB | MH | MC | MH | MH | MH | MC | RB | MC | MH | MC | BB | MH | MC | TR | MC | BB | MH | MC | BM | MC | RB | BB | BB |
| ibuprofen 800 mgm twice a day during the week of her period | 0600 | M | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | 0 | CH | 0 | CH | NP | UP | X | | | | | | | | | | | | | | | | | | | | | | | CH | | |
| | 2200 | ML | TC | TC | BM | BB | 0 | 0 | 0 | 00 | 0 | 0 | 0 | 0 | 0 | X | | | | | | | | | | | | BM | MC | RB | BB | BB |

Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin

Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited

Name: **Johnson, Angela**

Month: March

Cell: **C3**

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 72 of 75
JMR000147

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 2/3 | 2200 | Toothache | eff | 905 | | | | | | |
| B | 2/4 | 6:00 | Toothache | " | 906 | | | | | | |
| B | 2/4 | 1800 | " | eff | 922 | | | | | | |
| C | 2/5 | 6:02 | " | " | 906 | | | | | | |
| 3 | 4/5 | 1700 | " | | 923 | | | | | | |
| D | 2/8 | 2200 | " " | eff. | 920 | | | | | | |
| B | 2/23 | 2200 | headache | eff | 923-M | | | | | | |
| B | 2/24 | 2200 | i-legds | 2r | 905 | | | | | | |
| B | 2/26 | 2200 | Tooth Ache | eff | 905 | | | | | | |

| A = Non Asprin 500mg | B = Ibuprofen 200mg | C = Antacid 420mg | D = Hydrocortisone 1% | E = Triple Antibiotic Oint |
|---|---|---|---|---|

Name:         Cell:

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 73 of 75

JMR000148

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | MH | BM | MH | MH | MH | TR | ME | RB | gve | G | G | G | G | G | G | G | G | G | G | G | G | BM | BB | MH | TR | MH | MH | ME | | | |
| multivitamin daily | 2200 | MH | BM | MH | MH | MH | TR | ME | RB | gve | G | G | G | G | G | G | G | G | G | G | G | G | BM | BB | MH | TR | MH | MH | ME | | | |
| zoloft 200 mgm daily | 2200 | MH | BM | MH | ME | MH | TR | ME | RB | gve | G | G | G | G | G | G | G | G | G | G | G | G | BM | BB | MH | TR | MH | MH | ME | | | |
| orth tri-cyclen 1 tab daily | 2200 | MH | BM | MH | MH | MH | TR | ME | RB | gve | G | G | G | G | G | G | G | G | G | G | G | G | BM | BB | MH | TR | MH | MH | ME | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | G | OP | CH | CH | MS | OP | NR | O | O | G | G | G | G | G | G | G | G | G | G | G | G | G | O | O | O | O | | | | | |
| | 2200 | MH | BM | O | MH | MH | O | | O | gve | G | G | G | G | G | G | G | G | G | G | O | O | O | O | O | O | MH | ME | | | |

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

Name:**Johnson, Angela**        Month:February     Cell: **C3**

Case 3:09-cv-03064-MWB-LTS    Document 284-47    Filed 06/23/11    Page 74 of 75

JMR000149

07/23/2009 10:57 FAX 3014743406    LAWLOR & ENGLERT, LLC    @007

| MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD (SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP) | | INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | R = REFUSED | | | | | | |
| **MO.** 2   **YR.** 05   Woodbury County Jail | | V = VOMITED | | W. Nettitn R | | | | |
| | | O = HELD | | | | | | |
| PRESS HARD USING BALL POINT PEN | | Ø = HOME | BSA | B Singh-Chandler | Atl | A S Edwards | IL | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-04 | multivitamins tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | Atl | IK | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | seroquel 200 mg tablets ① tab po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | Atl | IK | BSA | | | | | | | | | | | | | | | | | | |
| 10-27-04 | zoloft 100 mg tablets ② tabs po @ HS | 2000 | | | | | | | | | BSA | BSA | BSA | Atl | IK | BSA | | | | | | | | | | | | | | | | | | |
| 11-9-04 | tri-sprintec tablets ① tab po daily | 2000 | | | | | | | | | BSA | BSA | BSA | Atl | IK | BSA | | | | | | | | | | | | | | | | | | |
| | ibuprofen 200 mg tablets ④ tabs po BID during week of menstrual cycle PRN | 1200 2000 | | | | | | | | | | | Atl | Atl | | | | | | | | | | | | | | | | | | | | |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DIAGNOSIS AND SPECIAL NOTES: | | | | | | |
|---|---|---|---|---|---|---|---|
| augmentin | depression dysmennorhea | | | | (ABBREVIATIONS) | R.L.T. – RIGHT LATERAL THIGH | |
| | | | | | R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH | |
| | | | | | L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT | |
| | | | | | I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT | |
| | | | | | MED. REVIEW BY – SEE REVERSE FOR COMMENT. | | |

| LAST NAME | FIRST | INIT. | SEX | BIRTHDAY | DIET | CASE # – ADMISSION # | | |
|---|---|---|---|---|---|---|---|---|
| J. son, | Angela | | (AM) 1 2 3 4 5 6 7 8 9 11 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN | | | JMR000150 | Hardin Co. Correctional | |