| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | P | BB | MH | BB | BM | RB | MH | BM | TR | MH | TR | BM | BM | MH | BM | BM | MH | MH | MH | BB | CH | BM | BM | ME | MH | BM | O | MH | BB | CP | MH |
| multivitamin daily | 2200 | CP | BB | MH | BB | BM | RB | MH | BM | TR | MH | TR | BM | BM | MH | BM | BM | MH | MH | MH | BB | CH | BM | BM | ME | MH | BM | O | MH | BB | CP | MH |
| zoloft 200 mgm daily | 2200 | CP | BB | MH | BB | BM | RB | MH | BM | TR | MH | TR | BM | BM | MH | BM | BM | MH | MH | MH | BB | CH | BM | BM | ME | MH | BM | O | MH | BB | CP | MH |
| or... i-cyclen 1 tab daily | 2200 | P | BB | MH | BB | BM | RB | MH | BM | TR | MH | TR | BM | BM | MH | BM | BM | MH | MH | MH | BB | CH | BM | BM | ME | MH | BM | O | MH | BB | CP | MH |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | | | | | →CH | BB | MH | V | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | R | | | | →R | BM | MH | BM | TR | O | BC | O | O | O | O | O | O | O | O | X | | | | | | | | | BB | P | MH |

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

**Name: Johnson, Angela**     Month: January     Cell: C3

Medical Confidential

JMR000151

# Hardin County Correctional Center

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 12/1 | 2200 | Headache | eff | 922 | | | | | | |
| A | 12/4 | 2200 | Headach | eff | 905 | | | | | | |
| B | 12/8 | 1800 | Cramps | eff | 922 | | | | | | |
| B | 12/10 | 1800 | Headache | eff | 923-BB | | | | | | |
| A | 12/13 | 2200 | Headach | eff | 905 | | | | | | |
| A | 12/13 | 1800 | Headache | eff | 922 | | | | | | |
| B | 12/14 | 0300 | Headad | eff | 923M | | | | | | |
| B | 12/16 | 2200 | Headache | eff | 922 | | | | | | |
| B | 12/17 | 2200 | headad | eff | 923M | | | | | | |
| A | 12/23 | 2200 | headad | eff | 923-BB | | | | | | |
| B | 12/26 | 2200 | Irritation/leg | eff | 905 | | | | | | |
| A F | 12/27 | 2200 | Headache/Constipa | eff | 905 | | | | | | |
| F | 12/28 | 2200 | Const. | eff | 926 | | | | | | |
| E | 12/29 | 2200 | Feet | eff | 905 | | | | | | |
| F | 12/30 | 2200 | Foot | eff | 905 | | | | | | |
| E—F | 12/31 | 2200 | Feet / Constipation | eff | 905 | | | | | | |

Medical Confidential

A = Non Asprin 500mg    B = Ibuprofen 200mg    C = Antacid 420mg    D = Hydrocortisone 1%    E = Triple Antibiotic Ont

F = Senna-Lax

Name:                                                                                        Cell:

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 8 60 |
| | 2200 | BM | mH | BM | BB | mH | BB | MR | BB | BB | BB | luL | MH | mH | BB | BB | BM | BB | RB | O | mH | O | O | O | BB | BB | Rca | MH | mH | MR | mH | mH | mH |
| multivitamin daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | BM | mH | BM | BB | mH | BB | MR | BB | BB | BB | luL | mH | mH | BB | BB | BM | BB | RB | O | mH | O | O | O | BB | BB | luL | MH | mH | MR | mH | mH | mH |
| zoloft 200 mgm daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | BM | mH | BM | BB | mH | BB | MR | BB | BB | BB | luL | MH | mH | BB | BB | BM | BB | RB | O | mH | O | O | O | BB | BB | luL | MH | mH | MR | mH | mH | mH |
| o ... tri-cyclen 1 ta ... daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | BM | mH | BM | BB | mH | BB | MR | BB | BB | BB | luL | MH | mH | BB | BB | BM | BB | RB | O | mH | O | O | O | BB | BB | luL | MH | mH | MR | mH | mH | mH |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | — | | | | P | R | TR | D | P | S | BM | O | O | X | | | | | | | | | | | | | | | | | | |
| | 2200 | — | | | | MH | BB | MR | BB | BB | BB | luL | mH | mH | X | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given — out of facility | DC = Discontinued | R = Refused | V = Vomited | |

# Name: **Johnson, Angela**

Month: ~~November~~ December 04    Cell: **B 3**

LAWLOR & ENGLERT, LLC    07/23/2009 10:55 FAX 3014743408

## MONTHLY PHYSICIANS ORDERS AND MEDICATION ADMINISTRATION RECORD
(SEE CHART FOR INIT. – SIGNATURE RELATIONSHIP)

**Woodbury County Jail**

MO. 12    YR. 04

PRESS HARD USING BALL POINT PEN

| | INIT. = GIVEN | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | R = REFUSED | | | | | | |
| | V = VOMITED | | | | | | |
| | O = HELD | | | | | | |
| | Ø = HOME | BSA | RSingh · Anand LN | | | | |

| DT. ORDERED | MEDICATION – DOSE – ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg tablets (1) tab po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | D | BSA | | | | | | | | | | | |
| | Zoloft (sertraline) 100mg tablets (2) tabs po @ HS | 2000 | | | | | | | | | | | | | | | | | | | | D | BSA | | | | | | | | | | | |
| | Ortho tri-cyclen tablets (1) tab po daily @ HS | 2000 | | | | | | | | | | | | | | | | | | | | D | BSA | | | | | | | | | | | |
| | PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

H

**ALLERGIES:** Augmentin

**DIAGNOSIS AND SPECIAL NOTES:**
dysmenorrhea
psychiatric difficulties

federal – booked 12-19-04
orders obtained 12-21-04

| (ABBREVIATIONS) | |
|---|---|
| | R.L.T. – RIGHT LATERAL THIGH |
| R.D. – RIGHT DELTOID | L.L.T. – LEFT LATERAL THIGH |
| L.D. – LEFT DELTOID | R.G. – RIGHT GLUTEUS – UPPER – OUTER QUADRANT |
| I.V. – I.V. TUBING | L.G. – LEFT GLUTEUS – UPPER – OUTER QUADRANT |
| | MED. REVIEW BY – SEE REVERSE FOR COMMENT. |

**LAST NAME** ~~Tot~~    **FIRST** on, Angie    **INIT.** ~~~~    **SEX** (AM)    **BIRTHDAY** ~~17/67~~

Brown    DEA# RA4656104

DIET: 1 2 3 4 5 6 7 8 9 | 12 (PM) 1 2 3 4 5 6 7 8 9 10 11 12 PRN

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 4 of 75

JMR000154/3357

| Medication | Date | Time | Symptom | Effective | Officer | | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 11-1 | 2200 | Headache | effective | 904 | | | | | | | |
| A | 11/5 | 2200 | Neckache | eff | 922 | | | | | | | |
| Hydrogic Perox | 11/14 | 1205 | foot Problem | eff | 903 | | | | | | | |
| A | 11/19 | 2200 | Headache | eff | 925 DP | | | | | | | |

Medical Confidential

| A = Non Asprin 500mg | B = Ibuprofen 200mg | C = Antacid 420mg | D = Hydrocortisone 1% | E = Triple Antibiotic Ont |
|---|---|---|---|---|

Name:

Case 3:09-cv-03064-MWB-LTS   Document 28-4   Filed 06/23/11   Page 5 of 75   JMR000155

Cell:

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | TR | BM | BB | BM | BM | NH | TR | MRBM | MR | CP | RB | AM | NH | MR | MH | BM | BM | BB | MR | NK | NK | BB | BM | MR | BM | BB | MH | MR | 3M | | | 097 |
| multivitamin daily | 2200 | TR | BM | BB | BM | BM | NH | TR | MR BM | MR | CP | RB | MM | MH | MC | MH | BM | BM | BO | MH | NK | NK | BB | BM | MR | BM | BB | MH | MR | BM | | | |
| zoloft 200 mgm daily | 2200 | TR | BM | BB | BM | BM | NH | TR | MR BM | MR | CP | RB | MM | MH | MR | MH | BM | BM | BB | MH | NK | NK | BB | BM | MR | BM | BB | MH | MR | BM | | | |
| orth tri-cyclen 1 ta  ily | 2200 | TR | BM | BB | BM | BM | NH | TR | MR BM | MR | CP | RB | MM | MH | MR | MH | BM | BM | BB | MH | NK | NK | BB | BM | MR | BM | BB | MH | MR | BM | | | |
| ibuprofen 800 mgm twice a day during the week of her period | 1200 | | | | | | | | MR | PK | DR | DJ | BB | X | BB | BB | | | | | | | | | | | | | | | | | |
| | 2200 | T | | | | | | | TR | MR BM | MR | CP | RB | MM | X | | | | | | | | | | | | | | | | | | |

Medical Confidential

| | | | | | |
|---|---|---|---|---|---|
| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin |
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

# Name:**Johnson, Angela**     Month:November    Cell: **B 3**

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 10/1 | 2200 | Headache | eff | 922 | | | | | | 094 |
| B | 10/4 | 2200 | headache | eff | 976 | | | | | | |
| A | 10/8 | 1800 | Headache | offélle | 904 | | | | | | |
| B | 10/12 | 1800 | Headache | yes | 905 | | | | | | |
| B | 10/13 | 1630 | Cramps- gave 800mg prescription | eff | 925M | | | | | | |
| 13 | 10/17 | 2200 | Headache | eff | 909CH | | | | | | |
| E | 10/19 | 1800 | cracken foot / also give ₂ A tis | ecc | 905 | | | | | | |
| B | 10/19 | 2200 | HEADACHE | EFF | 912 | | | | | | |
| B | 10/22 | 2200 | Headache | eff | 922 | | | | | | |
| D | 10/25 | 2200 | Itch/ foot | eff | 905 | | | | | | |
| A | 10/29 | 1800 | headache | eff | 907 | | | | | | |

Medical Confidential

| A = Non Asprin 500mg | B = Ibuprofen 200mg | C = Antacid 420mg | D = Hydrocortisone 1% | E = Triple Antibiotic Ont |
|---|---|---|---|---|

Name:

Cell:

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seroquel 200 mgm daily | 2200 | BM | BM | BM | MC | mH | BM | TR | mH | TR | TR | MC | mH | BB | CP | mH | WC | H | mH | Reg | MC | BM | BM | mH | mL | mH | mH | BM | RB | TR | BM | BM | |
| multivitamin daily | 2200 | BM | BM | BM | MC | mH | BM | TR | mH | TR | TR | MC | mH | BB | CP | mH | MC | H | mH | Reg | MC | BM | BM | mH | mH | mH | mH | BM | RB | TR | BM | BM | |
| Zoloft 200 mgm daily | 2200 | BM | BM | BM | MC | mH | BM | TR | mH | TR | TR | MC | mH | BB | CP | mH | MC | H | mH | Reg | MC | BM | BM | mH | mH | mH | mH | BM | RB | TR | BM | BM | |
| rth tri-cyclen 1 daily | 2200 | BM | BM | BM | MC | mH | BM | TR | mH | TR | TR | MC | mH | BB | CP | mH | MC | H | mH | Reg | MC | BM | BM | mH | mH | mH | mH | BM | RB | TR | BM | BM | |
| ...profen | 0600 | O | O | O | O | O | O | O | O | O | O | X | | | | | | | | | | | | | | | | | | | | | |
| ...twice a day | 1800 | O | O | O | O | O | O | O | PR | O | TR | WC | X | | | | | | | | | | | | | | | | | | | | |
| ...has her ...riod | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...profen ...once a day | noon | | | | | | | | | O | O | Reg | BB | BM | O | O | CP | X | | | | | | | | | | | | | | | |
| | 10PM | | | | | | | | | mH | BB | CP | mH | O | O | O | L | | | | | | | | | | | | | | | | |

Height: 5'07" | Weight: 175 | DOB: 1-17-64 | SEX: Female | Special Diet: None | Allergies: Augmentin

...tials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited

Name: **Johnson, Angela**     Month: October     Cell: **B 3**

# Hardin County Correctional Center

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 9/8 | 1230 | Headache | effective | 920 | | | | | | |
| B | 9/8 | 2700 | toothache | effective | 929 | | | | | | |
| B | 9/10 | 2210 | Headache | effective | 922 | | | | | | |
| E | 9/15 | 2200 | Burn on elbow | | 922 | | | | | | |
| A | 9/18 | 2200 | Elbow/Rid | | 923 | | | | | | |
| E | 9/19 | 1325 | feet | effective | 920 | | | | | | |
| B | 9/20 | 2200 | Headache | effective | 922 | | | | | | |
| B | 9/21 | 1800 | cramps | effective | 904 | | | | | | |
| B | 9/21 | 2200 | Cramps | eff | 926 | | | | | | |
| B | 9/22 | 2200 | cramps | effective | 925-N | | | | | | |
| B | 9-23 | 1215 | Cramps | Effect | DT | | | | | | |
| B | 9-23 | 2200 | CRAMPS | effective | 904 | | | | | | |
| B | 9-27 | 1800 | headache | effective | 907 | | | | | | |

Medical Confidential

| | |
|---|---|
| A = Non Asprin 500mg | B = Ibuprofen 200mg | C = Antacid 420mg | D = Hydrocortisone 1% | E = Triple Antibiotic Ont |

Name: 

Cell:

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | ... | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| seroquel 200 mgm daily | 2200 | RB | NC | BM | OB | BM | RB | RB | NC | BM | BM | BM | RB | NN | NW | BM | BB | BM | BB | NC | BM | NC | BB | TR | NC | BB | RB | NC | BM | | BB | RB |
| multivitamin daily | 2200 | RB | NC | BM | BB | BM | RB | RB | NC | BM | BM | BM | RB | NN | NW | BM | BB | BM | BB | NC | BM | NC | BB | TR | NC | BB | RB | NC | BM | | BB | RB |
| zoloft 200 mgm daily | 2200 | RB | NC | BM | BB | BM | RB | RB | NC | BM | BM | BM | RB | NN | NW | BM | BB | BM | BB | NC | BM | NC | BB | TR | NC | BB | RB | NC | BM | | BB | RB |
| ibuprofen 800 m. twice day only during heavy period | 0600 | | | | | | | | | | | | NC | HR | CH | CH | CH | NC | NW | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | RB | NH | RB | BM | BM | BM | BB | NW | | | | | | | | | | | | | | |
| orth tri-cyclen 1 tab daily individual case DH | 2200 | RB | NC | BM | BB | BM | RB | RB | NC | BM | BM | BM | RB | NN | NC | BM | BB | BM | BB | NC | BM | NC | BB | TR | NC | BB | RB | NC | BM | | BB | RB |
| start c white ill | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| buprofen 800 m will a day | 0600 | | | | | | | | | | | | | | | | | | | | | R | R | RN | R | | | | XX | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | TR | BB | TR | R | R | RN | TR | R | XX | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX:F | Special Diet: no | Allergies: augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

Name: **Johnson, Angela**  Month:September  Cell: C4
B3

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 10 of 75    JMR000160

| Medication | Date | Time | Symptom | Effective | Officer | Medication | Date | Time | Symptom | Effective | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 9/30 | 2200 | Headache | effective 926 | | | | | | | 096 |
| | | | | | | | | | | | 096 |
| | | | | | | | | | | | |

| A = Non Asprin 500mg | B = Ibuprofen 200mg | C = Antacid 420mg | D = Hydrocortisone 1% | E = Triple Antibiotic Ont |
|---|---|---|---|---|

Name: Johnson, Angela DH      Cell:

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 11 of 75

JMR000161



| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seroquel 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | →RB | NK | BM | BM | RB | MC | RB | |
| multivitamin daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | →RB | NK | BM | BM | RB | MC | RB | |
| Zoloft 200 mgm daily | 2200 | | | | | | | | | | | | | | | | | | | | | | | | →RB | NK | BM | BM | RB | MC | RB | |
| ...ofen 800 mgm twice day only during her period start 9-03-04 | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...rth tri-cyclen 1 tab daily individual case | 2200 | | | | | | | | | | | | | | | | | | | | | | | | →RB | NK | BM | BM | RB | MC | RB | |

| Height:5'07" | Weight:175 | DOB:1-17-64 | SEX:F | Special Diet:no fish | Allergies: Augmentin |
|---|---|---|---|---|---|
| Initials = Medication Given | 0 = Not Given | DC = Discontinued | R = Refused | V = Vomited | |

✓ NH

Name:**Johnson, Angela**     Month:August     Cell:**C4**

JMR000162

Allergies: Augmentin rash

| Name: Johnson, Angela | Date: 8/12/2004 | DOB: 01/17/64 | County: FED | Cell: CY |
|---|---|---|---|---|

| Name of Medication | Dispensing Instructions | Duration |
|---|---|---|
| Ibuprofen | 800mg take 1 tablet @ 0600 - 1800. Only during the week of her period. The fourth week of her Ortho pills, may have crackers with ~~2200~~ dose. This med will be in the bottle 1800 DH | |
| B. Seroquel | 200mg take 1 tablet @ 2200 | |
| C. Orth Tri-Cyclen | 28 tablets take 1 tablet @ 2200    2200 DH | |
| D. Multivitamin | Take 1 tablet @ ~~2200~~ ~~0600~~ has been changed | |
| E. Zoloft | 100mg take 2 tablets @ 2200 | |
| F. non aspirin | OTC | |
| G. | | |

Allergies: None

| Date | Time | Amount Given | Type Given | Blood Test | Inmate Int | Badge # |
|---|---|---|---|---|---|---|
| 8-12-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 905 MH |
| 8-13-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 905 MH |
| 8-14-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 905 MH |
| 8-15-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 905 MH |
| 8-16-04 | 2200 | 1-1-1-2 | BCDE | | AJ | 926 |
| 8-17-04 | 2200 | 1-1-1-2 | BCDE | Medical Confidential | AJ | 922 |
| 08-18-04 | 0530 | 1 | D | | AJ | 909 CH |
| 8-18-04 | 1800 | 1 | A | | AJ | 905 MH |
| 8-18-04 | 2200 | 1-1-2 | B-C-E | | AJ | 905 MH |
| 8-19-04 | 0600 | 1-1 | A-D | | AJ | 911 SR |
| 8-19-04 | 1800 | 1 | A | | AJ | 905 MH |
| 8-19-04 | 2200 | 1-1-2 | B-C-E | | AJ | 905 MH |
| 8-20-04 | 0600 | 1 | A | | AJ | 911 SR |
| 8-20-04 | 1800 | 1 | A | | AJ | 204-TR |
| 8-20-04 | 2200 | 1-1-2-1 | B-C-E-D | | AJ | 921 CP |
| 08-21-04 | 0530 | 1 | A | | AJ | 909 CH |
| 8/21/04 | 1730 | 1 | A | | AJ | 2-MG |
| 8/21/04 | 2200 | 1-1-1 | B, C, E | | AJ | 2-MG |
| 8-22-04 | ~~1800~~ | + | ~~A~~ | didn't need anymore BF922 | AJ | 922 |
| 8-22-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 922 |
| 8-23-04 | 0600 | | | | | |
| 8-23-04 | 2200 | 1-1-1-2-2 | B-C-D-E-F | | AJ | 922 |
| 8-23-04 | 2200 | 1-1-1-2 | B-C-D-E | | AJ | 904-TR |

| Name: Johnson, Angela Jane | Date: 8/6/04 | |
|---|---|---|
| Name of Medication | | Dispensi[...] |
| A. ortho tri-cyclen 28 tabs | 1 tab at 2200 | |
| B. seroquel 200 mgm | 1 tab at 2200 | |
| C. multivitamin | 1 tab at 2200 | |
| D. zoloft 100 mgm | 2 tabs at 2200 | |
| E. ibuprofen 800 mgm | 1 tab at 0600 & 1800 ON[...] period. The fourth wee[...] crackers with 2200 dose | |
| F. Non-Aspirin | OTC | |
| G. | | |
| H. | | |
| I. | | |
| J. | | |
| K. | | |
| L. | | |

Medical Confidential

Allergies:

| Date | Time | Amount Given | Type G: |
|---|---|---|---|
| 8-6-04 | 2200 | 1-1-1-2 | A-B- |
| 8-7-04 | 2200 | 1-1-1-2 | A-B- |
| 8-8-04 | 2200 | 1-1-1-2 | ABC |
| 8-9-04 | 2200 | 1-1-1-2-2 | ABC |
| 8-10-04 | 2200 | 1-1-1-2 | ABC |
| 8-11-04 | 1200 | 2 | F |
| 8-11-04 | 2200 | 1-1-1-2 | A-B- |

Pharmacy will send over ibuprofen later - if haven't received PRN ibuprofen bottle by 8-13-04 - Call Pharmacy -

Case 3:09-cv-03064-MWB-LTS   Document 286-48   Filed 06/23/11   Page 14 of 75

JMR000164

093

# MEDIC...ON SHEET

| DATE BEGINNING | 08/01/04 | ROOM NO. | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORTHO TRI-CYCLEN 28 TABLET

TAKE AS DIRECTED

355853          11/17/2003          Diagnosis:

0800 / 2000

SEROQUEL 200MG TABLET

TAKE ONE TABLET EVERY DAY AT BEDTIME

356581          01/08/2004          Diagnosis:

2000

MULTIVITAMIN

TAKE 1 TABLET BY MOUTH AT BEDTIME

361452          07/15/2004          Diagnosis:

2000

ZOLOFT 100MG TABLET

TAKE 2 TABLETS NIGHTLY AT BEDTIME

361468          07/15/2004          Diagnosis:

2000

IBUPROFEN 800MG TABLET

ONE TAB TWICE DAILY AS NEEDED

359354          04/07/2004          Diagnosis:

PRN 08 / 20

Medical Confidential

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **          77651

May have 2 packs of crackers w/ bedtime Ibuprofen

N01

| DATE BEGINNING | DATE ADMITTED | ROOM | | PATIENT NAME | | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 08/01/04 | 10/17/2000 | 3N | | JOHNSON, ANG | | POSPISIL, M |

Case 3:09-cv-03064-MWB-LTS     Document 28-40     Filed 06/23/11     Page 15 of 75

# US MARSHAL

## MEDICATION SHEET

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 16 of 75

**DATE BEGINNING:** 08/01/04 **ROOM NO.:**  **PATIENT NAME:** JOHNSON, ANGELA

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | 2000 | |
| 355853          11/17/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356581          01/08/2004 | | Diagnosis: |
| MULTIVITAMIN | | |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | 2000 | |
| 361452          07/15/2004 | | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 2 TABLETS NIGHTLY AT BEDTIME | 2000 | |
| 361468          07/16/2004 | | Diagnosis: |
| IBUPROFEN 800MG TABLET | PR 08 | |
| ONE TAB TWICE DAILY AS NEEDED | N 20 | |
| 359354          04/07/2004 | | Diagnosis: |
| | | |
| | | |
| | | |
| | | |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|

DIET:

DIAGNOSIS:

## ** ALLERGIES **

77651

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 08/  /04 | 10/17/2000 | 3N | JOHNSON, ANGELA | POSPISIL, M |

**MEDICATION SHEET**

| DATE BEGINNING | 06/22/04 | ROOM NO. | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | | |
| 355853          11/17/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | | |
| 356581          01/08/2004 | 2000 | Diagnosis: |
| IBUPROFEN 800MG TABLET | P | |
| | R | |
| ONE TAB TWICE DAILY AS NEEDED | N | |
| 359354          04/07/2004 | | Diagnosis: |

Zoloft 100mg
1½ tabs @ bed

multivitamins
† tab QD

Zoloft 200mg
@ bed
7-6

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

77651

Case 3:09-cv-03064-MWB-LTS   Document 304-48   Filed 06/28/11   Page 17 of 75

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | | PATIENT NAME | | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 06/  04 | 10/17/2000 | 3N | | JOHNSON, ANG | | POSPISIL, M |

## MEDICATION SHEET

| ** MEDICATION SHEET ** | HOUR | PATIENT NAME: JOHNSON, ANGELA |
|---|---|---|

DATE BEGINNING 06/01/04   ROOM NO.

Days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

ORTHO TRI-CYCLEN 28 TABLET
TAKE AS DIRECTED
355853          11/17/2003
*Hour: 0800 / 20*
Diagnosis:

ZOLOFT 100MG TABLET
TAKE 1 AND 1/2 TABLETS NIGHTLY AT BEDTIME
353452          10/29/2003
*Hour: 2000*
Diagnosis:

SEROQUEL 200MG TABLET
TAKE ONE TABLET EVERY DAY AT BEDTIME
356581          01/08/2004
*Hour: 2000*
Diagnosis:

IBUPROFEN 800MG TABLET
ONE TAB TWICE DAILY AS NEEDED
359354          04/07/2004
*Hour: P R 09 / N 20*
Diagnosis:

AQUAPHILIC OINTMENT
USE AS DIRECTED
338964          02/07/2001
*Hour: P R N*
Diagnosis:

EPIPEN 0.3MG AUTO-INJECTOR
INJECT AS DIRECTED AS NEEDED FOR DISTRESS/HYPOTENSION
355348          10/02/2003
*Hour: P R N*
Diagnosis:

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

Case 3:00-cr-08064-MWB-LTS     Document 264-46     Filed 06/29/11     Page 18 of 75

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 06/  04 | 10/17/2000 | 3N | JOHNSON, ANG | POSPISIL, M |

# US MARSHAL

**MEDICATION SHEET**

| DATE BEGINNING 05/01/04 | ROOM NO. | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | | |
| 355853      11/17/2003 | 20 | Diagnosis: |
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY AS NEEDED | | |
| 359354      04/07/2004 | 2000 | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 1 AND 1/2 TABLETS NIGHTLY AT BEDTIME | 2000 | |
| 353452      10/29/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356581      01/08/2004 | | Diagnosis: |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

77651

Case 3:09-cv-03064-MWB-LTS   Document 64-18   Filed 06/23/11   Page 19 of 75

| DATE BEGINNING | DATE ADMITTED | ROOM NO. | | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 05/1   04 | 10/17/2000 | 3N | JOHNSON, ANGI | POSPISIL, M |

## ** MEDICATION SHEET **

| DATE BEGINNING | 04/01/04 | ROOM NO. | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | 20 | |
| 355853    11/17/2003 | | Diagnosis: |
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY AS NEEDED | 2000 | |
| 353322    04/01/2003 | | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 1 AND 1/2 TABLETS NIGHTLY AT BEDTIME | 2000 | |
| 353452    10/29/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356581    01/08/2004 | | Diagnosis: |

May have 2 ice bags for knee
(front & back)

## ** MEDICATION SHEET **

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **    # 77651

USM

| DATE BEGINNING | DATE ADM | ROOM NO. | PATIENT NAME | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 04/  /04 | 10/17/2000 | 3N | JOHNSON, ANGELA | POSPISIL, M |

# MEDICATION SHEET

| DATE BEGINNING | 03/01/04 | ROOM NO | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | 28 | |
| 355853　11/17/2003 | | Diagnosis: |
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY AS NEEDED | 2000 | |
| 353322　04/01/2003 | | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 1 AND 1/2 TABLETS NIGHTLY AT BEDTIME | 2000 | |
| 353452　10/29/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356581　01/08/2004 | | Diagnosis: |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:

## ** ALLERGIES **

Case 3:00-cv-03064-MWB-LTS　Document 304-48　Filed 06/23/11　Page 21 of 75

| DATE BEGINNING | DATE ADMITTED | ROOM NO | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 03/01 04 | 10/17/2000 | 3N | JOHNSON, ANGI | POSPISIL, M |

# MEDICATION SHEET

| | | |
|---|---|---|
| DATE BEGINNING 02/01/04 | ROOM NO. | PATIENT NAME JOHNSON, ANGELA |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| ORTHO TRI-CYCLEN 28 TABLET | 0800 | |
| TAKE AS DIRECTED | 2000 | |
| 355853          11/17/2003 | | Diagnosis: |
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY AS NEEDED | 2000 | |
| 353322          04/01/2003 | | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 1 AND 1/2 TABLETS NIGHTLY AT BEDTIME | 2000 | |
| 353452          10/29/2003 | | Diagnosis: |
| SEROQUEL 100MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356216          12/11/2003 | | Diagnosis: |
| SEROQUEL 200MG TABLET | | |
| TAKE ONE TABLET EVERY DAY AT BEDTIME | 2000 | |
| 356581.          01/08/2004 | | Diagnosis: |
| HYDROCERIN OR EUCERIN 2XD AS NEEDED | 08 / 20 | |
| Doxycyline 100mg 2X/D X10D          1-27 | 08 / 20 | |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| DIET: | | |
| DIAGNOSIS: | | |

** ALLERGIES **

# 77651

| | | | | PHYSICIAN'S NAME |
|---|---|---|---|---|
| DATE BEGINNING | DATE ADMITTED | ROOM NO. | PATIENT NAME & NUMBER | POSPISIL, M |
| 02/     04 | 10/17/2000 | 3N | JOHNSON, ANG | |

## ** MEDICATION SHEET **

| DATE BEGINNING | 01/01/04 | ROOM NO | | PATIENT NAME | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORTHO TRI-CYCLEN 28 TABLET

TAKE AS DIRECTED

355853            11/17/2003          Diagnosis:

IBUPROFEN 800MG TABLET            0800

ONE TAB TWICE DAILY AS NEEDED            2000

353322            04/01/2003          Diagnosis:

TRAZODONE 150MG TABLET

ONE TAB AT BEDTIME            2000

353323            04/01/2003          Diagnosis:

ZOLOFT 100MG TABLET

TAKE 1 AND 1/2 TABLETS NIGHTLY AT
BEDTIME            2000
353452            10/29/2003          Diagnosis:

SEROQUEL 100MG TABLET

TAKE ONE TABLET EVERY DAY AT BEDTIME            2000
356216            12/11/2003          Diagnosis:            /changed

AQUAPHILIC OINTMENT            P / R / N            HYDROCERIN OR EUCERIN -

USE AS DIRECTED

338964            02/07/2001          Diagnosis:

EPIPEN 0.3MG AUTO-INJECTOR            P / R / N

INJECT AS DIRECTED AS NEEDED FOR
DISTRESS/HYPOTENSION
355348            10/02/2003          Diagnosis:

## ** MEDICATION SHEET **

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIET:

DIAGNOSIS:            page 2

** ALLERGIES **            77651

Case 3:09-cv-03064-MWB-LTS    Document 264-48    Filed 06/23/11    Page 23 of 75

| DATE BEGINNING | DATE ADMITTED | ROOM NO | PATIENT NAME | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 01/0    04 | 10/17/2000 | 3N | JOHNSON, ANGI | POSPISIL, M |

PHARM. NAME:
DATE: Jan 04

| MEDICATION | | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|---|

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Seroquel 200mg at bed | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Doxycycline 100mg Take 2x/day x 10 days | 08 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#: 77656

SCHEDULE:

CB: 3N

NAME:

DR.:

ALLERGIES:

Case 3:09-cv-03064-MWB-LTS    Document 26448    Filed 06/23/11    Page 24 of 75
JMR000174

## ** MEDICATION SHEET **

| Date Beginning | 12/01/03 | Room Number | | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

**PREDNISONE 20MG TABLET**

TAKE 2 TABLETS EVERY MORNING FOR 4 DAYS

355347          10/02/2003
Diagnosis:

**ORTHO TRI-CYCLEN 28 TABLET**

TAKE AS DIRECTED

355853          11/17/2003
Diagnosis:

**IBUPROFEN 800MG TABLET**

ONE TAB TWICE DAILY AS NEEDED

353322          04/01/2003
Diagnosis:

**AMOXICILLIN CL K+ 875/125MG**
FOR: AUGMENTIN 875 TABLET
TAKE ONE TABLET TWO TIMES A DAY FOR 10
DAYS
355325          10/01/2003
Diagnosis:

**TRAZODONE 150MG TABLET**

ONE TAB AT BEDTIME

353323          04/01/2003
Diagnosis:

**ZOLOFT 100MG TABLET**

TAKE 1 AND 1/2 TABLETS NIGHTLY AT
BEDTIME
353452          10/29/2003
Diagnosis:

**ANUSOL 2.25PC SUPPOS.**

USE AS DIRECTED

338177          12/20/2000
Diagnosis:

## ** MEDICATION SHEET **

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:

## ** ALLERGIES **

Case 3.09-cv-03064-MWB-LTS   Document 284-8   Filed 06/23/11   Page 25 of 75
MR000175

page 1 of 2

| Date Beginn' | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| 12/01 | 3 | 10/17/2000 | 3N | JOHNSON, ANGEL | POSPISIL.M |

| Date Beginning 12/01/03 | Room Number | | Patient Name | JOHNSON, ANGELA | | |

**\*\* MEDICATION SHEET \*\***

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| NEO/POLYMYXIN/HC EAR SUSP FOR: CORTISPORIN EAR SUSPEN USE AS DIRECTED | P | |
| | R | |
| | N | |
| 338367          01/03/2001 | | Diagnosis: |
| ORAJEL USE AS DIRECTED | P | |
| | R | |
| | N | |
| 338380          01/17/2001 | | Diagnosis: |
| AQUAPHILIC OINTMENT USE AS DIRECTED | P | |
| | R | |
| | N | |
| 338964          02/07/2001 | | Diagnosis: |
| EPIPEN 0.3MG AUTO-INJECTOR INJECT AS DIRECTED AS NEEDED FOR DISTRESS/HYPOTENSION | P | |
| | R | |
| | N | |
| 355348          10/02/2003 | | Diagnosis: |

Seroquel 100mg
o bed
12-11

**\*\* MEDICATION SHEET \*\***  | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

DIET:

DIAGNOSIS:

**\*\* ALLERGIES \*\***

# 776051

Case 3:09-cv-03064-MWB-LTS   Document 284-48   Filed 06/23/11   Page 26 of 75
JMR000176

page 2 of 2

| Date Beginning | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| 12/0   3 | 10/17/2000 | 3N | JOHNSON, ANGE | POSPISIL.M |

| Date Beginning | 11/01/03 | Room Number | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|---|

**\*\* MEDICATION SHEET \*\***  HOUR  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

PREDNISONE 20MG TABLET — 0800

TAKE 2 TABLETS EVERY MORNING FOR 4 DAYS

355347    10/02/2003    Diagnosis:

IBUPROFEN 800MG TABLET — 0800

ONE TAB TWICE DAILY AS NEEDED — 2000

353322    04/01/2003    Diagnosis:

AMOXICILLIN CL K+ 875/125MG — 0800
FOR: AUGMENTIN 875 TABLET
TAKE ONE TABLET TWO TIMES A DAY FOR 10 DAYS — 2000

355325    10/01/2003    Diagnosis:

TRAZODONE 150MG TABLET

ONE TAB AT BEDTIME — 2000

353323    04/01/2003    Diagnosis:

ZOLOFT 100MG TABLET
150 mg
TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME — 2000

353452    05/29/2003    Diagnosis:

ANUSOL 2.25PC SUPPOS. — P R N

USE AS DIRECTED

338177    12/20/2000    Diagnosis:

NEO/POLYMYXIN/HC EAR SUSP — P R N
FOR: CORTISPORIN EAR SUSPEN
USE AS DIRECTED

338367    01/03/2001    Diagnosis:

**\*\* MEDICATION SHEET \*\***  HOUR  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

DIET:

DIAGNOSIS:

*page 1 of 2*

**\*\* ALLERGIES \*\***    #77651

| Date Beginning | | Date Admitted | Room Number | Patient Name & Number | | Physician's Name |
|---|---|---|---|---|---|---|
| 11/ | 03 | 10/17/2000 | 2N | JOHNSON, ANG | | POSPISIL, M |

US MARSHAL

| ** MEDICATION SHEET ** | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Date Beginning** 11/01/03  **Room Number**

**Patient Name** JOHNSON, ANGELA

ORAJEL
USE AS DIRECTED

~~338580~~        01/17/2001

Diagnosis:

AQUAPHILIC OINTMENT
USE AS DIRECTED

Renew
11/18/03

3__.184        02/07/20__

Diagnosis:

EPIPEN 0.3MG AUTO-INJECTOR
INJECT AS DIRECTED AS NEEDED FOR
DISTRESS/HYPOTENSION
355348        10/02/2003

Diagnosis:

mygrex 2 tabs
up to 3x/day AS NEEDED
for migraines

Hydrocortisone 1 pak
x 5 days 10/29 – 11/2

Ortho tricycline
1 tab in AM  start
11·23

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

DIET:

DIAGNOSIS:

page 2 of 2

** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 28 of 75
JMR000178

| Date Begin | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
| 11/__ 03 | 10/17/2000 | 2 N | JOHNSON, ANGE__ | POSPISIL, M |

## ** MEDICATION SHEET **

| Date Beginning | 10/01/03 | Room Number | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|---|

**IBUPROFEN 800MG TABLET**

ONE TAB TWICE DAILY AS NEEDED

353322      04/01/2003

Diagnosis:

**TRAZODONE 150MG TABLET**

ONE TAB AT BEDTIME

353323      04/01/2003

Diagnosis:

**ZOLOFT 100MG TABLET**

TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME

353452      05/29/2003

Diagnosis:

**ANUSOL 2.25PC SUPPOS.**

USE AS DIRECTED

338177      12/20/2000

Diagnosis:

**NEO/POLYMYXIN/HC EAR SUSP**
FOR: CORTISPORIN EAR SUSPEN
USE AS DIRECTED

338367      01/03/2001

Diagnosis:

**ORAJEL**

USE AS DIRECTED

338580      01/17/2001

Diagnosis:

**AQUAPHILIC OINTMENT**

USE AS DIRECTED

338964      02/07/2001

Diagnosis:

## ** MEDICATION SHEET **

DIET:

DIAGNOSIS:

** ALLERGIES **

#77651

Case 3:09-cv-05004-MWB-LTS    Document 264-8    JMR000179    Filed 06/23/11    Page 29 of 75

| Date Beginning | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| 10/0   3 | 10/17/2000 | 3N | JOHNSON, ANGE | POSPISIL, M |

PHARMACY NAME:

DATE: Oct 03

| MEDICATION | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 25mg 2 tabs every 6hr x3D | 08 14 20 02 | | SI SI | SI SI | pcg | stop | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 Prednisone 40mg 1 tab in Am x5D | 08 | | SI | SI | ⅃⅃ SI | SI | ⅃⅃ | stop | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 Epi-pen as need xt distress/hypotension | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 Mycolex | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 Zoloft 150mg at bedtime | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ⅃⅃⅃ | |
| 6 Hydrocort x5D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ⅃ | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#:

SCHEDULE:

DR.:

NAME: ___ sm Angela

CB: 2 N1

ALLERGIES:



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

✝ **MERCY**
MEDICAL CENTER
EMERGENCY DEPARTMENT
Cedar Rapids, Iowa
(319) 398-6011

JOHNSON, ANGELA J
LINN COUNTY JAIL
3RD AVE SE
CEDAR RAPIDS, IA 52403

Rx 0000001024
Date Issued 10/01/03

RX
Deltasone (20 MG TABLET)
Generic: Prednisone
Dispense 10 (TEN) TABS
Dose 20 MG
PO
QD X 5 DAYS (BRAK)
No Refills

2 tablets PO QD x 5 days

Provider Signature:
BRAKSIEK ROBERT J

DEA No.:

APIDS, IOWA
vices
tions

Date: 10/01/03
Account #: 32072837

concerns.

#10)
s
REACTION

REATH, CHEST PAIN, ABDOMINAL PAIN,

Mercy Medical Center Emergency Department is open 24 hours a day, 7 days a week. You are encouraged to return for a re-evaluation or call your primary care provider if you feel your symptoms are worse, if new symptoms develop, or if you have concerns about your condition.

I have received and understand these instructions_____

**\*\* MEDICATION SHEET \*\***

JOHNSON, ANGELA

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**\*\* MEDICATION SHEET \*\***

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

#7765

| \*\* ALLERGIES \*\* | | | |
|---|---|---|---|
| eginning | Date Admitted | Room Number | |
| | 3N | JOHNSON, ANGELA | POSPISIL, R |

US MARSHAL

JOHNSON, ANGELA

08/01/03

MOM
(as needed)

enadryl 25mg
1) tabs 3X/D X70
7-31

tugmentin 875mg
2X/D X10D
8-1

** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 33 of 75
JMR000183

JOHNSON, ANGELA

1/01/03    17/2000

POSPISIL, M

US MARSHAL

| Date Beginning 07/01/03 | Room Number | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY AS NEEDED | 2000 | |
| 353322          04/01/2003 | | Diagnosis: |
| TRAZODONE 150MG TABLET | | |
| ONE TAB AT BEDTIME | 2000 | |
| 353323          04/01/2003 | | Diagnosis: |
| ZOLOFT 100MG TABLET | | |
| TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME | 2000 | |
| 353452          05/29/2003 | | Diagnosis: |
| ANUSOL 2.25PC SUPPOS.    *MUM* *AS NEEDED* | P / R / N | |
| USE AS DIRECTED | | |
| 338177          12/20/2000 | | Diagnosis: |
| NEO/POLYMYXIN/HC EAR SUSP FOR: CORTISPORIN EAR SUSPEN USE AS DIRECTED | P / R / N | |
| 338367          01/03/2001 | | Diagnosis: |
| ORAJEL | P / R / N | |
| USE AS DIRECTED | | |
| 338580          01/17/2001 | | Diagnosis: |
| AQUAPHILIC OINTMENT | P / R / N | |
| USE AS DIRECTED | | |
| 338964          02/07/2001 | | Diagnosis: |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 34 of 75    MR000184

| Date Beginning 07/0  .3 | Date Admitted 10/17/2000 | Room Number | Patient Name & Number JOHNSON, ANGE    3 N | Physicians Name POSPISIL, M |
|---|---|---|---|---|

06/01/03

**\*\* MEDICATION SHEET \*\***

JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

OPEN 800MG TABLET — 0800

PO TWICE DAILY AS NEEDED — 2000

100MG TABLET
100MG

1 TABLET BY MOUTH DAILY AT BEDTIME — 2000

DONE 25MG TABLET

PO AT BEDTIME — 2000

04/01/2001

MOM
@ BED AS NEED

20

CORTISPORIN EAR SUSPEN
AS DIRECTED

01/03/2001

EL

AS DIRECTED

AS DIRECTED

02/07/2001

**\*\* MEDICATION SHEET \*\***
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NOTES:

ALLERGIES \*\*

Case 3:09-cv-03064-MWB-LTS    Document 28-48    Filed 06/23/11    Page 35 of 75

JMR000185

/01/03   7/2000   771051   JOHNSON, ANGELA   3N   POSPISIL, M

** MEDICATION SHEET **

05/01/03   Room Number                JOHNSON, ANGELA

HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

DPT 25MG TABLET

1 TABLET BY MOUTH DAILY IN THE

0800

... 2000

MOM

Zoloft 100mg
@ HS                2000
5/29/03

** MEDICATION SHEET **

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

* ALLERGIES **

77651

Case 3:09-cv-03064-MWB-LTS   Document 284-48   Filed 06/23/11   Page 36 of 75
JMB000186

5/01/03   17/2000   JOHNSON, ANGELA   POSPISIL, M

04/01/03 | **  MEDICATION SHEET  **

JOHNSON, ANGELA

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MLK of Mag. 30cc
1-2x /day as needed
for constipation

2010 ft 50 mg
one tab every AM
witch to PM 4/23/03      4/11/03

| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**  MEDICATION SHEET  **

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**  ALLERGIES  **

#77651

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 37 of 75

JMR000018748

3N

04/01/03 | 1    7/2000          JOHNSON, ANGELA                          HOSPITAL, M

| Date Beginning | 03/01/03 | Room Number | | Patient Name | JOHNSON, ANGELA |

**\*\* MEDICATION SHEET \*\***

HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

IBUPROFEN 800MG TABLET
ONE TAB TWICE DAILY PRN
347577      05/09/2002
- 0800
- 2000
- Diagnosis:

DOXYCYCLINE 100MG TABLET
TAKE 1 TABLET PO BID FOR 10 DAYS
251972      DC: 03/02/2003
- 0800
- 2000
- Diagnosis:

TRAZODONE 150MG TABLET
ONE TAB AT BEDTIME
347576      05/09/2002
- 2000
- Diagnosis:

HYDROCORTISONE 0.5% CREAM
MOM
UUD      AS NEEDED
337359      11/15/2000
- P
- R
- N
- Diagnosis:

KRDSOL 2.25PC SUPPOS.
UUD
338177      12/20/2000
- P
- R
- N
- Diagnosis:

NEO/POLYMYXIN/HC EAR SUSP
FOR: CORTISPORIN EAR SUSPEN
UUD
338367      01/03/2001
- P
- R
- N
- Diagnosis:

ORAJEL
UUD
338580      01/17/2001
- P
- R
- N
- Diagnosis:

**\*\* MEDICATION SHEET \*\***

HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

DIET:

DIAGNOSIS:

page 7

**\*\* ALLERGIES \*\***

JMR000188

#776651

| Date Begin | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
| 03/0  A3 | 10/17/2000 | 3N | JOHNSON, ANGL | POSPISIL, M |

| Date Beginning 03/01/03 | Room Number | ** MEDICATION SHEET ** | HOUR | Patient Name JOHNSON, ANGELA |
|---|---|---|---|---|

**Patient Name** JOHNSON, ANGELA

Days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

AQUAPHILIC OINTMENT

UUD

338064     02/07/2001

P
M
N

Diagnosis:

MOM
1x DAY    AS NEEDED

DOXYcycline 100mg    08
2x/D x4D             20
                3-6

                     3-10
SUDAFED  1 TAB 2x/DAY  08
x 24 DAYS              20

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

page 2

#77651

JMR000189

| Date Beginning 03/0  3 | Date Admitted 10/17/2000 | Room Number 3N | Patient Name & Number JOHNSON, ANGE | Physician's Name POSPISIL, M |
|---|---|---|---|---|

**Date Beginning** 02/01/03    **Room Number**    **Patient Name** JOHNSON, ANGELA

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | |
|---|---|---|---|
| IBUPROFEN 800MG TABLET | 0800 | | |
| ONE TAB TWICE DAILY PRN | 2000 | | |
| 347577    05/09/2002 | | Diagnosis: | |
| TRAZODONE 150MG TABLET | | | |
| ONE TAB AT BEDTIME | 2000 | | |
| 347576    05/09/2002 | | Diagnosis: | |
| MOM 1X DAY AS NEEDED | P R N | | |
| | | Diagnosis: | |
| ANUSOL 2.25PC SUPPOS. | P R N | | |
| UUD | | | |
| 338177    12/20/2000 | | Diagnosis: | |
| NEO/POLYMYXIN/HC EAR SUSP FOR: CORTISPORIN EAR SUSPEN UUD | P R N | | |
| 338367    01/03/2001 | | Diagnosis: | |
| ORAJEL UUD | P R N | | |
| 338580    01/17/2001 | | Diagnosis: | |
| AQUAPHILIC OINTMENT UUD | P R N | | |
| 338964    02/07/2001 | | Diagnosis: | |
| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | |

DIET:

DIAGNOSIS:

** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 40 of 75

JMR000190

| Date Begin: | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| 02/0 13 | 10/17/2000 | 2N | JOHNSON, ANGL #77651 | PUSPISIL, M |

PHARMAC___ ___

DATE: Feb 03

| MEDICATION | | | Initials: Given | | O: Not Given | | R: Refused | | V: Vomited | | DC: Discontinued | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1. Doxycyline 100mg 2X/D X10D 2-20 | 08 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LID#: 77651

SCHEDULE:

DR.:

NAME: Johns, Angela

ALLERGIES:

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 41 of 75

JMR000191

| Date Beginning | 01/01/03 | Room Number | | Patient Name | JOHNSON, ANGELA |

**\*\* MEDICATION SHEET \*\***

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY PRN | 2000 | |
| 347577      05/09/2002 | | Diagnosis: |
| TRAZODONE 150MG TABLET | | |
| ONE TAB AT BEDTIME | 2000 | |
| 347576      05/09/2002 | | Diagnosis: |
| | P | |
| MOM | R | 08 |
| | N | |
| 2 X DAY   AS NEEDED | | 20 |
| | | Diagnosis: |
| ANUSOL 2.25PC SUPPOS. | P | |
| | R | |
| UUD | N | |
| 338177      12/20/2000 | | Diagnosis: |
| NEO/POLYMYXIN/HC EAR SUSP | P | |
| FOR: CORTISPORIN EAR SUSPEN | R | |
| UUD | N | |
| 338367      01/03/2001 | | Diagnosis: |
| ORAJEL | P | |
| | R | |
| UUD | N | |
| 338580      01/17/2001 | | Diagnosis: |
| AQUAPHILIC OINTMENT | P | |
| | R | |
| UUD | N | |
| 338964      02/07/2001 | | Diagnosis: |

**\*\* MEDICATION SHEET \*\***

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

DIET:

DIAGNOSIS:   77651

**\*\* ALLERGIES \*\***

Case 3:09-cv-03064-MWB-LTS    Document 201-48    Filed 06/23/11    Page 42 of 75
JMR000192

| Date Beginn' | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| 01/0.  .3 | 10/17/2000 | 3 K | JOHNSON, ANGE. | POSPISIL .M |

| Date Beginning | | Room Number | | Patient Name | |
|---|---|---|---|---|---|
| 12/01/02 | | | HOUR | JOHNSON, ANGELA | |

**\*\* MEDICATION SHEET \*\***

IBUPROFEN 800MG TABLET

ONE TAB TWICE DAILY PRN

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | 0900 | |
| | 2000 | |

347577   05/09/2002
TRAZODONE 150MG TABLET

ONE TAB AT BEDTIME

Diagnosis:

| | 2000 |

MOM

UUD

Diagnosis:
P
R
N

Diagnosis:
P
R
N

Diagnosis:
P
R
N

Diagnosis:
P
R
N

Diagnosis:
P
R
N

| 338964 | | 02/07/2001 | | HOUR | Diagnosis: |
|---|---|---|---|---|---|

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**\*\* MEDICATION SHEET \*\***

DIET:

DIAGNOSIS:                77651

**\*\* ALLERGIES \*\***

Case 3:09-cv-03064-MWB-LTS   Document 26-48   Filed 06/23/11   Page 43 of 75
JMR000193

| Date Beginning | Date Admitted | Room Number | Patient Name & Number | Physician's Name |
|---|---|---|---|---|
| | | 3K | | |

# US MARSHAL

## MEDICATION SHEET

Case 3:09-cv-03064-MWB-LTS Document 284-48 Filed 06/23/11 Page 44 of 75

| ** MEDICATION SHEET ** | DATE BEGINNING 11/01/02 | ROOM NO | PATIENT NAME JOHNSON, ANGELA |
|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONE TAB TWICE DAILY PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 347577          05/09/2002 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRAZODONE 150MG TABLET | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONE TAB AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 347576          05/09/2002 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| UUD | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diagnosis: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ** MEDICATION SHEET ** | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIET:

DIAGNOSIS:          # 77651

** ALLERGIES **

| DATE BEGINNING | DATE ADMITTED | ROOM NO | PATIENT NAME & NUMBER | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 11/       02 | 10/17/2000 | 3K | JOHNSON, ANG | POSPISIL, M |

# US MARSHAL

| Date Beginning 10/01/02 | Room Number | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|
| ** MEDICATION SHEET ** | | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

| Medication | Hour | Days |
|---|---|---|
| IBUPROFEN 800MG TABLET | 0800 | |
| ONE TAB TWICE DAILY (OR 4 tabs of 200mg Ibuprofen) | 2000 | |
| 347577    05/09/2002 | | Diagnosis: |
| TRAZODONE 150MG TABLET | | |
| ONE TAB AT BEDTIME | 2000 | |
| 347576    05/09/2002 | | Diagnosis: |

| | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| ** MEDICATION SHEET ** | | |

DIET:

DIAGNOSIS:

## ** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS    Document 88548    Filed 06/23/11    Page 45 of 75
JMR000195

| Date Beginning 10/0  12 | Date Admitted 10/17/2000 | Room Number 3N | Patient Name & Number JOHNSON, ANGI | Physician's Name POSPISIL, M |
|---|---|---|---|---|

| Date Beginning | 09/01/02 | Room Number | | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|---|---|

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

**IBUPROFEN 800MG TABLET**
2-4    200mg
ONE TAB TWICE DAILY
- 0800
- 2000
347577    05/09/2002    Diagnosis:

**TRAZODONE 150MG TABLET**
ONE TAB AT BEDTIME
- 2000
347576    05/09/2002    Diagnosis:

**HYDROCORTISONE 0.5% CREAM**
UUD
- p
- R
- N
337359    11/15/2000    Diagnosis:

**ANUSOL 2.25PC SUPPOS.**
UUD
- p
- R
- N
338177    12/20/2000    Diagnosis:

**NEO/POLYMYXIN/HC EAR SUSP**
FOR: CORTISPORIN EAR SUSPEN
UUD
- p
- R
- N
338367    01/03/2001    Diagnosis:

**ORAJEL**
UUD
- p
- R
- N
338580    01/17/2001    Diagnosis:

**AQUAPHILIC OINTMENT**
UUD
- p
- R
- N
328964    02/07/2001    Diagnosis:

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

DIET:

DIAGNOSIS:

** ALLERGIES **

776251

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 46 of 75
DMR000196

| Date Beginning | Date Admitted | Room Number | Patient Name & Number | Physicians Name |
|---|---|---|---|---|
| 09/0    02 | 10/17/2000 | 3N | JOHNSON, ANGE | POSPISIL.M |

| Beginning 08/01/02 | Room Number | HOUR | Patient Name JOHNSON, ANGELA |
|---|---|---|---|

**\*\* MEDICATION SHEET \*\***

Days: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| Medication | Hour | |
|---|---|---|
| ROFEN 200mg TABLET | 0800 | |
| TAB TWICE DAILY | 2000 | |
| 7577    05/09/2002 | Diagnosis: | |
| DONE 150MG TABLET | | |
| TAB AT BEDTIME | 2000 | |
| 7570    05/09/2002 | Diagnosis: | |

Handwritten note:
Tlenol 325mg
tabs twice daily
(not ibuprofen)

| | P / R / N | |
|---|---|---|
| | | Diagnosis: |
| | P / R / N | |
| | | Diagnosis: |
| | P / R / N | |
| | | Diagnosis: |
| | P / R / N | |
| | | Diagnosis: |

**\*\* MEDICATION SHEET \*\***   HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

IAGNOSIS:

**\*\* ALLERGIES \*\***

| Beginning | Date Admitted | Room Number | Patient Name | Physician |
|---|---|---|---|---|
| 3/01/02 | 1? '7/2000 | | JOHNSON, ANGELA | POSPISIL, M |

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 47 of 75

JMR000197

Ref: refused

**MEDICATION SHEET**

Beginning 06/01/02  Room Number    HOUR

Patient Name: JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

L 40MG TABLET    0800

B ONCE DAILY

5202        12/27/2001    Diagnosis:

ROFEN 800MG TABLET    0800

TAB TWICE DAILY    2000

7577        05/09/2002    Diagnosis:

ODONE 150MG TABLET

TAB AT BEDTIME    2000    HELD    Resume →    D/C

7576        05/09/2002    Diagnosis:

Ibuprofen 200mg, 2 tabs
2/day as needed for backaches    6/24/02

P 0800
R
N 2000

Ibuprofen 800mg
twice a day

P 08
R
N 20    Diagnosis:

ylenol 325mg
tab twice/day

P 08
R
N 20    Diagnosis:

P
R
N

Diagnosis:

**MEDICATION SHEET**    HOUR    1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

T:

GNOSIS:

**ALLERGIES**

USM

JMR000198

Beginning    Date Admitted    Room No.    JOHNSON, ANGELA    POSPISIL, M
/01/02    12/17/2000    32

# LINN COUNTY CORRECTIONAL CENTER
## HEALTH SERVICES
### MEDICATION RECORD

LCSO #1986-1

ACY

may '002

TION

| Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| done 150mg HS (5-9-02) | 12000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| dem 800mg | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| vin daily | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**SCHEDULE:**

**DR.:**

Johnson, Angela    CB: 3N

**ALLERGIES:**

**\*\* MEDICATION SHEET \*\***

| Beginning | 05/01/02 | Room Number | HOUR | Patient Name | JOHNSON, ANGELA |

L 40MG TABLET — 0800

B ONCE DAILY

5202   12/27/2001   Diagnosis:

ODONE 100MG TABLET

B AT BEDTIME — 2000

*dose change 5/9/02*

1971   06/28/2001   Diagnosis:

Ibuprofen 200mg
2 tabs twice daily as needed — P 08 / R 20

5/1/02
S/Janate (antifungal) cream
twice daily to tender area
x10 days
5/1/02
— P / R / N

Diagnosis:

Trazodone 150mg
at bedtime
7 5/9/02 — 2000

Diagnosis:

Ibuprofen 800mg
one tab 2x/day — 0800 / 2000

9/02

Diagnosis:

PHILIC OINTMENT — P / R / N

PRN

0964   02/07/2001   Diagnosis:

**\*\* MEDICATION SHEET \*\***

Day columns header: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

T:

GNOSIS:

**\*\* ALLERGIES \*\***

| Beginning | Date Admitted | Room Number | | | |
| 5/01/02 | 1 | 7/2000 | 3N | JOHNSON, ANGELA | POSPISIL, M |

| Beginning | Room Number | | Patient Name | JOHNSON, ANGELA |
|---|---|---|---|---|

04/01/02

** MEDICATION SHEET **

HOUR: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

40MG TABLET

0800

ONCE DAILY

202    12/27/2001    Diagnosis:

IDONE 100MG TABLET

1 AT BEDTIME    2000

971    06/28/2001    Diagnosis:

ICORTISONE 0.5% CREAM
P
R
N

359    11/15/2000    Diagnosis:
P
R
N

Diagnosis:
P
R
N

olnaftate cream
to arm twice daily
X 10 days

Diagnosis:
P
R
N

PHILIC OINTMENT    Diagnosis:
P
R
N

0964    02/07/2001    Diagnosis:

** MEDICATION SHEET **

HOUR: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

T:

GNOSIS:

** ALLERGIES **

USM

| Beginning | Date Admitted | Room Number | | JOHNSON, ANGELA | | POSPISIL, M |
|---|---|---|---|---|---|---|

4/01/02    7/2000    1st Floor

**\*\* MEDICATION SHEET \*\***

Patient Name: JOHNSON, ANGELA

Beginning: 03/01/02   Room Number

| Medication / HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40MG TABLET — 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONCE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

202        12/27/2001
Diagnosis:

DONE 100MG TABLET

AT BEDTIME        2000

971        06/25/2001
Diagnosis:

Milk of mag
once daily as needed

P R N
Diagnosis:

Tylenol 325mg
tabs twice daily as
needed

P R N
Diagnosis:

Aquaphillic crm to Rt arm rash
2x/day   use sparingly   3/1/02

A 0800 / N 2000
Diagnosis:

Ibuprofen 200mg   2 tabs
2x/day as needed back pain
3/5/02

A 0800 / N 2000
Diagnosis:

P R N
Diagnosis:

**\*\* MEDICATION SHEET \*\***   HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

DIAGNOSIS:

**\*\* ALLERGIES \*\***

Beginning: /01/02   Date Admitted: 12/17/2000   Room Number: 3L

JOHNSON, ANGELA

PORTER, M

JMR000202

**\*\* MEDICATION SHEET \*\***

Patient Name: JOHNSON, ANGELA

milk of mag
1 up as needed

tlenol 325 mg
tabs twice daily as
needed

triamcinolone cream
0. 025%    pm

\*\* MEDICATION SHEET \*\*

ALLERGIES \*\*

Case 3:09-cv-03064-MWB-LTS    Document 224-48    Filed 06/23/11    Page 53 of 75

JMR000203

JOHNSON, ANGELA

USM

**MEDICATION SHEET**

| Beginning 01/01/06 | Room Number | HOUR | Patient Name 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|---|

**TABLET 40mg**
DAILY IN THE MORNING — 0800

**100MG TABLET**
AT BEDTIME — 2000

**1K of Mag.**
1 cup as needed

**Tylenol x 2**
PRN

**2/1/01 Hydrocortisone cream x 14 days for arm.**

**Triamcinolone 0.25% cream twice daily x 10 days** — 0800 / 2000

JMR000204

USM

**ALLERGIES**

| Beginning | Date Admitted | Room Number | | |
|---|---|---|---|---|
| 01/02 | 1/2006 | | JOHNSON, ANGELA | NASH, T. |

** MEDICATION SHEET **

Beginning: 12/01/01  Room Number:  Month:  Patient Name: JOHNSON, ANGELA

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Paxil 20mg
1 tablet daily — 0800

Diagnosis:

ODONE 100MG TABLET

1B AT BEDTIME — 2000

1071  06/30/2001

Diagnosis:

Milk of Mag.
   30 cc p.o. PRN/H.S.  [P / R / N]

Diagnosis:

Tylenol x2 prn
for c/o HA  [P / R / N]

Diagnosis:

hydrocortisone cream
PRN  x 14 days
(rash on arm)  [P / R / N]

Diagnosis:

Paxil 40mg
   1 tab/day  [P / R / N]

Diagnosis:

[P / R / N]

Diagnosis:

** MEDICATION SHEET **  Month:  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

DIAGNOSIS:

** ALLERGIES **

Beginning: 12/01/01  Date Admitted: 1?  ?/2000  Room Number:  M-BIK  JOHNSON, ANGELA  JMR000205  NASH, T.

| Beginning 11/01/01 | Room Number | | Patient Name JOHNSON, ANGELA | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** MEDICATION SHEET ** | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Milk of Mag.
30 cc po PRN/HS

Diagnosis:

DONE 100MG TABLET

1 AT BEDTIME  —  2000

271  06/28/2001  Diagnosis:

2x1 20 mg
1 tab daily  11/29/01  —  0800

Diagnosis:

Diagnosis:

Diagnosis:

Diagnosis:

Diagnosis:

** MEDICATION SHEET **  HOUR  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

DIAGNOSIS:

ALLERGIES **

| Beginning | Date Admitted | Room Number | | Patient Name JOHNSON, ANGELA | | NASH, T. |
|---|---|---|---|---|---|---|
| 11/01/01 | 17 | 7/2000 | | | | |

Case 3:09-cv-03064-MWB-LTS   Document 224-48   Filed 06/23/11   Page 56 of 75
JMR000206

| | Room Number | | Patient Name: JOHNSON, ANGELA | 1 |
|---|---|---|---|---|

** MEDICATION SHEET **

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

0800

1404     05/31/2001     Diagnosis:

ZODONE 100MG TABLET

AB AT BEDTIME

2000

1971     06/25/2001     Diagnosis:

M.O.M.
cup full as needed

P
R
N

7359     11/15/2000     Diagnosis:

Z-pak     zithromycin

0800

N

tabs today 10/16/01 + one tab x 4day

Naprosyn 250mg

P 0800

e tab 2x/day x 10days PRN

R 2000

10/16 → 10/26/01

Diagnosis:

P
R
N

Diagnosis:

P
R
N

28964     05/07/2001     Diagnosis:

** MEDICATION SHEET **

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

ALT:

DIAGNOSIS:

* ALLERGIES **

JMR000207

| Beginning | Date Admitted | Room Number | JOHNSON, ANGELA | NRAL, F. |
|---|---|---|---|---|
| 6/01/01 | 17/2000 | | | |

USP RISHAL

1

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Beginning 09/01/01 Room Number | | Patient Name JOHNSON, ANGELO |
| | 0300 | |
| | | Diagnosis: |

TZUDONE 100MG TABLET

TAB AT BEDTIME

| 41971 | 06/25/2001 | 2100 | Diagnosis: |

2 Sudafed
(1) tablet 2x/day x 3days

Tylenol 325mg
2 tabs.

Cough Syrup
(1) tsp. 2x/day x 3days

| HJEL | | P |
| 1) | | E |
| | | N |
| 38583 | 01/17/2001 | Diagnosis: |

| | | P |
| | | R |
| | | N |
| 38984 | 02/07/2001 | Diagnosis: |

| ** MEDICATION SHEET ** | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |

ET:

DIAGNOSIS:

** ALLERGIES **

| Beginning | Date Admitted | Room Number | | |
|---|---|---|---|---|
| 09/01/01 | 17/2000 | | JOHNSON, ANGELA | NERGD, T. |

Case 3:09-cv-03064-MWB-LTS    Document 224-48    Filed 06/23/11    Page 58 of 75

JMR000208

** MEDICATION SHEET **

JOHNSON, ANGELA

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

08/01/01

2000: 40 58 40 mm B 58 mm mm W 58 40 58 58 58 58 W 40 58 40 40 40

* ALLERGIES **

| Beginning | Date Admitted | Room Number | | | | |
|---|---|---|---|---|---|---|
| 8/01/01 | | | JOHNSON, ANGELA | | NASH, T. | |



Doesn't w... to take or ... you are in

Patient Name    JOHNSON, ANGELA

07/01/01
** MEDICATION SHEET **

XA 20MG TABLET

B PO QD

L404        05/31/2001
DDONE 100MG TABLET

B AT BEDTIME

1971        06/28/2001

HOUR   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

0800

Diagnosis:

2000

Diagnosis:

** MEDICATION SHEET **

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

ET:

GNOSIS:

** ALLERGIES **

Beginning    Date Admitted    Room Number

7/01/01   1    7/2000        JOHNSON, ANGELA                    NASH, T.

** MEDICATION SHEET **

Patient Name: JOHNSON, ANGELA

Maalox tabs

Tylenol x2 pm

Cough syrup 2 t.
X 3 d

5/31/01  0800

Celexa 20mg
Daily

** MEDICATION SHEET **

** ALLERGIES **

| Beginning | Date Admitted | Room Number | | |
|---|---|---|---|---|
| 5/31/01 | 7/2000 | 77651 | JOHNSON, ANGELA | NASH, T. |

04/01/01

**\*\* MEDICATION SHEET \*\***

JOHNSON, ANGELA

| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

02/12/2001

11/15/2000

\*\* MEDICATION SHEET \*\*

| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

DIAGNOSIS:

**\*\* ALLERGIES \*\***

| Beginning | Date Admitted | Room Number |
|---|---|---|
| 4/01/01 | 1 '7/2000 | |

JOHNSON, ANGELA

Case 3:09-cv-03064-MWB-LTS   Document 234-48   Filed 06/23/11   Page 62 of 75   JMR000212

NASH, T.

**LINN COUNTY CORRECTIONAL CENTER**
**HEALTH SERVICES**
**MEDICATION RECORD**

USM

LCSO #1986-1

**CY NAME:**

3-1-01

| Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |

| ION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ozac 20mg | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| zodone 50mg | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**SCHEDULE:**

**CB:**

**DR.:**

**ALLERGIES:**

Johnson, Angela

M

JMR000213

(mouth)

02/01/01
** MEDICATION SHEET **
GPTYLINE HCL 50MG TAB

TABLET AT BEDTIME DAILY

.760          10/17/2000
HCORTISONE 0.5% CREAM   DC

.23'01  Prozac 30mg

.359          11/15/2000
DC 2.5% SHAMPOO

.23'01  DC  Trazodone  50 mg

5177          12/20/2000
POLYMYXIN TAR SUSP
CORTISPORIN EAR SUSPEN  DC

.5007          01/03/2001

Aquaphillic cream X 3 day

WS700          01/17/2001

Aquaphillic cream
to eye brow area
(once a day)  X 5d

Ice to eye area
tht is swollen
X 3 days

** MEDICATION SHEET **

JOHNSON, ANGELA

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

2000

0800

Diagnosis:

2100

Diagnosis:

Diagnosis:

DC do not reorder

Diagnosis:

0800

X 5d

0600

DC

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

DIAG:

** ALLERGIES **

Case 3:09-cv-03064-MWB-LTS     Document 234-48     Filed 06/23/11     Page 64 of 75     JMR000214

02/01/01  WRIGHT, JESSIE

** MEDICATION SHEET **  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

TABLET

P
R
N

54150  01/10/2001  Diagnosis:

** MEDICATION SHEET **  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

GNOSIS:

** ALLERGIES **

CY NAME:

1-1-01

LCSO #1986-1

*Dropped pill Couldn't find to save*

| ION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
Initials: Given   O: Not Given   R: Refused   V: Vomited   DC: Discontinued

Spoth susp.
ilati x 7 days  0800

Nc started
30-00

xcertisone cr
h (L) lower in x 5 days   Rm   DC

Triptyline
ng @ hs   2100   DC

to suicide
x 2 day   Pm   DC

SCHEDULE: Suicide Watch

DR.:

77651

Johnson, Angela

CB: m

ALLERGIES:

To Dentist

| Beginning 12/01/00 | Room Number | | JOHNSON, ANGELA |
|---|---|---|---|

**\*\* MEDICATION SHEET \*\***

AMITRYLINE HCL 50MG TAB

TABLET AT BEDTIME DAILY

1 2 3 4 (5) 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

2000

08

Cortisporin — OTC
Suspension — both ears
BID
x7d.

21
0800

Diagnosis:

ortisporin suspension
ear b/l. x 7 days

2100

KB KB

@ KB DKB

1 2 3 4 5 6 7

// DCD
(restart)

KB K

**\*\* MEDICATION SHEET \*\***

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Suicide Watch

\*\* ALLERGIES \*\*

| Beginning | Date Admitted | Room Number | | | |
|---|---|---|---|---|---|
| 12/01/00 | 1C 7/2000 | 4MW51 | JOHNSON, ANGELA | | NASH, T. |

**JOHNSON, ANGELA**

**\*\* MEDICATION SHEET \*\***

Beginning 11/01/00 | Room Number

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

TRIPTYLINE HCL 50MG TAB

TABLET AT BEDTIME DAILY

0730 · 10/17/2000

c calusal – Hc

wart remove

Has money $200

NO OTC meds

**\*\* MEDICATION SHEET \*\***

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

DIAGNOSIS: C/o toothaches ) mouth

**\* ALLERGIES \*\***

Suicide Watch

M – block

Beginning 1/01/00 | Date Admitted 17/2000 | Room No 77/.51

JOHNSON, ANGELA

NASH, T.

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 68 of 75    JMR000218

| Beginning | Room Number | HOUR | Patient Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2

not c tylenol

ilenol 325mg
2 tabs twice daily

not c Ibu

| Beginning | Date Admitted | Room Number |
|---|---|---|

Celexa 20mg
(1) Daily

Renal

Trazodone 100mg
(1) tab    HS

JMR000220

Beginning | Date Admitted | Room Number | Patient

Drug Town                                          Pseudoephedrine          30 mg    1986-1

| | | Initials: Given | | O: Not Given | | R: Refused | | V: Vomited | | DC: Discontinued | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decongestant | 08 | | | | | | | | | | | | | | | | | | | | | | | W | | | | | | | | | |
| ). 2x/day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 days | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08 | | | | | | | | | | | | | | | | | | | | | | | W | | | | | | | | | |
| Tylenol | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| prn | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cough Syrup | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| tsp. q 12 hrs | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| e with warm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| alt water | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| or sore throat | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

7651

**SCHEDULE:** For temporary relief of nasal congestion

**DR.:**

Do not take sudafed if you have hypertension,
if you are pregnant, or take medication for depression,
if you have heart disease, thyroid, diabetes, or prostate probl.

**ALLERGIES:**

Arson, Angela

Case 3:09-cv-03064-MWB-LTS   Document 224-48   Filed 06/23/11   Page 71 of 75

ACY NAME:

⅞/₀₀

| TION | | Initials: Given | O: Not Given | R: Refused | V: Vomited | DC: Discontinued |
|---|---|---|---|---|---|---|

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| riptyline 50mg tabs ᵢ HS | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| uprofen 200mg tabs | prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (on) 2no1 325mg tabs | Prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

mⁱⁱ1251

Johnson, Angela   CB: AK   2

SCHEDULE: Attempted suicide ¹⁰/₁₂/₀₀

DR.:

ALLERGIES:

# ADMINISTRATION RECORD · HaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

10-3-00   Top Drawer
Serzone 150mg BID
Top Drawer)   0800 / 2000

10-3-00   Top Drawer
Excedrin Pm
2 @ night   Top drawer   2000

10-3-00   Top Drawer
Advid migraine
2 tabs   PRN

Celexia 20mg
q̄ Am   0800

Serzone 75mg q̄ HS
(½ tab)   + DC when med gone
Top drawer   2000

10-9-00
Start Truzadone 75mg
@ HS.
*When Serzone is gone*   2000

Serzone 150mg P.O. BID
Top drawer   0800   D/C 10/00

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Oct 2000   THROUGH

Physician Schmidt   Khokhar

Att. Physician

Allergies   Fish

Diagnosis

Telephone No.
Att. Telephone
Rehabilitative Potential

Inmate No. 00105347

dicaid Number   Medicare Number   Controlled Future's Checked
By   Time   Date

JMR000223

# MEDICATION ADMINISTRATION RECORD



10-3-00    Top Drawer
Serzone 150mg BID    0800
    Top Drawer)    2000

10-3-00    Top Drawer
Excedrin Pm
    2 @ night    Top drawer    2000

10-3-00    Top Drawer
Advid migraine
    2 tabs    PRN    PRN

Celexia 20mg    0800
q̄ Am

Serzone 75mg q̄ HS
(1/2 tab)
    + DC when med gone
    Top drawer    2000

10-9-00
Start Trazadone 75mg
    @ HS
When Serzone is gone *    2000

Serzone 150mg P.O. BID    0800
    Topdrawer

D/C 10/00

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Oct. 2000
Schmidt    Khokhar

Fish

CO105347

Case 3:09-cv-03064-MWB-LTS    Document 284-48    Filed 06/23/11    Page 74 of 75
JMR000224

#7234

**CLINGMAN PHARMACY**
106 E. 4th Street • Vinton, Iowa 52349
Phone 472-4731
Continuing The Wright Pharmacy Tradition

| Customer's Order No. | | | Date _10-3-00_ | | |
|---|---|---|---|---|---|
| Name _U.S. Marshall_ | | | | | |
| Address _Benton Co. Jail_ | | | | | |

| SOLD BY | CASH | C. O. D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| RL | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | Advil Migraine #20 | | 3 | 79 |
| | for | | | |
| | Angela Johnson | | | |
| | | | | |
| | | | | |
| | | TAX | | 19 |
| | | TOTAL | 3 | 98 |

0235511  Rec'd by

All claims and returned goods MUST be accompanied by this bill.

GS-201-2 PRINTED IN U.S.A.   Thank You    PRINTED WITH SOY INK

---

**CLINGMAN PHARMACY**
106 E. 4th Street • Vinton, Iowa 52349
Phone 472-4731
Continuing The Wright Pharmacy Tradition

| Customer's Order No. | | | Date _10-2-00_ | | |
|---|---|---|---|---|---|
| Name _U.S. Marshall_ | | | | | |
| Address _Benton Co. Jail_ | | | | | |

| SOLD BY | CASH | C. O. D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| RL | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | Excedrin PM #24 | | 4 | 67 |
| | for Angela Johnson | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TAX | | 23 |
| | | TOTAL | 4 | 90 |

0233699  Rec'd by

All claims and returned goods MUST be accompanied by this bill.

GS-201-2 PRINTED IN U.S.A.   Thank You   PRINTED WITH SOY INK

JMR000225