# Benton County Correctional Center
## Medication Dispensing Sheet

000038

Inmate's Name: _Angela Johnson_  DOB: _01_ - _17_ - _64_ Booking #: _20-465_

| | Name of Medication | | Dispensing Instructions | | Quantity |
|---|---|---|---|---|---|
| A. | SeR ZONE | 450 mg | 1 Tab 2x Daily | 0600/1800 | 34 |
| B. | Excedrin Pm  EveRy Nighter | | OTC | | |
| C. | advil Migraini | | OTC | | |
| D. | IBUPROFEN | | OTC | | |
| E. | | | | | |
| F. | | | | | |
| G. | | | | | |
| H. | | | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9/24/00 | 1800 | 1 | A | A = 33 | | Log |
| 9/24/00 | 1158 | 2 | B | B = OTC | | 6ac |
| 9-25 | 0800 | 1 | A | A = 32 | | Q |
| 9-25-00 | 1735 | 1 | A | A = 31 | | 682 |
| 9-25-00 | 2221 | 2 | B | B = OTC | | 68L |
| 9/26/00 | 0600 | 1 | A | A = 30 | | 6a9 |
| 9-26-00 | 1802 | 1 | A | A = 29 | | 68L |
| 9-26-00 | 2010 | 2 | C | C = OTC | | 682 |
| 9-27-00 | 06c0 | 1 | A | A = 28 | | Lou8 |
| 9-27-00 | 1800 | 1 | A | A = 27 | | 682 |
| 9-28 | 0800 | 1 | A | A = 26 | | 68L |
| 9-28-00 | 1800 | 1 | A | A = 25 | | Q |
| 9/29 | 0600 | 1 | A | A = 24 | | 68L |
| 9-29 | 1800 | 1 | A | A = 23 | | 689 |
| 9-29 | 2240 | 2 | C | C = — | | 9 |
| 9/30 | 0600 | 1 | A | A = 22 | | 9 |
| 9-30 | 1800 | 1-2 | A-B | A=21 B=— | | 6ae |
| 10/01 | 0600 | 1 | A | A = 20 | | 9 |
| 10/01 | 1800 | 1-2 | A-C | A=19 C=— | | 6a9 |
| 10-2 | 0600 | 1-2 | A-D | A=18 | | 9 |
| 10-2-00 | 1800 | 1-2 | A-C | A=17 C=OTC | | 6-87 |
| 10-2-00 | 2213 | 2 | B | B=OTC | | 682 |
| 10-03-00 | 0800 | 1 | A | A = 16 | | 68L |
| 10-3-00 | | Released 10-3-00 | | | | 9 |
| | | | | | | |

JMR000226

Inmate's Name: Angela Johnson    DOB: 01 - 17 - 64    Booking #: 20- 465

| | Name of Medication | | Dispensing Instructions | | Quantity |
|---|---|---|---|---|---|
| A. | SERZONE | 150mg | 1 TAB 2X DAILY | 0600 - 1800 | 60 |
| B. | Excedrin PM | every night please! | | | 24 |
| C. | advil Migraine | | | | 20 |
| D. | | | | | |
| E. | | | | | |
| F. | | | | | |
| G. | | | | | |
| H. | | | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9-11-00 | 2155 | 1 | A | A = 59 | | |
| 9/12/00 | 0630 | 1 | A | A - 58 | | 682 |
| 9-12-00 | 1030 | 2 | B | B - 22 | | 687 |
| 9-12-00 | 1742 | 1 | A | A = 57 | x | |
| 9-12-00 | 2226 | 1-2 | A-B | A = 56 B=OTC | | 682 |
| 9/13/00 | 0700 | 1 | A | A - 56 | | 689 |
| 9-13-00 | 1753 | 1 | A | A = 54 | | 682 |
| 9-13-00 | 2201 | 2 | B | B=OTC | x | 682 |
| 9-14-00 | 0600 | 1 | A | A = 53 | | 6-87 |
| 9-14-00 | 1900 | 1 | A | A = 52 | R | 682 |
| 9-14-00 | 2204 | 2 | B | B=OTC | | 682 |
| 9-15-00 | 0700 | 1 | A | A = 51 | | 6-87 |
| 9-15-00 | 1800 | 1 | A | A -50 | | |
| 9-16-00 | 0630 | 1 | A | A=49 | | 0 |
| 9-16 | 1800 | 1 | A | A=48 | | 6-87 |
| 9-17 | 0600 | 1 | A | A = 47 | | 0 |
| 9-17 | 1800 | 1 | A | A - 46 | | |
| 9/18-00 | 0600 | 1 | A | A - 45 | | 689 |
| 9-18-00 | 1753 | 1 | A | A = 44 | | 682 |
| 9-18-00 | 2213 | 2 | B | B=OTC | | 682 |
| 9-19 | 0600 | 1 | A | A = 43 | | |
| 9-19-00 | 1807 | 1-2 | A-C | A=42 C=18 | | 682 |
| 9-19-00 | 2216 | 2 | B | B=OTC | | 682 |
| 9-20-00 | 1530 | 2 | C | C = 16 | | 682 |
| 9-20-00 | 1800 | 1 | A | A=41 | K | 5m. |
| 9-20-00 | 2200 | 2 | B | B=OTC | K | 682 |
| 9-21-00 | 0610 | 1 | A | A = 40 | | 68 |
| 9-21-00 | 1819 | 1 | A | A =39 | | 6-87 |
| 9-21-00 | 2240 | 2 | B | B=OTC | | 682 |
| 9-22 | 0600 | 1 | A | A =38 | | 682 |
| 9/22/00 | 1800 | 1 | A | A - 37 | | 689 |
| 9/22/00 | 2340 | 2 | B | B=OTC | | 689 |
| 9-23 | 0600 | 1 | A | A - 36 | | 689 |
| 9/23 | 1800 | 1 | A | A - 35 | | 689 |
| 9-24 | 0600 | 1 | A | A = 34 | | 0 |
| 9-24-00 | 1815 | | | C = 14 | | 682 |

# Benton County Correctional Center
## Medication Dispensing Sheet

000046

Inmate's Name: _Johnson Angelia_     DOB: ___ - ___ - ___     Booking #: _____

| | Name of Medication | Dispensing Instructions | Quantity |
|---|---|---|---|
| A. | IB PROPOFEN | OTC | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9-7-00 | 1818 | 2 | A | A=OTC | X | 682 |
| 9-7-00 | 2817 | 2 | A | A=OTC | X | 682 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case 3:09-cv-03064-MWB-LTS     Document 22-49     Filed 06/23/11     Page 3 of 75

JMR000228

Inmate's Name: _Angela Johnson_    DOB: _01_ - _17_ - _64_ Booking #: _20-465_

| | Name of Medication | | Dispensing Instructions | | Quantity |
|---|---|---|---|---|---|
| A. | SeRZONE | 450mg | 1 Tab 2x Daily | 0600/1800 | 34 |
| B. | Excedrin Pm | EVERYTHING | OTC | | |
| C. | Advil Migraine | | OTC | | |
| D. | IBUPROFEN | | OTC | | |
| E. | | | | | |
| F. | | | | | |
| G. | | | | | |
| H. | | | | | |

| Date | Time | Amount Given | Type Given | Quantity Remaining | Inmate's Signature | Initials |
|---|---|---|---|---|---|---|
| 9/24/00 | 1800 | 1 | A | A = 33 | ∅ | bsq |
| 9/24/00 | 1158 | 2 | B | B = OTC | ∅ | Exc |
| 9-25 | 0800 | 1 | A | A = 32 | ∅ | Q |
| 9-25-00 | 1235 | 1 | A | A = 31 | ∅ | 682 |
| 9-25-00 | 2221 | 2 | B | B = OTC | ∅ | 682 |
| 9/26/00 | 0600 | 1 | A | A = 30 | ∅ | bsq |
| 9-26-00 | 1802 | 1 | A | A = 29 | ∅ | 682 |
| 9-26-00 | 2010 | 2 | C | C = OTC | ∅ | 682 |
| 9-27-00 | 0600 | 1 | A | A = 28 | ∅ | bsq |
| 9-27-00 | 1800 | 1 | A | A = 27 | ∅ | 682 |
| 28 | 0600 | 1 | A | A = 26 | ∅ | Q |
| 28-00 | 1800 | 1 | A | A = 25 | ∅ | 682 |
| 9/29 | 0600 | 1 | A | A = 24 | ∅ | bsq |
| 9-29 | 1800 | 1 | A | A = 23 | ∅ | Q |
| 9-29 | 2240 | 2 | C | C = — | ∅ | Q |
| 9/30 | 0600 | 1 | A | A = 22 | ∅ | bsq |
| 9-30 | 1800 | 1-2 | A-B | A 21 B = — | ∅ | Q |
| 10/01 | 0600 | 1 | A | A = 20 | ∅ | bsq |
| 10/01 | 1800 | 1-2 | A-C | A = 19 C = — | ∅ | Q |
| 10-2 | 0600 | 1-2 | A-D | A = 18 | | 6-87 |
| 10-2-00 | 1800 | 1-2 | A-C | A = 17 C = OTC | ∅ | 682 |
| 10-2-00 | 2223 | 2 | B | B = OTC | ∅ | 682 |
| 10-03-00 | 0600 | 1 | A | A = 16 | ∅ | Q |

| PATIENT INFORMATION | HOURS FASTING | LAB NUMBER | ACCOUNT INFORMATION |
|---|---|---|---|
| JOHNSON, ANGELA | | A1511777 | LINN COUNTY JAIL |

| | DATE COLLECTED | TIME COLLECTED | P. O. BOX 74740 |
|---|---|---|---|
| | 10/19/2000 | 8:00 AM CDT | CEDAR RAPIDS, IA 52407 |

AGE: 36    SEX: F
PT. ID: 77651    RM #: 3RD FLOOR

| DATE REPORTED | TIME REPORTED |
|---|---|
| 10/19/2000 | 2:46 PM CDT  DR: POSPISIL |

Pt. Phone:

| DATE RECEIVED: | 10/19/2000 | TIME RECEIVED: | 8:39 AM CDT |
|---|---|---|---|

| TEST NAME | RESULT | ABNORMAL | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| URINALYSIS | | | | |
| COLOR | LIGHT YELLOW | | | |
| CHARACTER | CLEAR | | | |
| SPECIFIC GRAVITY | 1.011 | | | |
| PH | 6.5 | | | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| BLOOD | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | | |
| EPITHELIAL CELLS | FEW SQUAMOUS | | | /LPF |
| BACTERIA | RARE | | | /HPF |
| WBC | NONE OBSERVED. | | | /HPF |
| RBC | NONE OBSERVED. | | | /HPF |
| URINE DRUG ABUSE SCREEN #1 | NONE DETECTED. | | | |

THIS PROCEDURE SCREENS FOR THE FOLLOWING DRUGS AND DRUG GROUPS:

AMPHETAMINE
METHAMPHETAMINE
BARBITURATES
  SECOBARBITAL
  PHENOBARBITAL
  PENTOBARBITAL
  ALLYLBARBITAL
  BUTABARBITAL
  AMOBARBITAL
BENZODIAZEPINES
  OXAZEPAM
  CHLORDIAZEPOXIDE
  DIAZEPAM
  N-DESALKYLFLURAZEPAM
  N-DESMETHYLDIAZEPAM
  LORAZEPAM
  FLURAZEPAM

COCAINE METABOLITES
OPIATES
  MORPHINE
  MORPHINE GLUCURONIDE
  (HEROIN METABOLITE)
  CODEINE
  HYDROMORPHONE
PHENCYCLIDINE (PCP)
CANNABINOIDS (THC)
PROPOXYPHENE

Lab reports

Director:

*** F

| PATIENT INFORMATION | HOURS FASTING | LAB NUMBER | ACCOUNT INFORMATION |
|---|---|---|---|
| JOHNSON, ANGELA | | A1511768 | LINN COUNTY JAIL |
| | DATE COLLECTED | TIME COLLECTED | P.O. BOX 74740 |
| | 10/19/2000 | | CEDAR RAPIDS, IA 52407 |
| AGE: 36 SEX: F | DATE REPORTED | TIME REPORTED | |
| PT. ID: 77651 RM #: 3RD | FLOOR10/19/20002:46 PM CDTDR: POSPISIL | | |
| Pt. Phone: | DATE RECEIVED: 10/19/2000 | TIME RECEIVED: 8:34 AM CDT | |

| TEST NAME | RESULT | ABNORMAL | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | |
| SODIUM | 143 | | 136-150 | MEQ/L |
| POTASSIUM | 4.0 | | 3.5-5.5 | MEQ/L |
| CHLORIDE | 98 | | 95-111 | MEQ/L |
| CO2 | 26 | | 22-32 | MEQ/L |
| CALCIUM | 9.4 | | 8.5-10.5 | MG/DL |
| BUN | 10 | | 10-26 | MG/DL |
| CREATININE | 0.8 | | 0.5-1.2 | MG/DL |
| GLUCOSE | 70 | | 70-115 | MG/DL |

Director: Stan G. Eilers, M.D.

*** FINAL REPORT ***

Case 3:09-cv-03064-MWB-LTS    Document 234-49    Filed 06/23/11    Page 6 of 75

JMR000231

## Patient Information — Please Print Clearly — Billing Information

**Patient's Name—LAST** Johnson **FIRST** Angela

Bill To: ☐ Client ☐ Patient ☐ Medicare ☐ Blue Shield
☐ Medicaid ☐ Medipass ☐ Workmen's Comp ☐ Other

X F **Date of Birth** 1-17-64 **Patient ID #** 201 77651 A1511768 LCJ

**Responsible Party Name—LAST** _____ **FIRST** _____

**Room #** 3rd floor – LCC **Physician Name** Pospisil

**Telephone** ( ) _____ **Relationship** _____

**Hours Fasting** _____ **Date Collected** _____ **Time Collected** _____ **24 Hr. Urine Volume** _____

**Mailing Address** _____

**Call Report To:** Jean Dolley RN (892-6303)

**Urgency** ☒ Routine ☐ Urgent ☐ Stat

**City** _____ **State** _____ **Zip Code** _____

**Accession #** A1511768 **Patient's Signature \*** _____

**Additional Diagnosis Codes** _____ **Subscriber Name** _____

**Medicare #** _____ **(Prefix) Blue Shield #** _____

**Medicaid #** _____ **Medipass #** _____ **Medipass Provider ID #** _____

**Insurance Carrier** _____

**Subscriber #** _____ **Group #** _____

**Subscriber's Employer** _____

* For Medicare and other insured patients: I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related Medicare or other claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to Weland Clinical Laboratories.

### PANELS
SEE PANEL COMPONENTS ON BACK

- ☐ 7094 Arthritis Panel
- ☒ 7047 Basic Metabolic Panel
- ☐ 7049 Comp. Metabolic Panel
- ☐ 7008 Electrolytes Panel
- ☐ 7003 General Health Panel*
- ☐ 7098 Hepatic Function Panel
- ☐ 7093 Hepatitis Panel
- ☐ 7010 Lipid Panel
- ☐ 39 Obstetric Panel*
- ☐ 48 Renal Function Panel
- ☐ 7095 Torch Antibody Panel

### INDIVIDUAL TESTS

- ☐ 1013 Albumin
- ☐ 1017 Alkaline Phosphatase
- ☐ 1029 Amylase
- ☐ 4006 ANA
- ☐ 4019 Antibody Screen
- ☐ 1033 Bilirubin, Direct
- ☐ 1016 Bilirubin, Total
- ☐ 1007 BUN
- ☐ 2020 CA125
- ☐ 3014 C-Reactive Protein
- ☐ 1005 Calcium
- ☐ 3000 CBC
- ☐ 3001 CBC minus Diff
- ☐ 4002 CEA
- ☐ 9618 Chlamydia DNA Probe
- ☐ 9621 Chlamydia/GC DNA Probe
- ☐ 1003 Chloride
- ☐ 1010 Cholesterol
- ☐ 1025 CK, Total
- ☐ 1026 CO₂
- ☐ 3015 Cold Agglutinins

- ☐ 1047 Creatinine Clearance
- ☐ 1008 Creatinine
- ☐ 5008 Depakene
- ☐ 2013 Digoxin
- ☐ 5004 Dilantin (Phenytoin)
- ☐ 9707 Drugs of Abuse Screen
- ☐ 9510 Epstein Barr Ab/VCA & EA, IgG
- ☐ 9806 Epstein Barr Ab/VCA, IgM
- ☐ 3009 ESR (Sed Rate)
- ☐ 2015 FSH
- ☐ 2017 Ferritin
- ☐ 2012 Folate, Serum
- ☐ 9620 GC DNA Probe
- ☐ 1024 Glucose
- ☐ 1031 Glycosylated Hemoglobin
- ☐ 4015 HCG (Routine)
- ☐ 4016 HCG (Quant.)
- ☐ 1070 HDL Cholesterol
- ☐ 6063 Helicobacter Pylori IgG
- ☐ 3003 Hemoglobin
- ☐ 3004 Hematocrit
- ☐ 4012 Hepatitis A Antibody, IgM
- ☐ 4011 Hepatitis B core Antibody, IgM
- ☐ 4013 Hepatitis B Antibody (HBsAb)
- ☐ 4010 Hepatitis B Antigen (HBsAg)
- ☐ 9098 Hepatitis Be AB (Anti-HBe)
- ☐ 9099 Hepatitis Be Antigen (HBeAg)
- ☐ 4014 Hepatitis C Antibody
- ☐ 9113 IgG,A,M
- ☐ 4005 HIV 1 & 2
- ☐ 5018 Imipramine/Desipramine
- ☐ 9714 Immunofixation (Serum)
- ☐ 9715 Immunofixation (Urine)
- ☐ 1023 Iron
- ☐ 1018 LDH

- ☐ 9125 Lead
- ☐ 2016 LH
- ☐ 5002 Lithium
- ☐ 4027 Lyme Disease Titer
- ☐ 1027 Magnesium
- ☐ 1054 Microalbumin/Creatinine Ratio
- ☐ 1056 Microalbumin, Random Urine
- ☐ 3011 Monospot
- ☐ 5017 Nortriptyline
- ☐ 6030 Occult Blood, Stool
- ☐ 2010 PSA
- ☐ 5005 Phenobarbital
- ☐ 1006 Phosphorus
- ☐ 1002 Potassium
- ☐ 2018 Progesterone
- ☐ 2007 Prolactin
- ☐ 1053 Protein Electroph.
- ☐ 1012 Protein, Total
- ☐ 1051 Protein, Urine
- ☐ 3019 Protime
- ☐ 3020 PTT
- ☐ 3010 Reticulocyte Count
- ☐ 3013 Rheumatoid Factor
- ☐ 4004 RPR
- ☐ 6064 RSV
- ☐ 4024 Rubella, Immune Status
- ☐ 3022 Semen Exam, Complete
- ☐ 1019 SGOT (AST)
- ☐ 1020 SGPT (ALT)
- ☐ 1001 Sodium
- ☐ 2002 T-3 Uptake
- ☐ 2001 T-4, Total
- ☐ 2009 T-4, Free
- ☐ 5007 Tegretol

- ☐ 2019 Testosterone
- ☐ 5009 Theophylline
- ☐ 1034 TIBC
- ☐ 2004 TSH
- ☐ 1011 Triglyceride
- ☐ 1022 Uric Acid
- ☐ 3035 Urinalysis, Complete
- ☐ 2011 Vitamin B12
- ☐ 3006 White Blood Count
- ☐ 3005 White Blood Count & Diff.

Specimen Source _____

- ☐ 6008 Acid Fast Culture & Stain
- ☐ 6044 Anaerobic - Culture
- ☐ 6004 Strep Screen only (24 hrs)
- ☐ 6007 Blood Culture
- ☐ 6062 Clostridium difficile toxin
- ☐ 6009 Fungus Culture
- ☐ 6023 GC Screen
- ☐ 6012 Gram Stain
- ☐ 4003 Herpes Culture
- ☐ 6025 Ova & Parasite
- ☐ 6029 Rapid Strep Screen
- ☐ 6002 Routine Culture (Exudate)
- ☐ 6006 Sputum Culture
- ☐ 6005 Stool Culture
- ☐ 6003 Throat Culture (complete)
- ☐ 6001 Urine Culture
- ☐ 7502 House Call
- ☐ 7500 Drawing Charge
- ☐ _____
- ☐ _____
- ☐ _____

**Additional Tests/Tests to Delete from Profile** _____ **Diagnosis Code** _____ **Diagnosis Code** _____ **Diagnosis Code** _____

UA spec – 24 hrs
creating

Case 3:09-cv-03064-MWB-LTS    Document 234-49    Filed 06/23/11    Page 7 of 75

JMR000232

2222 Johnson Ave. NW
1117 7th Ave., Marion (Marion Square Plaza)

## Patient Information / Please Print Clearly / Billing Information

**Patient's Name—LAST** Johnson   **FIRST** Angela

**EX** M-F   **Date of Birth** 1-17-64   **Patient ID #** 7 7651

**Room #** 3rd Flor   **Physician Name** Pospisil

**Hours Fasting** 0   **Date Collected** 10-19-00   **Time Collected** 0800   **24 Hr. Urine Volume**

**Call Report To:**   **Urgency** ☒ Routine ☐ Urgent ☐ Stat

**Accession #** A1911777   **Patient's Signature**

**Bill To:** ☐ Client ☐ Patient ☐ Medicare ☐ Blue Shield
☐ Medicaid ☐ Medipass ☐ Workmen's Comp ☐ Other

**Responsible Party Name—LAST**   **FIRST**

**Telephone**   **Relationship**

**Mailing Address**

**City**   **State**   **Zip Code**

**Additional Diagnosis Codes**   **Subscriber Name**

**Medicare #**   **Blue Shield #**

**Medicaid #**   **Medipass #**   **Medipass Provider ID #**

**Insurance Carrier**

**Subscriber #**   **Group #**

**Subscriber's Employer**

* For Medicare and other insured patients: I authorize any holder of medical or other information about me to release to the Social Security Administration, intermediaries, Blue Shield, or other carriers any information needed for this or related Medicare or other claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to Weland Clinical Laboratories.

### PANEL COMPONENTS ON BACK

- ☐ 7094 Arthritis Panel
- ☒ 7047 Basic Metabolic Panel
- ☐ 7049 Comp. Metabolic Panel
- ☐ 7008 Electrolytes Panel
- ☐ 7003 General Health Panel*
- ☐ 7098 Hepatic Function Panel
- ☐ 7093 Hepatitis Panel
- ☐ 7010 Lipid Panel
- ☐ 039 Obstetric Panel*
- ☐ 048 Renal Function Panel
- ☐ 7095 Torch Antibody Panel

### INDIVIDUAL TESTS

- ☐ 1013 Albumin
- ☐ 1017 Alkaline Phosphatase
- ☐ 1029 Amylase
- ☐ 4006 ANA
- ☐ 4019 Antibody Screen
- ☐ 1033 Bilirubin, Direct
- ☐ 1016 Bilirubin, Total
- ☐ 1007 BUN
- ☐ 2020 CA125
- ☐ 3014 C-Reactive Protein
- ☐ 1005 Calcium
- ☐ 3000 CBC
- ☐ 3001 CBC minus Diff
- ☐ 4002 CEA
- ☐ 9618 Chlamydia DNA Probe
- ☐ 9621 Chlamydia/GC DNA Probe
- ☐ 1003 Chloride
- ☐ 1010 Cholesterol
- ☐ 1025 CK, Total
- ☐ 1026 CO₂
- ☐ 3015 Cold Agglutinins

- ☐ 1047 Creatinine Clearance
- ☐ 1008 Creatinine
- ☐ 5008 Depakene
- ☐ 2013 Digoxin
- ☐ 5004 Dilantin (Phenytoin)
- ☒ 9707 Drugs of Abuse Screen
- ☐ 9510 Epstein Barr Ab/VCA & EA, IgG
- ☐ 9806 Epstein Barr Ab/VCA, IgM
- ☐ 3009 ESR (Sed Rate)
- ☐ 2015 FSH
- ☐ 2017 Ferritin
- ☐ 2012 Folate, Serum
- ☐ 9620 GC DNA Probe
- ☐ 1024 Glucose
- ☐ 1031 Glycosylated Hemoglobin
- ☐ 4015 HCG (Routine)
- ☐ 4016 HCG (Quant.)
- ☐ 1070 HDL Cholesterol
- ☐ 6063 Helicobacter Pylori IgG
- ☐ 3003 Hemoglobin
- ☐ 3004 Hematocrit
- ☐ 4012 Hepatitis A Antibody, IgM
- ☐ 4011 Hepatitis B core Antibody, IgM
- ☐ 4013 Hepatitis B Antibody (HBsAb)
- ☐ 4010 Hepatitis B Antigen (HBsAg)
- ☐ 9098 Hepatitis Be AB (Anti-HBe)
- ☐ 9099 Hepatitis Be Antigen (HBeAg)
- ☐ 4014 Hepatitis C Antibody
- ☐ 9113 IgG,A,M
- ☐ 4005 HIV 1 & 2
- ☐ 5018 Imipramine/Desipramine
- ☐ 9714 Immunofixation (Serum)
- ☐ 9715 Immunofixation (Urine)
- ☐ 1023 Iron
- ☐ 1018 LDH

- ☐ 9125 Lead
- ☐ 2016 LH
- ☐ 5002 Lithium
- ☐ 4027 Lyme Disease Titer
- ☐ 1027 Magnesium
- ☐ 1054 Microalbumin/Creatinine Ratio
- ☐ 1056 Microalbumin, Random Urine
- ☐ 3011 Monospot
- ☐ 5017 Nortriptyline
- ☐ 6030 Occult Blood, Stool
- ☐ 2010 PSA
- ☐ 5005 Phenobarbital
- ☐ 1006 Phosphorus
- ☐ 1002 Potassium
- ☐ 2018 Progesterone
- ☐ 2007 Prolactin
- ☐ 1053 Protein Electroph.
- ☐ 1012 Protein, Total
- ☐ 1051 Protein, Urine
- ☐ 3019 Protime
- ☐ 3020 PTT
- ☐ 3010 Reticulocyte Count
- ☐ 3013 Rheumatoid Factor
- ☐ 4004 RPR
- ☐ 6064 RSV
- ☐ 4024 Rubella, Immune Status
- ☐ 3022 Semen Exam, Complete
- ☐ 1019 SGOT (AST)
- ☐ 1020 SGPT (ALT)
- ☐ 1001 Sodium
- ☐ 2002 T-3 Uptake
- ☐ 2001 T-4, Total
- ☐ 2009 T-4, Free
- ☐ 5007 Tegretol

- ☐ 2019 Testosterone
- ☐ 5009 Theophylline
- ☐ 1034 TIBC
- ☐ 2004 TSH
- ☐ 1011 Triglyceride
- ☐ 1022 Uric Acid
- ☒ 3035 Urinalysis, Complete
- ☐ 2011 Vitamin B12
- ☐ 3006 White Blood Count
- ☐ 3005 White Blood Count & Diff.

Specimen Source

- ☐ 6008 Acid Fast Culture & Stain
- ☐ 6044 Anaerobic - Culture
- ☐ 6004 Strep Screen only (24 hrs)
- ☐ 6007 Blood Culture
- ☐ 6062 Clostridium difficile toxin
- ☐ 6009 Fungus Culture
- ☐ 6023 GC Screen
- ☐ 6012 Gram Stain
- ☐ 4003 Herpes Culture
- ☐ 6025 Ova & Parasite
- ☐ 6029 Rapid Strep Screen
- ☐ 6002 Routine Culture (Exudate)
- ☐ 6006 Sputum Culture
- ☐ 6005 Stool Culture
- ☐ 6003 Throat Culture (complete)
- ☐ 6001 Urine Culture
- ☐ 7502 House Call
- ☐ 7500 Drawing Charge
- ☐ _____
- ☐ _____
- ☐ _____

**Additional Tests/Tests to Delete from Profile**   **Diagnosis Code**   **Diagnosis Code**   **Diagnosis Cod**

Rev. 3/00

RETAIN THIS COPY FOR YOUR RECORD OF TESTS REQUESTED

Case 3:09-cv-03064-MWB-LTS   Document 34349   Filed 06/23/11   Page 8 of 75

JMR000235



LabCorp
Laboratory Corporation of America

IOWA BLACKHAWK COUNTY JAIL
225 E. 6TH STREET
WATERLOO     IA 50703
319-291-2587   IAM

14706675-0

52 4193 5536 0

Case 3:09-cv-03064-MWB-LTS   Doc#000234-49   Filed 06/23/11   Page 9 of 75



# LabCorp
Laboratory Corporation of America

BLACK HAWK COUNTY JAIL
225 E. 6TH STREET
WATERLOO  IA 50703
319-291-2587  JAM

14704676-0

☐ Fax ☐ Call ☐ Mail
Send additional copy of report to:
Client Number/Physician's Name
Physician's Ad...

000F44

| Patient's Name (Last) | (First) | (MI) | Sex | Date of Birth MO DAY YR | Collection Time AM PM | Fasting Yes ☐ No ☐ | Collection Da MO DAY |

NPI / UPIN | Physician's ID # | Patient's SS # | Patient's ID # | Urine hrs/vol hrs vol

Physician's Name (Last, First) | Physician's Signature X_____
Patient's Address | Phone

Medicare # (Include Prefix/Suffix) | ☐ Primary ☐ Secondary
City | State | ZIP

Medicaid # | State | Physician's Provider #
Name of Responsible Party (if different from patient)

Diagnosis/Signs/Symptom in ICD-9 Format (Highest Specificity)
Address of Responsible Party | APT #
City | State | ZIP

Insurance Company Name | Plan | Carrier Code
Subscriber/Member # | Location | Group #
Insurance Address | Physician's Provider #
City | State | ZIP
Employer's Name or Number | Insured SS# (If Not Patient) | Worker's Comp ☐ Yes ☐ No

I hereby authorize the release of medical information related to the service described herein and authorize paym... directly to LabCorp. I agree to assume responsibility for payment of charges for laboratory services that are... covered by my healthcare insurer.
X_____ Patient's Signature | Date

## MEDICARE ADVANCE BENEFICIARY NOTICE (ABN)
I have read the ABN on the reverse
If Medicare denies payment, I agree
to pay for the identified test(s).
X_____ Patient's Signature | Date

@/%: Carrier-specific limited coverage test
# : Investigational test per Medicare

### ORGAN OR DISEASE PANELS
| 322744 | Acute Hepatitis Panel | 80074 (SST) |
| 322758 | Basic Metabolic Panel (8) | 80048 (SST) |
| 322000 | Comp Metabolic Panel (14) | 80053 (SST) |
| 303754 | Electrolyte Panel | 80051 (SST) |
| 322755 | Hepatic Function Panel (7) | 80076 (SST) |
| 303756 | Lipid Panel %@ | 80061 (SST) |
| 235010 | Lipid Panel w/LDL/HDL Ratio %@ | 80061 (SST) |
| 322777 | Renal Function Panel | 80069 (SST) |

### HEMATOLOGY
| 005009 | CBC w Diff w Plt @ | 85025 (LAV) |
| 115907 | CBC w Diff w/o plt @ | 85022 (LAV) |
| 028142 | CBC w/o Diff w Plt | 85027 (LAV) |
| 005017 | CBC w/o Diff w/o Plt @ | 85021 (LAV) |
| 005058 | Hematocrit @ | 85014 (LAV) |
| 005041 | Hemoglobin @ | 85018 (LAV) |
| 005249 | Platelet Count | 85595 (LAV) |
| 005033 | RBC Count | 85041 (LAV) |
| 005025 | WBC Count | 85048 (LAV) |
| 005090 | WBC Differential @ | 85007 (LAV) |

### ALPHABETICAL/COMBINATION TESTS
| 006049 | ABO and Rh | 86900/86901 (LAV) |
| 001396 | Amylase | 82150 (SST) |
| 006254 | Antinuclear Antibodies | 86038 (SST) |
| 00__ | B₁₂ and Folate | 82607/82746 (SST) |
| ___ | BUN | 84520 (SST) |
| 07419 | Carbamazepine (Tegretol®) | 80156 (SER) |
| 02139 | CEA | 82378 (SST) |
| 01065 | Cholesterol, Total %@ | 82465 (SST) |
| 01370 | Creatinine | 82565 |
| 07385 | Digoxin (Lanoxin®) | 80162 (SER) |

### ALPHABETICAL TESTS CONT
| 004515 | Estradiol | 82670 (SST) |
| 004598 | Ferritin | @ 82728 (SST) |
| 100800 | Fructosamine | @ 82985 (SST) |
| 028480 | FSH and LH | 83001/83002 (SST) |
| 001958 | GGT | 82977 (SST) |
| 001818 | Glucose, Plasma | @ 82947 (GRY) |
| 001032 | Glucose, Serum | @ 82947 (SST) |
| 001693 | Glycohemoglobin, Total %@ | 83036 (LAV) |
| 004556 | hCG, Beta Subunit, Qual @ | 84703 (SST) |
| 004416 | hCG, Beta Subunit, Quant @ | 84702 (SST) |
| 001925 | HDL Cholesterol %@ | 83718 (SST) |
| 162289 | Helicobacter pylori, IgG | 86677 (SST) |
| 006734 | Hep A Antibody, IgM | 86709 (SST) |
| 006395 | Hep B Surface Antibody | 86706 (SST) |
| 006510 | Hep B Surface Antigen | 87340 (SST) |
| 140608 | Hep C Antibody | 86803 (SST) |
| 001453 | Hemoglobin A₁c %@ | 83036 (LAV) |
| 083824 | HIV-1 Antibodies * | 86701 (SST) |
| 001321 | Iron and IBC | 83540/83550 (SST) |
| 007708 | Lithium (Eskalith®) | 80178 (SER) |
| 001537 | Magnesium | 83735 (SST) |
| 007823 | Phenobarbital (Luminal®) | 80184 (SER) |
| 007401 | Phenytoin (Dilantin®) | 80185 (SER) |
| 001180 | Potassium | 84132 (SST) |
| 004036 | Pregnancy Test | @ 84703 (URN) |
| 004465 | Prolactin | 84146 (SST) |
| 010322 | PSA %@ | 84153 / G0103 (SST) |
| 004___ | ...tic Phos | |
| 001073 | Protein, Total | 84155 (SST) |

### ALPHABETICAL TESTS CONT
| 005199 | Prothrombin Time (PT) @ | 85610 (BLU) |
| 020321 | PT and PTT Activated | 85610/85730 (BLU) |
| 005207 | PTT Activated | 85730 (BLU) |
| 006502 | Rheumatoid Arthritis Factor | 86431 (SST) |
| 006072 | RPR | 86592 (SST) |
| 006197 | Rubella Antibodies, IgG | 86762 (SST) |
| 004226 | Testosterone | 84403 (SST) |
| 007336 | Theophylline | 80198 (SER) |
| 001156 | T3 Uptake | @ 84479 (SST) |
| 001149 | Thyroxine (T4) | @ 84436 (SST) |
| 001172 | Triglycerides %@ | 84478 (SST) |
| 002188 | Triiodothyronine (T3) | 84480 (SST) |
| 004259 | TSH, High Sensitivity @ | 84443 (SST) |
| 003038 | Urinalysis Microscopic on Positives | @ 81003 (URN) |
| 003772 | Urinalysis with Microscopic | @ 81001 (URN) |
| 007260 | Valproic Acid (Depakene®) | 80164 (SER) |

### MICROBIOLOGY
| | OTHER | |
| 008649 | Aerobic Bacterial Culture † | 87070 |
| 164160 | Chlamydia/GC DNA Probe w/Confirmation on positives * | 87490/87590 |
| 096479 | Chlamydia/GC DNA Probe without Confirmation | 87490/87590 |
| 164202 | Chlamydia DNA Probe * | 87490 |
| 180745 | Genital, Beta-Hemolytic Strep Cult, Group B | 87081 |
| 008334 | Genital Culture, Routine † | 87070 |
| 180810 | Lower Respiratory Culture † | 87070 |
| 164210 | N. gonorrhoeae DNA Probe* | 87590 |
| 008623 | Ova and Parasites | 87015/87211 |
| 008144 | Stool Culture † | 87081 X 2/87045 |
| 008169 | Throat, Beta-Hemolytic Strep Cult, Group A | 87081 |
| 008342 | Upper Respiratory Culture, Routine † | 87060 |
| 008847 | Urine Culture, Routine † | 87086 |

† = ID / Susceptibility at Additional Charge
· = Confirmation at Additional Charge

Clinical Information/Comments

## HEADER INFORMATION

**1. Type of Transaction** (Check all applicable boxes)

[X] Statement of Actual Services - OR - [ ] Request for Perdetermination/Preauthoriz

[ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

PF

3.

Linn County Jail
PO BOX 608
CEDAR RAPIDS, IA 52406

### OTHER COVERAGE

**4. Other Dental or Medical Coverage?** [X] No (Skip 5-11)  [ ] Yes (Complete 5-11)

**5. Subscriber Name** (Last, First, Middle Initial, Suffix)

**6. Date of Birth (MM/DD/CCYY)**  **7. Gender** [ ] M [ ] F  **8. Subscriber Identifier (SSN or ID#)**

**9. Plan/Group Number**  **10. Relationship to Primary Subscriber** (Check applicable box) [ ] Self [ ] Spouse [ ] Dependent [ ] Other

**11. Other Carrier Name, Address, City, State, Zip Code**

---

**Claim #:** C24978  **Patient #:** 60310-2

*ANGELA JOHNSON*

### PRIMARY SUBSCRIBER INFORMATION

**12. Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

Jail, Marshal200
101 1ST ST SE ROOM 320
CEDAR RAPIDS                    IA 52401

**13. Date of Birth (MM/DD/CCYY)**  **14. Gender** [X] M [ ] F  **15. Subscriber Identifier (SSN or ID#)**

**16. Plan/Group Number**  **17. Employer Name** US Marshal

### PATIENT INFORMATION

**18. Relationship to Primary Subscriber** (Check applicable box) [X] Self [ ] Spouse [ ] Dependent Child [ ] Other  **19. Student Status** [ ] FTS [ ] PTS

**20. Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

Jail, Marshal200
101 1ST ST SE ROOM 320
CEDAR RAPIDS                    IA     52401

*dental Med record*

*a*

der [ ] F  **23. Patient ID/Account # (Assigned by Dentist)**

---

### RECORD OF SERVICES PROVIDED

| 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | ...tion | 31. Fee |
|---|---|---|---|---|---|
| 11/21/2005 |  |  | 19 |  |  |
| 11/21/2005 |  |  |  |  | 15.00 |
| 11/21/2005 |  |  | 19 |  | 41.00 |
|  |  |  |  |  | 82.00 |
|  |  |  |  |  |  |
|  |  |  | CO |  |  |

### MISSING TEETH INFORMATION

**34. (Place an X on each missing tooth)**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | ... | G | H | I | J | 32. Other Fee(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 24 23 22 21 20 19 18 17  T S R Q P | O | N | M | L | K | |

**35. Remarks**  **33. Total Fee** 138.00

---

### AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X   Signature Authorization          11/21/2005
Patient/Guardian signature          Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X   Signature Authorization          11/21/2005
Subscriber signature          Date

### BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**

Adam Klein DDS
1515 BLAIRS FERRY RD NE
Cedar Rapids          IA     52402

**49. Provider ID** 08342  **50. License Number** 08342  **51. SSN or TIN** 752979814

**52. Phone Number**

---

### ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment** (Check applicable box) [X] Providers Office [ ] Hospital [ ] ECF [ ] Other  **39. Number of Enclosures (00 to 99)** Radiograph(s) Oral Image(s) Model(s)

**40. Is Treatment for Orthodontics?** [X] No (Skip 41-42) [ ] Yes (Complete 41-42)  **41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**  **43. Replacement of Prosthesis?** [ ] No [ ] Yes (Complete 44)  **44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from** (Check applicable box) [ ] Occupational illness\Injury [ ] Auto accident [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**  **47. Auto Accident State**

### TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

X Adam Klein DDS          11/21/2005
Signed (Treating Dentist)          Date

**54. Provider ID** 08342  **55. License Number** 08342

**56. Address, City, State, Zip Code**

1515 BLAIRS FERRY RD NE
Cedar Rapids          IA  52402

57. Phone Number (319) 393-7000  **58. Treating Provider Specialty** 1223G0001X

Case 3:09-cv-03064-MWB-LTS   Document 224-9   Filed 06/23/11   Page 11 of 75

JMR0007284

# LINN COUNTY CORRECTIONAL CENTER

## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL

FROM:      Linn County Correctional Center

TO:          U.S. Marshals Service
             Attn:  Criminal Section

DATE:      *11/21/2005*

SUBJ:      Pre-approval of medical services

Upon the recommendation of Dr._____, federal inmate

_*Johnson, Angela*_____, USMS #_____ has been diagnosed

with *toothpain*_____ and the following

medical treatment is recommended: *Dentist*_____

_____

An appointment with *Gentle Dental*_____

has been scheduled for *Monday, November 21, 2005 @ 0900*_____
                                          Date and Time

FROM:      U.S.Marshal

TO:          Linn County Correctional Center
             Attn:  Nurse

DATE :     _____

SUBJ:      Your request for Pre-Approval of medical services is:

             Approved      _____        _____
                                     Signature                           Date
             Disapproved  _____        _____
                                     Signature                           Date
             Comments     _____

Case 3:09-cv-03064-MWB-LTS    Document 284-49    Filed 06/23/11    Page 12 of 75
JMR000237

# HEALTH HISTORY

Your Physician:_____

Drugs you now take_____

Allergies you have (circle):

    Penicillin    Codeine    Anesthetics   Other:_____

Please circle any word that applies to your health history:

| | | |
|---|---|---|
| Aids  HIV Antibodies | Rheumatic Fever | Heart Disease, valve, murmur |
| High Blood Pressure | Lung Disease | Emphysema  Asthma |
| Epilepsy    Ulcers | Migraine | Psychological or Psychiatric |
| Pacemaker  Pregnant now | Diabetes | Trouble with bleeding |

To be pre-medicated with antibiotics before dental procedure?   Yes    No

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

## LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICE POLICY
### WISDOM TEETH (3RD MOLARS)

Impacted teeth are extracted only if they have a consistent history of serious symptoms or acute problems, and cannot be clinically managed with more conservative treatment. If extraction is necessary, only the symptomatic tooth is removed. Removal of asymptomatic impacted or unerupted teeth may not be performed.

An inmate is entitled to dental treatment if an RN exercising ordinary skill and care at the time of observation concludes with reasonable medical certainty that the inmate's symptoms evidence serious disease or injury. That such disease is curable to might be substantially alleviated. That the potential for harm to the inmate by reason of delay or denial of care could be substantial. The essential test is one of medical necessity and not simply that which may be considered desirable.

Inmate's Name _Angela Johnson_      Date _11/18/05_

Remarks: _Decayed Broke_

JMR000238

# Dental Claim Form

<table>
<tr><td>1.☐ Dentist's pre-treatment estimate    Specialty<br>☒ Dentist's statement of actual services</td><td>3. Carrier</td><td rowspan="3">Linn County Jail<br>PO BOX 608<br>CEDAR RAPIDS, IA 52406</td><td></td></tr>
<tr><td>2.☐ Medicaid Claim    Prior Authorization #<br>☐ EPSDT</td><td>4. Carrier</td><td></td></tr>
<tr><td></td><td>5. City</td><td>Zip<br>2401</td></tr>
</table>

| 8. Patient Name (Last,First,Middle) | 9. Address | | 11. State |
|---|---|---|---|
| Johnson, Angela | 101 1ST ST SE ROOM 320 | CEDAR RAPIDS | IA |

| 12. Date of Birth | 13. Patient ID # | 14. Sex ☒M ☐F | 15. Phone Number (319) 892-6303 | 16. Zip Code 52401 |
|---|---|---|---|---|

17. Relationship to Subscriber/Employee:
☒Self ☐Spouse ☐Child ☐Other _____

18. Employer/School
Name _____ Address _____

| 19. Subs./Emp. ID#/SSN# | 20. Employer Name US Marshal | 21. Group # | 31. Is Patient covered by another plan ☒No (Skip 32-37)   Yes:☐Dental or☐Medical | 32. Policy # |
|---|---|---|---|---|

22. Subscriber/Employee Name (Last,First,Middle)
Jail, US Marshal

33. Other Subscriber's Name

| 23. Address 101 1ST ST SE ROOM 320 | 24. Phone Number (319)892-6303 | 34. Date of Birth (MM/DD/YYYY) | 35. Sex ☐M ☐F | 36. Plan/Program Name |
|---|---|---|---|---|

| 25. City CEDAR RAPIDS | 26. State IA | 27. Zip Code 52401 | 37. Employer/School Name _____ Address _____ |
|---|---|---|---|

| 28. Date of Birth (MM/DD/YYYY) | 29. Marital Status ☐Married ☒Single ☐Other | 30. Sex ☒M ☐F | 38. Subscriber/Employee Status ☒Employed ☐Part-time Statu☐Full-time Stude☐Part-time Student |
|---|---|---|---|

39. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To theextent permitted under applicable law, I authorize release of any informationrelating to this claim.

40. Employer/School
Name US Marshal    Address Linn Co Jail

41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

x Signature Authorization    01/27/2004
Signed (Patient/Guardian)    Date (MM/DD/YYYY)

x Signature Authorization    01/27/2004
Signed (Employee/subscriber)    Date (MM/DD/YYYY)

**BILLING DENTIST**

| 42. Name of Billing Dentist or Dental Entity Gentle Dental, INC. | 43. Phone Number (319) 393-7000 | 44. Provider ID# 752979814 | 45. Dentist Soc.Sec. or T.I.N. 752979814 |
|---|---|---|---|

| 46. Address 1558 COLLINS RD NE | 47. Dentist License# 752979814 | 48.First visit date of current series: 1/27/2004 | 49. Place of treatment ☒Office ☐Hosp. ☐ECF ☐Other |
|---|---|---|---|

| 50. City Cedar Rapids | 51. State IA | 52. Zip Code 52402 | 53. Radiographs or models enclosed ☐Yes,How many?____ ☒No | 54.Is treatment for Orthodontics?☐Yes ☒No If service already commenced: |
|---|---|---|---|---|

55. If prosthesis (crown, bridge, dentures), is this initial placement? ☐Yes ☐No   if no, reason for replacement:   Date of prior placement:

Date appliances placed   Total mos. of treatment remaining _____

56. Is treatment result of occupational illness ☒No ☐Yes or injury? brief description and dates _____

57.Is treatment result of:☐auto accident? ☐her accident?☒neither brief description and dates _____

58. Diagnosis Code Index (optional)
1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____

59. Examination and treatment plans – list teeth in order

| Date (MM/DD/YYYY) | Tooth | Surface | Diagnosis Index# | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|
| 01 27 2004 | 12 | | | D0220 | 1 | PERIAPICAL 1ST X-RAY | 15.00 | |
| 01 27 2004 | 8 | | | D0230 | 1 | PERIAPICAL ADD'L X-RAY | 13.00 | |
| 01 27 2004 | | | | D9430 | 1 | OFFICE CALL | 39.00 | |
| 01 27 2004 | 12 | | | D7210 | 1 | TE SECTION | 137.00 | |

60. Identify all missing
1 2 3 4 5 6 7
32 31 30 29 28 27 2

61. Remarks for unusual se

COPY - ORIGINAL CLAIM SENT TO :
US MARSHAL OFFICE

| Total Fee | 204.00 |
|---|---|
| Payment by other plan | |
| Max Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

x Masih _____
Signed (Treating Dentist)    License #

63. Address where treatment was performed
1558 COLLINS RD NE

| 64. City Cedar Rapids | 65. State IA | 66. Zip Code 52402 |
|---|---|---|

Date (MM/DD/YYYY)

DENTECH 2000 for Windows

Case 3:09-cv-03064-MWB-LTS   Document 53-7   Filed 06/23/11   Page 14 of 75   JMR000239

01/27/2004

**Gentle Dental**
1558 COLLINS RD NE
Cedar Rapids, IA 52402
(319) 393-7000

| | PRESCRIBED BY: |
|---|---|
| | **Dr Masih Safabakhsh DDS** |

PATIENT RECORD ONLY

*Patient*      **US Marshal Jail**

*RX*            **Doxycycline**
*Dosage*        **100mg**
*Dispense*      **020**
*Refills*       **0**
*Frequency*     **bid**
*GenericOk?*    **Yes**
*Comments*      **Take until gone ANGELA JOHNSON**

---

Read Instructions Carefully

---

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine
provided by your doctor. TAKE THIS MEDICINE with a full glass (8 ounces) of
water. TAKE THIS MEDICINE with food if it upsets your stomach. Do not take
vitamins, antacids, or calcium, iron magnesium, or zinc products within 1 hour
of taking this medicine. TO CLEAR UP YOUR INFECTION COMPLETELY, continue
taking this medicine for the full course of treatment even if you feel better
in a few days. Do not miss any doses. Do not take 2 doses at once.
CAUTIONS: MAY CAUSE increased sensitivity to the sun. Use a sunscreen or
protective clothing if you must be outside for a prolonged period. TAKING
THIS MEDICINE while you are using birth control pills may decrease the
effectiveness of birth control pills. IF YOU ARE OR WILL BE BREAST-FEEDING
while you are using this medicine, check with your doctor or pharmacist to
discuss the risk to your baby. DO NOT GIVE THIS MEDICINE to children under
the age of 8 years, unless directed otherwise by your doctor.
POSSIBLE SIDE EFFECTS: May include loss of appetite, nausea, vomiting, and
diarrhea. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience

---

**Gentle Dental**
**1558 COLLINS RD NE**
**Cedar Rapids, IA 52402**
**(319) 393-7000**

*Patient:* **US Marshal Jail**
101 1ST ST SE ROOM 320
CEDAR RAPIDS, IA 52401
(319) 892-6303

LIC:  7660
DEA:

SSN:
AGE:

*RX*            **Doxycycline**
*Dosage*        **100mg**
*Dispense*      **020**
*Refills*       **0**
*Frequency*     **bid**
*GenericOk?*    **Yes**
*Comments*      **Take until gone  ANGELA JOHNSON**
*Med Alerts*

SIGNATURE

**Dr Masih Safabakhsh DDS**                    01/27/2004

**Gentle Dental**
1558 COLLINS RD NE
Cedar Rapids, IA 52402
(319) 393-7000

01/27/2004

PATIENT RECORD ONLY

| | PRESCRIBED BY: |
|---|---|
| | Dr Masih Safabakhsh DDS |

| Patient | US Marshal Jail |
|---|---|

RX — Motrin 800
Dosage — 800mg
Dispense — 012
Refills — 0
Frequency — q6-8h
GenericOk? — Yes
Comments — PrnPain ANGELA JOHNSON

---

**Read Instructions Carefully**

---

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine
provided by your doctor. TAKE THIS MEDICINE with food and a glass of water
or
with milk. Do not take 2 doses at once.
CAUTIONS: DO NOT TAKE THIS MEDICINE if you ever had any unusual or allergic
reaction to aspirin, ibuprofen, naproxen, or any other medicine used to
treat
pain, fever, swelling, or arthritis. THIS MEDICINE MAY CAUSE DROWSINESS.
Using this medicine alone, with other medicines, or with alcohol may lessen
your ability to drive or to perform other potentially dangerous tasks.
POSSIBLE SIDE EFFECTS: May include nausea, vomiting, diarrhea, gas,
constipation, indigestion, stomach cramps, dizziness, lightheadedness,
drowsiness, or headache. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you
experience swelling of hands or ankles, ringing in ears, rash, itching,
vomiting material that looks like coffee grounds, blood in stool or swelling
of hands, face, lips, eyes, throat, or tongue; difficulty swallowing or

---

**Gentle Dental**
**1558 COLLINS RD NE**
**Cedar Rapids, IA 52402**
**(319) 393-7000**

*Patient:* **US Marshal Jail**
101 1ST ST SE ROOM 320
CEDAR RAPIDS, IA 52401
(319) 892-6303

LIC: 7660
DEA:

SSN:
AGE:

RX — Motrin 800
Dosage — 800mg
Dispense — 012
Refills — 0
Frequency — q6-8h
GenericOk? — Yes
Comments — PrnPain ANGELA JOHNSON
Med Alerts

SIGNATURE

Dr Masih Safabakhsh DDS                     01/27/2004

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:     Linn County Correctional Center

TO:     U. S. Marshals Service
       Attn: Criminal Section

DATE:     01/27/2004

SUBJ:     Pre-approval of medical services

Upon the recommendation of Dr. _____, federal inmate

Johnson, Angela _____, USMS # _____, has been diagnosed

with toothpain _____, and the following

medical treatment is recommended: had wanted root canal which was

denied – now she is ready to have tooth pulled

An appointment with Gentle Dental.

has been scheduled for Tuesday, January 27, 2004   0900
<br>                          Date and Time

FROM:     U. S. Marshal

TO:     Linn County Correctional Center
       Attn: Nurse

DATE:     _____

SUBJ:     Your request for Pre-Approval of medical services is:

Approved    _____    _____
<br>                  Signature                         Date

Disapproved    _____    _____
<br>                  Signature                         Date

Comments    _____

Case 3:09-cv-03064-MWB-LTS     Document 284-49     Filed 06/23/11     Page 17 of 75

JMR000242

# HEALTH HISTORY

Your Physician: _____

Drugs you now take _____

Allergies you have (circle):

Penicillin    Codeine    Anesthetics   Other: _____

Please circle any word that applies to your health history:

| | | |
|---|---|---|
| Aids   HIV Antibodies | Rheumatic Fever | Heart Disease, valve, murmur |
| High Blood Pressure | Lung Disease | Emphysema   Asthma |
| Epilepsy    Ulcers | Migraine | Psychological or Psychiatric |
| Pacemaker    Pregnant now | Diabetes | Trouble with bleeding |

To be pre-medicated with antibiotics before dental procedure?   Yes   No

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

## LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICE POLICY
### WISDOM TEETH (3RD MOLARS)

Impacted teeth are extracted only if they have a consistent history of serious symptoms or acute problems, and cannot be clinically managed with more conservative treatment. If extraction is necessary, only the symptomatic tooth is removed. Removal of asymptomatic impacted or unerupted teeth may not be performed.

An inmate is entitled to dental treatment if an RN exercising ordinary skill and care at the time of observation concludes with reasonable medical certainty that the inmate's symptoms evidence serious disease or injury. That such disease is curable to might be substantially alleviated. That the potential for harm to the inmate by reason of delay or denial of care could be substantial. The essential test is one of medical necessity and not simply that which may be considered desirable.

Inmate's Name _JOHNSON, ANGELA_  Date _1-12-04_

UPPER RIGHT ... UPPER LEFT

LOWER RIGHT ... LOWER LEFT

Remarks: HURTS ALL THE TIME. WAS WAITING FOR ROOT CANAL BUT TOO PAINFUL WILL TAKE EXTRACTION.

Case 3:09-cv-03064-MWB-LTS   Document 24-49   Filed 06/23/11   Page 18 of 75

JMR000243

# Dental Claim Form

Case 3:09-cv-03064-MWB-LTS    Document 224-49    Filed 06/23/11    Page 19 of 75

| | |
|---|---|
| 1.☐ Dentist's pre-treatment estimate    Specialty | 3. Carrier |
| ☒ Dentist's statement of actual services | |
| 2.☐ Medicaid Claim    Prior Authorization # | 4. Carrier |
| ☐ EPSDT | 5. City |

Linn County Jail
PO BOX 608
CEDAR RAPIDS, IA 52406

Zip
2401

| 8. Patient Name(Last,First,Middle) | 9. Addr | | 11. State |
|---|---|---|---|
| ANGELA JOHNSON | 101 1ST ST SE ROOM 320    CEDAR RAPIDS | | IA |

| 12. Date of Birth | 13. Patient ID # | 14. Sex  ☒M  ☐F | 15. Phone Number  (319) 892-6303 | 16. Zip Code  52401 |
|---|---|---|---|---|

17. Relationship to Subscriber/Employee:
☒Self☐Spouse☐Child☐Other_____

18. Employer/School
Name_____ Address_____

**SUBSCRIBER/EMPLOYEE**

| 19. Subs./Emp. ID#/SSN# | 20. Employer Name  US Marshal | 21. Group # |
|---|---|---|

22. Subscriber/Employee Name(Last,First,Middle)
Jail, US Marshal

| 23. Address  101 1ST ST SE ROOM 320 | 24. Phone Number  (319)892-6303 |
|---|---|

| 25. City  CEDAR RAPIDS | 26. State  IA | 27. Zip Code  52401 |
|---|---|---|

| 28. Date of Birth (MM/DD/YYYY) | 29. Marital Status  ☐Married☒Single☐Other | 30. Sex  ☒M  ☐F |
|---|---|---|

39. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To theextent permitted under applicable law, I authorize release of any informationrelating to this claim.

Signature Authorization      12/02/2003
x_____    _____
Signed (Patient/Guardian)      Date (MM/DD/YYYY)

**OTHER POLICIES**

31. Is Patient covered by another plan
☒No (Skip 32-37)  ☐Yes: ☐Dentalor☐Medical

32. Policy #

33. Other Subscriber's Name

| 34. Date of Birth (MM/DD/YYYY) | 35. Sex  ☐M ☐F | 36. Plan/Program Name |
|---|---|---|

37. Employer/School
Name_____ Address_____

38. Subscriber/Employee Status
☒Employed☐Part-time Stat☐Full-time Stude☐Part-time Student

40. Employer/School
Name US Marshal  Address Linn Co Jail

41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

Signature Authorization      12/02/2003
x_____
Signed (Employee/subscriber)      Date (MM/DD/YYYY)

**BILLING DENTIST**

| 42. Name of Billing Dentist or Dental Entity  Masih Safabakhsh DDS | 43. Phone Number  (319) 393-7000 | 44. Provider ID#  7660 | 45. Dentist Soc.Sec. or T.I.N.  752979814 |
|---|---|---|---|

| 46. Address  1558 COLLINS RD NE | 47. Dentist License#  7660 | 48.First visit date of current  series: 12/02/2003 | 49. Place of treatment  ☒Office ☐Hosp. ☐ECF ☐Other |
|---|---|---|---|

| 50. City  Cedar Rapids | 51. State  IA | 52. Zip Code  52402 | 53. Radiographs or models enclosed?  ☐Yes,How many?____ ☒No | 54.Is treatment for Orthodontics?☐Yes ☒No |
|---|---|---|---|---|

55. If prosthesis (crown, bridge, dentures), is this initial placement? ☐Yes ☐No    if no, reason for replacement:    Date of prior placement:

If service already commenced
Date appliances placed    Total mos. of treatment
remaining_____

56. Is treatment result of occupational illness  ☒No  ☐Yes
or injury?
brief description and dates_____

57.Is treatment result of:☐auto accident?☐other accident?☒neither
brief description and dates_____

58. Diagnosis Code Index (optional)
1._____  2._____  3._____  4._____  5._____  6._____  7._____  8._____

59. Examination and treatment plans - list teeth in order

| Date(MM/DD/YYYY) | Tooth | Surface | Diagnosis Index# | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|
| 12 02 2003 | 12 | | | D0220 | 1 | PERIAPICAL 1ST X-RAY | 15.00 | |
| 12 02 2003 | | | | D9430 | 1 | OFFICE CALL | 39.00 | |

COPY - ORIGINAL CLAIM SENT TO:
US MARSHAL OFFICE

| | |
|---|---|
| | .Fee  54.00 |
| | Paid by other plan |
| | Max Allowable |
| | Deductible |
| | Carrier % |
| | Carrier pays |
| | Patient pays |

60. Identify all missing teeth with Permanent

| 1 2 3 4 5 6 7 8 | 24 23 22 21 20 19 18 17 | T S R Q P | O N M L K |
|---|---|---|---|
| 32 31 30 29 28 27 26 25 | | | |

61. Remarks for unusual services

62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

Masih Safabakhsh DDS    7660    12/02/2003
x_____    License #    JMR00924
Signed (Treating Dentist)

63. Address where treatment was performed
1558 COLLINS RD NE

| 64. City  Cedar Rapids | 65. State  IA | 65. Zip Code  52402 |
|---|---|---|

DENTECH 2000 for Windows

# Dental Claim Form

Linn County Jail
PO BOX 608
CEDAR RAPIDS, IA 52406

Zip
2401

| 1. □ Dentist's pre-treatment estimate  Specialty  X Dentist's statement of actual services | 3. Carrier |
|---|---|
| 2.□ Medicaid Claim  Prior Authorization #  □ EPSDT | 4. Carrier |
| | 5. City |

| 8. Patient Name(Last,First,Middle) | 9. Address | | 11. State |
|---|---|---|---|
| ANGELA JOHNSON | 101 1ST ST SE ROOM 320 | CEDAR RAPIDS | IA |

| 12. Date of Birth | 13. Patient ID # | 14. Sex X M □ F | 15. Phone Number (319) 892-6303 | 16. Zip Code 52401 |
|---|---|---|---|---|

17. Relationship to Subscriber/Employee:
X Self □Spouse □Child □Other_____

18. Employer/School
Name_____ Address_____

## SUBSCRIBER/EMPLOYEE

| 19. Subs./Emp. ID#/SSN# | 20. Employer Name US Marshal | 21. Group # |
|---|---|---|

22. Subscriber/Employee Name(Last,First,Middle)
Jail, US Marshal

| 23. Address 101 1ST ST SE ROOM 320 | 24. Phone Number (319)892-6303 |
|---|---|

| 25. City CEDAR RAPIDS | 26. State IA | 27. Zip Code 52401 |
|---|---|---|

| 28. Date of Birth (MM/DD/YYYY) | 29. Marital Status □Married X Single □Other | 30. Sex X M □ F |
|---|---|---|

39. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To theextent permitted under applicable law, I authorize release of any informationsrelating to this claim.

x  Signature Authorization          12/02/2003
Signed (Patient/Guardian)          Date (MM/DD/YYYY)

## OTHER POLICIES

31. Is Patient covered by another plan
X No (Skip 32-37)  □Yes: □Dental or □Medical

32. Policy #

33. Other Subscriber's Name

| 34. Date of Birth (MM/DD/YYYY) | 35. Sex □M □F | 36. Plan/Program Name |
|---|---|---|

37. Employer/School
Name_____ Address_____

38. Subscriber/Employee Status
X Employed □Part-time Stat □Full-time Stude □Part-time Student

40. Employer/School
Name US Marshal    Address Linn Co Jail

41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

x  Signature Authorization          12/02/2003
Signed (Employee/subscriber)       Date (MM/DD/YYYY)

## BILLING DENTIST

| 42. Name of Billing Dentist or Dental Entity Masih Safabakhsh DDS | 43. Phone Number (319) 393-7000 | 44. Provider ID# 7660 | 45. Dentist Soc.Sec. or T.I.N. 752979814 |
|---|---|---|---|

| 46. Address 1558 COLLINS RD NE | 47. Dentist License# 7660 | 48.First visit date of current series: 12/02/2003 | 49. Place of treatment X Office □Hos □ECF □Other |
|---|---|---|---|

| 50. City Cedar Rapids | 51. State IA | 52. Zip Code 52402 | 53. Radiographs or models enclosed? □Yes,How many?____ X No | 54.Is treatment for Orthodontics? □Yes X No If service already commenced: Date appliances placed  Total mos. of treatment remaining ____ |
|---|---|---|---|---|

55. If prosthesis (crown, bridge, dentures), is this initial placement? □Yes □No   if no, reason for replacement:   Date of prior placement:

56. Is treatment result of occupational illness  X No  □Yes
or injury?
brief description and dates_____

57.Is treatment result of:□auto accident? □other accident? X neither
brief description and dates_____

58. Diagnosis Code Index (optional)
1._____  2._____  3._____  4._____  5._____  6._____  7._____  8._____

59. Examination and treatment plans - list teeth in order

| Date(MM/DD/YYYY) | Tooth | Surface | Diagnosis Index# | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|
| 12 02 2003 | 12 | | | D0220 | 1 | PERIAPICAL 1ST X-RAY | 15.00 | |
| 12 02 2003 | | | | D9430 | 1 | OFFICE CALL | 39.00 | |

COPY - ORIGINAL CLAIM SENT TO :
US MARSHAL OFFICE

| | Fee | 54.00 |
|---|---|---|

60. Identify all missing teeth with Permanent

| 1 2 3 4 5 6 7 8 | | | | |
|---|---|---|---|---|
| 32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17 | T S R Q P | O N M L K | |

| | |
|---|---|
| ...ment by other plan | |
| Max Allowable | |

61. Remarks for unusual services

| Deductible | |
|---|---|
| Carrier % | |
| Carrier pays | |
| Patient pays | |

62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

x  Masih Safabakhsh DDS    7660    12/02/2003
Signed (Treating Dentist)   License#

DENTECH 2000 for Windows

63. Address where treatment was performed
1558 COLLINS RD NE

| 64. City Cedar Rapids | 65. State IA | 66. Zip Code 52402 |
|---|---|---|

Case 3:09-cv-03064-MWB-LTS    Document 234-49    Filed 06/23/11    Page 20 of 75
JMR000245

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM: Linn County Correctional Center

TO: U. S. Marshals Service
Attn: Criminal Section

DATE: 12/02/2003

SUBJ: Pre-approval of medical services

Upon the recommendation of Dr. _____, federal inmate

_Johnson, Angela_, USMS # _____, has been diagnosed

with _toothpain_ _____, and the following

medical treatment is recommended: _dentist_ _____

_____

An appointment with _Gentle Dental_ _____

has been scheduled for _Tuesday, December 2, 2003   0900_
Date and Time

FROM: U. S. Marshal

TO: Linn County Correctional Center
Attn: Nurse

DATE: _____

SUBJ: Your request for Pre-Approval of medical services is:

Approved _____ _____
Signature Date

Disapproved _____ _____
Signature Date

Comments _____

Case 3:09-cv-03064-MWB-LTS    Document 284-9    Filed 06/23/11    Page 21 of 75

JMR000246

# HEALTH HISTORY

Your Physician:_____
Drugs you now take_____
Allergies you have (circle):

    Penicillin    Codeine    Anesthetics   Other:_____

Please circle any word that applies to your health history:

| | | |
|---|---|---|
| Aids   HIV Antibodies | Rheumatic Fever | Heart Disease, valve, murmur |
| High Blood Pressure | Lung Disease | Emphysema  Asthma |
| Epilepsy    Ulcers | Migraine | Psychological or Psychiatric |
| Pacemaker  Pregnant now | Diabetes | Trouble with bleeding |

To be pre-medicated with antibiotics before dental procedure?   Yes    No

////////////////////////////////////////////////////////////////////////////////////////////

## LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICE POLICY
### WISDOM TEETH (3RD MOLARS)

Impacted teeth are extracted only if they have a consistent history of serious symptoms or acute problems, and cannot be clinically managed with more conservative treatment. If extraction is necessary, only the symptomatic tooth is removed. Removal of asymptomatic impacted or unerupted teeth may not be performed.

An inmate is entitled to dental treatment if an RN exercising ordinary skill and care at the time of observation concludes with reasonable medical certainty that the inmate's symptoms evidence serious disease or injury. That such disease is curable to might be substantially alleviated. That the potential for harm to the inmate by reason of delay or denial of care could be substantial. The essential test is one of medical necessity and not simply that which may be considered desirable.

Inmate's Name _Angela Johnson_    Date _11/14/03_

**UPPER RIGHT** ... **UPPER LEFT**

**LOWER RIGHT** ... **LOWER LEFT**

Remarks: _Cavity - Wants filled_

JMR000247

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM: Linn County Correctional Center

TO: U. S. Marshals Service
Attn: Criminal Section

DATE: 12/02/2003

SUBJ: Pre-approval of medical services

Upon the recommendation of Dr. _____, federal inmate

__Johnson, Angela__, USMS # _____, has been diagnosed

with __toothpain__, and the following

medical treatment is recommended: __dentist__

_____

An appointment with __Gentle Dental__

has been scheduled for __Tuesday, December 2, 2003    0900__
Date and Time

FROM: U. S. Marshal

TO: Linn County Correctional Center
Attn: Nurse

DATE: _____

SUBJ: Your request for Pre-Approval of medical services is:

Approved _____
                    Signature                        Date
Disapproved _____
                    Signature                        Date
Comments _____

JMR000248

# HEALTH HISTORY

Your Physician:_____

Drugs you now take_____

Allergies you have (circle):

    Penicillin    Codeine    Anesthetics   Other:_____

Please circle any word that applies to your health history:

| | | |
|---|---|---|
| Aids  HIV Antibodies | Rheumatic Fever | Heart Disease, valve, murmur |
| High Blood Pressure | Lung Disease | Emphysema  Asthma |
| Epilepsy    Ulcers | Migraine | Psychological or Psychiatric |
| Pacemaker  Pregnant now | Diabetes | Trouble with bleeding |

To be pre-medicated with antibiotics before dental procedure?    Yes    No

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

## LINN COUNTY CORRECTIONAL CENTER HEALTH SERVICE POLICY
### WISDOM TEETH (3RD MOLARS)

Impacted teeth are extracted only if they have a consistent history of serious symptoms or acute problems, and cannot be clinically managed with more conservative treatment. If extraction is necessary, only the symptomatic tooth is removed. Removal of asymptomatic impacted or unerupted teeth may not be performed.

An inmate is entitled to dental treatment if an RN exercising ordinary skill and care at the time of observation concludes with reasonable medical certainty that the inmate's symptoms evidence serious disease or injury. That such disease is curable to might be substantially alleviated. That the potential for harm to the inmate by reason of delay or denial of care could be substantial. The essential test is one of medical necessity and not simply that which may be considered desirable.

Inmate's Name_*Angela Johnson*_    Date_*11/14/03*_

| UPPER RIGHT | | | | | | | | | | | | | | | UPPER LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

UPPER RIGHT  1 2 3 4 5 6 7 8   9 10 11 12 13 14 15 16  UPPER LEFT

LINGUAL

LOWER RIGHT  32 31 30 29 28 27 26 25  24 23 22 21 20 19 18 17  LOWER LEFT

Remarks:_*Cavity - wants filled*_

| | | | | |
|---|---|---|---|---|
| 1. ☐ Dentist's pre-treatment estimate | | Specialty | 3. Carrier Name | |
| ☒ Dentist's statement of actual services | | | Linn County Jail | |
| 2. ☐ Medicaid Claim | | Prior Authorization # | 4. Carrier Address | |
| ☐ EPSDT | | | PO BOX 608 | |
| | | | 5. City | 6. State IA | 7. Zip 52406 |
| | | | CEDAR RAPIDS | | |

**PATIENT**

8. Patient Name (Last, First, Middle): Angela Johnson
9. Address: PO BOX 608
10. City: CEDAR RAPIDS
11. State: IA
12. Date of birth (MM/DD/YYYY): 0/00/0000
13. Patient ID #
14. Sex: ☒ M ☐ F
15. Phone Number: (000) 892-6303
16. Zip Code: 52406-0608
17. Relationship to Subscriber / Employee: ☒ Self ☐ Spouse ☐ Child ☐ Other
18. Employer / School — Name _____ Address _____

**SUBSCRIBER / EMPLOYEE**

19. Sub-Emp. ID#/SSN
20. Employer Name: Linn County Jail
21. Group #
22. Subscriber / Employee Name (Last, First, Middle): Linn Cty Jail, LinnCty
23. Address: PO BOX 608
24. Phone Number: (000) 892-6303
25. City: CEDAR RAPIDS
26. State: IA
27. Zip Code: 52406-0608
28. Date of birth (MM/DD/YYYY): 0/00/0000
29. Marital Status: ☐ Married ☒ Single ☐ Other
30. Sex: ☒ M ☐ F

**OTHER POLICIES**

31. Is Patient covered by another plan: ☒ No (Skip 32-37) ☐ Yes: ☐ Dental or ☐ Medical
32. Policy #
33. Other Subscriber's Name
34. Date of birth (MM/DD/YYYY)
35. Sex: ☐ M ☐ F
36. Plan / Program Name
37. Employer / School — Name _____ Address _____
38. Subscriber / Employee Status: ☐ Employed ☐ Part-time Status ☐ Full-time Student ☐ Part-time Student
40. Employer / School — Name _____ Address _____

39. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

X Auth. Signature on File   10/17/2001
Signed (Patient / Guardian)   Date (MM/DD/YYYY)

41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

X Auth. Signature on File   10/17/2001
Signed (Employee / Subscriber)   Date (MM/DD/YYYY)

**BILLING DENTIST**

42. Name of Billing Dentist or Dental Entity: James A. Knight DDS
43. Phone Number: (319) 393-7000
44. Provider ID #: 7117
45. Dentist Soc. Sec. or T.I.N.: 421161827
46. Address: 1558 COLLINS ROAD NE
49. Place of treatment: ☒ Office ☐ Hosp. ☐ ECF ☐ Other
50. City: CEDAR RAPIDS
001
54. Is treatment for orthodontics? ☐ Yes ☒ No
If service already commenced:
Date appliances placed _____ Total mos. of treatment remaining _____
55. If prosthesis (crown, bridge, dentures), is this initial placement? ☐ Yes ☐ No
56. Is treatment result of occupational illness or inju. . — Brief description and dates
cident? ☒ neither
Brief description and dates

*COPY - ORIGINAL CLAIM SENT TO: US MARSHAL OFFICE*

58. Diagnosis Code Index (optional)
1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____

59. Examination and treatment plans - List teeth in order

| Date (MM/DD/YYYY) | | | Tooth | Surface | Diagnosis Index # | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 16 | 2001 | 2 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 4 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 13 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 14 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 30 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 18 | | | D7210 | 1 | TE Section | 119.00 | |
| 10 | 16 | 2001 | 2 | | | D0220 | 1 | PA xray, one.  CDR | 14.00 | |
| 10 | 16 | 2001 | 14 | | | D0230 | 1 | PA X-ray, addt'l. CDR | 13.00 | |

60. Identify all missing teeth with "X"

Permanent: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 — A B C D E F G H I J
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 — T S R Q P O N M L K

| Total Fee | (CONT.) |
|---|---|
| Payment by other plan | |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

page 1 of 2

61. Remarks for unusual services

62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

Signed (Treating Dentist) _____ License # _____ Date (MM/DD/YYYY) 10/17/2001

63. Address where treatment was performed
64. City
65. State
66. Zip Code

DENTECH 2000

JMR000250

| | | |
|---|---|---|
| 1. ☐ Dentist's pre-treatment estimate | Specialty | 3. Carrier Name |
| ☒ Dentist's statement of actual services | | Linn County Jail |
| 2. ☐ Medicaid Claim | Prior Authorization / | 4. Carrier Address |
| ☐ EPSDT | | PO BOX 608 |
| 5. City | | CEDAR RAPIDS |

6. State IA  7. Zip 52406

**PATIENT**

8. Patient Name (Last, First, Middle): I Angela Johnson
9. Address: PO BOX 608
10. City: CEDAR RAPIDS
11. State: IA
12. Date of birth (MM/DD/YYYY): 0/00/0000
13. Patient ID /
14. Sex: ☒ M ☐ F
15. Phone Number: (000) 892-6303
16. Zip Code: 52406-0608
17. Relationship to Subscriber / Employee: ☒ Self ☐ Spouse ☐ Child ☐ Other
18. Employer / School — Name _____ Address _____

**SUBSCRIBER / EMPLOYEE**

19. Sub/Emp. ID//SSN
20. Employer Name: Linn County Jail
21. Group /
22. Subscriber / Employee Name (Last, First, Middle): Linn Cty Jail, LinnCty
23. Address: PO BOX 608
24. Phone Number: (000) 892-6303
25. City: CEDAR RAPIDS
26. State: IA
27. Zip Code: 52406-0608
28. Date of birth (MM/DD/YYYY): 0/00/0000
29. Marital Status: ☐ Married ☒ Single ☐ Other
30. Sex: ☒ M ☐ F

**OTHER POLICIES**

31. Is Patient covered by another plan: ☒ No (Skip 32-37)  ☐ Yes: ☐ Dental or ☐ Medical
32. Policy /
33. Other Subscriber's Name
34. Date of birth (MM/DD/YYYY)
35. Sex: ☐ M ☐ F
36. Plan / Program Name
37. Employer / School — Name _____ Address _____
38. Subscriber / Employee Status: ☐ Employed ☐ Part-time Status ☐ Full-time Student ☐ Part-time Student

39. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

X Auth. Signature on File    10/17/2001
Signed (Patient / Guardian)    Date (MM/DD/YYYY)

40. Employer / School — Name _____ Address _____
41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

X Auth. Signature on File    10/17/2001
Signed (Employee / Subscriber)    Date (MM/DD/YYYY)

**LING DENTIST**

42. Name of Billing Dentist or Dental Entity: James A. Knight DDS
43. Phone Number: (319) 393-7000
44. Provider ID /: 7117
45. Dentist Soc. Sec. or T.I.N.: 421161827
46. Address: 1558 COLLINS ROAD NE
47. Dentist License /: 7117
48. First visit date of current Series: 10/16/2001
49. Place of treatment: ☒ Office ☐ Hosp. ☐ ECF ☐ Other
50. City: CEDAR RAPIDS
51. State: IA
52. Zip Code: 52402-6197
53. Radiographs or models enclosed? ☐ Yes, How many? _____ ☒ No
54. Is treatment for orthodontics? ☐ Yes ☒ No  If service already commenced: Date appliances placed _____ Total mos. of treatment remaining _____
55. If prosthesis (crown, bridge, dentures), is this Initial placement? ☐ Yes ☐ No   If no, reason for replacement: _____   Date of prior placement: _____
56. Is treatment result of occupational illness or injury? ☒ No ☐ Yes   Brief description and dates _____
57. Is treatment result of: ☐ auto accident? ☐ other accident? ☒ neither   Brief description and dates _____

58. Diagnosis Code Index (optional)
1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____

59. Examination and treatment plans - List teeth in order

| Date (MM/DD/YYYY) | Tooth | Surface | Diagnosis Index / | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|
| 10 16 2001 | 18 | | | D0230 | 1 | PA X-ray, addt'l. CDR | 13.00 | |
| 10 16 2001 | 30 | | | D0230 | 1 | PA X-ray, addt'l. CDR | 13.00 | |
| 10 16 2001 | | | | D9430 | 1 | Office Call | 35.00 | |

60. Identify all missing teeth with "x"

Permanent
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Primary
A B C D E F G H I J
T S R Q P O N M L K

| | |
|---|---|
| Total Fee | 802.00 |
| Payment by other plan | |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

*page 2 of 2*

61. Remarks for unusual services

62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

James A. Knight DDS    7117    10/17/2001
Signed (Treating Dentist)    License /    Date (MM/DD/YYYY)

63. Address where treatment was performed
64. City
65. State
66. Zip Code

DENTECH 2000

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:   Linn County Correctional Center

TO:     U. S. Marshals Service
Attn: Criminal Section

DATE:   10/16/01

SUBJ:   Pre-approval of medical services

Upon the recommendation of Dr. *J Knight / Dental Dental*, federal inmate *Angela Johnson*, USMS # _____, has been diagnosed with *teeth extraction*, and the following medical treatment is recommended: *Zithromycin 6 tabs in 5 days + Naprosyn 250mg one tab 2x/day x 10 days*

An appointment with _____

has been scheduled for _____
Date and Time

FROM:   U. S. Marshal

TO:     Linn County Correctional Center
Attn: Nurse

DATE:   _____

SUBJ:   Your request for Pre-Approval of medical services is:

| | Signature | Date |
|---|---|---|
| Approved | | |
| Disapproved | | |
| Comments | | |

** TOTAL PAGE.02 **

Proper care of the mouth following most dental procedures can reduce complications and speed the healing of the surgical area.

1.  **Protection of blood clot**...maintain gentle pressure by biting on the gauze sponge that has been placed over the surgical area, or by biting on a tea bag which has been gently moistened and wrapped in a piece of gauze. Keep steady firm pressure for 45 minutes. Repeat as often as needed.

2.  **Do not rinse**...or use a mouth wash for at least 24 hours. After 24 hours rinse with warm salt water (1/2 teaspoon table salt in 8 oz. of warm water) every 1-2 hours is recommended. (The use of commercial mouth washes during the healing period is not encouraged.)

3.  **Discomfort**...following dental surgery it is normal to experience some discomfort. If medication has been given or prescribed, take as instructed.

4.  **The toothbrush**...may be carefully used in the area of the mouth not involved by the surgical procedures. A clean mouth heals faster.

5.  **Eating**...adequate food and fluid intake following surgery and/or general extractions is most important. If you find that eating your regular diet is too difficult you may supplement your diet with liquids such as Carnation Instant Breakfast (CIB/any flavor). The high quality, nutritional value of CIB is important for prompt healing following such procedures. Should you not be able to chew solid foods of any nature, for several days or longer, follow the nutritionally balanced liquid diet.

6.  **Avoid**...all excessive activity, don't pick at the surgical area, don't consume liquids through a straw, avoid alcoholic beverages and refrain from smoking until healing is well established.

7.  **Sutures**...if they were used, do not fail to return for their removal on the appointment date given.

8.  **Control of swelling**...gently apply ice packs to area for periods of 20 minutes on, 10 minutes off. This procedure should continue for the first 24 hours only.

9.  **Allergic reactions**...for generalized rash, itching, etc., call dentist immediately.

10. **Do not hesitate**...to call if any questions arise.

**GENTLE DENTAL**

393-7000

Case 3:09-cv-03064-MWB-LTS   Document 284-49   Filed 06/23/11   Page 28 of 75
JMR000253

GENTLE DENTAL, P.C.  
1558 COLLINS ROAD NE  
CEDAR RAPIDS, IA  52402-6197  
(319) 393-7000

10/16/2001

PRESCRIBED BY  
--------------  
Dr. James A. Knight

Patient    LinnCty LinnCtyJail

Rx         Zithromax                                          YES   NO  
Dosage     250mg                          Narcotic?                  X  
Dispense   6  
Refill     0                              GenericOK  X  
Frequency  Take 2 the first day, 1 per day until gone  
Comment

---------------------------- Instructions ----------------------------  
PRECAUTIONS:  Take at least 1 hour before eating or 2 hours after eating.

----------------------- Take bottom portion to Pharmacy -----------------------

GENTLE DENTAL, P.C.                    LinnCty LinnCtyJail  
1558 COLLINS ROAD NE                   PO BOX 608  
CEDAR RAPIDS, IA  52402-6197           CEDAR RAPIDS, IA  52406-0  
(319) 393-7000                         892-6303

Lic: 7117                              SSN:  
DEA:                                   AGE: N/A

Rx         Zithromax

                                       *MEDICAL ALERTS*

Dosage     250mg  
Dispense   6  
Refill     0  
GenericOK  Yes

Frequency  Take 2 the first day, 1 per day until gone  
Comments

Dr. James A. Knight                    10/16/2001

GENTLE DENTAL, P.C.  
1558 COLLINS ROAD NE  
CEDAR RAPIDS, IA 52402-6197  
(319) 393-7000

10/16/2001

PRESCRIBED BY  
------------  
Dr. James A. Knight

Patient        LinnCty LinnCtyJail

Rx             Naprosyn                                  YES    NO  
Dosage         250mg                      Narcotic?             X  
Dispense       020  
Refill         0                          GenericOK   X  
Frequency      bid  
Comment

-------------------------------- Instructions --------------------------------  
HOW TO USE THIS MEDICINE: Follow the directions for using this medicine  
provided by your doctor. TAKE THIS MEDICINE with food and a glass of water or  
with milk. Do not take 2 doses at once.  
CAUTIONS: DO NOT TAKE THIS medicine if you ever had any unusual or allergic  
reaction to aspirin, ibuprofen, naproxen, or any other medicine used to treat  
pain, fever, swelling, or arthritis. THIS MEDICINE MAY CAUSE DROWSINESS.  
POSSIBLE SIDE EFFECTS: May include nausea, vomiting, diarrhea, gas,  
constipation, indigestion, dizziness, lightheadedness, drowsiness, or  
headache. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience rash,  
itching, blurred vision, ringing in ears, swelling of hands or ankles,  
vomiting material that looks like coffee grounds, blood in stool or vomit, or  
stomach pain. CONTACT YOUR DOCTOR IMMEDIATELY if you experience swelling of  
hands, face, lips, eyes, throat, or tongue; difficulty swallowing or  
breathing; wheezing; or hoarseness. If you notice other effects not listed  
above, contact your doctor, nurse, or pharmacist.  
Copyright 1995 Medi-Span, Inc.  
All rights reserved.  
----------------------- Take bottom portion to Pharmacy -----------------------

GENTLE DENTAL, P.C.                         LinnCty LinnCtyJail  
1558 COLLINS ROAD NE                        PO BOX 608  
CEDAR RAPIDS, IA 52402-6197                 CEDAR RAPIDS, IA 52406-0  
(319) 393-7000                              892-6303

Lic: 7117                                   SSN:  
DEA:                                        AGE: N/A

Rx             Naprosyn  
                                           *MEDICAL ALERTS*  
Dosage         250mg  
Dispense       020  
Refill         0  
GenericOK      Yes

Frequency      bid  
Comments

-------------------------------------------  
Dr. James A. Knight              10/16/2001

Case 3:09-cv-03064-MWB-LTS     Document 84-9     Filed 06/23/11     Page 30 of 75

JMR000255

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:   Linn County Correctional Center

TO:     U. S. Marshals Service
        Attn: Criminal Section

DATE:   _10-16-01_

SUBJ:   Pre-approval of medical services

Upon the recommendation of Dr. _____ , federal inmate

_Johnson, Angela_____ , USMS # _____ , has been diagnosed

with _toothpain_____ , and the following

medical treatment is recommended: _Dentist_____

_____

An appointment with _Gentle Dental_____

has been scheduled for _Tuesday October 16, 2001  0900_____
                                              Date and Time

FROM:   U. S. Marshal

TO:     Linn County Correctional Center.
        Attn: Nurse

DATE:   _____

SUBJ:   Your request for Pre-Approval of medical services is:

        Approved      _____     _____
                             Signature                       Date
        Disapproved   _____     _____
                             Signature                       Date
        Comments      _____

*** TOTAL PAGE.02 ***

JMR000256

USM

# HEALTH HISTORY

Your Physician: _____

Drugs you now take _____

Allergies you have (circle):

Penicillin     Codeine     Anesthetics     Other: _____

Please circle any word that applies to your health history:

AIDS     HIV Antibodies     Rheumatic Fever     Heart Disease, valve, murmur

High Blood Pressure     Lung Disease     Emphysema     Asthma     Epilepsy

Ulcers     Migrane     Psychological or Psychiatric treatment _____

s     Pacemaker     Pregnant now     Diabetes     Trouble with bleeding

Linn County Correctional Center Health Service
Policy

Wisdom Teeth     ( 3rd molars)

d teeth are extracted only if they have a consistent history
ous symptoms or acute problems, and cannot be clinically
l with more conservative treatment.  If extraction is
ry, only the symptomatic tooth is removed.  Removal of
matic impacted or unerupted teeth may not be performed.


ite is entitled to dental treatment if an RN exercising
y skill and care at the time of observation concludes with
ible medical certainty that the inmate's symptoms evidence
; disease or injury,

ich disease is curable or might be substantially alleviated,

ie potential for harm to the inmate by reason of delay or
of care could be substantial,

iential test is one of medical necessity and not simply that
lay be considered desirable.

to be pre-medicated with antibiotics before dental procedures? Yes     No

quires payment at the time service is rendered. Deferred payment is available through: Visa, Master Card,
xpress, and our own Interest Free account (with qualified credit.)

nt in full, day of service, cash or check, 10% Seniors.

ent directly to the below-named dentist of group insurance benefits otherwise payable to
e is a file signature for dental insurance;

le Dental East to verify my past and present credit references.

ive been answered completely.

Johnson, Angela   #  77651     Date: 10-5-01



JMR000257

REMARKS

X Dentist's statement of actual services

| X Provider ID # | Prior Authorization # | PO BOX 74740 |
| 7117 | Patient ID # | CEDAR RAPIDS    IA 52407 |

**PATIENT**

| 4. Patient name | | 5. Relationship to employee | | 6. Sex m f | 7. Patient birthdate MM DD YYYY | 8. If full time student school |
| first    m.i.    last | | [X] self    [ ] child | | M | 00  00    00 | city |
| Angela  Johnson | | [ ] spouse    [ ] other ___ | | | | |

**COVERAGE INFORMATION**

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber dental plan I.D. number | 11. Employee/subscriber birthdate MM DD YYYY | 12. Employer (company) name and address | 13. Group number |
| The Linn Cty Jail PO BOX 74740 CEDAR RAPIDS    IA 52407 | | 00  000000 | Linn County Jail | |

| 14. Is patient covered by another dental plan    [X] yes  no | 15-a. Name and address of carrier(s) | | 15-b. Group no.(s) | 16. Name and address of other employer(s) |
| If yes, complete 15-a. Is patient covered by a medical plan?    yes    no | | | | |

| 17-a. Employee/subscriber name (if different from patient's) | 17-b. Employee/subscriber dental plan I.D. number | 17-c. Employee/subscriber birthdate MM DD YYYY | 18. Relationship to patient [ ] self  [ ] parent  [ ] spouse  [ ] other ___ |

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

> Signature Auth. on File          12/07/00
Signed (Patient*-see reverse)          Date

20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

> Signature Auth. on File          12/07/00
Signed (Employee/subscriber)          Date

**BILLING DENTIST**

| 21. Name of Billing Dentist or Dental Entity | 30. Is treatment result of occupational illness or injury? | No X | Yes | If yes, enter brief description and dates |
| James A. Knight DDS | | | |
| 22. Address where payment should be remitted | 31. Is treatment result of auto accident? | X | |
| 1558 COLLINS ROAD NE | | | |
| 23. City, State, Zip | 32. Other accident? | X | |
| CEDAR RAPIDS    IA    52402-6197 | | | |

| 24. Dentist Soc. Sec. or T.I.N. (see reverse) | 25. Dentist license no. | 26. Dentist phone no. | 33. If prosthesis, is this initial placement? | (If no, reason for replacement) | 34. Date of prior placement |
| 421161827 | 7117 | 319 393 7000 | | | |

| 27. First visit date current series | 28. Place of treatment Office [X]  Hosp.  ECF  Other | 29. Radiographs or models enclosed? No Yes X  How many? | 35. Is treatment for orthodontics? X | If service already commenced enter: | Date appliances placed | Mos. treatment remaining |
| 12/05/00 | | | | | | |

36. Identify missing teeth with "x"    37. Examination and treatment plan—List in order from tooth no. 1 through tooth no. 32–Using charting system shown.

For administrative use only

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | |
| | | Office Call | 120500 | 9430 | 33 00 | |
| 4 | | PA xray, one.    CDR | 120500 | 0220 | 13 00 | |
| | | | | | | |

Copy of Claim sent to US Marshall

38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

James A. Knight          7117          12/07/00
Signed (Treating Dentist)          License Number          Date

40. Address where treatment was performed

City          State          Zip

American Dental Association, 1994
..0 (Same as ADA Dental Claim Form - J504, J511, J512)
Reproduced And Distributed Under ADA License #9599041

| 41. Total Fee Charged | 46 00 |
| 42. Payment by other plan | |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

Case 3:09-cv-03064-MWB-LTS          Document 284-49          Filed 06/23/11          Page 33 of 75
JMR000258

USM

# HEALTH HISTORY

Your Physician: _none_

Drugs you now take _Tylenol_

Allergies you have (circle): _NO Allergies_

Penicillin     Codeine     Anesthetics     Other: _____

Please circle any word that applies to your health history:

patitis     AIDS     HIV Antibodies     Rheumatic Fever     Heart Disease, valve, murmur

ug Abuse     High Blood Pressure     Lung Disease     Emphysema     Asthma     Epilepsy

inting     Ulcers     Migrane     Psychological or Psychiatric treatment _____

tificial joints     Pacemaker     Pregnant now     Diabetes     Trouble with bleeding

) you need to be pre-medicated with antibiotics before dental procedures?     Yes     No

Dental East requires payment at the time service is rendered. Deferred payment is available through: Visa, Master Card, r, American Express, and our own Interest Free account (with qualified credit.)

its 5% payment in full, day of service, cash or check, 10% Seniors.

orize payment directly to the below-named dentist of group insurance benefits otherwise payable to y signature is a file signature for dental insurance.

orize Gentle Dental East to verify my past and present credit references.

iestions have been answered completely.

ature: _____     Date:_____

NAME _Angela Johnson_     # 77651     DATE _12-5-00_     AGE

Cellblock _____

Date Rec'd _11_ / _15_ / _00_

Officer # _429_

A. _____

Action taken:

Officer #:_____

Date:___ / ___ / ___

Time:_____

LINGUAL

32  31  30  29  28  27  26  25     24  23  22  21  20  19  18  17

REMARKS

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

<table>
<tr><td>

TB Clearance ☑ Yes ☐ No

1) PPD Completed: 2-7-04
   Date

Results: ZERO MM

2) CXR Completed: _____
   Date

Results: _____

3) Health Authority
   Clearance: WC

   Sr WASTON 2-9-04

   Sign          Date

Note:
Dates listed above must be within one year of this transfer.

</td></tr>
</table>

## I. PRISONER/ALIEN

Name: Johnson, Angela

Prisoner/Alien Reg. #

D.O.B: 01/17/1964

Departed From: Linn County Correctional Center

Date Departed:

Destination:

Reason for Transfer

Dist. Name: Northern Dist

Custody: /2000

## II. Current Medical Problems

*transfer - medical summaries & med transfers*

| Medication | Dose | Route | | | ...ing) | Stop |
|------------|------|-------|--|--|---------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?  ☑ Yes  ☐ No  If no, Why not?

Is prisoner medically able to travel by airplane?  ☑ Yes  ☐ No  If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?  ☑ Yes  ☐ No  If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?  ☐ Yes  ☑ No  If yes, state reason:

Does prisoner require any medical equipment while in transport status?  ☐ Yes  ☑ No  If yes, What equipment?

Sign & Print Name- Certifying Health Authority:

Phone Number: 319 893-6303

Date Signed: 2-7-04

Case 3:09-cv-03064-MWB-LTS    Document 284-49    Filed 06/23/11    Page 35 of 75
JMR000260

Form USM-553
(Rev. 11/98)

LINN COUNTY CORRECTIONAL FACILITY MEDICAL TRANSFER FORM

DATE _10-1-03_ TIME _2040_ JAIL DR._____ M.D.

PATIENT NAME_ Johnson Angela ___ DOB_____
_____(Last)_____(First Name)____(Mi)_____(M/D/Y)

PATIENT ADDRESS_____ AGE_____
_____(Street, Rural Route or Box)

_____
_____(City)_____(State)_____(Zip)

NEAREST RELATIVE_____
_____(Name)

_____
_____(Street, Rural Route or Box)

_____
_____(City)_____(State)_____(Zip)

_____(Phone Number)_____(Relationship)

BILL TO: _USMS_____

_____

_____

THE LINN COUNTY CORRECTIONAL CENTER DOES NOT ACCEPT
RESPONSIBILITY FOR CHARGES INCURRED AS A RESULT OF TREATMENT
PROVIDED IF PATIENT HAS OWN MEDICAL COVERAGE, IS IN
ADMISSION/ARRAIGNMENT STATUS, INJURIES/ILLNESS PRE-EXISTING AT
TIME OF ADMISSION, OR SELF INFLICTED. WE WILL, HOWEVER, MAKE A
MEDICAL ASSESSMENT, AND IF APPROPRIATE REFER TO AVAILABLE
TREATMENT FACILITIES.

PATIENT'S EMPLOYER_____

MEDICAL ASSISTANCE INFORMATION – MEDICAL INSURANCE IF PATIENT
HAS MEDICAL ASSISTANCE_____
_____(Patient Number)

_____    _____
(County Number)              (Aid Type)        (Resource Number)

_____
(Month Of Card)

_____
JOAN FELTES, RN
HEALTH CARE SERVICES COORDINATOR
(319)892-6303

# LINN COUNTY CORRECTIONAL CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:   Linn County Correctional Center

TO:     U. S. Marshals Service
        Attn: Criminal Section

DATE:   10/01/2003

SUBJ:   Pre-approval of medical services

Upon the recommendation of Dr. _____, federal inmate

_Johnson, Angela_ , USMS # _____, has been diagnosed

with _allergic reaction ?_ , and the following

medical treatment is recommended: _Mercy ER_

An appointment with _Mercy ER_

has been scheduled for _ambulance called and USM called to guard inmate_
                            Date and Time

FROM:   U. S. Marshal

TO:     Linn County Correctional Center
        Attn: Nurse

DATE:   _____

SUBJ:   Your request for Pre-Approval of medical services is:

        Approved     _____    _____
                        Signature                  Date
        Disapproved  _____    _____
                        Signature                  Date
        Comments     _____

JMR000262

# LINN COUNTY CORRECTIONA L CENTER
## APPROVAL FOR MEDICAL SERVICES PROVIDED TO FEDERAL INMATES

FROM:   Linn County Correctional Center

TO:     U. S. Marshals Service
        Attn: Criminal Section

DATE:   _05-17-02_

SUBJ:   Pre-approval of medical services

Upon the recommendation of Dr. _____, federal inmate

_Johnson, Angela_, USMS # _____, has been diagnosed

with _possibly needs glasses_, and the following

medical treatment is recommended: _eye exam with eye doctor after_

_being seen by our medical doctor_

An appointment with _Iowa Eye Clinic_

has been scheduled for _Tuesday May 28, 2002   1320_
                                    Date and Time

FROM:   U. S. Marshal

TO:     Linn County Correctional Center
        Attn: Nurse

DATE:   _____

SUBJ:   Your request for Pre-Approval of medical services is:

        Approved    _____    _____
                        Signature                    Date
        Disapproved _____    _____
                        Signature                    Date
        Comments    _____

Case 3:09-cv-03064-MWB-LTS   Document 284-9   Filed 06/23/11   Page 38 of 75

JMR000263

White - Prisoner File

Form USM-553
(Rev. 11/98)

# I. PRISONER/ALIEN

TB Clearance ☒ Yes ☐ No

1) PPD Completed: 12/20/01 Date

Results: Negative

2) CXR Completed: NA Date

Results: NA

3) Health Authority

Clearance: _____

Sign _____ Date 12/20/01

Note:
Dates listed above must be within one year of this transfer.

Name: Johnson, Angela

Prisoner/Alien Reg. #

D.O.B: 1/17/64

Departed From: Linn County Correctional Center

Date Departed:

Destination:

Reason for Transfer:

Dist. Name: Northern District of Iowa    Dist. #

Date in Custody: 10/16/00

## II. Current Medical Problems

1. Depression
2. Anxiety
3. Insomnia
4. _____
5. _____
6. _____

| Medication | Dose | Route | Medication Required For Care En Route | Stop |
| --- | --- | --- | --- | --- |
| | | | Instructions For Use (Include proper time for Administering) | |
| Paxil | 20 mg | PO | 1 tab QD | |
| Trazodone | 100 mg | PO | 1 tab @ HS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments: Allergic to fish

# III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to travel by airplane? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination? ☒ Yes ☐ No If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐ Yes ☒ No If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐ Yes ☒ No If yes, What equipment?

Sign & Print Name- Certifying Health Authority:
Kellie Bryant CMT PS
Kellie Bryant CMT PS

Phone Number: (319) 892-6304

Date Signed: 12/20/01

U.S. Department of Justice

<table>
<tr><td colspan="2">TB Clearance ☑Yes ☐No</td></tr>
</table>

### I. PRISONER/ALIEN

<table>
<tr>
<td>
TB Clearance ☑Yes ☐No<br>
1) PPD Completed: 10/19/2000 Date<br>
Results: NEG<br>
U.S Marshalls brought her in on<br>
2) CXR Completed: ∅ Date<br><br>
3) Health Authority<br>
Clearance: YES<br>
[signature] 10/19/2000<br>
Sign     Date<br>
Note:<br>
Dates listed above must be<br>
within one year of this transfer.
</td>
<td>
Name: Angela Johnson<br><br>
Departed From: 10-3-00 Black Hawk County Jail<br><br>
Destination:<br><br>
Dist. Name: Black Hawk
</td>
<td>
Prisoner/Alien Reg. #<br><br>
Date Departed: 10-16-00<br><br>
Reason for Transfer:<br><br>
Dist. # 07
</td>
<td>
D.O.B: 1-17-64<br><br><br><br>
Date in Custody: 10-3-00
</td>
</tr>
</table>

**II. Current Medical Problems**

1. Suicide Watch Continued
2. _____
3. _____
4. _____
5. _____
6. _____

| Medication | Dose | Route | Medication Required For Care En Route | |
|---|---|---|---|---|
| | | | **Instructions For Use** (Include proper time for Administering) | **Stop** |
| amitriptyline | 50mg | po | ÷ ≈ hs | |
| | | | See Copy | |
| | | | No meds given since 10/14/00. | |
| | | | Allergy: Fish | |
| | | | | |

original sent to USM 10/a/00

Additional Comments: See Copy of Medications on since here - Inmate has not had any meds since rtn. from Hospital (Suicide attempt - 10-13-00 = to Allen Hosp. - Rtd 10-14-00 - No meds) ✗Hosp. Recommends BMP + UA repeated (Monday) - Not done here

### III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☑Yes ☐No If no, Why not? ✱ Inmate needs ✱

Is prisoner medically able to travel by airplane? ☐Yes ☑No If no, Why not? Constant Suicide

Is prisoner medically able to stay overnight at another facility en route to destination? ☑Yes ☐No If no, Why not? Watch !

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐Yes ☑No If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐Yes ☑No If yes, What equipment?

Sign & Print Name- Certifying Health Authority: Mary Nielson RN / Mary Nielson RN

Phone Number: 319-291-2587 Ext 221

Date Signed: 10-16-00

Prisoner File

Form USM-553 (Est. 6/98)

JMR000265

000062

# UNITED STATES MARSHAL
N DISTRICT OF TA

TO: BENTON Co. JAIL                                DATE: 10-3-00
        (Name & Title)

☐ are herewith remanded to your custody

☒ are to be delivered to representative
   presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 JOHNSON, ANGELA                    4 _____

2 _____                   5 _____

3 _____                   6 _____

## RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _____

TITLE: DUSM

DISTRICT OR ORGAN. ADDRESS  N/IA

DENNIS BLOME
United States Marshal

BY: _____
        Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form] )

---

U. S. Department of Justice
United States Marshals Service

PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS

# UNITED STATES MARSHAL
DISTRICT OF _____

TO: _____                               DATE: 7-29-00
        (Name & Title)

☐ are herewith remanded to your custody

☐ are to be delivered to representative
   presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 ANGELA Johnson                     4 _____

2 _____                   5 _____

3 _____                   6 _____

## RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _____

United States Marshal

TITLE: Jailer

BY: _____
        Deputy U. S. Marshal

**Classification:** <no entry>  **INTAKE DATE:** 10/18/2005 11:39:00 AM
**JAIL:** LCSD  **BOOKING NR:** 200500011702  **DOCTOR DISPOSITION:** <no entry>
**COMPLAINT:** CONVERSATION WITH INMATE REGARDING  **DOCTOR:** <no entry>
**Doctor Disposition 2:** <no entry>  **DATE:** 11/23/2005  **TIME:** 15:59:00
**BY:** N02FC

**Comment:** MENTAL HEALTH. NOTABLY UNCOMFORTABLE. STATES "WHAT DO YOU WANT ME TO SAY?" REASSU
AND OFFERED OUTLET TO LET STAFF KNOW IF SHE WAS FEELING INCREASINGLY DEPRESSED
OR SUICIDAL.  ADAMANTLY DENIES FEELING SUICIDAL STATING "I'M MORE HOMICIDAL
THAN SUICIDAL." DID VERBALLY CONTRACT TO LET STAFF KNOW IF WAS FEELING LIKE
HARMING HERSELF. RELATES PAST SUICIDE ATTEMPT BY HANGING WAS "IMPULSIVE AND
NOT PLANNED OUT, I DON'T EVEN REMEMBER IT."  GIDDY AND FORCIBLY LAUGHING.  STATES
"I WILL LET YOU KNOW IF I NEED MY MEDS INCREASED." REMINDED WAS MAXED OUT
ON ANTI-DEPRESSANT AND IS POSSIBLE TO ADD ANOTHER MEDICATION IF NECESSARY.  INMATE
STATED SHE WAS "OK."  PLEASANT.

(c) 2005, Computer Information Systems Inc.

Case 3:09-cv-03064-MWB-LTS     Document 284-49     Filed 06/23/11     Page 42 of 75
JMR000267

Classification: <no entry>  INTAKE DATE: 10/18/05 11:39:00 AM  JAIL: LCSD

BOOKING NR: 200500011702

DOCTOR DISPOSITION: Started on Duricef yesterday, seen by Dr Wisnousky

COMPLAINT: Thmb Pain  DOCTOR: Wisnousky  Doctor Disposition 2: <no entry>

DATE: 11/06/2005  TIME: 10:30:00  BY: N01MF  Comment: <no entry>

*Started Duricef 11/14/05*

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name _Johnson_ | Trusty_____ | Good Time_____ | |
| Cellblock _N 3_ | Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Date Requested _11/13/05_ | Chaplain_____ | Maintenance_____ | Date ___/___/___ |
| Date Received _11/13/05_ | Sick Call _X Y_ | Religious Service_____ | |
| Officers ID # _429_ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Please Sir can check my thumb again. I know it sounds stupid but it hurts! THANX

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date _11/13/05_

Case 3:09-cv-03064-MWB-LTS   Document 284-9   Filed 06/23/11   Page 43 of 75
JMR000268

Classification: <no entry>  INTAKE DATE: 10/18/2005 11:39:00 AM

JAIL: LCSD  BOOKING NR: 200500011702  DOCTOR DISPOSITION: at 0900

COMPLAINT: Dental Appt Gental Dental 11/21/05  DOCTOR: <no entry>

Doctor Disposition 2: <no entry>  DATE: 11/15/2005  TIME: 11:29:00

BY: S25  Comment: <no entry>

(c) 2005, Computer Information Systems Inc.

Case 3:09-cv-03064-MWB-LTS    Document 84-9    Filed 06/23/11    Page 44 of 75
JMR000269

Classification: <no entry>  INTAKE DATE: 10/18/05 11:39:00 AM  JAIL: LCSD

BOOKING NR: 200500011702  DOCTOR DISPOSITION: Dental list

COMPLAINT: #19 Tooth Decay And Pain  DOCTOR: <no entry>

Doctor Disposition 2: <no entry>  DATE: 11/08/2005  TIME: 15:27:00

BY: N01MF  Comment: <no entry>

(1) #-19 Decay - Lst

# Linn County Correctional Center
## Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name Angela Johnson | Trusty_____ | Good Time_____ | Officer #_____ Time_____ |
| Cellblock N° Cell 5 | Haircut_____ | Law Library_____ | Date ___/___/___ |
| Date Requested 11 / 5 /05 | Chaplain_____ | Maintenance_____ | |
| Date Received ___/___/___ | Sick Call XXX | Religious Service_____ | |
| Officers ID #_____ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need to go to the dentist, I have a bad tooth ache.

This is my 2nd #2. How long will be the wait? Ouch!

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date ___/___/___

JMR000270

**Classification:** <no entry>  **INTAKE DATE:** 10/18/2005 11:39:00 AM
**JAIL:** LCSD  **BOOKING NR:** 200500011702
**DOCTOR DISPOSITION:** REPORTS SLIPPING ON WATER SPOT & TWISTING ANKLE.   GUARDED
**COMPLAINT:** CALLED TO 3N.   INMATE SITTING ON FLOOR.  **DOCTOR:** <no entry>
**Doctor Disposition 2:** WITH PALPATION OF RIGHT DORSAL FOOT.   SLIGHT SWELLING IN....
**DATE:** 11/09/2005  **TIME:** 18:05:00  **BY:** N05
**Comment:** IN MID-LATERAL DORSAL AREA.   WEAK WITH FOOT PUSHES.   SKIN WARM & PINK.   DENIES N
UMBNESS
AND TINGLING.   REPORTS DISCOMFORT W/TOE TOUCH WEIGHT BEAR.   WILL MONITOR
FOR NOW
AND GIVE ICE.   INMATE OK W/THIS.......................1900:   NOTED
TO BE WALKING DOWN HALL W/PEER ASSIST TO
VISIT, BUT DOES NOT HAVE DIFFICULTY
W/WALKING.   IS GUARDED...................2045:   SEEN AT MED PASS.
SOMEWHAT
GUARDED W/GAIT.   DENIES NEED FOR ANOTHER ICE PACK.   WILL HAVE N01 ASSESS.

(c) 2005, Computer Information Systems Inc.

Page 1

**Classification:** <no entry>  **INTAKE DATE:** 10/18/05 11:39:00 AM  **JAIL:** LCSD

**BOOKING NR:** 200500011702  **DOCTOR DISPOSITION:** see comments

**COMPLAINT:** Ears Feel Plugged  **DOCTOR:** <no entry>  **Doctor Disposition 2:** <no entry>

**DATE:** 10/27/2005  **TIME:** 11:56:00  **BY:** N01MF

**Comment:** S      Complains of ears feeling plugged, no fever, or URI symptoms


O      T 98.9, P 68,

BP 110/70, R 18, HEENT exam normal, no cerumen impaction, swelling or drainage.TM's

clear. neck supple, lungs clear, heart RRR.


A      Normal exam


P      Will

monitor for now , re-check if increase pain, drainage, fever, decreased hearing.

M. Fagan,ARNP

*Clear ↑ 9 8.9.*

## Linn County Correctional Center
### Inmate Request Forms

| | | | |
|---|---|---|---|
| **Inmates Name** Angie Johnson | **Trusty**_____ | **Good Time**_____ | **Action Taken** |
| **Cellblock** 3 N | **Haircut**_____ | **Law Library**_____ | **Officer #**_____ **Time**_____ |
| **Date Requested** 10/25/05 | **Chaplain**_____ | **Maintenance**_____ | **Date**___/___/___ |
| **Date Received** 10/25/05 | **Sick Call** XXX | **Religious Service**_____ | |
| **Officers ID #** 430 | **Sergeant**_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Could you get me in to check my ears? They hurt and No I haven't stuck anything inside them ~ Maybe it's a build up of wax Using I haven't Used a Q-Tip in over 5 years). Hmmm. that would have done it but please can you take a look at them? THANK

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

**Inmates Signature** Angie Johnson      **Date** 10/25/05

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson       Date: 323       Time:

Detainee Signature:

Description of medical problem by detainee:

TOOTH PULLED

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)

Date staff action taken: 3/23/05       Time staff action taken: 2200

DBP

# 926
Staff Signature

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Preventions Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

Staff Signature       Date       Time

**PART 4 – Completed by Physician**

DATE:

RE:

R:

Case 3:09-cv-03064-MWB-LTS       Document 234-49       Filed 06/23/11       Page 48 of 75

JMR000273

198

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name:                    Date:        Time:        Detainee Signature:

Medical Confidential

Description of medical problem by detainee:

Toothache

**PART 2 – Completed by Staff**

Staff action taken: IBP Give

Referred to nurse: YES (NO)    Date staff action taken: 3/22 Time staff action taken: 2200

Sgt Riley                           3/22
_____        _____
Staff Signature                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician: YES    NO


_____    _____    _____
Staff Signature                      Date                      Time

**PART 4 – Completed by Physician**

DATE:

RE:

1.

2.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: A Johnson

Date: 3.21.05

Time:

Detainee Signature:

Description of medical problem by detainee: TOOTHACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES (NO)

DBP

_____
Staff Signature

Date staff action taken: 3/21/05

Time staff action taken: 2200

_____
Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____    _____    _____
Staff Signature                         Date                      Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

Case 3:09-cv-03064-MWB-LTS    Document 284-49    Filed 06/23/11    Page 50 of 75

JMR000275

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 3.20-05     Time:     Detainee Signature: _____

Medical Confidential

Description of medical problem by detainee: TOOTHACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO

Staff Signature _____

Date staff action taken:     Time staff action taken:

3-20-05   2200
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____     _____     _____
Staff Signature          Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____ Date: _____ Time: _____ Detainee Signature: _____

*Medical Confidential*

Description of medical problem by detainee: _____

**PART 2 – Completed by Staff**

Staff action taken: *gave ibp*

Referred to nurse: YES (NO) Date staff action taken: _____ Time staff action taken: _____

_____823_____ _2200_ _3-19-08_
Staff Signature                    Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____          _____          _____
Staff Signature                    Date                              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

JMR000277

201

# MEMORANDUM

**HARDIN COUNTY CORRECTIONAL CENTER**
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_     Date: _3-18-05_     Time: _____     Detainee Signature: _____

_Medical Confidential_

Description of medical problem by detainee:

_TOOTHACHE_

_DBP_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     **NO**

_#926_

**Staff Signature**

Date staff action taken: _3/18/05_     Time staff action taken: _2200_

Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

**Staff Signature**     Date     Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: *Angie Johnson*  Date: 3-17-05  Time:  Detainee Signature:

*Medical Is Confidential*

Description of medical problem by detainee:

*TO OFFICER*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:  YES  NO  Date staff action taken:  Time staff action taken:

3-17-05

_____
Staff Signature  Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____  _____  _____
Staff Signature  Date  Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____   Date: 3 16 05   Time: _____   Detainee Signature: _____

Description of medical problem by detainee:

TOOTHACHE

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)      Date staff action taken: 3/16/05      Time staff action taken: 2200

_____
Staff Signature

_____
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:




Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

HX:

S.

O.

A.

JMR000280

211

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

PART 1 – Completed by Detainee

Name: _Angie Johren_   Date: _3.18.05_   Time: _____   Detainee Signature: _Angie J_

Description of medical problem by detainee: _TOOTHACHE_

_Medical Confidential_

PART 2 – Completed by Staff

Staff action taken: _gave ibp_

Referred to nurse:   YES   NO   Date staff action taken: _____   Time staff action taken: _____

_923_
Staff Signature

_1200_ · _3-18-05_
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Jay Johnson_          Date: _3.14.05_          Time: _____          Detainee Signature: _____

Description of medical problem by detainee: _Toothache_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)          Date staff action taken: _3/14/05_          Time staff action taken: _2200_

_____
Staff Signature

_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-9    Filed 06/23/11    Page 57 of 75
JMR000282
205

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnke_    Date: 3.13.05    Time: _____    Detainee Signature: _____

Description of medical problem by detainee:

_Toothache_    _Jb A_    _Medical Confidential_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_____
Staff Signature

3-13-05    22⁹⁵
_____
Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____    _____
Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 28449    Filed 06/23/11    Page 58 of 75
JMR000283

206

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name:                                    Date:          Time:          Detainee Signature:

Description of medical problem by detainee:

*I sup Sir*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO          Date staff action taken:          Time staff action taken:

_____
Staff Signature                                    3-12-05   2202
                                                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____              _____              _____
Staff Signature                                    Date                          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 3.10.05    Time:    Detainee Signature: _Angie Johnson_

Description of medical problem by detainee: TOOTHACHE

_Ibprofin_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_____
Staff Signature

_3-11-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
Staff Signature                Date                   Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-9    Filed 06/23/11    Page 60 of 75

JMR000285

208

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 3-9-05    Time:    Detainee Signature:

Description of medical problem by detainee:

TOOTHACHE

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO

DBP    2200

Date staff action taken:    Time staff action taken:

#926

Staff Signature

3/10/05

Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000286

151

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: _3-1-05_ Time: Detainee Signature: _Angie Jo_

*Medical Confidential*

Description of medical problem by detainee:

_TOOTHACHE_

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO        Date staff action taken:        Time staff action taken:

_____        _____
Staff Signature                           Date

**PART 3 - Completed by Medical Staff**

Recommendations and/or Actions taken:

DID NOT GIVE @ 1200 ap
subject was given 800mg @
0600. Subject can have
400mg @ 1800        914 ⬦

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____        _____   _____
Staff Signature                           Date                              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

215

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_   Date: _2-24-05_   Time: _____   Detainee Signature: _Angie_

_Jorgin_

Description of medical problem by detainee: _Headache_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   NO⊘   Date staff action taken:   Time staff action taken:

_M.L.___
Staff Signature

_2-24-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

148

JMR000288

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 2·23 05   Time:   Detainee Signature: _Angie Lee_

Description of medical problem by detainee: _Headache_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: _gave ibp_

Referred to nurse:   YES   NO      Date staff action taken:      Time staff action taken:

_____9DJ_____          2210          _2-23-05_
Staff Signature                          Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____          _____          _____
Staff Signature                          Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_    Date: _2-6_    Time:    Detainee Signature: _(signature)_

Description of medical problem by detainee: _TOOTHACHE_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken: _2/11/05_    Time staff action taken: _2200_

_# 926_
Staff Signature                                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____                    _____    _____
Staff Signature                              Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Aggie John_    Date: _2-4/05_ Time: _____    Detainee Signature: _____

Description of medical problem by detainee: _Toothache_

Medical Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES / (NO)    Date staff action taken: _600_    Time staff action taken: _____

_____
Staff Signature _900_

_2-5-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000291

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Jel_      Date: _2-4-02_   Time: _____   Detainee Signature: _____

Description of medical problem by detainee: _Don't Adr_

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)        Date staff action taken: _JBD_        Time staff action taken:

_____
Staff Signature                                    _2-4-05_
                                                      Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____          _____
Staff Signature                         Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Angie Johnson   Date: 2.2.05   Time:   Detainee Signature: _Angie Joh_

Description of medical problem by detainee:

TOOTH ACHE, I have a broken tooth I Need To see A DENTIST PLEASE, (Thank you

OTC
Ib.P

Medical
Confidential

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:   YES   NO

Date staff action taken:   Time staff action taken:

_____ M. _____
Staff Signature

2-3-05
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000293

218

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 12 , 2?     Time:     Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: gave ibp

Referred to nurse:   YES   NO     Date staff action taken:     Time staff action taken:

_____923_____              2200     1-29-05
Staff Signature                              Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____              _____     _____
Staff Signature                              Date            Time

**PART 4 – Completed by Physician**

DATE:

RE:


S.


O.


A.


P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: ~~Angie Johnson~~    Date: 1·28    Time:    Detainee Signature: _____

Description of medical problem by detainee: X-LAX PROBLEM
TOO MUCH CHEESE !!

Lax,the give

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO       Date staff action taken:       Time staff action taken:

_____
Staff Signature

_1-25-05_
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO


_____
Staff Signature                     Date                     Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000295
221

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 1-23-05    Time:    Detainee Signature:

Description of medical problem by detainee:

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: NM aspirin

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_____
Staff Signature

1-23-05
_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _Magic Johnson_  Date: _1.9.05_  Time: _____  Detainee Signature: _____

Description of medical problem by detainee:

_HEADACHE_

PART 2 – Completed by Staff

Staff action taken: _IBPRO_

Referred to nurse:  YES  (NO)    Date staff action taken: _____    Time staff action taken:

_922_
Staff Signature

_1-12-05_
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature                     Date                          Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 84-49    Filed 06/23/11    Page 72 of 75
JMR000297
226

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: *Albert Sanford*    Date: *1-10-04*   Time:    Detainee Signature: *[signature]*

Description of medical problem by detainee:

*HEADACHE OTC Tbir Sin*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:   YES   (NO)    Date staff action taken:    Time staff action taken:

_____      *1-10-04*
Staff Signature                    Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO


_____             _____      _____
Staff Signature                         Date            Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000298

# MEMORANDUM

PART 1 – Completed by Detainee

Name: Date: Time: Detainee Signature:

Description of medical problem by detainee:

PART 2 – Completed by Staff

Staff action taken: non Aspirin given

Referred to nurse: YES (NO) Date staff action taken: Time staff action taken:

_Staff Signature_ 01 | 10 | 05 @ 1200
(Date)

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

Staff Signature | Date | Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS Document 84-9 Filed 06/23/11 Page 74 of 75
JMR000299

# MEMORANDUM

PART 1 – Completed by Detainee

Name: _Algie Johnson_  Date: 1 17.  Time: ____  Detainee Signature: _____

Description of medical problem by detainee:

_headache_

_Non-Asp g._

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:  YES  NO ✓  Date staff action taken: ____  Time staff action taken: ____

_Medical Confidential_

_____
Staff Signature

_1-5-05_
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000300

225