# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 12/17   Time:   Detainee Signature:

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: IBP

Referred to nurse:   YES   (NO)

Date staff action taken: 12-17   Time staff action taken: 2200

_____
Staff Signature

_____12-17-08_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/15    Time:    Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: NM aspirin

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

922
**Staff Signature**

12-15-04
**Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
**Staff Signature**          **Date**          **Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Hagie Joh                     Date: 12/14  Time:              Detainee Signature:

Description of medical problem by detainee:

HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: bp

Referred to nurse:    YES    NO              Date staff action taken:              Time staff action taken:

_____          2200          12-15-04
Staff Signature                                              Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO


_____                    _____          _____
Staff Signature                                        Date                                  Time

**PART 4 – Completed by Physician**

DATE:

RE:


S.


O.


A.


P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 12/13    Time:    Detainee Signature: _Angie J_

Description of medical problem by detainee:

HEADACHE    Non-Asp

Medical
Confidential

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:    YES    NO    Date staff action taken:    Time staff action taken:

_M. Heen_
Staff Signature    12-13-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

Staff Signature    Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

P.

Case 3:09-cv-03064-MWB-LTS    Document 34-50    Filed 06/23/11    Page 4 of 75
JMR000304
034

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Jimson    Date: 12/10    Time:    Detainee Signature: _(signature)_

Description of medical problem by detainee: headache

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: gave itol

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

923
_____
Staff Signature    1800    12-10-04
                              Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____        _____        _____
Staff Signature                    Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: _12/7_ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

_Cramps!_

**PART 2 – Completed by Staff**

Staff action taken: _I B/D_

Referred to nurse: YES (NO) Date staff action taken: Time staff action taken:

_922_
_____
Staff Signature

_12-8-01_
_____
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 12 2     Time:          Detainee Signature:

Description of medical problem by detainee:

headache

no-Asprin

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:     YES     NO          Date staff action taken:          Time staff action taken:

_____
Staff Signature

_____
12-2-04
Date

**PART 3 - Completed by Medical Staff**

Recommendations and/or Actions taken:

*Medical Confidential*

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000307

163

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 12-1     Time:          Detainee Signature:

Description of medical problem by detainee:   Ulcer ache

**PART 2 – Completed by Staff**

Staff action taken:  Non aspirin

Referred to nurse:   YES   (NO)      Date staff action taken:          Time staff action taken:

922
**Staff Signature**

12-1-04
**Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
**Staff Signature**

_____
**Date**

_____
**Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _Angie Johnson_ Date: _11·19·04_ Time: _____ Detainee Signature: _____

Description of medical problem by detainee: _HEADACHE !_

**PART 2 – Completed by Staff** _NON ASPRIN PLEASE_

Staff action taken: _gave an-aspirin_

Referred to nurse: YES (NO) Date staff action taken: _____ Time staff action taken: _____

_Medical Confidential_

_____ _220_ _11-9-04_
Staff Signature                        Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____   _____   _____
Staff Signature              Date        Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000309
076

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: A. J. Johnson    Date: 6'AM Time: 11-12    Detainee Signature:

Description of medical problem by detainee:

*CRAMPS !*

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: YES   NO    Date staff action taken:    Time staff action taken:

913
**Staff Signature**

11/11/04
**Date**

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES   NO

**Staff Signature**

**Date**

**Time**

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 10 of 75

JMR000310

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CE
1116 14TH AVE ELDORA IOWA 50527
PHONE (641) 939-8194 FAX (641) 939-8

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 11·6·04   Time:   Detainee Signature: _____

Description of medical problem by detainee:

I'd like for the nurse to take a look at a 'problem mole' I have. I think it may need to be removed. Thanx

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES) NO

_____
Staff Signature

Date staff action taken:

Time staff action taken:

_11-6-04_
Date

*Medical Confidential*

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:   mole upper right side of nose – no change – alittle irritated from her glasses monitor for now

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES (NO)

_____ RN
Staff Signature

_11-6-04_
Date

_1800_
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 11.5          Time:          Detainee Signature: [signature]

Description of medical problem by detainee:

NECK ACHE

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse:  YES  (NO)          Nun Asplain

Date staff action taken:

_____9 22_____
Staff Signature                                              Time staff action taken:

                                              11-4-04
                                              Date

*Medical Confidential*

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____
Staff Signature

                              Date                        Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 11·1·04   Time:        Detainee Signature:

Description of medical problem by detainee:   HEADACHE

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken:   NON ASP

Referred to nurse:   YES   (NO)        Date staff action taken:        Time staff action taken:

_____        _____
Staff Signature                       Date

**PART 3– Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____                    _____        _____
Staff Signature                            Date                 Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/23/11   Page 13 of 75

JMR000313

# MEMORANDUM

B 3

## PART 1 – Completed by Detainee

Name: Angie Johnson    Date: 10·24  Time:    Detainee Signature: _____

Description of medical problem by detainee: *headache*

## PART 2 – Completed by Staff

Staff action taken: Given IBP

Referred to nurse:  YES  (NO)    Date staff action taken:    Time staff action taken:

*Medical Confidential*

_____
Staff Signature

10-27-04
_____
Date

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES    NO

_____
Staff Signature

_____
Date

_____
Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000314

067

# MEMORANDUM

**PART 1 -- Completed by Detainee**

Name: Angie Johnson    Date: 10·19    Time: 9 :PM    Detainee Signature: _____

Description of medical problem by detainee: Headache

(JAIL GIVES ME A HEADACHE

*Medical Confidential*

**PART 2 -- Completed by Staff**

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken:    Time staff action taken:

_____
Staff Signature

_____10/19/9_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

P.

# MEMORANDUM

B

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 10.16.04     Time: 4 pm     Detainee Signature:

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: IBP Given

Referred to nurse:     YES     (NO)          Date staff action taken:          Time staff action taken:

_____
Staff Signature

10/17/04  2200
Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____          _____          _____
Staff Signature                      Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000316

069

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson        Date: 10-11-04  Time:        Detainee Signature: _(signature)_

Description of medical problem by detainee: headache n cramps
I would like to ask the nurse to change my 800 Ibuprofen to
as needed rather than a 6AM and 6PM. Because sometimes I need it
before I go to bed and at 10pm and at 1:00 pm I think would work better than

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: ( YES )  NO        Date staff action taken: 10/11/04        Time staff action taken: 2200        _Medical Confidential_

_(Staff Signature)_ 4926
_____
Staff Signature                                    _____|___|___
                                                        Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken: 3 times to noone 10PM

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  (NO)

_(Staff Signature)_
_____        10-12-04        1550
Staff Signature                    _____    _____
                                        Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000317
081

# MEMORANDUM

## PART 1 – Completed by Detainee

Name: Angie Johnson      Date: 10-11-04  Time:      Detainee Signature: Angie

Description of medical problem by detainee: headache

## PART 2 – Completed by Staff

Staff action taken:      OTC Ibuprofin 200mg

Referred to nurse: YES   NO      Date staff action taken:      Time staff action taken:

_Medical Confidential_

M. James
Staff Signature

10-12-04
Date

## PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES    NO

Staff Signature

Date

Time

## PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

065

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: _____ Date: 10-8-4 Time: ~~~ Detainee Signature: _____

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: NoN -ASP Given

*Medical Confidential*

Referred to nurse: YES (NO) Date staff action taken: 10/8/04 Time staff action taken: 1800

_____
Staff Signature

_____
10/8/04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000319

# MEMORANDUM

PT 1 – Complete by Detainee

Name: Angie Johnson   Date: 10.4.04   Time: 9:PM   Detainee Signature: Angie [signature]

Description of medical emergency by Detainee:   headache)

*Medical Confidential*

IB1

PART 2 – Complete by Staff

Staff action taken:

Referred to nurse:   YES   NO

# 976

Staff Signature

Date staff action taken:   Time staff action taken:

10/4/04   2200

Date

PART 3 – Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

Med Staff   Date   Time

PART 4 – Complete by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000320   055

# MEMORANDUM

B-3

**PART 1 – Completed by Detainee**

Name: Angie Johnson          Date: 10·1·04 Time: 9:00     Detainee Signature: _____

Description of medical problem by detainee: Headache

**PART 2 – Completed by Staff**

Staff action taken: I Blee

Referred to nurse:    YES    (NO)        Date staff action taken:        Time staff action taken:

_____
        Staff Signature

        10·1-04
        _____
             Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
        Staff Signature                    _____        _____
                                                Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 21 of 75

JMR000321

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 9-29-04   Time: Noon   Detainee Signature: _Angie J._

Description of medical problem by detainee: I need to speak to the nurse because I just started my period again and I just got over it. I've got cramps too.

**PART 2 – Completed by Staff**

Staff action taken: gave 800 mg ibaprofen

Referred to nurse: (YES)   NO   Date staff action taken:   Time staff action taken:

_Staff Signature_   1330   9-29-04
   _Date_

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken: Reassured that she's taking her birth control correct - took wrong last month so periods off but will get back to regular cycle hopefully next month

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   (NO)

_Staff Signature_   9-29-04   1600
   _Date_   _Time_

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000322

082

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson     Date: 9.27.04 Time: 5:00     Detainee Signature: _(signature)_

Description of medical problem by detainee: HEADACHE
T.V. TOO LOUD!

**PART 2 – Completed by Staff**

Staff action taken: Given IBP

Referred to nurse: YES (NO)     Date staff action taken:     Time staff action taken: ~~1800~~

_(signature)_
Staff Signature          9-27-04          ~~2200~~
                         Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:     YES     NO

_____          _____     _____
Staff Signature                         Date               Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Medical Confidential

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: _____ Date: _____ Time: _____ Detainee Signature: _____

Description of medical problem by detainee:

**PART 2 – Completed by Staff**

Staff action taken: *gave her two 800mg ibuprofen*

Referred to nurse: YES NO

Date staff action taken:

Time staff action taken:

_____
Staff Signature

*1810*        *9-25-04*
                Date

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: YES NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/23/11   Page 24 of 75   227
JMR000324

MEMORANDUM    B 4

PART 1 – Completed by Detainee

Name: Asia John    Date: 9.24.04 Time: 5:00    Detainee Signature: _____

Description of medical problem by detainee: Cramps

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken:

Referred to nurse:    YES    (NO)    Date staff action taken: _____    Time staff action taken: _____

_____
Staff Signature

_____
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000325    060

# MEMORANDUM
8 - 3

PART 1 – Completed by Detainee

Name: Angie Johnson          Date: 9.23.04 Time: 9.PM   Detainee Signature: _____

Description of medical problem by detainee:

CRAMPS!

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: IBP Given

Referred to nurse:   YES   (NO)          Date staff action taken: 1/23   Time staff action taken: 2200

_____
Staff Signature                                    5/23/04
                                                  Date

PART 3 – Completed by Medical Staff

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____                    _____        _____
Staff Signature                              Date                  Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

JMR000326

# MEMORANDUM

PT 1 – Completed by Detainee

Name: Angie Johnson    Date 9.23.04   Time: 9: AM   Detainee Signature: _____

Description of medical problem by detainee:

CRAMPS! PLEASE ASK THE NURSE TO REFILL MY 800 IBP. I NEED THEM. THANKS

*Medical Confidential*

PART 2 – Completed by Staff

Staff action taken: IBP

Referred to nurse:   YES   NO     Date staff action taken: 9-23   Time staff action taken: 1215

_____
Staff Signature

9-23-01
Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____          _____          _____
Staff Signature                        Date                     Time

PART 4 – Completed by Physician

DATE:

RE:

S.

C.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-50     Filed 06/23/11     Page 27 of 75

JMR000327

# MEMORANDUM

PT 1 – Completed by Detainee

Name: _Angie Johnson_   Date: _9.22.04_ Time: _9: PM_   Detainee Signature: _____

Description of medical problem by detainee:   _Advil_

PART 2 – Completed by Staff

Staff action taken:   _gan ibuprofen_

Referred to nurse:   YES   (NO)

Date staff action taken:       Time staff action taken:

_____       _2200_       _9-22-04_
Staff Signature                           Date

PART 3- Completed by Medical Staff

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____       _____       _____
Staff Signature                 Date                 Time

PART 4 – Completed by Physician

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS     Document 284-50     Filed 06/23/11     Page 28 of 75

JMR000328

050

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Argie Johnson

Time In: 1'00    Time Out: 22:04    Detainee Signature: _____

Description of medical problem by detainee:

Crumpa

*Medical Confidential*

**PART 2 – Completed by Officer**

Staff action taken:

Referred to nurse:    YES    NO

Becky Mayfield
Staff Signature

Date staff action taken:

9-22-04
Date

Time staff action taken:

**PART 3 – Completed by Medical Staff**

Recommendations and/or Actions taken:

___creation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____         _____
Date                    Time

**PART 4 – Completed by Physician**

DATE:

RE:

1.

2.

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 29 of 75

JMR000329

047

# MEMORANDUM

PT 1 – Complete by Detainee

Name: Angie Johnson    Date: 9.21.04  Time: 10:7 PM  Detainee Signature: _____

Description of medical concern by Detainee: (CRAMPD)

PART 2 – Complete by _____

Staff action taken:                    *IBP*

Referred to nurse:   YES   NO

# 926
_____ Staff Signature

Date staff action taken:        Time staff action taken:

9-21-04        2200
_____ Date

*Medical Confidential*

PART 3- Completed by Medical Staff

Recommendations or other Action taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____ Staff Signature          _____ Date          _____ Time

PART 4 – Completed by Detainee

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 9.21.04  Time: 6:pm    Detainee Signature: _Angie_

Description of medical problem by detainee: I NEED ADVIL FOR MY CRAMPS!

*Medical Confidential* 'THANX'

**PART 2 – Completed by Staff**

Staff action taken: IBP Gvay

Referred to nurse:    YES    (NO)

Date staff action taken: 9/21/04  Time staff action taken: 1925

_____
Staff Signature

_____9/21/04_____
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO

_____
Staff Signature

_____
Date

_____
Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

PART 1 - Completed by detainee

Name: Angie Johnson    Date: 9·20·04 Time: 10:PM Detainee Signature: _____

Description of medical problem by detainee: tylenol for headache please

PART 2 - Completed by Staff

Staff action taken:

Referred to nurse: Yes (No) Date staff action taken: _____    Time staff action taken:

Becky Maufild

_____                                        9-20-04
Staff Signature                                          Date

PART 3 - Completed by Medical Staff/Med passer

Recommendations and Action Taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:    Yes    No

_____                    _____        _____
Signature                              Date                     Time

PART 4 - Completed by Physician
DATE:

RE:

S.

O.

A.

P.

Medical Confidential

JMR000332

049

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Angie Johnson    Date: 9/19    Time: 6 AM    Detainee Signature: _Angie Johnson_

Description of medical problem by detainee: I'd like some hydrocortison cream or
Cortaidcr. Anti fungus cream for my feet please. Thanks

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: Given Hydrocortisone cream

Referred to nurse:    YES    (NO)

Date staff action taken:

Time staff action taken:

_Diane Rash_
Staff Signature

9-19-04    B25
Date #

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:



Recreation Restrictions and/or Special Instructions:

Referred to physician:    YES    NO



_____
Staff Signature

_____    _____
Date    Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

HARDIN COUNTY CORRECTIONAL CENTER
1116 14TH AVE ELDORA IOWA 50627
PHONE (641) 939-8194 FAX (641) 939-8212

**PART 1 – Completed by Detainee**

Name: Angie Johnson .          Date: 9.16 04  Time: 1:00          Detainee Signature: _____

Description of medical problem by detainee:

My elbow is hot and very swollen, Could you please
take a look at it, (Thanks

**PART 2 – Completed by Staff**

Staff action taken:

Referred to nurse: (YES)    NO          Date staff action taken:          Time staff action taken:

_____          9·16-04          1300
Staff Signature                                    Date

*Medical Confidential*

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Swelling elbow ↓ - happened off &
on in past - ice + advil cures -
does pushups - told to

Recreation Restrictions and/or Special Instructions:          hold off for a wk

Referred to physician:   YES    NO

_____ RN          9-18·04          1450
Staff Signature                    Date          Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

**PART 1 – Completed by Detainee**

Name: Higie Johnson          Date: 9/16-7   Time: 7:PM   Detainee Signature: _____

Description of medical problem by detainee: I need more Ice for my elbow please out some ty [Medical Confidential]

Thank you

**PART 2 – Completed by Staff**

Staff action taken: gave non-aspirin

Referred to nurse: (YES) NO          Date staff action taken:          Time staff action taken:

_____
Staff Signature

9-16-04          2250
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature                    Date                Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

 B 3

**PART 1 – Completed by Detainee**

Name: Angie Johnson   Date: 9·15·04  Time: 9 00  Detainee Signature: _Angie_

Description of medical problem by detainee: I need some antibiotic cream and a bandaid for my elbow it is hurt and burning up w/a fever.

_Medical Confidential_

**PART 2 – Completed by Staff**

Staff action taken: gave her bandaid & cream

Referred to nurse:   YES   (NO)     Date staff action taken:        Time staff action taken:

_Becky Maxfeld_
Staff Signature

9·15-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:


Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO


_____        _____        _____
Staff Signature                       Date                   Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

JMR000336

043

# MEMORANDUM

B 3

**PART 1 – Completed by Detainee**

Name: Angela Johnson    Date: 9/15 02  Time: 6:PM   Detainee Signature: _Angela_

_Medical
Confidential_

Description of medical problem by detainee: Headache)

**PART 2 – Completed by Staff**

Staff action taken: gave her IBPro

Referred to nurse:   YES   (NO)      Date staff action taken:          Time staff action taken:

_Becky Maxfield_
Staff Signature

9-10-04
Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:   YES   NO

_____
Staff Signature

_____        _____
Date                              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

# MEMORANDUM

B3

**PART 1 – Completed by Detainee**

Name: Angie Johnson  Date: 9.8.04  Time: 10:36  Detainee Signature: _[signature]_

Description of medical problem by detainee:

Headache

*Medical Confidential*

**PART 2 – Completed by Staff**

Staff action taken: Given IAP

Referred to nurse:  YES  (NO)     Date staff action taken:          Time staff action taken:

_[signature]_
Staff Signature                              9-8-04        1230
                                              Date

**PART 3- Completed by Medical Staff**

Recommendations and/or Actions taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician:  YES  NO

_____                    _____      _____
Staff Signature                              Date              Time

**PART 4 – Completed by Physician**

DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 38 of 75
JMR000338

# MEMORANDUM

**PART 1 - Completed by detainee**

Name: _Virgil Johnson_ Date: _____ Time: _10·P_ Detainee Signature: _____

Description of medical problem by detainee:

headache

gave IBP.

*Medical Confidential*

**PART 2 - Completed by Staff**

Staff action taken:

Referred to nurse: Yes ___ No ___ Date staff action taken: _____

_Michelle Ryan_
Staff Signature

Time staff action taken: _2200_

_8/30/04_
Date

**PART 3 - Completed by Medical Staff/Med passer**

Recommendations and Action Taken:

Recreation Restrictions and/or Special Instructions:

Referred to physician: Yes No

_____
Signature                              Date                              Time

**PART 4 - Completed by Physician**
DATE:

RE:

S.

O.

A.

P.

JMR000339

084

# MEMORANDUM

**PART 1 - Completed by detainee**

Name: Angela Johnson  Date: 8/19/04 Time: 0750 Detainee Signature:

Description of medical problem by detainee:

Would like her Ibuprofen @ 0600 & 1800
for the duration of her period

**PART 2 - Completed by Staff**

Staff action taken: none

Referred to nurse: (Yes)    No    Date staff action taken: 8/19/04 Time staff action taken: 0750

#902 MB
_____
Staff Signature

8/19/04
_____
Date

**PART 3 - Completed by Medical Staff/Med passer**

Recommendations and Action Taken:     Already receiving ibuprofen
@ these times

Recreation Restrictions and/or Special Instructions:

Referred to physician:    Yes    (No)

Deb Hasko RN
_____
Signature

8-19-04
_____
Date

1550
_____
Time

**PART 4 - Completed by Physician**
DATE:

RE:

S.

O.

A.

P.

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 40 of 75

JMR000340

085

JNEUPDD           LINN COUNTY CORRECTIONAL CENTER      7/16/04 PCNETU4
                      ADD/UPDATE EVENT              11:30:24 N06CM

Name JOHNSON, ANGELA JANE
Linn Co#   77651                  Cell 3 N   04

        Code PSY ? PSYCH INTERVIEW

        Date  7/16/04   Time 11:28
        Entry Officer N03SW ?
                  JACOBS, SANDI WELSH
        Court      ?

        Comment CALL FROM ABBE WITH NEW ORDERS PER DR SAFDAR/
             SBLOME RN: INCREASE ZOLOFT TO 200MG

        Location
        Custody of      ?

        Return Date  0/00/00   Return Time

F3=Exit                                                F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/23/11   Page 41 of 75
JMR000341

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER          7/16/04 PCNETU4
                          ADD/UPDATE EVENT                    11:30:24 N06CM
Name  JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

          Code PSY ? PSYCH INTERVIEW

          Date  7/16/04   Time 11:28
          Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
          Court         ?


          Comment CALL FROM ABBE WITH NEW ORDERS PER DR SAFDAR/
                  SBLOME RN: INCREASE ZOLOFT TO 200MG


          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                                  F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 42 of 75

JMR000342

Name JOHNSON, ANGELA JANE
Linn Co#  77651                 Cell 3 N   04

       Code DSC ? DR. SICK CALL

       Date  7/15/04   Time 13:24
       Entry Officer N03SW ?
               JACOBS, SANDI WELSH
       Court       ?


       Comment MEDICAL REVIEW PER DR WISNOUSKY FOR VIT. NEW ORDER
           MVI 1 TAB QD


       Location
       Custody of      ?


       Return Date  0/00/00   Return Time

F3=Exit                            F12=Previous

JMR000343

Name JOHNSON, ANGELA JANE
Linn Co#   77651                Cell 3 N    04

       Code DSC ? DR. SICK CALL

       Date   7/15/04   Time 13:24
       Entry Officer N03SW ?
                JACOBS, SANDI WELSH
       Court       ?

       Comment MEDICAL REVIEW PER DR WISNOUSKY FOR VIT. NEW ORDER
           MVI 1 TAB QD

       Location
       Custody of      ?

       Return Date   0/00/00   Return Time

F3=Exit                               F12=Previous

JMR000344

Name JOHNSON, ANGELA JANE
Linn Co#  77651                     Cell 3 N    04

       Code DSC ? DR. SICK CALL

       Date 4/23/04    Time 11:41
       Entry Officer N01JF ?
               FELTES, JOAN

       Court         ?

       Comment MEDICAL EXAM/DR.BRAKSIEK FOR EVAL OF LT KNEE PAIN.
             SEE DICTATION. ENCOURAGED TO TAKE THE IBU WHEN SHE
             HAS PAIN. MAY HAVE ICE AS NEEDED.

       Location
       Custody of        ?


       Return Date   0/00/00    Return Time

F3=Exit                                       F12=Previous

---

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name _A. Johnson_

Cellblock _N_

Date Requested _6 / 1 / 04_

Date Received _6 / 1 / 04_

Officers ID # _422_

| | | Action Taken |
|---|---|---|
| Trusty_____ | Good Time_____ | **Action Taken** |
| Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Chaplain_____ | Maintenance_____ | Date ___/___/___ |
| Sick Call ✗✗✗ | Religious Service_____ | |
| Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_Consider Vitam_

JOAN: _I don't feel well. I haven't for some time now. I'm light headed, headache + just feel terrible all over. Not like having the flu._

_try crackers @ night c IBU_ 12/88 93

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _Angela Johnson_    Date _6/1/04_

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/23/11   Page 45 of 75
JMR000345

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        4/23/04 S14S9
                         ADD/UPDATE EVENT                   11:44:47 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N    04

          Code DSC ? DR. SICK CALL

          Date  4/23/04   Time 11:41
          Entry Officer N01JF ?
                      FELTES, JOAN
          Court       ?


          Comment MEDICAL EXAM/DR.BRAKSIEK FOR EVAL OF LT KNEE PAIN.
                  SEE DICTATION. ENCOURAGED TO TAKE THE IBU WHEN SHE
                  HAS PAIN. MAY HAVE ICE AS NEEDED.

          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

     F3=Exit                                          F12=Previous
```

## Linn County Correctional Center
### Inmate Request Forms

| Inmates Name _R Johnson_ | Trusty_____ | Good Time_____ | **Action Taken** |
|---|---|---|---|
| Cellblock _N_ | Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Date Requested _6 / 1 / 04_ | Chaplain_____ | Maintenance_____ | Date ___/___/___ |
| Date Received _6 / 1 / 04_ | Sick Call _XX_ | Religious Service_____ | |
| Officers ID # _422_ | Sergeant_____ | | |

**Explanation**
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_Consider Vitamin_

JOAN: I just feel well. I can't for ...
... I'm light head ... stomach + just
feel terrible all over. Not like ...

try crackers @ night c IBU   12/18/8

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _____  Date ___/___/___

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 46 of 75
JMR000346

JNEUPDD        LINN COUNTY CORRECTIONAL CENTER      4/22/04 S14S9
                    ADD/UPDATE EVENT              13:19:31 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#  77651                  Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date  4/22/04    Time 13:03
       Entry Officer N06CM ?
               MALONE, CYNTHIA *CM*
       Court        ?


       Comment RESPONSE TO KITE: C/O KNEE INJURY THAT CONT. TO
             CAUSE PROBLEMS. ALSO WANTS ZOLOFT SWITCHED TO
             LEXAPRO BECAUSE LEXAPRO MIGHT BOOST HER METABOLISM

       Location JAIL DR. TO SEE HER FOR KNEE.
       Custody of       ?


       Return Date   0/00/00    Return Time

   F3=Exit

                                           F12=Previous

---

# Linn County Correctional Center
### Inmate Request Forms

| Inmates Name A. Johnson | Trusty _____ | Good Time _____ | **Action Taken** | |
|---|---|---|---|---|
| Cellblock N Block | Haircut _____ | Law Library _____ | Officer # _____ Time _____ | |
| Date Requested 4, 18, 04 | Chaplain _____ | Maintenance _____ | Date ___/___/___ | |
| Date Received 4, 16, 04 | Sick Call ☒ | Religious Service _____ | | |
| Officers ID # 4847 | Sergeant _____ | | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Joan; 1 guess I'm going to have to see the
doctor about this stupid knee problem
its just not getting better.

twisted

no skus on knee/both now – ? Dr. look at it ? Zoloft to Lexapro
                                            ↑ metabolism

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below

Dr. Small I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date 4/16/04

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 47 of 75
JNRX000347

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER          4/22/04  S14S9
                          ADD/UPDATE EVENT                  13:19:31  N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

        Code SC   ? SICK CALL REQUESTED

        Date  4/22/04    Time 13:03
        Entry Officer N06CM ?
                      MALONE, CYNTHIA
        Court           ?


        Comment RESPONSE TO KITE: C/O KNEE INJURY THAT CONT. TO
                CAUSE PROBLEMS. ALSO WANTS ZOLOFT SWITCHED TO
                LEXAPRO BECAUSE LEXAPRO MIGHT BOOST HER METABOLISM

        Location JAIL DR. TO SEE HER FOR KNEE.
        Custody of        ?


        Return Date  0/00/00   Return Time

    F3=Exit                                              F12=Previous
```

# Linn County Correctional Center
## Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name _A. Johnson_ | Trusty_____ | Good Time_____ | Officer #_____ Time_____ |
| Cellblock _N Block_ | Haircut_____ | Law Library_____ | Date___/___/___ |
| Date Requested _4/18/04_ | Chaplain_____ | Maintenance_____ | |
| Date Received _4/16/04_ | Sick Call XXX | Religious Service_____ | |
| Officers ID # _____ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Joan / I guess I'm going to have to see the
_____ it I'm sure this problem
it's won't get no better.

twisted
no skin on knee/better now – ? Dr. look at it ? Zoloft to Lexapro
↑ metabolism

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _____   Date _____

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/28/11   Page 48 of 75
JMR000348

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code MR    ? MEDICAL RECORD

          Date  4/05/04    Time 22:11
          Entry Officer N05DM
                    MURRAY, DANA
          Court           ?


          Comment WAS GIVEN 2BAGS OF ICE FOR KNEE.WAS NOTED TO BE IN
                  RECREATION EARLIER THIS EVE.


          Location
          Custody of        ?


          Return Date   0/00/00    Return Time

F3=Exit                                               F12=Previous

*I told her she could work upper body & opposite leg but not the leg that hurts her. Peterson*

Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

           Code MR   ? MEDICAL RECORD

           Date  4/05/04    Time 22:11
           Entry Officer N05DM
                          MURRAY, DANA
           Court          ?


           Comment WAS GIVEN 2BAGS OF ICE FOR KNEE.WAS NOTED TO BE IN
                   RECREATION EARLIER THIS EVE.


           Location
           Custody of          ?


           Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous

*I told her she could work upper body + opposite leg but not the leg that hurts her.* Deltener

JMR000350

JNEUPDD      LINN COUNTY CORRECTIONAL CENTER     4/05/04 S14S9
                 ADD/UPDATE EVENT                15:40:55 N06CM

Name JOHNSON, ANGELA JANE
Linn Co#   77651                Cell 3 N    04

       Code SC    ? SICK CALL REQUESTED

       Date   4/05/04    Time 15:38
       Entry Officer N01JF ?
                 FELTES, JOAN
       Court       ?

       Comment SEEN FOR C/O LT KNEE INTERMITTENT PAIN & SWELLING.
             DENIES INJURY TO IT. REMINDED SHE IS ON IBU 2X/DAY
             TO TAKE IN AM. MAY ALSO USE ICE BAGS TO ANT & POST

       Location KNEE. NO EXERCISES W/THAT KNEE
       Custody of        ?

       Return Date   0/00/00    Return Time

  F3=Exit                                   F12=Previous

---

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name A. Johnson | Trusty_____ | Good Time_____ | Officer #_____ Time_____ |
| Cellblock N | Haircut_____ | Law Library_____ | Date ___/___/___ |
| Date Requested 3/31/04 | Chaplain_____ | Maintenance_____ | |
| Date Received ___/___/___ | Sick Call XXX | Religious Service_____ | |
| Officers ID #_____ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I've hurt my left knee. It happened more than a month ago but it is only getting worse. It is causing me to limp now.

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**
Inmates Signature A. Johnson      Date

Case 3:09-cv-03064-MWB-LTS   Document 284-50    Filed 06/23/11   Page 51 of 75
JMR000351

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER         4/05/04 S14S9
                          ADD/UPDATE EVENT                   15:40:55 N06CM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04


        Code SC   ? SICK CALL REQUESTED

        Date  4/05/04    Time 15:38
        Entry Officer N01JF ?
                     FELTES, JOAN
        Court          ?


        Comment SEEN FOR C/O LT KNEE INTERMITTENT PAIN & SWELLING.
                DENIES INJURY TO IT. REMINDED SHE IS ON IBU 2X/DAY
                TO TAKE IN AM. MAY ALSO USE ICE BAGS TO ANT & POST

        Location KNEE. NO EXERCISES W/THAT KNEE
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

# Linn County Correctional Center
### Inmate Request Forms

| Inmates Name A. Johnson | Trusty_____ | Good Time_____ | **Action Taken** |
|---|---|---|---|
| Cellblock  N | Haircut_____ | Law Library_____ | Officer #_____  Time_____ |
| Date Requested 3 / 31 / 04 | Chaplain_____ | Maintenance_____ | Date____/____/____ |
| Date Received____/____/____ | Sick Call  X | Religious Service_____ | |
| Officers ID #_____ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_(handwritten, illegible)_

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature_____                    Date_____

Case 3:09-cv-03064-MWB-LTS   Document 284-50   Filed 06/23/11   Page 52 of 75
JMR000352

Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N   04

         Code SC   ?  SICK CALL REQUESTED

         Date  1/28/04    Time 21:30
         Entry Officer N05DM ?
                    MURRAY, DANA
         Court          ?


         Comment INVOLVED IN 10-10.DENIES ANY INJURIES OR NEED FOR
                 MEDICAL CARE.


         Location
         Custody of          ?


         Return Date   0/00/00    Return Time

   F3=Exit                                              F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 28-50    Filed 06/23/11    Page 53 of 75
JMR000353

LINN COUNTY CORRECTIONAL CENTER          1/28/04 PCNETU1
                    ADD/UPDATE EVENT                   22:02:19 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  1/28/04    Time 21:30
          Entry Officer N05DM ?
                    MURRAY, DANA
          Court        ?


          Comment INVOLVED IN 10-10.DENIES ANY INJURIES OR NEED FOR
                  MEDICAL CARE.


          Location
          Custody of          ?


          Return Date   0/00/00    Return Time
F3=Exit
                                                        F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 54 of 75
JMR000354

JNEUPDD           LINN COUNTY CORRECTIONAL CENTER          1/27/04 QPADEV0006
                        ADD/UPDATE EVENT                    14:56:11 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

        Code SC   ? SICK CALL REQUESTED

        Date  1/27/04    Time 10:00
        Entry Officer N01JF ?
                  FELTES, JOAN
        Court       ?


        Comment DENTAL APPT THIS AM FOR EXTRACTION OF #12 TOOTH.
              PLACED ON DOXYCYCLINE 100MG BID X10 DAYS & IBU 800
              MG 2X/DAY X6 DAYS (LAREADY HAS).ORDERS/DR.SAFABAKH

        Location APPROVED BY JAIL DR. SOFT DIET
        Custody of         ?


        Return Date  0/00/00    Return Time

   F3=Exit                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 55 of 75

JMR000355

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER        1/27/04 QPADEV0006
                       ADD/UPDATE EVENT                   14:56:11 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  1/27/04    Time 10:00
        Entry Officer N01JF ?
                     FELTES, JOAN
        Court         ?


        Comment DENTAL APPT THIS AM FOR EXTRACTION OF #12 TOOTH.
                PLACED ON DOXYCYCLINE 100MG BID X10 DAYS & IBU 800
                MG 2X/DAY X6 DAYS (LAREADY HAS).ORDERS/DR.SAFABAKH

        Location APPROVED BY JAIL DR. SOFT DIET
        Custody of         ?


        Return Date  0/00/00    Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 56 of 75

JMR000356

Name JOHNSON, ANGELA JANE
Linn Co#  77651                Cell 3 N  04

      Code SC  ? SICK CALL REQUESTED

      Date  1/12/04    Time 15:25
      Entry Officer N05DM ?
               MURRAY, DANA
      Court       ?


      Comment RESPONSE TO KITE:REPORTS #12 PAINFUL.STATES WAS
            AWAITING ROOT CANAL BUT CAN'T WAIT THAT LONG SO
            WOULD RATHER HAVE EXTRACTION AT THIS POINT.DENTAL

      Location SHEET MADE OUT.
      Custody of         ?


      Return Date   0/00/00    Return Time

  F3=Exit                                 F12=Previous

---

## Linn County Correctional Center
### Inmate Request Forms

| Inmates Name _Johnson_ | Trusty_____ | Good Time_____ | **Action Taken** |
| Cellblock __N__ | Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Date Requested _1/11/04_ | Chaplain_____ | Maintenance_____ | Date __/__/__ |
| Date Received _1/11/04_ | Sick Call __X__ | Religious Service_____ | |
| Officers ID # _429_ | Sergeant_____ | | |

_hurts all time + would have to have root canal 2nd Opinions_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_I guess I need to go back to the dentist to get this tooth pulled "_

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _____     Date _1/11/04_

JMR000357

```
JNEUPDD          LINN COUNTY CORRECTIONAL CENTER        1/12/04  PCNETT8
                      ADD/UPDATE EVENT                  22:07:09  N05DM

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  1/12/04    Time 15:25
        Entry Officer N05DM ?
                       MURRAY, DANA
        Court         ?


   Comment RESPONSE TO KITE:REPORTS #12 PAINFUL.STATES WAS
            AWAITING ROOT CANAL BUT CAN'T WAIT THAT LONG SO
            WOULD RATHER HAVE EXTRACTION AT THIS POINT.DENTAL

   Location SHEET MADE OUT.
   Custody of         ?


      Return Date  0/00/00    Return Time
                                                          F12=Previous
   F3=Exit
```

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name | Trusty | Good Time | |
| Cellblock | Haircut | Law Library | Officer # ___ Time ___ |
| Date Requested | Chaplain | Maintenance | Date |
| Date Received  1 / 11 / 04 | Sick Call  X | Religious Service | |
| Officers ID #   429 | Sergeant | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_(handwritten, illegible)_

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date  1 / 11 / 04

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 58 of 75
JMR000358

Name JOHNSON, ANGELA JANE
Linn Co#    77651                  Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date  1/08/04    Time 14:01
       Entry Officer N03SW ?
                JACOBS, SANDI WELSH
       Court       ? 


       Comment PSYCH REVIEW PER DR SAFDAR. NEW ORDERS: INCREASE
           SEROQUEL TO 200MG Q HS


       Location
       Custody of       ? 


Return Date  0/00/00    Return Time

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 59 of 75

JMR000359

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  1/08/04    Time 14:01
        Entry Officer N03SW ?
                  JACOBS, SANDI WELSH
        Court        ?


        Comment PSYCH REVIEW PER DR SAFDAR. NEW ORDERS: INCREASE
             SEROQUEL TO 200MG Q HS


        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 60 of 75
JMR000360

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date  1/06/04   Time 10:53
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court         ?


          Comment MEDICAL REVIEW/DR.BRAKSIEK RE: ELBOW.  IT APPEARS
                  TO BE HEALING AT THIS TIME.  RE-EVAL IF REDNESS
                  COMES BACK, ESPECIALLY IF IT IS WARM TO TOUCH.

          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 234-50   Filed 06/23/11   Page 61 of 75
JMR000361

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date  1/06/04    Time 10:53
        Entry Officer N01JF ?
                FELTES, JOAN
        Court         ?

        Comment MEDICAL REVIEW/DR.BRAKSIEK RE: ELBOW. IT APPEARS
                TO BE HEALING AT THIS TIME. RE-EVAL IF REDNESS
                COMES BACK, ESPECIALLY IF IT IS WARM TO TOUCH.

        Location
        Custody of         ?

        Return Date  0/00/00   Return Time

F3=Exit                                             F12=Previous

JMR000362

Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

        Code SC   ? SICK CALL REQUESTED

        Date  1/05/04    Time 11:06
        Entry Officer N01JF ?
                    FELTES, JOAN
        Court        ?


        Comment  SEEN TO EVAL ELBOW. SHE FEELS IT IS MUCH BETTER
                 THAN BEFORE. SKIN IS JUST SLT PINK, NOT WARM TO
                 TOUCH,DOESN'T HURT WHEN SHE PULLS AT SKIN BUT WHEN

        Location PUSHES AT CERTAIN SPOT.MONITOR
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit            Given Repack                        F12=Previous

---

# Linn County Correctional Center
## Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name A. JOHNSON | Trusty_____ | Good Time_____ | Officer #_____ Time_____ |
| Cellblock N | Haircut_____ | Law Library_____ | Date___/___/___ |
| Date Requested 1/3/04 | Chaplain_____ | Maintenance_____ | |
| Date Received 1/4/04 | Sick Call X | Religious Service_____ | |
| Officers ID # 429 | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need someone to check my elbow it really hurts and is getting worse. I dont think I bumped it but it is very painful to the touch. It needs to be wrapped. Its very swollen and hot

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature_____   Date_____/_____/_____

Name JOHNSON, ANGELA JANE
Linn Co#   77651           Cell 3 N    04

Code SC   ? SICK CALL REQUESTED

Date   1/05/04    Time 11:06
Entry Officer N01JF ?
              FELTES, JOAN
Court        ?

Comment SEEN TO EVAL ELBOW. SHE FEELS IT IS MUCH BETTER
        THAN BEFORE. SKIN IS JUST SLT PINK, NOT WARM TO
        TOUCH,DOESN'T HURT WHEN SHE PULLS AT SKIN BUT WHEN

Location PUSHES AT CERTAIN SPOT.MONITOR
Custody of        ?

Return Date   0/00/00    Return Time

F3=Exit        *Given repack*        F12=Previous

---

# Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name _A. Johnson_ | Trusty_____ | Good Time_____ | Officer #_____ Time_____ |
| Cellblock _V_ | Haircut_____ | Law Library_____ | Date___/___/___ |
| Date Requested _1/3/04_ | Chaplain_____ | Maintenance_____ | |
| Date Received _1/4/04_ | Sick Call _X_ | Religious Service_____ | |
| Officers ID # _429_ | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need someone to check my elbow it really hurts and is getting worse. I don't know I hurt it but it is very painful in the arm. It seems to be worse. It's very swollen and hot

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature_____    Date_____/_____/_____

JMR000364

```
JNEUPDD           LINN COUNTY CORRECTIONAL CENTER          12/17/03 PCNETT4
                       ADD/UPDATE EVENT                    15:30:38 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 12/17/03    Time 15:24
        Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
        Court         ?


        Comment SEEN FOR KITE REQUESTING THAT HER NEW PSCYH MEDS
                BE INCREASED.SAID THAT DR SAFDAR TOLD HER IF HER
                MEDS ARE NOT WORKING AFTER 3DAYS TO TELL HIM.

        Location REMINDED HER THAT IT TAKES...
        Custody of        ?


        Return Date   0/00/00   Return Time

   F3=Exit                                                 F12=Previous
```

*new med started 12-11-03*

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name _Angie Johnson_

Cellblock _N_

Date Requested _12 / 16 / 03_

Date Received _12 / 16 3_

Officers ID # _486_

| | |
|---|---|
| Trusty_____ | Good Time_____ |
| Haircut_____ | Law Library_____ |
| Chaplain_____ | Maintenance_____ |
| Sick Call _XX_ | Religious Service_____ |
| Sergeant_____ | |

### Action Taken

Officer #_____ Time_____

Date___ / ___ / ___

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_I just to have the Seroquel increased to at least 150 ml if not 200. Thanks._

*started Seroquel 12-11-03*

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date _12 / 16 / 03_

JMR000365

Name JOHNSON, ANGELA JANE
Linn Co#    77651           Cell 3 N    04

     Code SC   ? SICK CALL REQUESTED

     Date 12/17/03    Time 15:24
     Entry Officer N03SW ?
              JACOBS, SANDI WELSH
     Court       ?

     Comment SEEN FOR KITE REQUESTING THAT HER NEW PSCYH MEDS
          BE INCREASED. SAID THAT DR SAFDAR TOLD HER IF HER
          MEDS ARE NOT WORKING AFTER 3DAYS, TO TELL HIM.

     Location REMINDED HER THAT IT TAKES...
     Custody of      ?

     Return Date   0/00/00   Return Time

F3=Exit                             *new med started 12-11-03*      F12=Previous

---

# Linn County Correctional Center
## Inmate Request Forms

| | | | | |
|---|---|---|---|---|
| **Inmates Name** _Angela Johnson_ | Trusty_____ | Good Time_____ | **Action Taken** | |
| **Cellblock** _N_ | Haircut_____ | Law Library_____ | Officer #_____ Time_____ | |
| **Date Requested** _12/16/03_ | Chaplain_____ | Maintenance_____ | Date___/___/___ | |
| **Date Received** _12/16/3_ | Sick Call _X√_ | Religious Service_____ | | |
| **Officers ID #** _426_ | Sergeant_____ | | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_I tried to find the____ request increase___
_to it work 150 m of pt. here. Thanks._

_[handwritten]_

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

**Inmates Signature**_____    Date___/___/___

JMR000366

Name JOHNSON, ANGELA JANE
Linn Co#    77651                        Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 12/17/03   Time 15:24
        Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
        Court        ?


    Comment CONT. AT LEAST 3 WEEKS FOR MED TO WORK.INMATE
            DEMANDED THAT SHE SEE DR SAFDAR. TOLD HER TO GIVE
            THE MED AT LEAST 2-3WEEKS.

        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

F3=Exit                                            F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 67 of 75
JMR000367

Name JOHNSON, ANGELA JANE

Linn Co#   77651                  Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date 12/17/03    Time 15:24
       Entry Officer N03SW ?
                 JACOBS, SANDI WELSH
       Court       ?

       Comment CONT. AT LEAST 3 WEEKS FOR MED TO WORK.INMATE
              DEMANDED THAT SHE SEE DR SAFDAR. TOLD HER TO GIVE
              THE MED AT LEAST 2-3WEEKS.

       Location
       Custody of       ?

       Return Date   0/00/00    Return Time

F3=Exit                                          F12=Previous

JMR000368

LINN COUNTY CORRECTIONAL CENTER
ADD/UPDATE EVENT

Name JOHNSON, ANGELA JANE
Linn Co#    77651                          Cell 3 N    04

Code SC  ? SICK CALL REQUESTED

Date 12/11/03    Time 10:53
Entry Officer N03SW ?
              JACOBS, SANDI WELSH
Court         ?

Comment SEEN PER DR SAFDAR. NEW ORDERS: STOP TRAZODONE,
        SEROQUEL 100MG AT BED

Location
Custody of         ?

Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous

JMR000369

Name JOHNSON, ANGELA JANE

Linn Co#   77651                   Cell 3 N   04

Code SC  ? SICK CALL REQUESTED

Date 12/11/03   Time 10:53

Entry Officer N03SW ?

          JACOBS, SANDI WELSH

Court      ?

Comment SEEN PER DR SAFDAR. NEW ORDERS: STOP TRAZODONE,

       SEROQUEL 100MG AT BED

Location

Custody of     ?

Return Date  0/00/00   Return Time

F3=Exit                                    F12=Previous

JMR000370

JNEUPDD                LINN COUNTY CORRECTIONAL CENTER          11/17/03 PCNETS1
                            ADD/UPDATE EVENT                    10:05:28 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 11/17/03    Time  9:58
          Entry Officer N03SW ?
                       JACOBS, SANDI WELSH
          Court          ?


Comment MEDICAL EXAM PER DR BRASKIEK FOR ABNORMALLY HEAVY
          PERIODS. NEW ORDERS: ORTHO-TRICYCLINE DAILY


          Location
          Custody of        ?


          Return Date  0/00/00   Return Time
                                                               F12=Previous
     F3=Exit

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 71 of 75
JMR000371

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date 11/17/03   Time  9:58
        Entry Officer N03SW ?
                  JACOBS, SANDI WELSH
        Court       ?


        Comment MEDICAL EXAM PER DR BRASKIEK FOR ABNORMALLY HEAVY
                PERIODS. NEW ORDERS: ORTHO-TRICYCLINE DAILY


        Location
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                         F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-50    Filed 06/23/11    Page 72 of 75
JMR000372

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date 11/14/03    Time 14:05
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court         ?


          Comment CONT...1-2X/DAY FOR 2 WKS. ALSO STATES HER PERIODS
                  ARE GETTING HEAVIER W/ CLOTS & HAVING MORE CRAMPS.
                  CONCERNED W/ THIS DUE TO HER AGE. ALSO HAS MORE

          Location CYSTIC ACNE. JAIL DR TO REVIEW
          Custody of          ?


          Return Date   0/00/00    Return Time

F3=Exit                                                   F12=Previous

Name JOHNSON, ANGELA JANE
Linn Co#    77651                  Cell 3 N    04

         Code SC   ? SICK CALL REQUESTED

         Date 11/14/03    Time 14:05
         Entry Officer N01JF ?
                      FELTES, JOAN
         Court        ?

         Comment SEEN FOR SEVERAL ISSUES. HAS A CAVITY IN TOOTH #12
              & WANTS IT FILLED & NOT PULLED. ALSO C/O DRY &
              CRACKING OF HER FEET. DOES HAVE SOME OLD BLOOD

         Location PRESENT. WILL GIVE AQUAPHILLIC
         Custody of         ?

         Return Date   0/00/00    Return Time

    F3=Exit                                    F12=Previous

*help c̄ periods*

Name A J Johnson      Cellblock N

Date Requested: 11/12/03    Date Rec'd 11/12/03

                   Officer # 428

Plain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXX

Trusty _____

Law Library _____

Maintenance _____

If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to talk to Joan. I do not want to talk to anyone else because she is the only one with any authority to take care of my problem. Besides, I'm not about to stand in the hallway for everyone to hear

Action taken:

Officer #:_____

Date:____/____/____

Time:_____

JMR000374

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 11/14/03   Time 14:05
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court         ?


  Comment SEEN FOR SEVERAL ISSUES. HAS A CAVITY IN TOOTH #12
          & WANTS IT FILLED & NOT PULLED. ALSO C/O DRY &
          CRACKING OF HER FEET. DOES HAVE SOME OLD BLOOD

  Location PRESENT. WILL GIVE AQUAPHILLIC
  Custody of          ?


          Return Date  0/00/00   Return Time

     F3=Exit                                                    F12=Previous

_... ... .. help = periods_

Name: A. Johnson _____ Cellblock 11 _____

Date Requested: 11/12/03 ___ Date Rec'd 11/12/03 _____

                          Officer # 428 _____

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I need to talk to |
| Good Time _____ | Joan - I do not |
| Haircut _____ | want to talk |
| Religious Service _____ | to anyone else |
| Sergeant* _____ | because she |
| Sick Call* XXX | is the only one |
| Trusty _____ | with any authority |
| Law Library _____ | to take care of |
| Maintenance _____ | my problem. be- |
| | sides, I'm not |
| | about to stand |
| *If request is for sick call or | in the hallway for |
| o see the sergeant, an | everyone to hear |
| explanation of medical | Action taken: |
| complaint or type of problem | Officer #: _____ |
| hall be written in space A. | Date: ___/___/_____ |
| | Time: _____ |

JMR000375