```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER      11/12/03 PCNETU2
                         ADD/UPDATE EVENT                 22:13:34 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04


         Code SC   ? SICK CALL REQUESTED

         Date 11/12/03    Time 15:37
         Entry Officer N05DM ?
                     MURRAY, DANA
         Court          ?


         Comment CONT:DOES NOT HAVE OPTION TO PICK & CHOOSE WHICH
                 STAFF SEE HER.REFUSES TO BE SEEN AT THIS TIME.



         Location
         Custody of        ?


         Return Date  0/00/00   Return Time

 F3=Exit                                          F12=Previous
```

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 1 of 75
JMR000376

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 11/12/03    Time 15:37
        Entry Officer N05DM ?
                  MURRAY, DANA
        Court        ?


        Comment CONT:DOES NOT HAVE OPTION TO PICK & CHOOSE WHICH
                STAFF SEE HER.REFUSES TO BE SEEN AT THIS TIME.



        Location
        Custody of        ?


        Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous

JMR000377

Name JOHNSON, ANGELA JANE
Linn Co#    77651            Cell 3 N    04

      Code SC    ? SICK CALL REQUESTED

      Date 11/12/03    Time 15:37
      Entry Officer N05DM ?
                 MURRAY, DANA
      Court        ?

      Comment RESPONSE TO KITE:KITE DOES NOT GIVE SPECIFICS FOR
              WHAT IS TO BE SEEN FOR.REFUSES TO ELABORATE STAT-
              ING "YOU'RE NOT QUALIFIED."DEMANDS TO SEE A SPECI-

      Location FIC RN.REMINDED INMATE SHE
      Custody of        ?

      Return Date   0/00/00    Return Time

    F3=Exit                                     F12=Previous

---

Name *A. Johnson*      Cellblock *N*
Date Requested: *11/12/03*   Date Rec'd *11/12/03*
                       Officer # *409*

Chaplain _____     A. _____

Check Cashed _____     *I need to talk*

Good Time _____     *to Joan about*

Haircut _____     *a couple of*

Religious Service _____     *important things.*

Sergeant* _____

Sick Call* XXX

Trusty _____     *THANX*

Law Library _____ *DISREGARD*

Maintenance _____        *refused qualified*

If request is for sick call or
see the sergeant, an       *not qualified*
planation of medical
mplaint or type of problem    Action taken:
all be written in space A.     Officer #:_____
                         Date:____/____/_____
                         Time:_____

JMR000378

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 11/12/03    Time 15:37
          Entry Officer N05DM ?
                         MURRAY, DANA
          Court          ?


     Comment RESPONSE TO KITE:KITE DOES NOT GIVE SPECIFICS FOR
             WHAT IS TO BE SEEN FOR.REFUSES TO ELABORATE STAT-
             ING "YOU'RE NOT QUALIFIED."DEMANDS TO SEE A SPECI-

     Location FIC RN.REMINDED INMATE SHE
     Custody of          ?


     Return Date  0/00/00    Return Time

     F3=Exit                                              F12=Previous


Name  A. Johnson          Cellblock  N
Date Requested:  11, 12, 03   Date Rec'd  11, 12, 03
                              Officer #  409

| Chaplain _____ | A. _____ |
| Check Cashed _____ | I need to talk |
| Good Time _____ | to Joan about |
| Haircut _____ | a couple of |
| Religious Service _____ | important things. |
| Sergeant* _____ | |
| Sick Call* XXX | |
| Trusty _____ | THANX |
| Law Library _____ | |
| Maintenance _____ | |

If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:
Officer #:_____
Date:____/____/____
Time:_____

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date 10/29/03    Time 16:01
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court          ?


          Comment INTERVIEWED BY MENTAL HEALTH NURSE, FERRON. NEW
                  ORDERS PER DR.SAFDAR TO INCREASE ZOLOFT TO 150MG
                  DAILY.

          Location
          Custody of          ?


          Return Date   0/00/00    Return Time

F3=Exit                                                         F12=Previous

JMR000380

LINN COUNTY CORRECTIONAL CENTER  10/29/03 QPADEV0012
ADD/UPDATE EVENT  16:03:09 N01JF

Name JOHNSON, ANGELA JANE
Linn Co#  77651  Cell 3 N  04

Code SC  ? SICK CALL REQUESTED

Date 10/29/03  Time 16:01
Entry Officer N01JF ?
  FELTES, JOAN
Court  ?

Comment INTERVIEWED BY MENTAL HEALTH NURSE, FERRON. NEW
  ORDERS PER DR.SAFDAR TO INCREASE ZOLOFT TO 150MG
  DAILY.

Location
Custody of  ?

Return Date  0/00/00  Return Time

F3=Exit  F12=Previous

Name JOHNSON, ANGELA JANE
Linn Co#    77651                                Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 10/27/03     Time 17:59
        Entry Officer N05DM
                       MURRAY  DANA
        Court         ?


        Comment RESPONSE TO KITE:REQUESTS INCREASE IN ZOLOFT.FEELS
                MORE DEPRESSION LATELY R/T JAIL.WILL REFER TO
                PSYCH.

        Location
        Custody of        ?


        Return Date  0/00/00   Return Time

    F3=Exit                                                      F12=Previous
                        *Zoloft      100 mg.*                      *//SM*

---

## Linn County Correctional Center
### Inmate Request Forms

| | | Action Taken |
|---|---|---|
| ate/ Name Angie Johnson | Trusty_____    Good Time_____ | Officer #_____ Time_____ |
| Cellblock N block | Haircut_____    Law Library_____ | Date___/___/___ |
| Date Requested 10 / 26 / 03 | Chaplain_____    Maintenance_____ | |
| Date Received 10 / 26 / 03 | Sick Call XXX    Religious Service_____ | |
| Officers ID # 429 | Sergeant_____ | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need to see Dr. Safdar or Sue, this week please!

*wants meds increased*
*feels ↑ depression re: jail*

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _Angela_____        Date 10 / 26 / 03

Name JOHNSON, ANGELA JANE                Cell 3 N    04
Linn Co#    77651

        Code SC  ? SICK CALL REQUESTED

        Date 10/27/03    Time 17:59
        Entry Officer N05DM
                    MURRAY   DANA

        Court        ?

        Comment RESPONSE TO KITE:REQUESTS INCREASE IN ZOLOFT.FEELS
                MORE DEPRESSION LATELY R/T JAIL.WILL REFER TO
                PSYCH.

        Location
        Custody of        ?

        Return Date    0/00/00    Return Time

                                                    F12=Previous
F3=Exit             *Zoloft        100 mq.          USM*

---

## Linn County Correctional Center
### Inmate Request Forms

| Inmate Name *Angie Johnson* | Trusty_____ | Good Time_____ | **Action Taken** | |
|---|---|---|---|---|
| Cellblock *N block* | Haircut_____ | Law Library_____ | Officer #_____ Time_____ | |
| Date Requested *10, 26, 03* | Chaplain_____ | Maintenance_____ | Date___/___/___ | |
| Date Received *10, 26, 03* | Sick Call *X X X* | Religious Service_____ | | |
| Officers ID # *429* | Sergeant_____ | | | |

**Explanation**
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

*I need to see Dr. Saldar or Sue, this week please! wants meds increased depression re: jail feels ↑ depression*

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature *Angie Johnson*                Date *10 , 26 , 03*

```
JNEUPDD              ·  LINN COUNTY CORRECTIONAL CENTER      10/02/03 PCNETU4
                             ADD/UPDATE EVENT                10:02:41 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date 10/02/03   Time  9:59
        Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
        Court        ?


   Comment DC INSTRUCTIONS FROM MERCY ER PER DR BRAKSIEK:
            DC AUGMENTIN,BENADRYL 50MG Q 6HR X 72HR,PREDNISONE
            40MG IN AM X 5D,EPI-PEN X 1 PRN DISTRESS/HYPO-

   Location TENSION.F/U JAIL DR AS NEED
   Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                            F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 9 of 75

JMR000384

Name JOHNSON, ANGELA JANE
Linn Co#   77651                   Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 10/02/03   Time  9:59
        Entry Officer N03SW ?
               JACOBS, SANDI WELSH
        Court       ?


        Comment DC INSTRUCTIONS FROM MERCY ER PER DR BRAKSIEK:
           DC AUGMENTIN,BENADRYL 50MG Q 6HR X 72HR,PREDNISONE
           40MG IN AM X 5D,EPI-PEN X 1 PRN DISTRESS/HYPO-

        Location TENSION.F/U JAIL DR AS NEED
        Custody of       ?


        Return Date  0/00/00   Return Time

F3=Exit                                 F12=Previous

JMR000385

```
 JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        10/01/03 PCNETU4
                          ADD/UPDATE EVENT                    22:57:54 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date 10/01/03    Time 20:05
        Entry Officer N05DM ?
                   MURRAY, DANA
        Court        ?


        Comment CONT:INJ 0.3MG PER DR ORDER & CALLED AREA AMBULANC
                PER DR ORDER.


        Location
        Custody of        ?


        Return Date   0/00/00    Return Time

 F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 28-1    Filed 06/23/11    Page 11 of 75

JMR000386

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date 10/01/03   Time 20:05
          Entry Officer N05DM ?
                    MURRAY, DANA
          Court        ?


          Comment CONT:INJ 0.3MG PER DR ORDER & CALLED AREA AMBULANC
                  PER DR ORDER.


          Location
          Custody of        ?


          Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 12 of 75
JMR000387

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 10/01/03    Time 20:05
          Entry Officer N05DM ?
                    MURRAY, DANA
          Court          ?


          Comment CONT:BLOTCHTY.FACE PALE.SHAKING.STATES THROAT F
                  FEELS ITCHY.NO RESPIRATORY DISTRESS NOTED AT THIS
                  TIME.NO PCN ALLERGY PREVIOUSLY.CONTACTED DR BRAK-

          Location SEIK @MERCY ER.GIVEN EPIPEN
          Custody of          ?


          Return Date  0/00/00   Return Time

F3=Exit                                                         F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 13 of 75
JMR000388

UNEUPED       LINN COUNTY CORRECTIONAL CENTER       10/01/03 PCNETU4
                ADD/UPDATE EVENT                 22:57:47 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#  77651                 Cell 3 N    04

       Code SC  ? SICK CALL REQUESTED

       Date 10/01/03    Time 20:05
       Entry Officer N05DM ?
               MURRAY, DANA
       Court       ?


       Comment CONT:BLOTCHTY.FACE PALE.SHAKING.STATES THROAT F
              FEELS ITCHY.NO RESPIRATORY DISTRESS NOTED AT THIS
              TIME.NO PCN ALLERGY PREVIOUSLY.CONTACTED DR BRAK-

       Location SEIK @MERCY ER.GIVEN EPIPEN
       Custody of       ?


       Return Date  0/00/00   Return Time

F3=Exit                                   F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 14 of 75
JMR000389

Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 10/01/03   Time 20:05
        Entry Officer N05DM ?
                   MURRAY, DANA
        Court        ?


        Comment CALLED TO N BLOCK.INMATE LYING ON FLOOR.STATES
                "I THINK IT MIGHT BE A REACTION TO THE AUGMENTIN.
                I FEEL LIKE WHEN I ATE SHELLFISH.I'M ALLERGIC TO

        Location SHELLFISH."ARMS RED & SOMEWHAT
        Custody of          ?


        Return Date   0/00/00   Return Time

F3=Exit                                              F12=Previous

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 15 of 75
JMR000390

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date 10/01/03    Time 20:05
          Entry Officer N05DM ?
                    MURRAY, DANA

          Court          ?


          Comment CALLED TO N BLOCK.INMATE LYING ON FLOOR.STATES
                  "I THINK IT MIGHT BE A REACTION TO THE AUGMENTIN.
                  I FEEL LIKE WHEN I ATE SHELLFISH.I'M ALLERGIC TO

          Location SHELLFISH."ARMS RED & SOMEWHAT
          Custody of        ?


          Return Date  0/00/00    Return Time

F3=Exit                                                              F12=Previous

```
JNEUPDD                 LINN COUNTY CORRECTIONAL CENTER          10/01/03 PCNETU4
                            ADD/UPDATE EVENT                     22:57:19 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                           Cell 3 N    04


        Code SC   ? SICK CALL REQUESTED

        Date 10/01/03   Time 20:15
        Entry Officer N05DM ?
                     MURRAY, DANA
        Court          ?


        Comment BP 90/70 PULSE 60.DENIES RESPIRATORY DISTRESS.
                SHAKING.FACE PALE.ARMS REMAIN RED.


        Location
        Custody of          ?


        Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 17 of 75

JMR000392

```
 JNEUPDD            LINN COUNTY CORRECTIONAL CENTER       10/01/03 PCNETU4
                       ADD/UPDATE EVENT                   22:57:19 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N   04


        Code SC  ? SICK CALL REQUESTED

        Date 10/01/03   Time 20:15
        Entry Officer N05DM ?
                    MURRAY, DANA
        Court        ?


        Comment BP 90/70 PULSE 60.DENIES RESPIRATORY DISTRESS.
              SHAKING.FACE PALE.ARMS REMAIN RED.



        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

 F3=Exit                                            F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 18 of 75

JMR000393

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        10/01/03 PCNETU4
                           ADD/UPDATE EVENT                 22:57:14 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date 10/01/03   Time 20:25
        Entry Officer N05DM ?
                     MURRAY, DANA
        Court        ?


        Comment EPIPEN 0.3MG INJECTION GIVEN IN LEFT OUTER THIGH.



        Location
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                             F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 19 of 75

JMR000394

Name JOHNSON, ANGELA JANE
Linn Co#   77651                            Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 10/01/03    Time 20:25
          Entry Officer N05DM ?
                    MURRAY, DANA
          Court         ?


          Comment EPIPEN 0.3MG INJECTION GIVEN IN LEFT OUTER THIGH.



          Location
          Custody of        ?


          Return Date   0/00/00    Return Time

F3=Exit                                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 20 of 75
JMR000395

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        10/01/03 PCNETU4
                           ADD/UPDATE EVENT                 22:57:09 N05DM
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date 10/01/03    Time 20:35
          Entry Officer N05DM ?
                         MURRAY, DANA
          Court        ?


          Comment AREA AMBULANCE HERE TO TRANSPORT TO MERCY ER.



          Location
          Custody of        ?


          Return Date  0/00/00    Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 21 of 75

JMR000396

Name JOHNSON, ANGELA JANE
Linn Co#  77651                Cell 3 N  04

      Code SC  ? SICK CALL REQUESTED

      Date 10/01/03  Time 20:35
      Entry Officer N05DM ?
              MURRAY, DANA
      Court       ?


      Comment AREA AMBULANCE HERE TO TRANSPORT TO MERCY ER.


      Location
      Custody of       ?


      Return Date  0/00/00  Return Time

F3=Exit                                F12=Previous

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 22 of 75
JMR000397

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04

Code SC  ? SICK CALL REQUESTED

Iowa Eye, P.C.
Steven J. Jacobs, M.D.
Robert R. Keller, M.D.
David B. Muller, M.D.
David E. Puk, M.D.
Sanjay S. Shah, M.D.
Alex G. Smith, M.D.



**IOWA EYE CENTER**
1650 First Avenue N.E.
Cedar Rapids, Iowa 52402
319-362-EYES (3937)

/DARK
RTISONE.
RESTART

Name _Angela Johnson_      Date _5-21-03_

F12=Previous

| ℞ | SPH. | CYL. | AXIS | PRISM | BASE |
|---|------|------|------|-------|------|
| DISTANCE R | −0.75 | sph | | | |
| DISTANCE L | −1.00 | sph | | | |
| READING ADDITION R | | | | TRIFOCAL ☐ | |
| READING ADDITION L | | | | VERTEX | |

Implant Date:  O.D. _____   O.S. _____ V43.1 Pseudophakia

Supplementary Date_____

This Rx expires in one year       _R.R. Keller_   _ M.D.

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 23 of 75
JMR000398

Name JOHNSON, ANGELA JANE      Cell 3 N   04
Linn Co#   77651

Code SC   ? SICK CALL REQUESTED

Date 9/30/03   Time 19:17

Iowa Eye, P.C.
Steven J. Jacobs, M.D.
Robert R. Keller, M.D.
David B. Muller, M.D.
David E. Puk, M.D.
Sanjay S. Shah, M.D.
Alex G. Smith, M.D.



**IOWA EYE CENTER**
1650 First Avenue N.E.
Cedar Rapids, Iowa 52402
319-362-EYES (3937)

DARK
TISONE.
RESTART

F12=Previous

Name _Angela Johnson_    Date _5-21-03_

| ℞ | SPH. | CYL. | AXIS | PRISM | BASE |
|---|------|------|------|-------|------|
| DISTANCE R | -0.75 | sph | | | |
| DISTANCE L | -1.00 | sph | | | |
| READING ADDITION R | | | | TRIFOCAL ☐ | |
| READING ADDITION L | | | | VERTEX | |

Implant Date:   O.D. _____   O.S. _____   V43.1 Pseudophakia
Supplementary Date _____

This Rx expires in one year     _R. R. Keller_ ____ M.D.

| PROGRESSIVE MONO PDS | PGX GLASS | COAT HC/UV | INDEX HI | LENS PLASTIC | SPECIAL BASE OR LENS THKNS | DOWN | UP | OUT | IN | PLASTIC DYE (SPECIFY COLOR) |
|---|---|---|---|---|---|---|---|---|---|---|
| PROGRESSIVE MONO HTS | | NEAR P.D. | | D.V | | | | | PRISM | |
| BIFOCAL HT | TRIFOCAL HT | DECENTRATION GEOMETRIC CENTER · FAR P.D. DEC D.V. | | ADD | AXIS | CYL | SPHERE | | | |

TAKEN OPTICIAN'S SIGNATURE DISP

PHONE

ADDRESS

ZIP   STATE   CITY

DATE   FIRST NAME   LAST NAME

ARR—RX SOURCE   ACCOUNT #   STORE NAME

**806706**

Name JOHNSON, ANGELA JANE
Linn Co#   77651                  Cell 3 N    04

          Code SC   ? SICK CALL REQUESTED

          Date   9/30/03    Time 19:17
          Entry Officer N05DM ?
                   MURRAY, DANA
          Court       ?


          Comment CONT:WILL RESTART AUGMENTIN 875MG 2XD X10D.



          Location
          Custody of        ?


          Return Date   0/00/00    Return Time

F3=Exit                                       F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 25 of 75
JMR000400

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N    04

            Code SC   ? SICK CALL REQUESTED

            Date  9/30/03    Time 19:17
            Entry Officer N05DM ?
                        MURRAY, DANA
            Court          ?


            Comment CONT:WILL RESTART AUGMENTIN 875MG 2XD X10D.



            Location
            Custody of          ?


            Return Date   0/00/00    Return Time

F3=Exit                                                              F12=Previous

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 26 of 75

JMR000401

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        9/03/03  PCNETT5
                          ADD/UPDATE EVENT                 10:29:19 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04


        Code SC   ? SICK CALL REQUESTED

        Date   9/03/03    Time 10:25
        Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
        Court          ?


        Comment INMATE STATES THAT HER EYE IS BETTER. DOESNT NEED
                MEDICAL ATTENTION AT THIS TIME.


        Location
        Custody of          ?


        Return Date   0/00/00   Return Time

 F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 27 of 75

JMR000402

JNEUPDD        LINN COUNTY CORRECTIONAL CENTER      9/03/03 PCNETT5
                     ADD/UPDATE EVENT                10:29:19 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                     Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date  9/03/03   Time 10:25
        Entry Officer N03SW ?
                JACOBS, SANDI WELSH
        Court        ?


        Comment INMATE STATES THAT HER EYE IS BETTER. DOESNT NEED
             MEDICAL ATTENTION AT THIS TIME.


        Location
        Custody of       ?


        Return Date  0/00/00   Return Time

F3=Exit                                    F12=Previous

JMR000403

Name JOHNSON, ANGELA JANE
Linn Co#  77651                    Cell 3 N  04

       Code SC  ? SICK CALL REQUESTED

       Date  9/03/03   Time 10:25
       Entry Officer N03SW ?
                JACOBS, SANDI WELSH
       Court       ?


       Comment MEDICAL REVIEW PER DR BRAKSIEK FOR EYE SWELLING.
             NEW ORDERS: MAY RESTART THE AUGMENTIN 875MG 2X/D X
             10D IF EYE WORSENS.

       Location
       Custody of       ?


       Return Date  0/00/00   Return Time

F3=Exit                                  F12=Previous

JMR000404

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N   04

       Code SC  ? SICK CALL REQUESTED

       Date  9/03/03   Time 10:25
       Entry Officer N03SW ?
               JACOBS, SANDI WELSH
       Court        ?


       Comment MEDICAL REVIEW PER DR BRAKSIEK FOR EYE SWELLING.
           NEW ORDERS: MAY RESTART THE AUGMENTIN 875MG 2X/D X
           10D IF EYE WORSENS.

       Location
       Custody of        ?


       Return Date  0/00/00   Return Time

F3=Exit                                F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 30 of 75
JMR000405

Name JOHNSON, ANGELA JANE
Linn Co#    77651                              Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  8/12/03    Time 17:40
        Entry Officer N01JF ?
                     FELTES, JOAN

        Court        ?


        Comment MEDICAL EXAM/DR.NASH FOR RE-EVAL OF LT EYE. SEE
                DICTATION. NO NEW ORDERS AT THIS TIME. WILL
                RE-EVAL IF S/S RETURN.

        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

F3=Exit                                                        F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 31 of 75
JMR000406

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        8/12/03 QPADEV0007
                          ADD/UPDATE EVENT                  17:43:01 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  8/12/03   Time 17:40
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment MEDICAL EXAM/DR.NASH FOR RE-EVAL OF LT EYE. SEE
                  DICTATION. NO NEW ORDERS AT THIS TIME. WILL
                  RE-EVAL IF S/S RETURN.

          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                                    F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 32 of 75

JMR000407

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        8/01/03 PCNETU1
                          ADD/UPDATE EVENT                  9:51:13 N03SW
,  Name JOHNSON, ANGELA JANE
   Linn Co#   77651                        Cell 3 N    04


          Code SC  ? SICK CALL REQUESTED

          Date  8/01/03   Time   9:47
          Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
          Court        ?



          Comment SEEN FOR SWOLLEN EYE. AREA AROUND EYE SWOLLEN AND
                  RED.SCLERA IS CLEAR.GIVEN THE BENADRYL AS ORDERED
                  AND AN ICE PACK. WILL ORDER THE AUGMENTIN TO START

          Location TONIGHT.
          Custody of        ?


          Return Date  0/00/00   Return Time

   F3=Exit                                            F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 28-1    Filed 06/23/11    Page 33 of 75
JMR000408

```
JNEUPDD          LINN COUNTY CORRECTIONAL CENTER       7/31/03 PCNETU4
                     ADD/UPDATE EVENT                  15:58:28 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date  7/31/03    Time 11:23
        Entry Officer N03SW ?
                    JACOBS, SANDI WELSH
        Court        ?


   Comment MEDICAL EXAM PER DR BRAKSIEK FOR EYE.SEE DICTATION
           NEW ORDER: AUGMENTIN 875MG 2X/D X 10D IF INCREASED
           REDNESS. BENADRYL 50MG 3X/D X 1 WEEK

        Location
        Custody of        ?


        Return Date  0/00/00   Return Time

  F3=Exit                                       F12=Previous
```

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 34 of 75
JMR000409

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04

Code SC  ? SICK CALL REQUESTED

Date  7/31/03   Time 11:23
Entry Officer N03SW ?
              JACOBS, SANDI WELSH
Court       ?

Comment MEDICAL EXAM PER DR BRAKSIEK FOR EYE.SEE DICTATION
        NEW ORDER: AUGMENTIN 875MG 2X/D X 10D IF INCREASED
        REDNESS. BENADRYL 50MG 3X/D X 1 WEEK

Location
Custody of       ?

Return Date  0/00/00   Return Time

F3=Exit                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 35 of 75
JMR000410

Name JOHNSON, ANGELA JANE
Linn Co#   77651                     Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date   5/29/03   Time 15:09
       Entry Officer N01JF ?
                FELTES, JOAN
       Court       ?

       Comment CHART REVIEWED BY DR.SAFDAR.NEW ORDERS TO INCREASE
             ZOLOFT TO 100MG DAILY.

       Location
       Custody of       ?

       Return Date   0/00/00    Return Time

F3=Exit                                    F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 36 of 75

JMR000411

JNEUPDD            LINN COUNTY CORRECTIONAL CENTER       5/29/03 QPADEV0010
                       ADD/UPDATE EVENT              15:11:13 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                  Cell 3 N   04

        Code SC  ? SICK CALL REQUESTED

        Date  5/29/03   Time 15:09
        Entry Officer N01JF ?
                 FELTES, JOAN
        Court       ?

        Comment CHART REVIEWED BY DR.SAFDAR.NEW ORDERS TO INCREASE
              ZOLOFT TO 100MG DAILY.

        Location
        Custody of      ?

        Return Date  0/00/00   Return Time

F3=Exit                                  F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 37 of 75

JMR000412

JNEUPDD LINN COUNTY CORRECTIONAL CENTER 5/23/03 QPADEV0010
     ADD/UPDATE EVENT    15:24:33 N01JF
Name JOHNSON, ANGELA JANE
Linn Co# 77651      Cell 3 N 04

  Code SC ? SICK CALL REQUESTED

  Date 5/23/03 Time 15:22
  Entry Officer N01JF ?
     FELTES, JOAN
  Court  ?


  Comment INMATE REQUESTING A COPY OF HER PRESCRIPTION FOR
    GLASSES. SHE WROTE TO IOWA EYE CENTER, COPY SENT
    HERE. WILL NOT GIVE HER SINCE SHE HAS A NEW PAIR

  Location OF GLASSES PER 165.
  Custody of  ?


  Return Date 0/00/00 Return Time

F3=Exit           F12=Previous

Case 3:09-cv-03064-MWB-LTS Document 28-451 Filed 06/23/11 Page 38 of 75

JMR000413

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        5/23/03 QPADEV0010
                           ADD/UPDATE EVENT                 15:24:33 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04


        Code SC   ? SICK CALL REQUESTED

        Date  5/23/03    Time 15:22
        Entry Officer N01JF ?
                     FELTES, JOAN
        Court         ?


        Comment INMATE REQUESTING A COPY OF HER PRESCRIPTION FOR
                GLASSES. SHE WROTE TO IOWA EYE CENTER, COPY SENT
                HERE. WILL NOT GIVE HER SINCE SHE HAS A NEW PAIR

        Location OF GLASSES PER 165.
        Custody of         ?


        Return Date  0/00/00    Return Time

F3=Exit                                                     F12=Previous
```

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 39 of 75

JMR000414

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

         Code SC  ? SICK CALL REQUESTED

         Date  5/12/03   Time 18:26
         Entry Officer N05DM ?
                        MURRAY, DANA
         Court          ?


         Comment RESPONSE TO KITE:REQUESTS COPY OF RX FOR GLASSES.
                 WILL REVIEW.


         Location
         Custody of          ?


         Return Date  0/00/00   Return Time

F3=Exit                                                    F12=Previous

Name A. Johnson _____ Cellblock____N

Date Requested: 5 / 7 / 03  Date Rec'd____/___

                          Officer # _____

Pain _____          A. _____
Check Cashed _____
                              Can I get a
Good Time _____
                              copy of my eye
Haircut_____
                              glasses perscrip-
Religious Service _____
                              tion please
Sergeant* _____
Sick Call* __XXX___           _____
Trusty _____          Thank you
Law Library_____
Maintenance _____         have on file

*If request is for sick call or    wants copy
to see the sergeant, an
explanation of medical
complaint or type of problem     Action taken:
shall be written in space A.     Officer #:_____

                                 Date:____/____/_____

                                 Time:_____

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 40 of 75
JMR000415

Name JOHNSON, ANGELA JANE
Linn Co#    77651                Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  5/12/03   Time 18:26
        Entry Officer N05DM ?
                 MURRAY, DANA
        Court          ?

        Comment RESPONSE TO KITE:REQUESTS COPY OF RX FOR GLASSES.
                WILL REVIEW.

        Location
        Custody of        ?

        Return Date  0/00/00   Return Time

F3=Exit                                     F12=Previous

Name _A. Johnson_____ Cellblock___ 1

Date Requested: _5_/_7_/_03_ Date Rec'd_____/_____

                   Officer #_____

Chaplain _____    A. _____
   ck Cashed _____     Can I get a
Good Time _____     copy of my eye
Haircut_____      glasses perscrip-
Religious Service _____    tion please
Sergeant* _____
Sick Call* __XXX_____       Thank you
Trusty _____ 
Law Library_____     have on file
Maintenance _____     wants copy

'If request is for sick call or
o see the sergeant, an
explanation of medical     Action taken:
complaint or type of problem   Officer #:_____
hall be written in space A.    Date:_____/_____/_____
                      Time:_____

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 41 of 75

JMR000416

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

        Code SC  ?

        Date  3/10/03    Time 18:16
        Entry Officer N05DM

        Court          ?


        Comment RESPONSE TO KITE:STATES NASAL CONGESTION.DENIES
               COUGH.PLACED ON SUDAFED 1TAB 2XDAY X4DAYS.


        Location
        Custody of          ?


        Return Date  0/00/00    Return Time

   F3=Exit                                              F12=Previous

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name Angela Johnson

Cellblock  N

Date Requested  3 / 8 / 03

Date Received  3 / 8 / 03

Officers ID #  428

| | | Action Taken |
|---|---|---|
| Trusty_____ | Good Time_____ | |
| Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Chaplain_____ | Maintenance_____ | Date ___/___/___ |
| Sick Call X | Religious Service_____ | |
| Sergeant_____ | | |

**Explanation**
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Now I'm sick too. I need to get on some sinutab. I don't
need to be seen & if I can just get some off the med
cart at med pass.
                              Thanx nasal congest
                                   HA Sudafed

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature Angela Johnson

Date  3 / 8 / 03

Name JOHNSON, ANGELA JANE
Linn Co#  77651                    Cell 3 N   04

         Code SC  ?

         Date  3/10/03    Time 18:16
         Entry Officer N05DM

         Court      ?

         Comment RESPONSE TO KITE:STATES NASAL CONGESTION.DENIES
                 COUGH.PLACED ON SUDAFED 1TAB 2XDAY X4DAYS.

         Location
         Custody of      ?

         Return Date  0/00/00   Return Time

    F3=Exit                                  F12=Previous

---

# Linn County Correctional Center
## Inmate Request Forms

| Inmates Name Angela Johnson | | | |
|---|---|---|---|
| Cellblock N | Trusty_____ | Good Time_____ | **Action Taken** |
| Date Requested 3 / 8 / 03 | Haircut_____ | Law Library_____ | Officer #_____ Time_____ |
| Date Received 3 / 8 / 03 | Chaplain_____ | Maintenance_____ | Date ___/___/___ |
| Officers ID # 428 | Sick Call X | Religious Service_____ | |
| | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Now I'm sick too. I need to get on some sinutab. I don't need to be seen if I can just get some off the med cart at med pass.

_Throat nasal congest_
_H/A cough_

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below
**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature _____    Date 3 / 8 / 03

JMR000418

JNEUPDD        LINN COUNTY CORRECTIONAL CENTER       3/06/03   PCNETU5
                  ADD/UPDATE EVENT                 11:42:05 N03SW

Name JOHNSON, ANGELA JANE
Linn Co#  77651                Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date   3/06/03     Time 11:40
       Entry Officer N03SW ?
                  WELSH, SANDI
       Court        ?


       Comment MEDICAL REVIEW PER DR NASH FOR ACNE. NEW ORDERS:
                 DOXCYCYLINE 100MG 2X/D X 4 MORE DAYS


       Location
       Custody of       ?


       Return Date   0/00/00    Return Time

F3=Exit                                      F12=Previous

JMR000419

JNEUPDD            LINN COUNTY CORRECTIONAL CENTER      3/06/03 PCNETU5
                     ADD/UPDATE EVENT            11:42:05 N03SW

Name JOHNSON, ANGELA JANE

Linn Co#  77651                   Cell 3 N   04


      Code SC  ? SICK CALL REQUESTED

      Date  3/06/03   Time 11:40
      Entry Officer N03SW ?
              WELSH, SANDI

      Court       ?


      Comment MEDICAL REVIEW PER DR NASH FOR ACNE. NEW ORDERS:
            DOXCYCYLINE 100MG 2X/D X 4 MORE DAYS


      Location
      Custody of      ?


      Return Date  0/00/00   Return Time

F3=Exit                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 45 of 75

JMR000420

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER        2/20/03 PCNETT8
                        ADD/UPDATE EVENT                  12:15:39 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  2/20/03   Time 12:14
        Entry Officer N03SW ?
                    WELSH, SANDI
        Court        ?


        Comment MEDICAL EXAM PER DR NASH FOR ACNE. SEE DICATION
                NEW ORDERS: DOXCYCLNE 100MG 2X/D X 10D


        Location
        Custody of        ?


        Return Date  0/00/00   Return Time
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 46 of 75

JMR000421

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER      2/20/03 PCNETT8
                         ADD/UPDATE EVENT                 12:15:39 N03SW
Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date  2/20/03    Time 12:14
        Entry Officer N03SW ?
                    WELSH, SANDI
        Court        ?


        Comment MEDICAL EXAM PER DR NASH FOR ACNE. SEE DICATION
                NEW ORDERS: DOXCYCLNE 100MG 2X/D X 10D


        Location
        Custody of        ?


        Return Date  0/00/00    Return Time
```

JMR000422

Name JOHNSON, ANGELA JANE
Linn Co#   77651                           Cell 3 N    04

            Code SC  ? SICK CALL REQUESTED

            Date  2/19/03    Time 14:52
            Entry Officer N01JF ?
                          FELTES, JOAN
            Court          ?


            Comment  SEEN FOR C/O ACNE THAT SHE SAYS SHE HAS NOT HAVE
                     PREVIOUS UNTIL NOW. DOES HAVE SOME CYSTIC TYPE
                     ACNE ON BACK, FEW SPOTS ON FACE. FEELS IT IS

            Location SCARRING. WILL REVIEW W/ DR.
            Custody of          ?


            Return Date  0/00/00    Return Time

      F3=Exit                                            F12=Previous



Name  A. Johnson          Cellblock  N
   Requested: 2 / 18 / 03    Date Rec'd____/____/____
                            Officer #_____

Chaplain _____        A. I need something
Check Cashed _____     for my face. for
Good Time _____        a couple of months
Haircut_____           now I have had
Religious Service _____ bad acne. I have
Sergeant* _____        never had it be-
Sick Call* XXXXXX             fore and it is
Trusty _____           getting worse all
Law Library_____       the time. I need
Maintenance _____      to see the doctor
                              or the nurse about
If request is for sick call or  this as soon as
to see the sergeant, an       possible.
explanation of medical                Thank you
complaint or type of problem  Action taken:
must be written in space A.   Officer #:_____
                              Date:____/____/____
                              Time:_____

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04

         Code SC   ? SICK CALL REQUESTED

         Date  2/19/03   Time 14:52
         Entry Officer N01JF ?
                   FELTES, JOAN
         Court       ?

         Comment SEEN FOR C/O ACNE THAT SHE SAYS SHE HAS NOT HAVE
                 PREVIOUS UNTIL NOW. DOES HAVE SOME CYSTIC TYPE
                 ACNE ON BACK, FEW SPOTS ON FACE. FEELS IT IS

         Location SCARRING. WILL REVIEW W/ DR.
         Custody of        ?

         Return Date  0/00/00   Return Time

     F3=Exit                                      F12=Previous

---

Name A. Johnson    Cellblock N

ate Requested: 2 / 18 / 03   Date Rec'd ___/___/___

                   Officer # _____

| | |
|---|---|
| Chaplain _____ | **A.** I need something for my face. for a couple of months now I have had bad acne. I have never had it before and it is getting worse all the time. I need to see the doctor or the nurse about this as soon as possible. Thank you |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXXXXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

* If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 49 of 75

JMR000424

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 N     04

          Code SC  ? SICK CALL REQUESTED

          Date  1/31/03    Time 18:29
          Entry Officer N05DM ?
                         MURRAY, DANA
          Court          ?


          Comment RESPONSE TO KITE:WANTING HYDROCORTISONE FOR UNDER
                  LEFT EYE.OBSERVED DARKER SKIN TONE THERE.NO RASH
                  OR REDNESS NOTED.REQUEST DENIED.INSTRUCTED TO LET

          Location STAFF KNOW IF CONDITION CHANGE
          Custody of          ?


          Return Date   0/00/00    Return Time

     F3=Exit                                                        F12=Previous


ime _A Johnson_ Cellblock_ N _

ite Requested:___/___/____ Date Rec'd___/___/___

                              Officer #_____

iaplain _____          A. _____

eck Cashed _____           _____

od Time _____              _____

ircut_____                 _____

ligious Service _____          _____

rgeant* _____          _I need my_

k Call* __X__                 _eye looked_

isty _____             _at_

v Library_____             _____

intenance _____            _____

                                  _____

request is for sick call or       _____

see the sergeant, an          1-30 - I lawyer

lanation of medical           1-31 dark circle
                              under Eye
nplaint or type of problem    Action taken:_____

ll be written in space A.     Officer #:_____

                              Date:___/___/_____

                              Time:_____

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 50 of 75
JMR000425

Name JOHNSON, ANGELA JANE
Linn Co#  77651                          Cell 3 N    04

Code SC  ? SICK CALL REQUESTED

Date  1/31/03   Time 18:29
Entry Officer N05DM ?
            MURRAY, DANA
Court         ?

Comment RESPONSE TO KITE:WANTING HYDROCORTISONE FOR UNDER
        LEFT EYE.OBSERVED DARKER SKIN TONE THERE.NO RASH
        OR REDNESS NOTED.REQUEST DENIED.INSTRUCTED TO LET

Location STAFF KNOW IF CONDITION CHANGE
Custody of          ?


Return Date   0/00/00   Return Time

F3=Exit                                               F12=Previous


Name _____ Cellblock _____

Date Requested:____/____/____  Date Rec'd____/____/____

Officer # _____

Chaplain _____          A. _____
Check Cashed _____         _____
Good Time _____            _____
Haircut _____              _____
Religious Service _____    _____
Sergeant* _____            _____
Sick Call* _____           _____
Trusty _____               _____
Law Library _____          _____
Maintenance _____          _____
                                  _____
                                  _____
If request is for sick call or    _____
see the sergeant, an              1-31  2 lewyul
explanation of medical            1-31  dark circle
complaint or type of problem      Action taken: under Eye
shall be written in space A.      Officer #:_____
                                  Date:____/____/____
                                  Time:_____

JMR000426

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 N   04

Code SC  ? SICK CALL REQUESTED

Date  7/09/02   Time 16:38
Entry Officer N02TB ?
              FINLEY-BURGER, TIA
Court       ?


Comment INMATE C/O OF MUTIPLE ACHES AND PAINS INFORMED DR
         STATED SHE COULD HAVE IBU 400MG TO 800MG BID OR
         NAPROSYN. WILL NOT GIVE MYGREX STATED SHE WILL CAL

Location L HER LAWYER
Custody of        ?


Return Date  0/00/00   Return Time

F3=Exit                                   F12=Previous

---

Name A. Johnson _____ Cellblock N
Requested: 7/10/02 Date Rec'd 7/10/02
Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant _____
Sick Call • XXX
Trusty _____
Law Library _____
Maintenance _____

request is for sick call or
see the sergeant, an
planation of medical
complaint or type of problem
ll be written in space A.

A. _____
I need some
medical attention
for my back pain
and headaches
please.
        Thanx

Action taken:
Officer #:_____
Date:____/____/____
Time:_____

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER         7/10/02 S14S3
                           ADD/UPDATE EVENT                  14:07:34 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                           Cell 3 N    04


        Code SC   ? SICK CALL REQUESTED

        Date  7/09/02    Time 16:28
        Entry Officer N01JF ?
                   FELTES, JOAN
        Court          ?


        Comment INMATE HAS REFUSED HER PAXIL FOR THE PAST WEEK,
                WOULD LIKE TO GET OFF IT. WILL TALK TO DR.SAFDAR
                RE: THIS AT HIS NEXT VISIT.

        Location
        Custody of         ?


        Return Date  0/00/00    Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 53 of 75

JMR000428

Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  7/09/02    Time 16:38
          Entry Officer N02TB ?
                         FINLEY-BURGER, TIA
          Court          ?


          Comment INMATE C/O OF MUTIPLE ACHES AND PAINS INFORMED DR
                  STATED SHE COULD HAVE IBU 400MG TO 800MG BID OR
                  NAPROSYN. WILL NOT GIVE MYGREX STATED SHE WILL CAL

          Location L HER LAWYER
          Custody of        ?


          Return Date  0/00/00   Return Time

      F3=Exit                                        F12=Previous

---

Iame __A. Johnson_____ Cellblock __N_____
  Requested: _7_/_7_/_02_ Date Rec'd _7_/_7_/_02_
                        Officer # _____479___

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | Could you please |
| Food Time _____ | put migrane med. |
| Haircut _____ | in my drawr on |
| Religious Service _____ | the med cart |
| Sergeant* _____ | So I can take |
| Sick Call* XXX _____ | it as needed? |
| Trusty _____ | Until I see the |
| Law Library _____ | doctor anyway? |
| Maintenance _____ | |

If request is for sick call or
to see the sergeant, an
xplanation of medical
omplaint or type of problem
hall be written in space A.

Officer #:_____    Thanx
Date:____/____/_____
Time:_____

JNEUPDD         LINN COUNTY CORRECTIONAL CENTER      7/09/02 S14S3
                 ADD/UPDATE EVENT               16:30:24 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651               Cell 3 N    04

       Code SC   ? SICK CALL REQUESTED

       Date   7/09/02    Time 16:28
       Entry Officer N01JF ?
               FELTES, JOAN
       Court        ?

       Comment INMATE HAS REFUSED HER PAXIL FOR THE PAST WEEK,
            WOULD LIKE TO GET OFF IT. WILL TALK TO DR.SAFDAR
            RE: THIS AT HIS NEXT VISIT.

       Location
       Custody of       ?

       Return Date   0/00/00    Return Time

F3=Exit

                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 55 of 75

JMR000430

Name JOHNSON, ANGELA JANE
Linn Co#   77651                Cell 3 N   04

Code SC  ? SICK CALL REQUESTED

Date  7/07/02   Time  9:30
Entry Officer N04    ?
               MULLINS, KARMIN
Court      ?

Comment INMATE WOULD LIKE TO SEE A CHIROPRACTOR FOR HER
          LONG TERM HA'S SHE HAS HAD. STATES, "THE MARSHALLS
          WILL TAKE ME, I WILL TALK WITH THEM ABOUT IT".

Location
Custody of          ?

Return Date  0/00/00   Return Time

F3=Exit                          F12=Previous

*[handwritten:] Knullens R Refuses her Paxil in am "trying to get off it" Knullens R*

Name A. Johnson     Cellblock N
Requested: 7, 6, 02  Date Rec'd 7, 06, 02
              Officer # 425

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I need to see the doctor be-cause I am still having really bad headaches! They don't go away until I fall asleep, then Sometimes I even wake up with them. I think I need to see a chiropractor, asap. |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

         Thanx!

If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem all be written in space A.

Action taken:
Officer #: n04
Date: 7, 7, 02
Time: 0930

JMR000431

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER         6/26/02 S14S4
                          ADD/UPDATE EVENT                   11:52:35 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                       Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date  6/26/02    Time 11:50
        Entry Officer N01JF ?
                    FELTES, JOAN
        Court        ?


        Comment INMATE HAS REFUSED HER AM PAXIL FOR THE PAST 2
                MORNINGS. ASKED IF SHE WANTED TO TAKE HER MEDS,
                SHE SAID "NO".

        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

F3=Exit                                             F12=Previous
```

JMR000432

Name _Angela ___son M_

Date Requested: ___/___/___    Date Rec'd ___/___/___

Officer # _____

Ch__in _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXX

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

need have

medication

problem

please see

me sir

(wants to see DR about her meds)

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

Name A___son    Cellblock _____

Date Requested: 6/31/02    Date Rec'd 6/23/02

Officer # 429

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXX

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Max

Officer #: _____

Date: ___/___/___

Time: _____ Its done A CASE

---

file in Angella's file

Payless Optical Outlet

single 29.95

frames + lens

366 - 8388    Cindy

3637 1st Ave SE    Town + Country Shopping Center

366 - 8342 Fax

pay 1st - $5.00 for shipping    2 wks on order

Center to center = mm

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 58 of 75

JMR000433

Name JOHNSON, ANGELA JANE
Linn Co#   77651                            Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date  6/17/02    Time 14:32
        Entry Officer N01JF ?
                  FELTES, JOAN
        Court         ?


        Comment WIRE-FRAMED GLASSES CAME IN THE MAIL, GIVEN TO
             INMATE, SHE SEEMED VERY SATISFIED W/ THEM & STATES
             "I CAN FINALLY SEE". IBUPROFEN 800MG STOPPED AS

        Location ORDERED.
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                                          F12=Previous

Case 3:09-cv-03064-MWB-LTS     Document 284-51     Filed 06/23/11     Page 59 of 75
                                   JMR000434

JNEUPDD              LINN COUNTY CORRECTIONAL CENTER       6/16/02 N01
                     ADD/UPDATE EVENT           15:16:08 N04
Name JOHNSON, ANGELA JANE
Linn Co#  77651                 Cell 3 N   04

       Code SC  ? SICK CALL REQUESTED

       Date  6/16/02   Time 15:08
       Entry Officer N04   ?
                  MULLINS, KARMIN
       Court       ?

       Comment CONT... LT. KNEE AND FEELS LIKE A "TINGLING"
            SENSATION. AGAIN,SHE DENIES HX OF INJURY TO HER
            LT. KNEE.   N04

       Location
       Custody of      ?

       Return Date  0/00/00   Return Time

F3=Exit

                                           F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 60 of 75

JMR000435

JNEUPDD              LINN COUNTY CORRECTIONAL CENTER          6/16/02 N01
                            ADD/UPDATE EVENT                  15:15:25 N04
Name JOHNSON, ANGELA JANE
Linn Co#  77651                         Cell 3 N    04

         Code SC  ? SICK CALL REQUESTED

         Date  6/16/02    Time 15:08
         Entry Officer N04    ?
                         MULLINS, KARMIN
         Court        ?


         Comment CONT.... SHE WAS ADVISED THIS WOULD BE DOCUMENTED
                 IN HER MEDICAL RECORD. SHE HAS BEEN TAKING MOTRIN
                 FOR HA'S AND FEELS THIS HELPS THE LT. KNEE PAIN AS

         Location WELL. HER PAIN IS BELOW THE
         Custody of          ?


         Return Date  0/00/00   Return Time

F3=Exit

                                                              F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 61 of 75
JMR000436

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        6/16/02 N01
                          ADD/UPDATE EVENT                  15:14:53 N04
Name JOHNSON, ANGELA JANE
Linn Co#   77651                           Cell 3 N    04

        Code SC  ? SICK CALL REQUESTED

        Date  6/16/02   Time 15:08
        Entry Officer N04    ?
                     MULLINS, KARMIN
        Court        ?


        Comment INMATE TO S/C WITH C/O LT. KNEE PAIN WITH NO HX OF
                INJURY. LT. KNEE HAS BEEN PAINFUL FOR 2 MONTHS AND
                IS GETTING WORSE. NO REDNESS OR SWELLING NOTED.

        Location GOOD STABILITY NOTED.  CONT...
        Custody of       ?


        Return Date  0/00/00   Return Time

F3=Exit
                                                            F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 62 of 75

JMR000437

JNEUPDD          LINN COUNTY CORRECTIONAL CENTER          6/13/02 S14S3
                      ADD/UPDATE EVENT                    11:43:53 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                         Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  6/13/02    Time 11:42
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment SEEN BY DR.SAFDAR, ORDERS TO RESUME TRAZODONE
                  150MG AT BEDTIME.


          Location
          Custody of        ?


          Return Date  0/00/00    Return Time

F3=Exit                                               F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 63 of 75

JMR000438

Name __Angela_____ Jackson __ M

Date Requested: __/__/__ Date Rec'd __/__/__

Officer # _____

| | A. |
|---|---|
| Cl___in _____ | |
| Check Cashed _____ | need have |
| Good Time _____ | medication |
| Haircut _____ | problem |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX | please see |
| Trusty _____ | MC S??? |
| Law Library _____ | (wants to see DR about |
| Maintenance _____ | her meds) |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer #: _____

Date: __/__/__

Time: _____

---

Name __Atkinson_____ Cellblock __?__

Date Requested: 6/31/02 Date Rec'd 6/23/02

Officer # __429__

| | A. |
|---|---|
| Chaplain _____ | I need a new |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: Max

Officer #: _____

Date: __/__/__ Ibuprofen

Time: _____ 4-CASE

file in angella's file

Payless Optical Outlet

single 29⁹⁵
frames + lens
Cindy
366 - 8388 Town + Country
3637 1st Ave SE Shopping Center
366 - 8342 Fax

2 wks on order

pay 1st - $5.⁰⁰ for shipping

Center to center = MM

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 64 of 75

JMR000439

Name A Johnson Cellblock M
Date Requested: 12/21/01 Date Rec'd 12, 21, 01
Officer # 429

PAYLESS OPTICAL OUTLET
3637 IST AVE SE BAY 16
CEDAR RAPIDS IA 524026149
319-366-0388
104031508997
THANK YOU COME AGAIN!

E.5317004018647503 0002

DATE 06/05/02          TIME 10:04 AM

ITEM:001   SALE        $34.95
ACCT: 5560760000209534  1103
RESP:  AUTH/TKT 030201

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X _____
SIGNATURE

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
RX ITEMS NOT CANCELLABLE OR REFUNDABLE

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I'd like to see Dr. Safdar please! |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | thanx |
| Sergeant* _____ | already on trazedone 11-29-01 saw safdar) and he put on papil |
| Sick Call* XXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | seen 12/26/01 |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #:_____
Date:___/___/___
Time:_____

---

Name Angela Johnson Cellblock M
Date Requested: 12 15 00 Date Rec'd 12/16/00
Officer # 429

| | |
|---|---|
| Chaplain _____ | A. I've been sick and think I have ear infection, I can not hear in my right ear. |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an ation of medical complaint or type of problem shall be written in space A.

Action taken: Q-TIPS NO Ear Flush pink
Officer #: 76
Date: 12/16/00

---

Name Angela Johnson Cellblock M
Date Requested: 12/1/00 Date Rec'd 12/01/00
Officer # 429

| | |
|---|---|
| Chaplain _____ | A. I have asked several times to see Dr. SAFDAR or his nurse. |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service XXX | But, never scam to get to. |
| Sergeant* XXX | |
| Sick Call* _____ | Why is that ???? |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken N03
Officer #:
Date: 12/6/00

Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 N    04

       Code SC  ?

       Date  6/03/02   Time 14:28
       Entry Officer N01JF  ?

       Court      ?

       Comment MEDICAL REVIEW/DR.EDEKER RE: CONTINUATION OF IBU
             800MG. SINCE SHE WAS STARTED ON THIS FOR HEADACHES
             B/C SHE NEEDED GLASSES, SHE MAY CONT THIS UNTIL

       Location HER GLASSES COME IN.
       Custody of      ?

       Return Date  0/00/00   Return Time

F3=Exit                                             F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 66 of 75
JMR000441

```
JNEUPDD                LINN COUNTY CORRECTIONAL CENTER          5/30/02 S14S3
                            ADD/UPDATE EVENT                    15:14:11 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  5/30/02    Time 15:10
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment INQUIRING ABOUT RE-STARTING TRAZODONE. THIS WAS
                  HELD DUE TO HER "PALMING" MED. TALKED W/ PSYCH RN,
                  HOLD MED UNTIL PSYCH SEES HER NEXT WEEK.

          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

JMR000442

**Top Left:**

Name: A. Johnson   Cellblock: M
Date Requested: 11/10/01   Date Rec'd: ___/___/___
Officer #: _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see Doctor Safdar as soon as possible please.

Thank you!

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

**Top Right:**

Name: A. Johnson   Cellblock: M
Date Requested: 5/30/01   Date Rec'd: ___/___/___
Officer #: _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see Dr. Safdar about my medication please

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

**Bottom Left:**

Name: A. Johnson   Cellblock: N
Date Requested: 1/20/02   Date Rec'd: ___/___/___
Officer #: _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I really, really need to see Dr. Safdar or his nurse the next time one of them is here.

Thank You

Action taken: She says she does not need to see her this week
Officer #: _____   NU1

**Bottom Right:**

Name: Angela Johnson   Cellblock: N
Date Requested: 5/28/02   Date Rec'd: 05/29/02
Officer #: O120

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see the doctor about my Traz. The only reason I palmed it was because it was only 7 PM, too early to take.

I can't imagine I'll be anything nice without my meds!

I need to see him or see his nurse.

Action taken: To Nursing Office
Officer #: 4/25
Date: 5/29/02
Time: 0130

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 N    04

          Code SC  ? SICK CALL REQUESTED

          Date  5/09/02    Time 13:39
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court         ?


          Comment PSYCH REVIEW, NEW ORDERS TO INCREASE TRAZODONE TO
                  150MG AT BEDTIME. VERBAL ORDER PER DR.SAFDAR/SUE
                  BLOME,RN.

          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                                      F12=Previous

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 69 of 75

JMR000444

Name JOHNSON, ANGELA JANE

Linn Co#    77651                  Cell 3 N    04

      Code SC   ? SICK CALL REQUESTED

      Date   5/09/02    Time 13:39
      Entry Officer N01JF ?
               FELTES, JOAN
      Court       ?

      Comment MEDICAL EXAM/DR.EDEKER RE: HEADACHES.SEE DICTATION
           NEW ORDERS FOR IBUPROFEN 800MG 2X/DAY.ALSO TO HAVE
           APPT SET UP W/ OPTHOMOLOGY. WILL CONTACT USM FOR

      Location TRANSPORT.
      Custody of       ?

      Return Date   0/00/00    Return Time

F3=Exit                                       F12=Previous

JMR000445

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER          4/25/02 S14S4
                         ADD/UPDATE EVENT                     15:54:54 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 N    04


        Code SC  ? SICK CALL REQUESTED

        Date  4/25/02   Time 15:53
        Entry Officer N01JF ?
                   FELTES, JOAN
        Court         ?



        Comment MEDICAL REVIEW/DR.EDEKER RE: RASH UNDER RT ARM.
             WILL DO TRIAL OF TOLNAFTATE CRM 2X/DAY FOR 10 DAYS
             F/U AS NEEDED.

        Location
        Custody of        ?



        Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 71 of 75

JMR000446

## Top Left Form

Name: A. Johnson  Cellblock: M
Date Requested: 11/10/01  Date Rec'd: __/__/__
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see Doctor Safdar as soon as possible please.

Thank you!

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Top Right Form

Name: A. Johnson  Cellblock: M
Date Requested: 5/30/01  Date Rec'd: __/__/__
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see Dr. Safdar about my medication please

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Bottom Left Form

Name: A. Johnson  Cellblock: N  SS
Date Requested: 7/20/02  Date Rec'd: __/__/__
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I really, really need to see Dr. Safdar or his nurse the next time one of them is here.

Thank you

Action taken: She says she does not need to see her this wk.
Officer #: _____ NVI
Date: _____

## Bottom Right Form

Name: Angela Johnson  Cellblock: N
Date Requested: 5/28/02  Date Rec'd: 05/29/02
Officer # 0120

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see the doctor about my Traz.

The only reason I palmed it was because it was only 7 pm, too early to take

I can't imagin I'll be anything nice without my meds!

I need to see him or see his nurse.

Action taken: To Nursing Office
Officer #: 425
Date: 5/29/02
Time: 0158

Case 3:09-cv-03064-MWB-LTS   Document 284-51   Filed 06/23/11   Page 72 of 75

JMR000447

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER           2/20/02 N01
                          ADD/UPDATE EVENT                     22:12:44 N01
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 L   03  02

          Code SC  ? SICK CALL REQUESTED

          Date  2/20/02   Time 22:06
          Entry Officer N03SS ?
                      SWEET, SUE
          Court        ?


          Comment CHECKED FOR HEAD LICE-NEG.



          Location
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                                  F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-51    Filed 06/23/11    Page 73 of 75

JMR000448

Name JOHNSON, ANGELA JANE
Linn Co#   77651                              Cell 3 M        12F

          Code SC  ? SICK CALL REQUESTED

          Date  1/17/02   Time 15:50
          Entry Officer N01JF ?
                    FELTES, JOAN
          Court        ?


          Comment MEDICAL EXAM/DR.POSPISIL RE: RASH ON UPPER RT ARM.
                  PLACED ON TRIAMCINOLONE 0.25% CREAM TO USE 2X/DAY
                  FOR 10 DAYS. F/U IF NO IMPROVEMENT.

          Location
          Custody of         ?


          Return Date  0/00/00   Return Time

F3=Exit                                                    F12=Previous

JMR000449

JNEUPDD          LINN COUNTY CORRECTIONAL CENTER       1/15/02 S14S4
                        ADD/UPDATE EVENT                 15:53:22 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                     Cell 3 M        12F

       Code SC   ? SICK CALL REQUESTED

       Date   1/15/02    Time 15:51
       Entry Officer N01JF ?
                FELTES, JOAN
       Court       ?

       Comment SEEN TODAY FOR C/O RASH ON RT UPPER ARM NOT
            RELIEVED W/ HYDROCORT. CRM. WILL HAVE JAIL DR.
            REVIEW.

       Location
       Custody of       ?

       Return Date   0/00/00    Return Time

F3=Exit

                                           F12=Previous

JMR000450