## Form 1 (top left)

Name A. Johnson  Cellblock M
Date Requested: 3-1-01  Date Rec'd 03/01/01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem will be written in space A.

A. _____
I have a huge lump on my leg. It was not there yesterday it doesn't hurt, it isn't bruised & BUT IT IS HUGE. CAN SOME ONE CHECK IT OUT PLEASE

Action taken: inmate states "it went away" per #429 doesn't want to be seen.
Officer #: M06
Date: 3/1/01
Time: _____

## Form 2 (top right)

Name A. Johnson  Cellblock M
Date Requested: 1/8/02  Date Rec'd 1/9/02
Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____ talked to mental Health nurse 12-26-01 meds increased

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A. mental nurse

A. _____
I really need to talk to Dr. Safaur please, it will only take 5 minutes! Thanx

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

## Form 3 (bottom left)

Name A. Johnson  Cellblock M
Date Requested: 02/11/01  Date Rec'd 2/11/01 0900  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
I Still need cream for my eye [illegible]

Action taken: M06
Officer #: M06
Date: 2/11/01

## Form 4 (bottom right)

Name Angela Johnson  Cellblock M
Date Requested: 01/15/01  Date Rec'd 01/15/01  Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* ✗
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
[illegible handwriting]

Action taken: was seen in S.C.
Officer #:
Date: [illegible]

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER          1/08/02 S14S4
                        ADD/UPDATE EVENT                     11:44:20 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 M        12F


        Code SC  ? SICK CALL REQUESTED

        Date  1/08/02    Time 11:43
        Entry Officer N01JF ?
                   FELTES, JOAN
        Court        ?


        Comment HEAD CHECKED FOR LICE, NOTHING FOUND, NO LICE OR
                NITS. WILL CONT TO MONITOR IF S/S CONTINUE.


        Location
        Custody of        ?


        Return Date  0/00/00    Return Time

F3=Exit                                                      F12=Previous
```

Case 3:09-cv-03064-MWB-LTS     Document 28-2     Filed 06/23/11     Page 2 of 57

JMR000452

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        12/26/01 S14S3
       .                   ADD/UPDATE EVENT                 21:26:29 M07
Name JOHNSON, ANGELA JANE
Linn Co#   77651                    .        Cell 3 M          12F


       Code SC  ? SICK CALL REQUESTED

       Date 12/26/01   Time 21:05
       Entry Officer N02TB ?
                   FINLEY-BURGER, TIA
       Court        ?


       Comment DR.SAFDAR INCREASED PAXIL TO 30MG QD.PHARMACY
               NOTIFIED.


       Location
       Custody of         ?


       Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 28-2    Filed 06/23/11    Page 3 of 57

JMR000455

## Request Form 1 

Name: A. Johnson    Cellblock: M

Date Requested: 12/21/01    Date Rec'd: 12, 21, 01

Officer #: 429

| | |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

I'd like to see Dr. Safdar please!

Thanx

already on trazodone 11-29-01 saw Safdar) and he put on paxil

seen) 12/26/01

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

PAYLESS OPTICAL OUTLET
3637 IST AVE SE. BAY 16
CEDAR RAPIDS IA 524026149
319-366-0388
104031500997
THANK YOU COME AGAIN!

E.5317004010647503 0002

DATE: 06/05/02     TIME 10:04 AM

ITEM 001    SALE    $34.95
ACCT: 556890000209534 1103
RESP: AUTH/TKT 038201

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X _____
SIGNATURE

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
RX ITEMS NOT CANCELLABLE OR REFUNDABLE

---

## Request Form 2 (bottom left)

Name: Angela Johnson    Cellblock: M

Date Requested: 12/15/00    Date Rec'd: 12/16/00

Officer #: 429

| | |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* XXX | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I've been sick and think I have ear infection, I can not hear in my right ear.

Action taken: Q-TIPS AND EAR FLUSH ____

Officer #: 176

Date: 12/16/00

Time: 1400

---

## Request Form 3 (bottom right)

Name: Angela Johnson    Cellblock: M

Date Requested: 12/1/00    Date Rec'd: 12/01/00

Officer #: 429

| | |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* XXX | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I have asked several times to see Dr. SAFDAR or his nurse. But, never seem to get to. Why is that???

Action taken: 1/03

Officer #: _____

Date: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 4 of 57

JMR000454

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER        12/08/01 N01
                        ADD/UPDATE EVENT                  13:40:21 N04
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M        12F

          Code SC  ? SICK CALL REQUESTED

          Date 12/08/01   Time 10:00
          Entry Officer N04   ?
                      MULLINS, KARMIN
          Court        ?


          Comment INMATE C/O GETTING A HA EVERY AM AFTER SHE TAKES
                  HER AM PAXIL DOSE. SHE HAS BEEN TAKING IT WITH
                  TYLENOL WHICH HAS HELPED. NO VOMITING. CAO.  SHE

          Location WILL ADVISE IF HA WORSEN. N04
          Custody of        ?


          Return Date  0/00/00   Return Time

F3=Exit                                               F12=Previous
```

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER          11/29/01 S14S5
                         ADD/UPDATE EVENT                     13:11:58 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                      Cell 3 M        12F


          Code SC  ? SICK CALL REQUESTED

          Date 11/29/01    Time 10:10
          Entry Officer N01JF ?
                     FELTES, JOAN
          Court        ?


          Comment PSYCHIATRIC EXAM/DR.SAFDAR. PLACED ON PAXIL 20MG
                  DAILY.


          Location
          Custody of          ?


          Return Date  0/00/00   Return Time

F3=Exit                                              F12=Previous
```

JMR000456

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        11/19/01 S14S5
                          ADD/UPDATE EVENT                  13:25:28 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M        12F

         Code SC  ? SICK CALL REQUESTED

         Date 11/19/01   Time 13:13
         Entry Officer N01JF ?
                   FELTES, JOAN
         Court        ?


         Comment CONT...ONE MONTH OR MORE. SHE AGREES TO TRY WARM
               MOIST PACKS TO AREA FOR A SHORT PERIOD OF TIME &
               STAFF TO RE-EVAL THIS IN 7-10 DAYS.

         Location
         Custody of        ?


         Return Date   0/00/00   Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 28-52    Filed 06/23/11    Page 7 of 57

JMR000457

**Form 1 (top left):**

Name A Johnson Block M
Date Requested: 11/19/01 Date Rec'd 11/19/01
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. ___

I really need to see Dr. Safdar when he comes next time.

Thank you!

Action taken:
Officer #: ___
Date: ___/___/___
Time: ___

**Form 2 (top right):**

Name A. Johnson Cellblock M
Date Requested: 6/24/01 Date Rec'd 6/24/01
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. THE LAST TIME I SAW DR. SAFDAR HE UPPED MY TRAZADONE TO 100 ml. BUT THE CHANGE WAS NEVER MADE COULD SOME ONE PLEASE CHECK INTO THIS FOR ME. A.S.A.P.
THANK YOU
A Johnson

Action taken:
Officer #: ___
Date: ___/___/___
Time: ___

**Form 3 (bottom left):**

Name ANGELA JOHNSON M
Date Requested: 11/8/00 Date Rec'd 11/9/00
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I NEED TO SEE THE DR. ABOUT MY SLEEP. "Every night can't sleep." "Screaming" this @ the nurse.

Action taken:
Officer #: not
Date: 11/10/00
Time: 0830

**Form 4 (bottom right):**

Name Angela Johnson M
Date Requested: 11/26/00 Date Rec'd 11/26/00
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* X
Trusty ___
Law Library ___
Maintenance ___

*If r___ or
explana___
complaint or type
shall be written in space A.

A. I would sure like to see a dentist ___

Action taken:
___er #: ___

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 8 of 57
JMR000458

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER        11/19/01 S14S5
                          ADD/UPDATE EVENT                  13:25:21 N01JF
Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 M        12F

          Code SC  ? SICK CALL REQUESTED

          Date 11/19/01    Time 13:13
          Entry Officer N01JF ?
                          FELTES, JOAN
          Court          ?


          Comment INMATE SEEN FOR A PEA-SIZE CYST ON HER LT CHEEK BY
                  CORNER OF EYE, APPROX ONE INCH AWAY FROM EYE.DOES
                  NOT AFFECT VISION OR GIVE HER ANY PROBLEMS. SHE

          Location STATES SHE HAS HAD THIS FOR...
          Custody of        ?


          Return Date  0/00/00    Return Time

     F3=Exit                                              F12=Previous
```

Name _A. Johnson_ Cellblock _M_

Date Requested: _11 / 18 / 01_ Date Rec'd _11 / 18 / 01_

Officer # _429_

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | The nurse |
| Good Time _____ | Carmon said I |
| Haircut _____ | need to see the |
| Religious Service _____ | doctor about a |
| Sergeant* _____ | lump by my eye. |
| Sick Call* _XXX_ | She thinks it may |
| Trusty _____ | be a cyst. |
| Law Library _____ | |
| Maintenance _____ | I would like to |
| | have the doctor look |
| | at it. I've had it for |
| | over a month now. |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
l be written in space A.

Action taken:

Officer #:_____

Date:_____/_____/_____

Time:_____

Case 3:09-cv-03064-MWB-LTS   Document 28-52   Filed 06/23/11   Page 9 of 57
JMR000459

## Top Left

Name A. Johnson  Cellblock M

Date Requested: 11/10/01  Date Rec'd ___/___/___

Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see Doctor Sardar as soon as possible please.

Thank you!

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

## Top Right

Name A. Johnson  Cellblock M

Date Requested: 5/30/01  Date Rec'd ___/___/___

Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see Dr. Sardar about my medication please

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

## Bottom Left

Name A. Johnson  Cellblock N

Date Requested: 7/20/02  Date Rec'd ___/___/___

Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I really, really need to see Dr. Sardar or his nurse the next time one of them is here.

Thank You

She says she does not need to see her this wk.

Action taken:

Officer #: _____  NJ1

## Bottom Right

Name Angela Johnson  Cellblock N

Date Requested: 5/28/02  Date Rec'd 05/29/02

Officer # 0120

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see the doctor about my Traz.

The only reason I palmed it was because it was only 7 pm, too early to take.

I can't imagin I'll be any thing nice with-out my meds!

I need to see him or see his nurse.

Action taken: To Nursing Office

Officer #: 425

Date: _____

Time: 0120

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 10 of 57

JMR000460

**Armstrong, Donna**

To:             *Jail Duty Officers
Cc:             *Correctional Center Nurses
Subject:        Medical Transport for Week Beginning Monday, October 15, 2001

Tuesday, October 16, 2001
    0730   Dental  Lawrence, Lisa
    0900   Dental  McAllen, Richard
                  Johnson, Angela
                  Jass, Tony
                  Marsolek, Susan
    1330   STD    Foster, Antonio

Thursday, October 18, 2001
    0915   PCI    Carter, Anthony

1

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 11 of 57

JMR000461

Name JOHNSON, ANGELA JANE        Cell 3 M      12F
Linn Co#   77651

       Code SC   ?

       Date 10/05/01    Time 13:57
       Entry Officer 199    ?

       Court        ?

       Comment C/O TOOTH PAIN, SHE LOST THE FILLING FOR HER LAST
              MOLAR ON TOP RIGHT SIDE
              GENTAL DENTAL SLIP PUT IN

       Location
       Custody of       ?

       Return Date   0/00/00    Return Time

                                                       F12=Previous

   F3=Exit

---

Name _Angela_____ Cellblock_____

Date Requested:____/____/____ Date Rec'd _10_/_1_/_01_

                        Officer # ___429___

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | |
| Good Time _____ | _____ |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant _____ | |
| Sick Call _X_ | |
| Trusty _____ | _Top Right_ |
| Law Library _____ | _Top_ |
| Maintenance _____ | _Last tooth_ |

If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer #:_____

Date:____/____/____

Time:_____

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 12 of 57

JMR000462

## Left Form

Name A. Johnson                Ce...ck M
Date Requested: 9, 25, 01   Date Rec'd 9, 25, 01
                                        Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* Mr. Carr
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

If request is for sick call or
see the sergeant, an
explanation of medical
complaint or type of problem
all be written in space A.

A. Mr. Carr,

If you would, please take me off suicide watch. I have been here just about 1 year now. Dr. Satdar and Dr. Logan both agree that I am not suicidal and I promise you that I am not. I believe if you ask the C.O.'s that see and talk to me on

Action taken: Denied per
Officer #: Bloom / psych RN
Date:
Time: + Mr. Carr

## Right Form

Name Angel Johnson        Cellblock M
Date Requested: _/_/_     Date Rec'd 02/04/01
                 2  4  01          Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXO
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of med...

A. _____

My eye is swollen shut, I asked for Ice or something last nite but got nothing m...

R/O contact dermatitus
to. ↑ O.S.
looks self inflicted

AGGRASTAT®
(tirofiban HCl)

993257(1)-12-AGG

JNEUPDD          LINN COUNTY CORRECTIONAL CENTER          9/22/01 N01
                      ADD/UPDATE EVENT                    20:40:54 M07
Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 M        12F

            Code SC  ? SICK CALL REQUESTED

            Date  9/22/01    Time 20:35
            Entry Officer 176    ?
                          HUMPHREY, SCOTT ANDREW
            Court         ?


            Comment SEEN FOR KITE ABOUT BEING SICK. SORE THROAT, COUGH
                    STUFFY NOSE. COLD PRODICAL X 3 DAYS.


            Location
            Custody of        ?


            Return Date  0/00/00    Return Time

      F3=Exit                                          F12=Previous


'e *A Johnson* _____ Cellblock__ *M*
Date Requested:__9-22-01__ Date Rec'd__9,22, 01
                        1700 Officer #__478

Chaplain _____        A. _____
Check Cashed _____
Good Time _____           I'm sick.
Haircut_____
Religious Service _____        I've caught
Sergeant* _____
Sick Call* __XX__            a cold and
Trusty _____
Law Library_____          need meds
Maintenance _____
                             Please.
'If request is for sick call or
o see the sergeant, an           Thank
xplanation of medical
omplaint or type of problem  Action taken: ____
าall he written in space A.  Officer #:____176
  ..vP                       Date:__9,22, 01
                             Time:__2100

JMR000464

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER           7/06/01 N01
                          ADD/UPDATE EVENT                     12:27:38 N02
Name JOHNSON, ANGELA JANE
Linn Co#   77651                       Cell 3 M        12F

          Code SC  ? SICK CALL REQUESTED

          Date  7/06/01   Time  8:00
          Entry Officer N02    ?
                     MCCULLOUGH, SHARON
          Court         ?


          Comment REFUSING TO TAKE HER CELEXA. STATES, "I DON'T FEEL
                  IT NEED IT ANYMORE, THE TRAZODONE IS ENOUGH."
                  (TAKES THE TRAZODONE AT HS).

          Location
          Custody of       ?


          Return Date  0/00/00   Return Time

F3=Exit                                                F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 15 of 57

JMR000465

Name JOHNSON, ANGELA JANE
Linn Co#   77651                  Cell 3 M.      12F

       Code SC   ? SICK CALL REQUESTED

       Date  7/05/01   Time  8:00
       Entry Officer N02    ?
                MCCULLOUGH, SHARON
       Court        ?


       Comment REFUSED AM CELEXA, NO REASON GIVEN, JUST DID NOT
             WANT TO TAKE THIS AM.


       Location
       Custody of      ?


       Return Date   0/00/00   Return Time

F3=Exit                                     F12=Previous

JMR000466

Name __A. Johnson__ Block __M__

**Name** __A. Johnson__  Block __M__
**Date Requested:** 11/19/01  **Date Rec'd** 11/19/01
Officer # __429__

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* __XXX__
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
I really need to see Dr. Safdar when he comes next time.

Thank you!

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

---

**Name** __A. Johnson__  Cellblock __M__
**Date Requested:** 6/24/01  **Date Rec'd** 6/24/01
Officer # __429__

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* __XXX__
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. THE LAST TIME I SAW DR. SAFDAR HE UPPED MY TRAZADONE TO 100 ml. BUT THE CHANGE WAS NEVER MADE COULD SOMEONE PLEASE CHECK INTO THIS FOR ME. A.S.A.P.
THANK YOU
A. Johnson

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

---

**Name** __ANGELA JOHNSON__  Cellblock __M__
**Date Requested:** 11/8/00  **Date Rec'd** 11/8/00
Officer # __429__

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I NEED TO SEE THE DR. ABOUT MY SLEEP. "Every night can't sleep" Screaming this @ the nurse.

Action taken:
Officer #: __not__
Date: ___/___/___
Time: __8:30__

---

**Name** __Angela Johnson__  Cellblock __M__
**Date Requested:** 11/20/00  **Date Rec'd** 11/20/00
Officer # __429__

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* __X__
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would sure like to see a dentist ____ when I'm hurting, before my tooth starts to rot from not having, or filling in. ____ Thank you

Action taken:
Officer #: _____

```
JNEUPDD            LINN COUNTY CORRECTIONAL CENTER          5/31/01 N01
                          ADD/UPDATE EVENT                  11:00:39 N01
Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 M         12F

        Code SC  ? SICK CALL REQUESTED

        Date  5/31/01   Time 10:54
        Entry Officer S25    ?
                      ARMSTRONG, DONNA MARIE
        Court         ?


        Comment SEEN BY DR SAFDAR



        Location
        Custody of          ?


        Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous
```

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 18 of 57

JMR000468

**Name** A. Johnson **Cellblock** M

**Date Requested:** 11/10/01 **Date Rec'd** ___/___/___

**Officer #** _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see Doctor Safdar as soon as possible please.

Thank you!

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

**Name** A. Johnson **Cellblock** M

**Date Requested:** 5/30/01 **Date Rec'd** ___/___/___

**Officer #** _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see Dr. Safdar about my medication please

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

**Name** A. Johnson **Cellblock** N

**Date Requested:** 1/20/02 **Date Rec'd** ___/___/___

**Officer #** _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

i really, really need to see Dr. Safdar or his nurse the next time one a him is here.

Thank you

Inm. says she does not need to see her this wk.

Action taken:

Officer #: _____ NM

Date: ___/___/___

---

**Name** Angela Johnson **Cellblock** N

**Date Requested:** 5/28/02 **Date Rec'd** 05/29/02

**Officer #** 0120

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I need to see the doctor about my Traz.

The only reason I palmed it was because it was only 7 pm, too early to take.

I cant imagin I'll be any thing nice with-out my meds!

I need to see him or see his nurse.

Action taken: To Nursing Office

Officer #: 425

Date: 5/29/02

Time: 0120

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 19 of 57

JMR000469

JNEUPDD                 LINN COUNTY CORRECTIONAL CENTER        5/13/01 N01
                            ADD/UPDATE EVENT                   18:36:58 N05
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M         12F

        Code SC  ?

        Date  5/13/01    Time 18:36
        Entry Officer N05    ?

        Court        ?


        Comment REFUSED TO COME TO SICKCALL WHEN OFFERED.



        Location
        Custody of        ?


        Return Date   0/00/00    Return Time

F3=Exit                                                    F12=Previous

JMR000470

Name: Angela Johnson  Cell: M
Date Requested: 2 14 01  Date Rec'd 2 14 01
Officer # 464

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Jan. stopped treatment for my eye.

Now it is swollen again!

I need something done before I have permanent damage done to it.

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

---

Name: Angela Johnson  Cellblock: M
Date Requested: 12-27-00  Date Rec'd 12/27/00
1800  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* X
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I need to see Dr. Safdar please

Action taken:
Officer #: 104
Date: 12/28/00
Time: 1100

---

Name: Johnson  Cellblock: N
Date Requested: 5/13/01  Date Rec'd 5/13/01
Officer # 40

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* ✓✓✓✓
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Having Stomach Pain, Also been Vomiting in My Sleep. Please Help Thanks

Action taken: Refused to Come
Officer #: _____
Date: _____

---

Name: Angela Johnson  Cellblock: M
Date Requested: 2 14 01  Date Rec'd 2 14 01
Officer # 464

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. My eye is swollen again!

Action taken:
Officer #: _____
Date: ___/___/___

Case 3:09-cv-03064-MWB-LTS  Document 284-52  Filed 06/23/11  Page 21 of 57
JMMR000471

Case 3:09-cv-03064-MWB-DTS    Document 284-52    Filed 06/23/11    Page 22 of 57
JMR000472

**Top Left:**

Name A. Johnson    Cellblock M
Date Requested: 3-1-01    Date Rec'd 03/01/01
Officer # 425

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem will be written in space A.

A. ___

I have a huge lump on my leg. It was not there yesterday it doesn't hurt, it isn't bruised BUT IT IS HUGE. CAN SOME ONE CHECK IT OUT PLEASE

Action taken: inmate states "it went away"
Officer #: MD6    per #429
Date: 3/1/01    doesn't want to be seen.
Time: ___

**Top Right:**

Name A. Johnson    Cellblock M
Date Requested: 1/8/02    Date Rec'd 1/9/02
Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___
talked to mental Health nurse 12-26-01 meds increased

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.
mental nurse

A. ___

I really need to talk to Dr. Safour please, it will only take 5 minutes! Thanx

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

**Bottom Left:**

Name A. Johnson    Cellblock M
Date Requested: 02/11/01    Date Rec'd 2/11/01
0900    Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

I Still Need cream for my eye

acquephtric [?]

Action taken: MD6
Officer #: MD6
Date: ___

**Bottom Right:**

Name Angela Johnson    Cellblock M
Date Requested: 01/15/01    Date Rec'd 01/15/01
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* X
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

please [illegible] my legs! please they [illegible] was seen

Action taken: ___
Officer #: on S.C.
Date: ___

Name JOHNSON, ANGELA JANE
Linn Co#   77651               Cell 3 M       12F
Last Transaction Date   2/14/01     Account Status Active
Total Deposits.......   1,106.05
Total Withdrawals....   1,081.30
Current Balance......     24.75

| S# | Date | Time | Amount | Type | Transaction Made | By | Qty | Item/Reason/Comment | Code | Sts |
|----|------|------|--------|------|------|----|-----|---------------------|------|-----|
| 1 | 2/14/01 | 6:44 | .75 | C | S28 | | 1 | JOLLY RANCHERS | 502 | |
| 2 | 2/14/01 | 6:44 | 2.25 | C | S28 | | 3 | POP TARTS | 501 | |
| 3 | 2/14/01 | 6:44 | .60 | C | S28 | | 1 | ROLOS | 157 | |
| 4 | 2/14/01 | 6:44 | .50 | C | S28 | | 1 | ROOT BEER BARRELS | 180 | |
| 5 | 2/14/01 | 6:44 | .60 | C | S28 | | 1 | SNICKERS | 158 | |
| 6 | 2/12/01 | 7:06 | 1.50 | C | S28 | | 2 | FRIENDSHIP CARDS | 244 | |
| 7 | 2/12/01 | 7:06 | .60 | C | S28 | | 1 | BUTTERFINGER | 3 | |
| 8 | 2/12/01 | 7:06 | 1.20 | C | S28 | | 2 | DORITOS | 188 | |
| 9 | 2/12/01 | 7:06 | 1.50 | C | S28 | | 2 | JOLLY RANCHERS | 502 | |
| 10 | 2/12/01 | 7:06 | 2.25 | C | S28 | | 3 | POP TARTS | 501 | |
| 11 | 2/12/01 | 7:06 | 1.00 | C | S28 | | 2 | ROOT BEER BARRELS | 180 | |
| 12 | 2/12/01 | 7:06 | .60 | C | S28 | | 1 | SNICKERS | 158 | |

ROLL UP/ROLL DOWN                     More...
F3=Exit                            F12=Previous

*May buy some lotion to put on dry skin around eyes ———— N01*

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 23 of 57

JMR000473

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 24 of 57

JMR000474

**Top-left form:**

Name: Angela Johnson  Cell: M
Date Requested: 2/14/01  Date Rec'd: 2/14/01
Officer #: 464

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* XXX
- Sick Call* _____
- Trusty _____
- Law Library _____
- Maintenance _____

If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Jan. stopped treatment for my eye. Now it is swollen again! I need something done before I have permant damage done to it.

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

**Top-right form:**

Name: Angela Johnson  Cellblock: M
Date Requested: 12/27/00  Date Rec'd: 12/27/00
18 cc  Officer #: 408

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* X
- Trusty _____
- Law Library _____
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I Need to See Dr. Safdar please

Action taken:
Officer #: 104
Date: 12/28/00
Time: 1100

**Bottom-left form:**

Name: Johnson  Cellblock: N
Date Requested: 5/13/01  Date Rec'd: 5/13/01
Officer #: 465

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* ✓✓✓✓✓
- Trusty _____
- Law Library _____
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Having Stomach Pain, Also been Vomiting in My Sleep. Please Help Thanks

Action taken: Refused to Come to Sickcall

Officer #: _____
Date: 5/16/01

**Bottom-right form:**

Name: Angela Johnson  Cellblock: M
Date Requested: 2/14/01  Date Rec'd: 2/14/01
Officer #: 464

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* XXX
- Trusty _____
- Law Library _____
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. My eye is swollen again!

Action taken:
Officer #: _____
Date: _____

## Top Left

Name __Angela Johnson__ Cell. __x__ __M__

Date Requested: _____ Date Rec'd __2/14/01__

(__2 14 01__) Officer # __4Pa__

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* __XXX__

Sick Call* _____

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. __Jan stopped treatment for my eye.__

__Now it is swollen again!__

__I need something done before I have permant damage done to it.__

Action taken:

Officer #:_____

Date:_____/_____/_____

Time:_____

## Top Right

Name __Ang la Johnson__ Cellblock __M__

Date Requested: ___/___/___ Date Rec'd __12/27/00__

__12-27-00__ __18cc__ Officer # __428__

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* __X__

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

__I need to see Dr. Safdar please__

Action taken:

Officer #:__no4__

Date:__12/28/00__

Time:__1100__

## Bottom Left

Name __Johnson__ Cellblock __N__

Date Requested: __5/13/01__ Date Rec'd __5/13/01__

Officer # __4Pa__

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* __✓✓✓✓__

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. __Having Stomach Pain, Also been Vomiting in my Sleep. Please Help Thanks__

Action taken: __Refused to Come f__

Officer #:_____

Date:_____

## Bottom Right

Name __Angela Johnson__ Cellblock __M__

Date Requested: ___/___/___ Date Rec'd __2/14/01__

__2 14 01__ Officer # __4Pa__

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* __XXX__

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. __My eye is swollen again!__

Action taken:

Officer #:_____

Date:_____

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 25 of 57   JOHNSON000475

**Name** A. Johnson  **Cellblock** M
**Date Requested:** 3-1-01  **Date Rec'd** 03/01/01
**Officer #** 425

Chaplain ____
Check Cashed ____
Good Time ____
Haircut ____
Religious Service ____
Sergeant* ____
Sick Call* XXX
Trusty ____
Law Library ____
Maintenance ____

request is for sick call or see the sergeant, an explanation of medical complaint or type of problem will be written in space A.

A. ____

I have a huge lump on my leg. It was not there yesterday it doesn't hurt, it isn't bruised BUT IT IS HUGE. CAN SOME ONE CHECK IT OUT PLEASE

Action taken: inmate states "it went away"
Officer #: MD6   per #429
Date: 3/1/01
Time: doesn't want to be seen.

---

**Name** A. Johnson  **Cellblock** M
**Date Requested:** 1/8/02  **Date Rec'd** 1/9/02
**Officer #** 428

Chaplain ____
Check Cashed ____
Good Time ____
Haircut ____
Religious Service ____
Sergeant* ____
Sick Call* XXX
Trusty ____
Law Library ____
Maintenance ____ talked to mental Health nurse 12-26-01 meds increased

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A. mental health nurse

A. ____

I really need to talk to Dr. Safaur please, it will only take 5 minutes! Thanx

Action taken:
Officer #: ____
Date: ___/___/___
Time: ____

---

**Name** A. Johnson  **Cellblock** M
**Date Requested:** 02/11/01  **Date Rec'd** 2/11/01  0900
**Officer #** 428

Chaplain ____
Check Cashed ____
Good Time ____
Haircut ____
Religious Service ____
Sergeant* ____
Sick Call* XXX
Trusty ____
Law Library ____
Maintenance ____

If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ____

I Still need cream for my eye

[illegible signature]

Action taken: MD6
Officer #: ____

---

**Name** Angela Johnson  **Cellblock** M
**Date Requested:** ___/___/___  **Date Rec'd** 01/15/01
01/15/01  **Officer #** 429

Chaplain ____
Check Cashed ____
Good Time ____
Haircut ____
Religious Service ____
Sergeant* ____
Sick Call* ____
Trusty ____
Law Library ____
Maintenance ____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ____

[illegible handwriting] please ... my eye ... please ... was seen

Action taken:
Officer #: in S.C.
Date: ___/___/___ yesterday

Name JOHNSON, ANGELA JANE
Linn Co#   77651                     Cell 3 M      12F

        Code SC  ? SICK CALL REQUESTED

        Date  2/09/01   Time 16:30
        Entry Officer N02   ?
                 MCCULLOUGH, SHARON
        Court      ?

        Comment INMATE REFUSING TRAY W/FISH. ON ANOTHER OCCASION
                WAS SERVED TUNA AND SAID COULD EAT THAT. SINCE SHE
                CAME IN W/ALLERGY OF FISH, WILL NO LONGER BE ABLE

        Location TO HAVE ANY TYPE OF FISH.
        Custody of      ?

        Return Date  0/00/00   Return Time

F3=Exit                                      F12=Previous

JMR000477

Name JOHNSON, ANGELA JANE
Linn Co#   77651                    Cell 3 M        12F

Code SC  ?

Date  2/05/01   Time 14:05
Entry Officer N01   ?

Court      ?

Comment LEFT UPPER LID PUFFY AND RED.  RIGHT UPPER LID
        AREA IS RED, BUT NOT PUFFY .  NO SIGNS OF CHEEK
        PUFFINESS.  SCLERA WHITE.  PERLA.  EOMI.

Location ICE TO APPARENT CHEMICAL BURN
Custody of      ?

Return Date  0/00/00   Return Time

*Dr. Pospisil*

F3=Exit                                        F12=Previous

JMR000478

Name A. Johnson  Ce..ck M
Date Requested: 9/25/01  Date Rec'd 9/25/01
Officer # 444

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* Mr. Carr
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Mr. Carr,

If you would, please take me off suicide watch. I have been here just about 1 year now. Dr. Safdar and Dr. Logan both agree that I am not suicidal and I promise you that I am not. I believe if you ask the C.O.'s that see and talk to me on →

Action taken: Denied per
Officer #: Bloom / psych RN
Date: + Mr. Carr
Time:

Name Angel Johnson  Cellblock M
Date Requested: / /  Date Rec'd 02/04/01
2 / 4 / 01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of med...

A.

My eye is swollen shut, I asked for Ice or something last nite but got nothing ...

R/O contact dermatitis
to T.O.S.
looks self inflicted

AGGRASTAT®
(tirofiban HCl)

993257(1)-12-AGG

```
JNEUPDD          LINN COUNTY CORRECTIONAL CENTER          1/23/01 NO1
                      ADD/UPDATE EVENT                    11:28:21 NO1
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M         12F

        Code SC  ?

        Date  1/23/01   Time 11:24
        Entry Officer NO5   ?

        Court        ?


        Comment INMATE HAS MONEY ON THE BOOKS, TOLD TO BUY LOTION
                IN THE COMMISARY. "IT DON'T DO NO GOOD." INFROMED
                INMATE WE DO NOT PROVIDE LOTION FOR DRY SKIN NO

        Location MEDICAL INDICATION.
        Custody of        ?


        Return Date  0/00/00   Return Time

F3=Exit                                                F12=Previous
```

Case 3:09-cv-03064-MWB-LTS   Document 28-52   Filed 06/23/11   Page 30 of 57

JMR000480

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 31 of 57
JMR000481

**Top-left form:**

Name: Angela Johnson   Cellblock: ___
Date Requested: __/__/__   Date Rec'd: 1/22/01
(01 0 5 01)   Officer #: 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call*, XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___
I feel like I am catching a cold. ...

Action taken:
Officer #: ___
Date: __/__/__
Time: ___

**Top-right form:**

Name: Angela Johnson   Cellblock: N
Date Requested: 11/14/00   Date Rec'd: 11/15/00
Officer #: 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

(1) When will I see a dentist about my tooth?

(2) Also, Am I going to see the op or a doctor about something to help me sleep?

(3) How long am I going to be on suicide watch?

Action taken: ___
Officer #: ___
Date: __/__/__
Time: ___

**Bottom-left form:**

Name: Angela Johnson   Cellblock: M
Date Requested: 01 07 01   Date Rec'd: 01 07 01
Officer #: 426

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would like to see the doctor, it is a Medication problem!
Wants Trazodone vs Amitriptyline

Action taken:
Officer #: ___
Date: __/__/__

**Bottom-right form:**

Name: Angela Johnson   Cellblock: ___
Date Requested: __/__/__   Date Rec'd: 1/22/01
01-22-01   Officer #: 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. My feet are dry and cracked need some cream for them

Action taken:
Officer #: ___
Date: __/__/__
Time: ___

Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M          12F

        Code SC  ?

        Date  1/23/01    Time 11:24
        Entry Officer N05    ?

        Court         ?

        Comment C/OCOLD SX. LUNGS CLEAR, AFEBRILE, COLD PROTOCOL
                TX. C/O DRY SKIN BILAT FEET. CALLOUS BUILD UP TO
                HEELS,REQUESTING "SOME LOTION TO MAKE THE SKIN

        Location SOFT."
        Custody of        ?

        Return Date  0/00/00    Return Time

JMR000482

## Form 1 (top left)

Name Angela Johnson Cellblock
Date Requested: ___/___/___  Date Rec'd 1/22/01
01 05 01   Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. ___
I feel like I
am catching
a cold.

Action taken:
Officer #: ___
Date: ___/___/___
Time: ___

## Form 2 (top right)

Name Angela Johnson Cellblock M
Date Requested: 11/14/00  Date Rec'd 11/15/00
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

① When will I
see a dentist
about my tooth?

② Also, Am I going
to see the Op
a doctor about
Something to help
me sleep?

③ How long am I going
to be on suicide
watch?

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

## Form 3 (bottom left)

Name Angela Johnson Cellblock M
Date Requested: 01/07/01  Date Rec'd 01/07/01
Officer # 426

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I would like
to see the
doctor. It
is a Medication
problem.
Wants
Trazodone to
amitriplyline

Action taken:
Officer #: ___
Date: ___/___/___
Time: ___

## Form 4 (bottom right)

Name Angela Johnson Cellblock
Date Requested: ___/___/___  Date Rec'd 1/22/01
01 22 01   Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.
My feet
are dry
and cracked
need some
cream for them

Action taken:
Officer #: ___
Date: ___/___/___
Time: ___

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 33 of 57
3MR000483

**Dolley, Jan**

| | |
|---|---|
| **From:** | Gardner, Brian |
| **Sent:** | Thursday, January 18, 2001 2:59 PM |
| **To:** | *Correctional Center Nurses; *Jail Deputies; *Jail Duty Officers; *Jail Female Correctional Officers; *Jail Sergeants |
| **Subject:** | 10-109 WATCH |

Sue Blome saw Angela Johnson (77651) and Dennis Bunn (76893) today. After consulting with her, both are to REMAIN on 10-109 watch.

Capt. Gardner

1

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 34 of 57

JMR000484

```
JNEUPDD              LINN COUNTY CORRECTIONAL CENTER         1/16/01  N01
                          ADD/UPDATE EVENT                   9:57:24  N01
Name JOHNSON, ANGELA JANE
Linn Co#   77651                        Cell 3 M          12F

        Code SC  ? SICK CALL REQUESTED

        Date  1/15/01   Time 10:00
        Entry Officer N02   ?
                  MCCULLOUGH, SHARON
        Court        ?


        Comment ON FURTHER DISCUSSION W/INMATE HAD USED THE MAGIC
                SHAVE FROM COMMISSARY ON HER EYEBROWS. INSTRUCTED
                TO NOT USE ANYMORE, MOST LIKELY IS THE CAUSE OF

        Location HER EYE SWELLING/RASH.
        Custody of        ?


        Return Date   0/00/00    Return Time

F3=Exit                                              F12=Previous
```

JMR000485

**Form 1 (top left):**

Name: A. Johnson  Cellblock M
Date Requested: 3-1-01  Date Rec'd 03/01/01
Officer # 425

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem will be written in space A.

A. I have a huge lump on my leg. It was not there yesterday it doesn't hurt, it isn't bruised & BUT IT IS HUGE. CAN SOME ONE CHECK IT OUT PLEASE

Action taken: inmate states "it went away"
Officer #: MD6    per #429.
Date: 3/1/01   doesn't want to be seen.
Time: ___

**Form 2 (top right):**

Name: A. Johnson  Cellblock M
Date Requested: 1/8/02  Date Rec'd 1/9/02
Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance talked to mental Health nurse 12-26-01 meds increased

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.
mental health nurse

A. I really need to talk to Dr. Safaur please, it will only take 5 minutes! Thanx

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

**Form 3 (bottom left):**

Name: A. Johnson  Cellblock M
Date Requested: 02/11/01  Date Rec'd 2/11/01
0800 Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I Still Need Cream for my eye
[illegible] X3d

Action taken: MD6
Officer #: MD6

**Form 4 (bottom right):**

Name: Angela Johnson  Cellblock M
Date Requested: 01/15/01  Date Rec'd 01/15/01
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* X
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. please [illegible]
[illegible]
[illegible]
please [illegible]
was seen

Action taken: in S.C.
Officer #: [illegible]
Date: ___

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 36 of 57
JMR000486

# LINN COUNTY CORRECTIONAL CENTER

## HEALTH SERVICE

### SICK CALL SLIP

NAME: Angela Johnson 77651
Date: 1-15-01
Time:

## INMATE MEDICAL REQUEST: (Subjective)

O.S. upper lid swelling - started 3 days ago
Also, noted rash on lateral aspect of
lower lip. Both areas are itchy. Thought
maybe gotten bite by something!
c/o vision being blurry in o.s.

## TO BE FILLED OUT BY REGISTERED NURSE:

TRIAGE: see soon

1-15-01 ~ 1000 _____ DATE & TIME

## RN's Nursing Notes:

Objective: Red raised rash around lips. Edema
on upperlids o.u. sm. red raised rash there also.
Assessment: Alterations in comfort, ? contact dermatitis

Plan: 1. Hydrocortisone to rash area around
lips.
2. Ice to eye.
3. No more Magic shave to remove
eyebrows

NOz/Nas 1/15/01 , 100
(signature, date, time)

Name _Drop Tyson M_ Cellblock M

Date Requested: _/_/_ Date Rec'd _/_/_

Officer # _____

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 37 of 57
JMR000487

## Form 1 (top left)

Name ~~Angela Johnson~~ Cellblock

Date Requested: / / Date Rec'd 1 /22/01

01 0·0 01 Officer # 429

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call*, ~~XXX~~

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

I feel like I

am catching

a cold

[illegible]

Action taken:

Officer #: _____

Date: ____/____/____

Time: _____

## Form 2 (top right)

Name Angela Johnson Cellblock M

Date Requested: 1 /14/00 Date Rec'd 11 /15/00

Officer # 429

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXXXXX

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

① When will I see a dentist about my tooth?

② Also, am I going to see the or a doctor about something to help me sleep?

③ How long am I going to be on suicide watch?

Action taken: _

Officer #: _____

Date: ____/____/____

Time: _____

## Form 3 (bottom left)

Name ~~Angela Johnson~~ M Cellblock

Date Requested: 01 07 01 Date Rec'd 01 07 01

Officer # 426

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXXXX

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would like

to see the

doctor it

is a Medication

Problem I

want to [illegible]

Trazodone to

Amitriptyline [illegible]

Action taken

Officer [illegible] to [illegible]

N/O 3

## Form 4 (bottom right)

Name Angela Johnson Cellblock

Date Requested: / / Date Rec'd 1 /22/01

01 22 01 Officer # 429

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* XXX

Trusty _____

Law Library _____

Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

My feet

are dry

and cracked

I need some

Cream for them

Action taken:

Officer #: _____

Date: ____/____/____

Time: _____

Case 3:09-cv-03064-MWB-LTS Document 284-52 Filed 06/23/11 Page 38 of 57

JMR000488

**Name** Angela Johnson **Cell.** M
**Date Requested:** 2/14/01
2/14/01
**Date Rec'd** 2/14/01
**Officer #** 424

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* XXX
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Jan stopped treatment for my eye.

Now it is swollen again!

I need something done before I have permanent damage done to it.

Action taken:

Officer #: ___
Date: ___/___/___
Time: ___

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** ___/___/___
12-27-00
**Date Rec'd** 12/27/00
**Officer #** 478

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* X
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I Need to See Dr. Safdar please

Action taken:

Officer #: 104
Date: 12/28/00
Time: 1100

---

**Name** Johnson **Cellblock** N
**Date Requested:** 5/13/01 **Date Rec'd** 5/13/01
**Officer #** 424

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ✓✓✓✓
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Having Stomach Pain, Also been Vomiting in My Sleep. Please Help Thanks

Action taken: Refused to Come to Sick call

Officer #: ___
Date: ___

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** ___/___/___
2/14/01
**Date Rec'd** 2/14/01
**Officer #** 424

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. My eye is swollen again!

Action taken:

Officer #: ___
Date: ___

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 39 of 57

JMR000489

Name JOHNSON, ANGELA JANE
Linn Co#   77651                          Cell 3 M          12F

          Code SC  ? SICK CALL REQUESTED

          Date 12/18/00    Time 13:55
          Entry Officer M06   ?
                      BEVANS, KELLIE
          Court        ?


          Comment BILATERAL EXTERNAL EAR CANAL RED & TENDER.
                  CORTISPORIN OTIC SUSPENSION BILATERAL EARS
                  BID X 7 DAYS

          Location
          Custody of      ?


          Return Date  0/00/00   Return Time

F3=Exit                                                     F12=Previous

Name Angela Johnson Ca ck M
Date Requested: 11,22,00  Date Rec'd 11,22,00
                                            1/29
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

If request is for sick call or
see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. When am I
going to get
to see a
dentist so
I can get
my tooth re-
filled?

I hope before it is
too late, I want
to save this
tooth - not get
it pulled

Thanx

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

---

cu. Johnson

1) Excedrin PM
   2 tabs at 8pm

2) Celexa 20mg at 8AM

3) Serzone 75mg at 8pm
   & to stop when gone

4) Trazadone 75mg at 8pm,
   when Serzone is gone at
   8pm
                        DC
5) Serzone 150mg at 8AM & 8pm

---

Name Angela Johnson Cellblock M
Date Requested: ___/___/___  Date Rec'd 12,17,00
                                              429
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

If request is for sick call or
see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I have ear
infection. I
have had it for
2 days now.

I have NO hearing
in my right ear.

~~I have been able to~~
~~hear clearly since~~

I am in much pain and
need to see the
doctor.

Action taken: _____
Officer #: _____
Date: ___/___/___

---

Name A. Johnson Cellblock M
Date Requested: 12,18,00  Date Rec'd 12,19,00
                                              426
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I would still
like to see a
Doctor about
my ears 3 cold!

Thanks

Action taken: _____
Officer #: _____

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 41 of 57
JMR000491

Name Angela Johnson  Ce  ck  M
Date Requested: 11, 22, 00  Date Rec'd 11, 72, 00
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

If request is for sick call or
see the sergeant, an
planation of medical
mplaint or type of problem
all be written in space A.

A. When am I going to get to see a dentist so I can get my tooth re-filled?

I hope before it is too late, I want to save this tooth - not get it pulled.

Action taken: Thanx

Officer #: ___
Date: ___/___/___
Time: ___

---

a. Johnson

1) Excedrin PM
   2 tabs at 8pm

2) Celexa 20mg at 8AM

3) Serzone 75mg at 8pm
   & to stop when gone

4) Trazadone 75mg at 8pm
   when serzone is gone at
   8pm
                      DC
5) Serzone 150mg at 8AM & 8pm

---

Name Angela Johnson  Cellblock M
Date Requested: ___/___/___  Date Rec'd 12, 17, 00
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

If request is for sick call or
see the sergeant, an
planation of medical
mplaint or type of problem
all be written in space A.

A. I have ear infection. I have had it for 2 days now.

I have NO hearing in my right ear.

~~please ... ~~

I am in much pain and need to see the doctor.

Action taken: ___
Officer #: ___
Date: ___/___/___

---

Name A. Johnson  Cellblock M
Date Requested: 12, 18, 00  Date Rec'd 12, 19, 00
Officer # 426

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I would still like to see a Doctor about my ears & cold!

Thanks

Action taken:
Officer #: ___

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 42 of 57

JMR000492

## Top-left form

Name: A. Johnson Cellblock: M
Date Requested: 12/21/01 Date Rec'd: 12, 21, 01
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call* ✗✗✗
- Trusty
- Law Library
- Maintenance

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I'd like to see Dr. Safdar please!

thanx
already on trazodone
11-29-01 saw Safdar
and he put on paxil

Seen 12/26/01

Action taken:
Officer #:
Date: / /
Time:

## Receipt (top-right)

PAYLESS OPTICAL OUTLET
3637 1ST AVE SE BAY 16
CEDAR RAPIDS IA 524026149
319-366-8388
104031500997
THANK YOU COME AGAIN!

E.5317004010647503 0002

DATE 06/05/02          TIME 10:04 AM

ITEM 001   SALE        $34.95
ACCT: 556876000209534  1163
RESP: AUTH/TKT 030201

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X _____
SIGNATURE

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
RX ITEMS NOT CANCELLABLE OR REFUNDABLE

## Bottom-left form

Name: Angela Johnson Cellblock: M
Date Requested: 12/15/00 Date Rec'd: 12/16/00
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call* ✗✗✗
- Trusty
- Law Library
- Maintenance

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I've been sick and think I have ear infection, I can not hear in my right ear.

Action taken: Q-TIPS AND Ear flush done
Officer #: 176
Date: 12/16/00

## Bottom-right form

Name: Angela Johnson Cellblock: M
Date Requested: 12/1/00 Date Rec'd: 12/01/00
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant* ✗✗✗
- Sick Call*
- Trusty
- Law Library
- Maintenance

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

I have asked several times to see Dr. SAFDAR or his nurse.

But never seem to get to.

Why is that???

Action taken: N03
Officer #:
Date: 12/6/00

Name A Johnson Cellblock M
Date Requested: 12/31/01 Date Rec'd 12, 21, 01
Officer # 429

| Chaplain | ___ |
| Check Cashed | ___ |
| Good Time | ___ |
| Haircut | ___ |
| Religious Service | ___ |
| Sergeant* | ___ |
| Sick Call* | XXXX |
| Trusty | ___ |
| Law Library | ___ |
| Maintenance | ___ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

I'd like to see Dr. Safdar please!

thanx
already on trazedone) 11-29-01 saw Safdar) and he put on paxil

seen 12/26/01

Action taken:
Officer #: ___
Date: ___ / ___ / ___
Time: ___

PAYLESS OPTICAL OUTLET
3637 1ST AVE SE, BAY 16
CEDAR RAPIDS IA 52402-6149
319-366-0388
104031508997
THANK YOU COME AGAIN!

E.5317004010647503 0002

DATE: 06/05/02          TIME 10:04 AM

ITEM: 001    SALE    $34.95
ACCT: 5568700000297534  1103
RESP: AUTH/TKT 038201

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X ___
SIGNATURE

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
RX ITEMS NOT CANCELLABLE OR REFUNDABLE

---

Name Angela Johnson Cellblock M
Date Requested: ___ / ___ / ___ Date Rec'd 12/16/00
12 15 00    Officer # 429

| Chaplain | ___ |
| Check Cashed | ___ |
| Good Time | ___ |
| Haircut | ___ |
| Religious Service | ___ |
| Sergeant* | ___ |
| Sick Call* | XXX |
| Trusty | ___ |
| Law Library | ___ |
| Maintenance | ___ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I've been sick and think I have ear infection, I can not hear in my right ear.

Action taken: Q-TIPS AND Ear Flush park
Officer #: 176
Date: 12/16/00

---

Name Angela Johnson Cellblock M
Date Requested: 12/1/00 Date Rec'd 12/01/00
Officer # 429

| Chaplain | ___ |
| Check Cashed | ___ |
| Good Time | ___ |
| Haircut | ___ |
| Religious Service | ___ |
| Sergeant* | XXX |
| Sick Call* | ___ |
| Trusty | ___ |
| Law Library | ___ |
| Maintenance | ___ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I have asked several times to see Dr. SAFDAR or his nurse.

But, never seem to get to. Why is that???

Action taken: 103
Officer #: ___
Date: 12/6/00

**Name** A. Johnson    lock M

Date Requested: 11 / 19 / 01    Date Rec'd 11 / 19 / 01

Officer # 429

| | A. |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | I really need to |
| Good Time _____ | see Dr. Safdar |
| Haircut _____ | when he comes |
| Religious Service _____ | next time. |
| Sergeant* _____ | |
| Sick Call* XXX | Thank you! |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #:_____

Date:____ / ____ / ____

Time:_____

---

**Name** A. Johnson    Cellblock M

Date Requested: 6 / 24 / 01    Date Rec'd 6 / 24 / 01

Officer # 429

| | A. THE LAST |
|---|---|
| Chaplain _____ | TIME I SAW |
| Check Cashed _____ | DR. SAFDAR HE |
| Good Time _____ | UPPED MY TRAZ- |
| Haircut _____ | ADONE TO |
| Religious Service _____ | 100 ml. BUT |
| Sergeant* _____ | THE CHANGE |
| Sick Call* XXX | WAS NEVER MADE |
| Trusty _____ | COULD SOMEONE |
| Law Library _____ | PLEASE CHECK INTO |
| Maintenance _____ | THIS FOR ME. |

A.S.A.P.

THANK YOU

A Johnson

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #:_____

Date:____ / ____ / ____

Time:_____

---

**Name** ANGELA JOHNSON   Cellblock M

Date Requested: 11 / 8 / 00    Date Rec'd 11 / 8 / 00

Officer # 429

| | A. |
|---|---|
| Chaplain _____ | I NEED TO |
| Check Cashed _____ | |
| Good Time _____ | SEE THE |
| Haircut _____ | |
| Religious Service _____ | DR. ABOUT |
| Sergeant* _____ | |
| Sick Call* _____ | MY SLEEP. |
| Trusty _____ | "Every night |
| Law Library _____ | can't sleep |
| Maintenance _____ | Screaming" this |
| | @ the nurse. |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: not

Date: 11 / 10 / 00

Time:_____

---

**Name** Angela Johnson   Cellblock M

Date Requested: 11 / 26 / 00    Date Rec'd 11 / 26 / 00

Officer # 429

| | A. I would sure |
|---|---|
| Chaplain _____ | like to see |
| Check Cashed _____ | a dentist or |
| Good Time _____ | someone when |
| Haircut _____ | I'm having |
| Religious Service _____ | trouble with |
| Sergeant* _____ | tooth starts |
| Sick Call* ✗ | to rot from |
| Trusty _____ | not having a |
| Law Library _____ | filling in |
| Maintenance _____ | |
| | Thank you! |

*If _____ or

explanat...

complaint or type_____

shall be written in space A.

Action taken:

_____ er #:_____

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 45 of 57

JMR000495

Name: Angela Johnson  Cellblock: M
Date Requested: 11/22/00  Date Rec'd: 11/22/00
Officer #: 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. When am I going to get to see a dentist so I can get my tooth re-filled?

I hope before it is too late. I want to save this tooth - not get it pulled.

Thanx

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

---

u. Johnson

1) Excedrin PM
   2 tabs at 8pm

2) Celexa 20mg at 8AM

3) Serzone 75mg at 8pm
   & to stop when gone

4) Trazadone 75mg at 8pm
   when Serzone is gone at
   8pm

5) Serzone 150mg at 8AM & 8pm   DC

---

Name: Angela Johnson  Cellblock: M
Date Requested: ___/___/___  Date Rec'd: 12/17/00
Officer #: 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I have ear infection. I have had it for 2 days now.

I have NO hearing in my right ear.

~~I have been able to~~ ~~the near is deaf the~~

I am in much pain and need to see the doctor.

Action taken: ___
Officer #: ___
Date: ___/___/___

---

Name: A. Johnson  Cellblock: M
Date Requested: 12/18/00  Date Rec'd: 12/19/00
Officer #: 426

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* XXXXX
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would still like to see a doctor about my ears & cold!

Thanks :)

Action taken: ___

Case 3:09-cv-03064-MWB-LTS   Document 84-5   Filed 06/23/11   Page 46 of 57

JMR000496

**Form 1 (top left)**

Name: Angela J...
Date Requested: _____ Date Rec'd: 1/22/01
01 05 01 Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
I feel like I
am catching
a cold.

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

---

**Form 2 (top right)**

Name: Angela Johnson N
Date Requested: 11/14/00  Date Rec'd: 11/15/00
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.
① When will I
see a dentist
about my tooth?

② Also, Am I going
to see the op
a doctor about
something to help
me sleep?

③ How long am I going
to be on suicide
watch?

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

---

**Form 3 (bottom left)**

Name: Angela Johnson M
Date Requested: 01/07/01  Date Rec'd: 01/07/01
Officer # 426

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXXX
Trusty _____
Law Library _____
Maintenance _____

If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I would like
to see the
doctor it
is a Medication
problem I
want
Trazodone &
amitriptyline

Action taken:
Officer #: _____
Date: _____

NO 3

---

**Form 4 (bottom right)**

Name: Angela Johnson
Date Requested: 01/22/01  Date Rec'd: 1/22/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.
My feet
are dry
and cracked
I need some
cream for them

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-52    Filed 06/23/11    Page 47 of 57
JMR000497

## Left Form

Name: Angela Johnson Cellblock M

Date Requested: ___/___/___ Date Rec'd 11/13/00

Officer # ___

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | Can I get |
| Haircut | something |
| Religious Service | for my |
| Sergeant* ~~XXX~~ | WART? |
| Sick Call* ~~XXX~~ | |
| Trusty | |
| Law Library | |
| Maintenance | THANK YOU |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

## Right Form

Name: Angela Johnson Cellblock M

Date Requested: 11/11/00 Date Rec'd 11/10/00

2330 Officer # 428

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | I need Compound |
| Good Time | W for my wart |
| Haircut | on my hand |
| Religious Service | |
| Sergeant* ✓ | |
| Sick Call* ✓ | |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

## Bottom Left Notes

No meds since 10/14. Went to hosp. 10/13. Celexa was last med taken

BMP — Total protein
CBC
Lytes
8 thing

UA for drugs

## Bottom Right Notes

Angela Johnson:

10/11/00

Excedrin PM 2 tabs at 8 pm

Celexa 20 mg at 8 AM

Serzone .75 mg ½ tab at 8 pm till gone
(8-½ tabs left)

When Serzone gone → Trazadone 75 mg at 8...

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 48 of 57

JMR000498

## Left card

Name Angela Johnson Cb ck M

Date _____ed: __/__/__  Date Rec'd 11/13/00

Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____ ●
Haircut _____
Religious Service _____
Sergeant* ✗✗✗
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Can I get something for my WART?

THANK YOU

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Right card

Name Angela Johnson Cellblock M

Date Requested: 11/11/00  Date Rec'd 11/10/00

3330  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* ✓
Sick Call* ✓
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

I need Compound W for my wart on my hand

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Lower left

No meds since 10/14. Went to hosp. 10/13. Celexa was last med taken

BMP - Total protein
CBC
lytes
g. thing

UA for drugs

## Lower right

Angela Johnson:

10/11/00

Excedrin PM 2 tabs at 8pm

Celexa 20mg at 8 AM

Serzone .75mg ½ tab at 8pm till gone
(8-½ tabs left)

When Serzone gone → Trazodone 75mg at 8...

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 49 of 57

JMR000499

Name JOHNSON, ANGELA JANE
Linn Co#   77651                  Cell 3 M       12F

Code SC   ? SICK CALL REQUESTED

Date 11/10/00    Time   8:30
Entry Officer N04    ?
            MULLINS, KARMIN
Court        ?

Comment WHEN QUESTIONED ABOUT HER KITE TO SEE THE DR.
       ABOUT HER SLEEP,SHE RUDELY STARTED SCREAMING TO
       NURSE THAT SHE "CAN'T SLEEP LIKE THE KITE STATES".

Location REFUSED TO ELABORATE.   N04
Custody of       ?

Return Date   0/00/00    Return Time

F3=Exit                                    F12=Previous

**Name** A. Johnson **Block** M
**Date Requested:** 11/19/01 **Date Rec'd** 11/19/01
**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | |
| Good Time _____ | I really need to |
| Haircut _____ | see Dr. Safdar |
| Religious Service _____ | when he comes |
| Sergeant* _____ | next time. |
| Sick Call* XXX | |
| Trusty _____ | Thank you! |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

**Name** A. Johnson **Cellblock** M
**Date Requested:** 6/24/01 **Date Rec'd** 6/24/01
**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. THE LAST |
| Check Cashed _____ | TIME I SAW |
| Good Time _____ | DR. SAFDAR HE |
| Haircut _____ | UPPED MY TRAZ- |
| Religious Service _____ | ADONE TO |
| Sergeant* _____ | 100 ml. BUT |
| Sick Call* XXX | THE CHANGE |
| Trusty _____ | WAS NEVER MADE |
| Law Library _____ | COULD SOME ONE |
| Maintenance _____ | PLEASE CHECK INTO |

THIS FOR ME.
A.S.A.P.
THANK YOU
A. Johnson

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

---

**Name** ANGELA JOHNSON **Cellblock** M
**Date Requested:** 11/8/00 **Date Rec'd** 11/8/00
**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I NEED TO |
| Good Time _____ | |
| Haircut _____ | SEE THE |
| Religious Service _____ | |
| Sergeant* _____ | DR. ABOUT |
| Sick Call* _____ | |
| Trusty _____ | MY SLEEP. |
| Law Library _____ | |
| Maintenance _____ | "Every night |
| | can't sleep" |

Screaming this
to the nurse.

request is for sick call or see the sergeant, an ... n of medical ...nplaint or type of problem ill be written in space A.

Action taken:

Officer #: not

Date: 11/10/00

Time: 823/0

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 11/26/00 **Date Rec'd** 11/26/00
**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | I would sure |
| Good Time _____ | like to see |
| Haircut _____ | a dentist or |
| Religious Service _____ | know when |
| Sergeant* _____ | I'm going to, |
| Sick Call* X | before my |
| Trusty _____ | teeth starts |
| Law Library _____ | to rot from |
| Maintenance _____ | not having a |
| | filling in |

*If r ... or

explana...
complaint or typ...
shall be written in space A.

Action taken:

...er #: _____

JMR000301

JNEUPDD       LINN COUNTY CORRECTIONAL CENTER      10/17/00 N01
               ADD/UPDATE EVENT            17:46:57 N01

Name JOHNSON, ANGELA JANE
Linn Co#  77651               Cell 3 M   01   10

       Code SC   ? SICK CALL REQUESTED

       Date 10/16/00    Time 16:30
       Entry Officer N02    ?
                MCCULLOUGH, SHARON
       Court       ?


       Comment NOTIFIED BLACKHAWK CO. JAIL. INMATE WILL NEED A TB
              TEST DONE. NO MEDS SINCE HER SUICIDE ATTEMPT 10/12
              WILL REFER TO MENTAL HEALTH. NEEDS LABS DONE AND

       Location REPEAT UA.
       Custody of       ?


       Return Date   0/00/00    Return Time

F3=Exit                          F12=Previous

*Does not remember the suicide, or that she had suicidal thoughts to do so. All she remembers if a warm feeling running down her head et face, that left a numbing feeling./Nou*

JMR000502

JNEUPDD          LINN COUNTY CORRECTIONAL CENTER      10/16/00 NO1
                      ADD/UPDATE EVENT           0:02:23 NO2
Name JOHNSON, ANGELA JANE
Linn Co#  77651                  Cell 3 M   01  10

       Code SC  ? SICK CALL REQUESTED

       Date 10/16/00   Time 16:30
       Entry Officer NO2   ?
                MCCULLOUGH, SHARON
       Court      ?


       Comment NOTIFIED BLACKHAWK CO. JAIL. INMATE WILL NEED A TB
            TEST DONE. NO MEDS SINCE HER SUICIDE ATTEMPT 10/12
            WILL REFER TO MENTAL HEALTH. NEEDS LABS DONE AND

       Location REPEAT UA.
       Custody of     ?


       Return Date  0/00/00   Return Time

F3=Exit                                     F12=Previous

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 53 of 57

JMR000503

## Top left form

Name Angela Johnson Ce[ll]ck M
Date Requested: 11/22/00   Date Rec'd 11/22/00
Officer # _4127_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. When am I going to get to see a dentist so I can get my tooth re-filled?

I hope before it is too late, I want to save this tooth - not get it pulled.

Action taken: Thanx

Officer #: _____
Date: ___/___/___
Time: _____

## Top right form

(X) Dr. Johnson

1) Excedrin PM 2 tabs at 8pm

2) Celexa 20mg at 8 AM

3) Serzone 75 mg at 8pm & to stop when gone

4) Trazadone 75 mg at 8pm, when serzone is gone at 8pm

5) Serzone 150mg at 8Am & 8pm   DC

## Bottom left form

Name Angela Johnson  Cellblock M
Date Requested: ___/___/___   Date Rec'd 12/17/00
Officer # _429_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I have ear infection. I have had it for 2 days now.

I have NO hearing in my right ear.

~~I am about to~~ ~~be more deaf then~~

I am in much pain and need to see the doctor.

Action taken: _____
Officer #: _____
Date: ___/___/___

## Bottom right form

Name A. Johnson  Cellblock M
Date Requested: 12/18/00   Date Rec'd 12/19/00
Officer # _426_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* XXXX
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would still like to see a Doctor about my ears & cold!

Thanks

Action taken: _____
Officer #: _____

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 54 of 57

JMR000304

Name Angela Johnson Cellblock M

Name Angela Johnson Cellblock M

Date Requested: 11/11/00  Date Rec'd 11/13/00
Date Requested: 11/11/00  Date Rec'd 11/10/00
2330  Officer # 428

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | Can I get |
| Sergeant* | something |
| Sick Call* | for my |
| Trusty | WART? |
| Law Library | |
| Maintenance | |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

THANK YOU!

Action taken:

Officer #:_____

Date:_____/_____/_____

Time:_____

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | I Need Compound |
| Good Time | W for my wart |
| Haircut | on my hand |
| Religious Service | |
| Sergeant* | ✓ |
| Sick Call* | ✓ |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer #:_____

Date:_____/_____/_____

Time:_____

No meds since
10/14. Went to
hosp. 10/13. Celexa
was last med taken

BMP — Total protein
CBC
lytes
g thing

UA for drugs

Angela Johnson:
10/11/00
Excedrin PM 2 tabs
at 8 pm

Celexa 20 mg  at 8 AM

Serzone .75 mg ½ tab
at 8 pm till
gone
(8-½ tabs left)
When Serzone gone →
Trazadone 75 mg at
8...

Case 3:09-cv-03064-MWB-LTS   Document 284-52   Filed 06/23/11   Page 55 of 57
JMR000505

Case 3:09-cv-03064-MWB-LTS     Document 284-52    Filed 06/23/11    Page 56 of 57

JMR000306

Name Angela Johnson  Cellblock M
Date Requested: __/__/__     Date Rec'd 11/13/00
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* ⨯⨯⨯
Sick Call* ⨯⨯⨯
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Can I get something for my WART?

THANK YOU

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

---

Name Angela Johnson  Cellblock M
Date Requested: 11/11/00     Date Rec'd 11/20/00
2330   Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* ✓
Sick Call* ✓
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
I Need Compound W for my wart on my hand

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

---

No meds since 10/14. Went to hosp. 10/13. Celexa was last med taken

BMP — Total protein
  CBC
  Lytes
  8 thing

UA for drugs

---

Angela Johnson:
10/11/00

Excedrin PM 2 tabs at 8 pm

Celexa 20 mg at 8 AM

Serzone .75 mg ½ tab at 8 pm till gone
(8-½ tabs left)

When Serzone gone →
Trazodone .75 mg at 8...



# Health Services Request Form

Print Name Angela Johnson     Date of Request Oct 9

ID No. 105347 Date of Birth 1·17·64 Housing Location F

Nature of problem or request

1. need to talk to the doctor that changed my meds. 1 do not believe it is correct. Thank you!

Sign here for consent to be treated by health staff for the condition described above.

### Place this slip in Medical Box or designated area
### DO NOT WRITE BELOW THIS LINE

-----------------------------------------------------------------

## Health Care Documentation

**Subjective**

**Objective**     BP_____     P_____     R_____     T_____

**Assessment** Ct had an app't. scheduled c̄ Dr. KhoKha for re-evaluation of medications. She could not meet with the Dr.

**Plan** on 10-14-00.

☆ Ct was released on 10-6-00

Refer to   ○ PA/Physician     ○ Mental Health     ○ Dental

Case 3:09-cv-03064-MWB-LTS     Document 284-52     Filed 06/23/11     Page 57 of 57
JMR000507

Signature Sheila Wilson MA   Title MH Coord.   Date 10-14-00