

# LINN COUNTY
# CORRECTIONAL CENTER
# BOOKING SHEET

**Printed** 7/23/2009 15:39
**Booking #** 200500011702
**CID#** 000000077651

**Name** Johnson, Angela Jane

**Jail** Linn County Sheriff    **Date** 10/18/2005    **Time** 11:39    **Cell#**

## NAME

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Johnson, Angela Jane | | | **Telephone** | |
| **Address** | Federal Custody | | | **Apt No** | |
| **City** | | | | **State** | **Zip** |
| **SSN** | 481862690 | **DOB** 01/17/1964 | **Age** 41 | **Sex** F | **Race** W |
| **Height** | 507 | **Weight** 190 | **Hair Color** BRO | **Eye Color** BRO | **Skin Tone** MED |
| **POB** | WI | **Marital** D | **Facial** CLN | **Build** LAR | |
| **State ID** | | | **FBI** | | |
| **Education** | Ged | **Employer** Unemployed | | **Occupation** Unemployed | |

## CHARGES

| Agency | Charge | Statute | Bond Amt | Status |
|---|---|---|---|---|
| US Marshal | HOLD UNITED STATES MARSHAL SERVICE | FD-USM | $ 0.00 | REL OTH AGENCY |

**Incident #**    **Warrant #**    **Arrest Date** 10/18/2005 **Time** 11:00

**Arresting Officer & Location** benton county/usms

JGR000001    RE:1 ConCol 10/16/05  1

UNITED STATES MARSHAL

_N_ DISTRICT OF _IA_

TO: _LCCC_
(Name & Title)

DATE: _12-6-05_

☐ are herewith remanded to your custody

☑ are to be delivered to representative presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _JOHNSON, ANGELA_

2 _____

3 _____

4 _____

5 _____

6 _____

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _JASON DIAS_

TITLE: _DUSM_

DISTRICT OR ORGAN. ADDRESS _N / IA_

_ROGER ARECHIGA_
United States Marshal

BY: _Jason T. Dias_
Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
(Short Form))

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 2 of 100

JGR000002



# LINN COUNTY
# CORRECTIONAL CENTER
# BOOKING SHEET

**Name**   Johnson, Angela Jane

**Jail**   Linn County Sheriff          **Date**   10/18/2005   **Time**   11:39   **Cell#**  3 N 03 01

## NAME

| | | | |
|---|---|---|---|
| **Name** | Johnson, Angela Jane | **Telephone** | |
| **Address** | Federal Custody | **Apt No** | |
| **City** | | **State** | **Zip** |
| **SSN** 481862690 | **DOB** 01/17/1964 | **Age** 41 | **Sex** F | **Race** W |
| **Height** 507 | **Weight** 190 | **Hair Color** BRO | **Eye Color** BRO | **Skin Tone** MED |
| **POB** WI | **Marital** D | **Facial** CLN | **Build** LAR | |
| **State ID** | | **FBI** | | |

**Education**   Ged          **Employer** Unemployed          **Occupation** Unemployed

## CHARGES

| Agency | Charge | Statute | Bond Amt | Status |
|---|---|---|---|---|
| US Marshal | HOLD UNITED STATES MARSHAL SERVICE | FD-USM | $ 0.00 | HF HOLD/USMS |
| Incident # | Warrant #   Arrest Date 10/18/2005   Time 11:00 | | | |

**Arresting Officer & Location**   benton county/usms

U. S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL

_____ N _____ DISTRICT OF _____ IN _____

TO: _____ LCCC _____          DATE: _____ 10 - 18 - 2005 _____
                 (Name & Title)

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

☒ are herewith remanded to your custody

☐ are to be delivered to representative presenting and signing this order

1 Johnson Angela _____          4 _____

2 _____          5 _____

3 _____          6 _____

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _____ BAYNE #201 _____

TITLE: _____ Deputy Sheriff _____

TRICT OR ORGAN. ADDRESS _____

Roger Aachiga
United States Marshal

T. Lester
BY:          Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form])

*Booking Report #:* 2004001125
*Booking Date/Time:* 08/06/04 09:52
*Name:* JOHNSON,ANGELA JANE

*DOB:* 01/17/64
*Addr:* PO BOX 608
*Addr:* LINN COUNTY JAIL
*City:* CEDAR RAPIDS,IA
*Phone:* 000-000-0000

*OLN:* 481862690 *St:* IA
*SSN:* 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
*POB:* BURLINGTON WISCONSI
*School:* NONE
*Grade:* 9 *Stat:* DIVORCED *GED:* Y *APS:*
*Dangerous:* 0 *Hate/Bias:* NONE
*Gang:*
*Gang Moniker:*
*Scars / Tattoos:* T-UPPER LEFT SHOULDER-TRIBAL

*Age:* 40
*Race:* W
*Sex:* F
*Ethnic:* N
*Height:* 5'07"
*Weight:* 175
*Hair:* BRO
*Eyes:* BRO
*Skin:* FAR
*Facial:* NON



| | | | *Date* | *Time* |
|---|---|---|---|---|
| *Custody Officer* | USM | - DEPUTY U.S. MARSHAL | | |
| *Arresting Officer* | USM | - DEPUTY U.S. MARSHAL | 08/06/04 | 09:52 |
| *Transport Officer* | USM | - DEPUTY U.S. MARSHAL | | |
| *Probation Officer* | - | | | |
| *Admitting Officer* | 914 | - GEAR,KARLA | | |
| *Fingerprint Officer* | NT | - NONE TAKEN | | |
| *Detain Auth Officer* | 914 | - GEAR,KARLA | 08/06/04 | 09:52 |

*Release Auth Officer* - 00:00
*Release Officer* - 00:00
*Release Type:* *Release To:*

*Detainer 1:*
*2:*

*Billing Agency #* USM US MARSHAL SVC
*Custody Agency #* USM - US MARSHAL SVC
*Housing Facility* HCSO JAIL
*Arrest Location* TRANSFERED IN/CONTRACT I
*Offense Location* TRANSFERED IN/CONTRACT I
*JRN:* 005726
*FBI:* UNKNOWN
*MID:* UNKNOWN
*Finger:*
*Mug #:* 041125F1.JPG
*Class:*
*Points:* 0
*Reason:*

*ACTIVE:* Y *Work Release:* N *Community Service:* N *Interpretor:*

*Comments:*

## CHARGES/COURT INFORMATION

| IBR # | NCIC # | Violation | Statute | Disposition | Date | Bond Amt/Type | Warrant # | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | MURDER 1ST 5 COUNTS | | HELD W/OUT BOND | 08/06/04 | 0.00 | US MARSHALS | |

## ROOM

| # | Unit | Room | Date In | Date Out | Comments |
|---|---|---|---|---|---|
| 1 | 1 | HO3 | 08/06/04 | | initial placement pending medical evaluation |
| 2 | 1 | B3 | 08/07/04 | | update |
| 3 | 1 | C4 | 08/14/04 | | update |
| 4 | 1 | B3 | 09/08/04 | 09/24/04 | update |
| 5 | 1 | B4 | 09/24/04 | 09/29/04 | rountine movement |
| 6 | 1 | B3 | 09/29/04 | 11/13/04 | routine movement |
| 7 | 1 | C3 | 11/13/04 | | movement |
| 8 | 1 | C4 | 03/19/05 | | movement |

## CONTACTS

| # | Name | DOB | Address | City,State Zip | Phone | Relationship |
|---|---|---|---|---|---|---|
| 1 | JOHNSON,PEARL JEAN | | | | - - | MOTHER |

**Booking Report #:**   2004001125

**Booking Date/Time:**  08/06/04    09:52

**Name:**  JOHNSON,ANGELA JANE

## SENTENCE

| Booking In Date | Time | Booking Out Date | Time | Booking Type | Billing Agency | | | Sentence - Start Date/Time: | |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/04 | 09:52 | 12/19/04 | 09:00 | Y | USM | | | End Date/Time: | 00:00 |
| 12/23/04 | 09:00 | 01/27/05 | 09:00 | Y | USM | | | | 00:00 |
| 01/28/05 | 09:00 | 02/09/05 | 09:00 | Y | USM | | | | |
| 02/22/05 | 09:00 | | 00:00 | Y | USM | | | | |

## ALIAS

| Name | DOB |
|---|---|
| JOHNSON-MAIDEN | |

## ASSOCIATE

| Name | DOB |
|---|---|

## VISITORS

| # | Name | DOB | Address | City,State Zip | Phone | Relationship |
|---|---|---|---|---|---|---|

Booking Report #: 2004001125
Booking Date/Time: 08/06/04    09:52
Name: JOHNSON,ANGELA JANE

## PROPERTY

Cash on Entry:        0.00    Cash Balance:        183.40

| # | Qty | Item | Property Desc | Date Returned | Property Returned To |
|---|-----|------|---------------|---------------|----------------------|
| 1 | 1 | shirt | t-shirt | | |
| | | | Inmate Signature | | |
| 2 | 1 | pants | linn co jail pants | | |
| | | | Inmate Signature | | |
| 3 | 1 | shoes | pr jail shoes | | |
| | | | Inmate Signature | | |
| 4 | 1 | bra | sports bra | | |
| | | | Inmate Signature | | |
| 5 | 0 | magazines | papers and other misc | 01/29/05 | DAUGHTER |
| | | | Inmate Signature | | |

I certify that the above is a correct list of all
items removed from my possession at the time I
was placed in detention.........Inmate Signature _____
                              Date____/____
I certify that I received all of the above listed
property (minus previously released property
indicated above)....................Inmate Signature _____
                              Date____/____

JGR000007

Booking Report #:  2004001125

Case #:  USMARSHALS

Booking Date/Time:  08/06/04   09:52

Name:  JOHNSON,ANGELA JANE

## MEDICAL

| Question: #/Part/Text | | Answer - Text |
|---|---|---|
| 0 | 0 OFFICER/INMATE BOOKING INTERVIEW- MEDICAL | |
| 0 | 1 | |
| 1 | 1 Recently seen by a medical doctor for any illness? | Y    8 mos ago for cramps |
| 2 | 1 Currently taking medications prescribed by a doctor? List | Y    Ortho tri-cyclen,seroquel,multivit,zoloft,ibuprofen |
| 3 | 1 Allergic to any medications or foods? | Y    augmentin and fish, but can have tuna |
| 4 | 1 Special diet prescribed by a physician? | N |
| 5 | 1 Handicaps or conditions that limit activity? | N |
| 6 | 1 Regularly use alcohol or street drugs? | N |
| 7 | 1 Any problems when you stop drinking or using drugs? | N |
| 8 | 1 Fainted recently or had a recent head injury? | N |
| 9 | 1 Recent weight loss of 10 pounds or more without dieting? | N |
| 10 | 1 Recent loss of appetite? | N |
| 11 | 1 Problems or pain with your teeth? | N |
| 12 | 1 Shortness of breath not related to smoking? | N |
| 13 | 1 Sore throat? | N |
| 14 | 1 Shaking chills or night sweats? | N |
| 15 | 1 A) Abnormal Discharge B) AIDS      C) Allergies | Y    C) augmentin and fish |
| 16 | 1 D) Arthritis      E) Asthma      F) Diabetes | N |
| 17 | 1 G) Epilepsy      H) Fainting      I) Hepatitis | N |
| 18 | 1 J) Heart Condition   K) High BP   L) Stroke | N |
| 19 | 1 M) Seizures      N) TB      O) Ulcers | N |
| 20 | 1 P) Venereal Disease  Q) Other (Specify) | N |
| 21 | 1 Unexplained bleeding from any opening or growth on skin? | N |
| 22 | 1 Current or past treatment from a psychiatric doctor? | Y    linn county for depression-rx for seroquel and zoloft |
| 23 | 1 Any other medical problems not covered above? | N |
| 24 | 1 Ever attempted ot hurt or kill yourself before? | Y    4 years ago in Black Hawk County attempted to hang herself |
| 25 | 1 Are you thinking about it now? | N |
| 26 | 0 | |
| 27 | 1 If Female: Pregnant now or recently delivered a baby? | N |
| 28 | 1 If Female: Currently taking any type of birth control? | Y    Ortho Tri-cylen |
| 29 | 10 | |
| 29 | 11 | |
| 29 | 12 I CERTIFY THAT I HAVE ANSWERED THESE MEDICAL QUESTIONS | |
| 29 | 13 TRUTHFULLY AND TO THE BEST OF MY KNOWLEDGE. | |
| 29 | 14 | |
| 29 | 15 | |
| 29 | 16 Inmate Signature_____ | |
| 29 | 17 | |
| 29 | 18 | |
| 29 | 19 Officer Signature_____ | karla gear 8/6/04 |
| 29 | 20 | |
| 29 | 21 | |
| 29 | 22 Date/Time Completed:_____ | |
| 30 | 1 | |
| 30 | 2 | |
| 30 | 3 | |
| 30 | 4 | |
| 30 | 5 | |
| 30 | 6 | |
| 30 | 7 | |
| 30 | 8 | |
| 30 | 9 | |
| 30 | 10 | |
| 30 | 11 | |
| 30 | 12 | |
| 30 | 13 | |
| 30 | 14 | |
| 30 | 15 | |
| 30 | 16 | |
| 30 | 17 | |
| 30 | 18 BOOKING OFFICER VISUAL INMATE ASSESMENT/OBSERVATION | |

JCR000008

*Booking Report #:*   2004001125

*Booking Date/Time:* 08/06/04   09:52

*Name:* JOHNSON,ANGELA JANE

*Case #:* USMARSHALS

## MEDICAL

| Question: #/Part/Text | Answer - Text |
|---|---|
| 30   19 | |
| 31   1  Inmate conscious? | Y |
| 32   1  Pain/bleeding suggesting the need for emergency care? | N |
| 33   1  Visible signs of trauma/illness suggesting emergency care? | N |
| 34   1  Obvious fever/swollen lymph nodes/jaundice? | N |
| 35   1  Evidence of infection which might spread through facility? | N |
| 36   1  Skin in good condition and free of vermin? | Y |
| 37   1  Persistent dry cough? | N |
| 38   1  Purple blotches/discoloration under skin/mucous membrane? | N |
| 39   1  White patches in mouth? | N |
| 40   1  Appear to be under the influence of alcohol? | N |
| 41   1  Appear to be under the influence of drugs? | N |
| 42   1  Signs of visible alcohol or drug withdrawal? | N |
| 43   1  Carrying medication to be continuously available? | N |
| 44   1  Signs of depression present? | N |
| 45   1  Appear unusually embarrassed or ashamed? | N |
| 46   1  Appear to be acting or talking in a strange manner? | N |
| 47   1  Appear unusually anxious/afraid/angry? | N |
| 48   1  Scars/marks which may indicate previous suicide attempts? | N |
| 49   1  Behavior suggest the risk of suicide? | N |
| 50   1  Behavior suggest the risk of assault to staff/other inmates? | N |
| 51   1  Physical deformities? | N |
| 52   1  Appear to have a psychiatric disorder? | N |
| 53   0 | N |
| 53   1 | N |
| 53   2  Officer Initials:_____ | |

# Jail Transport Log
## 2004001125

| Date | Transp Time | Appoint Time | Return Time | Description | Name | DOB | Booking# |
|------|-------------|--------------|-------------|-------------|------|-----|----------|
| | | | | | | | |

Case 3:09-cv-03064-MWB-LTS     Document 284-53     Filed 06/23/11     Page 10 of 100

JGR000010

031

UNITED STATES MARSHAL

_N_ DISTRICT OF _Iowa_

TO: _Hardin County Jail_
(Name & Title)

DATE: _02/22/05_

☒ are herewith remanded to your custody

☐ are to be delivered to representative
presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _Johnson, Angela_

2

3

4

5

6

**RECEIPT**

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _#902 MG_

TITLE: _AJA_

DISTRICT OR ORGAN. ADDRESS _____

_Roger Arechiga_
United States Marshal

_Peter O Zellmer_
BY: Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
(Short Form) )

Case 3:09-cv-03064-MWB-LTS   Document 41-23   Filed 06/23/11   Page 12 of 100

U. S. Department of Justice
United States Marshals Service

PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS

## UNITED STATES MARSHAL

DISTRICT OF _IA_

TO: _____
(Name & Title)

DATE: _1/28/03_

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

☒ are herewith remanded to your custody

☐ are to be delivered to representative
presenting and signing this order

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

## RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _____

TITLE: _____

DISTRICT OR ORGAN. ADDRESS _____

_____
United States Marshal

BY: _____
Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40.
[Short Form])

Case 3:09-cv-03064-MWB-LTS    Document 84-53    Filed 06/23/11    Page 13 of 100

253

U. S. Department of Justice
*United States Marshals Service*

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL

_____ N _____ DISTRICT OF _____ Iowa _____

TO: _Harden Co Jail_
*(Name & Title)*

DATE: _11/27/05_

[ ] are herewith remanded to your custody

[X] are to be delivered to representative presenting and signing this order

**THE FOLLOWING NAMED UNITED STATES PRISONER(S):**

1 _Johnson, Angela_

2 _____

3 _____

4 _____

5 _____

6 _____

## RECEIPT

**THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:**

BY: _____

TITLE: _____

DISTRICT OR ORGAN. ADDRESS _____

_Roger Archios_
United States Marshal

BY: _____
Deputy U. S. Marshal

**(PRIOR EDITIONS MAY BE USED)**

Form USM-41
(REV. 11/83)

Case 3:09-cv-03064-MWB-LTS    Document 41-53    Filed 06/23/11    Page 14 of 100

U.S. Department of Justice
*United States Marshals Service*

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL

_N_ DISTRICT OF _Iowa_

DATE: _12/23/04_

TO: _Hardin Co. Jail_
*(Name & Title)*

☒ are herewith remanded to your custody

☐ are to be delivered to representative presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _Johnson Angela_

2

3

4

5

6

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY:

TITLE:

DISTRICT OR ORGAN. ADDRESS

_(United States Marshal)_

BY: _Deputy U. S. Marshal_

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form])

U. S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

# UNITED STATES MARSHAL
/V DISTRICT OF _IOWA_

TO: _SHERIFF, HARDIN Co_
(Name & Title)

DATE: _12-19-04_

☐ are herewith remanded to your custody

☒ are to be delivered to representative
presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _JOHNSON, ANGELA_

2 _____

3 _____

4 _____

5 _____

6 _____

---

**RECEIPT**

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _STEVE CASTELLETTI_

TITLE: _DUSM_

DISTRICT OR ORGAN. ADDRESS _N/D1_

_Roger Archega_
United States Marshal

BY: _____ Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form])

U. S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL
### _N_ DISTRICT OF _IA_

TO: _SHERIFF HARDIN CO JAIL_
_(Name & Title)_

DATE: _8-6-04_

☒ are herewith remanded to your custody

☐ are to be delivered to representative presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _JOHNSON, ANGELA_

2

3

4

5

6

---

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _Karla Gear_

TITLE: _Jailer_

DISTRICT OR ORGAN. ADDRESS

_Roger Alechign_
United States Marshal

BY: _____
Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40.
(Short Form))

Case 3:09-cv-03064-MWB-LTS   Document 1-3   Filed 06/23/11   Page 16 of 100

2004 001122                                  5704

Hardin County Correctional Center                    Locker #:_____
Manual Booking Worksheet- Sleuth                     Cash  $ 42⁷⁹ √ Fm Linn

County:  Hardin  Hamilton  Franklin  ICE  BHCO  Other US Marshalls

Date/Time of Arrest:_____ Here Before? Y / N  Case #:_____
Was Vehicle Involved? Y / N  Towed Y / N   Towed To:_____
Date/Time of Arrival: 8/6/04 _____ Location:_____

Inmate Name: Johnson, Angela Jane _____ DOB: 1-17-64
Address: Box 608    Linn Co. Jail _____ Apt/Lot:_____ Box:_____
City: CR _____ State: R  Zip:_____ PBX:_____
Sex: M (F) Race (W) B / O   Height: 5-7  Weight: 175  Hair: bro
Eyes: bro ____ Skin: for  Facial: ___ POB: Burlington W,
Religion: Christian _____ DL: O _____ State:_____
SSN: 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 _____ ID Other State:_____
S/M/T/P: T- U Left shoulder _____
School (Current):____✗____ Last Grade: 9 _____ GED? (Y) N
Marital: S /(D)/ M / W  Gangs:____✗____ Bias:____✗____
Alias/Maiden:_____ Next Court Date:_____

Contacts- Attorney:_____ (PD) Phone:_____
Request To Contact? Y / N   Contact Made? Y / N  Attempts: 1 2 3 Time:_____
Initial Call:_____ (Declined) Phone:_____
Emergency: Pearl Jean Johnson  Relationship: Mom
Address:_____ Phone:_____
Employer:____✗____ Desc:_____ City:_____

Room Assignment: Ho1 Ho2 Ho3 Other:_____ Time Placed:_____
Classification Score:_____ Reason For Placement:_____

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 17 of 100   237   JGR000017

## Medical History

| Question | Answer | Notes |
|---|---|---|
| Have you recently seen a medical doctor for any illness? | Y / N | cramps ~ 8 mo ago |
| Are you currently taking medications prescribed by a doctor? | Y / N | Seroquel, Zoloft, BC Pill, 1 Buprote ; multiv. |
| Are you allergic to any medications or foods? | Y / N | Augmentin — fish — can have tun... |
| Do you have a special diet prescribed by a physician? | Y / N | |
| Do you have handicaps or conditions that limit activity? | Y / N | |
| Do you regularly use alcohol or street drugs? | Y / N | |
| Any problems when you stop drinking or using drugs? | Y / N | |
| Have you fainted recently or had a recent head injury? | Y / N | |
| Recent weight loss of 10 pounds or more without dieting? | Y / N | |
| Have you had a recent loss of appetite? | Y / N | |
| Do you have any problems or pain with your teeth? | Y / N | |
| Do you have a shortness of breath not related to smoking? | Y / N | |
| Do you have a sore throat? | Y / N | |
| Do you experience shaking chills or night sweats? | Y / N | |

Medical Confidential

- Abnormal Discharge
- Arthritis
- Epilepsy
- Heart Condition
- Seizures
- Venereal Disease
- Aids
- Asthma
- Fainting
- High BP
- Tuberculosis
- Other (Specify): _____
- (Allergies)
- Diabetes
- Hepatitis
- Stroke
- Ulcers

- fish - August

| Question | Answer | Notes |
|---|---|---|
| Unexplained bleeding from any opening or growth on skin? | Y / N | |
| Current or past treatment from a psychiatric doctor? | Y / N | in line to a Seroquel / Zoloft 2 day... |
| Any other medical problems not covered above? | Y / N | |
| Have you ever attempted to hurt or kill yourself before? | Y / N | 4 yrs ago attempt hang in Black Hawk |
| Are you thinking about hurting or killing yourself now? | Y / N | |
| If Female: Pregnant at this time or recently delivered? | Y / N | |
| If Female: Currently taking any type of birth control? | Y / N | |

## Medical Release

I hereby certify that I have answered the above medical questions truthfully and to the best of my knowledge. I also hereby authorize the Hardin County Correctional Center to correspond with other agencies or providers regarding my medical condition(s), release medical information to and receive from other parties having said information. I further specifically authorize treatment for any medical treatment deemed necessary by jail medical authorities or other authorized medical personnel.

_Signature of Detainee_     8-6-04 _Date_     _Signature of Booking Officer_

## Manual Statement

I have been issued copy # 67 of the Inmate Responsibilities and General Policies Manual of the Hardin County Correctional Center. I understand that I should read and be familiar with the contents of this manual and I further understand that upon my release from this facility the manual shall be turned in and inspected. Any damage found other than normal wear could result in a criminal charge being filed against me. This manual remains property of Hardin County at all times.

Notable Damage: Good Condition

_Signature of Detainee_     8-6-04 _Date_     _Signature of Booking Officer_

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 18 of 100

JGR006018

PGM ID-JNBRRP       LINN COUNTY CORRECTIONAL CENTER      PAGE    1
DATE:   8/06/04            RELEASE REPORT           TIME 08:03
ENTPR- S195

BOOKING#: 00-0009557                  Linn Co#   : 77651
                                        CELL:
     NAME: JOHNSON, ANGELA JANE          PROP BOX#:
                                         CASE#:

DOB....:   1/17/64     AGE.:    40     PLACE OF BIRTH: BURLINGTON WI
ADDRESS: PO BOX 174
  (MAIL)                 CITY.: KLEMME
                    STATE: IA    ZIP: 50449      PHONE#: (515) 5872294

PHYSICAL DESCRIPTION - SEX: F   EYES: BRN   HEIGHT: 507     MARITAL STATUS: S
                     RACE: W   HAIR: BRN   WEIGHT: 145

CAN INMATE READ OR WRITE: Y      EDUCATION LEVEL: 09
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: NONE                    NONE
  DRIVERS LICENSE ST/#:                    WORK RELEASE:

ARRESTED BY: OTHER AG AGENCY: USM     DATE: 10/16/00    TIME: 11:40
PLACE OF ARREST: BLACKHAWK CO JAIL              AGENCY RESP.: USM
RECEIVED BY: HORA, JANIC DATE: 10/16/00    TIME: 12:07      PROCESSED: Y

| | CHARGE/CASE# | CT/TP | WARR/POLICE# | CRT/PTR | BAIL/CC | CRIME CODE/AGENCY |
|---|---|---|---|---|---|---|
| 1 | HOLD USMS | | | | NO BAIL | FD USM |
| | | 1 RF | | | | USM |
| 2 | ASSAULT | | 01-44456 | | 325.00 | IA 708.2(4) |
| | SMSM38372 | 1 SP | | | | LCSD |
| 3 | ASSAULT | | 04-4845 | | 325.00 | IA 708.2(4) |
| | | 1 SP | | | | LCSD |

COURT DATE: 0/00/00          COURT TIME: 00:00

| | DISPOSITION | CODE | DATE | COURT | DISPOSITION COMMENT |
|---|---|---|---|---|---|
| 1 | REL TO US MARSHALL | FD | 8/06/04 | IDC | REL TO USM |
| 2 | RELEASED ON CHARGE | RL | 12/29/01 | IDC | UNSEC APP BOND |
| 3 | NOT FILED | NF | 2/18/04 | IDC | RCA NF |

RELEASE DATE:   8/06/04     TIME: 08:02    REASON: REL TO USM

PRISONER'S SIGNATURE ON RELEASE: _____

RELEASING OFFICER:   S13

RELEASING OFFICER'S SIGNATURE..: _____

            FACILITY: _____     TIME: _____

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 06/23/11    Page 19 of 100

JGR000019

U. S. Department of Justice
*United States Marshals Service*

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL
_AL_ DISTRICT OF _IA_

TO: _LCCC_

_(Name & Title)_

DATE: _8-6-04_

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

☐ are herewith remanded to your custody

☑ are to be delivered to representative presenting and signing this order

1 _JOHNSON, AUGRA_

2 _____

3 _____

4 _____

5 _____

6 _____

---

**RECEIPT**

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _____

TITLE: _QETS M_

DISTRICT OR ORGAN. ADDRESS _N/DA_

_ROGAL ARECHIGA_
United States Marshal

BY: _____
Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form])

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 20 of 100

JGR000020

Case 3:09-cv-03064-MWB-LTS   Document 84-53   Filed 06/23/11   Page 21 of 100

U. S. Department of Justice
*United States Marshals Service*

PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS

## UNITED STATES MARSHAL

N _____ DISTRICT OF ___ IA _____

TO: _Mart_____ _County___      DATE: ___ 4 6 07 ___
(Name & Title)

[ ] are herewith remanded to your custody

[✓] are to be delivered to representative
presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1 _Johnson   Angela_   _333702?_       4 _____

2 _Welton   Renee_     _C 930009_      5 _____

3 _Spencer   Sue_      _3505502_       6 _____

---

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _L. B. Check_____

TITLE: _Dusn_____

DISTRICT OR ORGAN. ADDRESS _____

_Roger Averline_
United States Marshal

_S. R. Charles_
BY:          Deputy U. S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40.
[Short Form])

LINN COUNTY CORRECTIONAL CENTER
BOOKING REPORT

BOOKING#: 00-0009557

NAME: JOHNSON, ANGELA JANE

Linn Co#  : 77651
CELL: 3 M   01  10
PROP BOX#:  0080
CASE#:

DOB....:  1/17/64     AGE.:   36    PLACE OF BIRTH: BURLINGTON WI
ADDRESS: PO BOX 174
  (MAIL)                    CITY.: KLEMME
                           STATE: IA   ZIP: 50449      PHONE#: (515) 5872294

PHYSICAL DESCRIPTION - SEX: F  EYES: BRN  HEIGHT: 507    MARITAL STATUS: S
                       RACE: W  HAIR: BRN  WEIGHT: 145

CAN INMATE READ OR WRITE: Y      EDUCATION LEVEL: 09
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: NONE                      NONE
  DRIVERS LICENSE ST/#:                    WORK RELEASE:

ARRESTED BY: OTHER AG AGENCY: USM    DATE: 10/16/00  TIME: 11:40
PLACE OF ARREST: BLACKHAWK CO JAIL                   AGENCY RESP.: USM
RECEIVED BY: HORA, JANIC DATE: 10/16/00   TIME: 12:07    PROCESSED: Y

| CHARGE/CASE# | CT/TP WARR/POLICE# | CRT/PTR | BAIL/CC | CRIME CODE/AGENCY |
|---|---|---|---|---|
| 1 HOLD USMS | | | NO BAIL | FD USM |
| | 1 RF | | | USM |

COURT DATE: 0/00/00          COURT TIME: 00:00

| | DISPOSITION | CODE | DATE | COURT | DISPOSITION COMMENT |
|---|---|---|---|---|---|
| 1 | | | 0/00/00 | | |

RELEASE DATE:  0/00/00   TIME: 00:00   REASON:

PRISONER'S SIGNATURE ON RELEASE: _____

RELEASING OFFICER'S SIGNATURE..: _____

RECEIVING - OFFICER: _____    DATE: _____

          FACILITY: _____    TIME: _____

# IOWA DIVISION OF CRIMINAL INVESTIGATION

051000007788

| Disposition Tracking Number | Last Name-NAME | First Name | Middle Name | Country of Birth |
|---|---|---|---|---|
| DCI USE ONLY | JOHNSON | ANGELA | JANE | US |

| | Aliases-Maiden Name | Contributor and ORI ID | Place of Birth-City | State |
|---|---|---|---|---|

**Signature of Person Fingerprinted**

IA0570000
CEDAR RAPIDS SO

Place of Birth-City: **BURLINGTON** State: **WI**
Date of Birth-DOB: **01 17 1964**

Charge of Offense / Code of Iowa

| Caution | Skin tone | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| ✓ | FAR | F | W | 5'07 | 145 | BRO | BRO |

01 HOLD USM          05

Social Security No.
**481862690**

DCI# (If Known)

02          06

Your Number-OCA
77651

FBI# (If Known)

03          07

Date Arrested or Rec'd
M D Y

Class

04          08

10 16 2000

Signature of Officer Taking Fingerprints    Date
X  W.E. BIGELOW #179    10/16/2000

1. R. THUMB    3. R. M    4. R. RING    5. R. LITTLE
8. L. THUMB    8. L. M    9. L. R    10. L. LITTLE
FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# IOWA DIVISION OF CRIMINAL INVESTIGATION
## WALLACE STATE OFFICE BUILDING
### DES MOINES, IOWA 50319

### RESIDENCE

Street Address
PO BOX 174

| City | State | Zip Code |
|------|-------|----------|
| KLEMME | IA | 50449 |

Occupation
NONE

Employer

### BASIS FOR CAUTION INDICATOR-ICO

( ) Known to have suicidal tendencies

( ) Known to assault police officers

( ) Known to go armed

( ) Other _____

### SCARS, MARKS, TATOOS AND AMPUTATIONS-SMT

SC L SHLD   TRIBAL ART

### INSTRUCTIONS

1. All information should be typed or printed. Make certain all impressions are fully rolled, legible and classifiable.

2. Fingerprints are to be forwarded within 48 hours after being taken.

3. Note finger amputations in appropriate squares.

4. Check caution indicator whenever applicable.

### IS THIS A JUVENILE?

YES ☐   NO ☑

### IF YES, WILL THIS JUVENILE BE TRIED AS AN ADULT?

YES ☐   NO ☐

UNKNOWN ☑

# PERSONAL HISTORY

NAME: Johnson Angela

MAIDEN NAME: Johnson

DATE OF BIRTH: 1·17·64          PLACE OF BIRTH: Burlington Wis.

OCCUPATION: _____          EMPLOYER: None

EMPLOYER PHONE: _____          EMPLOYER ADDRESS: _____

## RELATIVES

FATHER: Jim Johnson

FATHER'S ADDRESS: 10395 33rd ave Chippewa Falls, W, 54729

MOTHER (MAIDEN NAME): Gomez

MOTHER'S ADDRESS: _____

BROTHERS (NAMES & ADDRESSES): Jim Johnson 1106 Cambridge Ln. Shorewood, Ill. 60431

SISTERS (NAMES & ADDRESSES): Wendy Jacobson Kinsman 4301 Hickory Tree Rd Balch Springs Texas 75180

Jamie Hays 17850 Alexander Ave Fairbault, Mn. 55021·8904

WIFE/HUSBAND (INCLUDE MAIDEN NAME): _____

ADDRESS: _____

DATE: 10·16·200

SIGNATURE: _____

STREET ADDRESS: 0174 Main

CITY/STATE: Klemme La 50449

HOME PHONE: 515·587·2214

JGR000025



SIGNATURE OF PERSON FINGERPRINTED

DATE
10/16/2020

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

173-175

JGR000026

United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL
_N_ DISTRICT OF _IA_

TO: _LCCC_

_(Name & Title)_

DATE: _10-16-00_

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

☒ are herewith remanded to your custody

☐ are to be delivered to representative presenting and signing this order

1. _JOHNSON, ANGELA_
2. _* 5 CTS OF MURDER *_
3. 

4. _* SUICIDE WATCH *_
5. 
6. 

### RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _K. Wickerman_

TITLE: _Deputy 202_

DISTRICT OR ORGAN. ADDRESS _____

_Dennis Browe_
United States Marshal

BY: _____
Deputy U.S. Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/83)
(Supersedes USM-40,
[Short Form])

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 27 of 100
JGR000027

# BLACK HAWK COUNTY



## SHERIFF'S OFFICE

### AUTHORIZATION FOR RELEASE OF INMATE

I, ___Sgt Schmidt___, have reviewed all relevant paperwork

pertaining to the release of this inmate and find it to be in order. I therefore, authorize

his/her immediate release.

Reason for Release: ___US Marshall___

Inmate Name: ___Angela Johnson___ ID# ___105347___

D.O.B. ___1,17,64___ Sex: M (F)

Signature & Title: _____

Date ___10,16,00___     Time: ___10:51___

---

### RECEIPT OF INMATE

I, _____, hereby acknowledge receipt of

(Inmate's Name) ___Angela Johnson___, D.O.B. ___1,17,64___ Sex: M (F)

from the Black Hawk County Sheriff's Office.

Agency's Name: X _____

Signature & Title: X ___DUSM___

Date ___10,16,00___     Time: ___10:51___

```
ID # 00105347              . H. CO. SHERIFF'S OFFICE         10/16/00 @ 10:51
Book# 00006438                   BOOKING REPORT
```

Name: JOHNSON,ANGELA JANE                    FEMALE    0   5'07"   145 WHITE

```
Classification: L LEASED BED                   Cell: I1B48 DETOX
Booked: 10/03/00 @ 10:54    Order:            Reason: L      LEASED BED
Searched by:  00C34 M. WOOCK                   PAT SEARCH
Remarks:      HOLD FOR US MARSHAL/NORTH

Scheduled Release:  0/00/00 @  0:00
Actually Released: 10/16/00 @ 10:51 by 00C31 A. MEYER
Release reason:    RDA WARRANT HOLDER
Released to:       DUSM
Time in custody:    12 days 23 hours 57 minutes
```

Name: JOHNSON, ANGELA JANE           FEMALE   @  5'07"   145 WHITE

Classification: L LEASED BED              Cell: I1B48 DETOX
Booked: 10/03/00 @ 10:54    Order:        Reason: L      LEASED BED
Searched by:   00C34 M. WOOCK            PAT SEARCH
Remarks:      HOLD FOR US MARSHAL/NORTH

Scheduled Release:  0/00/00 @  0:00
Actually Released: 10/16/00 @ 10:51 by 00C31 A. MEYER
Release reason:    RDA WARRANT HOLDER
Released to:       DUSM
Time in custody:    12 days 23 hours 57 minutes

---

## COURT INFORMATION

Crg/Section 0.0          LEASED BED
Charge Type                  Fed/St/Local F
Court Case#                  Judge
Case Status NEW NEW CHARGE       Date 10/03/00   Time 10:54
Bond Type    X BOND NOT SET
Bond Amount                Entered 10/03/00      By 00C3
Paid By                    Date          Rec By
Final Disp                   Date
Court Cost         Fine          years     months     days
Sentence

---

## DETAINERS

Last checked 10/03/00 at  0:00 by 00C34 M. WOOCK

ORI:                 City/County: US MARSHAL/N        State: IA
Contact Name:                          Phone: 000-000-0000
Charge: 5 CTS MURDER,CONSP TO COMMIT M     Warrant #:
Bond Amount:      $0.00            Status: RRR REL DEMAND A
Remarks: TO BE IN RESTRAINTS AT ALL TIMES OF MOVEMENT IN JAIL
Checked on: 10/03/00 by 00C34 M. WOOCK

JGR000030

Name: JOHNSON,ANGELA JANE                    FEMALE   0   5'07"   145 WHITE

---

## PHONE CALLS

| Date | Times | Person Called | Relation | Phone Nu |
|------|-------|---------------|----------|----------|

10/16/00

JOHNSON,ANGELA JANE

---

## EVENT LIST

| Date | Time | Event / Officer(s) | Location |
|------|------|--------------------|----------|
| 10/03/00 | 1059 | WHEN MOVED ANYWHERE<br>00C34 M. WOOCK | |
| 10/03/00 | 1100 | CLASS 84/PER MARSHALS SHE IS<br>00C34 M. WOOCK | TO BE IN COMPLETE RESTRAINTS |
| 10/03/00 | 1300 | PLACED IN F3<br>00085 H. OLIVER | 2A28 |
| 10/05/00 | 1015 | MOVED TO CELL 3A29, F3<br>00060 T. FRISCH | DOWNSTAIRS CELL NEEDED. |
| 10/06/00 | 0900 | US MARSHAL TO PICK UP FOR<br>00C24 P. HINZ | COURT—WILL RETURN LATER TODAY |
| 10/06/00 | 1805 | RET BY US MARSHALLS<br>00C30 C. GASH | |
| 10/13/00 | 0845 | REFUSED FRERICHS VISIT<br>00092 B. SEBILSKY | F3 |
| 10/13/00 | 1555 | REFUSED PROFESSIONAL VISIT<br>00111 G. KEMP | 3RD FLOOR |
| 10/13/00 | 1645 | TRANSPORTED TO ALLEN HOSP<br>00040 K. BOLDT | MEDICAL EMERGENCY |
| 10/14/00 | 0725 | RTND FROM HOSPITAL/IN PAPER<br>00105 D. FULKS | INTAKE            1B49 |
| 10/14/00 | 1100 | STOOD BY WHILE SHE SHOWERED<br>00C34 M. WOOCK | INTAKE #1 |
| 10/14/00 | 1800 | REFUSED DINNER<br>00032 R. BOOTS | |

ID.# 00105347   B. H. CO. SHERIFF'S OFFICE
Book# 00006438    BOOKING REPORT

Name: JOHNSON, ANGELA JANE    FEMALE 0 5'07" 146 WHITE
10/15/00 1200 REFUSED LUNCH    I1B48
    00032 R. BOOTS
    00C37 B. JOHNSON
12/31/00 2359 PHONECALLS MONITORED   RESTRAINTS WHEN MOVING
    00074 T. NEWGREN

## ADMINISTRATIVE ACTIONS

## ACCOUNTING TRANSACTIONS

| Date | Time | Description | Amount | D/C | Balan |
|------|------|-------------|--------|-----|-------|
| 10/03/00 | 1055 | Cash received during booking. | 47.95 | C | 47. |
| 10/04/00 | 0756 | COMM | 32.05 | D | 15. |
| 10/04/00 | 1408 | CASH IN/#9184 | 40.00 | C | 55. |
| 10/11/00 | 0754 | COMM | 12.05 | D | 43. |
| 10/16/00 | 1047 | BOOK-OUT CH#27616 | 43.85 | D | 0. |

Cell:

00105347 - JOHNSON,ANGELA JANE

| Date | Time | Description | Amount | D/C | Balance |
|------|------|-------------|--------|-----|---------|
| 10/16/00 | 1047 | BOOK-OUT CH#27616 | 43.85 | D | 0.00 |

Date: 10/16/00  Time: 10:47  Signature: _____
JOHNSON,ANGELA JANE

Officer Signature: _____

ID # 00105347                    B. H. CO. SHERIFF'S OFFICE                    Oct 13, 2000
                                        ARREST HISTORY


  ame: JOHNSON,ANGELA JANE                        AKA: none
Addr: PO BOX 174
      KLEMME, IA 50449
      515-587-2294   Res: N


Born:   1/17/64 in BURLINGTON, WI
Age:    36 years old as of 10/13/00
Citizen of UNITED STATES

Sex:          F          Hispanic:   N          Race:      W-WHITE
Height:       5'07"      Weight:     145         Build:     B-MEDIUM
Hair Color:   BRO        Eye Color:  BRO         Skin:      F-FAIR
Glasses:      N          Shoe Size:  07          Hand:      R
Marital Stat: S          Dependents: 2           Caution: E-ESCAPE RISK

Occupation: UNEMPLOYED                           Education: 12
Employer:
                                    /00

SOC: 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                    OLS: IA    OLY: 02   OLN:  481862690
FBI:          State:                        WPD #              CFPD #
Prints:
SISTER          HOLLY DIRKSEN
                PO BOX 174
                KLEMME         IA 00000 Res N
                515-587-2294      10/03/00
SISTER          HOLLY DIRKSEN
                PO BOX 174
                KLEMME         IA 00000 Res N
                515-587-2294      10/03/00

Remarks:


---

                    R E C O R D   O F   A R R E S T S
---

Arrested 10/03/00 @ 10:53    36 years old                              U-001
Incident:                                   Dept Disp: LEASED BED
Arr Type: LEASED BED                        Pros Disp:
Grid/Loc:      /                            Adult/Juv: A     Film No:
Arr  OFC:                                   Drug Use?        Alcohol?
Asst OFC:                                   How Armed:
                                            IBR Code:   INFO UCR Code: INFO
Charged With:
     Section:  0.0              LEASED BED                      Counts:  1
     Incident:                             Charge Type:
     Warrant:          Agency: UN          Fed/St/Local:
     Remarks:  5 CTS MURDER                NCIC:        6299
     Crim Actv:                            IBR Code:    INFO
                                           UCR Code:    INFO

END OF REPORT

JGR000034

JOHNSON, ANGELA JANE        WHITE FEMALE BRO 5'07 145#  36 yrs

Evidence of recent physical injury seen on inmate & how received:
Allergies, medications, or current medical problems that need attention:
    ALLERGIC TO FISH
    MEDS BROUGHT WITH HER
    HEADACHES
Current medications:


Blood Alcohol
Hospital Pref NO PREF                    Patient No  00105347
Ins Company   NONE                       Policy No
Emergency contacts:                                  1-17-64
    HOLLY DIRKSEN                                     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
    PO BOX 174
    KLEMME          IA
    515-587-2294   SISTER                 000-000-0000
Ever treated for:            Date        Treatment
    ASTHMA                   N
    HEART TROUBLE            N
    HYPERTENSION             N
    DIABETES                 N            Leased Bed
    EPILEPSY/SEIZURES        N            US Marshels
    DRUG ADDICTION           N
    ALCOHOLISM               N
    MENTAL ILLNESS           10/03/00 CURRENTLY
    VENEREAL DISEASE         N
    TUBERCULOSIS             N
    TETANUS INOCULATION      N
    SPECIAL DIET             N
    INTRAVENOUS DRUG USE     N
    HAD HOMOSEXUAL ENCOUNTER N
    HAD CHRONIC PNEUMONIA    N
    HAD CHRONIC DIARRHEA     N
    HAVE MEDICAL INSURANCE   N
    IS THE ARRESTEE DEPRESSES?    N    HISTORY OF SEX OFFENCES         N
    ANXIOUS OR AFRAID?           N    HISTORY OF VIOLENT BEHAVIOR     Y
    EMBARRASSED OR ASHAMED?      N    VICTIM DUE TO CRIMINAL BEHAVIO  N
    TALKING IN A STRANGE MANNER? N    SPECIAL EDUCATION PLACEMENT     N
    INFLUENCED BY ALCOHOL?       N    HIS OF CEREBRAL TRAUMA/SEIZURE  N
    INFLUENCED BY DRUGS?         N    EMOTIONAL RESPONSE TO JAIL      N
    PREVIOUS SUICIDE ATTEMPT?    N
    EVER HURT YOURSELF?          N
    THINKING OF HURTING YOURSELF? N
    SUICIDAL HISTORY             N
Medical history taken on 10/03/00 by 00C34 M. WOOCK


                    MEDICAL RELEASE
    I am an inmate presently in custody and do hereby authorize the release of
    my medical records pertaining to my treatment while in the custody of the
    B. H. CO. SHERIFF'S OFFICE

10/03/00
                                        _____
                                        JOHNSON, ANGELA JANE

JGR000035

Booking Date/Time: 07/29/00   13:33

T00000

Name: JOHNSON,ANGELA JANE

DOB: 01/17/64
Addr: 411 E MAIN ST
Addr:
City: KLEMME,IA UKN
Phone: - -

Age: 36
Race: W
Sex: F
Ethnic: N
Height: 5'07"
Weight: 145
Hair: BRO
Eyes: BRO
Skin: FAR
Facial: FAR

OLN: 481862690        St: IA
SSN: 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
POB: BURLINGTON,IA
School NONE
Grade: 9   Stat: DIVORCED   GED:   APS:
Dangerous: 0   Hate/Bias: NONE
Gang: NONE
Gang Moniker
Scars / Tattoos   TAT: LT ARM TRIBAL ART

|  |  |  | Date | Time |
|---|---|---|---|---|
| Custody Officer | US | - US MARSHAL TRANSPORT |  |  |
| Arresting Officer | US | - US MARSHAL TRANSPORT | 07/29/00 | 00:00 |
| Transport Officer | US | - US MARSHAL TRANSPORT |  |  |
| Probation Officer |  | - |  |  |
| Admitting Officer | 6-89 | - JEFF JOHNSON |  |  |
| Fingerprint Officer |  | - NONE TAKEN |  |  |
| Detain Auth Officer | 6-89 | - JEFF JOHNSON | 07/29/00 | 13:33 |
| Release Auth Office | RET | - RETURN TO CONTRACT AG | 10/03/00 | 10:00 |
| Release Officer | 6-85 | - MIKE MERINO | 10/03/00 | 10:00 |
| Release Type: | TRN | Release To:  US MARSHAL TRANSPORT |  |  |

Detainer 1:
        2:

Billing Agency #   US   US MARSHALS
Custody Agency #   US   - US MARSHALS
Housing Facility   BCSO
Arrest Location   TRANSFERRED IN
Offense Location   SAME AS LISTED ABOVE
JRN:   007234
FBI:   758033DB6
MID:   NONE FOUND
Finger
Mug #:   2000465F.JPG
Class:
Points:   0
Reason

ACTIVE: N   Work Release: N   Community Service: N   Interpretor:

Comments

## CHARGES/COURT INFORMATION

| IBR # | NCIC # | Violation | Statute | Disposition | Date | Bond Amt/Type | Warrant # | Sentence |
|---|---|---|---|---|---|---|---|---|
|  |  | FEDERAL CHARGES | 1512 & 373 | AWAITING COURT | 07/29/00 | 0.00 | 00-3034 |  |



ID # 00105347

B. H. CO. SHERIFF'S OFFICE
ARREST REPORT

AKA: none

Name: JOHNSON,ANGELA JANE
Addr: PO BOX 174
KLEMME, IA 50449
515-587-2294  Res: N

Born:  1/17/64 in BURLINGTON, WI
Age:  36 years old as of 10/03/00
Citizen of UNITED STATES

| | | | |
|---|---|---|---|
| Sex: | F | Hispanic: | N | Race: W-WHITE |
| Height: | 5'07" | Weight: | 145 | Build: B-MEDIUM |
| Hair Color: | BRO | Eye Color: | BRO | Skin: F-FAIR |
| Glasses: | N | Shoe Size: | 07 | Hand: R |
| Marital Stat: | S | Dependents: | 2 | Caution: E-ESCAPE RISK |

Education: 12

Occupation: UNEMPLOYED
Employer:                                        /00

OLS: IA    OLY: 02   OLN:   481862690
WPD #                        CFPD #

SOC: 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
FBI:                State:
Prints:
SISTER          HOLLY DIRKSEN
PO BOX 174
KLEMME          IA 00000 Res N
515-587-2294        10/03/00

SISTER          HOLLY DIRKSEN
PO BOX 174
KLEMME          IA 00000 Res N
515-587-2294        10/03/00

LEASED BED INMATE
US Marshal No.

Remarks:

U-001

Arrested 10/03/00 @ 10:53    36 years old
Incident:                                       Dept Disp: LEASED BED
Arr Type: LEASED BED                            Pros Disp:
Grid/Loc:        /                              Adult/Juv: A    Film No:
Arr  OFC:                                       Drug Use?       Alcohol?
Asst OFC:                                       How Armed:
                                                IBR Code:  INFO UCR Code:

Charged With:                LEASED BED                          Counts:
  Section:  0.0                              Charge Type:
  Incident:                                  Fed/St/Local:
  Warrant:            Agency: UN             NCIC:       6299
  Remarks:  5 CTS MURDER                     IBR Code:   INFO
  Crim Actv:                                 UCR Code:   INFO

END OF REPORT



Inmate # *105347*     **Black Hawk County Jail**     Date: 29 SEP 00
                      *Inmate Classification Intake Report*

## I. Identification

Name: Johnson, Angela Jane                                    Age: 36  W/F
        Last      First      Middle
Bond:_____  Detainers:  U.S. Marshal's North
( ) Serving Sentence:_____Yrs. _____Mo. _____Days
Previous Security Classification:_____

## II. Current Charge/s:

**Severity of Current Charges**: (Use Offense Scale; rate most serious charge as full point      value.
Each subsequent charge will be given half value per charge. For multiple charges, score three most severe, and note each
additional charge.)

_____Simple (5 or 10)_____        _____
_____Serious (10 or 15)_____        _____
_____Aggravated (15 or 20)_____        _____
_____Class D (20 or 25)_____        _____
_____Class C (25 or 30)_____        _____
_____Class B (30 or 35) Consp. to commit Murder/ Vio. of Cont. Sub. Act _____
_____Class A (40 points)_____: Murder - 5 cts _____   80
_____Addtl. Detainers, Warrants, Pending Charges_____   _____

                                            **Total:**     80

## III. Past Arrest History:

**Severity of Prior Offenses**: (Use Offense Scale; review past 5 years, rate most serious
offense first, as to safety and security concerns for facility. If inmate has been incarcerated,
review 5 years prior to date of incarceration.)

None to Low---------------------------------------------------------- 0_____
Moderate------------------------------------------------------------- 1_____
High----------------------------------------------------------------- 3_____
Highest--------------------------------------------------------------- 5_____

                                            **Total:**     0

## IV. Escape History:          *list history on page 3.

**Verifiable escape history**: (Excluding current charges and charges already noted on Past
Arrest History. **Note: if the third option is scored, maximum security will be classified.)

No escapes or attempts--------------------------------------------0 _____
Walkaway or unauthorized absence--------------------------------1 _____
**Escape or attempt from medium or maximum setting----(MAX)-5 ·   5

                                            **Total:**     5

## Score of 40 points or higher, or Escape Risk, assign Maximum Security

(Complete the remaining items, do not score if inmate has already been assigned to maximum custody.)

## V. Additional Point Factors:

(Each of the following Classification factors will be one point per incident, if considered to be a significant risk to the facility)

Point Value:

Institutional Misconduct (documented): _____ _____

Threats/History of Violence: _____ _____

History of Weapons Use: _____ _____

History of Gang Involvement: _____ _____

History of Substance Abuse:(within one year) _____ _____

Health Risk: _____ _____

Suicidal Tendencies/Suicidal: _____ _____

Total: _____

Notable Risks (i.e.: Suicidal, Health Risk, etc.):

_____

_____

_____

_____

_____

_____

## VI. Stabilizing Factors:

(Each of these factors will be one negative point (-1) and can be used to stabilize an inmate's point classification, if appropriate.)

Positive Experiences/ Past History with Jail Staff: _____

26 years or older: -1

Employment/Education (For the past six (6) months): _____

Residence (Same address for last twelve (12) months): _____

Education (Post-high school educational background): _____

Total: -1

## VII. Additional Concerns:

(Circle One)

Is this inmate a medical/suicidal risk? Yes / **No**

Does this inmate require additional supervision for some other reason? Yes / No

Should this inmate be kept separate from specific other inmates within this facility? Yes / **No**

Does this inmate require protective custody for any reason? Yes / **No**

If yes to any above, explain:

Transferred from Benton Co. due to a planned Escape attempt.

JGR000039

## Totals Page:

**Current Charge/s:**
  Charge/s:

**Total Points:** 80

**Past Arrest History:**
  Charge/s:

**Total Points:**

**Escape History:**
  Escape Type/s:

**Total Points:** 05

**Additional Point Factors:**
  Factors:

**Total Points:**

**Stabilizing Factors:**
  Factors:

**Total Points:** —1

**Total Classification Score:** 84

Circle One: ( **Maximum** ) **Medium**      **Minimum**
                40+ points    10-39 points    0-9 points

**Additional Comments and Classification Status:**

This subject is in custody for five (5) cts of murder, one (1) count of attempte
murder, violation of Controlled Substance act. ALL FEDERAL. They are seeking
the death penalty on Ms. Johnson. There will be addtional charges coming ref.
the attempted escape and/or plan. Per U.S. Marshal's North, this subject is
a disciplinary problem and should be treated as such. Due to charges and   (OVE

Date Reviewed:_____        Initial Officer: _J. Schmidt_
                                 Signature:

_____Officer Override:      _____Classification  Reviewing Officer ID#/Initials:_____

Comments:_____

_____

_____

(continue on back)

(Comments continued from page 3)

and prior behavior in Benton Co. this Inmate should ONLY be moved while in complete restraints.

31 JPS

**Booking Report #:**  2000000465

**Booking Date/Time:** 07/29/00    13:33

000002

**Name:** JOHNSON,ANGELA JANE

**DOB:** 01/17/64
**Addr:** 411 E MAIN ST
**Addr:**
**City:** KLEMME,IA UKN
**Phone:** - -

**OLN:** 481862690      **St:** IA
**SSN:** 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
**POB:** BURLINGTON,IA
**School** NONE
**Grade:** 9   **Stat:** DIVORCED   **GED:**   **APS:**
**Dangerous:** 0   **Hate/Bias:** NONE
**Gang:** NONE
**Gang Moniker**
**Scars / Tattoos** TAT: LT ARM TRIBAL ART

**Age:** 36
**Race:** W
**Sex:** F
**Ethnic:** N
**Height:** 5'07"
**Weight:** 145
**Hair:** BRO
**Eyes:** BRO
**Skin:** FAR
**Facial:** FAR

|                      |      |                          | Date     | Time  |
|----------------------|------|--------------------------|----------|-------|
| **Custody Officer**    | US   | - US MARSHAL TRANSPORT   |          |       |
| **Arresting Officer**  | US   | - US MARSHAL TRANSPORT   | 07/29/00 | 00:00 |
| **Transport Officer**  | US   | - US MARSHAL TRANSPORT   |          |       |
| **Probation Officer**  |      | -                        |          |       |
| **Admitting Officer**  | 6-89 | - JEFF JOHNSON           |          |       |
| **Fingerprint Officer**|      | - NONE TAKEN             |          |       |
| **Detain Auth Officer**| 6-89 | - JEFF JOHNSON           | 07/29/00 | 13:33 |

**Release Auth Office**    -
**Release Officer**                              00:00
**Release Type:**      **Release To:**           00:00

**Detainer 1:**
**2:**

**ACTIVE:** Y   **Work Release:** N   **Community Service:** N   **Interpretor:**

**Comments**

**Billing Agency #**   US      US MARSHALS
**Custody Agency #**   US    - US MARSHALS
**Housing Facility**   BCSO
**Arrest Location**    TRANSFERRED IN
**Offense Location**   SAME AS LISTED ABOVE
**JRN:**    007234
**FBI:**    758033DB6
**MID:**    NONE FOUND
**Finger**
**Mug #:**  2000465F.JPG
**Class:**
**Points:**    0
**Reason**

## CHARGES/COURT INFORMATION

| IBR # | NCIC # | Violation | Statute | Disposition | Date | Bond Amt/Type | Warrant # | Sentence |
|-------|--------|-----------|---------|-------------|------|---------------|-----------|----------|
|       |        | FEDERAL CHARGES | 1512 & 373 | AWAITING COURT | 07/29/00 | 0.00 | 00-3034 |  |

## ROOM

| # | Unit | Room | Date In | Date Out | Comments |
|---|------|------|---------|----------|----------|
| 1 | 2 | B | 07/29/00 |  | INITIAL PLACEMENT |

## CONTACTS

| # | Name | DOB | Address | City,State Zip | Phone | Relationship |
|---|------|-----|---------|----------------|-------|--------------|
| 1 | DIRKSON,HOLLY |  |  |  | 515-587-2294 | SISTER |

## ALIAS

| Name | DOB |
|------|-----|
| ANGIE | |
| JOHNSTON,ANGELAELLEN | 510768477 |

JGR000042

**Booking Report #:**    2000000465

**Booking Date/Time:** 07/29/00    13:33

**Name:**  JOHNSON,ANGELA JANE

000003

**PROPERTY**

**Cash on Entry:**        0.00    **Cash Balance:**        0.00

| # | Qty | Item | Property Desc | Make | Model | Date Returned | Property Returned To |
|---|-----|------|---------------|------|-------|---------------|----------------------|
| 1 | 1 | SHIRT | WHITE T | | | | |
| | | | *Inmate Signature* | | | | |
| 2 | 1 | SHORTS | BLU | | | | |
| | | | *Inmate Signature* | | | | |

*I certify that the above is a correct list of all items removed from my possession at the time I was placed in detention.........Inmate Signature* _____
                                                        Date ___/__

*I certify that I received all of the above listed property (minus previously released property indicated above)....................Inmate Signature* _____
                                                        Date ___/__

JGR000043

**Booking Report #:**   2000000465

**Booking Date/Time:** 07/29/00    13:33

*Name:*   JOHNSON,ANGELA JANE

*Case #:*   FED

000004

## MEDICAL

| Question: #/Part/Text | Answer - Text |
|---|---|
| 0   1 BOOKING OFFICER/INMATE QUESTIONNAIRE - MEDICAL PART 1 | |
| 0   2 | |
| 1   0 Recently seen a medical doctor for any reason? | N |
| 2   0 Currently taking medications prescribed by a doctor? | N |
| 3   0 Allergic to any medications or foods? | Y   FISH |
| 4   0 Special diet prescribed by a doctor? | N |
| 5   0 Handicaps or conditions that limit activity? | N |
| 6   0 Regularly use alcohol or street drugs? | N |
| 7   0 Any problems when stop drinking or using drugs? | N |
| 8   0 Fainted or a recent head injury? | N |
| 9   0 Weight loss of more than 10 pounds without dieting? | N |
| 10   0 Recent loss of appetite? | N |
| 11   0 Problems or pain with teeth? | N |
| 12   0 Shortness of breath not related to smoking? | N |
| 13   0 Sore throat? | N |
| 14   0 Shaking chills or night sweats? | N |
| 15   0 a. Abnormal discharge   b. AIDS     c. Allergies | N |
| 16   0 d. Arthritis     e. Asthma    f. diabetes | N |
| 17   0 g. Epilepsy     h. Fainting spells    i. Hepatitis | N |
| 18   0 j. Heart condition    k. High blood pressure   l. Stroke | N |
| 19   0 m. Seizures     n. Tuberculosis     o. Ulcers | N |
| 20   0 p. Venereal disease    q. Other (specify) | N |
| 21   0 Unexplained bleeding from any opening or growth on skin? | N |
| 22   0 Current or past treatment from a psychiatric doctor? | N |
| 23   0 Any other medical problems not covered above? | N |
| 24   0 Ever attempted to hurt self or attempted suicide? | N |
| 25   0 Thinking about hurting self or suicide now? | N |
| 26   0 If Female: Pregnant at this time or recently delivered? | N |
| 27   0 If Female: Currently taking birth control? | N |
| 28   1 | |
| 28   2 | |
| 28   3 | |
| 28   4 | |
| 28   5 | |
| 28   6 | |
| 28   7 | |
| 28   8 | |
| 28   9 | |
| 28   10 | |
| 28   11 I have truthfully answered these questions about my health. | |
| 28   12 | |
| 28   13 | |
| 28   14 | |
| 28   16 _____    _____ | |
| 28   17 Signature of Inmate      Date | |
| 28   18 | |
| 28   19 | |
| 28   20 _____    _____ | |
| 28   21 Signature of Booking Officer     ID# | |
| 29   1 BOOKING OFFICER VISUAL ASSESMENT- PART 2 | |
| 30   0 Inmate conscious? | Y |
| 31   0 Pain/bleeding suggesting the need for emergency care? | N |
| 32   0 Visible signs of trauma/illness suggesting emergency care? | N |
| 33   0 Obvious fever/swollen lymph nodes/jaundice? | N |
| 34   0 Evidence of infection which might spread through facility? | N |
| 35   0 Skin in good condition and free of vermin? | Y |
| 36   0 Persistant dry cough? | N |
| 37   0 Purple blotches/discoloration under skin/mucous membrane? | N |
| 38   0 White patches in mouth? | N |

Case 3:09-cv-03064-MWB-LTS    Document 384-53     Filed 06/23/11     Page 44 of 100

JGR000044

Booking Report #: 2000000465

Case #: FED

Booking Date/Time: 07/29/00    13:33

Name: JOHNSON,ANGELA JANE

000005

## MEDICAL

| Question: #/Part/Text | Answer - Text |
|---|---|
| 40   0  Appear to be under the influence of drugs? | N |
| 41   0  Signs of visible alcohol or drug withdrawl? | N |
| 42   0  Carrying medications to be continously available? | N |
| 43   0  Signs of depression present? | N |
| 44   0  Appear unusually embarrassed or ashamed? | N |
| 45   0  Appear to be acting or talking in a strange manner? | N |
| 46   0  Appear overly anxious/afraid/angry? | N |
| 47   0  Scars/marks which may indicate previous suicide attempt? | N |
| 48   0  Behavior suggest the risk of suicide? | N |
| 49   0  Behavior suggest the risk of assault to staff/inmates? | N |
| 50   0  Physical deformities? | N |
| 51   0  Appear to have psychiatric disorder? | N |
| 52   0  END OF QUESTIONS | |
| 53   0  END OF QUESTIONS | |
| 54   0  END OF QUESTIONS | |
| 55   0  END OF QUESTIONS | |

JGR000045



000006

JGR000046

# BENTON COUNTY CORRECTIONAL CENTER

## MANUAL BOOKING WORKSHEET- SLEUTH

000008

Date/Time of Arrest:_____ Here Before? Y / N    Agency Case #:_____

Date/Time of Arrival: 07/29/00_____ Location of Arrest:_____

Inmate Name: Johnson, Angela Jane____ DOB: 01-17-64

Address: 411 E Main_____ City: Kleman

State: IA_____ Zip:_____ Phone: (____)_____

Sex: M (F)   Race: (W) B O   Hgt: 5'07"   Wgt: 145   Hair: BRO   Eyes: BRO

POB: Burlington, WIS   Religion: None

OLN: 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 --   Valid: Y N   SS#:_____ (Same)

Does this subject have or ever had a DL or ID in any other state, if so List: None

S/M/T (Identify Which): Lt Arm Tribal Art

School (Current): None   Last Grade (Completed): 9   Marital: S (D) M W O

Gangs/Groups: None   Hates/Bias: None

Alias: Angie

Contacts: Attorney: ~~_____~~ Alfredo Preish (PD) Phone:_____

Request to Contact (Y) N   Contact Made: Y N   Attempts: 1 2 3   Time:____ Time:____ Time:____

Initial Call:_____ (Declined) Phone:_____

Emergency: Dirkson, Holly   Relationship:_____

Address: Po Box 174 Klemme, IA   Phone: 515-587-2294

Employer: Unemployed   Job Description:_____

City:_____   Phone:_____

Room Assignment: (Holding) (Isolation) (Cell 1) Other: 2   Time Placed:_____

Was there any particular reason for certain placement?_____

Notes:_____

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 47 of 100

JGR000047

# PROPERTY LIST

____ Cap/Hat_____

1 Shirt _whte T_

2 Pants _blu Shrts_

____ Shoes_____

____ Coat_____

____ Wallet/Purse_____

Other_____

Other_____

Other_____

____ Cigarettes_____

____ Other Tobacco_____

____ Lighter/Matches_____

____ Watch_____

____ Keys on _____ Ring(s)

____ Jewelry_____

# MEDICAL INFORMATION

Recently seen a medical doctor for any illness?.......................... Y (N)_____
Currently taking medications prescribed by a doctor?................ Y (N)_____
Allergic to any medications or foods?.......................... Y (N) FSC_____
Special Diet prescribed by a physician?.......................... Y (N)_____
Handicaps or conditions that limit activity?.......................... Y (N)_____
Regularly use alcohol or street drugs?.......................... Y (N)_____
Any problems when you stop drinking or using drugs?.................. Y (N)_____
Fainted recently or had a recent head injury?.......................... Y (N)_____
Recent weight loss of 10 pounds or more without dieting?.............. Y (N)_____
Recent loss of appetite?.......................... Y (N)_____
Problems or pain with your teeth?.......................... Y (N)_____
Shortness of breath not related to smoking?.......................... Y (N)_____
Sore throat?.......................... Y (N)_____
Shaking chills or night sweats?.......................... N

| | | | |
|---|---|---|---|
| Abnormal Discharge | Aids | Allergies | N |
| Arthritis | Asthma | Diabetes | N |
| Epilepsy | Fainting | Hepatitis | N |
| Heart Condition | High BP | Stroke | N |
| Seizures | Tuberculosis | Ulcers | N |
| Venereal Disease | Other (Specify)_____ | | |

Unexplained bleeding from any opening or growth on skin?................ Y (N)_____
Current or past treatment from a psychiatric doctor?........................ Y (N)_____
Any other medical problems not covered above?............................ Y (N)_____

Ever attempted to hurt or kill self before?.......................... Y (N)_____
Thinking about hurting or killing self now?.......................... Y (N)_____

If Female: Pregnant at this time or recently delivered a baby?.................. Y (N)_____
If Female: Currently taking any type of birth control?.......................... Y (N)_____

*I certify that the above list of my property is complete and correct. I also certify that I have answered the above medical questions to the best of my knowledge.*

JGR0000432

(X)_____ _____
Date/Time                    Staff Signature/ID

# BENTON COUNTY CORRECTIONAL CENTER

# INMATE WARNING ADVISORY

Inmate Name: _Johnson, Angela_     Booking #: _2000/465_

## Be Advised:

X You may be observed by a member of the jail staff, who is of the opposite sex. It is recommended that you wear the uniform that is provided to you when not in your bunk.

X Your mail will be opened and read for security purposes, with the exception of privileged mail including inmate/attorney and inmate/court. All telephone calls may be monitored and recorded at any time. All phone calls are collect and no personal messages of any kind will be given.

X There is an emergency button located in your cell. This button shall only be used in case of a genuine emergency. It will not be used for routine contact with jail staff. If you push the emergency button and there is no emergency found, disciplinary action will include cell restriction in isolation or your individual cell for twenty four hours.

X Do not knock on any door or window for any reason. Stay reasonably quiet at all times.

X Charges pending against you are not to be discussed with the jail staff. Any statement you make may be used against you in court.

X Follow all instructions given to you by staff members.

## MANUAL STATEMENT

I have been issued copy ___9___ of the *Inmates Responsibilities and General Policies Manual of the Benton County Jail.* I understand that I should read and be familiar with the contents of this manual and I further understand that upon my release from this facility, the manual will be turned in and inspected. Any damage found, other than normal wear, will result in criminal charges being filed against me. This manual remains property of Benton County at all times.

Notable Damage:_____

X _____
**Inmate Signature**

_07/29/00_
**Date/Time of Advisory**

_____
**Staff Signature/ID**

**Classification:** <no entry>  **INTAKE DATE:** 10/18/2005 11:39:00 AM
**JAIL:** LCSD  **BOOKING NR:** 200500011702  **AGENCY:** <no entry>  **BY:** <no entry>
**TIME:** <no entry>  **DATE:** <no entry>  **CHARGE:** <no entry>  **INCIDENT NR.:** <no entry>
**ACTION:** <no entry>  **DATE:** <no entry>  **TIME:** <no entry>  **BY:** <no entry>
**OTHER:** <no entry>  **BY:** 00000430  **TIME:** 17:00:00  **DATE OCCURRED:** 11/05/2005
**INCIDENT TYPE:** BW
**Comment:** I checked belongings in the day area of N block after 1500 lockout.  I found a s
and a pillowcase wraped up in Angela Johnson's tshirt.  Johnson was warned
about having bedding in the day area and the sheet and pillow case were removed
from the block.

(c) 2005. Computer Information Systems Inc.

Case 3:09-cv-03064-MWB-LTS     Document 284-53     Filed 06/23/11     Page 50 of 100

JCR000050

# LINN COUNTY CORRECTIONAL CENTER
## DISCIPLINARY PACKET CHECKLIST

INMATE'S NAME: _JOHNSON, ANGELA_     ID#: _77651_

DATE OF INCIDENT: _11-20-05_     TIME OF INCIDENT: _2205_ HRS

REPORTING DEPUTY OR CORRECTIONAL OFFICER: _Sgt GALES_  ID#: _163_

DATE     TIME     ID#

A. **INMATE INCIDENT REPORT**
   1. APPROVED BY INCIDENT SHIFT SGT:     YES X  NO _11-22-05 1400   178_
      (SGT. TO APPROVE INCIDENT REPORT WITHIN 24 HOURS OF INCIDENT)
   2. COPY TO INMATE AFTER APPROVAL:     YES _X_  _11-22-05 1403   427_
      (WITHIN 48 HOURS OF INCIDENT)

B. **INVESTIGATION OF INCIDENT COMPLETED** YES _X_  _11-22-05 2200   438_
   PAST BEHAVIOR WARNINGS DOCUMENTED: YES _X_  _11-22-05 2200   438_
   (TO BE DONE AT INVESTIGATION IF NOT DONE DURING INITIAL INCIDENT)

C. **STEP 1. NOTICE OF DISCIPLINARY HEARING:**
   (NO LESS THAN 24 HOURS PRIOR TO HEARING)
   1. HEARING SET AND COPY TO INMATE:     YES _X_  _11-2-05 220   450_
   2. HEARING TO BE HELD: (SET BY SGT) NO EARLIER THAN _11/23/05_ AT _2200_
      NO LATER THAN _11/29/05_ AT _2200_.
      (HEARING TO BE HELD WITHIN 5 DAYS [120 HOURS] OF INCIDENT, EXCLUDING WEEKENDS)

D. **STEP 2. NOTIFICATION OF INMATE CONSIDERATION:**
   (TO BE COMPLETED DURING HEARING)
   1. COMPLETED AND COPY TO INMATE:     YES _X_  _11-28-05 2026 128_

E. **STEP 3. EVIDENCE – FINDING OF FACTS:**
   **STEP 4. HEARING REPORT:**
   **STEP 5. DISPOSITION OF HEARING OFFICER:** YES _X_  _11-28-05 2100   128_
   (STEPS 3,4 AND 5 TO BE COMPLETED DURING/AFTER HEARING)
   1. COPY OF STEPS 4 AND 5 TO INMATE:     YES _X_  _11-28-05 2100   128_

F. **APPEAL FORM GIVEN TO INMATE:**     YES _X_  NO ___  _11-28-05 2030 128_ (NO APPEAL)

G. **COMPLETED APPEAL RETURNED TO STAFF:** YES ___  NO ___  ___  ___  ___
   (IT IS THE RESPONSIBILITY OF THE OFFICER PICKING UP THE FORM TO
   DATE, TIME AND SIGN THE APPEAL, ATTACH IT TO THE DISCIPLINARY
   PACKET, AND SUBMIT IT TO THE SHIFT SERGEANT. IF THE APPEAL IS
   DECLINED BY THE INMATE, THIS SHOULD BE INDICATED ON THE APPEAL
   FORM AND SIGNED BY THE INMATE, THEN FORWARDED TO THE SHIFT
   SERGEANT.)

H. **APPEAL CONSIDERATION COMPLETED:**     YES ___  NO ___  ___  ___  ___
   (TO BE COMPLETED BY THE ADMINISTRATOR OR DESIGNEE WITHIN 72
   HOURS AFTER HE/SHE RECEIVED THE APPEAL IN HAND, EXCLUDING WEEKENDS)
   DECISION WAS:  SUSTAINED: ___  DELETED: ___  AMENDED TO: ___

   AMENDED TO: _____  BY: _____
   1. COPY TO INMATE:                YES ___  ___  ___  ___

I. **INMATE WRITTEN REPRIMAND (IF USED):**  YES ___  NO ___  ___  ___  ___

J. **ISOLATION SEGREGATION:**        YES _X_  NO ___  _11-28-05 2100 178_
   DISTRIBUTION: COMPLETED REPORTS TO BE SUBMITTED TO THE RECORDS ROOM FOR
   THE DUTY OFFICER TO COPY AND FILE.
   COMPLETED BY: DUTY OFFICER: _____     _11/29/05 S13 0315_

JGR000051

# LINN COUNTY CORRECTIONAL CENTER
## INMATE INCIDENT REPORT

DATE: 11-20-05          TIME: Hrs. 2204          LOCATION: 3-N Block
INMATE:   Johnson, Angela                                   ID#77651
RACE/SEX  W/F   DOB: 1-17-64      CELL #:      N-3
CLASSIFICATION:  ARR ( )  GEN ( )  FED ( X )  W/R ( )  I/W ( )

REPORTING OFFICER AS WITNESS #1 ____ Sgt James Gales ____
WITNESS #2_____          WITNESS #3_____
WITNESS #4_____          WITNESS #5_____

NARRATIVE: On above date at approx 2340, C.O. Tammy Beatty advised me that the girls, Angela Johnson, and Ethel Mitchell were not getting along. An incident had taken place in 3-N block at around 2200 hrs. It was also my understanding that C.O. Beatty passed this information along to C.O. Jennifer Fisher, prior to leaving work for the night. Sometime after midnight C.O. Fisher came to me and asked me if I had heard about the problem in N-Block. I told her I had heard there was a problem With Inmates Johnson, and Mitchell. I told Fisher that before trays were passed in the morning, we would go in and find out what had happened.

The morning of 11-21-05 at approx 0545 hrs, C.O. Fisher and I went to the block, and I first talked to Inmate Johnson, and I asked her if Inmate Mitchell, and Her were both let out for breakfast, if there would be a problem, and Inmate Johnson said Yes. I then asked Inmate Mitchell the same. Inmate Mitchell said she would have no problems with Johnson. I then asked Inmate Mitchell what had happened the prior evening. Mitchell stated that there was a problem with the television, and She wanted to watch the news, and Johnson wanted to finish watching the show they were watching in the block. Inmate Mitchell then stated she went to the television and turned the channel, and Inmate Johnson turned it back. Inmate Mitchell then said a pushing match took place, and some hair pulling etc. I once again asked both if I was to let them out if there would be a problem? And Inmate Johnson said there definitely would be a problem. I then advised both inmates that they were in lockdown until further notice. At 0700 Hrs I made it official, and had C.O. Fisher remove all property from their cells, and place them in 24 hr, cool down status.

On 11-22-05, I viewed the tape from the cellblock on the incident that had taken place. I started to view the tape starting from approx 2150 hrs. I noticed the block watching a channel, and Inmate Mitchell sitting at the table, not really watching the show. I then observed Inmate Mitchell appear to ask the other inmates in the block as if She was taking a vote. I then observed Inmate Mitchell walk around the table, next to Inmate Johnson, reach up and turn the channel, this in turn caused Angela to stand up and confront Inmate Mitchell. Both Inmates faced each other off. Inmate Johnson took an aggressive stance with her right fist cocked. After a brief stance, Inmate Mitchell took a swing Inmate Johnson, and they both took a bear hug stance pulling hair etc. The other inmates in the cell, separated the two, and then the rest of the time until lock down, they verbally chanted at one another. No other physical altercations took place.

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 52 of 100
JGR000052

Due to the visual evidence in this incident, I am charging both inmates with;
00.3 Fighting
00.40 Conduct, which disrupts or interferes with the security, and tranquility, and orderly running of the institution

**END OF REPORT**

OFFICER'S SIGNATURE _____ APPROVED BY _____

COPIES: SHERIFF ( ) ADMINISTRATOR ( ) INMATE FILE ( ) INCIDENT
FILE ( ) NURSE ( ) PROGRAM DIRECTOR ( ) MAINT ( )

JGR000053

# LINN COUNTY CORRECTIONAL CENTER
## INMATE DISCIPLINARY INVESTIGATION REPORT

INMATE'S NAME: _Angie Johnson_ ID#: _77651_

DATE OF OCCURRENCE: _11-20-05_ DATE: _11-22-05_

INMATE'S STATEMENT:

I was watching 'Raymond' and Erma thought she should be watching the news.

She took a poll to see who wanted to watch the news. She was the only one and she actually got up and turned it. I turned it back. We had words, she pulled my hair. The girls got her off me. I didn't hit her or pull her hair or even push her. She has been trying to rule the block since the day she came in here. All she did after was run her mouth. I watched Raymond and laughed a few. It was a very funny episode.

OTHER FINDINGS BY INVESTIGATING DEPUTY/CO:

DEPUTY/CO'S NAME: _430 Heather Moore_ APPROVED BY: _____

JGR000054

## NOTICE OF DISCIPLINARY HEARING · STEP 1

TO: _Angela Johnson_    CELLBLOCK: _N_

ALLEGED VIOLATION:

_00.3 Fighting_

_00.40 Conduct which disrupts or interferes with the security, and tranquility, and orderly running of the institution_

DATE OF OFFENSE: _11-20-05_

THE HEARING WILL BE HELD NO EARLIER THAN _11/23/05_ AT _2200_

AND NO LATER THAN _11/27/05_ AT _2200_ .

AT THE LINN COUNTY CORRECTIONAL CENTER IN CEDAR RAPIDS, IOWA.

YOU WILL ALSO HAVE THE RIGHT TO CALL WITNESSES AT THE DISCRETION OF THE HEARING OFFICER, AND TO PRESENT DOCUMENTARY EVIDENCE IN YOUR BEHALF. NAMES OF WITNESSES YOU WISH TO CALL SHOULD BE LISTED BELOW. BRIEFLY STATE WHAT EACH PROPOSED WITNESS WOULD BE ABLE TO TESIFY TO.

NAME: _CHRISTIEN PHILIPS_    CAN TESTIFY TO:

_WHAT I SAID_

NAME: _SHARANNE ICT_    CAN TESTIFY TO:

_WHAT I SAID_

NAME: _____ CAN TESTIFY TO:

THE HEARING OFFICER WILL CALL THOSE WITNESSES (STAFF OR INMATE) WHO ARE REASONABLY AVAILABLE, AND WHO ARE DETERMINED BY HIM/HER TO BE NECESSARY FOR AN APPRECIATION OF THE CIRCUMSTANCES SURROUNDING THE VIOLATION.

IF MORE SPACE IS NEEDED, USE THE REVERSE SIDE OF THIS FORM. DATE, SIGN AND RETURN THIS FORM TO THE FLOOR DEPUTY/CORRECTIONAL OFFICER.

DATE: _11-22-05_ SIGNATURE: _Angela J_ TIME: _850_

Case 3:09-cv-03064-MWB-LTS    Document 84-53    Filed 06/23/11    Page 55 of 100

JGR000055

## NOTIFICATION OF INMATE CONSIDERATIONS    STEP 2

INMATE'S NAME: JOHNSON, ANGELA      CELLBLOCK: 3 N

DATE OF NOTIFICATION: 11-28-05      TIME: 2026

DELIVERING DEPUTY: Sgt SE. Williams 178

YOU HAVE BEEN CHARGED WITH A MAJOR OR MINOR VIOLATION OF THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. A COPY OF THESE RULES WERE ISSUED TO YOU AT BOOK-IN. YOU HAVE THE RIGHT TO:

1) BE GIVEN A COPY OF THE CHARGES AGAINST YOU.

2) BE PRESENT DURING THE HEARING, EXCEPT WHERE DISALLOWED BY THE HEARING OFFICER.

3) PRESENT WITNESSES IN YOUR BEHALF (STAFF OR INMATES). EXCEPT WHERE DISALLOWED BY THE HEARING OFFICER.

4) APPEAL THE HEARING OFFICER'S DECISION TO THE JAIL ADMINISTRATOR.

5) NON-LEGAL REPRESENTATION (IF UNABLE TO READ AND/OR WRITE) TO ASSIST IN UNDERSTANDING THE CHARGES AGAINST YOU.

6) RECEIVE WRITTEN FINDINGS OF THE HEARING OFFICER'S DECISION.

THIS IS AN <u>ADMINISTRATIVE PROCESS ONLY</u>, NOT A COURT OF LAW. THEREFORE:

1) A FINDING OF GUILTY IS BASED ON THE WEIGHT OF EVIDENCE PRESENTED, NOT GUILTY BEYOND A REASONABLE DOUBT.

2) RULES OF EVIDENCE DO NOT APPLY.

3) HERESAY EVIDENCE IS PERMISSABLE.

4) THERE IS NO RIGHT TO LEGAL COUNSEL.

5) SELF INCRIMINATION RULES DO NOT APPLY.

6) YOU DO NOT HAVE THE RIGHT TO REMAIN SILENT AND IT CAN BE USED AS AN ADMISSION OF GUILT IF YOU DO.

I HAVE RECEIVED A COPY OF THE CONSIDERATIONS AFFORDED ME DURING THE DISCIPLINARY HEARING.

DATE: 11-28-05      TIME: 2026

SIGNATURE: X _Angela_      CELLBLOCK: 3N

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 56 of 100

JCR0000050

LINN COUNTY CORRECTIONAL CENTER DISCIPLINE HEARING     STEP 3

EVIDENCE, FINDING OF FACTS AND STATEMENT OF REASONING

INMATE: **Johnson, Angela 77651**

DATE OF HEARING: **Monday 11-28-05**

RULE VIOLATIONS   **00.3- Fighting with another. 00.40 Conduct, which disrupts or interferes with the security, tranquility, or orderly running of this institution.**

**FINDINGS:**

On Monday, November 28, 2005 a disciplinary hearing was convened involving inmate Angela Johnson. Present at the hearing was inmate Johnson who was advised of the LCCC notification of inmate considerations, which she acknowledged and signed. Inmate Johnson said the fight was over the TV. She said she was watching a program and Inmate Mitchell changed the TV. The both took turns turning the channel back and forth until the fight broke out. Inmate Johnson was seen on the videotape cocking her fist back. Inmate Mitchell then pushes Johnson and both began to fight.

In consideration of the evidence present, I give Inmate Angela Johnson 10 days BMC w/ credit time served.

<u>End of Report</u>

COMMITTEE CHAIRMAN: **#178 Sgt. Williams**

COMMITTEE MEMBER: _____

DATE: _____**11-28-05**_____

JGR000057

INMATE: **Johnson, Angela 77651**                              CELLBLOCK: **3N Block**

THE INMATE HAS BEEN ADVISED OF THE CONSIDERATIONS AT THIS HEARING:
YES **X** NO ____

THIS HEARING WILL ALSO INCLUDE AN ADMINISTRATIVE SEGREGATION NOTICE:
YES ____ NO **X**
THE HEARING WAS HELD TO CONSIDER THE INCIDENT REPORTS DATED:
**11-20-2005**
THE FOLLOWING PERSONS APPEARED AT THE HEARING:
**# 178 Sgt. Williams and Inmate Johnson**

A SUMMARY OF STATEMENTS MADE AND INFORMATION PRESENTED AT THE HEARING:
THE HEARING OFFICER FINDS THAT:

On Monday, November 28, 2005 a disciplinary hearing was convened involving inmate Angela Johnson. Present at the hearing was inmate Johnson who was advised of the LCCC notification of inmate considerations, which she acknowledged and signed. Inmate Johnson said the fight was over the TV. She said she was watching a program and Inmate Mitchell changed the TV. The both took turns turning the channel back and forth until the fight broke out. Inmate Johnson was seen on the videotape cocking her fist back. Inmate Mitchell then pushes Johnson and both began to fight.

In consideration of the evidence present, I give Inmate Angela Johnson 10 days BMC w/ credit time served.

**X** THE ACT WAS COMMITTED AS CHARGED

THE FOLLOWING ACT WAS COMMITTED: **00.3- Fighting with another. 00.40 Conduct, which disrupts or interferes with the security, tranquility, or orderly running of this institution.**

**X** THE INMATE HAS BEEN ADVISED OF THE FINDING AND SENTENCE OF THE HEARING COMMITTEE

**X** THE INMATE HAS BEEN ADVISED OF THEIR RIGHT TO APPEAL TO THE JAIL ADMINISTRATOR

**X** A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE

COMMITTEE CHAIRMAN: **#178 Sgt. Williams**

COMMITTEE MEMBER: _____ DATE: **11-28-2005**

DISPOSITION OF DISCIPLINARY HEARING                                    STEP 5

INMATE NAME: **Johnson, Angela** ID#: **77651**                 CELLBLOCK  **3N Block**

DATE OF OFFENSE: **11-20-05**      DATE OF HEARING: **11-28-05**

RULE VIOLATIONS **00.3- Fighting with another. 00.40 Conduct, which disrupts or interferes with the security, tranquility, or orderly running of this institution.**

TYPE OF DISCIPLINE: RECOMMENDED LENGTH OF RESTRICTION:
BEHAVIOR MODIFICATION CELL (ISOLATION): **10-Days BMC w/ credit time served.**
TELEPHONE AND/OR TELEVISION RESTRICTION: _____

VISITING AND/OR COMMISSARY RESTRICTIONS: _____

LOSS OF GOOD TIME SENTENCE CONSIDERATION: _____ **Yes** _____

OTHER RESTRICTIONS: ___ **N/A** _____

WRITTEN OR VERBAL REPRIMAND: YES ( ) NO ( X )  ** SEE BELOW **

WRITTEN OR VERBAL REPRIMAND

YOU HAVE BEEN INVOLVED IN AN INCIDENT THAT IS CONTRARY TO THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. BY BEING A PARTICIPANT IN THE ABOVE ACT, YOU HAVE CAUSED A DISCIPLINARY REPORT TO BE FILED AGAINST YOU. THE FOLLOWING IS A VERBAL OR WRITTEN (CIRCLE ONE) REPRIMAND.

IF YOU ARE AGAIN INVOLVED IN A SITUATION THAT IS A VOLUNTARY VIOLATION OF A DOCUMENTED RULE OR REGULATION, OR INVOLVED IN A POTENTIALLY HAZARDOUS SITUATION FOR EITHER DEPUTY OR INMATE, THE HEARING COMMITTEE WILL AGAIN HOLD A HEARING ON THIS MATTER.

SUCH A HEARING MIGHT RESULT IN A MAXIMUM TEN DAY DEAD-LOCK, WITH ALL PRIVILEGES REVOKED.

THIS REPRIMAND MAY BE REVIEWED BY THE JAIL ADMINISTRATOR AFTER THE RECEIPT OF A WRITTEN APPEAL, FILED BY YOU WITHIN TWENTY-FOUR (24) HOURS, AFTER YOU HAVE BEEN SERVED WITH THIS REPRIMAND.

COMMITTEE CHAIRMAN: **#178 Sgt. Williams** _____
COMMITTEE MEMBERS: _____

DATE DELIVERED TO INMATE: **11-28-05**      TIME: **2100**  By: **#178**

Case 3:09-cv-03064-MWB-LTS    Document 84-53    Filed 06/23/11    Page 59 of 100
JGR000059

## INMATE APPEAL OF DISCIPLINARY ACTION

INMATE'S NAME: ~~Johnson, Angela~~ DATE DUE: 11-29-05 TIME DUE: 0030

AN INMATE AGGRIEVED BY THE DECISION OF THE HEARING OFFICER MAY APPEAL
THAT DECISION TO THE JAIL ADMINISTRATOR IN WRITING <u>WITHIN 24 HOURS</u>.

TO THE JAIL ADMINISTRATOR:

NO APPEAL

Angie

RECEIVED BY: _Sgt. Sewell_ DATE: 11-28-05 TIME: 2030

NOTE: ISOLATION TIME BEGINS AFTER APPEAL IS COMPLETED OR IMMEDIATELY
AFTER HEARING DECISION. THE JAIL ADMINISTRATOR HAS 72 HOURS (EXCLUDING
WEEKENDS) TO HEAR APPEALS.

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 60 of 100
JGR000060

Date 4/23/05 at 1530
Incident: J05-3793
Reference: Argument between Inmate Johnson, Angela MID#15357 and Hoffer, Chasity MID#7269. Information only

On the above date and time, I Co Stamm was helping the trustees prepare the supper meals when somebody was pounding real loud at H block. Officer Scott and Officer Wingert went to see what the matter was. He advised master to lock down H block. Officer Scott came back into the kitchen and advised me that inmate Johnson and inmate Hoffer were involved in a verbal altercation. He said they didn't physically fight but it looked like they were about ready to. Officer Scott advised Co Nelson of the incident. They were doing headcount and pushing food carts so he advised me to go in and talk with them. After I returned the trustees to G block, Officer Scott let me into H block. I went to room to room and talked to the inmates. Officer Larson came into H block when she was done passing meds. It was the consensus of the block that inmate Hofer,Chasity was bullying and telling the inmates that inmate Johnson, Angela was a baby killer. Inmate Johnson was out all day so inmate Hoffer was trying to cause problems and get the other inmates on her side. When inmate Johnson came back the other inmates told her what inmate Hoffer had been saying all day. Inmate Johnson went up to inmate Hoffer to confront her and of course an argument started. Inmate Johnson said she didn't care what she said about her but she didn't want Hoffer talking about inmate Barker. Inmate Barker also told me that inmate Hofer threatened to beat her up because she was friends with inmate Johnson. I advised Inmate Hoffer to pack up so we could move her. She told me we were always picking on her and she was getting real tired of it. I advised her she needed to quit causing problems. She needed to keep quiet and change her attitude. She was moved to I block and advised if there were any other problems she would be moved to temp holding.

Co Stamm reporting.

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 06/23/11    Page 61 of 100
JGR000061

# Hardin County Sheriff

Detention Narrative

2004001125

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 62 of 100

JGR000062

## INMATE APPEAL OF DISCIPLINARY ACTION

INMATE'S NAME: _Johnson, Angela_ DATE DUE: _2/4/04_ TIME DUE: _2315_

AN INMATE AGGRIEVED BY THE DECISION OF THE HEARING OFFICER MAY APPEAL THAT DECISION TO THE JAIL ADMINISTRATOR IN WRITING <u>WITHIN 24 HOURS</u>.

TO THE JAIL ADMINISTRATOR:

_No appeal_

RECEIVED BY: _[signature] #426_ DATE: _2-3-4_ TIME: _23:31_

NOTE: ISOLATION TIME BEGINS AFTER APPEAL IS COMPLETED OR IMMEDIATELY AFTER HEARING DECISION. THE JAIL ADMINISTRATOR HAS 72 HOURS (EXCLUDING WEEKENDS) TO HEAR APPEALS.

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 63 of 100

JGR000063

# IN THE IOWA DISTRICT COURT, IN AND FOR LINN COUNTY

### THE
### STATE OF IOWA
### Against

**DEPARTMENT COMPLAINT**
No. _04-4845_

NAME: _JOHNSON, ANGELA_

DOB: _1-17-64_ SOC. _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_

ADDR: _LINN CO CORRECTIONAL CENTER_

CITY: _CEDAR RAPIDS_ STATE: _IA_

The defendant is accused of the crime of _ASSAULT_

in violation of Section _708.2 (4)_, Iowa Criminal Code. For that the said defendant ___did, on about the _28_ day of _JANUARY_, A.D., 20 _04_, in Linn County and State of Iowa,

_ABOVE SUBJECT DID ASSAULT DESTINY JEFFERSON BY PULLING HER HAIR, HITTING HER IN THE HEAD WITH A CLOSED FIST, AND PUSHING HER INTO A WALL._

_Amy C Johnson #210_

Subscribed and sworn to before me on this_____day of_____, 20 ___.

_____
Notary Public or Magistrate

  I, the undersigned complainant, being first duly sworn on oath, do hereby depose and state I believe the above named defendant committed the above named public offense based on the following facts:

_____

_____

_____

_____

_____
Complainant

Subscribed and sworn to before me on this _____ day of _____,

20 _____.

_____
Notary Public or Magistrate

  I, the undersigned Magistrate, have determined from the complaint that there is probable cause to believe that the above named defendant committed the above named public offense.

Dated this _____ day of_____, A.D., 20 _____.

Case 3:09-cv-03064-MWB-LTS  Document 284-53  Filed 06/23/11  Page 64 of 100
JGR000064

LCSO 2000-2

_____
Magistrate

DISPOSITION OF DISCIPLINARY HEARING       · STEP 5

INMATE NAME: Angela Johnson #77651 CELLBLOCK: N Blk

DATE OF OFFENSE: 01/28/2004 DATE OF HEARING: 02/02/2004

RULE VIOLATIONS: 00.3 Fighting with another person;

TYPE OF DISCIPLINE: RECOMMENDED LENGTH OF RESTRICTION:

BEHAVIOR MODIFICATION CELL (ISOLATION): 5 days BMC, no credit for time served

TELEPHONE AND/OR TELEVISION RESTRICTION: _____

VISITING AND/OR COMMISSARY RESTRICTIONS: _____

LOSS OF GOOD TIME SENTENCE CONSIDERATION: _____

· OTHER RESTRICTIONS: WRITTEN OR VERBAL REPRIMAND: YES ( ) NO (XXX) **
SEE BELOW **


### WRITTEN OR VERBAL REPRIMAND


YOU HAVE BEEN INVOLVED IN AN INCIDENT THAT IS CONTRARY TO THE RULES
AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. BY BEING A
PARTICIPANT IN THE ABOVE ACT, YOU HAVE CAUSED A DISCIPLINARY REPORT
TO BE FILED AGAINST YOU. THE FOLLOWING IS A VERBAL OR WRITTEN (CIRCLE
ONE) REPRIMAND.

IF YOU ARE AGAIN INVOLVED IN A SITUATION THAT IS A VOLUNTARY
VIOLATION OF A DOCUMENTED RULE OR REGULATION, OR INVOLVED IN A
POTENTIALLY HAZARDOUS SITUATION FOR EITHER DEPUTY OR INMATE, THE
HEARING COMMITTEE WILL AGAIN HOLD A HEARING ON THIS MATTER.

SUCH A HEARING MIGHT RESULT IN A MAXIMUM TEN DAY DEAD-LOCK, WITH
ALL PRIVILEGES REVOKED.

THIS REPRIMAND MAY BE REVIEWED BY THE JAIL ADMINISTRATOR AFTER THE
RECEIPT OF A WRITTEN APPEAL, FILED BY YOU WITHIN TWENTY-FOUR (24)
HOURS, AFTER YOU HAVE BEEN SERVED WITH THIS REPRIMAND.

COMMITTEE CHAIRMAN: Lt. James Houlahan COMMITTEE MEMBER:
DATE: 02/03/2004
DELIVERED TO INMATE: Angela Johnson #77651 TIME:      BY:

JGR000065

<u>DISCIPLINE HEARING REPORT</u>                    <u>STEP 4</u>

INMATE: Angela Johnson #77651   CELLBLOCK: N Blk

THE INMATE HAS BEEN ADVISED OF THE CONSIDERATIONS AT THIS HEARING:
YES XXX  NO _____

THIS HEARING WILL ALSO INCLUDE AN ADMINISTRATIVE SEGREGATION NOTICE:
YES ___ NO xxxxxx

THE HEARING WAS HELD TO CONSIDER THE INCIDENT REPORTS DATED:
01/28/2004

THE FOLLOWING PERSONS APPEARED AT THE HEARING: Inmate Johnson and Lt. Houlahan

A SUMMARY OF STATEMENTS MADE AND INFORMATION PRESENTED AT THE HEARING:

Inmate signed her Inmate Considerations signifying that she understood them. When
asked her side of the incident, he stated that the report was materially correct and
accurate, but that she had been provoked. She offered that she has been in the Jail 4 years
and has not had any write ups in 2 years. I told her that it didn't matter, as she now had
one for fighting with another person. She had made admissions in the hearing that
substantiated the report.

THE HEARING OFFICER FINDS THAT:

XXXX  THE ACT WAS COMMITTED AS CHARGED: 00.3  **Fighting with another person**
**institution;**
_____  THE FOLLOWING ACT WAS COMMITTED:
_____  NO PROHIBITED ACT OCCURRED
XXXX  THE INMATE HAS BEEN ADVISED OF THE FINDING AND SENTENCE OF THE
HEARING COMMITTEE
XXXX  THE INMATE HAS BEEN ADVISED OF THEIR RIGHT TO APPEAL TO THE JAIL
ADMINISTRATOR
XXXX  A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE
COMMITTEE CHAIRMAN: Lt. James Houlahan #149
COMMITTEE MEMBER:

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 66 of 100
JGR000066

## LINN COUNTY CORRECTIONAL CENTER DISCIPLINE HEARING    STEP 3

EVIDENCE, FINDING OF FACTS AND STATEMENT OF REASONING

INMATE: Angela Johnson  #77651

DATE OF HEARING: 02-02-2004

RULE VIOLATIONS:  00.3  Fighting with another person;

FINDINGS: A disciplinary hearing was convened on 02/02/2004 at 1915 hours. The date of the report was 01/28/2004. Inmate Johnson was charged with 1 major violation.

Inmate Johnson stated all material facts were accurate in the report of violation. She claimed there were mitigating circumstances and these circumstances were sufficient provocation to require that she respond. She appeared to believe that her actions were in the nature of self-defense, although she did acknowledge that she is twice as big and twice as old as the other combatant. She claimed that she was assaulted originally by Inmate Jefferson and that Jefferson had thrown water in her face. Inmate Jefferson then threw her materials on the floor and broke her pen. She said that these things added up to sufficient cause to defend herself. The hearing officer respectfully disagreed.

I find Inmate Angela Johnson guilty on the basis of reports filed, the admissions made by Inmate Johnson and sentence her to 5 days BMC, no credit for time served.

COMMITTEE CHAIRMAN: Lt. James Houlahan #149

COMMITTEE MEMBER:

DATE: 02-03-2004

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 06/23/11    Page 67 of 100
JGR000067

<u>NOTIFICATION OF INMATE CONSIDERATIONS</u>     <u>STEP 2</u>

INMATE'S NAME: Angela Johnson     CELLBLOCK: N Blk

DATE OF NOTIFICATION: 2/2/2004     TIME: 1915

DELIVERING DEPUTY: Lt J. Houlahan

YOU HAVE BEEN CHARGED WITH A MAJOR OR MINOR VIOLATION OF THE RULES AND
REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. A COPY OF THESE
RULES WERE ISSUED TO YOU AT BOOK-IN. YOU HAVE THE RIGHT TO:

1) BE GIVEN A COPY OF THE CHARGES AGAINST YOU.

2) BE PRESENT DURING THE HEARING, EXCEPT WHERE DISALLOWED BY THE
   HEARING OFFICER.

3) PRESENT WITNESSES IN YOUR BEHALF (STAFF OR INMATES). EXCEPT WHERE
   DISALLOWED BY THE HEARING OFFICER.

4) APPEAL THE HEARING OFFICER'S DECISION TO THE JAIL ADMINISTRATOR.

5) NON-LEGAL REPRESENTATION (IF UNABLE TO READ AND/OR WRITE) TO ASSIST
   IN UNDERSTANDING THE CHARGES AGAINST YOU.

6) RECEIVE WRITTEN FINDINGS OF THE HEARING OFFICER'S DECISION.

THIS IS AN <u>ADMINISTRATIVE PROCESS ONLY</u>, NOT A COURT OF LAW. THEREFORE:

1) A FINDING OF GUILTY IS BASED ON THE WEIGHT OF EVIDENCE PRESENTED,
   NOT GUILTY BEYOND A REASONABLE DOUBT.

2) RULES OF EVIDENCE DO NOT APPLY.

3) HERESAY EVIDENCE IS PERMISSABLE.

4) THERE IS NO RIGHT TO LEGAL COUNSEL.

5) SELF INCRIMINATION RULES DO NOT APPLY.

6) YOU DO NOT HAVE THE RIGHT TO REMAIN SILENT AND IT CAN BE USED AS AN
   ADMISSION OF GUILT IF YOU DO.

I HAVE RECEIVED A COPY OF THE CONSIDERATIONS AFFORDED ME DURING THE
DISCIPLINARY HEARING.

DATE: 2/2/2004     TIME: 1914

SIGNATURE: X _____     CELLBLOCK: 3N Blk

JGR000068

<u>NOTICE OF DISCIPLINARY HEARING</u>    <u>STEP 1</u>

TO: Angela Johnson    CELLBLOCK: N
ALLEGED VIOLATION:

03.3 Fighting with another person

DATE OF OFFENSE: 1/28/04
THE HEARING WILL BE HELD NO EARLIER THAN 1/29/04 AT 2300
AND NO LATER THAN 2/5/04 AT 2300 .
AT THE LINN COUNTY CORRECTIONAL CENTER IN CEDAR RAPIDS, IOWA.

YOU WILL ALSO HAVE THE RIGHT TO CALL WITNESSES AT THE DISCRETION OF THE
HEARING OFFICER, AND TO PRESENT DOCUMENTARY EVIDENCE IN YOUR BEHALF.
NAMES OF WITNESSES YOU WISH TO CALL SHOULD BE LISTED BELOW.  BRIEFLY
STATE WHAT EACH PROPOSED WITNESS WOULD BE ABLE TO TESIFY TO.

NAME: Deana Cadura    CAN TESTIFY TO:
saw Destiny provoke and start fight

NAME: Debbie Cunningham    CAN TESTIFY TO:
same as above

NAME: Carla Marshal    CAN TESTIFY TO:
same as above

THE HEARING OFFICER WILL CALL THOSE WITNESSES (STAFF OR INMATE) WHO ARE
REASONABLY AVAILABLE, AND WHO ARE DETERMINED BY HIM/HER TO BE
NECESSARY FOR AN APPRECIATION OF THE CIRCUMSTANCES SURROUNDING THE
VIOLATION.

IF MORE SPACE IS NEEDED, USE THE REVERSE SIDE OF THIS FORM. DATE, SIGN AND
RETURN THIS FORM TO THE FLOOR DEPUTY/CORRECTIONAL OFFICER.
DATE: 1·29·04 SIGNATURE: Angela J    TIME: 2:00 pm

JCR000069

# LINN COUNTY CORRECTIONAL CENTER
## INMATE DISCIPLINARY INVESTIGATION REPORT

INMATE'S NAME: _Johnson, Angela_ ID#: _77651_

DATE OF OCCURRENCE: _1/28/04_ DATE: _1/29/04_

INMATE'S STATEMENT:

_No statement at this time_

OTHER FINDINGS BY INVESTIGATING DEPUTY/CO:

DEPUTY/CO'S NAME: _Beatty #429_ APPROVED BY: _SGT. Dodd_

JGR000070

## Linn County Correctional Center
## Inmate Incident Report

| DATE:1/28/04 | TIME: 2115 | LOCATION: 3rd flr N-block | | |
|---|---|---|---|---|
| INMATE: Johnson,Angela | ID#: 77651 | RACE/SEX:W/F | DOB: 1/17/64 | CELL# 3N |
| CLASSIFICATION:    GENERAL    x FED      WORK RELEASE       TRUSTY | | | | |
| REPORTING DEPUTY/CO: S.MASON  # 205 | | | | |
| WITNESS #1: | | WITNESS #2: | | |
| WITNESS #3: | | WITNESS #4: | | |

NARRATIVE: On 1/28/04 at 2115 while at 3rd flr L-block, I heard females pounding on the 3rd flr N-block door. When I got to the door I saw 2 Females fighting and running around the table. I called 10-10 in N-block and the opened the door and yelled for the females to break it up. I pulled Jefferson, Destiny 88049 out of the block into the hallway and then told Johnson, Angela 77651 to sit at the table. Sgt DeSotel #126, Fisher #427, Payne #185 and Young #170 all showed up and the inmates where placed into conference rooms on 3Rd flr.

Both Inmates are being charged with violating sec 00.3 Fighting with another person.

END OF REPORT

DEPUTY/CO SIGNATURE: _____  #: 205

APPROVED BY: Sgt _____  #: 126

COPIES: SHERIFF ☐ ADMINISTRATOR ☐ LIEUTENANT ☐ INMATE FILE ☐ INCIDENT FILE ☐ NURSE ☐ KITCHEN ☐ MAINTENANCE ☐

Case 3:09-cv-03064-MWB-LTS     Document 284-53     Filed 06/23/11     Page 71 of 100
JGR000071

# LINN COUNTY CORRECTIONAL CENTER
## DISCIPLINARY PACKET CHECKLIST

INMATE'S NAME: Johnson, Angela  ID#: 77651

DATE OF INCIDENT: 1/28/04  TIME OF INCIDENT: 2115 HRS

REPORTING DEPUTY OR CORRECTIONAL OFFICER: Mason  ID#: 205

| | | DATE | TIME | ID# |
|---|---|---|---|---|

A. **INMATE INCIDENT REPORT**
   1. APPROVED BY INCIDENT SHIFT SGT:  YES X  NO__  1-28-04  23:00  126
      (SGT. TO APPROVE INCIDENT REPORT WITHIN 24 HOURS OF INCIDENT)
   2. COPY TO INMATE AFTER APPROVAL:  YES X  1-29-04  1400  429
      (WITHIN 48 HOURS OF INCIDENT)

B. **INVESTIGATION OF INCIDENT COMPLETED** YES X  1-29-04  1400  429
   PAST BEHAVIOR WARNINGS DOCUMENTED:YES X  1-29-04  1530  429
      (TO BE DONE AT INVESTIGATION IF NOT DONE DURING INITIAL INCIDENT)

C. **STEP 1. NOTICE OF DISCIPLINARY HEARING:**
      (NO LESS THAN 24 HOURS PRIOR TO HEARING)
   1. HEARING SET AND COPY TO INMATE:  YES X  1-29-04  1400  429
   2. HEARING TO BE HELD: (SET BY SGT) NO EARLIER THAN 1-29/04 AT 23:00
      NO LATER THAN 2/5/04 AT 23:00
      (HEARING TO BE HELD WITHIN 5 DAYS [120 HOURS] OF INCIDENT, EXCLUDING WEEKENDS)

D. **STEP 2. NOTIFICATION OF INMATE CONSIDERATION:**
      (TO BE COMPLETED DURING HEARING)
   1. COMPLETED AND COPY TO INMATE:  YES ✓  2/3/04  1515  149

E. **STEP 3. EVIDENCE – FINDING OF FACTS:**
   **STEP 4. HEARING REPORT:**
   **STEP 5. DISPOSITION OF HEARING OFFICER:** YES ✓  2/3/04  2315  149
      (STEPS 3,4 AND 5 TO BE COMPLETED DURING/AFTER HEARING)
   1. COPY OF STEPS 4 AND 5 TO INMATE:  YES ✓  2/3/04  2315  149

F. **APPEAL FORM GIVEN TO INMATE:**  YES ✓  NO__  2/3/04  2315  149

G. **COMPLETED APPEAL RETURNED TO STAFF:** YES ✓ NO__  2/3/04  2330  424
      (IT IS THE RESPONSIBILITY OF THE OFFICER PICKING UP THE FORM TO
      DATE, TIME AND SIGN THE APPEAL, ATTACH IT TO THE DISCIPLINARY
      PACKET, AND SUBMIT IT TO THE SHIFT SERGEANT. IF THE APPEAL IS
      DECLINED BY THE INMATE, THIS SHOULD BE INDICATED ON THE APPEAL
      FORM AND SIGNED BY THE INMATE, THEN FORWARDED TO THE SHIFT
      SERGEANT.)

H. **APPEAL CONSIDERATION COMPLETED:**  YES__ NO__ __ __ __
      (TO BE COMPLETED BY THE ADMINISTRATOR OR DESIGNEE WITHIN 72
      HOURS AFTER HE/SHE RECEIVED THE APPEAL IN HAND, EXCLUDING WEEKENDS)
      DECISION WAS:  SUSTAINED:___  DELETED:___  AMENDED TO:_____

   AMENDED TO:_____  BY:_____
   1. COPY TO INMATE:  YES___

I. **INMATE WRITTEN REPRIMAND (IF USED):**  YES__ NO__ __ __ __

J. **ISOLATION SEGREGATION:**  YES ✓ NO__  2/3/04  2330  149
   DISTRIBUTION: COMPLETED REPORTS TO BE SUBMITTED TO THE RECORDS ROOM FOR
   THE DUTY OFFICER TO COPY AND FILE;
   COMPLETED BY: DUTY OFFICER: _____  2-5-04  83  0415

JGR000072

# LINN COUNTY CORRECTIONAL CENTER
## BEHAVIOR MODIFICATION CELL CALENDER

INMATES NAME _Angela Johnson_ ID# _77651_

SERGEANTS TO INDICATE DAYS AND TIMES INMATE IS IN ISOLATION

STAFF: PLEASE NOTE THE ACTIVITIES COMPLETED ALONG WITH YOUR ID# IN THE BOX
CORRESPONDING WITH THE ACTIVITY AT THE TOP OF THE CORRESPONDING DAY.

INMATES IN ISOLATION RECEIVE:
1) PERSONAL CALLS.... ONE (1) EVERY THREE DAYS
2) RECREATION........... NO REC FOR UP TO FOURTEEN (14) DAYS
3) VISITATION..............ONE (1) THIRTY MINUTE VISIT PER WEEK
4) SHOWER...................DAILY

5 DAY BMC

| 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   | 2-2-04 Tue 1200 | | | | 3 | | | | 4 | | | | 5 | | | | 6 | | | | 7 Out of BMC 2200 | | | |

| 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 73 of 100

JGR000073

DISPOSITION OF DISCIPLINARY HEARING        STEP 5

INMATE NAME: Angela Johnson   ID#: 77651   CELLBLOCK: Cell 5

DATE OF OFFENSE: 03-23-02   DATE OF HEARING: 03-28-02

RULE VIOLATIONS: 00.40.


TYPE OF DISCIPLINE: RECOMMENDED LENGTH OF RESTRICTION:
BEHAVIOR MODIFICATION CELL (ISOLATION):

TELEPHONE AND/OR TELEVISION RESTRICTION: _____
VISITING AND/OR COMMISSARY RESTRICTIONS: _____
LOSS OF GOOD TIME SENTENCE CONSIDERATION: _____
OTHER RESTRICTIONS:   5 days Ad-Seg with credit for time served
WRITTEN OR VERBAL REPRIMAND: YES ( ) NO (XXX)   ** SEE BELOW **


## WRITTEN OR VERBAL REPRIMAND


YOU HAVE BEEN INVOLVED IN AN INCIDENT THAT IS CONTRARY TO THE RULES
AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. BY BEING A
PARTICIPANT IN THE ABOVE ACT, YOU HAVE CAUSED A DISCIPLINARY REPORT
TO BE FILED AGAINST YOU. THE FOLLOWING IS A VERBAL OR WRITTEN (CIRCLE
ONE) REPRIMAND.

IF YOU ARE AGAIN INVOLVED IN A SITUATION THAT IS A VOLUNTARY
VIOLATION OF A DOCUMENTED RULE OR REGULATION, OR INVOLVED IN A
POTENTIALLY HAZARDOUS SITUATION FOR EITHER DEPUTY OR INMATE, THE
HEARING COMMITTEE WILL AGAIN HOLD A HEARING ON THIS MATTER.

SUCH A HEARING MIGHT RESULT IN A MAXIMUM TEN DAY DEAD-LOCK, WITH
ALL PRIVILEGES REVOKED.

THIS REPRIMAND MAY BE REVIEWED BY THE JAIL ADMINISTRATOR AFTER THE
RECEIPT OF A WRITTEN APPEAL, FILED BY YOU WITHIN TWENTY-FOUR (24)
HOURS, AFTER YOU HAVE BEEN SERVED WITH THIS REPRIMAND.

COMMITTEE CHAIRMAN: Sgt. Lowe COMMITTEE MEMBER: Dep. McClimon #202
DATE: 03-28-02
DELIVERED TO INMATE: Angela Johnson  TIME: 1730 BY: 151

JGR000074

<u>DISCIPLINE HEARING REPORT</u>                    <u>STEP 4</u>

INMATE: Angela Johnson     CELLBLOCK: Cell 5

THE INMATE HAS BEEN ADVISED OF THE CONSIDERATIONS AT THIS HEARING:
YES XXX NO _____

THIS HEARING WILL ALSO INCLUDE AN ADMINISTRATIVE SEGREGATION NOTICE:
YES ___ NO XXX

THE HEARING WAS HELD TO CONSIDER THE INCIDENT REPORTS DATED:
03-23-02

THE FOLLOWING PERSONS APPEARED AT THE HEARING: Sgt Steve Lowe, Dep McClimon and inmate Johnson.

A SUMMARY OF STATEMENTS MADE AND INFORMATION PRESENTED AT THE HEARING:

Inmate signed his Inmate Considerations signifying that he understood them. When asked her side of the incident, she states there was an argument, with no physical contact, that was started by another inmate. The argument escalated with another inmate joining.

We find the inmate guilty as charged and sentence him to 5 days Ad-Seg with credit for time served. Pending appeal.

THE HEARING OFFICER FINDS THAT:

XXXX   THE ACT WAS COMMITTED AS CHARGED

_____   THE FOLLOWING ACT WAS COMMITTED:

_____   NO PROHIBITED ACT OCCURRED

XXXX   THE INMATE HAS BEEN ADVISED OF THE FINDING AND SENTENCE OF THE HEARING COMMITTEE

XXXX   THE INMATE HAS BEEN ADVISED OF THEIR RIGHT TO APPEAL TO THE JAIL ADMINISTRATOR

XXXX   A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE

COMMITTEE CHAIRMAN: Sgt. Steve Lowe #151

COMMITTEE MEMBER: Dep. Kathy McClimon     DATE: 03-28-02

JGR000075

LINN COUNTY CORRECTIONAL CENTER DISCIPLINE HEARING     STEP 3

EVIDENCE, FINDING OF FACTS AND STATEMENT OF REASONING

INMATE: Angela Johnson

DATE OF HEARING: 03-28-02

RULE VIOLATIONS:  00.40 Conduct which disrupts.

FINDINGS: Inmate signed his Inmate Considerations signifying that he understood them.
When asked her side of the incident, she states that Dorothy Bray initiated the incident by
telling her that she was going to "piss on her". An argument ensued and was joined by
Tonya Rice. Ms. Johnson told us several times that the incident was just an argument.
Further she disputed the part of the report by CO Kosina where she was reported yelling
at other inmates. Ms. Johnson told us that when CO Kosina arrived she was not yelling
at any other inmates. A voluntary statement submitted by Valli Williams supported Ms.
Johnson's version of the incident in that another inmate initiated the incident by saying
that she was going to urinate on her.

Ms. Johnson does admit to being in an argument that did disrupt the orderly running of
the facility and the committee finds her guilty of conduct which disrupts. The committee
sentences Ms. Johnson to five days of administrative segregation and gives her credit for
time served.

COMMITTEE CHAIRMAN: Sgt. Steve Lowe  #151
COMMITTEE MEMBER: Dep. Kathy McClimon  #202
DATE: 03-28-02

JGR000076

<u>NOTIFICATION OF INMATE CONSIDERATIONS</u>    STEP 2

INMATE'S NAME: _Anaya    Johnson_    CELLBLOCK: _5_

DATE OF NOTIFICATION: _3/28/02_    TIME: _1457_

DELIVERING DEPUTY: _____

YOU HAVE BEEN CHARGED WITH A MAJOR OR MINOR VIOLATION OF THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. A COPY OF THESE RULES WAS ISSUED TO YOU AT BOOK-IN. YOU HAVE THE RIGHT TO:

1) BE GIVEN A COPY OF THE CHARGES AGAINST YOU.

2) BE PRESENT DURING THE HEARING, EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

3) PRESENT WITNESSES IN YOUR BEHALF (STAFF OR INMATES). EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

4) APPEAL THE COMMITTEE'S DECISION TO THE JAIL ADMINISTRATOR.

5) NON-LEGAL REPRESENTATION (IF UNABLE TO READ AND/OR WRITE) TO ASSIST IN UNDERSTANDING THE CHARGES AGAINST YOU.

6) RECEIVE WRITTEN FINDINGS OF THE COMMITTEE'S DECISION.

THIS IS AN <u>ADMINISTRATIVE PROCESS ONLY</u>, NOT A COURT OF LAW. THEREFORE:

1) A FINDING OF GUILTY IS BASED ON THE WEIGHT OF EVIDENCE PRESENTED, NOT GUILTY BEYOND A REASONABLE DOUBT.

2) RULES OF EVIDENCE DO NOT APPLY.

3) HERESAY EVIDENCE IS PERMISSABLE.

4) THERE IS NO RIGHT TO LEGAL COUNSEL.

5) SELF INCRIMINATION RULES DO NOT APPLY.

6) YOU DO NOT HAVE THE RIGHT TO REMAIN SILENT AND IT CAN BE USED AS AN ADMISSION OF GUILT.

I HAVE RECEIVED A COPY OF THE CONSIDERATIONS AFFORDED ME DURING THE DISCIPLINARY HEARING.

DATE: _3-28-02_    TIME: _14:59_

SIGNATURE: _____    CELLBLOCK: _L_

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/23/11    Page 77 of 100

JGR000077

## NOTICE OF DISCIPLINARY HEARING    STEP 1

TO: _Johnson, Angela_ CELLBLOCK: _1-05_

ALLEGED VIOLATION:

_00.40, Conduct which disrupts or interferes_
_with the Security, Tranquility or orderly running_
_of this institution._

DATE OF OFFENSE: _3-23-2_

THE HEARING WILL BE HELD NO EARLIER THAN _3/24/2_ AT _2345_

AND NO LATER THAN _3/29/2_ AT _2345_.

AT THE LINN COUNTY CORRECTIONAL CENTER IN CEDAR RAPIDS, IOWA.


YOU WILL ALSO HAVE THE RIGHT TO CALL WITNESSES AT THE DISCRETION OF THE
HEARING OFFICER, AND TO PRESENT DOCUMENTARY EVIDENCE IN YOUR BEHALF.
NAMES OF WITNESSES YOU WISH TO CALL SHOULD BE LISTED BELOW. BRIEFLY
STATE WHAT EACH PROPOSED WITNESS WOULD BE ABLE TO TESIFY TO.

NAME: _Valli Williams_ CAN TESTIFY TO:
_She was there and seen_
_what happened._

NAME: _Brandi Boyd_ CAN TESTIFY TO:
_She seen what happened_

NAME: _____ CAN TESTIFY TO:


THE HEARING OFFICER WILL CALL THOSE WITNESSES (STAFF OR INMATE) WHO ARE
REASONABLY AVAILABLE, AND WHO ARE DETERMINED BY HIM/HER TO BE
NECESSARY FOR AN APPRECIATION OF THE CIRCUMSTANCES SURROUNDING THE
VIOLATION.

IF MORE SPACE IS NEEDED, USE THE REVERSE SIDE OF THIS FORM. DATE, SIGN AND
RETURN THIS FORM TO THE FLOOR DEPUTY/CORRECTIONAL OFFICER.

DATE: _3/24/2_ SIGNATURE: _____ TIME: _09:35_

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 06/23/11    Page 78 of 100
JGR000078

# VOLUNTARY STATEMENT

Date 23 March 2002 ___ Place Rec Room - 4th Floor - LCCC ___ Time Started approx. 6:45 P. M.

I, the undersigned, Valli Williams ___, am ___ years of age, having been born

on ___, at ___

I now live at ___

I have been duly warned and advised by N/A ___, a person who has identified himself as ___, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

On march 23, 2002 at about 10:00 p.m. Angela Johnson was taken handcuffed from L Block to The Hole, ostensibly to "cool off." If Angela was indignant at this, it can only be mirrored by my own surprise. No earlier incident had materialized that could have possibly portended this result. I can only surmise it was the result of overreaction.

I will be the first to acknowledge that Angela can be the source of incitement. But what a shame when for weeks she has been no problem in Block L, and, in fact, has devoted large amounts of her time to studying for her GED, to have this happen.

Look at the tape. Don't take my word or anyone else's to reach a conclusion when your best evidence is to view the occurrence yourself. At Rec last night there were 7 women present — 4 from Block M and 3 from L. While I was unfamiliar with some, they introduced themselves and I had known Dorothy Bray previously. I have never, nor do I now, have any difficulties with any of the ladies present. In fact, Dorothy and I chatted about our children.

The tape will show another girl exhibited poor judgment in her use of words to Angela when she threatened to urinate on her. Angela hadn't done anything to provoke this level of reaction, and I'm sure the girl wishes she'd chosen other words. A purely oral disagreement ensued, which was of short duration (over) and involved no physical contact whatsoever between Angela and ⟶

I have read each page of this statement consisting of __2__ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at ___ .M. on the __24th__ day of __March__, 2002.

Witness: ___

Valli Williams

Signature of person giving voluntary statement

JGR000079

Witness: ___

another individual.

This occurrence was so lame in comparison to dozens of incidents I've observed where being confined to solitary quarters was or would have been warranted.

It is truly disappointing when perverse pleasure is derived from the arbitrary excercise of power.

## INMATE APPEAL OF DISCIPLINARY ACTION

INMATE'S NAME: _Angela Johnson_ DATE DUE: _3/29/02_ TIME DUE: _1700_

AN INMATE AGGRIEVED BY THE DECISION OF THE HEARING OFFICER MAY APPEAL
THAT DECISION TO THE JAIL ADMINISTRATOR IN WRITING WITHIN 24 HOURS.

TO THE JAIL ADMINISTRATOR:

_No appeal_

_Thank you_

RECEIVED BY: _____ DATE: _3/4/02_ . TIME: _1730_

NOTE: ISOLATION TIME BEGINS AFTER APPEAL IS COMPLETED OR IMMEDIATELY

AFTER HEARING DECISION. THE JAIL ADMINISTRATOR HAS 72 HOURS (EXCLUDING

WEEKENDS) TO HEAR APPEALS.

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/23/11   Page 81 of 100

JGR0000081

# LINN COUNTY CORRECTIONAL CENTER
## INMATE DISCIPLINARY INVESTIGATION REPORT

INMATE'S NAME: _Johnson, Angela_ ID#: _77651_

DATE OF OCCURRENCE: _3-23-02_ DATE: _3-24-2_

INMATE'S STATEMENT:

_all tell my side at the hearing_

OTHER FINDINGS BY INVESTIGATING DEPUTY/CO:

DEPUTY/CO'S NAME: _____ APPROVED BY: _Sgt Desoto_

JGR000082

# LINN COUNTY CORRECTIONAL CENTER
## INMATE INCIDENT REPORT

DATE: 03-23-02     TIME: 1905 HRS   LOCATION: 4TH FLOOR RECREATION

INMATE: JOHNSON, ANGELA ID#: 77651   RACE/SEX: W/F   DOB: 1-17-64 CELL: ___

CLASSIFICATION: ( ) GENERAL  (X) FED  ( ) WORK RELEASE  ( ) TRUSTY

REPORTING DEPUTY/CO: KOSINA, VICKIE     #: 428

WITNESS #1: MAREK, JEFF   #: 157   WITNESS #2: WILSON, Pete   #: 182

WITNESS #3: SGT. STRAIT, MARK   #: 136   WITNESS #4 _____   #: ____

NARRATIVE:

APPROXIMATLEY ON THE ABOVE DATE AND TIME, DEPUTY MAREK ADVISED THERE
WERE SOME FEMALES NOT GETTING ALONG IN RECREATION. I HAD TO DISCONTINUE MY
DUTIES ON THIRD FLOOR TO ESCORT THE FEMALES OUT OF RECREATION. UPON ARRIVAL
THE FEMALES WERE COMING OUT OF THE RECREATION AREA. I OBSERVED ANGELA JOHNSON
YELLING AT FEMALE INMATES: RICE, TONYA:& BRAY, DOROTHY. DUE TO THE DISRUMPTIONS
OF EVERYBODIES DUTIES, I AM CHARGING INMATE JOHNSON, ANGELA WITH THE FOLLOWING
VIOLATION PER #136:

00.40 CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY,
TRANQUILITY: OR ORDERLY RUNNING OF THIS INSTITUTION.

DEPUTY/CO SIGNATURE: _Vickie Kosina_ #: 428
APPROVED BY: _____ #: 136

COPIES: SHERIFF ( ) ADMINISTRATOR ( ) LIEUTENANT ( ) INMATE FILE ( )

INCIDENT FILE ( ) NURSE ( ) KITCHEN ( ) MAINTENANCE ( )

JGR000083



LINN COUNTY CORRECTIONAL CENTER
DISCIPLINARY PACKET CHECKLIST

INMATE'S NAME: JOHNSON, ANGELA      ID#: 77651

DATE OF INCIDENT: 03-23-02     TIME OF INCIDENT: 1905   HRS

REPORTING DEPUTY OR CORRECTIONAL OFFICER: KOSINA, VICKIE  ID#: 428

|  | DATE | TIME | ID# |
|---|---|---|---|

A. **INMATE INCIDENT REPORT**
  1. APPROVED BY INCIDENT SHIFT SGT:  YES ✓ NO ___  3-23  2345  136
  (SGT. TO APPROVE INCIDENT REPORT WITHIN 24 HOURS OF INCIDENT)
  2. COPY TO INMATE AFTER APPROVAL:  YES ✓  3-24  0825  424
  (WITHIN 48 HOURS OF INCIDENT)

B. **INVESTIGATION OF INCIDENT COMPLETED** YES ✓  3-24  0825  424
  PAST BEHAVIOR WARNINGS DOCUMENTED: YES ✓  3-24  0825  424
  (TO BE DONE AT INVESTIGATION IF NOT DONE DURING INITIAL INCIDENT)

C. **STEP 1. NOTICE OF DISCIPLINARY HEARING:**
  (NO LESS THAN 24 HOURS PRIOR TO HEARING)
  1. HEARING SET AND COPY TO INMATE:  YES ✓  3-24  0825  424
  2. HEARING TO BE HELD: (SET BY SGT) NO EARLIER THAN 3 24 23 AT 2345
  NO LATER THAN 3 29 02 AT 2345.
  (HEARING TO BE HELD WITHIN 5 DAYS [120 HOURS] OF INCIDENT, EXCLUDING WEEKENDS)

D. **STEP 2. NOTIFICATION OF INMATE CONSIDERATION:**
  (TO BE COMPLETED DURING HEARING)
  1. COMPLETED AND COPY TO INMATE:  YES ✓  3/28/02  1730  157

E. **STEP 3. EVIDENCE – FINDING OF FACTS:**
  **STEP 4. HEARING REPORT:**
  **STEP 5. DISPOSITION OF HEARING OFFICER:** YES ✓  3/28/02  1730  157
  (STEPS 3,4 AND 5 TO BE COMPLETED DURING/AFTER HEARING)
  1. COPY OF STEPS 4 AND 5 TO INMATE:  YES ✓  3/28/02  1730  157

F. **APPEAL FORM GIVEN TO INMATE:**  YES ✓  3/28/02  1730  157

G. **COMPLETED APPEAL RETURNED TO STAFF:** YES ___ NO ___
  (IT IS THE RESPONSIBILITY OF THE OFFICER PICKING UP THE FORM TO
  DATE, TIME AND SIGN THE APPEAL, ATTACH IT TO THE DISCIPLINARY
  PACKET, AND SUBMIT IT TO THE SHIFT SERGEANT. IF THE APPEAL IS  NO APPEAL
  DECLINED BY THE INMATE, THIS SHOULD BE INDICATED ON THE APPEAL
  FORM AND SIGNED BY THE INMATE, THEN FORWARDED TO THE SHIFT
  SERGEANT.)

H. **APPEAL CONSIDERATION COMPLETED:**  YES ✓ NO ___  3/4/02  1730  157
  (TO BE COMPLETED BY THE ADMINISTRATOR OR DESIGNEE WITHIN 72
  HOURS AFTER HE/SHE RECEIVED THE APPEAL IN HAND, EXCLUDING WEEKENDS)
  DECISION WAS:  SUSTAINED: ___  DELETED: ___  AMENDED TO: ___

  AMENDED TO: _____  BY: ___
  1. COPY TO INMATE:  YES ___

I. **INMATE WRITTEN REPRIMAND (IF USED):**  YES ___ NO ___

J. **ISOLATION SEGREGATION:**  YES ___ NO ___
  DISTRIBUTION: COMPLETED REPORTS TO BE SUBMITTED TO THE RECORDS ROOM FOR
  THE DUTY OFFICER TO COPY AND FILE:
  COMPLETED BY: DUTY OFFICER: P. Ammets / 530  3/28/02 @ 00:04

Case 3:09-cv-03064-MWB-LTS   Document 204-53   Filed 06/23/11   Page 84 of 100

JGR000084

# IN THE IOWA DISTRICT COURT, IN AND FOR LINN COUNTY

**THE
STATE OF IOWA
Against**

DEPARTMENT COMPLAINT
No. 01-44456

NAME: JOHNSON, ANGELA

DOB: 1-17-64  SOC. 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

ADDR: LINN COUNTY CORRECTIONAL CENTER

CITY: CEDAR RAPIDS  STATE: IA

The defendant is accused of the crime of ASSAULT

in violation of Section 708.2 (4), Iowa Criminal Code. For that the said defendant did, on about the 28 day of December, A.D., 20 01, in Linn County and State of Iowa, Assault Rawhouser, Amy, by shoving her into one of the bunks in their cell block.

Amy C Johnson #210

Subscribed and sworn to before me on this 28 day of DEC, 20 01.

_Mike_ _____
Notary Public or Magistrate

I, the undersigned complainant, being first duly sworn on oath, do hereby depose and state I believe the above named defendant committed the above named public offense based on the following facts:

Angela Johnson shoved me into the end rails of the bunk I was standing beside.

_Amy Rawhouser_
Complainant

Subscribed and sworn to before me on this _____ day of _____ 20 _____.

_____
Notary Public or Magistrate

I, the undersigned Magistrate, have determined from the complaint that there is probable cause to believe that the above named defendant committed the above named public offense.

Dated this _____ day of _____, A.D., 20 _____.

_____
Magistrate

# IN THE IOWA DISTRICT COURT, IN AND FOR LINN COUNTY

### THE
### STATE OF IOWA
### Against

**DEPARTMENT COMPLAINT**
No. 01-44456

NAME: JOHNSON, ANGELA

DOB: 1-17-64  SOC. 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

ADDR: LINN COUNTY CORRECTIONAL CENTER

CITY: CEDAR RAPIDS  STATE: IA

The defendant is accused of the crime of ASSAULT

in violation of Section 708.2 (4), Iowa Criminal Code. For that the said defendant ____ did, on about the 28 day of December, A.D., 20 01, in Linn County and State of Iowa, Assault Rawhouser, Amy, by shoving her into one of the bunks in their cell block.

Amy C Johnson #210

Subscribed and sworn to before me on this 28 day of Dec, 20 01.

8/21/03

*Mike [signature]*
Notary Public or ~~Magistrate~~

I, the undersigned complainant, being first duly sworn on oath, do hereby depose and state I believe the above named defendant committed the above named public offense based on the following facts:

Angela Johnson shoved me into the end rails of the bunk I was standing beside.

*Amy Rawhouser*
Complainant

Subscribed and sworn to before me on this _____ day of _____,

20 ____ .

Notary Public or Magistrate

I, the undersigned Magistrate, have determined from the complaint that there is probable cause to believe that the above named defendant committed the above named public offense.

Dated this _____ day of _____, A.D., 20 ____

Magistrate

LCSO 2000-2

# MEMORANDUM FROM
# OFFICE OF LINN COUNTY ATTORNEY



**TO:** Linn County Jail

**RE:** Changes on in custody list

**DATE:** February 18, 2004

Colby, Jamie – OWI 2ND – filed OWI 3RD
Johnson, Angela – Assault – not filed

JGR000087

# LINN COUNTY SHERIFF DEPARMENT INCIDENT REPORT

CASE NUMBER 01-44456

Case 3:09-cv-03064-MWB-LTS Document 60-53 Filed 06/29/11 Page 88 of 100

## VIC COMPLN

| OFFICER NAME | DSPH DATE | DSPH TIME | ARVL. TIME | CMPL TIME | | OFFENSE | OCR DATE | TIME | TO DATE | TIME | ATTM Y/N | OMI Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMY C JOHNSON #210 | 12-28-01 | 1630 | 1630 | 1630 | ASSAULT | 708.2(4) | | | | | (Y)N | |

| STATUS | LAST NAME | FIRST NAME | MI | DOB | AGE | SEX | RACE | ETH | RES | PAS | ADDRESS | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIC | RAWHOUSER | AMY | M | 5-19-66 | 35 | F | W | N | R | Y | LINN COUNTY CORRECTIONAL CENTER | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| OFFENSE LOCATION | LOC TYPE | NPE | ENT TYPE F N | CRIM ACT | WEP FOR | VIC | INJ | AG ASLT |
|---|---|---|---|---|---|---|---|---|
| LINN COUNTY CORRECTIONAL CENTER | 15 | | | | 40 | I | | |

## VEHICLE

| VEHICLE YR | VEHICLE MAKE | MODEL | STYLE | COLOR | LICENSE # | ST | VIN # | VALUE | ENTERED NCIC | BY | SIN # | NCIC # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ | | | | |

| LOSS TYPE | OWNERS LAST NAME | FIRST NAME | MI | DOB | AGE | SEX | RACE | ETH | RES | ADDRESS | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| SSN | DL | ST | RECOVERY DATE | RECOVERY LOCATION | OWNER NOTIFIED |
|---|---|---|---|---|---|
| | | | | | |

| RECOVERD BY | DAMAGE DESCRIPTION | $ DAMAGE | WRECKER SERVICE | TOWED TO |
|---|---|---|---|---|
| | | | | |

## PROPERTY

| ITEM # | LOSS TYPE | PROP. CODE | BRAND | MODEL | SERIAL # | OWNER APPLIED # | VALUE | REC. DATE | RECOVERY LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | | |

| ADDITIONAL DESCRIPTION | DAMAGE $ |
|---|---|
| | |

| NCIC # | ENTERED | REMOVED | IMPOUND DATE | STORAGE LOCATION | BIN # | TAG # | DISPO TYPE | DATE | TO | BY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ITEM # | LOSS TYPE | PROP. CODE | BRAND | MODEL | SERIAL # | OWNER APPLIED # | VALUE | REC. DATE | RECOVERY LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | | |

| ADDITIONAL DESCRIPTION | DAMAGE $ |
|---|---|
| | |

| NCIC # | ENTERED | REMOVED | IMPOUND DATE | STORAGE LOCATION | BIN # | TAG # | DISPO TYPE | DATE | TO | BY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ITEM # | LOSS TYPE | PROP. CODE | BRAND | MODEL | SERIAL # | OWNER APPLIED # | VALUE | REC. DATE | RECOVERY LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | | |

| ADDITIONAL DESCRIPTION | DAMAGE $ |
|---|---|
| | |

| NCIC # | ENTERED | REMOVED | IMPOUND DATE | STORAGE LOCATION | BIN # | TAG # | DISPO TYPE | DATE | TO | BY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Y N / IS THEFT LOSS COVERED BY INSURANCE? IF SO, INSURANCE CO. _____ AGENT _____ PHONE NO. _____

USE ADDITIONAL COPIES OF THE FORM IF MORE SPACE IS NEEDED

COMPLAINANT'S SIGNATURE _Amy Rawhouser_

Case 3:09-cv-03064-MWB-LTS   Document 204-53   Filed 06/23/11   DOCR00020463

| Participant Status Codes: | S = Suspect  O = Offender  M = Missing or Runaway  A = Arrestee  W = Witness  X = Sexual Abuse Victim  L = Law Officer  J = Juvenile (List school attended by juv in narrative)  P = Parent of Juv (list both parents for each juv) | | | | | | | | | | | |

## PARTICIPANTS

| # | STATUS | LAST NAME | FIRST NAME | MI | DOB | AGE | SEX | RACE | ETH | RES | PAS | ADDRESS | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S A | JOHNSON | ANGELA | J | 1-17-64 | 37 | F | W | N | R | Y | LINN COUNTY CORRECTIONAL CENTER | | |
| 2 | L | JOHNSON | AMY | C | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | VEH LIC # | ST |

## S.O.M.A. DESCRIPTION

| # | WEP | USING | RTV | HGT | WGT | BLD | HAIR | EYES | CPLX | SSN | DL | ST | CLOTHING | | VEH LIC # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 | N | AQ | 5'07" | 145 | MED | BRN | BRN | M | 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 | | | JAIL CLOTHES | | | |
| SCARS MARKS TATTOOS | | INJ | HAND | SHOE SIZE | ARREST LOCATION | | | | CHARGES | | | BOOKING # | OFF I.D.# | DATE | TIME | TYPE WEP |
| L SHLD - TRIBAL SIGN | | N | R L | | LINN COUNTY CORRECTIONAL CENTER | | | | ASSAULT | | | 77651 | | 12-28-01 | 1630 | 01 |

| # | WEP | USING | RTV | HGT | WGT | BLD | HAIR | EYES | CPLX | SSN | DL | ST | CLOTHING | | VEH LIC # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| SCARS MARKS TATTOOS | | INJ | HAND R L | SHOE SIZE | ARREST LOCATION | | | | CHARGES | | | BOOKING # | OFF I.D.# | DATE | TIME | TYPE WEP |

| # | WEP | USING | RTV | HGT | WGT | BLD | HAIR | EYES | CPLX | SSN | DL | ST | CLOTHING | | VEH LIC # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| SCARS MARKS TATTOOS | | INJ | HAND R L | SHOE SIZE | ARREST LOCATION | | | | CHARGES | | | BOOKING # | OFF I.D.# | DATE | TIME | TYPE WEP |

| DOMESTIC ABUSE REFERRALS: | LEGAL ( ) | SHELTER ( ) | | CHILDREN | REPORTER | COMPLETE FORM #1440 FOR HOMICIDES, BIAS CRIMES, AND LEOKA CASES | | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL ( )  COUNSELING ( )  FINANCIAL ( )  OTHER ( ) | | | | U  H  N | O  V | FORM 1440 ATTACHED TO THIS INCIDENT REPORT  YES ( )  NO ( ) | | LOCKER # |
| PHOTOS BY | FGRPNTS BY | OTHER EVD BY | LOCKER # | DRUG TYPE | QUANTITY | MEASUREMENT | FIELD TEST  Y  N | BY | RESULTS  POS  NEG |

## NARRATIVE

On 12-28-01, at 1630. Kosina #428 was passing dinner trays to the female cell blocks. While she was doing this, Rawhouser, Amy passed her a kite saying that she had been assaulted by Johnson, Angela. Rawhouser filled out a voluntary statement and signed a complaint in regards to the assault.

| ASSIGNED TO | DATE | REPORTING OFFICER'S SUPERVISOR | DATE REVIEWED | RELATED CASE # | REPORTING OFFICER'S SIGNATURE | NUMBER OF PAGES |
|---|---|---|---|---|---|---|
| | 12 | 113 | 12/28/01 | | Amy C Johnson #210 | PAGE  OF  PAGES |

USE A SUPPLEMENTARY REPORT FORM IF MORE SPACE IS NEEDED FOR THE NARRATIVE PORTION OF THIS REPORT

# VOLUNTARY STATEMENT

Date 12-28-01 ____ Place_____ Time Started_____ ____M.

I, the undersigned,_____, am____ years of age, having been born

on _____, at _____

I now live at_____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

AMY + ANGIE WERE ARGUING + AMY KEPT CALLING
ANGIE STUPID, ANGIE TOLD HER TO QUIT CALLING
HER STUPID + STEPPED CLOSER TO AMY, AMY
CAME AT ANGIE, VALLI STEPPED IN AS ANGIE
PUT HER HANDS UP TO AMY COMING AT HER

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ ____.M. on the _____ day of _____, 19 ___

Case 3:09-cv-03064-MWB-LTS   Document 284-53   Filed 06/28/11   Page 90 of 100

JGR000090

Witness: _____

Witness: _____

_____
Signature of person giving voluntary statement

# VOLUNTARY STATEMENT

Date 28 December 2001 Place LCCC _____ Time Started _____ P .M.

I, the undersigned, Valli Williams _____ , am 51 years of age, having been born

on 11 November 1950 , at Rockford, IL, USA

I now live at Rockford, IL

I have been duly warned and advised by _____ , a person who has identified himself as

_____ N/A , that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

Regarding an incident this afternoon between Amy Rawhouser and Angela Johnson, cellmates in Block M, I was talking with Susan Schooley and saw only that those two individuals were walking towards each other. I do not recall if any contact was made but remember that both had arms outstretched. I walked between them and asked them to sit down. Angela went back to her bunk; then Amy went back to hers. I observed no injury of any sort to either. Both had been talking loudly about the issue of Ms. Rawhouser's lack of personal hygiene.

I have read each page of this statement consisting of 1 (one) page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ P .M. on the 28th day of December , 19 50

Witness: _____

Witness: _____ Valli Williams

Case 3:09-cv-03064-MWB-LTS Document 284-53 Filed 06/23/11 Page 91 of 100 JGR000091

Signature of person making voluntary statement

# VOLUNTARY STATEMENT

Date 12-26-01   Place Mbbck   Time Started 4:20 .M.

I, the undersigned, Amanda Perez , am 20 years of age, having been born

on 6-11-81 , at St Lukes .

I now live at

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

Amy and Angie were arguing Amy said step up and Angie said step up thats all i heard

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ __.M. on the _____ day of _____, 19 ____

Witness: _____

Case 3:09-cv-03064-MWB-LTS   Document 204-53   Filed 06/23/11   Page 92 of 100
JGR000092

# VOLUNTARY STATEMENT

Date 12-28-01  Place "M" BLOCK / LCCC  Time Started ABOUT 4:15 P.M.

I, the undersigned, SHANNON DUNEK , am 23 years of age, having been born

on 12-28-01 , at Approx - 4:15 pm

I now live at_____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

I, SUE, + NANICEY WERE PLAYING "PLUCK"
A CARD GAME. I HEARD SOME NAME CALLING
I HAD MY BACK TURNED TO ANGELA + AMY MOST OF THE TIME
AS I TURNED AROUND I WITNESSED AMY CALL
ANGELA A FUCKING BITCH AS SHE PUSHED ANGELA
AND JUMPED OFF HER BED BETWEEN THEM
AND ANGELA WALKED AWAY.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ .M. on the _____ day of _____, 19____

Witness: _____

Signature of person giving voluntary statement

Case 3:09-cv-03064-MWB-LTS   Document 264-53   Filed 06/22/11   Page 93 of 100

JGR000093

# VOLUNTARY STATEMENT

Date 12-27-01 Place Jail _____ Time Started _____ M.

I, the undersigned, Connie Capps _____, am 40 years of age, having been born

on July 16/61, at _____

I now live at Here _____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

I was In my Bed Reading,
I heard Angie Johnson and Amy
talk Load at each other (about nothing
we all But amy was writing
a paper Because Amy was smelling of BO.
So thats what the shoting was about
then Amy jump up at Angie By my
and Vells Beds, I then Was Looking
out the window, turned Back Angie
Put Amy thats all Seen Lots
of Loud talk Between them, after that

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ .M. on the _____ day of _____, 19 _____.

Witness: _____    _Connie Capps_, person giving voluntary statement

Case 3:09-cv-03064-MWB-LTS    Document 284-53    Filed 06/28/11    Page 94 of 100
JGR000094

# VOLUNTARY STATEMENT

Date _12-28-01_ Place _M Block_ _____ Time Started _____ ___.M.

I, the undersigned, _Sue Marsolek_ _____, am _42_ years of age, having been born

on _11-21-59_ , at _1_ _____

I now live at _723 Randolph St Waterloo. IA 50702_ _____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

I was playing cards with Shannon and Nancy when Amy and Angie Started argueing. Angie was telling Amy that none of us should have to put up with her body odor and they just kept arguing and Amy kept calling Angie Stupid and Angie said don't call me Stupid and the next thing I see is Valli between them and She's telling Angie ignore her and told them both to go sit down ~~████████~~ and Amy kept on saying things to Angie just like She wanted to make her angery to start a fight and then the (jailer) Come and told Amy to pack her Stuff. (Linda)

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ ___.M. on the _____ day of _____, 19 ____

Witness: _____

JGR000095

Signature of person giving voluntary statement

# VOLUNTARY STATEMENT

Date 12-28-01 Place _____ Sherry Tomaro _____ Time Started _____ _____.M.

I, the undersigned, _____, am_____ years of age, having been born

on _____, at _____

I now live at_____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

Both Parties arguing.
I'm not Sure if any Physical
Contact was made.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ _____.M. on the _____ day of _____, 19 ____

Witness: _____ _____ Sherry Tomaro

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 06/28/11    Page 96 of 100

JGR000096

# VOLUNTARY STATEMENT

Date 12/28    Place Cell M                                   Time Started _____ _____.M.

I, the undersigned, Susan Schadew                          , am 41 years of age, having been born

on 12/30/51                   , at Washington Co.

I now live at Linn Co Jail

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

All I remember is that Amy was in back talking with Connie when Angie started yelling that Amy still f----- stunk. This went on with Angie yelling Amy said that she didn't have to scream as they were not children. I couldn't hear what else Amy said as Angie was being louder about how Amy stunk. I was reading my book trying to concentrate on it instead of them. Next thing I knew Val was trying to talk to them both about sitting down. Angie told Val to get out of her face but Val did not move other then this I do not know any more except hear say.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ _____.M. on the _____ day of _____, 19 ____

Witness: _____

Case 3:09-cv-03064-MWB-LTS    Document 204-53    Filed 03/23/11    Page 97 of 100
JGR000097

Signature of person giving voluntary statement

# VOLUNTARY STATEMENT

Date 12/28/01 ___ Place_____ Time Started_____ __.M.

I, the undersigned, ANDREA LIEN _____, am 20 years of age, having been born
on DEC. 26, 1981 ___, at MERCY C.R. IA _____

I now live at_____

I have been duly warned and advised by _____, a person who has identified himself as
_____, that I have the right to remain silent and not make any statement
at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the
offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me
before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority,
without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or
stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for
me unless I choose for him to do so.

I HEARD ANGIE APPROACH AMY EARLY
AFTERNOON AFTER HER BODY ODOR
IN A FRIENDLY MANNER
    AFTER AMYS SHOWER. SHE ASKED
ANGIE IF SHE COULD STILL SMELL
HER AND THEY RAISED THEIR VOICES.
    LATER THEY GOT INTO IT AGAIN,
ARGUING.
    AMY TOLD ANGIE TO DO SOMETHING
ABOUT IT THEY BOTH APPROACHED EACH
OTHER.
    I DID NOT SEE ANYONE PUSH OR
HIT OR ATTEMPT TO HIT ANYONE.
    VALI JUMPED INTO THE MIDDLE
OF THEM BEFORE THEY DID!

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any
bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ __.M. on the _____ day of _____, 19___

Witness: _____          _Andrea Lien_
                                        Signature of person giving voluntary statement

# VOLUNTARY STATEMENT

Date 12/28/01 Place LCCC _____ Time Started 2030 M.

I, the undersigned, Amy Rawhouser _____, am____ years of age, having been born

on _____, at _____

I now live at_____

I have been duly warned and advised by _____, a person who has identified himself as

_____, that I have the right to remain silent and not make any statement at all, nor incriminate myself in any manner whatsoever. That anything I say can and will be used against me in a court or courts of law for the offense or offenses concerning which this statement is herein made. That I can have a lawyer of my own choice to be present and advise me before and during this statement. That if I am unable to hire a lawyer I can request and receive appointment of a lawyer by the proper authority, without cost or charge to me, to be present and advise me before and during this statement. That I can refuse to answer any questions or stop giving this statement any time I want to. That no law enforcement officer can prompt me what to say in this statement, nor write it out for me unless I choose for him to do so.

(1530 + 1630)

This afternoon between 3:30 & 4:30 pm Angela Johnson decided that it was her place to inform myself that the shower I had taken today was not long enough. For my entire stay thus far at the Linn County Jail she has taken it upon herself to control the actions to the best of her ability of other inmates and I have witnessed this repeatedly. If you want specifics ask me I have an agreement with Lt. Stuelke that I shower every day and have maintained that.

As for the incident involving physical assault, Angela & I were talking and I asked her what else she would like me to do. I don't like to argue and I told her so. I have more pressing matters at hand than whether or not another inmate thinks I showered long enough. She was becoming more incensed and proceeded to yell and scream at the top of her lungs. I told her that we were all inmates here and none of us wanted to be here, but we had to deal with it. She ended up coming over to me and shoving me into Valli's (William's) bed. I and Valli then stepped in front of her and told her to stop. I walked over to my bunk and sat down. Angela went into the bathroom and kept yelling —

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

This statement was completed at _____ approx 2100 hrs. M. on the 28 day of December 2001.

Witness: Amy C Johnson #210

Amy Rawhouser
Signature of person giving voluntary statement

Witness: _____

and was attempting to get me to come into his off-camera, I reiterated that I had more important things to deal with and refused. We (myself included) heard the trays coming and knew that it was Vicki as CO and stood by our beds.

I have been an inmate at this jail previously and have never been put through this type of scrutiny. Should I have to notify the A.C.L.U. and my attorney if I should dare to perspire? Can an inmate get some actual anti-perspirant in here? If this is really a problem then why is the nurse not dealing with it? I have done everything humanly possible to deal with this though it is solely... believe that any situation, no matter how volatile, should be solved with physical violence. I hit no one nor touched anyone in a harmful manner, and never intend to; I have never physically assaulted anyone, and have no arrests, let alone convictions, for any type of violent crime.

I feel the need to press charges because I do not believe that any situation, no matter how volatile, should be solved with physical violence. I hit no one nor touched anyone in a harmful manner, and never intend to; I have never physically assaulted anyone, and have no arrests, let alone convictions, for any type of violent crime.

If a situation results in physical violence, then the person who committed the act should suffer the consequences.

Watch the video to see the aggressor. I also have a statement (now) from a previous inmate regarding Angela's successes and attempts at controlling other inmates if that is needed.