<u>DISPOSITION OF DISCIPLINARY HEARING</u>        <u>STEP 5</u>

INMATE NAME: Angela Johnson  ID#: 77651  CELLBLOCK: 01-05

DATE OF OFFENSE: 12-28-01 DATE OF HEARING: 12-29-01

RULE VIOLATIONS: 00.2.

TYPE OF DISCIPLINE: RECOMMENDED LENGTH OF RESTRICTION:
BEHAVIOR MODIFICATION CELL (ISOLATION): 10 days.

TELEPHONE AND/OR TELEVISION RESTRICTION: _____
VISITING AND/OR COMMISSARY RESTRICTIONS: _____
LOSS OF GOOD TIME SENTENCE CONSIDERATION: _____
OTHER RESTRICTIONS:
WRITTEN OR VERBAL REPRIMAND:  YES ( )  NO (XXX)   ** SEE BELOW **

<u>WRITTEN OR VERBAL REPRIMAND</u>

YOU HAVE BEEN INVOLVED IN AN INCIDENT THAT IS CONTRARY TO THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. BY BEING A PARTICIPANT IN THE ABOVE ACT, YOU HAVE CAUSED A DISCIPLINARY REPORT TO BE FILED AGAINST YOU. THE FOLLOWING IS A <u>VERBAL OR WRITTEN</u> (CIRCLE ONE) REPRIMAND.

IF YOU ARE AGAIN INVOLVED IN A SITUATION THAT IS A VOLUNTARY VIOLATION OF A DOCUMENTED RULE OR REGULATION, OR INVOLVED IN A POTENTIALLY HAZARDOUS SITUATION FOR EITHER DEPUTY OR INMATE, THE HEARING COMMITTEE WILL AGAIN HOLD A HEARING ON THIS MATTER.

SUCH A HEARING MIGHT RESULT IN A MAXIMUM TEN DAY DEAD-LOCK, WITH ALL PRIVILEGES REVOKED.

THIS REPRIMAND MAY BE REVIEWED BY THE JAIL ADMINISTRATOR AFTER THE RECEIPT OF A WRITTEN APPEAL, FILED BY YOU WITHIN TWENTY-FOUR (24) HOURS, AFTER YOU HAVE BEEN SERVED WITH THIS REPRIMAND.

COMMITTEE CHAIRMAN: Lt. Stuelke #165  COMMITTEE MEMBER: Dep. Siebenga #205
DATE: 12-29-01 DELIVERED TO INMATE: Angela Johnson  TIME: 2300 BY: 165

JGR000101

<u>DISCIPLINE HEARING REPORT</u>                    <u>STEP 4</u>

INMATE: Angela Johnson    CELLBLOCK: 01-05

THE INMATE HAS BEEN ADVISED OF THE CONSIDERATIONS AT THIS HEARING:
YES XXX  NO _____

THIS HEARING WILL ALSO INCLUDE AN ADMINISTRATIVE SEGREGATION NOTICE:
YES ___  NO XXX

THE HEARING WAS HELD TO CONSIDER THE INCIDENT REPORTS DATED:
12-28-01

THE FOLLOWING PERSONS APPEARED AT THE HEARING: Lt. Stuelke, Dep. Siebenga and inmate Johnson.


A SUMMARY OF STATEMENTS MADE AND INFORMATION PRESENTED AT THE HEARING:

Inmate was read her Inmate Considerations and signed that she understood them.  When asked her side of the incident, she stated that inmate Rawhouser refuses to shower properly and has body odor.  A discussion concerning this escalated into an argument. She denied assaulting her, but does admit to physical contact by both sides.

A review of the tape shows Johnson pushing Rawhouser.  Due to this, we find her guilty as charged and sentence her to 10 days BMC, pending appeal.  Appeal due 12-30 at 2300.

THE HEARING OFFICER FINDS THAT:

XXXX   THE ACT WAS COMMITTED AS CHARGED

_____   THE FOLLOWING ACT WAS COMMITTED:

_____   NO PROHIBITED ACT OCCURRED

XXXX   THE INMATE HAS BEEN ADVISED OF THE FINDING AND SENTENCE OF THE
HEARING COMMITTEE

XXXX   THE INMATE HAS BEEN ADVISED OF THEIR RIGHT TO APPEAL TO THE JAIL
ADMINISTRATOR

XXXX   A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE

COMMITTEE CHAIRMAN: Lt. John C. Stuelke #165

COMMITTEE MEMBER: Dep. Siebenga #205    DATE: 12-29-01

## LINN COUNTY CORRECTIONAL CENTER DISCIPLINE HEARING     STEP 3

EVIDENCE, FINDING OF FACTS AND STATEMENT OF REASONING

INMATE: Angela Johnson

DATE OF HEARING: 12-29-01

RULE VIOLATIONS: 00.2 Assaulting another person.

FINDINGS: Inmate was read her Inmate Considerations and signed that she understood them. When asked her side of the incident, she stated that inmate Rawhouser refuses to shower properly and has body odor. A discussion concerning this escalated into an argument. She denied assaulting her, but does admit to physical contact by both sides.

A review of the tape shows Johnson pushing Rawhouser. Due to this, we find her guilty as charged and sentence her to 10 days BMC, pending appeal. Appeal due 12-30 at 2300.

COMMITTEE CHAIRMAN: Lt. John C. Stuelke #165

COMMITTEE MEMBER: Dep. Mark Siebenga #130

DATE: 12-29-01

<u>NOTIFICATION OF INMATE CONSIDERATIONS</u>       <u>STEP 2</u>

INMATE'S NAME: _Angela Johnson_ CELLBLOCK: _01-05_

DATE OF NOTIFICATION: _12-29 01_ TIME: _2020_

DELIVERING DEPUTY: _Lt. Truelke_

YOU HAVE BEEN CHARGED WITH A MAJOR OR MINOR VIOLATION OF THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. A COPY OF THESE RULES WAS ISSUED TO YOU AT BOOK-IN. YOU HAVE THE RIGHT TO:

1) BE GIVEN A COPY OF THE CHARGES AGAINST YOU.

2) BE PRESENT DURING THE HEARING, EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

3) PRESENT WITNESSES IN YOUR BEHALF (STAFF OR INMATES). EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

4) APPEAL THE COMMITTEE'S DECISION TO THE JAIL ADMINISTRATOR.

5) NON-LEGAL REPRESENTATION (IF UNABLE TO READ AND/OR WRITE) TO ASSIST IN UNDERSTANDING THE CHARGES AGAINST YOU.

6) RECEIVE WRITTEN FINDINGS OF THE COMMITTEE'S DECISION.

THIS IS AN <u>ADMINISTRATIVE PROCESS ONLY</u>, NOT A COURT OF LAW. THEREFORE:

1) A FINDING OF GUILTY IS BASED ON THE WEIGHT OF EVIDENCE PRESENTED, NOT GUILTY BEYOND A REASONABLE DOUBT.

2) RULES OF EVIDENCE DO NOT APPLY.

3) HERESAY EVIDENCE IS PERMISSABLE.

4) THERE IS NO RIGHT TO LEGAL COUNSEL.

5) SELF INCRIMINATION RULES DO NOT APPLY.

6) YOU DO NOT HAVE THE RIGHT TO REMAIN SILENT AND IT CAN BE USED AS AN ADMISSION OF GUILT.

I HAVE RECEIVED A COPY OF THE CONSIDERATIONS AFFORDED ME DURING THE DISCIPLINARY HEARING.

DATE: _12·19 01_ TIME: _2020_

SIGNATURE: _[signature]_ CELLBLOCK: _67 05_

JGR000104

<u>NOTICE OF DISCIPLINARY HEARING</u>          <u>STEP 1</u>

TO: <u>Johnson, Angela</u>          CELLBLOCK: <u>M</u>

ALLEGED VIOLATION:

<u>.2 Assaulting Another Person</u>

_____

_____

DATE OF OFFENSE: <u>12/28/01</u>

THE HEARING WILL BE HELD NO EARLIER THAN <u>12</u>/<u>29</u>/<u>01</u> AT <u>1630</u>

AND NO LATER THAN <u>1</u>/<u>4</u>/<u>02</u> AT <u>1630</u> .

AT THE LINN COUNTY CORRECTIONAL CENTER IN CEDAR RAPIDS, IOWA.

YOU WILL ALSO HAVE THE RIGHT TO CALL WITNESSES AT THE DISCRETION OF THE

HEARING OFFICER, AND TO PRESENT DOCUMENTARY EVIDENCE IN YOUR BEHALF.

NAMES OF WITNESSES YOU WISH TO CALL SHOULD BE LISTED BELOW. BRIEFLY

STATE WHAT EACH PROPOSED WITNESS WOULD BE ABLE TO TESIFY TO.

NAME: _____CAN TESTIFY TO:

_____

_____

NAME: _____CAN TESTIFY TO:

_____

_____

NAME: _____CAN TESTIFY TO:

_____

THE HEARING OFFICER WILL CALL THOSE WITNESSES (STAFF OR INMATE) WHO ARE

REASONABLY AVAILABLE, AND WHO ARE DETERMINED BY HIM/HER TO BE

NECESSARY FOR AN APPRECIATION OF THE CIRCUMSTANCES SURROUNDING THE

VIOLATION.

IF MORE SPACE IS NEEDED, USE THE REVERSE SIDE OF THIS FORM. DATE, SIGN AND

RETURN THIS FORM TO THE FLOOR DEPUTY/CORRECTIONAL OFFICER.

DATE: _____ SIGNATURE: _____ TIME: _____

LINN COUNTY CORRECTIONAL CENTER
INMATE DISCIPLINARY INVESTIGATION REPORT

INMATE'S NAME: Johnson, Angela    ID#: _____

DATE OF OCCURRENCE: 12/28/01    DATE: 12/29/01

INMATE'S STATEMENT:

Amy and I had an argument
but I did not assault her
My charges are always shaky
I and all of M Block has
been assaulted by Amys bldg
odor for months

OTHER FINDINGS BY INVESTIGATING DEPUTY/CO:
No further comments.

C. SIGNATURE

DEPUTY/CO'S NAME: _____ #133    APPROVED BY: _____

JGR000106

# LINN COUNTY CORRECTIONAL CENTER
## INMATE INCIDENT REPORT

DATE: 12-28-01     TIME: 1630 HRS   LOCATION: M BLOCK

INMATE: JOHNSON, ANGELA ID#: _____ RACE/SEX: W/F   DOB: 01-17-64 CELL: M

CLASSIFICATION: ( ) GENERAL  ( ) FED  ( ) WORK RELEASE  ( ) TRUSTY

REPORTING DEPUTY/CO: VICKIE KOSINA          #: 428

WITNESS #1: _____ #: _____ WITNESS #2: _____ #: _____

WITNESS #3: _____ #: _____ WITNESS #4 _____ #: _____

NARRATIVE:

APPROXIMATELY ON THE ABOVE DATE AND TIME, I WAS PASSING DINNER TRAYS. I PASSED
A TRAY TO DOVARK,JILL IN N BLOCK. SHE STATED TO ME SHE HEARD SCREAMING AND
YELLING GOING ON IN M BLOCK. SHE STATED, I THINK THERE IS A FIGHT GOING ON
IN M BLOCK. I PROCEEDED TO M BLOCK TO PASS TRAYS. THE ROOM WAS VERY QUIET.
THE LAST PERSON TO RECEIVE THEIR TRAY WAS RAWHOUSER, AMY. SHE HANDED ME A COUPLE
OF KITES. HER HANDS WERE VERY SHAKEY. THE KITES HAD STATED THAT SHE HAD BEEN
ASSAULTED BY JOHNSON, ANGELA AND SHE WANTED TO PRESS CHARGES. I ADVISED SGT.
ZLATOHLAVEK #113.   PER SGT. #113 JOHNSON, ANGELA IS TO BE CHARGED WITH THE
FOLLOWING VIOLATION:

SECTION 36
00.2    ASSAULTING ANOTHER PERSON.

END OF REPORT....

DEPUTY/CO SIGNATURE: _Vickie Kosina_ #: 428
APPROVED BY: _____ #: 113

COPIES: SHERIFF ( ) ADMINISTRATOR ( ) LIEUTENANT ( ) INMATE FILE ( )
INCIDENT FILE ( ) NURSE ( ) KITCHEN ( ) MAINTENANCE ( )

Case 3:09-cv-03064-MWB-LTS     Document 284-54     Filed 06/23/11     Page 7 of 100
JGR000107

LINN COUNTY CORRECTIONAL CENTER
DISCIPLINARY PACKET CHECKLIST

INMATE'S NAME: JOHNSON, ANGELA     ID#: 77651

DATE OF INCIDENT: 12-28-01     TIME OF INCIDENT: 1630 HRS

REPORTING DEPUTY OR CORRECTIONAL OFFICER: VICKIE KOSINA  ID#: 428

|  | DATE | TIME | ID# |
|---|---|---|---|

A. **INMATE INCIDENT REPORT**
1. APPROVED BY INCIDENT SHIFT SGT:  YES ✓ NO ___  12/28  2345  113
   (SGT. TO APPROVE INCIDENT REPORT WITHIN 24 HOURS OF INCIDENT)
2. COPY TO INMATE AFTER APPROVAL:  YES ✓  12/29  0530  133
   (WITHIN 48 HOURS OF INCIDENT)

B. **INVESTIGATION OF INCIDENT COMPLETED** YES ✓  12/29  0535  133
   PAST BEHAVIOR WARNINGS DOCUMENTED: YES ✓  12/28  2330  210
   (TO BE DONE AT INVESTIGATION IF NOT DONE DURING INITIAL INCIDENT)

C. **STEP 1. NOTICE OF DISCIPLINARY HEARING:**
   (NO LESS THAN 24 HOURS PRIOR TO HEARING)
1. HEARING SET AND COPY TO INMATE:  YES ✓  12/28  1330  210
2. HEARING TO BE HELD: (SET BY SGT) NO EARLIER THAN 12/29/01 AT 1630
   NO LATER THAN 1/4/02 AT 1630 .
   (HEARING TO BE HELD WITHIN 5 DAYS [120 HOURS] OF INCIDENT, EXCLUDING WEEKENDS)

D. **STEP 2. NOTIFICATION OF INMATE CONSIDERATION:**
   (TO BE COMPLETED DURING HEARING)
1. COMPLETED AND COPY TO INMATE:  YES ✓  12-29  2020  165/190

E. **STEP 3. EVIDENCE – FINDING OF FACTS:**
   **STEP 4. HEARING REPORT:**
   **STEP 5. DISPOSITION OF HEARING OFFICER:** YES ✓  12-29  2020  165
   (STEPS 3,4 AND 5 TO BE COMPLETED DURING/AFTER HEARING)
1. COPY OF STEPS 4 AND 5 TO INMATE:  YES ✓  12/29  2000  165

F. **APPEAL FORM GIVEN TO INMATE:**  YES ✓  12-29  2000  165

G. **COMPLETED APPEAL RETURNED TO STAFF:** YES ✓ NO ___  12-30  427  1345
   (IT IS THE RESPONSIBILITY OF THE OFFICER PICKING UP THE FORM TO
   DATE, TIME AND SIGN THE APPEAL, ATTACH IT TO THE DISCIPLINARY
   PACKET, AND SUBMIT IT TO THE SHIFT SERGEANT. IF THE APPEAL IS
   DECLINED BY THE INMATE, THIS SHOULD BE INDICATED ON THE APPEAL
   FORM AND SIGNED BY THE INMATE, THEN FORWARDED TO THE SHIFT
   SERGEANT.)

H. **APPEAL CONSIDERATION COMPLETED:**  YES ✓ NO ___  1-2-02  1608  103  LK
   (TO BE COMPLETED BY THE ADMINISTRATOR OR DESIGNEE WITHIN 72
   HOURS AFTER HE/SHE RECEIVED THE APPEAL IN HAND, EXCLUDING WEEKENDS)
   DECISION WAS:  SUSTAINED: ___ DELETED: ___ AMENDED TO: CREDIT FROM 12-28-01
   FIVE DAYS FROM PREVIOUS INCIDENT DISMISSED
   AMENDED TO: ___ DUE TO LENGTH OF TIME. LK
1. COPY TO INMATE:  YES ___

I. **INMATE WRITTEN REPRIMAND (IF USED):** YES ___ NO ___

J. **ISOLATION SEGREGATION:**  YES ___ NO ___
   DISTRIBUTION: COMPLETED REPORTS TO BE SUBMITTED TO THE RECORDS ROOM FOR
   THE DUTY OFFICER TO COPY AND FILE:
   COMPLETED BY: DUTY OFFICER: ___

Case 3:09-cv-03064-MWB-LTS     Document 284-54     Filed 06/23/11     Page 8 of 100

JCR000108

# LINN COUNTY CORRECTIONAL CENTER
## BEHAVIOR MODIFICATION CELL (ISOLATION) CALENDAR

INMATE'S NAME: __Johnson, Angela__    ID#: __77651__

SERGEANTS TO INDICATE DAYS AND TIMES IN AND OUT OF ISOLATION.

STAFF: PLEASE NOTE THE ACTIVITIES COMPLETED, ALONG WITH YOUR ID# IN THE BOX CORRESPONDING WITH THE ACTIVITY AT THE TOP OF THE CORRESPONDING DAY.

INMATES IN ISOLATION RECEIVE:
1) PERSONAL CALLS...1 EVERY 3 DAYS
2) RECREATION............2 - ONE HOUR PERIODS EACH WEEK
3) VISITATION..............1 - ONE HOUR VISIT PER WEEK
4) SHOWER...................DAILY

__12/01 – 1/02__
(MONTH AND YEAR)

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | IN BMC 1608 HRS. — 28 | Refused — 29 |
| 30 | 31 | 1 (Refused) | 2 | 3 | 4 | 5 |
| OUT BMC 1608 HRS. — 6 | | | | | | |
| | | | | | | |

# LINN COUNTY CORRECTIONAL CENTER
## DISCIPLINARY REVIEW RESPONSE

TO: _ANGELA JOHNSON_     CELLBLOCK: _____

FROM:  MICHAEL J. CARR, JAIL ADMINISTRATOR   TIME: _____

DATE: _FEB. 8, 2001_

IN THE MATTER OF THE DISCIPLINARY HEARING BOARD'S DECISION DATED _FEBRUARY 5_, _2001_. I HAVE REVIEWED THE STATEMENTS AND INFORMATION CONCERNING THE BOARD'S ACTION, AND I FIND THAT:

_____ THE SENTENCE AND DECISION OF THE BOARD SHALL STAND

___✓___ THE SENTENCE SHOULD BE AMENDED AS FOLLOWS:

A._5 DAYS BMC (STAYED FOR FUTURE_

B._SIMILAR VIOLATION)_

C._____

D._____

FOR A TOTAL OF _AS ABOVE_

_[signature]_
MICHAEL J. CARR, JAIL ADMINISTRATOR

JGR000110

DISPOSITION OF DISCIPLINARY HEARING ·     STEP 5

INMATE NAME: _Johnson, Kinsek_ ID#: _77651_   CELLBLOCK: _M_

DATE OF OFFENSE: _02-02-01_ · DATE OF HEARING: _2-5-01_

RULE VIOLATIONS:

_.00.24 possession of anything not authorized for the_
_inmate + not issued to them through normal institutional_
_channels._

_____

TYPE OF DISCIPLINE: RECOMMENDED LENGTH OF RESTRICTION:

BEHAVIOR MODIFICATION CELL (ISOLATION): _5 day (2 suspended)_

TELEPHONE AND/OR TELEVISION RESTRICTION: _____

VISITING AND/OR COMMISSARY RESTRICTIONS: _____

LOSS OF GOOD TIME SENTENCE CONSIDERATION: _____

RECREATION RESTRICTION: _____

WRITTEN REPRIMAND/RESTRICTION: YES ( ) NO ( )   ** SEE BELOW **

## WRITTEN REPRIMAND/RESTRICTION

YOU HAVE BEEN INVOLVED IN AN INCIDENT THAT IS CONTRARY TO THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. BY BEING A PARTICIPANT IN THE ABOVE ACT, YOU HAVE CAUSED A DISCIPLINARY REPORT TO BE FILED AGAINST YOU. THE FOLLOWING IS A <u>WRITTEN REPRIMAND/RESTRICTION</u> (CIRCLE ONE).

IF YOU ARE AGAIN INVOLVED IN A SITUATION THAT IS A VOLUNTARY VIOLATION OF A DOCUMENTED RULE OR REGULATION, OR INVOLVED IN A POTENTIALLY HAZARDOUS SITUATION FOR EITHER DEPUTY OR INMATE, THE HEARING COMMITTEE WILL HOLD A HEARING ON THIS MATTER.

SUCH A HEARING MIGHT RESULT IN A MAXIMUM TEN DAY DEAD-LOCK, WITH ALL PRIVILEGES REVOKED.

THIS REPRIMAND/RESTRICTION MAY BE REVIEWED BY THE JAIL ADMINISTRATOR AFTER THE RECEIPT OF A WRITTEN APPEAL, FILED BY YOU WITHIN TWENTY-FOUR (24) HOURS, AFTER YOU HAVE BEEN SERVED WITH THIS REPRIMAND/RESTRICTION.

COMMITTEE CHAIRMAN: _____ COMMITTEE MEMBER: _____

DATE: _2-5-01_ · DELIVERED TO INMATE: _____ TIME: _____

BY: ____

Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 11 of 100

JGR000111

DISCIPLINE HEARING REPORT      STEP 4

INMATE: _Johnson, Angela_    CELLBLOCK: _M_

THE INMATE HAS BEEN ADVISED OF THE CONSIDERATIONS AT THIS HEARING:
YES _✓_ NO ___

THIS HEARING WILL ALSO INCLUDE AN ADMINISTRATIVE SEGREGATION NOTICE:
YES ___ NO _✓_

THE HEARING WAS HELD TO CONSIDER THE INCIDENT REPORTS DATED:
_02-02-01_

THE FOLLOWING PERSONS APPEARED AT THE HEARING:

_136, 427, Johnson, Angela_

A SUMMARY OF STATEMENTS MADE AND INFORMATION PRESENTED AT THE HEARING:

_Admitted to having most of items taken. Knows now
that law library items + are not allowed to be received
from atty. unless checked by C.O. first. She said match
was "planted" there to get her in trouble._

THE HEARING OFFICER FINDS THAT:

_✓_ THE ACT WAS COMMITTED AS CHARGED

_✓_ THE FOLLOWING ACT WAS COMMITTED:

_.24 possession of anything not authorized for inmate
+ issued through regular institutional channels._

_____ NO PROHIBITED ACT OCCURRED

_✓_ THE INMATE HAS BEEN ADVISED OF THE FINDING AND SENTENCE OF THE
HEARING COMMITTEE

_✓_ THE INMATE HAS BEEN ADVISED OF THEIR RIGHT TO APPEAL TO THE JAIL
ADMINISTRATOR

_✓_ A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE

COMMITTEE CHAIRMAN: _____ 136

COMMITTEE MEMBER: _____ #424    DATE: _2-5-01_

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 12 of 100

JGR000112

LINN COUNTY CORRECTIONAL CENTER DISCIPLINE HEARING     STEP 3

EVIDENCE, FINDING OF FACTS AND STATEMENT OF REASONING

INMATE: _Johnson, Angela_____

DATE OF HEARING: _2-5-01_____

RULE VIOLATIONS: _.24 possession of anything not authorized
for the inmate + not issued through regular institutional
channels._____

FINDINGS:
At hearing Johnson admitted to having carbon paper,
paper clip, typing paper. The cardboard was from
the back of paper tablets + out of toothpaste boxes from
indigent set up.
As far as the match goes, it was attached
to her bunk + we have no way of disproving or
proving it was hers but it was in her possession.
We find her guilty of charge + give her
5 days BMC + suspend 2 of the days. The
suspended time can be imposed if similar actions
reoccur.

COMMITTEE CHAIRMAN: _Sgt M ___ #136_
COMMITTEE MEMBER: _____ #427_
DATE: _2-5-01_

Case 3:09-cv-03064-MWB-LTS     Document 84-54     Filed 06/23/11     Page 13 of 100
JGR000113

NOTIFICATION OF INMATE CONSIDERATIONS          STEP 2

INMATE'S NAME: _Angela Johnson_          CELLBLOCK: _M_

DATE OF NOTIFICATION: _2-5-01._          TIME: _1515_

DELIVERING DEPUTY: _Sgt M. Na #136_

YOU HAVE BEEN CHARGED WITH A MAJOR OR MINOR VIOLATION OF THE RULES AND REGULATIONS OF THE LINN COUNTY CORRECTIONAL CENTER. A COPY OF THESE RULES WAS ISSUED TO YOU AT BOOK-IN. YOU HAVE THE RIGHT TO:

1) BE GIVEN A COPY OF THE CHARGES AGAINST YOU.

2) BE PRESENT DURING THE HEARING, EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

3) PRESENT WITNESSES IN YOUR BEHALF (STAFF OR INMATES). EXCEPT WHERE DISALLOWED BY THE COMMITTEE.

4) APPEAL THE COMMITTEE'S DECISION TO THE JAIL ADMINISTRATOR.

5) NON-LEGAL REPRESENTATION (IF UNABLE TO READ AND/OR WRITE) TO ASSIST IN UNDERSTANDING THE CHARGES AGAINST YOU.

6) RECEIVE WRITTEN FINDINGS OF THE COMMITTEE'S DECISION.

THIS IS AN ADMINISTRATIVE PROCESS ONLY, NOT A COURT OF LAW. THEREFORE:

1) A FINDING OF GUILTY IS BASED ON THE WEIGHT OF EVIDENCE PRESENTED, NOT GUILTY BEYOND A REASONABLE DOUBT.

2) RULES OF EVIDENCE DO NOT APPLY.

3) HERESAY EVIDENCE IS PERMISSABLE.

4) THERE IS NO RIGHT TO LEGAL COUNSEL.

5) SELF INCRIMINATION RULES DO NOT APPLY.

6) YOU DO NOT HAVE THE RIGHT TO REMAIN SILENT AND IT CAN BE USED AS AN ADMISSION OF GUILT.

I HAVE RECEIVED A COPY OF THE CONSIDERATIONS AFFORDED ME DURING THE DISCIPLINARY HEARING.

DATE: _2-5-01_          TIME: _1515_

SIGNATURE: _[signature]_          CELLBLOCK: _M_

JGR000114

NOTICE OF DISCIPLINARY HEARING      <u>STEP 1</u>

TO: _Angela Johnson_     CELLBLOCK: _M_

ALLEGED VIOLATION:

_00.24 POSSESION OF ANY THING NOT AUTHORIZED FOR_

_THE INMATE._

DATE OF OFFENSE: _2/2/01_

THE HEARING WILL BE HELD NO EARLIER THAN _2/2/0_ (AT _1800_

AND NO LATER THAN _2/8/0_ (AT _1800_.

AT THE LINN COUNTY CORRECTIONAL CENTER IN CEDAR RAPIDS, IOWA.


YOU WILL ALSO HAVE THE RIGHT TO CALL WITNESSES AT THE DISCRETION OF THE
HEARING OFFICER, AND TO PRESENT DOCUMENTARY EVIDENCE IN YOUR BEHALF.
NAMES OF WITNESSES YOU WISH TO CALL SHOULD BE LISTED BELOW. BRIEFLY
STATE WHAT EACH PROPOSED WITNESS WOULD BE ABLE TO TESIFY TO.

NAME: _Kris Hagen_     CAN TESTIFY TO:
_the envelopes & probably the match stick._

NAME: _Shelley Denney_     CAN TESTIFY TO:
_envelopes & carbon paper_

NAME: _____ CAN TESTIFY TO:


THE HEARING OFFICER WILL CALL THOSE WITNESSES (STAFF OR INMATE) WHO ARE
REASONABLY AVAILABLE, AND WHO ARE DETERMINED BY HIM/HER TO BE
NECESSARY FOR AN APPRECIATION OF THE CIRCUMSTANCES SURROUNDING THE
VIOLATION.

IF MORE SPACE IS NEEDED, USE THE REVERSE SIDE OF THIS FORM. DATE, SIGN AND
RETURN THIS FORM TO THE FLOOR DEPUTY/CORRECTIONAL OFFICER.

DATE: _2/3/01_ SIGNATURE: _____ TIME: _1415_

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 15 of 100

JGR000115

# LINN COUNTY CORRECTIONAL CENTER
## INMATE INCIDENT REPORT

DATE: 02-02-01      TIME: 1800 HRS  LOCATION: M BLOCK

INMATE: JOHNSON, ANGELA ID#: 77651 RACE/SEX: W/F   DOB: 01-17-64 CELL: M

CLASSIFICATION: ( ) GENERAL (X) FED ( ) WORK RELEASE ( ) TRUSTY

REPORTING DEPUTY/CO: KOSINA, VICKIE      #: 428

WITNESS #1: BEVINS, KELLY  #: M06   WITNESS #2: JOHNSON, AMY  #: 210

WITNESS #3: FISHER, SCOTT  #: 207   WITNESS #4 PESHEK, JOEL  #: 198

NARRATIVE:

APPROXIMATELY ON THE ABOVE DATE TIME A SHAKEDOWN WAS DONE IN M BLOCK PER #151.

DURING THE SHAKEDOWN THE FOLLOWING ITEMS WERE FOUND IN INMATE JOHNSON'S PROPERTY:

A MATCH STICK TAPED UNDER HER BED: 4 SHEETS OF CARBON PAPER; NUMEROUS AMOUNTS

OF TYPING PAPER; 13 PLAIN WHITE ENVELOPES; A PAPER CLIP AND 13 PIECES OF SQUARES

OF CARDBOARD... PER SGT LOWE #151 I AM CHARGING INMATE JOHNSON WITH THE FOLLOWING

VIOLATION:

00.24  POSSESSION OF ANYTHING NOT AUTHORIZED FOR THE
INMATE AND NOT ISSUED TO HIM THROUGH REGULAR
INSTITUTIONAL CHANNELS.

DEPUTY/CO SIGNATURE: _____  #: 428

APPROVED BY: _____  #: 151

COPIES: SHERIFF ( ) ADMINISTRATOR ( ) LIEUTENANT ( ) INMATE FILE ( )

INCIDENT FILE ( ) NURSE ( ) KITCHEN ( ) MAINTENANCE ( )

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 16 of 100

JGR000116

## LINN COUNTY CORRECTIONAL CENTER
## INMATE DISCIPLINARY INVESTIGATION REPORT

INMATE'S NAME: _Angela Johnson_ ID#: _77651_

DATE OF OCCURRENCE: _2-2-01_ DATE: _2/3/01_

INMATE'S STATEMENT:

_Refused_

OTHER FINDINGS BY INVESTIGATING DEPUTY/CO:

DEPUTY/CO'S NAME: _L. Page 185_ APPROVED BY: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 17 of 100

JGR000117

LINN COUNTY CORRECTIONAL CENTER
DISCIPLINARY PACKET CHECKLIST

INMATE'S NAME: JOHNSON, ANGELA          ID#: 77651

DATE OF INCIDENT: 02-02-01          TIME OF INCIDENT: 1800  HRS

REPORTING DEPUTY OR CORRECTIONAL OFFICER: KOSINA, VICKIE   ID#: 428

|  | DATE | TIME | ID# |
|---|---|---|---|

A. **INMATE INCIDENT REPORT**
   1. APPROVED BY INCIDENT SHIFT SGT:     YES ✓ NO___ 2/2/01  2319  1J7
      (SGT. TO APPROVE INCIDENT REPORT WITHIN 24 HOURS OF INCIDENT)
   2. COPY TO INMATE AFTER APPROVAL:     YES ✓  2/3/01  1415  18f
      (WITHIN 48 HOURS OF INCIDENT)
B. **INVESTIGATION OF INCIDENT COMPLETED** YES ✓  2/3/01  1415  185
   PAST BEHAVIOR WARNINGS DOCUMENTED: YES ✓  2/3/01  1415  185
      (TO BE DONE AT INVESTIGATION IF NOT DONE DURING INITIAL INCIDENT)
C. **STEP 1. NOTICE OF DISCIPLINARY HEARING:**
      (NO LESS THAN 24 HOURS PRIOR TO HEARING)
   1. HEARING SET AND COPY TO INMATE:     YES ✓  2/3/01  1465  185
   2. HEARING TO BE HELD: (SET BY SGT) NO EARLIER THAN 2/2/01 AT 1800
      NO LATER THAN 2/8/01 AT 1800 .
      (HEARING TO BE HELD WITHIN 5 DAYS [120 HOURS] OF INCIDENT, EXCLUDING WEEKENDS)
D. **STEP 2. NOTIFICATION OF INMATE CONSIDERATION:**
      (TO BE COMPLETED DURING HEARING)
   1. COMPLETED AND COPY TO INMATE:     YES ✓     25  1800  429

E. **STEP 3.  EVIDENCE – FINDING OF FACTS:**
   **STEP 4.  HEARING REPORT:**
   **STEP 5.  DISPOSITION OF HEARING OFFICER:** YES ✓  2-5  1800  136
      (STEPS 3,4 AND 5 TO BE COMPLETED DURING/AFTER HEARING)
   1. COPY OF STEPS 4 AND 5 TO INMATE:     YES ✓  2-5  1800  136

F. **APPEAL FORM GIVEN TO INMATE:**     YES ✓  2-5  1800  136

G. **COMPLETED APPEAL RETURNED TO STAFF:** YES ✓ NO___ 2-6  1500  136
      (IT IS THE RESPONSIBILITY OF THE OFFICER PICKING UP THE FORM TO
      DATE, TIME AND SIGN THE APPEAL, ATTACH IT TO THE DISCIPLINARY
      PACKET, AND SUBMIT IT TO THE SHIFT SERGEANT. IF THE APPEAL IS
      DECLINED BY THE INMATE, THIS SHOULD BE INDICATED ON THE APPEAL
      FORM AND SIGNED BY THE INMATE, THEN FORWARDED TO THE SHIFT
      SERGEANT.)

H. **APPEAL CONSIDERATION COMPLETED:**     YES ✓ NO___ 2-8  1441  109
      (TO BE COMPLETED BY THE ADMINISTRATOR OR DESIGNEE WITHIN 72
      HOURS AFTER HE/SHE RECEIVED THE APPEAL IN HAND, EXCLUDING WEEKENDS)
   DECISION WAS:  SUSTAINED:___ DELETED:___ AMENDED TO: 5 DAYS STAYED FOR
      FUTURE SIMILAR VIOLATION.
   AMENDED TO: _____          BY: ___
   1.  COPY TO INMATE:               YES ___   ___  ___  ___

I. **INMATE WRITTEN REPRIMAND  (IF USED):**  YES ___ NO ___  ___  ___  ___

J. **ISOLATION SEGREGATION:**           YES ___ NO ___  ___  ___  ___
   DISTRIBUTION: COMPLETED REPORTS TO BE SUBMITTED TO THE RECORDS ROOM FOR
   THE DUTY OFFICER TO COPY AND FILE:
   COMPLETED BY: DUTY OFFICER: 529          02  08  01

000011   **Benton County Correctional Center**
Written Rule Infraction Notification   **ORIGINAL**

Date of Incident _9 - 11 - 00_   Date of Notification _9 - ___ - ___   Date of Admission _07 - 29 - 00_

Inmate's Name _____   Booking # _20-465_

Cell _7C_   (Adult)/Juvenile   County: _Federal Hold_   Case # _____

This is a written notice advising you of an infraction of the rules of the Benton County Jail as stated in the "Inmate Responsibilities And General Policies Of The Benton County Jail" manual.

Section _JJ_   Subsection _026_   Offense: Major /(Minor)   Offense # _2_

Offense: _Excessive Noise in Cell Area_

Resulting from this rule infraction _48 hrs lockdown to.   Serve after 72 hr lockdown._

Lockdown is a period of segregation with loss of all listed privileges including TV/Phone/Commissary/etc.

Officer's Narrative _On 9-11-00 at about 2015 hrs while Serving Angela Johnson with an infraction notice for a earlier offense. She Started Yelling and Swearing as loud as she could yell. She was advised to knock it off and I was given the finger in return_

FAILURE TO REQUEST A HEARING AND SIGN THIS NOTICE WILL RESULT IN IMMEDIATE SANCTIONS AS DESCRIBED ABOVE.

_____ Inmate **REQUESTS** a hearing on this matter as described above.

_____ Inmate **WAIVES** his/her right to a hearing on this matter by admitting guilt and accepts the sanctions described above.

Inmate's Signature X _Refused To Sign_

Officer's Signature _____ _682_

Served on this _12_ day of _September_ _2000_ at _1000_ hours.

Case 3:09-cv-03064-MWB-LTS   Document 28454   Filed 06/23/11   Page 19 of 100
JGR000419

000012

# Benton County Correctional Center
## Written Rule Infraction Notification

**ORIGINAL**

Lockdown @ 18:27 Ver 6-2

Date of Incident  9 - 11 - 00    Date of Notification  9 - 11 - 00    Date of Admission  07 - 29 - 06

Inmate's Name  Angela Johnson                    Booking #  20-465

Cell  7C    (Adult) Juvenile    County:  FEDERAL HOLD    Case # _____

---

This is a written notice advising you of an infraction of the rules of the Benton County Jail as stated in the "Inmate Responsibilities And General Policies Of The Benton County Jail" manual.

Section **JJ**    Subsection  037    Offense: (Major) Minor    Offense #  1

Offense: Conduct which disrupts or interferes with the security or orderly running of the jail

Resulting from this rule infraction  72 Hr Lockdown With loss of all Privileges

Lockdown is a period of segregation with loss of all listed privileges including TV/Phone/Commissary/etc.

---

Officer's Narrative  On 9-11-00 @ about 1827 I observed Angela Johnson Standing on the bars near the door to Cell #7. I entered the cell and told Angela to get down. She said Fuck you - its cold in here and kept pushing toilet paper in the heat/cooling grating. I told her a second time to get down or she would be locked down and she jumped to the floor and said "Lock Me down, I don't give a fuck. She walked into her cell and I closed the Slide.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

**FAILURE TO REQUEST A HEARING AND SIGN THIS NOTICE WILL RESULT IN IMMEDIATE SANCTIONS AS DESCRIBED ABOVE.**

_____ Inmate **REQUESTS** a hearing on this matter as described above.

_____ Inmate **WAIVES** his/her right to a hearing on this matter by admitting guilt and accepts the sanctions described above.

Inmate's Signature X  Refused to Sign  682

Officer's Signature  William J Reece

Served on this  16  day of  Sept  at  1658  hours.

Case 3:09-cv-03064-MWB-LTS    Document 34-4    Filed 06/23/11    Page 20 of 100
JGR000120

# Benton County Correctional Center
*Written Rule Infraction Notification*

| | | |
|---|---|---|
| Date of Incident: **09-03-00** | Date of Notification: **09-03-00** | Date of Admission: **07-29-00** |
| Inmate Name: **JOHNSON, ANGELA** | | Booking #: **2000000465** |
| Cell: **7**     Adult/Juvenile | County: UNITED STATES MARSHALS | Case #: |

This is a written notice advising you of an infraction of the rules of the Benton County Correctional Center as stated in the *"Inmate Responsibilities and General Policies of the Benton County Jail"* manual.

Section: **JJ**    Subsection: **066**    Offense: Major/**Minor**    Offense #: **1**

Offense: **COMMUNICATING WITH OTHER INMATES BY WRITTEN CORRESPONDENCE**

Sanctions resulting from this infraction: **24 HOURS LOCKDOWN**
Lockdown is a period of segregation with loss of all listed privileges.

That on September 3, 2000 Officer Rich was informed by a dispatcher that Angela Johnson received a note from another inmate through a cell door. Officer Rich stopped Angela Johnson in the hallway, took the note from her and locked Angela Johnson down in her cell.

Evidence to be relied upon;

Statement of Officer Rich
Note passed by inmate

**FAILURE TO REQUEST A HEARING AND SIGN THIS NOTICE WILL RESULT IN IMMEDIATE SANCTIONS AS DESCRIBED ABOVE**

_____ Inmate **REQUESTS** a hearing on this matter as described by staff and in the inmate manual.
Hearing Date: ____09-04-00_____ Time: ___0800__ Board: ____Supervisory Officers_____

__X____ Inmate **WAIVES** his/her right to a hearing, by admitting guilt and accepts the sanctions above.

Inmate Signature: _____

Officer Signature: _____

Served on this ___03___ day of _____September_____, 2000____ at _____1800_____ hours.

Lockdown IN: _09-03-00/1625
Lockdown OUT: _09-04-00/1625
Total: ___~~3 days~~ 24 hrs

Angie!

Hope all is well with you. Everything is fine here. It gets boring sometimes but its alright. I mostly read, not to much TV it gets old.

It sucks only getting to hear from you once a week but thats jail life. Hope your kids are ok. My son visits me on Tuesdays.

Are you getting along with your roommates? I guess you can't choose who you want in the cell with you.

Well keep your head up and keep reading your bible and praying. I read the "Our Daily Bread" every morning. The chaplin came in Saturday and passed out new ones. Did you get the new one?

You need to chill out on getting upset with the jailers their just doing there job. I don't bother

JGR000122

Alone. It's better that way. So try to stay calm.

I just want to get this nightmare over with and I'm sure you do also.

As far as your case goes, like I told you before, only you can make decisions on if your going to plead out, go to trial or cooperate. Whatever you feel is the right thing to do is what you should do.

For real Angie you don't really even know me and hell I could be a informant and testify against you and just tell the jury everything you've told me and trust me you would probably be convicted. I know you told me you've never been in jail but hell wise up I mean you just started rattling things off to me without me even asking so hell I know the whole picture. I'd hate to hear what you would tell me if I started asking questions. All I'm saying

Case 3:09-cv-03064-MWB-LTS   Document 88-54   Filed 06/23/11   Page 23 of 100

JGR000123

000031

3                                               000032

that's all. Since you don't know the law you need to just take the advise of your Attorney. Yes I have heard of Al Willet. Alot of people say he is a great lawyer. I'd just listen to him And take it from there.

I don't know how you talked me into writing A letter to you Anyways. I don't wanna get into trouble And I don't want you to get into trouble either. Don't get me wrong it's great to hear from you but hell you need to concentrate on your case And not piss these people off. Just follow the rules And things run Alot smoother. You'll be Able to get fresh Air more often And they won't be yelling at you so much.

Stay focused & keep your chin up.

JGR000124

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angie Johnson     Cell Number: X-3

Date: 12.2.05     Day: Friday     Time: 6:15h

State your grievance: 1/2 my commissary was filled wrong

Briefly describe your side of the issue: On Thursday I ordered 3 lifsavers, 3 liravish 2 stamps and a birthday card for my mom.

what I recieved was:
3 rolos    3 butterfingers
2 stamps + Birthday card for my mom.

And was made to keep the rolo's a butterfingers that I didn't order

State what relief you are seeking: I would like to see my commissary sheet to prove I know what I ordered. It seems to me it would be the appropriate way to assure what I purchased. And what I didn't.

Inmate's Signature: Angie
(Must be signed)

Received by:     Deputy: 430     Date: 12-02-05 Time: 1930

Forwarded to:     Sergeant/Lieutenant: K.Ham 110 Date: 12-6-05 Time: 1850

Action taken:
- Inmate Released -

Signature: K Ham 110

Date/Time: 12-7-05 1500 hrs

Copies:     Inmate
Inmate's legal file
Grievance book
Administrator
Lieutenant

Case 3:09-cv-03064-MWB-LTS   Document 84-54   Filed 06/23/11   Page 25 of 100

JGR000125

Sgt DS  128
12-1-05
1851

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Johnson Angela          Cell Number: Jr-3

Date: 12-1-05          Day: Thursday          Time: 4:15h

State your grievance: broken thermostat

Briefly describe your side of the issue: It is so hot in here we can't stand it. When the slider is shut it is unbelivably warm.

State what relief you are seeking: New Thermostat

Inmate's Signature: Angie Joe
(Must be signed)

Received by: Deputy: 438          Date: 12-01-05  Time: 1800

Forwarded to: Sergeant/Lieutenant: _____ Date: 12-5-05 Time: 1500

Action taken:
    Maintenance personnel have been notified.

Signature: _____
Date/Time: 12-7-05 / 1100   hrs

Copies:   Inmate
          Inmate's legal file
          Grievance book
          Administrator
          Lieutenant

(Please Print)
Inmate's Name: Angie Johnson                    Cell Number: 3N Cell 5

Date: 10·28·05                    Day: FRIDAY                    Time: 9:00 PM

State your grievance: blanket / clothes

Briefly describe your side of the issue: I would like another blanket or one that isn't so thin I can see through it. I'm too cold in the night.

The clothes are nothing but rags. They are infact the same clothes as over 5 years ago. They have holes, no elastic, so worn you can see through them. Laundry day is a joke for the C.O. that has to fine clothes that fit or are wearable. If ridiculous, really. For 75⁰⁰ a day it cost the Feds to house us, we should be able to wear something besides rags, that smell bad.

State what relief you are seeking: A decent blanket, and clothes that don't stink and actually fit.

Inmate's Signature: Angie Joh
(Must be signed)

Received by: Deputy: _____ Date: 10-28-05 Time: 2237

Forwarded to: Sergeant/Lieutenant: _____ Date: 10-31-05 Time: 0830

Action taken:

The maintenance personnel will be looking into the current temperature of your cellblock. If adjustments are necessary they will be made. If there is a problem with your jail uniform, contact the on-duty correctional officer and she will determine if replacements are needed.

Signature: _____/10

Date/Time: 10-31-05 / 1550 hrs

Copies:    Inmate
           Inmate's legal file
           Grievance book
           Administrator
           Lieutenant

Johnson file

Nic—

I'm... me kept from... [illegible]
... These are... the finance is
plea negotiation, and
I need to be able to phone
them until we get one
resolved. This is very
important.

Also, could I at
least get credit for time
served when I did the
24 hours lock down? So
I can be out on Saturday
rather than Sunday? Please!

Also, I need to see a
dentist. Could you please
contact the Medical Service.

Thank you.

A. Johnson

KSM Contacted 03-0805 Re: Dentist
Should see nurse a get a referral —
as procedural matter

Johnson File
3.1.05

Nick —

In the rule book on page 9 it clearly states as a Federal Detainee I should be recieving my mail. That mail is not concidered a priliege.

Unless I am now concidered activily Creating an unsafe condition to someone, something or to myself.

If this is the Case I'ol sure like to know about it.

Today I didn't recieve any mail and my out going mail was returned to me.

Also, coud you please tell me if you are going to give me credit for the 24 hours I was already locked down for so I can see my daughter on Saturday. If not I need to get a message to them "not to come." They drive all the way from Faibault Minnesota. I dont want them to come all this way for no reason.

Can I please have my mail and send my mail.

Thank you
Jennie

JGR000129

# Nick Whitmore

**From:** "Nick Whitmore" <nwhitmore@co.hardin.ia.us>
**To:** <aewillett@tewlaw.net>
**Sent:** Friday, February 25, 2005 2:21 PM
**Subject:** Hardin County Jail

Al;

Dropping you a note to update you on some current issues with Angela Johnson. I have talked to her and I may have mentioned it to you in the past but the main problem seems to be some courtesy which we extended to her in the past. The issue is that it doesn't seem to maintain- it is just expected to increase.

Most recently, I received a grievance from her wanting to know why her attorneys can't bring refreshments (pop, water, treats) in for her and themselves. It has just came to my attention that this was happening and when my assistant shut off the refreshments for Angela- she grieves that her attorney can't even bring anything for herself and that this is not right. The final action was that Angela had a water bottle and the attorney (I believe your assistant) had a diet pepsi. Angela ran out of water so some pop was extended to her in the water bottle. When the officers checked it out- Angela complains that this action was rude and embarrassing.

We both know that I am a pretty lenient guy and try to offer the most accommodations I can given certain circumstances but we also both know that bringing treats into the jail is contraband. It doesn't happen in other jails and it can't happen here. I am opening up the entire jail to carts with briefcases, computers, mounds of paper, therapists, doctors, and all their luggage. When we ask people to check their items that aren't necessary- that is simply out of the question.

With all that said- I have two requests. Please remind anyone coming from your office or for your office that we will not accept contraband in the form of treats and that we may ask persons to check completely unnecessary personal items. Those could be easily left in the vehicle or at the front desk. I would also encourage you to visit with Angela and remind her that the rules here are not a personal vendetta against her and she has to respect them to a permissible degree. She has pushed the envelope at every ¬ and I visited with her about it before she went to Sioux City. She told me that she would work on it.

Just a thought for you and if you have any concerns, please let me know.

Thanks,

Nick

1 4 6

JGR000130

# Nick Whitmore

From:     "Nick Whitmore" <nwhitmore@co.hardin.ia.us>
To:       <aewillett@tewlaw.net>
Sent:     Friday, February 25, 2005 2:21 PM
Subject:  Hardin County Jail

Al;

Dropping you a note to update you on some current issues with Angela Johnson. I have talked to her and I may have mentioned it to you in the past but the main problem seems to be some courtesy which we extended to her in the past. The issue is that it doesn't seem to maintain- it is just expected to increase.

Most recently, I received a grievance from her wanting to know why her attorneys can't bring refreshments (pop, water, treats) in for her and themselves. It has just came to my attention that this was happening and when my assistant shut off the refreshments for Angela- she grieves that her attorney can't even bring anything for herself and that this is not right. The final action was that Angela had a water bottle and the attorney (I believe your assistant) had a diet pepsi. Angela ran out of water so some pop was extended to her in the water bottle. When the officers checked it out- Angela complains that this action was rude and embarrassing.

We both know that I am a pretty lenient guy and try to offer the most accommodations I can given certain circumstances but we also both know that bringing treats into the jail is contraband. It doesn't happen in other jails and it can't happen here. I am opening up the entire jail to carts with briefcases, computers, mounds of paper, therapists, doctors, and all their luggage. When we ask people to check their items that aren't necessary- that is simply out of the question.

With all that said- I have two requests. Please remind anyone coming from your office or for your office that we will not accept contraband in the form of treats and that we may ask persons to check completely unnecessary personal items. Those could be easily left in the vehicle or at the front desk. I would also encourage you to visit with Angela and remind her that the rules here are not a personal vendetta against her and she has to respect them to a permissible degree. She has pushed the envelope at every turn and I visited with her about it before she went to Sioux City. She told me that she would work on it.

Just a thought for you and if you have any concerns, please let me know.

Thanks,

Nick

JGR000131

2/25/2005

Nick —
                    I was gone for what seemed
like forever but I'm back now. I'm sure
that makes your day

            I've got to ask you about what
the jailers seem to have a problem with
that I don't really understand

            While my attorneys visit they are
here for hours. All we do is talk and
talk and talk, endlessly it seems.

            In the passed they have
bought sodas for themselves and for
me. We were told they couldn't buy
me my own. + I could only have pop on
Wed. + Saturdays. Even if my attorneys
buy it for me?

            Yesterday, I took H2O in with me
and my visitor bought a Diet pepsi.
After my water was gone she let me
pour a little bit of her pop in my
glass. (my mouth gets dry due to my meds)

            Anyway the two jailers interupted our
conference to ask, if the pop was
hers or mine. I couldn't believe it.

            It was embarrassing and rude. My
visitor explained it was indeed hers and
she allowed me some and I didn't see the
problem either do I. I don't get
where the big deal is if they share
their drink with me. It's not brought in
it's bought here. I'm hardly trying to be
sneaky about anything. I guess I just don't

Case 3:09-cv-03064-MWB-LTS   Document 88-54   Filed 06/23/11   Page 32 of 100
JGR000132

01-13-05

To: Angela Johnson
From: AJA Graffunder
Reference: request for envelopes in property

In regards to your request for us to dispose of your envelopes you have received in the mail. We will not dispose of your envelopes for you. When you leave our facility you may do with them as you wish. Until then, we will make sure they are kept in your locker. If you would like to have the pictures from your locker sent to your mother you may do so at your own expense. If you would like to have this done just let me know and I will arrange for this to happen.
As for the requests in regards to the commissary list, I have passed the requests on to our commissary Sergeant.


M. Graffunder
AJA
Hardin County Correctional Center

JGR000133



# HARDIN COUNTY CORRECTIONAL CENTER

TO:         ANGELA JOHNSON

FROM:       NICK WHITMORE, JAIL ADMINISTRATOR

SUBJECT:    FASTING REQUEST

DATE:       JANUARY 12, 2005

CC:         KITCHEN/ DETAINEE FILE

Ms. Johnson;

I have received your request regarding fasting for a two week period. I have carefully reviewed the request and have conferred with members of the ministerial staff regarding this matter. I find that you report being a born again Christian and due to this faith, you are requesting to pursue what you claim to be a religious need as a part of that faith. The need specifically as you have requested is that you be allowed to drink only fluids at breakfast, lunch, and dinner. You are further requesting a simple meal or sack lunch at approximately 8:00 P.M or so. I find that fasting is an acceptable part of many faiths, however there is not a recognized time to eat or fast, be it the length of fast, the specific meal, or a time not to fast for your particular faith. I have been directed and find it appropriate that you should continue to be served the regular meals and you may take what ever you desire from that meal ie: fluids. I further direct that you be provided with the regular PM meal with the stipulation that it shall be available to you until 7:00 P.M., which has been determined within safe limits regarding food service standards. You may participate in this meal or not at your discretion.

Obviously you will be observed regularly and if your fast becomes a medical issue in nature, you will be seen by the jail nurse or doctor for a review of your medical status.

JGR000134

1·10·05

Mr. Administrator:

I'm writing again concerning my request to do a two week fast. I don't understand the delay in getting back to me on this. I want to be in compliance and go about this the right way, with your permission. However, it is important to me that I start my fast this month. I'd like to start right away. It is already the 10th of January today.

I understand you are busy and my intention is not to distract you. All I'm asking for is to be given liquids during the day and a simple sack lunch around 8pm in the evening.

Also, if there is a jail chaplin that comes to the jail I'd appreciate being able to recieve communion from him/her.

Thank you very much.

Sincerely,
Angie Johnson

If you could let me talk to someone about this, I had requested a meeting with him

1/15/05 -
Spoke w/ Angela reg. her request. She is allowed the fast request. Will place her name on list for Chaplain

Case 3:09-cv-03064-MWB-LTS     Document 284-54     Filed 06/23/11     Page 35 of 100     JGR000135

WORK up this? MARY — *(signature)*

HAPPY NEW YEAR
— 2005 —

Mr. Administrator:

First of all I'd like to thank you for allowing my sister from Texas to visit on Sunday. I hadn't seen her or my niece in some time. Also I can't thank you enough for approving visitation for my Granddaughter Angelica. Altho I agree with you that this is not the ideal place for a 5 year old to visit her grandma, I have no other option. I appreciate your understanding.

Secondly, I was wondering if I'd be able to get the pictures in my property to send to my mother. Also, I can see no reason to keep the envelopes that my mail comes in. It is fine with me to have them tossed. Otherwise I fear before long my locker will be busting at the seams. I get tons of legal mail.

If you don't mind I'd like to make a couple commissary suggestions:

Noxema or some kind of face cleanser and/or moisterizer for the face. The shower gell and soap is very harsh.

Cardboard emery boards or nail buffer to at least smooth the ragged edges.

Q-Tips

Instant coffee, the shower water is plenty hot enough for coffee by the cup. Yum!

lastly — Low fat or low in calorie food items like popcorn, pretzels, raisins, etc... (many of these

*(margin notes, left side, written vertically):* keep envelopes (1) Change

Case 3:09-cv-03064-MWB-LTS Document 84-54 Filed 06/23/11 Page 36 of 100

JGR000130

# HARDIN COUNTY CORRECTIONAL CENTER

TO:        ANGELA JOHNSON

FROM:      NICK WHITMORE, JAIL ADMINISTRATOR

SUBJECT:   REQUEST DATED: OCTOBER 4, 2004

DATE:      OCTOBER 6, 2004

CC:        DETAINEE FILE

Regarding the mail service- I think that the rulebook pretty clearly states what is allowed but I will help clarify the specific details. The rule is you may receive and keep the direct written correspondence enclosed. Any other item included in the letter is subject to approval. This would be the clippings, calendars, comics, photos, cards, drawings, etc. Generally speaking, if these items are the product of writing or typing paper they may be approved. Plastics, cello, cardboards, stickers, strings, staples, etc. are not allowed for security reasons. Items that are not allowed may be copied at your expense. The copy would then be given to you and the original placed in your property.

In the simplest terms- as we both know, the jail is required to offer correspondence for detainees not in disciplinary action. I attempt to keep it as simple as that. *Letters* from family and friends are encouraged so that the inmates can keep in touch with the outside and stay a part of real life. It would be my feeling that the care packages that your mother sends push the simplicity of the intent of the privilege. Neat little things usually aren't a problem- a mound of stuff gets redundant. The other item that I need to mention is the offensive odor of your incoming mail. We both know that your mother does this so it becomes an air freshener in your room among other reasons. This is not allowed for a specific security reason- ie; masking. I am told that this has been talked about in the past and I will have to deny future mailings, which involve masking. Please let your family know that this may not continue.

Assuming that the magazines are sent from a subscription and/or through the USM, these would be no problem unless they contain specific content not acceptable for the jail setting. I would speak to you about the problem at the time if this would be the case.

Regarding your final concern, I have carefully monitored this issue and this will be taken care of when possible. Thank you for your patience.

Case 3:09-cv-03064-MWB-LTS    Document 84-54    Filed 06/23/11    Page 37 of 100

JGR000137

Administrator : Nick Whitmore

Angela Johnson here. I don't mean to bother you or to "push the line" but I do have a question about my mail.

I don't see in the rule book that it is not allowed for my mother to send me stuff like: a calendar page
" " : Comics from Readers digest
" " : News paper clippings ext...
She likes to send me these things but if I'm not going to recieve them, I will tell her not to waste the postage.

Also, my attorney Ted Berrigan ordered me some magazine sub. Is there going to be a problem recieving them? (They may be forwarded to me by the U.S. Marshal service since it was 'too big of a secret' to get my mail forwarded via Linn County.

Again, I'm sorry to be a pain but please get back to me on this. I appreciate your time and consideration.

(Everyone here is really nice, I just wanted to tell you that.)

Thank you,

Angie Johnson

Do you think this was mailed with
Many more Lara Bird Calmy Page
His some of Carmona Ports

To:    Angela Johnson
From:  Nick Whitmore, Jail Administrator
Re:    Grievance Dated 08-24-04
Date:   August 25, 2004

Angela;

I was at turnover when the shift advised that all inmates had been offered the library. I have since spoke to the officer working the library round and she advised me that she inadvertently missed you when making the round. You will be offered library today.

You were moved from B Cell for several different very minor reasons. All of them are in the best interest of safety and security. None of them are to be construed as disciplinary. You were told to pack up because it was my intention to move you back due to needed cell space. I subsequently changed my mind. A minor inconvenience but not intentional.

I did have intention to speak to you on a personal basis but the issues I had resolved themselves. I think that it is obvious and I do want you to understand that this is a jail based on mutual respect. You have a lot of things here that are different from other jails. I fully understand that you have been in county for a long time but I advise you to not push the line.

JGR000139

Angela Johnson / Grievance / 7:pm 8.24.0<

I have been asking to go to the library since this morning. I've asked just about everyone who has worked today if they would take me but I kept being put off. Now this shift says that I'd already been offered which is not true. I don't have any books to read and I'd like to go.

Also, if I'm over here in C block for a punishment for something I did or didn't do I'd at least like an explination. I don't feel as if I've done anything wrong. I don't mind being by myself, don't get me wrong but if I'm being punished I'd like to know what for.

This morning I was told to pack up because I was moving back to B block. Then I was told to unpack I was staying over here. What gives?

Thank you,
Angela Johnson
C block

Case 3:09-cv-03064-MWB-LTS    Document 84-4    Filed 06/23/11    Page 40 of 100

JGR000140

To: Nick
From: Ryan
Re: Johnson, Angela

On 8-14-04 at 1840 hrs. Inmate Angela Johnson was removed from B cell and placed in C cell per your request. I stated to Inmate Johnson that she had been moved for a couple of reasons. First, that it had been reported that she had been hoarding her meds and passing them to other inmates. Also, that tensions between the females in B cell had been escalating, possibly involving her. I told Inmate Johnson that I had no personal knowledge of these events but that I was acting solely on the instructions of the jail administrator. I also stated to Inmate Johnson that she would stay in C cell alone until she had spoken to the administrator and that he would decide if she could return to B cell. Inmate Johnson was instructed that if these reports continued she could very well be transported back to Linn Co. She assured me that none of these reports were true and that she would be on her best behavior.

JGR000141

052

*Johnson File*

Mr. Administrator;

I know, I know, your probably thinking "What does this woman want now?!" I promise this is the last time I bother you. For a while! :)

As a born again christian I like to start the New Year with a two week fast for the Lord. I hesitated to even bring it up because of the whole Wendy thing.

But my religious fast is a bit different than hers. If you will permit me to do my two week fast I'd like to start as soon as you okay it.

I will only drink fluids at breakfast, lunch and dinner so I won't require any trays. But at 8 pm (or so) I will eat a meal, a simple sack lunch would be perfectly fine if you will allow it.

This fast is very important to me. It is a way of giving up for my Lord Jesus, No other reasons.

I'm sorry if this is a bother. As I do understand your hesitation due to my cellmate taking her fast to the extreme. I pray that you will not let it influence your decision concerning my fast. I believe you will agree that I can conduct my fast in a healthy manner. I really appreciate your time and consideration for my approval. Sincerely, Jackie Johnson

Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 42 of 100

JGR000142



# LINN COUNTY CORRECTIONAL CENTER

## <u>INMATE GRIEVANCE</u>

(Please Print)
Inmate's Name: Angela Johnson    Cell Number: N Block

Date: 4·30·04    Day: FRIDAY    Time: 11:00 PM

State your grievance: I'm sappose to get 2 bags of ice on request for my knee when it is swollen. Dana can't seem to get them for me. Her ~~bad~~ aditude really sucks

Briefly describe your side of the issue: The doctor told me not to baby my knee and to "work it" causing it to swell. The doctor told me to put ice on it when needed. I'm down for it on my med sheet. This is the third time I've asked for ice from Dana and not recieved it. (at med pass↑)

State what relief you are seeking: Ice for my knee when I need it, and less aditude from Dana. I just want my knee to get better.

Inmate's Signature: _Angela_
(Must be signed)

Received by:    Deputy: Buegess # 425    Date: _____    Time: _____
Forwarded to:    Sergeant/Lieutenant: Cpt. Tuttle    Date: 5/3/04    Time: 0830

Action taken:    I talked with the nursing staff and advised them that ice should be given to you if needed.

Signature: Al Cytth
Date/Time: 4/6/04  /  1440 hrs

Copies:    Inmate
Inmate's legal file
Grievance book
Administrator
Lieutenant

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 43 of 100
JGR000143

# LINN COUNTY CORRECTIONAL CENTER

## <u>INMATE GRIEVANCE</u>

(Please Print)
Inmate's Name: Angela Johnson          Cell Number: N-4

Date: 3.10.04          Day: Monday          Time: 6:PM

State your grievance: bringing my bucket w/everything in it, out into the day room

Briefly describe your side of the issue: This is just plain ridiculous. I have use my bucket for my supplies for almost 4 years. Now all of the sudden I can't because "someone" put a sheet in hers. That is a commissary loss, 2 week loss It states so in the rule book. Why should I pay for what someone else does wrong? Rule book didn't say anything about losing my bucket of supplies!

State what relief you are seeking: I want my bucket with me in the day room or access to my cell during lock out times.

Inmate's Signature: Angela Johnson
(Must be signed)

Received by: Deputy Alora #066          Date: 3-1-4     Time: 18:27

Forwarded to: Sergeant/Lieutenant: Capt. Treese     Date: 3/2/04     Time: 0730

Action taken:
Those inmates in blocks with single cells WILL NOT bring buckets into the dayroom. If you do, the bucket will be confiscated and not given back until you leave this facility.

Signature: Capt H
Date/Time: 3/3/04 / 0730 hrs

Copies:    Inmate
           Inmate's legal file
           Grievance book
           Administrator
           Lieutenant

JGR000144

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson    Cell Number: N

Date: 1.19.04    Day: Monday    Time: evening

State your grievance: working outside of cellblock

Briefly describe your side of the issue: I'd like to klnw why I am treated differently than the other federal inmates here in LCCC. I'd like to go out to do envelopes. ect. but the C.O's tell me federal inmates aren't allowed but I see than out working everyday and evening shift. I've been here 3½ years but I don't get to go out. I'm only a detainee. I've not been convicted of anything or sentanced. I see federal inmates out all the time.

State what relief you are seeking: I'd like to be able to go out to clean or stuff envelopes too once in a while. what gives?

Inmate's Signature: Angela Jo
(Must be signed)

Received by: C.O. Deputy: Beatty #429    Date: 1/19/04    Time: 2230

Forwarded to: Sergeant/Lieutenant: Capt. Krueae    Date: 1/20/04    Time: 0830

Action taken:

Staff will make the decision as to the inmates that are used for work detail. Due to the seriousness of your charges, you will not be utilized. Your grievance is denied.

Signature: Capt ___
Date/Time: 1/20/04 / 1405 hrs

Copies:    Inmate
Inmate's legal file
Grievance book
Administrator
Lieutenant

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 45 of 100
JGR000145

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

S20

(Please Print)

Inmate's Name: Angela Johnson                 Cell Number: N

Date: 11·1·03                 Day: Saturday                 Time: NIGHT

State your grievance: Not being offered rec. in 22 days today.

Briefly describe your side of the issue: We are stuck in this small cell block all day. Why don't we get offered rec. while all the other women on this floor go five times a week (excluding work release) Why can't we go with one of the other blocks. Its not like you don't mix blocks for, church, AA, ASAC, BIBLE STUDY ect... Whats the difference?

State what relief you are seeking: We want to go to Rec on 4th

Inmate's Signature: Angela _____ (Must be signed)

Received by: Deputy: _____ Date: 11-1-03 Time: 2216

Forwarded to: Sergeant/Lieutenant: Cpt- Trucke Date: 11/1/03 Time: 2249

Action taken:
There is not time available to provide rec on 4th floor. When rec becomes available on 2nd floor, you will be taken there. Your grievance is denied.

Signature: Cpt Th_____
Date/Time: 11/1/03 / 1200 hrs

Copies:    Inmate
           Inmate's legal file
           Grievance book
           Administrator
           Lieutenant

Case 3:09-cv-03064-MWB-LTS     Document 284-54     Filed 06/23/11     Page 46 of 100
JGR000146

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson          Cell Number: N

Date: 11·1·03          Day: Saturday          Time: NIGHT

State your grievance: Being locked out of our individual cells. Are we being punished and if yes, what for.

Briefly describe your side of the issue: Why are us 5 women the only ones in a lock out cellblock? Are we being punished for something? I've been in a lock out cellblock for 2 years now. What is the reason we can not leave our doors open so we can go to bed when we would like to, like all the other women in this jail. What would be the harm in our doors being left open, at least in the evenings and mornings.

State what relief you are seeking: Our doors to be left open or doors taken off like in H block.

Received by: ~~Deputy:~~ C.O. _[signature]_          Inmate's Signature: Angela _[signature]_ (Must be signed)          Date: 11-1-03   Time: 2206

Forwarded to: Sergeant/Lieutenant: Capt. Truckke   Date: 11/1/03   Time: 224P

Action taken:
　　　　Blocks with individual cells are locked for security reasons during lockout time. This is the same for both male and female inmates. H block has no doors, so they cannot be secured. No changes will be forthcoming. Your grievance is denied.

Signature: _[signature]_

Date/Time: 11/3/03 / 1200 hrs

Copies:　Inmate
　　　　　Inmate's legal file
　　　　　Grievance book
　　　　　Administrator
　　　　　Lieutenant

Sgt. Dubois
9-21-03
20:00

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson                    Cell Number: N block

Date: 9.21.03          Day: Sunday          Time: afternoon

State your grievance: Kimberly Meranda in Cell #1 is disruptive by yelling constantly and hitting herself during the day and middle of the night. She has such strong body oder that the C.O's have to spray lysol a couple times everyday. She says she is going to kill herself. It's very disturbing.

Briefly describe your side of the issue:
Kimberly smells and keeps us all up at night beating herself up and screaming. We can't even eat out in the day room or even sit at the table without being consumed by her bad oder. Its terrible.

State what relief you are seeking: Please remove her from our cell block. This has been going on for too long. Our days of being locked out are too long without any sleep at night. She should be on suicide watch, she hurts herself.

Inmate's Signature: Angela Johnson
(Must be signed)

Received by:    Deputy: T. Betty #429     Date: 9/21/03  Time: 1700

Forwarded to:  Sergeant/Lieutenant: Capt. Stuelke  Date: 9/22/03  Time: 0820

Action taken:    We are monitoring the situation and will take action if
                 necessary.

Signature: Capt.
Date/Time: 9/22/03 / 1600 hrs

Copies:   Inmate
          Inmate's legal file
          Grievance book
          Administrator
          Lieutenant

JGR000148

sgt. Deputy
2-26-03
1900

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson          Cell Number: N block

Date: 2/26/03          Day: Wednesday          Time: 3:45

State your grievance: not being offered rec.

Briefly describe your side of the issue: Why is it that on Mon and Tuesdays we don't get offered rec. I realize that ASAC and church can sometimes run a little passed 3:00 but as it states in the rule book 'all times are approximate'. I don't feel like I should have to give up one for the other. I am willing to give up my rec time on Thursdays if I decide to go to Bible study, which does not end until 4:30.

State what relief you are seeking: We would like to be offered rec monday - Friday as it is stated in the rule book.

Thank you.

Inmate's Signature: Angela Johnson
(Must be signed)

Received by: Deputy: C.O.          Date: 2-26-03          Time: 1825

Forwarded to: Sergeant/Lieutenant: Tuecke          Date: 2/26/03          Time: 2000

Action taken:          Staff will be advised to adhere to the recreation schedule and this should not happen again.

Signature: _____

Date/Time: 2/16/13 / 2145 hrs

Copies:      Inmate
             Inmate's legal file
             Grievance book
             Administrator
             Lieutenant

Sgt. Debora
11-24-02
1900

# LINN COUNTY CORRECTIONAL CENTER

check w/SLS
she knows
the story.

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson          Cell Number: K

Date: 11·24·02          Day: Sunday          Time: 6:PM

State your grievance: NOT BEING ABLE TO SEE MY DAUGHTER FOR A SECOND VISIT!

Briefly describe your side of the issue: MY SISTER DROVE WITH MY DAUGHTER WHO IS 8 YEARS OLD TO VISIT ME. THEY MET MY 19 YEAR OLD DAUGHTER HERE SO THEY COULD ALL VISIT TOGETHER, THIS WAS NOT ALLOWED. SO, MY TWO DAUGHTERS CAME UP FOR A VISIT THEN WHEN THE 1/2 HR. WAS UP THEY WENT DOWN AND MY SISTER CAME WITH MY 8 YR OLD TO VISIT AND THEY WOULD NOT LET MY DAUGHTER BACK UP STATING 'SHE HAD ALREADY BEEN UP TO VISIT.'

State what relief you are seeking: I WOULD LIKE TO KNOW WHY MY DAUGHTER COULDN'T COME BACK UP. I NEVER GET TO SEE HER BECAUSE OF THE LONG DRIVE, MY SISTER GOT TO STAY FOR TWO VISITS WHY COULDN'T I SEE MY OWN DAUGHTER FOR ALL THREE?

Inmate's Signature: Angela Johnson
(Must be signed)

Received by: C.O. Deputy: Bradley #429          Date: 11/24/02  Time: 1840

Forwarded to: Sergeant/Lieutenant Tucker          Date: 11/25/02  Time: 1.400

Action taken:     Staff will be advised that Aunts and Uncles meet the immediate family requirement.

Signature: _____

Date/Time: 11/25/02 / 1930 hrs

Copies:     Inmate
            Inmate's legal file
            Grievance book
            Administrator
            Lieutenant

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson     Cell Number: K block

Date: 10.22.02    Day: Tuesday    Time: 9:00pm.

State your grievance: My grievance is with Vickie Kosina once again. Why my T.V. was not turned on until 7:30p.m.

Briefly describe your side of the issue: Vickie goes out of her way to create problems. Tonite my T.V. was not turned on until 7:30 pm. I asked her many times on her way by my cell block and was told by her to 'shut up.' I requested talking to the sergeant but was refused that as well. I knocked on the door and was told by her to 'knock it off' again I asked her to turn the T.V. on and she refused

State what relief you are seeking: everyone else turns the T.V. and phone on at 6:pm lock out. Is there any reason why Vickie doesn't? I think waiting an hour and a half for her to flip a switch is a bit rediculous.

Inmate's Signature: _____
(Must be signed)

Received by: Deputy: #425 C/o L Burgess   "Date: 10/23/02   Time: 0315

Forwarded to: Sergeant/(Lieutenant:) Strueca   Date: 10/23/u   Time: 1358

Action taken:   CO Kosina advises that she forgot to turn on your TV. She also advises that she was busy and did not hear your knocking. I have no reason to believe she is singling you out. Your grievance is denied.

Signature: _____

Date/Time: 10/23/02 / 1400 hrs

Copies:   Inmate
        Inmate's legal file
        Grievance book
        Administrator
        Lieutenant

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 51 of 100

JGR000151

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson          Cell Number: N block

Date: 7.27.02          Day: Saturday          Time: ?

State your grievance: My grievance is with Vicky Kosina.

Briefly describe your side of the issue: Vicky is always on my case. She constantly makes smart remarks to me and is always trying to get me upset. She yells, swears and hurts my feelings everytime she works. Anyone who has been in my cellblock will tell you its true. I get along fine with all the other C.O.'s  Everytime there is a problem its with Vicky. I've been here a long time and will be here a lot longer, I don't need to put up with Vicky and her mouth. Its gone too far, she is out of Control →

State what relief you are seeking: It would be nice if Vicky would get off my back and do her job in a professional manner rather then like a child.

Inmate's Signature: _____
(Must be signed)

Received by: C.O. Deputy: T. Beatty          Date: 7/27/02 Time: 1450

Forwarded to: Sergeant/Lieutenant: _____ Date: _____ Time: _____

Action taken: In checking the computer to see everything on your B-map since you have arrived, it would appear that you are trying very hard to push C.O. Kosina into making some sort of a mistake. I have also conferred with the other C.O.'s and have found that you have tried it at times with them. I would suggest that you keep your remarks and statements to yourself and C.O. Kosina will do her job.          Signature: _____

Date/Time: 7-Jul / 2200 hrs

Copies:  Inmate
         Inmate's legal file
         Grievance book
         Administrator
         Lieutenant

She is even rude to my legal assistant that comes every week to see me. ~~[redacted]~~ This has to stop. I'm not here by choice, she is.

JGR000453

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson     Cell Number: L

Date: 3·24·02     Day: Sunday     Time: 10: pm

State your grievance: My grievance is with Vickie Kosina.

Briefly describe your side of the issue: Vickie has been treating me very rudely. Ever since she "asked me to kick Brandy Stride's ass" in the month of January. She "asked me to do this and said she would make it worth my while" if I did. I asked her how she would do that, (thinking she must be joking) she told me she would make it worth my while by giving me my pick from the Med cart! I told her No, I wouldn't do it and. she has been a bitch ever

State what relief you are seeking: since.

I want an apology and want to know what will be done about it.

Inmate's Signature: _[signature]_
(Must be signed)

Received by: Deputy: C/o #425     Date: 3/25/02 Time: 0720

Forwarded to: Sergeant/Lieutenant: _Tuibe_     Date: 3/27/02 Time: 1600

Action taken: Your recent attitude and actions leads me to believe that the problem lies with you, not staff. Your grievance is denied.

Signature: _[signature]_
Date/Time: 3·24·01  8: AM hrs
3/29/02  0650

Copies:     Inmate
          Inmate's legal file
          Grievance book
          Administrator
          Lieutenant

JGR000154

I dont believe I should have had to be put in a situation like that, And she shouldn't be allowed to treat people the way she does, Its uncalled for and mean. Need a witness? I have one!

JGR000155

# LINN COUNTY CORRECTIONAL CENTER

## <u>INMATE GRIEVANCE</u>

(Please Print)
Inmate's Name: _Angela Johnson_          Cell Number: _L_

Date: _3-24-02_          Day: _Sunday_          Time: _10: PM_

State your grievance: _I do not believe I have been treated fairly!_

Briefly describe your side of the issue: _In Rec. Sat. night two females started talking shit to me, a Tonya Rice and Dorothy Bray. I said stuff back and Bray went too far and called me a murderer. I then went towards her and told her those were fighting words and to shut up & put up. I then paced away. When the guard came to let us out. Vicky was at the elevator, when I got in the two Vicee still talking shit. ———➔_

State what relief you are seeking: _I believe that the two others should also be in the hole._

Inmate's Signature: _____
(Must be signed)

Received by: ~~Deputy~~: _____  Date: ~~___~~ 3-24-02 Time: _20:00_

Forwarded to: Sergeant/~~Lieutenant~~: _____  Date: _____ Time: _____

Action taken: Your grievance pertains to issues that will be brought up at your disciplinary hearing and therefore are not going to be dealt with in the grievance procedure.

Signature: _____

Date/Time: _4-26-01_ / _8'45_ hrs

Copies:  Inmate
         Inmate's legal file
         Grievance book
         Administrator
         Lieutenant

Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 56 of 100

JGR000150

But I got punished. Why is it that they can start it, say anything they want to me and I'm the only one who gets the 24 hr cool down? With no explination?

JGR000157

# LINN COUNTY CORRECTIONAL CENTER

## <u>INMATE GRIEVANCE</u>

(Please Print)
Inmate's Name: Angela Johnson                Cell Number: M

Date: 02.11.01        Day: Sunday        Time: 9:30 Am

State your grievance: The nurse, Jan, has discontinued the medication for my eye.

Briefly describe your side of the issue: It took so long for me to get any treatment that my eye finally swelled shut. It took me calling my lawyer for me to finally get treatment. Jan the nurse said nothing was wrong with my eye. The Doctor said "clearly something's wrong." he said for me to use the cream on it until it was healed. Jan took me off it today and I still need it. It is still pretty bad

State what relief you are seeking: I need the cream for my eye so it doesn't get really bad again. My lawyer told me if I get permanent damage from this we will sue her and this jail. Please do something about her. She is not a Doctor. I need the cream.    Inmate's Signature: _____ (Must be signed)

Received by:    Deputy: #429 Bradley                Date: 2/11/01   Time: 1205

Forwarded to: Sergeant/Lieutenant: _____        Date: 2-11-01   Time: 1700

Action taken: Referred to Medical staff 2-11-01 at 17:05 #108
The medicine in actually some moisturizing skin cream to use around the dry skin by her eye after a chemical burn irritation x 5 d.

Signature: Jan

Date/Time: 02-12-011   1430hrs

okd #108 2-12-01

Copies:    Inmate
           Inmate's legal file
           Grievance book
           Administrator
           Lieutenant

JGR000158

# LINN COUNTY CORRECTIONAL CENTER

## <u>INMATE GRIEVANCE</u>

(Please Print)
Inmate's Name: Angela Johnson    Cell Number: M

Date: 2·2·01    Day: Friday    Time: 7:30

State your grievance: During a shake down 8-10 pen's
Bran new, unused pens were taken

Briefly describe your side of the issue:

during after returning from being searched
I came back to find my legal mail
gone through and 8-10 Brand new
pens gone

State what relief you are seeking: I want my new pens replaced.
Everyone in this cell knows I had them too.

Inmate's Signature: _(signature)_
(Must be signed)

Received by: Deputy: _(signature)_ 428    Date: 2-2-01    Time: 2330

Forwarded to: Sergeant/Lieutenant Stuelke    Date: 2/2/01    Time: 000

Action taken: The Correctional Officer and Deputy that searched your property state
that the felt tip pens they observed in your belongings were returned to you.
Other issues involving this search will be taken up at your disciplinary
hearing.

Signature: _(signature)_ Lt.
Date/Time: 2/3/01 / 1835 hrs

Copies:    Inmate
         Inmate's legal file
         Grievance book
         Administrator
         Lieutenant

Case 3:09-cv-03004-MWB-LTS    Document 284-54    Filed 06/23/11    Page 59 of 100

JGR000159

She always has a bruise on her face and still has a cut above her right eye that is still not healed. She is verbally abusive to us and the C.O.'s. I find the smell of her alone is extremely offensive. Just this morning C.O. Linda Burgess found another screw from her light on the floor of her cell. Brandy was put in the hole for ripping a piece off her towel that was worn and already ripped. Destruction of Linn County property. I've seen people go to the hole for smarting off to the nurse. I myself have been to the hole for not agreeing and standing up for myself to the C.O.'s. Brandy was put in the hole for telling Jan to "Shut up." What gives? We can't even get lysol to spray in here because they can't find it or are out. We can't stand the smell in here. Please do something. She hasn't cleaned her cell since Montana tried to make her to it on Monday night. She is already trying to take the screws out of her light again. Why doesn't the judge just do something about her?

# LINN COUNTY CORRECTIONAL CENTER

## INMATE GRIEVANCE

(Please Print)
Inmate's Name: Angela Johnson     Cell Number: M

Date: 12·29·00     Day: Friday     Time: 3:30

State your grievance: not being taken off suicide watch

Briefly describe your side of the issue: After seeing Dr. Safdar he has agreed that I am not suicidal and could be removed from suicide watch.

I am not suicidal and have no intention of harming myself or anyone else for that matter.

Please remove me from suicide watch.

State what relief you are seeking: To be taken off suicide watch.

Inmate's Signature: Angela Johnson
(Must be signed)

Received by: C.O. Deputy: _____ #424     Date: 12-30-00  Time: 0029

Forwarded to: Sergeant/Lieutenant: Stueffe     Date: 1/2/01  Time: 1150

Action taken:    After reviewing Dr. Safdar's recommendation, Mr. Carr the Jail Administrator had decided to leave you on suicide watch until further notice.

Signature: Lt. _____

Date/Time: 1/3/11  1855  hrs

Copies:    Inmate
           Inmate's legal file
           Grievance book
           Administrator
           Lieutenant

Case 3:09-cv-03064-MWB-LTS     Document 284-54     Filed 06/23/11     Page 61 of 100
JGR000161

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name A. JOHNSON | Trusty_____ | Good Time_____ | Officer # 436  Time 1950 |
| Cellblock N3 | Haircut_____ | Law Library X | Date 12,52,05 |
| Date Requested 12, 1, 05 | Chaplain_____ | Maintenance_____ | Taken |
| Date Received 12,01, 05 | Sick Call_____ | Religious Service_____ | |
| Officers ID # 430 | Sergeant_____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_____

_____

_____

_____

_____

**Do Not Write On Back Of This Form**

If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature_____  Date_____/_____/_____

Case 3:09-cv-03064-MWB-LTS    Document 88-54    Filed 06/23/11    Page 62 of 100

JGR000162

# Linn County Correctional Center
## Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name A Johnson | Trusty_____ | Good Time_____ | |
| Cellblock N Block | Haircut_____ | Law Library_____ | Officer # 128  Time 1718 |
| Date Requested 11 / 1 / 05 | Chaplain_____ | Maintenance_____ | Date 11 2 05 |
| Date Received 11 / 01 / 05 | Sick Call_____ | Religious Service_____ | STATE CAPITAL |
| Officers ID # 436 | Sergeant_____ | C.O. | DES MOINES, IA 50319 |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Could you please get me the address to The
Iowa Governers address
THANX

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Aliments

Inmates Signature_____ Date_____/_____/_____

JGR000163

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name H. John

Cellblock 3-W

Date Requested 10 / 30 / 05

Date Received 10 / 30 / 05

Officers ID # 429

| | |
|---|---|
| Trusty_____ | Good Time_____ |
| Haircut_____ | Law Library_____ |
| Chaplain_____ | Maintenance ✗✗ |
| Sick Call_____ | Religious Service_____ |
| Sergeant_____ | |

**Action Taken**

Officer # 49   Time_____

Date 10 / 31 / 05   74°

## Explanation
### If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

WE NEED HEAT IN N BLOCK

ITS FREEZING IN HERE

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

**I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments**

Inmates Signature_____   Date_____ / _____ / _____

Case 3:09-cv-03064-MWB-LTS    Document 84-54    Filed 06/23/11    Page 64 of 100

JGR000164

# Linn County Correctional Center
## Inmate Request Forms

**Inmates Name** A. JOHNSON

**Cellblock** ___

**Date Requested** 6 12 04

**Date Received** 61 2 04

**Officers ID #** 418

| | |
|---|---|
| Trusty ___ | Good Time ___ |
| Haircut ___ | Law Library X X |
| Chaplain ___ | Maintenance ___ |
| Sick Call ___ | Religious Service ___ |
| Sergeant ___ | |

### Action Taken
**Officer #** 428  **Time** 1910

**Date** 6 4 04

Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

**Inmates Signature** ___  **Date** 6 2 04

---

# Linn County Correctional Center
## Inmate Request Forms

**Inmates Name** Angela Johnson

**Cellblock** D

**Date Requested** 5 28 04

**Date Received** 6 2 04

**Officers ID #** ___

| | |
|---|---|
| Trusty ___ | Good Time ___ |
| Haircut ___ | Law Library X |
| Chaplain ___ | Maintenance ___ |
| Sick Call ___ | Religious Service ___ |
| Sergeant ___ | |

### Action Taken
**Officer #** 428  **Time** 1915

**Date** 6 2 04

Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

**Inmates Signature** ___  **Date** ___

Case 3:09-cv-03064-MWB-LTS  Document 284-54  Filed 06/23/11  Page 65 of 100
JGR000165

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name: Angela Johnson
Cellblock: N'
Date Requested: 5, 24, 04
Date Received: 5, 26, 04
Officers ID #: 928
Date requested wrong

| | |
|---|---|
| Trusty | Good Time |
| Haircut | Law Library |
| Chaplain | Maintenance |
| Sick Call | Religious Service |
| Sergeant | |

**Action Taken**
Officer # 429 Time 1950
Date 5 30 04
Taken

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name: Johnson
Cellblock: M
Date Requested: 7, 10, 04
Date Received: 7, 10, 04
Officers ID #: 429

| | |
|---|---|
| Trusty | Good Time |
| Haircut | Law Library |
| Chaplain | Maintenance X |
| Sick Call | Religious Service |
| Sergeant | |

**Action Taken**
Officer # 90 Time
Date 7 16 04

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

It is too hot in here and it makes it hard to breathe. It also I also have problems with Anxiety + asthma

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 66 of 100
JGR000160

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name **Ansie Johnson** | Trusty _____ | Good Time _____ | Officer # **428** Time **1930** |
| Cellblock **N4** | Haircut _____ | Law Library ✓ | Date **7 18 04** |
| Date Requested **7-6-04** | Chaplain _____ | Maintenance _____ | **428 / Granted** |
| Date Received **7-6-1-04** | Sick Call _____ | Religious Service _____ | |
| Officers ID # **428** | Sergeant _____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___ / ___ / ___

---

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name **Angela Johnson** | Trusty _____ | Good Time _____ | Officer # **429** Time **1900** |
| Cellblock **N** | Haircut _____ | Law Library ✗ | Date **5 25 04** |
| Date Requested **5-22-04** | Chaplain _____ | Maintenance _____ | **Refused when Offered** |
| Date Received **5-24-04** | Sick Call _____ | Religious Service _____ | |
| Officers ID # **420** | Sergeant _____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___ / ___ / ___

Case 3:09-cv-03064-MWB-LTS    Document 84-54    Filed 06/23/11    Page 67 of 100

JGR000167

## Linn County Correctional Center
### Inmate Request Forms

| Inmates Name | Angela Johnson | | | |
|---|---|---|---|---|

| | | | | Action Taken |
|---|---|---|---|---|
| Cellblock | N'w | Trusty _____ | Good Time _____ | Officer # 428  Time 1840 |
| Date Requested 5/16/04 | | Haircut _____ | Law Library X | Date 5/18/04 |
| Date Received 5/17/4 | | Chaplain _____ | Maintenance _____ | Granted |
| Officers ID # 424 | | Sick Call _____ | Religious Service _____ | |
| | | Sergeant _____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_____

_____

_____

_____

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date _____ / _____ / _____

---

## Linn County Correctional Center
### Inmate Request Forms

| Inmates Name | Angela Johnson | | | Action Taken |
|---|---|---|---|---|
| Cellblock | N'Back | Trusty _____ | Good Time _____ | Officer # 428  Time 1803 |
| Date Requested 5/17/04 | | Haircut _____ | Law Library X | Date 5/21/04 |
| Date Received 5/18/04 | | Chaplain _____ | Maintenance _____ | Taken |
| Officers ID # 428 | | Sick Call _____ | Religious Service _____ | |
| | | Sergeant _____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_____

_____

_____

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date _____ / _____ / _____

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 68 of 100
JGR000168

# Linn County Correctional Center
## Inmate Request Forms

| Inmates Name Angela Johnson | Trusty _____ Good Time _____ | **Action Taken** |
|---|---|---|
| Cellblock "N" Block | Haircut _____ Law Library ☒ | Officer # 427 Time 1400 |
| Date Requested 5 / 20 / 04 | Chaplain _____ Maintenance _____ | Date 5/28/04 |
| Date Received 5 / 22 / 04 | Sick Call _____ Religious Service _____ | _Refused_ |
| Officers ID # 428 | Sergeant _____ | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_____

_____

_____

_____

_____

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

# Linn County Correctional Center
## Inmate Request Forms

| Inmates Name Johnson | Trusty _____ Good Time _____ | **Action Taken** |
|---|---|---|
| Cellblock N | Haircut _____ Law Library _____ | Officer # 427 Time 1000 |
| Date Requested 5 / 24 / 04 | Chaplain _____ Maintenance _____ | Date 5/25/04 |
| Date Received 5 / 24 / 04 | Sick Call _____ Religious Service _____ | Arm Lift Fixed Tightened Will be |
| Officers ID # 429 | Sergeant ☒☒☒ | Talked to John, Maintenance |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

THE 3RD FLOOR REC EQUIPMENT NEED TO BE TIGHTENED
UP PLUS THE ARM LIFT FACING THE WALL IS
NOT WORKING, IT WONT TAKE THE PIN
TO ADD WEIGHT.

_____

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

JGR000169

# Linn County Correctional Center
## Inmate Request Forms

**Inmates Name** Angela Johnson
**Cellblock** "D" Black
**Date Requested** 5-19-04
**Date Received** 5-21-04
**Officers ID #** 428

| Trusty | | Good Time |
|---|---|---|
| Haircut | | Law Library ✗ |
| Chaplain | | Maintenance |
| Sick Call | | Religious Service |
| Sergeant | | |

### Action Taken
Officer # 428  Time 1855
Date 5-22-04
Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

# Linn County Correctional Center
## Inmate Request Forms

**Inmates Name** Angela Johnson
**Cellblock** R
**Date Requested** 5/25/04
**Date Received** 5/25/04
**Officers ID #** 448

| Trusty | | Good Time |
|---|---|---|
| Haircut | | Law Library ✗ |
| Chaplain | | Maintenance |
| Sick Call | | Religious Service |
| Sergeant | | |

### Action Taken
Officer # 428  Time 1810
Date 5/26/04
Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

Case 3:09-cv-03064-MWB-LTS   Document 84-54   Filed 06/23/11   Page 70 of 100
JGR000170

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name Angela Johnson
Cellblock "N"
Date Requested 4 / 11 / 04
Date Received 5 / 11 / 4
Officers ID # 426

| | |
|---|---|
| Trusty | Good Time |
| Haircut | Law Library X |
| Chaplain | Maintenance |
| Sick Call | Religious Service |
| Sergeant | |

### Action Taken
Officer # 428  Time 2030
Date 5 / 12 / 04

Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below.
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___ / ___ / ___

---

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name A. Joh
Cellblock N
Date Requested 4,29,04
Date Received ___ / ___ / ___
Officers ID # _____

| | |
|---|---|
| Trusty | Good Time |
| Haircut | Law Library |
| Chaplain | Maintenance X |
| Sick Call | Religious Service |
| Sergeant | |

### Action Taken
Officer # 90  Time _____
Date 5 / 4 / 64

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Our drain smells really bad in the shower
it needs to be cleaned out

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___ / ___ / ___

JGR000171

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name **A. Johnson**

Cellblock **N**

Date Requested **5 / 1 / 04**

Date Received **5 / 2 / 04**

Officers ID # **429**

Trusty _____  Good Time _____

Haircut _____  Law Library _____

Chaplain _____  Maintenance **XXX**

Sick Call _____  Religious Service _____

Sergeant _____

**Action Taken**

Officer # **80**  Time _____

Date **5 / 6 / 04**

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below.

WE NEED YOU TO COME AND UNCLOG THE SHOWERS STINKY DRAIN PLEASE!

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date ___ / ___ / ___

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name **Johnson**

Cellblock **N**

Date Requested **5 / 3 / 04**

Date Received **5 / 4 / 4**

Officers ID # **426**

Trusty _____  Good Time _____

Haircut _____  Law Library _____

Chaplain _____  Maintenance **X XX**

Sick Call _____  Religious Service _____

Sergeant _____

**Action Taken**

Officer # **80**  Time _____

Date **5 / 6 / 04**

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below.

Our Water in the shower is cold for the 2nd day and the drain still Stinks! Please come back! Thanx

Do Not Write On Back Of This Form

If Request is for Sick Call Inmate must sign below

I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____  Date ___ / ___ / ___

Case 3:09-cv-03064-MWB-LTS    Document 84    Filed 06/23/11    Page 72 of 100

JGR000172

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name _A Johnson_ | Trusty _____ | Good Time _____ | Officer # _17c_  Time _0900_ |
| Cellblock _N_ | Haircut _____ | Law Library _____ | Date _4/13/04_ |
| Date Requested _4/13/03_ | Chaplain _____ | Maintenance _____ | _PPC checd_ |
| Date Received _4/12/04_ | Sick Call _____ | Religious Service _____ | _Sifous RK sw_ |
| Officers ID # _429_ | Sergeant XXX | | _tomorrow._  _4/13_ |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

The rec equipment needs attention ½ of it doesn't work anymore. I think the men are too much on it. Please fix

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

## Linn County Correctional Center
### Inmate Request Forms

| | | | Action Taken |
|---|---|---|---|
| Inmates Name _Angela Johnson_ | Trusty _____ | Good Time _____ | Officer # _466_  Time _15131_ |
| Cellblock _NW_ | Haircut _____ | Law Library X | Date _3-28-4_ |
| Date Requested _3/22/04_ | Chaplain _____ | Maintenance _____ | _RGenson_ |
| Date Received _3-22-04_ | Sick Call _____ | Religious Service _____ | |
| Officers ID # _44A_ | Sergeant _____ | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name _Angela Johnson_
Cellblock _N" Block_
Date Requested _3 / 18 / 04_
Date Received _3 / 18 / 4_
Officers ID # _420_

| | |
|---|---|
| Trusty____ | Good Time____ |
| Haircut____ | Law Library __X__ |
| Chaplain____ | Maintenance____ |
| Sick Call____ | Religious Service____ |
| Sergeant____ | |

**Action Taken**

Officer # _420_ Time _12:59_
Date _3 21 4_

_Refused_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature_____ Date _____ / _____ / _____

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name _Angela Johnson_
Cellblock _N" Block_
Date Requested _3 / 17 04_
Date Received _3 / 18 04_
Officers ID # _425_

| | |
|---|---|
| Trusty____ | Good Time____ |
| Haircut____ | Law Library __X__ |
| Chaplain____ | Maintenance____ |
| Sick Call____ | Religious Service____ |
| Sergeant____ | |

**Action Taken**

Officer # _420_ Time _1407_
Date _3 18 4_

_Refused_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature_____ Date _____ / _____ / _____

JGR000174

## Linn County Correctional Center
### Inmate Request Forms

| | | | |
|---|---|---|---|
| Inmates Name Johnson, A | Trusty _____ | Good Time _____ ✗ | **Action Taken** |
| Cellblock N | Haircut _____ | Law Library ✗ | Officer # 422 Time 2016 |
| Date Requested 4-24-04 | Chaplain _____ | Maintenance _____ | Date 4/24/04 |
| Date Received ___/___/___ | Sick Call _____ | Religious Service _____ | _____ |
| Officers ID # _____ | Sergeant _____ | | Taken |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

_____

_____

_____

_____

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

## Linn County Correctional Center
### Inmate Request Forms

| | | | |
|---|---|---|---|
| Inmates Name A Johnson | Trusty _____ | Good Time _____ | **Action Taken** |
| Cellblock N | Haircut _____ | Law Library _____ | Officer # 429 Time 2318 |
| Date Requested 1-19-04 | Chaplain _____ | Maintenance _____ | Date 1/19/03 |
| Date Received 1-19-04 | Sick Call _____ | Religious Service _____ | Given |
| Officers ID # 429 | Sergeant XX | | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need a phone order form please

A Johnson

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name: _N Johnson_
Cellblock: _N-7_
Date Requested: _3, 5, 04_
Date Received: _3, 6, 04_
Officers ID #: _N/A_

| | | |
|---|---|---|
| Trusty_____ | Good Time_____ | |
| Haircut_____ | Law Library XXX | |
| Chaplain_____ | Maintenance_____ | |
| Sick Call_____ | Religious Service_____ | |
| Sergeant_____ | | |

**Action Taken**

Officer # _426_  Time _15:44_
Date _3,14,4_

_Refused_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature_____  Date ___/___/___

---

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name: _N Johnson_
Cellblock: _N_
Date Requested: _3,4,04_
Date Received: _3,4,04_
Officers ID #: _425_

| | | |
|---|---|---|
| Trusty_____ | Good Time_____ | |
| Haircut_____ | Law Library XXX | |
| Chaplain_____ | Maintenance_____ | |
| Sick Call_____ | Religious Service_____ | |
| Sergeant_____ | | |

**Action Taken**

Officer # _429_  Time _1930_
Date _3,6,04_

_Refused_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature_____  Date ___/___/___

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name A. JOHNSON
Cellblock N-4
Date Requested 3 / 3 / 04
Date Received 3 / 3 / 04
Officers ID # 425

| Trusty | Good Time |
|---|---|
| Haircut | Law Library |
| Chaplain | Maintenance XXX |
| Sick Call | Religious Service |
| Sergeant | |

### Action Taken
Officer # 97   Time
Date 3 15 04

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Please come and turn the heat down in my cell. THANX

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

## Linn County Correctional Center
### Inmate Request Forms

Inmates Name A. JOHNSON
Cellblock 4-N
Date Requested 3 / 4 / 04
Date Received 3 / 04 / 04
Officers ID # 425

| Trusty | Good Time |
|---|---|
| Haircut | Law Library |
| Chaplain | Maintenance XXX |
| Sick Call | Religious Service |
| Sergeant | |

### Action Taken
Officer # 90   Time
Date 3 5 04

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

PLEASE COME AND TURN THE HEAT DOWN IN MY ROOM. THANKS

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

JGR000177

# Linn County Correctional Center
### Inmate Request Forms

Inmates Name A Johnso

Cellblock N

Date Requested 1 16 04

Date Received / /

Officers ID #

| | | |
|---|---|---|
| Trusty | Good Time | |
| Haircut | Law Library | |
| Chaplain | Maintenance | |
| Sick Call | Religious Service | |
| Sergeant ✓ | | |

**Action Taken**

Officer # 428 Time 2045

Date 1 15 04

Per 153 can have to mail out #428 Observed pictures placed in envelope and addressed to mail out — To Bubble wrap envelope w/ pictures down

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Please can I get the pictures in my property to send out, Thank you

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature

Date / /

---

# Linn County Correctional Center
### Inmate Request Forms

Inmates Name A Johnson

Cellblock N

Date Requested 1 6 04

Date Received 1 6 04

Officers ID # 428

| | | |
|---|---|---|
| Trusty | Good Time | |
| Haircut | Law Library | |
| Chaplain | Maintenance XXX | |
| Sick Call | Religious Service | |
| Sergeant | | |

**Action Taken**

Officer # 90 Time

Date 1 7 04

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Why did you turn up the heat on 3rd floor rec room? It is way too warm in there for us who workout, please put it back down to 68° save the county some $

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature

Date / /

Case 3:09-cv-03064-MWB-LTS    Document 84    Filed 06/23/11    Page 78 of 100

JGR000178

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name: **N Johnson**

Cellblock: **N**

Date Requested: **12 / 11 / 03**

Date Received: **12 - 11 - 03**

Officers ID #: **412**

| | | |
|---|---|---|
| Trusty | Good Time | |
| Haircut | Law Library | |
| Chaplain | Maintenance **X X Y** | |
| Sick Call | Religious Service | |
| Sergeant | | |

### Action Taken
Officer #: **90**  Time:

Date: **12 14 03**

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

PLEASE TURN THE HEAT DOWN ON 3RD FLOOR REC ROOM. THERE IS NO REASON FOR IT TO BE 75° IN THAT LITTLE ROOM, ITS REDICULAS AND TOO HOT, Waste OF ENERGY ~~THE COMPLEXION~~ 68° WOULD BE PERFECT

**Do Not Write On Back Of This Form**
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____   Date ___ / ___ / ___

---

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name: **Angie Johnson**

Cellblock: **N**

Date Requested: **11 / 17 / 03**

Date Received: **11 - 17 - 03**

Officers ID #: **429**

| | | |
|---|---|---|
| Trasty | Good Time | |
| Haircut | Law Library **✓ ✓** | |
| Chaplain | Maintenance | |
| Sick Call | Religious Service | |
| Sergeant | | |

### Action Taken
Officer #: **428**  Time: **1820**

Date: **11 24 03**

**Refused**

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

**Do Not Write On Back Of This Form**
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____   Date ___ / ___ / ___

JGR000179

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name _Angie Johnson_

Cellblock _N_

Date Requested _10 / 26 / 03_

Date Received _10 / 26 / 03_

Officers ID # _429_

| | |
|---|---|
| Trusty _____ | Good Time _____ |
| Haircut _____ | Law Library _XXX_ |
| Chaplain _____ | Maintenance _____ |
| Sick Call _____ | Religious Service _____ |
| Sergeant _____ | |

**Action Taken**

Officer # _429_  Time _1930_

Date _10 / 26 / 03_

_Taken_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____

Date _____ / _____ / _____

---

# Linn County Correctional Center
## Inmate Request Forms

Inmates Name _Angie Johnson_

Cellblock _N_

Date Requested _10 / 27 / 03_

Date Received _10 / 27 / 03_

Officers ID # _429_

| | |
|---|---|
| Trusty _____ | Good Time _____ |
| Haircut _____ | Law Library _____ |
| Chaplain _____ | Maintenance _____ |
| Sick Call _____ | Religious Service _____ |
| Sergeant _XXX_ | |

**Action Taken**

Officer # _____  Time _____

Date _11 / 3 / 03_

_Requesting to purchase new volume will let you know outcome - J_

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I WOULD LIKE TO READ THE FIRST EDITION OF PRISONERS
RIGHTS. THE LAW LIBRARY HAS THE 2nd EDITION BUT
NOT THE 1RST HOWEVER IF (MICHAEL MUSHLIN)
IL CAN'T BE FOUND IT SHOULD BE REPLACED A.S.A.P
IT IS OUR RIGHT TO HAVE IT AND SHOULD BE PROVIDED!
THIS IS NOT THE FIRST REQUEST EITHER!

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _Angie Johnson_

Date _10 / 27 / 03_

Case 3:09-cv-03064-MWB-LTS   Document 84-54   Filed 06/23/11   Page 80 of 100

JGR000180

## Linn County Correctional Center
### Inmate Request Forms

**Inmates Name** Angie Johnson

**Cellblock** N

**Date Requested** 10/27/03

**Date Received** 10/27/03

**Officers ID #** 429

| | |
|---|---|
| Trusty _____ | Good Time _____ |
| Haircut _____ | Law Library XXX |
| Chaplain _____ | Maintenance _____ |
| Sick Call _____ | Religious Service _____ |
| Sergeant _____ | |

**Action Taken**

Officer # 428  Time 1900

Date 10/30/03

Granted

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

**Inmates Signature** _____  **Date** _/_/_

---

## Linn County Correctional Center
### Inmate Request Forms

**Inmates Name** A. Johnson

**Cellblock** N

**Date Requested** 7/15/04

**Date Received** 7/15/04

**Officers ID #** 428

| | |
|---|---|
| Trusty _____ | Good Time _____ |
| Haircut _____ | Law Library _____ |
| Chaplain _____ | Maintenance _____ |
| Sick Call _____ | Religious Service _____ |
| Sergeant X | |

**Action Taken**

Officer # 428  Time 2200

Date 7/25/04

moved inmate Vannsdale and Horn to J-Block per 128

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

I need to talk to you about a problem in our cell-block. Please see me today. Thanks

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

**Inmates Signature** Angie Johnson  **Date** 7/15/04

Case 3:09-cv-03064-MWB-LTS  Document 284-54  Filed 06/23/11  Page 81 of 100

JGR000181

## Linn County Correctional Center
### Inmate Request Forms

| | | |
|---|---|---|
| Inmates Name Angela Johnson | Trusty _____ Good Time _____ | **Action Taken** |
| Cellblock 'N' | Haircut _____ Law Library ✗ | Officer # 429 Time 1800 |
| Date Requested 6/7/04 | Chaplain _____ Maintenance _____ | Date 6/15/04 |
| Date Received 6/7/04 | Sick Call _____ Religious Service _____ | Taken |
| Officers ID # 429 | Sergeant _____ | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

---

## Linn County Correctional Center
### Inmate Request Forms

| | | |
|---|---|---|
| Inmates Name A. Sol | Trusty _____ Good Time _____ | **Action Taken** |
| Cellblock N | Haircut _____ Law Library ✗✗ | Officer # _____ Time _____ |
| Date Requested 6/4/04 | Chaplain _____ Maintenance _____ | Date ___/___/___ |
| Date Received ___/___/___ | Sick Call _____ Religious Service _____ | |
| Officers ID # _____ | Sergeant _____ | |

### Explanation
If Request is for Sick Call or to see the Sergeant, an explanation of problem must be written below

Do Not Write On Back Of This Form
If Request is for Sick Call Inmate must sign below
I Hereby Authorize The Linn County Correctional Center To Treat The Above Listed Medical Ailments

Inmates Signature _____ Date ___/___/___

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 82 of 100
JGR000182

**Form 1 (top left)**

Name: Angela Johnson  
Cellblock:  
Date Requested: / / 10 25 00  
Date Rec'd 10/25/00  
Officer # 626

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | Tranfer funds |
| Good Time | from escro |
| Haircut | Account |
| Religious Service | please! |
| Sergeant* | |
| Sick Call* | Thank You |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:  
Officer #:_____  
Date:___/___/___  
Time:_____

---

**Form 2 (top right)**

Name: Johnson, Angela  
Cellblock: N  
Date Requested: 1/23/03  
Date Rec'd 1/23/03  
Officer # 429

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut ✓ | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | 42.14 |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:  
Officer #:_____  
Date:___/___/___  
Time:_____

---

**Form 3 (bottom left)**

Name: A. Johnson  
Cellblock: K  
Date Requested: 12/22/02  
Date Rec'd 12/22/02  
Officer # 429

| | |
|---|---|
| Chaplain | A. THE 3rd |
| Check Cashed | phone has |
| Good Time | not worked |
| Haircut | in the visiting |
| Religious Service | room for |
| Sergeant* | months now |
| Sick Call* | |
| Trusty | Concidering there |
| Law Library | are only 4 it |
| Maintenance XXX | would be nice |
| | if they All |
| | worked. |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:  
Officer #:_____  
Date: 1/2/03  
Time:_____

---

**Form 4 (bottom right)**

Name: A. Johnson  
Cellblock: N  
Date Requested: 8/23/03  
Date Rec'd 8/23/03  
Officer # 428

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut XXX | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | 25.59  9/2 |
| | 33.04 |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:  
Officer #:_____  
Date:___/___/___  
Time:_____

Case 3:09-cv-03064-MWB-LTS   Document 84-54   Filed 06/23/11   Page 83 of 100

JGR000183

Name A. Johnson Callblock K
Date Requested: 10.5.02 Date Rec'd 10,5,02
Officer # 422

Chaplain _____  A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: TAKOU
Officer #: 429
Date: 15,5,02
Time: 1030

---

Name A. Johnson Callblock K
Date Requested: 11.19.02 Date Rec'd 11,19,02
Officer # 44

Chaplain XXXX
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. If you have donated Christmas cards to give out, may I please have some.
Thanx

As many as you can spare, I have a very big family
Responded in writing

Action taken: _____
Officer # _____
Date: 11,20,02
Time: 1155

---

Name A. Johnson Callblock K
Date Requested: 10-10-02 Date Rec'd 10,10,02
Officer # 424

Chaplain _____  A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Refund

Action taken: _____
Officer #: 428
Date: 10,15,02
Time: 1815

---

Name A. Johnson Callblock K
Date Requested: 10-8-02 Date Rec'd 10,8,02
Officer # 428

Chaplain _____  A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: TAKEN
Officer #: NA
Date: 10,10,02
Time: 1436

JGR000184

**Top-left form:**

Name A. Johnson Cellblock K
Date Requested: 10 17 02 Date Rec'd 10 17 02
Officer # 442

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Granted

Action taken:
Officer #: 428/200
Date: 10 22 02
Time: 1955

**Top-right form:**

Name A. Johnson Cellblock K
Date Requested: 10 3 02 Date Rec'd 10 04 02
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
Can I get some kites please
Thanx

Action taken: Given pad of kites
Officer #: 422
Date: 10 04 02
Time: 07 00

**Bottom-left form:**

Name A. Johnson Cellblock N
Date Requested: 8 11 02 Date Rec'd 8 11 02
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Refused when offered
Officer #: 429
Date: 8 18 02
Time: 1818

**Bottom-right form:**

Name A. Johnson Cellblock N
Date Requested: 9 14 02 Date Rec'd 9 14 02
Officer # 424

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Taken
Officer #: 424
Date: 9 18 02
Time: 1323

**Top-left:**

Name: A. Johnson — Cellblock N
Date Requested: 7/16-02   Date Rec'd: 7/16/02
Officer #: 426

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

A. ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

**Top-right:**

Name: Angela Johnson — Cellblock N
Date Requested: 7/13   Date Rec'd: 7/13/02
# 2001   Officer #: 422

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

A. ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Granted
Officer #: 428
Date: 7/16/02
Time: 1940

**Bottom-left:**

Name: A. Johnson — Cellblock N
Date Requested: 7/8/   Date Rec'd: 7/8/02
Officer #: 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

A. ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Taken
Officer #: 443
Date: 7/10/02
Time: DR00

**Bottom-right:**

Name: A. Johnson — Cellblock N
Date Requested: 7/10/02   Date Rec'd: 7/10/02
Officer #: 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

A. ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Taken
Officer #: 442
Date: 7/12/02
Time: 1900

JGR000180

**Top Left:**

Name A. Johnson    Cellblock N

Date Requested: 7, 8, 02   Date Rec'd 7, 8, 02

3RD

Officer # 429

KHA

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* _____

Trusty _____

Law Library X X X

Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

**Top Right:**

Name A. Johnson    Cellblock N

Date Requested: 7, 5, 02   Date Rec'd ___/___/___

Officer # _____

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* _____

Trusty _____

Law Library X

Maintenance _____

A. _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Granted

Action taken:

Officer #: 428

Date: 7, 8, 02

Time: 1810

**Bottom Left:**

Name A. Johnson    Cellblock N

Date Requested: 7, 23, 02   Date Rec'd 7, 23, 02

Officer # 219

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* _____

Trusty _____

Law Library X X X

Maintenance _____

A. _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: TAKEN

Officer #: 429

Date: 7, 23, 02

Time: 1810

**Bottom Right:**

Name Angie Johnson    Cellblock N

Date Requested: 7, 8,   Date Rec'd 7, 8, 02

Officer # 429

Chaplain _____

Check Cashed _____

Good Time _____

Haircut _____

Religious Service _____

Sergeant* _____

Sick Call* _____

Trusty _____

Law Library X X

Maintenance _____

A. _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer #: _____

Date: ___/___/___

Time: _____

JGR000187

## Top Left

Name: _Angie Johnson_ Cellblock: _N_
Date Requested: _08, 29, 03_ Date Rec'd _8, 27, 03_
Officer # _428_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law·Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _Refusal_
Officer #: _428_
Date: _8, 30, 03_
Time: _1820_

## Top Right

Name: _A. Johnson_ Cellblock: _N_
Date Requested: _8, 30, 03_ Date Rec'd _8, 31, 03_
Officer # _429_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _/_
Sergeant* _Lowe_
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. pretty please, will you come and replace our pencil sharpener We have not been able to sharpen our pencils for over a week now. We also need holes put in the lid of our salt shaker. You are our last resort. here Thanx

Action taken: Thanx
Officer #: _117_
Date: _9, 1, 03_
Time: _1840_

## Bottom Left

Name: _Angie Johnson_ Cellblock: _N_
Date Requested: _08, 24, 03_ Date Rec'd _8, 24, 03_
Officer # _429_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law·Library _XXXXX_
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _/_

Action taken: Granted
Officer #: _428_
Date: _8, 27, 03_
Time: _1910_

## Bottom Right

Name: _A. Johnson_ Cellblock: _N_
Date Requested: _8, 25, 03_ Date Rec'd _8, 28, 3_
Officer # _420_

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _XXX_
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. We need a new pencil sharpener please.

Action taken:
Officer #: _90_
Date: _8, 24, 03_
Time: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 88 of 100
JGR000188

**Top Left:**

Name: Johnson, A   Cellblock: N
Date Requested: 1/31/03   Date Rec'd: 1/31/03
Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✓
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: TAKEN
Officer #: 429
Date: 2/8/03
Time: 1575

**Top Right:**

Name: Johnson   Cellblock: N
Date Requested: 2/9/03   Date Rec'd: 2/9/03
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✓
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: 428
Date: 2/12/03
Time: 1910

**Bottom Left:**

Name: A Johnson   Cellblock: _____
Date Requested: 9/26/03   Date Rec'd: __/__/__
Officer #: _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. The female visiting room is disgusting. What does it take to get it cleaned once in a while?

I've put in several kite with the request to get it cleaned.

I'd do it myself.

Action taken: Cleaned
Officer #: 429
Date: 9/28/03
Time: 2130

**Bottom Right:**

Name: A. Johnson   Cellblock: N
Date Requested: 1/28/03   Date Rec'd: 1/28/3
Officer #: 426

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty XXX
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: TRUSTY
Officer #: 426
Date: 1/30/03
Time: 1800

Case 3:09-cv-03064-MWB-LTS   Document 84-54   Filed 06/23/11   Page 89 of 100

JGR000189

Name: A. Johnson   Cellblock: M
Date Requested: 10/11/01   Date Rec'd 12/17/01
Officer # 427

Chaplain ~~XXXX~~
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
I'd like some of them free Christmas cards that have been donated for us please.

Thanx

Action taken: _Cards given_
Officer #: _____
Date: 12/12/01
Time: 1520

---

Name: Johnson   Cellblock: N
Date Requested: 5/16/04   Date Rec'd 5/17/4
Officer # 426

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library X
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: 426
Date: 5/17/4
Time: 2100

---

Name: Angella Johnson   Cellblock: M
Date Requested: 2/18/01   Date Rec'd 2/18/01
Officer # 427

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ~~XX~~
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Taken
Officer #: 427
Date: 2/18/01
Time: 740

---

Name: Angie Johnson   Cellblock: M
Date Requested: 12/27/00   Date Rec'd 12/27/00
1800   Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ~~XX~~
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Granted
Officer #: 428
Date: 12/28/00
Time: 1915

**Top-left slip:**

Name: E. Johnson    Cellblock N
Date Requested: 5.22.01    Date Rec'd 5 /23 /01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
I HAd 2 pair OF Under Wear to be missing OFter laundry in 5-21-01 Would you please Reimburst Me For this I don't have Much, and Can't afford Any More Thank you

Action taken:
Officer #: 426
Date: 5, 23 01
Time: 0902

---

**Top-right slip:**

Name: Angula Johnson    Cellblock M
Date Requested: 02/16/01    Date Rec'd 02/16/01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

Granted

Action taken:
Officer #: 428
Date: 2/17/01
Time: 1805

---

**Bottom-left slip:**

Name: A. Johnson    Cellblock M
Date Requested: 5/9/01    Date Rec'd 5/10/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

Action taken: Refused
Officer #: 425
Date: 5/10/01
Time: _____

---

**Bottom-right slip:**

Name: Johnson    Cellblock N
Date Requested: 5/2/01    Date Rec'd ___/___/___
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library 4
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.

Granted

Action taken:
Officer #: 428
Date: 5/5/01
Time: 1815

## Top Left

Name: JOHNSON    Cellblock: M

Date Requested: 5/31/01    Date Rec'd: 4/1/01

Officer #: 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Refused

Officer #: 425

Date: 6/02/01

Time: 1830

## Top Right

Name: Johnson    Cellblock: N

Date Requested: 5/29/01    Date Rec'd: 5/29/01

Officer #: 427

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* ✓
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I Need to go to Court In Iowa City 5-31-01. I need To call my lawyer Call I please Use the hallway Phone. It will not Go thrugh on the Inmate Phone Thank

Action taken: _____

Officer #: _____

Date: 5/29/01

Time: 1845

## Bottom Left

Name: Johnson    Cellblock: M

Date Requested: 5/20/01    Date Rec'd: 5/20/01

Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Refused

Action taken: _____

Officer #: 428

Date: 5/23/01

Time: 1830

## Bottom Right

Name: A. JOHNSON    Cellblock: M

Date Requested: 5/29/01    Date Rec'd: 5/29/01

Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Complete

Action taken: _____

Officer #: 428

Date: 5/28/01

Time: 1800

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 92 of 100

JGR000192

## Top-left form

Name A. Johnson  Callblock M
Date Requested: 5-21-01  Date Rec'd 5, 22, 01
1700  Officer # 428

| | A. |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | we don't hav |
| Good Time _____ | very much |
| Haircut _____ | #20 pressure |
| Religious Service _____ | in the shawer |
| Sergeant* _____ | and the |
| Sick Call* _____ | drain really |
| Trusty _____ | smell too. |
| Law Library _____ | |
| Maintenance XXX | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #:_____
Date:___/___/___
Time:_____

## Top-right form

Name Johnson  Callblock N
Date Requested: 6, 3, 01  Date Rec'd 4, 3, 01
Officer # 442

| | A. |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library ✓ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKED
Officer #: 442
Date: 6, 3, 01
Time: 1300

## Bottom-left form

Name Johnson  Callblock M
Date Requested: 4, 21, 01  Date Rec'd 4, 21, 01
1700  Officer # 428

| | A. |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library XX | |
| Maintenance _____ | |

If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken 428
Officer #:_____
Date: 4, 24, 01
Time: 1915

## Bottom-right form

Name Johnson  Callblock M
Date Requested: 5, 7, 01  Date Rec'd 5, 7, 01
Officer # 429

| | A. |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library XXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 44
Date: 5, 8, 01
Time: 1810

Case 3:09-cv-03064-MWB-LTS  Document 284-54  Filed 06/23/11  Page 93 of 100
JGR000193

**Form 1 (top-left)**

Name Angela Johnson Cellblock M
Date Requested 4, 25, 01 Date Rec'd 4, 25, 01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance X

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. the drain
is backed
up in the
sink + the
other drain
STINKS.

It is BAD.

Action taken: _____
Officer #: _____
Date: 4 / / 01
Time: _____

**Form 2 (top-right)**

Name A. Johnson Cellblock M
Date Requested: 4/26/01 Date Rec'd 4, 26, 01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
How much
money do I
have in my
escrow acct?

you have
$63.00 in
escrow.

Action taken: _____
Officer #: 120
Date: 4, 27, 01
Time: 0700

**Form 3 (bottom-left)**

Name A Johnson Cellblock M
Date Requested: 4 25 01 Date Rec'd 4, 25, 01
Officer # 427

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ____ / ____ / ____
Time: _____

**Form 4 (bottom-right)**

Name A Johnson Cellblock M
Date Requested: 4 25 01 Date Rec'd 4, 24, 01
Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: Refused
Officer #: 429
Date: 4, 26, 01
Time: 1800

1

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 94 of 100

JGR000194

**Card 1 (top-left):**

Name: A. Johnson    Cellblock: N
Date Requested: 4/15/02   Date Rec'd 4/15/02
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

Action taken: TAKEN
Officer #: 429
Date: 4/15/02
Time: 1830

**Card 2 (top-right):**

Name: A Johnson    Cellblock: M
Date Requested: 4/26/01   Date Rec'd 4/26/01
Officer # 429

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

Action taken: TAKEP
Officer #: 429
Date: 4/29/01
Time: 1840

**Card 3 (bottom-left):**

Name: A. Johnson    Cellblock: N
Date Requested: 4/10/02   Date Rec'd 4/9/02
Officer # 179

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance XXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. please fix our shower

Thanx

Action taken: ___
Officer #: ___
Date: 4/9/02
Time: ___

**Card 4 (bottom-right):**

Name: Angela Johnson    Cellblock: 3N
Date Requested: 04/15/02   Date Rec'd 4/15/02
Officer # 422

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ✓
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. I would like to go to the law library.

Action taken: ___
Officer #: ___
Date: ___
Time: ___

JGR000195

## Top Left

Name: A Johnson  Cellblock: N
Date Requested: 4/14/02  Date Rec'd 4/15/02  0030
Officer # 425

Chaplain: XXX
Check Cashed: ____
Good Time: ____
Haircut: ____
Religious Service: ____
Sergeant*: ____
Sick Call*: ____
Trusty: ____
Law Library: ____
Maintenance: ____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Ed,
Have you gotten my kites?
Please let me know.
Thanx
I'm ready for another test. ::

Action taken: he will be here Wed.
Officer #: ____
Date: 4/15/02  Wed. 1300
Time: 950

## Top Right

Name: Angela Johnson  Cellblock: N
Date Requested: 5/23/02  Date Rec'd 5/28/02
Officer # 479

Chaplain: ____
Check Cashed: ____
Good Time: ____
Haircut: ____
Religious Service: ____
Sergeant*: ____
Sick Call*: ____
Trusty: ____
Law Library: XXXXX
Maintenance: ____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Please
:
Thank you!
Refused when offered

Action taken: 478
Officer #: 478
Date: 5/29/02
Time: 18.35

## Bottom Left

Name: A Johnson  Cellblock: N
Date Requested: 4/14/02  Date Rec'd 4/15/02  0030
Officer # 425

Chaplain: ____
Check Cashed: ____
Good Time: ____
Haircut: ____
Religious Service: ____
Sergeant*: ____
Sick Call*: ____
Trusty: ____
Law Library: ____
Maintenance: XXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Sorry to keep bothering you, BUT its too hot in here now! Go figure huh? ::
please
Could you turn the heat off up here now? Thanx!!

Action taken: ____
Officer #: ____
Date: 4/15/02
Time: ____

## Bottom Right

Name: Angela Johnson  Cellblock: N
Date Requested: 4/18/02  Date Rec'd ___/___/___
5:10 Pm, Officer # ____

Chaplain: XXX
Check Cashed: ____
Good Time: ____
Haircut: ____
Religious Service: ____
Sergeant*: ____
Sick Call*: ____
Trusty: ____
Law Library: ____
Maintenance: ____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
ED,
I'm ready to take the (Language Arts - Literature) kit, test.
Thank
Also the math pre-test.

Action taken: ____
Officer #: ____
Date: ___/___/___
Time: ____

Case 3:09-cv-03064-MWB-LTS  Document 284-54  Filed 06/23/11  Page 96 of 100
JGR000196

Case 3:09-cv-03064-MWB-LTS    Document 284-54    Filed 06/23/11    Page 97 of 100

JGR000197

**Slip 1 (top left)**

Name: A. Johnson  Cellblock: N
Date Requested: 5, 9, 02  Date Rec'd: 5, 9, 02
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call*
- Trusty
- Law Library
- Maintenance

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
td,
Could you please call Chuck and find out how I did on my S.S test and find out if we are still on for the 15th for my science test?

Thanx

Action taken: Did as asked
Officer #:
Date: 5, 9, 02
Time: 9:30 AM.

**Slip 2 (top right)**

Name: A. Johnson  Cellblock: N
Date Requested: 4, 30, 02  Date Rec'd: 4, 29, 02
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call*
- Trusty
- Law Library
- Maintenance XXXXXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Could you please fix the problem with station 4 on the T.V.'s

Thanx

Action taken: Fixed
Officer #:
Date: 5, 6, 02
Time:

**Slip 3 (bottom left)**

Name: A. Johnson  Cellblock: L
Date Requested: 3, 20, 01  Date Rec'd: /  /
Officer #:

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call*
- Trusty
- Law Library
- Maintenance XXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
The lights in my room are too BRIGHT! They hurt my eyes. I can't deal with it and it needs to be taken care of A.S.A.P. My eyes are damaged enough because of the flo. lights.

Thanx

Action taken:
Officer #:
Date: 3, 20, 01
Time:

**Slip 4 (bottom right)**

Name: A. Johnson  Cellblock: N
Date Requested: 4, 30, 02  Date Rec'd: 4, 29, 02
Officer #: 429

- Chaplain
- Check Cashed
- Good Time
- Haircut
- Religious Service
- Sergeant*
- Sick Call*
- Trusty
- Law Library
- Maintenance XXXXXXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Please fix our shower. It has gotten worse by the day.

Action taken:
Officer #:
Date: 4, 30, 02
Time:

Name A. JOHNSON        Cellblock L

Date Requested: 2 / 20 / 02   Date Rec'd ___ / ___ /

Officer # ___ 6

| | |
|---|---|
| Chaplain ____ | A. I don't know how |
| Check Cashed ____ | McNeese knew I |
| Good Time ____ | was over here in L |
| Haircut ____ | block but he wrote |
| Religious Service ____ | my name on a piece |
| Sergeant* XXX | of paper and got |
| Sick Call* ____ | Tequisha's attention by |
| Trusty ____ | knocking on the metal. |
| Law Library ____ | She called out to me |
| Maintenance ____ | to look out the window |

where I saw McNeese

*If request is for sick call or    form his hand into the

to see the sergeant, an    shape of gun and shot

explanation of medical    at me with it. It was

complaint or type of problem    dark outside so I could

shall be written in space A.    Action taken:

forwarded a copy to    Officer #: 145

USM for review/    Date: 2 / 25 / 02

action.    Time: 0850

tell it was him. I take this as
a personal threat and would like
to know what I can do about
it. This happened right before 6:00
Lock out.
          Thank you for your
     attention in this very important
     matter.

Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 98 of 100

JGR000198

Name: Angela Johnson    Cellblock: M
Date Requested: 10/24/00    Date Rec'd: 10/24/00
1930    Officer # 428

| | A. |
|---|---|
| Chaplain | When I came from BlackHawk Co. Jail I HAD $13.00. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | my Sister + daughter Put $50.00 more when they came for a visit. |
| Sergeant* X | |
| Sick Call* | I have ordered twice. |
| Trusty | both times it was |
| Law Library | for around $30.00. |
| Maintenance | My BALANCE SHOULD BE AROUND 29.00 NOT |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: NONE    NONE $6.55

Officer #: 131

Date: 10/24/00

Time: 2830

I would still like to order
but would Like the Balance
Corrected before I do.

Thank you.

Angela Johnson

Case 3:09-cv-03064-MWB-LTS    Document 84-54    Filed 06/23/11    Page 99 of 100

JGR000199

Name Angela Johnson    Cellblock M

Date Requested: 02 01 01    Date Rec'd 2/1/01

Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A) Leona has been making sexual advances to just about every woman in our cell. She approached me in the shower yesterday. When I told her to get away from me she now has an attitude. She is making racial slurs about white

Action taken: Advised PSI

Officer # 429

Date: 2/1/01

Time: 0800

women being weak and jelouse of black women.

She and her new Bitch Deb Dicksen are both causing alot of trouble in our cell now.

I would like to be moved from this cell, But since I can't be, I have no other choice but to kite about this problem, I do not want it to get ugly in here and it

to come back on me.

Case 3:09-cv-03064-MWB-LTS   Document 284-54   Filed 06/23/11   Page 100 of 100