Name A. Johnson  Cellblock M

Date Requested: 02-03-01  Date Rec'd 02-04-01

Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
I am so sick of Leona walking in on me in the shower. She is hitting on everyone in this cell.

Poor Gwen cant even walk by her without her making some sort of comment or sexual advance.

Action taken: Hsa glcc
Officer #: 13/
Date: 2/4/01
Time: 12:00

Last night I saw her in the shower with another girl. I could hear them making out and it makes me sick.

Leona was talked to about the matter to go about

Case 3:09-cv-03064-MWB-LTS  Document 24-55  Filed 06/23/11  Page 1 of 100

JGR0002011

Name A Johnson Cellblock M

Date Requested: 6/36/01 Date Rec'd 06/28/01

Officer # 425

| | | A. |
|---|---|---|
| Chaplain | | |
| Check Cashed | | I have pictures |
| Good Time | | |
| Haircut | | of my children |
| Religious Service | | |
| Sergeant* ✗✗✗ | | that are gone |
| Sick Call* | | |
| Trusty | | since the |
| Law Library | | |
| Maintenance | | shake down |
| | | are they in my |
| | | property now? |

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken:

Officer # 425

Date: 06/28/01

Time: 0530 →

Inmate informed that A
during shakedown pictures taken
were put in property. In-
mate informed she was left
6 pictures according to the
rules is the limit an inmate
may have

E 423
L Burgess

Case 3:09-cv-03064-MWB-LTS   Document 224-55   Filed 06/23/11   Page 2 of 100
JGR000202

## Top Left

Name A. Johnson  Cellblock M
Date Requested: 4-26-01  Date Rec'd ___/___/___
Officer # ___

Chaplain XXX
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I just read the vision, it was really good. Sherry is reading it now.

I'm wondering if I could read the Oath. I bet it is just as good as the Vision.

Thanx
Angela*

Do not have The oath
Action taken: Talk to Angela
Officer #: ___
Date: 4/26/07
Time: 11:05

## Top Right

Name JOHNSON  Cellblock L
Date Requested: 03/15/02  Date Rec'd 3/15/02
Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ✓
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.

Action taken: REFUSED
Officer # ___
Date: 3/18/02
Time: 1400

## Bottom Left

Name A. Johnson  Cellblock L
Date Requested: 2/19/02  Date Rec'd 2/19/02
Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance XXXXX

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.

we don't have hot water in our cells and no pressure in the shower either.

THANK YOU

Action taken:
Officer #: 90
Date: ___
Time:

## Bottom Right

Name A. Johnson  Cellblock L
Date Requested: 3/28/02  Date Rec'd ___/___/___
Officer # ___

Chaplain XX
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.

Can I get that math book that was left for me please?

Thanx

Action taken: Book gave
Officer #: ___
Date: ___/___/02
Time: 11:15

Case 3:09-cv-03064-MWB-LTS   Document 84-55   Filed 06/23/11   Page 3 of 100   JGR000203

## Top Left

Name: Angie Johnson Cellblock: L
Date Requested: 04/02/07 Date Rec'd: 4/2/02
Officer #: 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library X
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

Refused when served

Action taken:
Officer #: 428
Date: 4/4/02
Time: 1805

## Top Right

Name: A. Johnson Cellblock: M
Date Requested: 1/29/02 Date Rec'd: /

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* XXX
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Could I please get my $ from my escrow acct put into my commissary acct.

Thank you,
Angela

Action taken:
Officer #:
Date: /
Time:

## Bottom Left

Name: Johnson Cellblock: M
Date Requested: 02/14/02 Date Rec'd: 2/14/02
Officer #: 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ✓
Law Library ✓
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

Action taken: REFUSED
Officer #: 428
Date: 2/22/02
Time: 400

## Bottom Right

Name: A. Johnson Cellblock: M
Date Requested: 2/4/02 Date Rec'd: 2/5/02
Officer #: 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. WITH NACEY PLEASE

Granted

Action taken:
Officer #: 428
Date: 2/6/02
Time: 1815

Case 3:09-cv-03064-MWB-LTS Document 84-55 Filed 06/23/11 Page 4 of 100 JGR000204

**Name** A.C. Johnson **Cellblock** L

**Date Requested:** 2/21/02 **Date Rec'd** 2/21/02

**Officer #** 429

| | |
|---|---|
| Chaplain _____ | **A.** Please, it is very cold in the day room. I'm request-ing to be allowed to stay in our locked cells all day until 6:pm Lock out or be allowed our blankets during the day hours in the day room. Thank you for your Concideration on this matter. Angela Johnson |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service XXX | |
| Sergeant* | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 80
Date: 2/22/02  74⁵
Time: _____

---

**Name** A.C. Johnson **Cellblock** M

**Date Requested:** 2/5/02 **Date Rec'd** 2/5/02

**Officer #** 419

| | |
|---|---|
| Chaplain _____ | **A.** Can we get some Hot H²O in our sinks Please |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance XXX | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 80
Date: 2/5/02
Time: _____

---

**Name** ANGELA JOHNSON **Cellblock** M

**Date Requested:** 01/26/02 **Date Rec'd** 1/26/02

**Officer #** 428

| | |
|---|---|
| Chaplain _____ | **A.** _____ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library ✓ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 1/31/02
Time: 1830

---

**Name** A. Johnson **Cellblock** M

**Date Requested:** 02/11/02 **Date Rec'd** 2/11/02

**Officer #** 429

| | |
|---|---|
| Chaplain _____ | **A.** _____ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library ✓ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 2/12/02
Time: 1810

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 5 of 100

JGR000205

## Top Left

Name A Johnson  Cellblock M
Date Requested: 10-01-01  Date Rec'd 10/1/01
Officer # C/29

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

WITH Sut PLEASE !

Granted

Action taken:
Officer #: 428
Date: 10, 2, 01
Time: 1845

## Top Right

Name A. Johnson  Cellblock M
Date Requested: 10 2 01  Date Rec'd 10 03 01
Officer # 423

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

With Sue please !

Granted

Action taken:
Officer #: 428
Date: 10, 4, 01
Time: 1815

## Bottom Left

Name A. Johnson  Cellblock M
Date Requested: 10 22 01  Date Rec'd 10, 22, 01
Officer # 422

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

WITH Sut PLEASE !

Action taken: TAKEN
Officer #: 424
Date: 10, 22, 01
Time: 1810

## Bottom Right

Name A. Johnson  Cellblock M
Date Requested: 10 28 01  Date Rec'd 10, 28, 01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Refused
11/02 - 2/25
With Sue please
we are working on
something together.
Thank

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

JGR000206

Name A. Johnson Cellblock M
Date Requested: 10-23-01 Date Rec'd 10 24 01
Officer # 428

| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | With Sue please |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | Refused |
| Law Library XXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: 428
Officer #: 428
Date: 10 24 01
Time: 1900

---

Name A. Johnson Cellblock M
Date Requested: 10-01-01 Date Rec'd 10 16 01
Officer # 428

| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | With Sue |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | Please |
| Law Library XXX | _____ |
| Maintenance _____ | Granted |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: 428
Officer #: 428
Date: 10 17 01
Time: 1900

---

Name A. Johnson Cellblock M
Date Requested: 11/13/01 Date Rec'd 11/13/01
210 Officer # 428

| Chaplain XXX | A. It was my understanding that 'Pam' was now conducting womens worship. That is the only reason I attended today. In my opinion you are lacking in your profession. Might I suggest something a little bit more up your alley, like maybe full time at Ryans. |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

P.S. your no ROCKSTAR td.

Action taken: God Bless.
Recieve Chaplin
Officer #:
Date: 11/14/01
Time: 11:00

---

Name A. Johnson Cellblock M
Date Requested: 10-24-01 Date Rec'd 10/25/01
Officer # 428

| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | With Sue |
| Sergeant* _____ | _____ |
| Sick Call* _____ | Please! |
| Trusty _____ | _____ |
| Law Library XXX | Granted |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 10 26 01
Time: 1800

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 7 of 100
JGR000207

## Top Left

Name A. Johnson Cellblock M
Date Requested: 9-7-01 Date Rec'd ___/___/___
Officer # _____

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Refused

Action taken: 428
Officer #: 428
Date: 9/1/01
Time: 1800

## Top Right

Name A. Johnson Cellblock M
Date Requested: 9-17-01 Date Rec'd 9/17/01
Officer # 429

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library _____
- Maintenance XXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

It is too cold in M block.

Could you please fix that for us?

Thanx

Action taken: _____
Officer #: _____
Date: 9/___/___
Time: _____

## Bottom Left

A. Johnson Cellblock M
Requested: 01/09/02 Date Rec'd 1/10/02
Officer # 429

- plain _____
- ck Cashed _____
- d Time _____
- cut _____
- gious Service _____
- geant* _____
- k Call* _____
- sty _____
- Library X
- intenance _____

f request is for sick call or see the sergeant, an tplanation of medical omplaint or type of problem nall be written in space A.

A. _____

Granted

Action taken: _____
Officer #: 428
Date: 1/16/02
Time: _____

## Bottom Right

Name A. Johnson Cellblock M
Date Requested: 9/6/01 Date Rec'd 9/6/01
Officer # 424

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: TAKEN
Officer #: 424
Date: 9/7/01
Time: _____

JGR000208

Name: JOHNSON    Cellblock: M
Date Requested: 01, 18, 02    Date Rec'd: / /
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____ ✓
Law Library _____ ✓
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
Granted
_____
_____
_____
_____
_____

Action taken: _____
Officer #: 428
Date: 1, 23, 02
Time: 2025

---

Name: A. Johnson    Cellblock: M
Date Requested: 12, 10, 01    Date Rec'd: 12, 10, 01
Officer # _____ 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____ ✓
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____ XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
Can we please
go down together
We are typing
up a very
important letter
to her Judge.

Thanks!

Action taken: _____
Officer #: 428
Date: 12, 11, 01
Time: 1800

---

Name: A. Johnson    Cellblock: M
Date Requested: 4, 26, 01    Date Rec'd: 4, 26, 01
Officer # 429

Chaplain XXX
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
DID YOU HAVE
ANY OTHER
GOOD BOOKS
THAT I COULD
READ?

IF YOU DO I
WOULD SURE
LIKE TO READ
ONE

THANX

Action taken: _____
Officer #: _____
Date: 4, 26, 01
Time: 3:30 p.m.

---

Name: A. Johnson    Cellblock: M
Date Requested: 6, 24, 01    Date Rec'd: 6, 24, 01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* X
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
Do I have
$ in my escrow
acct. and if
so, how much?

Please put it
on my commissary
acct.

Thank you.
Angela

Action taken: 25.00 on escrow — transferred it. S18
Officer #: S-18
Date: 6, 25, 01
Time: 2240

JGR000209

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 5/2/01 **Date Rec'd** 5/2/01
1710 **Officer #** 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library X
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 5/3/01
Time: 1810

---

**Name** Angela Johnson **Cellblock** m
**Date Requested:** 5/1/01 **Date Rec'd** 5/1/01
1700 **Officer #** 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXXXX
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 5/1/01
Time: 0830

---

**Name** A JOHNSON **Cellblock** m
**Date Requested:** 06/16/01 **Date Rec'd** 6/16/01
**Officer #** 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXV
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 6/20/4
Time: 1815

---

**Name** Johnson **Cellblock** N
**Date Requested:** 5/10/01 **Date Rec'd** 5/10/01
**Officer #** 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty XY
Law Library XY
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 422
Date: 5/11/01
Time: 1400

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 10 of 100

JGR000210

**Top-left panel:**

Name A. Johnson    Cellblock M
Date Requested: 5/15/01    Date Rec'd 5/15/01
Officer # 242

Chaplain _____    A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

**Top-right panel:**

Name Johnson    Cellblock M
Date Requested: 5/13/01    Date Rec'd 5/13/01
Officer # 429

Chaplain _____    A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XY
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: Token
Officer #: 421
Date: 5/15/01
Time: 2400

**Bottom-left panel:**

Name E. Johnson    Cellblock N
Date Requested: 5/13/01    Date Rec'd 5/13/01
Officer # 429

Chaplain _____    A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✓
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: Refused
Officer #: 421
Date: 5/13/01
Time: 1930

**Bottom-right panel:**

Name Johnson    Cellblock M
Date Requested: 5/16/01    Date Rec'd 5/16/01
Officer # 429

Chaplain _____    A. _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 11 of 100

JGR0002211

**Name:** Johnson   **Cellblock** N4
**Date Requested:** 05/13/01   **Date Rec'd** 5/13/01
**Officer #** 429

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 429
Date: 5/14/01
Time: 2010

---

**Name:** Johnson   **Cellblock** N
**Date Requested:** 5/11/01   **Date Rec'd** 5/11/01
**Officer #** 429

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 427
Date: 5/13/01
Time: 1350

---

**Name:** Johnson   **Cellblock** N
**Date Requested:** 5/15/01   **Date Rec'd** 5/14/01
**Officer #** 429

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | GIVEN |
| Law Library ✓ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: 428
Date: 5/16/01
Time: 1805

---

**Name:** Johnson   **Cellblock** N
**Date Requested:** 5/14/01   **Date Rec'd** 5/14/01
**Officer #** 426

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library ✓ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

JGR000212

Name A. Jonhson Cellblock M
Date Requested: 06, 20, 01 Date Rec'd 6/21 3001@
Officer # 455

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _____
Officer #: 428
Date: 6, 29, 0/
Time: 1815

---

Name A. Johnson Cellblock M
Date Requested: 6/13/01 Date Rec'd 6/14/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _____
Officer #: 428
Date: 6, 14, 0/
Time: 1815

---

Name C. Johnson Cellblock M
Date Requested: 4/10/01 Date Rec'd 4/10/01
Officer # 424

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* ✓
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. I Need to go to euction court on 4-16-01 At 2:30 pm Please let me go to keep my apartment.

Thank,

Need to Contact At City.

Action taken: _____
Officer #: _____
Date: __/__/__
Time: _____

---

Name A. Johnson Cellblock M
Date Requested: 06, 14, 01 Date Rec'd 6/15/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: Taken
Officer #: 429
Date: 6, 16, 0/
Time: 1400

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 13 of 100
JGR000213

Name A. Johnson   Cellblock M
Date Requested: 07,08,01   Date Rec'd____/____/____
Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
Granted
_____
_____
_____
_____
_____
Action taken: 428
Officer #: 428
Date: 7,10,01
Time: 1815

---

Name A. Johnson   Cellblock M
Date Requested: 07,19,01   Date Rec'd 7,20,01
1720   Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
Refused
_____
_____
_____
_____
_____
Action taken: 428
Officer #: 428
Date: 7,25,01
Time: 1820

---

Name A. Johnson   Cellblock m
Date Requested: 04,10,01   Date Rec'd 4,11,01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
_____
Granted
_____
_____
_____
_____
Action taken: 428
Officer #: 428
Date: 4,12,01
Time: 1910

---

Name A. Johnson   Cellblock M
Date Requested: 4/5/01   Date Rec'd 4,15,01
Officer # 422

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
Action taken: Talked
Officer #: 422
Date: 4,15,01
Time: 1400

**Top-left:**

Name A. Johnson Cellblock M
Date Requested: 4-16-01 Date Rec'd 4/16/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
_Refusal_

Action taken: _____
Officer #: 428
Date: 4/17/01
Time: 1250

**Top-right:**

Name A. Johnson Cellblock M
Date Requested: 6/6/01 Date Rec'd 06/06/01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* XXX
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Would you please put the $ in my escrow acct onto my commissary account. Thank you!

Action taken: put $90 onto your commissary
Officer #: 513
Date: 6/7/01
Time: 0200

**Bottom-left:**

Name E. Johnson Cellblock M
Date Requested: 01/19/01 Date Rec'd 7/29/01
1200 Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
_Granted_

Action taken: _____
Officer #: 428
Date: 7/29/01
Time: 1820

**Bottom-right:**

Name A. Johnson Cellblock M
Date Requested: 07/18/01 Date Rec'd 7/19/01
Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
_Refusal_

Action taken: _____
Officer #: 428
Date: 7/19/01
Time: 1900

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 15 of 100
JGR000215

**Top-left quadrant:**

Name A. Johnson  Cellblock M
Date Requested: 07.15.01  Date Rec'd 7/15/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Granted

Action taken:
Officer #: 428
Date: 7/17/01
Time: 1915

**Top-right quadrant:**

Name A. Johnson  Cellblock M
Date Requested: 07.11.01  Date Rec'd 7/11/01
1700  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: Refused when offered
Officer #: 429
Date: 7/14/01
Time: 1325

**Bottom-left quadrant:**

Name A Johnson  Cellblock M
Date Requested: 8/13/01  Date Rec'd 8/13/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Granted

Action taken:
Officer #: 428
Date: 8/14/01
Time: 1810

**Bottom-right quadrant:**

Name A. Johnson  Cellblock M
Date Requested: 07.14.01  Date Rec'd 7/14/01
Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXO _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Granted

Action taken:
Officer #: 428
Date: 7/14/01
Time: 1915

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 16 of 100

JCR000210

## Top Left

Name: A. Johnson    Cellblock: M
Date Requested: 7/1/01    Date Rec'd: 7/1/01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✓ ✓
Maintenance _____

*If request is for sick call or
to see the sergeant; an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

## Top Right

Name: A. Johnson    Cellblock: M
Date Requested: 6/29/01    Date Rec'd: 6/30/01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✓ ✓ ✓
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _Approved_
Officer #: 428
Date: 7/4/01
Time: 1845

## Bottom Left

Name: A. Johnson    Cellblock: M
Date Requested: 06/24/01    Date Rec'd: 6/24/01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance XXX

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. It's really Hot in our Cell Block

Action taken: NO
Officer #: _____
Date: ___/___/___
Time: _____

## Bottom Right

Name: A. Johnson    Cellblock: M
Date Requested: 07/05/01    Date Rec'd: 7/5/01  1200
Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _Granted_
Officer #: 428
Date: 7/5/01
Time: 1800

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 17 of 100

JGR000217

JGR000218

**Name** A. Johnson **Cellblock** M
**Date Requested:** 1 / 1 / 02 **Date Rec'd** 1 / 1 / 02
**Officer #** 412

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | Could we |
| Good Time | get calling |
| Haircut | |
| Religious Service | Cards for the |
| Sergeant* MR. CARR | |
| Sick Call* | phones this |
| Trusty | |
| Law Library | year please? |
| Maintenance | NO PER MR. CARR |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

**Action taken:**
**Officer #:** 113
**Date:** 1 / 2 / 02
**Time:** 2:00

---

**Name** E. Johnson **Cellblock** M
**Date Requested:** 06 24 01 **Date Rec'd** 6 / 24 / 01
**Officer #** 429

| | A. I Have Astma |
|---|---|
| Chaplain | Could you please |
| Check Cashed | turn the Air |
| Good Time | Conditioner up |
| Haircut | |
| Religious Service | Thank |
| Sergeant* | you |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance XXX | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

**Action taken:**
**Officer #:**
**Date:** / /
**Time:**

---

**Name** A. Johnson **Cellblock** M
**Date Requested:** 07 / 29 / 01 **Date Rec'd** 7 / 29 / 01
**Officer #** 429

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library XXX | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

**Action taken:**
**Officer #:** 428
**Date:** 8 / 1 / 01
**Time:** 1700

---

**Name** A. Johnson **Cellblock** M
**Date Requested:** 7 26 01 **Date Rec'd** 7 / 27 / 01
**Officer #** 412

| | A. |
|---|---|
| Chaplain | Could you |
| Check Cashed | Please have |
| Good Time | someone clean |
| Haircut | the visiting |
| Religious Service | rooms. Our people |
| Sergeant* XXX | that visit are |
| Sick Call* | catching head |
| Trusty | lice from the |
| Law Library | phones. And you |
| Maintenance | Can not see thru |
| | the glass its |
| | so dirty! |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

**Action taken:**
**Officer #:** 131
**Date:** 7 27 01
**Time:** 23:00

**Top-left form:**

Name A. Johnson Cellblock M
Date Requested: 8/13/01 Date Rec'd 8/13/01
Officer # 478

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance XXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___
one of the phones in the visitor room does not work

The one on the far end.

Action taken: ___
Officer #: 90
Date: 8/14
Time: ___

**Top-right form:**

Name A. Johnson Cellblock M
Date Requested 07/26/01 Date Rec'd 7/26/01
Officer # 427

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___

Action taken: ___
Officer #: ___
Date: ___/___/___
Time: ___

**Bottom-left form:**

Name A. Johnson Cellblock M
Date Requested: 8-23-01 Date Rec'd 8/23/01
Officer # 428

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library ___
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___
Granted

Action taken: ___
Officer #: 428
Date: 8/23/01
Time: 1815

**Bottom-right form:**

Name A. Johnson Cellblock M
Date Requested: 8-15-01 Date Rec'd 08/16/01
Officer # 435

Chaplain ___
Check Cashed ___
Good Time ___
Haircut ___
Religious Service ___
Sergeant* ___
Sick Call* ___
Trusty ___
Law Library XXX
Maintenance ___

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. ___
With Teri H please

Thanx

Action taken: ___
Officer #: 428
Date: 8/17/01
Time: 1915

Case 3:09-cv-03064-MWB-LTS Document 284-55 Filed 06/23/11 Page 19 of 100
JGR000219

## Top Left

Name: A. Johnson  Cellblock M
Date Requested: 8-17-01  Date Rec'd 8/18/4 1700  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty ___ XXY
Law Library XXY
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____
W/ Terri Hawkins Please

Action taken:
Officer #: 428
Date: 8/21/01
Time: 1815

## Top Right

Name: Angie Johnson  Cellblock M
Date Requested: 8-24-01  Date Rec'd 8/24/01  Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty ___
Law Library X
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
would like to go to the law library with Teri Hawkins

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Bottom Left

Name: A. Johnson  Cellblock M
Date Requested: 10-29-01  Date Rec'd 3-29-01  Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance XXXX

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
Could you please turn our $H_2O$ in the shower down just a few degrees for us? Thanks

Action taken:
Officer #: _____
Date: 3/29/01
Time: _____

## Bottom Right

Name: A. Johnson  Cellblock M
Date Requested: 8-26-01  Date Rec'd 8-26-01  Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty ___
Law Library X
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A.
I would like to go up with J. Hawkins Thank you

Action taken:
Officer #: 428
Date: 8-29-01
Time: 1810

Case 3:09-cv-03064-MWB-LTS  Document 284-55  Filed 06/23/11  Page 20 of 100
JGR000220

## Top Left

Name Angela Johnson Cellblock M
Date Requested: 01 31 01 Date Rec'd 1/31/01
Officer # 428

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: 408
Date: 2/1/01
Time: 1805

## Top Right

Name Angela Johnson Cellblock M
Date Requested: 02/07/01 Date Rec'd 2 7 01
Officer # 422

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: 426
Date: 2/7/01
Time: 1815

## Bottom Left

Name Angela Johnson Cellblock M
Date Requested: 01 26 01 Date Rec'd 01/28/01
Officer # 425

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: 428
Date: 1/30/01
Time: 1810

## Bottom Right

Name Angela Johnson Cellblock M
Date Requested: 02-11-01 Date Rec'd 2/11/01
Officer # 429

- Chaplain _____
- Check Cashed _____
- Good Time _____
- Haircut _____
- Religious Service _____
- Sergeant* _____
- Sick Call* _____
- Trusty _____
- Law Library XXXX
- Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: TAKEN
Officer #: 429
Date: 2/11/01
Time: 1415

JGR0002215

**Top-left:**

Name **Angela Johnson**  Cellblock **M**
Date Requested: **01 06 01**  Date Rec'd **01/06/01**
Officer # **429**

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | *Granted* |
| Law Library XXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: **428**
Date: **1 6 01**
Time: **1810**

**Top-right:**

Name **Angela Johnson**  Cellblock **M**
Date Requested: **1 12 01**  Date Rec'd **1/13/01**
Officer # **422**

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | *Granted* |
| Law Library XXXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: **428**
Date: **1 13 01**
Time: **1915**

**Bottom-left:**

Name **Angela Johnson**  Cellblock **M**
Date Requested: _____  Date Rec'd **1 26 01**
Officer # **429**

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | *Refused* |
| Law Library XXXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: **428**
Date: **1 27 01**
Time: **1500**

**Bottom-right:**

Name **Angela Johnson**  Cellblock **M**
Date Requested: **1 5 01**  Date Rec'd **01 05 01**
Officer # _____

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | |
| Law Library XXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 22 of 100
JGR000222

**Name** Angela Johnson **Cellblock** M

**Date Requested:** 01/01/01 **Date Rec'd** 12/31/00

**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____

Officer #: _____

Date: ___/___/___

Time: _____

---

**Name** Angela Johnson **Cellblock** M

**Date Requested:** 12/31/00 **Date Rec'd** 12/31/00

**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library ✓ | _____ |
| Maintenance _____ | Granted |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____

Officer #: 408

Date: 01/02/01

Time: 1920

---

**Name** A. Johnson **Cellblock** M

**Date Requested:** 1/21/01 **Date Rec'd** 1/21/01

2000 **Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN

Officer #: 429

Date: 01/22/01

Time: 1820

---

**Name** Angela Johnson **Cellblock** M

**Date Requested:** 1/2/01 **Date Rec'd** 1/2/01

1700 **Officer #** 408

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | I really need |
| Haircut _____ | to get a |
| Religious Service _____ | letter typed |
| Sergeant* _____ | up please !! |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library XXX | Thanx |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____

Officer #: _____

Date: ___/___/___

Time: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 23 of 100

JGR000223

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 01-24-01 **Date Rec'd** 01/25/01
**Officer #** 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Granted

Action taken:
Officer #: 428
Date: 1-23-01
Time: 1805

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 01/15/01 **Date Rec'd** 01/15/01
**Officer #** 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Refused when offered

Action taken:
Officer #: 428
Date: 1-17-01
Time: 1805

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 01/14/01 **Date Rec'd** 01/14/01
**Officer #** 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Refused
Officer #: 429
Date: 01/14/01
Time: 1900

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 1-23-01 **Date Rec'd** 1-24-01
**Officer #** 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ////
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

JGR000224

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 01 10 01 **Date Rec'd** 01, 10, 01 /800 **Officer #** 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

A. _____
_____
_____
_____
_____
_____
_____
_____
_____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

---

**Name** A Johnson **Cellblock** Q ✓
**Date Requested:** 1, 10, 01 **Date Rec'd** ___/___/___ **Officer #**

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service ✓✓✓
Sergeant* ✓✓✓
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

42064

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. ~~(scribbled out)~~
Can I get
a care package
Please
Φ

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** 12 26 00 **Date Rec'd** 12 26 00 **Officer #** 442

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* X
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

A.
Is there
any money
in my
cash acc?
If so, please
put it on my
commissary

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

Action taken: done
Officer #: $14.85
Date: 12 27 00
Time: 0130

---

**Name** Angie Johnson **Cellblock** M
**Date Requested:** 12 25 00 **Date Rec'd** 12 26 00 **Officer #** 442

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____
_____
_____
_____
_____
_____

Action taken: REFUSED
Officer #: 442
Date: 12 26 00
Time: 2006

JGR000225

## Top-left slip

Name: **Angie Johnson**  Cellblock **M**
Date Requested: **12,24,00**  Date Rec'd **12,24,00**
Officer # **429**

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ~~XXXXX~~
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: **TAKEN**
Officer #: **429**
Date: **12,25,00**
Time: **2010**

## Top-right slip

Name: **Angela Johnson**  Cellblock **M**
Date Requested: **12 21 00**  Date Rec'd **12,22,00**
Officer # **429**

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance **XKX**

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Could you please fix the light in the can, so I can, pick my face Thank you!

Action taken: _____
Officer #: **429**
Date: **12,22,00**
Time: **1030**  Done

## Bottom-left slip

Name: **Angela Johnson**  **M**
Date Requested: **12-21 00**  Date Rec'd **12,22,00**
Officer # **429**

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance **X**

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. do you think that you could change the light in the restroom so we can see to pee! Thank you!

Action taken: _____
Officer #: **429**
Date: **12,22,00**
Time: **1030**  Done

## Bottom-right slip

Name: **Angela Johnson**  Cellblock **M**
Date Requested: **12-23-00**  Date Rec'd **12,23,00**
Officer # **429**

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library **XX**
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. Could I please go w/ Angie E? Thank you!

Action taken: **TAKEN**
Officer #: **429**
Date: **12,24,00**
Time: _____

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 26 of 100
JGR000226

## Top Left

Name: Angela Johnson  Cellblock M
Date Requested: 12 19 00  Date Rec'd 12,19,00
Officer # 429

| | |
|---|---|
| Chaplain _____ | Please put |
| Check Cashed _____ | all of my |
| Good Time _____ | |
| Haircut _____ | $ in my |
| Religious Service _____ | commissary |
| Sergeant* X | |
| Sick Call* _____ | account |
| Trusty _____ | Mar Thanx |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Done
Officer #: 520
Date: 12,19,00
Time: 2329

## Top Right

Name: A. Johnson  Cellblock M
Date Requested: 12,13,00  Date Rec'd 12,13,00
Officer # 427

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library XXX | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: REFUSED
Officer #: 427
Date: 12,13,00
Time: 1248

## Bottom Left

Name: Angela Johnson  Cellblock M
Date Requested: 12/12/00  Date Rec'd 12,12,00
Officer # 429

| | |
|---|---|
| Chaplain _____ | A. I would |
| Check Cashed _____ | like some |
| Good Time _____ | money taken |
| Haircut _____ | out of my |
| Religious Service _____ | iscro account. |
| Sergeant* X | |
| Sick Call* _____ | Thank you |
| Trusty _____ | very much. |
| Law Library _____ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

W - $82.00
Action taken:
Officer #: 520
Date: 12,12,00
Time: 2254

## Bottom Right

Name: A. Johnson  Cellblock M
Date Requested: 12,04,00  Date Rec'd 12,04,00
Officer # 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library XXX | Granted |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 12,8,00
Time: 1800

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 27 of 100

JGR000227

## Form 1 (top left)

Name Angela Johnson  Cellblock M
Date Requested: 10-27-00  Date Rec'd 10-13-00
0018  Officer # 49

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* AAR. CARR
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.
Could I please
talk to Mr. Carr
about getting a
couple extra visit
so I could see
both my sister and
my Brother next week!

Action taken: Thank you
Officer #: Angie
Date: ___/___/___
Time: _____

## Form 2 (top right)

Name Angela Johnson  M
Date Requested: 12-14-00  Date Rec'd 12-16-00
Officer # 424

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* X
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.
I would like
to know the
balance of
my total
amount in
escro. #88-30

Action taken:
Officer #: 521
Date: 12/15/00
Time: 07:15

## Form 3 (bottom left)

Angela Johnson  Cellblock M
Requested: 12-28-00  Date Rec'd 12-28-00
Officer # 422

lain _____
k Cashed _____
Time _____
ut _____
ious Service _____
eant* _____
Call* _____
 sty _____
Library XX
ntenance _____

request is for sick call or
see the sergeant, an
planation of medical
mplaint or type of problem
all be written in space A.

A.

Granted

Action taken: 428
Officer #: 
12-29-00

## Form 4 (bottom right)

Name Angela Johnson  M
Date Requested: 01/07/01  Date Rec'd 01/07/01
Officer # 426

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A.

Granted

Action taken:
Officer #: 426
Date: 1/9/01
Time: 1820

Case 3:09-cv-03064-MWB-LTS Document 84-35  Filed 06/23/11  Page 28 of 100

JGR000228

**Name** Angela Johnson **Cellblock** M
**Date Requested** 01 19 01 **Date Rec'd** 1 19 01
**Officer #** 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Refused
Why offered

Action taken: _____
Officer #: 428
Date: 1, 20, 01
Time: 2050

---

**Name** Angela Johnson **Cellblock** M
**Date Requested** 12-29-00 **Date Rec'd** 12 29 00
**Officer #** 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

---

**Name** Angela Johnson **Cellblock** M
**Date Requested** 2, 19, 01 **Date Rec'd** 2 19 01
**Officer #** 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Granted

Action taken: _____
Officer #: 428
Date: 2, 20, 01
Time: 1810

---

**Name** Angela Johnson **Cellblock** M
**Date Requested** 1, 17, 01 **Date Rec'd** 01 18 00
**Officer #** 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

JGR000229

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 30 of 100
JGR000230

**Top Left:**

Name Angela Johnson  Cellblock M
Date Requested: 32/14/01  Date Rec'd 02/14/01
Officer # 425

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library X | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

(Granted)

Action taken:
Officer #: 428
Date: 2/15/01
Time: 2015

**Top Right:**

Name Angela Johnson Cellblock M
Date Requested 22/14/01 Date Rec'd 2/19/01
Officer # 429

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library X | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 429
Date: 2/17/01
Time: 2030

**Bottom Left:**

Name A. Johnson Cellblock M
Date Requested 3/2/01 Date Rec'd 3/2/01
Officer # 428

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library XXX | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

(Granted)

Action taken:
Officer #: 428
Date: 3/3/01
Time: 1800

**Bottom Right:**

Name Angela Johnson Cellblock M
Date Requested: 02-08-01 Date Rec'd 2/8/01
Officer # 429

| | A. |
|---|---|
| Chaplain | |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library XX-1 | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 429
Date: 02/08/01
Time: 1935

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 31 of 100
JGR000231

**Slip 1 (top left)**

Name: A. Johnson   Cellblock: M
Date Requested: 02/03/01   Date Rec'd: 02/04/01
Officer #: 435

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: Taken
Officer #: 429
Date: 2/4/01
Time: 1810

**Slip 2 (top right)**

Name: A. Johnson   Cellblock: M
Date Requested: 03/1/01   Date Rec'd: 3/1/01
Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

**Slip 3 (bottom left)**

Name: Angula Johnson   Cellblock: M
Date Requested: 02-06-01   Date Rec'd: 2/5/01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken:
Officer #: 428
Date: 2/6/01
Time: 1905

**Slip 4 (bottom right)**

Name: Angela Johnson   Cellblock: M
Date Requested: ___/___/___   Date Rec'd: 2/1/01
Officer #: _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

## Top Left Form

Name: Angila Jmsn  M  Cellblock: M
Date Requested: 02-09-01  Date Rec'd: 2/9/01  Officer # 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

*Refusal letter O _____*

Action taken:
Officer #: 428
Date: 2/10/01
Time: 1930

## Top Right Form

Name: Angela Johnson  Cellblock: M
Date Requested: 02/06/01  Date Rec'd: _____  Officer # _____

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library X
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

## Bottom Left Form

Name: Angela Johnson  M  Cellblock: M
Date Requested: 2/21/01  Date Rec'd: 02/21/01  Officer # 425

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

Action taken:
Officer #: _____
Date: ___/___/___
Time: _____

## Bottom Right Form

Name: Angela Johnson  Cellblock: M
Date Requested: 2-22-01  Date Rec'd: 2/22/01  Officer # 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library X
Maintenance _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

A. _____

*Granted*

Action taken:
Officer #: 428
Date: 2/22/01
Time: 2015

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 32 of 100

JGR000232

## Top Left

Name: A. Johnson Cellblock: M
Date Requested: ___/___/___ Date Rec'd: 03,11,01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____ (checked)
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 429
Date: 3/12/01
Time: 1830

## Top Right

Name: A. Johnson Cellblock: M
Date Requested: 02-27-01 Date Rec'd: 2-27-01
1700 Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

A. _____
(signature) Granted

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: 428
Officer #: 428
Date: 2/28/01
1945
Time: 1945

## Bottom Left

Name: Angela Johnson Cellblock: M
Date Requested: ___/___/___ Date Rec'd: 2/15/01
2-5-01 Officer #: 422

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____ (checked)
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: _____
Date: ___/___/___
Time: _____

## Bottom Right

Name: Angela Johnson Cellblock: M
Date Requested: ___/___/___ Date Rec'd: 2/4/01
02-04-01 Officer #: 429

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library XXX
Maintenance _____

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 429
Date: 2/5/01
Time: 1940

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 33 of 100

JGR000233

Case 3:09-cv-03064-MWB-LTS Document 284-55 Filed 06/23/11 Page 34 of 100

JGR000234

**Top Left:**

Name Angela Johnson  Cellblock M
Date Requested: 02/14/01  Date Rec'd 02/14/01
Officer # 425

| | |
|---|---|
| Chaplain ✓ | A. Please send me |
| Check Cashed | a Bible And |
| Good Time | faith to faith |
| Haircut | upper Room, |
| Religious Service | Daily Bread |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Materials given
Officer #: Chaplain
Date: 2/14/2001
Time: 8:45

**Top Right:**

Name Angela Johnson  Cellblock M
Date Requested: 02/23/01  Date Rec'd 2/23/01  1200  Officer # 428

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library ✓ | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Refused, Wanted Rec
Officer #: 429
Date: 2/25/01
Time: 1910

**Bottom Left:**

Name Angela Johnson  Cellblock M
Date Requested: 02-12-00  Date Rec'd 2/12/01
Officer # 429

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library ✓✓✓ | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #:
Date: / /

**Bottom Right:**

Name Angela Johnson  Cellblock M
Date Requested: 02-12-01  Date Rec'd 2/11/01
Officer # 429

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library ✓✓✓ | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: 428
Date: 2/13/01
Time: 1930

**Name** Johnson **Cellblock** M.
**Date Requested:** 03/12/01 **Date Rec'd** 3/16/01
**Officer #** 429

| | |
|---|---|
| Chaplain XXXX | A. Please My I reciele some reading glasses but not to strong |
| Check Cashed | |
| Good Time | Thanks. |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Glasses given
Officer #: Chaplain
Date: 3/18/2001
Time: 11:20 AM

---

**Name** Angela Johnson **Cellblock** M
**Date Requested:** TODAY **Date Rec'd** 2/15/01
**Officer #** 429

| | |
|---|---|
| Chaplain XXX | A. can I please have a Bible |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | Thank-you |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Bible delivered
Officer #: Chaplain
Date: 2/15/01
Time: 18:10

---

**Name** Johnson **Cellblock** M
**Date Requested:** 03/19/01 **Date Rec'd** 3/19/01
**Officer #** 429

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library XXXX | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: TAKEN
Officer #: 422
Date: 3/20/01
Time: 0840

---

**Name** Angela Johnson **Cellblock** m
**Date Requested:** / / **Date Rec'd** 3/4/01
**Officer #** 429

| | |
|---|---|
| Chaplain | A. |
| Check Cashed | |
| Good Time | |
| Haircut | |
| Religious Service | |
| Sergeant* | |
| Sick Call* | |
| Trusty | |
| Law Library | |
| Maintenance | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Refused went to Rec
Officer #: 429
Date: 3/4/01
Time: 1810

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 35 of 100

JGR000235

**Name** Johnson  **Cellblock** M
**Date Requested:** 03 21 01  **Date Rec'd** 3 21 01
1700  **Officer #** 428

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Granted

Action taken: _____
Officer #: 428
Date: 3 22 01
Time: 1810

---

**Name** Johnson  **Cellblock** M
**Date Requested:** 03 20 01  **Date Rec'd** / /
#  **Officer #** _____

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: _____
Date: / /
Time: _____

---

**Name** Johnson  **Cellblock** M
**Date Requested:** 03 18 01  **Date Rec'd** 3 18 01
**Officer #** 429

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Refused
Officer #: 429
Date: 3 18 01
Time: 1950

---

**Name** A. Johnson  **Cellblock** M
**Date Requested:** 3 15 01  **Date Rec'd** 3 15 01
1700  **Officer #** 428

| | |
|---|---|
| Chaplain _____ | A. _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library XXX | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Granted

Action taken: _____
Officer #: 428
Date: 3 15 01
Time: 1800

JGR000236

## Top Left

Name A. Johnson  Cellblock M

Date Requested: 03/09/01  Date Rec'd 3/10/01

Officer # 422

Chaplain _____  
Check Cashed _____  
Good Time _____  
Haircut _____  
Religious Service _____  
Sergeant* _____  
Sick Call* _____  
Trusty _____  
Law Library X  
Maintenance _____  

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____  
Officer #: 428  
Date: 3/10/01  
Time: 1800

## Top Right

Name A. Johnson  Cellblock M

Date Requested: 3/27/01  Date Rec'd 3/27/01

1930  Officer # 428

Chaplain _____  
Check Cashed _____  
Good Time _____  
Haircut _____  
Religious Service _____  
Sergeant* X  
Sick Call* _____  
Trusty _____  
Law Library _____  
Maintenance _____  

A.

please put money from my escro into my Commissary account Thank you

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: Done  
Officer #: 500  
Date: 03/28/01  
Time: 905

## Bottom Left

Name A. Johnson  Cellblock M

Date Requested: 3/8/01  Date Rec'd 3/8/01

Officer # 428

Chaplain _____  
Check Cashed _____  
Good Time _____  
Haircut _____  
Religious Service _____  
Sergeant* _____  
Sick Call* _____  
Trusty XXX  
Law Library XXX  
Maintenance _____  

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____  
Officer #: _____  
Date: __/__/__

## Bottom Right

Name Johnson  Cellblock M

Date Requested: 03/14/01  Date Rec'd 3/14/01

1815  Officer # 428

Chaplain _____  
Check Cashed _____  
Good Time _____  
Haircut _____  
Religious Service _____  
Sergeant* _____  
Sick Call* _____  
Trusty _____  
Law Library XXX  
Maintenance _____  

A. _____

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____  
Officer #: _____  
Date: __/__/__  
Time: _____

JGR000237

**Top-left:**

Name A. Johnson    Cellblock _____

Date Requested: __/__/__   Date Rec'd 3/6/01

1800   Officer # 428

| | A. _____ |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | *Granted* |
| Law Library ✗ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: 428
Date: 3/7/01
Time: 1815

**Top-right:**

Name A. Johnson    Cellblock M

Date Requested 03/05   Date Rec'd 3/5/01

Officer # 429

| | A. _____ |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | *Granted* |
| Law Library ✗ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: 428
Date: 3/6/01
Time: 1805

**Bottom-left:**

Name Johnson    Cellblock M

Date Requested: 03/16/01   Date Rec'd 3/16/01

1800   Officer # 428

| | A. _____ |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library ✗✗✗ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: _____
Date: __/__/__
Time: _____

**Bottom-right:**

Name Johnson    Cellblock M

Date Requested: 03/17/01   Date Rec'd 3/16/01

Officer # 429

| | A. _____ |
|---|---|
| Chaplain _____ | |
| Check Cashed _____ | |
| Good Time _____ | |
| Haircut _____ | |
| Religious Service _____ | |
| Sergeant* _____ | |
| Sick Call* _____ | |
| Trusty _____ | |
| Law Library ✗✗✗ | |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken: _____
Officer #: 429
Date: 3/17/01
Time: 1770

JGR000238

Name: Johnson  Cellblock: M
Date Requested: 03, 25, 01  Date Rec'd: 3 25, 01
Officer #: 429

Chaplain _____  A. _____
Check Cashed _____  _____
Good Time _____  _____
Haircut _____  _____
Religious Service _____  _____
Sergeant* _____  _____
Sick Call* _____  _____
Trusty _____  _____
Law Library XXXX  _____
Maintenance _____  _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem  Action taken: _____
shall be written in space A.  Officer #: _____
  Date: ___/___/___
  Time: _____

---

Name: Johnson  Cellblock: M
Date Requested: 03, 26, 01  Date Rec'd: 3 26, 01
Officer #: 429

Chaplain _____  A. _____
Check Cashed _____  _____
Good Time _____  _____
Haircut _____  _____
Religious Service _____  _____
Sergeant* _____  _____
Sick Call* _____  _____
Trusty _____  _____
Law Library XXXX  _____
Maintenance _____  _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem  Action taken: Refused
shall be written in space A.  Officer #: 429
  Date: 3, 26, 01
  Time: 1800

---

Name: Johnson  Cellblock: M
Date Requested: 03 22, 01  Date Rec'd: 03 22 01
Officer #: 425

Chaplain _____  A. _____
Check Cashed _____  _____
Good Time _____  _____
Haircut _____  _____
Religious Service _____  _____
Sergeant* _____  _____
Sick Call* _____  _____
Trusty _____  _____
Law Library XXXX  _____
Maintenance _____  _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem  Action taken: _____
shall be written in space A.  Officer #: _____
  Date: ___/___/___

---

Name: Johnson  Cellblock: M
Date Requested: 03 24, 01  Date Rec'd: 3 24, 01
Officer #: 429

Chaplain _____  A. _____
Check Cashed _____  _____
Good Time _____  _____
Haircut _____  _____
Religious Service _____  _____
Sergeant* _____  _____
Sick Call* _____  _____
Trusty _____  _____
Law Library XXXX  _____
Maintenance _____  _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem  Action taken: _____
shall be written in space A.  Officer #: _____
  Date: ___/___/___
  Time: _____

JGR000239

## Top Left

Name: A. Johnson  Cellblock: M
Date Requested: __/__/__  Date Rec'd: 4/3/01
4/4/01 1200  Officer #: 428

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library _XXX_ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Granted

Action taken:
Officer #: 428
Date: 4/4/01
Time: 1800

## Top Right

Name: Johnson  Cellblock: M
Date Requested: 3/23/01  Date Rec'd: 3/23/01
Officer #: 427

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library _XX_ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Bottom Left

Name: A. Johnson  Cellblock: M
Date Requested: 3/31/01  Date Rec'd: 3/31/01
3/31/01  Officer #: 429

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library _XXX_ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:
Officer #: _____
Date: __/__/__
Time: _____

## Bottom Right

Name: A. Johnson  Cellblock: M
Date Requested: 4/1/01  Date Rec'd: 4/1/01
now  Officer #: 428

| | A. |
|---|---|
| Chaplain _____ | _____ |
| Check Cashed _____ | _____ |
| Good Time _____ | _____ |
| Haircut _____ | _____ |
| Religious Service _____ | _____ |
| Sergeant* _____ | _____ |
| Sick Call* _____ | _____ |
| Trusty _____ | _____ |
| Law Library _XXX_ | _____ |
| Maintenance _____ | _____ |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Granted

Action taken:
Officer #: 428
Date: 4/3/01
Time: 1800

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 40 of 100

JGR000240

## Top Left

Name: JOHNSON  Cellblock: M
Date Requested: 01/27/02  Date Rec'd: 1/27/02
Officer #: 469

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____ ✓
Maintenance _____ ✓

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. WE HARDLY HAVE ANY WATER PRESSURE IN OUR SHOWER.

Action taken:
Officer #: _____
Date: 1/27/02
Time: _____

## Top Right

Name: A Johnson  Cellblock: M
Date Requested: 10 29 01/1700  Date Rec'd: 3/30/01
Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✗✗✗
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken: _____
Officer #: _____
Date: _____
Time: _____

## Bottom Left

Name: A Johnson  Cellblock: M
Date Requested: 4/26/01  Date Rec'd: 4/26/01
Officer #: 429

Chaplain _____
Check Cashed _____
Good Time ✗✗✗
Haircut ✗✗✗
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library _____
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Action taken:
Officer #: _____
Date: _____
Time: _____

## Bottom Right

Name: A Johnson  Cellblock: M
Date Requested: 9-21-01  Date Rec'd: 9/21/01
1800 Officer #: 428

Chaplain _____
Check Cashed _____
Good Time _____
Haircut _____
Religious Service _____
Sergeant* _____
Sick Call* _____
Trusty _____
Law Library ✗✗✗
Maintenance _____

*If request is for sick call or
to see the sergeant, an
explanation of medical
complaint or type of problem
shall be written in space A.

A. _____

Refused

Action taken:
Officer #: 428
Date: 9-26-01
Time: 1810

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 41 of 100

JGR000241

Name **Angela Johnson** Callblock **M**

Date Requested: **10, 20, 00** Date Rec'd **10 20, 00**

Officer # **420**

| | |
|---|---|
| Chaplain _____ | **A.** |
| Check Cashed _____ | **can I talk** |
| Good Time _____ | **to someone** |
| Haircut _____ | **about an extra** |
| Religious Service _____ | **visit for** |
| Sergeant* _____ | |
| Sick Call* _____ | **my Brother from** |
| Trusty _____ | **Ill.?** |
| Law Library _____ | **THANK YOU** |
| Maintenance _____ | |

*If request is for sick call or to see the sergeant, an explanation of medical complaint or type of problem shall be written in space A.

Action taken:

Officer #: **13/**

Date: **4 22 00**

Time: **723**

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 42 of 100

JGR000242

Lt. Stuelke,

I'm sorry to bother you again, but as I'm sure you probably know my glasses have been missing since early Sunday. I think they were in my green shirt pocket and went down with the laundry. They have not as yet been recovered. I now have no glasses at all.

Joan came to talk to me today. My sister had called and talked to her about sending me a new pair. She got my prescription directly from Iowa eye care center herself. From what I understand the glasses she has purchased for me have a light hue of blue.

I have seen several people go in and out of here with tinted glasses, as I'm sure you too are well aware of yourself. So I am wondering what the problem is if

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 43 of 100

JGR000243

mine have a light hue. It does not say anything about that in the rule book. Since these glasses will in no way alter my eye color or appearance I don't see the problem.

We are trying to do everything by the book here. Unless my glasses are found, which isn't looking good. I'll need another pair anyway.

My sister has already purchased these glasses and doesn't want to send them until it is cleared by you. I guess my sister is calling back to talk to Joan on Friday. Can you please O.K. this so I can see again? Pretty please!

Thanx,
Angela Johnson

TO: Inmate Angela Johnson

FR: Lt. John Stuelke, Assistant Jail Administrator

RE: Request for glasses

In response to your request, tinted glasses are not allowed in this facility. If you need new glasses, write or call the Marshal's Service to obtain new ones for you. Tinted glasses will not be accepted from the outside.

JGR000244

3.30.02

Sheriff Don Zeller,

My name is Angela Johnson. I am a Federal Detainee and have been here in the Linn County Correctional Center since Oct, 16, 2000. I write to you today because I do not feel anyone else cares about what I have to say.

From the first day I arrived here until Feb. 19, 2002 I was housed in 'M' block. 'M' has 14 beds and usually we have a couple on the floor, bringing the total up to 18 women in a tight space with only one toilet, one shower, and two phones.

By no means am I a "Sweet Polly Purebred" but at the same time I do not look for trouble. With the variety of women wearing chips on their shalders, unhappy, mad, harboring bad attitudes and loud mouths that are here, I have had my share of run-ins and occasional spat. Nothing that has gotten too out of hand until the very end of Dec. 2001 when I did Push another inmate.

I was wrong for putting my hands on her. That never should of happened and don't foresee it ever happening again. I was wrote up and put in the hole for 10 days. Charges were filed but later dropped.

However, I have walked away from more than you could imagine. I have been pushed, had my hair pulled, screamed at, threatened and stolen from much more, and did not retaliate.

Case 3:09-cv-03064-MWB-LTS   Document 264-55   Filed 06/23/11   Page 45 of 100

I have stopped more cat fights that I can count and been the peace maker. It would not be possible to get along with everyone. I would hate to guess how many women have passed through here while I've been here. I met several people here that I am still in contact with. I get along with more than not. I have been accused of "running the block," This could not be farther from the truth. Until now I have not bothered to defend myself against this rediculous accusation.

Since being over here in L block I can't believe the difference between the two blocks. I wish I would have been over here from the start. It is quiet, we all get along and other then being allowed in our rooms at will, I couldn't ask for much more besides my release that is.

More to my point, C.O. Vickie Kosina #428 has been none other but mean to me and the other three women in here with me. She is rude, very disrespectful and very demanding. Just the tone in her voice is unnerving.

On March 23, 2002 Vickie took my block and "M" block together to Rec. Two of the female from "M" (who are no longer here) started an argument with me. I was there to work out and play some ping pong which I did. The other two just sat around on the equipment running their mouths

Case 3:09-cv-03064-MWB-LTS Document 284-55 Filed 06/20/11 Page 46 of 100

It got heated and I did walk over to them and was ready to defend myself in case she was going to back up her threats. She did not. The whole thing was over before the C.O. on duty came in to take us back to 3rd floor. When the C.O. came I was one of the first ones to exit the room and go into the elevator. The two from 'M' were still at the door yelling. When they finally entered the elevator one said something smart to me and I made a remark back. Sargeant Strait told everyone to be quiet, but then addressed me only and made the threat to take us to rec one by one...

The whole thing was so stupid that I and another started to laugh about it. Not another word was said until 2-3 hours later. Vickie came in L yelling for me to pack my stuff I was going to the hole. I couldn't believe it. I asked her why and she said for 24 hour cool down. I was shocked! The situation was long over and defused. I asked again why? She yelled for Sargeant Strait and he screamed at me to pack my stuff. Again I asked why and what I did to go to the hole over and he got even madder. He told me to put my hands behind my back. I did. He cuffed me and I stood in the hall while he dumped all my stuff into my bedding. (I have a lot of stuff)

JGR000247

I was in the hole for five days with no explanation I did not argue or resist; however I was not happy either. I asked for a grievance and a cleaning bucket because the cell that they put me in was very dirty. The toilet and floor had puke on them and it smelled real bad. Vickie got so mad at me and yelled NO! Finally I did get a mop bucket and a couple of grievances from other C.O.'s

I was in the hole until 5 or 6:pm on March 28th when Sargeant Lowe conducted my hearing. He found me guilty of "having an argument." He had me released from the hole shortly after. He treated me fair and with respect. I thanked him and was returned to L block, by Vickie.

While in the hole I wrote two grievances. I submitted one inquiring why I was singled out and sent to the hole while the other two that clearly started it weren't. My grievance came back stating that would be addressed at the hearing. Sargant Lowe didn't know either and I still don't have an explanation for it. It has never been addressed.

I also put a grievance in about the time C.O. Vickie Kosina approched me in Jan. 2002 while we both were in the hallway and asked me to "Kick Brandy Byrd's ass." Thinking that she must be joking, I said "What"? She repeated herself and

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 48 of 100

JGR000248

added that she would make it worth my while. I couldn't believe it. She told me she would give me my pick from the med cart. I refused. I had just got out of the hole the first time I was down there and was not looking to go back. Besides, I didn't even know Brandy then and she was my bunkie to boot. Ever since, Vickie has been mad at me. I never brought it up before because I didn't want my stay here to be made any harder then it already is. That is until my last trip to the hole. I decided it couldn't get much worse so I went ahead and wrote the grievance.

The grievance came back to me stating I was a liar and that was that. I am not lying. This is true. I feel I should not have been put in a situation like that and it should be addressed.

I told Nancey Bradshaw right after it happene She couldn't believe it either. I made her promise not to tell anyone. She is now at the Hinzman Center and I have not spoke to her since she left here a couple of weeks ago.

Call and ask her if you don't believe me. She'll tell you.

Thank you for your time.

Sincerely
Angela Johnso

Case 3:09-cv-03064-MWB-LTS Document 284-55 Filed 06/23/11 Page 49 of 100 JGR000249

# Memorandum

**To:**       Roger Arechiga, Chief Deputy U.S. Marshal

**From:**   Matthew J. Cole, SAUSA   MC

**Date:**    January 5, 2001

**Subject:**  Jody Van Horn

---

Jody Van Horn was brought back to testify at the sentencing in <u>United States v. Angela Mangine, aka Angela Euans</u> on Monday, January 8th. It has been brought to my attention that there have been some problems that have developed between Jody Van Horn and Angela Johnson who are sharing the same cell, thus I believe that they should be kept separate for security reasons.

If you have any questions, please contact me.

Thank you.

CC: Linn Co. Jail
file

Office of United States Attorney
Northern District of Iowa
P. O. Box 74950
Cedar Rapids, IA 52407-4950
Voice (319) 363-0091   Fax (319) 363-1990

## ** LIMITED OFFICIAL USE **

Case 3.09-cv-03064-MWB-LTS   Document 84-55   Filed 06/23/11   Page 50 of 100

JGR000250

TO: Inmate Angela Johnson

FR: Lt. John Stuelke

RE: Reply to letter sent to Sheriff Zeller

I have investigated the allegations you listed in your letter to Sheriff Zeller and find them groundless. CO Kosina advises that you offered to assault Brandy Bird and she declined your invitation. She also advises that she does not use profanity towards you or other inmates. The other issue concerning your placement in cool-down was addressed at your disciplinary hearing.

Feel free to file additional grievances if you feel staff is operating outside the regulations.

JGR000251

# Jail Appointment Log
## 2004001125

| Date | Time | Name | In/Out |
|------|------|------|--------|
|  | 00:00 | JOHNSON,ANGELA JANE |  |
| 08/06/04 | 17:25 | JOHNSON,ANGELA JANE | to rec |
| 08/07/04 | 15:10 | JOHNSON,ANGELA JANE | to rec |
| 08/08/04 | 15:19 | JOHNSON,ANGELA JANE | declined rec |
| 08/09/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 08/11/04 | 15:06 | JOHNSON,ANGELA JANE | rec |
| 08/12/04 | 15:06 | JOHNSON,ANGELA JANE | rec |
| 08/13/04 | 15:33 | JOHNSON,ANGELA JANE | rec |
| 08/14/04 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 08/15/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 08/16/04 | 15:06 | JOHNSON,ANGELA JANE | to rec |
| 08/17/04 | 15:21 | JOHNSON,ANGELA JANE | declined rec |
| 08/18/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 08/19/04 | 15:18 | JOHNSON,ANGELA JANE | declined rec |
| 08/20/04 | 15:46 | JOHNSON,ANGELA JANE | declined rec |
| 08/22/04 | 15:28 | JOHNSON,ANGELA JANE | declined rec |
| 08/23/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 08/24/04 | 15:12 | JOHNSON,ANGELA JANE | declined rec |
| 08/25/04 | 15:36 | JOHNSON,ANGELA JANE | declined rec |
| 08/26/04 | 15:14 | JOHNSON,ANGELA JANE | declined rec |
| 08/27/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 08/28/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 08/29/04 | 15:38 | JOHNSON,ANGELA JANE | declined rec |
| 08/30/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 08/31/04 | 15:30 | JOHNSON,ANGELA JANE | rec declined |
| 09/01/04 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 09/02/04 | 15:45 | JOHNSON,ANGELA JANE | declined rec |
| 09/03/04 | 15:30 | JOHNSON,ANGELA JANE | to rec |
| 09/04/04 | 19:50 | JOHNSON,ANGELA JANE | declined rec |
| 09/05/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 09/06/04 | 15:51 | JOHNSON,ANGELA JANE | to rec |
| 09/07/04 | 19:16 | JOHNSON,ANGELA JANE | declined rec |
| 09/08/04 | 17:49 | JOHNSON,ANGELA JANE | declined rec |
| 09/09/04 | 15:11 | JOHNSON,ANGELA JANE | declined rec |
| 09/10/04 | 17:37 | JOHNSON,ANGELA JANE | to rec |
| 09/11/04 | 16:25 | JOHNSON,ANGELA JANE | to rec |
| 09/12/04 | 15:44 | JOHNSON,ANGELA JANE | declined rec |
| 09/13/04 | 15:00 | JOHNSON,ANGELA JANE | to rec |
| 09/14/04 | 17:00 | JOHNSON,ANGELA JANE | declined rec |
| 09/15/04 | 18:59 | JOHNSON,ANGELA JANE | to rec |
| 09/16/04 | 15:15 | JOHNSON,ANGELA JANE | to rec |
| 09/17/04 | 18:33 | JOHNSON,ANGELA JANE | to rec |
| 09/19/04 | 15:22 | JOHNSON,ANGELA JANE | rec declined |
| 09/20/04 | 15:40 | JOHNSON,ANGELA JANE | declined rec |
| 09/21/04 | 19:20 | JOHNSON,ANGELA JANE | declined rec |
| 09/22/04 | 16:16 | JOHNSON,ANGELA JANE | declined rec |
| 09/23/04 | 15:16 | JOHNSON,ANGELA JANE | TO REC |
| 09/24/04 | 16:00 | JOHNSON,ANGELA JANE | to rec |
| 09/26/04 | 15:40 | JOHNSON,ANGELA JANE | to rec |
| 09/27/04 | 17:37 | JOHNSON,ANGELA JANE | declined rec |
| 09/28/04 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 09/30/04 | 15:55 | JOHNSON,ANGELA JANE | to rec |
| 10/01/04 | 19:14 | JOHNSON,ANGELA JANE | declined rec |
| 10/02/04 | 15:14 | JOHNSON,ANGELA JANE | declined rec |
| 10/03/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 10/04/04 | 16:01 | JOHNSON,ANGELA JANE | to rec |
| 10/05/04 | 20:00 | JOHNSON,ANGELA JANE | declined rec |
| 10/06/04 | 18:29 | JOHNSON,ANGELA JANE | to rec |
| 10/07/04 | 15:09 | JOHNSON,ANGELA JANE | declined rec |
| 10/08/04 | 15:14 | JOHNSON,ANGELA JANE | declined rec |
| 10/09/04 | 15:13 | JOHNSON,ANGELA JANE | declined rec |
| 10/10/04 | 15:07 | JOHNSON,ANGELA JANE | declined rec |
| 10/11/04 | 18:51 | JOHNSON,ANGELA JANE | declined rec |

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 52 of 100   010

JGR000252

# Jail Appointment Log
## 2004001125

| Date | Time | Name | In/Out |
|------|------|------|--------|
| 10/13/04 | 17:46 | JOHNSON,ANGELA JANE | declined rec |
| 10/14/04 | 15:16 | JOHNSON,ANGELA JANE | declined rec |
| 10/17/04 | 15:36 | JOHNSON,ANGELA JANE | to rec |
| 10/18/04 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 10/19/04 | 17:17 | JOHNSON,ANGELA JANE | to rec |
| 10/20/04 | 19:10 | JOHNSON,ANGELA JANE | declined rec |
| 10/21/04 | 15:17 | JOHNSON,ANGELA JANE | to rec |
| 10/22/04 | 15:53 | JOHNSON,ANGELA JANE | to rec |
| 10/23/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 10/24/04 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 10/25/04 | 15:19 | JOHNSON,ANGELA JANE | to rec |
| 10/26/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 10/27/04 | 15:35 | JOHNSON,ANGELA JANE | declined rec |
| 10/30/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 10/31/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 11/01/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 11/02/04 | 15:09 | JOHNSON,ANGELA JANE | declined rec |
| 11/03/04 | 15:10 | JOHNSON,ANGELA JANE | dclined rec |
| 11/04/04 | 15:07 | JOHNSON,ANGELA JANE | declined rec |
| 11/05/04 | 15:23 | JOHNSON,ANGELA JANE | decline rec |
| 11/06/04 | 15:35 | JOHNSON,ANGELA JANE | declined rec |
| 11/07/04 | 15:28 | JOHNSON,ANGELA JANE | declined rec |
| 11/08/04 | 15:28 | JOHNSON,ANGELA JANE | to rec |
| 11/09/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 11/10/04 | 15:27 | JOHNSON,ANGELA JANE | DECLINED REC |
| 11/11/04 | 15:17 | JOHNSON,ANGELA JANE | declined rec |
| 11/12/04 | 17:27 | JOHNSON,ANGELA JANE | to rec |
| 11/13/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 11/14/04 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 11/14/04 | 19:00 | JOHNSON,ANGELA JANE | rec declined |
| 11/15/04 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 11/17/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 11/18/04 | 19:27 | JOHNSON,ANGELA JANE | declined rec |
| 11/19/04 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 11/20/04 | 15:10 | JOHNSON,ANGELA JANE | declined rec |
| 11/22/04 | 15:32 | JOHNSON,ANGELA JANE | no rec |
| 11/23/04 | 15:17 | JOHNSON,ANGELA JANE | declined rec |
| 11/24/04 | 15:35 | JOHNSON,ANGELA JANE | declined rec |
| 11/27/04 | 16:20 | JOHNSON,ANGELA JANE | declined rec |
| 11/28/04 | 15:06 | JOHNSON,ANGELA JANE | declined rec |
| 11/29/04 | 17:22 | JOHNSON,ANGELA JANE | declined rec |
| 11/30/04 | 13:51 | JOHNSON,ANGELA JANE | declined rec |
| 12/01/04 | 17:37 | JOHNSON,ANGELA JANE | declined rec |
| 12/02/04 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/03/04 | 20:20 | JOHNSON,ANGELA JANE | rec declined |
| 12/04/04 | 15:07 | JOHNSON,ANGELA JANE | declined rec |
| 12/05/04 | 15:06 | JOHNSON,ANGELA JANE | declined rec |
| 12/06/04 | 17:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/08/04 | 15:31 | JOHNSON,ANGELA JANE | declined rec |
| 12/09/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/10/04 | 15:15 | JOHNSON,ANGELA JANE | rec declined |
| 12/12/04 | 16:03 | JOHNSON,ANGELA JANE | declined rec |
| 12/13/04 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 12/14/04 | 17:25 | JOHNSON,ANGELA JANE | declined rec |
| 12/15/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| '2/16/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| .2/23/04 | 19:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/26/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/27/04 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/28/04 | 15:11 | JOHNSON,ANGELA JANE | declined rec |
| 12/29/04 | 18:57 | JOHNSON,ANGELA JANE | declined rec |
| 12/30/04 | 19:00 | JOHNSON,ANGELA JANE | declined rec |
| 12/31/04 | 16:00 | JOHNSON,ANGELA JANE | declined rec |

Case 3:09-cv-05064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 53 of 100

JGR000253

011

# Jail Appointment Log
## 2004001125

| Date | Time | Name | In/Out |
|------|------|------|--------|
| 01/02/05 | 15:17 | JOHNSON,ANGELA JANE | DECLINED REC |
| 01/03/05 | 17:46 | JOHNSON,ANGELA JANE | declined rec |
| 01/05/05 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 01/06/05 | 18:15 | JOHNSON,ANGELA JANE | declined rec |
| 01/07/05 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 01/08/05 | 18:00 | JOHNSON,ANGELA JANE | declined rec |
| 01/10/05 | 15:12 | JOHNSON,ANGELA JANE | declined rec |
| 01/11/05 | 15:23 | JOHNSON,ANGELA JANE | declined rec |
| 01/12/05 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 01/13/05 | 15:34 | JOHNSON,ANGELA JANE | declined rec |
| 01/14/05 | 15:21 | JOHNSON,ANGELA JANE | declined rec |
| 01/15/05 | 19:44 | JOHNSON,ANGELA JANE | declined rec |
| 01/16/05 | 18:24 | JOHNSON,ANGELA JANE | declined rec |
| 01/17/05 | 15:23 | JOHNSON,ANGELA JANE | rec declined |
| 01/18/05 | 17:22 | JOHNSON,ANGELA JANE | declined rec |
| 01/19/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 01/20/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 01/21/05 | 17:20 | JOHNSON,ANGELA JANE | DECLINED REC |
| 01/22/05 | 19:26 | JOHNSON,ANGELA JANE | declined rec |
| 01/23/05 | 15:06 | JOHNSON,ANGELA JANE | declined rec |
| 01/25/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 01/26/05 | 16:00 | JOHNSON,ANGELA JANE | OUT TO COURT/NO REC |
| 01/27/05 | 15:15 | JOHNSON,ANGELA JANE | OUT TO COURT /NO REC |
| 01/28/05 | 15:20 | JOHNSON,ANGELA JANE | DECLINED REC |
| 01/29/05 | 15:08 | JOHNSON,ANGELA JANE | declined rec |
| 02/01/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 02/02/05 | 15:22 | JOHNSON,ANGELA JANE | meet w/ Atty/no rec |
| 2/03/05 | 15:21 | JOHNSON,ANGELA JANE | rec declined |
| 02/04/05 | 18:42 | JOHNSON,ANGELA JANE | declined rec |
| 02/05/05 | 15:31 | JOHNSON,ANGELA JANE | declined rexc |
| 02/06/05 | 15:35 | JOHNSON,ANGELA JANE | declined rec |
| 02/07/05 | 15:39 | JOHNSON,ANGELA JANE | declined rec |
| 02/08/05 | 15:05 | JOHNSON,ANGELA JANE | declined rec |
| 02/10/05 | 15:25 | JOHNSON,ANGELA JANE | out to court |
| 02/11/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/12/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/13/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/14/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/15/05 | 15:17 | JOHNSON,ANGELA JANE | out to court |
| 02/16/05 | 15:10 | JOHNSON,ANGELA JANE | out to court |
| 02/17/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/18/05 | 15:00 | JOHNSON,ANGELA JANE | out to court |
| 02/22/05 | 15:25 | JOHNSON,ANGELA JANE | rec declined |
| 02/23/05 | 19:00 | JOHNSON,ANGELA JANE | rec delcined |
| 02/24/05 | 15:12 | JOHNSON,ANGELA JANE | declined rec |
| 02/25/05 | 15:00 | JOHNSON,ANGELA JANE | DECLINED REC |
| 02/26/05 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 02/27/05 | 15:28 | JOHNSON,ANGELA JANE | declined rec |
| 03/02/05 | 15:30 | JOHNSON,ANGELA JANE | locked down/no rec |
| 03/03/05 | 15:05 | JOHNSON,ANGELA JANE | locked down/no rec |
| 03/04/05 | 15:10 | JOHNSON,ANGELA JANE | locked down/no rec |
| 03/05/05 | 15:40 | JOHNSON,ANGELA JANE | locked down |
| 03/06/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 03/07/05 | 15:12 | JOHNSON,ANGELA JANE | declined rec |
| 03/08/05 | 15:36 | JOHNSON,ANGELA JANE | declined rec |
| /09/05 | 15:13 | JOHNSON,ANGELA JANE | declined rec |
| 03/10/05 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 03/11/05 | 15:34 | JOHNSON,ANGELA JANE | declined rec |
| 03/12/05 | 15:17 | JOHNSON,ANGELA JANE | declined rec |
| 03/13/05 | 15:15 | JOHNSON,ANGELA JANE | declined rec |
| 03/14/05 | 17:44 | JOHNSON,ANGELA JANE | declined rec |
| 03/16/05 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 03/17/05 | 15:10 | JOHNSON,ANGELA JANE | declined rec |

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 54 of 100

JGR000254

012

# Jail Appointment Log
## 2004001125

| Date | Time | Name | In/Out |
|------|------|------|--------|
| 03/19/05 | 19:25 | JOHNSON,ANGELA JANE | declined rec |
| 03/20/05 | 15:23 | JOHNSON,ANGELA JANE | declined rec |
| 03/21/05 | 16:00 | JOHNSON,ANGELA JANE | declined rec |
| 03/22/05 | 15:00 | JOHNSON,ANGELA JANE | decline rec |
| 03/23/05 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 03/24/05 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 03/25/05 | 15:00 | JOHNSON,ANGELA JANE | declined rec |
| 03/26/05 | 15:21 | JOHNSON,ANGELA JANE | declined rec |
| 03/27/05 | 15:23 | JOHNSON,ANGELA JANE | declined rec |
| 03/28/05 | 15:45 | JOHNSON,ANGELA JANE | declined rec |
| 03/29/05 | 15:30 | JOHNSON,ANGELA JANE | declined rec |
| 03/30/05 | 15:21 | JOHNSON,ANGELA JANE | REC DECLINED |
| 03/31/05 | 15:20 | JOHNSON,ANGELA JANE | declined rec |
| 04/01/05 | 15:29 | JOHNSON,ANGELA JANE | rec declined |
| 04/02/05 | 15:45 | JOHNSON,ANGELA JANE | declined rec |
| 04/03/05 | 15:38 | JOHNSON,ANGELA JANE | declined rec |
| 04/04/05 | 16:37 | JOHNSON,ANGELA JANE | declined rec |

JGR000255

## Benton County Correctional Center
## Inmate Outdoor Recreation Record

Inmate's Name: Angela Johnson                    Booking #: 2000-465

| Date | Time In ODR | Time Out ODR | Initials | Date | Time In ODR | Time Out ODR | Initials |
|------|-------------|--------------|----------|------|-------------|--------------|----------|
| 8-7-00 | 1400 | 1500 | | | | | |
| 8-11-00 | 1315 | | | | | | |
| 8/12/00 | 1815 | 1925 | 689 | | | | |
| 8-14-00 | Refused | | | | | | |
| 8/19/00 | 1630 | 1530 | 689 | | | | |
| 8-23-00 | Refused | | | | | | |
| 8-28-00 | 1510 | 1610 | | | | | |
| 9/2 | 1410 | 1450 | 689 | | | | |
| 9-4-00 | 1300 | 1400 | | | | | |
| 9-7-00 | 1235 | 1335 | | | | | |
| Lockdown till 9-1600/1530 | | | | | | | |
| 9-20-00 | 1430 | 1530 | | | | | |
| 9-23-00 | 1235 | 1335 | | | | | |
| 9-25-00 | 1230 | 1350 | | | | | |
| | | | | | | | |

JGR000256

# LINN COUNTY CORRECTIONAL CENTER
## BRIAN D. GARDNER – SHERIFF

MICHAEL J. CARR
JAIL ADMINISTRATOR
michael.carr@linncounty.org

**53 THIRD AVENUE BRIDGE**
**P. O. BOX 608**
**CEDAR RAPIDS, IA 52406-0608**
**(319) 892-6300**
**FAX (319) 892-6279**

PETER A. WILSON
ASST. JAIL ADMINISTRATOR
pete.wilson@linncounty.org

February 25, 2011

Marcia Morrissey
2115 Main Street
Santa Monica, CA 90405

Marcia,

Here are the entries from the Linn County Correctional Center Jail Logs for all periods of incarceration of Angela Jane Johnson (2000-2005).

| DATE | TIME | INCIDENT |
|------|------|----------|
| 12/05/2005 | 08:22 AM | Attorney Al Willet visit |
| 12/02/2005 | 2:35 PM | Attorney Patrick Joseph Berrigan visit |
| 11/16/2005 | 1:17 PM | Attorney Patrick Berrigan & Legal Assistant Bobbi McNurlen visit |
| 09/30/2005 | 9:18 AM | Attorney Patrick Berrigan visit |
| 09/22/2005 | 9:41 AM | Attorney visit |
| 09/13/2005 | 11:00 AM | Seeing legal assistant |
| 09/13/2005 | 10:54 AM | Attorney Nancy Willet visit |
| 08/26/2005 | 9:24 AM | Attorney Al Willet visit |

Sincerely,

Lieutenant Pete Wilson
Assistant Jail Administrator

Providing a Safe and Secure Environment is Our Mission.

# CONSULTATION REQUEST FORM

Date: 5/7/05                    Client ANGELA JOHNSON

I request my client be brought to the interview room for consultation.

Signature: _____
Attorney for inmate


# CONSULTATION REQUEST FORM

Date: 6-15-05                   Client ANGELA JOHNSON

I request my client be brought to the interview room for consultation.

Signature: _____
Attorney for inmate


# CONSULTATION REQUEST FORM

Date: 6/17/05                   Client Angela Johnson

I request my client be brought to the interview room for consultation.

Signature: _____
Attorney for inmate

JGR000258

**Name** JOHNSON, ANGELA JANE
**Master ID#** 15357                             Cell

SELECT RECORD:

| S# | Date | Time In | Out | Visitor Name | Sts |
|----|------|---------|-----|--------------|-----|
| 1 | 5/26/05 | 14:05 | 14:25 | GRAHAM, TODD | I |
| 2 | 5/26/05 | 14:03 | 14:23 | JOHNSON, ALYSSA | I |
| 3 | 5/24/05 | 13:23 | 13:43 | JOHNSON, PEARL | I |
| 4 | 5/24/05 | 13:20 | 13:40 | DIRKSEN, HOLLY | I |
| 5 | 5/15/05 | 14:43 | 15:03 | JACOBSON, WENDY JEAN | I |
| 6 | 5/08/05 | 13:26 | 13:46 | WILLIAMS, VALLI JO | I |

                                                    **Bottom**
F3=Exit                                           **F12=Previous**

JGR000259

*JAIL DIVISION*



## Woodbury County Sheriff's Office
P.O. Box 3715-SIOUX CITY, IOWA 51102

GLENN J. PARRETT, SHERIFF
GREGORY T LOGAN, CHIEF DEPUTY

PHONE: (712)279-6040
FAX: (712)279-6045

## FAX COVER SHEET

DATE: 5/5/05

TO: Tammy J
O. Nolan PA-C

TIME:

PHONE:

FAX: 252-3157

FROM: Dan RN

PHONE: (712)279-6040
FAX:      (712)279-6045

RE: jail Visit 5/6/05

Sorry, fax machine out of commission earlier today

Number of pages including cover sheet:

Gillaspie, David P.H.
1hr    DoB 10/23/85
     SS# 507152787

NOTES:

Johnson, Angela
1hr   DoB 1/17/41
    SS# 481862690

JGR000260

# Jail Visitor Log
## 2004001125

| Date | Visitor | Time In | Time Out | Booking# |
|------|---------|---------|----------|----------|
| 08/13/04 | STOWERS,DEAN ATTY | 10:48 | 00:00 | 2004001125 |
| 08/13/04 | WILLETT,AL ATTY | 10:48 | 00:00 | 2004001125 |
| 08/14/04 | WILLIAMS, VALLI | 13:05 | 14:30 | 2004001125 |
| 08/14/04 | WILLIAMS, JENNIFER | 13:05 | 14:30 | 2004001125 |
| 08/18/04 | WILLETT,AL ATTY | 15:20 | 15:45 | 2004001125 |
| 08/20/04 | HARE,LOU ANN | 09:45 | 11:30 | 2004001125 |
| 08/28/04 | JOHNSON, ALYSSA | 13:09 | 14:30 | 2004001125 |
| 10/02/04 | HAYS,JAMIE | 13:00 | 00:00 | 2004001125 |
| 10/02/04 | HAYS,TIMOTHY | 13:00 | 00:00 | 2004001125 |
| 10/02/04 | JOHNSON,MARVEA JANE | 13:00 | 00:00 | 2004001125 |
| 10/08/04 | LANOUE,NANCY LEGAL ASST. | 10:00 | 11:30 | 2004001125 |
| 10/08/04 | LANOUE,NANCY LEGAL ASST. | 12:30 | 00:00 | 2004001125 |
| 10/08/04 | WILLETT,AL ATTY | 14:15 | 00:00 | 2004001125 |
| 11/05/04 | LANOE,NANCY LEGAL ASST. | 10:35 | 00:00 | 2004001125 |
| 11/18/04 | JOHNSON,PAM | 09:18 | 11:15 | 2004001125 |
| 11/18/04 | JOHNSON,JAMES | 09:18 | 11:15 | 2004001125 |
| 11/18/04 | JOHNSON,MARVEA | 09:18 | 11:15 | 2004001125 |
| 11/19/04 | LANOE,NANCY LEGAL ASST. | 12:37 | 00:00 | 2004001125 |
| 12/26/04 | JACOBSON, WENDY & BROOKE | 11:58 | 13:00 | 2004001125 |
| 12/26/04 | KINSMAN, MARK | 11:58 | 13:00 | 2004001125 |
| 01/08/05 | DIRKSEN, HOLLY | 13:04 | 13:30 | 2004001125 |
| 01/08/05 | JOHNSON, PEARL | 13:04 | 13:30 | 2004001125 |
| 01/08/05 | ALYSSA JOHNSON | 13:55 | 14:00 | 2004001125 |
| 01/29/05 | TODD GRAHMAN | 13:55 | 14:00 | 2004001125 |
| 02/05/05 | WILLIAMS,VALLI | 13:38 | 14:38 | 2004001125 |
| 03/09/05 | BARRIGAN,PAT ATTY | 10:32 | 00:00 | 2004001125 |
| 03/12/05 | DIRKSEN,HOLLY | 13:23 | 00:00 | 2004001125 |
| 3/12/05 | HONKIN,MARVEA | 13:23 | 00:00 | 2004001125 |
| 03/15/05 | BARRIGAN,PAT ATTY | 14:00 | 00:00 | 2004001125 |
| 03/15/05 | STOWERS,DEAN | 14:00 | 00:00 | 2004001125 |
| 03/15/05 | GRAHAM,GREG | 14:00 | 00:00 | 2004001125 |
| 03/26/05 | GRAHAM,TODD | 13:50 | 00:00 | 2004001125 |
| 03/26/05 | JOHNSON,ALYSSA | 13:50 | 00:00 | 2004001125 |

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

3-26-05

Inmate Name: _Angie Johnson._

### Office Use Only
Date _3/36/05_ Time In _1350_ Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Alyssa Johnson_ DOB_____ DL# _585741000_

Address _125 Cathedral Oaks._ City _Forest City_

State _IA._ Zip Code _50436_ Phone# _(641) 590 2529._

License Plate Number _____ Relationship _Daughter_

✓ entered

### Office Use Only
Date _3/26/05_ Time In _1350_ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _Todd Graham_ DOB_____ DL# _081B137288_

Address _101 Westhaven ct,_ City _Forest City_

State _IA,_ Zip Code _50436_ Phone# _(641) 590 3228_

License Plate Number _____ Relationship _Friend,_

✓ Entered

### Office use Only
Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (____) _____

License Plate Number _____ Relationship_____

JGR000262

109

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _Angela Johnson_

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

**OFFICE USE:** Date: _3/15/05_  Time In: _1400_  Time Out: _____

Visitor Name: _Corey Guski   Dan Stravers  Pat Berrigan_

Occupation: _Attorneys + Investigators_  Agency: _____

Address: _505 5th Ave Ste 1010_  City & State _Des Moines Iowa 50309_

Telephone # _515 243 7600_

Case 3:09-cv-03064-MWB-LTS   Document 84-5   Filed 06/23/11   Page 63 of 100

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angelah Johnson_

**Office Use Only**

Date _3/12/05_ Time In _1323_ Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

✓
*Entered*

Name _Zilla J. Dirksen_ DOB _2-5-73_ DL# _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_

Address _411 E. Main St._ City _Klemme_

State _Ia_ Zip Code _50449_ Phone# _(641) 587-2294_

License Plate Number _____ Relationship _Sister_

**Office Use Only**

Date _3/12/05_ Time In _1323_ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

✓
*Entered*

Name _Marvea J. Honken_ DOB _2-14-94_ DL# _____

Address _23287 Barley Ave_ City _Fairbault_

State _Mn_ Zip Code _55021_ Phone# _(507) 334-8698_

License Plate Number _____ Relationship _Daughter_

**Office use Only**

Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# ( ___ ) _____

License Plate Number _____ Relationship _____

# WATSON & DAMERON, LLP

## TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguia • Joseph P. Masterson

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

---

## F A X   T R A N S M I T T A L

### COVER SHEET

TO                    :        Hardin County Jail (Attn: Dave)

FROM            :        Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE            :        3/7/05

RE                    :        Atty/Inmate visit: Angela Johnson

FAX NUMBER        :        641-939-8212

TOTAL NUMBER OF PAGES FAXED:    1    PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Dave:

Per our telephone conversation this afternoon, thank you for allowing Mr. Berrigan to be scheduled to see his client Angela Johnson on Wednesday, March 9, 2005 beginning at 3:00 p.m.

If you should have any questions or concerns, please do not hesitate to contact me at 816-474-3350, ext. 101.

Sincerely,

Becky Walker

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____  ORIGINAL NOT MAILED _____ X _____



# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

---

**Office Use Only**
Date _2-09-05_ Time In _1300_ Time Out _____

---

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Valli Williams_ DOB _11-11-50_ DL# _____

Address _2138 Oxford St._ City _Rockford, IL_

State _IL_ Zip Code _61103_ Phone# (_815_) _962-3967_

License Plate Number _IL 733330_ Relationship _Friend_

---

**Office Use Only**
Date _____ Time In _____ Time Out _____

---

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# (___) _____

License Plate Number _____ Relationship _____

---

**Office use Only**
Date _____ Time In _____ Time Out _____

---

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _____ DOB _____ DL# _____

Address _____ City _____

State _____ Zip Code _____ Phone# (___) _____

License Plate Number _____ Relationship _____

JGR000266

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS                                                    ‡Licensed in IL & Federal Court only
†Licensed in MO & CA                                                    All others licensed in Missouri only

## FAX TRANSMITTAL

### COVER SHEET

TO                    :    Bridget; Hardin County Jail

FROM              :    Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE              :    2/1/05

RE                   :    Attorney/Client Visit with Angela Johnson

FAX NUMBER      :    641-939-8212

TOTAL NUMBER OF PAGES FAXED:    1    PAGES INCLUDING COVER SHEET

**NOTE:**
Dear Bridget:

This facsimile serves as a confirmation for Mr. Patrick J. Berrigan and Gordon Gratias to visit inmate Angela Johnson, on Wednesday, February 2, 2005 at 11:00 a.m. This visit will be approximately 1 hour in length. Thank you, Bridget, for your kind help in arranging this for us.

Sincerely,

Becky Walker
Legal Secretary to Patrick J. Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____    ORIGINAL NOT MAILED _____    XXX _____

246

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**
Date 1/29/05 Time In 1355 Time Out 1400

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Alyssa Johnson DOB 8/7/83 DL# 585441000

Address 125 Cathedral Oaks #14 City Forest City

State IA Zip Code 50436 Phone# (641) 590-2529

License Plate Number _____ Relationship daughter

**Office Use Only**
Date ____ Time In ____ Time Out ____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Todd Grahm DOB 1/5/65 DL# _____

Address _____ City Forest City

State IA Zip Code 50436 Phone# (641) 590-3228

License Plate Number _____ Relationship Friend

**Office use Only**
Date ____ Time In ____ Time Out ____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Angeleah Johnson DOB 8/9/02 DL# None

Address 125 Cathedral Oaks #14 City Forest City

State IA Zip Code 50436 Phone# (641) 590-2529

License Plate Number _____ Relationship Grand daughter

# WATSON & DAMERON, LLP
## TRIAL ATTORNEYS
Henri J. Watson • Russell S. Dameron
Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡
Of Counsel: Ramón Murguía • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## FAX TRANSMITTAL

### COVER SHEET

TO              :     Nick, Hardin County Jail

FROM            :     Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE            :     1/11/05

RE              :     Attorney/Inmate Contact Visit w/Inmate Angela Johnson

FAX NUMBER      :     641-939-8212

TOTAL NUMBER OF PAGES FAXED: ___1___ PAGES INCLUDING COVER SHEET

**NOTE:**

Dear Nick: Mr. Berrigan would like to move his client visitation with Angela Johnson from tomorrow, Wednesday, January 12, 2005, to Thursday, January 13th at noon to 2:00 p.m. Unfortunately, his traveling plans to Iowa on the 12th have been changed to the 13th. Please call me at 816-474-3350, ext. 101 at your earliest convenience for confirmation. Thank you.

Sincerely,

**Becky Walker**
**Exec. Legal Secretary to Patrick J. Berrigan**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____     ORIGINAL NOT MAILED _____ XXX _____

JGR000269

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# WATSON & DAMERON, LLP

### TRIAL ATTORNEYS

Henri J. Watson • Russell S. Dameron

Patrick J. Berrigan • Kathleen M. Hagen* • Angela L. Williams* • Janell N. Avila‡

Of Counsel: Ramón Murguia • Joseph P. Masterson†

*Licensed in MO & KS
†Licensed in MO & CA

‡Licensed in IL & Federal Court only
All others licensed in Missouri only

## FAX TRANSMITTAL

### COVER SHEET

TO          :    Nick, Hardin County Jail

FROM        :    Becky Walker, Exec. Legal Secretary to Patrick J. Berrigan

DATE        :    1/7/05

RE          :    Attorney/Inmate Contact Visit Confirmation w/Angela Johnson

FAX NUMBER  :    641-939-8212

TOTAL NUMBER OF PAGES FAXED: ___1___  PAGES INCLUDING COVER SHEET

**NOTE:**

Nick

Per our conversation today, this facsimile serves as a confirmation fax regarding Mr. Berrigan's request for a contact visit with inmate Ms. Angela Johnson on Wednesday, January 12, 2005, beginning at 11:00 a.m. and lasting until 1:00 p.m. at the Hardin County Jail.

Thanks, Nick, for your kind help in this matter.

Sincerely,

Becky Walker
Exec. Legal Secretary to Patrick J. Berrigan

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

ORIGINAL MAILED _____ ORIGINAL NOT MAILED _____    XXX

241

2500 Holmes, Kansas City, MO 64108 • wdlaw@kctriallawyers.com • Fax:(816) 221-1636 • (816) 474-3350

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

### Office Use Only
Date 1-8-05 Time In_____ Time Out_____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Holly J. Dirksen DOB 2-5-73 DL# 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
Address 411 E. Main St City Klemme
State IA Zip Code 50449 Phone# (641) 587-2294
License Plate Number_____ Relationship Sister

### Office Use Only
Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Haley J. P. Thornton DOB 5-8-93 DL# NA
Address 411 E. Main St. City Klemme
State Ia Zip Code 50449 Phone# (641) 587-2294
License Plate Number NA Relationship Neice

### Office use Only
Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name P. J. Johnson DOB_____ DL#_____
Address 1416 2nd St S.E. City Mason City
State Ia Zip Code 50401 Phone# (641) 424-1442
License Plate Number ✓ Relationship Mother

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 71 of 100

JGR0002771

223

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angie Johnson_

Office Use Only
Date _11/18_ Time In _0918_ Time Out _1115_ ALL Same Time

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Pam Johnson_ DOB _7/23/43_ DL# _J525-6674-37_ WI

Address _10395 33rd Av_ City _Chippewa Fall_

State _Wi_ Zip Code _54729_ Phone# _(715) 723-0836_

License Plate Number _Wi 6737_ Relationship _Step mother_

Office Use Only
Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _James Johnson_ DOB _7/23/43_ DL# _J525-4504-226_ 06

Address _Same_ City_____

State_____ Zip Code_____ Phone# (___)_____

License Plate Number _Wi 6737_ Relationship _Father_

Office use Only
Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name _Marvea Johnson_ DOB _94/2/14_ DL# _None_

Address _23287 Bagley Ave._ City _Faribault_

State _MN_ Zip Code _?_ Phone# _334 8698_

License Plate Number _?_ Relationship _Daughter!_

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 72 of 100
JGR000272
075

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**

Date 7/6/04 Time In 1340 Time Out 1440

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Holley Dirksen   DOB 2-5-73 DL# 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

Address 411 E. main St   City Klemme

State Ia   Zip Code 50449   Phone# (641) 587-2294

License Plate Number _____   Relationship Sister

**Office Use Only**

Date _____ Time In _____ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Mike Dirksen   DOB 9-22-70 DL# 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

Address 411 E. main St   City Klemme

State Ia   Zip Code 50449   Phone# (641) 587-2294

License Plate Number _____   Relationship Brother in law

**Office use Only**

Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Marvea Honken   DOB 10 ___ DL# _____

Address 23287 Basley Dr.   City Fairbault

State MN   Zip Code _____   Phone# (507) 334-8698

License Plate Number _____   Relationship Daughter

Case 3:09-cv-03064-MWB-LTS    Document 45    Filed 06/23/11    Page 74 of 100

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _Angela Johnson_

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

OFFICE USE: Date: _10-8-04_ Time In: _1000_ Time Out: _11:30_
_12-30_

Visitor Name: _Nancy Lanoue_

Occupation: _Legal Asst._ Agency: _AL Willett, Esq_

Address: _118 3rd Ave Ste 500_ City & State _Cedar Rapids_

Telephone # _3164-24167_

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela J. Johnson

### Office Use Only
Date 10-2-04 Time In 1300 Time Out _____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Jamie Jo Hays   DOB 11-24-65 DL# H-200-366-420-898
Address 23287 Bagley Ave   City Faribault
State MN   Zip Code 55021   Phone# (507) 334-8698
License Plate Number GGG 063   Relationship Sister

### Office Use Only
Date _____ Time In _____ Time Out _____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name Marvea Jane Honken Johnson DOB 2-14-94 DL# _____
Address 23287 Bagley Ave   City Faribault
State MN   Zip Code 55021 Phone# (507) 334-8698
License Plate Number _____ Relationship Daughter to Angela Johnson

### Office use Only
Date _____ Time In _____ Time Out _____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name Timothy Harold Hays DOB 05-04-66 DL# H-200-793-298-341
Address 23287 Bagley Ave   City Faribault
State MN   Zip Code 55021   Phone# (507) 334-8698
License Plate Number GGG 063   Relationship Brother in law

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Johnson Angela_

**Office Use Only**
Date _8-28_ Time In _1309_ Time Out _1430_

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Alyssa Johnson_ DOB _8/7/83_ DL# _585441000_
Address _25 Cathedral Oaks #14_ City _Forest City_
State _IA_ Zip Code _50436_ Phone# _(641) 590-2529_
License Plate Number _____ Relationship _daughter_

**Office Use Only**
Date_____ Time In_____ Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____
Address_____ City_____
State_____ Zip Code_____ Phone# (____) _____
License Plate Number_____ Relationship_____

**Office use Only**
Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____
Address_____ City_____
State_____ Zip Code_____ Phone# (____) _____
License Plate Number_____ Relationship_____

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

**Office Use Only**

Date 8/20    Time In 9845    Time Out 1130

Enter O

### Visitor #1 Information-PLEASE PRINT CLEARLY   10-74

Name Lou Ann Hare    DOB 3-30-64 DL# 970AA0197

Address 332 14 St SE    City Mason City

State IA    Zip Code 50401    Phone# (641) 424-4647

License Plate Number 810 NNE    Relationship friend

**Office Use Only**

Date_____Time In_____Time Out_____

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (_____) _____

License Plate Number_____ Relationship_____

**Office use Only**

Date_____Time In_____Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (_____) _____

License Plate Number_____ Relationship_____

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _ANGELA JOHNSON_

_____

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

TO Library

| OFFICE USE: Date: 8-18-04 | Time In: 1520 | Time Out: |

Enter

Visitor Name: _AL WILLETT_

Occupation: _ATTY._    Agency: _LAW FIRM_

Address: _118 3RD AVE S.E._    City & State _CEDAR RAPIDS, IOWA_

Telephone # _(319) 364-2467_

GTR0002485

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: Angela Johnson

### Office Use Only
Date 14 Aug 2004 Time In 1305 Time Out 1430

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name Valli Williams    DOB 11-11-1950 DL#

Address 213 E Oxford Street    City Rockford,

State IL    Zip Code 61103    Phone# (815) 962-3967

License Plate Number 590 W 699    Relationship Lawyer (not of record)/friend

*(left margin, handwritten, sideways): Drove 600 miles RT, so let visit. Counsel them 1/2 hr.*

### Office Use Only
Date 8-14-04 Time In 1305    Time Out

### Visitor #2 Information-PLEASE PRINT CLEARLY

*(handwritten: Entered)*

Name JENNIFER WILLIAMS    DOB 05-04-1986 DL#

Address 213E OXFORD STREET    City ROCKFORD

State IL    Zip Code 61103    Phone# (815) 962-3967

License Plate Number 590 W 699    Relationship FRIEND

### Office use Only
Date_____Time In_____Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

Name_____ DOB_____ DL#_____

Address_____ City_____

State_____ Zip Code_____ Phone# (____)_____

License Plate Number_____ Relationship_____

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE PRIVILEGED VISITATION

Inmate Name(s): _Angela Johnson_

_____

All visitors are subject to search. Visitors must produce photo identification containing their name, social security number, and date of birth. Privileged visitors must produce proof of profession to the satisfaction of Jail Administration. Any visit may be terminated at any time for security reasons. Privileged visitors may be asked to leave bags or valuables outside of the secured area if granted facility access.

OFFICE USE: Date: _8-13-04_   Time In: _1048_   Time Out: _____

Visitor Name: _Dean Stowers + AL WILLETT_

Occupation: _Attorney_         Agency: _Law Firm_

Address: _505 5th Avenue Suite 1010_ City & State _Des Moines Iowa 50309_

Telephone # _515 243 7600_

Case 3:09-cv-03064-MWB-LTS   Document 62-5   Filed 06/23/11   Doc ID: TR000285

# HARDIN COUNTY CORRECTIONAL CENTER
## INMATE VISITOR REGISTRATION

Inmate Name: _Angela Johnson_

**Office Use Only**

Date_____ Time In_____ Time Out_____

### Visitor #1 Information-PLEASE PRINT CLEARLY

Name _Wendy Jacobson_ DOB _01/04/62_ DL#_____

#13680062 Address _4301 Hickory Tree_ City _Balch Springs_

State _TX_ Zip Code _75180_ Phone# _(972) 286-1335_

License Plate Number _Temp plate_ Relationship _Sister_

**Office Use Only**

Date_____ Time In_____ Time Out_____

DL 17618184

### Visitor #2 Information-PLEASE PRINT CLEARLY

Name _MARK KINSMAN_ DOB _12/23/54_ DL#_____

Address _4301 Hickory Tree_ City _Balch Springs_

State _TX_ Zip Code _75180_ Phone# _(972) 286 1335_

License Plate Number_____ Relationship _brother in law_

**Office use Only**

Date_____ Time In_____ Time Out_____

### Visitor #3 Information-PLEASE PRINT CLEARLY

DL 19516766 Name _Brooke Jacobson_ DOB _06/23/85_ DL#_____

Address _4301 Hickory Tree_ City _Balch Springs_

State _TX_ Zip Code _75180_ Phone# _(972) 286 1335_

License Plate Number_____ Relationship _niece_

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 03/28/05 | 23:24 | TV GUIDE | S | 2004001125 | | |
| 03/28/05 | 23:24 | MARVEA JOHNSON | S | 2004001125 | | |
| 03/29/05 | 10:09 | HUISENGA, HELL X2 | R | 2004001125 | | |
| 03/29/05 | 23:16 | PAT BERRIGAN | S | 2004001125 | 2500 HOLMES | KANSAS CITY IA 64108 |
| 03/29/05 | 23:19 | PJ JOHNSON | S | 2004001125 | | |
| 03/29/05 | 23:20 | WENDY JACOBSON | S | 2004001125 | 4301 | |
| 03/30/05 | 10:00 | HUISENGA, SAMANTHA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/30/05 | 10:01 | HUISENGA,SAMANTHA | R | 2004001125 | | |
| 03/30/05 | 10:01 | HAYES, JEFFREY-US PEN. | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/30/05 | 10:02 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401-4405 |
| 03/30/05 | 10:02 | HUISENGA,SAMANTHA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/30/05 | 10:03 | HUISENGA,SAMANTHA | R | 2004001125 | | |
| 03/30/05 | 23:21 | JOHNSON,PJ | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA |
| 03/30/05 | 23:22 | VEA, PRINCESS | S | 2004001125 | | |
| 03/30/05 | 23:22 | HUISENGIA,SAM HOOKER | S | 2004001125 | | |
| 03/30/05 | 23:22 | HAYES,JEFFREY | S | 2004001125 | USP PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/31/05 | 10:09 | JACOBSON,W. | R | 2004001125 | | |
| 03/31/05 | 10:10 | JOHNSON, P.J. | R | 2004001125 | | |
| 03/31/05 | 10:25 | NORTHWESTERN BOOK STORES | R | 2004001125 | 14150 NICOLLETE AVE S | BURNSVILLE MN 55337 |
| 04/01/05 | 00:11 | COOKE,DADY | S | 2004001125 | 10395 33 AV | CHIPPEWA FALLS WI 54729 |
| 04/01/05 | 00:12 | SANCHEZ,TAMTINKLE | S | 2004001125 | | |
| 04/01/05 | 00:12 | JOHNSON,ALYSSA | S | 2004001125 | | |
| 04/01/05 | 00:13 | JOHNSON,JIM | S | 2004001125 | | |
| 04/01/05 | 00:13 | NOODLEZ,  SUITE 205 | S | 2004001125 | 6750 W TOWN PW 205 | WEST DES MOINES IA 50266 |
| 04/01/05 | 11:26 | HUISENGA,SAMANTHA | R | 2004001125 | | |
| 04/01/05 | 11:27 | HUISENGA,SAMANTHA | R | 2004001125 | | |
| 04/01/05 | 11:27 | HUISENGA,SAMANTHA | R | 2004001125 | | |
| 4/01/05 | 11:28 | HAYES,JEFFREY | R | 2004001125 | | |
| 04/01/05 | 11:30 | RSOENBERG STOWERS MORSE | R | 2004001125 | 505 FIFTH AV | DES MOINES IA 50309 |
| 04/01/05 | 23:22 | ROSENBERG STOWERS MORSE | S | 2004001125 | 505 FIFTH AVE 1010 | DES MOINES IA 50309-2315 |
| 04/02/05 | 10:24 | TERPSTRA,EPPING AND WILLETT | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 50401-1424 |
| 04/02/05 | 23:28 | PJ JOHNSON | S | 2004001125 | | |
| 04/02/05 | 23:28 | JEFFERY HAYES | S | 2004001125 | | |
| 04/02/05 | 23:28 | WENDY JACOBSON | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 04/02/05 | 23:29 | SAMANTHA HUISENGA | S | 2004001125 | | |
| 04/02/05 | 23:29 | DAVE NIEMAN | S | 2004001125 | 1102 330 ST | FOREST CITY IA 50436 |
| 04/03/05 | 23:24 | WILLIAMS, VJ | S | 2004001125 | 2121 AUBURN ST | ROCKFORD IL 61103 |
| 04/03/05 | 23:26 | JOHNSON, MARREA JANE | S | 2004001125 | 23287 BAGLEY AVE | FAIRBULT MN 55021 |
| 04/04/05 | 09:48 | HAYES,JEFFERY | R | 2004001125 | | |
| 04/04/05 | 09:49 | HUISENGA | R | 2004001125 | | |
| 04/04/05 | 09:59 | JOHNSON,P.J. | R | 2004001125 | | |
| 04/04/05 | 10:00 | TV GUIDE | R | 2004001125 | | |
| 04/04/05 | 23:37 | P J JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON SHITTY IA 50401 |
| 04/04/05 | 23:38 | JEFFERY HAYES | S | 2004001125 | | |
| 04/04/05 | 23:38 | SAMANTHA HUISENGA | S | 2004001125 | | |
| 04/05/05 | 10:11 | TERPSTRA  EPPING WILLETT | R | 2004001125 | | |

JGR000282

024

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 03/15/05 | 11:55 | TERPSTRA,EPPING,&WILLETT X2 | R | 2004001125 | 118 3 AVE SE | CEDAR RAPIDS IA 52401-1424 |
| 03/15/05 | 23:08 | P.J. JOHNSON | S | 2004001125 | 1416 2ND ST | MASON CITY IA 50401 |
| 03/15/05 | 23:09 | SNATCHMANTHA HEISENGA | S | 2004001125 | PO BOX 114 | MASON CITY IA 50431 |
| 03/16/05 | 12:23 | HAYES, JEFFREY-LEAVENWORTH | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/16/05 | 12:24 | PJ JOHNSON | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 03/16/05 | 23:18 | JEFF HAYES | S | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/16/05 | 23:20 | WENDY JACOBSON | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 03/17/05 | 10:10 | TERPSTRA EPPING WILLETT | R | 2004001125 | | |
| 03/17/05 | 10:10 | TERPSTRA EPPING WILLETT | R | 2004001125 | | |
| 03/17/05 | 10:11 | NO NAME | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/17/05 | 10:11 | W JACOBSON | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 03/17/05 | 10:14 | W JACOBSON | R | 2004001125 | | |
| 03/17/05 | 10:14 | W JACOBSON | R | 2004001125 | | |
| 03/18/05 | 00:57 | JACOBSON,W | S | 2004001125 | | |
| 03/18/05 | 00:57 | HUISENEIA,SAM | S | 2004001125 | | |
| 03/18/05 | 11:23 | TINLER,JESSICA | R | 2004001125 | | |
| 03/18/05 | 11:48 | TERPSTRA EPPING AND WILLET X2 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 03/18/05 | 11:55 | ROSENBERG,STOWERS &MORSE | R | 2004001125 | 505 5 AVE | DES MOINES IA 50309 |
| 03/18/05 | 23:15 | PJ JOHNSON | S | 2004001125 | | |
| 03/18/05 | 23:25 | JEFFERY HAYES | S | 2004001125 | | |
| 03/19/05 | 11:36 | TIME MAGAZINE | R | 2004001125 | PO BOX 60001 | TAMPA FL 33660-0001 |
| 03/19/05 | 11:37 | SAMANTHSNATCH | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/19/05 | 11:38 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 6738-2139 |
| 03/19/05 | 11:39 | JOHNSON,JAMES SHELLEY-MO $100 | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 03/19/05 | 23:21 | SAM HUISENGA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 03/19/05 | 23:21 | MARVEA JOHNSON | S | 2004001125 | | |
| 03/19/05 | 23:21 | VJ WILLIAMS | S | 2004001125 | | |
| 03/20/05 | 23:15 | DAVE NIEMAN | S | 2004001125 | 1102 230 ST | FOREST CITY IA 50436 |
| 03/21/05 | 10:37 | HAYES,JEFFREY | R | 2004001125 | BOX 1000 | LEAVENWORTH KS 66048 |
| 03/21/05 | 10:37 | TV GUIDE | R | 2004001125 | | |
| 03/21/05 | 23:00 | THORNTON,HALEY | S | 2004001125 | 411 E MAIN | KLEMME IA 50449 |
| 03/21/05 | 23:33 | HAYES,JEFF | S | 2004001125 | P.O. 1000 | LEAVENWORTH KS 66048 |
| 03/22/05 | 10:26 | EPPING & WILLETT,TERPSTRA | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 03/22/05 | 10:29 | ERRING & WILLETT,TERPSTRA | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 03/22/05 | 10:31 | JOHNSON,J.D. | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 03/23/05 | 00:33 | SNATCHMANTHA HUISENGA | S | 2004001125 | PO BOX 14 | COUTLER IA 50431 |
| 03/23/05 | 00:34 | TAMTINKLE SANCHEZ | S | 2004001125 | 521 AUSTIN | T. OR. C NM 82901 |
| 03/23/05 | 10:47 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 03/23/05 | 10:48 | JOHNSON,P.J. | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 03/23/05 | 10:49 | SNATCHULA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/23/05 | 10:50 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST ST2E | ROCKFORD IL 61103 |
| 03/23/05 | 10:51 | ERRING & WILLETT,TERPSTRA | R | 2004001125 | 118 3 AVE ST500 | CEDAR RAPIDS IA 52401-1424 |
| 03/23/05 | 10:53 | ERRING & WILLERR,TERPSTRA | R | 2004001125 | 118 3 AVE ST500 | CEDAR RAPIDS IA 52401-1424 |
| 03/23/05 | 23:27 | JOHNSON,MARVEA | S | 2004001125 | | |
| 03/23/05 | 23:27 | LANOLLE,NANCY | S | 2004001125 | | |
| 03/23/05 | 23:31 | JACOBSON,WENDY | S | 2004001125 | | |
| 03/24/05 | 10:44 | SNATCHULA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/24/05 | 10:45 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST 2E | ROCKFORD IL 61103 |
| 03/24/05 | 23:18 | PJ JOHNSON | S | 2004001125 | | |
| 03/24/05 | 23:19 | VJ WILLIAMS | S | 2004001125 | 2121 AUBURN ST | ROCKFORD IL 61103 |
| 03/25/05 | 10:07 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE | BLACH SPRINGS TX 75180 |
| 03/25/05 | 23:56 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 | MASON CITY IA 50401 |
| 03/25/05 | 23:57 | JIM & SHELLEY | S | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 03/26/05 | 11:25 | BETHEL LUTHERAN CHURCH | R | 2004001125 | 1132 6 ST NW | FARIBAULT MN 55021 |
| 03/26/05 | 11:29 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE | ROCKFORD IL 61103 |
| 03/26/05 | 11:30 | MARSOLE,SUE | R | 2004001125 | BOX 6000 | GREENVILLE IL 62246 |
| 03/26/05 | 11:35 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 03/27/05 | 23:19 | MARSOLEK,SUE | S | 2004001125 | 314 E 6 ST | WATERLOO IA 50703 |
| 03/27/05 | 23:19 | HUISENGA,SNATCHMANTHA | S | 2004001125 | P.O. BOX 114 | COULTER IA 50431 |
| 03/27/05 | 23:20 | WILLIAMS,VADI | S | 2004001125 | 2121 AUBURN ST 2 | ROCKFORD IL 61103 |
| 03/27/05 | 23:20 | HAYS,JAMIE JO | S | 2004001125 | 23287 BAGLEY AV | FAIRBAULT MN 55021 |
| 03/28/05 | 10:39 | TV GUIDE | R | 2004001125 | | |
| 03/28/05 | 10:40 | NO NAME | R | 2004001125 | BOX 114 | COULTER IA 50431 |

Case 3:09-cv-03064-MWB-LTS      Document 68-85      Filed 06/23/10      Page 83 of 100

023

Hardin Co. Sheriffs Office

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 03/02/05 | 10:45 | MEDINA, J-DAKOTA CO JAIL | R | 2004001125 | PO BOX 305 | DAKOTA CITY NE 68731 |
| 03/02/05 | 10:46 | WILLIAMS- MO $30 | R | 2004001125 | 2121 AUBURN ST STE2E | ROCKFORD IL 61103 |
| 03/02/05 | 10:47 | TERPSTRA EPPING WILLETT | R | 2004001125 | 118 SE 3 AV SE500 | CEDAR RAPIDS IA 52401-1424 |
| 03/02/05 | 10:48 | COSMOPOLITAN MAGAZINE | R | 2004001125 | | |
| 03/03/05 | 10:24 | JOHNSON, PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 03/03/05 | 10:50 | DIRKSEN,M & H | R | 2004001125 | 411 E MAIN ST | KLEMME IA 50449 |
| 03/03/05 | 10:50 | JACOBSON, W X 2 | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 03/05/05 | 10:04 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 03/05/05 | 10:11 | TERPSTRA EPPING & WILLETT | R | 2004001125 | | |
| 03/05/05 | 10:11 | WATSON & DAMERSONLLP | R | 2004001125 | | |
| 03/06/05 | 23:16 | NIEMAN,DAVID | S | 2004001125 | | |
| 03/06/05 | 23:17 | WENDY JACOBSON | S | 2004001125 | 1102 330 ST | FOREST CITY IA 50436 |
| 03/06/05 | 23:19 | P J JOHNSON | S | 2004001125 | | |
| 03/06/05 | 23:20 | JOHNSON,MARVIN | S | 2004001125 | | |
| 03/06/05 | 23:21 | WILLIAMS,VALLI | S | 2004001125 | | |
| 03/06/05 | 23:22 | HUISENGA,SAMANTHA | S | 2004001125 | | |
| 03/07/05 | 10:50 | TV GUIDE MARCH 13-19 | R | 2004001125 | | |
| 03/07/05 | 10:51 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 03/07/05 | 10:52 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 03/07/05 | 10:54 | HAYES,JEFFREY 06216029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/07/05 | 11:18 | KINSMAN,WENDY | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 03/07/05 | 11:19 | | R | 2004001125 | | |
| 03/08/05 | 00:27 | MEDINA,JONNIE | S | 2004001125 | P.O. BOX 305 | DAKOTA CITY NE 68731 |
| 03/08/05 | 00:27 | WILLIAMS,VALLI | S | 2004001125 | 2121 AUBURN ST | ROCKFORD IL 61103 |
| 03/08/05 | 00:28 | HAYES,JEFFRY | S | 2004001125 | P.O. BOX 1000 | LEAVENWORTH KS 66048 |
| 03/08/05 | 00:28 | THORNTON,HALEY | S | 2004001125 | 411 E MAIN | KLEMME IA 50449 |
| 03/08/05 | 00:29 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 3/08/05 | 00:29 | JOHNSON,P.J. | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 03/08/05 | 09:06 | TERPSTRA,EPPING &WILLETX2 | R | 2004001125 | 118 3 AVE #500 | CEDAR RAPIDS IA 52401-1424 |
| 03/08/05 | 23:08 | HUISENGA,SAMMY | S | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/08/05 | 23:09 | LOVE,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS AV 14 | FOREST CITY IA 50436 |
| 03/08/05 | 23:09 | JACOBSON,WENDY | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINDS TX 75180 |
| 03/08/05 | 23:10 | WILLETT,AL | S | 2004001125 | 118 SE 3 AV | CEDAR RAPIDS IA 52401 |
| 03/09/05 | 00:15 | JOHNSON,MARVIN | S | 2004001125 | 23286 BAGLEY AV | FAIRDAULT MN 55021 |
| 03/09/05 | 11:04 | TERPSTRA,EPPING&WILLETTX2 | R | 2004001125 | | |
| 03/09/05 | 11:05 | HUISENGA,SAMANTHA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 03/09/05 | 23:19 | OLSON,MIKELL | S | 2004001125 | 20 2ND ST 2508 | JERSEY CITY NJ 07302 |
| 03/09/05 | 23:20 | JACOBSON,WENDY | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 03/10/05 | 10:02 | SAM | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 03/10/05 | 10:03 | KINSMAN, WENDY | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 03/10/05 | 10:05 | TERPSTRA, EPPPING & WILLETT | R | 2004001125 | | |
| 03/10/05 | 23:06 | BERRIGAN,PATRICK X2 | S | 2004001125 | 2500 HOLMES | KANSAS CITY MO 64108 |
| 03/10/05 | 23:17 | HAYES,JEFF | S | 2004001125 | PO BOX 1000 | LEVINGWORTH KS 66048 |
| 03/10/05 | 23:18 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 03/12/05 | 00:16 | DAD AND COOKIE | S | 2004001125 | 10395 33 AV | CHIPPEWA FALLS WI 54729 |
| 03/12/05 | 00:16 | WILLETT,AL | S | 2004001125 | 118 SE 3 AV | CEDAR RAPIDS IA 52401 |
| 03/12/05 | 00:17 | JOHNSON,P.J. | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 03/12/05 | 11:08 | TERPSTRA,EPPING &WILLET X2 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 03/12/05 | 11:09 | HUISENGA,SAMANTHA X2 | R | 2004001125 | PO BOX 114 | COULTER IA 52431 |
| 03/12/05 | 11:09 | READERS DIGEST APRIL 2005 | R | 2004001125 | | |
| 03/12/05 | 23:13 | JEFFERY HAYES | S | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 03/12/05 | 23:14 | SAMANTHA HUISENGA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 03/13/05 | 23:15 | DIRKSEN,HOLLY | S | 2004001125 | 411 E MAIN | KLEMME IA 50449 |
| 03/13/05 | 23:17 | WILLIAMS,VALLI | S | 2004001125 | 2121 AUBURN ST 2E | ROCKFORD IL 61103 |
| 03/14/05 | 10:37 | KINSMAN,WENDY (JACOBSEN) X2 | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| '14/05 | 10:38 | JOHNSON,PJ | R | 2004001125 | 1108 NORTH CAROLINA AVE #1 | MASON CITY IA 50401 |
| /14/05 | 10:40 | HUISENGA,SAMANTHA X2 | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 03/14/05 | 10:53 | COSMOPOLITAN MAGAZINE APRIL 05 | R | 2004001125 | | |
| 03/14/05 | 10:53 | TV GUIDE MARCH 20-26 | R | 2004001125 | | |
| 03/14/05 | 23:56 | JOHNSON,MARVEA | S | 2004001125 | BAGLEY AV | FAIRBAULT MN 55021 |
| 03/14/05 | 23:58 | SAMANTHA HUISENGA | S | 2004001125 | 521 PO BOX 114 | COULTER IA 50431 |
| 03/15/05 | 11:52 | HUISENGA,SAMANTHA | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 03/15/05 | 11:52 | JACOBSON,W | R | 2004001125 | | |

se 3:09 cv 3064-MWB-LTS    Document 284-55   Filed 06/23/11    Page 84 of 100

JGR000264

022

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|-----------|
| 02/09/05 | 10:15 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 02/09/05 | 11:17 | AMAZON.COM | R | 2004001125 | 2654 N HIGHWAY 169 | COFFEYVILLE KS 67337 |
| 02/10/05 | 10:42 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE2E | ROCKFORD IL 61103 |
| 02/10/05 | 10:47 | READER'S DIGEST | R | 2004001125 | | |
| 02/11/05 | 11:42 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 02/11/05 | 11:42 | JACOBSON, W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/11/05 | 11:43 | TERPSTRA,EPPING WILLET X5 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 02/11/05 | 11:45 | DIRKSEN,M&H | R | 2004001125 | 744 E MAIN ST | KLEMME IA 50449 |
| 02/12/05 | 12:46 | HAYES,JEFFREY 06216029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 02/12/05 | 12:48 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS IA 75180-2836 |
| 02/12/05 | 12:48 | MARSOLEK,SUE #08515-029 | R | 2004001125 | BOX 6000 | GREENVILLE IL 62246 |
| 02/14/05 | 10:24 | PJ JOHNSON | R | 2004001125 | | |
| 02/14/05 | 10:25 | HAYES, JEFFERY W | R | 2004001125 | US PENETENTARY | LEAVENWORTH KS 66048 |
| 02/14/05 | 10:27 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE 2 | ROCKFORD IL 61103 |
| 02/14/05 | 10:28 | MIKELL OLSON | R | 2004001125 | 20 2ND ST T2508 | JERSERY CITY NJ 07302 |
| 02/14/05 | 10:29 | W. JACOBSON | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/14/05 | 10:31 | TV GUIDE | R | 2004001125 | | |
| 02/15/05 | 10:21 | JACOBSON,W. | R | 2004001125 | | |
| 02/15/05 | 10:23 | TERPSTRA,EPPING & WILLETT | R | 2004001125 | | |
| 02/16/05 | 10:56 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST | ROCKFORD |
| 02/16/05 | 11:00 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2936 |
| 02/17/05 | 09:51 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/18/05 | 10:08 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALSCH SPRINGS IA 75180-2836 |
| 02/19/05 | 12:36 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 02/19/05 | 12:36 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/19/05 | 12:37 | HUISENGA,SAMANTHA X2 | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 02/22/05 | 10:14 | TV GUIDE FEB 27-MARCH 5 | R | 2004001125 | | |
| 2/22/05 | 10:14 | WATSON&DAMERON LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108-2743 |
| 02/22/05 | 10:15 | TERTSTRA EPPING &WILLET | R | 2004001125 | 1118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 02/22/05 | 10:18 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/22/05 | 10:26 | JOHNSON,SHELLEY $100.00 MO | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431-8920 |
| 02/22/05 | 23:32 | JESSICA TINK | S | 2004001125 | 3290 N MARTHA 1 | SIOUX CITY IA IA 51108 |
| 02/22/05 | 23:33 | ANDREA CAMPBELL | S | 2004001125 | PO BOX 3083 | SIOUX CITY IA 51101 |
| 02/22/05 | 23:33 | JOHNETTE MEDINA | S | 2004001125 | PO BOX 305 | DAKOTA CITY NE 68731 |
| 02/22/05 | 23:34 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN MN 55021 |
| 02/22/05 | 23:34 | HALEY THORNTON | S | 2004001125 | 411 E MAIN ST | KLEMME IA 50449 |
| 02/22/05 | 23:35 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 02/22/05 | 23:35 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHERDAL OAKS 14 | FOREST CITY IA 50436 |
| 02/23/05 | 09:33 | TIME MAGAZINE-RENEWAL | R | 2004001125 | PO BOX 60001 | TAMPA FL 33660-001 |
| 02/23/05 | 23:47 | JOHNSON,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS ST 14 | FOREST CITY IA 50436 |
| 02/23/05 | 23:48 | MARSOLEK,SUE | S | 2004001125 | PO BOX 6000 | GREENVILLE IA 62246 |
| 02/24/05 | 10:13 | HUISENGA,SAMANTHA | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 02/24/05 | 10:14 | HUISENGA, SAMANTHA | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 02/24/05 | 23:28 | JACOBSON,WENDY | S | 2004001125 | 4310 HICKORY RD | BALCH SPRINGS TX 75180-2836 |
| 02/25/05 | 11:17 | TERPSTRA EPPING $WILLET | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 02/25/05 | 11:18 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 02/25/05 | 11:19 | NO NAME AND NO ADDRESS-LOCKER | R | 2004001125 | | |
| 02/25/05 | 11:20 | PLAYGIRL MAG-LOCKER | R | 2004001125 | | |
| 02/25/05 | 11:21 | WATSON&DAMERON,LLP | R | 2004001125 | 2500 HOLMES | KANSAS CITY MO 64108 |
| 02/25/05 | 23:27 | MIKELL OLSON | S | 2004001125 | 20 2ND ST | |
| 02/25/05 | 23:27 | PAT BERRIGAN | S | 2004001125 | 2500 HOLMES | KANSAS CITY MO 64108-2743 |
| 02/26/05 | 11:34 | JACOBSON,W. | R | 2004001125 | 4301 HICKORY TREE LN | BALCH SPRINGS TX 75180-2836 |
| 02/26/05 | 23:17 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 02/26/05 | 23:18 | JEFF HAYES | S | 2004001125 | | |
| 02/26/05 | 23:18 | DARLENE MILES | S | 2004001125 | 445 W 1ST ST | FOREST CITY IA 50436 |
| '27/05 | 23:06 | JOHNSON,JIM AND SHELLEY | S | 2004001125 | 1106 W CAMBRIDGE | SHORTWOOD IL 60431 |
| 27/05 | 23:07 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMROSE LN | REBUPLIC MO 65738 |
| 02/28/05 | 10:05 | TV GUIDE | R | 2004001125 | | |
| 02/28/05 | 10:05 | JOHNSON,PJ | R | 2004001125 | | |
| 02/28/05 | 10:07 | JACOBSON,W X2 | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/28/05 | 23:21 | WILLIAMS,VALLI/RTRN-LOCKDOWN | S | 2004001125 | AUBURN ST | ROCKFORD IL 61103 |
| 02/28/05 | 23:22 | JOHNSON,MARVEN/RTRN-LOCKDOWI | S | 2004001125 | 23287 BUGLEY AV | FAIRBAULT MN 55021 |
| 02/28/05 | 23:23 | WILLETT,AL | S | 2004001125 | 118 SE 3 AV | CEDAR RAPIDS IA 52401 |

Case 3:09-cv-03064-MWB-LTS     Document 68-55     Filed 06/23/11     Page 85 of 100

021

Hardin Co. Sheriffs Office

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 01/24/05 | 10:30 | JACOBSON,W X2 | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRING TX 75180 |
| 01/24/05 | 10:31 | WATSON AND DAMERON LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108-2743 |
| 01/24/05 | 10:32 | TV GUIDE JAN 30-FEB 5 | R | 2004001125 | | |
| 01/24/05 | 10:34 | JACOBSON,W | R | 2004001125 | | |
| 01/25/05 | 02:56 | JACOBSON,WENDY | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 01/25/05 | 02:57 | NANCY LANOUT | S | 2004001125 | 118 SE 3 AVE 500 | CEDAR RAPIDS IA 52401-1424 |
| 01/25/05 | 09:51 | HUISENGA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 01/25/05 | 23:06 | MARVEA JOHNSON | S | 2004001125 | | |
| 01/26/05 | 09:57 | TERPSTRA EPPING WILLETT | R | 2004001125 | | |
| 01/26/05 | 09:58 | HOVDEN-LEE,LESA-FED PRISON | R | 2004001125 | PO BOX 5000 | PEKIN IL 61555-5000 |
| 01/26/05 | 09:59 | COSMOPOLITAN | R | 2004001125 | | |
| 01/26/05 | 09:59 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE2E | ROCKFORD IL 61103 |
| 01/26/05 | 23:17 | SAMANTHA HUISENGA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 01/27/05 | 09:12 | HAYES,JEFFREY US PENITENTIARY | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 01/27/05 | 09:14 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST 2E | ROCKFORD IL 61103 |
| 01/27/05 | 09:14 | JOHNSON,J | R | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 01/28/05 | 09:36 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401-4405 |
| 01/30/05 | 23:06 | HAYES,JEFFERY | S | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 01/30/05 | 23:06 | WILLIAMS,VALLI | S | 2004001125 | 2121 AUBURN ST 2E | RACKFORD IL 61103 |
| 01/30/05 | 23:07 | NIEMAN,DAVE | S | 2004001125 | 1102 330 ST | FORST CITY IA 50436 |
| 01/30/05 | 23:07 | HOVDEN,LESA | S | 2004001125 | PO BOX 5000 | PEKIN IL 61555 |
| 01/31/05 | 09:49 | HUISENGA,S | R | 2004001125 | | |
| 01/31/05 | 09:57 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 01/31/05 | 09:59 | JOHNSON,PJ | R | 2004001125 | | |
| 01/31/05 | 10:05 | TV GUIDE | R | 2004001125 | | |
| 02/01/05 | 09:47 | ATTY WILLETT X2 | R | 2004001125 | | |
| 02/01/05 | 09:47 | HUSENGA | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| '2/01/05 | 09:48 | TIME | R | 2004001125 | | |
| 02/01/05 | 23:08 | SAMANTHA HUISENGA | S | 2004001125 | | |
| 02/01/05 | 23:08 | DEAN STOWERS | L | 2004001125 | | |
| 02/01/05 | 23:08 | NANCY LANDUE | S | 2004001125 | | |
| 02/01/05 | 23:09 | MARVEA JOHNSON | S | 2004001125 | | |
| 02/02/05 | 23:28 | WENDY JACOBSON | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180-2836 |
| 02/02/05 | 23:28 | HALEY THORTON | S | 2004001125 | 411 E MAIN | KLEMONT IA 50449 |
| 02/02/05 | 23:29 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 02/02/05 | 23:29 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 02/02/05 | 23:30 | JEFFERY HAYES | S | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 02/03/05 | 09:52 | HAYES,JEFFREY | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 02/04/05 | 00:22 | MIKELL OLSON | S | 2004001125 | 20 2 ST 2508 | JERSEY CITY NJ 07302 |
| 02/04/05 | 00:22 | ELSA DIRKS | S | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 02/04/05 | 00:23 | COOKIE JOHNSON | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 02/04/05 | 09:53 | TRINITY LUTHERAN SCHOOL | R | 2004001125 | 10500 215 ST W | MORRISTOWN MN 55052 |
| 02/04/05 | 09:56 | P J IOHNSON | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 02/04/05 | 09:57 | TERPSTRA EPPING & WILLETT X 2 | R | 2004001125 | 1183 3 AVE SE | CEDAR RAPIDS IA 52401 |
| 02/04/05 | 23:07 | LOUANN HARE | S | 2004001125 | 229 SE 13 ST | MASON CITY IA 50401 |
| 02/04/05 | 23:08 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 02/04/05 | 23:09 | JEFF HAYES | S | 2004001125 | BOX 100006216-029 | LEAVENWORTH KS 66048 |
| 02/05/05 | 10:38 | JACOBSON,W $20.00 MO | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 02/06/05 | 23:33 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 02/06/05 | 23:33 | VALLI WILLIAMS | S | 2004001125 | 2121 AUBURN ST 2E | ROCKFORD IL 61103 |
| 02/06/05 | 23:34 | ANGELEAH WILLIAMS | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 02/06/05 | 23:35 | WENDY JOHNSON | S | 2004001125 | 4301 HICKORY TREE RD | BLACK SPRINGS TX 75180-2836 |
| 02/07/05 | 09:54 | HUISENGA,SAMANTHA | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 02/07/05 | 09:54 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 02/07/05 | 09:56 | TV GUIDE FEB 13-19 | R | 2004001125 | | |
| '07/05 | 23:25 | JOHNSON,MARVEA | S | 2004001125 | | |
| 2/07/05 | 23:25 | HUISENGIA,SAMATHA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 02/07/05 | 23:26 | LANOUE,NANCY\ | S | 2004001125 | 118 SE 3RD AV 500 | CEDAR RAPIDS IA 52401 |
| 02/07/05 | 23:27 | DIRKSEN,HOLLY | S | 2004001125 | 411 E MAIN | KLEMME IA 50449 |
| 02/08/05 | 09:52 | TERPSTRA EPPING & WILLETT X2 | R | 2004001125 | | COULTER IA 50431 |
| 02/08/05 | 09:53 | NO NAME | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 02/08/05 | 09:56 | WILLIAMS | R | 2004001125 | 2121 AUBURN 2E | ROCKFORD IL 61103 |
| 02/08/05 | 23:29 | SAMANTHA HUISENGA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |

Case 3:09-cv-03064-MWB-LTS   Document 284-55   Filed 06/23/11   Page 86 of 100

DR000286

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 01/06/05 | 10:09 | JOHNSON,PJ | R | 2004001125 | 1108 N CAROLINA AVE | MASON CITY IA 50401 |
| 01/06/05 | 23:23 | LOUANN HARE | S | 2004001125 | 229 SE 13 ST | MASON CITY IA 50401 |
| 01/06/05 | 23:24 | SAMANTHA HUISENGA | S | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 01/07/05 | 09:38 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 01/07/05 | 09:38 | TERPSTRA EPPING AND WILLETX2 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 01/07/05 | 23:13 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 01/07/05 | 23:14 | LANOUT,NANCY | S | 2004001125 | 118 SE 3RD AVE | CEDAR RAPIDS IA 52401 |
| 01/08/05 | 10:18 | TV GUIDE RENEWAL ORDER | R | 2004001125 | | |
| 01/08/05 | 10:18 | JACOBSON,W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 01/08/05 | 10:19 | HAYES,JEFFERY 06216-029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 01/09/05 | 23:08 | WENDY JACOBSON | S | 2004001125 | | |
| 01/09/05 | 23:09 | JEFFERY HAYES | S | 2004001125 | USP | LEAVENWORTH T= 66048 |
| 01/10/05 | 10:03 | JOHNSON P. J. | S | 2004001125 | 1108 N CAROLINA AVE 1 | MASON CITY IA 50401 |
| 01/10/05 | 23:30 | P.J. JOHNSON | S | 2004001125 | 1416 SE 2 | MASON CITY IA 50401 |
| 01/10/05 | 23:31 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 01/11/05 | 10:35 | TERPSTRA EPPING WILLET | R | 2004001125 | | |
| 01/11/05 | 23:21 | JOHNSON,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 01/12/05 | 10:32 | JACOBSON.W | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 01/12/05 | 23:43 | JEFFERY HAYES | S | 2004001125 | | |
| 01/12/05 | 23:43 | CAROL MEETERS | S | 2004001125 | 3601 SW 16 AVE | CEDAR RAPIDS IA 52404 |
| 01/13/05 | 09:50 | TERPSTRAEPPING &WILLET X3 | R | 2004001125 | 229 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 01/13/05 | 09:51 | JOHNSON, PJ | R | 2004001125 | 1108 NORTH CAROLINA AVE | MASON CITY IA 50401 |
| 01/13/05 | 09:51 | HAYS,JAMIE | R | 2004001125 | 23287 BAGLEY AVE | FARIBAULT MN 55021-8462 |
| 01/13/05 | 23:07 | WILLETT,AL | S | 2004001125 | | |
| 01/16/05 | 10:19 | HAEYS,JEFFREY US PENITENTIARY | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 01/16/05 | 10:19 | MARSOLEK,SUE FED PRISION CAMP | R | 2004001125 | PO BOX 6000 | GREENVILLE IL 62246 |
| 01/16/05 | 10:20 | WILLIAMS X2 $50.00 MO X1 | R | 2004001125 | 2121 AUBURN ST ST2E | ROCKFORD IL 61103 |
| 1/16/05 | 23:27 | JOHNSON, MARVEA | S | 2004001125 | | |
| 01/16/05 | 23:27 | WILLIAMS, VALLI | S | 2004001125 | | |
| 01/16/05 | 23:28 | JOHNSON, PJ | S | 2004001125 | | |
| 01/16/05 | 23:28 | MARSOLEK, SUE | S | 2004001125 | | |
| 01/16/05 | 23:28 | HUESINGYA, SAMANTHA | S | 2004001125 | | |
| 01/18/05 | 11:35 | TERPSTRA EPPING WILLETT X 4 | R | 2004001125 | | |
| 01/18/05 | 11:36 | JACOBSON,W $12.50 MO | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 01/18/05 | 11:39 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE2E | ROCKFORD IL 61103 |
| 01/18/05 | 11:40 | PAULSEN,JERITA | R | 2004001125 | PO BOX 3083 | SIOUX CITY IA 51102 |
| 01/18/05 | 11:41 | JOHNSON,PJ-$10 MO | R | 2004001125 | 1108 N CAROLINA AV | MASON CITY IA 50401 |
| 01/18/05 | 11:43 | JOHNSON, PJ | R | 2004001125 | | |
| 01/19/05 | 23:29 | U.S. MARSHALLS SERVICE | S | 2004001125 | FEDERAL BUILDING | SIOUX CITY IA 51102 |
| 01/19/05 | 23:30 | JERITA PAULSEN | S | 2004001125 | PO BOX 3083 | SIOUX CITY IA 51102 |
| 01/19/05 | 23:31 | NANCY LANOUT | S | 2004001125 | 118 3 AVE | CEDAR RAPIDS IA 52401-1424 |
| 01/19/05 | 23:32 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 01/19/05 | 23:33 | JEFF HAYES | S | 2004001125 | | |
| 01/20/05 | 10:11 | TERPSTRA,EPPING AND WILLET X3 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 01/20/05 | 10:12 | WILLIAMS | R | 2004001125 | 2121 SUBURN ST ST2E | ROCKFORD IL 61103 |
| 01/20/05 | 10:12 | HUISENGA,S | R | 2004001125 | BOX 114 | COULTER IA 50431 |
| 01/20/05 | 10:16 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 01/21/05 | 10:40 | DIRKSEN, M&H | R | 2004001125 | 411 E MAIN ST | KLEMME IA 50449 |
| 01/21/05 | 10:46 | TV GUIDE SUBSCRIPTION | R | 2004001125 | | |
| 01/22/05 | 14:00 | JOHNSON, JAMES J $100.00 MO | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431-8920 |
| 01/22/05 | 14:07 | IOWA EYE CENTER | R | 2004001125 | 1650 1 AVE NE | CEDAR RAPIDS IA 52402 |
| 01/22/05 | 14:07 | WILLIAMS | R | 2004001125 | 2121 AUBURN ST STE2E | ROCKFORD IL 61103 |
| 01/22/05 | 14:08 | HUISENGA | R | 2004001125 | PO BOX 114 | COULTER IA 50431 |
| 01/23/05 | 23:08 | ERNA RODULAVIC | S | 2004001125 | 2027 E AVE NE | CEDAR RAPIDS IA 52402-4138 |
| 01/23/05 | 23:09 | DAVE NILMAN | S | 2004001125 | | |
| '23/05 | 23:09 | JIM COOKIE JOHNSON | S | 2004001125 | | |
| ⌐1/23/05 | 23:10 | PJ JOHNSON | S | 2004001125 | | |
| 01/23/05 | 23:10 | ALYSSA JOHNSON | S | 2004001125 | | |
| 01/23/05 | 23:10 | WENDY JACOBSON | S | 2004001125 | | |
| 01/23/05 | 23:11 | SAMANATHA HUISENGA | S | 2004001125 | | |
| 01/23/05 | 23:11 | VALLI JO WILLIAMS | S | 2004001125 | | |
| 01/23/05 | 23:11 | MARVEA JOHNSON | S | 2004001125 | | |
| 01/23/05 | 23:11 | HAYLEY THORNTON | S | 2004001125 | | |

Case 3:09-cv-03064-MWB-LTS    Document 84-55    Filed 06/23/11    Page 87 of 100

UGR000287

019

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 12/09/04 | 10:23 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 12/09/04 | 10:23 | TERPSTRA,EPPING AND WILLETT | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 12/10/04 | 10:23 | TERPSTRA, EPPING & WILLETT X2 | R | 2004001125 | | |
| 12/11/04 | 10:16 | ROSENBERG,STOWERS & MORSE | R | 2004001125 | 505 5TH ST 1010 | DES MOINES IA 50309 |
| 12/11/04 | 10:18 | TERPSTRA, EPPING & WILLETT X2 | R | 2004001125 | | |
| 12/11/04 | 23:15 | JOHNSON,P.J. | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 12/13/04 | 10:01 | TV GUIDE | R | 2004001125 | | |
| 12/13/04 | 10:02 | JOHNSON, P.J. | R | 2004001125 | | |
| 12/15/04 | 10:34 | WILLIAMS-VALLI JO | R | 2004001125 | 2121 AUBURN ST ST2E | ROCKFORD IL 61103 |
| 12/15/04 | 10:34 | JOHNSON,ALYSSA-$50 MO | R | 2004001125 | 125 CATHEDRAL OAK #11 | FOREST CITY IA 50436 |
| 12/15/04 | 10:35 | BETHEL LUTHERN BRETHREN-$50 M( | R | 2004001125 | 1132 NW 6 ST | FAIRBAULT MN 55021 |
| 12/15/04 | 10:36 | TERPSTRA,EPPING & WILLETT X 4 | R | 2004001125 | | |
| 12/16/04 | 09:45 | TERPSTRA,EPPING AND WILLETTX4 | R | 2004001125 | 1118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 12/16/04 | 10:20 | JEFFERY HAYES | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 12/16/04 | 10:21 | PJ JOHNSON | R | 2004001125 | 1108 N CAROLINA AVE | MASON CITY IA 50401 |
| 12/17/04 | 00:20 | JOHNSON, MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 12/17/04 | 00:21 | HAYES, JEFFERY | S | 2004001125 | 6216 P O BOX 1000 | LEAVENWORTH KS 66048 |
| 12/17/04 | 10:02 | TERPSTRA,EPPING & WILLETT X2 | R | 2004001125 | | |
| 12/18/04 | 01:54 | JOHNSON, P.J. | S | 2004001125 | | |
| 12/18/04 | 10:02 | HOVDEN-LEE,LESA JO9FED PRISON) | R | 2004001125 | BOX 5000 | PEKIN IL 61555 |
| 12/18/04 | 10:09 | JOHNSON,JAMES & SHELLEY | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 12/18/04 | 10:14 | HAYES,JEFFREY(US PENITENTIARY) | R | 2004001125 | | |
| 12/20/04 | 09:20 | JOHNSON,P.J. | R | 2004001125 | | |
| 12/20/04 | 09:26 | TV GUIDE | R | 2004001125 | | |
| 12/21/04 | 11:06 | TERPSTRA, WPPING,WILLETT | R | 2004001125 | | |
| 12/21/04 | 11:06 | HOVDEN,WAYNE | R | 2004001125 | 2793 250 ST | RIDGEWAY IA 52165 |
| 12/22/04 | 09:20 | MARSOLEK,SUE-FEDERAL PRISON | R | 2004001125 | BOX 6000 | GREENVILLE IL 62246 |
| 12/23/04 | 10:20 | PJ JOHNSON | R | 2004001125 | | |
| 12/23/04 | 10:20 | TERPTRA, EPPING, & WILLETT | R | 2004001125 | | |
| 12/23/04 | 23:16 | MARY GOODY | S | 2004001125 | PO BOX 3690 | ALPINE WY 83128 |
| 12/23/04 | 23:18 | LESA JO HUVDEN | S | 2004001125 | 09024-029 | PEKIN IL 61555-5000 |
| 12/23/04 | 23:19 | PAT BERRIGAN | S | 2004001125 | 2500 HOLMES | KANSAS CITY MO 64108 |
| 12/23/04 | 23:20 | AL WILLETT | S | 2004001125 | 118 3 AVE 500 | CEDAR RAPIDS IA 52401-1424 |
| 12/23/04 | 23:21 | WAYNE - PATTY HOVDEN | S | 2004001125 | 2793 250 ST | RIDGEWAY IA 52165 |
| 12/23/04 | 23:23 | JIM- SHELLEY JOHNSON | S | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 12/24/04 | 10:16 | DIRKS,ELSA | R | 2004001125 | 717 E PRIMROSE LN | REPUBLIC MO 65738 |
| 12/25/04 | 23:32 | HUISENGA,SAMANTHA | S | 2004001125 | BOX 114 | COULTER IA 50431 |
| 12/27/04 | 00:12 | JACOBSON, WENDY | S | 2004001125 | 4301 HICKORY TREE RD | BATCH SPRINGS TX 75180 |
| 12/27/04 | 11:28 | WATSON & DAMERON LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108-2743 |
| 12/28/04 | 09:22 | TERPSTRA EPPING & WILLETT | R | 2004001125 | | |
| 12/28/04 | 23:05 | JOHNSON,MARVEA | S | 2004001125 | | |
| 12/28/04 | 23:05 | JOHNSON,P.J. | S | 2004001125 | | |
| 12/29/04 | 09:08 | HANAWALT,EVA | R | 2004001125 | P O BOX 5000 | PEKIN IL 61555-5000 |
| 12/29/04 | 09:12 | WATSON AND DAMERON | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MI 64108 |
| 12/29/04 | 09:14 | JOHNSON, PJ | R | 2004001125 | 1108 N CAROLINA AVE | MASON CITY IA 50401 |
| 12/29/04 | 09:18 | PERIODICALS | R | 2004001125 | | |
| 12/29/04 | 23:24 | HANAWALT,DAWN | S | 2004001125 | PO BOX 5000 | PEKIN IL 61555 |
| 12/29/04 | 23:25 | JOHNSON, ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 12/30/04 | 09:19 | TERPSTRA,EPPING AND WILLETTX2 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 12/31/04 | 09:22 | PJ JOHNSON | R | 2004001125 | 1108 N CAROLINA AVE | MASON CITY IA 50401 |
| 12/31/04 | 09:22 | TERPSTRA EPPING & WILLETT X 3 | R | 2004001125 | | |
| 01/01/05 | 23:11 | HAYES,JEFFERY | S | 2004001125 | | LEAVENWORTH KS 66048 |
| 01/02/05 | 23:10 | JOHNSON,P.J. | S | 2004001125 | | |
| 01/02/05 | 23:10 | HARE,LOU ANN | S | 2004001125 | 229 SE 13TH ST | MASON CITY IA 50401 |
| 01/03/05 | 10:21 | HAYES,JEFFERY | R | 2004001125 | | |
| /03/05 | 10:23 | JACOBSON,W. | R | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| /03/05 | 23:10 | JEFFREY HAYES | S | 2004001125 | | |
| 01/03/05 | 23:10 | MARVEA J JOHNSON | S | 2004001125 | | |
| 01/04/05 | 10:49 | PJ JOHNSON | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 01/04/05 | 10:49 | TERPSTRA EPPING WILLETT | R | 2004001125 | 118 3 AVE ST500 | CEDAR RAPIDS IA 52401-1424 |
| 01/05/05 | 10:12 | TERPSTRA,EPPING,AND WILLETT | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 01/05/05 | 23:07 | JACOBSON,WENDY | S | 2004001125 | 4301 HICKORY TREE RD | BALCH SPRINGS TX 75180 |
| 01/06/05 | 10:07 | HUISENGA.S | R | 2004001125 | BOX 114 | COULTER IA 50431 |

Case 3:09-cv-03064-MWB-LTS     Document 26-25     Filed 06/23/11     Page 88 of 100

018

## Jail Mail Log
### 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 11/09/04 | 11:23 | TERPSTRA,EPPING AND WILLETT | R | 2004001125 | 1118 3 AVE ST500 | CEDAR RAPIDS IA 52401-1424 |
| 11/10/04 | 11:32 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/10/04 | 11:33 | BYRD,BRANDY-ICIFOR WOMEN | R | 2004001125 | 300 SW ELM AV | MITCHELLVILLE IA 50169 |
| 11/12/04 | 10:15 | JOHNSON,PJ | R | 2004001125 | | |
| 11/12/04 | 10:30 | TERPSTRA, EPPING & WILLETT | R | 2004001125 | | |
| 11/12/04 | 10:44 | JOHNSEON, JAMES-$50.00 MO | R | 2004001125 | | |
| 11/14/04 | 08:03 | DIRKS, ELSA K | R | 2004001125 | | |
| 11/14/04 | 23:30 | JOHNSON,PJ | S | 2004001125 | | |
| 11/15/04 | 09:59 | PJ JOHNSON | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/16/04 | 00:04 | HARE, LOU ANN | S | 2004001125 | 229 13 ST SE | MASON CITY IA 50401 |
| 11/16/04 | 00:05 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMROSE W | REPUBLIC MO 65738 |
| 11/16/04 | 10:29 | TERPSTRA,EPPING AND WILLETX3 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 11/16/04 | 10:37 | TIME MAGAZINE NOVEMBER 22,2004 | R | 2004001125 | | |
| 11/18/04 | 11:15 | TV GUIDE NOVEMBER 21-27 | R | 2004001125 | | |
| 11/18/04 | 11:17 | JOHNSON,PJ $60.00 MO | | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401-4405 |
| 11/18/04 | 23:18 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/18/04 | 23:22 | COOKIE AND DAD | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 11/19/04 | 23:23 | ROBERT,DOTTIE | S | 2004001125 | 7302 PHEASANT AVE | ROCKWELL IA 50469 |
| 11/19/04 | 23:24 | HAYS,JAMIE | S | 2004001125 | 23287 BAGLEY AVE | FAIRBANK MN 55021 |
| 11/19/04 | 23:24 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBANK MN 55021 |
| 11/20/04 | 13:35 | JOHNSON,PJ | R | 2004001125 | | |
| 11/22/04 | 02:10 | JOHNSON, ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKES 14 | FOREST CITY IA IA 50436 |
| 11/22/04 | 02:11 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 11/22/04 | 02:12 | JOHNSON, PJ | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/22/04 | 11:09 | JOHNSON | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 11/23/04 | 12:10 | TERPSTRA, EPPING, WILLETT | R | 2004001125 | | |
| 11/24/04 | 11:05 | SUE MARSOLEK | R | 2004001125 | PO BOX 6000 | GREENVILL IL 62246 |
| 1/24/04 | 11:06 | TERPSTRA, EPPING, WILLETT | R | 2004001125 | | |
| 11/24/04 | 11:07 | JEFFERY HAYES | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048-1000 |
| 11/24/04 | 11:07 | P.J. JOHNSON | R | 2004001125 | | |
| 11/26/04 | 13:36 | LEE,MARK | R | 2004001125 | 603 SW 2 ST | CEDAR RAPIDS IA 52404 |
| 11/26/04 | 13:47 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 11/26/04 | 13:51 | JOHNSON,P.J. | R | 2004001125 | | |
| 11/26/04 | 23:21 | DIRKS,ELSA | S | 2004001125 | | |
| 11/28/04 | 23:31 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 11/28/04 | 23:31 | JOHNSON,PJ | S | 2004001125 | 1416 SE 2ND ST | MASON CITY IA 50401 |
| 11/29/04 | 09:48 | WATSON & DAMERON,LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108 |
| 11/29/04 | 09:49 | JOHNSON,P.J. | R | 2004001125 | | |
| 11/29/04 | 09:52 | TV GUIDE | R | 2004001125 | | |
| 11/29/04 | 23:15 | LANOUE,NANCY | S | 2004001125 | 118 SE 3 AV 500 | CEDAR RAPIDS IA 52401-1424 |
| 11/30/04 | 09:48 | TERPSTRA,EPPING AND WILLETT | R | 2004001125 | 118 3 AVE #500 | CEDAR RAPIDS IA 52401-1424 |
| 11/30/04 | 09:49 | TIME MAGAZINE DATE DECEMBER 6 | R | 2004001125 | | |
| 11/30/04 | 23:19 | JOHNSONK,MARVEA | S | 2004001125 | | |
| 11/30/04 | 23:19 | JOHNSON,ALYSSA | S | 2004001125 | | |
| 12/01/04 | 09:41 | HAYES,JEFFERY | R | 2004001125 | US PENITENTIARY | PO BOX 1000 KS 66048 |
| 12/02/04 | 10:23 | PJ JOHNSON | R | 2004001125 | | |
| 12/02/04 | 23:13 | HARE,LOU ANN | S | 2004001125 | 229 SE 13 ST | MASON CITY IA 50401 |
| 12/03/04 | 11:03 | DIKERSON,HOLLY | R | 2004001125 | BOX 174 | KLEMME IA |
| 12/03/04 | 11:15 | ATTY | R | 2004001125 | | |
| 12/04/04 | 10:20 | TERPSTRA ATTY X2 | R | 2004001125 | | |
| 12/06/04 | 10:50 | TV GUIDE DEC 12-18 | R | 2004001125 | | |
| 12/06/04 | 11:44 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 12/06/04 | 11:44 | WATSON&DAMERON,LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108 |
| 12/06/04 | 11:45 | JOHNSON,JAMES | R | 2004001125 | 10395 33 AVE | CHIPPEWA IA 54729 |
| 12/06/04 | 23:15 | JIM AND COOKIE | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| /06/04 | 23:15 | JANE,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FARBANKS MN 55021 |
| ./2/06/04 | 23:16 | OLSEN,MIKELL | S | 2004001125 | 20 2 ST 2508 | NEW JERSY CITY NJ 07302 |
| 12/07/04 | 11:03 | TIME MAGAZINE DATE DEC 13,04 | R | 2004001125 | | |
| 12/07/04 | 11:04 | TERPSTRA,EPPING AND WILLET X2 | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 12/08/04 | 11:45 | JOHNSON ALYSSA | R | 2004001125 | 125 CATHERDAL OAKS #14 | FOREST CITY IA 50436 |
| 12/08/04 | 11:46 | BYRD,BRANDY | R | 2004001125 | PO BOX 700 | MITCHELLVILLE IA 50169 |
| 12/08/04 | 23:43 | BRANDY BYRD | S | 2004001125 | | |
| 12/08/04 | 23:43 | ALYSSA JOHNSON | S | 2004001125 | | |

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|-----------|
| 10/12/04 | 12:53 | JOHNSON,P | R | 2004001125 | 1416 SE 2ND ST | MASON CITY IA 50401 |
| 10/14/04 | 00:00 | P.J. JOHNSON | S | 2004001125 | 1416 | |
| 10/14/04 | 00:00 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AV | FAIRBAULT MN 55021 |
| 10/14/04 | 10:46 | HARDIN CO AUDITOR | R | 2004001125 | 1215 EDGINGTON AV | ELDORA IA 50627 |
| 10/14/04 | 10:48 | JOHNSON,P | R | 2004001125 | | |
| 10/14/04 | 23:17 | HARDIN COUNTY AUDITOR | S | 2004001125 | | ELDORA IA |
| 10/14/04 | 23:17 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IL 50401 |
| 10/15/04 | 10:31 | JOHNSON,PJ | R | 2004001125 | | |
| 10/15/04 | 10:31 | JADA OAKES-MURPHY-CGC JAIL | R | 2004001125 | | |
| 10/16/04 | 10:24 | JOHNSON, JAMES & PAMLA | R | 2004001125 | 10395 33 AV | CHIPPAWA FALLS WI 54728 |
| 10/16/04 | 23:19 | DAD AND COOKIE | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 10/18/04 | 10:39 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 10/18/04 | 10:43 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2ND ST | MASON CITY IA 50401 |
| 10/19/04 | 23:56 | RENEE MCCLELLAN(ABSENTTE BAL) | S | 2004001125 | 1215 EDGINGTON | ELDORA IA 50627 |
| 10/20/04 | 11:51 | HAYES,JEFFREY #06216-029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 10/20/04 | 11:53 | JOHNSON $60.00 MO | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 10/20/04 | 11:54 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 10/20/04 | 22:56 | PJ JOHNSON | S | 2004001125 | | |
| 10/20/04 | 22:56 | MARVEA JOHNSON | S | 2004001125 | | |
| 10/20/04 | 22:56 | JEFF HAYES | S | 2004001125 | PO BOX 1000 06216.024 | LEAVENWORTH KS 66048 |
| 10/20/04 | 22:57 | ELSA DIRKS | S | 2004001125 | 417 E PRIMROSE W | REPUBLIC MO 65738 |
| 10/20/04 | 22:59 | JIM & SHELLY JOHNSON | S | 2004001125 | 1106 CAMBRIDGE W | SHOREWOOD IL 60481 |
| 10/21/04 | 10:24 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 10/21/04 | 10:25 | BYRD,BRANDY #6876053 | R | 2004001125 | PO BOX 700 | MITCHELLVILLE IA 50169 |
| 10/21/04 | 23:12 | BRANDY BYRD | S | 2004001125 | | |
| 10/21/04 | 23:15 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 10/23/04 | 12:43 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 0/24/04 | 23:25 | JOHNSON,PJ | S | 2004001125 | | |
| 10/24/04 | 23:25 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AV | FAIRBAULT MN 55021 |
| 10/25/04 | 10:53 | REPUBLICAN PARTY | R | 2004001125 | | |
| 10/25/04 | 10:54 | RENEE MCCELLAN | R | 2004001125 | HARDIN CO AUDITOR | |
| 10/25/04 | 10:56 | HANAWALT,EVA | R | 2004001125 | FEDERAL PRISON CAMP | PEKIN IL 61555-5000 |
| 10/27/04 | 10:29 | JOHNSON,P-$60 MO | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 10/28/04 | 23:41 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 10/29/04 | 09:35 | JEFFERY HAYES # 06216029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 10/29/04 | 09:36 | V      NO ADDRESS | R | 2004001125 | | |
| 10/29/04 | 09:37 | ELSA K DIRKS | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 10/30/04 | 10:43 | LEE, MARK | R | 2004001125 | 603 SW 2 ST | CEDAR RAPIDS IA 52404 |
| 10/30/04 | 10:44 | WATSON & DAMERON | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108 |
| 10/31/04 | 22:52 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 10/31/04 | 22:52 | LEE,MARK | S | 2004001125 | 603 SW 2 ST | CEDAR RAPIDS IA 52404 |
| 10/31/04 | 22:53 | JOHNSON,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKES 14 | FOREST CITY IA 50436 |
| 10/31/04 | 22:53 | HAYES,JEFFERY | S | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 10/31/04 | 22:54 | JOHNSON,PJ | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/01/04 | 10:45 | JOHNSON,MARVEA AND HAYS,JAMIE | R | 2004001125 | 23287 BAGLEY AVE | FARIBAULT IA 55021 |
| 11/01/04 | 10:47 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 11/01/04 | 10:47 | HOVEDON-LEE,LESA JO #09024-029 | R | 2004001125 | FED PRIS CAMP BOX 5000 | PEKIN IL 61555-5000 |
| 11/01/04 | 10:49 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738-2139 |
| 11/01/04 | 10:49 | WATSON AND DAMERON,LLP | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108 |
| 11/01/04 | 22:58 | JOHNSON,P J | S | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 11/01/04 | 22:59 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 11/01/04 | 22:59 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 11/01/04 | 23:00 | LEE, MARK | S | 2004001125 | 603 2 ST SW | CEDAR RAPIDS IA 52404 |
| 11/02/04 | 12:10 | TV GUIDE NOVEMBER 7-13 | R | 2004001125 | | |
| 11/02/04 | 12:11 | TIME MAGAZINE NOVEMBER 8 O4 | R | 2004001125 | | |
| /02/04 | 23:15 | JOHNSON,MARVEA | S | 2004001125 | | |
| 1/03/04 | 10:21 | TERPSTRA, EPPING, & WILLETT | R | 2004001125 | 118 SE 3 AVE | CEDAR RAPIDS IA 52401-1424 |
| 11/05/04 | 10:36 | HANAWALT,EVA | R | 2004001125 | PO BOX 5000 | PEKIN IL 61555-5000 |
| 11/06/04 | 10:59 | MARK LEE | R | 2004001125 | 603 SW 2 ST | CEDAR RAPIDS IA 52404 |
| 11/06/04 | 10:59 | JEFFERY HAYES | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 11/08/04 | 12:03 | P. JOHNSON | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 11/09/04 | 11:15 | TVGUIDE BILL | R | 2004001125 | | RADNOR PA 19088 |
| 11/09/04 | 11:16 | JOHNSON,ALYSSA $40.00 MO | R | 2004001125 | 125 CATHEDRAI OAKS #14 | FOREST CITY IA 50436 |

Case 3:09-cv-03064-MWB-LTS   Document 68-5   Filed 06/23/11   Page 90 of 100

016

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 09/02/04 | 23:06 | JOHNSON MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MA 55021 |
| 09/02/04 | 23:07 | JOHNSON ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 09/07/04 | 10:29 | JOHNSON,P | R | 2004001125 | | |
| 09/07/04 | 10:29 | JOHNSON,JAMES- $50 MO | R | 2004001125 | 10395 33 AV | CHIPPEWA FALLS WI 54729 |
| 09/07/04 | 10:45 | SHELLEY-JAMES JOHNSON LABEL | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 09/07/04 | 23:29 | JOHNSON,SHELLEY | S | 2004001125 | | |
| 09/07/04 | 23:30 | P.J. JOHNSON | S | 2004001125 | | |
| 09/07/04 | 23:30 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AV | FAIRBOULT MN 55021 |
| 09/08/04 | 10:01 | LOU ANN | R | 2004001125 | | |
| 09/08/04 | 23:03 | LOU ANN HARE | S | 2004001125 | | |
| 09/08/04 | 23:03 | ALYSSA JOHNSON | S | 2004001125 | | |
| 09/08/04 | 23:03 | VJ WILLIAMS ATTY | S | 2004001125 | 2138 OXFORD ST | ROCKFORD IA 61103 |
| 09/09/04 | 09:43 | TERPSTRA,EPPING & WILLETT X2 | R | 2004001125 | 118 SE 3RD AVE 500 | CEDAR RAPIDS IA 52401 |
| 09/09/04 | 09:48 | JOHNSON,P. | R | 2004001125 | | |
| 09/09/04 | 23:16 | JOHNSON,P.J. | S | 2004001125 | | |
| 09/11/04 | 09:45 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738-2139 |
| 09/11/04 | 09:46 | TERPSTRA,EPPING &WILLET | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 09/13/04 | 09:52 | JOHNSON,P | R | 2004001125 | | |
| 09/14/04 | 10:24 | TERPSTRA,EPPING & WILLETT | R | 2004001125 | | |
| 09/14/04 | 10:24 | LOU ANN | R | 2004001125 | | |
| 09/15/04 | 23:06 | DAD | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 09/15/04 | 23:07 | LOU ANN HARE | S | 2004001125 | 332 SE 14 ST | MASON CITY IA 50401 |
| 09/15/04 | 23:07 | ELSA DIRKS | S | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 09/15/04 | 23:07 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 09/16/04 | 10:01 | JOHNSON, P | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 09/18/04 | 10:05 | JAMES AND SHELLY JOHNSON | R | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 09/19/04 | 23:56 | JIM SHELLEY JOHNSON | S | 2004001125 | 1106 CAMBRIDGE LN | SHAREWOOD IL 60431 |
| 9/19/04 | 23:57 | VJ WILLIAMS | S | 2004001125 | | |
| 09/20/04 | 09:24 | JOHNSON,P | R | 2004001125 | | |
| 09/21/04 | 00:39 | JOHNSON,MARVEA | S | 2004001125 | | |
| 09/21/04 | 00:41 | P.J. JOHNSON | S | 2004001125 | | |
| 09/21/04 | 10:18 | TV GUIDE X2 | R | 2004001125 | BOX 400 | RADNOR PA 19088 |
| 09/21/04 | 22:58 | ALYSSA JOHNSON | S | 2004001125 | | |
| 09/22/04 | 11:10 | WATSON & DAMERON, LLP | R | 2004001125 | 2500 HOLMES STREET | KANSAS CITY MO 64108-2743 |
| 09/23/04 | 10:33 | WATSON & DAMERON | R | 2004001125 | | |
| 09/23/04 | 10:34 | WATSON & DAMERON | R | 2004001125 | | |
| 09/23/04 | 10:34 | WATSON & DAMERON | R | 2004001125 | | |
| 09/23/04 | 10:34 | P JOHNSON | R | 2004001125 | | |
| 09/23/04 | 22:57 | DAD AND COOKIE | S | 2004001125 | 10395 33 AVE | CHIPPENA FALLS WI 54729 |
| 09/24/04 | 11:28 | J. WILLIAMS | R | 2004001125 | 2121 AUBURN ST | ROCKFORD IL 61103 |
| 09/24/04 | 11:29 | LOU ANN | R | 2004001125 | | |
| 09/24/04 | 11:30 | ELSA DIRKS | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738-2139 |
| 09/26/04 | 23:08 | VJ WILLIAMS LEGAL MAIL | S | 2004001125 | 3121 AUBURN ST 2 | ROCKFORD IL 61103 |
| 09/26/04 | 23:11 | MARVEA JOHNSON | S | 2004001125 | 22287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 09/27/04 | 10:39 | P. JOHNSON | R | 2004001125 | 1416 2 AVE | MASON CITY IA 50401 |
| 09/27/04 | 23:17 | JOHNSON, PJ | S | 2004001125 | 1416 SE 2 AVE | MASON CITY IA 50401 |
| 09/28/04 | 10:22 | HAYES,JEFFREY #06216-029 | R | 2004001125 | PO BOX 1000 | LEAVENWORTH KS 66048 |
| 09/28/04 | 10:31 | TERPSTRA,EPPING ANS WILLETT | R | 2004001125 | 118 3 AVE SE500 | CEDAR RAPIDS IA 52401-1424 |
| 09/29/04 | 09:52 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMOSE LN | REPUBLIC MO 65728-2139 |
| 09/30/04 | 01:13 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AV | FAIRBOULT MN 55021 |
| 09/30/04 | 01:14 | DIRKS,ELSA | S | 2004001125 | 417 E PRIMEROSE | REPUBLIC MO 65738 |
| 09/30/04 | 10:45 | JOHNSON,P | R | 2004001125 | | |
| 09/30/04 | 23:19 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 10/02/04 | 23:08 | BERRIGAN,PAT | S | 2004001125 | 2500 HOLMES | KANSAS CITY MO 64108 |
| 10/02/04 | 23:12 | HARE,ALLIE | S | 2004001125 | 332 SE 14 ST | MASON CITY IA 50401 |
| '03/04 | 23:18 | JOHNSON,PJ | S | 2004001125 | 1416 SE 2ND ST | MASON CITY IA 50401 |
| J04/04 | 23:03 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 10/06/04 | 10:14 | DIRKS,ELSA | R | 2004001125 | 417 E PRIMROSE LN | REPUBLIC MO 65738 |
| 10/07/04 | 10:39 | JOHNSON,P | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 10/08/04 | 10:07 | JOHNSON,ALYSSA MO $49 | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 10/09/04 | 10:06 | JADA OAKES-MURPHY-CGCO | R | 2004001125 | 220 N WASHINGTON | MASON CITY IA 50401 |
| 10/10/04 | 23:05 | JOHNSON,PJ | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 10/11/04 | 23:02 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |

Case 3:09-cv-03004-MWB-LTS     Document 68-59     Filed 06/23/11     Page 91 of 100

015

# Jail Mail Log
## 2004001125

| Date | Time | Name | In/Out | Booking# | Address | City/State |
|------|------|------|--------|----------|---------|------------|
| 08/06/04 | 23:22 | WILLETT,AL | S | 2004001125 | 118 SE 3 AV | CEDAR RAPIDS IA 52401 |
| 08/07/04 | 23:17 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 08/07/04 | 23:17 | PF JOHNSON | S | 2004001125 | SE 1416 2ND ST | MASON CITY IA 56401 |
| 08/08/04 | 23:19 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MN 55021 |
| 08/09/04 | 23:31 | HARE,LOUANN | S | 2004001125 | 332 SE 14 ST | MASON,CITY IA 50401 |
| 08/09/04 | 23:32 | LEE,MARK | S | 2004001125 | PO BOX 608 | CEDER RAPIDS IA 52406 |
| 08/09/04 | 23:32 | WILLIAMS,VJ | S | 2004001125 | 324 BROWN AV | ROCKFORD IL 61103-4142 |
| 08/10/04 | 09:27 | P.Y. | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 08/10/04 | 09:28 | WILLIAMS | R | 2004001125 | 412 BROWN AVE | ROCKFORD IL 61103 |
| 08/11/04 | 10:45 | TERPSTRA EPPING AND WILLETT | R | 2004001125 | | |
| 08/11/04 | 23:21 | JOHNSON,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 08/12/04 | 13:55 | TERPSTRA,EPPING & WILLETT | R | 2004001125 | | |
| 08/12/04 | 13:55 | TERPSTRA, EPING, WILLETT | R | 2004001125 | | |
| 08/12/04 | 23:16 | JOHNSON,MARVEA | S | 2004001125 | | |
| 08/13/04 | 09:43 | JOHNSON,P.J. | R | 2004001125 | 1416 SE 2ND ST | MASON CITY IA 50401 |
| 08/13/04 | 09:44 | TERPSTRA,EPPING & WILLETTX2 | R | 2004001125 | | |
| 08/13/04 | 23:15 | UNITED STATES | S | 2004001125 | | CEDAR RAPIDS IA 52406 |
| 08/13/04 | 23:16 | UNITED STATES | S | 2004001125 | | CEDAR RAPIDS IA 52401 |
| 08/13/04 | 23:17 | JOHNSON, P.S. | S | 2004001125 | 1416 2 ST | MASON CITY IA 50401 |
| 08/13/04 | 23:18 | JOHNSON, JIM COOKIE | S | 2004001125 | 10395 33 AVE | CHIPPEWA FALLS WI 54729 |
| 08/14/04 | 09:22 | JOHNSON,ALYSSA | R | 2004001125 | | |
| 08/14/04 | 09:31 | HARE,LOUANN | R | 2004001125 | 332 SE 14 ST | MASON CITY IA 50401 |
| 08/15/04 | 23:35 | WILLIAMS,V.J. | S | 2004001125 | 324 BROWN AVE | ROCKFORD IL 61103 |
| 08/16/04 | 23:27 | HARE,LOU ANN | S | 2004001125 | 332 SE 14 ST | MASON CITY IA 50401 |
| 08/16/04 | 23:28 | JOHNSON,ALYSSA | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 08/17/04 | 10:14 | U.S. POSTAL SERVICE X2 | R | 2004001125 | 615 SE 6TH AVE | CEDAR RAPIDS IA 52401 |
| 08/17/04 | 23:04 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50436 |
| 8/17/04 | 23:05 | PJ JOHNSON | S | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| J8/18/04 | 10:01 | TERPSTRA,EPPING,WILLETT X 3 | R | 2004001125 | 118 3 AV | CEDAR RAPIDS IA 52401-1424 |
| 08/18/04 | 10:02 | WILLIAMS,VJ | R | 2004001125 | 2138 OXFORD AV | ROCKFORD IL 61103 |
| 08/18/04 | 23:52 | JOHNSON,JUM | S | 2004001125 | 1106 CAMBRIDGE LN | SHOREWOOD IL 60431 |
| 08/18/04 | 23:53 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AVE | FAIRBANK MN 55021 |
| 08/19/04 | 09:48 | WATSON & DAMERON | R | 2004001125 | 2500 HOLMES ST | KANSAS CITY MO 64108 |
| 08/19/04 | 09:58 | JOHNSON,P.J. | R | 2004001125 | | |
| 08/19/04 | 23:14 | JOHNON,ALYSSA | S | 2004001125 | | |
| 08/19/04 | 23:14 | THORNTON,HALEY | S | 2004001125 | | |
| 08/21/04 | 23:06 | CRUMBLEY,RITA | S | 2004001125 | 1102 330 ST | FOREST CITY IA 50436 |
| 08/21/04 | 23:07 | LANOUE,NANCY | S | 2004001125 | 118 3 AVE | CEDAR RAPIDS IA 52401 |
| 08/22/04 | 23:02 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 08/22/04 | 23:03 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 14 | FOREST CITY IA 50426 |
| 08/22/04 | 23:04 | MARVEA JOHNSON | S | 2004001125 | 23287 BAGLEY AV | FAIRBAULT MN 55021 |
| 08/23/04 | 10:30 | JOHNSON,P IN LOCKER | R | 2004001125 | 1416 2 ST \ | MASON CITY IA 50401 |
| 08/23/04 | 11:02 | JOHNSON,PJ | R | 2004001125 | 1416 2 ST SE | MASON CITY IA 50401 |
| 08/23/04 | 23:31 | MIKELL OLSON | S | 2004001125 | 444 WASHINGTONQ BLVD 6436 | JERSEY CITY NJ 07310 |
| 08/23/04 | 23:32 | NANCY LANOUE | S | 2004001125 | 118 SE 3 AVE 500 | CEDAR RAPIDS IA 52401 |
| 08/23/04 | 23:33 | ALYSSA JOHNSON | S | 2004001125 | | |
| 08/24/04 | 11:28 | TERPSTRA,EPPING, WILLETT | R | 2004001125 | | |
| 08/24/04 | 11:28 | TERPSTRA,EPPING,WILLETT | R | 2004001125 | | |
| 08/25/04 | 10:30 | V.J. WILLIAMS (ATTORNEY) | S | 2004001125 | 324 BROWN AV | ROCKFORD IL 61103-4142 |
| 08/26/04 | 09:27 | JOHNSON,PJ | R | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 08/27/04 | 10:04 | DICKSEN,M&H | R | 2004001125 | 411 E MAIN ST | KLEMMY IA 50449 |
| 08/27/04 | 23:26 | JOHNSON,PJ | S | 2004001125 | | |
| 08/27/04 | 23:28 | JOHNSON,MARVEA | S | 2004001125 | 23287 BAGLEY AV | FAIRBAULT MN 55021 |
| 08/27/04 | 23:29 | LANOOUE,NACY | S | 2004001125 | 118 SE 3 AV | CEDAR RAPIDS IA 52401 |
| 08/28/04 | 10:05 | WILLETT,TERPSTRA,EPPING | R | 2004001125 | 118 3RD ST 500 | CEDAR RAPIDS IA 52401 |
| '29/04 | 23:08 | ALYSSA JOHNSON | S | 2004001125 | 125 CATHEDRAL OAKS 19 | FOREST CITY IA 50436 |
| ,29/04 | 23:09 | PJ JOHNSON | S | 2004001125 | 1416 SE 2 ST | MASON CITY IA 50401 |
| 08/29/04 | 23:10 | MARREA JANE | S | 2004001125 | 23287 BAGLEY AVE | FAIRBAULT MA 55021 |
| 08/30/04 | 14:12 | P. JOHNSON | R | 2004001125 | | |
| 09/01/04 | 13:12 | WILLIAMS,JENNIFER | R | 2004001125 | | |
| 09/01/04 | 23:13 | JOHNSON,P.J. | S | 2004001125 | | |
| 09/01/04 | 23:13 | HARE,LOU ANN | S | 2004001125 | 332 SE 14 ST | MASON CITY IA 50401 |
| 09/01/04 | 23:14 | WILLIAMS,V.J. | S | 2004001125 | 2138 OXFORD ST | ROCKFORD IL 61103 |

Case 3:09-cv-03064-MWB-LTS    Document 384-55    Filed 06/23/11    Page 92 of 100

GR000292

014

# Jail Phone Log
## 2004001125

| Date | Time | Name | Phone# | Complete | Type | Length | Booking# |
|------|------|------|--------|----------|------|--------|----------|

Case 3:09-cv-03064-MWB-LTS    Document 284-55    Filed 06/23/11    Page 93 of 100

JGR000293

| Location | PIN Number | Caller's Name | Dest No | Date / Time | Length | Completion | Termination | Vr | Qd | Vr | Orig No | Billing No | Call Type | Billing T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/04/2005 21:17 | 3.8 | Answered | None | NO | NO | 12812.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/04/2005 14:49 | 3.6 | Busy | None | NO | NO | 32828.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152449817 | 04/04/2005 13:59 | 1.3 | Answered | User Hung Up | NO | NO | 32788.WAV | (641) 939-7502 | 5152449817 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/04/2005 13:08 | 3.7 | Answered | User Hung Up | NO | NO | 32773.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/03/2005 17:30 | 4.5 | Answered | None | NO | NO | 32574.WAV | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/03/2005 16:26 | 7.5 | Answered | None | NO | NO | 32569.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/03/2005 12:25 | 0.0 | Busy | None | NO | NO | 32535.WAV | (641) 939-7510 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/03/2005 12:19 | 0.0 | Busy | None | NO | NO | 32533.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 19:47 | 0.0 | Busy | None | NO | NO | 32461.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 16:39 | 0.0 | Busy | None | NO | NO | 32456.WAV | (641) 939-7510 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 16:22 | 15.2 | Answered | None | NO | NO | 32399.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 16:16 | 0.0 | Busy | None | NO | NO | 32392.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 16:14 | 1.1 | Answered | None | NO | NO | 32387.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 16:13 | 4.2 | Answered | None | NO | NO | 32386.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 14:44 | 15.7 | Answered | None | NO | NO | 32385.WAV | (641) 939-7510 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 14:42 | 1.3 | Answered | None | NO | NO | 32351.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 13:38 | 0.0 | Busy | None | NO | NO | 32349.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 13:25 | 12.2 | Answered | None | NO | NO | 3231.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 13:09 | 15.7 | Answered | None | NO | NO | 32314.WAV | (641) 939-7510 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 11:38 | 0.0 | Busy | None | NO | NO | 32248.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 11:23 | 0.0 | Busy | None | NO | NO | 32236.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/02/2005 11:21 | 1.5 | Answered | None | NO | NO | 32233.WAV | (641) 939-7502 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela |  | 04/02/2005 11:04 | 2.9 | Busy | None | NO | NO | 32228.WAV | (641) 939-7508 |  | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/02/2005 16:08 | 3.2 | Answered | User Hung Up | NO | NO | 32195.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 04/01/2005 15:52 | 0.0 | No Answer | User Hung Up | NO | NO | 32191.WAV | (641) 939-7502 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 15:29 | 0.0 | Refused | None | NO | NO | 32186.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 15:27 | 0.0 | Refused | None | NO | NO | 32187.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164447298 | 04/01/2005 15:08 | 0.0 | Refused | None | NO | NO | 32188.WAV | (641) 939-7502 | 8164447298 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 15:01 | 0.0 | Refused | None | NO | NO | 32189.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 15:00 | 0.0 | Refused | None | NO | NO | 32190.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 14:57 | 0.0 | Refused | None | NO | NO | 32185.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 04/01/2005 14:56 | 1.6 | Answered | User Hung Up | NO | NO | 32186.WAV | (641) 939-7508 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 04/01/2005 14:55 | 0.0 | Refused | None | NO | NO | 32187.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 04/01/2005 13:17 | 0.2 | Answered | None | NO | NO | 32179.WAV | (641) 939-7502 | 8164743350 | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 03/31/2005 20:49 | 15.8 | Answered | User Hung Up | NO | NO | 32139.WAV | (641) 939-7510 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 03/31/2005 19:28 | 0.0 | Refused | None | NO | NO | 32134.WAV | (641) 939-7502 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/31/2005 17:32 | 0.0 | Busy | None | NO | NO | 32133.WAV | (641) 939-7508 | 6415872294 | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela |  |  |  |  |  | NO |  | 32116.WAV | (641) 939-7508 | 6415872294 | Commissary | Free |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/31/2005 16:06 | 0.6 | Answered | None | NO | NO | 32103.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/31/2005 15:59 | 5.6 | Answered | User Hung Up | NO | NO | 32101.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 9164743350 | 03/31/2005 15:58 | 0.0 | Banding Error | None | NO | NO | NO | (641) 939-7510 | | Interstate | Operato |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/31/2005 14:57 | 0.0 | Refused | None | NO | NO | 32081.WAV | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/29/2005 20:17 | 0.0 | Busy | None | NO | NO | 31968.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/29/2005 16:54 | 8.7 | Answered | User Hung Up | NO | NO | 31947.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/29/2005 16:52 | 0.0 | Refused | None | NO | NO | 31946.WAV | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/28/2005 20:12 | 0.0 | Busy | None | NO | NO | 31900.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/28/2005 17:26 | 0.0 | Busy | None | NO | NO | 31877.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/28/2005 14:24 | 0.0 | Busy | None | NO | NO | 31852.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 03/28/2005 11:37 | 18.1 | Answered | User Hung Up | NO | NO | 31832.WAV | (641) 939-7508 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/28/2005 11:36 | 0.0 | Refused | None | NO | NO | 31831.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/28/2005 11:34 | 0.0 | Refused | None | NO | NO | 31830.WAV | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/27/2005 18:57 | 1.4 | Answered | None | NO | NO | 31797.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/27/2005 14:59 | 15.5 | Answered | None | NO | NO | 31770.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/27/2005 14:57 | 0.0 | Busy | None | NO | NO | 31769.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/27/2005 14:52 | 4.3 | Answered | None | NO | NO | 31768.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/26/2005 18:18 | 0.0 | Busy | None | NO | NO | 31684.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/26/2005 14:42 | 0.9 | Answered | None | NO | NO | 31665.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/26/2005 13:55 | 0.0 | Busy | None | NO | NO | 31656.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/26/2005 11:14 | 0.0 | Busy | None | NO | NO | 31631.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 21:18 | 1.3 | Answered | None | NO | NO | 31582.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 3 | 03/25/2005 17:48 | 0.0 | Call Type | None | NO | NO | NO | (641) 939-7508 | | Undefined | Undefine |
| C CELL | 0117645726 | Johnson, Angela | 3078839155 | 03/25/2005 17:48 | 1.1 | Answered | User Hung Up | NO | NO | 31518.WAV | (641) 939-7502 | 3078839155 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 17:45 | 1.8 | Answered | None | NO | NO | 31517.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 17:29 | 0.0 | Busy | None | NO | NO | 31514.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 17:28 | 0.0 | Busy | None | NO | NO | 31513.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 14:37 | 0.0 | Busy | None | NO | NO | 31484.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 13:45 | 0.0 | Busy | None | NO | NO | 31468.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 13:13 | 0.0 | Busy | None | NO | NO | 31449.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 13:02 | 0.0 | Busy | None | NO | NO | 31441.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 12:46 | 0.0 | Busy | None | NO | NO | 31419.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 12:44 | 1.2 | Answered | None | NO | NO | 31417.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 12:41 | 2.4 | Answered | None | NO | NO | 31416.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 12:40 | 0.0 | Busy | None | NO | NO | 31415.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/25/2005 12:38 | 0.0 | Busy | None | NO | NO | 31413.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 03/25/2005 12:26 | 10.0 | Answered | User Hung Up | NO | NO | 31411.WAV | (641) 939-7508 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 03/24/2005 21:06 | 19.8 | Answered | User Hung Up | NO | NO | 31379.WAV | (641) 939-7510 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 03/23/2005 20:09 | 19.9 | Answered | User Hung Up | NO | NO | 31209.WAV | (641) 939-7508 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 19:45 | 10.6 | Answered | None | NO | NO | 30965.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 17:27 | 3.5 | Answered | None | NO | NO | 30921.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 17:22 | 3.8 | Answered | None | NO | NO | 30919.WAV | (641) 939-7510 | | Commissary | Free |

Case 3:05-cv-03964-WHP-TJS Document 4-45 Filed 06/23/11 Page 95 of 100

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/21/2005 16:15 | 1.7 | Answered | User Hung Up | NO | NO | 30898.WAV | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 16:14 | 0.0 | No Answer | None | NO | NO | 30897.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 16:10 | 1.6 | Answered | None | NO | NO | 30896.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/21/2005 13:27 | 0.0 | Busy | None | NO | NO | 30850.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 20:35 | 1.2 | Answered | None | NO | NO | 30786.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 20:33 | 1.3 | Answered | None | NO | NO | 30784.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 17:42 | 6.6 | Answered | None | NO | NO | 30755.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 17:39 | 1.4 | Answered | None | NO | NO | 30754.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 17:38 | 0.9 | Answered | None | NO | NO | 30753.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 17:36 | 1.5 | Answered | None | NO | NO | 30751.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 16:10 | 0.0 | Busy | None | NO | NO | 30734.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 13:53 | 0.0 | Busy | None | NO | NO | 30706.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 13:51 | 0.0 | Busy | None | NO | NO | 30705.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 13:17 | 0.3 | Answered | None | NO | NO | 30695.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/20/2005 13:16 | 0.1 | Answered | None | NO | NO | 30694.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 20:47 | 0.2 | Answered | None | NO | NO | 30625.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 18:10 | 0.0 | Busy | None | NO | NO | 30554.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 17:59 | 8.1 | Answered | None | NO | NO | 30548.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 17:58 | 0.0 | Busy | None | NO | NO | 30546.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8544649899 | 03/19/2005 17:57 | 0.0 | Call Type | None | NO | NO | NO | (641) 939-7510 | | Undefined | Attem |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 17:50 | 6.5 | Answered | None | NO | NO | 30538.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 16:08 | 15.5 | Answered | None | NO | NO | 30487.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:41 | 1.8 | Answered | None | NO | NO | 30453.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:40 | 0.0 | Busy | None | NO | NO | 30452.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:37 | 0.0 | Busy | None | NO | NO | 30451.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:36 | 1.1 | Answered | None | NO | NO | 30450.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:03 | 13.4 | Answered | None | NO | NO | 30438.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 14:02 | 0.0 | Busy | None | NO | NO | 30436.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 13:44 | 15.6 | Answered | None | NO | NO | 30425.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/19/2005 13:42 | 0.0 | Busy | None | NO | NO | 30422.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 03/18/2005 12:11 | 8.6 | Answered | User Hung Up | NO | NO | 30257.WAV | (641) 939-7510 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/18/2005 09:59 | 0.0 | Busy | None | NO | NO | 30254.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/17/2005 20:30 | 0.0 | Busy | None | NO | NO | 30190.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/17/2005 20:29 | 0.0 | Busy | None | NO | NO | 30187.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/17/2005 15:17 | 0.0 | Busy | None | NO | NO | 30074.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 18:36 | 0.0 | Busy | None | NO | NO | 29930.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 17:34 | 2.1 | Answered | None | NO | NO | 29884.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 16:13 | 1.0 | Answered | None | NO | NO | 29861.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 16:05 | 0.0 | Busy | None | NO | NO | 29859.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 14:35 | 1.7 | Answered | None | NO | NO | 29825.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 14:34 | 0.8 | Answered | None | NO | NO | 29823.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 14:27 | 6.1 | Answered | None | NO | NO | 29817.WAV | (641) 939-7510 | | Commissary | Free |

| C CELL | 0117645726 | Johnson, Angela | 311 | 03/16/2005 14:26 | 0.0 | Busy | None | NO | NO | 29815.WAV | (641) 939-7508 | | Commissary | Free |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/15/2005 15:40 | 15.6 | Answered | None | NO | NO | 29668.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/15/2005 15:38 | 0.0 | Busy | None | NO | NO | 29667.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/14/2005 16:52 | 2.7 | Answered | User Hung Up | NO | NO | 29570.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/14/2005 13:22 | 0.0 | Refused | None | NO | NO | 29539.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/13/2005 19:30 | 4.6 | Answered | None | NO | NO | 29481.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/13/2005 19:28 | 0.0 | Busy- | None | NO | NO | 29480.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/13/2005 19:24 | 4.1 | Answered | None | NO | NO | 29478.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/13/2005 13:31 | 0.0 | Busy | None | NO | NO | 29436.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/12/2005 18:35 | 15.6 | Answered | None | NO | NO | 29319.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/12/2005 14:47 | 0.0 | Busy | None | NO | NO | 29281.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/12/2005 12:44 | 0.0 | Busy | None | NO | NO | 29266.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/12/2005 11:19 | 0.0 | Busy | None | NO | NO | 29246.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/12/2005 11:17 | 0.0 | Busy | None | NO | NO | 29244.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/11/2005 20:59 | 0.0 | Busy | None | NO | NO | 29226.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 3193622921 | 03/11/2005 17:41 | 3.5 | Answered | User Hung Up | NO | NO | 29187.WAV | (641) 939-7502 | 3193622921 | Intrastate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/11/2005 14:27 | 0.0 | Refused | None | NO | NO | 29165.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/11/2005 13:00 | 0.0 | Busy | None | NO | NO | 29156.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/11/2005 12:10 | 0.0 | Refused | None | NO | NO | 29153.WAV | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/11/2005 12:09 | 0.0 | Refused | None | NO | NO | 29152.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/11/2005 11:37 | 0.0 | Busy | None | NO | NO | 29149.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/11/2005 11:36 | 0.0 | Busy | None | NO | NO | 29148.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/11/2005 11:32 | 3.3 | Answered | None | NO | NO | 29147.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/10/2005 21:44 | 0.0 | Busy | None | NO | NO | 29115.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/10/2005 21:28 | 0.0 | Busy | None | NO | NO | 29108.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/10/2005 20:22 | 0.0 | Busy | None | NO | NO | 29101.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/10/2005 20:14 | 0.0 | Busy | None | NO | NO | 29100.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/10/2005 20:05 | 1.2 | Answered | None | NO | NO | 29096.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 20:52 | 0.0 | Busy | None | NO | NO | 28937.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 20:40 | 0.0 | Busy | None | NO | NO | 28936.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 20:38 | 1.6 | Answered | None | NO | NO | 28935.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 20:16 | 0.7 | Answered | None | NO | NO | 28924.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 18:33 | 15.4 | Answered | None | NO | NO | 28897.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 18:08 | 1.9 | Answered | None | NO | NO | 28891.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 17:31 | 0.0 | Busy | None | NO | NO | 28883.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 16:15 | 0.0 | Busy | None | NO | NO | 28857.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 16:14 | 0.2 | Answered | None | NO | NO | 28856.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 15:59 | 0.0 | Busy | None | NO | NO | 28849.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 15:43 | 0.0 | Busy | None | NO | NO | 28845.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 15:42 | 0.0 | Busy | None | NO | NO | 28844.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 14:16 | 15.5 | Answered | None | NO | NO | 28820.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 14:11 | 0.0 | Busy | None | NO | NO | 28819.WAV | (641) 939-7510 | | Commissary | Free |

ile://A:\Johnsc html

Case 5:06-cv-00544-HE   Document 98-11   Filed 06/23/11   Page 98 of 100

| Type | PIN | Name | Dialed | Date/Time | Min | Status | Termination | | | Recording | Station | Called # | Category | Billing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | | | | | | | | | | | |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/09/2005 14:08 | 0.0 | Busy | None | NO | NO | 28818.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 3078839155 | 03/08/2005 18:59 | 0.0 | No Answer | User Hung Up | NO | NO | NO | (641) 939-7502 | 3078839155 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/08/2005 18:23 | 0.0 | Busy | None | NO | NO | 28634.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/08/2005 18:15 | 7.1 | Answered | None | NO | NO | 28627.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 03/07/2005 14:04 | 9.5 | Answered | User Hung Up | NO | NO | 28471.WAV | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8154743350 | 03/07/2005 14:03 | 0.0 | Dial Rule Error | None | NO | NO | NO | (641) 939-7510 | | Interstate | Operator |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 18:18 | 0.0 | Busy | None | NO | NO | 28353.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 18:16 | 1.2 | Answered | None | NO | NO | 28351.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 16:52 | 1.3 | Answered | None | NO | NO | 28334.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 16:10 | 1.4 | Answered | None | NO | NO | 28323.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 16:08 | 1.3 | Answered | None | NO | NO | 28322.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 15:52 | 15.5 | Answered | None | NO | NO | 28318.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 15:51 | 0.6 | Answered | None | NO | NO | 28317.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 15:37 | 12.9 | Answered | None | NO | NO | 28314.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 13:37 | 0.0 | Busy | None | NO | NO | 28275.WAV | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 13:21 | 15.7 | Answered | None | NO | NO | 28269.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 13:04 | 15.8 | Answered | None | NO | NO | 28266.WAV | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 03/06/2005 13:03 | 0.0 | Busy | None | NO | NO | 28265.WAV | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/28/2005 11:37 | 1.9 | Answered | User Hung Up | NO | NO | YES | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/28/2005 11:36 | 0.0 | No Answer | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 31 | 02/27/2005 17:31 | 0.0 | Call Type | None | NO | NO | NO | (641) 939-7502 | | Undefined | Undefined |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/27/2005 17:31 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/27/2005 16:28 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/27/2005 16:26 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/27/2005 16:25 | 0.7 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:54 | 1.6 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:52 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:18 | 9.5 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:17 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:17 | 0.3 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:16 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:15 | 0.3 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/26/2005 17:15 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/25/2005 16:31 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/25/2005 13:19 | 0.0 | Refused | None | NO | NO | YES | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 20:59 | 1.5 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 20:45 | 13.6 | Answered | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 20:44 | 0.6 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 20:31 | 12.0 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 20:30 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 17:22 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/24/2005 17:21 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |

| Type | Account | Name | Number | Date | Time | Min | Call Type | Note | Flag | Flag | Phone | Dest | Category | Billing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 20:44 | 0.0 | No Answer | User Hung Up | NO | YES | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 20:21 | 0.0 | No Answer | None | NO | YES | (641) 939-7502 | 8164743350 | Interstate | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 19:36 | 0.0 | Busy | None | NO | YES | (641) 939-7502 | 8164743350 | Interstate | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 19:33 | 1.5 | Answered | None | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 19:31 | 0.8 | Answered | None | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 13:28 | 1.8 | Answered | None | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 13:26 | 0.0 | No Answer | None | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 13:24 | 0.0 | Busy | None | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/23/2005 | 13:12 | 5.9 | Answered | None | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/22/2005 | 13:11 | 2.3 | Answered | None | NO | YES | (641) 939-7510 | | Collect Attem | Collect |
| C CELL | 0117645726 | Johnson, Angela | 03 | 02/22/2005 | 13:09 | 1.6 | Answered | None | NO | YES | (641) 939-7502 | | Undefined | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/22/2005 | 13:09 | 0.0 | Busy | None | NO | YES | (641) 939-7508 | | Interstate | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/22/2005 | 13:06 | 14.9 | Refused | None | NO | YES | (641) 939-7510 | | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/22/2005 | 13:09 | 10.1 | Busy | None | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/22/2005 | 12:48 | 1.5 | Answered | None | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/22/2005 | 12:32 | 10.1 | Answered | None | NO | YES | (641) 939-7510 | | Intralata | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 02/09/2005 | 09:00 | 0.0 | Busy | None | NO | NO | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 19:54 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 9722861335 | 02/08/2005 | 19:13 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 16:27 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 31 | 02/08/2005 | 16:27 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7508 | | Operator | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 16:45 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 0311 | 02/22/2005 | 16:44 | 15.2 | Answered | None | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 17:55 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7502 | | Undefined | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 17:55 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 3193642467 | 02/08/2005 | 15:47 | 0.0 | Blocked No | None | NO | NO | (641) 939-7508 | | Interstate | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 15:46 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 15:45 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 15:45 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7508 | | Intrastate | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/08/2005 | 15:45 | 0.0 | PC Not Available | None | NO | NO | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 | 18:45 | 3.0 | PC Not Available | None | NO | NO | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 | 18:38 | 5.7 | Answered | None | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CEID | 0117645726 | Johnson, Angela | 311 | 02/07/2005 | 18:32 | 5.6 | Answered | None | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 | 18:26 | 5.7 | Answered | None | NO | YES | (641) 939-7508 | | Commissary | Free |

Case 3:09-cv-03964-MW/BLTS    Document 68-55    Filed 06/23/11    Page 99 of 100    JB6R006235

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 18:21 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 18:21 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/07/2005 10:51 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/06/2005 17:40 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 18:29 | 1.7 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 18:25 | 3.0 | Answered | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 14:56 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 14:55 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 12:16 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/05/2005 12:14 | 1.5 | Answered | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 19:22 | 1.6 | Answered | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 19:15 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 19:14 | 0.4 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 18:39 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 18:35 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/04/2005 18:32 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/03/2005 19:46 | 2.4 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/03/2005 19:45 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/03/2005 19:43 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/03/2005 19:42 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/02/2005 18:59 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/02/2005 18:39 | 15.6 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 02/02/2005 17:46 | 19.0 | Answered | User Hung Up | NO | NO | YES | (641) 939-7510 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/02/2005 17:33 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/02/2005 17:31 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/02/2005 12:24 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/02/2005 10:08 | 0.7 | Answered | User Hung Up | NO | NO | YES | (641) 939-7502 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 02/02/2005 10:06 | 0.0 | Refused | None | NO | NO | YES | (641) 939-7508 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/01/2005 21:35 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/01/2005 21:29 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 5152437600 | 02/01/2005 15:31 | 1.7 | Answered | User Hung Up | NO | NO | YES | (641) 939-7510 | 5152437600 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 02/01/2005 12:22 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 20:03 | 4.5 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 19:17 | 3.0 | Answered | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 6415872294 | 01/31/2005 18:25 | 19.7 | Answered | User Hung Up | NO | NO | YES | (641) 939-7508 | 6415872294 | Intralata | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 18:08 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7502 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 18:03 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 17:47 | 15.5 | Answered | None | NO | NO | YES | (641) 939-7510 | | Commissary | Free |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 01/31/2005 15:21 | 10.3 | Answered | User Hung Up | NO | NO | YES | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 01/31/2005 15:20 | 0.0 | Call Type | None | NO | NO | NO | (641) 939-7508 | | Interstate | 1st Attempt |
| C CELL | 0117645726 | Johnson, Angela | 8164743350 | 01/31/2005 15:20 | 0.0 | Refused | None | NO | NO | YES | (641) 939-7510 | 8164743350 | Interstate | Collect |
| C CELL | 0117645726 | Johnson, Angela | 311 | 01/31/2005 15:06 | 0.0 | Busy | None | NO | NO | YES | (641) 939-7508 | | Commissary | Free |