# U.S. v Angela Johnson

Capital Sentencing

Adverse Developmental Factors

## What are the Issues?

### Criminal Responsibility

**Guilt phase**

Could she control
herself?

Did she have a choice?

Did she know right from
wrong?

What did she do?

- Dr. Cunningham, what were you asked to do in this case?
- Wait a minute, what is a "psycho-legal issue"?
- Are psycho-legal issues within the knowledge and expertise of forensic psychologist?
- Have the workshops that you have provided under the auspices of the American Academy of Forensic Psychology addressed "psycho-legal" issues?
- Have your own peer-reviewed papers and edited book chapters also addressed psycho-legal issues.
- Dr. Cunningham, let me start with the first of these psycho-legal issues: "moral culpability."
- How is the "moral culpability" issue that you focused on here different from the sort of issue that you would focus on if you were doing an evaluation at the guilt-phase rather than the sentencing-phase of this or any other criminal case?
- What are those criminal responsibility questions as they are viewed by a forensic psychologist?
- Aren't those still the questions at sentencing?
- Why not?

*Mark D. Cunningham, Ph.D., ABPP*

## What are the Issues?

| Criminal Responsibility | Moral Culpability |
|---|---|
| **Guilt phase** | **Sentencing phase** |
| Could she control herself? | What diminished her control? |
| Did she have a choice? | What shaped the choice? |
| Did she know right from wrong? | What shaped her morality and value system? |
| What did she do? | How did we get here? How was she damaged? |

What are the "moral culpability" questions and how are they different from the questions of criminal responsibility or sanity?



•Dr. Cunningham, in your interview of Angie, interview of her family and other third parties, and review of her records, what were you looking for – what guided your evaluation?

•As viewed by a forensic psychologist, are these damaging and impairing factors relevant to the choices that someone has and to their moral culpability for those choices?

•Dr. Cunningham, in your testimony do you intend to tell the jury whether Angie's moral culpability makes her appropriate or inappropriate for the death penalty?

•Have you prepared a graphic model to illustrate the relationship of the factors that you will be describing to choice and moral culpability?

•Please explain this model?



| Angela Jane Johnson | 325 minutes | |
| --- | --- | --- |
| *Parents and stepmother* | | |
| Pearl Jean Johnson | 174 | |
| | 27 (phone) | |
| Jimmy "Jim" Johnson | 85 | |
| Pamela "Cookie" Johnson | 54 | |
| *Siblings* | | |
| Wendy Jacobson | 93 (phone) | |
| | 70 (phone) | |
| Jamie Jo Hays | 70 | |
| | 51 (phone) | |
| Jimmy Johnson, Jr. | 77 (phone) | |
| Holly Dirksen | 57 | |
| | 45 (phone) | |
| *Children* | | |
| Alyssa Dale Johnson | 50 | |
| Marvea Jane Honkin | 36 | |
| *Extended family* | | |
| Rita Roach | 32 (phone) | Maternal half-aunt |
| Winnie Jergenson | 17 (phone) | Paternal aunt |
| Wayne Hopp | 24 (phone) | Paternal half-uncle |
| Mark Jacobson | 8 (phone) | Brother-in-law |
| Arvin Dale "AJ" Johnson | 43 | Ex-Husband |
| *Others* | | |
| Kim Swalve | 50 | Former housemate |
| Carol Mann | 61 | Family friend |
| Dave Nieman | 57 | Childhood friend |
| Mikel Olsen | 46 (phone) | Babysitter |

•Dr. Cunningham, in your investigation of Angie's life and background – of her moral culpability - did you perform any interviews?

•Who did you talk to?

•Why did you talk to so many different people?

•How consistent was what Angie told you with what you learned from the others that you spoke to?

•Dr. Cunningham, what records did you review in examining Angie's history and background?

•Are these sources customarily relied upon by experts in forensic psychology?

•Did you also review scholarly studies?

*Angela Johnson*
## Damaging Developmental Factors

*Generational and biological factors*
- Multigenerational family distress
- Genetic predisposition to substance dependence
- Genetic predisposition to psychological disorder
- Attention and learning difficulties in childhood

*Parenting factors*
- Maternal neglect and parenting inadequacy
- Paternal neglect and parenting inadequacy
- Chronic domestic conflict in early childhood
- Observed maltreatment of siblings
- Pathological divorce
- Instability of home and recurrent relocations
- Physical and emotional abuse
- Bizarre religiosity of home and associated maltreatment
- Inadequate supervision and guidance
- Psychological terror in foster/orphanage setting
- Sexually traumatic exposures in foster/orphanage setting

*Peer factors*
- Peer harassment and rejection

*Disturbed trajectory*
- Childhood onset psychological disorder
- Premature employment, with school dropout and economic exploitation by mother
- Premature marriage and teen pregnancy
- Early adolescent onset substance abuse and dependence
- Methamphetamine dependence
- Repeated violent victimization in relationship to Terry Degnes
- Inadequate interventions
- Psychological disorders in adulthood
- Relationship with Dustin Honken

Dr. Cunningham, did you find evidence of any damaging or impairing factors in your investigation of Angie's background?

Dr. Cunningham, at this juncture could you simply list these for the jury?

•Dr. Cunningham, just so the jury knows what to expect, how long do you think you will testify in describing the implications of all of these factors?

•Why is it going to take so long?

•Dr. Cunningham, have you taken some steps to try to make this testimony more understandable?

•Now we both have a copy of these slides, right?

•And the government has a copy of them as well.

•So, in all candor, when I ask a question of you, I already know what slide is going to follow don't I?

•And you've given me some ideas about what questions to ask as well, haven't you?

•Why have you done that?

•Dr. Cunningham, are there some slides or models that are more generic that you have used before in your testimony in other cases?

•Why haven't you made all new slides for this case?

*Mark D. Cunningham, Ph.D., ABPP*                                                    12



Dr. Cunningham, before you begin to discuss Angela's history and the meaning that that history may have for the jury's determination, let me ask you something: If you accept the jury's verdict that Angela was involved in these offenses, did she have a choice in whether he engaged in this conduct?     *(yes)*

If she had a choice, then what difference does her history or background have with the jury's determination of her moral culpability or blameworthiness?  *(Because we don't all have the same choices)*

Please explain that – how do we not all have the same choices?

*This may simply roll as a narrative without attorney prompting – I have provided prompts if there is an early "ask and answer" objection.*

*After structure is complete, then ask:*

Can someone like this choose to have one of the bad outcomes?

*Mark D. Cunningham, Ph.D., ABPP*                                                                                  *13*



*Progressive animation of ball rising.*





Does everyone have a level playing field for their choices - Do all of us have a leap to get to the bad outcomes?

Dr. Cunningham, what happens if there is a family history of addiction or psychological disorder?

Did you identify such a history of addiction and psychological disorder in Angela's family?

*Mark D. Cunningham, Ph.D., ABPP*                                                                                    20



Dr. Cunningham, what if the child is abused or neglected – or is exposed to violence in the home - how does that affect the risk of a bad outcome?

In your evaluation of Angela's background did you identify whether she had been mistreated as a child? Had she been exposed to violence in the home?



Dr. Cunningham, how does being emotionally injured – through traumatic experience or instability or abandonment - affect choice and the likelihood of a bad outcome?

Was Angela's subjected to any traumatic experience or instability in her childhood?

*Mark D. Cunningham, Ph.D., ABPP*                                                   26



What if the individual whose life is already on a ramp begins to drink or drug – then what happens?

Did Angie develop a drug addiction? Will you be detailing these in the course of your testimony?



Dr. Cunningham, if someone like Angela has these factors that push up the angle of the ramp, are they likely to have those blocks that stand between them and the bad outcomes?



So what does choice does this person's ramp look like?



Do they have the same choices as the person who grows up like you or me?



What do we call the angle of the ramp that the choices are made from?

Case 3:09-cv-03064-MWB-LTS    Document 284-73    Filed 06/23/11    Page 18 of 145

> *Risk and protective factors for serious, violent, and chronic juvenile offenders in the community*
>
> ## U.S. Department of Justice Model
>
> ➤ Prevention approaches seek to interrupt the **processes that cause** problem behavior.
>
> ➤ Research over the past 30 years has identified **risk factors** for delinquency and violence, as well as **protective factors** that buffer an individual against risk factors and inhibit the development of behavior problems.
>
> ➤ Strongest prevention:  ↓ risk factors
>
>  ↑ protective factors
>
> U.S. Department of Justice (June 1995). Guide for implementing the comprehensive strategy for serious, violent, and chronic juvenile offenders. Juvenile Justice Bulletin: OJJDP Update on Programs, NCJ 153571. Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

•Dr. Cunningham, isn't this ramp model just a fancy abuse excuse?

•What does the U.S. Department of Justice have to do with this?

•Dr. Cunningham, whose words are those "the processes that cause"?

•Does this research only apply to teens, or is it relevant to criminal activity in adulthood as well.

*If you think the Government will attempt a sophisticated cross:*

•Dr. Cunningham, from a formal research perspective, are these "risk" and "protective" factors that the Department of Justice has identified correlational or causative?

•Please explain the difference between these two types of findings – correlations and causes - and what kind of research is involved in determining these.

•Could you give some examples of the research methodology that these studies identifying risk and protective factors have utilized?

•Does that mean that this research has nothing to do with the causes of serious, violent, and chronic offending by teens?

•What evidence is there that this research is meaningful in the real world?

•So if I understand it, the same U.S. Department of Justice that is quibbling over correlations here in this courtroom, is the same U.S. Department of Justice that funding this research, publishing these findings, and encouraging the development of preventative initiatives to reduce the risk factors and increase the protective factors?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 34

<div style="border:1px solid black;">

*U.S. Department of Justice Model*

### Risk Factors for Violence and Delinquency
### In the Community

**Conception to age 6:**

± Perinatal difficulties

• Minor physical abnormalities

• Brain damage

✓ Family history of criminal behavior and substance abuse

✓ Family management problems

✓ Family conflict

✓ Parental attitudes favorable toward, and parental involvement in, crime and substance abuse

</div>

Dr. Cunningham, as you review the factors identified in this 1995 Department of Justice report, I would like for you to particularize this to Angela – in other words, tell us what risk factors that Angela was exposed to. What risk factors has the Justice Department identified?

*Interrupt*

Doctor, let me stop you - do you mean that things that happen to a baby even before he's born affect her likelihood of delinquency and violence?

Have you just listed the risk factors that apply to Angela?

Angela had 4 or 5 of the 7 pregnancy and early childhood risk factors for a violent and delinquent life trajectory that would likely begin as a teen.

Dr. Cunningham, how many of these formative factors did Angela get a choice about?

Did she get to decide whether or not she was exposed to these early life risk factors that the Department of Justice says are important in determining who ends up in delinquency and crime and who doesn't?

```
┌─────────────────────────────────────────────┐
│  U.S. Department of Justice Model             │
│                                               │
│  Risk Factors for Violence and Delinquency    │
│              In the Community                 │
│                                               │
│  Age 6 through adolescence:                   │
│  ✓  Extreme economic deprivation              │
│  ·  Community disorganization and low         │
│     neighborhood attachment                   │
│  ✓  Transitions and mobility                  │
│  ·  Availability of firearms                  │
│  ✓  Media portrayals of violence              │
│  ✓  Family management problems                │
│  ✓  Family conflict                           │
│  ✓  Parental attitudes favorable toward, and  │
│     parental involvement in, crime and        │
│     substance abuse                           │
│  ·  Early and persistent antisocial behavior  │
│  ·  Academic failure                          │
│  ✓  Lack of commitment to school              │
│  ✓  Alienation and rebelliousness             │
│  ·  Association with peers who engage in      │
│     delinquency and violence                  │
│  ·  Favorable attitudes towards delinquent    │
│     and violent behaviors                     │
│  ±  Constitutional factors (e.g. low          │
│     intelligence, hyperactivity,              │
│     attention-deficit disorders)              │
└─────────────────────────────────────────────┘
```

What factors did the Justice Department identify during the ages of 6 through adolescence that tilt the ramp toward delinquency and violence, and please link these to Angie where appropriate.


What does the "±" mean?


How many of these age 6 through adolescence factors did Angie have


Dr. Cunningham, by my count from conception through adolescence Angela had 14 of 22 of the risk factors identified by the Department of Justice?

*Mark D. Cunningham, Ph.D., ABPP*                                              36

---

*U.S. Department of Justice (April 2000)*

## Predictors of Youth Violence
## in the Community

### Cumulative impact:

- The larger the number of risk factors the youth was exposed to, the greater the probability of violent behavior in the community.

U.S. Department of Justice

Hawkins, J.D., Herrenkohl, T.L., Farrington, D.P., Brewer, D., Catalano, R.F., Harachi, T.W., & Cothern, L. (April 2000). Predictors of youth violence. Juvenile Justice Bulletin. U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

---

Has the Justice Department sponsored any more research in this area since 1995?

Describe this study.

Dr. Cunningham, does this research simply consist of looking back at the histories of individuals who have been charged with criminal violence?

Dr. Cunningham, what was one of the most important findings to come out of this massive study sponsored by the U.S. Department of Justice?

U.S. Department of Justice (April 2000)
### Predictors of Youth Violence

**Individual factors**
✓ Hyperactivity, concentration problems, restlessness, and risk taking (x 2 - 5)
± Aggressiveness (x 1.5 - 6)
• Early initiation of violent behavior (x 6)
• Involvement in other forms of antisocial behavior
• Beliefs and attitudes favorable to deviant or antisocial behavior.

**Family factors**
✓ Parental criminality (x 1 - 3.8)
✓ Child maltreatment
✓ Poor family management practices (x 2)
✓ Low levels of parental involvement
✓ Poor family bonding and family conflict
✓ Residential mobility (±)
✓ Parental attitudes favorable to substance abuse and violence (x 2)
✓ Parent-child separation

Hawkins et al. (2000)

Please apply these research findings to Angela. What individual factors did Angela have that were identified by the Justice Department as cumulatively contributing to violent conduct in her teens?

*Interrupt*

What does the "x" and the numbers in parentheses mean?

Angela had all 2 of these individual risk factors?

What family risk factors did the Justice Department identify?

Angela had all 8 of the family risk factors for delinquency and violence?

*Mark D. Cunningham, Ph.D., ABPP*

*38*

---

U.S. Department of Justice (April 2000)

**School factors**
- Academic failure
- Low bonding to school
- ✓ Truancy and dropping out of school
- ✓ Frequent school transitions
- High delinquency rate schools

**Peer-related factors**
- ± Delinquent siblings
- Delinquent peers
- Gang membership (x 3-4)

**Community and neighborhood factors**
- ✓ Poverty (x 2)
- Community disorganization (crime, drug-selling, gangs, poor housing)
- ✓ Availability of drugs and firearms
- Neighborhood adults involved in crime
- Exposure to violence and racial prejudice

**Situational factors**

Hawkins et al. (2000)

---

- What school risk factors did the Justice Department identify?
- Angela had 2 of 5 of these?
- What peer-related factors were found by the Justice Department?
- Angela had perhaps one of these?
- What community and neighborhood factors did the Justice Department find?
- Angela had two of these?
- What are situational factors?
- Are situational factors implicated in this offense?
- Dr. Cunningham, by my count Angela had 14 or 15 of the 26 risk factors for serious delinquency and violence – how would you characterize that?

        *(seriously cumulative – it is pervasive developmental poisoning)*

*U.S. Department of Justice Model*

**Protective Factors that Inhibit Violence
and Delinquency in the Community**

- Individual characteristics:
  - ✓ Female gender
  - Intelligence
  - ✓ Positive social orientation
  - Resilient temperament

- Social bonding to positive role models:
  - Family members
  - Teachers
  - Coaches
  - Youth leaders
  - ✓ Friends

- Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.

- Effective early interventions

Dr. Cunningham, earlier you referenced the U.S. Department of Justice emphasis on protective factors as well as risk factors. What protective factors that would reduce the likelihood of a delinquent and violent outcome have been identified by the U.S. Department of Justice? – and please apply them to Angela as you describe them?

•Please explain how being female functions as a protective factor.

•Are you saying that females are somehow immune from being damaged by these risk factors?

•Dr. Cunningham, do the life outcomes of the women in Angie's family illustrate how females are often impacted by damaging developmental factors?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *40*



Dr. Cunningham, have you prepared a family tree to assist the jury in understanding Angie's family background?

Before you describe the outcomes of females in Angie's family system, could you orient us to this family tree?



Dr. Cunningham, please continue to describe how the women in Angie's family have been affected by their backgrounds.

What does the pink coloring signify?



What about drug or alcohol abuse, how is that represented among the women in Angie's family?



What other processes can you describe?



*Mark D. Cunningham, Ph.D., ABPP*                                                                 *45*







Dr. Cunningham, are there any other problem outcomes among the women in this family?

> *U.S. Department of Justice Model*
>
> ## Protective Factors that Inhibit Violence and Delinquency in the Community
>
> - ◆ Individual characteristics:
>   - ✓ Female gender
>     - Intelligence
>   - ✓ Positive social orientation
>     - Resilient temperament
>
> - ◆ Social bonding to positive role models:
>     - Family members
>     - Teachers
>     - Coaches
>     - Youth leaders
>   - ✓ Friends
>
> - ◆ Healthy beliefs and clear standards for behavior, including those that promote nonviolence and abstinence from drugs.
>
> - ◆ Effective early interventions

Dr. Cunningham, if we could return to the list of protective factors – thank you.

What about intelligence – how is that a protective factor?

•Was Angela a whiz kid in school – was she identified early on as a brilliant student who was destined to be a surgeon?

*Ask additional questions about each protective factor as needed.*

Dr. Cunningham, did Angela get a choice about whether she had the benefit of these protective factors that might have helped form a barrier between her and a criminal outcome?



How would you illustrate the balance between the cumulative impact of many risk factors and minimal protective factors?

How would you illustrate the balance between the cumulative impact of many risk factors and minimal protective factors?



What about when you have lots of protective factors and not very significant risk factors?

Where does the U.S. Department of Justice put "makes bad choices" in their analysis of risk and protective factors?



So good choices or bad choices are what you make in the face of the balance of these risk and protective factors?



1. Secure, stable relationship with parents.

2. Neurologically and developmentally healthy.

3. Genetically resilient.

4. Free from serious childhood trauma.

•Dr. Cunningham, have you prepared a model that explains your analysis of Angela's background, and the relationship of various developmental factors to her participation in drug addiction and eventually these offenses?

•Please explain this model.

•Dr. Cunningham, what creates a strong span – one with high quality concrete and lots of rebar that will be able to withstand a lot of life adversity?

*Ask me to explain and expound on each of these*



What can you tell us about the span on Angela's bridge?

What do you mean by deficient early parenting?

*Mark D. Cunningham, Ph.D., ABPP*

54



What about the early parenting that Angela received was deficient?

## Parenting Inadequacy of both Mother and Father

- Jimmy and Pearl Jean were each the product of family systems that were profoundly dysfunctional.

Please describe the factors that lead you to characterize her parenting as inadequate.

What's the Relevance of a Family's
History or Legacy over Generations?

- The child is predisposed through heredity

- Family behavior patterns and effects are multi-generational
  - scripts
  - modeling
  - sequential damage

•Dr. Cunningham, in what ways does the family history of Angela's parents or grandparents relate to her and her outcomes?

•In what other ways besides heredity does the family history of Angela's parents or grandparents relate to her and her outcomes?

•What do you mean that behavior patterns are multi-generational?

•What are scripts?

•What is modeling?

•What is sequential damage?

*Mark D. Cunningham, Ph.D., ABPP*

57





What other family scripts are at work in this family system that damaged the parenting capability of Pearl Jean

## Generational Family Dysfunction

**Maternal grandfather (Albert Gomez)**
- He and five siblings were abandoned by their father
- Cashed his check and got drunk every Friday night at the bar
- Abandoned Pearl Jean in childhood

**Maternal great-uncle (Dave)**
- Heavy drinker
- Sexually abused many females in family

**Maternal great-uncle (Lawrence)**
- Heavy drinker

**Maternal step-grandfather (Virgil Ashley)**
- Alcoholic
- Physically abusive of Florence and children – routinely locked children in dark basement; whipped leaving welts
- Sexually abused Pearl Jean

**Maternal grandmother (Florence Limesand)**
- Married at age 17
- Children raised for periods of time by her mother
- Was never there emotionally for her children
- Obsessed with bizarre religiosity

**Maternal uncle (Albert Gomez, Jr.)**
- Never got over being abused and bullied by stepfather (Virgil)
- Alcoholic and abusive
- Pearl Jean last saw him 20 years before his death

*Do not display to jury, rather describe as each person is pointed out on the family tree.*

Dr. Cunningham, please describe what you learned about the multi-generational dysfunction in Angela's family.

**Maternal half-aunt (Rita)**
- Gave up custody of daughter to husband and little subsequent relationship
- Estranged from daughter she reared.
- Socially reclusive
- Last saw Angie when she was age 19
- Last saw Pearl Jean in 1989

**Mother (Pearl Jean Johnson)**
- Problems learning and concentrating in school
- Poor relationship with peers
- Spent much of her early childhood with her maternal grandmother.
- Repeatedly sexually abused by stepfather Virgil Ashley
- Again lived with maternal grandmother after divorce of Virgil and Florence – does not know where mother was
- Dropped out 10th grade
- Physically abused in marriage with Jimmy Johnson
- Obsessed with bizarre religiosity
- Evidence of failure to effectively bond with her own children
- Neglected and abused her children

*Do not display to jury, rather describe as each person is pointed out on the family tree.*

**Paternal grandfather (Merlin Johnson)**
- Heavy drinker.
- Killed in single vehicle car wreck at age 21 – question of suicide.

**Paternal step-grandfather (Warren Hopp)**
- Heavy drinker.
- Physically abusive of Winnifred and children.
- Put Jim's hand on a hot stove burner to teach not to start fires.
- Broke Wayne's collar bone when jerked her from top bunk to floor for wetting bed.

**Paternal grandmother (Winnifred Peloquin)**
- First child at age 16.
- Episodic heavy drinker.
- Chronic liar.
- Whipped Jim with belt or stick – left blood blisters.
- Declared unfit mother and children placed with relatives and in foster care.

**Paternal aunt (Winnie Johnson)**
- Episodic heavy drinker.
- Teen and pregnant at marriage
- Five marriages to four men – several alcoholics

**Paternal uncle (Wayne Hopp)**
- Episodic drunken bouts
- Served six month jail sentence for bar fight with police

*Do not display to jury, rather describe as each person is pointed out on the family tree.*

**Father (Jim Johnson)**
- Biological father died before Jim was born.
- Physically abused by stepfather.
- Learning disabled – repeated 1st and 2nd grades.
- Placed in foster care for two years after mother unfit.
- Dropped out in 9th grade
- Sent to reform school for 11 months at age 14 – had to fight to stay alive, saw other youth being sexually assaulted
- Served three month jail sentence for bar fight with police.
- Heavy drinker.
- Physically abused Pearl Jean
- Inconsistent visitation contact with children.
- Physically abusive on occasion.

*Do not display to jury, rather describe as each person is pointed out on the family tree.*

---

*Siblings*

**Wendy**

- Smoked marijuana and drank heavily on weekends from early teens
- Dropped out 9th grade
- Pregnant at age 16
- Gave up custody to baby son to ex-husband
- 2nd husband was heavy drinker and I.V. drug abuser

**Jimmy**

- Nightmares weekly or more regarding the Dillows until his freshman year in college – would awaken frightened and sweating. Still traumatized.
- Drinks 12-18 beers at a time.
- Has not seen his mother since 1991 – does not read the letters she writes to him

---

*Do not display to jury, rather describe as each person is pointed out on the family tree.*

Dr. Cunningham, let's go ahead and get this pot shot out of the way – Angie's sibling grew up in the same household, but none of them have been implicated in any murders have they?

How do you account for that?

While murder is not part of their life outcomes, have they come through unscathed? Please describe what you learned about their difficulties.

*Mark D. Cunningham, Ph.D., ABPP*

**Jamie**
- Pregnant at marriage
- Never felt anything before counseling
- Intimacy problems in marriage

**Holly**
- Depressed from childhood
- Suicide attempt as teen and psychiatric treatment
- Dropped out 11th grade
- Drank heavily and abused drugs
- Dependent on meth for several years
- Battered in domestic relationship

*Mark D. Cunningham, Ph.D., ABPP*                                                                 65

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.

Dr. Cunningham, were there any other factors that contributed to the inadequate parenting of Jim and Pearl Jean?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *66*

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.

Dr. Cunningham, were there any other factors that contributed to the inadequate parenting of Jim and Pearl Jean?

## Parenting Inadequacy of both Mother and Father

- Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
- Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
- Jim drank heavily during Angela's early childhood.
- Chronic marital conflict and Jim's domestic violence.

Dr. Cunningham, were there any other factors that contributed to the inadequate parenting of Jim and Pearl Jean?

*Mark D. Cunningham, Ph.D., ABPP*                                                                                     *68*

Chronic Marital Conflict and
Father's Domestic Violence

- Chronic conflicts regarding money, his drinking, her bar hopping, and ultimately her infidelity.

- Conflicts became physical on occasion as Jim hit Pearl Jean.

Please provide some illustrations of her father's domestic violence.

## Effects of Observed Family Violence

- Children who are exposed to parental violence, even if they are not targets of this violence, have reactions similar to those of children exposed to other forms of child maltreatment.

American Psychological Association Presidential Task Force on Violence and the Family (1996)

What if any effect does it have on children to observe such family violence in the home?

> ## Parenting Inadequacy of both Mother and Father
>
> - Jim and Pearl Jean were each the product of family systems that were profoundly dysfunctional.
> - Jim and Pearl Jean were themselves damaged by the loss of their fathers, the parenting inadequacies of their mothers, and being mistreated.
> - Jim drank heavily during Angela's early childhood.
> - Chronic marital conflict and Jim's domestic violence.
>
> - Pearl Jean failed to effectively bond to her children.

Dr. Cunningham, were there any other factors that contributed to the inadequate parenting of Jim and Pearl Jean?

> ## Pearl Jean Failed
> ## to Bond to her Children
>
> *Poor emotional nurturance*
> - Little affection
> - Broadly emotionally insensitive to children's needs
>
> *Inattention to emotional, social, and physical needs*
> - Recurrent forced fasting
> - Destruction of toys. Barriers to friendships.
> - Extended sessions casting demons out of the children.
>
> *Exploitation and self-interest*
> - Allowing Wendy to go door to door for food or money for odd jobs, while not working herself.
> - Purchasing nice clothes for herself while the children went without.
> - Placing the children with the Dillows to avoid her own embarrassment about being pregnant out of wedlock.
> - Working the girls long hours in her restaurant without compensation, and thus facilitating dropping out of school.
> - Children slept on floor of restaurant basement while Pearl Jean stayed in a motel across the street.
> - Manipulated Wendy for money and access to an automobile.

Please describe any other factors that lead you to believe that Pearl Jean never effectively bonded with her children.



Secure attachments are the emotional foundation that everything else is built on.

Dr. Cunningham, what is the significance of a youngster having a secure, nurturing relationship with her momma and daddy during the first several years of life?



What kind of outcome can occur when this attachment does not occur or is seriously damaged?

*Slide will dissolve from intact span to damaged span of next slide*

Core Principle:
Healthy Development Depends
on Family Relationships

- The quality of the attachments to parents and other members of the family during childhood is central to how the child will relate to and value other members of society as an adult.
  *FBI's Behavioral Science Unit*

- The influence of the family environment on the child's social development lasts a lifetime.
  *U.S. Department of Justice*

Ressler, R. K., Burgess, A. W., & Douglas, J. E. (1988). *Sexual homicide. Patterns and motives.* New York: Lexington Books.

Cantelon, S. L. (1994). Family strengthening for high-risk youth. Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice. Fact sheet #8.

Dr. Cunningham, is this your own pet theory that the stability and nurturance of the parent-child relationship in early childhood is critically important?

What is that finding?

Dr. Cunningham, Angela was close to 30 years old at the time of these offenses, isn't that kind of late to link this conduct to the failure of her parents to provide her with a secure relationship with them?

*Mark D. Cunningham, Ph.D., ABPP*                                                                    75



Dr. Cunningham, what other factors impacted on the quality of the concrete in the span in Angie's bridge?

Genetic Vulnerability to
Alcoholism and Drug Dependence

- Incidence of alcoholism among first degree relatives of alcoholics is 3-5 times the rate in the general population.

  Cotton, N.S.(1979). The familial incidence of alcoholism: A review. *Journal of Studies on Alcohol, 40*, 89-116.
  DSM-IV (1994)

- Twin and adoption studies across 20 years of research have provided evidence of significant genetic influences on the familial transmission of alcoholism.

  Schuckit, M.A. (1987). Biological vulnerability to alcoholism. *Journal of Consulting and Clinical Psychology, 55*, 301-30.
  DSM-IV (1994)

- Clinical findings point toward a common biological vulnerability to alcohol and other drugs. Research findings clearly support a uniform theory for a neuro-chemical basis of alcohol and drug addiction.

  Miller, N.S. & Gold, M.S. (1993). A neurochemical basis for alcohol and other drug addiction. *Journal of Psychoactive Drugs, 25*, 121-128.

Dr. Cunningham, is there any research support for this notion that the likelihood of becoming an alcoholic and drug addict is an inherited risk?

Please describe these studies.





Dr. Cunningham, what other factors impacted on the quality of the concrete in the span in Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*



Dr. Cunningham, as you look at Angie's family background, are there indications of psychological disorders in any of Angie's family.

```
Genetic Predisposition to
Psychological Disorder

Schizophrenia
-   10 fold risk for first degree relatives

Major Depressive Disorder
•   1.5-3 fold risk for first degree relatives
•   Increased risk for alcohol dependence for first degree relatives
•   Increased risk of Attention-Deficit Hyperactivity Disorder
    among offspring

Anxiety Disorder
•   Anxiety as a trait has a familial association
•   Panic Disorder: 4-7 fold risk for first degree relatives

Attention Deficit Hyperactivity Disorder
•   More common among first degree relatives
•   Higher prevalence among relatives of Mood and Anxiety
    Disorders, Antisocial Personality Disorders, Learning
    Disorders, Substance Disorders, and Antisocial Personality
    Disorder

Learning Disabilities
•    More common among biological relatives

Personality Disorders
•   More common among biological relatives

                                    DSM-IV
```

Is there also research support for a genetic predisposition for mental illness? Please describe some of those research findings.

*Mark D. Cunningham, Ph.D., ABPP*                                                                    *81*

> ## Depressive Symptoms from Childhood
>
> *Mood*
> - Often felt sad.
> - Cried in her room by herself.
>
> *Self esteem*
> - Didn't feel good enough for anybody or anything.
> - Felt like was more of a problem than was worth.
> - Felt stupid because of school difficulties.
>
> *Guilt*
> - About not being good enough for God to love.
> - About disappointing mother.
> - About not being able to assist siblings in face of mother's religious disorder.
> - About the children in the third world
>   - At age 12-13 made $32 weekly baby-sitting, increased from supporting one child ($7 weekly) to four children.
>
> *Interpersonal*
> - Often felt lonely
>
> *Anxiety*
> - Nightmares regarding mother, rabbits and pigs (Dillows), and other themes.
>
> *Suicidal thoughts*
> - First considered suicide in elementary school
> - Age 14 overdosed on aspirin

Dr. Cunningham, did Angie display any indications of psychological problems in childhood that would reflect this genetic predisposition and the traumatic experiences that she suffered.



Dr. Cunningham, what other factors impacted on the quality of the concrete in the span in Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *83*

## Attention / Learning Problems

*Attention*
- Became over-engrossed in whatever held her attention
- Wendy described her as hyper as a child, but Angie denied this.
- Angie did describe herself as having life-long impulsivity.

*Learning*
- Self-described finding school difficult: reading, spelling, math
- Reversed letters
- Considered herself stupid

*History of learning problems in mother and father.*

Dr. Cunningham, what did you learn about the concentration, attention, or learning problems that Angie had?

*Mark D. Cunningham, Ph.D., ABPP*

*84*



Dr. Cunningham, what other factors impacted on the quality of the concrete in the span in Angie's bridge?

*Childhood:*

## Chronic Trauma Exposure

- Chronic marital conflict of parents
- Father's physical abuse of mother
- Divorce and inconsistent contact
- Emotional neglect and abuse
- Physical Abuse
- Bizarre religiosity
- Terror of the Dillows

Again, Dr. Cunningham, I know that you will be detailing this trauma in the remainder of your testimony, but would you capsule the various types of trauma Angela experienced on a day in and day out basis.

> ## Effects of Childhood Trauma on the Brain
>
> - Current research confirms that trauma can activate various systems in the brain that actually change neuron response and cognitive pathways.
>
> - Children that experience on-going high levels of arousal due to trauma will develop systems in their brains that cause them to be constantly hyper-aroused and hyper-vigilant.
>
> - These changes can result in severe problems for children, adolescents, and adults in learning ability, mood, bonding and attachment, and in problem solving
>
> Perry, B.D. (2003). The brain: Effects of childhood trauma. Understanding Childhood Trauma Series. (Chief of Psychiatry at Texas Children's Hospital)

Dr. Cunningham, how does chronic trauma affect a young child - why do you characterize this as affecting the quality of the concrete in the span of Angela's bridge?

*Mark D. Cunningham, Ph.D., ABPP*

- Some of the enduring effects of trauma exposure in childhood may occur through misshaping of the brain's architecture and processing as well as faulty learning.

- "The sustained neurobiological impact of trauma on the developing individual occurs through the "plasticity" of the developing brain – making it "more susceptible to the formation of malignant memories that affect not only the stress response system but also the emerging organization of neuro networks regulating other basic states and characteristics of the individual" (313).

Schwarz, E D, and Perry, B D. (1994) The post traumatic response in children and adolescents. *Psychiatric Clinics of North America*, 17, 311-358.

Are there any other conclusions regarding the relationship of traumatic experience to brain functioning?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 88

> ## Impact of Trauma on Brain Functioning
>
> **Psycho-physiological effects**
>
> **Neuro-hormonal effects**
>
> **Neuro-anatomical effects**
>
> van der Kolk, B.A. (1996). The body keeps score: Approaches to the psychobiology of posttraumatic stress disorder. In B.A. van der Kolk, A.C. McFarlane, & Weisaeth, L. (Eds.) Traumatic Stress: The effects of overwhelming experience on mind, body, and society.

Dr. Cunningham, can the effects of childhood trauma on brain functioning be grouped into different types of impact?

Please explain this.

*Mark D. Cunningham, Ph.D., ABPP*                                                      *89*

## Impact of Trauma on
## Brain Functioning

**Psycho-physiological effects**
- Extreme autonomic arousal
- Hyperarousal to neutral stimulation (loss of sensory discrimination)

**Neuro-hormonal effects**
- Norepinepherine
- Glucocorticoids
- Serotonin
- Endogenous opoids
- Various hormones: Memory effects

**Neuro-anatomical effects**
- Decreased hippocampal volume
- Changes in activation of amygdala, sensory areas, and Broca's area during flashbacks
- Marked right-hemispheric lateralization

van der Kolk, B.A. (1996) The body keeps score. Approaches to the psychobiology of posttraumatic stress disorder. In B.A. van der Kolk, A.C. McFarlane, & Weisaeth, L. (Eds.) Traumatic Stress: The effects of overwhelming experience on mind, body, and society

*Mark D. Cunningham, Ph.D., ABPP*

90



Dr. Cunningham, do you have a model that illustrates this potential for family experience to shape brain functioning?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *91*



Dr. Cunningham, did Angela do anything as a child or teen to shore up the weakened span of her bridge?

What support strategies did he develop?

Then what if any weights were added to this span during her childhood and teen years?

## Father's Inconsistent Contact

- Did not typically see father during the year.

- Got a card on birthday with $20 and a package at Christmas with many cheap presents – i.e. box of Milk Duds.

- Visitation some summers for a month. There observed Cookie's children with all manner of toys, mini-bikes, Atari.

- Long periods without contact as moving and Pearl Jean made contact difficult.

- Acknowledged that eventually he gave up.

- Angie reported never feeling that her father knew her, cared for her, or stood up for her.

Dr. Cunningham, please describe what you learned about the frequency and involvement of Jim with Angie and her siblings.

Risks Associated with Father Absence

◆ Fatherless children are at a
   dramatically greater risk of drug
   and alcohol abuse, mental illness,
   suicide, poor educational
   performance, teen pregnancy and
   criminality.

   U.S. Department of Health and Human Services (1993),
   National Center for Health Statistics, *Survey of Child Health*,
   Washington D.C.

Dr. Cunningham, what do we know about how growing up without the functional presence of a father affects a child?

*Mark D. Cunningham, Ph.D., ABPP*                                                                94



Dr. Cunningham, what if any weights were added to this span during Angie's childhood and teen years?

> ## Pathological Divorce
>
> *Much baggage from childhoods.*
>
> *Chronic conflicts of marriage:*
> * His drinking and domestic violence.
> * Her going bar-hopping with friends
> * His being controlling.
> * Her lack of sacrifice, affection, nurturance of the children.
> * He caught her naked in car with another man on Montop Hill.
>
> *Jim continued to abuse alcohol on weekends*
> *Pearl Jean bad-mouthed Jim and Cookie*
> *Jim and Cookie spoke badly of Pearl Jean.*
> *Pearl Jean enlisted Angie as an ally.*
> *Jim had inconsistent contact with children.*
> *Pearl Jean moved frequently and discarded the children's letters to their father*
> *Jim gave up attempting contact with the children and discontinued paying child support.*

Dr. Cunningham, when did Angela's parents separate and divorce?

What did you learn about their post-divorce relationship that you term it pathological?

*Mark D. Cunningham, Ph.D., ABPP*

96



Dr. Cunningham, what other weights were added to this span during Angie's childhood?

## Emotional Neglect and Abuse

*Pearl Jean*

- Appeared to have no recognition of emotional needs or vulnerabilities of her children.
- Failed to maintain consistency, structure, and predictability of household.
- Rarely hugged or affirmed children except for displaying the correct "spiritual" response.
- Placed religious obsession above the welfare of the children.
- Failed to protect the children from obvious risks.
- Often yelled at the children.

*Jim*

- Was absent.
- Drank heavily.
- Did not spend one on one time with Angie that would provide a sense of relationship.

Please describe what you learned about the emotional abuse that Angela experienced.

## Impact of Emotional Neglect and Abuse

- Damaged attachment
  - Disturbed relationship models
  - Distrust of relationships
  - Distorted identity and eroded self-esteem
  - Powerlessness
  - Futility
  - Anger
  - Fantasies of idealized relationship
- Recurrent confusion
- Constant terror and fearfulness
- Psychological disorders
- Behavior problems

Dr. Cunningham, what is the impact on a child when the adults in the home neglect and emotionally abuse the child.

*Mark D. Cunningham, Ph.D., ABPP*



Dr. Cunningham, what was the next weight that was added to this span during Angie's childhood?

## Physical Abuse

*Pearl Jean:*
- Whipped Angie at least a couple of times weekly.
- Used a wide black belt.
- Blows to the buttocks, legs, and back.
- Left welts and bruises.
- Was out of control – lasted until she was done venting.
- Was easily set off – by typical kid behavior.
- Slapped face and left hand print. Once put make-up on Angie to cover up a facial bruise.
- Washed mouth out with soap – scraped bar of soap across teeth so that taste would be in mouth for hours.
- In 3rd grade put belt around Angie's neck and was choking her until pulled off by Wendy.

*Jim:*
- When Angie age 13 struck her on head and neck – subsequently had headaches and sought treatment from a chiropractor.

Please describe the physical abuse that Angie experienced.

*Mark D. Cunningham, Ph.D., ABPP*

> **Sponsor: U.S. Department of Justice**
> **Impact of Abuse and Neglect**
> **on Criminality**
> - 877 cases of substantiated abuse and/or neglect
> - Matched controls
> - 15-24 years of follow-up
>
> ➤ 4.8 times more likely to be
>    arrested as juveniles
>
> ➤ 2 times more likely to be arrested
>    as adults
>
> ➤ 3.1 times more likely to be
>    arrested for violent crime as
>    adults
>
> English, D.J., Widom, C.S., & Brandford, C. (2001). Childhood
>    victimization and delinquency, adult criminality, and violent criminal
>    behavior: A replication and extension. final report. National Institute
>    of Justice, U.S. Department of Justice. NCJ 192291

•Dr. Cunningham, are there any studies that describe a connection between being mistreated as a child - whether abused and neglected – and later criminal violence?

•Who sponsored this study?

•What does this study demonstrate regarding the relationship between being abused and neglected in childhood, and criminal outcomes?

*Mark D. Cunningham, Ph.D., ABPP*

*102*



Dr. Cunningham, what was the next weight that was added to this span during Angie's childhood?

*U.S. v Angela Johnson*

## Abuse of Siblings

- Children observed each other being beaten, slapped, and verbally abused.

- Children would have to put hands on the sibling that was having a demon rebuked out of them.

Please describe some of the abuse that Angela watched her sister's and brother receive.

Case 3:09-cv-03064-MWB-LTS    Document 284-73    Filed 06/23/11    Page 89 of 145

*Mark D. Cunningham, Ph.D., ABPP*

*104*

**Effects of Observing
the Abuse of Siblings**

- Negative perceptions and feelings toward parental figures – and the larger social order
- A fearful and hyper-vigilant posture towards adults in general
- Feelings of guilt and responsibility
- Negative or mixed feelings towards siblings
- Behavior problems
- Anxiety
- Shyness
- Fear of failure
- Normalized aggression
- Failure to learn to modulate anger
- Psychological disorder

What are some of the ways that watching the abuse of her siblings may affect a child?

*Mark D. Cunningham, Ph.D., ABPP*

*105*

## Outcomes in Family Violence

Rochester Youth Development Study
- 1000 children followed from 7th and 8th grade
- Interviews of children and caretakers every 6 months
- Three types of family violence exposure studied
    Spouse abuse
    Abuse of children
    Climate of violence and hostility

- **Rates of serious youth violence:**

    If no family violence        =    38%
    If one type of violence      =    60%
    If two types of violence     =    73%
    If three types of violence   =    78%

Thornberry, T.P. (December, 1994). Violent families and youth violence. Fact sheet #21. National Criminal Justice Resources and Statistics. U.S. Department of Justice.

•Is there any research that describes a relationship between violence in the family and criminal violence in the community?

•Please describe this study.

•How many types of violence were present in Angela's family?

•This study was sponsored and published by the United States Department of Justice?

*Mark D. Cunningham, Ph.D., ABPP*



Dr. Cunningham, what was the next weight that was added to this span during Angie's childhood?

## Bizarre Religiosity

**Climate of fear:**

- Grew up with much fear of God and the devil.
- Pearl Jean admonished that if there were an unclean place in your heart, the devil would take up residence there.
- In belief system of mother and grandparents, demons lived with them and were everywhere.
- If did not have "the gifts" (speaking in tongues, slayed in the Spirit) then devil was in heart – anxiety about faking it.
- Angie, Wendy, Jimmy, and Jamie checked each others' foreheads for the "666" "mark of the beast."
- Even as a teenager was afraid to go in the basement because of the "demons"

**Casting out "deaf and dumb demons" from Angie:**

- Problems focusing attention – "deaf"
- Problems reversing letters and learning – "dumb"
- Pearl Jean and Florence held Angie down while Andy was at her head waving the Bible.
- Angie struggled, screamed, and cried – pleading look in her eyes.
- Continued until Angie was so weak she could no longer struggle – then demon was considered "cast out."
- Occurred 2-3 times weekly.

Dr. Cunningham, can you categorize the different types of maltreatment that were associated with what you term the bizarre religiosity of the home in Angie's childhood?.

*Mark D. Cunningham, Ph.D., ABPP*                    *108*

**Demons cast out of siblings and others:**
- "Delivered" demons from other children as well – any expulsion was considered sign of demon departing: fart, cough, sneeze.
- "Lesbian" demon cast out of Wendy by Pearl and Maxine – because she was a big girl.
- Sibling were made to help hold each other down.
- If didn't say the right words, then demon would go into someone else or be free to walk the earth.
- At Oak Park church demons were cast out at every service.

**Age 6: End of the world:**
- Florence awakened in middle of night reporting having seen a wolf in the window (Satan would come like thief in the night).
- Pearl Jean, Florence, Andy and 4 children packed into the car "like sardines"
- Rode around the Iowa countryside for three days, directed by bright light in the sky and arrow-shaped scar on Pearl Jean's leg.
- Singing and watching the skies for the end of the world.
- Hungry, dehydrated – hallucinated seeing chariots of fire in the sky.
- Ended when went to a church and the minister reassured them.
- Angie was so hungry she vomited on the hamburger she was given to eat

What other types of bizarre religiosity occurred?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *109*

**Forced "Bible study":**

- Pearl compelled the children to listen to her instruct, pray, and speak in tongues for an hour of "Bible study" each day.
- Lessons were not directed at a child's level.
- If children got drowsy, Pearl Jean would rebuke them that this was the devil trying to prevent them from hearing God's word and that they should resist him.
- Not allowed to have a friend for a sleep-over unless the child agreed to one of these Bible lessons.

**Divine guidance:**

- Pearl Jean interpreted everything as a sign from God.
- If "pricked," then opened the Bible and the first verse she read was an instruction from God.
- Told the children the story of Abraham preparing to sacrifice Isaac and said that she was willing to do the same if God instructed her to – Angie always figured it would be her. Sometimes Angie wished her mother would go ahead and kill her and get it over with.
- Pearl Jean had Wendy buy things on E-Bay as a "leap of faith" without concern for how to pay for it – then blamed Wendy for insufficient faith when the checks bounced.

**Medical neglect**

- When ill mother attempted religious healing – taking the child to the doctor was a last resort.

What other types of bizarre religiosity occurred?

**Grandmother Florence and the basement:**
- Florence routinely went down to the basement, beat on a tire,
- Made moaning, groaning, and grunting noises
- Spit in a can to get the demons out

**Deprivation:**
- Routine fasting all day – not allowed to consume anything except chocolate milk until after dark.
- Pearl Jean, Florence, and Andy took all of the children's toys and burned them in a barrel – they were "idols to God."
- Step-grandfather Andy smashed the television the children had been given by their father.
- Pearl Jean, Florence, and Andy concluded that a demon had left one of the children and gone into the pet parakeets – which they then insisted on releasing.

**Tortured logic:**
- Pearl Jean was caught naked with another man while married to Jim.
- Pearl Jean became pregnant by Robert Kloss, though she knew that he was married and had children.
- Pearl Jean financially exploited her daughters in her restaurant.
- Pearl Jean persuaded Wendy to give up custody of a son so that Pearl Jean could have access to a car; and ran up debt that Wendy had to repay.

What other types of bizarre religiosity occurred?

## Implications of Bizarre Religiosity

- Inadequate modulation or regulation of child's emotions.
- Little reassurance or security in parent's ability to provide safety.
- Instilling of fearfulness and anxiety.
- Inability to rely on parents for accurate appraisal of reality
- Failure to teach and model reality-based cause and effect.
- Failure to demonstrate personal responsibility and internal locus of control.
- Instilling of feeling of personal defectiveness
- Failure to recognize and meet physical and emotional needs of the child
- Failure to provide protection.
- Vulnerability to parental rationalization of selfishness and exploitation.
- Peer alienation and isolation.
- Violation of body and autonomy boundaries
- Failure to realistically problem-solve developmental issues or long-term outcomes.
- Failure to instruct or model ethical applications.
- Alienation from organized religion.
- Disillusionment with authority and social regulations.

Dr. Cunningham, can you outline some of the destructive impacts that this sort of bizarre religiosity would contribute to in a child? – It seems like common sense that these practices would be emotionally destructive to a child, but can you detail some of the potential impacts for us?

*Mark D. Cunningham, Ph.D., ABPP*

*112*



Dr. Cunningham, how did Angie combat this bizarre religiosity?



Was there a cost to this resistance for her?

What was that?



Dr. Cunningham, what was the next weight that was added to the span of Angie's bridge during her childhood and teen years?

*Mark D. Cunningham, Ph.D., ABPP*

*115*

## Impact of Child Neglect

*More psychologically damaging than physical abuse*

- No stability or security in parental attachment
- No stability or security in daily life or practical care
- Basic physical and emotional needs go unmet

- Distorted primary structure - cognitive, perceptual, emotional, interpersonal
- Terror of world that is out of control
- Damaged capacity and skills to relate to others
- Identity of being incompetent and unlovable
- Absence of external controls leads to poor internal controls

- Markedly increased risk for psychological disorder
- Markedly increased risk for behavior problems in childhood, violent and criminal behavior in adolescence and adulthood

Dr. Cunningham, did the maltreatment that Angie received constitute neglect as well as abuse?

Which is more damaging – abuse or neglect?

Why is that? How is neglect more damaging to a child than abuse.

*Mark D. Cunningham, Ph.D., ABPP*

*116*



Dr. Cunningham, how did this affect Angie's perceptions of her father's caring for her?



Dr. Cunningham, what was the next weight that was added to Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*

*118*

## Terror of the Dillows

*Observed violence to animals*

- Feeding corn to chickens "like Snow White" when Ted picked up 2-3 chickens and threw them into the pig pen, where they were torn to pieces by huge, vicious pigs. The feed corn the chickens had just eaten was flying in the air. Ted and Bobbie laughed. Knew if one of the kids got in the pen the same would happen to them.

- Ted and Bobbie called the children over to see the baby pigs, which were then devoured by the sow if they came too close to the sow's mouth.

- Bobbie took Angie with her into the barn. Placed rabbit on her lap for Angie to pet. Then picked the rabbit up by its ears, laid it on a stump, smashed its head with a sledge hammer so that the eyes popped out, cut the rabbit's throat and pulled the skin off, and gutted it —with the rabbit's legs still kicking

Dr. Cunningham, the jury has heard testimony regarding some of the horrifying experiences that Angie and her siblings had at the Dillows.

Do these traumas fall into any grouping that might aid the jury in considering their impact?

What is the first grouping of horrors?

Can you provide the jury with some examples of violence that was directed toward animals that Angie witnessed?

Dr. Cunningham, could you explain why violence towards animals would affect a child?

Dr. Cunningham, lots of kids grow up on the farm, why are these experiences traumatic?

---

*Observed abuse of other children*

- Twin native American pre-school boys were foster children of the Dillows. Bobbie yelled at them.

- Bobbie shook the twins like they were rag dolls – their heads were flopping, severely.

- The twins often cowered up against the wall. They were so anxious that they chewed holes in their shirts.

- Bobbie punished the twins for this by making them drink from the pig's bottle.

*Proximity of aggressive pigs*

- The hogs were huge, vicious, and starving. They fought all the time.

- Ted and Bobbie threatened to feed the children to the hogs. Angie was afraid to let Jimmy and Jamie out of her sight as feared would never see them again.

- Angie had the chore of slopping the pigs though the bucket was almost too heavy for her to carry. Kitten trailing the bucket got too close to the pen- the cats were starving. A sow snatched the kitten up in her mouth. The kitten was pulled apart by another sow that tried to take it away.

---

Dr. Cunningham, what was the next category of horrors at the Dillows?

Can you give us some examples of this?

Why would this emotionally injure the child who observes this mistreatment and humiliation?

Was there another category of traumas at the Dillows?

Please describe examples of this for the jury.

I don't guess I have to ask you how these experiences would emotionally injure a child.

---

*Sexual abuse, observed sexual abuse, and perverse Dillow family sexuality*

- The Dillows had three daughters: Shirley, Earlene, and Jeanice.

- Ted bought sheer underwear for his daughter Earlene.

- All three of Ted's daughters had to take "naps" with him. Wendy was escorted to Ted's bedroom by the daughters and told that she had to take naps with him as well.

- Ted had Wendy on her side with her back toward him and rubbed his penis against her until he "got off."

- Wendy then engaged Jamie in fondling Wendy's genitals.

- Angie confided in Wendy that Ted had molested her as well.

---

Dr. Cunningham, what was the next category of horrors that you learned were occurring at the Dillows?

What did you learn about this perverse sexuality?

Dr. Cunningham, is it surprising that Wendy engaged her sister in the very behavior that was so disturbing to her?

Did Jamie have any other observations about her older sisters' sexuality after the Dillows?

## What Makes Sexual Trauma Damaging?

**Traumatic Sexualization**
Inappropriate shaping of child's sexuality

**Betrayal**
Someone on whom they were vitally dependent has caused them harm

**Powerlessness**
Child's will and sense of control are overwhelmed

**Stigmatization**
Badness, shame, and guilt become incorporated into child's self image

Finkelhor, D. & Brown, A. (1985) The traumatic impact of child sexual abuse, a conceptualization. *American Journal of Orthopsychiatry*, 55, 530-542
Conceptual basis for Brief for Amicus Curiae, American Psychological Association, filed with the US Supreme Court in *Maryland v. Craig*, 1989

Dr. Cunningham, what is it about sexual abuse that makes it emotionally damaging?



Dr. Cunningham, were there any other weights that were added to Angie's bridge during her childhood?

What was that?



Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K      -  Mason City
2nd   -  Thornton
3rd   -  Chanute, KS
3rd   -  Thornton
4th   -  Klemme
5th   -  Forest City
7th   -  Thompson
7th   -  Forest City

Dr. Cunningham, can you detail and illustrate these moves during Angie's preschool to middle school years?



Age 4 - Kenosa, WI
Age 5 - Pueblo, CO
K    - Mason City
2nd - Thornton
3rd - Chanute, KS
3rd - Thornton
4th - Klemme
5th - Forest City
7th - Thompson
7th - Forest City

Dr. Cunningham, can you detail and illustrate these moves during Angie's preschool to middle school years?

## Implications of Recurrent Moves

- Contact with father more difficult.
- Continuously disrupted friendships and peer group.
- Increased likelihood of peer alienation, rejection, and bullying.
- Increased isolation of family as a whole.
- Reduced potential for detection of abuse and neglect.
- Reduced potential for identification of special needs.
- Reduced possibility of intervention.
- Increased economic hardship.
- Increased experience of instability and chaos.

Dr. Cunningham, what impact did this constant moving have?

*Mark D. Cunningham, Ph.D., ABPP*                                                                                                   *126*

---

## Impact of Peer Rejection and Alienation

- Loneliness
- Reduced self-esteem
- Feelings of being different, defective, unlovable
- Lost "socialization" of childhood - competence, social skills, closeness to others, friendship, empathy, community, values, ambition
- No substitute adult mentors
- No alternative family models
- No alternative models for how to relate to others in a healthy fashion
- Broad social risk factor

---

Dr. Cunningham, you mentioned increased likelihood of bullying and harassment, as well as disrupted peer relationships, as consequences of this sort of moving from place to place – did Angie report having experienced such bullying and harassment?

What are some of the ways that this sort of peer experience damages a child?

*Mark D. Cunningham, Ph.D., ABPP*



Dr. Cunningham, did Angela do anything as a child or teen to shore up the weakened span of her bridge?

What additional support strategy did she develop?

Is drug abuse a good support system? *(additional weight will drop)*

*Mark D. Cunningham, Ph.D., ABPP*                                      *128*

---

*Self-medication:*

## Teen Onset Substance Dependence

**Marijuana**
- Age 12 introduced to smoking marijuana by Wendy
- Made Angie happy and she laughed.
- From age 14 - 18 bought her own and smoked daily.
- After age 14, no longer wanted religion in her life – no healing, no speaking in tongues, no demon possession – she just wanted to smoke pot and be happy.

**Alcohol**
- Age 12-13 began drinking.
- From age 13-16 drank until intoxicated one night of the weekend.

**LSD**
- Used three times at age 14 – loved it as it made everything funny; inspired to experiment with every drug available.

---

Dr. Cunningham, what did you learn about the beginnings and progression of Angie's drug and alcohol abuse as a teen?

*Mark D. Cunningham, Ph.D., ABPP*



Risk Factors for
Alcohol & Drug Dependence

Genetic predisposition
Father                    Siblings
Extended family

+

Attention Deficit Hyperactivity Disorder

+

Modeling of substance abuse
and dependence
Father                    Brother
Sisters

+

Developmental trauma
and instability
Inadequate parenting          Emotional neglect
Physical and emotional abuse  Pathological divorce of parents
Father absence                Sexual trauma
Bizarre religiosity of home   Recurrent moves
Peer alienation

Dr. Cunningham, in addition to genetic predisposition, are there other risk factors for alcohol and drug dependence?

Can you describe these and and how were they reflected in Angie's life?

*Disrupted development:*
## Effects of Teen Onset Substance Dependence

- Retarded coping skills

- Delayed maturity

- Compromised achievement

- Association with troubled peers

- Impulsive behavior and poor judgment

- Increased likelihood criminal and violent behavior

•How does alcohol or drug abuse and dependence that begins in early adolescence such as it did in Angela affect the emotional development of a teenager?

*Mark D. Cunningham, Ph.D., ABPP*

*131*



Dr. Cunningham, did Angela do anything as a child or teen to shore up the weakened span of her bridge?

What other support strategies did she develop?

Were there any weights that were associated with this?

*Mark D. Cunningham, Ph.D., ABPP*                                                   *132*



Dr. Cunningham, did her employment schedule in her mother's diner result in any other weights being added the span of Angie's bridge?



Dr. Cunningham, what happened next?



Dr. Cunningham, what happened next?

How old was Angie when she married Steve Hugo?

Was she ready for this kind of relationship?

How long did it last?

Who did Angie become involved with then?

So she pretty quickly went from one marriage to another?



Dr. Cunningham, what happened next with Angie's bridge?



Dr. Cunningham, what happened to her marriage with A.J.?

In your interviews with Angie and A.J. did you get any insights into why this marriage failed?



Dr. Cunningham, what happened next to Angie's bridge?



Dr. Cunningham, what happened next to Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*                    *139*



Dr. Cunningham, what happened next to Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*

*140*



Dr. Cunningham, what happened next to Angie's bridge?

*Mark D. Cunningham, Ph.D., ABPP*

*141*



Dr. Cunningham, what happened next to Angie's bridge?

**Cocaine**
- Age 21 snorted first line of cocaine, used it on weekends for a year

**Methamphetamine**
- Age 22 snorted first line of methamphetamine: "I knew I would use it everyday for the rest of my life – I loved it."
- Snorted a line daily, more on weekends.
- Initially would not sleep all weekend when partying
- Generally slept a few hours each night because "I didn't want to become a wacked out treaker"
- Self-described using meth like a medication.
- Used everyday (1986-1993) until realized was pregnant with Marvea, resumed when stopped nursing at 6 weeks post partum.

- Had rationalized that had been in control of meth use, didn't realize how her priorities and behavior had been affected by her meth dependence until Angie had been in jail two years.

Dr. Cunningham, can you detail for use Angie's abuse of cocaine and then dependence on methamphetamines?

*Mark D. Cunningham, Ph.D., ABPP*                                    *143*



Dr. Cunningham, does drug dependency often end up affecting the judgment, priorities and value system of the addicted person?

Is that part of what alcohol or drug rehabilitation treatment is intended to address?

Have you prepared a model of how long-term drug dependency may end up affecting judgment and values?

What do you mean that they don't see these concepts as clearly as people who have grown up in more positive circumstances?

*Mark D. Cunningham, Ph.D., ABPP*                                              *144*



*Mark D. Cunningham, Ph.D., ABPP*











*Mark D. Cunningham, Ph.D., ABPP*

*150*





Dr. Cunningham, how have you reflected this erosion in Angie's value system and priorities from this meth dependence?



Dr. Cunningham, what happened next to Angie's bridge?



Dr. Cunningham, what happened to Angie in this relationship with Terry DeGues?

## Battering of Terry Degues

- Angie thought Terry was the sexiest man alive when met him in 1988-1989 – the love of her life.
- Used crank together
- Moved in together after six months
- He first hit her two months later – the crank made him paranoid and suspicious, both were angry and reactive
- Terry hit Angie in the face with his fist, threw her around, held her down and spit in her face, slapped her, choked her, pulled her hair.
- Punched her when she was driving – pushed her out of the car and left her.
- Angie suffered black eyes, fat lips, facial and body bruises, sprained arm, chipped tooth, mouth cuts.
- Held a knife to Angie. Threatened to kill her.
- Terry would hate himself afterward
- They would separate and he would go out with "scanky" women.
- When he would return and she was afraid of STD's he held her down and raped her.
- Would do crank again together, become intimate, and reconcile.

Dr. Cunningham, can you describe the progression of Angie's relationship with Terry - and the beatings and abuse that she suffered in this relationship?

Dr. Cunningham, it sounds like Angie gets stuck in a cycle of abuse with Terry – does that often happen in relationships where women are being battered?

*Mark D. Cunningham, Ph.D., ABPP*                                                                 *155*

---

## Stalking by Terry DeGues

*After they broke up, Terry stalked Angie*

- Sat in his vehicle outside her drive-way blocking her in.
- Waited by the side of the road and followed her to work. Followed her home.
- Sat out in the shed and watched her window.
- Broke into the house and sat waiting for her.

- Was afraid Terry would kill her.

---

Dr. Cunningham, did Angie finally break up with Terry?

What did she tell you gave her the impetus to do this?

Did you receive reports from Angie and others that Terry DeGues stalked her after they broke up?

Please describe what you learned.





Dr. Cunningham, at this juncture, who comes into Angie's life?

Case 3:09-cv-03064-MWB-LTS    Document 284-73    Filed 06/23/11    Page 143 of 145



Dr. Cunningham, with all this weight on a damaged span, with few real supports - what happened?

Conclude