THE STATE OF IOWA

COUNTY OF ___CERRO GORDO___

## AFFIDAVIT

Before me, the undersigned authority, personally appeared ___RAMONA JEFFREY___ who, being by me duly sworn, deposed as follows:

My name is ___RAMONA JEFFREY___, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of MASON CITY SCHOOL DISTRICT Attached hereto are ___1___ pages of records from M.C.COMM SCH. These ___1___ pages of records are kept by ___MASON CITY CSD___ in the regular course of business, and it was the regular course of business of ___MASON CITY CSD___ for an employee or representative of ___MASON CITY CSD___ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_Ramona Jeffrey, Board Secretary_

___RAMONA JEFFREY___

In witness whereof I have hereunto subscribed my name and affixed my official seal this 17TH day of ___MAY___, 2005.

_Marlene Kavars_
Notary Public in and for the State of ___Iowa___

NOTARIAL SEAL
IOWA
MARLENE KAVARS
Commission Number 145957
MY COMMISSION EXPIRES
5/17/05



PLAINTIFFS
EXHIBIT
126

MG000042

Name Johnson, Angela Jane
(Last)        (First)        (Middle)

# EDUCATIONAL RECORD

Public Schools, Mason City, Iowa

Johnson, Pearl Jean
Parent or Guardian

Present Address (pencil)

Date of Birth  Jan. 17, 1964   F
(Month)   (Day)   (Year)   (Sex)

Place of Birth  Burlington, Wisconsin
(City & State)

## ELEMENTARY SCHOOL RECORD

Legend: At. — Attitude
Ap. — Application
Ac. — Achievement
Av. — Average
Cr. — Credit

CODE FOR GRADES 1-3
+ Outstanding Progress
✓ Acceptable Progress
— Improvement Needed

Attitude
S — Satisfactory
US — Usually Satisfactory
U — Unsatisfactory

Application
E — Excellent
G — Good
F — Fair
P — Poor

Achievement
A — Superior
B — High
C-D — Satisfactory for Promotion
F — Failure

## JUNIOR HIGH SCHOOL RECORD

THE STATE OF IOWA

COUNTY OF __Cerro Gordo__

AFFIDAVIT

Before me, the undersigned authority, personally appeared __Connie S. Stadtlander__ who, being by me duly sworn, deposed as follows:

My name is __Connie S. Stadtlander__ I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of MESERVEY-THORNTON COMMUNITY SCHOOL DISTRICT Attached hereto are __1__ pages of records from __the school__ These __1__ pages of records are kept by __the school__ in the regular course of business, and it was the regular course of business of __Public School__ for an employee or representative of __Meservey-Thornton School__ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_Connie Stadtlander_

__Board Secretary/Treasurer__

In witness whereof I have hereunto subscribed my name and affixed my official seal this __17th__ day of __May__ , 2005 .

_Linda Shaw_

Notary Public in and for the State of __Iowa__

LINDA SHAW
Commission Number 109621
My Commission Expires
_7-15-06_

MG000052

# Meservey-Thornton Community School District

P.O. Box 150 • Thornton, Iowa 50479-0150
(641) 998-2315 • Fax (641) 998-2196

Connie Stadtlander, Board Secretary-Treasurer
Pam Carlson, Elementary Secretary

BOARD OF DIRECTORS
Ron Payton – President
Kent Pals – Vice President
Andrew Faaborg
Betty Jensen
Bret Lage
Christy Engebretson
Richard Miller

Clifford Cameron, Superintendent
Chad Steckel, Principal

November 8, 2001

Mary C. Goody
Mitigation & Investigation
PO Box 508
Jackson, WY 83001

Dear Suellen:

Enclosed please find the copy of the transcript for Angela Johnson which you
requested.

Sincerely,

Pam Carlson
Secretary

Case 3:09-cv-03064-MWB-LTS    Document 284-74    Filed 06/23/11    Page 4 of 19

MG000056

MG000057

Case 3:09-cv-03064-MWB-LTS    Document 284-74    Filed 06/23/11    Page 5 of 19

| Pupil Number | NAME | Johnson | Angela | Jane | Male |
|---|---|---|---|---|---|
| | | Last | First | Middle | Female ☓ |

| Birthdate 1-17-64 | Authority for | Birthplace Burlington, Wisconsin | Name of Parent or Guardian | Pearl Jean Johnson | |
|---|---|---|---|---|---|
| Date Entered School | Entered this School 1-3-72 | Entered From Mason City, Iowa | Latest Address (in pencil) *Records sent to Klemm 4/12/73* | | |

## Attendance Statistics / Subjects and Marks

| Name of Elementary School | Grade Level | School Year | Days Present | Days Absent | Times Tardy | Reading | Arithmetic | Language | Spelling | Geography | History | Health | Penmanship | Science | | Art | Music | Phy. Ed. | Promoted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Mercury Shardlfae* | K | 1972 | | | | | | | | | | | | | | | | | |
| | 2 | 1972 | 14 | 0 | | S | S | S | S | S | | | S | | | S | S | | Y |
| | 3 | 72-73 | 8 | 1 | | S S | S S | S S | S S | S S | S | | S S | | | S S | S S | S S | ✓ |
| | | | | | | | | | | | | | | | | | | | |

## IOWA TESTS OF BASIC SKILLS (Percentile Scores)

| Grade | Test V | Test R | Test L | Test W | Test A | Composite |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Grade | Test V | Test R | Test L | Test W | Test A | Composite |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## STANDARDIZED TEST RECORD

| Date Adm. | Grade | Name of Test | Form | Test 1 | Test 2 | Test 3 | Test 4 | Test 5 | Test 6 | Test 7 | Test 8 | Test 9 | Test 10 | Compo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Entered From | | Date | | Latest Address (in pencil) | |
|---|---|---|---|---|---|

| School Year 19 | Grade Level 7 | | | School Year 19 | Grade Level 8 | | | School Year 19 | Grade Level 9 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subjects | Marks 1 2 | Min. Wk. | Un. | Subjects | Marks 1 2 | Min. Wk. | Un. | Subjects | Marks 1 2 | Min. Wk. | Un. | |
| Lang. Arts | | | | Lang. Arts | | | | English 9 | | | | |
| Mathematics | | | | Mathematics | | | | | | | | |
| Science | | | | Science | | | | | | | | Latest Photograph |
| Social Studies | | | | Social Studies | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Phy. Ed. | | | | Phy. Ed. | | | | Phy. Ed. | | | | |
| Days Present | Days Absent | Times Tardy | | Days Present | Days Absent | Times Tardy | | Days Present | Days Absent | Times Tardy | | Date Taken        Age |

A-40 SY    Klipto, Mason City, Iowa

X-From_: pcarlson@meservey-thornton.k12.ia.us  Thu Nov  8 14:27:21 2001
Date: Thu, 8 Nov 2001 15:41:51 -0500
To: sgoodylaw@blissnet.com
From: Pam Carlson <pcarlson@meservey-thornton.k12.ia.us>
Subject: Angela Jane Johnson

Suellen -
I talked to you a few moments ago regarding records for Angela Johnson.  I told you I did not find any records.  There was a small pile of records seperate from the others - I found her records there. I will send you a copy of her transcript, which is all that is available to indicate that she was here.  She attended Meservey-Thornton School for 2nd & 3rd grades, 1971-1973.  Her records were sent to Klemme Schools, Klemme, Iowa on 9/12/73.

Pam Carlson
Meservey-Thornton School
Thornton, Iowa

Case 3:09-cv-03064-MWB-LTS     Document 284-74     Filed 06/23/11     Page 6 of 19

*# 301-733-2774*

# BELMOND-KLEMME COMMUNITY SCHOOL DISTRICT

411 Tenth Avenue NE – Belmond, IA 50421-1898 – Telephone 641-444-4300 – Fax 641-444-4524

November 9, 2001

Suellen Carman, MLS
PO Box 508
70 S. Willow St.
Jackson, WY 83001

Dear Ms. Carman,

This letter is to serve as a statement regarding the records for Angela Johnson. I was not able to locate any records for this former student. In the past if a student transferred to another school all records were forwarded on. I apologize that we were not able to provide any help. If you need additional information, please contact me at 641-444-7211.

Sincerely,

Dawn Sander
Business Manager
Belmond-Klemme
Community School



BOARD OF EDUCATION: Michael Houser, President; Randy Black, Marilyn Janssen, Roger Johnson, Jim Kieffer, Michael Lette, Bruce Meyer Dawn Sander, Secretary-Treasurer

ADMINISTRATIVE SUPPORT: Bill Maske, Superintendent; Rob Antley, Jr. & Sr. High School Principal; Linda Macrae, Curriculum Director; Dr. Cynthia Marrinek, Elementary Principal; Renae Hopp, Food Service Director; Tom Bock, Transportation Director; Jim Smith, Maintenance Director

THE STATE OF IOWA

COUNTY OF _Winnebago_

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Brad Huntington, School Counselor_ who, being by me duly sworn, deposed as follows:

My name is _Brad Huntington_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of NORTH IOWA COMMUNITY SCHOOLS Attached hereto are __2__ pages of records from _North Iowa Schools_ These __2__ pages of records are kept by _North Iowa Schools_ in the regular course of business, and it was the regular course of business of _North Iowa Schools_ for an employee or representative of _North Iowa Schools_ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_Brad Huntington_

_School Counselor_

In witness whereof I have hereunto subscribed my name and affixed my official seal this _17th_ day of _May_, 2005 .

_[signature]_

Notary Public in and for the State of _Iowa_

CHERYL J. BENN
Commission Number 159774
My Commission Expires
_____

Case 3:09-cv-03064-MWB-LTS   Document 284-74   Filed 06/23/11   Page 9 of 19

MG000069

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Economics 111 | | | | | | | | | |
| Music Education | | | | | | | | | |
| Physical Education | | | | | | | | | |
| Driver Education | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL UNITS | | | | | | | | | |
| Days Absent | | | | | | | | | |

Student Grade Average _____    Class Ave:

THOMPSON COMMUNITY SCHOOL  Thompson, Iowa

Year  76  - 77  Grade  7th  (A)

Student  Johnson, Angela

**English**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | D | D | D | D | | | | |
| Cooperation | 3 | 3 | | | | | | |
| Courtesy | 3 | 3 | | | | | | |
| Dependability | 2 | 2 | | | | | | |
| Work Habits | 2 | 2 | | | | | | |

**Subject: U.S. History**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | F | F | - | F | | | | |
| Cooperation | 3 | 3 | | | | | | |
| Courtesy | 3 | 3 | | | | | | |
| Dependability | 2 | 1 | | | | | | |
| Work Habits | 2 | 1 | | | | | | |

**Subject: Math**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | C | C | F | C- | | | | |
| Cooperation | 3 | 4 | | | | | | |
| Courtesy | 3 | 4 | | | | | | |
| Dependability | 1 | 3 | | | | | | |

**Life Science**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | F | F | F | F | | | | |
| Cooperation | 2 | 2 | | | | | | |
| Courtesy | 2 | 2 | | | | | | |
| Dependability | 2 | 2 | | | | | | |
| Work Habits | 2 | 2 | | | | | | |

**Subject: Reading-Art**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | D | D | D | D | | | | |
| Cooperation | 4 | 3 | | | | | | |
| Courtesy | 3 | 3 | | | | | | |
| Dependability | 3 | 2 | | | | | | |
| Work Habits | 2 | 2 | | | | | | |

**Subject: P.E.-Health**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | B | B | | B | | | | |
| Cooperation | 3 | | | 3 | | | | |
| Courtesy | 3 | | | 3 | | | | |
| Dependability | 3 | | | 3 | | | | |
| Work Habits | 3 | | | 3 | | | | |

**Music**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | F | F | F | F | | | | |
| Cooperation | 2 | | | 2 | | | | |
| Courtesy | 1 | | | 2 | | | | |
| Dependability | 2 | | | 1 | | | | |
| Work Habits | 2 | | | 1 | | | | |

**Subject: Chorus**

| Period | 1st | 2nd | Exam | Final | 3rd | 4th | Exam | Final |
|---|---|---|---|---|---|---|---|---|
| Grade | A | C | | B | | | | |
| Cooperation | 3 | | | 3 | | | | |
| Courtesy | 3 | | | 3 | | | | |
| Dependability | 3 | | | 3 | | | | |
| Work Habits | 3 | | | 3 | | | | |

| MARKING SYSTEM | Personal Rating Scale |
|---|---|
| A – Excellent | 5—Outstanding |
| B – Above Average | 4—Above Average |
| C – Average | 3—Average |
| D – Below Average | 2—Below Average |
| F – Failure | 1—Unsatisfactory |
| I – Incomplete | |

*An incomplete not made up before the ensuing marking period becomes F

Report Card Co., 830 Clough, Waterloo, Iowa

Absence from school can never really be made up. Regular attendance and promptness are necessary for good school progress.

| | | | |
|---|---|---|---|
| Days absent | 6 | 8 | 6 |
| Times tardy | | 0 | |

Case 3:09-cv-03064-MWB-LTS   Document 284-74   Filed 06/23/11   Page 10 of 19

**Thompson Community School District**
**GRADE SCHOOL**
**Permanent Record**

Birth Date: January 17, 1964

Last School Attended: Forest City Elementary

Date Entered This Grade School: August 25, 1976

Grades Marked (X) Are From

Name (Last): Johnson   (First): Angela   (Middle): Jane

Address: Thompson, Iowa

Parent or Guardian: Jean Johnson

| Grade | Year | Semester | Arithmetic | Reading | Spelling | Language | Science | Social Studies | Health | Art | Writing | Physical Education | Music | Chorus | | | | | | Composite % ile Iowa Basic Skills | General Average | Days Absent | Times Tardy | Promoted or Retained |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1976 | 1 | A-D | | D | F | F | B | | | | B | F | B | | | | | | | | 14 | 1 | |
| 7 | 1977 | 2 | Transfer to Forest City (2nd Semester) | | | | | | | | | | | | | | | | | | | | | |
| 8 | 1977 | 1 | | | | | | | | | | | | | | | | | | | | | | |
| 8 | 1978 | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | .2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 1 | | | | | | | | | | | | | | | | | | | | | | |
| | 19__ | 2 | | | | | | | | | | | | | | | | | | | | | | |

**Intelligence Tests**

| NAME | Date | Grade | IQ-% |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Robert Topp

Superintendent at Time Pupil left School or Finished 8th Grade

MG000070

THE STATE OF KANSAS

COUNTY OF __Neosho_____

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Diana L. Saving_
who, being by me duly sworn, deposed as follows:

My name is __Diana L. Saving____, I am of sound mind, capable of making this
affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _the Chanute Public Schools, Kansas.

Attached hereto are __one___ pages of records from _Angela Johnson_ These __one_
pages of records are kept by __USD #413_____ in the regular course of business,
and it was the regular course of business of __USD #413_____ for an
employee or representative of ___USD #413_____ with knowledge of the act,
event, condition, opinion, or diagnosis recorded to make the record or to transmit
information thereof to be included in such record; and the record was made at or near
the time of the act, event, condition, opinion or diagnosis. The records attached hereto
are the original or exact duplicates of the original.

_Diana L. Saving_ (signature)

In witness whereof I have hereunto subscribed my name and affixed my official seal this
17th day of __may_____, 2005.

_Micki Fulton_ (signature)
Notary Public in and for the State of __Kansas__

**MICKI FULTON**
Notary Public - State of Kansas
My Appt. Expires March 5, 2007

410 South Evergreen
Chanute, Kansas 66720
620-432-2500 – Telephone
620-431-8810 - Fax



To: _Suellen Carman_  From: _Diann Savory_

Fax: _309-733-2774_  Pages: _2_

Phone: _____  Date: _11-8-01_

Re: _____  CC: _____

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

MG000009

NAME: Johnson, Angela Jean    DATE OF BIRTH: 7/17/6?    PLACE: Burlington, Wisconsin    X

**FATHER**

Name: James Johnson
Occupation: Heavy equipment operator
Employer:
Place of Birth: Chippewa Falls, Wisconsin
Education: high school
Racial or National Stock: White
Foster Parent:

**MOTHER**

Name: Pearl Jean Johnson
Occupation:
Employer:
Place of Birth: Sutton, North Dakota
Education: high school
Racial or National Stock: White
Maiden Name: Gomez

| DATE | RESIDENCE | PHONE |
|---|---|---|
| 5/72 | Route 13 | 431-215 |
| | | |
| | | |
| | | |

| SCHOOL | Date Entered | Date Left |
|---|---|---|
| Fairfield School | 8-28-72 | 1-26- |
| | | |
| | | |
| | | |
| | | |

| DATE | Name & Form Test | CA | MA | CP | IQ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 284-74    Filed 06/23/11    Page 13 of 19

# *Forest City Community School District*



**High School**
206 West School Street
Forest City, Iowa 50436

Website: http://www.forestcity.k12.ia.us
Phone: 641-585-2324
Fax: 641-585-3034

October 26, 2001

Mary C. Goody
Mitigation and Investigation
PO Box 508 - 70 S. Willow St.
Jackson, WY  83001

Re:　　Angela Jane Johnson
　　　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

Please find enclosed a high school transcript for <u>Angela Jane Johnson</u> as she/you have requested.  Angela attended school here during her 5th, 6th, 7th and 8th grade years; and records indicate that she dropped out in the fall of her freshman year; therefore no grades were recorded for that period.  If you have any questions, please don't hesitate to call.

Sincerely,

*Chad Angel*

Chad Angel
Guidance Counselor

Enc.

MG000028

MG000029

| Extracurricular Activities (non cred.) | | 7 | 8 | 9 | 10 | 11 | 12 | | Special Honors |
|---|---|---|---|---|---|---|---|---|---|
| Band | | | | | | | | | |
| Vocal | | X | | | | | | | |
| Football | | | | | | | | | |
| Basketball | | | | | | | | | |
| Track | | | | | | | | | |
| Tennis | | | | | | | | | Follow-up After H. S. |
| Baseball | | | | | | | | | |
| Officer | | | | | | | | | |
| | | | | | | | | | |
| Record of Transcripts Sent | | | | | Permanent Record Microfilmed | | | Date | |
| | | | | | Cumulative Record Sent To | | | | |
| | | | | | Disposition of Cumulative Record | | | | |

### STANDARDIZED TEST RECORD

| Date | Grade | Name of Test | Form | | |
|---|---|---|---|---|---|
| | | S R A | | | |
| | | | | | |
| | | OTIS IQ | | | *dropped 10/9/78* |

| School Year 76-77 | Grade Level 7 | | | School Year 77-78 | Grade Level 8 | | | School Year | Grade Level 9 | | | School Year | Grade Level 10 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subjects | Marks 1 2 | Un. | Subjects | Marks 1 2 | Un. | | Subjects | Marks 1 2 | Un. | Subjects | Marks 1 2 | Un. | | | |
| SCIENCE | S | | SCIENCE | S S | | | | | | ENGLISH II | | | | | |
| GEOGRAPHY Soc St | S | | HISTORY | S S | | | | | | WORLD HIS. | | | | | |
| MATHEMATICS | S | | MATHEMATICS | S S | | | | | | BIOLOGY | | | | | |
| READING | S | | READING | U S | | | | | | ALGEBRA II | | | | | |
| ENGLISH | S | | ENGLISH | S S | | | | | | | | | | | |
| SPELLING Art Home Ec | S | | SPELLING Art | S S | | | | | | | | | | | |
| WRITING | S | | 2nd Art | S S | | | | | | | | | | | |
| DRAWING | S | | Gym PE | S S | | | | | | | | | | | |
| CITIZENSHIP | | | | | | | | | | | | | | | |
| PHYS. ED. | S | | PHYS. ED. | S S | | | PHYS. ED. | | | PHYS. ED. | | | | | |
| Days Present 521 Days Absent 2½ Times Tardy 0 | | | Days Present 135 Days Absent 4 Times Tardy 3 | | | | Days Present Days Absent Times Tardy | | | Days Present Days Absent Times Tardy | | | | | |

| School Year | Grade Level 11 | | | School Year | Grade Level 12 | | | School Year | Grade Level | | | SUMMARY OF HIGH SCHOOL UNITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subjects | Marks 1 2 | Un. | Subjects | Marks 1 2 | Un. | | Subjects | Marks 1 2 | Un. | Subject Area | Un. | Subject Area | Un. |
| ENGLISH III | | | ENGLISH IV | | | | | | | Comm. Skills | | Agriculture | |
| U. S. HISTORY | | | GOVERNMENT | | | | | | | Foreign Lang. | | Business Educ. | |
| CHEMISTRY | | | SOCIAL PROBLEMS | | | | | | | Mathematics | | Distrib. Educ. | |
| GEOMETRY | | | | | | | | | | Science | | Homemaking | |
| | | | | | | | | | | Social Studies | | T. & I. Educ. | |
| | | | | | | | | | | | | Dr. & Saf. Educ. | |
| | | | | | | | | | | Art | | Health | |
| | | | | | | | | | | Music | | Physical Educ. | |
| | | | | | | | | | | Industrial Arts | | | |
| PHYS. ED. | | | PHYS. ED. | | | | | | | | | Tot. Un. Earned | |
| Days Present Days Absent Times Tardy | | | Days Present Days Absent Times Tardy | | | | Days Present Days Absent Times Tardy | | | | | Yes | No |

| | |
|---|---|
| Age of H. S. Graduation | H. S. Standing Class |
| Name of High School FOREST CITY COMMUNITY | Location FOREST CITY, IOWA |
| | H. S. Aver. Mark |
| | Marking System |
| | Approved by State Dept. of Public Instruction Accredited by North Central Association |

| Birthdate | Authority For | Birthplace | | |
|---|---|---|---|---|
| Entered From | Date | | Latest Address (in pencil) | Male |
| Pupil Number | NAME Last Johnson | First Angela | Middle Jane | Female X |
| | | | Name of Parent or Guardian | Marital Status |

Physical and/or Mental Handicaps:

Explanation: 1—Outstanding; 2—Above Average; 3—Average; 4—Below Average; 5—Unsatisfactory

Evaluation Based On Comparison With (Check one): — Other Pupils in this School — Pupils in General

| Grade Level | Names of Traits Rated | | | | | | | Evaluation Made By | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | 1 2 3 4 5 | 1 2 3 4 5 | 1 2 3 4 5 | 1 2 3 4 5 | 1 2 3 4 5 | 1 2 3 4 5 | 1 2 3 4 5 | | |

EVALUATIONS OF PUPIL BY STATE — PERSONALITY OR BEHAVIOR TRAITS

Pupil Number

NAME Last Johnson First Angela Middle Jane Male Female X

Birthdate 1-17-64 Authority For Birthplace Burlington Wisc. Name of Parent or Guardian James + Pearl Jean Johnson

Date Entered School Entered this School 1-3-72 Entered from Latest Address (in pencil) 936 West J

Attendance Record Re-entered 2-7-77 Subjects and Marks

| Name of Elementary School | Grade Level | School Year | Days Present | Days Absent | Times Tardy | Reading | | Language | | Spelling | | Arithmetic | | Writing | | Social Studies | | History | | Science | | | | | | | | Art | | Music | | Phys. Ed. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forest City Comm. | 5 | 74-75 | 155½ | 23½ | 0 | B | A | A | A | A | A | A | A | A | A | A | A | [illegible] | | A | A | | | | | | | A | A | A | A | A | A |
| Forest City Comm. | 6 | 75-76 | 151½ | 28½ | 0 | M | N | A | A | A | B | A | M | A | A | A | A | | | A | A | | | | | | | A | A | A | A | A | A |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Forest City Comm. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MG000030

GED

MG000031


cc: Mary Goody

## Memo From

**Kirkwood Community College**
**Anamosa State Penitentiary**

**To:** Angela J. Johnson & Chaplain Ed Elliott

**From:** Charles B. Liston, Director of Education

**Date:** 3/11/2002

**RE:** GED Testing at Linn County Correctional Facility

---

In response to Ms. Valli Williams letter asking for the procedure how to take the GED inside LCCC, I would hope the information below will answer your questions. Remember once I get confirmation that payment has been received a testing date will then be established which will be during a set weekend.

---

Starting in 2002 the GED testing format must include a Pre-GED Test in each of five disciplines: Writing, Science, Social Studies, Literature and Mathematics. The handheld calculator can be used in the first portion of the Mathematics examination.

Since your candidates at the LCCF are incarcerated that will cause some additional servicing logistical challenges; therefore any pretests are waived except for the mathematics test. Individuals can self-prepare for the test of their choice and once they are ready the final GED test will be given by a GED Examiner. A score in excess of 450 points will indicate that the GED Examiner will conduct future testing.

Payment must be paid to: Kirkwood Community College, Lincoln Learning Center, 910 18th Ave SW, Cedar Rapids, IA 52404 prior to taking the first three final tests. Once confirmation of payment has been received then a GED Examiner will start testing or continue testing the GED Finals at the LCCF. The first three tests will cost $25.00 per test and the last two tests will be considered complimentary. It is advisable to have testers plan or make a strong commitment on taking all five tests at one location or Community College site when they start the series of five tests in order to save cost. Because not every community college is charging the same amount for their GED testing sessions.

$25 paid

MG000032

Pearl Jean has GED.

MG000033