



Serving over 68,000 students and 5,000 educators

www.aea267.k12.ia.us

**PLAINTIFFS EXHIBIT**
129

---

**Clear Lake Office**
9184 265th Street, Stc. B • Clear Lake, IA 50428
Ph: 641-357-6125 • 800-392-6640

---

# FACSIMILE COVER PAGE
## Special Education
### Fax: 641-357-3686

DATE: *6-9-11*

TO: *Nancy Pemberton*

LOCATION: _____

FAX NUMBER: _____

FROM: *Cindy Baker*

LOCATION: _____

TOTAL NUMBER OF PAGES INCLUDING COVER: *2*

SUBJECT: _____

MESSAGE: _____

Confidentiality Notice: This fax contains confidential legally privileged information that belongs to the sender and is intended exclusively for the use of the person or entity named above. If you are not the intended recipient, you may not disclose, copy, or distribute this fax or take any action in reliance on the contents. If you have received this fax in error, please notify the sender immediately.

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE.**



**Special Education Services**
3712 Cedar Heights Drive • Cedar Falls, IA 50613-6290
Ph: 319-273-8250 • Fax: 319-273-8275 • 800-542-8375 (in Iowa)

909 South 12th St. • Marshalltown, IA 50158-3713
Ph: 641-753-3564 • Fax: 641-752-0075 • 800-735-1539 (in Iowa)

9184 265th St., Ste. B • Clear Lake, IA 50428-8507
Ph: 641-357-6125 • Fax: 641-357-3686 • 800-392-6640 (in Iowa)

6/9/2011

Dear Ms. Pemberton:

I received your request for information on Angela Johnson (dob: 1/17/64). According to your request, Angela had attended school in the Forest School District, which is part of our AEA.

In reviewing our records, I cannot find any student records that were scanned with birthdates earlier than 1970 so was unable to find anything on Angela. Our agency, at that time, was Northern Trails AEA 2. We did not start the scanning process until the 1980's. Before that time, parents were notified that inactive records were going to be destroyed by a certain date if they wanted them. If they weren't picked up, the records were shredded.

Sorry I couldn't be of further assistance to you.

Sincerely,

Cindy Baker
Administrative Secretary
Special Education
AEA 267