
PLAINTIFFS
EXHIBIT
130

## DECLARATION OF MOHAMMAD HAMOUDI

I, MOHAMMAD HAMOUDI, do declare under penalty of perjury that:

1. I am an attorney licensed to practice in all courts in the State of California and am one of the attorneys of record for petitioner ANGELA JOHNSON.

2. My primary responsibility in Ms. Johnson's case has been to review, organize, and inventory the 140 banker's boxes of trial and post-conviction material that Mr. Burt received from Mr. Lawlor on September 28, 2010.

3. Beginning on October 29, 2010 I began the specific task of locating, scanning, and providing to the government all defense team work product that the government did not already have, including any memoranda, notes, or other material reflecting attorney work product. I accomplished this task by manually searching through the boxes and then scanning each document that could be categorized as work product.

4. During my extensive review of all 140 boxes, I have not discovered any handwritten notes belonging to Al Willett other than the notes already discovered and turned over to the government and entered as exhibits in Angela Johnson's hearing.

5. I did locate a folder labeled polygraph admissibility in Mr. Stowers's box and in that box was a copy of *Rupe v. Wood* (1996) 93 F.3d 1434.

6. On June 7, 2011, I also recently discovered in a Lawlor box labelled "From Table Mess; Looks Like Mike's Notes, Correspondence" a transcript reflecting part of a meeti ng between Mr. Berrigan, Mr. Stowers, and Mr. Burr on March 17, 2005. I have diligently searched the 140 boxes for the original audio tape of the conversation reflected in this transcript and was not able to locate it or any other tapes or transcripts of defense team meetings.

7. If called to testify at Ms. Johnson's evidentiary hearing, I would state under

oath the foregoing facts.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct and that this declaration was executed on this 10th day of June, 2011, at San Francisco, San Francisco County, California.

Mohammad Hamoudi

2