PLAINTIFFS
EXHIBIT
132



## DECLARATION OF PEARL JEAN JOHNSON

I, Pearl Jean Johnson, declare:

I am the mother of Angela Jane Johnson. I have four other children, but am estranged from two of them. Three of my girls and I have rebuilt our relationships, and I hope and pray that some day my other two children and I will be reunited.

My life has been extremely difficult, and I have spent years trying to understand why and how some things happened to my children and me. We have had more than our share of burdens, losses, and pain, but we have found the strength to go forward.

I have terrible depression, depression so bad it paralyzes me at times. It feels like if I start crying, I won't ever be able to stop crying. My girls have also suffered through depression, but it really fell hard on Angela, Wendy, and Jamie. Holly seems to be the strongest of them; she was born long after some of the shameful things had passed.

Angela has had the most difficult time of all my children and has had the most problems. She could not learn to read and write in school and was in special education classes. School was very hard for her, and I needed her to help me in my restaurant so I had her drop out of school after the eighth grade to be work for me as a waitress. She was a good waitress, and customers liked her, but she could not add, subtract, make change or run the cash register. She had to bring the check and the customer's money to someone else who could run the cash register.

Some of our problems started long before I ever had children. My father was a very evil man who humiliated and degraded my brother whenever he could; it's one reason Skip became an alcoholic. My mother had her problems and should never have had children. She had a complete nervous breakdown and should not be held responsible for what she did to my children

Παγε –1–

and to me, but she had total power over me.

I started hearing things that others couldn't hear and seeing things that others couldn't see when I was a child. My stepfather was very cruel and locked me in the basement for long periods of time. When I was in the basement, I heard a lion growling, even though no one else heard the lion. After I gave birth to Angela, I heard voices that others could not hear. I had to listen hard to understand what they told me. I still hear voices and commands from God, have the power to heal, and see special meaning in ordinary things. Recently God gave me two words, Angela and seven, and I am trying to figure out what those words mean.

I have very unusual experiences in my body and mind, especially when I am under stress. Anything can put stress on me and make me want to walk into the road and get hit by a car. Talking about all these hard times makes me want to want to end it all, but I know that I have to tell the truth to try and help Angela. I was at the end many times over my life. Once, I fell to the floor, shaking and trembling, and frozen with fear. Sometimes I don't know what just happened, like I've been in a daze or have gone someplace else in my mind. It makes me scatter brained. It's very difficult for me to figure out things so I just try to live as simple as possible. When I get confused, I pray for guidance.

When Angela was small I thought she was retarded and possessed by demons because she had periods when she did not answer me and did not respond to things around her. She stared off to the side or straight ahead as if she was not in her body or as if she was in another world. It frightened me and I thought I had to do something or she would be taken over forever by demons.

I have special powers that others do not have. I can see the future. I can hear and see

Case 3:09-cv-03064-MWB-LTS    Document 284-80    Filed 06/23/11    Page 2 of 3

things that others can not hear and see. Sometimes these things are scarey and bring me to my knees. Sometimes these things make me full of joy. Sometimes I only hear one word and it takes me a long time to figure out what the word means.

In July 2009, a mitigation specialist working on Angela's case asked me to tell her about my life experiences. I told her what I knew to the best of my recollection. If I had been asked this information by Angela's attorney either in an interview or at trial, I would have provided this information. I did not write this declaration myself but I have read it carefully and it says what I told the mitigation specialist when we spoke.

I declare, under penalty of perjury, that the foregoing seven page declaration is true and correct. Executed by me this _9- 27_ day of September, 2009, in _Mason City_, Iowa.

_Pearl Jean Johnson_
Pearl Jean Johnson

Case 3:09-cv-03064-MWB-LTS   Document 284-80   Filed 06/23/11   Page 3 of 3