**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| ANGELA JOHNSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | No. C 09-3064-MWB |
| v. | * | CAPITAL CASE |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent | * | |

### DECLARATION OF MICHAEL LAWLOR

I, MICHAEL LAWLOR, do declare under penalty of perjury that:

1. I am an attorney licensed to practice in all courts in the State of Maryland and was the attorney of record for ANGELA JOHNSON before the appointment of present post-conviction counsel in September 2010.

2. During the period of my representation of Ms. Johnson, I personally spoke to her on multiple occassions about the circumstances of the crimes for which she was convicted. During those conversations, Ms. Johnson maintained her innocence. At no point in time during our conversations did I inform her that the evidence in the case indicated that she was not innocent or advise her that a claim of innocence was inconsistent with the plea and mental state at the time of the offense claims that I was raising on her behalf in her motion to vacate the judgment and sentence pursuant to 18 U.S.C. Section 2255.

3. On or about March 23, 2010, Ms. Johnson telephoned me after her first session in Texas with Dr. Martell. Ms. Johnson advised me that in their upcoming second session Dr. Martell wanted to talk about the circumstances of the crimes and she wanted to know

1

what to say to him. I advised her to stick to her story that she was innocent. During this conversation, I did not inform her that the evidence in the case indicated that she was not innocent or advise her that a claim of innocence was inconsistent with the plea and mental state at the time of the offense claims that I was raising on her behalf in her motion to vacate the judgment and sentence pursuant to 18 U.S.C. Section 2255.

I declare under penalty of perjury under the laws of the United States and Maryland that the foregoing is true and correct and that this declaration was executed on this 22nd day of June, 2011, at Greenbelt, Maryland.

Michael Lawlor

2