**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER AUTHORIZING SEPARATE
BRIEFING ON WHETHER CERTAIN
CLAIMS "RELATE BACK"**

_____

Today, the respondent filed its Amended Answer To Petitioner's Second Amended Motion To Vacate, Set Aside Or Correct Conviction And Sentence Pursuant to 28 U.S.C. § 2255 (Civ. docket no. 285). As I authorized during the most recent episode of the evidentiary hearing, the respondent limited its response to whether it believed that the petitioner had made any new claims in the amended motion that are time-barred, because they do not relate back to claims raised in the original motion. I find that separate briefing is appropriate on this threshold issue of what claims should ultimately be resolved on the merits. Therefore:

- The petitioner will have **to and including August 19, 2011,** to file a post-hearing brief, **not exceeding 20 pages,** on whether or not claims challenged by the respondent "relate back" to claims in the original § 2255 Motion

- The respondent will have **to and including September 9, 2011,** to file a reply brief on this issue, **not exceeding 5 pages**

These briefs will *not* count against the page limits imposed for post-hearing briefing.

**IT IS SO ORDERED.**

**DATED** this 5th day of July, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2