# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**AMENDED ORDER REGARDING TRANSPORTATION OF PETITIONER FOR EVIDENTIARY HEARING**

Modification of the schedule for completion of EEG testing requires modification of the January 19, 2011, Order Regarding Transportation Of Petitioner For Evidentiary Hearing (docket no. 107). The United States Marshal Service is directed to transport the petitioner to appear personally at the evidentiary hearing for seven days starting March 7, 2011. However, the United States Marshal Service shall not begin transportation of petitioner Johnson for the March 7, 2011, evidentiary hearing prior to February 21, 2011, so that EEG testing can be completed on or before February 20, 2011. Petitioner's counsel shall notify the court **promptly** if the testing is not completed on or before February 20, 2011.

      **IT IS SO ORDERED.**

      **DATED** this 9th day of February, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this _____ day of _____ , 2___
      Robert L. Phelps, Clerk
By _____
      Deputy

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from _JPATS_

on _2-24-11_

to _USMS N/IA_

on _2-24-11_
_Kenneth Kunde_
United States Marshal
_N_ District of _IA_

by _(signature)_ _DUSM_
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from _USMS_

on _7-5-11_

to _JPATS_

on _7-5-11_
_Kenneth_
United States Marshal
_N_ District of _IA_

by _(signature)_ _DUSM_
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from _____

on _____

to _____

on _____
United States Marshal
District of _____

by _____
Title

---

I hereby certify and return that I have executed this writ in whole of part by conveying the within stated inmate:

from _____

on _____

to _____

on _____
United States Marshal
District of _____

by _____
Title