# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER RESCHEDULING PART FOUR OF EVIDENTIARY HEARING**

_____

Owing to an unanticipated scheduling conflict, **part four of the evidentiary hearing is now reset to begin at 8:00 a.m. on Tuesday, August 9, 2011, in the Third Floor Courtroom of the United States Courthouse in Sioux City, Iowa, to run through Wednesday, August 10, 2011.**

As noted in the Order (docket no. 280), filed June 17, 2011, the petitioner has waived her physical presence at part four of the evidentiary hearing.

**IT IS SO ORDERED.**

**DATED** this 11th day of July, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA