IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

Although the parties' separate briefs on the "relation back" of certain claims, authorized by Order (Civ. docket no. 286), filed July 5, 2011, are not yet due, it should come as no surprise to the parties that I am already independently comparing the claims asserted in the June 1, 2011, Second Amended Motion Under 28 U.S.C. § 2255 (Civ. docket no. 263) with the claims asserted in the January 21, 2010, Corrected, Amended Motion Under 28 U.S.C. § 2255 (Civ. docket no. 26). My comparison suggests that the petitioner disclaimed in the earlier version of her § 2255 Motion a claim that she is now attempting to assert in her latest version.

Specifically, I note that, in her June 1, 2011, version, the petitioner asserts as her Claim Four that "[t]he Government Violated Petitioner's Rights Under the Sixth and Eighth Amendments and the Due Process Clause by Presenting Inconsistent Arguments at Her Trial and That of Her Co-Defendant." For purposes of all further briefing and argument, this claim has been renumbered Claim No. 28. *See* Order Regarding Claim Identification (Civ. docket no. 287). On the other hand, in the earlier version of her § 2255 Motion, the petitioner stated, "Petitioner is not arguing that the Government

improperly argued inconsistent theories of their case during the two trials." January 21, 2010, § 2255 Motion (docket no. 26) at 90 n.30.

I invite the parties to brief, in their briefs on the merits, the effect of the petitioner's apparent disclaimer of Claim No. 28 in the earlier version of her § 2255 Motion.

**IT IS SO ORDERED.**

**DATED** this 12th day of July, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2