# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL   DIVISION

| | |
|---|---|
| ANGELA JOHNSON,<br><br>    Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **HEARING MINUTES**    Sealed:    NO<br><br>Case No.:    C 09-3064-MWB<br><br>Presiding Judge:    MARK W. BENNETT<br><br>Deputy Clerk:    /s/ Roger W. Mastalir &<br>/s/ Melissa Carrington<br><br>Court Reporter:    Shelly Semmler    Contract?    No<br><br>(If yes, send copy to financial)<br><br>Recording:    Yes    Method:    FTR Gold |

| Date: | 08/09/11 | Start: | 8:05 a.m. | Adjourn: | 5:48 p.m. | | Courtroom: | Donald E. O'Brien Courtroom |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 8:15 a.m. - 8:47 a.m. (32 minutes);<br>10:38 a.m. - 11:01 a.m. (23 minutes);<br>12:00 p.m. - 1:27 a.m. (87 minutes);<br>2:16 p.m. - 2:34 p.m. (18 minutes);<br>3:51 p.m. - 4:06 p.m. (15 minutes) | | | | Time in Chambers: | None | | Telephonic? | No |

| Appearances: | Petitioner: | Michael Burt, Marcia Morrissey (Petitioner was not personally present) |
|---|---|---|
| | Respondent: | C.J. Williams, AUSA |

| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | Yes |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **EIGHTEEN** | | |
| | Motion(s): | | | | Ruling: | | |

| Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) |
|---|---|---|
| | PART IV | |
| 8:05 a.m. | Preliminary discussion concerning disclosure of certain documents relied upon by Dr. Martell; court recesses so that Mr. Williams can attempt to locate documents. | |
| 8:15 a.m. | Recess. | |
| 8:47 a.m. | Mr. Williams reports on status of documents. | |
| 8:48 a.m. | Respondent's Witness Dr. Daniel Martell (by Mr. Williams). | |
| 10:38 a.m. | Recess. | |
| 11:01 a.m. | Continuing with respondent's witness, Dr. Martell. | |
| 12:00 p.m. | Recess. | |
| 1:27 p.m. | Continuing with respondent's witness, Dr. Martell. | |

Case 3:09-cv-03064-MWB-LTS    Document 303    Filed 08/10/11    Page 1 of 2

| | | |
|---|---|---|
| | 2:16 p.m. | Recess. |
| | 2:34 p.m. | Continuing with respondent's witness, Dr. Martell. |
| | 3:46 p.m. | Petitioner and respondent move to admit all exhibits; all admitted subject to petitioner's objection. |
| | 3:51 p.m. | Recess. |
| | 4:06 p.m. | Petitioner moves to admit additional exhibit; exhibit admitted with no objection. |
| | 4:07 p.m. | Continuing with respondent's witness, Dr. Martell. |
| | 5:40 p.m. | Witness excused. |
| | 5:40 p.m. | Discussion of page limit on briefs. |
| | 5:48 p.m. | Court adjourns. |
| | | |
| | **Witness/Exhibit List is** | Filed separately at the conclusion of Part IV of the hearing. |
| | **Miscellaneous:** | Petitioner waived her personal presence at this hearing; Petitioner's counsel will email their exhibits from this hearing to Roger Mastalir within three days. |

Case 3:09-cv-03064-MWB-LTS     Document 303     Filed 08/10/11     Page 2 of 2