# In The United States District Court
## Northern District Of Iowa
### CENTRAL DIVISION

**AMENDED WITNESS & EXHIBIT LIST**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

Hearing Dates    08/09/11 (Part IV)

Case No.  C 09-3064-MWB
Presiding Judge  MARK W. BENNETT
Deputy Clerk  /S/ Roger W. Mastalir
Court Reporter  Shelly Semmler
Petitioner's Att'y  Michael Burt, Marcia Morrissey
Respondent's Att'y  C.J. Williams, AUSA

| # | **PETITIONER'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | none | -- | -- | -- | -- |

| # | **RESPONDENT'S** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Dr. Daniel Martell | 8/9/2011 | 8:48 a.m. | 8/9/2011 | 5:40 p.m. |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PETITIONER'S** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 137 | Letter from Dr. Martell to the Department of Justice (Dr. Martell) | 8/09/2011 | A |
| 135 | Summary Prepared by Ronald P. Walker and James A. Wright (Dr. Martell) | 8/09/2011 | A |
| 136 | Committee on Ethics Guidelines for Forensic Psychologists (Dr. Martell) | 8/09/2011 | A |
| 138 | Prosecution Memorandum Dated May 18, 2001 (Dr. Martell) | 8/09/2011 | A |
| 139 | Addendum to Prosecution Memorandum February 12, 2011 (Dr. Martell) | 8/09/2011 | A |
| 140 | Romero et al., Challenges in the Neuropsychological Assessment of Ethnic Minorities (Dr. Martell) | 8/09/2011 | A |
| 141 | Yantz et al., Potential for Interpretation Disparities of Halstead-Reitan Battery Performances in a Litigating Sample (Dr. Martell) | 8/09/2011 | A |
| 142 | Dr. Martell's Report from USA v. Billie Jerome Allen (Dr. Martell) | 8/09/2011 | A |

| Marked | **RESPONDENT'S** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| JJJ | CD: Angela Johnson Exam (Dr. Martell) | 8/09/2011 | A |
| KKK | CD: Angela Johnson Exam disc 2 (Dr. Martell) | 8/09/2011 | A |
| LLL | CD: Angela Johnson disc 1, side 1 (Dr. Martell) | 8/09/2011 | A |
| MMM | CD: Angela Johnson disc 1, side 2 (Dr. Martell) | 8/092011 | A |

| OOO | CD: Dr. Martell examination of Angela Johnson on 6/20/11 | 8/09/2011 | A |
|---|---|---|---|
| PPP | Report of Forensic Neuropsychological Examination by Dr. Daniel A. Martell | 8/09/2011 | RSO (Crawford; 704(b); 901(b)(9)) |
| QQQ | Dr. Martell's curriculum vitae | 8/09/2011 | A |
| RRR | 5/27/2005 Dr. Martell report on Angela Johnson | 8/09/2011 | A |
| SSS | Transcript of Dr. Martell's examination of Angela Johnson on 6/20/11 | 8/092011 | A |

2