# Daniel A. Martell, Ph.D., A.B.P.P.
## Forensic Psychology and Neuropsychology

Forensic Neuroscience Consultants, Inc.
2906 Lafayette
Newport Beach, CA 92663

(949) 230-7321 (Office)
(949) 786-7476 (Fax)
damartell@aol.com
www.forensicneuroscience.com

## Curriculum Vitae (March, 2011)

### EDUCATION

1980-1989    The University of Virginia,
Charlottesville, VA
Degree: Ph.D.
Major:   Research in Clinical Psychology
Minor:    Behavioral Science and the Law

Degree: M.A.
Major:   Clinical and Community Psychology

1976-1980    Washington and Jefferson College,
Washington, PA

Degree: B.A., cum laude
Major:   Psychology

### A.P.A. APPROVED INTERNSHIP IN CLINICAL PSYCHOLOGY

1986-1987    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

### POST-DOCTORAL FELLOWSHIP IN FORENSIC PSYCHOLOGY

1987-1988    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

-Specialization in Forensic Neuropsychology

### CURRENT AFFILIATIONS

1998-present    President,
Forensic Neuroscience Consultants, Inc.
Newport Beach, CA

1995-present    Assistant Clinical Professor,
Department of Psychiatry and Biobehavioral Sciences,
Semel Neuropsychiatric Institute,
David Geffen School of Medicine at U.C.L.A.
Los Angeles, CA

GOVERNMENT
EXHIBIT
QQQ
09-CV-3064 MWB

QQQ-P01

1994-present  Affiliated in private forensic consultation practice
with Dr. Park Dietz and Associates, Inc.
Newport Beach, CA

1994-present  Member,
Threat Assessment Group, Inc.
Newport Beach, CA

## LICENSURE AND CERTIFICATIONS

2002-present  Board Certified in Forensic Psychology,
American Board of Forensic Psychology,
American Board of Professional Psychology

1991-present  Licensed Clinical Psychologist
New York State License Number 011106

1998-present  Licensed Clinical Psychologist
State of California License Number PSY15694

1993-present  Certified Examiner
State of New York Workers' Compensation Board
Authorization Number S1-11062

1993-present  Certified New York State Medicaid Provider
ID Number 01 382 576

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Psychology, Fellow

National Academy of Neuropsychology, Fellow

American Academy of Forensic Sciences, Fellow
   2010-2011: Vice President of the Academy
   2011-      : Secretary of the Academy
   2011-      : AAFS Executive Committee
   2006-      : AAFS Board of Directors
      2009-  : Chair, AAFS Long-Term Planning Committee
   2010-2011: Chair, Membership Committee
   2009-2010: AAFS Program Committee
   2007-2008: AAFS Executive Committee
   2006-2008: Chair, Continuing Medical Education Committee
   2006-2009: Fellow-At-Large, Psychiatry & Behavioral Sciences Section
   2006-2008: Nominating Committee
   2005-2006: Chair, Psychiatry & Behavioral Sciences Section
   2004-2005: Secretary, Psychiatry and Behavioral Sciences Section
   2004-2006: Membership Committee
   1997-1999: Secretary, Psychiatry and Behavioral Sciences Section

QQQ-P02

1997-1999: Continuing Medical Education Committee
1996-2001: Representative to the AAAS Neuroscience Committee
1994-1997: Steering Committee
1993-1995: Program Chair, Psychiatry and Behavioral Sciences Section

Forensic Sciences Foundation
2010-      : Trustee, Forensic Science Foundation
2006-      : Board of Directors, Forensic Science Foundation

American Psychological Association, Member
  APA Division 40: Clinical Neuropsychology, Member
  APA Division 41: American Psychology-Law Society, Member

American Psychological Society, Member

American Association on Intellectual and Developmental Disabilities,
  Member

American Association for the Advancement of Science, Member
  1996-2001: Appointment to Neuroscience Section Committee

American Society of Criminology, Member

California Psychological Association, Member

## ACADEMIC APPOINTMENTS AND TEACHING EXPERIENCE

1995-present   Assistant Clinical Professor,
               Department of Psychiatry and Biobehavioral Sciences,
               Semel Institute for Neuroscience and Human Behavior
               David Geffen School of Medicine at U.C.L.A.
               Los Angeles, CA

                  Research, teaching, and supervision in Forensic
                  Psychology and Psychiatry.

1999-2002      Adjunct Faculty,
               Department of Extended Studies and Public Service
               University of California, San Diego, and
               University of California, Irvine

                  Taught Legal and Ethical Issues in Clinical Psychology.

1992-1996      Clinical Assistant Professor,
               Department of Psychiatry
               New York University School of Medicine, New York, N.Y.

                  Coordinator of Forensic Training, NYU/Bellevue Hospital
                  Clinical Psychology Internship and Post-Doctoral

QQQ-P03

Fellowship Programs. Taught Forensic Psychology and the Law, and Research in Forensic Psychiatry.

1987-1991     Clinical Instructor of Psychiatry,
New York University School of Medicine, New York, N.Y.

1980-1986     Graduate Teaching Assistant,
Department of Psychology,
The University of Virginia, Charlottesville, VA

Taught Abnormal Psychology; Childhood Psychopathology; Medical Psychology; Social Psychology; Statistics; Law, Psychology, Families and Children; Cognitive Psychology; Memory and Learning.

1979-1980     Teaching Assistant,
Washington and Jefferson College
Washington, PA

Taught four sections of Introductory Psychology.

## PREVIOUS EMPLOYMENT

1988-1994     Forensic Research Scientist,
Department of Clinical Research,
Nathan S. Kline Institute for Psychiatric Research
Orangeburg, NY

1988-1994     Director, Forensic Neuropsychology Laboratory,
Kirby Forensic Psychiatric Center, New York, NY

1990-1994     Research Consultant, Forensic Psychiatry Clinic for the Criminal and Supreme Courts, New York, NY

1984-1988     Research Associate,
Institute of Law, Psychiatry, & Public Policy,
Schools of Law and Medicine, The University of Virginia

Collaborated with P.E. Dietz, M.D., Ph.D. on National Institute of Justice Grant, "Mental Disorder and Violent Crime: The Choice of Public Figures as Victims."

1983-1986     Research and Statistical Consultant,
Institute of Law, Psychiatry, and Public Policy,
Schools of Law and Medicine, The University of Virginia

Collaborated on the National Judge's Health-Stress Research Project, examining the impact of stress on American trial court judges.

QQQ-P04

1983-1985     Statistical Consultant,
Colgate Darden School of Business Administration,
The University of Virginia

> Collaboration with Eileen Hogan, Ph.D. on statistical
> models of job characteristics and performance.

1983-1985     Staff Psychologist,
Community Outreach to Vietnam Era Returnees (COVER)
Charlottesville, VA

1982-1983     Neuropsychological Test Technician,
Departments of Behavioral Medicine, Psychiatry, and
Neurosurgery,
The University of Virginia Medical Center
Charlottesville, VA

## HONORS AND AWARDS

2007     Maier J. Tuchler Award in Recognition of Outstanding
Contributions to the Field of Psychiatry and Behavioral
Science. American Academy of Forensic Sciences,
Psychiatry and Behavioral Science Section

1998-present   Who's Who in Medicine and Health Care

1996     Distinguished Lecturer Award, New York State District
Attorney's Association, Prosecutor's Training Institute

1991     American Academy of Forensic Sciences, Psychiatry and
Behavioral Science Section 1991 Fellowship Research Award

1987-1988     Forensic Psychology Fellow,
NYU Medical Center, Bellevue Hospital, and
Kirby Forensic Psychiatric Center, New York, NY

1980-1984     Clinical Research Fellowship,
Institute of Clinical Psychology,
University of Virginia

1980     B.A. cum laude in Psychology
Washington and Jefferson College

1976-1980     Dean's List Scholar, Washington and Jefferson College

QQQ-P05

Daniel A. Martell, Ph.D., A.B.P.P.

QQQ-P06

## GRANTS

1991-1994   Principal Investigator, Homelessness, Mental Illness, and Violent Criminal Behavior. National Science Foundation, Law and Social Science Program, ($116,095).

1991-1996   Co-Investigator, Prediction of Assault in Mentally Ill Offenders, Antonio Convit, M.D. (P.I.). National Institute of Mental Health, ($526,185).

1993-1998   Core Faculty Member, Center for the Study of Issues in Public Mental Health. David L. Shern, P.I., National Institute of Mental Health, ($3,451,538).

1989-1991   Co-Investigator, Assessing Psychopathy in Mentally Disordered Offenders. Funding from the John D. and Catherine T. MacArthur Foundation Program of Research on Mental Health and the Law, via subcontract with Dr. Robert Hare, University of British Columbia, ($15,000).

1984-1988   Co-Investigator, Mental Disorder and Violent Crime: The Choice of Public Figures as Victims, with Park Dietz, M.D., Ph.D. (P.I.), National Institute of Justice,($450,000).

1985   Research development grant from the Institute of Law, Psychiatry, and Public Policy, University of Virginia Schools of Law and Medicine, to study factors influencing judicial decision making, ($2,500).

1984   Grant-in-Aid from Division 41 (American Psychology-Law Society) of the APA to study personality, stress, and health outcomes in a national sample of trial court judges, ($500).

## EDITORIAL BOARDS

2008-   Journal of Forensic Sciences

## JOURNALS SOLICITING MANUSCRIPT REVIEWS

1992-present   Law and Human Behavior
Behavioral Sciences and the Law
Journal of Forensic Sciences
Archives of General Psychiatry
Psychiatric Services (Hospital and Community Psychiatry)
American Journal of Psychiatry
Homicide Studies

Daniel A. Martell, Ph.D., A.B.P.P.

## PUBLICATIONS

Martell, D.A. (in press). Book review: *Evaluation for Guardianship* and *Evaluation for Risk of Violence in Juveniles.* Journal of Forensic Sciences.

Dietz, P., and Martell, D.A. (2010). Commentary: Approaching and stalking public figures—A prerequisite to attack. Journal of the American Academy of Psychiatry and the Law, 38(3), 341-348.

Martell, D.A. (2010). Book review: *Applied Criminal Psychology: A Guide to Forensic Behavioral Sciences.* Journal of Forensic Sciences, 55(1), 282.

Martell, D.A. (2009). Neuroscience and the law: Philosophical differences and practical constraints. Behavioral Sciences and the Law, 27, 123-136.

Bressler, S., & Martell, D.A. (2009). Forensic neuropsychological assessments of head injury. In A. Jamieson and A. Moenssens (Eds.), Encyclopedia of Forensic Sciences, Chichester, UK: John C. Wiley & Sons.

Martell, D.A. (2008). Book review: Forensic Psychology and Neuropsychology for Criminal and Civil Cases. Journal of Forensic Sciences, 53(6), 1487.

Martell, D.A. (2007). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications (2ed.). Springfield, IL: Charles C. Thomas.

Martell, D.A. (2003). Neuropsychiatric assessments in toxic exposure litigation. In R. Rosner (ed.), Principles and practice of forensic psychiatry (2 ed.). London: Arnold Publishing.

Rivard, J.M., Dietz, P., Martell, D., & Widawski, M. (2002). Acute dissociative responses in law enforcement officers involved in critical incidents: Clinical and forensic implications. Journal of Forensic Sciences, 47(5), 1-8.

Martell, D.A. (1996). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications. Springfield, IL: Charles C. Thomas.

Martell, D.A. (1996). Causal relation between brain damage and homicide: The prosecution. Special issue of Seminars in Clinical Neuropsychiatry on neuropsychiatry in the courtroom, 1(3), 184-194.

QQQ-P07

Martell, D.A., Rosner, R., & Harmon, R. (1995). Base rate estimates of criminal behavior by homeless mentally ill persons in New York City. Psychiatric Services (formerly Hospital and Community Psychiatry), 46(6), 596-601.

Martell, D.A., Rosner, R., & Harmon, R. (1994). Homeless mentally disordered defendants: Competency to stand trial and mental status findings. Bulletin of the American Academy of Psychiatry and the Law, 22(2), 289-295.

Martell, D.A. (1993). Forensic neuropsychology and the criminal law. Criminal Practice Law Review, 5(3), 319-347. [Reprinted from Law and Human Behavior, 16(3), 313-336, (1992)].

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. Archives of General Psychiatry, [Special issue on Violence], 49, 472-475.

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. In Lundberg, G.D., Young, R.K., Flanagan, A., & Koop, C.E. (Eds.), Violence. Chicago: American Medical Association, pp. 399-402. [Reprinted from Archives of General Psychiatry, 49, 472-475, (1992).]

Martell, D.A. (1992). Forensic neuropsychology and the criminal law. Law and Human Behavior, [Special issue on Expert Evidence], 16(3), 313-336.

Martell, D.A. (1992). Estimating the prevalence of organic brain dysfunction in maximum-security forensic psychiatric patients. Journal of Forensic Sciences, JFSCA, 37(3), 878-893.

Volavka, J., Martell, D., & Convit, A. (1992). Psychobiology of the violent offender. Journal of Forensic Sciences, JFSCA, 37(1), 237-251.

Richman, B.J., Convit, A.J., & Martell, D.A. (1992). Homelessness and the mentally ill offender. Journal of Forensic Sciences, JFSCA, 37(3), 932-937.

Showalter, C.R., & Martell, D.A. (1991). Personality, stress, and health in American judges. In L. Webb (ed.) (1991). Occupational stress in the judiciary: A comprehensive workshop for judges. Chicago, IL: American Bar Association. [Reprinted from Journal of the American Judicature Society, 69(2), 82-87, (1989).]

Martell, D.A. (1991). Homeless mentally-ill offenders and violent crime: Preliminary research findings. Law and Human Behavior, 15(4), 333-347.

QQQ-P08

Dietz, P.E., Matthews, D.B., Martell, D.A., Stewart, T.M., Hrouda, D.R., & Warren, J.B. (1991). Threatening and otherwise inappropriate communications to members of the United States Congress. Journal of Forensic Sciences, JFSCA, 36(5), 1445-1468.

Dietz, P.E., Matthews, D.B., Van Duyne, C., Martell, D.A., Parry, C.D.H., Stewart, T.M., Warren, J., & Crowder, J.D. (1991). Threatening and otherwise inappropriate communications to Hollywood celebrities. Journal of Forensic Sciences, 36(1), 185-209.

Martell, D.A. (1989). Predicting potentially dangerous approaches toward public figures from the writings of mentally disordered individuals. (Doctoral dissertation, University of Virginia, 1988). Dissertation Abstracts International, 50(9B), 4226. (University Microfilms No. 90-02-867).

Dietz, P.E., & Martell, D.A. (1989). Mentally disordered offenders in pursuit of celebrities and politicians. Final report to the National Institute of Justice. Washington, D.C.: U.S. Department of Justice.

Anchor, K.N., Rogers, J.P., Solomon, G.S., Barth, J.T., Peacock, C., & Martell, D.A. (1985). Fundamentals of disability determination and rehabilitation: A higher ground for the applied neurobehavioral sciences. American Journal of Trial Advocacy, 8(3), 337-375.

Showalter, C.R., & Martell, D.A. (1985). Personality, stress, and health in American judges. Journal of the American Judicature Society, 69(2), 82-87.

Hogan, E.A., & Martell, D.A. (1985). A confirmatory structural equations analysis of the Job Characteristics Model. Organizational Behavior and Human Decision Processes, 39(1), 242-263.

## IN PREPARATION

Kleinman, S.B., Butler, J., & Martell, D.A. (in preparation). Detection of malingered posttraumatic stress disorder.

Reba-Harellson, L., & Martell, D.A. (in preparation). Psychodiagnostic testing for adolescents. Chapter to appear in Rosner, R. (Ed). Clinical Handbook of Adolescent Psychiatry.

## PAPERS AND PRESENTATIONS AT STATE AND NATIONAL MEETINGS

Martell, D.A. (2011, March). Neuropsychological science and forensic competencies: Applications in civil and criminal cases. Invited course taught at the annual conference of the American College of Professional Neuropsychology, Las Vegas, NV.

Martell, D.A. (2010, March). Exploring childhood trauma histories in capital mitigation: Convergent validation through evidence-based analysis. Invited presentation at the annual meeting of the American Society of Adolescent Psychiatry, Los Angeles, CA.

Martell, D.A. (2010, Feb.). Victims of arson: Psychological outcomes and issues in the forensic treatment of trauma. Paper presented as part of a Workshop entitled, "Fires and Explosions: A Multidisciplinary Overview of Investigative Methods, Mental States of Perpetrators, and Psychological Trauma to Victims." American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

Martell, D.A. (2010, Feb.). Assessing symptom validity and level of effort in mild traumatic brain injury testing. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2009, Oct.). Helping victims of firesettings and bombings: Psychological outcomes and issues in treatment. Invited presentation at the annual meeting of the American Academy of Psychiatry and the Law.

Kleinman, S.B., Butler, J.R., & Martell, D.A. (2008, Oct.). Risks of forensic use of trauma-specific tests. Paper presented at the annual meeting of the American Academy of Psychiatry And the Law, Seattle, WA.

Martell, D.A. & Kenan, J. (2008, Feb.). Forensic neuropsychiatric assessments of toxic mold exposure. Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C.

Martell, D.A. (2007, Feb). Mild traumatic brain injury: State-of-the-art practice guidelines for testimony in criminal and civil litigation. Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, TX.

Martell, D.A. (2006, Feb.). Mental retardation and the death penalty: Issues in the assessment of adaptive functioning. Presentation at the 2006 Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2004, Oct.). Forensic evaluation of neuropsychological malingering. Invited address at the XIII National Congress of Legal Psychiatry, Malaga, Spain.

Martell, D.A. (2004, Feb.). Mental retardation and the death penalty: Responding to the U.S. Supreme Court's landmark decision in *Atkins v. Virginia*. Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX.

Martell, D.A., & Adelman, R.E. (2003, October). Forensic behavioral analysis: Applications in criminal and civil litigation. Invited presentation at the joint American Bar Association / American Psychological Association Conference on Psychological Expert Testimony in Civil and Criminal Litigation, Chicago, IL.

Adelman, R.E., Amador, X.F., Coburn, B., Laurence, M., Martell, D.A., Matthews, D., Poe, G. (2003, August). Mental Health and criminal law: The intersection of politics, science and culture. Invited presentation at the 2003 Annual Meeting of the American Bar Association, San Francisco, CA.

Martell, D.A. (2000, April). Understanding psychological and psychiatric evidence in criminal litigation. Statewide meeting of the Missouri District Attorneys Association, Columbia, MO.

Martell, D.A. (1999, October). The psychologist as expert witness in capital litigation: Objectivity vs. advocacy. Invited presentation at the joint American Psychological Association/American Bar Association conference on Psychological Expertise and Criminal Justice, Washington, D.C.

Martell, D.A. (1999, July). Recent advances in forensic neuroscience: Implications for capital cases. Invited address for the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1999, June). Mitigating evidence in capital cases: Recent advances in forensic neuroscience. Invited presentation for the Navy Justice School, Newport, R.I.

Martell, D.A. (1999, April). Psychopathology and workplace violence. Presentation at Workplace Violence 7: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Bressler, S. (1999, Feb.). The use of neuropsychological testing in forensic evaluations. Paper presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (1999, Feb.). Standards and methods of psychiatric and psychological exams: Competency evaluation, guilt phase, sanity. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1999, Feb.). Confronting novel psychological defenses. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1998, Oct.). Psychological testing of hypersensitivity in sexual harassment claims. Annual meeting of the American Academy of Psychiatry and the Law, New Orleans, LA.

Martell, D.A. (1988, Oct.). Forensic assessment of competency to stand trial: Clinical and legal contours. Invited presentation for a workshop on Competency to Stand Trial, Midwest Regional Forensic Services, Minneapolis, Minnesota.

Martell, D.A. (1988, Aug.). Evaluating mental status evidence in criminal litigation. Invited address for the Monterey County District Attorney's Office, Monterey, CA.

Martell, D.A. (1998, June). Psychological testing in criminal litigation. Invited lecture for the United States Attorney's Office, Philadelphia, PA.

Martell, D.A. (1998, April). Death penalty mitigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1998, March). Mental defenses in homicide litigation. Invited keynote address for the New York County Distract Attorney's Office, New York, NY.

Martell, D.A. (1998, February). Mental disorder and violent criminal behavior in the community: Prediction and practice. Presentation at the 50th Anniversary meeting of the American Academy of Forensic Sciences, San Francisco, CA.

Martell, D.A. (1997, December). Organic brain disorders in maximum security forensic psychiatric patients. Invited presentation at the 10th Annual New York State Office of Mental Health Psychiatric Research Conference, Albany, NY.

Martell, D.A. (1997, September). Mental defenses: Technical analysis. Invited presentation for the Los Angeles District Attorney's Office, Complex Litigation and Strategies Conference, Los Angeles, CA.

Martell, D.A. (1997, August). Comparing prediction and practice in clinical risk assessment for violence. Invited presentation as part of a symposium entitled, "Violence: Prediction and practice: Sharing contexts - Criminal justice, civil commitment, and industrial psychology." Annual meeting of the American Psychological Association, Chicago, Ill.

Martell, D.A. (1997, June). Malingered mental disorders and crimes of violence. Invited presentation for the California District Attorneys Association Summer Conference, San Diego, CA.

Martell, D.A. (1997, May). Mental health evidence in capital litigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

QQQ-P12

Martell, D.A. (1997, March). Psychological testing in criminal cases. Invited address to California District Attorney's Association Mental Defenses Seminar, Manhattan Beach, CA.

Martell, D.A. (1996, Dec.). Mental issues in complex litigation. National College of District Attorneys, Conference on Complex Litigation, San Diego, CA.

Martell, D.A. (1996, Nov.) Mental health issues raised in the mitigation phase of capital cases. Invited presentation, State of Connecticut Attorney General's Office.

Martell, D.A. (1996, Sept.). Psychiatric defenses: Insanity, diminished capacity, and inability to form intent. Invited lecture for the U.S. Department of Justice, U.S. Attorney's Office of Legal Education, Los Angeles, CA.

Martell, D.A. (1996, Sept.). Psychological and psychiatric evidence in capital cases. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1996, Aug.). Mental health issues in capital litigation. Invited lecture presented at the 17th Annual Conference of the Association of Government Attorneys in Capital Litigation, Orlando, FL.

Martell, D.A. (1996, March). Investigations involving mentally disordered offenders: Techniques and tips for detectives. Invited address presented at the annual California Homicide Investigator's Association conference, Los Angeles, CA.

Martell, D.A. (1996, March). Mental retardation issues under the 1995 New York State capital litigation statutes. Invited lecture presented for the New York Prosecutor's Training Institute, Albany, NY.

Martell, D.A. (1995, Oct.). Challenging the ecological validity of neuroscientific evidence in a landmark homicide case. Invited lecture presented as part of an interdisciplinary panel entitled Neuropsychiatry in the Courtroom, at the annual meeting of the American Neuropsychiatric Association and the Behavioral Neurology Society, Pittsburgh, PA.

Martell, D.A. (1995, Oct.). Behavioral science issues and the insanity defense in capital litigation. Invited address presented at the first conference on capital litigation for the New York State Prosecutors Training Institute, New York, NY.

Martell, D.A. (1995, Sept.). Psychological and neuropsychological issues in capital cases. Invited address presented at a conference on capital litigation for the Los Angeles Public Defender's Office, Los Angeles, CA.

QQQ-P13

Daniel A. Martell, Ph.D., A.B.P.P.

Martell, D.A. (1995, Sept.). Behavioral science evidence in capital litigation. Invited address presented at as part of seminar for attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1995, Aug.). Examining mental status experts in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Las Vegas, NV.

Martell, D.A. (1995, May). Confronting mental and neurobehavioral issues in mitigation during capital sentencing proceedings. Invited address presented at the seminar entitled Capital Litigation in Federal Courts, U.S. Dept. of Justice, U.S. Attorney's Office of Legal Education, Dallas, Texas.

Martell, D.A. (1995, April). Domestic violence and the workplace. Paper presented at Workplace Violence III: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Soden, L. (1995, Feb.). Risk assessment for dangerousness: How theory and practice diverge in clinical decision-making. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Mack, G.I., & Martell, D.A. (1995, Feb.). Psychopathy in a racially diverse forensic population. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Davar, D.A., Tryon, W., & Martell, D.A. (1995, Feb.). Towards an environmental model of the prediction of inpatient violence in a forensic psychiatric facility. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. & Soden, L. (1994, Aug.). Practicing what we preach?: Risk assessment for dangerousness "in the trenches." Paper presented as part of a symposium on Psychology in the Criminal Justice System at the American Psychological Association annual meeting, Los Angeles, CA.

Martell, D.A. (1994, July). Mental status issues in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, San Francisco, CA.

Martell, D.A. (1994, March). Mentally disordered defendants who cannot be restored to competency: A study of cases converted to civil status pursuant to Jackson v. Indiana. Paper presented at the bi-annual meeting of the American Psychology-Law Society, Santa Fe, New Mexico.

QQQ-P14

Martell, D.A. (1994, Feb.). Forensic neuroscience in the criminal courtroom: Techniques and strategies. Panel presentation for the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Davar, D., & Martell, D.A. (1994, Feb.). Forensic neuropsychology: Challenges and dilemmas in the assessment of difficult patients. Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Martell, D.A. (1993, Dec.) The intrusion of domestic violence into the workplace. Paper presented as part of an intensive course for Fortune 500 companies entitled, Workplace violence: Myths, facts, and corporate prevention, Threat Assessment Group, Inc, Newport Beach, CA.

Martell, D.A. (1993, Oct.). Forensic psychological assessment and the dissociative disorders. Paper presented as part of a panel on Dissociation and the Mens Rea Defense at the annual meeting of the American Academy of Psychiatry and the Law, San Antonio, Texas.

Martell, D.A. (1993, Sept.). Homelessness, mental illness, and violent crime. Graduate Lecture Series, John Jay College of Criminal Justice, New York, NY.

Martell, D.A. (1993, Aug.). Forensic neuropsychological evidence in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1993, May). Violent crime and the homeless mentally ill: Myths and realities. Paper presented as part of the workshop, "Homelessness and Mental Illness: Debunking the Myths," presented at the annual meeting of the American Psychiatric Association, San Francisco, CA.

Martell, D.A. (1993, Feb.). Over the edge: Mentally disordered offenders who push victims onto New York City subway tracks. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Boston, MA.

Martell, D.A. (1992, December). Mental illness and violence in the community. Paper presented at the Fifth Annual Research Conference, NYS Office of Mental Health, Albany, New York.

Martell, D.A. (1992, October). Mental illness and violence in the community. Paper presented as part of the Colloquium Series, Department of Psychology, NYU/Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1992, March). Violent crime and the homeless mentally ill: Base rate estimates, victimization patterns, and mental status findings. Paper presented at the bi-annual meeting of the American Psychology-Law Society, San Diego, CA.

QQQ-P15

Martell, D.A., Rosner, R., & Harmon, R.  (1992, Feb.).  Six-month prevalence of homelessness among mentally disordered offenders referred by the court for competency evaluations.  Paper presented at the American Academy of Forensic Sciences Annual Meeting in New Orleans, LA.

Martell, D.A.  (1991, Dec.).  The homeless mentally ill and violent crime: Prevalence estimates for New York City.  Paper presented at the 4th Annual Research Conference, NYS Office of Mental Health, Albany, NY.

Martell, D.A. & Convit, A.  (1991, May).  Violence and brain dysfunction: Prevalence estimates and approaches to evaluation and treatment.  Paper presented at the Fifth Annual Forensic Conference: Consequences of Child-hood Victimization in Adult Forensic Patients.  NYS Office of Mental Health, Bureau of Forensic Services, and New York University, New York, NY.

Martell, D.A.  (1991, Feb.).  Estimating the prevalence of brain damage among maximum-security forensic patients.  Paper presented at the 43rd annual meeting of the American Academy of Forensic Sciences, Los Angeles, CA.

Martell, D.A. & Convit, A.J.  (1991, Feb.).  Neurobehavioral studies of violence and criminal behavior: Data from Kirby Forensic Psychiatric Center and Manhattan Psychiatric Center.  Grand Rounds, Kirby Forensic Psychiatric Center, New York, N.Y.

Martell, D.A.  (1990, Feb.).  Homelessness, mental illness and violent crimes: Preliminary research findings.  Paper presented at the 42nd annual meeting of the American Academy of Forensic Sciences in Cincinnati, Ohio.

Dietz, P.E., & Martell, D.A.  (1989, Oct.).  Mentally disordered offenders in pursuit of public figures: Executive summary.  Presentation to the executive staff of the National Institute of Justice, Washington, D.C.

Martell, D.A.  (1988, Mar.).  Applications for clinical neuropsychology in forensic settings.  Paper presented at the American Psychology-Law Association Mid-Winter Conference in Miami Beach, Fla.

Martell, D.A.  (1988, Dec.).  Predicting dangerousness from threats toward public figures: Clinical applications.  Colloquium Series, Department of Psychology, Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A.  (1987, Nov.).  Neuropsychological contributions in evaluations of competency to stand trial.  Grand Rounds, Forensic Psychiatry Clinic, Criminal and Supreme Courts of New York (First Judicial Department), Department of Mental Health, Mental Retardation, and Alcoholism Services of the City of New York, N.Y..

QQQ-P16

QQQ-P17

Dietz, P.E., & Martell, D.A. (1986, Jan.). Research on mental disorder and threats to public figures. Presentation to the Intelligence Division of the United States Secret Service, Washington, D.C.

Martell, D.A., & Dietz, P.E. (1985, Nov.). Mental disorder and threats toward public figures: Preliminary research results. Paper presented to the American Society of Criminology, San Diego, CA.

Showalter, C.R., & Martell, D.A. (1985, Oct.). Profiling the judicial personality: A comparative study. Paper presented at the American Academy of Psychiatry and the Law, Albuquerque, NM.

Martell, D.A., & Showalter, C.R. (1985, Aug.). Personality, stress and coping in American judges: A longitudinal study. Paper presented at the annual convention of the American Psychological Association, Toronto.

Martell, D.A., & Wilcox, B.L. (1984, April). Exploratory and confirmatory structural models for Ward Atmosphere Scale data. Paper presented at the American Psychological Association Convention, Toronto, Canada.

Martell, D.A. (1984, April). Macro-level environmental determinants of violent behavior among juvenile street gangs. Paper presented at the 55th meeting of the Eastern Psychological Association, Baltimore, MD.

Martell, D.A., & Hogan, E.I. (1984, Mar.). Exploratory structural models for job diagnostic survey data. Paper presented at the 30th meeting of the Southeastern Psychological Association, New Orleans, LA.

Martell, D.A., & Wilcox, B.L. (1983, April). Empirical dimensions of the Ward Atmosphere Scale: The search for underlying characteristics of psychiatric treatment environments. Paper presented at the 54th meeting of the Eastern Psychological Association, Philadelphia, PA.