AJ: I thought that this was supposed to be just tape recorded?

DM: Uh... I don't have a tape recorder. I brought video; that was my understanding. That's the arrangement that was made. How you doin' today?

AJ: I'm okay.

DM: Remember me?

AJ: Yeah.

DM: I'm Dr. Martel. I'm a psychologist, and I just have to remind you. I've been retained by the U.S. Attorney's Office to evaluate you about your case. I know you know this because you've seen me a couple times before in the past.

AJ: Mhmm.

DM: Um, do you know why we're here today?

AJ: Yeah.

DM: Why?

AJ: Cause I'm going to tell you about the crime.

DM: Correct. That's all I'm here to talk about. I'm not going to do any testing, nothing else. I just want to learn about what happened, what you remember, what you did, um, so I can evaluate your mental state at that time.

AJ: Okay.

DM: Okay. Uh, nothing that you tell me is confidential. I'm videotaping the exam; your attorneys will get a copy, the government will get a copy. Uh, I might be asked to come and testify at your trial. Okay? So...

AJ: Well, I've already had a trial.

DM: Well, at the hearing that's going on.

GOVERNMENT
EXHIBIT
SSS
09-CV-3064 MWB

-1-

SSS-P01

AJ: Okay.

DM: Um, I'm not here to treat you for any problems that you might be having. Uh, just here to do this evaluation for the-for the court. Any questions about that stuff?

AJ: (RESPONDS IN THE NEGATIVE)

DM: How have you been doing?

AJ: I'm okay. I've been sick, I've had a really bad sore throat.

DM: Yeah? How long have you had that?

AJ: Um, since I got back here. Every time I come to this jail I get sick.

DM: Really?

AJ: I've been sick three times in eleven years! All three times here.

DM: Oh, that's too bad. And that-that's the only time you've been sick?

AJ: Yeah.

DM: Oh my goodness. (COUGHS) Oh, well I'm sorry to hear that. I'm getting over a cold myself but I don't think I'm contagious anymore.

AJ: Maybe, I don't know.

DM: Yeah. Um, how did your hearing go last week?

AJ: Good, but I think we're just supposed to talk about the—uh, thing…

DM: Okay, I guess what I'm trying to do is just see how you've been doing. Uh, how's your sleep?

AJ: I haven't been sleeping very good cause my throat's so sore.

DM: Mhmm.

AJ: And it's not like you can treat yourself in here.

DM: Right, right. Um, prior to that had you been sleeping okay, prior to the sore throat?

-2-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 2 of 47

SSS-P02

AJ: Yeah. Mhmm.

DM: How's your appetite?

AJ: It's okay.

DM: It's been okay? Have you gained or lost weight since they brought you down here?

AJ: I don't know that.

DM: You don't know? Okay. Alright, well then I guess we'll just jump in. You seem a little sad to me. Are you anxious today?

AJ: No, I'm just... My throat's sore, you know. This is not something I've been looking forward to doing...

DM: Right, right—you'd rather not be here. I-I understand that. Um, maybe this is a good time to talk about it. You know, Dr. Woods saw you and discussed this stuff with you. Uh, he expressed in his report that you had some concerns about me—that we didn't have a rapport and that you didn't trust me and feel that you could be open with me. Is that accurate?

AJ: Well you are trying-you are part of the team that's trying to kill me. (LAUGHS)

DM: I am working for the government.

AJ: Yes.

DM: Um, I have no investment in the outcome of your case. Uh, I'm just trying to do a mental evaluation so the people that decide these things have all the information they need to make the right decision about you.

AJ: Okay.

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 3 of 47

SSS-P03

DM: Okay? I-I understand your perspective. I just want to try and help you understand mine; that I'm really not here with an evil agenda. I'm just trying to do my best to evaluate your mental state.

AJ: Okay.

DM: Okay. Um, alright well here's what I'd like to do, I'd like you to-well we'll take the-the two events separately.

AJ: Mhmm.

DM: And I'd like you to start by just-maybe give me some background about the things that led up to that day? And then start in the morning and just give me a st-the story. Give me the whole narrative; everything that happened from the time you ate breakfast until you went to bed.

AJ: Okay.

DM: So why don't we start with the Nicholson, you know?

AJ: How about we start with the gun?

DM: Okay.

AJ: Me buying the gun.

DM: Okay sure.

AJ: Cause um, uh—(SIGHS). When I found out I was pregnant I was very, very upset about it cause I knew it was just-it was just not going to be a good thing with Terry-where Terry DeGeus was concerned.

DM: Because Dustin was the dad?

AJ: No, just because he wasn't the dad.

DM: Okay.

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 4 of 47

SSS-P04

AJ: You know, he… (SIGHS) I mean, even though we weren't… pursuing a relationship he just, um, was-wasn't, uh, wasn't, um, gonna be happy about it. And, um, and I hate to say I wanted to have an abortion because I'm so happy now that I have Marvea that… when I say that I wanted to have one, it's true but now that I have her I would never… And the whole time I was pregnant with her I just, I was afraid I wasn't gonna love her, I was… It was a very stressful time for me.

DM: Mhmm.

AJ: And, um, thank God when I did have her I-I loved her. (LAUGHS) I mean I looked at her and said, "Oh my God, thank God I love you!" (LAUGHS)

DM: Why did you think you wouldn't?

AJ: Because I thought, um, I thought I gave all my love to Alyssa. I didn't save any back for another child. I never thought I would have another child besides her.

DM: Mhmm.

AJ: And, um, Dustin was her dad and… But when-I did have her, I did love her, I loved her instantly and it-it was a relief. But, I'm getting beside myself here… Um, Dustin and I talked about Dust-er, Dustin and I talked about Terry and um, he said, well we're probably going to have to get you a gun so you have some protection when I'm not around. And I agreed. So, I went and got a gun permit.

DM: Are we talking about protection from Terry?

AJ: Yeah.

DM: Okay.

AJ: I went and got a gun permit and um, shortly after that Dustin and I drove down to, um, Waterloo. And I don't know why we went to Waterloo; I don't know if he had

-5-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 5 of 47

SSS-P05

previously been to this place or not but... It was a pawn shop and we went in there and we were looking around and from what I can remember, um, it wasn't like a-a normal pawn shop. It was- they had just a lot of guns and stuff and um, it wasn't like a pawn shop where you go and pawn like a kitchen-something from your kitchen, or-or your garden or something like that. It was just—anyway... I, um, we went to a glass case and, um, there was a display of a whole bunch of different guns and I saw a gun that was just real small and it just looked like a real simple, small little gun and that's the one I wanted. And Dustin was like, No, no, no, no, no, we need to get something like this. And it was that big Tec-9 and I was like ugh. I-I-I wouldn't be able to use a gun like that. If I had a gun like that, Terry would take a gun like that away from me. Cause it was a-huge and it used two hands to hang onto it and I w-just was uncomfortable buying a gun like that.

DM: Had you ever shot a gun before?

AJ: Um... No, I don't think I ever have. I can't even remember ever shooting one. Anyway, um—yes I have. I have, um, sometime, not too long before-right before I got arrested, my friend and I went skeet shooting. But it had nothing to do with that, it was a big gun but, um... Dustin and I argued about buying that gun because it was just impractical; it wasn't anything I was interested in owning or buying. Not to mention it was more expensive. And, um, we argued and Dustin, um, was upset because we were arguing and people were looking at us. And, so finally I just gave in, said, Fine, fine, just buy it. And I-and I bought it, and I signed my name to it, took it out and...I was very upset. I said I'm not gonna be able to shoot a gun like this, I'm not gonna be comfortable with that. And he said, well we'll-I'll make sure you're comfortable with it,

-6-

SSS-P06

I'll take you out and show you how to use it and stuff like that... Well we never did. I didn't see the gun after we-I took the gun home. I didn't see the gun again until, um, Greg Nicholson's. Cause I didn't want it in my house. It was-it was just a very scary looking gun.

DM: So you gave it to him?

AJ: He took it. And, um...

DM: Let me ask you this, did-why did you put it in your name? Why didn't he just put it in his name?

AJ: Because I was buying it for my protection.

DM: Okay.

AJ: That's what I thought I was buying it for.

DM: But then you didn't keep it for that.

AJ: Yeah... That was-it was unrealistic for me to have a gun like that.

DM: Okay.

AJ: It's just-and, um, I hate thinking I'm so easily, um, persuaded and convinced into doing things that I don't want to do but unfortunately I am. Um, the day of Greg Nicholson and Lori Duncan and her girls... Earlier in the day, Dustin and Tim were at th-at my house and they had left with the video camera cause they were gonna go meet Greg and make a video tape exonerating Dustin for drugs. And they left (CLEARS THROAT) later in the morning and then they came back in the afternoon and, um, they said that they-Dustin told me that he couldn't find Greg or Greg didn't come or, I don't-I'm not-I can't really remember everything. Well, the video didn't get made. So Tim left, it was later in the-later in the evening and Dustin said, Well I gotta get this video made; um, I

-7-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 7 of 47

SSS-P07

want you to come with me. And he had this big plan now. All I had to do was get him in the house cause he-I don't know if he'd had an agreement with, um, Greg previous to make the videotape, but-and then Greg backed out and di-wouldn't do it. And (CLEARS THROAT) he said, All you have to do is get me in the house and I'll take it from there. And we can-and he can get this videotape made. And, and I argued with him about it because I couldn't understand why, um, he can't make this videotape, you know, and I go in there with a gun, how is that gonna-you know, w-what's gonna happen? And he said he would, if he got me in there with-got him in the house, he would get the videotape made and, um, he would get Greg to, uh, agree that, um, if he could get Greg to agree on videotape that he wasn't the one that gave him the drugs, or exonerating him in some way, it would just be his word against his and that's all he needed for reasonable doubt. Course I believed that. And so I-I did, I-I, um, took the gun in a makeup bag, and went to the house and Lori Duncan answered the door and I asked to use the phone. And in hindsight I just hate it because I should have just left right then, and I don't know why I didn't. And I got in the house and Lori Gre-Lori and Greg were there and Greg was sitting on the couch and I pulled the gun out and said, um, uh, Dustin Honken wants you to stay here until he can come and talk to you. And Lori was kinda freaking out, she was like, Oh my God! And I was like, It's okay, nothing's gonna happen, I just need Greg to stay here so that he can talk with, uh, with Dustin Honken. And so they sat down on the couch and shortly thereafter, um, Kandi and Amber came runnin in the house and (SIGHS) I couldn't believe it. (CLEARS THROAT) They came in the house and saw me and I told them to go sit by their mom and they did and they were scared cause I had the gun and I reassured them that it was

-8-

Case 3:09-cv-03064-MWB-LTS   Document 304-12   Filed 08/10/11   Page 8 of 47

SSS-P08

okay, I wasn't gonna hurt them, that, you know, we were just waiting for someone to come talk to Greg and everything's gonna be okay. And Dustin came in and told Greg he wanted him to make the videotape, and Greg agreed. So, Greg moved to another area of the living room and proceeded to make the tape. And I stayed in with, um, Lori and the kids and I kinda reassured Lori that her kids were gonna be okay, that nothing was gonna happen to them, that we just wanted to make the videotape and leave and that, um, you know I-and I had no idea that, uh, her and her kids would be there. So I-I reassured her and she seemed to be okay and after Dustin made the tape-after Dustin got the tape made, um, he um, put tape around, um, Greg's, uh, feet and ar-hands and Lori's feet and hands. And he took me into the kitchen and, the girls were sleeping, they fell asleep because it was late, and took me in the kitchen and said that he was gonna take Greg and he had to kill him because the videotape wasn't gonna be enough. We argued because that's not what he said, he said all I had to do was get in the house and that was it... Now he wants to kill Greg and Lori and the kids. I was crying, I was upset, said I w-I couldn't do that. And he told me there was no choice, he had to, that-that there was no other way and that I was-I got him in there so I had just as much to lose as he did. And I was crying about the kids; I said, Not the kids, I-I can't do it with the kids. And he promised to, um, he said, Okay, I'll think of something. Well can-and I said, Well can we drop them off somewhere? They're sleeping, they're never going to remember either one of us. And he... One of them was the same age as Alyssa and, he finally agreed that we would drop them off somewhere. So he put Lori and Greg-Lori and Greg into the back of Greg's truck and the girls in the front seat. And, Lori was so scared, I could tell in her eyes she was so scared for her kids and I kept reassuring her. I said,

-9-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 9 of 47

SSS-P09

Don't worry, nothing's gonna happen to your girls, I promise. And Dustin put the girls in the front seat of the car-or truck and I said I would drive because I didn't want (unintelligible) if they woke up to see Dustin and be scared. So Dustin took away the gun so I drove out to-to the field and, um, Dustin got out of the back of the truck and took Greg and Lori way down into the field and then came back. I didn't hear any shots because he had a silencer on the gun. And-and he came back for the girls and he said he wasn't gonna drop them off somewhere, that he had no choice, he was going to kill them. I cried, I was upset, I argued with him. At this point he's lost patience with me and told me that either I was with him or I was against him. And if h-and if he didn't kill these kids… He said he had to kill them cause they were collateral damage. He said if he-if I couldn't get on board with him that he would kill me and he wouldn't think twice about it. Not only would he kill me, he would go to my house and take Alyssa. So, we argued for some time and then, after he said that, I just didn't know what to do. It was so terrible. So I turned and just walked away, I walked down to the end of the field and I stayed down there until Dustin came and got me and said it was over. It was just so horrible. He buried them and I sat in Greg's truck and I cried. When we got home, to my house, Christi was there, Christi Gaubatz. And of course, she could see I was upset cause I'd been crying and Dustin went and took a shower and I told Christi what happened. I was so ashamed. I was scared. I swore her to secrecy, she said she would never tell. Then Dustin left and Christi stayed most of the day with me. And then I didn't see the gun again until Dustin killed Terry.

DM: And what happened that day?

Case 3:09-cv-03064-MWB-LTS Document 304-12 Filed 08/10/11 Page 10 of 47

SSS-P10

AJ:  Dustin had me call Terry's mom's. I talked to Terry, and tell Terry to meet him at the country club. And this is something that I did often. I would-there was a no-contact order between Terry and Dustin and Tim Cutkomp and Dustin so I would call one of them if Dustin wanted to talk to them and say, you know, meet Dustin at wherever, and he would meet them. It would always be at night. And... So I did. I called Terry, told him Dustin wanted to talk to him about Aaron Ryerson because there had been a grand jury not too long before that and Aaron Ryerson was there. And Dustin wanted to know where Aaron Ryerson was. I told him, I knew Aaron Ryerson from years before and I knew he was a I.V. drug user and he had been hanging with, um, Terry, and Terry was out of his mind on meth. And I suspected that he was shooting it also. And he said well I gotta talk to Terry about this um, Aaron Ryerson. Cause of course, he was concerned about him being at grand jury. I told Terry that and um, I went to work. Uh, I didn't tell Terry that, I told his mom that. I said, you need to tell Terry that-to call me, I need him to meet me at the country club. And so Terry ended up calling me back and I told him that Dustin wanted to talk to him about Aaron Ryerson and he said, okay, he would be there at midnight. And I worked a double shift that day and when I got off work I think it was a little bit after midnight. I walked to my car and Terry was in-in a car next to my car but in a car I had never seen before, I didn't know that was his car. So I was kinda shocked to see him there, I didn't think he had showed up and we had talked for a little bit and I had told him about Dustin wanted to know about Aaron Ryerson and what he was doing at grand jury and what he knew about Terry-er, Dustin and, um, I told him I was pregnant cause he could obviously see I was seven months pregnant. We were just discussing that when Terry-er, Dustin pulled up and said, I-I've got a place for us to talk,

-11-

Case 3:09-cv-03064-MWB-LTS     Document 304-12     Filed 08/10/11     Page 11 of 47

SSS-P11

you know, just follow me in your car, um, and he told me to jump in with Terry, make sure Terry followed him. And I was like, No, I have to go home, I'm tired, don't feel well. I didn't wanna get in the car with Terry. Although Terry was being-I mean he wasn't being irrational, he wasn't being mean or abusive in any way. And, um, Dustin said, Just get in the car, it's not gonna be very long and then you can ride back with me. I said fine, I got in the car, sat with Terry, followed Dustin away from the country club out on a blacktop road. And, um, he turned off on this gravel road and turned into a abandoned farm house. And I told Terry, I don't like the feeling of this, I don't like the feeling of it; you should just keep going. And so he did, he kept going, he went down to the end of the gravel road and I think it was like a dead end or something and so we turned around and he was driving back slowly I said, I don't like the feeling of this, I have a bad feeling, Terry. He said, so do I. Said, well then don't stop. He said not to worry about it, it would be okay. At that point I knew; I knew Dustin was gonna kill him because-just cause of the location was bad. Terry pulled in and Dustin was standing by his car waiting for him and they were talking and I got out of the car and I was standing there and they were talking about Aaron Ryerson and grand jury. Everything was so calm I thought well maybe, maybe I was just jumping to conclusions, that he was not gonna hurt him. It was cold and I said, well I'm gonna get up-get in Dustin's car cause I was cold. And they were talking and it didn't concern me. So I got in Dustin's car and I was waiting and, um, I didn't hear any yelling or shouting or anything like that. But then I heard several gun shots and I was just, Oh my God! I couldn't believe it. Dustin come out of the-got out of the car and-or no, came around my side of the car and opened the door and I was like, What did you do? My God! And he said he did it for

-12-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 12 of 47

SSS-P12

me because, because I was pregnant and I said no you didn't. I said, You did not do that for me. I was crying and I was hysterical and he said there was just no other choice, that he had to do it cause Terry was gonna, um, snitch him out. And he couldn't have any witnesses against him. And I said, Well, how can you use me to do something like that to him cause I loved him. I know we had a terrible relationship but I still cared about him, I never wanted him to be hurt. He told me he didn't understand why I was so upset about it cause this is the guy who beat me and abused me and threatened me and hurt me... I said, I know. I was so scared. He tried justifying himself to me and-

DM: He did what?

AJ: He tried justifying it to me, saying that he had no choice and I had no choice and if I-if I didn't keep my mouth shut about it that I-I'd be going to prison for it because I was the last person to talk to him on the phone. And his parents knew I was coming-his mom knew he was coming to meet me. I was so upset, I was crying. He said that if I didn't get on board that he could dig a hole big enough for the both of us and if I loved him so much I could die with him. So I didn't argue anymore; I just got back in the car and I just sat there and cried. And I cried until I fell asleep. And then we went back to my house and I don't know-I can't remember where he went or what he did but I stayed home and I just cried. I didn't know what to do and Ashley's mom called-or, Ashley's-Dustin's mom called, Ashley called wanting to know where he was. I had to lie and say I didn't know. I think about it every day. I have so much shame. I was so weak that I-I'm just so disgusted with myself. I'm so sorry. It seems like I've lived my whole life in fear. Seems like there's always someone trying to kill me. I think about Lori Duncan and her girls and I think about how scared Lori was, when I looked in her eyes it was

-13-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 13 of 47

SSS-P13

like… And just how she felt. And I couldn't do anything to help her, or to save the little girls. It's just so horrible. I used to dream Dustin would… I would dream that Dustin was killing Alyssa all the time. It was terrible. I had to get away from him, but I didn't know how. And when-when I got the job at the country club in Des Moines, I moved down there so fast. Put my house up for sale and I got out of there. I had to reassure Dustin, it seemed like I had to reassure him all the time that I understood what he did and why he had to do it and so he would never-never feel like he had to worry about me cooperating, telling on him. He told me if he ever suspected that I was, that he would take Alyssa from me. Um, I just can't believe I ever had someone like him in my life. I asked him, how can you-I said, don't you ever think about those little girls? I said, because I think about it all the time. And he said, no. He said, no, he never thought about it. In my relationship with Terry, he would hurt me, he hurt me a lot, but never would he ever threaten or hurt Alyssa. I mean, I understand now the relationship I was in with Terry did hurt her, but… (Unintelligible) wasn't a physical thing, I never ever thought he would take Alyssa from me. And I went right from Terry to Dustin and Terry was nothing compared to Dustin. When Dustin got arrested, they wouldn't let him out on bail, I was so happy. Oh my God, I was so happy. But I continued to, um, reassure him he didn't have anything to worry about; cause I wasn't going to tell, I wasn't gonna ever ever say anything. And then the feds came round threatening me, telling me that Dustin was trying to have me killed, trying to have me-trying to get this done and telling me that if I didn't cooperate I better hope that whoever was going to shoot me wasn't a very good shot. And I just-I just didn't ever feel like there was

-14-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 14 of 47

SSS-P14

anybody I could turn to to tell. I was just so concerned about my girls. I just-I've been walking through my life scared, and I'm ashamed of that. Pathetic.

DM: Well let me ask you some questions. Um, did you ever shoot the gun?

AJ: No.

DM: Did you ever have the gun after you bought it?

AJ: (RESPONDS IN THE NEGATIVE) Dustin took it and I never saw it again until Christi called me and told me it was at her house.

DM: How did it get to her house?

AJ: Obviously Dustin took it there. He had stuff going at her house, meth lab stuff, hidden in her closet. And he put-must have put it in there and I called her tol-and she called me and told me the gun was there. And I said, Oh my God. I'll call t-I'll call Dustin and get it out of there. I called Dustin and he went and got it right away.

DM: You didn't go get it?

AJ: I didn't go get it, Dustin did. Him-him and Tim went and destroyed it.

DM: Oh. So you bought it and never touched it, never shot it, never saw it after that...

AJ: (RESOPNDS IN THE NEGATIVE) No.

DM: Um, there's a-there's a couple things, um, that I'd like to clarify. So I-so I understand what happened.

AJ: K.

DM: (CLEARS THROAT) When you went to Nicholson's house, um, how did you know where he was?

AJ: I don't know, Dustin knew.

DM: Dustin knew? Um...

-15-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 15 of 47

SSS-P15

AJ: I thought he lived there, I didn't know he was there with anybody else. I didn't kno-I didn't-obviously I know now that he was staying with Lori, but didn't know then.

DM: Mhmm. Why-why did you go up separate from Dustin to the door?

AJ: Cause that was what I agreed to do. I agreed I would get him in the house. All I had to do was get him in the house and he would take it from there. He was just gonna make the videotape and then we were gonna leave.

DM: Um, when did you put the gun in your makeup bag?

AJ: I didn't put it in there, Dustin put it in there. And it was already in the car; it was in Christi's car.

DM: Okay. Oh. And, um, you know Christi-I-I read some statements from Christi that said you guys were going out for a lot of nights looking for Nicholson before this happened.

AJ: Well, Dustin didn't know where Nicholson was. And he had been w-talking about having to make this videotape. And, um, he thought he was in Northwood, or Osage or something like that. And so we made a couple trips down there to see if, um, Dustin could recognize his car or his motorcycle somewhere.

DM: Mhmm.

AJ: At his parent's house I think. And, um, finally when he did locate him; he l-located him at that house in Mason City. But I wasn't with him at the time when he found it, I believe that was with-he was with Tim.

DM: Mhmm. So what did you do with the makeup bag when you went up to the door? Where was it?

AJ: It was on my shoulder, I was carrying it.

DM: Like a purse kind of thing?

-16-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 16 of 47

SSS-P16

AJ: Mhmm.

DM: And, did anybody there know you? Did Nicholson know you?

AJ: (RESPONDS IN THE NEGATIVE) I'd never met him.

DM: So you were a s-stranger to them?

AJ: Yeah.

DM: So what did you say when they opened the door?

AJ: I just asked if I could use their phone.

DM: What did they say?

AJ: Yeah, of course, come on in.

DM: Just let a stranger into their house? And that's all you said, Can I use your phone?

AJ: Yeah, I said I was lost and I needed to use their ph-if I could use their phone.

DM: Uh huh. I don't know, cause it-here no, let me check my notes. Cause it seems like somewhere you had a more elaborate story about what you were doing there. (PAGES FLIPPING) Uh, did you-did you tell, um… Did you tell Ms. Gaubatz that you were pretend-pretended to be a sales person?

AJ: No, I didn't, um, pretend to be anybody I think I just, you know, I-I looked like one.

DM: You looked like one?

AJ: With, you know with the bag and everything. And I just said I was looking for an address and that I was lost and if I could use their phone, look in their phone book or something. And she just let me in.

DM: Cause I-I guess, uh, I'm looking at, uh, Dr. Woods' report and he's got a-got a excerpt from Christi's statement and she said she-you knocked on the door and when Lori

-17-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 17 of 47

SSS-P17

answered it, um, you said you were supposed to be giving a demonstration but couldn't find the address; didn't have the correct address you said?

AJ: Yeah, I said I was looking for an address just the opposite of what hers was or something.

DM: And then-then you asked to use her phonebook?

AJ: Well phone, phonebook maybe...

DM: Do you remember which one it was?

AJ: I thought it was the phone but...

DM: Uh huh. Where was Dustin while you were doing tha-this stuff?

AJ: He was just down the street.

DM: And he stayed back because...? Why?

AJ: Why? I don't-I don't know. Cause he was waiting for me to get inside so he could come in. He didn't want Greg to see him, I guess. I don't know.

DM: Mhmm. Did you ask him why you were going up there alone?

AJ: He just said he wanted me to get him in the house.

DM: Um, when did you take the gun out?

AJ: Pardon?

DM: When did you take the gun out?

AJ: Soon as I got in the house.

DM: So they said, Yeah, come in and then you...?

AJ: I set the bag down on the floor and I pulled it out and said, Nothing's gonna happen, just, I had the safety on the whole time, and I said you need to stay here until Dustin gets here, he's on his way in.

-18-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 18 of 47

SSS-P18

DM: How'd you know how the safety worked?

AJ: Um... because it was a big knob that came out. And I never took the safety off. Dustin showed me where it was, he said, This is how you take the safety off, when you get in there take the safety off right away. But I didn't.

DM: So you did have some training a-about using the gun?

AJ: He just showed me where the safety was.

DM: Was the gun loaded?

AJ: Oh yeah, sure was.

DM: How did you know that?

AJ: Well, I didn't know. But I assumed it was and obviously it was.

DM: Mhmm. Were you there when it got loaded?

AJ: No. I don't-I don't know if he loaded it at my house or somewhere else or not, I don't remember that.

DM: Mhmm. Who turned the safety on?

AJ: Um, I think it was on. And Dustin said, W-when you get in there, pull the safety off when you pull the gun out. But I didn't.

DM: Um, so they're on the sofa watching TV or... What were they doing?

AJ: Um... I don't know that. They were-they were just sitting there.

DM: Lori answered the door --

AJ: Mhmm.

DM: -- and where was Greg?

AJ: Sitting on the couch.

DM: Sitting on the couch. And then did he get up and come to see what was going on?

-19-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 19 of 47

SSS-P19

AJ: (RESPONDS IN THE NEGATIVE) Well I was right there. I mean it was-walked right into the living room.

DM: So you opened the door and you-they could see you right away.

AJ: Right.

DM: Okay. And you pull out the gun and then what happened?

AJ: I said, Dustin Honken's on his way in. You guys just need to stay here so Dustin can talk to you, Greg.

DM: Uh huh.

AJ: And he said, Okay.

DM: Uh huh. Um, what did you tell Lori to do?

AJ: Just to stay on the couch, she just stayed on the couch.

DM: Okay, so she went back and sat down next to him?

AJ: Mhmm.

DM: Okay, and then how long did you have to wait?

AJ: Only a minute or so.

DM: A minute?

AJ: Mhmm.

DM: And when did the kids come in?

AJ: (SIGHS) Right before Dustin came in. They came in from that back door.

DM: So... right away after you walked in the kids came in --

AJ: Yeah.

DM: -- but before Dustin came in?

AJ: Right.

-20-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 20 of 47

SSS-P20

DM: And so what did you do when the kids came in?

AJ: (SIGHS) Um, I told them to go sit by their mom, everything was gonna be okay, just to, you know, not be scared.

DM: They walked in and saw you with the --

AJ: Yeah.

DM: -- gun? And how did they respond?

AJ: They were scared. I mean, they were like, Oh my God! I was like, It's okay. The gun is not real.

DM: They didn't-

AJ: I told them it was-it wasn't real. That it was not-nothing was gonna happen.

DM: They didn't try to run out of the house or anything?

AJ: (RESPONDS IN THE NEGATIVE)

DM: No?

AJ: No.

DM: How old were they?

AJ: Ten and six.

DM: K. And so you had them all sit on the couch together?

AJ: Yeah.

DM: K. And how were they behaving?

AJ: They were just sitting by their mom.

DM: They weren't crying or frightened --

AJ: No.

DM: -- they just sat there?

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 21 of 47

SSS-P21

AJ: Mhmm. Until Dustin came in and then they started crying and-

DM: Why did they cry when he came in?

AJ: Because Dustin came in and slammed the door and like... And I said, No, no, don't-there's kids in here, you know, don't scare them and then he calmed down and I told the kids, It's okay. He's not gonna do anything to you.

DM: Mhmm. And then what happened?

AJ: Then he told Greg he needed to make a videotape and then they made the videotape.

DM: Mhmm, and where did they do that?

AJ: Um, it's in the same part of the living room just, **[END OF VIDEO ONE]** um, off to the side.

DM: Mhmm. Um, where was the video camera?

AJ: I don't remember, I think Dustin had it. I can't imagine...I-Dustin must have had it because there's no way I could have carried all that in there.

DM: Okay. I remember reading somewhere that you had it in a bag? Or a sack?

AJ: Yeah, that's um...I think Christi said that. I had, I carried everything there but-I don't, I-maybe I did but I don't remember doing that. I don't, I don't think I could have had that gun-that makeup bag was big enough for that gun.

DM: So it...

AJ: And there's no way, I mean it wasn't a video camera, the small video camera like that.

DM: Uh huh.

AJ: It was big. It was the kind you had to set up on your shoulder.

DM: Okay. And...so you don't remember if you took that in or...?

AJ: Yeah, I don't think I did. I mean, I can't-I, I really don't think I did.

-22-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 22 of 47

SSS-P22

DM: Okay. Why was it put in the bag? Why not just carry it down the street?

AJ: Well...the gun?

DM: Well first the gun, yeah.

AJ: Well obviously you can't carry a gun down the street, especially a gun like that.

DM: Why?

AJ: Have you ever seen someone walking down the g-the street with a gun like that? A machine gun looking thing?

DM: On TV.

AJ: Well, this isn't TV. This was very much real life. It was-

DM: Uh huh. But what-what was the reason that you had it in a bag?

AJ: I don't understand what you don't understand about having it in a bag. Why wouldn't I have it in a bag? I couldn't just carry it from the car in my hand.

DM: Why not?

AJ: Well, because then everybody would see it.

DM: And then what would happen? If they saw it?

AJ: I don't know, I don't think that- I just don't understand why you're-where you're going with this and I don't feel comfortable even talking about that anymore.

DM: Okay. So, you don't know who had the video camera but it's a big thing that goes on your shoulder?

AJ: Yeah, Dustin must of had it. He must of been carrying it.

DM: Okay. And h-you took that out of a bag too?

AJ: No, I don't know that. I don't... I don't know that. I think he must have just carried it in.

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 23 of 47

SSS-P23

DM: Trying to see where I saw it was in a bag. (PAGES FLIPPING) Oh, he told Tokars that you guys parked down the street, and carrying your camera in a bag, walked down the street like a couple on a walk.

AJ: Oh.

DM: So you both left the car together?

AJ: No. I-I'm telling you how I know it.

DM: Right, right.

AJ: Just because Dustin told Tokar—Tokars that doesn't mean that it's true.

DM: I know, I know.

AJ: Okay.

DM: I'm just trying to understand...

AJ: And I'm not trying to argue with you but I'm just --

DM: Sure, sure.

AJ: -- I can only tell you what I know from my perspective.

DM: Okay.

AJ: I can't justify what Dustin told somebody else.

DM: I understand.

AJ: Okay.

DM: I understand. I-I'm trying to put it together in my own head.

AJ: Okay.

DM: Where you were, what you did, what was going on between you and him, I'm just trying to understand the stream of events. And, you know, he says one thing, you say another.

AJ: Right.

-24-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 24 of 47

SSS-P24

DM: I understand there's different versions of the facts.

AJ: That's gonna happen probably.

DM: Yeah, and that's okay. I just --

AJ: Okay.

DM: --want to know as best I can, you know, cause there's some things you don't seem to remember so I thought this might help you remember.

AJ: Yeah.

DM: So --

AJ: I remember it just like I told you.

DM: -- okay, so you-he stayed in the car, you got out, you did not walk down the street like a couple on a walk.

AJ: No.

DM: Okay. Cause that sounded like maybe, you know, you walked down there, then he hid somewhere while you went to the door or something.

AJ: No, he was just down the street.

DM: In the car or out of the car?

AJ: No, he dropped me off, at-in front of the house. Was it in front of the house? Or maybe it was just a little ways down from the house. And then he went, parked the car down the street and then I don't know where he parked it.

DM: Mhmm.

AJ: I was already at the house.

DM: Right. Okay. So, did you guys all sit in there and watch him make this video?

AJ: Yeah.

-25-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 25 of 47

SSS-P25

DM: (Unintelligible) again, you know, because, I guess, there are different versions...

AJ: Mhmm.

DM: I'm a little confused about exactly what happened. So you didn't take the family into another part of the house?

AJ: No. They were all right in the living room the whole time.

DM: And who had the gun?

AJ: Dustin did.

DM: He's got the gun and the video camera?

AJ: Um, he had the video camera sitting on something.

DM: Oh. Okay. Like a tripod or...?

AJ: I don't know...no. Must have been like a bookcase or a shelving unit or something.

DM: Okay. So he put that on there? When did he take the gun from you?

AJ: Right when he got in the house, he took it from me.

DM: Mhmm.

AJ: And, um, when he was putting the video tape up I guess I was holding the gun then.

DM: So he gave it back to you?

AJ: I'm sure he did. I'm-I don't remember it specifically but...

DM: Mhmm. And you never went into another room with the kids?

AJ: (RESPONDS IN THE NEGATIVE)

DM: K. I was looking at the autopsy reports.

AJ: Yeah.

DM: And I guess both, both the adults were found with, uh, like a-a-a ball in their mouth and duct tape around their head.

Case 3:09-cv-03064-MWB-LTS   Document 304-12   Filed 08/10/11   Page 26 of 47

SSS-P26

AJ: Mhmm.

DM: You mentioned, when you were telling me the story, about the hands and the feet.

AJ: Mhmm.

DM: Um, what about the ball in the mouth?

AJ: Um, Dustin (CLEARS THROAT)-when Dustin decided that he was going to, um, have to kill Greg (CLEARS THROAT) he ha-he put their-put the sock in their mouth and taped their mouths shut and their hands and feet—while he tried to convince me that--

DM: (Unintelligible)

AJ: --there was no other way but to kill these people.

DM: Um, did you participate in any of that?

AJ: No.

DM: So you just stood and watched?

AJ: Mhmm.

DM: Where did he get the duct tape?

AJ: I don't know that. That might have been in the bag.

DM: The bag?

AJ: In the bag that I carried.

DM: Okay.

AJ: I don't-I don't re-I don't-don't remember it being in there. But it's a good possibility that it could have been in there.

DM: Okay. What about the socks?

AJ: No, those were from there.

DM: From there?

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 27 of 47

SSS-P27

AJ: (NODS HER HEAD "YES")

DM: Who did he tie up first?

AJ: I don't know, I don't remember that.

DM: Well you were there in the room...

AJ: Yeah. I don't know, I don't remember that.

DM: What-h-how did you keep everybody else from, like, running or doing something while he's—I mean you can't be tying people up with duct tape and putting socks in their mouth with a gun in his hand. Right --

AJ: No, he --

DM: -- doesn't that take two hands?

AJ: -- yeah. Um, I don't remember that, I don't remember... I don't remember that.

DM: Did he give you the gun back?

AJ: Maybe he did, but I can't re-I just-I can't remember it. Maybe he did. He might have, I might have held the gun while he did that but... I can't remember it. I just can't- I can't recall it.

DM: You mentioned that the kids fell asleep --

AJ: Mhmm.

DM: -- so they fell asleep there on the couch while all this was going on?

AJ: Yeah.

DM: How long did it take?

AJ: We were there a few hours.

DM: Hours?

AJ: Mhmm.

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 28 of 47

SSS-P28

DM: How long is the video?

AJ: I don't know that.

DM: You don't know... I've never seen the video so I don't know --

AJ: I haven't either.

DM: Do you know if anybody ever recovered it? Was that part of the evidence in the case?

AJ: No, I-I think, um... The only person that I know of that's seen it was, um, Dustin's lawyer at the time and --

DM: Oh, okay.

AJ: -- I forget what his name is.

DM: Yeah, yeah, it-it's, not important.

AJ: Okay.

DM: I'm just trying to-trying to understand the period of time that you were there and just what happened and how you managed to control three people, assuming that he's controlling Nicholson, um, if you didn't have a gun and (unintelligible).

AJ: Lori just sat there on the couch. I mean it wasn't a-it wasn't, um--people weren't running around, people weren't trying to get out, people weren't like --

DM: Mhmm.

AJ: -- wrestling around or anything.

DM: Right.

AJ: They were just simply sitting on the couch.

DM: But the-the scenario kinda changed when Dustin wasn't happy with the video and then we move into, Okay we're going to bind them and gag them and kill them.

AJ: Yeah.

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 29 of 47

SSS-P29

DM: And, they're all sitting there while he binds and gags Nicholson.

AJ: Mhmm.

DM: And they just sit there --

AJ: Yeah.

DM: -- a-and you're-you're standing there without a weapon and they don't try and get away?

AJ: I can't say I was standing there without a-I-I may very well have been holding the weapon but I don't remember it.

DM: Okay.

AJ: I mean, the only time it was chaotic is when Dustin and I were in the-in the other room and I was very upset, I was crying. He was trying to tell me that-justifying killing these people.

DM: When did you go in the other room?

AJ: After he tied those people up.

DM: Did he tie up the children?

AJ: No, the children were sleeping.

DM: So... Greg was first, Lori was second --

AJ: Mhmm.

DM: -- and you didn't participate in any of that?

AJ: No.

DM: Did you hold a gun on 'em while he did that?

AJ: I don't-I could very well have been holding the gun but I don't remember it, I can't recall it, but...

-30-

SSS-P30

DM: Do you know what he did if-if you weren't holding it, do you know what he did with the gun while he was…?

AJ: Obviously one of us had to been holding it.

DM: Okay. So then the two of them are restrained --

AJ: Mhmm.

DM: -- the kids are sleeping on the couch --

AJ: Mhmm.

DM: -- and you guys leave and go in another room.

AJ: Yeah.

DM: Why?

AJ: Because I wasn't on board with that and Dustin had to, I guess, put me in check.

DM: Okay. How long were you out of the room?

AJ: I don't know that.

DM: I mean, was it two minutes? Was it half an hour?

AJ: I can't-I can't tell you that. I was upset. I don't know.

DM: Okay.

AJ: I don't know how long it was.

DM: Okay. Cause I'm just wondering what, you know… If- if-if this was me, and I've just been bound and gagged and I'm laying there next to my friend, uh, and then the people that are doing this to me leave the room --

AJ: Mhmm.

DM: -- I'd be looking for a way to get out of there.

AJ: Well I'm sure they probably were, but where are they gonna go?

-31-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 31 of 47

SSS-P31

DM: Well, I don't know.

AJ: Their hands and legs are tied.

DM: Right.

AJ: I mean, how are they gonna get out?

DM: Wake the children?

AJ: Well, they didn't.

DM: K. So then, after you go out and argue, then what happens?

AJ: Um, Dustin um, promised me that he would think of something to do with the kids that the kids wouldn't be in danger.

DM: Okay.

AJ: And then he put Lori and Greg in the car, I stayed in the house-er, in the truck. And um, put the kids in the- in the um, front of the truck. And I don't know if they woke up when he put them in there, but they were sleeping again when I got in there.

DM: Okay, so let's rewind a little bit. Um, how did he get the bound and gagged people into his truck?

AJ: He, um, untaped their feet.

DM: So they walked?

AJ: Mhmm.

DM: At gun point or, I mean --

AJ: I don't know.

DM: Okay. And where were you during that?

AJ: I was in the house.

DM: In that same room where you had been the whole-the living room?

-32-

SSS-P32

AJ: Yeah, I think so.

DM: The kids are still sleeping?

AJ: Mhmm.

DM: So he untapes the feet of who first?

AJ: I don't know. I don't know that. This is something that I've worked-worked and worked and worked at putting out of my mind.

DM: I understand.

AJ: Yeah, this is not something I wanna, um, remember and relive every day. It's bad enough-the result --

DM: Mhmm.

AJ: -- and I don't remember every detail.

DM: Okay. So did he tape their feet up again once he got them outside?

AJ: I don't know that.

DM: Were their feet taped when you got to the site where they were shot?

AJ: No, because they walked.

DM: So... I'm back in this situation. If I'm-my feet are not taped and I'm in the back of the truck and he goes back inside to get somebody else why don't I run away?

AJ: I don't know. Maybe (unintelligible) put the kids in the truck first, I don't know, I just can't remember.

DM: Now were there two vehicles or just one?

AJ: One vehicle.

DM: So you were all in one vehicle?

AJ: Yeah.

-33-

Case 3:09-cv-03064-MWB-LTS   Document 304-12   Filed 08/10/11   Page 33 of 47

SSS-P33

DM: How-you drove?

AJ: I drove.

DM: And the girls are in the front seat with you?

AJ: Right.

DM: Sleeping?

AJ: Sleeping.

DM: Unrestrained.

AJ: Yeah.

DM: And where's Dustin?

AJ: Um, in the back with Lori and Greg.

DM: In the bed of the truck?

AJ: Mhmm.

DM: Where's the gun?

AJ: With Dustin.

DM: Okay. And, uh, where did you go?

AJ: Out to the site where they were found.

DM: Mhmm. And how did you know to go there?

AJ: He told me where to go.

DM: Okay. And what happened when you got there?

AJ: Just what I told you.

DM: Okay. What did you do when th-when you got there?

AJ: I sat in the truck.

DM: Sat there with the kids in the front?

-34-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 34 of 47

SSS-P34

AJ: Mhmm.
DM: And what did you see?
AJ: I didn't see anything. It was dark, they walked off and that was the last I seen of them.
DM: Did they-did he take both of them together?
AJ: Mhmm.
DM: Okay. And you-you told me you didn't hear the shots.
AJ: Yeah.
DM: When did he put the silencer on the gun?
AJ: Um, it was already on there.
DM: Okay. Did you buy it with a silencer?
AJ: I don't know that.
DM: You don't know?
AJ: (RESPONDS IN THE NEGATIVE)
DM: Okay. And then did you have a conversation when he came back, about the kids?
AJ: Yeah. It was a more than a conversation.
DM: You had an argument?
AJ: Yeah. I was very upset.
DM: Oh. Did you get out of the truck or --
AJ: Yes. We were out of the truck.
DM: -- were you still in the truck?
AJ: No, I was out.
DM: And the kids were still sleeping?
AJ: Yeah, in the front seat.

DM: Okay. And, then what happened?

AJ: Um, he-I walked down the field and he took the kids. I didn't see him; I didn't watch him do it. I didn't hear the shots or anything.

DM: The older girl was found with underwear over her head and around her arms...

AJ: I don't know anything about that.

DM: So you didn't see him...

AJ: I never saw any bodies.

DM: Well, I suspect that was probably put there before they were bodies, while they were still alive.

AJ: Oh, well, not that I know of...

DM: Okay. Did you see underwear in the truck? Was that something that was in the truck?

AJ: No.

DM: Or in --?

AJ: Um, I-I remember the girls being in pajamas. But from what I understand, when they were found, they were in swimsuits. I don't know.

DM: Did they come in from the backyard in pajamas?

AJ: Umm, yeah.

DM: Okay. And you didn't see any underwear in the truck or anything like that?

AJ: No.

DM: I mean, my recollection is it's men's underwear. It's not like --

AJ: Well I don't know anything about that...

DM: -- it's not children's underwear.

AJ: I don't know anything about that.

-36-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 36 of 47

SSS-P36

DM: Okay. I mean, I'm just--

AJ: This is the first I'm even hearing anything about that.

DM: Okay. Yeah, men's underwear briefs. Which was on Amber.

AJ: Yeah, I don't know. This is the first time I'm hearing anything about that.

DM: Okay. (CLEARS THROAT) And then, after-after he killed the kids what happened?

AJ: Um, we drove away.

DM: And you went back to Christi's?

AJ: No, um… I don't-Dustin (CLEARS THROAT) drove the truck, I was in the passenger seat, but I don't remember, um, getting back to Christi's car. I don't remember any of that.

DM: So, how-how did you know that, um, that was the spot you were g-you were supposed to go to? The-the murder scene.

AJ: He told me.

DM: He told you?

AJ: Yes.

DM: Was that what you had planned before you ever left the house that day?

AJ: No, no.

DM: So you-he's –

AJ: He didn't tell me 'til we were leaving he says, This is where you-I want you to go. Cause he was gonna drive, but I didn't want him to drive. I didn't want the kids to wake up and see him and be scared --

DM: Okay.

AJ: -- and I wasn't-certainly wasn't gonna sit in the back with Greg and Lori.

DM: Okay. Um, where was the shovel?

AJ: I don't know, I never saw a shovel.

DM: Where were you while the bodies got buried?

AJ: I was in the truck or in the field somewhere but I didn't go anywhere near them.

DM: Did you know what he was doing?

AJ: Well obviously, I don't know if dug-the hole was already dug or he did it then but, I mean, it was huge. I've seen it on the autopsy, it's either, it's a huge hole.

DM: Mhmm.

AJ: So I just assumed he had it already dug.

DM: Have you ever told anyone you helped him bury the victims?

AJ: No.

DM: At some point you drew a map --

AJ: Mhmm.

DM: -- of where the graves were and you seemed to know where the-where the hole was and what order the bodies were in the hole.

AJ: Right.

DM: How did you know that?

AJ: Cause Dustin told me that.

DM: Said, Okay, first I put this one, and then I put that one and then to the left of that one I put this one and...

AJ: He said he, um, when he threw the girls in the grave he heard water and he told me he dug the grave so deep that he hit water. That's how I know the girls went in first.

-38-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 38 of 47

SSS-P38

DM: (CLEARS THROAT) So you had said earlier, you didn't have anybody to tell. And that was a source of frustration for you cause you couldn't tell anybody.

AJ: Well I did tell, I told Christi.

DM: Right, well that's what I was gonna ask cause, you were-you got pretty upset saying, you know, It was so horrible cause I didn't have anybody to tell. But you said you told Christi.

AJ: Right...

DM: Um, uh, her account is somewhat different from what you've told me.

AJ: I understand that.

DM: Yeah, um, how do you account for the difference?

AJ: I can't.

DM: You can't? Did you take a shower at the same time Dustin did when you got back?

AJ: No, absolutely not.

DM: You didn't?

AJ: No.

DM: You went in that night and told her everything you guys had done (unintelligible) --

AJ: By then it was morning.

DM: That morning...

AJ: Mhmm.

DM: Five AM. You told her that you took the kids upstairs.

AJ: Um, no. I didn't tell her that.

DM: You didn't?

-39-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 39 of 47

SSS-P39

AJ: No. I think-I think Lori and I did go upstairs and, um, get clothes. But the kids didn't go up there.

DM: Okay, tell me about that.

AJ: Um, I think it was while Dustin was making the video. Her and I walked up-it was just a short flight of stairs and we walked up there and she packed a bag.

DM: What was-why did she do that?

AJ: Um, I don't know.

DM: Did you tell her that we're going on a trip, er...

AJ: I don't know. I don't know why they packed, I think... I mean I didn't tell her we're going on a trip or anything. I don't know why they packed a bag, why she wanted to pack a bag, I don't remember that. Maybe Dustin said to do that, I can't remember that.

(VOICES OUTSIDE INTERVIEW ROOM)

DM: You men-you mentioned that, uh, Dustin had threatened to hurt you or-or hurt your daughter, um...

AJ: He didn't threaten to hurt me or my daughter, he threatened to hurt us both-both, with death.

DM: Right.

AJ: Kill us, not just hurt us, kill us.

DM: How come you never told anybody else about that?

AJ: Um, I did. I told Christi that.

DM: K. Did you put it in your attorney proffer when you were trying to settle the case?

AJ: Um, when he brought the attorney proffer, I just-I just agreed to every single thing he said.

-40-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 40 of 47

SSS-P40

DM: Mmm.

AJ: And everything he wr-wrote. I w-I really, um, at that point didn't really care what it said I just agreed to absolutely everything, I didn't add anything, I didn't… (Unintelligible) I don't remember doing that anyway.

DM: Cause it seems like these are-your behavior during this, um, you know there were several points where you tried to get Dustin to do the right thing: not to kill the children, not to kill anybody. You know, that wasn't what the plan was.

AJ: Right.

DM: But you didn't put any of that, that would be helpful to you in your-in your statement…

AJ: How was that gonna be helpful to me?

DM: Okay. Did you say something to Terry-er, to, uh, Gaubatz about, uh, you know, the, I guess the quote is, "he can't be around anymore," talking about Terry.

AJ: No, I-I remember the time she's talking about. Um, I-I don't remember the conversation, but I'm sure it was that I couldn't be around him anymore.

DM: Uh huh.

AJ: I don't-that doesn't even make sense.

DM: It wasn't that he can't be around--

AJ: Right.

DM: --in the world anymore.

AJ: Right.

DM: (Unintelligible) different accounts of what you told Terry to get him to come out and meet you.

AJ: K.

-41-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 41 of 47

SSS-P41

DM: What did you tell Terry to get him to come out and meet you?

AJ: That, um, Dustin wanted to talk to him about Aaron Ryerson.

DM: (COUGHS, PAGES FLIPPING) Did you tell him you had drugs?

AJ: No.

(VOICES OUTSIDE INTERVIEW ROOM, PAGES FLIPPING)

DM: Trying to find the-this account of what you might have said to him...

AJ: I said to him what I said-what I told you I said to him.

DM: Right, right.

AJ: I feel like you're trying to trip me up or trying-get me to--

DM: No, not really that. Here's what I'm trying to do.

AJ: I-I feel like you're... You said in the beginning you were gonna try and evaluate me, I don't feel like that's what you're doing --

DM: Well...

AJ: -- I feel like you're trying to do a CJ Williams and trip me up. And I'm only telling you what I know.

DM: Okay, I-and I-I-I understand that.

AJ: I'm not gonna change it, I'm not gonna try to, um, convince you of anything. You're either gonna believe me or you're not.

DM: Right, I understand.

AJ: And-and, um, I can appreciate your position, and I'm sorry, I-I can't help you more...

DM: I, uh, yeah. Here's the thing for me, it's just understanding-trying to get to the truth of what happened and what you did and why you did it...

AJ: Right, and I'm trying to tell you that.

-42-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 42 of 47

SSS-P42

DM: Right, right. But I-understand if I've got different versions in the record --

AJ: I understand that.

DM: I just want to hear you explain to me why they're different.

AJ: I can't do that.

DM: Okay.

AJ: I can't tell you why other people told you what...

DM: I got it.

AJ: I can only tell you what I can tell you.

DM: Okay.

AJ: And I'm not trying to justify anything, I know every-it was bad, I know it was wrong.

DM: (PAGES FLIPPING) You know who McNeese is?

AJ: Yeah.

DM: Did you tell him that you shot --

AJ: No.

DM: -- Terry?

AJ: No.

DM: You didn't say you made him get down on his knees--

AJ: No.

DM: -- like he used to do to you?

AJ: The only reason I knew he was on his knees is because Dustin was so concerned about, um, that he didn't bury him deep enough and that when the plows came through they would pull him up by his boot. I don't-I didn't know he was on his knees because I put him there; I just said that to McNeese cause I was, um, trying to encourage McNeese to

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 43 of 47

SSS-P43

help me and he was trying to help me and I just, I don't-it was a mistake to say that, I should never have said that.

DM: Did you ever say that you helped drag Terry to the grave?

AJ: No.

DM: Or that you heard gurgling from-coming from him?

AJ: No, no.

DM: You never said that?

AJ: No.

DM: Never thought that was a sign of his soul leaving his body?

AJ: No, no.

DM: Did you tell Dr. Woods about what you-what you told, uh, Gaubatz?

AJ: I don't remember.

DM: Okay. How about the shovel at the-at Terry's murder? Where-where was that?

AJ: I have no idea.

DM: No idea?

AJ: I never saw that either.

DM: Okay.

AJ: And when my attorneys told me that we were gonna have this interview, they told me that we were gonna go off of what I said and that was all. I wasn't gonna have to go through what anybody else said or anything, so...

DM: Well, nobod-nobody told me there was any limits on it --

AJ: Oh, I don't know.

-44-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 44 of 47

SSS-P44

DM: -- I mean, I'm just trying to understand cause... H-here's what I'm trying to do. Just, understand in my own mind, based on everything that's out there, what happened. And what that tells me about what was up with you that day. And, so it's helpful for me, if you disagree with stuff, if-you know, like you told me, you told McNeese, you know, something for another reason --

AJ: Right.

DM: -- maybe it's not actually what happened and so it's helpful for me to hear that from you. To understand that maybe there's an explanation for that that's (unintelligible) with the other explanation.

AJ: I understand that.

DM: You understand?

AJ: Mhmm.

DM: You know what I'm saying, I'm just trying to do the best job I can, you know?

AJ: I understand that and I'm trying to-I'm trying to be as honest as I can.

DM: Okay.

AJ: There's a lot of things I don't remember, a lot of things I don't wanna remember.

DM: Mhmm.

AJ: It's just-it was a horrible... And I've spent the last eighteen years trying to put it out of-out of my mind.

DM: Mhmm.

AJ: I mean, as much as I possibly can. I mean, I live with it every day.

DM: I understand; I'm sure you must.

AJ: Yes, it's horrible. I have a tremendous amount of guilt and shame.

-45-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 45 of 47

SSS-P45

DM: Any questions for me?

AJ: No.

DM: Then I think we're done.

AJ: Okay.

DM: Alright?

AJ: Okay.

DM: I hope you feel better, your cold resolves.

AJ: Right, me too.

DM: Okay. I'm gonna-I think I push this button to let them know we're finished.

AJ: Okay, yeah, I think you have to push it and pull the thing down. Yeah, um…

DM: I don't know where the --

AJ: They-they'll say, they'll answer you and then, you tell them we're done and they'll send someone back.

DM: Okay.

W1: Yes.

DM: Hi, we're all done.

W1: Alright.

DM: Thank you.

AJ: Were they nice to you when you came in?

DM: Yeah. I-I-I met y-one of your attorneys outside.

AJ: Oh yeah, that's, um. Yeah, cause sometimes they're not always real nice to you when you try to come back here. (Unintelligible)

DM: Yeah. (ZIPPING SOUNDS) You need any extra tissues?

-46-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 46 of 47

SSS-P46

AJ: Thank you.

DM: (COUGHS)

AJ: What time is it?

DM: It's, uh, ten to eleven.

AJ: Yeah, they're pushin' trays out this way to take (unintelligible).

DM: (ZIPPING SOUNDS, PAGES FLIPPING)

(DOORS OPENING, UNINTELLIGIBLE OVERHEAD VOICE)

DM: Have a good day.

AJ: You too. **[END OF VIDEO TWO]**

-47-

Case 3:09-cv-03064-MWB-LTS    Document 304-12    Filed 08/10/11    Page 47 of 47

SSS-P47