

Angela Johnson

v.

United States

09-CV-3064 MWB

DVD-R

Protect from Disclosure
LIMITED
OFFICIAL USE

United States
Government Property

ORIGINAL

GOVERNMENT
EXHIBIT
JJJ
09-CV-3064 MWB



Angela Johnson

v.

United States

09-CV-3064 MWB

CD-R

ORIGINAL

Protect from Disclosure
LIMITED
OFFICIAL USE
United States
Government Property

GOVERNMENT
EXHIBIT
**KKK**
09-CV-3064 MWB



Angela Johnson
v.
United States

09-CV-3064 MWB

CD-R

Protect from Disclosure
LIMITED
OFFICIAL USE
United States
Government Property

ORIGINAL

GOVERNMENT
EXHIBIT
LLL
09-CV-3064 MWB



Angela Johnson
v.
United States

09-CV-3064 MWB

CD-R

Protect from Disclosure
LIMITED
OFFICIAL USE
United States
Government Property

ORIGINAL

GOVERNMENT
EXHIBIT
MMM
09-CV-3064 MWB

