IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ANGELA JOHNSON, | ) | |
| | ) | |
| Petitioner/Movant, | ) | No. CV 09-3064 MWB |
| | ) | No. CR 01-3046 MWB |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**AFFIDAVIT OF ASSISTANT UNITED STATES ATTORNEY C.J. WILLIAMS**

Neither the Attorney General, nor any of his representatives, ever authorized the United States Attorney's Office to accept a guilty plea allowing for a penalty of less than death for Angela Johnson.

I swear under penalty of perjury that the foregoing is true and correct.

C.J. WILLIAMS
Assistant United States Attorney

Sworn to before me
in ~~Cedar Rapids~~ Sioux City, Iowa,
this 8ᵗʰ day of ~~June~~ August, 2011

Notary

NOTARIAL SEAL
IOWA

JEAN M. WORDEKEMPER
COMMISSION NO. 703862
MY COMMISSION EXPIRES
6/26/12

1