# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

ANGELA JOHNSON,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This case is before me on petitioner Johnson's September 1, 2011, Corrected Motion For Leave To File Over Length Brief (docket no. 312), which superseded a similar motion filed September 1, 2011, the deadline for the petitioner's merits brief. The petitioner seeks leave to file a 210-page brief, well in excess of the 100-page limitation that I set by Order (docket no. 279), filed June 17, 2011. The petitioner asserts that she has attempted to heed my statements concerning claims on which I do and do not want briefing and my intent to compel her to prioritize her claims by imposing a page limitation, my subsequent expressions of concern that a death-penalty case is perhaps not the appropriate case in which to impose page limitations, and her counsel's ethical duty to present all arguably meritorious issues, with the result that her brief is focused, but still in excess of the 100-page limitation. The petitioner's counsel represents that respondent's counsel has been contacted, but that he does not consent to the overlength brief.

Essentially for the reasons stated on the record at part four of the evidentiary hearing on August 9, 2011, I no longer believe that a page limitation is appropriate in this case. I also believe that the petitioner has made reasonable efforts to focus her brief. Thus, while I have not been advised of the respondent's specific objections to the

petitioner's overlength brief, I would grant leave to file the overlength brief over any objections that the respondent may raise. I also find that it is appropriate to relieve the parties of the remaining page limitations stated in the June 17, 2011, Order (docket no. 279).

THEREFORE, petitioner Johnson's September 1, 2011, Corrected Motion For Leave To File Over Length Brief (docket no. 312) is **granted**. The Clerk of Court shall detach the brief attached to the motion and refile it separately under its own docket entry. The overlength brief is deemed timely filed.

FURTHERMORE, the page limitations imposed on remaining merits briefs in the June 17, 2011, Order (docket no. 279) are **set aside**, although the parties are encouraged to focus their arguments in response or reply in the manner indicated in N.D. IA. L.R. 7.*e*. and *g*.

**IT IS SO ORDERED.**

**DATED** this 2nd day of September, 2011.

Mark W. Bennett

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2