## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

This case is before me on two matters raised by petitioner Johnson. Buried in a footnote in her September 2, 2011, Corrected Motion For Leave To File Over Length Brief (docket no. 312), rather than in a separate motion, is what amounts to a request to continue the October 24, 2011, oral arguments, on the ground that the present date conflicts with her lead counsel's involvement in a matter that is likely to proceed to trial on September 30, 2011, and not likely to conclude until sometime in early November. The only date that I have available for these oral arguments after early November is November 18, 2011. I will reset the oral arguments for that date, but if it proves to be unworkable, I will likely cancel oral arguments and decide this matter on the briefs.

The second matter raised by Johnson is her Request To File Additional Briefing, incorporated into her September 2, 2011, Corrected Post Hearing Briefing In Support Of Second Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody (docket no. 314), rather than in a separate motion. Because I indicated issues on which I did and did not want briefing and initially imposed a page limitation on her brief, Johnson asks that, before I decide the merits of any of her claims, she be allowed to file additional briefing as to any claim not addressed in

her current overlength post-hearing brief. In the alternative, she requests that, before I decide whether to issue a certificate of appealability, she be allowed to file additional briefing on that issue as to any claim not addressed in her current post-hearing brief. These requests are denied. Even when I indicated that I did not want or need briefing on certain issues, I made clear that Johnson was free to brief any claim or issue she wanted. Johnson has had the opportunity to brief any claim or issue in her present 209-page brief.

THEREFORE,

1. Johnson's September 2, 2011, request for a continuance of the October 24, 2011, oral arguments is **granted**, to the extent that the oral arguments are **rescheduled for November 18, 2011, at 8:00 a.m.** If that date proves unworkable, I will likely cancel oral arguments and decide this matter on the briefs.

2. Johnson's September 2, 2011, Request To File Additional Briefing (docket no. 314) is **denied**.

**IT IS SO ORDERED.**

**DATED** this 6th day of September, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2