# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

ANGELA JOHNSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

I received an e-mail today indicating that petitioner's lead counsel's conflict with oral arguments on the merits of her § 2255 motion on October 24, 2011, has now evaporated, so that he is available on that date. I believe that it would be best to proceed with oral arguments on the date originally set by mutual agreement, instead of on November 18, 2011, as set in my September 6, 2011, Order (docket no. 315).

THEREFORE, the post-hearing oral arguments on the merits of the petitioner's § 2255 Motion are now **rescheduled for the original date of October 24, 2011, at 8:00 a.m.**

**IT IS SO ORDERED.**

**DATED** this 8th day of September, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA