# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| ANGELA JOHNSON, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | **HEARING MINUTES**   Sealed:   NO <br><br> Case No.:   09-CV-3064-MWB <br><br> Presiding Judge:   Mark W. Bennett <br><br> Deputy Clerk:   /s/ Melissa Carrington <br><br> Court Reporter:   Shelly Semmler       Contract?   No <br><br> (If yes, send copy to financial) <br><br> Recording:   Yes       Method:   FTR Gold |

| Date: | 10/24/2011 | Start: | 8:02 a.m. | Adjourn: | 2:29 p.m. | | Courtroom: | Donald E. O'Brien Courtroom |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:10 a.m.-10:37 a.m. (27 min) <br> 11:45 a.m.-1:01 p.m. (76 min) | | | Time in Chambers: | None | | Telephonic? | No |
| Appearances: | | Petitioner: | Michael Burt, Marcia Morrissey (Petitioner not personally present) | | | | | |
| | | Respondent: | C.J. Williams, AUSA | | | | | |

| TYPE OF PROCEEDING: | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | Yes |
|---|---|---|---|---|---|---|---|
| **§ 2255 EVIDENTIARY HEARING** | Non-jury: | X | Day: | **NINETEEN** | | | |
| | Motion(s): | | | Ruling: | | | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | | | |
| | | PART V: ORAL ARGUMENTS | | | | | |
| | 8:02 a.m.-10:10 a.m. | Court opens with all parties present. Oral argument from both parties. Recess. | | | | | |
| | 10:37 a.m.-11:45 a.m. | Court opens with all parties present. Oral argument continues.  Recess. | | | | | |
| | 1:01 p.m.-2:29 p.m. | Court opens with all parties present.  Oral argument continues.  Court asked for briefing on cumulative error issue in the Eighth Circuit.  Petitioner has until 11/7/2011 to file brief; respondent has until 11/18/2011 to file response; petitioner has until 12/1/2011 to file reply.  Order setting deadlines to follow.  Court adjourns. | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Witness/Exhibit List is** | None. | | | | | |
| | **Miscellaneous:** | Petitioner waived personal presence at this hearing. | | | | | |

Case 3:09-cv-03064-MWB-LTS    Document 342    Filed 10/24/11    Page 1 of 1