**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER SETTING DEADLINES**
**FOR BRIEFING**

_____

At the conclusion of oral arguments in this case, I set the following deadlines for the parties to brief the question of cumulative error in the Eighth Circuit:

- The petitioner will have **to and including November 7, 2011,** to file a brief

- The respondent will have **to and including November 18, 2011,** to file a response

- The petitioner will have **to and including December 1, 2011,** to file a reply

**IT IS SO ORDERED.**

**DATED** this 24th day of October, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA