**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

ANGELA JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

No. C 09-3064-MWB
(No. CR 01-3046-MWB)

**ORDER**

_____

The docket does not reflect that the respondent has filed a response to the petitioner's October 21, 2011, Motion To Amend Second Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody Pursuant To Federal Rule Of Civil Procedure 15(a)(2) And (c) And Local Rule 15 (Civ. docket no. 339). However, it is my understanding that respondent's counsel was involved, until recently, in an evidentiary hearing on the § 2255 Motion of this petitioner's co-defendant, Dustin Honken. Therefore, I find it appropriate to extend until November 18, 2011, the respondent's deadline to respond to the motion to amend so that the respondent may be fully heard on that matter.

**IT IS SO ORDERED.**

**DATED** this 10th day of November, 2011.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA